# UNITED STATES DICTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARDEN MANUFACTURING CORPORATION, individually and on behalf of itself and all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>PFIZER, INC. and PARKE-DAVIS, a division of Warner-Lambert Company,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10981-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the Massachusetts office of the firm of Hagens Berman LLP has changed its address to the following:

Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003

                                        HAGENS BERMAN LLP


                                        By:      /s/ Thomas M. Sobol
                                            Thomas M. Sobol, Esq.
                                            Ed Notargiacomo, Esq.
                                            Wanda Garcia, Esq.
                                            HAGENS BERMAN LLP
                                            One Main Street, 4th Floor
                                            Cambridge, MA 02142
                                            Phone: (617) 482-3700
                                            Fax: (617) 482-3003

Dated: June 16, 2004