UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| Harden Manufacturing Corp. v. Pfizer, Inc., et al | ) ) | Civil Action No. 04-10981 |
| The Guardian Life Ins. Co. v. Pfizer, Inc., et al. | ) ) | Civil Action No. 04-10739 |
| Aetna, Inc. v. Pfizer, Inc., et al. | ) ) | Civil Action No. 04-10958 |
| Teamsters Health & Welfare Fund of Philadelphia and Vicinity v. Pfizer, Inc., et al | ) ) ) | Civil Action No. 04-10984 |
| Emma B. Christina v. Pfizer, Inc., et al | ) ) | Civil Action No. 04-1450 |
| Debra Mull v. Pfizer, Inc., et al. | ) ) | Civil Action No. 04-1489 |
| Annie D. Blevins v. Pfizer, Inc., et al. | ) ) | Civil Action No. 6:04-1162 |
| ASEA/AFSCME Local 52 Health Benefits Trust and Brian Krah v. v. Pfizer, Inc., et al. | ) ) ) | Civil Action No.04-02577 |
| Maggie Dorty v. Pfizer, Inc., et al. | ) ) | Civil Action No. 04-1547 |
| Dianne Hood v. Pfizer, Inc., et al | ) ) | Civil Action No. 04-1575 |
| Joyce B. Duhe v. Pfizer, Inc., et al. | ) ) | Civil Action No.04-1591 |

| | |
|---|---|
| Tammylee Willoz v. Pfizer, Inc., et al | Civil Action No. 04-1234 |
| Gulf Distributing Holdings, LLC v. Pfizer, Inc., et al. | Civil Action No. 04-0403 |
| Mary Jane Gordon v. Pfizer, Inc., et al. | Civil Action No. 04-552 |
| Lorraine Kopa v. Pfizer, Inc., et al | Civil Action No. 04-4593 |
| Julie K. Bakle v. Pfizer, Inc., et al. | Civil Action No. 2:04-2935 |
| Patricia Ann White v. Pfizer, Inc., et al. | Civil Action No. 04-1712 |
| Sylvia G. Hyman v. Pfizer, Inc., et al. | Civil Action No. 3:04-215 |
| Mary Lou Lienerth v. Pfizer, Inc., et al. | Civil Action No. 04-1161 |
| Brenda Straddeck v. Pfizer, Inc., et al. | Civil Action No. 04-4106 |
| Claudia Lang v. Pfizer, Inc., et al. | Civil Action No. 5:04-234 |
| Johnny Ray Meeks, et al. v. Pfizer, Inc., et al. | Civil Action No. 04-1781 |
| Gerald Smith v. Pfizer, Inc., et al. | Civil Action No. 1:04-1052 |
| John Lerch v. Pfizer, Inc., et al. | Civil Action No. 0:04-3021 |
| James Hope v. Pfizer, Inc., et al. | Civil Action No. 5:04-248 |
| Clifford Eckenrode v. Pfizer, Inc., et al. | Civil Action No. 3:04-240 |

| | ) | |
|---|---|---|
| James Doyle v. Pfizer, Inc., et al. | ) | Civil Action No. 2:04-2509 |
| | ) | |

## PLAINTIFFS' MOTION FOR APPOINTMENT OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

NOW COME the Plaintiffs in the above-referenced matters and move this Court for appointment of certain Plaintiffs' counsel as Plaintiffs' Liaison Counsel, Class Plaintiffs' Steering Committee Members and Plaintiffs' Non-Class Steering Committee Members, as further outlined below;

WHEREAS, on November 23, 2004, this Court conducted an initial status conference during which, in part, the Court directed that the parties file a proposed order on or before December 15, 2004 dealing, *inter alia*, with the structure and organization of Plaintiffs' counsel; and

WHEREAS, the parties have contemporaneously filed herewith a [Proposed] Case Management Order.

ACCORDINGLY, the undersigned Plaintiffs' counsel seek appointment as Plaintiffs' Liaison Counsel, Class Plaintiffs' Steering Committee Members and Plaintiffs' Non-Class Steering Committee Members, with the duties and responsibilities outlined in Section III (Organization of Counsel) of the [Proposed] Case Management Order, as indicated below:

1. As Plaintiffs' Liaison Counsel:

   Thomas M. Sobol, Esquire
   Hagens Berman LLP
   One Main Street, 4th Floor
   Cambridge, MA 02142
   617-482-3700
   617-482-3003
   (Qualifications attached hereto at Exhibit A)

2. As Class Plaintiffs' Steering Committee Members:

   Don Barrett, Esquire
   Barrett Law Office
   404 Court Square North
   P.O. Box 987
   Lexington, MS 39095
   (Qualifications attached hereto at Exhibit B)


   Daniel Becnel, Jr., Esquire
   Law Offices of Daniel Becnel, Jr.
   106 W. Seventh Street
   P.O. Drawer H
   Reserve, LA 70084
   (Qualifications attached hereto at Exhibit C)


   James Dugan, Esquire
   Dugan & Browne
   650 Poydras St., Suite 2150
   New Orleans, LA 70130
   (Qualifications attached hereto at Exhibit D)


   Thomas Greene, Esquire
   Greene & Hoffman
   125 Summer Street
   Boston, MA 02110
   (Qualifications attached hereto at Exhibit E)

        Thomas M. Sobol, Esquire
        Hagens Berman LLP
        One Main Street, 4th Floor
        Cambridge, MA 02142
        (Qualifications attached hereto at <u>Exhibit A</u>)

        Barry Himmelstein, Esquire
        Lieff Cabraser Heimann & Bernstein
        Embarcadero Center West
        275 Battery Street, 30th Floor
        San Francisco, CA 94111-3339
        (Qualifications attached hereto at <u>Exhibit F</u>)

3:       As Plaintiffs' Non-Class Steering Committee Members:

        Linda P. Nussbaum, Esquire
        Cohen Milstein Hausfeld & Toll P.L.L.C
        150 East 52nd Street
        Thirteenth Floor
        New York, NY 10022
        (Qualifications attached hereto at <u>Exhibit G</u>)

        Richard Cohen, Esquire
        Lowey Dannenberg Bemporad & Selinger, P.C.
        The Gateway
        One North Lexington Avenue
        White Plains, NY  10601
        (Qualifications attached hereto at <u>Exhibit H</u>)

     A declaration in support of each counsel's requested appointment, along with information concerning their firm and its qualifications, are attached hereto as exhibits, as indicated above.

Dated:  December 15, 2004

Respectfully Submitted,

*Proposed Plaintiffs' Liaison counsel*

By:   **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Proposed Members of the*
*Class Plaintiffs' Steering Committee*

By:   **/s/ Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:   **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:   **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:   **/s/ Thomas Greene**
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:  /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Proposed Members of the*
*Plaintiffs' Non-Class Steering Committee*

By:  /s/ Richard Cohen
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:  /s/ Linda P. Nussbaum
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022