UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 |
| | | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Harden Manufacturing Corp. v. Pfizer, Inc., et al | ) ) ) | Civil Action No. 04-10981 |
| The Guardian Life Ins. Co. v. Pfizer, Inc., et al. | ) ) ) | Civil Action No. 04-10739 |
| Aetna, Inc. v. Pfizer, Inc., et al. | ) ) ) | Civil Action No. 04-10958 |
| Teamsters Health & Welfare Fund of Philadelphia and Vicinity v. Pfizer, Inc., et al | ) ) ) ) | Civil Action No. 04-10984 |
| Emma B. Christina v. Pfizer, Inc., et al | ) ) ) | Civil Action No. 04-1450 |
| Debra Mull v. Pfizer, Inc., et al. | ) ) ) | Civil Action No. 04-1489 |
| Annie D. Blevins v. Pfizer, Inc., et al. | ) ) ) | Civil Action No. 6:04-1162 |
| ASEA/AFSCME Local 52 Health Benefits Trust and Brian Krah v. v. Pfizer, Inc., et al. | ) ) ) ) | Civil Action No.04-02577 |
| Maggie Dorty v. Pfizer, Inc., et al. | ) ) ) | Civil Action No. 04-1547 |
| Dianne Hood v. Pfizer, Inc., et al | ) ) ) | Civil Action No. 04-1575 |
| Joyce B. Duhe v. Pfizer, Inc., et al. | ) ) ) | Civil Action No.04-1591 |

| | |
|---|---|
| Tammylee Willoz v. Pfizer, Inc., et al | Civil Action No. 04-1234 |
| Gulf Distributing Holdings, LLC v. Pfizer, Inc., et al. | Civil Action No. 04-0403 |
| Mary Jane Gordon v. Pfizer, Inc., et al. | Civil Action No. 04-552 |
| Lorraine Kopa v. Pfizer, Inc., et al | Civil Action No. 04-4593 |
| Julie K. Bakle v. Pfizer, Inc., et al. | Civil Action No. 2:04-2935 |
| Patricia Ann White v. Pfizer, Inc., et al. | Civil Action No. 04-1712 |
| Sylvia G. Hyman v. Pfizer, Inc., et al. | Civil Action No. 3:04-215 |
| Mary Lou Lienerth v. Pfizer, Inc., et al. | Civil Action No. 04-1161 |
| Brenda Straddeck v. Pfizer, Inc., et al. | Civil Action No. 04-4106 |
| Claudia Lang v. Pfizer, Inc., et al. | Civil Action No. 5:04-234 |
| Johnny Ray Meeks, et al. v. Pfizer, Inc., et al. | Civil Action No. 04-1781 |
| Gerald Smith v. Pfizer, Inc., et al. | Civil Action No. 1:04-1052 |
| John Lerch v. Pfizer, Inc., et al. | Civil Action No. 0:04-3021 |
| James Hope v. Pfizer, Inc., et al. | Civil Action No. 5:04-248 |
| Clifford Eckenrode v. Pfizer, Inc., et al. | Civil Action No. 3:04-240 |

| | | |
|---|---|---|
| _____ ) | | |
| James Doyle v. Pfizer, Inc., et al. | ) | Civil Action No. 2:04-2509 |
| _____ ) | | |

# PLAINTIFFS' MOTION FOR APPOINTMENT OF COUNSEL
# TO PLAINTIFFS' STEERING COMMITTEE

NOW COME the Plaintiffs in the above-referenced matters and move this Court for appointment of certain Plaintiffs' counsel as Plaintiffs' Liaison Counsel, Class Plaintiffs' Steering Committee Members and Plaintiffs' Non-Class Steering Committee Members, as further outlined below;

WHEREAS, on November 23, 2004, this Court conducted an initial status conference during which, in part, the Court directed that the parties file a proposed order on or before December 15, 2004 dealing, *inter alia*, with the structure and organization of Plaintiffs' counsel; and

WHEREAS, the parties have contemporaneously filed herewith a [Proposed] Case Management Order.

