# Exhibit C

# DANIEL E. BECNEL, JR.

**HOME ADDRESS:**

400 West Fifth Street
LaPlace, Louisiana 70068
Telephone: (985) 652-6747

**OFFICE ADDRESS:**

106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Fax: (985) 536-6445

I, Daniel E. Becnel, Jr., was born on June 14, 1944. My father, Daniel Elmore Becnel, was an attorney until his death in 1965. He spent most of his career in the military and was a War Crimes Prosecutor after World War II. After his military career ended, he became a Louisiana State Legislator until his death in 1965. My mother is a registered nurse. I have been married twice, first to Deonne Du Barry, and second to Mary Hotard Becnel, presently a State District Judge for the 40th Judicial District Court in Louisiana and a candidate for the Louisiana State Supreme Court. My brother and his wife are both attorneys in my firm, as is my son. Ten years ago when my brother was dying, I donated a kidney to him which enabled him to return to a normal life.

I attended Louisiana State University and received a Bachelor of Science degree in 1966. In 1969, I earned my Law Degree from Loyola University in New Orleans, Louisiana. I have been admitted to practice in Louisiana and Colorado, and have been a member in good standing since my admissions. Offices I have held and organizations I have belonged to in my career include the following:

1) Chief Investigator, 29th Judicial District (District Attorney's Office) 1969-1970.

2) Ponchartrain Levee District Attorney, 1970-1974.

3) Member in good standing of the American Bar Association, Louisiana Trial Lawyers Association, 40th Judicial District Bar Association (1969 to present), 29th Judicial District Bar Association, and the American Trial Lawyers Association (1969 to present).

4) Elected Democratic State Central Committee, 26 years.

5) Admitted to the United States Supreme Court, 1973.

6) Temporarily admitted to the State Bar in Florida, the State Bar in Wyoming, the District Court of the District of Columbia, and the Superior Court of New Jersey, Bergen County.

I tried the first million dollar verdict in the United States for a single individual in 1972. Paulette Trosclair v. Melton Truck Lines, et al.

Among the cases in which I have been court-appointed as a plaintiffs' attorney to represent classes of litigants are the following:

The Luling Ferry Disaster, involving the death of 78 people, which was ultimately tried and/or settled before U.S. District Judge Alvin Rubin (deceased) in excess of twenty nine million dollars.

I was court-appointed in MDL 330 Swine Flu Immunization Products Liability Litigation to represent all the plaintiffs (approximately 4,000) across the United States in reference to the Swine Flu Inoculation Program. These cases were tried and handled in Washington, D.C. before U. S. District Judge Gearhart Gisel (deceased), with settlements and/or verdicts in excess of five hundred million dollars.

I have been involved in a number of air crash disasters in both Louisiana and Colorado.

I was appointed to the Plaintiffs' Legal Committee by U. S. District Judge Henry Mentz in reference to Watson v. Shell Oil Company, which concerned a refinery explosion of May 5, 1988, and involved approximately 18,000 claims. This case was ultimately settled for more than two hundred million dollars.

I was appointed Lead Counsel in reference to Deion McGee, et al v. Shell Oil Company, et al, involving 5,000 people. The class was certified by Judge Joel T. Chaisson and affirmed by the Fifth Circuit Court of Appeals and the Louisiana State Supreme Court.

I was appointed to the Plaintiffs' Legal Committee as lead counsel by Judge Joel Chaisson in Gail Clement v. Occidental Chemical Company, a class action involving approximately 10,000 people. I recently settled this case for thirteen million dollars, and my office handled all claim forms, depositions and settlement for over 8,000 people.

I was appointed to the Plaintiffs' Legal Committees by both U. S. District Judge Parker and U. S. District Judge Polozola in reference to two separate explosions at the Exxon Refinery in Baton Rouge, Louisiana. These cases involved more than 9,000 people each.

I was appointed lead counsel in the Dupont Chemical Company Explosion, which involves approximately 1,200 people in Reserve, Louisiana.

I was appointed lead counsel and tried to a successful verdict after four weeks the United Gas Pipeline Case. This case involved the rupture and/or explosion of a gas pipeline on three separate occasions. Approximately 18,000 people were involved in this litigation. The sample case was ultimately settled, after trial, for more than one and a half million dollars. The class cases were tried, one to a jury verdict and one before a District Judge, resulting in a punitive damage award of double the amount of compensatory damages. This was the first class action punitive damage award in Louisiana.

