# Exhibit H

|  |  |  |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629  Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | Judge Patti B. Saris |

### DECLARATION OF RICHARD W. COHEN IN SUPPORT OF APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

I, Richard W. Cohen, depose and state as follows:

1.      I am a shareholder and officer of the law firm of Lowey Dannenberg Bemporad & Selinger, P.C. ("LDBS") where I have practiced law since 1998.  Attached hereto is a copy of my firm's resume.  I have full knowledge of the matters stated herein and would testify thereto.

2.      In 1977 I was graduated with a bachelor's degree from Georgetown University's College of Arts and Sciences, and in 1980 I was graduated from New York University School of Law with a J.D.  I have practiced law continuously since 1980, and have been a partner or principal of three law firms since 1987.  I am rated "AV" by Martindale-Hubbell.  I am a member of the bars of the States of New York and Pennsylvania, the United States Courts of Appeal for the Second, Third, Sixth, and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, and the Eastern District of Pennsylvania.  I have been admitted *pro hac vice* in cases before numerous other states and federal trial courts, including *In Re Lupron Marketing and Sales Practice Litig.*, MDL No. 1430, (Hon. Richard G. Stearns), a prescription drug cost-recovery case pending before the United States District Court for the District of Massachusetts.

1825 / AFF / 00070541.WPD v1

3.      My firm and I have extensive experience prosecuting and defending complex

commercial litigation, including multi-district class action litigation.  I lead a group of four

lawyers at LDBS who dedicate the majority of their practice to <u>prescription drug overcharge</u>

<u>recovery litigation</u>, primarily for third party payer health insurers.  My experience in this field

includes the following relevant matters:

- *In re Cardizem CD Antitrust Litig.*, MDL No. 1278 (E.D. Mich.) (Hon. Nancy G. Edmonds).  LDBS initiated these lawsuits, LDBS served as co-lead counsel, and I was LDBS' lead attorney for the prosecution of end payer (consumers and third party payers) class action lawsuits in this prescription drug antitrust case.  For a history of the case and LDBS' role, see *In re Cardizem CD Antitrust Litig.*, 218 F.R.D. 508, 511-515 (E. D. Mich. 2003) (appeal dismissed Dec. 14, 2004) (approving $80 million end payer class settlement).  In the course of six years of intensive litigation, we achieved several landmark victories, including a partial summary judgment of *per se* antitrust liability against defendants, which was unanimously affirmed by the Sixth Circuit Court of Appeals, *In re Cardizem CD Antitrust Litig.*, 332 F.3d 896 (6th Cir. 2003); and <u>certification of a litigation class</u> of end payers to prosecute antitrust claims under state law, *In re Cardizem CD Antitrust Litig.*, 200 F.R.D. 326 (E.D. Mich. 2001).  I argued the class certification motion and both appeals for the class.  **Aetna, Inc.**, LDBS' client in the *Neurontin* case before this Court, was our client and served as a class representative in *Cardizem CD*.

- *In re Terazosin Hydrochloride Antitrust Litig.*, MDL No. 1317 (U.S.D.C., S.D. Fla.) (Hon. Patricia A. Seitz).  LDBS is co-lead counsel (and I am LDBS' lead attorney) for a <u>certified 17-state</u> <u>litigation class</u> of end payers (consumers and third party payers) who allege they overpaid for the prescription drug Hytrin.  *In Re Terazosin Hydrochloride Antitrust Litig.*, 220 F.R.D. 672 (S.D. Fla. 2004) (appeal pending).  I argued the class certification motion at two hearings held by the district court.

- *In re Rezulin Products Liability Litig.*, MDL No. 1348 (U.S.D.C. S.D.N.Y.) (Hon. Lewis A. Kaplan).  LDBS is counsel for plaintiff representatives of a putative class of U.S. health insurers against Pfizer Inc.'s subsidiary, Warner Lambert Company, to recover

monies paid for the diabetes drug Rezulin, which was withdrawn
from the U.S. market in 2000. In 2003, the United States Court of
Appeals for the Second Circuit reversed the district court's
dismissal of this deceptive trade practices class action case, holding
that health insurers have direct standing to sue as the buyers of the
prescription drugs their insureds use. I argued the appeal for the
appellants. *Desiano v. Warner Lambert Company*, 326 F.3d 339
(2d Cir. 2003).

