UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>HARDEN MANUFACTURING )<br>CORPORATION, individually and on )<br>behalf of itself and others similarly situated, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>PFIZER INC. and PARKE-DAVIS, )<br>a division of Warner-Lambert Company, )<br> )<br>Defendants. )<br>_____) | Civil Action No. 04–10981-PBS |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO
FILE PROPOSED PROTECTIVE ORDER**

The parties to the above matter and all related matters (MDL 1629), by the undersigned

liaison counsel and counsel, respectfully move for an enlargement from December 15, 2004, to

December 21, 2004, of the time within which they must submit a Proposed Protective Order.

The grounds for this motion are:

1.       At the November 23, 2004 initial conference, the Court instructed the parties to

submit a Proposed Protective Order on or before December 15, 2004.

2.       A draft of the Proposed Protective Order is in circulation, and there have been

discussions concerning the draft.

3.      Although progress toward an agreement on the proposed order has been made, it

has been slow because so many parties are involved.  Differences with respect to some

provisions still exist.

4.      The parties have not been able either to reach an agreement on the Proposed

Protective Order or to exhaust their efforts toward an agreement.

5.      If given the additional time requested, the parties may be able to reach an

agreement, which would be of obvious benefit to the parties and the Court.

WHEREFORE, the parties respectfully request that the Court enlarge to December 21,

2004, the period within which they must submit a Proposed Protective Order.


Dated: December 15, 2004


*Proposed Plaintiffs' Liaison counsel*               *Counsel for Defendants, Pfizer Inc., et al.*


By:     **/s/ Thomas M. Sobol**               By:     **/s/ David B. Chaffin**
        Thomas M. Sobol                                David B. Chaffin, Esquire
        Hagens Berman LLP                              Hare & Chaffin
        One Main Street, 4th Floor                     160 Federal Street, 23rd Floor
        Cambridge, MA 02142                            Boston, MA 02110


*Proposed Members of the*               By:     **/s/ James P. Rouhandeh**
*Class Plaintiffs' Steering Committee*          James P. Rouhandeh, Esquire
                                                Davis Polk & Wardwell
By:     **/s/ Don Barrett**                     450 Lexington Avenue
        Don Barrett, Esquire                    New York, NY 10017
        Barrett Law Office
        404 Court Square North
        P.O. Box 987
        Lexington, MS 39095

By:    **/s/ Daniel Becnel**

Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:    **/s/ James Dugan**

James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:    **/s/ Thomas Greene**

Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:    **/s/ Barry Himmelstein**

Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Proposed Members of the*
*Plaintiffs' Non-Class Steering Committee*

By:    **/s/ Richard Cohen**

Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY  10601

3

By:  **/s/ Linda P. Nussbaum**

Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022