UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
In re:  NEURONTIN MARKETING AND         )        MDL Docket No. 1629
        SALES PRACTICES LITIGATION      )
_____)        Master File No. 04-10981
                                        )
THIS DOCUMENT RELATES TO:               )        Judge Patti B. Saris
ALL ACTIONS                             )
_____)

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants, Pfizer Inc., Parke-Davis, Division

of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.


Dated: January 6, 2005                      s/James E. Murray_____
                                            James E. Murray
                                            DAVIS POLK & WARDWELL
                                            450 Lexington Avenue
                                            New York, New York 10017
                                            (212) 450-4000