UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 |
| | ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: January 6, 2005

s/Deborah L. MacGregor
Deborah L. MacGregor
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000