UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 |
| | | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

**ASSENTED-TO MOTION FOR
LEAVE TO FILE REPLY MEMORANDUM**

Defendants, Pfizer Inc., Parke-Davis, a Division of Warner-Lambert Company, and Warner-Lambert Company, respectfully move the Court, pursuant to Local Rule 7.1(B)(3) and with Plaintiffs' assent, for leave to file a reply memorandum in further support of their motion for the entry of a Protective Order. The grounds for this motion are as follows.

1. On December 21, 2004, Defendants filed a Motion for Entry of a Protective Order.

2. By the time the motion was filed, the parties had reached agreement on all but two issues related to the terms of the Protective Order.

3. Plaintiffs filed an opposition (the "Opposition") to the motion on January 4, 2005.

4. The Opposition contains, among other things, a proposal with respect to one of the issues in dispute and arguments as to the other.

5. Defendants have prepared, and respectfully request leave to file, a short reply memorandum.

6. The reply memorandum (a) confirms Defendants' acceptance of Plaintiffs' proposal with respect to the first issue; (b) responds to Plaintiffs' arguments as to, and proposes a solution to, the second issue; and (c) provides, as an exhibit, a further draft of the Protective Order that reflects the agreement as to the first issue and Defendants' proposal with respect to the second.

7. The reply memorandum therefore will assist the Court in its consideration of the motion.

8. Plaintiffs have assented to this motion.

WHEREFORE, Defendants respectfully request leave to file the accompanying reply memorandum.

Dated: January 6, 2005

PFIZER INC., et al.,

By their attorneys,

s/David B.Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

-and-

s/James P. Rouhandeh
James P. Rouhandeh
James E. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

2