UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) | MDL Docket No. 1629 |
| SALES PRACTICES LITIGATION ) | |
| ) | Master File No. 04-10981 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | Judge Patti B. Saris |
| ) | |

**CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE CONSOLIDATED CLASS ACTION COMPLAINT**

The Class Plaintiffs in the above-reference matter, by the undersigned counsel,

respectfully move for an enlargement of the time within which they must submit a consolidated

class action complaint, as well as a change in other corresponding dates.   In support thereof,

Class Plaintiffs state as follows:

1.    At the November 23, 2004 initial status conference with counsel, the Court 1)

        instructed Class Plaintiffs to submit a consolidated class action complaint by January

        18, 2005, 2) instructed the parties to submit a joint Case Management Order one week

        prior to a scheduled status conference on February 2, 2005, 3) instructed Defendants

        to respond to the consolidated class action complaint by February 28, 2005, and 4) set

        dates for filing of oppositions to responsive motions, reply to the oppositions and a

        sur-reply.  These case management dates were included in Section IV of the

        Corrected Case Management Order dated December 16, 2004 ("CMO 1").

2.    Class Plaintiffs' hereby respectfully request that their time for filing of a consolidated

        class action complaint be enlarged until February 1, 2005.  Class Plaintiffs' have

        conferred with counsel for Defendants and Defendants do not oppose Plaintiffs'

request for additional time as long as the date for Defendants' response to the

consolidated class action complaint is also changed so as not to prejudice Defendants

and the corresponding dates in Section IV of CMO 1 are changed accordingly.  Class

Plaintiffs have conferred with counsel for the Non-Class Plaintiffs and Non-Class

Plaintiffs do not oppose the requested relief.  The time set for Non-Class Plaintiffs to

file amended complaints would also be moved, as would all subsequent dates, in

order to keep the Class and Non-Class cases on an identical schedule.

3.    Although progress toward consolidated class action complaint has been made,

Plaintiffs require additional time in order to coordinate with all Plaintiffs counsel and

their clients.  Plaintiffs state that no party will be prejudiced by the extension of the

time for filing of a consolidated class complaint, and the resulting change in

subsequent dates in the case schedule as established in CMO 1.

4.    Accordingly, Plaintiffs request that the dates set forth in Section IV of CMO 1 be

amended as follows:

| Event | Due Date |
|---|---|
| Filing of a consolidated complaint in the Class Action Cases, and filing of any amended complaint in the Private, Non-Class Cases (if any). | February 1, 2005 |
| Defendants' responsive motions (if any) to the foregoing complaints. | March 17, 2005 |
| Opposition(s) to any responsive motions. | April 15, 2005 |
| Defendants' reply (if any) to oppositions to responsive motions. | May 2, 2005 |
| Plaintiff's sur-reply, (if any) to defendants' reply on motions to dismiss. | May 16, 2005 |

2

5.      In addition, due to the requested change in the date for filing of a consolidated class

action complaint until February 1, 2005, Plaintiffs request that the Court set a date for

the filing of a further Case Management Order by the parties on February 9, 2005 (to

allow Defendants time to review the consolidated complaint prior to negotiation of

the case management order) and reschedule the February 2, 2005 status conference, at

the Court's convenience, after February 9, 2005.

        WHEREFORE, the parties respectfully request that the Court enlarge to February 1,

2005, the period within which class Plaintiffs must submit a consolidated class action complaint.


Dated:  January 12, 2005                                  Respectfully Submitted,



                                            By:      /s/ Thomas M. Sobol
                                                     Thomas M. Sobol
                                                     Hagens Berman LLP
                                                     One Main Street, 4th Floor
                                                     Cambridge, MA 02142


                                            *Plaintiffs' Liaison Counsel*


                                            By:      /s/ Don Barrett
                                                     Don Barrett, Esquire
                                                     Barrett Law Office
                                                     404 Court Square North
                                                     P.O. Box 987
                                                     Lexington, MS 39095

                                            By:      /s/ Daniel Becnel
                                                     Daniel Becnel, Jr., Esquire
                                                     Law Offices of Daniel Becnel, Jr.
                                                     106 W. Seventh Street
                                                     P.O. Drawer H
                                                     Reserve, LA 70084

By:    /s/ James Dugan

James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130


By:    /s/ Thomas Greene

Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110


By:    /s/ Barry Himmelstein

Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Members of the Class Plaintiffs'*
*Steering Committee*

## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on Monday, January 10, 2005 he conferred with counsel for Defendants, by telephone, concerning the foregoing motion and Defendants have no objection or opposition to the requested relief.


/s/ Edward Notargiacomo

Edward Notargiacomo
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02141
(617) 482-3700