UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br><br> Judge Patti B. Saris |

**NOTICE OF OPPOSITION TO MOTION FOR**
**APPOINTMENT OF TENNESSEE LEAD COUNSEL**

MDL Plaintiffs' Steering Committee hereby provides notice of its opposition to the Motion for Appointment of Tennessee Lead Counsel.  By our calculation, the opposition papers are due this Friday, February 4, 2005.  However, given some confusion regarding the filing and/or service of this motion, we file this notice to make it clear to the court that the MDL Plaintiffs' Steering Committee opposes the motion.

Dated: February 2, 2005               Respectfully Submitted,


                                      By:    /s/ Thomas M. Sobol          ____
                                             Thomas M. Sobol
                                             Hagens Berman LLP
                                             One Main Street, 4th Floor
                                             Cambridge, MA 02142
                                             (617) 482-8200
                                             (617) 482-3003 (fax)

                                             *Plaintiffs' Liaison Counsel*

By:   /s/ Don Barrett
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:   /s/ Daniel Becnel
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:   /s/ James Dugan
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:   /s/ Thomas Greene
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:   /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Members of the Class Plaintiffs'
Steering Committee*