UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### CLASS PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR APPOINTMENT OF TENNESSEE LEAD COUNSEL

The Class Plaintiffs in the above-reference matter, by the undersigned counsel, who are members of the Class Steering Committee appointed pursuant to this Court's Case Management Order No. 1, respectfully move for an enlargement of the time within which they must submit a response to Motion For Appointment of Tennessee Lead Counsel filed by the law firm Ball & Scott (the "Motion") until Friday, February 11, 2005. The Motion was filed on January 21, 2005 and a response thereto is due on February 4, 2005. However, the Motion was filed under docket number 04-12625 instead of the Master Docket number assigned by the Court for all future filings in MDL 1692, and was not served on any of the undersigned counsel by mail. As a result of the use of a different docket number, Liaison Counsel did not receive an electronic notification of the filing through the Court's electronic filing service. Service of the Motion was attempted by use of electronic mail to some members of the Steering Committee but was not received by Liaison Counsel for Class Plaintiffs until Friday, January 28, 2005.

The additional seven days requested to file a response to the Motion will afford the Steering Committee the full fourteen (14) days to respond pursuant to the applicable Local Rule of Civil Procedure.

WHEREFORE, the Class Plaintiffs respectfully request that the Court enlarge to February 11, 2005, the period within which they must submit a response to the Motion.

Dated: February 4, 2005                                  Respectfully Submitted,


By:      /s/ **Thomas M. Sobol**
         Thomas M. Sobol
         Hagens Berman LLP
         One Main Street, 4th Floor
         Cambridge, MA 02142

*Plaintiffs' Liaison Counsel*

By:      /s/ **Don Barrett**
         Don Barrett, Esquire
         Barrett Law Office
         404 Court Square North
         P.O. Box 987
         Lexington, MS 39095

By:      /s/ **Daniel Becnel**
         Daniel Becnel, Jr., Esquire
         Law Offices of Daniel Becnel, Jr.
         106 W. Seventh Street
         P.O. Drawer H
         Reserve, LA 70084

By:    /s/ James Dugan
      James Dugan, Esquire
      Dugan & Browne
      650 Poydras St., Suite 2150
      New Orleans, LA 70130

By:    /s/ Thomas Greene
      Thomas Greene Esquire
      Greene & Hoffman
      125 Summer Street
      Boston, MA 02110

By:    /s/ Barry Himmelstein
      Barry Himmelstein, Esquire
      Lieff Cabraser Heimann & Bernstein
      Embarcadero Center West
      275 Battery Street, 30th Floor
      San Francisco, CA 94111-3339

*Members of the Class Plaintiffs'
Steering Committee*