UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | Judge Patti B. Saris |

**JOINT MOTION FOR POSTPONEMENT OF DEADLINE
FOR FILING OF SECOND CASE MANAGEMENT ORDER**

The parties hereby jointly move for a postponement of the deadline for the filing of a proposed second case management order (or orders). The grounds for this motion are:

1. The Court instructed the parties to submit a proposal or proposals for a second case management on or before today, February 9, 2005.

2. The due date was tied to the date for the next case management conference, which was scheduled for February 11, 2005.

3. This afternoon, the Court postponed the conference due to the weather forecast.

4. The parties have been unable to agree on a joint proposal. Although the parties are prepared to make separate filings today, if given more time, they may be able to reach an agreement (or at least narrow the divide), which would lessen the burden on the Court.

5. The parties therefore jointly request that the Court postpone the deadline for the filing of a proposal or proposals to February 18, 2005.

WHEREFORE, the parties respectfully request that the Court grant the requested

postponement.

Dated: February 9, 2005                                    Respectfully submitted,

By:   **/s/ James P. Rouhandeh**                        By:   **/s/ Thomas M. Sobol**
      James P. Rouhandeh, Esquire                              Thomas M. Sobol
      Davis Polk & Wardwell                                    Hagens Berman, LLP
      450 Lexington Avenue                                     One Main Street, 4th Floor
      New York, NY 10017                                       Cambridge, MA 02142

                                                         **Plaintiffs' Liaison Counsel**

By:   **/s/ David B. Chaffin**
      David B. Chaffin, Esquire                          By:   **/s/Don Barrett**
      Hare & Chaffin                                           Don Barrett, Esquire
      160 Federal Street, 23rd Floor                           Barrett Law Office
      Boston, MA 02110                                         404 Court Square North
                                                               P.O. Box 987
**Counsel for Defendants, Pfizer Inc., et al.**                Lexington, MS 39095

                                                         By:   **/s/Daniel Becnel, Jr.**
                                                               Daniel Becnel, Jr., Esquire
                                                               Law Offices of Daniel Becnel, Jr.
                                                               106 W. Seventh Street
                                                               P.O. Drawer H
                                                               Reserve, LA 70084

                                                         By:   **/s/James R. Dugan, II**
                                                               James R. Dugan, II, Esquire
                                                               Dugan & Browne, PLC
                                                               650 Poydras Street, Suite 2150
                                                               New Orleans, LA 70130

                                                         By:   **/s/Thomas Greene**
                                                               Thomas Greene, Esquire
                                                               Greene & Hoffman
                                                               125 Summer Street
                                                               Boston, MA 02110

                                                         By:   **/s/Barry Himmelstein**

          Barry Himmelstein, Esquire
          Lieff Cabraser Heimann &
          Bernstein
          Embarcadero Center West
          275 Battery Street, 30th Floor
          San Francisco, CA 94111-3339

**Members of the Class Plaintiffs' Steering Committee**

By:  /s/Richard Cohen
     Richard Cohen, Esquire
     Lowey Dannenberg Bemporad
     & Selinger, P.C.
     The Gateway
     One North Lexington Avenue
     White Plains, NY 10601

By:  /s/Linda P. Nussbaum
     Linda P. Nussbaum, Esquire
     Cohen Milstein Hausfeld & Toll
     150 East 52nd Street
     Thirteenth Floor
     New York, NY 10022

**Members of the Plaintiffs' Non-Class Steering Committee**