UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Peter A. Pease, hereby moves that this Court enter an Order granting leave to Richard Bemporad of the law firm Lowey Dannenberg Bemporad & Selinger, P.C. to appear on behalf of the plaintiffs and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Richard Bemporad is admitted to the bar of the State of New York and is admitted to practice in the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, the United States

District Court for the Eastern District of New York, the United States District Court for the District of Connecticut, the United States District Court for the District of Michigan, and the United States District Court for the Central District of Illinois.

    2.    Mr. Bemporad is a member in good standing in all of the courts listed above in paragraph 1 and there are no disciplinary proceedings pending against Mr. Bemporad as a member of the bar in any jurisdiction.

    3.    Mr. Bemporad has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    4.    Mr. Bemporad has submitted herewith his Certification For Admission Pro Hac Vice as required by Local Rule 83.5.3, it is attached hereto as Exhibit A.

Dated: February 10, 2005

Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

Peter A. Pease, Esq. (BBO # 392880)
One Liberty Square
Boston, MA 02109
(617) 542-8300

## RULE 7.1 CERTIFICATION

Plaintiffs sought defendants' assent regarding this motion. Counsel for defendants have explicitly assented to the motion.

Peter A. Pease