# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL  Docket No.  1629 <br><br> Master File No. 04-10981 <br> Judge Patti B. Saris |

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and

AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS)

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATED DISTRICT COURT <u>FOR THE DISTRICT OF MASSACHUSETTS</u>

Pursuant to Local Rule 83.5.3 of the United States District Court for the District

of Massachusetts, I, Richard Bemporad, hereby certify that:

1.      I am a member of the law firm of Lowey Dannenberg Bemporad &

Selinger, P.C., which is located at The Gateway-11th Floor, One North Lexington

Avenue, White Plains, New York 10601-1714.  I was admitted to the bar of the State of

New York in 1976.  I am also admitted to practice in the United States Court of Appeals

for the Second Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the District of Connecticut, the United States District Court for the District of Michigan, and the United States District Court for the Central District of Illinois.

      2.     I am in good standing in every jurisdiction where I have been admitted to practice.

      3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice, and I have never been subject to any such disciplinary proceeding in the past.

      4.     I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalty of perjury this _24th_ day of February 2005.

_Richard Bemporad_
Richard Bemporad

2