## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

(423) 639-3105
www.tned.uscourts.gov

PATRICIA L. McNUTT
Clerk of the Court

JOHN L. MEDEARIS
Chief Deputy Clerk

September 16, 2004

```
Gordon Ball
Bass & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902

RE: 2-04-CV-337    BAUDA VL SUTTON V. PFIZER, INC., ET AL


Dear Attorney(s):

The above-styled case was removed to our court from the Circuit
Court for Cocke County. Please note the new case no. 2:04-cv-337

All pleadings should be mailed to us with that case number on them.
The other defendants need to send copies of any documents they have
filed in state court and send all further pleadings here.

Thank you very much for your cooperation.


                              Sincerely,



                              _s/Kim Ottinger
                               Deputy Clerk




xc: Shelly L. Wilson
    Joel T. Galanter
```