UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| BAUDA VAUDA LEE SUTTON | ) | |
| | ) | |
| V. | ) | NO. 2:04-CV-337 |
| | ) | |
| PFIZER, INC., ET AL | ) | |

### O R D E R

This matter is before the United States Magistrate Judge, pursuant to the standing order of the Court, with respect to the defendant's Motion for Enlargement of Time [Doc. 5], and the Joint Motion to Stay [Doc. 6].

The Joint Motion to Stay requests that all deadlines and required disclosures and any other proceedings before this Court be stayed. The Judicial Panel on Multidistrict Litigation ["MDL"] has entered an order consolidating and transferring dozens of similar cases across the county to the District of Massachusetts. Defendants herein have filed a Notice of Related Action in that case and both parties expect that an order will issue from the MDL transferring this case to Massachusetts. The Motion to Stay is therefore GRANTED, and the stay shall remain in effect for sixty (60) days after transfer of this action to the MDL Court, or until as otherwise ordered by the MDL Court. The Motion for Extension of Time is DENIED in that it is no longer relevant.

SO ORDERED:

s/ Dennis H. Inman
United States Magistrate Judge