JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

DEC 20  9:47 AM '04  FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-1)    2:04-CV-337

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 1:04-cv-10981-PBS   Document 37-6   Filed 01/21/05   Page 2 of 2

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

**ALABAMA MIDDLE**
ALM    2  04-711         Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

**ALABAMA SOUTHERN**
ALS    1  04-463         Nancy Coleman, et al. v. Pfizer, Inc., et al.

**FLORIDA SOUTHERN**
FLS    1  04-22228       Ana Medero, et al. v. Pfizer, Inc., et al.

**ILLINOIS NORTHERN**
ILN    1  04-4467        Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

**LOUISIANA EASTERN**
LAE    2  04-1735        Linda Rizzo v. Pfizer, Inc.
LAE    2  04-2087        Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
LAE    2  04-2509        Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

**MISSOURI EASTERN**
~~MOE    4  04-982~~         ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

**MISSISSIPPI NORTHERN**
~~MSN    2  04-255~~         ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
~~MSN    4  04-275~~         ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

**NEW JERSEY**
NJ     2  04-4236        Steven Kail, et al. v. Pfizer, Inc., et al.
NJ     2  04-4497        International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
NJ     2  04-4593        Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

**OKLAHOMA EASTERN**
OKE    6  04-375         Jerry Hollaway, et al. v. Pfizer, Inc., et al.

**TENNESSEE EASTERN**
TNE    2  04-337         Bauda V.L. Sutton v. Pfizer, Inc., et al.

**TEXAS EASTERN**
~~TXE    2  04-309~~         ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04