Jeffrey B. Aaronson
Bell, Boyd & Lloyd
3 First National Plaza
70 West Madison Street,
Suite 3200
Chicago, IL 60602-4207

Daniel F. Attridge
Kirkland & Ellis
Suite 1200
655 Fifteenth St.,N.W.
Washington, DC 20005

Gary L. Azorsky
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Anita B. Bapooji
Testa, Hurwitz & Thibeault, LLP
125 High Street
Oliver Tower
Boston, MA 02110

Jason E. Baranski
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Assigned: 06/25/2002

Steven F. Barley
Hogan & Hartson, LLP
111 South Calvert Street
Baltimore, MD 21202

Rebecca Bedwell-Coll
Mascone, Emblidge & Quadra
180 Montgomery Street
San Francisco, CA 94104

Mark A. Berman
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 01702-5497

Steve W. Berman
Hagens & Berman
1301 5th Avenue
Suite 2900
Seattle, WA 98101-1090

David J. Bershad
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Aimee E. Bierman
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109-1808

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Boeder
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Anthony Bolognese
Bolognese & Associates
Suite 650
One Penn Center
1617 JFK Blvd.
Philadelphia, PA 19103

James J. Breen
Breen Law firm
3562 Old Milton Parkway
Alpharetta, GA 30005

Jill Lori Brenner
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA 02108

Douglas S. Brooks
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110

Nicole Y. Brumsted
Lieff Cabraser Heimann & Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA 02110

Michael M. Buchman
Milbert, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza
NewYork, NY 10119-0165

James C. Burling
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

David J. Burman
Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Evan Dean Buxner
676 North Michigan Avenue
Suite 3110
Chicago, IL 60611-0003

James P. Carroll, Jr.
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Tod S. Cashin
Buchanan Ingersoll, PC
700 Alexander Road
Suite 300
Princeton, NJ 08540

Ronald L. Castle
Arent, Fox,
Kintner, Plotkin, Plotkin &
Kahn, LLC
1050 Conneticut Ave., N.W.
Washington, DC 20036-6188

William F. Cavanaugh, Jr.
Patterson, Belknap, Webb &
Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

David J. Cerveny
Proskaver Rose LLP
One Intermational Place
14th Floor
Boston, MA 02110

Eric P. Christofferson
Ropes & Gray, LLP
One International Place
Boston, MA 02110

Joanne M. Cicala
Kirby Mclnerncy & Squire
830 3rd Ave.
10th Floor
New York, NY 10022

Daniel J. Cloherty
Dwyer & Collora LLP
600 Atlantice Avenue
12th Floor
Boston, MA 02210

Jonathan D Cohen
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Jeremy P. Cole
Jones Day
Suite 3500
77 West Wacker Drive
Chicago, IL 60601-1692

Christopher R. Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Robert C. Cook
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001

Michael R. Costa
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Paul J. Coval
Vorys, Sater, Seymour and
Pease, LLP
52 East Gay Street
Columbus, OH 43215

William M. Cowan
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

Florence A Crisp
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jonathan W. Cuneo
Cuneo Law Group
317 Massachusetts Avenue, N.E.
Washington, DC 20002

Christopher J. Cunio
Cooley, Manion, & Jones, LLP
21 Custom House Street
Boston, MA 02110

Joseph Danis
The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Loius, MO 63105

William A. Davis
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
701 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20004

Michael DeMarco
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109

Merle M. Delancey, Jr.
Dickstein Shapiro Morin &
Oshinsky LLP
2101 LStreetN.W.
Washington, DC 20037

Jeanne E. Demers
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109

John C. Dodds
Morgan Lewis & Boskius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Lloyd Donders
Kirby McInerney & Squire
830 3rd Avenue
10th Floor
New York, NY 10022

Alan J. Droste
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

James J Duffy
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Dennis M. Duggan, Jr.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110

Kimberly A. Dunne
Sidley Austin Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Thomas E. Dwyer, Jr.
Dwyer & Collora, LLP
Suite 1200
600 Atlantic Avenue
Boston, MA 02210

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Mitchell Edwards
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 191 03-2921

Steven M. Edwards
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Robert G. Eisler
Lieff Cabraser Heirnann & Bernstein, LLP
780 Third Avenue
48th Floor
New York, NY 10017-2024

Bruce E. Falby
Piper Rudnick LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600

Douglas Farquhar
Hyman, Phelps & McNamara, P.C.
Suite 1200
700 13th Street, N.W.
Washington, DC 20005

Eric B. Fastiff
Leiff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Joseph B.G. Fay
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Anastasia M. Fernands
Goodwin Procter LLP
Exchange Place
53 State Place
Boston, MA 02109

Elizabeth S. Finberg
Sonnenschein, Nath & Rosenthal, LLP
1301 K Street, NW
East Tower
Suite 600
Washington, DC 20005

Kathryn C. Finnerty
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Matthew A. Fischer
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
16th Floor
San Francisco, CA 94111

Michael J. Flannery
The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105-7700

Lucy Fowler
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Brian V. Frankel
Department of Justice
California Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road
Suite 315
San Diego, CA 92108

Todd G. Friedland
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

Jeffrey S. Friedman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Todd S. Garber
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Ave
White Plains, NY 10601

Scott Garland
United States Department of Justice
Suite 600
1301 New York Avenue
Washington, DC 20530

Martin F. Gaynor, III
Cooley, Manion, Jones LLP
21 Custom House
Boston, MA 02110

Peter E. Gelhaar
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA 02108

Evan Georgopoulos
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

David C. Giardina
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Alison C. Gilbert
Hogan & Hartson, LLP
875 Third Avenue
Suite 2600
New York, NY 10012

Arthur F. Golden
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

David F. Graham
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Karen F. Green
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place
Third Floor
Boston, MA 02110

Daniel E. Gustafson
Hems Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Sonnenschein, Nath & Rosenthal, LLP
Suite 600, East Tower
1301 K Street NW
Washington, DC 20005

Blake M. Harper
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Elizabeth Fegan Hartweg
Kenneth A. Wexler & Associates
1 North La Salle
Suite 2000
Chicago, IL 60602

Reed Elliott Harvey
Pillsbury Winthrop
650 Town Center Dr
7th Floor
Costa Mesa, CA 92626-7122

Kirke M. Hasson
Pillsbury Winthrop LLP
50 Freemont Street
P.O. Box 7880
San Francisco, CA 94120

Joseph Ernest Haviland
Dwyer & Collora, LLP
Federal Reserve Building
600 Atlantic Avenue
12th Fl.
Boston, MA 02210

James Vincent Hayes
Williams & Connolly, LLP
725 Twelfth Street N.W.
Washington, DC 20005

George B. Henderson
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Colleen M. Hennessey
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Mary Ellen Hennessy
Katten Muchin & Zavis
525 W. Monroe, Suite 1600
Chicago, IL 60661-3693

Frederick G. Herold
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Nicola R. Heskett
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108

Robert J. Higgins
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, DC 20037

Aaron D. Hovan
Kirby Mclnerney & Squire LLP
830 3rd Avenue
10th Floor
New York, NY 10022

Joel T. Galanter
Stokes Bartholomew Evans & Petree, P.A.
424 Church Street, Suite 2800
Nashville, TN  37219