UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |
| THIS DOCUMENT RELATES TO<br>ALL ACTIONS | |

**NOTICE OF RESCHEDULED CONFERENCE**

**SARIS, U.S.D.J.**                                                                                                   February 11, 2005

The Case Management Conference previously scheduled for February 11, 2005, has been rescheduled to **February 24, 2005, at 11:00 a.m.**.

                                                                                                By the Court,


                                                                                                  /s/ Robert C. Alba
                                                                                                Deputy Clerk

Copies to:  All Counsel