UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION, | Case Nos.: 1:04-cv-10981-PBS and 1:04-CV-12525-PBS |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 1629 |
| ALL CLASS ACTIONS | Master File No. 04-10981 |
| | Judge Patti B. Saris |

REQUEST FOR LEAVE OF COURT TO FILE REPLY AND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO CLASS PLAINTIFFS' OPPOSITION

NOW INTO COURT comes Bauda Vauda Lee Sutton, Plaintiff in *Sutton v. Pfizer, Inc. et al.*, United States District Court, Eastern District of Tennessee, No. 2:04-CV-337, by and through counsel, and submits this Request for Leave of Court to File a Reply pursuant to Local Rule 7.1(b)(3) of the United States District Court, District of Massachusetts and also respectfully moves for an enlargement of the time within which she may submit her reply.  In support thereof, Sutton states as follows:

1. Sutton filed a Motion to Appoint Counsel as Tennessee Lead Counsel with this Court on January 21, 2005 under this Court's docket number 1:04-cv-12625-PBS, *Sutton v. Pfizer, Inc. et al.*

2. Class Plaintiffs' Steering Committee filed an Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel on February 11, 2005 under this Court's docket number 1:04-cv-10981-PBS, *Harden Manufacturing Corporation v. Pfizer, Inc., et al.*

3. Sutton did not receive notification that Class Plaintiffs had filed the Opposition until March 1, 2005.

4. Sutton did not receive a copy of Class Plaintiffs' Opposition until a copy was sent to Sutton's counsel via facsimile on March 1, 2005.

5. Sutton's Motion and the allegations of her Complaint involve a number of complex issues regarding the nature of Defendants' antitrust violations and the specific Tennessee statutory and common laws she alleges were violated by Defendants.

6. Leave of this Court allowing Sutton to file a reply to Class Plaintiffs' Opposition would allow Sutton to clarify the issues regarding the nature of Defendants' conduct and would allow Sutton to address the issues raised by Class Plaintiffs in the Opposition.

7. The additional time requested to file a reply to Class Plaintiffs' Opposition will afford Sutton the full fourteen (14) days to respond pursuant to Local Rule 7.1(b) of the United States District Court, District of Massachusetts.

WHEREFORE, Sutton respectfully requests that the Court grant this Request for Leave of Court to File a Reply pursuant to Local Rule 7.1(b)(3) of the United States District Court, District of Massachusetts and enlarge to March 15, 2005 the period within which she must submit her reply.

Respectfully Submitted,

This 3rd day of March, 2005,

/s/ //Gordon Ball//
Gordon Ball
Ball & Scott
550 W. Main Ave., Suite 750
Knoxville, Tennessee 37902
(865) 525-7028

CERTIFICATE OF SERVICE

    The undersigned certifies that he has this date served a copy of the foregoing pleading upon counsel of record for all parties at interest in this cause by delivering a copy thereof to each attorney personally, by delivering a copy thereof to each attorney through the electronic case filing system of this Court, or by delivering a copy thereof in the United States Mail addressed to said counsel with sufficient postage thereon to carry the same to its destination.

    Dated this 3rd day of March, 2005

    /s/ //Gordon Ball//
    Gordon Ball
    Ball & Scott
    550 W. Main Ave., Suite 750
    Knoxville, Tennessee 37902
    (865) 525-7028