UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**ASSENTED-TO MOTION FOR LEAVE TO FILE SINGLE
40-PAGE BRIEF IN LIEU OF TWO 20-PAGE BRIEFS**

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move, pursuant to Local Rule 7.1(B)(4), for leave to file a single 40-page brief, rather than two 20-page briefs, in support of their motions to dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint. The grounds for this motion appear in the following Statement of Reasons.

**Statement of Reasons**

1. At the November 2004 status conference, plaintiffs' counsel indicated that they would be filing a consolidated complaint in the so-called "Class Action Cases" and that they might be filing an amended complaint in the so-called "Private, Non-Class Cases." A schedule for the filing of these complaints and the motions to dismiss them was set and subsequently memorialized in Section IV of the December 6, 2004 Corrected Case Management Order ("CMO1"). (The schedule was subsequently modified.)

2. During the conference, the Court said that in briefing the motion or motions to dismiss, the parties should adhere to the 20-page limit under Local Rule 7.1. (This directive also was memorialized in Section IV of CMO1.) The Court explained that because of its experience with RICO, it would not require extensive briefing on the subject.

3. The Court also said, however, that if Defendants were to move to dismiss as to more than one complaint, they could submit a 20-page brief in support of each motion.

4. The putative class-action plaintiffs have filed their amended complaint. It is 121 pages long and contains five counts. Two causes of action under RICO, a cause of action under a New Jersey statute, a cause of action for common law fraud, and a cause of action for unjust enrichment are alleged.

5. The "Private, Non-Class," or third-party-payor, plaintiffs have filed their amended complaint as well. It is 114 pages long and contains thirteen counts. Nine causes of action under RICO, a cause of action under a California statute, a cause of action for violation of statutes of the remaining 49 states and two other jurisdictions, a cause of action for violation of a Pennsylvania statute, and a cause of action for unjust enrichment are alleged.

6. Defendants intend to move to dismiss each of these complaints.

7. As the Court anticipated, Defendants will address the deficiencies in plaintiffs' RICO claims. Defendants do not intend, however, to cover well-trodden RICO ground, and this motion is not designed to enable Defendants to do so.

8. Pursuant to the Court's instructions in November, Defendants could file two stand-alone, 20-page briefs in support of the motions to dismiss. But, in view of the nature of the claims and the number of Defendants' arguments, this approach would lead to (1) two largely

duplicative briefs, neither of which would fully air the issues, or (2) two briefs that contain extensive cross-references to one another.

9. To avoid the shortcomings of the two-brief approach, Defendants request that the Court permit them to use the 40 pages that they have been allotted for a single brief. This approach would permit Defendants to provide the Court with a single coherent and complete discussion of all of the issues at hand, which go far beyond RICO. The single brief would, Defendants submit, lessen the Court's burden by simplifying its consideration of the issues presented.

10. Counsel for plaintiffs have assented to this motion.

## Conclusion

For the foregoing reasons, Defendants respectfully request that they be permitted to submit a single 40-page brief, rather than two 20-page briefs, in support of their two motions to dismiss.

Dated: March 9, 2005

PFIZER INC. and
WARNER-LAMBERT COMPANY,

By their attorneys,

s/James P. Rouhandeh
James P. Rouhandeh
James E. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

-and-

                    s/David B.Chaffin
                    David B. Chaffin
                    BBO No. 549245
                    HARE & CHAFFIN
                    160 Federal Street
                    Boston, Massachusetts 02110
                    (617) 330-5000

## Certificate Of Consultation

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion and have succeeded in doing so.

                    s/David B. Chaffin