## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Linda P. Nussbaum, hereby certify that:

1. I was admitted to the bar of the State of New York in 1978 and of District of Columbia Bar in 2003. I was also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York in 1979.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

>Linda P. Nussbaum, Esq.
>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>150 East 52nd Street, 30th Floor
>New York, New York 10022-6017
>(212) 838-7797
>(212) 838-7745 (Fax)
>lnussbaum@cmht.com

_____
Linda P. Nussbaum

Dated: March 11, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(www.mad.uscourts.gov)

**ELECTRONIC CASE FILING SYSTEM**
**ATTORNEY REGISTRATION FORM**
*Please type or print legibly*

This form must be used to register for an account on the Court's Case Management/Electronic Case File (CM/ECF) system. By submitting this registration form, the undersigned agrees to abide by the requirements stated herein.

NAME: Nussbaum _____ Linda P.
     (Last)        (Generation)    (First)         (Middle Initial)

B B O # _____

Law Firm: Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Building/Suite: 30th Floor
Street Address: 150 East 52nd Street
City, State, ZIP: New York, New York 10022
Telephone: 212-838-7797     Fax: 212-838-7745
E-Mail: (for service of electronically filed papers) lnussbaum@cmht.com

Attorneys seeking to file documents electronically must be admitted to practice in this court pursuant to LR 83.5., represent the U.S. government or authorized to appear pro hac vice or through an MDL action.

Please specify date of admission to U.S. District Court for the District of Massachusetts: _____

U.S. Government attorney: _____

If admitted pro hac vice:  Date motion for pro hac vice granted _____, in case number _____.

If Attorney of Record in MDL action indicate case number _____.

Attorneys will have privileges to electronically file court documents, view official docket sheets and documents associated with cases, and query various case reports for cases on the CM/ECF system. The CM/ECF system follows and must be used in conjunction with the Federal Rules of Civil & Criminal Procedure, the Local Rules, and any administrative orders and policies of the United States District and Bankruptcy Courts for the District of Massachusetts. In order to file documents electronically, CM/ECF participants will need a PACER service account.

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Federal Rules Civil Procedure, Federal Rules of Criminal Procedure and the Federal Rules of Bankruptcy Procedure via the Court's electronic filing system. The combination of User ID and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised. In that event, counsel must apply for a new password.

SIGNATURE: _____     DATE: March 11, 2005

Please mail or hand deliver this form to:
Clerk, United States District Court
Attn: CM/ECF Registration
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Once your registration is processed, your User ID and password will be e-mailed to you from "CmecfRegistrar@mad.uscourts.gov" so that you may access the electronic case filing system. Procedures for using the system are available for downloading from the Court's web site.

Clerk's Office Use Only

| Date received: | Login: | Password: | Record updated: |
|---|---|---|---|
|  |  |  |  |