UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
:
In re: NEURONTIN MARKETING AND :
SALES PRACTICES LITIGATION :
:
------------------------------------------------------------- x  MDL Docket No. 1629
:
THIS DOCUMENT RELATES TO: : Master File No. 04-10981
:
------------------------------------------------------------- x  Judge Patti B. Saris
:
HARDEN MANUFACTURING CORPORATION; :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; UNION :
OF OPERATING, LOCAL NO. 68 WELFARE FUND; :
ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; :
GERALD SMITH; and LORRAINE KOPA, on behalf of :
themselves and all others similarly situated, v. PFIZER INC. and :
WARNER-LAMBERT COMPANY. :
:
------------------------------------------------------------- x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF :
AMERICA v. PFIZER INC. and :
:
AETNA, INC. v. PFIZER INC. :
:
------------------------------------------------------------- x

**DECLARATION OF DAVID B. CHAFFIN**

I, David B. Chaffin, state, under the penalties of perjury, the following:

1.  I am a member of the bar of the Court. I am co-counsel to Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants").

2.  I make this declaration in support of Defendants' motions to dismiss the Amended Class Action Complaint in Harden Manufacturing Company, et al. v. Pfizer Inc., et uno and the First Coordinated Amended Complaint in The Guardian Life Insurance Company of America v. Pfizer Inc. and Aetna, Inc. v. Pfizer Inc.

3. Attached hereto as Exhibit A is a true and correct copy of the slip opinion from <u>In re Rezulin Products Liability Litigation</u>, Judicial Council Coordination Proceeding No. 4122 (slip op.) (Cal. Sup. Ct. Apr. 29, 2003).

4. Attached hereto as Exhibit B is a true and correct copy of the Complaint in <u>United States of America ex rel. David Franklin v. Parke-Davis, Division of Warner Lambert Company</u>, Civil Action No. 96-11651-PBS (D. Mass.).

5. Attached hereto as Exhibit C is a true and correct copy of an excerpt of Warner-Lambert Company's Form 10-K, dated March 28, 2000.

6. Attached hereto as Exhibit D is a true and correct copy of a reprint of an article that appeared in *The Wall Street Journal* on March 30, 2000.

7. Attached hereto as Exhibit E is a true and correct copy of *The Pink Sheet* of April 3, 2000.

SIGNED UNDER THE PENALTIES OF PERJURY<br>
THIS 17TH DAY OF MARCH 2005

_____<br>
David B. Chaffin