UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
                                                           :
In re:  NEURONTIN MARKETING AND                            :
        SALES PRACTICES LITIGATION                         :
                                                           :
---------------------------------------------------------- x   MDL Docket No. 1629
                                                           :
THIS DOCUMENT RELATES TO:                                  :   Master File No. 04-10981
                                                           :
---------------------------------------------------------- x   Judge Patti B. Saris
                                                           :
HARDEN MANUFACTURING CORPORATION;                          :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,                :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; UNION               :
OF OPERATING, LOCAL NO. 68 WELFARE FUND;                   :
ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST;                :
GERALD SMITH; and LORRAINE KOPA, on behalf of              :
themselves and all others similarly situated, v. PFIZER INC. and :
WARNER-LAMBERT COMPANY.                                    :
                                                           :
---------------------------------------------------------- x
                                                           :
THE GUARDIAN LIFE INSURANCE COMPANY OF                     :
AMERICA v. PFIZER INC. and                                 :
                                                           :
AETNA, INC. v. PFIZER INC.                                 :
                                                           :
---------------------------------------------------------- x

## DECLARATION OF DAVID B. CHAFFIN

I, David B. Chaffin, state, under the penalties of perjury, the following:

1.      I am a member of the bar of the Court. I am co-counsel to Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants").

2.      I make this declaration in support of Defendants' motions to dismiss the Amended Class Action Complaint in <u>Harden Manufacturing Company, et al. v. Pfizer Inc., et uno</u> and the First Coordinated Amended Complaint in <u>The Guardian Life Insurance Company of America v. Pfizer Inc.</u> and <u>Aetna, Inc. v. Pfizer Inc.</u>

3.   Attached hereto as Exhibit A is a true and correct copy of the slip opinion from <u>In re Rezulin Products Liability Litigation</u>, Judicial Council Coordination Proceeding No. 4122 (slip op.) (Cal. Sup. Ct. Apr. 29, 2003).

4.   Attached hereto as Exhibit B is a true and correct copy of the Complaint in <u>United States of America ex rel. David Franklin v. Parke-Davis, Division of Warner Lambert Company</u>, Civil Action No. 96-11651-PBS (D. Mass.).

5.   Attached hereto as Exhibit C is a true and correct copy of an excerpt of Warner-Lambert Company's Form 10-K, dated March 28, 2000.

6.   Attached hereto as Exhibit D is a true and correct copy of a reprint of an article that appeared in *The Wall Street Journal* on March 30, 2000.

7.   Attached hereto as Exhibit E is a true and correct copy of *The Pink Sheet* of April 3, 2000.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 17TH DAY OF MARCH 2005

_____
David B. Chaffin