# EXHIBIT D

1 of 1 DOCUMENT

Copyright 2000 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

(Copyright (c) 2000, Dow Jones & Company, Inc.)
The Wall Street Journal

**March** 30, 2000 Thursday

**SECTION:** HEALTH; Pg. B16

**LENGTH:** 225 words

**HEADLINE: Warner-Lambert's** Marketing Practices Are Focus of U.S. Attorney's Inquiry

**BYLINE:** By Emily Nelson, Staff Reporter of The Wall Street Journal

**BODY:**

The U.S. attorney's office in Boston is investigating **Warner-Lambert** Co.'s promotion of its highly successful epilepsy drug, **Neurontin,** according to a Securities and Exchange Commission filing by the pharmaceuticals company.

The probe is looking into whether **Warner-Lambert** marketed the drug for uses other than the specific ones for which the Food and Drug Administration approved it.

While doctors may recommend approved medicines for myriad uses, a manufacturer may not market a drug for unapproved -- or "off label" -- uses.

Jason Ford, a spokesman for Warner-Lambert, declined to comment, citing the investigation. Samantha Martin, a spokeswoman for the U.S. attorney's office, said the office would "neither confirm nor deny the existence of the investigation."

The U.S. attorney subpoenaed certain Warner-Lambert employees in January to testify before a federal grand jury, according to the company's 10K filing with the SEC. The company said it is cooperating with the investigation.

Neurontin, which was developed for epilepsy but is highly effective for treating neuropathic pain, owes much of its success to off-label use, analysts say. Sales grew 78% in 1999 to $913 million from $514 million the prior year, according to Warner-Lambert. Carl Seiden, an analyst at J.P. Morgan, estimates as much as $400 million of sales are for off-label uses.

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004