# EXHIBIT E

F-D-C REPORTS —
FOUNDED 1939
$1,090 A YEAR

# "The Pink Sheet"®

PRESCRIPTION PHARMACEUTICALS AND BIOTECHNOLOGY

## THE NEWS THIS WEEK

Vol. 62, No. 14          April 3, 2000

### *Neurontin* Off-Label Promotions, *K-Dur* Patent Settlement Under Scrutiny

- **SCHERING/ESI LEDERLE *K-DUR* PATENT LITIGATION SETTLEMENT UNDER INVESTIGATION BY FTC**; American Home Products and Schering-Plough have responded to subpoenas from the agency. Upsher Smith has approved ANDA for generic extended-release potassium chloride equivalent to K-Dur 20, but has not come to market .................................................................... 6

- **WARNER-LAMBERT *NEURONTIN* PROMOTIONS ARE SUBJECT OF GRAND JURY INVESTIGATION** in Boston, firm discloses in SEC filing. Investigation could help define limits of government authority to regulate off-label promotions after the *WLF* ruling. Criminal charges for promotional violations have been rare in pharmaceutical industry. *Rezulin* withdrawal will cost $100 mil., Warner-Lambert reports ................................................................................................................. 3

- **Elan's *Zonegran* postmarketing skin, blood, and renal AEs should be reported as unlabeled events** to be submitted within 15 days, FDA says. Zonisamide is approved for adjunctive therapy in the treatment of partial seizures in adults over 16 with epilepsy. Pregnancy registry, electrocardiogram study suggested by FDA ................................................. 9

- **Drug withdrawals could increase as FDA removes "obsolete" drugs from market**, CDER Director Woodcock tells FDA/National Patient Safety Foundation meeting March 28. FDA is conducting post-mortem reviews of all drug withdrawals, with reports eventually to be made public. CDER and CBER are seeking funding for a pilot surveillance program to facilitate medication error reporting .................................................................................... 27

- **CDER Quality Assurance unit to catalogue center's initiatives and programs** under the leadership of Associate Director Goldberger, who assumes the position on detail until the end of 2000. Portions of good review practices initiative are expected to be launched during the year ............................................................................................................ 28

- **Clinical trial data bank will include almost half of IND protocols submitted to FDA**, agency says in March 29 notice announcing the draft guidance on the establishment of the data bank. An estimated 2,235 new drug protocols would fall under the reporting requirements each year. FDA says information submitted to data bank would not require prior Institutional Review Board clearance ................................................................................................. 15

### Limits of Drug Price Containment Systems Outlined To Senate Finance Committee

- **Medicaid "best price" drug rebates have not been successful in containing pharmacy costs**, Oklahoma state official tells Senate Finance Committee. Oklahoma tiering system for NSAIDs and anti-ulcer drugs could save $3 mil. this year. Sen. Kennedy says he is not in favor of price controls or best price mandates for Medicare ................................... 25

- **Multiple PBMs per region are more consistent with goals of comprehensive Medicare reform** than single PBM approach in Clinton proposal, Allscripts exec VP tells Senate committee. If plans are properly structured, adverse selection can be minimized with multiple providers. Sen. Smith introduces drug benefit with PBM management ............ 24

- **Rep. Thomas suggests public/private cost sharing for Medicare Rx stop-loss benefit** instead of high-risk pool approach to private insurance-based drug benefits for elderly. HIAA's Kahn says the insurance industry does not support the idea. Senate budget resolution includes up to $40 bil. over five years to fund Medicare drug benefit. Some Senate Republicans may be considering international pricing equity bills ............................................................. 26

Contents copyrighted ©F-D-C Reports, Inc. 2000; protected by U.S. Copyright Law. Reproduction, photocopying, storage or transmission by magnetic or electronic means strictly prohibited by law. Authorization to photocopy items for internal or personal use is granted by F-D-C Reports, Inc., when the fee of $5.00 per copy of each page is paid directly to Copyright Clearance Center, 222 Rosewood Dr., Danvers, MA 01923 (978) 750-8400. The Transaction Reporting Service fee code is: 0734-6514/00 $0.00 + $5.00. Violation of copyright will result in legal action, including civil and/or criminal penalties, and suspension of service.

