UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------- x
:
In re: NEURONTIN MARKETING AND : MDL Docket No. 1629
SALES PRACTICES LITIGATION :
: Master File No. 04-10981
---------------------------------------------- x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
:
:
---------------------------------------------- x
:
ASSURANT HEALTH, INC., et al. v. PFIZER INC., et al., :
Docket No. 05-10535-PBS :
:
---------------------------------------------- X

**DEFENDANTS' EMERGENCY MOTION FOR STAY OR, IN
THE ALTERNATIVE, FOR ENLARGEMENT OF TIME**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move, on an emergency basis, to stay all proceedings in the tag-along action entitled Assurant Health, Inc., et al. v. Pfizer Inc., Docket No. 05-10535-PBS ("Assurant") or, in the alternative, for an enlargement sine die of the time within which Defendants must answer, move, or otherwise respond to the Complaint in Assurant. The grounds for this motion are set forth in the accompanying memorandum. Also submitted in support of this motion is a declaration of David B. Chaffin.

WHEREFORE, Defendants respectfully request that the Court stay all proceedings in Assurant or, in the alternative, enlarge sine die the time within which Defendants must answer, move, or otherwise respond to the Complaint in Assurant.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Defendants therefore request oral argument on this motion.

Dated: March 25, 2005

        DAVIS POLK & WARDWELL

        By:   /s/James P. Rouhandeh
               James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        - and -

        HARE & CHAFFIN

        By:   /s/David B. Chaffin
               David B. Chaffin

        BBO #549245
        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc.
        and Warner-Lambert Company*

## CERTIFICATE OF CONSULATION

I certify that counsel have conferred and attempted in good faith to resolve or narrow the issue presented by this motion.

        */s/David B. Chaffin*