# EXHIBIT G

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

MARK IRELAND
(612) 349-8480

March 16, 2005

<u>Via Facsimile and United States Mail</u>

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judicial Building
Room G-255, North Lobby
Washington, D.C. 20002

Re:  MDL-1629 -- In re Neurontin Marketing and Sales Practices Litigation
     *Assurant Health, Inc., et al. v. Pfizer, Inc. et al.*, Civ. No. 2:05-cv-00095 (D.N.J.)
     Our File No. 092379.0000

Dear Sir:

I am counsel with Robins, Kaplan, Miller & Ciresi L.L.P. for Plaintiffs in the above-captioned matter.

As you know, the Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order (CTO-3) on February 8, 2005. The order provided that this action would be transferred to MDL 1629-*In re Neurontin Marketing and Sales Practices Litigation* absent a motion to vacate. Although Plaintiffs initially opposed this transfer, Plaintiffs have withdrawn their opposition.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Mark Ireland

MI/rjr

c:  Panel Attorney Service List

Word 20127384.1

ATLANTA · BOSTON · LOS ANGELES | MINNEAPOLIS | NAPLES · SAINT PAUL · WASHINGTON, D.C.