# EXHIBIT H

Case 1:04-cv-10981-PBS    Document 65-12    Filed 03/25/2005    Page 1 of 3

RECEIVED
MAR 15 2005
WILLIAM T. WALSH, CLK

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A Limited Liability Partnership formed in Pennsylvania)
By:    John E. Caruso (JC-9283) and Richard G. Placey (RP-0285)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
ATTORNEYS FOR DEFENDANTS PFIZER INC. AND WARNER LAMBERT COMPANY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSURANT HEALTH, INC., et al. | Civil Action: 2:05-cv-0095 |
| Plaintiffs, | Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J. |
| v. | **ORDER FURTHER EXTENDING** |
| PFIZER INC., et al. | **TIME FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT PENDING MDL TRANSFER** |
| Defendants. | |

This matter having come before the Court for a telephone conference on March 14, 2005 at 4:00 p.m. on Defendants' request for additional time to respond to the complaint, counsel for Plaintiffs and counsel for each defendant being present on the call; and

IT APPEARING THAT Defendants' response to the Complaint in this Court would otherwise be due on March 17, 2005; and

IT FURTHER APPEARING THAT on February 8, 2005 a Conditional Transfer Order was entered by the Judicial Panel on Multidistrict Litigation in In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629 transferring this action to the United States District Court for the District of Massachusetts (the "MDL Court"), that Plaintiffs have advised the Court

1146797v1

-2-

by letter that they are not opposing such transfer, but that the formal transfer has not yet occurred; and for good cause shown;

IT IS ON THIS __15__ day of __March__, 2005 ORDERED that Defendants shall have until the earlier of (a) April 15, 2005 or (b) ten (10) days after transfer of this action to the MDL Court to serve a response (by way of answer, motion, objection or other response) to Plaintiffs' Complaint.

_____
U.S.M.J.

1146797v1