UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> _____) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

**ASSENTED-TO MOTION FOR**
**LEAVE TO WITHDRAW**

R. Michael Vagnucci, co-counsel for Defendants, respectfully moves, pursuant to Local Rule 83.5.2, for leave to withdraw as co-counsel for Defendants. The grounds for this motion are:

1. I appeared as co-counsel for Defendants pursuant to a Notice of Appearance filed on January 6, 2005. At the time, I was associated with Davis Polk & Wardwell, lead counsel for Defendants.

2. I have resigned from Davis Polk & Wardwell and taken a position with another law firm.

3. I therefore wish to withdraw as co-counsel for Defendants.

4. Other counsel have appeared and continue to appear for Defendants.

5. A motion for leave to withdraw is required because motions are pending.

6. Liaison counsel for Plaintiffs has assented to this motion.

WHEREFORE, I respectfully request leave to withdraw as co-counsel for Defendants.

Dated: April 1, 2005

*/s/ R. Michael Vagnucci*

R. Michael Vagnucci
1705 East West Highway, #604
Silver Spring, MD  20910