UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 |
| | ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

**CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

The Plaintiffs in the above-reference matter, by the undersigned counsel, respectfully move for an enlargement of the time within which they must submit an opposition to Defendants' Motion to Dismiss from Friday, April 15, 2005 until Friday, April 29, 2005. In support thereof, Plaintiffs state that the issues raised by Defendants' Motion to Dismiss are complex, and the response thereto requires the integration of work-product from a number of different law firms. Additional time is needed in order to ensure the Court is presented with a thorough and non-repetitive treatment of each of the issues raised by the Motion.

In addition, a number of Plaintiffs' counsel responsible for preparation of the opposition brief are participating in the final class action settlement approval hearing in *In Re: Lupron Marketing and Sales Practices Litigation*, MDL No. 1430, D. Mass. Master File No. 01-CV-10861-RGS, which begins today, April 13, 2005, and is anticipated to last for two days. Plaintiffs have consulted with counsel for Defendants who do not oppose the requested extension of time to allow an additional two weeks for Plaintiffs' Opposition.

425731.1

2

WHEREFORE, the parties respectfully request that the Court enlarge to Friday, April 29, 2005, the period within which class Plaintiffs must submit an opposition to Defendants' Motion to Dismiss, and adjust the following additional related dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Filing of Replies to Oppositions to Motion to Dismiss | May 2, 2005 | May 16, 2005 |
| Filing of Surreplies (if any) | May 16, 2005 | May 30, 2005 |
| Service of Initial Disclosures. Depositions (class/liability) begin | May 17, 2005 | May 31, 2005 |
| Hearing on Motion to Dismiss | June 1, 2005 | June 15, 2005 (or as soon thereafter as maybe convenient for the Court) |

Finally, on March 16, 2005, the Court granted Defendants' unopposed motion for leave to file a single 40-page brief in support of their Motion to Dismiss, in lieu of two 20-page briefs. Plaintiffs respectfully request that they be permitted to do the same.

Dated: April 13, 2005                                  Respectfully Submitted,

                                                By:    /s/ Thomas M. Sobol
                                                       Thomas M. Sobol
                                                       Hagens Berman LLP
                                                       One Main Street, 4th Floor
                                                       Cambridge, MA 02142

                                                *Plaintiffs' Liaison Counsel*

425731.1

By:    **/s/ Don Barrett**

    Don Barrett, Esquire
    Barrett Law Office
    404 Court Square North
    P.O. Box 987
    Lexington, MS 39095

By:    **/s/ Daniel Becnel**
    Daniel Becnel, Jr., Esquire
    Law Offices of Daniel Becnel, Jr.
    106 W. Seventh Street
    P.O. Drawer H
    Reserve, LA 70084

By:    **/s/ James Dugan**
    James Dugan, Esquire
    Dugan & Browne
    650 Poydras St., Suite 2150
    New Orleans, LA 70130

By:    **/s/ Thomas Greene**
    Thomas Greene Esquire
    Greene & Hoffman
    125 Summer Street
    Boston, MA 02110

By:    **/s/ Barry Himmelstein**
    Barry Himmelstein, Esquire
    Lieff Cabraser Heimann & Bernstein
    Embarcadero Center West
    275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339

*Members of the Class Plaintiffs'*
*Steering Committee*

3

425731.1

|     |     |
| --- | --- |
| By: | /s/ **Richard Cohen** |
|     | Richard Cohen, Esquire |
|     | Lowey Dannenberg Bemporad |
|     | & Selinger, P.C. |
|     | The Gateway |
|     | One North Lexington Avenue |
|     | White Plains, NY 10601 |
| By: | /s/ **Linda P. Nussbaum** |
|     | Linda P. Nussbaum, Esquire |
|     | Cohen Milstein Hausfeld & Toll |
|     | 150 East 52$_{nd}$ Street |
|     | Thirteenth Floor |
|     | New York, NY 10022 |

*Members of the Plaintiffs' Non-Class Steering Committee*


## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on April 12-13, 2005 he conferred with counsel for Defendants, by voicemail and email, concerning the foregoing motion and Defendants have no objection or opposition to the requested relief.

/s/ **Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

4

425731.1