UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1629<br><br>Lead Docket No.: 1:04-cv-10981-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF APPEARANCE**

Comes now Irwin B. Levin of the law firm of Cohen & Malad, LLP, and hereby enters his appearance on behalf of Plaintiff, Gerald Smith, in the above-captioned litigation.

Dated: April 22, 2005                Respectfully submitted,

                                     COHEN & MALAD, LLP


                          By:   /s/ Irwin B. Levin
                                Irwin B. Levin

                                COHEN & MALAD, LLP
                                One Indiana Square, Ste. 1400
                                Indianapolis, IN 46204
                                Telephone: (317) 636-6481
                                Facsimile: (317) 636-2593
                                ilevin@cohenandmalad.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2005, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Gordon Ball<br>BALL & SCOTT<br>filings@ballandscott.com | Don Barrett<br>BARRETT LAW OFFICE<br>dbarrett@barrettlawoffice.com |
| Steve W. Berman<br>HAGENS BERMAN, LLP<br>steve@hagens-berman.com | Thomas M. Greene<br>GREENE & HOFFMAN<br>tgreene@greenehoffman.com |
| Thomas M. Sobol<br>HAGENS BERMAN, LLP<br>heatherc@hagens-berman.com | |
| Theodore M. Hess-Mahan<br>SHAPIRO HABER & URMY, LLP<br>ted@shulaw.com | Barry Himmelstein<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>bhimmelstein@lchb.com |
| Garve W. Ivey, Jr.<br>IVEY & RAGSDALE<br>garve@iveyragsdale.com | Linda P. Nussbaum<br>COHEN, MILSTEIN, HAUSFELD &<br>TOLL, P.L.L.C.<br>lnussbaum@cmht.com |
| Peter A. Pease<br>BERMAN DEVALERIO PEASE<br>TABACCO BURT & PUCILLO<br>ppease@bermanesq.com | Thomas G. Shapiro<br>SHAPIRO HABER & URMY, LLP<br>tshapiro@shulaw.com |

2

| | |
|---|---|
| David B. Chaffin<br>HARE & CHAFFIN<br>dchaffin@hare-chaffin.com | Deborah L. MacGregor<br>DAVIS, POLK & WARDWELL<br>debbie.macgregor@dpw.com |
| | James E. Murray<br>DAVIS, POLK & WARDWELL<br>james.murray@dpw.com |
| | James P. Rouhandeh<br>DAVIS, POLK & WARDWELL<br>james.murray@dpw.com |
| Richard E. Shevitz<br>COHEN & MALAD, LLP<br>rshevitz@cohenandmalad.com | |

    I hereby certify that on April 22, 2005, a copy of the foregoing Notice of Appearance was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Daniel E. Becnel, Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084

Wanda Garcia
Edward Notargiacomo
HAGENS BERMAN LLP
One Main St., 4th Floor
Cambridge, MA 02142

Richard Bemporad
Richard W. Cohen
LOWEY DANNENBERG BEMPORAD
& SELINGER, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10168

John W. Lowe
LOWE, MOBLEY & LOWE
1210 21st St.
P.O. Box 576
Haleyville, AL 35565

James Dugan
DUGAN & BROWNE
650 Poydras St., Ste. 2150
New Orleans, LA 70130

                                        /s/ Irwin B. Levin  
                                        Irwin B. Levin

Irwin B. Levin  
COHEN & MALAD, LLP  
One Indiana Square, Suite 1400  
Indianapolis, IN 46204  
Telephone: (317) 636-6481  
Facsimile: (317) 636-2593  
ilevin@cohenandmalad.com