UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

|  |  |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | ) MDL DOCKET NO. 1629 <br> ) <br> ) Lead Docket No.: 1:04-cv-10981-PBS <br> ) |

**NOTICE OF APPEARANCE**

Comes now Richard E. Shevitz of the law firm of Cohen & Malad, LLP, and hereby enters his appearance on behalf of Plaintiff, Gerald Smith, in the above-captioned litigation.

Dated: April 22, 2005            Respectfully submitted,

                                 COHEN & MALAD, LLP


                        By:    /s/ Richard E. Shevitz
                               Richard E. Shevitz

                               COHEN & MALAD, LLP
                               One Indiana Square, Ste. 1400
                               Indianapolis, IN 46204
                               Telephone: (317) 636-6481
                               Facsimile: (317) 636-2593
                               rshevitz@cohenandmalad.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2005, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Gordon Ball<br>BALL & SCOTT<br>filings@ballandscott.com | Don Barrett<br>BARRETT LAW OFFICE<br>dbarrett@barrettlawoffice.com |
| Steve W. Berman<br>HAGENS BERMAN, LLP<br>steve@hagens-berman.com | Thomas M. Greene<br>GREENE & HOFFMAN<br>tgreene@greenehoffman.com |
| Thomas M. Sobol<br>HAGENS BERMAN, LLP<br>heatherc@hagens-berman.com | |
| Theodore M. Hess-Mahan<br>SHAPIRO HABER & URMY, LLP<br>ted@shulaw.com | Barry Himmelstein<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>bhimmelstein@lchb.com |
| Garve W. Ivey, Jr.<br>IVEY & RAGSDALE<br>garve@iveyragsdale.com | Linda P. Nussbaum<br>COHEN, MILSTEIN, HAUSFELD &<br>TOLL, P.L.L.C.<br>lnussbaum@cmht.com |
| Peter A. Pease<br>BERMAN DEVALERIO PEASE<br>TABACCO BURT & PUCILLO<br>ppease@bermanesq.com | Thomas G. Shapiro<br>SHAPIRO HABER & URMY, LLP<br>tshapiro@shulaw.com |

| | |
|---|---|
| David B. Chaffin<br>HARE & CHAFFIN<br>dchaffin@hare-chaffin.com | Deborah L. MacGregor<br>DAVIS, POLK & WARDWELL<br>debbie.macgregor@dpw.com |
| | James E. Murray<br>DAVIS, POLK & WARDWELL<br>james.murray@dpw.com |
| | James P. Rouhandeh<br>DAVIS, POLK & WARDWELL<br>james.murray@dpw.com |
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>ilevin@cohenandmalad.com | |

I hereby certify that on April 22, 2005, a copy of the foregoing Notice of Appearance was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Daniel E. Becnel, Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084

Wanda Garcia
Edward Notargiacomo
HAGENS BERMAN LLP
One Main St., 4th Floor
Cambridge, MA 02142

Richard Bemporad
Richard W. Cohen
LOWEY DANNENBERG BEMPORAD
& SELINGER, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10168

John W. Lowe
LOWE, MOBLEY & LOWE
1210 21st St.
P.O. Box 576
Haleyville, AL 35565

James Dugan
DUGAN & BROWNE
650 Poydras St., Ste. 2150
New Orleans, LA 70130

                    /s/ Richard E. Shevitz
                    Richard E. Shevitz

Richard E. Shevitz
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
rshevitz@cohenandmalad.com