UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
In re:   NEURONTIN MARKETING AND              :   MDL Docket No. 1629
         SALES PRACTICES LITIGATION           :
                                                  Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                     :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
LAURA ALLEN, et al. v. PFIZER INC., et al.,   :
                                                  :
Docket No. 05-10797-PBS                        :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Defendants, Pfizer Inc. and Parke-Davis, a division of Warner-Lambert Company (together, "Defendants"), and Plaintiffs hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 30-day enlargement of the time within which Defendants must answer, move, or otherwise respond to the Complaint. The grounds for this motion are:

1.      This action was removed to this Court on April 20, 2005, from the Superior Court of the Commonwealth of Massachusetts. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendants' response to Plaintiffs' Complaint otherwise would be due on or before April 28, 2005.

2.      Plaintiffs, while joining in this motion, have advised that they anticipate filing a Motion to Remand. Pursuant to 28 U.S.C. § 1447(c), such a motion must be filed on or before May 20, 2005.

3.      In addition, the Complaint is lengthy. The proceedings relating to the motion to remand aside, the preparation of an appropriate response would require additional time.

4.    The parties therefore request that Defendants' time to answer, move, or otherwise respond to the Complaint be enlarged by 30 days, to May 27, 2005, so as to provide Defendants adequate time to prepare a response to the Complaint.

WHEREFORE, the parties respectfully request that the Court enlarge the time within which Defendants must answer, move, or otherwise respond to the Complaint by 30 days, to May 27, 2005.

Dated: April 27, 2005

LAURA ALLEN, ADMINISTRATRIX OF
THE ESTATE OF THE LATE DANIEL
ALLEN, TIMOTHY BRIDGES, and
ALFRED MORABITO, individually
and on behalf of themselves and all others
similarly situated,

By their Attorneys,

s/Robert J. Bonsignore
Robert J. Bonsignore
BBO No. 547880
Daniel D'Angelo
BBO No. 630321
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
(781) 391-9400

PFIZER INC. and PARKE-DAVIS,
a division of Warner-Lambert Company,

By their Attorneys,

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

Of Counsel:
James P. Rouhandeh, Esq.
James Murray, Esq.
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017
(212) 450-4000

2