UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 22  P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) | MDL Docket No. 1629 |
| | ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

COMES NOW, Elizabeth V. Heller and Goldenberg, Miller, Heller & Antognoli, P.C., counsel for Plaintiffs Brenda Straddeck et al. v. Pfizer, Inc. et al., in Civil Action No. 04-4106, and hereby enters her appearance in this matter and requests that copies of all pleadings be sent to the following address.

Respectfully submitted,

**GOLDENBERG, MILLER, HELLER
& ANTOGNOLI, P.C.**

/s/ Elizabeth V. Heller
Elizabeth V. Heller
W. Stan Faulkner
2227 S. State Route 157
Edwardsville, IL  62025

Phone:        (618) 656-5150
Facsimile:   (618) 656-6230

## CERTIFICATE OF SERVICE

I hereby certify that on the 19 day of April _____, a true and correct copy of the foregoing document was placed in the U.S. Mail, first class postage prepaid, to the Counsel on the attached Panel Attorney Service List.

Chris Cannon

Mark Ireland, Esq.
Sonya C. Seidl, Esq.
Robins, Kaplan, Miller
  & Ciresi, LLP
2799 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Plaintiff Assurant Health, Inc.*

David J. Novack, Esq.
Budd Larner
150 JFK Parkway
Short Hills, NJ 07078
*Attorneys for Plaintiff Assurant Health, Inc.*

Ronald J. Aranoff, Esq.
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
*Attorneys for Lorraine Kopa*

Don Barrett, Esq.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987
*Attorneys for Mary Lou Lienerth*

Daniel E. Becnel, Jr., Esq.
Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084-2095
*Attorneys for Annie D. Blevins, Emma B. Christina, and Patricia Ann White*

Joseph M. Bruno, Esq.
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113
*Attorneys for Debra Mull (Ind./Behalf-Brandon Laiche)*

Dane S. Ciolino, Esq.
P.O. Box 850848
New Orleans, LA 70185-0848
*Attorneys for Joyce B. Duhe*

John W. Crongeyer, Esq.
Vronn & Crongeyer, LLP
1230 Peachtree Street, N.E., Suite 2450
Atlanta, GA 30309
*Attorneys for Veronica Johnson, Johnny Ray Meeks, Stephanie Stephens*

Mark D. Fischer, Esq.
Rawlings & Associates
325 West Main Street
Louisville, KY 40202
*Attorneys for The Guardian Life Insurance Co. of America*

Chad P. Hemmat, Esq.
Anderson, Hemmat & Levin, LLC
1490 Lafayette Street, Suite 203
Denver, CO 80218
*Attorneys for Sean McMinn*

Barry R. Himmelstein, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, Suite 3000
275 Battery Street
San Francisco, CA 94111
*Attorneys for ASEA/AFSCME Local 52 Health Benefits Trust, Brian Krah*

Andrew S. Johnston, Esq.
Minor & Johnston, PC
124 East Market Street
Somerville, TN 38068
*Attorneys for James Doyle*

Larry Keefe, Esq.
Anchors, Foster, McInnis, et al
909 Mar Walt Drive, Suite 1014
Ft. Walton Beach, FL 32547
*Attorneys for Clifford Eckenrode*

Neal H. Klausner, Esq.
Davis & Gilbert, LLP
74 Sherwood Road
Tenafly, NJ 07670
*Attorneys for Cline, Davis & Mann, Inc.*

Jeffrey L. Kondroff, Esq.
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
*Attorneys for Teamsters Health & Welfare Fund of Philadelphia & Vicinity*

Gano D. Lemoine, III, Esq.
Murray Law Firm
909 Poydras Street
LL& B Tower, Suite 2550
New Orleans, LA 70112
*Attorneys for Jo Helen Boler, Maggie Dony*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Herman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
*Attorneys for Julie K. Bakle*

DeWitt M. Lovelace, Esq.
Lovelace Law Firm, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL 32541
*Attorneys for Sylvia G. Hyman*

Kevin H. Marino, Esq.
John A. Boyle, Esq.
Marino & Associates, P.C.
One Newark Center, 9th Floor
Newark, NJ 07102-5211
*Attorneys for Lodewijk J.R. De Vink and Anthony Wild*

Steven A. Martino, Esq.
Taylor, Martino & Hedge, P.C.
P.O. Box 894
Mobile, AL 36601-0894
*Attorneys for Gulf Distributing Holdings, LLC*

Craig Ruvel May, Esq.
Wheeler, Trigg & Kennedy, LLP
1801 California Street, Suite 3600
Denver, CO 80202
*Attorneys for Pfizer, Inc.*

David J. Novack, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway, CN1000
Short Hills, NJ 07078-0999
*Attorneys for Assurant Health, Inc., et al*

Ronnie G. Penton, Esq.
Law Office of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
*Attorneys for Mary Jane Gordon, Donald D. Moore, Sr., Tammylee Willoz*

Richard G. Placey, Esq.
Montgomery, McCracken, Walker & Rhoads
Liberty View, 6th Floor
457 Haddonfield Road
Cherry Hill, NJ 08002
*Attorneys for Pfizer, Inc.*

Eleanor Louise Polimeni, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
New York, NY 10017
*Attorneys for Stephen Brodsky, Dan Huffman, Patti Paulsen, Rosalia Sumait, Monica Smith*

James P. Rouhandeh, Esq.
James E. Murray, Esq.
Erik M. Zissu, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
*Attorneys for Parke-Davis (Division of Warner-Lambert), Pfizer, Inc., Warner-Lambert Co., Inc., Warner-Lambert Co., LLC)*

Richard E. Shevitz. Esq.
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
*Attorneys for Gerald Smith*

Thomas M. Sobol, Esq.
Hagens Berman, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
*Attorneys for Harden Manufacturing Corp.*

Joseph J. Tabacco, Jr., Esq.
Berman, DeValerio, Pease, Tobacco, Burt & Pucillo
425 California Street, Suite 2100
San Francisco, CA 94104
*Attorneys for Acuna, Inc.*

Thomas P. Thrash, Esq.
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201
*Attorneys for James Hope, Claudia Lang*

Charles S. Zimmerman, Esq.
Zimmerman Reed, P.L.L.P.
641 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
*Attorneys for John Lerch*