UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: SMITH v. PFIZER INC., et al., Docket No. 05-10833-PBS | |

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

### NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for defendants, Pfizer Inc., Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company LLC.

Dated: April 29, 2005

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000