UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ANDERSON, et al. v. PFIZER INC., et al., Docket No. 05-10835-PBS | Judge Patti B. Saris |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned action as counsel of record for defendants, Pfizer Inc., individually and as successor in interest to Parke-Davis and Warner-Lambert Company.

Dated: April 29, 2005

s/James E. Murray
James E. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000