UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| In re Neurontin Marketing and | ) | |
| Sales Litigation | ) | MDL Docket No. 04-MDL-1629 |
| | ) | Case No. 1:04-cv-12625-PBS |

### AFFIDAVIT OF GORDON BALL

**STATE OF TENNESSEE** )
) ss
**COUNTY OF KNOX** )

I, Gordon Ball, being duly sworn, do hereby state and depose as follows:

1. I am an attorney licensed to practice law in the State of Tennessee. I represent the Movant, Ms. Sutton, in this action. This affidavit is submitted in support of the foregoing motion.

2. I do state and affirm that I have read the attached motion and all statements therein are true and correct to the best of my knowledge, information, and belief.

**FURTHER THE AFFIANT SAITH NOT.**

_____
Gordon Ball

Sworn to and subscribed to before me,
this 4th day of May, 2005.

_____
Notary Public

My Commission Exp. May 7, 2008

## CERTIFICATE OF SERVICE

I, Gordon Ball, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 4th day of May, 2005.

                                             ___/s/_//Gordon Ball//_____
                                             Gordon Ball