UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING AND ) | |
|         SALES PRACTICES LITIGATION ) | Master File No. 04-10981 |
| _____) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| _____) | |
| ) | |
| ASSURANT HEALTH, INC., et al. v. PFIZER ) | |
| INC., et al. ) | |
| Docket No. 05-10535-PBS ) | |
| _____) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Daniel J. Lyne, Hanify & King, P.C., as counsel

for defendants Lodewijk J.R. DeVink and Anthony Wild.

Respectfully submitted,

LODEWIJK J.R. DEVINK AND
ANTHONY WILD

By their attorney,


/s/ Daniel J. Lyne_____
Daniel J. Lyne (BBO#309290)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400

Dated: May 12, 2005

*429844*