UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING AND<br>          SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ASSURANT HEALTH, INC., et al. v. PFIZER INC., et al.<br>Docket No. 05-10535-PBS | |

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Dwyer, Hanify & King, P.C., as counsel for defendants Lodewijk J.R. DeVink and Anthony Wild.

                                  Respectfully submitted,

                                  LODEWIJK J.R. DEVINK AND
                                  ANTHONY WILD

                                  By their attorney,

                                  /s/ Daniel J. Dwyer
                                  Daniel J. Dwyer (BBO#567026)
                                  HANIFY & KING
                                  Professional Corporation
                                  One Beacon Street
                                  Boston, MA 02108
                                  (617) 423-0400

Dated: May 12, 2005

*429948*