UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ASSURANT HEALTH, INC., et al. v. PFIZER INC., et al.<br>Docket No. 05-10535-PBS | |

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Lyne, Hanify & King, P.C., as counsel for defendants Lodewijk J.R. DeVink and Anthony Wild.

    Respectfully submitted,

    LODEWIJK J.R. DEVINK AND
    ANTHONY WILD

    By their attorney,


    /s/ Daniel J. Lyne
    Daniel J. Lyne (BBO#309290)
    HANIFY & KING
    Professional Corporation
    One Beacon Street
    Boston, MA 02108
    (617) 423-0400

Dated: May 12, 2005

*429844*