UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, ) <br> SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> _____) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

STATE OF NEW YORK  )
                   ) ss
COUNTY OF ORANGE   )

       I, ELEANOR L. POLIMENI, ESQ., being duly sworn, deposes and says:

       That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

                                          _____
                                          ELEANOR L. POLIMENI

Sworn to before me this
6th day of May, 2005

_____
NOTARY PUBLIC

HEATHER M. STIGLIANI
Notary Public, State of New York
Qualified in Dutchess County
Registration #01ST6060517
Commission Expires June 25, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK  )
                   ) ss
COUNTY OF ORANGE   )

    I, ANDREW G. FINKELSTEIN, ESQ., being duly sworn, deposes and says:

    That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
ANDREW G. FINKELSTEIN

Sworn to before me this
6th day of May, 2005

_____
NOTARY PUBLIC

HEATHER M. STIGLIANI
Notary Public, State of New York
Qualified in Dutchess County
Registration #01ST6060517
Commission Expires June 25, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK  )
                   ) ss
COUNTY OF ORANGE   )

      I, RONALD ROSENKRANZ, ESQ., being duly sworn, deposes and says:

      That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

                                                    RONALD ROSENKRANZ

Sworn to before me this
6th day of May, 2005

_Heather M. Stigliani_
NOTARY PUBLIC

HEATHER M. STIGLIANI
Notary Public, State of New York
Qualified in Dutchess County
Registration #01ST6060517
Commission Expires June 25, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK ) 
) ss
COUNTY OF ORANGE )

    I, KENNETH B. FROMSON, ESQ., being duly sworn, deposes and says:

    That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

                                                                  /s/ Kenneth B. Fromson
                                                                  KENNETH B. FROMSON

Sworn to before me this
6th day of May, 2005

/s/ Heather M. Stigliani
NOTARY PUBLIC

HEATHER M. STIGLIANI
Notary Public, State of New York
Qualified in Dutchess County
Registration #01ST6060517
Commission Expires June 25, 2007