UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No.1629<br>Master Docket No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ASSURANT HEALTH, INC., ET AL. v. PFIZER INC., ET AL. | **AFFIDAVIT OF SERVICE VIA FIRST CLASS MAIL** |

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

I, Richard Gomez, being duly sworn, depose and say:

1. I am not a party to this action; I am over the age of eighteen and I reside at 215 East 4th Street, New York, New York 10009; and I am employed by Davis & Gilbert LLP, 1740 Broadway, New York, New York 10019.

2. On May 10, 2005, I served, by **First Class Mail**, a true copy of **Notice of Appearance of Paul F. Corcoran and Affirmation of Paul F. Corcoran** on:

> Mark Ireland, Esq.
> Sonya C. Seidi, Esq.
> Robins, Kaplan, Miller & Ciresi, LLP
> 2799 LaSalle Plaza
> 800 LaSalle Avenue
> Minneapolis, MN 55402-2015

> David J. Novak, Esq.
> Budd Larner
> 150 JFK Parkway
> Short Hills, NJ 07078

> Ronald J. Aranoff, Esq.
> Bernstein, Liebhard & Lifshitz, LLP
> 10 East 40th Street, 22nd floor
> New York, New York 10016

Don Barrett, Esq.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987


Daniel E. Becnal, Jr., Esq.
Law Offices of Daniel E. Bacnel, Jr
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084-2095

Joseph M. Bruno, Esq.
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

John W. Crongeyer, Esq.
Vron & Crongeyer, LLP
1230 Peachtree Street, N.E., Suite 2450
Atlanta, GA 30309
Mark D. Fischer, Esq.
Rawlings & Associates
325 West Main Street
Louisville, KY 40202

Chad P. Hemmat, Esq.
Anderson, Hemmat & Levin, LLC
1490 Lafayette Street, Suite 203
Denver, CO 80218

Andrew S. Johnston, Esq.
Minor & Johnston, PC
124 East Market Street
Sommerville, TN 38068

Larry Keefe, Esq.
Anchors, Forster, Mc Innis, et al
909 Mar Walt Drive, Suite 1014
Ft. Walton Beach, Fl 32547

Neal H, Klausner, Esq.
Davis & Gilbert LLP
74 Sherwood Road
Tenafly, NJ 07670

Jeffrey L. Kondroff, Esq.
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Gano D. Lemoine, III, Esq.
Murray Law Firm
909 Poydras Street
LL&B Tower, Suite 2550
New Orleans, LA 70112

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Herman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

DeWitt M. Lovelace, Esq.
Lovelace law Firm, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, Fl 32541
Kevin H. Marino, Esq.
John A. Boyle, Esq.
Marino & Associates, P.C.
One Newark Center, 9th Floor
Newark, NJ 07102-5211

Steven A. Martino, esq.
Taylor, Martino & Hedge, P.C.
P.O. Box 894
Mobile, Al 36601-0894

Craig Ruval May, Esq.
Wheeler, Trigg & Kennedy, LLP
1801 California Street, Suite 3600
Denver, CO 80202

David J. Novack, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway, CN1000
Short Hills, NJ 07078-0999

Ronnie G. Penton, Esq.
Law Office of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

Richard G. Placey, Esq.
Montgomery, McCraken, Walker & Rhoads
Liberty View, 6th Floor
457 Haddonfield Road
Cherry Hill, NJ 08002

Eleanor Louise Polimeni, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
New York, New York 10017

James P. Rouhandeh, Esq.
James E. Murray, Esq.
Erk M. Zissu, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Richard E. Shevitz, Esq.
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Thomas M. Sobol, Esq.
Hagens Berman LLP
One Main Street, 4th Street
Cambridge, MA 02142


Joseph J. Tabacco, Jr., Esq.
Berman, DeValerio, Pease, Tobacco, Burt & Puccillo
425 California Street, Suite 2100
San Francisco, CA 94104

Thomas p. Trash, Esq.
Thrash law Firm
1101 Garland Street
Little Rock, AR 72201

Charles s. Zimmerman, Esq.
Zimmerman Reed, P.L.L.P
641 Nocollet Mall, Suite 501
Minneapolis, MN 55402-4123

Richard Gomez
Process Server License # 0916265

Sworn to before me
This 10th Day of May 2005

_____
NOTARY PUBLIC

CORY M. PETERSON
Notary Public, State of New York
No. 01PE5065836
Qualified in Kings County
Commission Expires Sept. 16, 2000