UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981<br>Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. v PFIZER INC., 04 CV 10958 (PBS) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and this Court's July 29, 2003 Case Management Order, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Justine J. Kaiser, Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue, NW, West Tower, Washington, DC 20005-3964; telephone: (202) 408-4600; facsimile: (202) 408-4699; e-mail: jkaiser@cmht.com; to appear on behalf of Plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.    Ms. Kaiser was admitted to the bar of the State of Maryland in 2000 and the District of Columbia in 2002. She has also been admitted to practice in the United States District Courts for the District of Columbia in 2002 and the District of Maryland in 2003.

2.    There are no disciplinary proceedings pending against Ms. Kaiser as a member of the bar in any jurisdiction.

3. Ms. Kaiser has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Kaiser has submitted herewith her Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Ms. Nussbaum be admitted to practice before this Court *pro hac vice*.

Dated: May 18, 2005                              Respectfully submitted

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 439-3939

Attorneys for Plaintiffs Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals