# CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Justine J. Kaiser, hereby certify that:

1. I was admitted to the bar of the State of Maryland on December 12, 2000, and to the bars of the District of Columbia on February 11, 2002, the District Court for the District of Columbia on August 5, 2002, and the District Court of Maryland on March 17, 2003.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> Justine J. Kaiser
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue, NW, West Tower
> Washington, D.C.  20005-3964
> (202) 408-4600 – telephone
> (202) 408-4699 – facsimile
> jkaiser@cmht.com – email

_____
Justine J. Kaiser

Dated: 5/17/05