## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND<br><br>SALES PRACTICES LITIGATION<br><br>---<br><br>THIS DOCUMENT RELATES TO:<br><br>ASSURANT HEALTH, INC., ET AL. v.<br>PFIZER, INC., ET AL., NO. 05-10535 | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>*Assurant* File No. 05-10535<br><br>Judge Patti B. Saris |

### *ASSURANT* PLAINTIFFS' STATUS REPORT
### REGARDING MOTION TO REMAND

As requested, the following documents are submitted to the Court for consideration of

*Assurant* Plaintiffs'[1] pending motion to remand:

1. *Assurant Health, Inc., et al. v. Pfizer, Inc., et al.*, Complaint (November 24, 2004);

2. *Assurant* Plaintiffs' Notice of Motion To Remand To The Superior Court of New Jersey (January 27, 2005);

3. *Assurant* Plaintiffs' Memorandum In Support of Motion to Remand (January 27, 2005);

4. *Assurant* Plaintiffs' Exhibits A-L In Support of Motion to Remand (January 27, 2005);

---

[1] Unless otherwise specified, "*Assurant* Plaintiffs" refers to the Plaintiffs in *Assurant Health, Inc. et al. v. Pfizer Inc., et al.*, No. 1:05-cv-10535-PBS: ASSURANT HEALTH, INC., and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and its subsidiaries and affiliates and their self-funded plans; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MASSACHUSETTS and its self-funded plans; BLUE CROSS BLUE SHIELD OF MICHIGAN and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MINNESOTA and its subsidiaries and affiliates and their self-funded plans; GROUP HEALTH SERVICE OF OKLAHOMA, INC. and its subsidiaries and affiliates; CAREFIRST, INC. and its subsidiaries and affiliates and their self-funded plans; EXCELLUS HEALTH PLAN, INC. and its subsidiaries and affiliates and their self-funded plans; FEDERATED MUTUAL INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; HEALTH CARE SERVICE CORPORATION, on behalf of itself and its Illinois, New Mexico and Texas Divisions and their self-funded plans; MUTUAL OF OMAHA INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; TRUSTMARK INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; and WELLCHOICE, INC., and its subsidiaries and affiliates and their self-funded plans.

5. Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company In Opposition To Plaintiffs' Motion To Remand and In Support Of Cross Motion To Defer Ruling of Remand Pending MDL Transfer (February 11, 2005);

6. Certification Of Richard G. Placey, Esquire In Support Of Memorandum Of Law Of Defendants Pfizer Inc. And Warner-Lambert Company In Opposition To Plaintiffs' Motion To Remand And In Support Of Cross Motion To Defer Ruling On Remand Pending MDL Transfer (February 11, 2005);

7. Joinder of Defendants Anthony Wild And Lodewijk J. R. DeVink In Defendants Pfizer And Warner-Lambert Company's Opposition Plaintiffs' Motion To Remand (February 11, 2005);

8. Plaintiffs' Memorandum Of Law In Further Support Of Its Motion To Remand And In Opposition To Defendants' Cross Motion To Defer Ruling On Remand Pending with attached Certificate of Service (February 25, 2005); and

9. Affidavit of Ronald J. Campione In Support Of Plaintiffs' Reply Memorandum Of Law In Support Of Motion To Remand And In Opposition To Defendants' Cross Motion To Defer Ruling On Remand, with Exhibits A-N (February 25, 2005).

DATED:  May 18, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By:     /s/ Annamarie A. Daley
        Annamarie A. Daley (#158112)
        Mark Ireland (#0303690)
        2800 LaSalle Plaza
        800 LaSalle Avenue
        Minneapolis, MN 55402-2015
        Tel.:  (612) 349-8500
        Fax:  (612) 339-4181

        James S. Harrington (# 543744)
        800 Boylston Street, 25th Floor
        Boston, MA 02199
        Tel.: 617.267-2300
        Fax: 617.267.8288

        *Attorneys for Assurant Plaintiffs*

20135895-1