## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSURANT HEALTH, INC., et al., | Civil No. 2:05-cv-0095 |
| Plaintiffs, | Argument Date: _____ |
| v. | Hon. Joel A. Pisano, U.S.D.J. |
| | Hon. Madeline C. Arleo, U.S.M.J. |
| PFIZER, INC., et al., | |
| Defendants. | |

### NOTICE OF MOTION
### TO REMAND TO
### THE SUPERIOR COURT OF NEW JERSEY

**TO: ALL PARTIES AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that on _____, at _____ a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs shall move before the Honorable Joel A. Pisano, U.S.D.J., of the United States District Court for the District of New Jersey, at the Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order remanding this matter to the New Jersey Superior Court, Bergen County.

**TAKE FURTHER NOTICE** that, in support of their Motion to Remand, Plaintiffs shall rely upon the attached memorandum of law, Affidavit of David J. Novack, Esq. and proposed form of order.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument.

                Respectfully submitted,

                BUDD LARNER

By: _____
       David J. Novack (DN-9527)
       Attorneys for Plaintiff
       150 JFK Parkway
       Short Hills, NJ 07078
       Telephone: (973) 379-4800
       Facsimile: (973) 379-7734

*Pro hac vice*:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Annamarie A. Daley
Mark Ireland
Sonya C. Seidl
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
Attorneys for Plaintiffs

## Certificate of service

I certify that the original and two copies of the plaintiffs' notice of motion to remand, memorandum of law, affidavit of David J. Novack, Esq. and proposed form of order were served via fax and Hand-delivery upon Richard G. Placey, Esq., Montgomery McCracken Walker & Rhoads, LLP, 457 Haddonfield Road, Suite 600, Cherry Hill, NJ 07002.

I further certify that one copy of the above documents were served via fax and hand-delivery upon:

Scott Edelman, Esq.  
Milbank Tweed Hadley & McCloy, LLP  
One Chase Manhattan Plaza  
New York, NY 10005

James Rouhandeh, Esq.  
Davis Polk Wardell  
450 Lexington Avenue  
New York, NY 10017

Paul Corcoran, Esq.  
Davis & Gilbert, LLP  
74 Sherwood Road  
Tenafly, NJ 07670

I further certify that one copy of the cover letter without enclosures was served via Hand-delivery upon the Clerk, United States District Court, District of New Jersey, 50 Walnut Street, Newark, NJ 07102 and the Chambers of the Honorable Joel A. Pisano, U.S.D.J.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Ronald J. Campione (RC-7323)

Dated: January 27, 2005