# EXHIBIT A

CM/ECF LIVE - U.S. District Court for the District of New Jersey                    Page 1 of 1

**Query**  •  **Reports**  •  **Utilities**  •  **Logout**

ARBITRATION

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00095-JAP-MCA

ASSURANT HEALTH, INC. et al v. PFIZER, INC. et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1441 Notice of Removal

Date Filed: 01/05/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**ASSURANT HEALTH, INC.**
*a Wisconsin corporation*

represented by **DAVID J NOVACK**
BUDD LARNER, PC
150 JOHN F. KENNEDY PARKWAY
CN1000
SHORT HILLS, NJ 07078-0999
(973) 379-4800
Email: dnovack@budd-larner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC.**
*a Florida corporation, and its wholly-
owned subsidiary, HEALTH OPTIONS,
INC., a Florida corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY,**
*doing business as BLUE CROSS and
BLUE SHIELD OF LOUISIANA, a
Louisiana corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD
OF MASSACHUSETTS**
*a Massachusetts corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLUE CROSS AND BLUE SHIELD
OF MICHIGAN**
*and its wholly-owned subsidiary, BLUE
CARE NETWORK, INC., Michigan*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*corporations*

## Plaintiff

**BLUE CROSS AND BLUE SHIELD
OF MINNESOTA**
*a Minnesota corporation, and a
subsidiary of AWARE INTEGRATED,
INC., and its wholly-owned subsidiaries
COMPREHENSIVE CARE SERVICES,
INC., a Minnesota corporation, FIRST
PLAN OF MINNESOTA, a Minnesota
corporation, ATRIUM HEALTH PLAN,
INC., et al*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**GROUP HEALTH SERVICES OF
OKLAHOMA, INC.**
*doing business as BLUE CROSS AND
BLUE SHIELD OF OKLAHOMA, an
Oklahoma corporation and its wholly-
owned subsidiary GROUP HEALTH
MAINTENANCE ORGANIZATION,
INC., doing business as BLUECLINICS
HMO, an Oklahoma corporation*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**CAREFIRST, INC.**
*a Maryland corporation, and its wholly-
owned subsidiaries, CAREFIRST OF
MARYLAND, INC., a Maryland
corporation, WILLSE & ASSOCIATES,
INC., a Maryland corporation; CFS
HEALTH GROUP, INC., a Maryland
corporation, DELMARVA HEALTH
PLAN, INC., et. al.*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**EXCELLUS HEALTH PLAN, INC.**
*a New York corporation, and its wholly-
owned subsidiary EXCELLUS
BENEFIT SERVICES, INC., a New
York corporation; FEDERATED
MUTUAL INSURANCE COMPANY, a
Minnesota mutual company; HEALTH
CARE SERVICE CORPORATION, an
Illinois Mutual Legal Reserve Co., et. al*

represented by **DAVID J NOVACK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**TRUSTMARK INSURANCE
COMPANY,**

represented by **DAVID J NOVACK**
(See above for address)

*a Delaware corporation*                                    *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WELLCHOICE, INC.**                        represented by **DAVID J NOVACK**
*a Delaware corporation, and its wholly-*                   (See above for address)
*owned subsidiary EMPIRE*                                   *LEAD ATTORNEY*
*HEALTHCHOICE ASSURANCE, INC.,*                             *ATTORNEY TO BE NOTICED*
*a New York corporation, doing business*
*as EMPIRE BLUE CROSS BLUE*
*SHIELD and EMPIRE EMPIRE BLUE*
*CROSS, and its wholly-owned*
*subsidiaries, et. al*

**Plaintiff**

**WELLCHOICE INSURANCE OF**                 represented by **DAVID J NOVACK**
**NEW JERSEY, INC.**                                        (See above for address)
*a New Jersey corporation and a wholly-*                    *LEAD ATTORNEY*
*owned subsidiary of EMPIRE*                                *ATTORNEY TO BE NOTICED*
*HEALTHCHOICE ASSURANCE, INC.,*
*a New York corporation*


V.

**Defendant**

**PFIZER, INC.**                            represented by **RICHARD G. PLACEY**
*a Delaware corporation, and its wholly-*                   MONTGOMERY, MCCRACKEN,
*owned subsidiary WARNER-LAMBERT*                           WALKER & RHOADS, ESQS.
*COMPANY*                                                   LIBERTY VIEW, 6TH FLOOR
                                                            457 HADDONFIELD ROAD
                                                            CHERRY HILL, NJ 08002
                                                            (856) 488-7700
                                                            Email: rplacey@mmwr.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**CLINE, DAVIS & MANN, INC.**               represented by **NEAL H. KLAUSNER**
*a New York corporation*                                    DAVIS & GILBERT
                                                            74 SHERWOOD ROAD
                                                            TENAFLY, NJ 07670
                                                            (201)568-0250
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**LODEWIJK J.R. DE VINK**
*a resident of New Jersey*

**Defendant**

**ANTHONY WILD**
*a resident of New Jersey*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2005 | 1 | NOTICE OF REMOVAL by PFIZER, INC., CLINE, DAVIS & MANN, INC., LODEWIJK J.R. DE VINK, ANTHONY WILD from SUPERIOR COURT OF BERGEN COUNTY, case number L-13792-04. (Filing fee $ 150 receipt number 328443) (Attachments: # 1 NTC. OF FILING# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(dj, ) Additional attachment(s) added on 1/12/2005 (dj, ). (Entered: 01/11/2005) |
| 01/11/2005 | | CASE REFERRED to Arbitration. (dj, ) (Entered: 01/11/2005) |
| 01/12/2005 | 2 | STATEMENT by ASSURANT HEALTH, INC.. (CAMPIONE, RONALD) (Entered: 01/12/2005) |
| 01/12/2005 | 3 | STATEMENT by ASSURANT HEALTH, INC.. (CAMPIONE, RONALD) (Entered: 01/12/2005) |
| 01/12/2005 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendants. Attorney RICHARD G. PLACEY and RICHARD G. PLACEY for PFIZER, INC. added. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(PLACEY, RICHARD) (Entered: 01/12/2005) |
| 01/12/2005 | 5 | Application and Clerk's Order to extend time to answer Granted. Attorney RICHARD G. PLACEY for PFIZER, INC. added Order extended through 1/27/05. (dh, ) (Entered: 01/14/2005) |
| 01/14/2005 | 6 | NOTICE by LODEWIJK J.R. DE VINK, ANTHONY WILD re 1 Notice of Removal, *Joinder of Lodewijk J.R. De Vink and Anthony Wild in Notice of Removal* (PLACEY, RICHARD) (Entered: 01/14/2005) |
| 01/18/2005 | 8 | ORDER admitting Annemarie A. Daley, Mark Ireland and Sonya C. Seidl to appear pro hac vice on behalf of pltf., Assurant Health, Inc.. Signed by Judge Madeline C. Arleo on 1/18/05. (cs, ) (Entered: 01/24/2005) |
| 01/24/2005 | 7 | STATEMENT by PFIZER, INC.. (PLACEY, RICHARD) (Entered: 01/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/27/2005 11:32:21 | | | |
| PACER Login: | rk0014 | Client Code: | 092379-0000-02127 |
| Description: | Docket | Search | 2:05-cv-00095-JAP-MCA Start date: 1/1/1970 End date: |

| | Report | Criteria: | 1/27/2005 |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.24 |

# EXHIBIT B

MILBANK, TWEED, HADLEY & MCCLOY LLP
By: Scott A. Edelman
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5139
ATTORNEYS FOR DEFENDANTS LODEWIJK J.R. DE VINK AND ANTHONY WILD

.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASSURANT HEALTH, INC., a Wisconsin corporation, | |
| | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida corporation, and its wholly-owned subsidiary, HEALTH OPTIONS, INC., a Florida corporation; | Civil Action No. |
| | |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, doing business as BLUE CROSS and BLUE SHIELD OF LOUISIANA, a Louisiana corporation; | |
| | |
| BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, a Massachusetts corporation; | |
| | |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN and its wholly-owned subsidiary, BLUE CARE NETWORK, INC., Michigan corporations; | |
| | |
| BLUE CROSS AND BLUE SHIELD OF MINNESOTA, a Minnesota corporation, and a subsidiary of AWARE INTEGRATED, INC., and its wholly-owned subsidiaries COMPREHENSIVE CARE SERVICES, INC., a Minnesota corporation, FIRST PLAN OF MINNESOTA, a Minnesota corporation, ATRIUM HEALTH PLAN, INC., a Wisconsin corporation, and HMO MINNESOTA, a Minnesota | **JOINDER OF LODEWIJK J.R. DE VINK AND ANTHONY WILD IN NOTICE OF REMOVAL** |

1122118v1

corporation;                                              :
                                                          :
GROUP HEALTH SERVICES OF                                  :
OKLAHOMA, INC., doing business                            :
as BLUE CROSS AND BLUE SHIELD                             :
OF OKLAHOMA, and Oklahoma                                 :
corporation and its wholly-owned                          :
subsidiary GROUP HEALTH                                   :
MAINTENANCE ORGANIZATION,                                 :
INC., doing business as                                   :
BLUECLINCS HMO, an Oklahoma                               :
corporation;                                              :
                                                          :
CAREFIRST, INC., a Maryland                               :
corporation, and its wholly-owned                         :
subsidiaries, CAREFIRST OF                                :
MARYLAND, INC., a Maryland                                :
corporation, WILLSE & ASSOCIATES,                         :
INC., a Maryland corporation;                             :
CFS HEALTH GROUP, INC., a                                 :
Maryland corporation, DELMARVA                            :
HEALTH PLAN, INC., a Maryland                             :
corporation, FREE STATE HEALTH                            :
PLAN, INC., a Maryland corporation;                       :
PATUXENT MEDICAL GROUP, INC.,                             :
a Maryland corporation; GROUP                             :
HOSPITALIZATION AND MEDICAL                               :
SERVICES, INC., a company created                         :
under federal charter, CAPITAL CARE,                      :
INC., a District of Columbia corporation,                 :
CAPITAL AREA SERVICES INC., a                             :
West Virginia corporation, BLUE CROSS                     :
BLUE SHIELD OF DELAWARE, INC.,                            :
a Delaware corporation;                                   :
                                                          :
EXCELLUS HEALTH PLAN, INC., a                             :
New York corporation, and its                             :
wholly-owned subsidiary EXCELLUS                          :
BENEFIT SERVICES, INC., a New York                        :
corporation; FEDERATED MUTUAL                             :
INSURANCE COMPANY, a Minnesota                            :
mutual company;                                           :

