# EXHIBIT D

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA)
BY: John E. Caruso (JC-9283) and Richard G. Placey (RP-0285)
457 HADDONFIELD ROAD, 6TH FLOOR
CHERRY HILL, NJ 08002
(856) 488-7700
ATTORNEYS FOR DEFENDANTS PFIZER INC. and WARNER-LAMBERT COMPANY and
LODEWIJK J.R. DE VINK AND ANTHONY WILD

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSURANT HEALTH, INC., a Wisconsin corporation, | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida corporation, and its wholly-owned subsidiary, HEALTH OPTIONS, INC., a Florida corporation; | Civil Action No. 2:05-cv-0095 |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, doing business as BLUE CROSS and BLUE SHIELD OF LOUISIANA, a Louisiana corporation; | Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J. |
| BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, a Massachusetts corporation; | |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN and its wholly-owned subsidiary, BLUE CARE NETWORK, INC., Michigan corporations; | |
| BLUE CROSS AND BLUE SHIELD OF MINNESOTA, a Minnesota corporation, and a subsidiary of AWARE INTEGRATED, INC., and its wholly-owned subsidiaries COMPREHENSIVE CARE SERVICES, INC., a Minnesota corporation, FIRST PLAN OF MINNESOTA, a Minnesota corporation, ATRIUM HEALTH PLAN, INC., a Wisconsin corporation, and HMO MINNESOTA, a Minnesota | **JOINDER OF**<br>**LODEWIJK J.R. DE VINK AND**<br>**ANTHONY WILD**<br>**IN NOTICE OF REMOVAL** |

1126025v1

corporation;                                                :
                                                            :
GROUP HEALTH SERVICES OF                                    :
OKLAHOMA, INC., doing business                              :
as BLUE CROSS AND BLUE SHIELD                               :
OF OKLAHOMA, and Oklahoma                                   :
corporation and its wholly-owned                            :
subsidiary GROUP HEALTH                                     :
MAINTENANCE ORGANIZATION,                                   :
INC., doing business as                                     :
BLUECLINCS HMO, an Oklahoma                                 :
corporation;                                                :
                                                            :
CAREFIRST, INC., a Maryland                                 :
corporation, and its wholly-owned                           :
subsidiaries, CAREFIRST OF                                  :
MARYLAND, INC., a Maryland                                  :
corporation, WILLSE & ASSOCIATES,                           :
INC., a Maryland corporation;                               :
CFS HEALTH GROUP, INC., a                                   :
Maryland corporation, DELMARVA                              :
HEALTH PLAN, INC., a Maryland                               :
corporation, FREE STATE HEALTH                              :
PLAN, INC., a Maryland corporation;                         :
PATUXENT MEDICAL GROUP, INC.,                               :
a Maryland corporation; GROUP                               :
HOSPITALIZATION AND MEDICAL                                 :
SERVICES, INC., a company created                           :
under federal charter, CAPITAL CARE,                        :
INC., a District of Columbia corporation,                   :
CAPITAL AREA SERVICES INC., a                               :
West Virginia corporation, BLUE CROSS                       :
BLUE SHIELD OF DELAWARE, INC.,                              :
a Delaware corporation;                                     :
                                                            :
EXCELLUS HEALTH PLAN, INC., a                               :
New York corporation, and its                               :
wholly-owned subsidiary EXCELLUS                            :
BENEFIT SERVICES, INC., a New York                          :
corporation; FEDERATED MUTUAL                               :
INSURANCE COMPANY, a Minnesota                              :
mutual company;                                             :
                                                            :
HEALTH CARE SERVICE                                         :
CORPORATION, an Illinois Mutual                             :
Legal Reserve Company, on behalf of                         :

-2-

1126025v1

-3-

itself and its Illinois, New Mexico and
Texas Divisions; MUTUAL OF OMAHA
INSURANCE COMPANY, a Nebraska
mutual company;

TRUSTMARK INSURANCE
COMPANY, a Delaware corporation;

WELLCHOICE, INC., a Delaware
corporation, and its wholly-owned
subsidiary EMPIRE HEALTHCHOICE
ASSURANCE, INC., a New York
corporation, doing business as EMPIRE
BLUE CROSS BLUE SHIELD and
EMPIRE EMPIRE BLUE CROSS, and
its wholly-owned subsidiaries
EMPIRE HEALTHCHOICE HMO, INC.,
 doing business in New York as
EMPIRE BLUE CROSS HMO, and
doing business in New Jersey as
WELLCHOICE HMO OF NEW JERSEY;

WELLCHOICE INSURANCE OF NEW
JERSEY, INC., a New Jersey corporation
and a wholly-owned subsidiary of
EMPIRE HEALTHCHOICE
ASSURANCE, INC., a New York
corporation;

               Plaintiffs,

        v.

