# EXHIBIT D

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA)
BY: John E. Caruso (JC-9283) and Richard G. Placey (RP-0285)
457 HADDONFIELD ROAD, 6TH FLOOR
CHERRY HILL, NJ 08002
(856) 488-7700
ATTORNEYS FOR DEFENDANTS PFIZER INC. and WARNER-LAMBERT COMPANY and
LODEWIJK J.R. DE VINK AND ANTHONY WILD

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSURANT HEALTH, INC., a Wisconsin corporation, | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida corporation, and its wholly-owned subsidiary, HEALTH OPTIONS, INC., a Florida corporation; | Civil Action No. 2:05-cv-0095 |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, doing business as BLUE CROSS and BLUE SHIELD OF LOUISIANA, a Louisiana corporation; | Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J. |
| BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, a Massachusetts corporation; | |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN and its wholly-owned subsidiary, BLUE CARE NETWORK, INC., Michigan corporations; | |
| BLUE CROSS AND BLUE SHIELD OF MINNESOTA, a Minnesota corporation, and a subsidiary of AWARE INTEGRATED, INC., and its wholly-owned subsidiaries COMPREHENSIVE CARE SERVICES, INC., a Minnesota corporation, FIRST PLAN OF MINNESOTA, a Minnesota corporation, ATRIUM HEALTH PLAN, INC., a Wisconsin corporation, and HMO MINNESOTA, a Minnesota | **JOINDER OF LODEWIJK J.R. DE VINK AND ANTHONY WILD IN NOTICE OF REMOVAL** |

1126025v1

-2-

corporation;

GROUP HEALTH SERVICES OF OKLAHOMA, INC., doing business as BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, and Oklahoma corporation and its wholly-owned subsidiary GROUP HEALTH MAINTENANCE ORGANIZATION, INC., doing business as BLUECLINCS HMO, an Oklahoma corporation;

CAREFIRST, INC., a Maryland corporation, and its wholly-owned subsidiaries, CAREFIRST OF MARYLAND, INC., a Maryland corporation, WILLSE & ASSOCIATES, INC., a Maryland corporation; CFS HEALTH GROUP, INC., a Maryland corporation, DELMARVA HEALTH PLAN, INC., a Maryland corporation, FREE STATE HEALTH PLAN, INC., a Maryland corporation; PATUXENT MEDICAL GROUP, INC., a Maryland corporation; GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., a company created under federal charter, CAPITAL CARE, INC., a District of Columbia corporation, CAPITAL AREA SERVICES INC., a West Virginia corporation, BLUE CROSS BLUE SHIELD OF DELAWARE, INC., a Delaware corporation;

EXCELLUS HEALTH PLAN, INC., a New York corporation, and its wholly-owned subsidiary EXCELLUS BENEFIT SERVICES, INC., a New York corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota mutual company;

HEALTH CARE SERVICE CORPORATION, an Illinois Mutual Legal Reserve Company, on behalf of

-3-

itself and its Illinois, New Mexico and  :
Texas Divisions; MUTUAL OF OMAHA  :
INSURANCE COMPANY, a Nebraska  :
mutual company;  :
                                          :
TRUSTMARK INSURANCE  :
COMPANY, a Delaware corporation;  :
                                          :
WELLCHOICE, INC., a Delaware  :
corporation, and its wholly-owned  :
subsidiary EMPIRE HEALTHCHOICE  :
ASSURANCE, INC., a New York  :
corporation, doing business as EMPIRE  :
BLUE CROSS BLUE SHIELD and  :
EMPIRE EMPIRE BLUE CROSS, and  :
its wholly-owned subsidiaries  :
EMPIRE HEALTHCHOICE HMO, INC.,  :
 doing business in New York as  :
EMPIRE BLUE CROSS HMO, and  :
doing business in New Jersey as  :
WELLCHOICE HMO OF NEW JERSEY;  :
                                          :
WELLCHOICE INSURANCE OF NEW  :
JERSEY, INC., a New Jersey corporation  :
and a wholly-owned subsidiary of  :
EMPIRE HEALTHCHOICE  :
ASSURANCE, INC., a New York  :
corporation;  :
                                          :
              Plaintiffs,  :
                                          :
     v.  :
                                          :
PFIZER, INC., a Delaware corporation,  :
and its wholly-owned subsidiary  :
WARNER-LAMBERT COMPANY;  :
                                          :
CLINE, DAVIS & MANN, INC.,  :
a New York corporation;  :
                                          :

|  |  |
|---|---|
| LODEWIJK J.R. DE VINK, a resident of New Jersey; and | : : : |
| ANTHONY WILD, a resident of New Jersey, | : : : |
| Defendants. | : |

Defendants, Lodewijk J.R. De Vink and Anthony Wild, hereby confirm their joinder in the Notice of Removal of the above-captioned action (Docket No. 13792-04 in the Superior Court of New Jersey, Law Division, Bergen County) to the United States District Court for the District of New Jersey.

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP

Date: January 14, 2005          By: _____s/ RG Placey_____
                                        Richard G. Placey

Of Counsel:

Scott A. Edelman, Esquire
Hung Ta, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Joinder in Notice of Removal to be served by United States First Class Mail, postage prepaid, upon the following persons:

>David J. Novack, Esquire
>BUDD LARNER
>150 JFK Parkway
>Short Hills, NJ 07078
>
>W. Scott Simmer, Esquire
>Hardy Vieux, Esquire
>ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
>1801 K Street, N.W., Suite 1200
>Washington, D.C. 20006
>
>Annamarie A. Daley, Esquire
>Mark Ireland, Esquire
>Soyna C. Seidl, Esquire
>ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
>2800 LaSalle Plaza
>800 LaSalle Avenue
>Minneapolis, MN 55402-2015
>
>*Attorneys for Plaintiff*
>
>Paul Corcoran, Esquire
>DAVIS & GILBERT LLP
>1740 Broadway
>New York, NY 10019
>
>*Counsel for Defendant Cline,*
>*Davis & Mann, Inc., a New York Corporation*

Date:  January 14, 2005                           s/ RG Placey
                                                   Richard G. Placey

-5-

# EXHIBIT E

**2:05-cv-00095-JAP-MCA** ASSURANT HEALTH, INC. et al v. PFIZER, INC. et al
Joel A. Pisano, presiding
**Date filed:** 01/05/2005 **Date of last filing:** 01/24/2005

# Attorneys

**NEAL H. KLAUSNER**
DAVIS & GILBERT
74 SHERWOOD ROAD
TENAFLY, NJ 07670
(201)568-0250
  *Assigned: 01/05/2005*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**CLINE, DAVIS & MANN, INC.**
*(Defendant)*

**DAVID J NOVACK**
BUDD LARNER, PC
150 JOHN F. KENNEDY PARKWAY
CN1000
SHORT HILLS, NJ 07078-0999
(973) 379-4800
dnovack@budd-larner.com
  *Assigned: 01/05/2005*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**ASSURANT HEALTH, INC.**
*(Plaintiff)*

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.**
*(Plaintiff)*

**BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS**
*(Plaintiff)*

**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**
*(Plaintiff)*

**BLUE CROSS AND BLUE SHIELD OF MINNESOTA**
*(Plaintiff)*

**CAREFIRST, INC.**

*(Plaintiff)*

**EXCELLUS HEALTH PLAN, INC.**

*(Plaintiff)*

**GROUP HEALTH SERVICES OF OKLAHOMA, INC.**
*(Plaintiff)*

**LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY,**
*(Plaintiff)*

**TRUSTMARK INSURANCE COMPANY,**
*(Plaintiff)*

**WELLCHOICE INSURANCE OF NEW JERSEY, INC.**
*(Plaintiff)*

**WELLCHOICE, INC.**
*(Plaintiff)*

**RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002            representing        **PFIZER, INC.**
(856) 488-7700                                        *(Defendant)*
rplacey@mmwr.com
 *Assigned: 01/05/2005*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 01/27/2005 08:17:39 ||||
| **PACER Login:** | rk0014 | **Client Code:** | 092379-0000-02127 |

Case 1:04-cv-10981-PBS   Document 125-6   Filed 05/19/05   Page 10 of 10

| Description: | Attorney List | Search Criteria: | 2:05-cv-00095-JAP-MCA |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |