Of Counsel:

Scott A. Edelman, Esq.
Hung G. Ta, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York 10005

Kevin H. Marino (KHM 4941)
John A. Boyle (JAB 1058)
MARINO & ASSOCIATES, P.C.
One Newark Center, 9th Floor
Newark, New Jersey 07102-5211
Tel: (973) 824-9300
Fax: (973) 824-8425

*Attorneys for Defendants
Lodewijk J.R. De Vink and Anthony Wild*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSURANT HEALTH, INC., a Wisconsin corporation, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> PFIZER, INC., a Delaware corporation, and its wholly-owned subsidiary WARNER-LAMBERT COMPANY, *et al.*, <br><br> Defendants. | Civil Action No.: 2:05-cv-0095 <br><br> Honorable Joel A. Pisano, U.S.D.J. <br><br> Honorable Madeline C. Arleo, U.S.M.J. |

### JOINDER OF DEFENDANTS ANTHONY WILD AND LODEWIJK J.R. DE VINK IN DEFENDANTS PFIZER, INC. AND WARNER-LAMBERT COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendants Anthony Wild and Lodewijk J.R. De Vink, by their undersigned attorneys, hereby join in the arguments contained in the Memorandum Of Law Of Defendants Pfizer, Inc And Warner-Lambert Company In Opposition To Plaintiffs' Motion To Remand, Dated February 11, 2005.

Dated: February 11, 2005          MARINO & ASSOCIATES, P.C.

By: _____
Kevin H. Marino (KHM 4941)
John A. Boyle (JAB 1058)
One Newark Center, 9th Floor
Newark, New Jersey 07102-5511
Tel. (973) 824-9300
Fax (973) 824-8425

-and-

MILBANK, TWEED, HADLEY & MCCLOY
By:  Scott A. Edelman
     Hung G. Ta
     One Chase Manhattan Plaza
     New York, New York 10005
     Tel. (212) 530-5000
     Fax (212) 530-5219

*Attorneys for Defendants
Lodewijk J.R. De Vink and Anthony Wild*

Of Counsel:

Scott A. Edelman, Esq.
Hung G. Ta, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York 10005

Kevin H. Marino (KHM 4941)
John A. Boyle (JAB 1058)
MARINO & ASSOCIATES, P.C.
One Newark Center, 9th Floor
Newark, New Jersey 07102-5211
Tel: (973) 824-9300
Fax: (973) 824-8425

*Attorneys for Defendants
Lodewijk J.R. De Vink and Anthony Wild*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSURANT HEALTH, INC., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> PFIZER, INC. et al., <br><br> Defendants. | Civil Action No.: 2:05-cv-0095 <br><br> Honorable Joel A. Pisano, U.S.D.J. <br><br> Honorable Madeline C. Arleo, U.S.M.J. <br><br> **CERTIFICATE OF SERVICE** |

JOHN A. BOYLE, of full age, hereby certifies as follows:

1. I am an associate at the law firm of Marino & Associates, P.C., attorneys for Defendants Lodewijk J.R. De Vink and Anthony Wild.

2. On February 11, 2005, I caused to be served via Federal Express upon David J. Novak, Budd Larner, 150 JFK Parkway, Short Hills, NJ 07078, the originals and two copies of (1) the Joinder of Defendants Anthony Wild and Lodewijk J.R. De Vink in Defendants Pfizer, Inc. and Warner-Lambert Company's Opposition to Plaintiffs' Motion to Remand; and (2) this Certificate of Service.

3. On February 11, 2005, I caused to be sent, via Federal Express, to the Chambers of the Honorable Joel A. Pisano, U.S.D.J., United States District Court for the District of New

Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, a copy of the cover letter to Mr. Novak transmitting each of the documents described in paragraph 2.

3.  On February 11, 2005, I caused one copy of each of the documents described in paragraph 2 to be sent via facsimile and regular mail to all counsel on the attached list.

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements are knowingly false, I am subject to punishment.

Dated: February 11, 2005                    JOHN A. BOYLE

*Assurant Health Inc., et al. v.*
*Pfizer, et al.*

James P. Rouhandeh, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Tel: 212 450 4000
Fax: 212 450 3800

Paul F. Corcoran, Esq.
Neal H. Klausner, Esq.
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019
Tel:   (212) 468-4800
Fax:   (212) 468-4888

David J. Novack, Esq.
BUDD LARNER
150 JFK Parkway
Short Hills, NJ 07078
Tel:   (973) 379-4800
Fax:   (973) 379-7734

Annamarie A. Daley, Esq.
Mark Ireland, Esq.
Sonya C. Seidl, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel:   (612) 349-8500
Fax:   (612) 339-4181

W. Scott Simmer, Esq.
Hardy Vieux, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, LLP
1801 K Street, N.W.
Suite 1200
Washington, D.C. 20006
Tel:   (202) 775-0725
Fax:   (202) 223-8604

John E. Caruso, Esq.
MONTGOMERY, McCRACKEN,
   WALKER & RHOADS, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
Tel:  215-772-7539
Fax:  215-772-7620

Richard G. Placey, Esq.
MONTGOMERY, McCRACKEN,
   WALKER & RHOADS, LLP
Liberty View, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
Tel:  856-488-7700
Fax:  856-488-7720

*THIS FAX IS FROM*
## MARINO & ASSOCIATES, P.C.
**Attorneys at Law**
ONE NEWARK CENTER, 9TH FLOOR
NEWARK, NEW JERSEY 07102-5211
TELEPHONE NO. (973) 824-9300
FAX NO. (973) 824-8425

### *PLEASE DELIVER IMMEDIATELY*

**FROM:** John A. Boyle       **DATE:** February 11, 2005

| To | Firm | Telephone | Fax |
|---|---|---|---|
| James P. Rouhandeh, Esq. | Davis Polk & Wardwell | (212) 450-4000 | (212) 450-3800 |
| Paul F. Corcoran, Esq. Neal H. Klausner, Esq. | Davis & Gilbert LLP | (212) 468-4800 | (212) 468-4888 |
| David J. Novack, Esq. | Budd Larner | (973) 379-4800 | (973) 379-7734 |
| Annamarie A. Daley, Esq. Mark Ireland, Esq. Sonya C. Seidl, Esq. | Robins, Kaplan, Miller & Ciresi, LLP | (612) 349-8500 | (612) 339-4181 |
| W. Scott Simmer, Esq. Hardy Vieux, Esq. | Robins, Kaplan, Miller & Ciresi, LLP | (202) 775-0725 | (202) 223-8604 |
| John E. Caruso, Esq. | Montgomery, McCracken, Walker & Rhoads, LLP | (215) 772-7539 | (215) 772-7620 |
| Richard G. Placey, Esq. | Montgomery, McCracken, Walker & Rhoads, LLP | (856) 488-7700 | (856) 488-7720 |

**CLIENT NAME:** De Vink       **NO. OF PAGES** *(INCLUDING COVER SHEET)* 10

### MESSAGE:

### CONFIDENTIALITY NOTE

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED TO, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

THE ORIGINAL OF THIS TRANSMISSION WILL BE SENT BY:

| (X) | ORDINARY MAIL | ( ) | OVERNIGHT |
|---|---|---|---|
| ( ) | MESSENGER | ( ) | THIS WILL BE THE ONLY FORM OF DELIVERY OF THIS TRANSMISSION |

**IF ANY DIFFICULTY IS EXPERIENCED WITH THIS TRANSMISSION, PLEASE CALL 973-824-9300 AND ASK FOR Lee D'Alise.**