UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ASSURANT HEALTH, INC., et al.,                Civil Action: 2:05-cv-0095

        Plaintiffs,                           Hon. Joel A. Pisano, U.S.D.J.
                                              Hon. Madeline C. Arleo, U.S.M.J.
v.

PFIZER, INC., et al.,

        Defendants.

### AFFIDAVIT OF DAVID J. NOVACK IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

David J. Novack, being duly sworn on oath, states as follows:

1. I am an attorney at the law firm of BUDD LARNER, and counsel for Plaintiffs in the above-captioned matter. I submit this Affidavit to identify the exhibits cited and relied upon in connection with Plaintiffs' Motion to Remand.

2. Attached as Exhibit A is a true and correct copy of the District of New Jersey Civil Docket for Case #: 2:05-cv-00095-JAP-MCA, dated January 27, 2005.

3. Attached as Exhibit B is a true and correct copy of the Joinder of Lodewijk J.R. de Vink and Anthony Wild in Notice of Removal, dated January 5, 2005, and signed by Scott A. Edelman.

4. Attached as Exhibit C is a true and correct copy of the Martindale-Hubbell Law Directory listing for the law firm Milbank, Tweed, Hadley & McCloy LLP.

5. Attached as Exhibit D is a true and correct copy of the Joinder of Lodewijk J.R. de Vink and Anthony Wild in Notice of Removal, dated January 14, 2005, and signed by Richard G. Placey.

6. Attached as Exhibit E is a true and correct copy of the Attorneys of Record listed, obtained from PACER, and dated January 27, 2005.

7. Attached as Exhibit F is a true and correct copy of *Congress of California Seniors v. Pfizer, Inc., et al.,* CV-03-1564-SVW Order Granting Motion to Remand (D. Cal. 2003) and accompanying Complaint.

8. Attached as Exhibit G is a true and correct copy of *McGrew v. Shering-Plough Corp.*, No. 01-2311-GTV, 2001 WL 950790, *3-4 (D. Kan. Aug. 6, 2001).

9. Attached as Exhibit H is a true and correct copy of *Drug Mart v. Abbott Labs*, No. 99-MDL-1317 (S.D. Fla. Aug. 28, 2000).

10. Attached as Exhibit I is a true and correct copy of *Anthem, Inc. v. Bristol-Myers Squibb Co.*, No. 03-0008, 2003 U.S. Dist. Lexis 15762, at *15 (D.N.J. March 18, 2003).

11. Attached as Exhibit J is a true and correct copy of *In the Matter of Biovail Corp.*, 2002 F.T.C. LEXIS 56 (Oct. 4, 2002).

12. Attached as Exhibit K is a true and correct copy of *Sall v. Pfizer Inc.*, MDL Docket No. 1479 (Order) (January 7, 2005).

13. Attached as Exhibit L is a true and correct copy of *Stuart v. Pfizer, Inc.*, No. 02-2511 (Order) (W.D. Tenn. Oct. 2, 2002).

Dated: January 27, 2005

David J. Novack

Subscribed and sworn to before me this 27 day of January, 2005.

Ronald Campioni
Attorney at Law
State of N.J.

2