UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

Check if previously referred

IN RE NEURONTIN MARKETING
SALES PRACTICES LITIGATION

V.  CA No. 04-10981-PBS
MDL No. 1629

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Sorokin</u> for the following proceedings:

(A)          Referred for full pretrial case management, including all dispositive motions.

(B)          Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)          Referred for discovery purposes only.

(D)   **X**   Referred for Report and Recommendation on:

   (  ) Motion(s) for injunctive relief
   (  ) Motion(s) for judgment on the pleadings
   (  ) Motion(s) for summary judgment
   (  ) Motion(s) to permit maintenance of a class action
   (  ) Motion(s) to suppress evidence
   (**X**) Motion(s) to dismiss: Doc. No. 58 & 59
   (  ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(E)          Case referred for events only. See Doc. No(s). _____

(F)          Case referred for settlement.

(G)          Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   (  ) In accordance with Rule 53, F.R.Civ.P.
   (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   **X**   Special Instructions: <u>The June 15, 2005, Hearing before Judge Patti Saris is canceled. The Hearing on both Motions to Dismiss to be rescheduled by Magistrate Judge Sorokin.</u>

<u>  May 23, 2005  </u>                           By:   <u>/s/ Robert C. Alba</u>
Date                                                    Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1] See reverse side of order for instructions