*Law Offices Of*

# Gordon Ball

550 W. Main Avenue
Suite 750
Knoxville, TN 37902

Phone (865) 525-7028
Fax (865) 525-4679
gball@ballandscott.com

May 6, 2005

Honorable Patti B. Saris
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE:   *In re: Neurontin*, 04-cv-10981

Dear Judge Saris:

    This letter is to confirm the information given to Deputy Clerk Robert Alba during my May 5, 2006 telephone discussion with him. Mr. Alba suggested that I describe in writing the information that we have regarding the Court's March 17, 2005 Notice of Hearing.

    Our detailed coding records for our network server and for Microsoft Outlook are only kept for 30 days, and the earliest detailed record we have is April 27, 2005. With the assistance of my office staff and computer consultant, however, we were able to determine the following:

1. All email sent to the "filings@ballandscott.com" address is automatically sent by our network server to those listed on a specific distribution list.

2. The distribution list for the filings@ballandscott.com address automatically copies all incoming mail to: Gordon Ball, Stephen Kabalka, Kimberly Coughlin, and to a network folder titled "filings archive."

3. None of the individuals on the distribution list received the March 17, 2005 Notice of Hearing. We have searched all three computers' records and files, and there is no record or indication of the Notice of Hearing being received, opened, read, or deleted.

-2-                                                            May 5, 2005

4. The filings archive folder on our network server is locked and cannot be accessed by anyone but our computer consultant. No files can be deleted from the archive, and the archive has not been accessed since it was created.

5. On May 5, 2005, my computer consultant accessed the filings archive folder and reviewed the list of all emails received by the filings@ballandscott.com address contained in the filings archive. The archive contains no emails received from the Court on March 17, 2005. There are ECF emails received on March 16, 2005 and March 18, 2005, but none of these emails concern the Notice of Hearing.

In summary, while we no longer have the detailed coding records, there is no record of the Notice of Hearing email ever being distributed by our network server, and there is no record in the archive folder of any such email.

If you would like any other information, or if you have any questions, please let me know.

Respectfully,

*[signature]*

Gordon Ball