# TABLE OF CONTENTS

TABLE OF AUTHORITIES..................................................................................................ii

I. INTRODUCTION.....................................................................................................1

II. STATEMENT OF FACTS........................................................................................4

III. ARGUMENT.............................................................................................................5

    A. Defendants Have The Burden Of Proof To Establish Removal Jurisdiction..................................................................................................5

    B. Congress' Intention Is Clear – CAFA Should Not Apply To Cases Currently On File............................................................................................6

        1. Similar Bills Contained An Express Retroactive Provision That Did Not Survive The Final Draft.........................................................7

        2. In Addition To The History Of Prior Bills, The Legislators Made Their Intent Expressly Known.....................................................8

    C. The Identical Argument Advanced By Defendants Has Already Been Denied By Other Courts.................................................................................11

    D. "Commenced" Means When The Complaint Was Filed in Suffolk Superior Court On December 23, 2004......................................................12

    E. Defendants Cannot Overcome The Heavy Burden Necessary To Sustain Removal........................................................................................................15

IV. CONCLUSION........................................................................................................16