# TABLE OF AUTHORITIES

## *Cases*

1. *American Buildings Co. v. Varicon, Inc.*
    616 F. Supp. 641 (D. Mass. 1985).................................................................6, 15

2. *Bally v. National Collegiate Athletic Association*
    707 F. Supp. 57 (D. Mass. 1988)..........................................................................6

3. *Barron v. American Motorists Inc. Co.*
    170 F. Supp. 412 (D.C. Tex. 1958)................................................................14, 15

4. *Chevron U.S.A., Inc. v. Natural Resources Defense Council, Inc.*
    467 U.S. 837 n.9 (1984)........................................................................................7

5. *Ciardi v. F. Hoffmann-La Roche, Ltd., et al.*
    2000 WL 159320 (D. Mass. February 7, 2000).....................................................5

6. *Crosby v. America Online, Inc.*
    967 F. Supp. 257 (N.D. Ohio 1997).......................................................................6

7. *Danca v. Private Health Care Systems, Inc.*
    185 F.3d 1 (1st Cir. 1999)......................................................................................5

8. *Finkel v. Natale Rota, Inc.*
    19 Mass. App. Ct. 55 (1984)................................................................................13

9. *Freitas v. First New Hampshire Mortgage Corp.*
    1998 WL 657606 at *5 (D. R.I. 1998)...................................................................6

10. *Hairston v. Home Loan and Investment Bank*
    814 F. Supp. 180 (D. Mass. 1993).........................................................................5

11. *Hodges v. Demchuk*
    866 F. Supp. 730 (S.D. N.Y. 1994)......................................................................15

12. *Linardos v. Fortuna*
    157 F.3d 945, 947 (2d Cir. 1998).........................................................................15

13. *Pritchett v. Office Depot, Inc.*
    360 F. Supp. 2dd 1176 (D. Colo. 2005)...............................................................11
    404 F.3d 1232 (10th Cir. 2005)............................................................................12

14. *Radlo v. Rhone-Poulenc, S.A.*
    241 F. Supp.2d 61, 64 (D. Mass. 2002)..................................................5

15. *R.G. Barry Corp. v. Mushroom Makers, Inc.*
    612 F.2d 651 (2d Cir. 1979)............................................................15

16. *Rosack v. Volvo of America Corp.*
    421 F. Supp. 933 (N.D. Cal. 1976)......................................................6

17. *Santiago v. Barre National, Inc.*
    795 F. Supp. 508 (D. Mass. 1992)...................................................6, 13

18. *Shamrock Oil Corp. v. Sheets*
    313 U.S. 100 (1941).....................................................................6
    61 S.Ct. 868 (1941).....................................................................6
    85 L.Ed.2d 1214 (1941)..................................................................6

19. *Sherwood v. Microsoft Corp.*
    91 F. Supp. 2d 1196 (M.D. Tenn. 2000)...................................................6

20. *Spielman v. Genzyme Corporation*
    193 F.R.D. 19 (D. Mass. 2000)...........................................................5
    251 F.3d 1 (1st Cir. 2001).........................................................6

21. *U.S. v. Cooper*
    396 F.3d 308 (3rd Cir. 2005).......................................................7

Rules, Statutes and other Authorities

M.G.L. c. 93A..............................................................................3

M.G.L. c. 93A § 2..........................................................................2

MG.L. c. 93A §§ 2 & 9......................................................................2

940 CMR § 3.02.............................................................................2

28 U.S.C. § 1331...........................................................................5

28 U.S.C. § 1332...........................................................................5

28 U.S.C. § 1332(d)(1)(C)..................................................................7

28 U.S.C. § 1332(d)(2)(A)...............................................................2, 5

28 U.S.C. § 1441..........................................................................................6

28 U.S.C. § 1446(b).....................................................................................14

28 U.S.C. § 1447(c)......................................................................................5

Class Action Fairness Act of 2005, Pub. L. No. 109-2,
    119 Stat. 4 § 9................................................1, 2, 3, 5, 6, 7, 8, 10, 11, 12, 15, 16

Mass. R. Civ. P. 3....................................................................................3, 12, 13

Mass. R. Civ. P. 15(c)..................................................................................3, 13

6 James W. Smith, Hiller B. Zobel, *Rules Practice* § 4.2 (1996)........................3, 12

9 Joseph R. Nolan & Bruce Henry, *Civil Practice* § 8.11 (3d ed. 2004)................3, 13