UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND SALES PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | MDL Docket No. 1629 <br> Master File No. 04-cv-10981 <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Comes now Ronald J. Aranoff, Esq. of the law firm Bernstein Liebhard & Lifshitz, LLP, 10 East 40th Street — 22th Floor, New York, New York 10016, and hereby enters his appearance on behalf of Plaintiff, ___Lorraine Kopa___, in the above-captioned litigation.

Respectfully submitted,

/s/ Ronald J. Aranoff
Ronald J. Aranoff, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street--28th Floor
New York, New York 10016
(212) 799-1414
(212) 799-3218

Dated May 12, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-cv-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

## NOTICE OF APPEARANCE

Comes now Keith M. Fleischman, Esq. of the law firm Bernstein Liebhard & Lifshitz, LLP, 10 East 40th Street — 28th Floor, New York, New York 10016, and hereby enters his appearance on behalf of Plaintiff, __Lorraine Kopa__, in the above-captioned litigation.

Respectfully submitted,

/s/ Keith M. Fleischman
Keith M. Fleischman, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street--28th Floor
New York, New York 10016
(212) 799-1414
(212) 799-3218

Dated May 12, 2005

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE