UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) | MDL Docket No. 1629 |
| ) | Master File No. 04-10981 |
| ) | |
| THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | Judge Patti B. Saris |

**CLASS PLAINTIFFS' ASSENTED TO MOTION FOR ENLARGEMENT
OF TIME TO SERVE INITIAL DISCLOSURES**

The Plaintiffs in the above-referenced matter, by the undersigned counsel, respectfully move for an enlargement of the time within which they must serve initial disclosures pursuant to Fed. R. Civ. P 26(a) from Tuesday, May 31, 2005 until Friday, June 3, 2005. Plaintiffs have conferred with counsel for Defendants who do not oppose the Motion as long as both parties are allowed to exchange initial disclosures on June 3, 2005. In further support of this Motion, Plaintiffs state that they are due to serve upon Defendants Plaintiffs' Objections and Responses to Defendants' Requests for Production of Documents and Plaintiffs' Response to Defendants' First Set of Interrogatories to each Plaintiff on June 3, 2005. Providing a single date for the production of these discovery responses and initial disclosures will be most efficient and would allow for the coordination of service of these related pleadings.

WHEREFORE, Plaintiffs respectfully request that the Court enlarge until Friday, June 3, 2005, the time in which both parties must serve initial disclosures pursuant to Fed. R. Civ. P. 26(a).

425731.1

Dated: May 27, 2005                              Respectfully Submitted,

By: **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel*

By: **/s/ Don Barrett**

Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By: **/s/ Thomas Greene**
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By: **/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor

425731.1

San Francisco, CA 94111-3339

*Members of the Class Plaintiffs'
Steering Committee*

By:    /s/ **Richard Cohen**
       Richard Cohen, Esquire
       Lowey Dannenberg Bemporad
       & Selinger, P.C.
       The Gateway
       One North Lexington Avenue
       White Plains, NY 10601

By:    /s/ **Linda P. Nussbaum**
       Linda P. Nussbaum, Esquire
       Cohen Milstein Hausfeld & Toll
       150 East 52$_{nd}$ Street
       Thirteenth Floor
       New York, NY 10022

*Members of the Plaintiffs' Non-Class
Steering Committee*

## CERTIFICATION PURSUANT TO L.R. 7.1

      The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on May 27, 2005 he conferred with counsel for Defendants concerning the foregoing motion and Defendants have no objection or opposition to the requested relief.

                                     /s/ Edward Notargiacomo
                                     Edward Notargiacomo
                                     Hagens Berman Sobol Shapiro LLP
                                     One Main Street, 4th Floor
                                     Cambridge, MA 02142

425731.1