UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**DEFENDANTS' MOTION FOR INCLUSION
IN CASE MANAGEMENT ORDER NO. 4 OF PROVISION
<u>PREVENTING REDUNDANT PROSECUTION OF CLAIMS</u>**

Defendants Pfizer Inc. and Warner-Lambert Company (collectively "Defendants") respectfully move for the inclusion in Case Management Order No. 4 (Relating to Products Liability Litigation) of language that would prevent redundant prosecution of claims that are asserted in the coordinated and consolidated complaints that were filed months ago and that are being vigorously litigated. The requested language is the bracketed language that appears on page 6 of the proposed case management order that is Exhibit A to the accompanying memorandum.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court include the requested language in CMO4.

Dated: May 27, 2005                                     PFIZER INC., et uno,

                                                                                        By their attorneys,

                                                                                        s/James P. Rouhandeh  
                                                                                        James P. Rouhandeh  
                                                                                       James E. Murray  
                                                                                        DAVIS POLK & WARDWELL  
                                                                                       450 Lexington Avenue  
                                                                                        New York, New York 10017  
                                                                                        (212) 450-4000

                                                                                        -and-

                                                                                       s/David B.Chaffin  
                                                                                       David B. Chaffin  
                                                                                       BBO No. 549245  
                                                                                       HARE & CHAFFIN  
                                                                                       160 Federal Street  
                                                                                       Boston, Massachusetts 02110  
                                                                                       (617) 330-5000

## Certificate Of Consultation

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                                                                       s/David B. Chaffin