UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Harden Manufacturing Corporation**
    **Plaintiff**        CIVIL CASE NO.
V.              **04-10981PBS**

**Pfizer, Inc. et al**
    **Defendant**

**NOTICE OF HEARING ON MOTIONS**

**SOROKIN, M.J.**

  PLEASE TAKE NOTICE that the above-entitled case has been set for hearing on the following motions:

    **#58**  Motion to dismiss first coordinated amended complaint

    **#59**  Motion to dismiss amended class action complaint

  This hearing will be held on **July 14, 2005** at **2:00pm** before **Magistrate Judge Leo T. Sorokin** in **Courtroom # 14** on the **5**[th] floor.

                Sarah Ann Thornton,
                CLERK OF COURT

              By:  /s/ Maria Simeone
Date: June 6, 2005            Courtroom Deputy

Notice mailed to: e-filed/all counsel

(notice of hearing.wpd - 7/99)            [kntchrgcnf.]
                        [ntchrgcnf.]