UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

## MOTION FOR PROTECTIVE ORDER WITH RESPECT TO PLAINTIFFS' 44,872 SEPARATE REQUESTS FOR ADMISSIONS

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for the entry of a protective order with respect to Plaintiffs' Request for Admissions.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion for Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admissions. Declarations of Deborah L. MacGregor and David B. Chaffin also are submitted in support of this motion.

WHEREFORE, Defendants respectfully request that the Court enter a protective order that Plaintiffs' Request for Admissions not be had.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: June 13, 2005

PFIZER INC., et uno,

By their attorneys,

s/James P. Rouhandeh
James P. Rouhandeh
James E. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

-and-

s/David B.Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

## Certificate Of Consultation

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

s/David B. Chaffin