UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
In re:  NEURONTIN MARKETING AND          : MDL Docket No. 1629
        SALES PRACTICES LITIGATION       :
                                         : Master File No. 04-10981
------------------------------------------------ x Judge Patti B. Saris
                                         :
THIS DOCUMENT RELATES TO:                :
                                         :
------------------------------------------------ x
                                         :
ALL ACTIONS                              :
                                         :
------------------------------------------------ x

**DECLARATION OF DAVID B. CHAFFIN IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER WITH RESPECT TO
PLAINTIFFS' 44,872 SEPARATE REQUESTS FOR ADMISSION**

I, David B. Chaffin, state, under the penalties of perjury:

1. I am a member of the bar of this Court and am co-counsel to Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants"). I make this declaration in support of Defendants' motion for a protective order pursuant to Rule 26(c) with respect to Plaintiffs' Request for Admissions.

2. Attached hereto as Exhibit A is a true and correct copy of a document that was produced by Defendants in connection with the matter captioned <u>United States of America ex rel. David Franklin v. Parke-Davis, et al.</u>, C.A. No. 96-11651-PBS (D. Mass.) and re-produced in this MDL, bearing bates numbers Y021757 – Y021761.

3. Attached hereto as Exhibit B is a true and correct copy of a document that was produced by Defendants in connection with <u>Franklin</u> and re-produced in this MDL, bearing bates numbers V057097 – V057104.

4.      Attached hereto as Exhibit C is a true and correct copy of the ASCII transcript of the 2/24/05 MDL 1629 Neurontin hearing before the Honorable Patti B. Saris.

5.      Attached hereto as Exhibit D is a true and correct copy of a May 11, 2005 Letter from Barry Himmelstein to James P. Rouhandeh and David Chaffin.

6.      Attached hereto as Exhibit E is a true and correct copy of a document that was produced by Defendants in connection with Franklin and re-produced in this MDL, bearing bates numbers X005729 – X005730.

7.      Attached hereto as Exhibit F is a true and correct copy of a document that was produced by Defendants in connection with Franklin and re-produced in this MDL, bearing bates numbers V073260 – V073262.

8.      Attached hereto as Exhibit G is a true and correct copy of Class Plaintiffs Automatic Required Disclosures.

SIGNED UNDER THE PENALITES OF PERJURY
THIS 13TH DAY OF JUNE 2005

_____
David B. Chaffin