# EXHIBIT A

12-15-1997 10:49AM    FROM HJD Neurosciences    TO    9197331650007    P.03



For your background information only. Not for Promotion or Distribution.

*Adult*

# Monotherapy with Gabapentin for Partial Epilepsy: A Review of 30 Cases

Peter L. Heilbroner and Orrin Devinsky

We attempted to evaluate the efficacy of Gabapentin (GBP) monotherapy as a treatment for partial epilepsy. We reviewed the medical records of 30 consecutive patients treated with GBP monotherapy at our epilepsy center. Twenty-nine of these patients had previously been treated with antiepileptic drugs (AEDs) (median number of two drugs). Only one patient had taken GBP as an adjunctive medication. Median duration of GBP monotherapy was 6 months, and the median daily dose was 1200 mg. During treatment with GBP, 17 patients (57%) experienced a ≥ 25% reduction in seizure frequency, with nine patients reporting a ≥ 50% reduction. Twelve patients reported no change in seizure frequency; however, six of these patients had experienced less than one seizure every 6 months prior to treatment with GBP, and therefore maintained fairly good control. Six patients discontinued GBP due to poorly controlled seizures. Adverse effects were experienced by 13 patients, but led to discontinuation of GBP in only four cases. Our results suggest that monotherapy with GBP can be effective in partial epilepsy and is often well tolerated. Key Words: Epilepsy—Anticonvulsants—monotherapy—Gabapentin—Partial seizure. © 1997 by Elsevier Science Inc. All rights reserved.

In December 1993, Gabapentin [(GBP), 1-(aminomethyl)cyclohexaneacetic acid] was approved by the Food and Drug Administration as adjunctive therapy for refractory partial seizures in individuals over 12 years of age. This approval was based on a statistically significant reduction in the number of partial seizures, ranging from 20%–60%, in patients taking GBP and a primary antiepileptic drug (AED), in open-labeled and placebo-controlled trials (1–7).

GBP does not bind to plasma proteins, has no metabolites, and does not induce hepatic microsomal enzymes (8,9). These properties result in a lack of interference with the metabolism and serum level of other AEDs (3,8,10–15), oral contraceptives, and other protein bound or liver-metabolized drugs (8,9). Despite administration to more than 400,000 patients, GBP has not been associated with bone marrow or liver toxicity, and in general, is associated with a very low incidence of serious adverse effects (16,17). Therefore, serum GBP levels, liver function tests, and blood counts do not need to be

Received June 2, 1997; accepted June 16, 1997.
From the Department of Neurology, New York University Medical Center and Comprehensive Epilepsy Center, NYU Medical Center, Hospital for Joint Diseases, New York, NY, U.S.A.
Address correspondence and reprint requests to Peter Heilbroner, M.D., Ph.D., 395 Riverside Drive #9a, New York, NY 10025, U.S.A.

J. Epilepsy 1997;10:220–224
© 1997 by Elsevier Science Inc. All rights reserved.
655 Avenue of the Americas, New York, NY 10010

0896-6974/97/$17.00
PII S0896-6974(97)00055-8

Y021757

MONOTHERAPY WITH GABAPENTIN

routinely monitored in most patients taking GBP. The GBP dosage may need to be reduced in patients with renal insufficiency.

The efficacy of GBP monotherapy has not yet been determined, but is the subject of an ongoing double-blind, randomized trial. Results of GBP monotherapy have been reported in only one study (18); while these results suggest GBP monotherapy can produce effective seizure control, the duration of monotherapy and the extent of seizure reduction in this study group were not quantified. More data on the efficacy of GBP monotherapy would be useful, since the low frequency of serious adverse reactions and ease of monitoring make GBP monotherapy an attractive choice. Clinicians at our center and elsewhere (17,19) have used GBP as a monotherapeutic agent for partial seizures in selected patients. Our study reviews our experience with this therapy.

## Methods

A survey of patient medical records from the New York University Medical Center—Hospital for Joint Diseases Comprehensive Epilepsy Center was conducted. The records of all patients presently or previously treated with GBP for the control of epileptic seizures, with no concurrent AED, were identified and reviewed. Patients with psychogenic nonepileptic seizures were excluded. If a patient's record was incomplete, or if there had been no clinic visit in more than 3 months, the patient was interviewed by telephone to complete the missing information.

The following information was obtained from each patient's medical record: (1) age (at onset of GBP monotherapy); (2) sex; (3) seizure type(s); (4) prior AEDs; (5) date of initiating (and ending, if applicable) GBP monotherapy; (6) maintainance dose of GBP; (7) adverse reactions to GBP; (8) adverse reactions to previously taken AEDs; (9) reasons for discontinuing GBP; and (10) reasons for discontinuing previous AEDs.

To characterize the severity of epilepsy, the average frequency of seizures prior to GBP monotherapy, was graded, based on the patient's history at clinic visits, as follows: (1) less than one seizure in 6 months; (2) one or more seizures in 6 months but less than one seizure in 1 month; (3) one or more seizures in 1 month but less than one seizure in 1 week; and (4) one or more seizures in 1 week.

Any change during GBP monotherapy from this baseline was noted as either: seizure frequency decreased by ≥ 90%; seizure frequency decreased by 50%–89%; seizure frequency decreased by 25%–49%; no change in seizure frequency (<25% decrease or increase); or ≥ 25% increased frequency of seizures.

## Results

Thirty patients treated with GBP monotherapy were identified. Clinical features of this group and prior AED experience are summarized in Tables 1 and 2. Seizures in these patients included simple partial, complex partial, and secondarily generalized tonic–clonic types. Twenty-nine of the 30 patients had previously taken other AEDs, with a median number of two prior AEDs. Only one patient had been maintained on combination therapy (valproate and phenobarbital), which was discontinued immediately before conversion to GBP monotherapy. One additional patient was taking GBP as adjunctive therapy with phenytoin prior to starting GBP monotherapy. The patient who had taken no prior AED chose GBP for its benign side effect profile.

Of the 29 patients who had taken one or more AEDs prior to GBP monotherapy, six had changed their AED because of poor seizure control, 20 because of adverse medication effects, and three patients due to both poor seizure control and adverse medication effects. In several cases, adverse effects had prevented attainment of high therapeutic doses of previous AEDs.

The median length of treatment with GBP was 6 months (range: 3–27 months). The median daily dosage of GBP was 1200 mg (range: 200–3600 mg) divided into two, three, or four doses.

### Efficacy

During treatment with GBP monotherapy, 17 patients (57%) experienced ≥ 25% fewer seizures, and nine patients (30%) had ≥ 90% fewer seizures, compared with their baseline (Table 3). Among the 11 patients with frequent seizures (i.e., baseline frequency of one or more seizures in 1 week), nine patients had ≥ 25% fewer seizures while taking GBP, and seven patients had ≥ 90% fewer seizures. The type of seizure was not a predictor of response to GBP, although the best response was found among patients with mixed simple and complex partial seizure (Table 4).

For your background information only. Not for Promotion or Distribution.

'12-15-1997 10:53AM    FROM  HJD Neurosciences         TO          919733165007   P.05

P. L. HEILBRONER AND O. DEVINSKY

Table 1. Sample characteristics

| Sex Male 14 Female 16 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age (years) | < 10 | 10-19 | 20-29 | 30-39 | 40-49 | 50-59 | 60-69 | > 69 |
| Patients | 1 | 4 | 8 | 8 | 5 | 2 | 1 | 1 |

Median age = 30 years; range: 9-75 years

| Duration of Gabapentin monotherapy | | | | |
|---|---|---|---|---|
| | 3 months | 4-6 months | 7-12 months | 13-24 months | > 24 months |
| Patients | 6 | 10 | 9 | 2 | 3 |

| Baseline seizure frequency (average number of seizures/time period) | | | |
|---|---|---|---|
| | < 1/6 months | ≥1/6 months but < 1/month | ≥ 1/month but < 1/week | ≥ 1/week |
| Patients | 6 | 5 | 8 | 11 |

| Seizure type | | | | |
|---|---|---|---|---|
| | Simple partial[a] only | Complex partial[a] only | Mixed partial[b] | Generalized tonic-clonic[c] |
| Patients | 3 | 13 | 11 | 3 |

[a] With or without secondarily generalization.
[b] Simple and complex partial seizures.
[c] Secondarily generalized seizures with no clinical history of partial seizures.

Twelve patients (40%) experienced no change in seizure frequency while taking GBP. Six of these 12 patients had a low prior seizure frequency (less than one seizure/6 months) prior to GBP monotherapy, which continued during treatment with GBP. However, six patients with more frequent seizures also experienced no improvement, and one patient reported an increased number of seizures while taking GBP. A total of six patients discontinued GBP due to unsatisfactory seizure control.

Table 2. Prior history of AED treatment

| AED previously taken | |
|---|---|
| Drug | Number of patients |
| Phenytoin | 17 |
| Phenobarbital | 6 |
| Carbamazepine | 15 |
| Divalproex sodium | 12 |
| Felbamate | 9 |
| Lamotrigine | 3 |
| Clonazepam | 1 |
| Gabapentin (adjunctive) | 1 |

| Total number of previous AEDs taken | | | | | |
|---|---|---|---|---|---|
| Number AEDs | none | 1 | 2 | 3 | 4 | 5 |
| Patients | 1 | 12 | 9 | 3 | 4 | 1 |

Median number of prior AEDs per patient: two

| Reason for discontinuing prior AED | | | |
|---|---|---|---|
| Poor seizure control | Adverse effects | Both | No prior AED |
| 6 | 20 | 3 | 1 |

For your background information only. Not for Promotion or Distribution.  Y021759

MONOTHERAPY WITH GABAPENTIN

Table 3.  Response to Gabapentin (change in seizure frequency)

| | ≥ 90% decrease | 50%–89% decrease | 25%–49% decrease | No change | ≥ 25% increase |
|---|---|---|---|---|---|
| Prior seizure frequency | | | | | |
| ≤ one/6 months | — | — | — | 6 | — |
| ≥ one/6 months but ≤ one/month | 1 | — | 1 | 2 | 1 |
| ≥ one/month but ≤ one/week | 1 | 4 | 1 | 2 | — |
| ≥ one/week | 7 | 2 | — | 2 | — |
| Totals | 9 | 6 | 2 | 12 | 1 |

### Adverse Effects

Thirteen patients reported at least one adverse effect during treatment with GBP, and four patients discontinued GBP due to an adverse effect (Table 5). Of the 13 patients who reported an adverse effect while taking GBP, 11 had experienced one or more adverse effects during treatment with a prior AED, and 11 had discontinued one or more prior AEDs due to adverse effects.

### Discussion

Our series of 30 cases suggests that GBP monotherapy can be effective and well tolerated in partial epilepsy patients. Over one-half of our patients experienced fewer seizures during treatment with GBP. Of the 13 patients who experienced no improvement, six continued to have a low frequency of seizures. These six patients all had a low prior frequency of seizures, and the follow-up time (median of 6 months in this group) may not have been fully adequate to evaluate efficacy.

Patients with the highest seizure frequency prior to GBP monotherapy had the best response to GBP (Table 3). Several of these patients had not tolerated high therapeutic doses of prior AEDs; therefore, their response to GBP may reflect their first adequate trial of an AED. Alternatively, these patients' clinical response may reflect the apparently unique, although incompletely understood mechanism of action of GBP (9). The two patients with frequent seizures who did not respond to GBP were treated with < 2400 mg GBP/day, less than the maximum dose of GBP now recommended for adjunctive therapy. These patients might, therefore, have responded favorably to a higher dose of GBP.

GBP was well tolerated by the majority of patients, although four patients discontinued GBP due to an adverse effect. No adverse effect was life threatening, irreversible, or judged by the physician to be severe. Of the 13 patients reporting ≥ 1 adverse effect, 11 had had a similar experience with a prior AED, and 11 patients had discontinued a prior AED due to an adverse effect. Overall, GBP appeared to be better tolerated than prior AEDs.

Our findings reflect a relatively small case series and need to be corroborated in a large, placebo-controlled study. GBP monotherapy, if shown to be effective, would be a useful treatment for many patients with epilepsy. Specific groups in whom GBP monotherapy may be particularly helpful include: elderly patients (minimal drug interactions, low side effect profile of GBP); patients with hepatic disease or porphyria; patients sensitive to AED adverse effects; and, possibly, patients with new onset or refractory partial epilepsy.

Table 4.  Response to GBP (change in frequency of reported seizures)

| | ≥ 90% decrease | 50%–89% decrease | 25%–49% decrease | No change | ≥ 25% increase |
|---|---|---|---|---|---|
| Seizure type[a] | | | | | |
| SPS | 1 | — | — | 1 | — |
| CPS | 2 | 4 | 1 | 6 | — |
| SPS/CPS | 5 | 1 | 1 | 3 | 1 |
| GTC | 1 | — | — | 2 | — |

[a] SPS, simple partial seizures; CPS, complex partial seizures; SPS/CPS, both simple and complex partial seizures; GTC, secondarily generalized seizures with no clinical history of partial seizures.

For your background information only. Not for Promotion or Distribution.

P. L. HEILBRONER AND D. DEVINSKY

Table 5. *Adverse effects reported while taking gabapentin*

| Symptom | Number of patients |
|---|---|
| Fatigue | 7/30 (23%) |
| Dizzyness | 3/30 (10%) |
| Memory impairment, cognitive slowing, mood swings, weight gain | 2/30 (7%) (each symptom) |
| Hyperactiveness, nausea, panic attacks | 1/30 (3%) (each symptom) |
| Totals | |
| Patients reporting no adverse effects | 17/30 (57%) |
| Patients reporting ≥1 adverse effects | 13/30 (43%) |
| Adverse effect from GBP and a history of adverse effect from a prior AED. | 11 |
| Adverse effect from GBP, and history of discontinuing a prior AED due to adverse effects | 11 |
| Discontinued GBP due to adverse effects | 4/30 (13%) |

References

1. US Gabapentin Study Group No. 5. Gabapentin as add-on therapy in refractory partial epilepsy: a double-blind, placebo controlled, parallel-group study. Neurology 1993;43:2292–8.
2. UK Gabapentin Study Group. Gabapentin in partial epilepsy. Lancet 1990;335:1114–7.
3. Anhut H, Ashmar P, Feuerstein TJ, Sauermann W, Saunders M, Schmidt B, International Gabapentin Study Group. Gabapentin as add-on therapy in patients with partial seizures: a double-blind, placebo-controlled study. Epilepsia 1994;35:795–801.
4. Sivenius J, Ylinen A, Kalviainen R, Riekkinen P. Long-term study with gabapentin in patients with drug-resistant epileptic seizures. Arch Neurol 1994;51:1017–50.
5. Perry JR, Sawka C. Add-on gabapentin for refractory seizures in patients with brain tumors. Can J Neurol 1996;23:128–31.
6. Browne TR. Efficacy and safety of gabapentin. In: Chadwick D, ed. New Trends in Epilepsy Management. The Role of Gabapentin. Royal Society of Medicine Services International Congress and Symposium Series N. 198, pub. by Royal Society of Medicine Services Limited, 1993.
7. Leiderman DB. Gabapentin as add-on therapy for refractory partial epilepsy: results of five placebo-controlled trials. Epilepsia 1994;35(Suppl. 5):S74–S76.
8. McLean MJ. Clinical pharmacokinetics of gabapentin. Neurology 1994;44(Suppl 5):S17–S22.
9. Taylor CP. Emerging perspectives on the mechanism of action of gabapentin. Neurology 1994;44(Suppl 5):S10–S16.
10. Anhut H, Leppik I, Schmidt B, Thomann P. Drug interaction study of the new anticonvulsant gabapentin with phenytoin in epileptic patients (abstract). Naunyn-Schmeideberg Arch Pharmacol 1988;337(Suppl):R127.
11. Graves NM, Holmes GB, Leppik IE, Rask C, Slavin M, Anhut H. Pharmacokinetics of gabapentin in patients treated with phenytoin (abstract). Pharmacotherapy 1989/9:196.
12. Hooper WD, Kavanaugh MC, Herkes GK, Radio MJ. Lack of a pharmacokinetic interaction between phenobarbitone and gabapentin. Br J Clin Pharmacol 1991;31:171–4.
13. Graves NM, Leppik IE, Wagner ML, Spencer MM. Effect of gabapentin on carbamazepine levels (abstract). Epilepsia 1990;31:645.
14. Lithman RM, Hammond EJ, Wilder BJ. Absence of gabapentin and valproate interaction: an evoked potential and pharmacokinetic study. Epilepsia 1990;31:645.
15. McLean MJ. Gabapentin. Epilepsia 1995;36(Suppl 2):S73–S86.
16. Ojemann LM, Friel PN, Temkin NR, Chomlin T, Ricker BA, Wallace J. Long-term treatment with gabapentin for partial epilepsy. Epilepsy Res 1992;13:159–65.
17. Garofalo E. (Parke-Davis, Ann Arbor, MI); 1996, personal communication.
18. Moore JL, Mullik GS, Pakalnis. Gabapentin monotherapy for partial and secondarily generalized seizures (abstract). Epilepsia 1996;37(Suppl 5):S138.
19. Hayes A, Hes M, Mann M, Garofalo E, Liederman D, Pierce M. An open-label multicenter study of gabapentin (Neurontin). Monotherapy and safety in medically refractory patients with partial seizures. Neurology 1995;45(Suppl 2) A204.

For your background information only. Not for Promotion or Distribution.

Y021761

TOTAL P.07

# EXHIBIT B

*Home-Study Course*



# Emerging Applications for Anticonvulsant Therapy

*Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes*

Sponsored by Professional Postgraduate Services,® a division of Physicians World Communications Group

V057097

## FOREWORD

Through clinical experimentation, physicians are becoming increasingly aware of the therapeutic value of antiepileptic drugs (AEDs) in the management of pain. In the published literature, however, news about these positive experiences is sparse and anecdotal, leaving an information gap that is filled primarily through personal communication.

This comprehensive home-study course, **Emerging Applications for Anticonvulsant Therapy: Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes**, provides the latest information on the appropriate use of AEDs and presents clinical cases that demonstrate potential applications for AEDs in treating chronic pain syndromes.

## AUDIENCE

This home-study course is designed to meet the needs of general neurologists, primary care physicians who treat patients for chronic pain, and pain center specialists.

## EDUCATIONAL METHODS

The home-study course combines several valuable and effective teaching methods:
- Patient care vignettes
- Comprehensive therapeutic strategy guide to patient evaluation and treatment

V057098

## EDUCATIONAL OBJECTIVES

After completing the home-study course, physicians should be able to accomplish the following objectives:

- Define pain and describe its various characteristics
- Utilize a comprehensive therapeutic strategy to guide the general evaluation and treatment of patients with chronic pain
- List the types of chronic pain appropriate to anticonvulsive therapy
- Recognize the medical rationale for using anticonvulsants in the appropriate clinical situations
- Assess the current clinical experiences that demonstrate the use of anticonvulsants in the treatment of pain
- Explain potential treatment plans for using anticonvulsants to treat pain
- Evaluate dosing, pharmacologic considerations, safety, and side-effect issues, including drug interactions
- Recommend potential applications for anticonvulsants in treating chronic pain syndromes

### SPONSORSHIP

**Emerging Applications for Anticonvulsant Therapy: Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes** is a home-study program sponsored by the Professional Postgraduate Services® division of Physicians World Communications Group.

Professional Postgraduate Services® is accredited by the Accreditation Council for Continuing Medical Education to sponsor continuing medical education for physicians.

### CME CREDIT

Professional Postgraduate Services® designates this continuing medical education activity for 2 credit hours in Category 1 of the Physicians' Recognition Award of the American Medical Association, provided it is completed as designed.

This CME activity is supported by an unrestricted educational grant from Parke-Davis.

V057099

## ADVISORY BOARD

**Russell K. Portenoy, MD**
**Chairman**
Associate Professor of
    Neurology
Cornell University Medical
    College
Director
Analgesic Studies Pain Service
Department of Neurology
Memorial Hospital
New York, NY

**Charles Laudadio, MD**
Adjunct Clinical Professor
Department of Physiology
School of Life and Health
    Sciences
University of Delaware
Research Staff
Department of Medicine
Medical Center of Delaware
West Chester, PA

**Douglas Mann, MD**
Professor of Neurology
Medical Director
Pain Management Program
Department of Neurology
University of North Carolina
Chapel Hill, NC

**Ninan T. Mathew, MD**
Clinical Professor Restorative
    Neurology
Baylor College of Medicine
Director
Houston Headache Clinic
Houston, TX

**Phulchand Prithvi Raj, MD**
Professor of Clinical
    Anesthesiology
Academic Director of Pain
    Medicine
UCLA Pain Medicine Center
Los Angeles, CA

**Thomas Redner, MD**
Director
Anesthesia Pain Clinic
Codirector
Arnold Pain Center
Harvard Medical School
Instructor in Anesthesia
New England Deaconess
    Hospital
Boston, MA

**Steven C. Schachter, MD**
Assistant Professor of
    Neurology
Harvard Medical School
Director of Clinical
    Research
Comprehensive Epilepsy
    Center
Beth Israel Hospital
Boston, MA

V057100

Order your copy of the new course, **Emerging Applications for Anticonvulsant Therapy: Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes.**

☐ YES, I would like to receive the home-study course, **Emerging Applications for Anticonvulsant Therapy: Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes.**

Please print or type.
Name _____
Title _____
Mailing address _____
_____
Office phone _____
Office fax _____

☐ I am also interested in receiving information about upcoming Study Group Programs on anticonvulsants and pain therapy.

If you have any questions or comments, please contact Mark Schaffer, Director of Continuing Medical Education, Professional Postgraduate Services®, 1-800-223-8978, or within NJ, 201-271-6045. You may copy this card and fax to: 201-865-3521. Please allow 6 to 8 weeks for delivery.

5109/10596/40M

V057101

**Emerging Applications for Anticonvulsant Therapy:**
*Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes*

Professional Postgraduate Services® 400 Plaza Drive PO Box 1505 Secaucus, NJ 07096-9809

**Doctor,**
*You have a patient with unresolved chronic pain. What do you do?*
**Call 1-800-223-8978**

FIRST CLASS MAIL
US POSTAGE
**PAID**
WEST ORANGE, NJ
PERMIT NO. 158

V057102

## FACULTY

**Russell K. Portenoy, MD**
  **Chairman**
Memorial Hospital
New York, NY
**Misha Miroslav Backonja, MD**
University of Wisconsin
  Medical School
Madison, WI
**Bradley S. Galer, MD**
University of Washington
  Medical Center
Multidisciplinary Pain Center
Seattle, WA

**Alexander Mauskop, MD**
Downstate Medical Center
Brooklyn, NY
**Marco Pappagallo, MD**
Johns Hopkins Outpatient
  Center
Blaustein Pain Treatment
  Center
Baltimore, MD
**Richard Payne, MD**
MD Anderson Cancer Center
Houston, TX
**Catherine Willner, MD**
Mayo Clinic
Rochester, MN

## CONTRIBUTORS

**Charles E. Argoff, MD**
Manhassett, NY
**Sue A. Barcellos, MD**
Iowa City, IA
**Jack M. Berger, MD, PhD**
Los Angeles, CA
**David R. Coddon, MD**
New York, NY
**Matthew E. Conolly, MD**
Los Angeles, CA
**David Cook, MD**
Raleigh, NC
**Michael de Rosayro, MD**
Ann Arbor, MI
**Theresa Ferrer-Brechner, MD**
Bakersfield, CA
**Jeffrey B. Gelblum, MD**
Miami, FL

**Neal Goldberger, MD**
Farmington, CT
**J. A. Klapper, MD**
Denver, CO
**Robert Knobler, MD, PhD**
Philadelphia, PA
**David R. Longmire, MD**
Russellville, AL
**John W. Rose, MD**
Salt Lake City, UT
**David N. Smith, MD, PhD**
Rochester, NY
**Robert M. Stewart, MD**
Dallas, TX
**Samuel Ka-Sheng Yue, MD**
St. Paul, MN

V057103

**BUSINESS REPLY MAIL**
FIRST CLASS MAIL PERMIT NO. 13 SECAUCUS, NJ

POSTAGE WILL BE PAID BY ADDRESSEE

USE OF ANTIEPILEPTIC DRUGS IN THE TREATMENT OF
CHRONIC PAIN SYNDROMES
PROFESSIONAL POSTGRADUATE SERVICES®
400 PLAZA DRIVE
PO BOX 1505
SECAUCUS, NJ 07096-9809

NO POSTAGE
NECESSARY
IF MAILED IN
THE UNITED
STATES

V057104