# EXHIBIT D

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
WASHINGTON, D.C.
BEVERLY HILLS
NASHVILLE

May 11, 2005

**VIA FEDERAL EXPRESS**

James P. Rouhandeh, Esq.
Davis, Polk & Wardell
450 Lexington Avenue
New York, NY 10017

David B. Chaffin
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110-1701

    Re: In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629
       Client-Matter No. 9082-0003

Dear Messrs. Rouhandeh and Chaffin:

  Enclosed please find Class and Non-Class Plaintiffs' First Set of Requests for Admission. These Requests for Admission contain two requests relating to each document previously produced by the Defendants in *United States ex rel. Franklin v. Parke-Davis, et al.*, one concerning the genuineness of the document and one requesting an admission that the document is a business record. The Requests for Admission are organized as follows: Requests for Admission 1-22436 relate to the genuineness of each document and are organized sequentially by Bates number, and Requests for Admission 22437-44872 relate to the business record exception contained within Federal Rule of Evidence 803(6) and are also organized sequentially by Bates number.

  The First Set of Requests for Admission is broken into eleven (11) volumes, which contain the following RFAs:

  Volume 1: RFAs 1-5379
  Volume 2: RFAs 5380-10556
  Volume 3: RFAs 10557-15762
  Volume 4: RFAs 15763-20970
  Volume 5: RFAs 20971-25624

James P. Rouhandeh, Esq.
David B. Chaffin
May 11, 2005
Page 2

      Volume 6:  RFAs 25625-29504
      Volume 7:  RFAs 29505-32833
      Volume 8:  RFAs 32834-36433
      Volume 9:  RFAs 36434-40033
      Volume 10:  RFAs 40034-43633
      Volume 11:  RFAs 43634-44872.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Barry R. Himmelstein (pp)

Enclosures

cc:    Plaintiffs' Class Steering Committee (w/o enclosures)
       Plaintiffs' Non-Class Steering Committee (w/o enclosures)

433391.1

# EXHIBIT E

*Medical Education Systems, Inc. Proposal to* 

Scientific Article Series In Support of Neurontin®

## OVERVIEW

Under an educational grant from PARKE-DAVIS, Medical Education Systems, Inc. (MES) proposes to develop a Scientific Article Series supporting the use of Neurontin®. MES will work with faculty members (chosen at the discretion of PARKE-DAVIS) to draft ten scientific articles on the topic of AED therapy, including current findings on expanded uses, transition to monotherapy, as well as other pertinent research findings.

Suggested ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ are as follows or at the discretion of Parke-Davis:

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- Classification of Seizure Disorders and their Management
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ → Mark Harris.
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- Rational Polypharmacy in the Management of Epilepsy
- ▓▓▓▓▓▓ and Patient/Caregiver Education Issues in Epilepsy
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Suggested JOURNALS for the series of articles are as follows or at the discretion of Parke-Davis:

- Letters to Editor

To get fast publication

- *American Journal of Health-System Pharmacy*
- *P & T*
- *Annals of Pharmacotherapy*
- *Neurology*
- *Epilepsia*
- *Postgraduate Medicine*
- *Hospital Practice* (Office Edition)
- *Hospital Formulary* (sent free to all P & T Committee members)
- *Lippincott's Hospital Pharmacy* (sent free to all Hospital, HMO, Consultant Pharmacists)
- *Consultant Pharmacist*
- *Medical Interface*
- Others at the discretion of PARKE-DAVIS

## TIMELINE

MES will begin development of the scientific article series in December 1996 with targeted publication in the second and third quarters of 1997.

X005729

*Medical Education Systems, Inc. Proposal to*   

## BUDGET NARRATIVE:

Editorial research and development of 10 scientific articles @ $12,000 per article

Honorarium to author 10 scientific articles @ $1,000 per article

Miscellaneous fees including Federal Express charges, permissions, etc. @ $375 per article

$ 3,750

**PROJECT TOTAL**   

Cost analysis per scientific article is $13,375.

Copyright©1996. All Rights Reserved. Medical Education Systems, Inc., 1800 JFK Blvd., Suite 800, Philadelphia, PA 19103 (215)665-1060.

X005730

# EXHIBIT F

### Emerging Applications for Anticonvulsant Therapy:
### Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes

### Curriculum Development Meeting

### March 16-17, 1996
### Dallas, Texas

### Agenda

**Saturday Morning**

| | |
|---|---|
| 9:00-10:00 AM | Breakfast |
| 10:00-10:05 | Welcome and Introductory Remarks<br>*Russell K. Portenoy, MD - Chairman* |
| 10:05-10:20 | CME Program Development Process<br>*PPS Spokesperson* |
| 10:20-10:30 | Outline of Program Goals and Objectives<br>*Russell K. Portenoy, MD - Chairman* |
| **10:30-12:45 PM** | **Basic Mechanisms of Pain and Pain Syndromes** |
| 10:30-10:50 | What Is Pain and Its Multiple Dimensions? IASP Definition<br>*Bradley S. Galer, MD* |
| 10:50-11:25 | Interactive Discussion |
| 11:25-11:40 | Break |
| 11:40-12:00 NOON | Pain Assessment, Syndromes, Pathophysiology, and Impact on Function and Quality of Life<br>*Catherine L. Willner, MD* |
| 12:00-12:45 | Interactive Discussion |
| 12:45-1:45 | Lunch |

V073260

1

## Agenda (cont.)

### Saturday Afternoon

| Time | Session |
|---|---|
| 1:45-3:15 PM | **Development of a Comprehensive Therapeutic Strategy for Managing Patients With Chronic Pain** |
| 1:45-2:00 | Role of Primary Therapy and Analgesic Interventions Other Than Drugs<br>*Misha-Miroslav Backonja, MD* |
| 2:00-2:15 | Role of Pharmacotherapy (Including Adjuvant Analgesics)<br>*Alexander Mauskop, MD* |
| 2:15-2:30 | Role of Antiepileptic Drugs: Established and Newer Agents<br>*Russell K. Portenoy, MD* |
| 2:30-3:15 | Interactive Discussion |
| 3:15-3:30 | Break |
| 3:30-5:40 | **Application of the Comprehensive Therapeutic Strategy: Case Studies**<br><br>Treatment of Patient with Diabetic Neuropathy:<br>Two Contrasting Cases<br>*Russell K. Portenoy, MD - Chairman* |
| 4:10-4:25 | Interactive Discussion: Model Assessment |
| 4:25-4:30 | Summary of Day 1 and Instructions for Workshop Breakouts<br>*Russell K. Portenoy, MD - Chairman* |
| 4:30-5:30 | Case-Study Workshop Breakouts* (Part 1) |
| 5:30-5:40 | Closing Remarks |
| 7:00 | Dinner |

2

V073261

## Agenda (cont.)

**Sunday Morning**

| | |
|---|---|
| 7:45-8:15 AM | Breakfast |
| 8:15-8:30 | Opening Remarks |
| 8:30-9:30 | Case-Study Workshop Breakouts* (Part 2) |
| 9:30-9:45 | Break |
| 9:45-11:25 | Presentation of Case-Study Workshop Results (See Presenters below; 20 minutes each) |
| 11:25-11:35 | Summary and Closing Remarks *Russell K. Portenoy, MD - Chairman* |
| 11:35-11:45 | Closing Remarks *PPS Spokesperson* |
| 11:45 | Brunch |
| | Departures |

**\*Workshop Breakouts**

| | |
|---|---|
| Workshop A: | Patient with Postherpetic Neuralgia *Marco Pappagallo, MD* |
| Workshop B: | Patient with Trigeminal Neuralgia *Misha-Miroslav Backonja, MD* |
| Workshop C: | Patient with Reflex Sympathetic Dystrophy *Bradley S. Galer, MD* |
| Workshop D: | Patient with Migraine Headaches *Alexander Mauskop, MD* |
| Workshop E: | Patient with Cancer Pain *Richard Payne, MD* |

3

V073262