# EXHIBIT G

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-cv-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

### CLASS PLAINTIFFS AUTOMATIC REQUIRED DISCLOSURES

Pursuant to Case Management Order No. 2, Rule 26(a)(1) of the Federal Rules of Civil Procedure, and Local Rule 26.2, the Class Plaintiffs hereby make the Initial Disclosures set forth herein. Class Plaintiffs make these initial disclosures based on information readily available to them as of the present date. There has been no discovery in this action to date. Class Plaintiffs' disclosures represent a good faith effort to identify information they reasonably believe may be used to support their claims. By making the following disclosures, Class Plaintiffs do not represent that every individual identified herein necessarily possesses information that Class Plaintiffs will use to support their claims, or that the individuals possess relevant information. Class Plaintiffs reserve the right to supplement these disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure and to call any witnesses at trial not listed herein but identified through discovery, investigation or otherwise in order to support their claims.

**(A)    Names of Individuals Likely to Have Discoverable Information**:

With respect to the various actions and parties, the following individuals are likely to have discoverable information:

(1)    <u>Individuals With Potential Information Relevant to All Class Plaintiffs' Claims</u>

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 1. | Adrian Bal | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 2. | Ahmad Beydoun | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 2301 Zeeb Rd Dexter, MI |
| 3. | Al Jerris | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 4. | Alan Crook | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 5. | Alan Ettinger | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 270-05 76th Avenue, LIJ/ Room BC New Hyde Park, NY |
| 6. | Alan G. Levin | Senior Vice President, Pfizer Global Research and Development (PGRD) Finance & Strategic Management | 235 E 42nd St New York, NY 10017 |

2

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 7. | Alan Kestenbaum, M.D. | Research on off-label uses for Neurontin | Unknown |
| 8. | Alan Z. Segal, M.D. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 9. | Alexander Mauskop | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 East 76th Street New York, NY |
| 10. | Alexandra Accardi, M.D. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 11. | Alexandra Andreani | Employee of Ferguson; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 Lanidex Plaza West Parsippany, NJ 07054 |
| 12. | Alicia Dobson | Employee of Cline, Davis & Mann and MEDED; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017<br><br>330 South St P.O. Box 1976 Morristown, NJ 07962 |

3

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 13. | Allen Rubinstein | Legal and regulatory affairs; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 14. | Amy Roberts | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 15. | Andrea Rose-Legatt | Employee of Parke-Davis; Neurontin's efficacy or inefficacy for various off-label indications | Unknown |
| 16. | Andrew Lawrence Stoll | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | McLean Hospital; 115 Mill Street Belmont, MA |
| 17. | Ann M. Holmes | Employee of AMM/Adelphi, LLC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY<br><br>305 East 46th Street, 7th Floor New York, NY 10017 |
| 18. | Ann Sinclair | Employee of Medical Education Network; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 E 33rd St. Floor 4 New York, NY |

4

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 19. | Anthony H. Wild | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 20. | Anthony Ritaccio | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Albany Medical College 43 New Scotland Avenue Albany, NY |
| 21. | Atul Pande | Employee of Parke-Davis; Neurontin's efficacy or inefficacy for various off-label indications | Unknown |
| 22. | Ayanna Littrean | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY 10003 |
| 23. | B. Joe Wilder | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 10530 N W 15th Place Gainesville, FL |
| 24. | Baqvr Naqvi | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 25. | Barbara Graska | Employee of Parke-Davis and Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 26. | Barbara Monaghan | Vice President, AM Medica Communications Group; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY<br><br>305 East 46th Street, 7th Floor New York, NY 10017 |
| 27. | Barry Gidal | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | School of Pharmacy; University of Wisconsin; 777 Highland Ave Madison, WI |
| 28. | Barry Hendin | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Phoenix Neurological Associates, 1331 North 7th Street, #350 Phoenix, AZ |
| 29. | Basim Uthman | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | (H) 4626 NW 12th Fl Gainesville, FL |

| NAME | SUBJECT | ADDRESS |
| --- | --- | --- |
| 30. Bassel Abou-Khalil | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 31. Berge Nimpolan | Payment of kickbacks by Warner-Lambert and Pfizer | Unknown |
| 32. Beth Attias-Yon | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 33. Beth Rosten | Payment of kickbacks by Warner-Lambert and Pfizer | Worcester, MA |
| 34. Bina O'Brien | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 35. Blaise F. D. Bourgeois | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 300 Longwood Avenue Boston, MA |
| 36. Bob Bloder | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 37. | Bradley S. Galer | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | West Chester, PA |
| 38. | Brian Zorn | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 39. | Brion Brandes | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 40. | Bruce Ehrenberg | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | NEMC Box 314; 750 Washington St. Boston,MA |
| 41. | Bruce Nicholson | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Pain Specialists of Greater Lehigh Valley, PC; 1240 S Cedar Crest Blvd; Suite 307 Allentown, PA |
| 42. | Carl Bazil | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Columbia Comprehensive Epilepsy Center; 710 W 168th St. New York, NY |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 43. | Carla Dago | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 44. | Carol Ek | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 45. | Chris Higgins | Employee of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 46. | Chris Sweeney | Employee of Boron LePore; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 14 Schoolhouse Road Somerset, NJ 08873 |
| 47. | Christine Kepple | Employee of MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |
| 48. | Christine L. Manning | Employee of MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |
| 49. | Christine Lucker | Research on off-label uses for Neurontin | Unknown |
| 50. | Christopher Watling | Research on off-label uses for Neurontin | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 51. | Chuck Hardwick | Senior Vice President, Corporate Affairs | 235 E 42nd St New York, NY 10017 |
| 52. | Claire Maioran | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 53. | Clare Cheng | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 54. | Cliff Gachewa | Employee of Boron LePore; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 14 Schoolhouse Road Somerset, NJ 08873 |
| 55. | Constantine L. Clemente | Executive Vice President of Pfizer Inc., Corporate Affairs | 235 E 42nd St New York, NY 10017 |
| 56. | Craig D. Lawson | Research on off-label uses for Neurontin | Unknown |
| 57. | Curt McAllister | Employee of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 58. | Cynthia Harden | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Weill Medical College of Cornell University Comprehensive Epilepsy Center 520 East 70th Street, Starr 607 New York, NY |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 59. | Darryl Moy | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 60. | Dave Long | Legal and regulatory affairs; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 61. | David B. Marcotte | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 210 Fairway Dr Fayetteville, NC |
| 62. | David DeNino | Employee of CME, Inc./CME, LLC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 2801 McGaw Avenue Irvine CA, 92614 |
| 63. | David Franklin | Former employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 7 Whirty Circle Hopkinton, MA 01748<br><br>c/o Greene & Hoffman, P.c. 125 Summer Street, Suite 1410 Boston, MA 02110 |
| 64. | David Meyer, M.D. | Payment of kickbacks by Warner-Lambert and Pfizer | Unknown |
| 65. | David Murphy | Employee of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017<br><br>300 East 59th Street, Apt. 403, New York, New York |

11

| NAME | SUBJECT | ADDRESS |
|------|---------|---------|
| 66. David R. Longmire | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses; Payment of kickbacks by Warner-Lambert and Pfizer | 13150 Highway 43 Russellville, AL |
| 67. David Treiman | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 350 W. Thomas Road; Suite 300 Phoenix, AZ |
| 68. Debbie Chavez | Employee of Parke-Davis and Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 69. Debbie Scarano | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 70. Deborah Cantrell | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Neurology Clinic of San Antonio8042 Wurzbach Road San Antonio, TX |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 71. | Debra Farese | Employee of Verispan LLC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 800 Township Line Rd Yardley, PA 19067 |
| 72. | Delia M. Wilson | Employee of MEDED; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 330 South St P.O. Box 1976 Morristown, NJ 07962 |
| 73. | Dennis Burke | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 74. | Dennis Nitz | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | The Centre for Neurosciences, Orthopaedics & Spine, PC; 575 Sioux Point Road Dakota Dunes, SD |
| 75. | Derek Lee | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 76. | Diane Bogolowski | Employee of MEDED; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 330 South St P.O. Box 1976 Morristown, NJ 07962 |
| 77. | Don Schanz | Payment of kickbacks by Warner-Lambert and Pfizer | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 78. | Doug Saltel | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 79. | Douglas Nordli | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Children's Memorial Medical Center; Box 29; 2300 Children's Plaza Chicago, IL |
| 80. | Ed McCormack | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 81. | Edda Guerrero | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 82. | Edgar Ross | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Dept. of Anesthesiology, Perioperative and Pain Medicine; 75 Francis Street; CWN L1 Boston, MA |
| 83. | Edward Covington, Jr. | American Academy of Pain Medicine; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 4700 W Lake Ave Glenview, IL 60025 |

14

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 84. | Elana Beckerman | Employee of Medical Education Network; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 E 33rd St. Floor 4 New York, NY |
| 85. | Elisa Ricciuto | Employee of HCC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | One Bridge Plaza Fort Lee, NJ 07024 |
| 86. | Elizabeth Garofalo | Employee of Parke-Davis; Neurontin's efficacy or inefficacy for various off-label indications | Unknown |
| 87. | Elizabeth J. Narcessian | Payment of kickbacks by Warner-Lambert and Pfizer | Unknown |
| 88. | Elizabeth Phillips | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 89. | Enrique Carrazana | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 8940 N. Kendall Drive Miami, FL |
| 90. | F. Michael Cutrer | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 200 First St. S.W. Rochester, MN |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 91. | Francine Kivel | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 2250 Baker Road Dexter, Michigan |
| 92. | Frank Corbin | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 93. | Frank Dow | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 94. | Frank Gilliam | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Washington University School of Medicine; 660 South Euclid; Campus Box 8111 St. Louis, MO |
| 95. | Frank Mettrick | Location of documents relevant to this litigation | Unknown |
| 96. | Gail D. Anderson, Ph.D | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | University of Washington, Department of Pharmacy, Health Sciences Building, Room H-375 Seattle, WA |
| 97. | Gary Mellick | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 38515 River Ridge Ct. |

16

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 98. | Gary Sachs | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | MGH, 15 Parkman St. Boston, MA |
| 99. | Geoffrey Kalish | Employee of HCC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | One Bridge Plaza Fort Lee, NJ 07024 |
| 100. | George Morris | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Epilepsy Care Specialist, SC2801 W Kinnickinnic River Pkwy#570 Milwaukee, WI |
| 101. | Gregory Bergey | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | The Johns Hopkins Hospital Department of Neurology Meyer 2-147 600 N. Wolfe Street Baltimore, MD |
| 102. | Gregory Cascino | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 200 First St. S.W. Rochester, MN |
| 103. | Gregory L. Holmes | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | One Medical Center Drive Lebanon, NH |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 104. | Gretchen Williams | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY 10003 |
| 105. | Guy Rordorf, M.D. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 106. | Hans Hansen | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses; Payment of kickbacks by Warner-Lambert and Pfizer | 27 13th Avenue NE Hickory, NC |
| | Henry A. McKinnell | Chairman and CEO of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 107. | Hillary Noden | Employee of Associates in Medical Marketing Inc.; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 9 Pheasant Run Road Newtown, PA 18940 |
| 108. | Hilliard Page | Marketing and promotion of off-label uses for Neurontin | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 109. | Howard Rosner, M.D. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 110. | Ilo Leppik | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Mincep Epilepsy Care 5775 Wayzata Blvd Suite 255 Minneapolis, MN<br><br>516 Delaware St SE Minneapolis, MN |
| 111. | Israel Abrams | Payment of kickbacks by Warner-Lambert and Pfizer | Worcester, MA |
| 112. | J. Jackson | Employee of Ferguson; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 Lanidex Plaza West Parsippany, NJ 07054 |
| 113. | J. Patrick Kelly | President of Pfizer U.S. Pharmaceuticals, and a Vice President of Pfizer | 235 E 42nd St New York, NY 10017 |
| 114. | Jack A. Klapper | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1155 E 18th Ave Denver, CO |
| 115. | Jack Anstandig | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1440 Snow Rd Cleveland, OH |

| NAME | SUBJECT | ADDRESS |
|------|---------|---------|
| 116. Jacki Gordon | Employee of AMM/Adelphi, LLC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY

305 East 46th Street, 7th Floor New York, NY 10017 |
| 117. Jackie Rizzo | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 118. James E. Murray | Location of documents relevant to this litigation | 9 Ellsworth Road Larchmont, NY 10538-1405 |
| 119. James Ferrendelli | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 6431 Fannin Houston, TX |
| 120. James Jamieson | CFO, MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |
| 121. James Oxnam | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY 10003 |
| 122. James Wheless | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 6410 FANNIN #1028 Houston, TX |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 123. | Jane Boggs | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Neurology Dept.; 818 Main Lane Orlando, FL |
| 124. | Jane Byun | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 125. | Janeth Turner | Regulatory affairs | Unknown |
| 126. | Jeff Robinson | Employee of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 127. | Jeffrey B. Kindler | General Counsel and Chief Compliance Officer of Pfizer | 235 E 42nd St New York, NY 10017 |
| 128. | Jeffrey Gelblum | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 4302 Alton Rd Miami Beach, FL |
| 129. | Jenae Graf | Employee of Parke-Davis and Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 130. | Jennifer Guilmette | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 131. | Jennifer Kleinman | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 132. | Jennifer Weinstein | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY 10003 |
| 133. | Jerome Schnitt | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 2200 Whitney Ave Hamden, CT |
| 134. | Jerry Huetz | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 135. | Jerry LePore | Employee of Boron LePore; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 14 Schoolhouse Road Somerset, NJ 08873 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 136. | Jill Weiss | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 137. | Jim Lamatina | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 138. | Jim McAuley, R.Ph. Ph.D | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Columbus, OH |
| 139. | Jim Parker | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses; legal and regulatory affairs | Unknown |
| 140. | Jimmy Black | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 141. | Joan K. Bradley | Employee of MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |
| 142. | Joanne A. Wilson | Employee of MEDED; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 330 South St P.O. Box 1976 Morristown, NJ 07962 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 143. | Joanne McSurdy | Employee of HCC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | One Bridge Plaza Fort Lee, NJ 07024 |
| 144. | Joe McFarland | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 145. | John Bayliss | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY 10003 |
| 146. | John Boris | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 37 Glenbrook Road, Morris Plains, New Jersey |
| 147. | John DeToledo | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 410 Professional Arts Center 1150 N.W. 14th Street Miami, FL |
| 148. | John Ford | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |