| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 149. | John Knoop | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 52 West Mount Drive, Livingston, New Jersey |
| 150. | John Krukar | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 151. | John L. Arnett, M.D. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 152. | John L. LaMattina | Senior Vice President, Pfizer Inc and President, Pfizer Global Research and Development | 235 E 42nd St New York, NY 10017 |
| 153. | John L. Schwartz | Employee of CME, Inc./CME, LLC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 2801 McGaw Avenue Irvine CA, 92614 |
| 154. | John M. Pellock | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Virginia Commonwealth University Box 980211 Richmond, VA |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 155. | John Montgomery | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 156. | John Patts | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 157. | John R. Hughes | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 720 Roslyn Ter Evanston, IL |
| 158. | John W. Winkelman | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Sleep Health Center; 1400 Centre Street, Suite 109 Newton, MA |
| 159. | Jon Kaeuper | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 160. | Joseph Bruni | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | University of Toronto Medicine Dept. Toronto, Canada |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 161. | Joseph Dymkowski | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 162. | Joseph Gattuso | Employee of Ferguson; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 Lanidex Plaza West Parsippany, NJ 07054 |
| 163. | Joseph M. Feczko, M.D. | Vice President, Pfizer Inc., Executive Vice President, Pfizer Global Research and Development, and President, Worldwide Development | 235 E 42nd St New York, NY 10017 |
| 164. | Joseph Pieroni | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 165. | Joseph Weissman | Payment of kickbacks by Warner-Lambert and Pfizer | Unknown |
| 166. | Jyoti Jankowski | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 167. | Karen Katen | President of the global Pfizer Pharmaceuticals | 235 E 42nd St New York, NY 10017 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 168. | Katherine Dietzen | Chief Operating Officer, AM Medica Communications Group; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY<br><br>305 East 46th Street, 7th Floor New York, NY 10017 |
| 169. | Kathy Accinni | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 170. | Kathy Pitten | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 171. | Ken Lawlor, PhD | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 172. | Kenneth Gorson | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Caritas St. Elizabeth's Medical Center, SJ4N; 736 Cambridge St. Boston, MA |
| 173. | Kevin Walker | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 174. | Kim Repp | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 175. | Kimberly M. Law | Employee of MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |
| 176. | Kirsten Kantak | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 177. | Larry B. Mellick | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 178. | Larry Perlow | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 179. | Larry Thibault | Employee of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |

| NAME | SUBJECT | ADDRESS |
|------|---------|---------|
| 180. Laura Johnson | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 181. Lavern Brett | Payment of kickbacks by Warner-Lambert and Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 182. Leigh A. Beck | Employee of MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |
| 183. Lene Ulrich | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 184. Les Slater | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 185. Leslie Fierro | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 186. | Leslie Magnus-Miller | Employee of Parke-Davis; Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 187. | Liam S. Donohue | Employee of Access Worldwide Communications Group; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY<br><br>305 East 46th Street, 7th Floor New York, NY 10017 |
| 188. | Linda Ley Ciccarelli | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 189. | Linda Yen | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 190. | Lisa Badrow | Employee of HCC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | One Bridge Plaza Fort Lee, NJ 07024 |
| 191. | Lisa Ciancio | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 192. | Lisa F. Hyden | Employee of Ferguson; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 Lanidex Plaza West Parsippany, NJ 07054 |
| 193. | Lisa Kellett | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 194. | Lisa Schrager | Employee of Medical Education Network; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 E 33rd St. Floor 4 New York, NY |
| 195. | Lodewijk J.R. de Vink | Employee of Warner-Lambert; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 196. | Lori Ruben, M.D. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 197. | M. Afzal Choudry | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 601 E Dixie Ave, Ste 806 Leesburg, FL |

| NAME | SUBJECT | ADDRESS |
|------|---------|---------|
| 198. Marc Dichter | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 199. Margaret Milke | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 200. Marianne Gomulinsky | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 201. Marilyn Abel | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY 10003 |
| 202. Marilyn Gross | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 203. Mark E. Schaffer | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 204. | Mark Friedman | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 205. | Mark H. Pollack | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Psychiatry-Outpatient Dept.; 15 Parkman Street, WAC 815 Boston, MA |
| 206. | Mark Pierce | Employee of Parke-Davis; Neurontin's efficacy or inefficacy for various off-label indications | Unknown |
| 207. | Mark Yerby | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Department of Public Health and Preventive Medicine 3181 SW Sam Jackson Park Rd, Mail Code CB669 Portland, OR |
| 208. | Martha Morrell | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Comprehensive Epilepsy Ctr 710 W 168th St # 1401 New York, NY |
| 209. | Mary A. Parenti | Employee of MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 210. | Mary K. Anderson | Employee of MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |
| 211. | Mary Lou Aquino | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 212. | Maryann K. Farinet | Employee of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 213. | Maurice A. Renshaw | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 214. | Michael Davies, PhD | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 215. | Michael L. Seng, M.D. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 216. | Michael McLean | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Vanderbilt University School of Medicine 2100 Pierce Ave #437 MCS 37212-3375, TN |
| 217. | Michael Nigro | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 28595 Orchard Lake Rd. #200 Farmington Hills, MI |
| 218. | Michael Privitera | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Dept. of Neurology; 231 Albert Sabin Way, 5th Floor Cincinnati, OH |
| 219. | Michael Smith | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Rush Professional Office Building 1725 W. Harrison Street, Suite 1106 Chicago, IL |
| 220. | Michael Valentino | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 221. | Miroslav Backonja | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | H6 / 570 Clinical Science Center; 600 Highland Avenue Madison, WI |
| 222. | Mitchell J. Cohen | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Thomas Jefferson University, Jefferson Medical College , Department of Psychiatry and Human Behavior Philadelphia, PA |
| 223. | Nancy J. Globus | Employee of MES; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA 19103-7406 |
| 224. | Nancy Kohler | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 225. | Natasha Giordano | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 226. | Nina Graves | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 4312 Ridge Ct Wayzata, MN |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 227. | Ninan Mathew | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1213 Hermann Dr Houston, TX |
| 228. | Norm Phillips | Vice-president of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 229. | Norman Sussman | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | NYU Medical Center; 150 East 58th Street New York, NY |
| 230. | Oliver Brandicourt | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 231. | One or more representatives from Ferguson 2000 | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 Lanidex Plaza West Parsippany, NJ |
| 232. | One or more representatives from Health Care Communications, Inc | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | One Bridge Plaza Fort Lee, NJ |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 233. | One or more representatives of AAPM (American Academy of Pain Management) | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 13947 Mono Way #A Sonora, CA 95370 209-533-9744 209-533-9750 |
| 234. | One or more representatives of Access Worldwide Communications, Inc. | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 4950 Communication Avenue Suite 300 Boca Raton, FL |
| 235. | One or more representatives of AM Medica Communications Group | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY<br><br>305 East 46th Street, 7th Floor New York, NY 10017 |
| 236. | One or more representatives of AMM Publications Inc. | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY<br><br>305 East 46th Street, 7th Floor New York, NY 10017 |
| 237. | One or more representatives of AMM/Adelphi, LLC | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY<br><br>305 East 46th Street, 7th Floor New York, NY 10017 |
| 238. | One or more representatives of Cardinal Health, Inc. | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 14 Schoolhouse Road Somerset, NJ<br><br>1800 John F. Kennedy Boulevard, Suite 800 Philadelphia, PA |
| 239. | One or more representatives of Cline, Davis & Mann, Inc | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 240. | One or more representatives of CME LLC | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 2801 McGaw Avenue Irvine, CA |
| 241. | One or more representatives of IMS Health | Data relating to Neurontin prescriptions; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 242. | One or more representatives of Jefferson Medical College | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1020 Walnut Street Philadelphia, PA 19107-5587 215-955-6000 |
| 243. | One or more representatives of Medical Education Consultants | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 405 Park Avenue Suite 702 New York, NY 10022<br><br>1221 Post Road East Westport, CT 06880 |
| 244. | One or more representatives of Medical Education Consultants LLC | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1221 Post Road East Westport, CT |
| 245. | One or more representatives of Medical Education Network Inc | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 E 33rd St. Floor 4 New York, NY |
| 246. | One or more representatives of Medical Education Programs, Inc | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 330 South St P.O. Box 1976 Morristown, NJ |
| 247. | One or more representatives of Medical Education Resources, Inc. | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1500 West Canal Court Littleton, CO |

| NAME | SUBJECT | ADDRESS |
|---|---|---|
| 248. | One or more representatives of Micromedex | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 249. | One or more representatives of Parke-Davis | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 250. | One or more representatives of Pfizer, Inc. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 251. | One or more representatives of Sudler & Hennessey | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY |
| 252. | One or more representatives of the Dannemiller Memorial Educational Foundation | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 5711 Northwest Parkway San Antonio, TX 78249 800-328-2308 210-641-8329 |
| 253. | One or more representatives of Thomson Physicians World | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ |

41

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 254. | One or more representatives of Verispan, LLC | Data relating to Neurontin prescriptions; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 255. | One or more representatives of Wicks Medical Information, LLC | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 405 Park Avenue Suite 702 New York, NY |
| 256. | One or more representatives of Warner-Lambert | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 257. | Orrin Devinsky | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 403 East 34th Street, 4FL New York, NY |
| 258. | Pat Galati | Employee of AMM/Adelphi, LLC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY

305 East 46th Street, 7th Floor New York, NY 10017 |
| 259. | Patricia Penovich | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 260. | Patricia Suppes | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | UT Southern Medical Center at Dallas;<br>5323 Harry Hines Blvd.<br>Dallas, TX |
| 261. | Patrick Madden M.D. | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 262. | Patrick Reichenberger | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 263. | Paul C. Marshall | Payment of kickbacks by Warner-Lambert and Pfizer | Worcester, MA |
| 264. | Paul Hardy | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 62 Derby Street, Suite 11<br>Hingham, MA |
| 265. | Peter B. Corr | Senior Vice President for Science and Technology at Pfizer | 235 E 42nd St<br>New York, NY 10017 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 266. | Peter Mineo | Employee of Proactive Healthcare Communications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 267. | Phil Magistro | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 268. | Phil Roselin | Employee of Cline, Davis & Mann; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 220 East 42nd Street New York, NY 10017 |
| 269. | R. Eugene Ramsey | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Room 410 Professional Arts Center 1150 N.W. 14th Street Miami, FL |
| 270. | Rachel Lequercia | Employee of Medical Education Network; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 E 33rd St. Floor 4 New York, NY |
| 271. | Rajesh Sachdeo | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Clinical Academic Building - Suite 6100 125 Paterson Street New Brunswick, NJ |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 272. | Ralph S. Ryback | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 13 East Second Street Frederick, MD |
| 273. | Raman Sankar | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 22-474 MDCC, UCLA School of Medicine Los Angeles, CA |
| 274. | Randy Whitcomb | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 275. | Ravish Ghandi | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 276. | Rich DesRault | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 277. | Rich Thetchi | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 278. | Richard B. Dewey | Research on off-label uses for Neurontin | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 279. | Richard Grady | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 280. | Richard Mattson | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 333 Cedar St New Haven, CT |
| 281. | Richard Payne | Research on off-label uses for Neurontin | Unknown |
| 282. | Richard Weiss | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 283. | Robert Allen | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 284. | Robert Baraff | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 4815 Liberty Avenue Mellon Pavillion Suite 432 Pittsburgh, PA |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 285. | Robert Barkin | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1211 Blackthorn Lane Deerfield, IL |
| 286. | Robert Doyle | Employee of Parke-Davis; Parke-Davis Marketing Logistics; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 287. | Robert F Leroy | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 7777 Forest Ln Dallas, TX |
| 288. | Robert G. Miller | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 289. | Robert S. Chudnow | Research on off-label uses for Neurontin | Unknown |
| 290. | Robert S. Fisher | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Stanford University, Dept of Neurology, 300 Pasteur Dr., H3113 Stanford, CA |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 291. | Robert Teseny | Employee of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St<br>New York, NY 10017 |
| 292. | Robert Webster | Employee of Medical Education Network; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 E 33rd St. Floor 4<br>New York, NY |
| 293. | Ron Gruber | Employee of Medical Education Network; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 30 E 33rd St. Floor 4<br>New York, NY |
| 294. | Ron Martin | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 295. | Ruben Gutierrez | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South<br>New York, NY 10003 |
| 296. | Russell K. Portenoy, MD | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | First Avenue at 16th St.<br>New York, NY |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 297. | Ruth Tiernan | American Academy of Pain Medicine; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 4700 W Lake Ave Glenview, IL 60025 |
| 298. | Sandi Trovato | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY 10003 |
| 299. | Sandra Pace | Parke-Davis Regulatory Affairs | Unknown |
| 300. | Sarah Messinger | Employee of Sudler & Hennessey; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 230 Park Avenue South New York, NY 10003 |
| 301. | Scott Mattingly | Employee of Medical Education Resources; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1500 West Canal Court Littleton, CO 80120-5615 |
| 302. | Sharon Lewis | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 303. | Shilpa Shah-Mehta | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |