| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 304. | Solomon Moshe | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 1410 Pelham Parkway South Kennedy Center, Room 316 Bronx, NY |
| 305. | Spenser G. Weig | Payment of kickbacks by Warner-Lambert and Pfizer | Worcester, MA |
| 306. | Stephen Silberstein | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Jefferson Hospital for the Neurosciences; 900 Walnut Street; Suite 200 Philadelphia, PA |
| 307. | Steve Frank | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 308. | Steve Hagnal | Employee of Boron LePore; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 14 Schoolhouse Road Somerset, NJ 08873 |
| 309. | Steve Piron | Senior Product Manager for Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 310. | Steven Bitman | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 311. | Steven Schachter | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | BIDMC/Department of Neurology<br>330 Brookline Avenue, KS-478<br>Boston, MA |
| 312. | Susan D. Duplak | Employee of HCC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | One Bridge Plaza<br>Fort Lee, NJ 07024 |
| 313. | Susan Montan | Employee of Parke-Davis and Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway<br>Secaucus, NJ 07094 |
| 314. | Tammy Martin | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 315. | Teresa Shaw | Employee of AMM/Adelphi, LLC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor<br>New York, NY<br><br>305 East 46th Street, 7th Floor<br>New York, NY 10017 |
| 316. | Terrence Ketter | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Stanford University School of Medicine;<br>Dept. of Psychiatry and Behavioral Sciences;<br>300 Pasteur Drive<br>Stanford, CA |

| NAME | SUBJECT | ADDRESS |
|------|---------|---------|
| 317. Thomas Browne | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 720 Harrison Ave. Suite 707 Boston, MA |
| 318. Thomas Davis | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 319. Tim Windom | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 320. Timothy W. Lynch | Employee of MEDED and MEDCON; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 330 South St P.O. Box 1976 Morristown, NJ 07962<br><br>405 Park Avenue Suite 702 New York, NY 10022<br><br>1221 Post Road East Westport, CT 06880 |
| 321. Tina Grogan | Employee of Pfizer; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 235 E 42nd St New York, NY 10017 |
| 322. Tom Albright | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 323. | Tom Gorga | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 324. | Tom Kelly | Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 325. | Toufic Fakhour | Research on off-label uses for Neurontin | Unknown |
| 326. | Uli Monaco | Employee of AMM/Adelphi, LLC; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 335 West 16 Street, 4th Floor New York, NY<br><br>305 East 46th Street, 7th Floor New York, NY 10017 |
| 327. | Vern Weitz | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |
| 328. | Vic Delimata | Employee of Parke-Davis; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | Unknown |
| 329. | Vincent E. Stahl | Employee of Physicians World; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 150 Meadowlands Parkway Secaucus, NJ 07094 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 330. | William Rosenfeld | Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 11134 Conway Rd Saint Louis, MO |
| 331. | William S. Walsh | President of MEDED; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses | 330 South St P.O. Box 1976 Morristown, NJ 07962 |
| 332. | William Sigmund, M.D. | Employee of Parke-Davis; Neurontin's efficacy or inefficacy for various off-label indications; Warner-Lambert and Pfizer's marketing and promotion of Neurontin for ineffective uses; medical & scientific affairs | Unknown |
| 333. | Zona Hodge | Employee of Parke-Davis; Human Resources | Unknown |

Additionally, there are thousands of other individuals who are likely to have discoverable information, including physicians and employees of various entities, who are identified in the documents identified in Section II, ¶ B.3 of Case Management Order No. 3 dated March 18, 2005 ("the Franklin Documents"), which includes (i) documents produced by the Defendants as well as (ii) "all responsive documents provided by nonparties to any of the parties." Any disclosure of these names at this point would be unduly burdensome and result in an excessively voluminous and unwieldy document. There are additional individuals identified in the various documents associated with the civil action United States of America ex rel. David Franklin v.

Parke-Davis, C.A. No. 96-11651-PBS (D. Mass.) ("the Franklin case"), including but not limited to all pleadings and other documents filed with the court in the Franklin case (including the Relator's opposition to Defendants motion for summary judgment and all documents and exhibits filed in connection therewith), all documents produced by David Franklin to Pfizer in the Franklin case, all deposition transcripts and exhibits from the Franklin case, all answers to interrogatories and information served in connection therewith and all expert reports prepared in connection with the Franklin case.

(2)    Individuals With Potential Information Relevant to Gerald Smith's Claims

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 334. | Gerald Smith | Class Plaintiff | 1711 W. State Rd 236 Roachdale, IN 46172 |
| 335. | Dr. Kylene Huler | Gerald Smith | 5250 E. U.S. 36  Suite, 210 Avon, IN 46123 |
| 336. | Cigna Ins. Co. | Gerald Smith | 10 Dundaff Street Carbondale, PA 18407 |
| 337. | CVS Pharmacy | Gerald Smith | 1021, Indianapolis Rd. Greencastle, IN 46135 |

(3)    Individuals With Potential Information Relevant to Lorraine Kopa's Claims

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 338. | Lorraine Kopa | Class Plaintiff | 190 Gordon Avenue Carbondale, PA 18407 |
| 339. | Dr. V.D. Dhaduk | Lorraine Kopa | 141 Salem Avenue Carbondale, PA 18407 |
| 340. | Dr. Thomas Craparo | Lorraine Kopa | 10 Dundaff Street Carbondale, PA 18407 |

|      | NAME | SUBJECT | ADDRESS |
|------|------|---------|---------|
| 341. | First Priority Healthcare Insurance Company | Lorraine Kopa | 70 North Main Street Wilkes Barre, PA 18711 |
| 342. | CVS Pharmacy | Lorraine Kopa | Westside Shopping Mall Carbondale, PA 18407 |
| 343. | Moses Taylor Hospital | Lorraine Kopa | 700 Quincy Avenue, Scranton, PA |

(4)    Individuals With Potential Information Relevant to International Union of Operating Engineers, Local No. 68 Welfare Fund's Claims

|      | NAME | SUBJECT | ADDRESS |
|------|------|---------|---------|
| 344. | Thomas Giblin | Trustee | 11 Fairfield Place West Caldwell, New Jersey |
| 345. | Dennis Giblin | Trustee | 11 Fairfield Place West Caldwell, New Jersey |
| 346. | Any other individual disclosed in any documents produced or referenced in this litigation that may have knowledge concerning the issues related to the claims or defenses in this litigation | Claims or defenses in this litigation | Unknown |
| 347. | Any other individual who any defendant knows, or should know, has knowledge concerning the issues related to the claims or defenses in this litigation | Claims or defenses in this litigation | Unknown |

(5)     <u>Individuals With Potential Information Relevant to ASEA/AFSCME Local 52's Claims</u>

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 348. | Fred. G. Brown | Current Chairman of ASAE's Board of Trustees | c/o MARY L. STOLL Seattle Tower, Suite 1100 1218 Third Avenue Seattle WA 98101-3081 Telephone 206-623-2855 Fax 206-667-9805 |
| 349. | Stanley Kaneshiro | Current Secretary/Treasurer | c/o MARY L. STOLL Seattle Tower, Suite 1100 1218 Third Avenue Seattle WA 98101-3081 Telephone 206-623-2855 Fax 206-667-9805 |
| 350. | Patricia Nault | Current Trustee | c/o MARY L. STOLL Seattle Tower, Suite 1100 1218 Third Avenue Seattle WA 98101-3081 Telephone 206-623-2855 Fax 206-667-9805 |
| 351. | Chris Pace | Current Trustee | c/o MARY L. STOLL Seattle Tower, Suite 1100 1218 Third Avenue Seattle WA 98101-3081 Telephone 206-623-2855 Fax 206-667-9805 |
| 352. | Frank Puschak | Current Trustee | c/o MARY L. STOLL Seattle Tower, Suite 1100 1218 Third Avenue Seattle WA 98101-3081 Telephone 206-623-2855 Fax 206-667-9805 |
| 353. | Michael Williams | Current Trustee | c/o MARY L. STOLL Seattle Tower, Suite 1100 1218 Third Avenue Seattle WA 98101-3081 Telephone 206-623-2855 Fax 206-667-9805 |

| NAME | SUBJECT | ADDRESS |
|---|---|---|
| 354. Davis L. Campana | Former Trustee | c/o  MARY L. STOLL<br>Seattle Tower, Suite 1100<br>1218 Third Avenue<br>Seattle WA  98101-3081<br>Telephone 206-623-2855<br>Fax 206-667-9805 |
| 355. Eileen A. Olson | Former trustee | c/o  MARY L. STOLL<br>Seattle Tower, Suite 1100<br>1218 Third Avenue<br>Seattle WA  98101-3081<br>Telephone 206-623-2855<br>Fax 206-667-9805 |
| 356. Robert H. Powers | Former trustee | c/o  MARY L. STOLL<br>Seattle Tower, Suite 1100<br>1218 Third Avenue<br>Seattle WA  98101-3081<br>Telephone 206-623-2855<br>Fax 206-667-9805 |
| 357. Harriet Lawlor | Former trustee | c/o  MARY L. STOLL<br>Seattle Tower, Suite 1100<br>1218 Third Avenue<br>Seattle WA  98101-3081<br>Telephone 206-623-2855<br>Fax 206-667-9805 |
| 358. Jeff Anderson | Former trustee | c/o  MARY L. STOLL<br>Seattle Tower, Suite 1100<br>1218 Third Avenue<br>Seattle WA  98101-3081<br>Telephone 206-623-2855<br>Fax 206-667-9805 |
| 359. Administration Services, Inc. | Third-Party Administrator | 111 West Cataldo Street, Suite 100<br>PO Box 5434<br>Spokane, WA 99205<br>(509) 328-0300 |

| NAME | SUBJECT | ADDRESS |
|------|---------|---------|
| 360. Valera Kingsley, at Administration Services, Inc. | Third-Party Administrator | 111 West Cataldo Street, Suite 100 PO Box 5434 Spokane, WA 99205 (509) 328-0300 |
| 361. Peggy Starks, at Administration Services, Inc. | Third-Party Administrator | 111 West Cataldo Street, Suite 100 PO Box 5434 Spokane, WA 99205 (509) 328-0300 |
| 362. Ken Hearron, at Administration Services, Inc. | Third-Party Administrator | 111 West Cataldo Street, Suite 100 PO Box 5434 Spokane, WA 99205 (509) 328-0300 |
| 363. Debbie Hansen | Trusts' former Administrator through July 2003 (for matters other than claims processing) | 7555 Whitehawk Drive Anchorage, AK 99507 |
| 364. Caremark Rx, Inc. | Trust's Prescription Benefits Manager | 11350 McCormick Rd, EP II Hunt Valley, MD 21031 (800) 600-0180 |
| 365. Saba Habtom, at Caremark Rx, Inc. | Trust's Prescription Benefits Manager | 11350 McCormick Rd, EP II Hunt Valley, MD 21031 (800) 600-0180 |
| 366. Marsh, USA | Employee Benefits Consultant | 1031 West 4th Ave, Suite 400Anchorage, AK 99501(907) 257-6307 |
| 367. Colleen Savoie, at Marsh, USA | Employee Benefits Consultant | 1031 West 4th Ave, Suite 400 Anchorage, AK 99501 (907) 257-6307 |
| 368. Intracorp. | Utilization Review and Case Management Provider | (800) 642-1628 |

    (6)    <u>Individuals With Potential Information Relevant to Harden Manufacturing's</u>
    <u>Claims</u>

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 369. | Joe Mac Smith | CEO of Harden Manufacturing Corporation; Provision of pharmaceutical benefits to employees of the corporation; Relationship with third party administrators who administer the prescription benefit for the benefit of employees. | Harden Manufacturing Corporation 7155 State Highway 13 Haleyville, AL 35565 |
| 370. | Kenneth Joe Smith | President of Harden Manufacturing Corporation; Provision of pharmaceutical benefits to employees of the corporation; Relationship with third party administrators who administer the prescription benefit for the benefit of employees. | Harden Manufacturing Corporation 7155 State Highway 13 Haleyville, AL 35565 |
| 371. | Gene Matthews | Vice-President and Chief Financial Officer of Harden Manufacturing Corporation; Provision of pharmaceutical benefits to employees of the corporation; Relationship with third party administrators who administer the prescription benefit for the benefit of employees. | Harden Manufacturing Corporation 7155 State Highway 13 Haleyville, AL 35565 |

| | NAME | SUBJECT | ADDRESS |
|---|---|---|---|
| 372. | Timothy Craig Smith | Vice-President of Sales and Marketing of Harden Manufacturing Corporation; Provision of pharmaceutical benefits to employees of the corporation; Relationship with third party administrators who administer the prescription benefit for the benefit of employees. | Harden Manufacturing Corporation 7155 State Highway 13 Haleyville, AL 35565 |
| 373. | Ron Trousdale | Human Resources Manager (last employed December 1997); Provision of pharmaceutical benefits to employees of the corporation; Relationship with third party administrators who administer the prescription benefit for the benefit of employees. | Unknown |
| 374. | Jerry Howell | Human Resources Manager of Harden Manufacturing Corporation: (1998-2000); Provision of pharmaceutical benefits to employees of the corporation; Relationship with third party administrators who administer the prescription benefit for the benefit of employees. | Unknown |

| NAME | SUBJECT | ADDRESS |
|------|---------|---------|
| 375. Kimeral Wilson | Human Resources Manager of Harden Manufacturing Corporation (2001-present); Provision of pharmaceutical benefits to employees of the corporation; Relationship with third party administrators who administer the prescription benefit for the benefit of employees. | Harden Manufacturing Corporation 7155 State Highway 13 Haleyville, AL 35565 |
| 376. Blue Cross and Blue Shield of Alabama, Inc. | Third Party Administrator of Harden Manufacturing Flexible Plan; Provision of pharmaceutical benefits to employees of the Harden Manufacturing Corporation. Claims data regarding Neurontin paid for by Harden Manufacturing for the benefit of employees. | 936 South 19th Street, Birmingham, AL 35205 |
| 377. Blue Cross and Blue Shield of Alabama, Inc. | Underwriter and Insurer of Harden Manufacturing Health Plan; Provision of pharmaceutical benefits to employees of the Harden Manufacturing Corporation. Claims data regarding Neurontin paid for by Harden Manufacturing for the benefit of employees. | 936 South 19th Street, Birmingham, AL 35205 |

| NAME | SUBJECT | ADDRESS |
|------|---------|---------|
| 378. | JRH Risk Services, Inc. | Third Party Administrator of Harden Manufacturing Flexible Plan; Provision of pharmaceutical benefits to employees of the Harden Manufacturing Corporation. Claims data regarding Neurontin paid for by Harden Manufacturing for the benefit of employees. | Birmingham, AL |

(7)     Individuals With Potential Information Relevant to BlueCross/BlueShield of Louisiana's Claims

| | NAME | SUBJECT | ADDRESS |
|--|------|---------|---------|
| 379. | R. Dwight Brower, MD | Pharmacy benefits | 5525 Reitz Avenue Baton Rouge, LA 70809 (225) 295-3307 |
| 380. | Milam W. Ford | Pharmacy benefits and program | 5525 Reitz Avenue Baton Rouge, LA 70809 (225) 295-3307 |
| 381. | Katherine Crosby | Pharmacy reimbursement – historical | 5525 Reitz Avenue Baton Rouge, LA 70809 (225) 295-3307 |
| 382. | Kandyce S. Cowart | Neurontin claims | 5525 Reitz Avenue Baton Rouge, LA 70809 (225) 295-3307 |

The Class Plaintiffs reserve their right to supplement this section upon completion of additional discovery and investigation. Each Class Plaintiff incorporates by reference the disclosures of each other Class Plaintiff as well as the disclosures common to all Class Plaintiffs.

**(B)**     **Documents, Data Compilations and Tangible Things:**

With respect to the various actions and parties, the Class Plaintiffs hereby identify all

documents that are in their possession, custody or control that may be used to support their

claims:

(1)     <u>Documents in the Possession, Custody or Control of All Class Plaintiffs</u>

The Class Plaintiffs have possession, custody or control of the Franklin Documents, as

defined above. These documents are located at the offices of Greene & Hoffman, P.C. The

Class Plaintiffs also have possession, custody or control of various documents associated with

the Franklin case, including but not limited to, all pleadings and other documents filed with the

court in the Franklin case (including the Relator's opposition to Defendants motion for summary

judgment and all documents and exhibits filed in connection therewith), all deposition transcripts

and exhibits from the Franklin case, all documents produced by David Franklin to Pfizer in the

Franklin case, all answers to interrogatories and information served in connection therewith, and

all expert reports served in connection with the Franklin case. These documents are located at

the offices of Greene & Hoffman, P.C. The Class Plaintiffs have also recently received

purported copies of the Neurontin NDA as well as various research reports associated with

Neurontin. Electronic copies of the NDA and research reports are located at the offices of

Greene & Hoffman, P.C.

The Class Plaintiffs also have possession, custody or control of documents relating to

Defendants' criminal plea agreement and settlement of various other criminal and civil matters in

connection with United States of America v. Warner-Lambert, Criminal Action No. 04-10150-

RGS, the Franklin Case and various federal and state investigations relating to the marketing of

Neurontin. This includes Pfizer's criminal Plea Agreement dated May 12, 2004, the Agreement

dated May 13, 2004, the government's Information dated May 13, 2004, the Settlement Agreement and Release in the Franklin Case, the Sentencing Memorandum of the United States dated June 2, 2004, the Corporate Integrity Agreement, and the Transcript of Waiver, Change of Plea and Sentencing Hearing Before Hon. Richard G. Stearns dated June 7, 2004.

(2)    Documents in the Possession, Custody or Control of Gerald Smith

With respect to Plaintiff Gerald Smith, the Class Plaintiffs have possession, custody or control of the following documents: (1) Plaintiff Gerald Smith's Medical Records; and (2) Plaintiff Gerald Smith's pharmacy records evidencing payments for purchases of Neurontin

(3)    Documents in the Possession, Custody or Control of Lorraine Kopa

With respect to Plaintiff Lorraine Kopa, the Class Plaintiffs have possession, custody or control of the following documents: (1) Plaintiff Lorraine Kopa's Medical Records; and (2) Plaintiff Lorraine Kopa's CVS Pharmacy records for purchases of Neurontin.

(4)    Documents in the Possession, Custody or Control of International Union of Operating Engineers, Local No. 68 Welfare Fund

A.    May 13, 2004 letter from Michael J. Sullivan and Thomas E. Kanwit to Robert B. Fiske and James P. Rouhandeh, memorializing guilty plea agreement in *United States v. Warner-Lambert Company LLC*, Crim. No. 04-10150 RGS (D. Mass.);

B.    Defendant Warner-Lambert Company LLC's Sentencing Memorandum, *United States v. Warner-Lambert Company LLC*, Crim. No. 04-10150 RGS (D. Mass.);

C.    Utilization report;

D.    FDA approved label(s) for January 1, 1994 to September 15, 2004;

E.    June 29, 2001 Warning Letter from Lisa Stockbridge, Ph.D., FDA Regulatory Reviewer to Andrea Garrity, Director, Regulatory Affairs, Pfizer, Inc., and enclosure;

F.    December 30, 1993 Letter from Robert Temple to Janeth Turner;

G.    U.S. Patent No. 4,024,175 of May 17, 1977;

H.    May 24, 2002 Letter from Cynthia McCormick to Dr. Drusilla Scott;

I.        1995 Epilepsy Business Plan;

J.        U.S. Patent No. 5,025,035 of June 18, 1991;

K.        U.S. Patent No. 5,084,479 of January 28, 1992;

L.        May 18, 1994 Memorandum from Walker to Dr. Laesecke, Dr. Pierce and Ulrich;

M.        November 7, 1994 Memorandum from Mi Dong to Neurontin (Anticonvulsant) Development Team;

N.        (Final draft of) May 18, 1995 Marketing Assessment: Neurontin in Psychiatric Disorders;

O.        January 19, 1995 Memorandum from Mi Dong to Neurontin Development Team;

P.        February 28, 1995 Memorandum from Mi Dong to Neurontin Development Team;

Q.        March 16, 1995 Memorandum from Mi Dong to Neurontin (Anticonvulsant) Development Team;

R.        May 5, 1997 Memorandum from Mi Dong to Neurontin (Anticonvulsant) Development Team;

S.        May 30, 1997 Memorandum from Mi Dong to Neurontin (Anticonvulsant) Development Team;

T.        March 22, 1995 Memorandum from J. Pieroni to Anton, Brandner, Cadre, Evans, Gemelli, Montgomery, and Summers;

U.        March 28, 1995 Interoffice Memorandum from Pande to Boris;

V.        March 23, 1995 Interoffice Memorandum from Pande to Boris;

W.        U.S. Patent No. 5,510,381 of April 23, 1996;

X.        (Draft of) May 18, 1995 Marketing Assessment Neurontin in Psychiatric Disorders;

Y.        U.S. Patent No. 5,792,796 of August 11, 1998;

Z.        July 31, 1995 cover letter from Brandicourt to Development Team with attached Marketing Assessment: Neurontin in Neuropathic Pain and Spasticity of July 24, 1995;

AA.        August 29, 1995 memorandum from Kivel to Distribution;

BB. Judgment in a criminal case, June 9, 2004, *United States v. Warner-Lambert Company LLC*, Crim. No. 04-10150 RGS (D. Mass.);

CC. October 26, 1995 memorandum from Kivel to Boris, Brandicourt, Guerrero, Knoop, Magnus-Miller and Perlow;

DD. Plea minutes, June 7, 2004, *United States v. Warner-Lambert Company LLC*, Crim. No. 04-10150 RGS (D. Mass.);

EE. July 31, 1996 memorandum from Boris to Neurontin Pharmaceutical Sector Marketing Group;

FF. Criminal Information, *United States v. Warner-Lambert Company LLC*, Crim. No. 04-10150 RGS (D. Mass.);

GG. 1998 Strategic Plan and A&P Allocation Grid Neurontin;

HH. Business Strategies To Penetrate The Hospital Segment of the Northeast Customer Business Unit;

II. June 12, 1997 Parke-Davis Memorandum to A. Crook;

JJ. WorkBook New Frontiers in Social Phobia and Bipolar Disorders;

KK. May 24, 1996 Neurontin 1997 Situation Analysis;

LL. May 31, 1996 South Central CBU 1997 Situation Analysis;

MM. June 12, 1996 memorandum from Epilepsy Marketing Team to Distribution List Re: Situation Analysis for Neurontin;

NN. Neurontin Northeast CBU 1997;

OO. 1998 Marketing Plan;

PP. June 12, 1996 memorandum from J. Knoop and A. Crook to A. Spalding;

QQ. September 6, 1996 Emerging applications in the Uses of AEDs;

RR. September 13, 1996 memorandum from Clare Cheng to A. Crook re: Neurontin 1997 Tactical Plan;

SS. 1998 Neurontin Tactics Prepared July 30, 1997 by: Cline, Davis & Mann;

TT. August 11, 1997 memorandum from Vic Delimata to Distribution re: 1998 Neurontin A & P Allocation;

UU. 1998 Strategic Plan and Advertising & Promotion Allocation Grid;

VV.     Agreement of April 19, 1996 between Dr. Stuart Lestch and Parke-Davis, Warner-Lambert Company and Dr. Selbst and Parke-Davis, Warner-Lambert;

WW.     Parke-Davis Memorandum to Area Business Managers from Neurontin Marketing Team Re: Advances in Anticonvulsants Meeting of March 7, 1996

XX.     Neurontin 1996 SE CBU Plan;

YY.     Parke-Davis Memorandum to Managers, Product Development from Les Lang Re: Neurontin Consultant Meetings of 3/27/96;

ZZ.     August 20, 1996 MEDED letter to Elizabeth Attias-Yon and attached documents;

AAA.    May 8, 1996 Parke-Davis Memorandum to Field Sales Colleagues from Neurontin Marketing Team re: Jupiter Beach Consultants Program;

BBB.    May 21, 1996 Parke-Davis Memorandum to Area Business Managers from Neurontin Marketing Team re: Jupiter Beach Trending Worksheet;

CCC.    Questions and Answers Asked About Speakers Bureau (promotional) Programs vs. Independent Activities;

DDD.    Responsibilities & Definitions;

EEE.    Neurontin: 1998 Situation Analysis;

FFF.    (draft) Neurontin 1998 Situation Analysis

GGG.    November 9, 1995 Proposal for Emerging Applications For Anticonvulsant Therapy;

HHH.    PROWORX Memorandum to Allen Crook from Bina O'Brien, Project Director re: Situation Analysis for the ADA Satellite Symposium of June 24, 1997;

III.    Payment Register;

JJJ.    June 24, 1995 memorandum from Carol Ek to Edda Guerrero regarding 1994 Merritt Putnam Lectures;

KKK.    Parke-Davis Memorandum to B. Garafalo from L. Hayes re: Gabapentin for Treatment of Pain Consultants Meeting, September 28, 1995, Boston, MA;

LLL.    AMM/ADELPHI, Ltd. 996 letter to Phil Magistro, Ph.D.;

MMM.    March 4, 1997 Mary Lou Aquino letter to Mary Parenti, with attachment;

NNN.    Medical Education Systems, Inc. June 18, 1997 letter to Parke-Davis's Nancy Kohler;

OOO.     Medical Education Systems, Inc. January 8, 1998 fax cover sheet with attached status report and article;

PPP.     July 26, 1995 Memorandum from J. Rizzo to L. Ulrich/E. Guerrero, et al., re: Selected Physician Titration Analysis;

QQQ.     Epilepsy Awareness & Support Exchange (STEPS TRIAL);

RRR.     STEPS Statement of Agreement;

SSS.     August 7, 1997 Parke-Davis Memorandum to CNS Team from Laura Johnson re: STEPS Investigators Meeting;

TTT.     Agenda Monday, June 26, 995 for meeting for Neurontin "Operating Planning Process Timetable and Guide";

UUU.     January 26, 1995 memorandum from David Davis to Rick Banchansky, re: STEPS Hospital Sites of January 26, 1995;

VVV.     August 23, 1994 memorandum form R.J. Banchansky to Northeast CBU Colleagues;

WWW.     May 16, 1996 memorandum from J. Rizzo to Edda Guerrero;

XXX.     August 14, 1996 memorandum from Jackie Rizzo to Distribution re: High AED Deciled Physician Telefocus Groups;

YYY.     March 28, 1996 Memorandum from Jyoti Jankowski to Medical Liaisons re: Neurontin Teleconferences;

ZZZ.     March 10, 1998 memorandum from Vic Delimata to Distribution re: CME Psychiatry Dinner and Teleconferences;

AAAA.     January 12, 1995 memorandum from Carol Ek to Edda Guerrero re: PROMOTRAK ANALYSIS, Event #501 Neurontin Educational Teleconferences;

BBBB.     March 18, 1996 memorandum from E. Guerrero to J. Knoop re: Neurontin Plus Plan;

CCCC.     October 6, 1997 memorandum from Doug Saltel to John Knoop re: 4Q97 Goals;

DDDD.     July 9, 1996 memorandum to Phil Magistro from Richard Grady;

EEEE.     March 12, 1996 memorandum from Chris Miller to Les Lang and Jyoi Jankowski;

FFFF.     February 23, 1996 inter-office memo from Art Spalding to Laura Johnson re: 2 grants;

GGGG.     April 27, 1997 Parke-Davis Study Proposal Form;

HHHH.     VA Friends of Medical Science Research;

IIII.     Vanderbilt University Medical Center;

JJJJ.     Unrestricted grant to University of Texas-Houston Department of Neurology, Dr. James Ferrendelli;

KKKK.     May 31, 1996 Northeast CBU 1997 Situation Analysis;

LLLL.     Parke-Davis Documents evidencing "unrestricted grant" funding publication of Dr. Leppik's textbook;

MMMM.     July 19, 1996 letter from Lesley R. Frank, Ph.D., J.D. to William Merinno;

NNNN.     Parke-Davis Key Customer records;

OOOO.     Undated form letter from Robert Mennella, M.D. regarding Neurontin use for neuropathic pain;

PPPP.     June 9, 1997 letter from Warner Lambert Company to Lesley Frank;

QQQQ.     Dr. Steven Schachter Slides;

RRRR.     February 7, 1997 memorandum from Mi Dong to Neurontin Development Team;

SSSS.     FDA Memorandum of Meeting Minutes Re: "To Discuss the non-approvable letter of August 26, 1997 for S-006", of September 18, 1997;

TTTT.     Memorandum from Mi Dong to Neurontin Development Team of November 30, 1995;

UUUU.     Parke-Davis from Edda Guerrero of December 7, 1995, see Pharmaceutical Sector 1996 Operating Plan's S.W.O.T. Analysis;

VVVV.     April 8-9, 1997 Core Marketing Team Meeting;

WWWW.     Memorandum from J. Boris to Distribution of 11th Neurontin Core Marketing Team Meeting;

XXXX.     October 3, 1996 memorandum from Teresa Sham to Mr. John Boris;

YYYY.     October 2, 1997 Parke-Davis Memorandum to distribution with attached Minutes of Core Marketing Team Meeting;

ZZZZ.     Fourth Annual Comprehensive Review of Pain Management 1997 Syllabus;

AAAAA.     Parke-Davis Northeast/Southeast Regional Speakers Bureau;

BBBBB.     March 18, 1997 memorandum from Eugene A. Picciano to Distribution;

CCCCC.   12th Core Marketing Team Meeting March 19-20, 1996;

DDDDD.   June 11, 1997 memorandum from Bina O'Brien to Allen Crook and Vic Delimata re: APA Advisory Board Meeting Summary;

EEEEE.   Strategy 4.


    (5)    <u>Documents in the Possession, Custody or Control of ASEA/AFSCME Local 52</u>

The Trust has possession or the ability to retrieve documents maintained by its service providers related to the formation and administration of the health benefits plan, documentation related to administration of claims for reimbursement of expenses for Neurontin and the procedures and policies relevant to administration of such claims.  Service providers who may have relevant documents include: Administration Services, Inc., the Trust's third-party administrator; Caremark, Rx, Inc., the Trust's prescription benefits manager; Marsh, USA, the Trust's health benefits consultant; and Intracorp, the Trust's Utilization Review and Case Management Provider.

Such documentation may be in hard copy form and/or in electronic format.  Plaintiffs are prepared to meet and confer with Defendants to determine how information regarding Plaintiff's Neurontin claims can best be extracted from existing electronic databases.

    (6)    <u>Documents in the Possession, Custody or Control of Harden Manufacturing</u>

    A.    Health Benefit Plans including description of pharmaceutical benefits provided to employees

    B.    Contracts and correspondence with third party administrators including Blue Cross Blue Shield of Alabama and JRH Risk Services, Inc.

    C.    Payment records related to payment for Neurontin administered to employees

D.     Claims data related to claims made and paid regarding Neurontin administered to employees (as obtained from third party administrators).

(7)    <u>Documents in the Possession, Custody or Control of BlueCross/BlueShield of Louisiana</u>

The documents described below are located at Plaintiff's offices: 5525 Reitz Avenue, Baton Rouge, LA 70809.

A.     Pharmacy contracts

B.     Pharmacy Benefit Manager contracts

C.     Member contracts

D.     Neurontin payment data

The Class Plaintiffs reserve their right to supplement this section upon completion of additional discovery and investigation. Each Class Plaintiff incorporates by reference the disclosures of each other Class Plaintiff as well as the disclosures common to all Class Plaintiffs.

**(C)    Computation of Damages:**

The Class Plaintiffs have sustained billions of dollars in damages in the form of amounts they paid for Neurontin as a result of Defendants' fraudulent scheme to market and sell the drug for a variety of uses for which Neurontin has not been scientifically proven efficacious. The Class Plaintiffs have not yet computed the damages with any greater specificity. The Class Plaintiffs may be entitled to interest, costs, fees and other penalties.

The Class Plaintiffs reserve their right to supplement this section upon completion of additional discovery and investigation.

**(D) Insurance Agreements:**

The Class Plaintiffs do not have in their possession, custody or control, nor are they aware of, any insurance policies under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

The Class Plaintiffs reserve their right to supplement this section upon completion of additional discovery and investigation.

DATE:  June 3, 2005                                    By the Class Plaintiffs' attorneys,

**Members of the Class Plaintiffs' Steering Committee**

By: ___/s/ Don Barrett_____
    Don Barrett, Esq.
    Barrett Law Office
    404 Court Square North
    P.O. Box 987
    Lexington, MS  39095

By:___/s/ Daniel Becnel, Jr._____
    Daniel Becnel, Jr., Esq.
    Law Offices of Daniel Becnel, Jr.
    106 W. Seventh Street
    P.O. Drawer H
    Reserve, LA  70084

By:___/s/ James Dugan_____
    James Dugan, Esq.
    Dugan & Browne
    3500 N. Hullen Street
    Metairie, LA  70002

By:____/s/ Thomas M. Greene_____
    Thomas M. Greene, Esq.
    Greene & Hoffman, P.C.
    125 Summer Street, 14th Floor
    Boston, MA  02110


By:____/s/ Barry Himmelstein_____
    Barry Himmelstein, Esq.
    Lieff Cabraser Heimann & Bernstein
    Embarcadero Center West
    275 Battery Street, 30th Floor
    San Francisco, CA  94111-3339


By:____/s/ Thomas M. Sobol_____
    Thomas M. Sobol, Esq.
    Hagens Berman LLP
    One Main Street, 4th Floor
    Cambridge, MA  02142