UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) MDL Docket No. 1629 ) ) Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris ) |
| LAURA ALLEN, et al. v. PFIZER INC., et al., Docket No. 05-10797-PBS | ) ) ) ) |

## REQUEST FOR ORAL ARGUMENT

Defendants, Pfizer Inc. and Warner-Lambert Company ("Defendants"), respectfully request a hearing in connection with their opposition to the Plaintiffs' motion to remand the consolidated action entitled <u>Allen v. Pfizer Inc.</u>, Civil Action No. 05-107970-PBS. Defendants believe that oral argument may assist the Court, and they wish to be heard.

Dated: June 16, 2005                                PFIZER INC., et uno,

                                                    By their attorneys,

                                                    s/James P. Rouhandeh
                                                    James P. Rouhandeh
                                                    James E. Murray
                                                    Deborah L. MacGregor
                                                    DAVIS POLK & WARDWELL
                                                    450 Lexington Avenue
                                                    New York, New York 10017
                                                    (212) 450-4000

-and-

s/David B.Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000