UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| LAURA ALLEN, ADMINISTRATIX OF THE ESTATE OF THE LATE DANIEL ALLEN, TIMOTHY BRIDGES, and ALFRED MORABITO, individually and on behalf of themselves and all others similarly situated, | Judge Patti B. Saris |
| | Civil Action No. 05-10797 |
| Plaintiffs, | |
| v. | |
| PFIZER, INC. and PARKE-DAVIS, a division of Warner-Lambert Company | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND

Plaintiffs move that this Honorable Court permit them to file a memorandum of law in reply to defendants' opposition to their Motion to Remand, which reply is being filed herewith. This additional memorandum is necessary in order to respond to certain matters raised in defendants' opposition – including authorities not set forth in defendants' Notice of Removal – as well as address a court decision issued since the filing of the Motion to Remand. Plaintiffs further state that this reply will be of substantial assistance to the Court in resolving the issues raised by the Motion to Remand.

1

DATED: June 16, 2005        /s/ Daniel D'Angelo
                            Robert J. Bonsignore, BBO# 547880
                            Daniel D'Angelo, BBO# 630321
                            BONSIGNORE & BREWER
                            23 Forest Street
                            Medford, MA 02155
                            Tel: (781) 391-9400
                            Fax: (781) 391-9496

                            ATTORNEYS FOR PLAINTIFFS