UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ASSURANT HEALTH, INC., ET AL. v. PFIZER, INC., ET AL., NO. 05-10535 | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>*Assurant* File No. 05-10535<br><br>Judge Patti B. Saris |

*ASSURANT* PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR COURT TO ISSUE A SUGGESTION TO THE PANEL TO RETURN
*ASSURANT* PLAINTIFFS' CIVIL ACTION TO THE TRANSFEROR COURT

TO: ALL PARTIES AND THEIR COUNSEL

**PLEASE TAKE NOTICE** that *Assurant* Plaintiffs[1], by and through their counsel, submitted a status report to the Court, at its request, regarding certain pretrial management issues on May 22, 2005. No formal motion was filed, at that time, because *Assurant* Plaintiffs were merely responding to the Court's request and the motion to remand to New Jersey state court is still pending. Defendants Pfizer Inc. and Warner-Lambert Company ("Defendant Pfizer") and

---

[1] Unless otherwise specified, "*Assurant* Plaintiffs" refers to the Plaintiffs in *Assurant Health, Inc. et al. v. Pfizer Inc., et al.*, No. 1:05-cv-10535-PBS: ASSURANT HEALTH, INC., and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and its subsidiaries and affiliates and their self-funded plans; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MASSACHUSETTS and its self-funded plans; BLUE CROSS BLUE SHIELD OF MICHIGAN and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MINNESOTA and its subsidiaries and affiliates and their self-funded plans; GROUP HEALTH SERVICE OF OKLAHOMA, INC. and its subsidiaries and affiliates; CAREFIRST, INC. and its subsidiaries and affiliates and their self-funded plans; EXCELLUS HEALTH PLAN, INC. and its subsidiaries and affiliates and their self-funded plans; FEDERATED MUTUAL INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; HEALTH CARE SERVICE CORPORATION, on behalf of itself and its Illinois, New Mexico and Texas Divisions and their self-funded plans; MUTUAL OF OMAHA INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; TRUSTMARK INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; and WELLCHOICE, INC., and its subsidiaries and affiliates and their self-funded plans.

20139167-1

Class Plaintiffs, however, have filed memoranda in response and opposition to *Assurant* Plaintiffs' status report, as if it was a formal motion.

**THEREFORE**, *Assurant* Plaintiffs hereby provide notice and move this Court to issue a suggestion to the Judicial Panel on Multidistrict Litigation ("the Panel") to return *Assurant* Plaintiffs' civil action to the transferor court, if their motion to remand to New Jersey state court is denied. This motion is made to eliminate any procedural issues that may or may not exist and is based upon *Assurant* Plaintiffs' Status Report and Request That This Court Issue A Suggestion Of Remand To The Judicial Panel On Multidistrict Litigation, filed on May 22, 2005, and all files, records, and proceedings herein.

DATED:  June 16, 2005.

                                            ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:    /s/ Annamarie A. Daley
       Annamarie A. Daley (#158112)
       Mark Ireland (#0303690)
       2800 LaSalle Plaza
       800 LaSalle Avenue
       Minneapolis, MN 55402-2015
       Tel.: (612) 349-8500
       Fax: (612) 339-4181

       James S. Harrington (# 543744)
       800 Boylston Street, 25th Floor
       Boston, MA 02199
       Tel.: 617.267-2300
       Fax: 617.267.8288

*Attorneys for Assurant Plaintiffs*

## Certificate of Consultation

As counsel for *Assurant* Plaintiffs, I certify that counsel has conferred with Defendants' counsel regarding the issue of severing and staying *Assurant* Plaintiffs' civil action, and I certify that counsel attempted in good faith to resolve or narrow the issues presented in this motion.

DATED: June 16, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Annamarie A. Daley
Annamarie A. Daley (#158112)
Mark Ireland (#0303690)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel.: (612) 349-8500
Fax: (612) 339-4181

James S. Harrington (# 543744)
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel.: 617.267-2300
Fax: 617.267.8288

*Attorneys for Assurant Plaintiffs*