UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO:<br><br>ASSURANT HEALTH, INC., ET AL. v. PFIZER, INC., ET AL., NO. 05-10535 | Master File No. 04-10981<br>*Assurant* File No. 05-10535<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING *ASSURANT* PLAINTIFFS' MOTION FOR COURT TO ISSUE A SUGGESTION TO THE PANEL TO RETURN ASSURANT PLAINTIFFS' CIVIL ACTION TO THE TRANSFEROR COURT**

**THIS MATTER** having been brought before the Court by the *Assurant* Plaintiffs,[1] by and through their counsel, on a Motion For Court To Issue A Suggestion To The Panel To Return *Assurant* Plaintiffs To The Transferor Court, and all files, records and proceedings herein;

**IT IS** on this _____ day of _____, 2005;

**ORDERED** as follows:

Applicants' motion to issue a suggestion to return *Assurant* Plaintiffs' civil action

---

[1] The *Assurant* Plaintiffs are plaintiffs from *Assurant Health, Inc. et al. v. Pfizer Inc., et al.*, No. 05-10535-PBS. These Plaintiffs include the following: ASSURANT HEALTH, INC., and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and its subsidiaries and affiliates and their self-funded plans; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MASSACHUSETTS and its self-funded plans; BLUE CROSS BLUE SHIELD OF MICHIGAN and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MINNESOTA and its subsidiaries and affiliates and their self-funded plans; GROUP HEALTH SERVICE OF OKLAHOMA, INC. and its subsidiaries and affiliates; CAREFIRST, INC. and its subsidiaries and affiliates and their self-funded plans; EXCELLUS HEALTH PLAN, INC. and its subsidiaries and affiliates and their self-funded plans; FEDERATED MUTUAL INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; HEALTH CARE SERVICE CORPORATION, on behalf of itself and its Illinois, New Mexico and Texas Divisions and their self-funded plans; MUTUAL OF OMAHA INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; TRUSTMARK INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded

to the transferor court is hereby GRANTED.

                                                                                 _____
                                                                                 Hon. Judge Patti B. Saris
                                                                                 United States District Judge

plans; and WELLCHOICE, INC., and its subsidiaries and affiliates and their self-funded plans.

Word 20134001.1
MP3 20139185.1