UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ASSURANT HEALTH, INC., ET AL. v. PFIZER, INC., ET AL., NO. 05-10535 | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>*Assurant* File No. 05-10535<br><br>Judge Patti B. Saris |

*ASSURANT* PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR LEAVE TO FILE A REPLY MEMORANDUM TO
DEFENDANT PFIZER AND CLASS PLAINTIFFS' RESPONSE TO
*ASSURANT* PLAINTIFFS' STATUS REPORT

TO: ALL PARTIES AND THEIR COUNSEL

**PLEASE TAKE NOTICE** that *Assurant* Plaintiffs[1] submitted a status report to the Court on May 22, 2005. This status report was submitted in response to the Court's request that *Assurant* Plaintiffs provide information regarding certain pretrial management issues that would arise if *Assurant* Plaintiffs' pending motion to remand to New Jersey state court is denied. Although these issues would be moot if their motion to remand is granted, *Assurant* Plaintiffs

---

[1] Unless otherwise specified, "*Assurant* Plaintiffs" refers to the Plaintiffs in *Assurant Health, Inc. et al. v. Pfizer Inc., et al.*, No. 1:05-cv-10535-PBS: ASSURANT HEALTH, INC., and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and its subsidiaries and affiliates and their self-funded plans; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MASSACHUSETTS and its self-funded plans; BLUE CROSS BLUE SHIELD OF MICHIGAN and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MINNESOTA and its subsidiaries and affiliates and their self-funded plans; GROUP HEALTH SERVICE OF OKLAHOMA, INC. and its subsidiaries and affiliates; CAREFIRST, INC. and its subsidiaries and affiliates and their self-funded plans; EXCELLUS HEALTH PLAN, INC. and its subsidiaries and affiliates and their self-funded plans; FEDERATED MUTUAL INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; HEALTH CARE SERVICE CORPORATION, on behalf of itself and its Illinois, New Mexico and Texas Divisions and their self-funded plans; MUTUAL OF OMAHA INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; TRUSTMARK INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; and WELLCHOICE, INC., and its subsidiaries and affiliates and their self-funded plans.

20137465-1

stated that they would not consent to a sever and stay of their antitrust counts. In the alternative, *Assurant* Plaintiffs requested that the Court exercise its judicial discretion and return *Assurant* Plaintiffs' civil action to the transferor court based upon the Court's concerns regarding the growing scope of MDL 1629 and existing case management plan.

No formal motion was filed, because *Assurant* Plaintiffs were merely responding to the Court's request and the motion to remand to New Jersey state court is still pending. Defendants Pfizer Inc. and Warner-Lambert Company ("Defendant Pfizer") and Class Plaintiffs, however, have filed memoranda in response and opposition to *Assurant* Plaintiffs' status report, as if it was a formal motion. Therefore, *Assurant* Plaintiffs have filed formal motion papers, to eliminate any procedural issues that may or may not exist, and now request leave to file the attached reply to Defendant Pfizer and Class Plaintiffs' response, pursuant to Local Rule 7.1(B)(3). The grounds for this motion are as follows:

1. On May 27, 2005, Defendants Pfizer, Inc. and Warner-Lambert Company ("Defendant Pfizer") submitted Defendants' Response To *Assurant* Plaintiffs' Request That Court Issue A Suggestion Of Remand, and Class Plaintiffs submitted Class Plaintiffs' Response to *Assurant* Plaintiffs' Request that the Court Issue Suggestion of Remand on June 6, 2005.

2. The response memoranda filed by Defendant Pfizer and Class Plaintiffs' on May 27, 2005 raise issues that were not fully addressed, if at all, in *Assurant* Plaintiffs' status report. *Assurant* Plaintiffs now respectfully request leave of this Court to file a brief reply memorandum that will discuss three contentions made by Defendant Pfizer and Class Plaintiffs: (1) Defendant Pfizer and Class Plaintiffs wrongly stated that *Assurant* Plaintiffs have reversed their position regarding MDL 1629 and waived their right to oppose severing and staying their claims; (2) Defendant Pfizer and Class Plaintiffs argue that severing *Assurant* Plaintiffs' antitrust claims will eliminate the need for discovery related to anticompetitive conduct; (3) Defendant

20137465-1

Pfizer and Class Plaintiffs claim that returning *Assurant* Plaintiffs' civil action to the transferor court is inconsistent with the purposes underlying multidistrict litigation.

3.  *Assurant* Plaintiffs believe that the brief reply memorandum attached as Exhibit A will assist the Court in its consideration of *Assurant* Plaintiffs' request to return this civil action to the transferor court if their motion to remand to New Jersey state court is denied.

**THEREFORE,** *Assurant* Plaintiffs respectfully moves the Court to grant its Motion for Leave To File Reply Memorandum Regarding Request That The Court Issue A Suggestion Of Remand To The Judicial Panel On Multidistrict Litigation pursuant to Local Rule 7.1(B)(3).

DATED:  June 16, 2005.

                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:    /s/ Annamarie A. Daley
         Annamarie A. Daley (#158112)
         Mark Ireland (#0303690)
         2800 LaSalle Plaza
         800 LaSalle Avenue
         Minneapolis, MN 55402-2015
         Tel.: (612) 349-8500
         Fax: (612) 339-4181

         James S. Harrington (# 543744)
         800 Boylston Street, 25th Floor
         Boston, MA 02199
         Tel.: 617.267-2300
         Fax: 617.267.8288

         *Attorneys for Assurant Plaintiffs*

## Certificate of Consultation

As counsel for *Assurant* Plaintiffs, I certify that counsel has conferred with Defendants' counsel, and I certify that counsel attempted in good faith to resolve or narrow the issues presented in this motion. Defendants' counsel stated that they neither support nor oppose *Assurant* Plaintiffs' motion.

DATED: June 16, 2005.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:   /s/ Annamarie A. Daley
      Annamarie A. Daley (#158112)
      Mark Ireland (#0303690)
      2800 LaSalle Plaza
      800 LaSalle Avenue
      Minneapolis, MN 55402-2015
      Tel.: (612) 349-8500
      Fax: (612) 339-4181

      James S. Harrington (# 543744)
      800 Boylston Street, 25th Floor
      Boston, MA 02199
      Tel.: 617.267-2300
      Fax: 617.267.8288

      *Attorneys for Assurant Plaintiffs*