UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, | § | MDL DOCKET NO. 1629 |
| SALES PRACTICES AND PRODUCTS | § | |
| LIABILITY LITIGATION | § | JUDGE PATTI B. SARIS |
| | § | |
| | § | CIVIL ACTION NO. 04-10981 |

**MOTION FOR APPOINTMENT OF JACK W. LONDON, ESQ.
TO PRODUCTS, LIABILITY PLAINTIFFS' STEERING COMMITTEE**

TO THE CHAIRMAN OF THE PANEL OF MULTI-DISTRICT LITIGATION:

NOW COMES Irene Barlow, Plaintiff in Cause No. A-05-175, Western District of Texas and, pursuant to Paragraph III A. of Case Management Order # 4, moves the Court to appoint Jack W. London to the Products Liability Plaintiffs Steering Committee. In support hereof she would show as follows:

1. Mr. London, along with Mr. Carl Pierce and the firm of Wright and Greenhill, all of Austin, Texas, represent Mrs. Barlow individually in her suit for personal injury damages arising from her having been prescribed Neurontin off-label for treatment of her bipolar condition which proximately caused her attempted suicide.

2. Mr. London graduated from the University of Texas School of Law in 1972 and, after service in the Army, has practiced in Austin, Texas since that time. He has been a trial lawyer for

his entire 33-year practice, primarily in product liability litigation representing seriously injured plaintiffs and the families of persons killed. During that time he has tried cases to a verdict in Texas, Arizona, Louisiana, and Virginia. He was elected to the American Board of Trial Advocates, is a Director Emeritus of the Texas Trial Lawyers Association, and was the Chairman of the Rules of Evidence Committee of the State Bar of Texas from 2003-2005. He is certified by the Texas Bar Board of Legal Specialization as an expert in personal injury trial law.

My case as well as other cases are brought pursuant to Texas law; Mr. London and Mr. Pierce's expertise in Texas law may contribute significantly to resolution of this case.

3. During his career Mr. London has been lead counsel in a number of cases resulting in multimillion dollar verdicts and awards, including product liability suits against sophisticated corporate litigants outside the State of Texas. These include United Technologies, Inc., Textron, Ford Motor Company, International Truck, Zenith, Smith & Wesson, FIE, Klein Tool Company, and many others, as well as their insurers and individual defendants.

In addition, Mr. London has been published in peer-reviewed academic literature and in survey literature, and is frequently asked to speak at continuing legal education and medical - legal education programs throughout the United States and abroad. A brief biography is attached hereto as an Exhibit to this Motion.

4. Before this case was transferred to this court by the Panel on MultiDistrict Litigation, Mr. London and Mr. Pierce had spent approximately 1120 hours in investigation, research, and litigation of the issues central to this case, particularly regarding off-label marketing of Neurontin for ultimate prescription to patients with bipolar disorders, depression, anxiety, and personality and psychiatric disorders. Mr. London and Mr. Pierce have received, read, and are familiar with approximately 15,000 pages of documents discovered from the Defendants from *United States of America ex rel.*

*David Franklin v. Pfizer, Inc. and Parke-Davis, Division of Warner-Lambert Company*, (D.Mass.)., 5000 records from the FDA regarding adverse patient reactions to Neurontin, SEC records of the business of Pfizer / Warner-Lambert, and 22 oral depositions from *United States of America ex rel. David Franklin v. Pfizer, Inc. and Parke-Davis, Division of Warner-Lambert Company*, (D.Mass.). Mr. London and Mr. Pierce have also obtained 165,000 TIFF pages of records on computer data storage which are records of the defendants' marketing, promotion, sales, and scientific studies of Neurontin. These records are in the process of being sorted and there is in progress a dispute with the Defendants over access to log files and fields to sort them.

Mr. London and Mr. Pierce have since filing suit prosecuted multiple motions to remand, motions to compel discovery of documents from Pfizer/Warner-Lambert, motions for protective orders, and motions for phased discovery in addition to motions concerning my damages.

Since transfer of my case to this Court Mr. London and Mr. Pierce have obtained and are familiar with the case management orders on file herein and are prepared to meet with and serve on the Products Plaintiffs' Liability Steering Committee as directed in Case Management Order #4.

5. Contact with other counsel. Mr. London has contacted other counsel in this action regarding this motion. Mr. Finklestein supports Mr. London being appointed . No one else has expressed an opinion for or against appointment of Mr. London to the Products Liability Plaintiffs' Liability Steering Committee.

6. A Declaration of Support is Attached hereto. Mr. London and Mr. Finklestein have discussed the issues of fees and expenses and are confident that, as to the product liability cases, this will not be a contested issue for resolution by the Court.

WHEREFORE, PREMISES CONSIDERED, Irene Barlow moves the Court to appoint Jack W. London to the Products Liability Plaintiffs' Liability Steering Committee.

                Respectfully submitted,

                LAW OFFICES OF JACK W. LONDON
                     & ASSOCIATES
                106 E. 6th, Suite 700
                Austin, Texas  78701
                (512) 478-5858 (telephone)
                (512) 478-1120 (facsimile)

By: _____
                Jack W. London
                State Bar No.  12512500

Archie Carl Pierce
State Bar No. 15991500
WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas  78701
(512) 476-4600 (telephone)
(512) 476-5382 (facsimile)

ATTORNEYS FOR PLAINTIFF
IRENE BARLOW

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been provided to the following opposing counsel of record by the method(s) below indicated on this the 16th day of June, 2005.

| | | |
|---|---|---|
| Robert K. Dowd | Joseph M. Bruno | Arnold Levin |
| Dowd & Blount | Bruno & Bruno, LLP | Levin, Fishbein, Sedran & Berman |
| 3141 Hood Street, Suite 650 | 855 Baronne Street | 510 Walnut Street, Suite 500 |
| Dallas, TX  75219 | New Orleans, LA  70113 | Philadelphia, PA  19106 |
| | | |
| Kenneth J. Ferguson | Dane S. Ciolino | DeWitt M. Lovelace |
| Clark, Thomas & Winters | P. O. Box 850848 | Lovelace Law Firm, PA |
| P. O. Box 1148 | New Orleans, LA  70185-0848 | 36474 Emerald Coast Pkwy. #4202 |
| Austin, TX  78767 | | Destin, FL  32541 |
| | | |
| William E. Johnson, III | John W. Crongeyer | Steven A. Martino |
| Law Office of William E. Johnson, III | Vronn & Crongeyer, LLP | Taylor-Martino |

3141 Hood Street, Suite 560
Dallas, TX 75219

Mark D. Fischer
Rawlings & Associates
325 W. Main Street
Kouisville, KY 40202

Elizabeth V. Heller
Goldenberg, Miller, Heller & Antognoli
2227 South State Route 157
Edwardsville, IL 62025

Richard E. Shevitz
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Larry Keefe
Anchors, Foster, McInnis, et al.
909 Mar Walt Drive, Suite 1014
Fort Walton Beach, FL 32547

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Charles S. Zimmerman
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

1230 Peachtree St., NE #2450
Atlanta, GA 30309

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

James P. Rouhandeh
Davis, Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Ronald J. Aranoff
Bernstein, Liebhard & Lifshtiz, LLP
10 E. 4th Street, 22nd Floor
New York, NY 10017

Joseph J. Tabacco, Jr.
Berman, DeValrio, Pease, Tabacco, Burt & Pucillo
425 California Street, Suite 2100
San Francisco, CA 94104

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201-1214

Robert E. Becnel
Law Offices of Robert E. Becnel
425 W. Airline Hwy., Suite B
Laplace, LA 70068

U.S. District Court Dist. of Texas
Western Dist. Austin Div.
200 W. 8th Street, Room 130
Austin, Texas 78701

P. O. Box 894
Mobile, AL 36601-0894

James E. Murray
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Barry R. Himmelstein
Lieff, Cabraser, Heinmann & Bernstein
Embarcadero Center W, Suite 3400
275 Battery Street
San Francisco, CA 94111

Andrew S. Johnson
Minor & Johnston
124 E. Market Street
Somerville, TN 38068

Don Barrett
Barrett Law Offices, PA
404 Court Square North
P. O. Box 987
Lexington, MS 39095-0987

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Bechnel, Jr.
106 West Seventh Street
P. O. Drawer H
Reserve, LA 70084-2095

Gano D. Lemoine, III
Murray Law Firm
909 Poydras Street
Suite 2550 LL&E Tower
New Orleans, LA 70112

_____
Jack W. London

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

*Irene Barlow v. Pfizer, Inc., W.D. Texas, C.A. No. A-05-175*

IN RE NEURONTIN MARKETING                             MDL No. 1629
AND SALES PRACTICES LITIGATION

### DECLARATION OF JACK W. LONDON IN REGARD TO ATTORNEY'S FEES AND EXPENSES

TO THE CHAIRMAN OF THE PANEL OF MULTI-DISTRICT LITIGATION:

I, Jack W. London being duly sworn depose and say:

1.      I am the principal of the Law Firm of Jack W. London & Associates, P.C. I submit this Declaration in support of my firm's Application for Attorney's Fees and the Reimbursement of Expenses in the event fees and expenses are awarded individually or in connection with services performed by the Plaintiffs' Product Liability Steering Committee in this litigation.

2.      My co-counsel in this litigation is Archie Carl Pierce and the law firm Wright & Greenhill, Austin, Texas.

3.      The total number of hours expended on this litigation by us as of this date is 1120. The total amount of expenses incurred by us in prosecuting this case on behalf of Irene Barlow prior to this date is $12,044.59.

4. Before this date we performed the following work on behalf of Irene Barlow:

   (a) We began to investigate her claim against Pfizer, et al. in the summer of 2004 when Mrs. Barlow asked us to investigate whether her having taken Neurontin by prescription for treatment of her bipolar disorder was related to her attempt to commit suicide. We obtained substantial amounts of information by obtaining and reviewing Warner-Lambert's Criminal Information in Crim. No. 1:04-cr-10151RGS, the Plea of Guilty, the Pre-Sentence Memorandum, and the Corporate Ethics Agreement, all executed in connection with Warner Lambert Company, LLC's having pleaded guilty to violating 21 U.S.C. §§ 331(d) and 355(a). We reviewed appropriate medical records relating to Mrs. Barlow's diagnosis, prescriptions for treatment for her bipolar condition, the introduction of prescriptions of Neurontin to Mrs. Barlow's bipolar treatment regimen, and the records related to her attempted suicide. We spoke with her treating physicians in Austin and traveled to Houston and Woodlands, Texas to speak with her treating psychiatrists and physicians in those cities. We obtained copies of the complaints filed against Pfizer, Warner-Lambert in *United States of America ex rel. David Franklin v. Pfizer, Inc. and Parke-Davis, Division of Warner-Lambert Company*, (D.Mass.) and *Congress of California Seniors ("CCS"), et al. v. Pfizer, Inc. and Parke-Davis* and reviewed the motions for summary judgment, responses, and orders of the court in *United States of America ex rel. David Franklin v. Pfizer, Inc. et al.*, 147 F.Supp. 39 (D. Mass).

(b)     We consulted potential experts in pharmacology, medicine, and marketing. Based on the information available at that time, we filed suit in July 2004 on behalf of Mrs. Barlow.

(c)     At every stage of our investigation and in subsequent litigation Pfizer/Warner-Lambert worked zealously to prevent us from discovering critical facts. Public records indicated, and subsequent discovery eventually confirmed, that Pfizer/Warner-Lambert paid private physicians to promote Neurontin for off-label purposes. We identified co-defendant Dr. Seastrunk as one of the physicians paid by Pfizer/Warner-Lambert for this purpose and joined him as a co-defendant for his off-label promotion of Neurontin for purposes for which it did not have a safe and effective treatment.

(d)     During the pendency of this litigation we have filed multiple requests for production of documents and, in each instance, were compelled to file motions to compel production of documents, briefs in support of motions to compel production of documents, and briefs regarding implementation of protective orders regarding Pfizer's contention that records were trade secrets. Though discovery and investigation we obtained 14,500 pages of hard copies of records of *United States of America ex rel. David Franklin v. Pfizer, Inc. et al.* directly from Pfizer in discovery, 165,000 pages of records from *United States of America ex rel. David Franklin v. Pfizer, Inc. et al.* from Pfizer in the form of unsorted TIFF computer files, 22 oral depositions of witnesses who were deposed in *United States of America ex rel. David Franklin v. Pfizer, Inc. et al.*, and records regarding Pfizer/Warner-Lambert's knowledge

of reports of suicide and suicide attempts from patients who take Neurontin. From public records we obtained copies of other litigation records from *United States of America ex rel. David Franklin v. Pfizer, Inc. et al.* including support documents supporting the motion and opposition for summary judgment. In addition, we obtained copies of records from the Food & Drug Administration regarding the clinical trials and the reports of adverse events for patients taking Neurontin.

(e) In addition, we have indexed and sorted and provided to certain consulting experts, records of Mrs. Barlow's medical care and treatment, Pfizer/Warner-Lambert's records of criminal information and guilty plea to marketing violations, and, subject to the terms of protective orders, records of Pfizer/Warner-Lambert's off-label promotion of Neurontin, clinical trials regarding Neuontin, and profits from the sale of Neurontin. In addition, we have obtained copies of publically available records filed by Pfizer/Warner-Lambert with the Securities & Exchange Commission regarding Neurontin.

(f) In addition, it has been necessary to prosecute two improvident removals to federal court, each filed by Pfizer improperly asserting that certain co-defendants had been fraudulently joined for the purposes of defeating diversity jurisdiction. The Federal District Court, Western Division of Texas, Austin, granted the first motion to remand and remanded this cause to state court. On the eve of dispositive discovery hearings, Pfizer/Warner-Lambert improvidently removed this case to federal court a second time. Plaintiff's motion to remand has not been ruled on as of this date.

(g) In addition, Plaintiff's counsel have prepared for the trial of *Barlow v. Pfizer* pursuant to the Scheduling Order of the Western District of Texas which requires, inter alia, that Plaintiff's experts and their reports be identified by August 2005, that other discovery and deposition proceed during the summer and autumn of 2005, and that the parties be ready for trial in January 2006.

5. Over 90% of my work is performed on contingent fees. Based on my average income, my hourly rate is $350.00 per hour. Mr. Pierce and the attorneys at Wright & Greenhill provide legal services to clients on an hourly basis in more than 75% of their work. Mr. Pierce's hourly rate for complex products liability litigation is $250.00 per hour.

6. I have incurred a total of $11,855.98 in un-reimbursed expenses in connection with the prosecution of this litigation. The expenses incurred in this action are reflected the bookkeeping records of my firm. These bookkeeping records are prepared by a Certified Public Accountant from expense vouchers, check records, and other materials and are an accurate record of the expenses I incurred.

7. Mr. Pierce and his law firm Wright & Greenhill has incurred a total of $18,861.74 in un-reimbursed expenses in connection with the prosecution of this litigation. The expenses incurred in this action are reflected the in bookkeeping records of our firms. These bookkeeping records are prepared by a Certified Public Accountant from expense vouchers, check records, and other materials and are an accurate record of the expenses I incurred.

8. With respect to my standing as counsel in this case, I attach herewith a brief biography of my professional achievements and accomplishments. My principle practice as an attorney is to represent seriously injured plaintiffs and the families and survivors of persons who were killed in accidents. These include fixed and rotor-wing aviation accidents, construction

accidents involving products liability claims against the manufacturers of cranes, industrial machinery, lifting equipment, earth moving, boring, and tunneling equipment, heavy truck and motor vehicle design flaw litigation, and toxic torts, including injuries arising from ingestion of chemicals through industrial exposures such as asbestos and escaping gasses and chemicals from industrial ovens. I have been lead counsel in cases tried to verdict and appeal in Texas, Arizona, Louisiana, and Virginia, and in cases which were completed short of a verdict in Connecticut, Florida, California, Colorado, Oklahoma and New Mexico. I am a director emeritus of the Texas Trial Lawyers Association, a life-member of the Association of Trial Lawyers of America, an elected member of the American Board of Trial Advocates, past chairman of the State Bar of Texas Administration of Rules of Evidence Committee for the years 2003-2005.

I declare under penalty of perjury of the laws of the State of Texas that the foregoing is true and correct.

_____
Jack W. London

_____
Notary Public in and for the State of Texas
My Commission Expires: 3/24/09



CAROLE M. ALLRIDGE
MY COMMISSION EXPIRES
March 24, 2009

# Biography

# JACK W. LONDON

**Certified Personal Injury Trial Law - State Bar of Texas Board of Legal Specialization**

**Born July 16, 1947**
**Groom, Carson County, Texas**
**Diploma, Groom High School, 1965**

Amarillo College, 1965-1966
West Texas State University
B.A. 1969: History, Foreign Relations
Alpha Chi, Dean's List

University of Texas School of Law, J.D. 1972
Managing Editor, Texas International Law Journal

United States Army, Quartermaster Corp, 1970-1972

Jack W. London & Associates, P.C. 1981-present

**Member:**

    State Bar of Texas,

        Chairman (2003-2005) State Bar Administration of the Rules of Evidence Committee

        State Bar of Texas Pattern Jury Charges, Volume 4 Committee

        State Bar of Texas Barratry Task Force

        Member, Quality of Life Committee, 1986-1988

    Federal Courts:

        U.S. District Court (Southern District, Western District, Northern District) of Texas, U.S. Court of Appeals Fifth Circuit

    Texas Trial Lawyers Association (Assoc. Director, 1990-1991)(Director, 1991-1997)(Director Emeritus, 1998-present)

    Association of Trial Lawyers of America

    American Board of Trial Advocates

    Capital Area Trial Lawyers Association (President 1998-99)(Executive Board)

    Travis County Bar Association

    Travis County Jr. Bar (Director, 1978)

    Travis County Trial Lawyers

The Fellows of the Austin Young Lawyers Association Foundation

TUFF

Lawyer-Pilot Bar Association

College of the State Bar of Texas

**Named one of Texas "Super Lawyers" for 2003-2004**

**Author-Lecturer:**

"Issues of Trustworthiness and Reliability of Evidence of NTSB Investigations" published in the *SMU Journal of Air Law and Commerce*, Spring 2003.

"General Aviation Crash Course: The First 15 Days" published in *Trial Journal*, March 2003

"Responsibility and Accountability: Physicians, Opiates, and the People They Harm," Stanford University School of Medicine, World Congress of Clinical Issues, August 2002

**Trial Advocacy College of Texas, June 2000 -2003, Austin, Texas, Faculty**

**Texas Trial Lawyers Association Winning Edge Ski Seminar; Park City, Utah, February 2000; New Orleans, La., June 2000: "Ethical Challenges in the Plaintiffs' Practice"**

**Satellite Symposium, Clinical & Legal Issues in Pain, A Special Interest Group of IASP, Heriot Watt University, Edinburgh, Scotland, August 16th - 17th, 1999: "Selection of Expert Witnesses --A View From Texas"**

**Guest Lecturer, University of Texas Law School 1977-1983, Trial Procedure**

**Texas Bar Journal, April 1987, "Are You Fit to be a Lawyer?"**

**State Bar of Texas, Workers Compensation, 1988: "Anticipated Legislation"**

**Texas Trial Lawyers Association, London, England, U.K., August 1988: "Jurisdiction, Service of Process, and Discovery under the Hague Convention in Products Liability Cases"**

**Texas Trial Lawyers Association, Colorado, January 1989: "Preparation and Trial of Firearms Litigation"**

**Texas Trial Lawyers Association, San Antonio/Houston, February 1990, "New Workers Compensation Law & Practice"**

**Professional Educational Systems, Inc. (PESI) - Madison, Wisconsin, September 26-28, 1990; November 6-8, 1991: "New Workers' Compensation Act",**

**West Publishing Company (with Karen Lerner, Esq.) Texas Practice, 1991 et seq. Supplement, Workers Compensation, "Benefits Under the New Workers**

Compensation Act"

Texas Association of Self-Insurance, Austin, Texas, October 16, 1992: "Obligation of Self-Insurance Under Workers Compensation"

Business Insurance Consumers Association, San Antonio, Texas, December 7, 1992, "The Best and the Worst of the New Workers Compensation Law"

Texas Trial Lawyers Association, Vail Colorado, January 30, 1993, "Practical Remedies for Survivors"

Second Symposium on Medical Legal Assessment of Chronic Pain, Birmingham, England, U.K., March 4, 1993: "American Case Studies"

The Pavilion at St. David's, Austin, Texas, August 27, 1993: "Personal and Sexual Abuse Victims: From Trauma to Trial"

*Liability Insurance in Sexual Injury Litigation*

**Consulting Attorney for:**

Consulado General de Mexico, Austin, Texas

**Special Skills**

Fluent in Spanish, French.