UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| Stephen Brodsky v. Pfizer Inc., et al. | Civil Action No. 05-10828 |
| Dan Huffman v. Pfizer Inc., et al. | Civil Action No. 05-10829 |
| Patti Paulsen v. Pfizer Inc., et al. | Civil Action No. 05-10830 |
| Rosalia Sumait, et al. v. Pfizer Inc., et al. | Civil Action No. 05-10832 |
| Monica Smith v. Pfizer Inc., et al. | Civil Action No. 05-10833 |
| Minnie Cooper, et al. v. Pfizer, Inc., et al. | Civil Action No. 05-10834 |
| Leroy Anderson, et al. v. Pfizer, Inc., et al. | Civil Action No. 05-10835 |
| Linda Barker v. Pfizer, Inc., et al. | Civil Action No. 05-10836 |
| Darlene Owens v. Pfizer Inc., et al. | Civil Action No. 05-11017 |
| James H. Whitehouse, Sr., et al. v. Pfizer Inc., et al. | Civil Action No. 05-11018 |
| Frank Vercillo, Jr. v. Pfizer Inc., et al. | Civil Action No. 05-11019 |

| | |
|---|---|
| Gary L. Lyman v. Pfizer Inc., et al. ) | Civil Action No. 05-11020 |
| Mark Minisquero v. Pfizer Inc., et al. ) | Civil Action No. 05-11021 |
| Nicole Justine James v. Pfizer Inc., et al. ) | Civil Action No. 05-11022 |
| Jay DiGiacomo v. Pfizer Inc., et al. ) | Civil Action No. 05-11023 |
| Avrill C. Aronson v. Pfizer Inc., et al. ) | Civil Action No. 05-11024 |
| Joy Dodson v. Pfizer Inc., et al. ) | Civil Action No. 05-11025 |
| Dorothy Kern v. Pfizer Inc., et al. ) | Civil Action No. 05-11027 |
| John Dees, et al. v. Pfizer Inc., et al. ) | Civil Action No. 05-11028 |
| Peter Veraas v. Pfizer Inc., et al. ) | Civil Action No. 05-11029 |
| Theodore Populis v. Pfizer Inc., et al. ) | Civil Action No. 05-11030 |
| Kathleen Wilson v. Pfizer Inc., et al. ) | Civil Action No. 05-11031 |
| William Montgomery v. Pfizer Inc., et al. ) | Civil Action No. 05-11032 |
| Michael Mendoza v. Pfizer Inc., et al. ) | Civil Action No. 05-11033 |
| Johnnie Hargrove v. Pfizer Inc., et al. ) | Civil Action No. 05-11034 |
| Shanan Feyer v. Pfizer Inc., et al. ) | Civil Action No. 05-11035 |

| | |
|---|---|
| Gregory Retzer v. Pfizer Inc., et al. ) | Civil Action No. 05-11036 |
| Sidney Brown v. Pfizer Inc., et al. ) | Civil Action No. 05-11037 |
| Stephen Belbruno v. Pfizer Inc., et al. ) | Civil Action No. 05-11153 |
| Frieda Burroughs v. Pfizer Inc., et al. ) | Civil Action No. 05- |
| Marianne Smolucha v. Pfizer Inc., et al. ) | Civil Action No. 05- |
| Christine Gambardello v. Pfizer Inc., et al. ) | Civil Action No. 05- |
| John Jarosz v. Pfizer Inc., et al. ) | Civil Action No. 05- |
| Monica Almeida v. Pfizer Inc. ) | Civil Action No. 05- |

## PLAINTIFFS' MOTION FOR APPOINTMENT OF COUNSEL TO PRODUCTS LIABILITY PLAINTIFFS' STEERING COMMITTEE AND AS PRODUCTS LIABILITY PLAINTIFFS' LIAISON COUNSEL

NOW COME the Plaintiffs in the above-referenced matters who are represented by the law firm of Finkelstein & Partners, LLP, and move this Court for appointment of certain Plaintiffs' counsel as a member of the Products Liability Plaintiffs' Steering Committee and as Products Liability Plaintiffs' Liaison Counsel, as further outlined below:

WHEREAS, on May 25, 2005, the Court ordered plaintiffs' counsel to submit motions for appointment to the Products Liability Plaintiffs' Steering Committee and as Products Liability Plaintiffs' Liaison Counsel by June 17, 2005, which motions shall include declarations of support as well as materials demonstrating counsels' qualifications for appointment; and

3

WHEREAS, on May 27, 2005, counsel for defendants Pfizer Inc. and Warner-Lambert Company filed Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, annexing [Proposed] Case Management Order No. 4 (Relating to Products Liability Litigation) ; and

WHEREAS, on June 10, 2005, Judge Leo T. Sorokin, U.S.M.J., ordered that defendants' motion for entry of Case Management Order No. 4 is allowed except that defendants' request to include the disputed paragraph is denied without prejudice; and

ACCORDINGLY, the undersigned Plaintiffs' counsel seek appointment to the Products Liability Plaintiffs' Steering Committee and as Products Liability Plaintiffs' Liaison Counsel, with the duties and responsibilities outlined in Section III.C. and Section III.B., respectively, of Case Management Order No. 4, as indicated below:

1.  As Products Liability Plaintiffs' Steering Committee Member:

    Andrew G. Finkelstein, Esquire
    Finkelstein & Partners, LLP
    436 Robinson Avenue
    Newburgh, NY  12550
    (Qualifications attached hereto as <u>Exhibit A</u>)

2.  As Products Liability Plaintiffs' Liaison Counsel:

    Eleanor L. Polimeni, Esquire
    Finkelstein & Partners, LLP
    436 Robinson Avenue
    Newburgh, NY  12550
    (Qualifications attached hereto as <u>Exhibit B</u>)

A declaration in support of each counsel's requested appointment, together with information concerning their firm and its qualifications, are attached hereto as exhibits, as indicated above.

Dated: June 17, 2005

Respectfully submitted,

*Proposed Member of Products Liability Plaintiffs' Steering Committee*

By:   /s/ Andrew G. Finkelstein
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY 12550

*Proposed Products Liability Plaintiffs' Liaison Counsel*

By:   /s/ Eleanor L. Polimeni
      Eleanor L. Polimeni, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY 12550