# EXHIBIT A

May 17, 2004

Food and Drug Administration
Dockets Management Branch
Room 1061
5630 Fishers Lane
Rockville, MD 20852

**Re:  Citizen Petition to Request Addition of Postmarketing Suicide Reports to the
Neurontin (Pfizer/Parke-Davis) Labeling**

Dear Sir/Madam,

Pursuant to 21 CFR 10.30, the enclosed Citizen Petition has been prepared to request the
amplification of the current Neurontin labeling to properly reflect the significant number
of postmarketing reports of completed suicides, suicidal attempts and suicidal ideations.
The current Neurontin labeling provides no information relating to these postmarketing
reports in the section entitled <u>Postmarketing and Other Experience</u>.  The enclosed
submission includes three copies of the Citizen Petition.

Please contact the undersigned if you have any questions or require additional
information.

Very Truly Yours,

Keith Altman
Director of Adverse Event Analyses
Finkelstein and Partners
436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212 Ext. 9263

2004P-0235

CP 1

# THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES FOOD AND DRUG ADMINISTRATION

## May 17, 2004

| | | |
|---|---|---|
| Petition to Require Pfizer, Inc. (and its Subsidiaries Including Parke-Davis and The Warner-Lambert Co.) to Revise the Labeling of Neurontin® and Add Warnings, Precautions, and Adverse Event Information Relating to the Escalating Numbers of Postmarketing Reports of Completed Suicides and other Suicide-Related Events | } } } } } } } } } } } | Docket No. |

Submitted by:    Keith Altman
                 Director of Adverse Event Analyses
                 Finkelstein and Partners
                 436 Robinson Avenue
                 Newburgh, NY 12550

# CITIZEN PETITION

Keith Altman and Finkelstein and Partners submit this petition to request action by the Food and Drug Administration (FDA) relating to the drug product, Neurontin (gabapentin). The petitioners request that FDA require the manufacturer of Neurontin, Pfizer, Inc. and its subsidiaries including Parke-Davis and the Warner Lambert Co. (Pfizer) to amplify the Neurontin labeling to specifically warn prescribers and health care professionals of the escalating number of postmarketing reports of completed suicides by patients receiving Neurontin for both its labeled and unlabeled indications. The proposed actions include the addition of a Black Box Warning, amplified Precautions and Adverse Event information and dissemination of "Dear Doctor" and "Dear Healthcare Professional" letters. This Petition is submitted pursuant to 21 CFR 10.35, and relating to 21 CFR 201.5, 201.128, and Sections 201(n), 502(a), 502(f)(l) and 505 of the Federal Food, Drug and Cosmetic Act.

## I.    Introduction and Action Requested

Pfizer, Inc. manufactures and markets oral dosage forms of Neurontin (gabapentin). The current FDA approved labeling for Neurontin provides for its use in patients with Postherpetic Neuralgia and Epilepsy. However, recent reports have noted that a large percentage (approximately 80-90%) of Neurontin's U.S. sales is actually derived from sales for non-FDA approved uses. Pfizer has recently agreed to plead guilty to criminal wrongdoing in their illegal marketing practices designed to promote these unapproved uses. Neurontin enjoys wide use in the U.S. with annual sales exceeding two billion dollars.

The current FDA-approved labeling does not warn prescribers and patients to the increasing dangers of completed suicide and suicide-related events associated with Neurontin, as evidenced by the escalating numbers of postmarketing reports. For example, the current labeling provides no information to warn of completed suicides, although FDA's postmarketing Adverse Event Reporting System (A.E.R.S) database recorded a substantial increase in these fatalities during the first six months of 2003. Eight completed suicides were reported from 1998 through 2002. Seventeen additional suicides have been recorded for the period between January -- June, 2003.

2

The petitioners request that the FDA Commissioner act immediately to require the labeling additions noted below. This action is especially critical because of Neurontin's wide use for nonlabeled indications and for which proper medical monitoring instructions have not been established by FDA.

- **Bolded Black Box Warning:**

> ### Psychiatric Disorders
>
> **Neurontin has been associated with completed suicides, suicide attempts and suicidal ideations, in postmarketing reports. Prescribers should carefully monitor patients prior to initiation of Neurontin therapy and throughout its period of use. (See Precautions and Adverse Reactions)**

- **PRECAUTIONS**

**Suicide-Related Events:**
Neurontin use has been associated with completed suicides, suicide attempts and suicidal ideations in postmarketing reports. Patients should be prospectively cautioned regarding the possibility of these events and advised to report any symptomatology immediately. Patients should also be carefully observed throughout therapy for signs of suicide-related symptoms.

- **ADVERSE REACTIONS (addition to existing section)**

**Postmarketing and Other Experience:**
*"In the postmarketing period, there have been multiple reports of completed suicides, suicide attempts and suicidal ideations in patients receiving Neurontin for a variety of uses"* (continuation of existing text).

- **Dear Doctor and Dear Healthcare Professional Letters**

     The Petitioners believe the gravity of the reported events of completed suicides dictate health care providers be alerted to this information as soon as possible. These letters should be provided to all U.S. prescribers because of the high use of Neurontin for unlabeled indications encompassing several disciplines of medicine. Letters should also be sent to pharmacists, medical associations and hospitals to allow the most rapid and most extensive dissemination of this critical safety information. These letters should also provide guidance to prescribers in the proper screening of potential patients for the use of Neurontin. Advice should also be given to prescribers for the monitoring of suicide-related events in patients following the initiation of Neurontin and throughout its period of use.

## II.    Statement of Factual Grounds

### A.    The Current Neurontin Labeling Fails to Comply with Labeling Requirements

Under Sections 201(n), 502(a), 502(F)(1), and 505 of the Federal Food, Drug and Cosmetic Act and 21 CFR Sections 201.5 and 201.128, it is mandated that prescription drug product labeling must include all materials and facts necessary for their safe and effective use and must not be false and misleading in any particular including the failure to state material facts.

The current Neurontin labeling is provided with Attachment 1. This labeling does not address, in any manner, the postmarketing reports of completed suicides, suicide attempts and suicidal ideations. As such, the current labeling violates the applicable regulations by failure to state material facts. The Neurontin labeling does note that suicide gestures were rarely reported in the Neurontin premarketing clinical trials and that suicidal(*sic*) was infrequently reported in the clinical trials. It is important to note that completed suicides are not included, in any manner, in the Neurontin labeling. Pfizer acknowledges that postmarketing reports of completed suicides are currently unlabeled events when providing these as expedited reports to FDA's A.E.R.S. database (Attachment 2).

5

Given the recent sharp increase in the number of completed suicides reported in 2003, and the continued reporting of postmarketing attempted suicides and suicidal ideations, it is imperative that this postmarketing information be included in the Neurontin professional labeling as quickly as possible. Pfizer recognizes the need to emphasize postmarketing experience because the current Neurontin labeling includes a specific section for postmarketing experience. This information currently alerts prescribers to the following events: angioedema, blood glucose fluctuation, erythema multiforme, elevated liver function tests, fever, hyponatremia, jaundice, movement disorder such as dyskinesia and Stevens-Johnson syndrome. Obviously, it is as important for prescribers and patients to be made aware of increasing numbers of completed suicides, as it is to possible changes in clinical laboratory parameters.

**B.    The FDA's A.E.R.S. Database Indicates an Escalating Number of Completed Suicides, Suicide Attempts and Suicidal Ideations Received by Pfizer and FDA.**

The Petitioners have evaluated FDA's A.E.R.S. database (provided by N.T.I.S.) and have summarized, below, the number of suicide-related events reported by Pfizer and others to FDA for the period 1998-2003. To date,

only the events reported for the first six months of 2003 have been released by FDA.

The following Tables provide both the number of events reported by Pfizer to FDA (Pfizer Count) and the total number of events received by FDA (Total Count). Because of the possibility of duplicate reports submitted by multiple manufacturers to FDA, the Petitioners will focus on the reports prepared and submitted by Pfizer. The suicide related events include the Preferred Terms of completed suicide, suicide attempt and suicidal ideation. The listed events adopt FDA's procedures and include the "last best case" data in order to consider the data from the latest follow-up of an individual report. If there are no follow-up reports, then the initial report data are used. The drug names employed in the search procedure were Neurontin and gabapentin.

## Petitioners' Summary of Neurontin A.E.R.S. Events
### Table 1. Completed Suicides

| Preferred Term | Date | Total Count | Pfizer Count |
|---|---|---|---|
| COMPLETED SUICIDE | 1998Q1 | 0 | 0 |
| COMPLETED SUICIDE | 1998Q2 | 0 | 0 |
| COMPLETED SUICIDE | 1998Q3 | 0 | 0 |
| COMPLETED SUICIDE | 1998Q4 | 0 | 0 |
| COMPLETED SUICIDE | 1999Q1 | 1 | 0 |
| COMPLETED SUICIDE | 1999Q2 | 0 | 0 |
| COMPLETED SUICIDE | 1999Q3 | 2 | 0 |
| COMPLETED SUICIDE | 1999Q4 | 0 | 0 |
| COMPLETED SUICIDE | 2000Q1 | 0 | 0 |
| COMPLETED SUICIDE | 2000Q2 | 3 | 1 |
| COMPLETED SUICIDE | 2000Q3 | 1 | 0 |
| COMPLETED SUICIDE | 2000Q4 | 1 | 0 |
| COMPLETED SUICIDE | 2001Q1 | 1 | 1 |
| COMPLETED SUICIDE | 2001Q2 | 1 | 0 |
| COMPLETED SUICIDE | 2001Q3 | 5 | 0 |
| COMPLETED SUICIDE | 2001Q4 | 7 | 0 |
| COMPLETED SUICIDE | 2002Q1 | 2 | 0 |
| COMPLETED SUICIDE | 2002Q2 | 3 | 2 |
| COMPLETED SUICIDE | 2002Q3 | 7 | 1 |
| COMPLETED SUICIDE | 2002Q4 | 8 | 3 |
| COMPLETED SUICIDE | 2003Q1 | 12 | 6 |
| COMPLETED SUICIDE | 2003Q2 | 16 | 11 |



## Petitioners' Summary of Neurontin A.E.R.S. Events
### Table 2. Suicide Attempts

| Preferred Term | Date | Total Count | Pfizer Count |
|---|---|---|---|
| SUICIDE ATTEMPT | 1998Q1 | 0 | 0 |
| SUICIDE ATTEMPT | 1998Q2 | 0 | 0 |
| SUICIDE ATTEMPT | 1998Q3 | 2 | 0 |
| SUICIDE ATTEMPT | 1998Q4 | 0 | 0 |
| SUICIDE ATTEMPT | 1999Q1 | 2 | 1 |
| SUICIDE ATTEMPT | 1999Q2 | 2 | 0 |
| SUICIDE ATTEMPT | 1999Q3 | 7 | 0 |
| SUICIDE ATTEMPT | 1999Q4 | 2 | 1 |
| SUICIDE ATTEMPT | 2000Q1 | 4 | 3 |
| SUICIDE ATTEMPT | 2000Q2 | 2 | 0 |
| SUICIDE ATTEMPT | 2000Q3 | 7 | 2 |
| SUICIDE ATTEMPT | 2000Q4 | 6 | 2 |
| SUICIDE ATTEMPT | 2001Q1 | 7 | 3 |
| SUICIDE ATTEMPT | 2001Q2 | 7 | 4 |
| SUICIDE ATTEMPT | 2001Q3 | 2 | 1 |
| SUICIDE ATTEMPT | 2001Q4 | 4 | 0 |
| SUICIDE ATTEMPT | 2002Q1 | 6 | 2 |
| SUICIDE ATTEMPT | 2002Q2 | 5 | 2 |
| SUICIDE ATTEMPT | 2002Q3 | 4 | 1 |
| SUICIDE ATTEMPT | 2002Q4 | 6 | 0 |
| SUICIDE ATTEMPT | 2003Q1 | 6 | 3 |
| SUICIDE ATTEMPT | 2003Q2 | 8 | 1 |



## Petitioners' Summary of Neurontin A.E.R.S. Events
### Table 3.  Suicidal Ideation

| Preferred Term | Date | Total Count | Pfizer Count |
|---|---|---|---|
| SUICIDAL IDEATION | 1998Q1 | 0 | 0 |
| SUICIDAL IDEATION | 1998Q2 | 0 | 0 |
| SUICIDAL IDEATION | 1998Q3 | 0 | 0 |
| SUICIDAL IDEATION | 1998Q4 | 2 | 1 |
| SUICIDAL IDEATION | 1999Q1 | 4 | 4 |
| SUICIDAL IDEATION | 1999Q2 | 3 | 1 |
| SUICIDAL IDEATION | 1999Q3 | 2 | 0 |
| SUICIDAL IDEATION | 1999Q4 | 4 | 1 |
| SUICIDAL IDEATION | 2000Q1 | 4 | 4 |
| SUICIDAL IDEATION | 2000Q2 | 3 | 1 |
| SUICIDAL IDEATION | 2000Q3 | 3 | 0 |
| SUICIDAL IDEATION | 2000Q4 | 4 | 0 |
| SUICIDAL IDEATION | 2001Q1 | 3 | 1 |
| SUICIDAL IDEATION | 2001Q2 | 3 | 2 |
| SUICIDAL IDEATION | 2001Q3 | 4 | 1 |
| SUICIDAL IDEATION | 2001Q4 | 5 | 1 |
| SUICIDAL IDEATION | 2002Q1 | 7 | 5 |
| SUICIDAL IDEATION | 2002Q2 | 8 | 2 |
| SUICIDAL IDEATION | 2002Q3 | 6 | 0 |
| SUICIDAL IDEATION | 2002Q4 | 13 | 3 |
| SUICIDAL IDEATION | 2003Q1 | 8 | 3 |
| SUICIDAL IDEATION | 2003Q2 | 8 | 0 |

C.     **The Petitioners' Review of the Completed Suicide Reports and Other Related Events Submitted to FDA's A.E.R.S. Database Confirms the Necessity and Urgency of the Proposed Labeling Additions.**

In the first six months of 2003, Pfizer reported 17 new events of completed suicide. These events represent approximately 6% of all the expedited adverse events reported by Pfizer for Neurontin in this same period. These 17 new events of completed suicide also represent a sharp and startling increase in the number of reported postmarketing suicides. Obviously, any event representing these contributions to the total numbers of serious and fatal events must be specifically listed in all product labeling. Fatality-associated events also require highlighted positioning in all Neurontin labeling and promotional pieces.

The Petitioners have appended summaries of the completed suicide reports provided to A.E.R.S. in Attachment 2. These reports have been designated by Pfizer as expedited reports and are derived from healthcare professionals, consumers, and the scientific literature. When provided, the indications note the unlabeled uses of peripheral neuropathy, bipolar disorders and pain. Neurontin is considered the primary suspect agent in all but one of these suicide fatality reports. Neurontin is listed as sole therapy in approximately twenty-five percent of these reports.

Suicide attempts and suicidal ideations have been steadily noted in postmarketing reports submitted between 1998 and 2003. To date, Pfizer has reported a total of 26 reports of suicide attempts and 30 reports of suicidal ideations.

Given the frequency, magnitude and critical nature of these reports, it is readily apparent that postmarketing reports of completed suicide, as well as suicide attempts and ideations must be immediately added to the Neurontin insert. This information must be highlighted in all three labeling sections related to drug product safety. Given the critical safety issues evidenced in completed suicide reports, a Black Box Warning is also required to increase the prescribers' focus on these potentially fatal events.

The new labeling information must also be disseminated as expeditiously as possible to healthcare providers. The Petitioners believe all U.S. prescribers and healthcare associated professionals must be provided with immediate Dear Doctor and Dear Healthcare Professional letters outlining the escalating number of fatal suicide events. Additional methods and venues of communication with prescribers and patients may also be warranted because of Neurontin's significant commercialization for non-labeled indications by a wide variety of prescribers.



## III.  Environmental Impact Statement

The Petitioners believe the actions requested in this Petition provide no significant environmental impact.  The requested actions will not introduce any substance into the environment and is categorically excluded pursuant to 21 CFR 25.30.

## IV.  Economic Impact Statement

This information is only to be submitted when requested by the Commissioner following a review of this petition.

## V.  Certification

The undersigned certifies that, to the best knowledge and belief of the undersigned, this petition includes all information and views on which the petition relies and that it includes representative data and information known to the petitioners which are unfavorable to the petition.

Keith L. Altman
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212 x 9263
kaltman@lawampm.com
May 17, 2004

13