# EXHIBIT E



Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)

Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)

Terry D. Horner (NY)
Robert F. Moson (NY)
Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & MA)
Julio E. Urrutia (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristina M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie Dusault (NY)
Andrew I. Falk (NY)

Of Counsel
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Roback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Roya D. Fulorfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)

Accredited CLE Provider

A Limited Liability Partnership
(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

April 15, 2005

Dr. Russell Katz
Director, Neuropharmacological Drug Products
Food and Drug Administration, FDA 120
1451 Rockville Pike, Room 4037
Rockville, MD  20852

RE:   Neurontin

Dear Dr. Katz:

This is in response to your letter dated April 12, 2005, which addresses some issues raised in my March 21, 2005, letter. There are several misconceptions and misstatements on your part that I feel compelled to address.

Before I do so, I want you to know that I am encouraged that the FDA has taken a modest step forward in investigating the association between Neurontin and suicidal behavior. However, asking sponsors to re-analyze their controlled trials' databases to examine the questions of drug-induced suicide and/or suicidality does not address the health and safety of the American public currently taking Neurontin for off-label indications. Since your letter fails to address whether the FDA will issue a Health Advisory Warning, Patient Informatin Sheet, or black box warning related to the potential association between Neurontin and suicide/suicidality, I presume none is contemplated. The FDA is duty bound to advise both prescribing physicians and the public of the actions you have undertaken.

While Neurontin is not an SSRI, you acknowledge that the analysis the FDA is undertaking with Neurontin is similar to what the FDA recently performed when evaluating the question of whether or not SSRI drugs increase the risk of drug induced suicide and/or suicidality in pediatric patients. When that analysis was undertaken, it was not done with any secrecy or non-disclosure. Rather, FDA issued a public health advisory alerting both prescribing physicians and consumers to be on the lookout for increased depression and suicidality when commencing SSRI treatment.

Importantly, in that advisory the FDA did not state that any association existed between worsening of depression and suicidality in patients being treated with anti-depressant medications. Rather, the FDA advised that such

Newburgh • Albany • Binghamton • Buffalo • Garden City • Goshen • Manhattan • Middletown • New Windsor • Nyack • Poughkeepsie • Syracuse • Troy • Utica • White Plains • Newark • New Haven

436 ROBINSON AVENUE
NEWBURGH, NY 12550

222 BROADWAY, 18th FLOOR
NEW YORK, NY 10038

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

742 CHAPEL STREET
NEW HAVEN, CT 06510

investigation was ongoing and a final determination had not been made. Clearly the purpose of the warning was to alert health care providers to carefully monitor patients receiving the antidepressants for possible worsening of depression and suicidality. Specifically, the advisory stated:

> Although FDA has not concluded that these drugs cause worsening depression or suicidality, health care providers should be aware that worsening of symptoms could be due to the underlying disease or might be a result of drug therapy.

In addition, the FDA requested the manufacturer to change the labels of SSRI drugs to include stronger cautions and warning about the need to monitor for worsening of depression and emergence of suicidal ideations regardless of the cause of such worsening. The enhanced warning came in the form of black box warnings.

Furthermore, as you know, there is precedence for the FDA to take action based solely on post marketing reports regarding off-label usage. Recently, the FDA issued an "important drug warning" based on only 59 post marketing reports of Gabitril causing seizures in patients without a history of epilepsy. Most importantly, the FDA Patient Information Sheet affirmatively discouraged patients from using Gabitril to treat conditions other than the FDA approved condition - epilepsy. In comparison, there are well over 260 completed suicides known to the FDA while patients were taking Neurontin. Certainly the FDA would agree the potential for an adverse event which results in death is more severe than an adverse event which results in seizures.

Therefore, on behalf of the hundreds of families I represent whose loved ones committed suicide while on Neurontin and who wished they had some warning that the change in their loved ones may have been from Neurontin, I am requesting you alert both prescribing physicians and consumers of your actions. The FDA must issue a Public Health Advisory and Patient Information Sheet discouraging the use of Neurontin for any condition other than the approved use, similar to the warnings provided to prescribing physicians and their patients for SSRI's and Gabitril, before another person ends his or her life while on Neurontin.

In that regard, enclosed please find three more MedWatch forms regarding three additional suicides of which we recently learned. Kindly forward these to the appropriate safety office. As you can see, none of these individuals were included in the original submission and all were taking Neurontin for non-psychiatric conditions. Regrettably, had the FDA taken the action that has been requested since March 2004, all of these individuals, their families and physicians would have been alerted to watch for increases in depression and suicidality.

Turning to your letter of April 12, 2005, one hundred percent of my clients were prescribed the medication for an off-label indication and never attempted suicide before. Approximately fifty percent of my clients were prescribed Neurontin for pain related indications; peripheral neuropathy, diabetic neuropathy, migraines or back pain. The other fifty percent were receiving treatment for a psychiatric indication; mood stabilization, bipolar or depression. Therefore, fifty percent of the population that completed suicide while under Neurontin therapy were *not* generally of increased risk of suicide as your letter inaccurately suggested.

Additionally, I am flattered that the FDA considered my firm to be capable of performing a full and complete risk benefit analysis regarding Neurontin. While you did suggest my firm engaged the services of an expert to analyze and interpret our data to determine the association between Neurontin and suicidality, we believe that is the responsibility of the FDA and not of a lawfirm. We have engaged several highly qualified physicians,

neuropharmacologists, suicidologists, psychologists and a doctorate research consultant to examine the association between Neurontin and suicide/suicidality. There is little doubt a strong association exists.

However, rather than be subject to charges of bias, I am happy the FDA has decided to conduct its own evaluation. As always, we are willing to cooperate in your evaluation provided we fully comply with HIPPA and can maintain my clients' confidentiality. It appears the FDA is finally prepared to do so and we are still prepared to cooperate.

Regarding my firm's previously filed citizens petition, we limited the data to existing reports submitted by the pharmaceutical manufacturers. Contained therein is enough data to warrant the investigation the FDA has now undertaken. Had we included the data my firm has collected, the FDA or the manufacturer surely would have accused the Petition to be biased and without merit.

Lastly, the suggestion that the FDA's cooperation with the Department of Justice in prosecuting the manufacturer's illegal marketing practices was in some way for the benefit of protecting the health and safety of the American people is not supported by the actions of the FDA. At no time has the FDA issued a public health advisory regarding the dangers of off-label promotions.

I sincerely hope you consider issuing the warnings outlined above.

Very truly yours,

FINKELSTEIN & PARTNERS, LLP

BY: ANDREW G. FINKELSTEIN

AGF/jam
Enclosure

# MedWatch

**U.S. Department of Health and Human Services**

The FDA Safety Information and Adverse Event Reporting Program

For VOLUNTARY reporting of adverse events and product problems

Page ___ of ___

Form Approved: OMB No. 0910-0291, Expires: 03/31/05
See OMB statement on reverse.

**FDA USE ONLY**
Triage unit sequence #

## A. PATIENT INFORMATION

1. Patient Identifier: RS 231407 (In confidence)
2. Age at Time of Event: 79 or Date of Birth: ___
3. Sex: [X] Male  [ ] Female
4. Weight: ___ lbs or ___ kgs

## B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [X] Adverse Event  and/or  [ ] Product Problem (e.g., defects/malfunctions)
2. Outcomes Attributed to Adverse Event (Check all that apply):
   - [X] Death: 05/13/04 (mo/day/yr)
   - [ ] Life-threatening
   - [X] Hospitalization - initial or prolonged
   - [ ] Disability
   - [ ] Congenital Anomaly
   - [ ] Required Intervention to Prevent Permanent Impairment/Damage
   - [ ] Other: ___
3. Date of Event (mo/day/year): 05/13/04
4. Date of This Report (mo/day/year): 04/15/2005
5. Describe Event or Problem:

Report of a 79 year old male prescribed Neurontin 900mg daily for pain. There was no prior history of self injurious behavior. While on Neurontin patient committed suicide by self inflicted gunshot wound.

6. Relevant Tests/Laboratory Data, Including Dates

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

No prior history of self injurious behavior.

## C. SUSPECT MEDICATION(S)

1. Name (Give labeled strength & mfr/labeler, if known)
   - #1 Neurontin
   - #2

2. Dose, Frequency & Route Used
   - #1 900mg
   - #2

3. Therapy Dates (If unknown, give duration) from/to (or best estimate)
   - #1 05/05/03 – 05/13/04
   - #2

4. Diagnosis for Use (Indication)
   - #1 pain
   - #2

5. Event Abated After Use Stopped or Dose Reduced?
   - #1 [ ] Yes [ ] No [X] Doesn't Apply
   - #2 [ ] Yes [ ] No [ ] Doesn't Apply

6. Lot # (if known): #1 ___  #2 ___
7. Exp. Date (if known): #1 ___  #2 ___

8. Event Reappeared After Reintroduction?
   - #1 [ ] Yes [ ] No [ ] Doesn't Apply
   - #2 [ ] Yes [ ] No [ ] Doesn't Apply

9. NDC# (For product problems only)

10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## D. SUSPECT MEDICAL DEVICE

1. Brand Name
2. Type of Device
3. Manufacturer Name, City and State
4. Model #   Lot #
   Catalog #   Expiration Date (mo/day/yr)
   Serial #   Other #
5. Operator of Device: [ ] Health Professional [ ] Lay User/Patient [ ] Other:
6. If Implanted, Give Date (mo/day/yr)
7. If Explanted, Give Date (mo/day/yr)
8. Is this a Single-use Device that was Reprocessed and Reused on a Patient? [ ] Yes [ ] No
9. If Yes to Item No. 8, Enter Name and Address of Reprocessor
10. Device Available for Evaluation? (Do not send to FDA) [ ] Yes [ ] No [ ] Returned to Manufacturer on: ___ (mo/day/yr)
11. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## E. REPORTER (See confidentiality section on back)

1. Name and Address   Phone # 845 562 0203 x9263

Keith Altman
Finkelstein & Partners
436 Robinson Ave
Newburgh, NY 12550

2. Health Professional? [ ] Yes [X] No
3. Occupation: Non Healthcare-Professional
4. Also Reported to: [ ] Manufacturer [ ] User Facility [ ] Distributor/Importer
5. If you do NOT want your identity disclosed to the manufacturer, place an "X" in this box: [ ]

Mail to: MedWatch, 5600 Fishers Lane, Rockville, MD 20852-9787 -or- FAX to: 1-800-FDA-0178

FORM FDA 3500 (12/03)   Submission of a report does not constitute an admission that medical personnel or the product caused or contributed to the event.

**METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY**
Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

Male    May 17, 2004
79      Nashville, Tennessee

A. Harrington
Minister

Davidson    Nashville

White

Wife

Woodlawn Memorial Park    Nashville, Tennessee

Kevin Wilson    4535    Alfred B. Knight, DDS

Woodlawn Funeral Home 660 Thompson Ln. Nashville, TN 37204    933

Fees IV, M.D., Ph.D.; 850 R.S. Gass Blvd., Nashville, TN 37216; MEC04-1575

05/17/2003    05:15 AM    Sheriff

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Metropolitan Government of Nashville and Davidson County. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Tonya V. Rutlen
Local Registrar

MAY 17 2004
Date Issued

**CERTIFICATION OF VITAL RECORD**

U.S. Department of Health and Human Services

# MEDWATCH
The FDA Safety Information and Adverse Event Reporting Program

For VOLUNTARY reporting of adverse events and product problems

Form Approved: OMB No. 0910-0291, Expires: 03/31/05
See OMB statement on reverse.

Page ___ of ___

**FDA USE ONLY**
Triage unit sequence #

## A. PATIENT INFORMATION
1. Patient Identifier: LS 231889 in confidence
2. Age at Time of Event: 42  or Date of Birth:
3. Sex: ☒ Female  ☐ Male
4. Weight: ___ lbs or ___ kgs

## B. ADVERSE EVENT OR PRODUCT PROBLEM
1. ☒ Adverse Event and/or ☐ Product Problem (e.g., defects/malfunctions)
2. Outcomes Attributed to Adverse Event (Check all that apply)
   ☒ Death: 01/17/05 (mo/day/yr)
   ☐ Life-threatening
   ☐ Hospitalization - initial or prolonged
   ☐ Disability
   ☐ Congenital Anomaly
   ☐ Required Intervention to Prevent Permanent Impairment/Damage
   ☐ Other: ___
3. Date of Event (mo/day/year): 01/17/05
4. Date of This Report (mo/day/year): 03/31/2005
5. Describe Event or Problem:
Report of a 42 year old female prescribed Neurontin 2400mg daily. There was no prior history of self injurious behavior. While taking Neurontin patient committed suicide by gunshot wound to the head.

6. Relevant Tests/Laboratory Data, Including Dates

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)
No prior history of self injurious behavior.

PLEASE TYPE OR USE BLACK INK

## C. SUSPECT MEDICATION(S)
1. Name (Give labeled strength & mfr/labeler, if known)
   #1 Neurontin
   #2
2. Dose, Frequency & Route Used
   #1 2400mg daily
   #2
3. Therapy Dates (If unknown, give duration) from/to (or best estimate)
   #1
   #2
4. Diagnosis for Use (Indication)
   #1 Neuropathy
   #2
5. Event Abated After Use Stopped or Dose Reduced?
   #1 ☐ Yes ☐ No ☒ Doesn't Apply
   #2 ☐ Yes ☐ No ☐ Doesn't Apply
6. Lot # (if known)  #1  #2
7. Exp. Date (if known)  #1  #2
8. Event Reappeared After Reintroduction?
   #1 ☐ Yes ☐ No ☐ Doesn't Apply
   #2 ☐ Yes ☐ No ☐ Doesn't Apply
9. NDC# (For product problems only)
10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## D. SUSPECT MEDICAL DEVICE
1. Brand Name
2. Type of Device
3. Manufacturer Name, City and State
4. Model #  Catalog #  Serial #
   Lot #  Expiration Date (mo/day/yr)  Other #
5. Operator of Device
   ☐ Health Professional
   ☐ Lay User/Patient
   ☐ Other:
6. If Implanted, Give Date (mo/day/yr)
7. If Explanted, Give Date (mo/day/yr)
8. Is this a Single-use Device that was Reprocessed and Reused on a Patient?
   ☐ Yes  ☐ No
9. If Yes to Item No. 8, Enter Name and Address of Reprocessor

10. Device Available for Evaluation? (Do not send to FDA)
    ☐ Yes  ☐ No  ☐ Returned to Manufacturer on:___ (mo/day/yr)
11. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## E. REPORTER (See confidentiality section on back)
1. Name and Address
   Phone # 845 562 0203 x9263
   Keith Altman
   Finkelstein & Partners
   436 Robinson Ave
   Newburgh, NY 12550
2. Health Professional? ☐ Yes ☒ No
3. Occupation: Non-Healthcare Professional
4. Also Reported to:
   ☐ Manufacturer
   ☒ User Facility
   ☐ Distributor/Importer
5. If you do NOT want your identity disclosed to the manufacturer, place an "X" in this box: ☐

FDA  Mail to: MEDWATCH  -or-  FAX to:
5600 Fishers Lane           1-800-FDA-0178
Rockville, MD 20852-9787

FORM FDA 3500 (12/03)   Submission of a report does not constitute an admission that medical personnel or the product caused or contributed to the event.

# Ohio Department of Health
## VITAL STATISTICS
## CERTIFICATE OF DEATH

Reg. Dist. No. 3101

VOID

1. Decedent's Name: L. S.
2. Sex: Female
3a. Date of Death: January 17, 2005
5a. Age: 42
7. Birthplace: OH
9. Place of Death: Hospital — Inpatient
9b. Facility Name: The University Hospital
9c. City: Cincinnati
9d. County: Hamilton
10. Marital Status: Married
12a. Usual Occupation: Union Laborer
12b. Kind of Business/Industry: Local Union
13c. City: Middletown
13e. Inside City Limits? Yes
15. Race: White
16. Education: 12

20a. Method of Disposition: Burial
20b. Place of Disposition: Woodside Cemetery
20c. Location: Middletown, OH 45044
20d. Date of Disposition: January 21, 2005
21a. Name of Embalmer: Jeffrey L. Bonnell
21b. License Number: 7901
22b. License Number: 7339
23. Name and Address of Facility: Breitenbach-McCoy-Leffler Funeral Home, 517 S. Sutphin Street, Middletown, OH 45044-4798
25a. Signature of Person Issuing Permit: Melissa Ann Grooms
26b. Dist. No.: 0902
27. Date Permit Issued: 01-20-2005

28a. Certifier: Coroner
28b. Time of Death: 2:06 PM
28c. Date Pronounced Dead: January 17, 2005
28d. Was Case Referred to Coroner? Yes
28f. License Number: 35-07-0888U
28h. Date Signed: January 26, 2005
29. Gary L. Utz, M.D., Acting Coroner, 3159 Eden Avenue, Cincinnati, Ohio 45219

30. Part I:
a. Immediate Cause: Perforation of skull and brain — 1 day
b. Due to: Gunshot wound of head — 1 day

32. Manner of Death: Suicide
33a. Date of Injury: 01/16/05
33b. Time of Injury: approx. 10:24 AM
33c. Injury at Work? No
33d. Describe How Injury Occurred: shot self with handgun

U.S. Department of Health and Human Services

# MEDWATCH
The FDA Safety Information and Adverse Event Reporting Program

For VOLUNTARY reporting of adverse events and product problems

Page ___ of ___

Form Approved: OMB No. 0910-0291, Expires: 03/31/05
See OMB statement on reverse.

**FDA USE ONLY**
Triage unit sequence #

## A. PATIENT INFORMATION
1. Patient Identifier: DMB 231943 In confidence
2. Age at Time of Event: 54 or Date of Birth:
3. Sex: [X] Male  [ ] Female
4. Weight: ___ lbs or ___ kgs

## B. ADVERSE EVENT OR PRODUCT PROBLEM
1. [X] Adverse Event  and/or  [ ] Product Problem (e.g., defects/malfunctions)
2. Outcomes Attributed to Adverse Event (Check all that apply)
   - [X] Death: 12/25/04 (mo/day/yr)
   - [ ] Life-threatening
   - [ ] Hospitalization - initial or prolonged
   - [ ] Disability
   - [ ] Congenital Anomaly
   - [ ] Required Intervention to Prevent Permanent Impairment/Damage
   - [ ] Other: ___
3. Date of Event (mo/day/year): 12/25/04
4. Date of This Report (mo/day/year): 04/15/2005
5. Describe Event or Problem

Report of a 54 year old male prescribed Neurontin 2100mg daily for pain. There was no prior history of injurious behavior. While on Neurontin patient committed suicide by hanging.

6. Relevant Tests/Laboratory Data, Including Dates

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

No prior history of injurious behavior.

## C. SUSPECT MEDICATION(S)
1. Name (Give labeled strength & mfr/labeler, if known)
   #1 Neurontin
   #2
2. Dose, Frequency & Route Used
   #1 2100mg
   #2
3. Therapy Dates (If unknown, give duration) from/to (or best estimate)
   #1 02/13/04 - 12/25/04
   #2
4. Diagnosis for Use (Indication)
   #1 pain
   #2
5. Event Abated After Use Stopped or Dose Reduced?
   #1 [ ] Yes [ ] No [X] Doesn't Apply
   #2 [ ] Yes [ ] No [ ] Doesn't Apply
6. Lot # (if known)   7. Exp. Date (if known)
   #1                 #1
   #2                 #2
8. Event Reappeared After Reintroduction?
   #1 [ ] Yes [ ] No [ ] Doesn't Apply
   #2 [ ] Yes [ ] No [ ] Doesn't Apply
9. NDC# (For product problems only)
10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## D. SUSPECT MEDICAL DEVICE
1. Brand Name
2. Type of Device
3. Manufacturer Name, City and State
4. Model #   Lot #   5. Operator of Device
   Catalog #   Expiration Date (mo/day/yr)   [ ] Health Professional   [ ] Lay User/Patient
   Serial #   Other #   [ ] Other:
6. If Implanted, Give Date (mo/day/yr)   7. If Explanted, Give Date (mo/day/yr)
8. Is this a Single-use Device that was Reprocessed and Reused on a Patient?
   [ ] Yes  [ ] No
9. If Yes to Item No. 8, Enter Name and Address of Reprocessor
10. Device Available for Evaluation? (Do not send to FDA)
    [ ] Yes  [ ] No  [ ] Returned to Manufacturer on: ___ (mo/day/yr)
11. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## E. REPORTER (See confidentiality section on back)
1. Name and Address   Phone # 845 562 0203 x9263

Keith Altman
Finkelstein & Partners
436 Robinson Ave
Newburgh, NY 12550

2. Health Professional?  [ ] Yes  [X] No
3. Occupation: Non-Healthcare Professional
4. Also Reported to:
   [ ] Manufacturer
   [ ] User Facility
   [ ] Distributor/Importer
5. If you do NOT want your identity disclosed to the manufacturer, place an "X" in this box: [ ]

PLEASE TYPE OR USE BLACK INK

FDA   Mail to: MEDWATCH   -or-  FAX to:
       5600 Fishers Lane        1-800-FDA-0178
       Rockville, MD 20852-9787

FORM FDA 3500 (12/03)   Submission of a report does not constitute an admission that medical personnel or the product caused or contributed to the event.

# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

## MECKLENBURG COUNTY
## REGISTER OF DEEDS – HEALTH DEPARTMENT
### CHARLOTTE, NORTH CAROLINA

# CERTIFICATE OF DEATH

COPY 1
STATE COPY

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTER FOR HEALTH STATISTICS — NC VITAL RECORDS
MEDICAL EXAMINER'S CERTIFICATE OF DEATH

Registration District No. 060-02   Local No. 200V005V0

1. DECEDENT'S NAME: D... M... B..., MD
2. SEX: M
3. DATE OF DEATH: December 25, 2004
4. SOCIAL SECURITY NUMBER: ---
5. AGE: 54
7. BIRTHPLACE: Bath Co., Va
8. WAS DECEDENT EVER IN U.S. ARMED FORCES: No
9b. PLACE OF DEATH: Residence
10. CITY, TOWN, OR LOCATION OF DEATH: Cornelius
11. INSIDE CITY LIMITS: Yes
12. COUNTY OF DEATH: Mecklenburg
13. MARITAL STATUS: married
15. DECEDENT'S USUAL OCCUPATION: Medical Doctor
16. KIND OF BUSINESS/INDUSTRY: Medical
19a. INSIDE CITY LIMITS: yes
19b. ZIP CODE: 28031
20. Was Decedent of Hispanic Origin: No
21. RACE: White
22. DECEDENT'S EDUCATION: 12 + 12

CAUSE OF DEATH:
- IMMEDIATE CAUSE: Asphyxia
- DUE TO: Hanging

21. MANNER OF DEATH: Suicide
22a. DATE OF INJURY: 12/25/04
22b. TIME OF INJURY: 1944
22d. DESCRIBE HOW INJURY OCCURRED: hanging
23. TIME OF DEATH: 1959

Medical Examiner
DATE SIGNED: 12/27/04

J. Michael Sullivan, MD   618 N. College St.   Charlotte, NC   28202
DATE PRONOUNCED DEAD: 12/25/04

METHOD OF DISPOSITION: Burial
PLACE OF DISPOSITION: Glenwood Cemetery
LOCATION: West Long Branch N.J.

NAME AND ADDRESS OF FUNERAL HOME: Raymer Funeral Home, Inc. Huntersville, N.C.
FUNERAL DIRECTOR: John M. Raymer Jr.   LICENSE NUMBER: FSL529
EMBALMER: A.E. Putnam III   LICENSE NUMBER: FSL1909
DATE FILED: DEC 3 0 2004

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE OFFICIAL RECORD FILED IN MECKLENBURG COUNTY.

WITNESS MY HAND AND OFFICIAL SEAL THIS THE 25 TH DAY OF JANUARY 2005

509384

EARL WINTERS MABRY, MD
HEALTH DIRECTOR & REGISTRAR

JUDITH A. GIBSON
REGISTER OF DEEDS

BY: _____
ASSISTANT/DEPUTY REGISTER OF DEEDS