# EXHIBIT G

# GLOBEANDMAIL.COM

## Safety data ordered on seizure drugs to check for suicide link

BY ANDRÉ PICARD
FRIDAY, APRIL 22, 2005
UPDATED AT 8:25 AM EDT
PUBLIC HEALTH REPORTER

Health Canada has ordered more than a dozen pharmaceutical firms to provide more safety data on their anti-seizure medications amid growing fears that patients who use the drugs could be at increased risk for suicide.

The action, which has also been taken by the U.S. Food and Drug Administration, mirrors the approach of regulators in 2003, when they publicly expressed concerns about antidepressants increasing suicidal behaviour in children. That resulted in much stronger warning labels and a sharp drop in a class of drugs known as SSRIs.

There were almost 10 million prescriptions dispensed in Canada last year for seizure-disorder medications, making them one of the best-selling classes of drugs. While the drugs are designed to treat epilepsy, they are also used commonly to treat bipolar disorder and neuropathic pain, such as occurs with shingles.

Top-selling brand name drugs include Rivotril from Hoffman LaRoche, Depakene by Abbott Laboratories and Neurontin from Pfizer, but there are also many generics on the market.

Jirina Vlk, a spokesperson for Health Canada, said safety data on 23 different products -- many of which have several manufacturers -- was being analyzed.

The safety analysis is expected to take about six months and, after the suicide risk is determined, "Health Canada will take appropriate action if deemed necessary."

In the meantime, Ms. Vlk said, patients should continue to take their drugs as prescribed and discuss any concerns they might have with their physician.

Worries about the drugs' side effects have been prompted by dozens of personal-injury lawsuits that have been launched in the U.S., particularly those involving Neurontin. Andrew Finkelstein, a high profile New York attorney, put the issue into the spotlight last year when he bought a 15-second national TV ad in the U.S. searching for patients who attempted or committed suicide while on the drug.

The lawyer said he has provided regulators with a list of 271 people who have killed themselves while taking the medication. To date, Mr. Finkelstein has filed 73 lawsuits, but none has gone to trial or settled out of court.

Dr. Robert Temple, associate director for medical policy at the U.S. FDA, said the agency is going to re-examine safety data but it has no pre-conceived notions about what the outcome will be. "I

don't think we have any suspicion yet that these drugs actually do that," he said about the possibility that anticonvulsants increase suicidal behaviour.

But Dr. Temple said that because anticonvulsants are so broadly used, and increasingly prescribed to treat conditions other than epilepsy, the possibility needed to be investigated. "We thought we ought to know this," he said.

Regulators in the U.S. and in Canada, in the wake of a number of drug scandals, have been under pressure to be more pro-active. The FDA has sent letters to 14 drug manufacturers requesting additional safety data.

Manufacturers said they were co-operating, but insisted that there is no link between the drugs and increased suicide risk.

Physicians who prescribe the drugs also cautioned that while patients taking anti-seizure medications may have higher suicide rates, this may not be due to the drugs. People with epilepsy, bipolar disorder and chronic pain all have much higher rates of depression than people in the general population, and that makes them more likely to commit suicide, or to have suicidal thoughts, according to medical experts.

In Canada, the three most-prescribed drugs, by molecule name, are conazepam, divalproex and gabapentin. Almost 200,000 Canadians have epilepsy, a neurological condition that makes people susceptible to seizures.

---

© Copyright 2005 Bell Globemedia Publishing Inc. All Rights Reserved.

4/22/2005