# EXHIBIT H

## FINKELSTEIN & PARTNERS NEURONTIN CASES IN FEDERAL COURTS

MDL Docket No. 1629
D. Mass. Master File No. 04-10981

Stephen Brodsky v. Pfizer Inc., Civil Action No. 05-10828
Dan Huffman v. Pfizer Inc., Civil Action No. 05-10829
Patti Paulsen v. Pfizer Inc., Civil Action No. 05-10830
Rosalia Sumait v. Pfizer Inc., Civil Action No. 05-10832
Monica Smith v. Pfizer Inc., Civil Action No. 05-10833
Darlene Owens v. Pfizer Inc., Civil Action No. 05-11017
James H. Whitehouse, Sr. v. Pfizer Inc., Civil Action No. 05-11018
Frank Vercillo, Jr. v. Pfizer Inc., Civil Action No. 05-11019
Gary L. Lyman v. Pfizer Inc., Civil Action No. 05-11020
Mark Minisquero v. Pfizer Inc., Civil Action No. 05-11021
Nicole Justine James v. Pfizer Inc., Civil Action No. 05-11022
Jay DiGiacomo v. Pfizer Inc., Civil Action No. 05-11023
Avrill C. Aronson v. Pfizer Inc., Civil Action No. 05-11024
Joy Dodson v. Pfizer Inc., Civil Action No. 05-11025
Dorothy Kern v. Pfizer Inc., Civil Action No. 05-11027
John Dees v. Pfizer Inc., Civil Action No. 05-11028
Peter Veraas v. Pfizer Inc., Civil Action No. 05-11029
Theodore Populis v. Pfizer Inc., Civil Action No. 05-11030
Kathleen Wilson v. Pfizer Inc., Civil Action No. 05-11031
William Montgomery v. Pfizer Inc., Civil Action No. 05-11032
Michael Mendoza v. Pfizer Inc., Civil Action No. 05-11033
Johnnie Hargrove v. Pfizer Inc., Civil Action No. 05-11034
Shanan Feyer v. Pfizer Inc., Civil Action No. 05-11035
Gregory Retzer v. Pfizer Inc., Civil Action No. 05-11036
Sidney Brown v. Pfizer Inc., Civil Action No. 05-11037
Stephen Belbruno v. Pfizer Inc., Civil Action No. 05-11153
Maria Jarosz v. Pfizer Inc., Civil Action No. 05-

M.D. Tenn.

Ruth Smith v. Pfizer Inc., Civil Action No. 05-444