# EXHIBIT I

## FINKELSTEIN & PARTNERS NEURONTIN CASES IN STATE COURTS

Lake County Superior Court, California
Nicolette Crone v. Pfizer Inc., Case No. CV400432

Orange County Supreme Court, New York
William T. Young v. Pfizer Inc., Case No. 1062-04
Timothy P. Scott v. Pfizer Inc., Case No. 7096-04

Rockland County Supreme Court, New York
Eva Price v. Pfizer Inc., Case No. 7369-04

Richmond County Supreme Court, New York
John A. Ramunni v. Pfizer Inc., Case No. 7369-04

New York County Supreme Court, New York
Joshua Delaney v. Pfizer Inc., Case No. 117852-04
Carl Immoos v. Pfizer Inc., Case No. 117916-04
Sabra K. Rolick v. Pfizer, Inc., Case No. 118206-04
Joseph Nolan Myers v. Pfizer Inc., Case No. 102216-05
Sheila Sherman v. Pfizer Inc., Case No. 102594-05
Lori Richardson v. Pfizer Inc., Case No. 102716-05
Joseph Tate v. Pfizer Inc., Case No. 102717-05
Richard A. Kief v. Pfizer Inc., Case No. 102715-05
Becki Burgin v. Pfizer Inc., Case No. 102942-05
Audrey Catassi v. Pfizer Inc., Case No. 103412-05
Norma Padgett v. Pfizer Inc., Case No. 103413-05
Edwin Carrico v. Pfizer Inc., Case No. 103569-05
Dominga Wagasky v. Pfizer Inc., Case No. 105601-05
Dawn George v. Pfizer Inc., Case No. 106132-05
Christopher Sutton v. Pfizer Inc., Case No. 106130-05
Cheryl Johnson v. Pfizer Inc., Case No. 106622-05
Cynthia Craze v. Pfizer Inc., Case No. 107748-05
Rhett Hargan v. Pfizer Inc., Case No. 108048-05
Bruce Henrikson v. Pfizer Inc., Case No. 108057-05
Antoinette Thibault v. Pfizer Inc., Case No.
Leslie Neilson v. Pfizer Inc., Case No.105728-05
Damon Saunders v. Pfizer Inc., Case No. 105817-05
Geralyn Casunuran v. Pfizer Inc., Case No. 105933-05
Dawn Willie-Toon v. Pfizer Inc., Case No. 106335-05
Mary Akins v. Pfizer Inc., Case No. 106336-05
Katherine Trousdale v. Pfizer Inc., Case No. 106337-05
Mandy Kefauver v. Pfizer Inc., Case No. 105931-05
Roy Ruff v. Pfizer Inc., Case No. 105932-05
Andrew Grubbs v. Pfizer Inc., Case No. 105934-05
David Sucharzewski v. Pfizer Inc., Case No. 107747-05

Marie Oats v. Pfizer Inc., Case No.
Jeanne Baucham v. Pfizer Inc., Case No. 107450-05
Sheilah Mendez v. Pfizer Inc., Case No. 107446-05
Viorika Bisak v. Pfizer Inc., Case No. 107445-05
David Deitrick v. Pfizer Inc., Case No. 107448-05
Michael Jarvis v. Pfizer Inc., Case No. 107447-05
Violet Martin v. Pfizer Inc., Case No. 107452-05
Rose Vanaman v. Pfizer Inc., Case No. 107449-05
Larry Vermillion v. Pfizer Inc., Case No. 107451-05
Barbara Bassett v. Pfizer Inc., Case No. 108051-05
Sherri Casto v. Pfizer Inc., Case No. 108112-05
Lea Crandall v. Pfizer Inc., Case No. 108052-05
Raquel Field v. Pfizer Inc., Case No. 108109-05
Timothy Jones v. Pfizer Inc., Case No.
Daniel McLellan v. Pfizer Inc., Case No. 108113-05
Sandra Peeler v. Pfizer Inc., Case No. 108054-05
Ralph Stanley v. Pfizer Inc., Case No. 108110-05
Leah Walden v. Pfizer Inc., Case No. 108053-05
Mark Alltop v. Pfizer Inc., Case No. 108111-05
Virginia Goude v. Pfizer Inc., Case No.
Debra Bassett v. Pfizer Inc., Case No.
John Scully v. Pfizer Inc., Case No. 108114-05
Robin McDaniel v. Pfizer Inc., Case No.
Sharon Cox v. Pfizer Inc., Case No. 108327-05
Joan Harman v. Pfizer Inc., Case No. 108321-05
Sharon Burke v. Pfizer Inc., Case No. 108324-05
Jackie Cawood v. Pfizer Inc., Case No. 108322-05
Keith Habecker v. Pfizer Inc., Case No. 108326-05
Yelena Mnatsakanyan v. Pfizer Inc., Case No. 108323-05
Shirley Hughes v. Pfizer Inc., Case No. 108325-05
Howard Ellis v. Pfizer Inc., Case No.
Jennifer Cummings v. Pfizer Inc., Case No.
Anthony West v. Pfizer Inc., Case No.
Wendy Maddox-Wright v. Pfizer Inc., Case No.
Sandra Kirkland v. Pfizer Inc., Case No.
Courtney Nichols v. Pfizer Inc., Case No.
Fred Melkey v. Pfizer Inc., Case No.
Angelina Goulard v. Pfizer Inc., Case No.
Thomas Moran v. Pfizer Inc., Case No.