UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| Stephen Brodsky v. Pfizer Inc., et al. | Civil Action No. 05-10828 |
| Dan Huffman v. Pfizer Inc., et al. | Civil Action No. 05-10829 |
| Patti Paulsen v. Pfizer Inc., et al. | Civil Action No. 05-10830 |
| Rosalia Sumait, et al. v. Pfizer Inc., et al. | Civil Action No. 05-10832 |
| Monica Smith v. Pfizer Inc., et al. | Civil Action No. 05-10833 |
| Minnie Cooper, et al. v. Pfizer, Inc., et al. | Civil Action No. 05-10834 |
| Leroy Anderson, et al. v. Pfizer, Inc., et al. | Civil Action No. 05-10835 |
| Linda Barker v. Pfizer, Inc., et al. | Civil Action No. 05-10836 |
| Darlene Owens v. Pfizer Inc., et al. | Civil Action No. 05-11017 |
| James H. Whitehouse, Sr., et al. v. Pfizer Inc., et al. | Civil Action No. 05-11018 |
| Frank Vercillo, Jr. v. Pfizer Inc., et al. | Civil Action No. 05-11019 |

1

| | |
|---|---|
| Gary L. Lyman v. Pfizer Inc., et al. | Civil Action No. 05-11020 |
| Mark Minisquero v. Pfizer Inc., et al. | Civil Action No. 05-11021 |
| Nicole Justine James v. Pfizer Inc., et al. | Civil Action No. 05-11022 |
| Jay DiGiacomo v. Pfizer Inc., et al. | Civil Action No. 05-11023 |
| Avrill C. Aronson v. Pfizer Inc., et al. | Civil Action No. 05-11024 |
| Joy Dodson v. Pfizer Inc., et al. | Civil Action No. 05-11025 |
| Dorothy Kern v. Pfizer Inc., et al. | Civil Action No. 05-11027 |
| John Dees, et al. v. Pfizer Inc., et al. | Civil Action No. 05-11028 |
| Peter Veraas v. Pfizer Inc., et al. | Civil Action No. 05-11029 |
| Theodore Populis v. Pfizer Inc., et al. | Civil Action No. 05-11030 |
| Kathleen Wilson v. Pfizer Inc., et al. | Civil Action No. 05-11031 |
| William Montgomery v. Pfizer Inc., et al. | Civil Action No. 05-11032 |
| Michael Mendoza v. Pfizer Inc., et al. | Civil Action No. 05-11033 |
| Johnnie Hargrove v. Pfizer Inc., et al. | Civil Action No. 05-11034 |
| Shanan Feyer v. Pfizer Inc., et al. | Civil Action No. 05-11035 |

| | |
|---|---|
| Gregory Retzer v. Pfizer Inc., et al. ) | Civil Action No. 05-11036 |
| Sidney Brown v. Pfizer Inc., et al. ) | Civil Action No. 05-11037 |
| Stephen Belbruno v. Pfizer Inc., et al. ) | Civil Action No. 05-11153 |
| Frieda Burroughs v. Pfizer Inc., et al. ) | Civil Action No. 05- |
| Marianne Smolucha v. Pfizer Inc., et al. ) | Civil Action No. 05- |
| Christine Gambardello v. Pfizer Inc., et al. ) | Civil Action No. 05- |
| John Jarosz v. Pfizer Inc., et al. ) | Civil Action No. 05- |
| Monica Almeida v. Pfizer Inc. ) | Civil Action No. 05- |

## DECLARATION OF ELEANOR L. POLIMENI IN SUPPORT OF APPOINTMENT AS PRODUCTS LIABILITY PLAINTIFFS' LIAISON COUNSEL

I, Eleanor L. Polimeni, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP. I have extensive experience in products liability and personal injury litigation, and in federal practice. I have full knowledge of the matters stated herein and would testify thereto.

2. I was graduated from Penn State University with a B.H. in 1969, and I received a J.D. from the State University of New York at Buffalo in 1979. I was admitted to the bar of the State of New York in 1980. I also am a member of the bars of the United States Court of

3

Appeals for the Second Circuit, and the United States District Court for the Southern, Eastern, Northern and Western Districts of New York.

3. I began practicing products liability and personal injury litigation with Finkelstein & Partners in 1989. Since 1997, I have been in charge of federal court litigation at the firm. I am thoroughly familiar with the Federal Rules of Civil Procedure and the procedures for electronic filing under the CM/ECF case management system.

4. I have read Case Management Order No. 4 (Relating to Products Liability Litigation), in particular, Section III.C. Products Liability Plaintiffs' Liaison Counsel Respsonsibilities, and I agree to assume the duties of Liaison Counsel as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2005

/s/ Eleanor S. Polimeni
Eleanor L. Polimeni, Esq.