UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
                                                              :
In re:   NEURONTIN MARKETING AND                              :
         SALES PRACTICES LITIGATION                           :
                                                              :
------------------------------------------------------------- x   MDL Docket No. 1629
                                                              :
THIS DOCUMENT RELATES TO:                                     :   Master File No. 04-10981
                                                              :
------------------------------------------------------------- x   Judge Patti B. Saris
                                                              :
HARDEN MANUFACTURING CORPORATION;                             :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,                   :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; UNION                  :
OF OPERATING, LOCAL NO. 68 WELFARE FUND;                      :
ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST;                   :
GERALD SMITH; and LORRAINE KOPA, on behalf of                 :
themselves and all others similarly situated, v. PFIZER INC. and :
WARNER-LAMBERT COMPANY.                                       :
                                                              :
------------------------------------------------------------- x
                                                              :
THE GUARDIAN LIFE INSURANCE COMPANY OF                        :
AMERICA v. PFIZER INC. and                                    :
                                                              :
AETNA, INC. v. PFIZER INC.                                    :
                                                              :
------------------------------------------------------------- x

**MOTION FOR PROTECTIVE ORDER**
**CONCERNING SCOPE OF DISCOVERY**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for the entry of a protective order concerning the scope of discovery.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion for Protective Order Concerning Scope of Discovery, attached to which as Exhibit A is a supporting Declaration of Laura Kibbe.

WHEREFORE, Defendants respectfully request that the Court enter a protective order that Plaintiffs are not entitled to discovery concerning the sales and marketing of Neurontin that post-date 1998.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: June 17, 2005

PFIZER INC., et uno,

By their attorneys,

s/James P. Rouhandeh
James P. Rouhandeh
James E. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

-and-

s/David B.Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

## Certificate Of Consultation

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

s/David B. Chaffin