UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 |
| | | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | Judge Patti B. Saris |

**DEFENDANTS' AMENDED MOTION
WITH REGARD TO CASE MANAGEMENT ORDER NO. 4**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move for the inclusion in Case Management Order No. 4, which has not yet been entered, of two additional provisions that would further streamline discovery and promote judicial economy. The requested language is the bracketed language that appears on pages 6 and 7 of the proposed case management order that is Exhibit A to the accompanying memorandum.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court include the requested language in Case Management Order No. 4.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: June 23, 2005

                DAVIS POLK & WARDWELL

                By: s/James P. Rouhandeh
                    James P. Rouhandeh
                    James E. Murray

                450 Lexington Avenue
                New York, New York 10017
                (212) 450-4000

                - and -

                HARE & CHAFFIN

                By: s/David B. Chaffin
                    David B. Chaffin

                160 Federal Street
                Boston, Massachusetts 02110
                (617) 330-5000

                *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## Certificate Of Consultation

     I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                      s/David B. Chaffin