UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br>  ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br>  ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE OPPOSITION TO MOTION FOR PROTECTIVE ORDER WITH
RESPECT TO PLAINTIFFS' REQUESTS FOR ADMISSION**

The Plaintiffs in the above-reference matter, by the undersigned counsel, respectfully move for an enlargement of the time within which they must submit an opposition to Defendants' Motion for a Protective Order With Respect to Plaintiffs' 44,872 Separate Requests for Admission (docket entry no. 148, the "Motion") from Monday, June 27, 2005 until Tuesday, July 5, 2005.  In support thereof, Plaintiffs state that Plaintiffs have proposed a compromise resolution of the instant discovery dispute which, if accepted by Defendants, would obviate the need for the Court to consider the motion.  Additional time is required for Defendants to respond to Plaintiffs' proposal, and for any follow-up discussions and preparation of a stipulation, should agreement be reached.  Defendants do not oppose the requested extension.

WHEREFORE, Plaintiffs respectfully request that the Court enlarge until Tuesday, July 5, 2005, the time in which Plaintiffs may submit an opposition to the Motion.

425731.1

Dated: June 27, 2005                    Respectfully Submitted,

                By:    **/s/ Thomas M. Sobol**
                      Thomas M. Sobol
                      Hagens Berman Sobol Shapiro LLP
                      One Main Street, 4th Floor
                      Cambridge, MA 02142

*Plaintiffs' Liaison Counsel*

By:    **/s/ Don Barrett**

       Don Barrett, Esquire
       Barrett Law Office
       404 Court Square North
       P.O. Box 987
       Lexington, MS 39095

By:    **/s/ Daniel Becnel**
       Daniel Becnel, Jr., Esquire
       Law Offices of Daniel Becnel, Jr.
       106 W. Seventh Street
       P.O. Drawer H
       Reserve, LA 70084

By:    **/s/ James Dugan**

       James Dugan, Esquire
       Dugan & Browne
       650 Poydras St., Suite 2150
       New Orleans, LA 70130

By:    **/s/ Thomas Greene**
       Thomas Greene Esquire
       Greene & Hoffman
       125 Summer Street
       Boston, MA 02110

By:    **/s/ Barry Himmelstein**
       Barry Himmelstein, Esquire
       Lieff Cabraser Heimann & Bernstein
       Embarcadero Center West
       275 Battery Street, 30th Floor
       San Francisco, CA 94111-3339

*Members of the Class Plaintiffs'
Steering Committee*

By:     /s/ **Richard Cohen**
        Richard Cohen, Esquire
        Lowey Dannenberg Bemporad
        & Selinger, P.C.
        The Gateway
        One North Lexington Avenue
        White Plains, NY 10601

By:     /s/ **Linda P. Nussbaum**
        Linda P. Nussbaum, Esquire
        Cohen Milstein Hausfeld & Toll
        150 East 52$_{nd}$ Street
        Thirteenth Floor
        New York, NY 10022

*Members of the Plaintiffs' Non-Class
Steering Committee*

## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on Jne 27, 2005 he conferred with David Chaffin, counsel for Defendants concerning the foregoing motion, and Defendants have no objection or opposition to the requested relief.

        /s/ **Barry Himmelstein**
        Barry Himmelstein, Esquire
        Lieff Cabraser Heimann & Bernstein
        Embarcadero Center West
        275 Battery Street, 30th Floor
        San Francisco, CA 94111-3339