UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION                     CIVIL ACTION NO.
                                               04-10981-PBS
                                               MDL NO. 1629

THIS DOCUMENT RELATES TO
Allen, et al v. Pfizer, et al 05-10797-PBS

## NOTICE OF HEARING

**SARIS, U.S.D.J.**                                       June 24, 2005

        TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re:

Motion to Remand, on **July 22, 2005, at 3:30 p.m.** in Courtroom #19, 7th floor, United States

District Court, 1 Courthouse Way, Boston, Massachusetts.

                                               By the Court,


                                               /s/ Robert C. Alba
                                               Deputy Clerk

Copies to: All Counsel