UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

### MOTION TO COMPEL PRODUCTION OF DOCUMENTS
### CREATED AFTER DECEMBER 31, 1998

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, the Class Plaintiffs (*Harden Manufacturing Corp., et al. v. Pfizer, Inc., et al.*) and the Coordinated Third Party Payer Plaintiffs (*The Guardian Life Insurance Company of America v. Pfizer, Inc. and Aetna, Inc. v. Pfizer, Inc*.) (collectively, "Plaintiffs") hereby move to compel the production by defendants Pfizer, Inc. and Warner-Lambert Company (collectively, "Defendants") of documents responsive to the Class and Non-Class Plaintiffs' First Request for Production of Documents ("Plaintiffs' RFP") created between January 1, 1999 and May 31, 2004.  *See* Plaintiffs' First RFP at p. 10, Instruction 9 ("Unless otherwise stated, the time period for this Document Request shall be from January 1, 1994 to May, 2004.").[1]

---

[1] This motion is the counterpoint to Defendants' Motion for Protective Order Concerning the Scope of Discovery, filed on June 17, 2005.  While this motion does not address Defendants' other objections to Plaintiffs' RFP, its object is to establish Defendants' affirmative obligation to produce documents created during the contested time period.

454263.1

The grounds for this motion are set forth in the accompanying Memorandum in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998. The Declaration of Rebecca J. Poate and attached exhibits are also submitted in support of this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order compelling the production by Defendants of documents created between January 1, 1999 and May 31, 2004, that are otherwise responsive to Plaintiffs' RFP.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: July 1, 2005                                    Respectfully Submitted,

By:   **/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:   **/s/ Thomas Greene**
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:   **/s/ Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:  **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:  **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs'
Steering Committee*

By:  **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of
the Class Plaintiffs' Steering Committee*

By:  **/s/ Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:  **/s/ Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class
Steering Committee*

-4-

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

Dated:  July 1, 2005

                                                   **/s/ Barry Himmelstein**
                                                  Barry Himmelstein