UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION FOR PROTECTIVE ORDER WITH RESPECT TO PLAINTIFFS' REQUESTS FOR ADMISSION**

The Plaintiffs in the above-reference matter, by the undersigned counsel, respectfully move for an additional enlargement of three days' time within which they must submit an opposition to Defendants' Motion for a Protective Order With Respect to Plaintiffs' 44,872 Separate Requests for Admission (docket entry no. 148, the "Motion"). Plaintiffs previously filed an unopposed motion requesting an extension from Monday, June 27, 2005 until Tuesday, July 5, 2005, to provide additional time for the parties to meet and confer with regard to a compromise resolution of the instant discovery dispute proposed by Plaintiffs. An additional meet and confer session took place on June 30, 2005, but the parties were unable to resolve the instant dispute. Due to the intervening holiday weekend, and the fact that Plaintiffs' opposition to Defendants' Motion For Protective Order Concerning Scope of Discovery was due the following day, July 1, 2005, Plaintiffs request and Defendants to not oppose a futher extension of three days, from July 5, 2005 to July 8, 2005, witin which Plaintiffs may file an opposition to the Motion.

425731.1

Dated: July 5, 2005                          Respectfully Submitted,

                By:    **/s/ Thomas M. Sobol**
                      Thomas M. Sobol
                      Hagens Berman Sobol Shapiro LLP
                      One Main Street, 4th Floor
                      Cambridge, MA 02142

*Plaintiffs' Liaison Counsel*

                By:    **/s/ Don Barrett**

                      Don Barrett, Esquire
                      Barrett Law Office
                      404 Court Square North
                      P.O. Box 987
                      Lexington, MS 39095

                By:    **/s/ Daniel Becnel**
                      Daniel Becnel, Jr., Esquire
                      Law Offices of Daniel Becnel, Jr.
                      106 W. Seventh Street
                      P.O. Drawer H
                      Reserve, LA 70084

                By:    **/s/ James Dugan**
                      James Dugan, Esquire
                      Dugan & Browne
                      650 Poydras St., Suite 2150
                      New Orleans, LA 70130

                By:    **/s/ Thomas Greene**
                      Thomas Greene Esquire
                      Greene & Hoffman
                      125 Summer Street
                      Boston, MA 02110

                By:    **/s/ Barry Himmelstein**
                      Barry Himmelstein, Esquire
                      Lieff Cabraser Heimann & Bernstein
                      Embarcadero Center West
                      275 Battery Street, 30th Floor
                      San Francisco, CA 94111-3339

425731.1

*Members of the Class Plaintiffs'*
*Steering Committee*

By:     **/s/ Richard Cohen**
        Richard Cohen, Esquire
        Lowey Dannenberg Bemporad
        & Selinger, P.C.
        The Gateway
        One North Lexington Avenue
        White Plains, NY 10601

By:     **/s/ Linda P. Nussbaum**
        Linda P. Nussbaum, Esquire
        Cohen Milstein Hausfeld & Toll
        150 East 52$_{nd}$ Street
        Thirteenth Floor
        New York, NY 10022

*Members of the Plaintiffs' Non-Class*
*Steering Committee*

## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on June 30, 2005 he conferred with James P. Rouhandeh, counsel for Defendants concerning the foregoing motion, and Defendants have no objection or opposition to the requested relief.

        **/s/ Barry Himmelstein**
        Barry Himmelstein, Esquire
        Lieff Cabraser Heimann & Bernstein
        Embarcadero Center West
        275 Battery Street, 30th Floor
        San Francisco, CA 94111-3339