UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and this Court's July 29, 2003 Case Management Order, the undersigned counsel, Thomas M. Sobol, hereby moves that this Court enter an Order granting leave to Jack W. London, Law Offices of Jack W. London & Associates, P.C., 106 E. 6th Street, Suite 700, Austin, Texas 78701; telephone: (512) 478-5858; facsimile: (512) 478-1120; e-mail: jlondon@texas.net; to appear on behalf of Plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Mr. London was admitted to the bar of the State of Texas 1972. He has also been admitted to the bar of the United States District Court for the District of Texas, Western Division, Austin, in 1973.

2. There are no disciplinary proceedings pending against Mr. London as a member of the bar in any jurisdiction.

3. Mr. London has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  In further support of this motion, Mr. London has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Mr. London be admitted to practice before this Court *pro hac vice*.

Dated: July 11, 2005                                    Respectfully Submitted,

                                        By:   /s/ Thomas M. Sobol
                                              Thomas M. Sobol
                                              Hagens Berman Sobol Shapiro LLP
                                              One Main Street, 4th Floor
                                              Cambridge, MA 02142
                                              (617) 482-8200
                                              (617) 482-3003 (fax)

                                              *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Jack W. London, hereby certify that:

1. I was admitted to the bar of the State of Texas on April 20, 1972, and to the bar of the United States District Court for the District of Texas, Western Division, Austin, on June 29, 1973.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and e-mail address are as follows:

   Jack W. London
   Law Offices of Jack W. London & Associates, P.C.
   106 E. 6th Street, Suite 700
   Austin, Texas   78701
   (512) 478-5858 (telephone)
   (512) 478-1120 (facsimile)
   jlondon@texas.net (email)

_____
Jack W. London

Dated: July 5, 2005