UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, James S. Harrington, hereby moves the Court for an Order allowing Thomas J. Poulin, Robins, Kaplan, Miller & Ciresi L.L.P., 1801 K Street, N.W., Suite 1200, Washington, D.C., 20006, Tel. (202) 775-0725, Fax (202) 223-8604, to appear and practice *pro hac vice* on behalf of non-class third party payor plaintiffs[1] that were transferred to the above-captioned action from *Assurant Health et al v. Pfizer Inc. et al*, Civil Action No. 2:05-cv-0095 (MCA) (D.N.J.). As grounds for this motion, the undersigned states that:

1. I am duly admitted to practice before this Court and represent the non-class, third party payor plaintiffs in the above-captioned action.

2. Mr. Poulin has prepared the Certification required by Local Rule 83.5.3(b), which has been filed together with this Motion.

---

[1] The non-class third party payor plaintiffs consist of the following health benefit providers: American Medical Security, Assurant Health, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, Blue Cross and Blue Shield of Nebraska, CareFirst, Excellus Health Plan, Inc., Group Health Service of Oklahoma, d/b/a Blue Cross Blue Shield of Oklahoma; Hawaii Medical Service Association, d/b/a Blue Cross Blue Shield of Hawaii, Health Care Service Corporation (Blues of Illinois, Texas and New Mexico), Horizon Health Care Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey; Humana Inc., Louisiana Health Service and Indemnity Co., d/b/a Blue Cross and Blue Shield of Louisiana; Medmutual of Ohio; Mutual of Omaha Insurance Company, Offord Health Plans, LLC; The Regence Group; Wellmark, Inc., d/b/a Wellmark Blue Cross Blue Shield of Iowa and Wellmark South Dakota, d/b/a Blue Cross and Blue Shield of South Dakota.

3. I have provided Mr. Poulin with a complete copy of the Local Rules of the United States District Court for the District of Massachusetts.

4. Thomas J. Poulin is a member of the firm of Robins, Kaplan, Miller & Ciresi L.L.P. He is admitted to several United States District Courts, and the highest courts of the State of Maine and the District of Columbia.

5. The Plaintiffs request that Mr. Poulin represent them in this matter. Accordingly, the Court should exercise its discretion and allow the admission *pro hac vice* of Thomas J. Poulin.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Poulin be admitted to practice before this Court *pro hac vice*.

Dated: 7/12, 2005

Respectfully submitted,

*James S. Harrington*
James S. Harrington (#543744)
ROBINS KAPLAN MILLER CIRESI L.L.P.
800 Boylston Street
25th Floor
Boston, MA 02199
Telephone: (617) 267-2300
Facsimile: 617.267.8288

*Attorneys for Non-Class, Third Party Payor Plaintiffs, formerly of Assurant Health et al v. Pfizer Inc. et al*, Civil Action No. 2:05-cv-0095 (MCA) (D.N.J.).

DC1 45673261.1

## STATEMENT REGARDING LOCAL RULE 7.1(A)(2)

Counsel for the Plaintiffs who are non-class third party payors, formally in *Assurant Health et al. v. Pfizer, Inc. et al.*, have conferred with counsel for Defendant, Pfizer, and there is no objection to this Motion for Admission *Pro Hac Vice*.

_____
James S. Harrington

DATED: 7/12 , 2005