UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Thomas J. Poulin, hereby certify that:

1. I was admitted to the bar of the District of Columbia in 2001, the United States District Court for the District of Columbia in 2001, the State of Maine in 1988 and the United States District Court for the State of Maine in 1988.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4

DC1 45673261.1

5. My name, firm address and telephone number is as follows:

Thomas J. Poulin
1801 K Street, N.W.
Suite 1200
Washington, DC 20006
Tel. (202) 775-0725
Fax (202) 223-8604

_____
Thomas J. Poulin

Dated: 7/8, 2005

5

DC1 45673261.1