**HARE & CHAFFIN**
ATTORNEYS AT LAW
160 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1701
(617) 330-5000
TELECOPIER (617) 330-1996

July 12, 2005

**BY ECF**

Robert Alba, Courtroom Clerk to
  The Honorable Patti B. Saris
United States District Court
  for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

      Re:    In re Neurontin Marketing and Sales Practices Litigation,
            MDL No. 1629, Master File No. 04-10981

            This Document Relates to: Allen, et al. v. Pfizer Inc., et uno,
            No. 05-10797 PBS (D. Mass.)

Dear Mr. Alba:

      As instructed, I write to confirm that the hearing on the motion to remand Allen, et al. v. Pfizer Inc., et uno, has been rescheduled to August 16, 2005, at 2:30.

      Thank you.

                                              Very truly yours,

                                              David B. Chaffin

DBC:kgg
354007.0712

cc:    Daniel D'Angelo, Esq.