# EXHIBIT A

## DAVIS POLK & WARDWELL

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212-450-4000
FAX 212-450-3800

WRITER'S DIRECT
(212) 450-4084

15, AVENUE MATIGNON
75008 PARIS

MESSETURM
60308 FRANKFURT AM MAIN

17-22, AKASAKA 2-CHOME
MINATO-KU, TOKYO 107-0052

3A CHATER ROAD
HONG KONG

November 28, 2000

Re: **United States ex rel. Franklin v. Warner-Lambert**
**C.A. No. 96-11651-PBS**

Thomas M. Greene, Esq.
Greene & Hoffman, P.C.
125 Summer Street, 14th Floor
Boston, MA 02110

Dear Mr. Greene:

  I write regarding the production of documents by Warner-Lambert in response to the First Request for the Production of Documents from Relator David Franklin to Defendant Warner-Lambert Company (the "First Request") and the Second Request for the Production of Documents from Relator David Franklin to Defendant Warner-Lambert Company (the "Second Request").

  As you are aware, on September 19, 2000, Warner-Lambert served its Responses and Objections to the First Request, in which Warner-Lambert objected to producing documents to you until we have agreed on the form of a confidentiality order and the Court approves such an order (see General Objection Number 1, at p. 2). By letter on September 20, I sent to you a draft confidentiality order for your review and requested your comments. By letter on October 17, I again asked you for comments on the draft confidentiality order. During the week of November 20, Jim Rouhandeh indicated to you that Warner-Lambert would produce numerous boxes of documents that were responsive to both the First Request and the Second Request shortly after we reached agreement on the form of the confidentiality order, and again asked for your comments. To date, you have not provided any comments on the draft confidentiality order.

  In our conversation today, I reiterated that Warner-Lambert would produce approximately 55 boxes of documents that were responsive to both the First Request and the Second Request shortly after our agreement on a

Thomas M. Greene, Esq.            2            November 28, 2000

confidentiality order. Please let me know if you have any comments on the draft confidentiality order so that we may agree on a proposed order for submission to the Court.

Very truly yours,

James E. Murray

Via Facsimile