ACCORDINGLY, the undersigned Plaintiffs' counsel seek appointment as Plaintiffs' Liaison Counsel, Class Plaintiffs' Steering Committee Members and Plaintiffs' Non-Class Steering Committee Members, with the duties and responsibilities outlined in Section III (Organization of Counsel) of the [Proposed] Case Management Order, as indicated below:

1. As Plaintiffs' Liaison Counsel:

   Thomas M. Sobol, Esquire
   Hagens Berman LLP
   One Main Street, 4th Floor
   Cambridge, MA 02142
   617-482-3700
   617-482-3003
   (Qualifications attached hereto at <u>Exhibit A</u>)

2. As Class Plaintiffs' Steering Committee Members:

   Don Barrett, Esquire
   Barrett Law Office
   404 Court Square North
   P.O. Box 987
   Lexington, MS 39095
   (Qualifications attached hereto at <u>Exhibit B</u>)


   Daniel Becnel, Jr., Esquire
   Law Offices of Daniel Becnel, Jr.
   106 W. Seventh Street
   P.O. Drawer H
   Reserve, LA 70084
   (Qualifications attached hereto at <u>Exhibit C</u>)


   James Dugan, Esquire
   Dugan & Browne
   650 Poydras St., Suite 2150
   New Orleans, LA 70130
   (Qualifications attached hereto at <u>Exhibit D</u>)


   Thomas Greene, Esquire
   Greene & Hoffman
   125 Summer Street
   Boston, MA 02110
   (Qualifications attached hereto at <u>Exhibit E</u>)

        Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(Qualifications attached hereto at <u>Exhibit A</u>)

        Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(Qualifications attached hereto at <u>Exhibit F</u>)

3:      As Plaintiffs' Non-Class Steering Committee Members:

        Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll P.L.L.C
150 East 52nd Street
Thirteenth Floor
New York, NY 10022
(Qualifications attached hereto at <u>Exhibit G</u>)

        Richard Cohen, Esquire
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601
(Qualifications attached hereto at <u>Exhibit H</u>)

A declaration in support of each counsel's requested appointment, along with information concerning their firm and its qualifications, are attached hereto as exhibits, as indicated above.

Dated: December 15, 2004

Respectfully Submitted,

*Proposed Plaintiffs' Liaison counsel*

By:     /s/ **Thomas M. Sobol**
        Thomas M. Sobol
        Hagens Berman LLP
        One Main Street, 4th Floor
        Cambridge, MA 02142

*Proposed Members of the*
*Class Plaintiffs' Steering Committee*

By:     /s/ **Don Barrett**
        Don Barrett, Esquire
        Barrett Law Office
        404 Court Square North
        P.O. Box 987
        Lexington, MS 39095

By:     /s/ **Daniel Becnel**
        Daniel Becnel, Jr., Esquire
        Law Offices of Daniel Becnel, Jr.
        106 W. Seventh Street
        P.O. Drawer H
        Reserve, LA 70084

By:     /s/ **James Dugan**
        James Dugan, Esquire
        Dugan & Browne
        650 Poydras St., Suite 2150
        New Orleans, LA 70130

By:     /s/ **Thomas Greene**
        Thomas Greene Esquire
        Greene & Hoffman
        125 Summer Street
        Boston, MA 02110

By:    /s/ **Barry Himmelstein**
       Barry Himmelstein, Esquire
       Lieff Cabraser Heimann & Bernstein
       Embarcadero Center West
       275 Battery Street, 30th Floor
       San Francisco, CA 94111-3339

*Proposed Members of the*
*Plaintiffs' Non-Class Steering Committee*

By:    /s/ **Richard Cohen**
       Richard Cohen, Esquire
       Lowey Dannenberg Bemporad
       & Selinger, P.C.
       The Gateway
       One North Lexington Avenue
       White Plains, NY  10601

By:    /s/ **Linda P. Nussbaum**
       Linda P. Nussbaum, Esquire
       Cohen Milstein Hausfeld & Toll
       150 East 52nd Street
       Thirteenth Floor
       New York, NY 10022