I recently settled a train derailment case which occurred in Eunice, Louisiana for $65 million.

In reference to MDL 926 In re Breast Implant Products Liability Litigation, my office supplied forty-three attorneys, full time, for over two years to the document depository in Cincinnati, Ohio. In addition, I supervised approximately thirty lawyers who were supplied by Wendell Gauthier, John Cummings, Calvin Fayard and Hugh Sibley. I personally took numerous depositions in this litigation, including the CEO of Dow Corning Corporation and Dr. Georgiade, the inventor of the MEC breast implant devices (a Bristol-Myers defendant). At the request of MDL Judge Pointer I loaned four of my attorneys, full time, to handle the incoming calls of unrepresented women who needed questions answered in reference to the Breast Implant Litigation (it should be noted that this resulted in only a ten thousand dollar profit to my firm). I personally spent, on the common effort, in excess of four million dollars.

In addition, my office provided thirteen lawyers, full time, to a computer center in Louisiana which allowed me to represent women in the Breast Implant Case who could not find attorneys willing to handle their cases. Under MDL Judge Pointer's direction, these women were represented on a per hour basis and not on a percentage. My staff and I handled approximately six hundred of these cases.

I regularly try at least five or six major jury trials per year and work seven days a week, ten to fourteen hours per day.

My firm does a great deal of indigent defender work on criminal cases where we are paid less than $10 per hour. Within the past few months, this work has included two murder trials.

My office provides free office space to a legal aid service to help indigents with civil cases.

During the ABA Convention in New Orleans, at the request of the State Department and the ABA, my wife and I hosted Supreme Court Justices from Estonia, Romania, Lithuania, Slovakia and Albania for a week-long stay at our residence. These Justices were here to learn how U.S. State and Federal Courts function as an example of how they may adopt democratic reform in their court system.

My office was involved in the <u>Penile Implant Case</u> and negotiated a grid settlement with Bristol-Myers before that case was even presented for a MDL argument.

As one of the founding members of <u>Dianne Castano, et al v. The American Tobacco Company, et al</u>, a class action suit against the tobacco industry, my office represented Governor Gray Davis and the State of California in the states' settlement with the tobacco industry. My office also did extensive work in cases against the tobacco industry that were pending in New York and Pennsylvania. At the present time, I have three lawyers assigned full time to the Louisiana class action titled <u>Scott v. The American Tobacco Company</u>, a certified class action for medical monitoring and cessation assistance in the State of Louisiana before Judge Ganucheau, Orleans Parish. Jury selection began on June 18, 2001.

I have been one of the lead attorneys in the case of <u>Barbara A. Brown, et al v. Acromed, et al</u>, Civil Action No. 94-1236, Section I, United States District Court, Eastern District of Louisiana and in fact, I argued the Pedicle Screw case before the MDL panel in Colorado Springs, Colorado on July 22, 1994. Moreover, I supplied seven lawyers full time to MDL 1014 <u>Orthopedic Bone Screw Products Liability Litigation</u> before U.S. District Judge Louis Bechtle.

My office represents thousands of women in the <u>Norplant Case</u> and has the only remanded case before a State Court Judge at this time. That case was remanded from the Federal Court to the State Court by U.S. District Judge Thomas Porteous on December 29, 1994, and is now pending before State District Judge Richard Ganucheau. I am a member of the Plaintiffs' Steering Committee.

I was appointed to the National Plaintiffs' Steering Committee in MDL 1038 <u>Norplant Contraceptive Products Liability Litigation</u> by Judge Richard A. Schell, and the National MDL depository is located at my office complex in Louisiana, under my direction.

I was appointed to the National Plaintiffs' Steering Committee in MDL 1057 <u>Telectronics Pacing Systems, Inc., Accufix "J" Leads Products Liability Litigation</u>, by U.S. District Judge S. Arthur Spiegel. This case was certified as a national class action on April 2, 1997.

I was appointed by U.S. District Judge Eldon Fallon to be Lead Counsel in the case of <u>Yvette Cooper v. Koch Pipeline, Inc.</u>, which is a class action involving a release of ammonia involving over 10,000 people. This case was remanded to State Court and ultimately settled.

I spoke before the International Symposium on Product Liability and Failure Prevention in Japan at the request of forty-five Japanese Corporations and all Mechanical Engineers in Japan.

I spoke in Vienna, Austria at the SPT-5 Conference in reference to the Shell Explosion Case. This involved Engineers from all over the world who convene an International Symposium every three years.

I was appointed to the Plaintiffs' Legal Committee by District Judge Patricia Hedges in reference to the <u>In re Chemical Release at Bogalusa</u>. I have been working virtually full time securing experts, filing pleadings and working on the jurisdictional problems. I directed, along with Ronnie Penton and others, the inspection of the failed tank car. I have also done research in reference to medical monitoring. This case was tried for three and a half months and a jury found all parties liable, and included a $92 million punitive damage award to the class. In addition, settlements with other defendants were reached in the amount of approximately $150 million.

I was the lead attorney in the case of <u>Katharine Christiano, et al v. Napp Technologies, Inc.</u> in Bergen County, New Jersey. That case has settled.

My office is involved in the litigation titled <u>In the Matter of the Complaint of Clearsky Shipping Corp. as Owner, and Cosco (H.K.) Shipping Company Limited, as Manager of the M/V Bright Field, for Exoneration From and/or Limitation of Liability</u> pending before U. S. District Judge Morey L. Sear (current member of the MDL Panel). My office is one of ten firms that is handling the litigation in this maritime disaster.

I was appointed by U.S. District Judge John Parker to the Claimants' Steering Committee in the litigation titled <u>In the Matter of the Complaint of Ingram Barge Company, as Owner of the M/V F.R. Bigelow and the IB-960, and Ingram Ohio Barge Co., as Owner Pro Hac Vice of the Ing-371, Petitioning for Exoneration From or Limitation of Liability</u>. This case settled for forty one million seven hundred and fifty thousand dollars in 1999 (my office handled claims for over 17,000 people in this toxic tort maritime disaster).

I was appointed to the Plaintiffs' Legal Committee and the Executive Committee in reference to MDL 1148 <u>In re Latex Gloves Products Liability Litigation</u>, by U. S. District Judge Edmund V. Ludwig.

I was appointed to the Plaintiffs' Steering Committee in the case of <u>Jimmie Badon, Jr., et al v. DSI Transports, Inc., et al</u>, 19th Judicial District Court, Number 450,957. This case settled for nine million seven hundred and fifty thousand dollars (my office handled all Proof of Claim forms for 2,300 people in this tractor trailer tanker chemical release).

I was appointed to the Plaintiffs' Steering Committee in the case involving the Kaiser explosion of July 5, 1999 titled <u>Carl Bell, et al v. Kaiser Aluminum and Chemical Corporation</u>, 23rd Judicial District Court, No. 25,975. This case settled for twenty six and a half million dollars, plus eleven million dollars for the inside-the-gate cases. My office handled all Proof of Claims, as well as over two hundred depositions in this litigation.

I was appointed by U.S. District Judge Louis Bechtle (a member of the MDL Panel), as State/Federal Liaison to the national class action in MDL 1203 <u>In re Diet Drug (Phentermine/Fenfluramine/Dexfenfluramine) Product Liability Litigation</u>. My office has personally settled hundreds of individual cases.

I was appointed by U.S. District Judge Eldon Fallon to the Plaintiffs' Steering Committee and Executive Committee in MDL 1355 <u>Propulsid Products Liability Litigation</u>. My office has provided office space for the document depository which is also managed by my computer specialist.

I was appointed by U.S. District Judge Mary Ann Lemmon to serve as Liaison Counsel in the case of <u>Aline Ricks, et al v. American Home Products, et al</u> (PPA Litigation, MDL 1407). I argued this case before the MDL Panel on July 26, 2001 in Chicago.

I was appointed by U.S. District Judge Edith Brown Clement to serve on the Interim Plaintiffs' Steering Committee in the case titled <u>Alicia Tanguis, et al v. M/V Westchester, et al</u>, Eastern District of Louisiana, Case No. 01/0449 c/w 01-1558.

The Plaintiffs' Steering Committee in MDL 1373 <u>Bridgestone/Firestone, Inc. ATX, ATX II and Wilderness Tires Products Liability Litigation</u> has requested that I secure all experts and become a member of the Discovery Committee and the Trial Committee. My office coordinated with U.S. Congressman Tauzin, Chairman of the Commerce Committee, regarding the current ongoing investigation involving tire failures and/or rollovers. I have been to Washington on two occasions to provide all information concerning these failures to Mark R. Paoletta, Chief Counsel for Oversight and Investigations. Ron Motley, Richard Arsenault and I attended the hearings in Washington to assist the Committee in its investigation.

I was appointed by U.S. District Judge Kathleen McDonald O'Mally to serve as Class Counsel in MDL 1401 Sulzer Inter-Op Hip Prosthesis Products Liability Litigation (a class settlement in the amount of over one billion dollars has been reached).

I was appointed by U.S. District Judge Michael J. Davis to the Plaintiffs' Steering Committee in MDL 1431 In Re Baycol Products Liability Litigation.

I recently argued for MDL status in both MDL 1477 In Re Serzone Products Liability Litigation and MDL 1481 In Re Meridia Products Liability Litigation.

I was appointed by U.S. District Judge Joseph R. Goodwin to serve on the Executive Committee and the Plaintiffs' Steering Committee in MDL 1477 In Re Serzone Products Liability Litigation.

I was appointed by U.S. District Judge James S. Gwin to serve on the Executive Committee the Plaintiffs' Steering Committee in MDL 1481 In Re Meridia Products Liability Litigation.

I was appointed by U.S. District Judge Kathleen McDonald O'Malley to serve on the Plaintiffs' Executive Committee in MDL 1535 In Re Welding Rod Products Liability Ligiation.

On September 30, 2004 I argued before the Judicial Panel of Multidistrict Litigation for MDL status in both MDL No. 1629 In Re Neurontin Marketing and Sales Practices Litigation and MDL No. 1632 In Re High Sulfur Content Gasoline Products Liability Litigation.

My office has 15 attorneys, 2 nurses, 3 computer specialists and over 20 secretaries, paralegals and administrative personnel. My employees include African-Americans, Hispanics and numerous female attorneys.

Enclosed herein is an article from Town & Country Magazine, an independent source, concerning my reputation as a trial lawyer.

THE LAW OFFICES OF DANIEL E. BECNEL, JR.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone    (985) 536-1186
Facsimile    (985) 536-6445

_____
DANIEL E. BECNEL, JR.
La. Bar No. 2926

*Part II of T&C's directory to the nation's top lawyers includes general trial lawyers, specialists in estates and trusts, tax and criminal law, plus the 100 largest law firms.*

# THE BEST LAWYERS IN THE U.S.

## PART II

By Stephanie Bernardo Johns

## GENERAL TRIAL LAWYERS

Louis Nizer, libel lawyer par excellence, said it best: "The difference between an office lawyer and a trial lawyer is as great as between an internist and a surgeon. Both require high talents, but the specialized skills and tools are so different that they may as well be in different professions."

A good trial lawyer is by nature a showman and by experience adept at playing straight into the hearts of the jury. No matter how he sounds, like a soap box preacher or a trained orator, his verbal abilities will be finely honed. Above all, he will be able to convince those twelve important men and women of the logic of his arguments. A good trial lawyer need not be a celebrity. But dramatic attorneys in highly publicized cases have managed to make a name for themselves. Clarence Darrow made his name by defending John T. Scopes in the famous "monkey" evolution trial. Melvin Belli earned his reputation defending the glitterati of Hollywood, as well as some of America's most famous criminals, such as Jack Ruby, the assassin of alleged presidential assassin, Lee Harvey Oswald.

Whether you choose a celebrity trial lawyer or a highly recommended unknown, don't bank on reputation alone. Take the time to observe him in the courtroom. Has he done his homework; does he sound prepared? Are his arguments logical, convincing? Does he have the self-confidence and aura of a "winner"? What is his track record in cases similar to yours? Once you have all the facts about the lawyer you intend to hire, sit back and ask yourself that all-important question: would you be willing to bet your reputation, your assets or your freedom on his ability?

MORGAN P. AMES
  Cummings & Lockwood
  10 Stamford Forum
  Stamford, CT 06904
THOMAS T. ANDERSON
  45-926 Oasis Street
  Indio, CA 92201
LINDA M. ATKINSON
  2920 E. Jefferson Street
  Detroit, MI 48207
JOSEPH A. BALL
  Ball, Hunt, Hart, Brown and Baerwitz
  120 Linden Avenue
  Long Beach, CA 90802
DAVID B. BAUM
  Boston Ship Plaza
  San Francisco, CA 94111
DANIEL E. BECNEL, JR.
  109 W. 7th Street
  Reserve, Louisiana 70084
JAMES F. BOCCARDO
  111 West St. John Street
  San Jose, CA 95115
TOM BOLAN
  Saxe, Bacon & Bolan
  39 E. 68th Street
  New York, NY 10021
TOM R. BOPELEY
  Graham & Graham
  421 Main Street
  Zanesville, OH 43701
DAN M. BURT
  Thorp, Reed & Armstrong
  1667 K Street N.W.
  Washington, DC 20006
SAMMY CACCIATORE
  Nance, Cacciatore, & Sisserson
  525 N. Harbor City Boulevard
  Melbourne, FL 32935
O. A. CARGILL, JR.
  Cargill and Wallace
  200 N. Harvey
  Oklahoma City, OK 73102
REX CARR
  Carr, Korein, Kunin, Schlicter
    & Brennan
  421 Missouri Avenue
  East St. Louis, IL 62201
STANLEY M. CHESLEY
  Waite, Schneider, Bayless & Chesley
  1513 Central Trust Tower
  Cincinnati, OH 45202
HILLEL CHODOS
  9595 Wilshire Boulevard
  Beverly Hills, CA 91212
WARREN CHRISTOPHER
  O'Melveny & Myers
  400 S. Hope Street
  Los Angeles, CA 90071
JULIAN D. CLARKSON
  Holland & Knight
  Barnett Bank Building
  Tallahassee, FL 32302
WILLIAM K. COBLENTZ
  Coblentz, Cahen, McCabe & Breyer
  One Embarcadero Center
  San Francisco, CA 94111
ROY COHN
  Saxe, Bacon & Bolan
  39 E. 68th Street
  New York, NY 10021
WILLIAM T. COLEMAN JR.
  O'Melveny & Myers
  1800 M Street N.W.
  Washington, DC 20036
GREGORY B. CONWAY
  Liebmann, Conway, Olejniczak & Jerry
  211 S. Monroe Avenue
  Green Bay, WI 54305
ROBERT E. COOK
  Cook & Franke
  660 E. Mason Street
  Milwaukee, WI 53202
EDWARD COSTIKYAN
  Paul, Weiss, Rifkind, Wharton
    & Garrison
  345 Park Avenue
  New York, NY 10154
SAM DANIELS
  Daniels & Hicks
  1414 Du Pont Building
  Miami, FL 33131
JAY W. DANKNER
  Lipsig, Sullivan & Liapakis
  100 Church Street
  New York, NY 10007
JAMES DEMPSEY
  105 S. Division Street
  Peekskill, NY 10566
ANTHONY J. DE MARCO
  26 Court Street
  Brooklyn, NY 11242
WARREN L. ETTINGER
  Hufstedler, Miller, Carlson
    & Beardsley
  700 S. Flower Street
  Los Angeles, CA 90017
JEROME B. FALK, JR.
  Howard, Rice, Nemerovski, Canady,
    Robertson & Falk
  3 Embarcadero Center
  San Francisco, CA 94111
DONALD J. FARAGE
  Farage & McBride
  836 Suburban Station Building
  Philadelphia, PA 19103
LEONARD N. FLAMM
  Hockert & Flamm
  880 3rd Avenue
  New York, NY 10022
DANIEL FOGEL
  Fogel, Rothschild, Feldman & Ostrov
  5900 Wilshire Boulevard
  Los Angeles, CA 90036
CHARLES R. GARRY
  Garry, Dreyfus & McTernan
  1256 Market Street
  San Francisco, CA 94102
BROWNE GREENE
  Greene, O'Reilly & Broillet
  816 S. Figueroa Street
  Los Angeles, CA 90017
NORMAN ROY GRUTMAN
  Grutman, Miller, Greenspoon, Hendler
    & Levin
  505 Park Avenue
  New York, NY 10022
ROBERT L. HABUSH
  Habush, Habush & Davis
  777 E. Wisconsin Avenue
  Milwaukee, WI 53202
DALE HARALSON
  Haralson, Kinerk & Morey
  82 S. Stone Avenue
  Tucson, AZ 85701
MARK I. HARRISON
  Harrison & Lerch
  650 N. Second Avenue
  Phoenix, AZ 85003
FRED A. HAZOURI
  Cone, Wagner, Nugent, Johnson,
    Hazouri & Roth
  1601 Belvedere Road
  West Palm Beach, FL 33402
HUGH G. HEAD
  218-219 Healy Building
  Atlanta, GA 30303
JOEL HIRSCHHORN
  2766 Douglas Road
  Miami, FL 33133
SETH M. HUFSTEDLER
  Hufstedler, Miller, Carlson
    & Beardsley
  700 S. Flower Street
  Los Angeles, CA 90017
JOSEPH D. JAMAIL
  Jamail & Kolius
  3300 One Allen Center
  Houston, TX 77002
ALBERT E. JENNER, JR.
  Jenner & Block
  1 IBM Plaza
  Chicago, IL 60611
ALFRED S. JULIEN
  Julien & Schlesinger
  2 Lafayette Street
  New York, NY 10007
JOHN J. KENNELLY
  111 W. Washington Street
  Chicago, IL 60602
LARRY A. KLEIN
  Klein & Beranek
  501 S. Flagler Drive
  West Palm Beach, FL 33401
BORIS KOSTELANETZ
  Kostelanetz & Ritholz
  80 Pine Street
  New York, NY 10005
LEE S. KREINDLER
  Kreindler & Kreindler
  100 Park Avenue
  New York, NY 10016
JAMES KRUEGER
  2065 Main Street
  Wailuku, Maui, Hawaii 96793
VERNE LAWYER
  Fourth Floor Fleming Building
  218 6th Avenue
  Des Moines, IA 50309
JOHN D. LIBER
  Spangenberg, Shibley, Traci
    & Lancione
  1500 National City Bank Building
  Cleveland, OH 44114
BRADWAY A. LIDDLE, JR.
  Boardman, Suhr, Curry & Field
  One S. Pinckney Street
  Madison, WI 53703
ARTHUR L. LIMAN
  Paul, Weiss, Rifkind, Wharton
    & Garrison
  345 Park Avenue
  New York, NY 10154
VINCENT A. LLOYD
  Lloyd, Brown, Fowler, Hoskins
    & Becht

201 S. Second Street
Ft. Pierce, FL 33448

**JOHN A. MACFADYEN III**
91 Friendship Street
Providence, RI 02903

**MICHAEL MAHER**
Maher, Overchuck, Langa, Cate & Lobb
90 E. Livingston Street
Orlando, FL 32801

**ELLIN M. MULHOLLAND**
Herzfeld & Rubin
40 Wall Street
New York, NY 10005

**JAMES F. NEAL**
Neal & Harwell
3rd National Bank Building
Nashville, TN 37219

**PETER CHASE NEUMANN**
136 Ridge Street
Reno, NV 89501

**DARRELL PETERS**
1394 E. Jefferson
Detroit, MI 48207

**STANLEY E. PREISER**
Preiser & Wilson
1012 Kanawha Boulevard E.
P.O. Box 2506
Charleston, WV 25329

**ROBERT D. RAVEN**
Morrison & Foerster
One Market Plaza
San Francisco, CA 94105

**GEORGE D. REYCRAFT**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

**PAUL D. RHEINGOLD**
113 E. 37th Street
New York, NY 10016

**EDWARD M. RICCI**
Ricci & Roberts
1645 Palm Beach Lakes Blvd.
West Palm Beach, FL 33402

**ROBERT C. ROTH, JR.**
Shaw, Spangler & Roth
1700 Broadway
Denver, CO 80290

**ELLIS RUBIN**
265 Northeast 26th Terrace
Miami, FL 33137

**JOHN F. SCHEICH**
103-42 Lefferts Boulevard
Richmond Hill, NY 11419

**J. BRIN SCHULMAN**
1888 Century Plaza East
Los Angeles, CA 90067

**HAROLD LEE SCHWAB**
Lester, Schwab, Katz & Dwyer
120 Broadway
New York, NY 10271

**STAN M. SHINGLES**
872 Public Ledger Building
Independence Square
Philadelphia, PA 19106

**LOUIS MARC SILBER**
Pariente & Silber
400 Australian Avenue S.
West Palm Beach, FL 33401

**GLENN A. SODD**
Dawson, Dawson, Sodd, Davis, Moe & Bizzell
5th and Main
Corsiciana, TX 75110

**WARREN C. STACK**
901 Elizabeth Avenue
Charlotte, NC 28204

**LAWRENCE TRIBE**
Harvard Law School
Cambridge, MA 02138

**JOHN G. TYNDALL III**
Boccardo Law Firm
111 West St. John Street
San Jose, CA 95115

**JOHN J. WALSH**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

**DAVID K. WATKISS**
Watkiss & Campbell
310 S. Main Street
Salt Lake City, UT 84101

**RANDOLPH K. WHITTINGTON**
Stapleton, Whittington, Curtis & Huddleston
201 N. First Street
Harlingen, TX 78550

**PAUL WINDELS, JR.**
Windels, Marx, Davies & Ives
51 W. 51st Street
New York, NY 10019

**BURTON YOUNG**
Young, Stern & Tannenbaum
17071 W. Dixie Highway
North Miami Beach, FL 33160

**JOSEPH L. YOUNG**
Young & Sanders
500 L Street
Anchorage, AK 99501

**IRVING YOUNGER**
3321 O Street N.W.
Washington, DC 20007

# TAX LAWYERS

The Internal Revenue Code is the longest law in the world," says Jonathan Blattmachr of Milbank, Tweed, Hadley & McCloy. "The code is so complex, that there are few individuals who can function as general tax lawyers—specialization is a necessity."

At Blattmachr's firm, as at other large law firms, there are tax lawyers who specialize in a particular area or even a sub-area of the IRS code, such as business taxation, partnerships, real estate, tax shelters, charities or estates and trusts. A tax lawyer can help an individual with strategies to avoid taxation, for himself or his business, or he can do battle with the IRS, if a tax problem already exists.

Each year millions of taxpayers are audited by the IRS. Should that happen to you, and should you be asked to pay taxes that you believe are unjustified, you can file an appeal with the IRS. If you believe that the IRS will not honor your appeal, you may have to fight it out in court. There are three courts where IRS battles are fought: U.S. Tax Court, district court, and the U.S. Court of Claims. The U.S. Tax Court is the only arena where you will be able to contest a tax dispute without first paying the disputed amount in full, and it is the only court where an attorney is *not* necessary. A taxpayer may represent himself, provided that the sum in question is $5,000 or less.

If you intend to fight the IRS in district court or the U.S. Court of Claims, you will need a good tax attorney—one who is familiar with the specific area of the IRS code that is germane to your problem.

All of the tax attorneys who go to court end up battling the same opponent, the Internal Revenue Service. Hence most of the attorneys in this field do not meet and test one another as combatants in the same way that, say, torts lawyers do. "Because of the nature of their work, the most important quality to look for in a tax attorney is the ability to communicate," says Robert A. Watson of Fort Worth. "He has to be good with people."

**BERNARD M. AIDINOFF**
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

**MAC ASBILL, JR**
Sutherland, Asbill & Brennan
1666 K Street N.W.
Washington, DC 20006

**ALBERT S. BARR III**
Tydings & Rosenberg
201 N. Charles Street
Baltimore, Maryland 21201

**RONALD L. BLANC**
Blanc, Gilburne, Peters, Williams & Johnston
1900 Avenue of the Stars
Los Angeles, CA 90067

**N. JEROLD COHEN**
Sutherland, Asbill & Brennan
First Atlanta Tower
Atlanta, Georgia 30383

**SHELDON H. ELSEN**
Orans, Elsen & Lupert
One Rockefeller Plaza
New York, NY 10020

**PETER L. FABER**
Winthrop, Stimson, Putnam & Roberts
40 Wall Street
New York, NY 10005

**MILTON CARR FERGUSON, JR.**
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, NY 10005

**JOE C. FOSTER, JR.**
Fraser, Trebilcock, Davis & Foster
1000 Michigan National Tower
Lansing, MI 48933

**RICHARD A. FRELING**
Johnson & Swanson
900 Jackson Street
Dallas, TX 75202

**PAUL N. FRIMMER**