- ***In re Warfarin Sodium Antitrust Litig.,*** MDL No. 1232
(U.S.D.C., D.Del.) (Hon. Sue L. Robinson). LDBS was appointed
by the district court to a five-member plaintiffs' Executive
Committee, as the representative of third party payer members of
an end payer class prosecuting claims of unfair marketing practices
in connection with the prescription blood thinner Coumadin. I
represented LDBS on the Executive Committee. On December 8,
2004, the United States Court of Appeals for the Third Circuit
unanimously affirmed the final approval by the United States
District Court for the District of Delaware of a $44.5 million class
action settlement paid by DuPont Pharmaceuticals. *In re Warfarin
Sodium Antitrust Litig.* 2004 WL 2809797 (3d Cir. Dec. 8, 2004).
I argued the settlement approval motion and the appeal on behalf of
third party payers.

- ***In re Lorazepam and Clorazepate Antitrust Litig.,*** MDL No. 1290
(U.S.D.C., D.D.C.) (Hon. Thomas F. Hogan). LDBS was lead
counsel for a class consisting of health insurers in 19 states and the
District of Columbia , and I was LDBS' lead attorney on this case.
In 2002, following a contested settlement hearing, the United
States District Court for the District of Columbia approved a $25.3
million settlement with Mylan Laboratories, Inc., settling claims
for overcharges paid by health insurers for generic versions of the
prescription drugs lorazepam and clorazepate. I argued the motion
for approval of the settlement. *In Re Lorazepam and Clorazepate
Antitrust Litig.*, 205 F.R.D. 369 (D.D.C. 2002)

4.      On behalf of LDBS, I have also represented large groups of health insurers and

self-funded employer health benefit plans in prescription drug cost recovery cases, and have

negotiated settlements on their behalf as opt-out groups, separately from, but cooperatively with,

settlement classes. In each of these cases, the class settlement agreement filed with the presiding

court identifies LDBS as counsel for independently-represented settling third party payers.

- *In re Buspirone Antitrust Litig.* (Buspar), MDL No. 1413 (S.D.N.Y.) (Hon. John G. Koeltl).

- *Vista Healthplan, Inc. v. Bristol* (Taxol), Civil Action No. 1:01 CV 01295 (D.D.C.) (Hon. Emmet G. Sullivan)

- *In re Relafen Antitrust Litig.,* Master File No. 01-CV-12239 (D.Mass.) (Hon. William G. Young)

- *In re Lupron Marketing and Sales Practices Litig.,* MDL No. 1430 (D.Mass.) (Hon. Richard G. Stearns)

5.     LDBS represents Aetna, Inc., one of the largest health insurers in the United States, in the action filed and pending in this Court and now part of the MDL proceedings.  My firm is also advising other health insurers and self-funded plans with respect to their potential claims for overcharges paid for Neurontin.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:   December 14, 2004



_____
                                        RICHARD W. COHEN

## Biographies

printer friendly format

The attorneys of Lowey Dannenberg possess an enormous breadth of experience. Attorneys of the firm act as court appointed Federal mediators and are regularly featured as writers and speakers on securities and consumer matters.

| | |
|---|---|
| RICHARD B. DANNENBERG | STACEY E. BLAUSTEIN |
| STEPHEN LOWEY | JEANNE D'ESPOSITO |
| RICHARD BEMPORAD | VINCENT BRIGANTI |
| NEIL L. SELINGER | GEOFFREY HORN |
| DAVID C. HARRISON | TODD S. GARBER |
| RICHARD W. COHEN | SCOTT V. PAPP |
| THOMAS M. SKELTON | DEBORAH A. ROGOZINSKI |
| PETER D. ST. PHILLIP, JR. | |

**RICHARD B. DANNENBERG**, born New York, NY., January 10, 1931; admitted to bar, 1955, New York; 1957, U.S. District Court, Southern and Eastern Districts of New York; 1959, U.S. Court of Appeals, Second Circuit; 1961, U.S. Supreme Court; 1978, U.S. Court of Appeals, Fifth Circuit; 1984, U.S. Court of Appeals, Eleventh Circuit; 1987, U.S. Court of Appeals, Third Circuit and U.S. District Court, District of Connecticut; 1989, U.S. Court of Appeals, First Circuit; Federal Court Mediator, U.S. District Court, Southern District of New York, 1996-.

Education: Duke University (A.B. magna cum laude, 1952); Yale University (LL.B., 1955); Phi Beta Kappa.

Adjunct Professor, Pace University School of Law, advisor to the Securities Arbitration Clinic; member of Advisory Council, Pace Investor Rights Project. NASD and NYSE arbitrator.

Member: The Association of the Bar of the City of New York (Member, Committees on: State Courts of Superior Jurisdiction, 1968-1972; Federal Courts, 1974-1977); New York State and American Bar Associations; Federal Bar Council.

Email: rdannenberg@ldbs.com

back to top

**STEPHEN LOWEY**, born New York, N.Y., January 26, 1933; admitted to bar, 1959, New York; 1961, U.S. District Court, Southern and Eastern Districts of New York and U.S. Court of Appeals, Second Circuit; 1981, U.S. Court of Appeals, Fourth Circuit; 1986, U.S. Court of Appeals, Third Circuit; 1992, U.S. District Court, Northern District of New York; Federal Court Mediator U.S. District Court, Southern District of New York, 1996-.

Education: Harvard University (A.B., cum laude, 1955); Columbia University (LL.B., 1958). Assistant U.S. Attorney, Eastern District of New York, 1961-1964. Arbitrator, American Stock Exchange, Inc., 1979-1987. Author: "Going Private in New York: A Need for Legislation," New York Law Journal, 1984. Panelist: "Professional Liability of Auditors and Lawyers Arising Out of the Insolvency of Financial Institutions," International Bar Association, Biennial Conference, 1992; "Current Problems in Federal Civil Procedure," Practicing Law Institute, 1986; "Securities Litigation: Prosecution and Defense Strategies," "Practicing Law Institute, 1985; "Class Actions and Derivative Suites in the Aftermath of Control Contests and Mergers and Acquisitions," American Bar Association, Section of Litigation, 1984 Annual Meeting.

Member: The Association of the Bar of the City of New York (Member, Committee on Federal Courts, 1983-1986); Queens County (Chairman, Committee on Federal Practice, 1976-1978) and American (Chairman, Committee on Class Actions, General Practice Section, 1981) Bar Associations.

Email: slowey@ldbs.com

back to top

**RICHARD BEMPORAD**, born Miami Beach, Florida, September 2, 1950; admitted to bar, 1976, New York and U.S. District Court, Southern and Eastern Districts of New York; 1983, U.S. Court of Appeals, Second Circuit; 1987, U.S. District Court, District of Connecticut; 1996, U.S. District Court, Eastern District of Michigan, Central District of Illinois.

Education: State University of New York at Buffalo (B.A., summa cum laude, 1972); Columbia University (J.D., 1975), Phi Beta Kappa, Harlan Fiske Stone Scholar. Panelist and Author: "Securities Litigation, Practicing Law Institute, 1989, 1990, 1992, 1997-2004. Panelist and Author, Association of the Bar Securities Litigation, 2001-03. Author: "Circuit Court Ruling Resolves Claims Issue Under Rule 10b-5," New York Law Journal 1, Col. 2, Oct. 20, 1980; "Injunctive Relief in SEC Civil Actions: The Scope of Judicial Discretion," "10 Columbia Law Journal and Social Problems 328, 1974.

Member: The Association of the Bar of the City of New York (Member, Committee on Federal Courts, 1986-1989); New York State and American Bar Associations.

Email: rbemporad@ldbs.com

back to top

**NEIL L. SELINGER**, born Long Branch, New Jersey, October 22, 1953; admitted to bar, 1979, New York and U.S. District Court, Southern and Eastern Districts of New York; 1981, U.S. Court of Appeals, Fourth and Tenth Circuits; 1984, U.S. Court of Appeals, Eleventh Circuit; 1990, U.S. Court of Appeals, Second Circuit; 1992, U.S. District Court, District of Connecticut.

Education: Columbia University (B.A., 1975); New York University (J.D., 1978). Panelist, "Complying With Your Fiduciary Obligations as a Public Fund Board Member," Fire and Police Pension Funds Forum, 2000; "Fiduciary Responsibilities: Keeping Your Board and Yourself Honest," Public Fund Boards Forum, 2000; "Maximizing Return on Class Action Litigation," Public Funds Summit, 2001; "Investment Litigation By Pension Funds 201," Council of Institutional Investors, 2001. Member: The Association of the Bar of the City of New York; New York State and American Bar Associations; National Association of Public Pension Attorneys.

Email: nselinger@ldbs.com

back to top

**DAVID C. HARRISON**, born Philadelphia, Pennsylvania, February 23, 1955; admitted to bar, 1981, New York and U.S. District Court, Southern District of New York; 1984, U.S. Court of Appeals, Eighth Circuit; 1986, U.S. Court of Appeals, Seventh and Eleventh Circuits; 1987, U.S. Court of Appeals, Second Circuit.

Education: Villanova University (B.A., 1977); New York University (J.D. 1980; LL. M. 1993). Phi Kappa Phi.

Member: The Association of the Bar of the City of New York; New York County Lawyers Association.

Email: dharrison@ldbs.com

back to top

**RICHARD W. COHEN**, born Pittsburgh, Pennsylvania, June 23, 1954; admitted to bar, 1981, New York; 1984, U.S. District Court, Southern and Eastern Districts of New York; 1989, Pennsylvania; 1995, U.S. Court of Appeals, Second Circuit; 1996 U.S. District Court, Eastern District of Pennsylvania and U.S. Court of Appeals, Third Circuit; 1999, U.S. District Court, Eastern District of Michigan; 2001, U.S. Court of Appeals, Sixth Circuit; 2004, U.S. Court of Appeals, Eleventh Circuit.

Education: Georgetown University (A.B., 1977); New York University (J.D., 1980). Panelist: Health Care Antitrust Forum,

Northwestern University School of Law, 2000.

Member: Journal of International Law and Politics, 1978-1979; The Association of the Bar of the City of New York (Member, Committee on State Courts of Superior Jurisdiction, 1997-).

Email: rcohen@ldbs.com

back to top

**THOMAS M. SKELTON**, born Huntington, New York, September 2, 1965; admitted to bar, 1992, New York, U.S. District Court, Southern and Eastern Districts of New York.

Education: Providence College (B.A., 1987); Fordham University (J.D., 1991).

Member: Fordham Law Review, 1990-1991.

Email: tskelton@ldbs.com

back to top

**PETER D. ST. PHILLIP, JR.** born Summit, New Jersey, October 1, 1967; admitted to bar, 1993, New Jersey; 1994, Pennsylvania; 2004, New York, U.S. District Court, District of New Jersey and U.S. Court of Appeals, 3rd Circuit; 1995, U.S. District Court, Eastern District of Pennsylvania; 1997, U.S. District Court, Southern District of New York, U.S. Court of Appeals, 6th Circuit,

Education: Trinity College (B.A., 1990); Seton Hall University School of Law (J.D. cum laude, 1993).

Member: Appellate Moot Court Board. Adjunct Professor of Law, Appellate Advocacy, Seton Hall University School of Law, 1993-1994. Staff Attorney, U.S. Court of Appeals, Third Circuit, 1993-1994.

Email: pstphillip@ldbs.com

back to top

**STACEY E. BLAUSTEIN**, born New York, N.Y., March 1, 1961; admitted to bar, 1989, New York; 1992, U.S. District Court, Southern District of New York; 1993, U.S. District Court, Eastern District of New York; 2004, U.S. Supreme Court.

Education: Barnard College, Columbia University (B.A. 1984); Emory University (J.D., 1988).

Member: The Association of the Bar of the City of New York (Member, Committee on Federal Legislation, 1995-1998); Westchester Women's Bar Association; New York State and American Bar Associations.

Email: sblaustein@ldbs.com

back to top

**JEANNE D'ESPOSITO**, born Nassau, New York, November 19, 1963; admitted to bar, 1991, New York; 1993, U.S. District Court, Southern District of New York.

Education: St. John's University (B.S., summa cum laude, 1985); University of Pennsylvania (J.D., 1990).

Member: American Bar Association (Section on Litigation).

Email: jdesposito@ldbs.com

back to top

**VINCENT BRIGANTI**, born Port Chester, New York, October 29, 1971; admitted to bar, 1996, Connecticut; 1997, New York; U.S. District Court, Southern and Eastern District of New York; 2003, U.S. Court of Appeals, Eighth Circuit.

Education: Iona College (B.A., cum laude, 1993); New York Law School (J.D., cum laude, 1996).

Member: Articles Editor, New York Law School Journal of International and Comparative Law, 1992-1993; American Bar Association; The Association of the Bar of the City of New York.

Email: vbriganti@ldbs.com

back to top

**GEOFFREY M. HORN** born New York, New York, February 5, 1967; admitted to bar, 1994, New York.

Education: Trinity College (B.A., 1989); Albany Law School of Union University (J.D., 1993).

Recipient, West Publishing Company Prize for Achievement in Securities Law, 1993.

Email: ghorn@ldbs.com

back to top

**TODD S. GARBER**, born New York, New York, October 23, 1977; admitted to bar, 2002, Connecticut; 2003, New York, U.S. District Court, Southern District of New York and U.S. District Court, Eastern District of New York.

Education: Cornell University (B.A. 1999); Benjamin N. Cardozo School of Law (J.D. 2002).

Member: Articles Editor, Cardozo Journal of International and Comparative Law, 2001-2002.

Email: tgarber@ldbs.com

back to top

**SCOTT V. PAPP,** born Queens, New York, January 4, 1969; admitted to bar, 2003, New York and Connecticut.
Education:  State University of New York at Albany (B.A. 1992); Pace Law School (J.D., cum laude, 2003).
Member:  New York State and American Bar Associations.
Recipient:  Pace Law School Clinical Award for Achievement in Securities Arbitration Clinic, 2003.

Email: spapp@ldbs.com

back to top

**DEBORAH A. ROGOZINSKI**, born Riverhead, New York, February 17, 1968; admitted to bar, 2004, New York, U.S. District Court, Southern District of New York.

Education: Fordham University (B.A., 1990); Pace University (J.D., 2003).

Member:  Westchester and New York Bar Associations

Email: drogozinski@ldbs.com

back to top

## Current Cases

printer friendly format

Lowey Dannenberg is currently handling a number of diverse actions across the United States, including newly initiated cases which may affect your rights. Matters of current or recent interest include:

- On November 10, 2004, the U.S. District Court for the Southern District of New York found that "LDBS, and in particular Neil Selinger of that firm, has worked tirelessly to promote harmony and efficiency in this sprawling litigation...LDBS has done a superb job in its role as Liaison Counsel, conducting itself with professionalism and efficiency...." In re WorldCom, Inc. Securities Litigation, 2004 WL 2549682 (S.D.N.Y.)

- On April 8, 2004, the U.S. District Court for the Southern District of Florida certified a 17-state class of indirect purchasers of third-party payers and consumers in In re Terazosin Hydrachloride Antitrust Litigation, 2004 U.S. dist. LEXIS 6176 (S.D. Fla.). In approving LDBS as Co-Lead Counsel for the Class, the Court complimented the firm's performance and experience in this hard-fought case.

- On June 25, 2003, the firm obtained a ruling from the U.S. District Court for the District of Delaware denying defendant DaimlerChrysler's motion for summary judgment on statute of limitation grounds in a securities fraud action brought by LDBS' client Glickenhaus & Co., a money management firm that was one of Chrysler's largest shareholders. Glickenhaus & Co. v. DaimlerChrysler AG, 2003 U.S. Dist. LEXIS 10964 (D. Del. June 25, 2003). In March 2002, LDBS successfully obtained a ruling denying defendants' motions to dismiss. Glickenhaus & Co. v. DaimlerChrysler AG, 197 F. Supp. 2d 42 (D. Del. 2002). The lawsuit, which was recently settled on terms favorable to our clients, involved allegedly false statements to investors and regulators concerning a purported "merger of equals" between Daimler-Benz and Chrysler.

- On June 23, 2003, the U.S. District Court of the Northern District of Alabama appointed LDBS as Co-Lead Counsel in In re HealthSouth 2002 Securities Litigation, CV-02-BE-2105-S (N.D. Ala.), a case involving one of the largest financial frauds in U.S. corporate history.

- On June 13, 2003, the U.S. Court of Appeals for the Sixth Circuit affirmed, 3-0, a rare plaintiffs' judgment of per se antitrust liability against defendants, in a class action on behalf of consumers and third party payers against Aventis S.A. and Andrx Corp., charging that they monopolized and unreasonably restrained trade in the United States market for Cardizem CD, a prescription drug for patients with angina and high blood pressure, and its generic bioequivalents. After the district court had granted our motion for partial summary judgment (In re Cardizem CD Antitrust Litig., 105 F. Supp. 2d 682 (E.D. Mich. 2000)), the Attorneys General of New York, Michigan and several other states joined in the litigation and worked cooperatively with us and our clients Aetna, Inc. and Cobalt Corporation in prosecuting and settling the action. On January 29, 2003, the U.S. District Court for the Eastern District of Michigan preliminarily approved an $80,000,000 settlement. 2003 U.S. App. LEXIS 11681, 2003 Fed. App. 0195P (6th Cir. 2003). LDBS is lead counsel for the settlement class. LDBS attorneys Stephen Lowey, Richard Cohen, and Peter St. Phillip have prosecuted this case since 1998.

- On May 28, 2003, the U.S. District Court for the Southern District of New York appointed the firm to serve as Liaison Counsel for

the more than 40 non-class lawsuits arising out of the WorldCom fraud, the largest financial fraud in U.S. history.  Neil Selinger and others have been representing the New York City Pension Funds in this complex, multi-party litigation.

- On April 18, 2003, the United States Court of Appeals for the Second Circuit reversed the dismissal of a class action case prosecuted by LDBS on behalf of U.S. health insurers against Warner Lambert to recover overcharges they paid for the diabetes drug Rezulin. The district court had held that health insurers, which had paid $1.4 billion for the drug before it was pulled from the market, were "essentially financial intermediaries" which lacked standing to sue drug companies unless their insureds had been injured by the defendant's drugs. The appeals court held that the insurers buy the drugs and have the rights of buyers to sue to recover any overcharges. Louisiana Blue Cross and UNITE (textile workers union) were the plaintiffs. We believe this is the first federal appeals court decision to hold squarely that health insurers are the buyers of the prescription drugs their insured's use, with the concomitant standing of buyers to sue directly for breach of warranty, fraud and other causes of overpayment. LDBS principal Richard Cohen argued the appeal, assisted by Stephen Lowey and Peter St. Phillip. Desiano v. Warner Lambert Company, Docket No. 01-9318, 326 F.3d 339, 2003 U.S. App. LEXIS 7418 (2d Cir. 2003).

- On April 11, 2003, in a case handled by LDBS principal Neil Selinger, the Supreme Court of the State of New York, County of New York, issued an opinion approving a $22.8 million settlement obtained on behalf of a class of current and former holders of credit cards issued by MBNA bank who took cash advances in response to an MBNA promotion. The Court noted that LDBS is an "able law firm having long-standing experience in commercial class action litigation." Broder v. MBNA Corp., No. 605153/98 (Sup. Ct., N.Y. County, April 11, 2003)

- On February 24, 2003 the United States District Court for the Southern District of New York (Judge Leonard Sand) denied the motion of plaintiff MeVC Draper Fisher Jurvetson Fund I, Inc., a NYSE-listed closed end mutual fund ("MVC"), for a preliminary injunction to prevent or limit LDBS' client, Millenco L.P., and two other large stockholders, from voting their shares of MVC stock and proxies received from other shareholders, in a contested election for control of MeVC's board of directors. Four days later, on February 28, 2003, Millenco's nominees won the election by a margin of more than four-to-one, and replaced the entire board of directors. LDBS principal Richard Cohen argued the preliminary injunction motion and advised Millenco in the proxy contest. MeVC Draper Fisher Jurvetson Fund I, Inc. v. Millennium Partners, 2003 U.S. Dist. LEXIS 3323; Fed. Sec. L. Rep. (CCH) P92,289 (S.D.N.Y. 2003).

- In an action in which LDBS principal Richard Bemporad acted as co-lead counsel, the Delaware Supreme Court enjoined a proposed merger between NCS Healthcare, Inc. and Genesis Health Ventures, Inc., accepting our argument that the NCS board had breached its fiduciary obligations by agreeing to irrevocable lock-up provisions. As a result of the injunction obtained by LDBS, the class of NCS shareholders we represent was able to obtain the benefits of a competing takeover proposal by Omnicare, Inc. of 340% more than that offered in the enjoined transaction, providing NCS's shareholders with an additional $99 million. Omnicare, Inc. v. NCS Healthcare, Inc., 818 A.2d 914 (Del. 2003).

- On December 19, 2002, in a case argued by LDBS principal

Richard Cohen, the Delaware Court of Chancery granted summary judgment to our client Millenco L.P., a private investment partnership, invalidating the elections of directors at the 2001 and 2002 annual meetings of meVC Draper Fisher Jurvetson Fund I, Inc. The Chancery Court found that the election of directors at those meetings was procured by the use of materially false and misleading proxy materials which failed to disclose relationships between certain of the directors. The court ordered new elections by February 2003 (which Millenco won; see above) to fill the director seats that were up for election at those meetings. Millenco L.P. v. meVC Draper Fisher Jurvetson Fund I, Inc., C.A. 19523, 2002 Del. Ch. LEXIS 140 (Del. Ch., Dec. 19, 2002).

- On December 18, 2002, following a multi-day evidentiary hearing handled by LDBS principal Richard Cohen, Magistrate Judge Streepy of the U.S. District Court for the Northern District of Ohio issued a report and recommendation in which he recommended that our client's motion for a preliminary injunction be granted counting the 1.6 million proxies submitted by our client at the 2002 annual meeting of Brantley Capital Corp., thereby reversing the results of a contested election of directors. Goldstein v. Brantley Capital Corp., 1:02CV1903 (N.D. Ohio Dec. 18, 2002). The case subsequently settled on terms favorable to our client and all Brantley shareholders.

- On December 2, 2002, in a case in which LDBS principal Neil Selinger acted as Lead Counsel, the U.S. District Court for the Eastern District of New York issued an opinion approving a $27.25 million settlement obtained on behalf of our client the Federated Kaufmann Fund and a class of purchasers of securities of CINAR Corporation. The court found that "the quality of [Lowey Dannenberg's] representation has been excellent. In re CINAR Corporation Securities Litigation, Master File N. 00 CV 1086 (E.D.N.Y. Dec. 2, 2002).

In the fall of 2001, after a highly competitive selection process, Lowey Dannenberg was selected by the Corporation Counsel of the City of New York to serve as one of the securities litigation counsel to represent a number of New York City pension funds (the "NYC Funds") managed by the Comptroller's Office and having combined assets of more than $98 billion. Recently, LDBS commenced an action on behalf of the NYC Funds to recoup the NYC Funds' losses of more than $275 million from their investments in securities of WorldCom, Inc. Prior to the WorldCom matter, LDBS was retained to represent the NYC Funds in securities litigation involving Enron, McKesson HBOC, Inc., and MicroStrategy.

In proceedings in which Lowey Dannenberg principal Richard B. Dannenberg acted as co-counsel to a U.S. Bankruptcy Court-appointed Estate Representative, Lowey Dannenberg obtained recoveries totaling $106 million. In re Reliance Securities Litigation, MDL 1304 (D. Del. 2002).

In a case argued by Lowey Dannenberg principal Neil Selinger, the United States Court of Appeals for the Second Circuit issued a landmark decision protecting the rights of United States citizens to sue foreign companies who fraudulently sell their securities in the U.S. DiRienzo v. Philip Services Corp., 294 F.3d 21 (2d Cir.), cert. denied, 123 S.Ct. 556 (Nov. 15, 2002).

In March 2002, Lowey Dannenberg acting on behalf of Millenium Partners, the largest stockholder of MeVC Draper Fisher Jurvetson Fund

I, a NYSE-traded closed end fund, successfully persuaded ISS, the largest proxy advisory service company in the U.S., and the New York Stock Exchange, to revise their previous approvals of MeVC's proxy proposal to approve investment advisor contracts which would have been renewable without shareholder approval. The result – all NYSE broker-dealers withdrew their proxies previously given to management, and led to the defeat of the management porposal at the shareholders' meeting.

In August 2002, the Untied States District Court for the District of Delaware approved a $44.5 million class action settlement paid by DuPont Pharmaceuticals to consumers and third party payers nationwide to settle claims of unfair marketing practices in connection with the prescription blood thinner Coumadin. Lowey Dannenberg had been appointed by the District Court the plaintiffs' executive committee, as a representative of third party payers, to prosecute the consolidated nationwide class action. In Re Warfarin Sodium Antitrust Litigation, 2002 U.S. Dist. LEXIS 16375 (D. Del. Aug. 30, 2002).

In an action brought on behalf of a class of participants in the Computer Associates International, Inc. pension plan, Lowey Dannenberg has obtained a ruling from the Court denying defendants' motion to dismiss the class action complaint. Lowey Dannenberg persuaded the Court that our client and other class members had properly alleged a claim under ERISA for wrongful denial of benefits. Babcock v. Computer Associates International, Inc. 2002 U.S. Dist. LEXIS 2923 (E.D.N.Y. Feb. 25, 2002).

Lowey Dannenberg was lead counsel for a class of health insurers and other third party payers in 19 states and the District of Columbia in the prosecution of litigation which resulted in a $25.3 million settlement with Mylan Laboratories, Inc., settling claims for overcharges for the generic versions of the prescription drugs lorazepam and clorazepate. Following a contested hearing, on February 1, 2002, the United States District Court for the District of Columbia expressly adopted Lowey Dannenberg's arguments made at the settlement hearing and approved the settlement in all respects. Lowey Dannenberg's clients included the class representative Cobalt Corporation, the holding company for Wisconsin Blue Cross. In Re Lorazepam and Clorazepate Antitrust Litigation, MDL No. 99-1290 (TFH) (decision available at http://www.dcd.uscourts.gov/99ms276hh.pdf)

Other recently concluded securities cases in which Lowey Dannenberg acted as lead counsel include the following: In re Seagate Technology, Inc. Shareholders Litig., (Del. Ch. 2001)($200 million settlement); In re MedPartners Inc. Securities Litig., (N.D. Ala. 1999)($56 million settlement); In re MobileMedia Sec. Litig., (D.N.J. 2000)($27 million settlement); In re Arakis Energy Corp. Sec. Litig., (E.D.N.Y. 2000)($24 million settlement); Turabo Medical Center v. Beach, (D.P.R. 1997)($20 million settlement); In re Kidder Peabody Sec. Litig., 94 Civ. 3954 (BSJ) (MHD)(S.D.N.Y. 2000)($19 million settlement).

If you would like to find out more, contact us.

About the Firm | Recoveries | Accolades | Our Clients | Biographies | Current Cases | Reported Decisions | Related Sites | Contact Us | Home

# Accolades

printer friendly format

"I want to thank Mr. Selinger again publicly. I have done it many a time during the course of this litigation. He has performed a marvelous service."

**In re WorldCom, Inc. Securities Litigation,** 02 Civ. 3288 (DLC) (S.D.N.Y)

"The skill, diligence and resourcefulness shown by Mr. Dannenberg against distinguished adversaries, were of particular importance in reaching a global settlement. . ."

**Cannon v. Texas Gulf Sulphur Company** (S.D.N.Y.)

"The recently concluded American Bank & Trust proceedings were eminently successful. This was due mainly to the professional competence exhibited by Mr. Lowey as lead counsel. . ."

**In the Matter of American Bank & Trust Company** (Sup. Ct. N.Y. Co.).

"Obtaining a preliminary injunction in the Burlington Northern case is one of the more recent in a long line of coups achieved by the small New York plaintiffs' firm. Lowey Dannenberg has won suits against some of the country's largest corporations and their batteries of lawyers."

**Legal Times.**

"I think the class has been well-served. It was a very well-handled case. . ."

**Gordon v. Floating Point Systems, Inc.** (D. Or.)

"It appears to the Court that the Lowey Dannenberg firm has performed its responsibilities admirably."

**In re Oracle Securities Litigation** (N.D. Cal.)

The attorneys of Lowey Dannenberg "are highly experienced specialists" whose work is "of very high quality."

**Winston v. Mezzanine Investments, L.P.** (Sup. Ct. N.Y. Co.)

The lawyers of Lowey Dannenberg are "great attorneys" who "make attorneys look good."

**Snyder v. Nationwide Mutual Insurance Company** (Sup. Ct. Onondaga Co.)

The lawyers of Lowey Dannenberg "did highly skilled work against highly skilled opposition – there was some high-wall lawyering done here."

**In re Seagate Technology, Inc. Shareholders Litigation,** (Del. Ch.)

To obtain more detailed endorsements of the firm, or to obtain copies of news articles written about Lowey Dannenberg, please contact us.

About the Firm | Recoveries | Accolades | Our Clients | Biographies | Current Cases | Reported Decisions | Related Sites | Contact Us | Home