"The Pink Sheet" (ISSN 1068-5324) is published weekly (except the week of Christmas) by F-D-C Reports, Inc., 5550 Friendship Blvd., Suite One, Chevy Chase, MD 20815-7278. The annual subscription rate is (1) $1,090 or (2) $600 for additional copies mailed in the same envelope with $1,090 subscription. Cole Palmer Werble, President. Periodicals Postage paid at Bethesda, MD. POSTMASTER: Send address changes to "The Pink Sheet", 5550 Friendship Blvd., Suite One, Chevy Chase, MD 20815-7278.

# Warner-Lambert *Neurontin* Promotions Under Investigation By U.S. Attorney

The U.S. Attorney's office in Boston is investigating potential off-label promotions of Warner-Lambert's anti-epileptic drug *Neurontin* (gabapentin).

"Certain employees of Warner-Lambert were served with subpoenas in January 2000 by the U.S. Attorney's office in Boston, Mass. directing them to provide testimony before a federal grand jury in Boston," Warner-Lambert disclosed in a March 28 10-K filing with the Securities & Exchange Commission.

"The U.S. Attorney's office is conducting an inquiry into Warner-Lambert's promotion of Neurontin," the 10-K continues. "Warner-Lambert is cooperating with the inquiry and cannot predict what the outcome of the investigation will be."

*The investigation could test the limits of the government's authority over off-label promotions.*

Neurontin sales have been growing rapidly, increasing 78% to $913 mil. in 1999. The company forecasts that 2000 sales will top $1 bil., despite the expiration of the basic patent on gabapentin in July (following a six-month pediatric extension granted in January).

Neurontin, approved for epilepsy in 1993, is widely used off-label, with the company telling analysts in 1996 that 25% of use was for unlabeled indications.

Warner-Lambert has been very public about its research program to look into the use of Neurontin in a number of neurological disorders, including diabetic neuropathy, post-herpetic neuropathy, migraine, panic disorder, social phobia, bipolar disorder and amyotrophic lateral sclerosis.

None of the non-epilepsy indications has been filed with FDA. In 1998, Warner-Lambert told analysts that it viewed the Neurontin research as facilitating more rapid development of a successor product, pregabalin ("The Pink Sheet" April 27, 1998, p. 21).

Neurontin has not been the subject of any public communications from FDA's advertising surveillance division.

The grand jury investigation could be an early test case of the enforcement environment following the *Washington Legal Foundation* court case that found FDA's prohibitions on journal article and textbook dissemination to be overly broad.

The court decision and appellate ruling have clearly reduced the scope of FDA's authority to regulate scientific exchange regarding off-label use, but have not clearly defined a boundary between legitimate information exchange and violative promotions ("The Pink Sheet" March 20, p. 18).

Grand jury investigations of potential promotional violations have been relatively rare in the pharmaceutical industry.

The Newark, N.J. U.S. Attorney's office initiated investigations in 1991 into Ortho's promotions of *Retin-A* and Ciba-Geigy's promotions of *Voltaren*.

The Retin-A investigation, which focused on allegations that Ortho promoted the acne therapy off-label for photo-aging, ultimately produced obstruction of justice charges against J&J and one of its executives, but did not lead to a case involving FD&C Act violations.

J&J pleaded guilty to the obstruction charges and paid a $7.5 mil. fine. The executive was acquitted of the obstruction counts.

The investigation may have had a more costly indirect effect on J&J: the company's application for a photo-aging claim (under the trade name *Renova*) was not approved until the end of 1995, six years after the NDA was originally filed.

The investigation of Ciba did not lead to any charges. Ciba has since merged with Sandoz to form Novartis.

A more recent investigation was spearheaded by the San Francisco U.S. Attorney's office into Genentech's promotions of human growth hormone products. Genentech pleaded guilty to an FD&C Act violation for promoting the drug for children of short stature who are not growth hormone deficient and paid a $50 mil. fine in April.

The growth hormone investigation grew out of an anti-kickback investigation initiated by the Minnesota U.S. Attorney's office, which resulted in a settlement with the growth hormone distributor Caremark and charges against several executives from Caremark and Genentech. The executives were acquitted.

The Boston U.S. Attorney's office has been involved in several recent pharmaceutical-related investigations,



but none have involved potential promotional violations.

Recent Boston cases include Drug Enforcement Agency charges against Cardinal for alleged violations of the Prescription Drug Marketing Act, a criminal investigation of the generic manufacturer Copley related to manufacturing problems, prosecution of a former Astra USA exec for financial improprieties and prosecution of two biotech researchers for alleged trade secret theft.

Warner-Lambert has a history of compliance problems in the manufacturing sector, with the company's Puerto Rican operations the subject of a 1993 consent agreement that ultimately cost the company over $1 bil. in clean-up expenses and led to criminal charges against a quality assurance exec. The QA exec was not convicted in the case.

In 1997, the company pleaded guilty in a separate action involving falsifying reports on pollutants released from a Puerto Rican waste water treatment plant.

The Neurontin investigation carries an indirect risk for Warner-Lambert if it leads to a public record that plaintiff's attorneys can use in pursuing product liability litigation involving the oral antidiabetic *Rezulin*.

Warner-Lambert withdrew Rezulin March 21 after FDA concluded that more recent entrants in the class offer a reduced risk of liver toxicity ("The Pink Sheet" March 27, p. 4).

The 10-K estimates that the cost of the withdrawal of the antidiabetic agent *Rezulin* will be $100 mil.

The 10-K characterizes the decision as a result of "repeated media reports sensationalizing the risks associated with Rezulin therapy [that] created an environment in which patients and physicians were unable to make well-informed decisions regarding the safety and efficacy of Rezulin."

"Under these circumstances, and after an unexpected request from FDA in the early evening of March 21 to consider removing the drug from the market, the company decided to discontinue marketing Rezulin," the 10-K says.

Potential liability surrounding Rezulin does not appear to be a significant concern to Pfizer, which is in the process of acquiring Warner-Lambert. The companies have taken the position that the withdrawal of Rezulin does not materially alter the terms of their merger agreement. ♦ ♦

## Ivax Generic *Zoloft* Exclusivity Will Be Unaffected By New FDA Guidance

Ivax expects to retain the full benefit of the 180-day generic exclusivity period for sertraline in 2006 if it prevails in a challenge of two of Pfizer's patents on *Zoloft*.

The Ivax ANDA for 50 mg and 100 mg sertraline tablets, submitted in the fourth quarter of 1999, would be eligible for 180 days of exclusivity as the first application to be filed for a generic version of the selective serotonin reuptake inhibitor.

Although FDA has issued another revised interpretation of the 180 day Waxman/Hatch exclusivity rule, Ivax' sertraline ANDA would be grandfathered in under the old interpretation.

"Since Ivax filed for its generic version of Zoloft in the fourth quarter of 1999, the proposed new rule, which some believe may lessen the value of the six-month exclusivity period, will have no impact on this application," Ivax said March 29.

The new guidance states that the exclusivity clock for generic applicants will begin running after the ruling of any court invalidating a patent, rather than being triggered by an appellate court ruling.

Some generic manufacturers have expressed concern that the new interpretation would prevent them from benefiting from exclusivity because of the increased risk associated with going to market while patent cases are on appeal.

Ivax is challenging two Pfizer Zoloft patents: method patent No. 4,962,128, which expires in November 2009, and patent No. 5,248,699 on a crystalline polymorph of sertraline, set to expire in August 2012.

Ivax' ANDA does not challenge Zoloft's earliest-expiring patent, No. 4,536,518, a compound patent on sertraline that expires Dec. 30, 2005.

Pfizer sued Ivax for patent infringement of the '128 and '699 Zoloft patents Jan. 28 in Newark, N.J. federal court. The drug generated $2 bil. in sales for Pfizer in 1999.

The first SSRI antidepressant, Lilly's *Prozac* is also in patent litigation, and awaiting a decision from