                                                          :
HEALTH CARE SERVICE                                       :

-2-

l122118v1

CORPORATION, an Illinois Mutual            :
Legal Reserve Company, on behalf of        :
itself and its Illinois, New Mexico and    :
Texas Divisions; MUTUAL OF OMAHA           :
INSURANCE COMPANY, a Nebraska              :
mutual company;                            :
                                           :
TRUSTMARK INSURANCE                        :
COMPANY, a Delaware corporation;           :
                                           :
WELLCHOICE, INC., a Delaware               :
corporation, and its wholly-owned          :
subsidiary EMPIRE HEALTHCHOICE             :
ASSURANCE, INC., a New York                :
corporation, doing business as EMPIRE      :
BLUE CROSS BLUE SHIELD and                 :
EMPIRE EMPIRE BLUE CROSS, and              :
its wholly-owned subsidiaries              :
EMPIRE HEALTHCHOICE HMO, INC.,             :
 doing business in New York as             :
EMPIRE BLUE CROSS HMO, and                 :
doing business in New Jersey as            :
WELLCHOICE HMO OF NEW JERSEY;              :
                                           :
WELLCHOICE INSURANCE OF NEW                :
JERSEY, INC., a New Jersey corporation     :
and a wholly-owned subsidiary of           :
EMPIRE HEALTHCHOICE                        :
ASSURANCE, INC., a New York                :
corporation;                               :
                                           :
            Plaintiffs,                    :
                                           :
            v.                             :
                                           :
PFIZER, INC., a Delaware corporation,      :
and its wholly-owned subsidiary            :
WARNER-LAMBERT COMPANY;                    :
                                           :
CLINE, DAVIS & MANN, INC.,                 :
a New York corporation;                    :
                                           :
LODEWIJK J.R. DE VINK, a                   :

-3-

1122118v1

resident of New Jersey; and        :

                                         :

ANTHONY WILD, a resident      :
of New Jersey,                           :

                                         :

                      Defendants.       :

---

            Defendants Lodewijk J.R. De Vink And Anthony Wild hereby join in the Notice

of Removal of the above captioned action (Docket No. 13792-04 in the Superior Court of New

Jersey, Law Division, Bergen County) to the United States District Court for the District of New

Jersey.

                                              MILBANK, TWEED,
                                              HADLEY & MCCLOY LLP

Date: January 5, 2005                       By: _Scott Edelman_ /H.T.
                                             Scott A. Edelman

# EXHIBIT C

5 of 12 DOCUMENTS

Copyright 2004 by Reed Elsevier Inc.
MARTINDALE-HUBBELL (R) LAW DIRECTORY

Professional Biographies Section

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(New York County)
Telephone: 212-530-5000
Fax: 212-530-5219
Email: postmaster@milbank.com
Url: http://www.milbank.com

(MAIN OFFICE)


**PRACTICE:** General Practice.

**FIRM-PROFILE:** Year Established: 1866


- - - - - - - - - - - - - - - OTHER OFFICES - - - - - - - - - - - - - - - - -
Midtown Office: 375 Park Avenue, Suite 3601, 10152. Telephone: 212-530-5800. Fax: 212-530-0158.

Los Angeles, California Office: 601 South Figueroa Street, 30th Floor, 90017. Telephone: 213-892-4000. Fax: 213-629-5063.

Palo Alto, California Office: Five Palo Alto Square, 3000 El Camino Real, 94306-2109. Telephone: 650-739-7000. Fax: 650-739-7100.

Washington, D.C. Office: International Square Building, Suite 1100, 1825 Eye Street, N.W., 20006. Telephone: 202-835-7500. Fax: 202-835-7586.

Tokyo, Japan Office: Fukoku Seimei Building, 2-2, Uchisaiwai-cho 2-Chome, Chiyoda-ku, Tokyo 100-0011, Japan. Telephone: 011-81-3-3504-1050. Fax: 011-81-3-3595-2790, 011-81-3-3595-2840.

London, England Office: Dashwood House, 69 Old Broad Street, London EC2M 1QS. Telephone: 011-44-207-448-3000. Fax: 011-44-207-448-3029.

Hong Kong Office: 3007 Alexandra House, 16 Chater Road. Telephone: 011-852-2971-4888. Fax: 011-852-2840-0792; 011-852-2845-9046.

Singapore Office: 14-00 Caltex House, 30 Raffles Place, 048622. Telephone: 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-2400. Fax: 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-2500.

Frankfurt am Main, Germany Office: Frankfurter Welle, An der Welle 4, 60422. Telephone: 011-49-69-7593-7170. Fax: 011-49-69-7593-8303.

Munich, Germany Office: Maximilianstrasse 15, 80539. Telephone: 011-49-89-25559-3600. Fax: 011-49-89-25559-3700.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEMBERS OF FIRM

WAYNE M. AARON. (Partner) Born Queens, New York, 1970; admitted to bar, 1996, New York. Education: Tufts University (B.S., 1992); Hofstra University School of Law (J.D., with distinction, 1995).

SALLY AGEL. (Member) Born Burlington, Vermont, 1967; admitted to bar, 1993, California; 1994, U.S. District Court, Central and Southern Districts of California. Education: University of California, San Diego (B.A., magna cum laude, 1990); Boalt Hall School of Law, University of California, Berkeley (J.D., 1993). (Resident, Los Angeles, California Office). Practice Areas: Litigation. Email: sagel@milbank.com

THOMAS A. ARENA. (Member) Born New York, N.Y., 1963; admitted to bar, 1991, New York and U.S. District Court, Southern and Eastern Districts of New York; 1995, U.S. Court of Appeals, Second Circuit; 1998, U.S. District Court, Northern District of New York and U.S. Court of Appeals, Fifth Circuit; 2002, U.S. Court of Appeals, Third Circuit. Education: Princeton University (A.B., summa cum laude, 1986), Phi Beta Kappa; Yale Law School (J.D., 1989). Practice Areas: Litigation. Email: tarena@milbank.com

PAUL S. ARONZON. (Member) Born Los Angeles, California, 1954; admitted to bar, 1979, California; 1995, District of Columbia; 1996, New York. Education: California State University at Northridge (B.A., cum laude, 1976); Southwestern University (J.D., 1979). Member: Financial Lawyers Conference; American Bankruptcy Institute; American College of Bankruptcy. (Resident, Los Angeles, California Office). Practice Areas: Bankruptcy. Email: paronzon@milbank.com

PARKER H. BAGLEY. (Member) Born Scranton, Pennsylvania, 1957; admitted to bar, 1984, New York. Education: Columbia University (A.B., 1979); Fordham University (J.D., 1983). Member, Board of Advisors, Fordham Intellectual Property, Media and Entertainment Law Journal, 1993--. Columnist, Patent and Trademark Law, The New York Law Journal, 1996--. Member: American Intellectual Property Law Association (Vice Chair, Trademark Legislation Committee, 2002--); International Trademark Association. Practice Areas: Intellectual Property Litigation. Email: pbagley@milbank.com

JOHN COOLEY BAITY. (Member) Born South Bend, Indiana, 1933; admitted to bar, 1958, Illinois; 1961, New York; 1977, California; 1979, District of Columbia. Education: University of Michigan (A.B., highest honors and highest distinction, 1955; J.D., summa cum laude, 1958). Director, American Cancer Society, Inc., 1983--. Practice Areas: Federal Taxation; Tax Controversies. Email: jbaity@milbank.com

JAMES H. BALL, JR.. (Member) Born Honolulu, Hawaii, 1967; admitted to bar, 1993, New York. Education: Southern Methodist University (B.A., 1989); Vanderbilt University (J.D., 1992). Phi Beta Kappa. Practice Areas: Capital Markets. Email: jball@milbank.com

MICHAEL C. BANKS. (Member) Born 1962; admitted to bar, 1989, New Jersey; 1990, New York. Education: St. John's University (B.S.); State University of New York at Buffalo (J.D.). Email: mbanks@milbank.com

JEFFREY BARIST. (Member) Born Jersey City, New Jersey, 1941; admitted to bar, 1967, New York. Education: Rutgers University (B.A., summa cum laude, 1963); Harvard University (J.D., cum laude, 1966), Phi Beta Kappa. Member: American Law Institute. Fellow: American College of Trial Lawyers. Fellow, American Bar Foundation. Practice Areas: Litigation. Email: jbarist@milbank.com

KENNETH J. BARONSKY. (Member) Born San Jose, California, 1962; admitted to bar, 1988, California. Education: University of Washington (B.A., with distinction, 1985; J.D., 1988). (Managing Partner, Los Angeles, California

Office). Practice Areas: Corporate Finance; Mergers and Acquisitions; Corporate Law; Financial Restructuring. Email: kbaronsky@milbank.com

MATTHEW S. BARR. (Member) Born Suffern, New York, 1971; admitted to bar, 1997, New York; 1998, New Jersey and U.S. District Court, Southern District of New York. Education: Boston University (B.A., 1993); New York Law School (J.D., magna cum laude, 1996). Co-Author: with Karen Gross, "Bankruptcy Solution in the United States: An Overview," New York Law School Journal of International and Comparative Law, Volume 17, Numbers 2 and 3, 1997. Previous Employment: Fried Frank Harris Shriver & Jacobsen. Reported Cases: *In Re Rickel Home Centers, Inc., 240 BR 826* (D.Del., 1997). Practice Areas: Bankruptcy Reorganization; Bankruptcy. Email: mbarr1@milbank.com

DANIEL D. BARTFELD. (Member) Born Washington, D.C., 1968; admitted to bar, 1994, New York. Education: University of Michigan (B.A., 1990); George Washington University (J.D., 1993). Practice Areas: Project Finance; International Finance. Email: dbartfeld@milbank.com

CRAYTON L. BELL. (Member) Born Manhasset, New York, 1959; admitted to bar, 1992, New York. Education: University of the South (B.A., 1981); Vanderbilt University (M.A., 1982); Fordham University School of Law (J.D., 1991). Member, New York New Media Association, 2000--. (Resident, London, England Office). Practice Areas: Mergers and Acquisitions; Private Equity; Venture Capital; Securities; Corporate Law. Email: cbell@milbank.com

MICHAEL J. BELLUCCI. (Member) Born Manhasset, New York, 1967; admitted to bar, 1994, New York. Education: Hofstra University (B.S., 1989); Fordham University (J.D., 1993). Email: mbellucci@milbank.com

JAMES N. BENEDICT. (Member) Born Norwich, New York, 1949; admitted to bar, 1975, New York, U.S. District Court, Southern and Eastern Districts of New York and U.S. Court of Appeals, Second Circuit; 1977, U.S. Court of Appeals, Eighth Circuit; 1978, U.S. Court of Appeals, Tenth Circuit; 1981, U.S. Supreme Court; 1982, U.S. Court of Appeals, Eleventh Circuit; 1989, U.S. Court of Appeals, Ninth Circuit. Education: St. Lawrence University (B.A., magna cum laude, 1971); Albany Law School of Union University (J.D., 1974). Email: jbenedict@milbank.com

W. ROGERS BENSON, JR.. (Member) Born Paterson, New Jersey, 1950; admitted to bar, 1976, New York; 1987-1990, Japan, Gaikokuho-Jimu Bengoshi. Education: Georgetown University (B.S.F.S., 1972); Columbia University (J.D., 1975). Member: American College of Investment Counsel. Practice Areas: Leasing. Email: wbenson@milbank.com

JONATHAN G. BLATTMACHR. (Member) Born Warner Robins Afb, Georgia, 1945; admitted to bar, 1973, New York; 1987, California; 1988, Alaska. Education: Bucknell University (A.B., 1967); Columbia University (J.D., cum laude, 1970). Member: Long Island Tax and Estate Planning Council. Fellow: The New York Bar Foundation; The International Academy of Estate and Trust Law (Academician); The American Bar Foundation. Practice Areas: Trusts and Estates. Email: jblattmachr@milbank.com

STEPHEN J. BLAUNER. (Member) Born New York, N.Y., 1953; admitted to bar, 1979, New York; 1980, U.S. District Court, Southern and Eastern Districts of New York; 1986, U.S. Court of Appeals, Eleventh Circuit; 1987, U.S. Court of Appeals, Second Circuit; 1989, U.S. Court of Appeals, Fifth Circuit. Education: State University of New York at Binghamton (B.A., 1975); Georgetown University (J.D., 1978). Practice Areas: Bankruptcy. Email: sblauner@milbank.com

RICHARD S. BRACH. (Member) Born Mexico, D.F., Mexico, 1948; admitted to bar, 1973, New York; 1994, England and Wales, as a Registered Foreign Lawyer. Education: Princeton University (A.B., 1969); Columbia University (J.D., 1972). Practice Areas: International Project Finance. Email: rbrach@milbank.com

GREGORY A. BRAY. (Member) Born Bloomington, Illinois, 1958; admitted to bar, 1984, California. Education: University of California at Los Angeles (B.A., 1980); Loyola Marymount University (J.D., 1984). Scott Moot Court Honors Board, Loyola National Moot Court Competition Team. Member, Financial Lawyers Conference. (Resident, Los Angeles, California Office). Email: gbray@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

ALLAN S. BRILLIANT. (Member) Born Brooklyn, New York, 1961;  admitted to bar, 1986, Illinois and U.S. District Court, Northern District of Illinois;  1994, U.S. Court of Appeals, Seventh Circuit;  1995, U.S. District Court, Eastern District of Wisconsin;  1996, U.S. Supreme Court;  2001, New York. Education: Wharton School of Business, University of Pennsylvania (B.S., cum laude, 1982);  Northwestern University School of Law (J.D., cum laude, 1986). Order of the Coif. Practice Areas: Bankruptcy;  Corporate Reorganization. Email: abrilliant@milbank.com

ANDREW T. BRODIE. (Member) Born Birkenhead, Cheshire, England, 1957;  admitted to bar, 1983, England. Education: Trinity Hall (B.A., 1980);  College of Law (Law Society Finals, 1981). (Resident, London, England Office). Practice Areas: Capital Markets;  Structured Finance. Email: abrodie@milbank.com

WINTHROP N. BROWN. (Member) Born Washington, D.C., 1948;  admitted to bar, 1975, District of Columbia. Education: Stanford University (B.A., 1970);  London School of Economics and Political Science, London, England (M.Sc., 1971);  George Washington University (J.D., with honors, 1974). Order of the Coif. (Resident, Washington, D.C. Office). Practice Areas: Banks and Banking;  Securities. Email: wbrown@milbank.com

GEORGE S. CANELLOS. (Member) Born September 8, 1964;  admitted to bar, 1989, Massachusetts;  1990, New York and U.S. District Court, Southern and Eastern Districts of New York;  1997, U.S. Court of Appeals, Second Circuit. Education: Harvard University (A.B., magna cum laude, 1986);  Columbia University (J.D., 1989). Harlan Fiske Stone Scholar. Recipient, Young B. Smith Prize. Practice Areas: Litigation. Email: gcanellos@milbank.com

CHRISTOPHER E. CHALSEN. (Member) Born Nyack, New York, 1957;  admitted to bar, 1984, New York and U.S. District Court, Southern and Eastern Districts of New York;  1985, U.S. Court of Appeals for the Federal Circuit; registered to practice before U.S. Patent and Trademark Office. Education: Boston University (B.A., Comp. Sci., magna cum laude, 1979;  M.A., Comp. Sci., 1980);  George Washington University (J.D., 1983). Member: American Intellectual Property Law Association;  Association Internationale pour la Protection de la Propriete Industrielle;  Ieee Computer Society;  Association for Computing Machinery. Languages: Japanese. Email: cchalsen@milbank.com

DAVID S. COHEN. (Member) Born Erie, Pennsylvania, 1968;  admitted to bar, 1994, Georgia;  1996, District of Columbia. Education: The George Washington University (B.B.A., magna cum laude, 1991);  Emory University (J.D., with distinction, 1994). Beta Gamma Sigma;  Order of the Coif. (Resident, Washington, D.C. Office). Practice Areas: Litigation. Email: dcohen2@milbank.com

CHARLES J. CONROY. (Member) Born Portland, Oregon, 1953;  admitted to bar, 1979, New York and U.S. District Court, Southern and Eastern Districts of New York. Education: Yale University (B.A., 1975);  Columbia University (J.D., 1978). Languages: Chinese. Practice Areas: Corporate Law;  Mergers and Acquisitions;  International Law. Email: cconroy@milbank.com

WARREN F. COOKE. (Member) Born Philadelphia, Pennsylvania, 1946;  admitted to bar, 1973, New York. Education: Dartmouth College (B.A., 1968);  Yale University (J.D., 1972). Languages: French. Practice Areas: Finance. Email: wcooke@milbank.com

LINDA DAKIN-GRIMM. (Member) Born Fort Wayne, Indiana, 1960;  admitted to bar, 1985, California. Education: Yale University (B.A., cum laude, 1982);  Harvard Law School (J.D., 1985). (Resident, Los Angeles, California Office). Email: ldakin-grimm@milbank.com

TRAYTON M. DAVIS. (Member) Born Milwaukee, Wisconsin, 1955;  admitted to bar, 1981, New York. Education: Haverford College (B.A., 1977);  New York University (J.D., 1980). Member: American College of Investment Counsel. Practice Areas: Capital Markets. Email: tdavis@milbank.com

LUC A. DESPINS. (Member) Born 1960;  admitted to bar, 1983, Quebec;  1986, New York;  1987, U.S. District Court, Southern District of New York;  1993, U.S. Court of Appeals, Second Circuit;  1996, U.S. District Court, Northern District of New York;  2001, U.S. Court of Appeals, Third Circuit. Education: University of Ottawa (LL.L., 1981; LL.B., 1982);  Harvard Law School (LL.M., 1985). Practice Areas: Business Reorganization and Bankruptcy; Corporate Law. Email: ldespins@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

JOHN DEWAR. (Member) Born Nairobi, Kenya, 1965;  admitted to bar, 1991, England and Wales. Education: Sidney Sussex College, Cambridge University (B.A., 1988;  M.A., 1992);  Guildford Law College (1989). (Resident, London, England Office). Email: jdewar@milbank.com

MICHAEL H. DIAMOND. (Member) Born New York, N.Y., 1942;  admitted to bar, 1971, New York;  1984, California. Education: Brown University (A.B., 1964);  Columbia University (J.D., magna cum laude, 1969). Recipient, Dean's List, Brown University. Kent Scholar, Columbia University. (Resident, Los Angeles, California Office). Practice Areas: Litigation. Email: mdiamond@milbank.com

CHRISTIAN DROOP. (Member) Born Bochum, Germany, 1964;  admitted to bar, 1990, New York;  1993, Germany. Education: Ruhr-Universitat Bochum (J.D., 1988);  Univ. of Georgia (LL.M., 1989). (Resident, Frankfurt, Germany Office). Email: cdroop@milbank.com

M. DOUGLAS DUNN. (Member) Born Ionia, Michigan, 1944;  admitted to bar, 1971, New York;  U.S. District Court, Southern District of New York;  U.S. Court of Appeals, Second Circuit;  U.S. Supreme Court. Education: University of Michigan (B.S.E., 1967);  Vanderbilt (J.D., 1970). Practice Areas: Mergers, Acquisitions and Divestitures;  Finance;  Corporate Law;  Utility Law. Email: mdunn@milbank.com

DENNIS F. DUNNE. (Member) Born 1964;  admitted to bar, 1991, New York. Education: Williams College (B.A., 1986);  New York University (J.D., 1990). Practice Areas: Bankruptcy Law;  Mergers and Acquisitions Law;  Banking. Email: ddunne@milbank.com

SCOTT A. EDELMAN. (Member) Born Flushing, New York, 1963;  admitted to bar, 1989, New York;  U.S. District Court, Southern and Eastern Districts of New York;  U.S. Court of Appeals, Second Circuit. Education: Yale University (B.A., summa cum laude, M.A. Econ., 1985);  Harvard University (J.D., magna cum laude, 1988). Phi Beta Kappa. John Olin Fellow in Law and Economics. Practice Areas: Litigation. Email: sedelman@milbank.com

EDWIN F. FEO. (Member) Born Los Angeles, California, 1952;  admitted to bar, 1977, California. Education: Claremont McKenna College;  University of California at Los Angeles (B.A., 1974);  University of California at Los Angeles School of Law (J.D., 1977). (Resident, Los Angeles, California Office). Practice Areas: Project Finance. Email: efeo@milbank.com

DREW S. FINE. (Member) Born Newark, New Jersey, 1962;  admitted to bar, 1988, New York. Education: Georgetown University (B.S., 1984);  Northwestern University (J.D., 1987). Practice Areas: Aviation and Aerospace;  Finance;  Leasing;  Railroad Equipment Finance;  Transportation. Email: dfine@milbank.com

ROBERT M. FINKEL. (Member) Born Newark, New Jersey, 1959;  admitted to bar, 1988, New York. Education: University of Pennsylvania (B.A., magna cum laude, 1981);  Stanford University Law School (J.D., 1987);  Columbia University (M.A., 1988). Languages: French. Practice Areas: Electronic Commerce;  Corporate Law;  Venture Capital. Email: rfinkel@milbank.com

MICHAEL L. FITZGERALD. (Member) Born New York, N.Y., 1953;  admitted to bar, 1980, New York. Education: University of North Carolina at Chapel Hill (B.A., 1976);  Fordham University (J.D., 1979). Email: mfitzgerald@milbank.com

PHILLIP D. FLETCHER. (Member) Born Bridgetown, Barbados, 1957;  admitted to bar, 1983, District of Columbia;  1984, California;  1991, New York. Education: Georgetown University School of Foreign Service (B.S.F.S., 1979);  Fletcher School of Law and Diplomacy (M.A., 1983);  Boalt Hall School of Law, University of California (J.D., 1983). (Resident, London, England Office). Languages: French. Practice Areas: Project Finance. Email: pfletcher@milbank.com

WILBUR F. FOSTER, JR.. (Member) Born Camden, New Jersey, 1956;  admitted to bar, 1982, New York and Louisiana. Education: University of Pennsylvania (B.A., B.S. in Ec., magna cum laude, 1978);  New York University (J.D., cum laude, 1981). Order of the Coif. Practice Areas: Bankruptcy. Email: wfoster@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

SIMON FRIEDMAN. (Member) Born Novosibirsk, U.S.S.R., 1945; admitted to bar, 1981, New York; 1998, California. Education: Columbia University (B.A., 1965); King's College, Cambridge, England (B.A., 1967; M.A., 1971); Yale University (M.Phil., 1969; Ph.D., 1973; J.D., 1980). (Resident, Los Angeles, California Office). Practice Areas: Federal Taxation. Email: sfriedman@milbank.com

DR. ROLF FUGER. (Partner) Born Augsburg, Germany, 1963; admitted to bar, 1990, Germany. Education: University of Augsburg (Dr. jur., 1993). (Resident, Munich, Germany Office). Languages: German and English. Practice Areas: Tax Law; International Taxation; Estate Planning; Venture Capital; Mergers and Acquisitions. Email: rfueger@milbank.com

JOY K. GALLUP. (Member) Born Kane, Pennsylvania, 1965; admitted to bar, 1991, New York. Education: Bryn Mawr College (A.B., cum laude, 1986); New York University (J.D., 1990). Email: jgallup@milbank.com

GUILFORD W. GAYLORD. (Member) Born Hollywood, California, 1945; admitted to bar, 1972, New York. Education: Stanford (A.B., 1968); Harvard (J.D., 1971). Practice Areas: Corporate. Email: ggaylord@milbank.com

DAVID R. GELFAND. (Member) Born Bethpage, New York, 1963; admitted to bar, 1988, New York; 1990, District of Columbia. Education: Vanderbilt University (B.A., 1984; J.D., 1987). Member: Federal Bar Council. Practice Areas: Litigation. Email: dgelfand@milbank.com

JOSEPH S. GENOVA. (Member) Born Red Bank, New Jersey, 1952; admitted to bar, 1978, New York; 1993, California. Education: Dartmouth College (A.B., magna cum laude, 1974); Yale University (J.D., 1977). Member: Federal Bar Council (Committee on Public Service Responsibility, 1990--). Email: jgenova@milbank.com

GLENN S. GERSTELL. (Member) Born New York, N.Y., 1951; admitted to bar, 1977, New York; 1981, District of Columbia. Education: New York University (B.A., 1974); Columbia (J.D., 1976). (Resident, Washington, D.C. Office). Practice Areas: Communications Finance; International Mergers and Acquisitions; International Insolvency. Email: ggerstell@milbank.com

ELLIOT GEWIRTZ. (Member) Born New York, N.Y., 1947; admitted to bar, 1973, New York. Education: Colgate University (A.B., summa cum laude, 1969); Harvard University (J.D., cum laude, 1972); Princeton University (M.P.A., 1973). Practice Areas: Transportation. Email: egewirtz@milbank.com

MICHAEL W. GOROFF. (Member) Born Red Bank, New Jersey, 1960; admitted to bar, 1986, New York. Education: Harvard University (A.B., 1982; J.D., 1985). (Resident, London, England Office). Email: mgoroff@milbank.com

RICHARD M. GRAY. (Member) Born Long Beach, California, 1956; admitted to bar, 1982, New York. Education: Stanford University (A.B., 1978); Harvard University (J.D., 1981). Practice Areas: Banking Law. Email: rgray@milbank.com

JONATHAN J. GREEN. (Member) Born New Kensington, Pennsylvania, 1959; admitted to bar, 1985, New York. Education: University of Pennsylvania (B.A., 1981); George Washington University (J.D., 1984). Practice Areas: Project Finance. Email: jgreen@milbank.com

JOHN M. GRIEM, JR.. (Member) Born Bethesda, Maryland, 1969; admitted to bar, 1995, New York, Massachusetts and U.S. District Court, Southern and Eastern Districts of New York. Education: Dartmouth College (A.B., 1991); Hofstra University (J.D., 1994). Member: American Bar Association; American Intellectual Property Law Association. Email: jgriem@milbank.com

JAY D. GRUSHKIN. (Member) Born New York, N.Y., 1957; admitted to bar, 1982, District of Columbia; 1991, New York; admitted in Japan as a Gaikokuho Jimu Bengoshi, 1993-1998. Education: University of Pennsylvania (B.A., magna cum laude, 1979); Vanderbilt University (J.D., 1982). Member, Order of the Coif. Raymonde I. Paul Scholar in International Law. Practice Areas: Finance; International Law; Securitization. Email: jgrushkin@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

JOHN K. HALVEY. (Member) Born New York, N.Y., 1960;  admitted to bar, 1986, New York and Massachusetts. Education: Tufts University (B.A., 1982);  Emory University (M.B.A., 1986;  J.D., 1986). Practice Areas: Intellectual Property;  Computers and Science. Email: jhalvey@milbank.com

ELIZABETH BESIO HARDIN. (Partner) Born New York, N.Y., 1963;  admitted to bar, 1989, Virginia;  1996, New York. Education: College of William & Mary (B.A., 1985;  J.D., 1989). Member: American College of Investment Counsel. Practice Areas: Capital Markets;  Structured Finance. Email: ehardin@milbank.com

L. DOUGLAS HARRIS. (Member) Born Freeport, New York, 1954;  admitted to bar, 1980, New York. Education: Williams College (B.A., magna cum laude, 1976);  Cornell University (J.D., cum laude, 1979). Practice Areas: Project Finance. Email: lharris@milbank.com

DOUGLAS W. HENKIN. (Member) Born New York, N.Y., 1966;  admitted to bar, 1993, New York and U.S. Court of Appeals, Tenth Circuit;  1994, U.S. District Court, Southern and Eastern Districts of New York;  1996, U.S. Court of Appeals, Second Circuit;  1999, U.S. District Court, Northern District of New York;  2000, U.S. Court of Appeals, First Circuit;  2001, U.S. Court of Federal Claims and U.S. Court of Appeals, Third Circuit;  2002, U.S. Court of Appeals, Ninth Circuit. Education: Massachusetts Institute of Technology (S.B., 1988);  University of Pennsylvania (J.D., with honors, 1992). Practice Areas: Litigation. Email: dhenkin@milbank.com

PETER WINDLEY HERMAN. (Member) Born New York, N.Y., 1944;  admitted to bar, 1971, New York. Education: Columbia University (A.B., 1965;  J.D., cum laude, 1970). Member: Downtown-Lower Manhattan Association (Secretary);  Regional Plan Association (Chairman). Practice Areas: Real Estate. Email: pherman@milbank.com

MICHAEL L. HIRSCHFELD. (Member) Born New York, N.Y., 1950;  admitted to bar, 1974, New York and U.S. District Court, Southern and Eastern Districts of New York;  1980, U.S. Court of Appeals, Second Circuit;  1987, U.S. Court of Federal Claims;  1993, U.S. Court of Appeals, Seventh Circuit;  2001, U.S. Court of Appeals, Eleventh Circuit. Education: Brown University (A.B., cum laude, 1970);  New York University (J.D., 1973). Practice Areas: Litigation. Email: mhirschfeld@milbank.com

ROLAND HLAWATY. (Member) Born Brooklyn, New York, 1965;  admitted to bar, 1991, New York. Education: Georgetown University (B.S.F.S., 1987);  Fordham University (J.D., 1990). Email: rhlawaty@milbank.com

JORIS M. HOGAN. (Member) Born Houston, Texas, 1950;  admitted to bar, 1982, New York;  1998, Texas. Education: United States Military Academy (B.S., 1972);  Cornell University (M.B.A., with distinction, 1980;  J.D., 1981). Practice Areas: Securities;  Mergers and Acquisitions. Email: jhogan@milbank.com

MEL M. IMMERGUT. (Member) Born Brooklyn, New York, 1947;  admitted to bar, 1972, New York. Education: University of Pennsylvania (B.A., 1968);  Columbia University (J.D., 1971;  M.B.A., 1972). Practice Areas: Mergers, Acquisitions and Divestitures. Email: mimmergut@milbank.com

DAVID J. IMPASTATO. (Partner) Born Chapel Hill, North Carolina, 1963;  admitted to bar, 1992, New York;  1998, California;  Gaikokuho Jimu Bengoshi (foreign attorney registered in Japan). Education: University of California at Berkeley (B.A., 1986), Phi Beta Kappa;  Columbia University School of Law (J.D., 1991). Stone Scholar, Columbia University School of Law. (Resident, Tokyo, Japan Office). Practice Areas: Corporate Finance;  Structured Finance;  Project Finance;  Aircraft Finance and Leasing. Email: dimpastato@milbank.com

RUSSELL L. JACOBS. (Member) Born London, England, 1959;  admitted to bar, 1985, England and Wales as Solicitor. Education: University College, London (LL.B., with first class honours, 1982);  College of Law, London (L.S.F., with honors, 1983). Member: European-American Tax Institute (President, London Chapter, 2000--). (Resident, London, England Office). Practice Areas: Corporate Taxation. Email: rljacobs@milbank.com

THOMAS C. JANSON. (Member) Born 1956;  admitted to bar, 1982, New York;  1985, California. Education: Massachusetts Institute of Technology (B.S., 1978);  University of Miami (J.D., cum laude, 1981). (Resident, Los Angeles, California Office). Practice Areas: Mergers and Acquisitions;  Corporate Law;  Securities. Email: tjanson@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

DOUGLAS W. JONES. (Member) Born Fort Lauderdale, Florida, 1948; admitted to bar, 1974, New York. Education: Princeton University (A.B., 1970); Harvard University (J.D., 1973). (Resident, Hong Kong Office). Languages: Spanish. Practice Areas: Corporate Finance. Email: djones@milbank.com

ALEXANDER M. KAYE. (Member) Born Brussels, Belgium, 1964; admitted to bar, 1992, New York. Education: Yeshiva University (B.S., 1986); Rutgers University (J.D., 1991). Practice Areas: Mergers, Acquisitions and Divestitures. Email: akaye@milbank.com

BRUCE E. KAYLE. (Member) Born Brooklyn, New York, 1958; admitted to bar, 1983, New York. Education: University of Pennsylvania (B.A., B.S.E., summa cum laude, 1979); Harvard University (J.D., cum laude, 1982). Practice Areas: Federal Taxation. Email: bkayle@milbank.com

HOWARD S. KELBERG. (Member) Born New York, N.Y., 1946; admitted to bar, 1970, New York. Education: College of the City of New York (B.A., 1966); New York University Law School (J.D., 1969). Email: hkelberg@milbank.com

YOUNG JOON KIM. (Member) Born Seoul, Korea, 1957; admitted to bar, 1984, New York; 1998, qualified in Japan as Gaikokuho Jimu Bengoshi. Education: Yale University (B.A., 1980); Harvard University (J.D., 1983). (Resident, Hong Kong Office). Email: yjkim@milbank.com

SUSHEEL KIRPALANI. (Member) Born 1970; admitted to bar, 1995, New York and U.S. District Court, Southern and Eastern Districts of New York. Education: Queens College of the City University of New York (B.A., 1991); Fordham University (J.D., 1994). Practice Areas: Corporate Workouts; Bankruptcy. Email: skirpalani@milbank.com

FREDERICK C. KNEIP. (Member) Born Montclair, New Jersey, 1943; admitted to bar, 1968, New York. Education: Yale University (B.S., 1965); Columbia University (LL.B., 1968). Practice Areas: Federal Taxation. Email: fkneip@milbank.com

ROBERT J. KOCH. (Member) Admitted to bar, 1973, Virginia; 2004, District of Columbia; U.S. Court of Appeals, Third, Fourth and Federal Circuits; registered to practice before U.S. Patent and Trademark Office. Education: University of Detroit (B.S., 1968); Catholic University of America (J.D., 1973). Member: Washington Patent Lawyers Club; American Society of International Law; Federation International des Conseils en Propriete Industrielle, Chartered Institute of Patent Agents. (Resident, Washington, D.C. Office). Languages: German. Practice Areas: Intellectual Property; Technology and Science; Technology Transfers. Email: rkoch@milbank.com

THOMAS R. KRELLER. (Member) Born Chicago Heights, Illinois, 1964; admitted to bar, 1992, California, U.S. District Court, Central, Northern, Eastern and Southern Districts of California and U.S. Court of Appeals, Ninth Circuit. Education: Millikin University (B.S., with high honors, 1986); University of California, Los Angeles, School of Law/Anderson Graduate School of Management (M.B.A., 1992); University of California at Los Angeles School of Law (J.D., 1992). Member: Association of Insolvency Accountants; Turnaround Management Association. (Resident, Los Angeles, California Office). Practice Areas: Bankruptcy; Insolvency; Corporate Reorganization; Commercial Litigation. Email: tkreller@milbank.com

DAVID A. LAMB. (Member) Born Ventura, California, 1953; admitted to bar, 1979, California; 1992, New York. Education: Santa Clara University (B.S.C., 1975; M.B.A., 1976); University of California at Los Angeles (J.D., 1979). (Resident, Los Angeles, California Office). Practice Areas: Real Estate. Email: dlamb@milbank.com

LAWRENCE LEDERMAN. (Member) Born New York, N.Y., 1935; admitted to bar, 1968, New York. Education: Brooklyn College of the City University of New York (B.A., 1957); New York University (LL.B., 1966). Order of the Coif. John Norton Pomeroy Scholar. Member, The National Mentoring Partnership, 1993--. Director, The New York Botanical Garden, 1997--. Practice Areas: Mergers, Acquisitions and Divestitures. Email: ledlaw@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

ALVIN K. LEONG. (Member) Born Singapore, 1966;  admitted to bar, 1995, New York. Not admitted in China. Education: Queens College of the City University of New York (B.A., 1989);  New York University (J.D., 1994). (Resident, Hong Kong Office). Email: aleong@milbank.com

WILLIAM J. MAHONEY. (Member) Born Milwaukee, Wisconsin, 1951;  admitted to bar, 1976, Wisconsin;  1979, New York. Education: Colgate University (A.B., cum laude, 1973);  University of Wisconsin (J.D., cum laude, 1975); Georgetown University Law Center (LL.M., 1978). Practice Areas: Banking Law. Email: wmahoney@milbank.com

JONATHAN A. MAIZEL. (Member) Born New York, N.Y., 1964;  admitted to bar, 1988, New Jersey;  1989, New York;  2002, District of Columbia. Education: Montclair State University (B.A., 1985);  Rutgers University (J.D., 1988). (Resident, Washington, D.C. Office). Practice Areas: Project Finance. Email: jmaizel@milbank.com

MELAINIE K. MANSFIELD. (Member) Born Royal Oak, Michigan, 1970;  admitted to bar, 1995, California. Education: University of Michigan (A.B., 1991; J.D., 1995). Managing editor, 1994-1995, Associate Editor, 1993-1994, Michigan Journal of International Law. (Resident, Palo Alto, California Office)

ALLAN T. MARKS. (Member) Born Los Angeles, California, 1964;  admitted to bar, 1990, California. Education: Johns Hopkins University (B.A., with honors, 1986), Pi Sigma Alpha;  Boalt Hall School of Law, University of California (J.D., 1990). (Resident, Los Angeles, California Office). Languages: French, Spanish and German. Practice Areas: Project Finance;  Corporate Law;  International Law;  Energy;  Oil and Gas Finance;  Telecommunications Law. Email: amarks@milbank.com

CATHERINE MARSH. (Partner) Born 1967;  admitted to bar, 1995, England and Wales. Education: University of Sussex (B.A., 1990);  College of Law (1993). (Resident, London, England Office). Practice Areas: Project Finance. Email: cmarsh@milbank.com

ROBERT JAY MOORE. (Member) Born Sentinel, Oklahoma, 1950;  admitted to bar, 1977, California;  1980, District of Columbia. Education: University of North Carolina at Chapel Hill (A.B., with honors, 1974);  University of California at Los Angeles (J.D., 1977). John Motley Morehead Foundation Scholar, 1968-1971, 1973-1974. Member, Advisory Board, K & A Register. Member, Ninth Circuit Judicial Council Merit Screening Panel for the Appointment of Bankruptcy Judges in the Central District of California, 1987. Member: American Bankruptcy Institute;  Financial Lawyers Conference;  Los Angeles Bankruptcy Forum;  Turnaround Management Association. (Resident, Los Angeles, California Office). Practice Areas: Bankruptcy and Financial Restructuring (100%). Email: rmoore@milbank.com

ERIC K. MOSER. (Member) Born Casper, Wyoming, 1964;  admitted to bar, 1991, New York. Education: Wittenberg University (B.A., 1986);  Duke University (J.D.;  LL.M., 1989). Email: emoser@milbank.com

MARCELO A. MOTTESI. (Member) Born Buenos Aires, Argentina, 1965;  admitted to bar, 1992, California;  1995, New York. Education: Biola University (B.A., 1987);  Georgetown Law Center (J.D., 1992). (Resident, Palo Alto, California Office). Languages: Spanish. Practice Areas: Capital Markets. Email: mmottesi@milbank.com

ROBERT W. MULLEN, JR.. (Member) Born New York, N.Y., 1955;  admitted to bar, 1981, New York. Education: University of Pennsylvania (B.A., 1977);  Fordham University (J.D., 1980). Practice Areas: Capital Markets. Email: rmullen@milbank.com

MICHAEL M. MURRAY. (Member) Born Northampton, England, 1962;  admitted to bar, 1988, Massachusetts;  1990, U.S. District Court, District of Massachusetts and U.S. Court of Appeals for the Federal Circuit;  1996, New York and U.S. District Court, Southern and Eastern Districts of New York;  registered to practice before U.S. Patent and Trademark Office. Education: Manhattan College (B.S.E.E., 1984);  Georgetown University (J.D., 1988). Member: American Intellectual Property Law Association;  Institute of Electrical and Electronics Engineers. Practice Areas: Intellectual Property. Email: mmurray@milbank.com

KEVIN A. MUZILLA. (Member) Born Lorain, Ohio, 1962;  admitted to bar, 1991, New York. Education: Oberlin College (B.A., 1984);  Syracuse University College of Law (J.D., 1990). (Resident, London, England Office). Practice Areas: Corporate Finance. Email: kmuzilla@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

PETER D. NESGOS. (Member) Admitted to bar, 1985, New York. Education: McGill University, Faculty of Law (B.C.L., 1979;  LL.B., 1980);  McGill University Institute of Air and Space Law (LL.M., 1982;  D.C.L., 1984). Adjunct Professor of Law, McGill University, Institute of Air and Space Law, Lecturer, International Space University. Email: pnesgos@milbank.com

MICHAEL D. NOLAN. (Member) Born Boston, Massachusetts, 1965;  admitted to bar, 1992, New York, District of Columbia and U.S. District Court, Southern and Eastern Districts of New York;  1993, U.S. Court of Appeals, Second Circuit;  2001, U.S. District Court, District of Columbia and District of Maryland, U.S. Court of Appeals,Third, Fourth and District of Columbia Circuits and U.S. Court of Federal Claims. Education: Harvard University (A.B., 1988); University of Chicago (J.D., 1991). Adjunct Professor of Law, Georgetown University (International Commercial Arbitration). Member: U.S. Council for International Business (Arbitration Committee);  Institute for Transnational Arbitration. (Resident, Washington, D.C. Office). Practice Areas: Commercial Litigation;  Complex and Multi-District Litigation;  Arbitration;  International Arbitration;  International Dispute Resolution. Email: mnolan@milbank.com

DR. PETER NUSSBAUM. (Partner) Born Munich, Germany, 1963;  admitted to bar, 1991, New York;  1993, Germany. Education: New York University (M.C.J., 1990);  University of Munich (Dr. jur., 1995). (Resident, Munich, Germany Office). Languages: German, English and French. Practice Areas: Corporate Law;  Private Equity;  Mergers and Acquisitions;  Securities. Email: pnussbaum@milbank.com

JOHN T. O'CONNOR. (Member) Born East Meadow, New York, 1960;  admitted to bar, 1987, New York. Education: Gettysburg College (B.A., 1983);  Pace University School of Law (J.D., magna cum laude, 1986). Practice Areas: Mergers, Acquisitions and Divestitures. Email: joconnor@milbank.com

ARNOLD B. PEINADO, III. (Member) Born San Mateo, California, 1956;  admitted to bar, 1983, New York. Education: Harvard University (A.B., cum laude, 1978;  J.D., 1982;  M.B.A., 1982). Practice Areas: Capital Markets. Email: apeinado@milbank.com

ALBERT A. PISA. (Member) Born Passaic, New Jersey, 1971;  admitted to bar, 1997, New York. Education: University of Notre Dame (B.B.A., 1993);  University of Pennsylvania (J.D., 1996).

DALE L. PONIKVAR. (Member) Born Cleveland, Ohio, 1949;  admitted to bar, 1981, New York. Education: Yale University (B.A., 1971);  University of Paris, France (1969);  New School for Social Research (M.A., 1976);  New York University (J.D., 1980). Member: American Council on Germany (Co-Chair, Business Advisory Committee); New School for Social Research (Member, Governing Board). Languages: German, French and Italian. Practice Areas: Federal Taxation. Email: dponikvar@milbank.com

JAMES POOLEY. (Member) Born 1948;  admitted to bar, 1973, California. Education: Lafayette College (B.A., with honors, 1970);  Columbia School of Law (J.D., 1973). Harlan Fiske Stone Scholar. Adjunct Professor, University of California Boalt Hall School of Law. Member: American Intellectual Property Law Association (Member, Board of Directors);  National Academies of Science (Committee on Intellectual Property Rights). (Resident, Palo Alto, California Office). Practice Areas: Litigation;  Intellectual Property;  Patent;  Trade Secret Litigation. Email: jpooley@milbank.com

FRANK C. PULEO. (Member) Born Montclair, New Jersey, 1945;  admitted to bar, 1971, New York. Education: Princeton (B.S.E., with honors, 1967);  New York University (J.D., 1970). Member, Order of the Coif. Practice Areas: Banking Law. Email: fpuleo@milbank.com

STACEY J. RAPPAPORT. (Member) Born Port Jefferson, New York, 1971;  admitted to bar, 1997, New York, New Jersey, U.S. District Court, Southern and Eastern Districts of New York and U.S. District Court, District of New Jersey; 1998, U.S. Court of Appeals, Seventh Circuit;  2000, U.S. Court of Appeals, First Circuit;  2001, U.S. Supreme Court. Education: Cornell University (B.S., 1992);  Fordham University (J.D., cum laude, 1996). Phi Alpha Delta;  Order of the Coif. Associate Editor, Fordham International Law Journal, 1995-1996. Author: Note, "Rules of the Road: The Constitutional Limits of Restricting Indecent Speech on the Information Superhighway," 6 Fordham Intell. Prop., Media & Ent. L. J. 301, 1995. Fordham University Legal Writing Program Student Coordinator, 1995-1996. Legal Writing

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

Teaching Assistant, Fordham University, 1994-1995. Adjunct Associate Professor, Fordham University School of Law, 2000. Member: The Association of the Bar of the City of New York;  New York State and American Bar Associations; New York County Lawyers Association.

ROBERT S. REDER. (Member) Born Pittsfield, Massachusetts, 1953;  admitted to bar, 1979, New York. Education: Williams College (B.A., cum laude, 1975);  Vanderbilt University (J.D., 1978). Practice Areas: Mergers, Acquisitions and Divestitures. Email: rreder@milbank.com

MARK L. REGANTE. (Member) Born Hackensack, New Jersey, 1951;  admitted to bar, 1979, New York. Education: Rensselaer Polytechnic Institute (B.S., 1973);  St. John's University (J.D., 1978);  New York University (LL.M., Taxation, 1979). Member: National Association of Bond Lawyers. Practice Areas: Federal Taxation. Email: mregante@milbank.com

DR. NORBERT RIEGER. (Partner) Born Munich, Germany, 1962;  admitted to bar, 1989, Germany. Education: University of Bayreuth (Dr. jur., 1992);  University of Michigan (LL.M., 1993). (Resident, Munich, Germany Office). Languages: German and English. Practice Areas: Tax Law;  International Taxation;  Mergers and Acquisitions;  Private Equity;  Reorganization;  Company Restructuring. Email: nrieger@milbank.com

ELIHU F. ROBERTSON. (Member) Born Annapolis, Maryland, 1953;  admitted to bar, 1980, New York. Education: Yale University (B.A., 1976);  University of Virginia (J.D., 1979). Practice Areas: Leasing. Email: erobertson@milbank.com

ANTHONY ROOT. (Member) Born Mount Kisco, New York, 1953;  admitted to bar, 1983, New York. Education: Haverford College (B.A., 1975);  New York University (J.D., 1982). (Managing Partner, Hong Kong Office). Practice Areas: Capital Markets;  Private Equity;  Mergers and Acquisitions. Email: aroot@milbank.com

DEBORAH RUOSCH. (Member) Born Seattle, Washington, 1967;  admitted to bar, 1991, California. Education: University of Wyoming (B.A., 1988);  University of Minnesota (J.D., 1991). (Resident, Los Angeles, California Office). Practice Areas: Capital Markets. Email: druosch@milbank.com

DR. HELFRIED SCHWARZ. (Member) Born Vienna, Austria, 1960;  admitted to bar, 1988, Connecticut;  1989, New York. Education: University of Vienna (Dr. jur., 1982);  New York University (M.C.J., 1988). Member: International Fiscal Association. (Resident, Frankfurt, Germany Office). Languages: English and German. Practice Areas: Equipment Finance and Leasing;  Acquisition Finance. Email: hschwarz@milbank.com

RICHARD T. SHARP. (Member) Born Syracuse, New York, September 15, 1948;  admitted to bar, 1974, California; 1984, New York. Education: Brown University (B.A., summa cum laude, 1970);  Hague Academy of International Law (1971);  Yale Law School (J.D., 1974). Phi Beta Kappa. Email: rsharp@milbank.com

THOMAS B. SIEBENS. (Member) Born Bonn, Germany, 1951;  admitted to bar, 1977, District of Columbia;  1979, Pennsylvania;  1981, New York (Registered Foreign Attorney, Law Society of England and Wales). Education: Yale University (B.A., 1973);  George Washington University (J.D., 1977). (Resident, London, England Office). Practice Areas: Finance;  Securities. Email: tsiebens@milbank.com

ERIC F. SILVERMAN. (Member) Born Philadelphia, Pennsylvania, 1954;  admitted to bar, 1983, New York. Education: Middlebury College (B.A., 1976);  Georgetown University (J.D., 1982). Member: Electric Power Supply Association (Director). Practice Areas: Project Finance. Email: esilverman@milbank.com

GEORGIANA J. SLADE. (Member) Born New York, N.Y., 1960;  admitted to bar, 1986, New York;  1990, U.S. Tax Court;  1993, Pennsylvania (inactive). Education: Duke University (A.B., summa cum laude, 1982), Phi Beta Kappa; Harvard University (J.D., 1985). Member: Duke Estate Planning Council;  American College of Trust and Estate Counsel. Practice Areas: Trusts and Estates. Email: gslade@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

JAMES S. SLIGAR. (Member) Born Indianapolis, Indiana, 1948;  admitted to bar, 1975, New York. Education: Dartmouth College (B.A., summa cum laude, 1970);  Harvard University (J.D., 1974). Practice Areas: Trusts and Estates. Email: jsligar@milbank.com

ROBERT E. SPRING. (Member) Born Cleveland, Ohio, 1951;  admitted to bar, 1978, New York. Education: Williams College (B.A., magna cum laude, 1974);  Duke University (J.D., with distinction, 1977). Practice Areas: Capital Markets. Email: rspring@milbank.com

DAVID A. STAGLIANO. (Member) Born Haddon Heights, New Jersey, 1954;  admitted to bar, 1981, New York. Education: University of Pennsylvania (B.A., magna cum laude, 1977);  New York University (J.D., 1980). Member: The American College of Investment Counsel. Practice Areas: Finance. Email: dstagliano@milbank.com

DOUGLAS A. TANNER. (Member) Born Palo Alto, California, 1953;  admitted to bar, 1978, California;  1987, New York. Education: Stanford University (A.B., 1974;  J.D., 1978;  M.B.A., 1978). Order of the Coif. (Resident, Palo Alto, California Office). Practice Areas: Capital Markets. Email: dtanner@milbank.com

ERROL B. TAYLOR. (Member) Born Kingston, Jamaica, West Indies, November 24, 1955;  admitted to bar, 1988, New York and U.S. Court of Appeals, Third Circuit;  1990, U.S. District Court, Southern District of New York. Education: State University of New York at Oswego (B.A., 1977);  New York Law School (J.D., 1987). Practice Areas: Intellectual Property;  Litigation;  Biotechnology. Email: etaylor@milbank.com

ANDREW E. TOMBACK. (Member) Born Scarsdale, New York, 1960;  admitted to bar, 1987, New York and District of Columbia. Education: Yale University (B.A., summa cum laude, 1982;  J.D., 1986). Practice Areas: Litigation. Email: atomback@milbank.com

LANGDON VAN NORDEN, JR.. (Member) Born Greenwich, Connecticut, 1966;  admitted to bar, 1992, Connecticut and New York. Education: Duke University (A.B., 1988);  University of Pennsylvania (J.D., 1991). Fellow, American College of Investment Counsel, 1997--. Practice Areas: Corporate Finance;  Structured Finance. Email: lvannorden@milbank.com

ANDREW R. WALKER. (Member) Born Grahamstown, South Africa, 1967;  admitted to bar, 1995, New York;  1996, District of Columbia. Education: University of Capetown, South Africa (B.A., with distinction, 1990;  M.A. 1991); Harvard University (J.D., magna cum laude, 1994). Languages: Afrikaans, French. Practice Areas: Federal Taxation. Email: awalker@milbank.com

JOHN S. WALKER. (Member) Born London, England, 1961;  admitted to bar, 1987, England and Wales. Education: Southampton University (LL.B., hons., 1984);  Lancaster Gate (Finals, 1985). (Resident, London, England Office). Practice Areas: Securitization (40%);  Capital Markets (40%);  Derivatives (20%). Email: jwalker@milbank.com

WILLIAM E. WALLACE, III. (Member) Born 1953;  admitted to bar, 1979, Florida and District of Columbia. Education: Boston College (B.A., cum laude, 1975);  University of Miami School of Law (J.D., cum laude, 1978). Editorial Board, Trademark Reporter, 1989--. Member, Antitrust Council, U.S. Chamber of Commerce. (Resident, Washington, D.C. Office). Practice Areas: Antitrust;  Complex Litigation;  Intellectual Property. Email: wwallace@milbank.com

WILLIAM H. WEBSTER. (Member) Born St. Louis, Missouri, 1924;  admitted to bar, 1949, Missouri;  1981, District of Columbia. Education: Amherst College (B.A., 1947);  Washington University (J.D., 1949). Awarded LL.D. by Amherst College, 1975 and by Washington University, 1978. Order of the Coif. Fellow, American Bar Foundation. Honorary Fellow, American College of Trial Lawyers. (Resident, Washington, D.C. Office). Practice Areas: Litigation. Email: wwebster@milbank.com

MARK L. WEISSLER. (Member) Born New York, N.Y., 1950;  admitted to bar, 1975, New York. Education: Yale (B.A., summa cum laude, 1971;  J.D., 1974). Practice Areas: Mergers, Acquisitions and Divestitures. Email: mweissler@milbank.com

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

NEIL J WERTLIEB. (Member) Born New York, N.Y., 1958;  admitted to bar, 1984, California. Education: University of California at Berkeley (B.S., with honors, 1980);  University of California Boalt Hall School of Law (J.D., 1984). Adjunct Professor, Business Transactions, University of California at Los Angeles School of Law. (Resident, Los Angeles, California Office). Practice Areas: Mergers and Acquisitions;  Capital Markets;  Securities Offerings;  Corporate Law;  Venture Capital. Email: nwertlieb@milbank.com

HARRY E. WHITE. (Member) Born Menominee, Michigan, 1939;  admitted to bar, 1965, New York. Education: Georgetown University (B.S.F.S., cum laude, 1961);  Columbia University (LL.B., cum laude, 1964). Member: International Fiscal Association;  International Law Association (Member, American Branch). Practice Areas: Federal Taxation;  International Taxation. Email: hwhite@milbank.com

RICHARD J. WIGHT. (Member) Born San Diego, California, 1949;  admitted to bar, 1976, New York. Education: University of California at Berkeley (B.A., 1971);  London School of Economics, England (M.Sc., with distinction, 1974);  Columbia (J.D., 1975). Practice Areas: Banking Law. Email: rwight@milbank.com

GARY S. WIGMORE. (Member) Born St. Louis, Missouri, 1952;  admitted to bar, 1982, New York. Education: Oneonta State College (B.A., 1974);  Carnegie-Mellon University (M.S., 1977);  Fordham University (J.D., 1982). (Resident, Tokyo, Japan Office). Practice Areas: Project Finance;  Mergers and Acquisitions;  Private Equity;  Banking Law. Email: gwigmore@milbank.com

ROBERT B. WILLIAMS. (Member) Born Elizabeth, New Jersey, 1958;  admitted to bar, 1984, New York. Education: Dartmouth College (A.B., 1980);  Columbia University (J.D., 1983). Practice Areas: International Corporate Finance. Email: rwilliams@milbank.com

DAVID J. WOLFSON. (Member) Born Liverpool, England, 1964;  admitted to bar, 1994, New York and U.S. District Court, Southern and Eastern Districts of New York;  1997, Maryland. Education: Duke University (B.A., cum laude, 1988);  College of Law, England (C.P.E., 1990);  Columbia University (J.D., 1993). Harlan Fiske Stone Scholar. Email: DWolfson@milbank.com

KAREN B. WONG. (Member) Born Los Angeles, California, 1961;  admitted to bar, 1986, California and U.S. District Court, Central District of California. Education: University of Southern California (B.S., magna cum laude, 1982;  J.D., 1986). (Resident, Los Angeles, California Office). Practice Areas: International Project Finance. Email: kwong@milbank.com

DAVID H. ZEMANS. (Member) Born Toronto, Ontario, Canada, 1966;  admitted to bar, 1993, Ontario;  1998, England and Wales. Education: McGill University (1986-1988);  Dalhousie University (LL.B., 1991). (Resident, Singapore Office). Email: dzemans@milbank.com

FREDRICK M. ZULLOW. (Member) Born Bronx, New York, December 27, 1959;  admitted to bar, 1988, New York; 1990, District of Columbia;  registered to practice before U.S. Patent and Trademark Office. Education: Clarkson College of Technology (B.Chem.E., 1981);  Franklin Pierce Law Center (J.D., 1987). Member: American Intellectual Property Law Association. Practice Areas: Intellectual Property;  Litigation;  Patents. Email: fzullow@milbank.com

CONSULTING PARTNERS

CAROLYN C. CLARK. (Partner) Born Kansas City, Missouri, 1941;  admitted to bar, 1969, New York;  1979, Florida; 1988, U.S. Tax Court;  2000, U.S. Supreme Court. Education: University of Missouri (A.B., with honors, 1963);  Harvard University (LL.B., 1968). Practice Areas: Trusts and Estates. Email: cclark@milbank.com

ROGER B. ORESMAN. (Partner) Born New York, N.Y., 1920;  admitted to bar, 1952, New York. Education: Harvard University (A.B., 1941;  M.B.A., 1943);  Columbia (LL.B., 1952). Email: roresman@milbank.com

SPECIAL COUNSEL

Martindale-Hubbell, New York-- MILBANK, TWEED, HADLEY & MCCLOY LLP

ALEXANDER D. FORGER. (Special Counsel) Born New York, N.Y., 1923;  admitted to bar, 1951, New York. Education: Princeton University (A.B., 1947);  Yale University (LL.B., 1950). Member, Board of Directors, Lawyers' Committee for Civil Rights Under Law. Vice President and Director of Dorothea L. Leonhardt Foundation. Director of Gerard Lambert Memorial Foundation. Director of Children's Advocacy Center. Member, Board of Directors, The Interfaith Alliance. Trustee Emeritus, The Rockefeller University. Member: Federal Bar Council;  The American College of Trust and Estate Counsel;  American Bar Foundation. Email: aforger@milbank.com

OF COUNSEL

JAY I. ALEXANDER. (Of Counsel) Admitted to bar, 1990, Illinois;  1992, District of Columbia;  registered to practice before U.S. Patent and Trademark Office. Education: Northwestern University (B.S., 1985;  J.D., cum laude, 1990). Order of the Coif. (Resident, Washington, D.C. Office). Practice Areas: Intellectual Property. Email: jalexander@milbank.com

DR. KATHRYN J. BROWN. (Of Counsel) Born Melbourne, Victoria, Australia;  admitted to bar, 1995, England and Wales. Education: University of Adelaide, Australia (M.A., 1988);  Oxford Brookes University College of Law (1993);  Balliol College, Oxford University (Ph.D., 1994). Rhodes Scholar. (Resident, London, England Office). Languages: French and German. Practice Areas: Mergers and Acquisitions;  Leveraged Acquisitions;  Corporate;  Private Equity.

ROBERT R. DOUGLASS. (Of Counsel) Born Binghamton, New York, 1931;  admitted to bar, 1959, New York. Education: Dartmouth College (B.A., with distinction, 1953);  Cornell University (LL.B., 1959);  Dartmouth College (Honorary Degree, 1992). Chairman, Clearstream International, Luxembourg. Practice Areas: Mergers, Acquisitions and Divestitures. Email: rdouglass@milbank.com

BRUCE T. GARDNER. (Of Counsel) Born Queens, New York, 1952;  admitted to bar, 1978, New York. Education: The American University (B.A., 1974);  Duquesne University (J.D., 1977). Practice Areas: Real Estate. Email: bgardner@milbank.com

JANE L. HANSON. (Of Counsel) Born Evansville, Indiana, 1951;  admitted to bar, 1984, New York and U.S. District Court, Southern and Eastern Districts of New York;  U.S. Court of Appeals, Second, Sixth and Eleventh Circuits;  U.S. Supreme Court. Education: Indiana State University (B.S., 1974);  New York University (J.D., 1983). Member: American Immigration Lawyers Association. Practice Areas: Employment Litigation. Email: jhanson@milbank.com

DARREL J. HOLSTEIN. (Of Counsel) Born Christchurch, New Zealand, 1959;  admitted to bar, 1989, New York;  Registered as a Foreign Lawyer (gaikokuho jimubengoshi) in Japan. Education: Tohoku University, Japan (LL.B., 1986);  Harvard Law School (J.D., 1989). (Resident, Tokyo, Japan Office). Languages: English and Japanese. Practice Areas: Mergers and Acquisitions;  Corporate Law. Email: dholstein@milbank.com

DAVID E. ISENBERG. (Of Counsel) Born Los Angeles, California, 1960;  admitted to bar, 1986, California and U.S. Court of Appeals, Ninth Circuit;  1987, U.S. District Court, Central District of California. Education: University of California at Los Angeles (B.A., magna cum laude, 1983;  J.D., 1986). (Resident, Los Angeles, California Office)

ORLAN M. JOHNSON. (Of Counsel) Born San Jose, Costa Rica, 1962;  admitted to bar, 1988, Pennsylvania;  2001, District of Columbia. Education: Andrews University (B.A., 1984), Andrews Scholar;  Howard University (J.D., 1987). Alpha Mu Gamma. Delta Mu Delta. Recipient, American Jurisprudence Award in Contracts. Member, Howard Law Journal. Chairman, Prince George's College Foundation Board, 2000--. Member, Board of Regents, University System of Maryland. (Resident, Washington, D.C. Office). Languages: French. Practice Areas: Energy (40%);  Mergers and Acquisitions (40%);  Securities (20%). Email: ojohnson@milbank.com

STEVEN M. KRAMER. (Of Counsel) Born Washington, D.C., 1960;  admitted to bar, 1987, Virginia;  1988, Maryland and District of Columbia. Education: University of Maryland (B.S., 1982);  University of Richmond Law School (J.D., 1987). Member: Energy Bar Association;  Federal Energy Bar Association. (Resident, Washington, D.C. Office). Practice Areas: Public Utility Regulation;  Energy Regulation;  Administrative Law;  Mergers and Acquisitions. Email: skramer@milbank.com

TAISA MARKUS. (Of Counsel) Born South Bend, Indiana, January 23, 1961; admitted to bar, 1986, Illinois; 1989, New York. Education: Loyola University (B.S./B.A., 1983); University of Illinois (J.D., cum laude, 1986). Practice Areas: Global Securities. Email: tmarkus@milbank.com

SEAN M. MURPHY. (Of Counsel) Born Ithaca, New York, August 28, 1969; admitted to bar, 1995, New York; 1998, U.S. District Court, Southern District of New York. Education: St. Lawrence University (B.A., 1991); Albany Law School of Union College (J.D., 1994). Practice Areas: Securities Litigation; Antitrust; Commercial Litigation. Email: smurphy@milbank.com

ROBERT S. O'HARA, JR.. (Of Counsel) Born Englewood, New Jersey, 1939; admitted to bar, 1964, New York. Education: Princeton University (A.B., 1960); University of Pennsylvania (LL.B., 1963). Practice Areas: Capital Markets. Email: rohara@milbank.com

KENNETH A. OSTROW. (Of Counsel) Born New York, N.Y., 1962; admitted to bar, 1988, California. Education: Cornell University (B.A., with distinction, cum laude, 1984); University of California at Los Angeles Law School (J.D., 1988). (Resident, Los Angeles, California Office). Practice Areas: Business Litigation (50%); Securities Litigation (20%); Corporate Governance (15%); Entertainment Litigation (15%). Email: kostrow@milbank.com

JOSEPH M. PERSINGER. (Of Counsel) Born Charleston, West Virginia, 1948; admitted to bar, 1974, West Virginia; 1979, New York. Education: Xavier University, Ohio (B.S.B.A., 1970); Georgetown (J.D., 1973; LL.M., 1978). Practice Areas: Federal Taxation; Tax Controversies; State Taxation. Email: jpersinger@milbank.com

SCOTT D. PRICE. (Of Counsel) Born Burlington, Iowa, 1965; admitted to bar, 1990, Pennsylvania; 1998, New York. Education: New Mexico State University (B.S., 1987); Villanova University School of Law (J.D., summa cum laude, 1990). Practice Areas: Executive Compensation; Employee Benefits. Email: sprice@milbank.com

LEWIS T. PUTNAM. (Of Counsel) Born Peoria, Illinois, 1961; admitted to bar, 1994, Illinois, U.S. District Court, Northern District of Illinois; 1998, District of Columbia. Education: Colorado School of Mines (B.S., 1986); University of Illinois (J.D., magna cum laude, 1994). (Resident, Washington, D.C. Office). Practice Areas: Global Corporate. Email: lputnam@milbank.com

RISA M. ROSENBERG. (Of Counsel) Born Jersey City, New Jersey, 1958; admitted to bar, 1984, New York; 1985, New Jersey and U.S. District Court, Southern District of New York; 1987, U.S. Court of Appeals, Second Circuit; 1993, U.S. District Court, Eastern District of New York; 1994, U.S. District Court, District of New Jersey. Education: Cornell University (B.A., 1980); Rutgers University (J.D., with honors, 1983). H. Theodore Sorge Property Prize. Member: American Bankruptcy Institute. Email: rrosenberg@milbank.com

CHARLES W. WESTLAND. (Of Counsel) Born White Plains, New York, 1947; admitted to bar, 1974, New York. Education: University of Rochester (B.A., with highest honors, 1969); University of Chicago (M.A., 1970); New York University (J.D., 1974). Practice Areas: Litigation. Email: cwestland@milbank.com

DESIREE WOO. (Of Counsel) Education: Cornell University (B.Sc., with distinction, 1984); University of California at Los Angeles Graduate School of Business (M.B.A., 1987); University of California at Los Angeles School of Law (J.D., 1993). (Resident, Hong Kong Office)

1100J9

********** Print Completed **********

Time of Request: January 26, 2005 12:59 PM EST

Print Number: 1842:28854790
Number of Lines: 580
Number of Pages:

Send To: IRELAND, MARK
        ROBINS KAPLAN MILLER & CIRESI
        800 LASALLE AVE
        MINNEAPOLIS, MN 55402-2006