PFIZER, INC., a Delaware corporation,
and its wholly-owned subsidiary
WARNER-LAMBERT COMPANY;

CLINE, DAVIS & MANN, INC.,
a New York corporation;

1126025v1

| | |
|---|---|
| LODEWIJK J.R. DE VINK, a resident of New Jersey; and | : : : |
| ANTHONY WILD, a resident of New Jersey, | : : : |
| Defendants. | : |

Defendants, Lodewijk J.R. De Vink and Anthony Wild, hereby confirm their joinder in the Notice of Removal of the above-captioned action (Docket No. 13792-04 in the Superior Court of New Jersey, Law Division, Bergen County) to the United States District Court for the District of New Jersey.

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP

Date: January 14, 2005          By:_____s/ RG Placey_____
                                         Richard G. Placey

Of Counsel:

Scott A. Edelman, Esquire
Hung Ta, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

-4-

1126025v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Joinder in Notice of Removal to be served by United States First Class Mail, postage prepaid, upon the following persons:

David J. Novack, Esquire
BUDD LARNER
150 JFK Parkway
Short Hills, NJ 07078

W. Scott Simmer, Esquire
Hardy Vieux, Esquire
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
1801 K Street, N.W., Suite 1200
Washington, D.C. 20006

Annamarie A. Daley, Esquire
Mark Ireland, Esquire
Soyna C. Seidl, Esquire
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

*Attorneys for Plaintiff*

Paul Corcoran, Esquire
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019

*Counsel for Defendant Cline,*
*Davis & Mann, Inc., a New York Corporation*

Date:  January 14, 2005          _____s/ RG Placey_____
                                  Richard G. Placey

-5-

1126025v1

# EXHIBIT E

**2:05-cv-00095-JAP-MCA** ASSURANT HEALTH, INC. et al v. PFIZER, INC. et al
Joel A. Pisano, presiding
**Date filed:** 01/05/2005 **Date of last filing:** 01/24/2005

# Attorneys

**NEAL H. KLAUSNER**
DAVIS & GILBERT
74 SHERWOOD ROAD
TENAFLY, NJ 07670
(201)568-0250
  *Assigned: 01/05/2005*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**CLINE, DAVIS & MANN, INC.**
*(Defendant)*


**DAVID J NOVACK**
BUDD LARNER, PC
150 JOHN F. KENNEDY PARKWAY
CN1000
SHORT HILLS, NJ 07078-0999
(973) 379-4800
dnovack@budd-larner.com
  *Assigned: 01/05/2005*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**ASSURANT HEALTH, INC.**
*(Plaintiff)*


**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**
*(Plaintiff)*

**BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS**
*(Plaintiff)*

**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**
*(Plaintiff)*

**BLUE CROSS AND BLUE SHIELD OF MINNESOTA**
*(Plaintiff)*

**CAREFIRST, INC.**

          *(Plaintiff)*

**EXCELLUS HEALTH PLAN, INC.**
*(Plaintiff)*

**GROUP HEALTH SERVICES OF OKLAHOMA, INC.**
*(Plaintiff)*

**LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY,**
*(Plaintiff)*

**TRUSTMARK INSURANCE COMPANY,**
*(Plaintiff)*

**WELLCHOICE INSURANCE OF NEW JERSEY, INC.**
*(Plaintiff)*

**WELLCHOICE, INC.**
*(Plaintiff)*

**RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002                 representing     **PFIZER, INC.**
(856) 488-7700                                          *(Defendant)*
rplacey@mmwr.com
*Assigned: 01/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/27/2005 08:17:39 | | | |
| **PACER Login:** | rk0014 | **Client Code:** | 092379-0000-02127 |

| Description: | Attorney List | Search Criteria: | 2:05-cv-00095-JAP-MCA |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |