# EXHIBIT D

07/11/2005 16:32 FAX                     SCHIFFRIN-BARROWAY                    ☑007/008

JUL-07-2005  15:49      MORGAN LEWIS BOCKIUS - PH          215 963 5001    P.02/03

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
### COUNSELORS AT LAW

Coleen M. Meehan
215.963.5592
cmeehan@morganlewis.com

July 7, 2005

**BY TELEFAX (610-822-0252)**
**FIRST CLASS MAIL**

Tobias L. Millrood, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Re:    In re: Hormone Therapy Litig. (Phila. CCP Nov. Term 2003, No. 00001)

Dear Tobi:

In accordance with our agreement with Plaintiffs to identify the custodians that Pfizer anticipates will be produced in the July 15, 2005 production, I provide the following:

| Custodian | Anticipated Volume |
|---|---|
| Axelsen, Kristen | 50 |
| Blum-Heise, Denise | 602 |
| Booth, Jenia | 248 |
| Breed, Kristie | 7,828 |
| Burdick, Michael | 188 |
| Cole, Lisha | 32 |
| Cooper, Kelvin | 30 |
| Conte, Marie | 550 |
| Cronlund, Anne | 2,429 |
| Deters, Melissa | 5,527 |
| Erani, Karen | 30 |
| Hammil, Suzanne | 201 |
| Huntsman, Nancy | 941 |
| Johnson, David | 891 |
| Krasnow, Joel | 507 |
| Kromer, Francine | 39 |

Philadelphia  Washington  New York  Los Angeles  San Francisco  Miami  Pittsburgh  Princeton
Chicago  Palo Alto  Harrisburg  Irvine  Boston  London  Tokyo  Brussels  Frankfurt

07/11/2005 16:32 FAX          SCHIFFRIN-BARROWAY                        ☎ 008/008

JUL-07-2005  15:48      MORGAN LEWIS BOCKIUS - PH          215 963 5001    P.03/03

Tobias L. Millrood, Esquire                    **Morgan Lewis**
July 7, 2005                                   COUNSELORS AT LAW
Page 2

| Lehman, Tracie S. / Mensch, Sharon | 114 |
| Liantonio, Carole | 322 |
| Liggeri, Enrico | 157 |
| Loechel, Michael | 60 |
| Magesto, Matthew | 45 |
| McGill, Barbara | 2,152 |
| Morris, Jaime | 288 |
| Morrison, J.C. | 2,151 |
| Ocejo, John | 28 |
| Paradis, Sabrina | 206 |
| Pyle, Barbara | 28 |
| Records Management, Ann Arbor | 107,614 |
| Records Management, NY/MOPS | 28,360 |
| Regulatory | 3,206 |
| Scott, Anthea | 993 |
| Shultz, James | 524 |
| Silva, Aulini | 154 |

Please be advised that pursuant to your request we anticipate that certain Provera clinical documents as well as certain marketing documents for Activella, Estring, Ogen, Provera and Vagifem will be included within the production of the Records Management files referenced above.

If you should have any questions regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

Coleen M. Meehan

JUN-21-2005   12:43    MORGAN LEWIS PHILA                    2159635001    P.02/19

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Emily J. Lawrence
215.963.5241
elawrence@morganlewis.com

June 21, 2005

## BY TELEFAX (610-822-0252)  OVERNIGHT DELIVERY

Tobias L. Millrood, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Re:    In re: Hormone Therapy Litig. (Phila. CCP Nov. Term 2003, No. 00001)

Dear Tobi:

Per your letter dated June 13, 2005, the Pfizer and Pharmacia defendants have been working to gather the additional information you requested. We respond as follows with the information we have been able to gather to date and will supplement as necessary if we can provide more information.

For convenience's sake, we follow the headings and paragraphs of your letter.

Boxed Paper Documents: We estimate that there are approximately 350,000 - 500,000 responsive pages in the "A-F" categories you requested. We estimate that these documents can be produced by mid-August 2005, although we are working to produce some in the July production. We also expect the July production will include documents of some of the "priority" individuals that you requested in Paragraph 1 below.

Custodians Yet To Be Produced: As indicated in the Pfizer and Pharmacia defendants' Reply and Response to their own and plaintiffs' discovery motions, although the Pfizer and Pharmacia defendants identified hundreds of individuals who might have documents related to Hormone Therapy, not all of them actually did so. Thus, the "priority" framework seeks to focus only on those individuals who actually had retrievable documents and who appear to have significant responsibility with regard to the products at issue.

Paragraph 1: Of the 78 individuals whose documents you requested, we estimate that there are approximately 2 million pages of electronic documents remaining to be reviewed for responsiveness from 49 of those people. Twenty-nine of those individuals did not, in fact, have

Tobias L. Millrood, Esquire
June 21, 2005
Page 2



electronic documents. Documents from them, however, may be included in the boxed paper documents.

<u>Paragraphs 2, 3 and 5:</u> You have requested additional information about the individuals listed in these paragraphs. We have gathered more information about these individuals; the information is included in the enclosed spreadsheet. In addition, the second enclosed spreadsheet provides additional information about individuals who did not, in fact, have retrievable electronic documents.

In addition, in Paragraph 3, you requested information about how those individuals were designated as "priority." That designation was based on the person's job title, job responsibilities or discovery to date, from which it appeared that the person had significant responsibility with regard to the products at issue.

<u>Paragraph 4:</u> We understand that plaintiffs do not seek production of the listed individuals at this time.

After you have had a chance to review the additional information, please advise which, if any, additional individuals' documents you seek, and we will do our best to add them to the review and production queue as quickly as possible. Per the second to last paragraph of your letter, we continue to provide information and responses in an effort to reach accord on the parties' pending motions.

Very truly yours,

Emily J. Lawrence

Emily J. Lawrence

Encs.

JUN-21-2005  12:44     MORGAN LEWIS PHILA                                     2159635001     P.04/19

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)

6/21/05

1 of 10

| # | Name (A) | Prioritize (B) | Department (C) | Job Title (D) | Product (E) | Company (F) | Decade with Company (G) |
|---|---|---|---|---|---|---|---|
| 1 | Amann, Doug | | Sales Operations | Senior Director, Group Leader Conventions/Meeting Strategies and Management | | Pfizer | 1990's - 2000's |
| 2 | Amsel, Lewis P. | | Global Pharmaceutical Technology Support | Senior Director - Pharm Tech Support | | | |
| 3 | Anastasio, Geraldine | | Research and Development | Senior Director - Pharm Tech | Provera, Ogen | Pharmacia | 2000's |
| 4 | Anderson, Paul | | | Senior Regional Medical Research | FemHRT | Pfizer | 2000's |
| 5 | Antel, Edward | | Industrial Hygiene | Specialist | | | |
| 6 | Arndt, Jeri A. | | Clinical Development | Chemist | | Pharmacia | 2000's |
| 7 | Arnold, Michael | | Clinical Research | Clinical Pharmacology Manager | Provera | Pharmacia | 1990's - 2000's |
| 8 | Atchinson, Judith | | Research Pharmacy Group | RSM - Sr. Regional Clin Res Assc. | FemHRT | Pfizer | 2000's |
| 9 | Atkins, Dominique | | Supply | Director | FemHRT | Pfizer | 2000's |
| 10 | Aurilia-Perez, Sandra | | Animal Health/Veterinary Technical Professional Services | | FemHRT | Pharmacia | 2000's |
| 11 | Auster, Shella | | | Senior Regional Medical Research Rep | FemHRT | Pfizer | 2000's |
| 12 | Bachelor, Shawn | | Development Operations | Manager of Database Management | FemHRT | Pfizer | 1990's - 2000's |
| 13 | Baehr, Kenneth | | Research and Development | RSM - Clinical Research Associate | FemHRT | | |
| 14 | Barthwal, Ajay | | Medical Information | Consultant | | | |
| 15 | Bean, Elizabeth R. | | Drug Safety | Consultant | | | |
| 16 | Beckman, Fern | | Marketing Sales | CNS Specialty - Pfizer - PPG | FemHRT | Pfizer | 2000's |
| 17 | Bennett, Erin | | WDOA | Senior Director | FemHRT | Pfizer | 2000's |
| 18 | Bernhardt, Janet S. | | Marketing | | FemHRT | Pfizer | 1980's - 2000's |
| 19 | Biddulph, Romney B. | | Global Manufacturing Quality Operations | Quality Assurance Professional - | Depo-Estradiol | Pfizer | 2000's |
| 20 | Bieri, Joe | | Government Reporting | Cost/QA Validation | | Pharmacia | 2000's |
| 21 | Blackstone, Jennifer | | Manufacturing | Consultant, Corp. Finance | | | |
| 22 | Blanks, Arthur | | Field Force | Engineer | | | 2000's |
| 23 | Boards, Dallas | | Manufacturing | Professional Sales Representative | Activella, Vagifem | Upjohn, Pfizer | 2000's |
| 24 | Boda, Fredrick | | Manufacturing | Engineer | | | |
| 25 | Boekeloo, Mark K. | X | Global Research & Development | Maintenance Planner/Scheduler | | | |
| 26 | Bogle, Chris G. | | Manufacturing | Director/Team Leader | MPA | Pharmacia | 2000's |
| 27 | Boryca, Kelly J. (Marshall) | | Field Force | Professional Sales Representative | MPA | Pfizer | 2000's |
| 28 | Boryca, Kelly J. (Marshall) | | | Professional Sales Representative | MPA | Pfizer | 2000's |
| 29 | Boulware, George | | Field Force | District Manager | | Pfizer | 2000's |

CONFIDENTIAL

JUN-21-2005  12:44   MORGAN LEWIS PHILA                                2159635001      P.05/19

2 of 10

**ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)**

6/21/05

| | Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G |
| 1 | Name | | | | | | |
| 30 | Bowman, Linda | | Supply/Manufacturing | | | | |
| 31 | Bowman, David B. | | Quality Assurance | Senior QA Professional / Project Manager - Pharm Tech Support | | Upjohn, Pharmacia Pfizer | 1990s 2000's |
| 32 | Boyer, Ed J | | Projects and Business Support | Director | | Upjohn, Pharmacia, Pfizer | 1970's- 2000's |
| 33 | Brennan, Sean | | Regulatory Affairs | Vice President World Wide Regulatory Affairs | MPA, FemHRT | Pfizer | 2000's |
| 34 | Brett, Kim | | Marketing | Regional Manager | FemHRT | Warner-Lambert | 2000's |
| 35 | Brink, Jill | | Supply | Global Supply Financial Services | MPA | Pfizer | 2000's |
| 36 | Brown, Brenda | | | Temp/Contractor | | Warner-Lambert | 2000's |
| 37 | Brown, Micheal H. | | Field Force | Professional Sales Representative | Activella, Vagifem | | 2000's |
| 38 | Brown, Ray A. | | Manufacturing | Apprentice Process Instruments | | Pharmacia, Pfizer | 2000's |
| 39 | Bus, Joe | | Field Force | District Manager - CMS | | | |
| 40 | Bukenya, Twaha | | Development Operations | Director, Statistical Analysis & Reporting | FemHrt | Warner-Lambert | 2000's |
| 41 | Burke, Vicki A. | | Field Force | Professional Sales Representative | Activella | | |
| 42 | Burleson, William | | | Director Materials | Provera, Activella | Pharmacia | |
| 43 | Burnside, Robert | | Global Supply - Caguas | Clinical Biostatistics - NL | Provera, Activella | Warner-Lambert | 2000's |
| 44 | Cain, Ronald W. | | Managed Markets | Senior Associate Director | | Warner-Lambert | 2000's |
| 45 | Castillo, Chris | | Field Force | Manager | | | |
| 46 | Causey, William H., III | | Field Force | District Manager | FemHrt | Warner-Lambert | 2000's |
| 47 | Cavallar, Matt | | Field Force | Professional Sales Representative | | Warner-Lambert | 2000's |
| 48 | Cayado, Jay | | | | | | |
| 49 | Cernius, Carolyn J. | | Medical Technology | Research Scientist | | Pfizer | 2000's |
| 50 | Chan de Velarde, Kim-Ming | | Manufacturing | | | Upjohn, Pharmacia, Pfizer | 1980's - 2000's |
| 51 | Charles, Jodie L. | | Manufacturing | Microbiologist II - KDP - Microbiology Support | | Pfizer | 2000's |
| 52 | Cho, Lauren Y. | | Field Force | Supervisor | | | |
| 53 | Choll, Robert C. | | Pharmaceutical Development | Professional Sales Representative | | | |
| 54 | Christenson, Jolene M. | X | Clinical | SR Res. Sci. | | | |
| 55 | Collins, Dan | | Manufacturing | SR Clinical Res. Associate | | | |
| 56 | Collins, Kathy | | Drug Regulatory Affairs | Apprentice Process Instruments | FemHrt | Warner-Lambert | 2000's |
| 57 | Conklin, Anthony | | Field Force | Director, WW Regulatory Strategy - Provera | | | |
| 58 | Cook, Chris | | Manufacturing | Professional Sales Representative / Machine Repair | | | |

CONFIDENTIAL

JUN-21-2005  12:44    MORGAN LEWIS PHILA    2159635001    P.06/19

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)

6/21/05

| 1 | Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
|---|------|------------|------------|-----------|---------|---------|---------------------|
| 59 | Cosgrove, Joseph P. | | Field Force | District Manager | | | |
| 60 | Cox, Carrie | X | Marketing, Sales & Promotions | Professional Sales Representative | Activella | Pharmacia, Upjohn | 2000's |
| 61 | Cox, Donna | | Field Force | | | | |
| 62 | Crockell, Yvette | | Clinical | Manager, Clinical Applications (CEO Division) | | | |
| 63 | Crouch, Charles W. | | Global Outcomes Research | SROLIN Research Specialist | | | |
| 64 | Crow, Patricia | | Field Force | Professional Sales Representative | | | |
| 65 | Cullen, Jonathan S. | | Field Force | Assistant Scientist | MPA | | 2000's |
| 66 | Cumm, Thomas | | Field Force | Professional Sales Representative | | Pharmacia | 2000's |
| 67 | Daly, Joseph | | Sales Analysis & Reporting | Senior Manager | Femi-hrt | Pfizer | 2000's |
| 68 | Dam, Ray | | | | Depo-Estaradol, MPA (Greenstone), Open | | |
| 69 | Danby, Laura A. | | Regulatory Affairs | Regulatory Manager OTC-NJ | Provera | | |
| 70 | Davis, Cheryl | | Field Force | Professional Sales Representative | Femi-Hrt | Upjohn | 1990's |
| 71 | | | Animal Health/Veterinary Technical Services | | | Pharmacia, Upjohn | 1990's |
| 72 | Dean, Susan | | Global Manufacturing | | | | |
| 73 | Defrancesco, William V. | | Field Force | District Manager | FemHRT, Open | Pfizer | 1990's |
| 74 | DeData, Emilio | | Clinical | Clinical Study Manager | MPA | | 2000's |
| 75 | D'Eresmo, Carolyn | | Field Force | District Manager | | Pfizer | 2000's |
| 76 | deRuoso, Lynne R. | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 77 | Di Bella, Francis P. | | Information Management | Patent Information Scientist - | FemHRT | Pfizer | 2000's |
| 78 | Dimeo-Wilson, Nancy | X | Information Technologies | CIT Site Head | | Pfizer | 1990's - 2000's |
| 79 | Dolan, Michael | | Supply | Supply Chain Senior Manager | | Upjohn, Pfizer | 1990's - 2000's |
| 80 | Donovan, Lauren S. | | Field Force | Professional Sales Representative | | Pfizer | 1990's - 2000's |
| 81 | D'Orazio, Pat A. | | Field Force | Professional Sales Representative | | | |
| 82 | Driver, Eddie | | Manufacturing | Maintenance Planner/Scheduler | | Pfizer | 2000's |
| 83 | Duvall, Sue | | | Manager, Quality Standards | MPA | | |
| 84 | Dykgraaf, Tim | | Healthcare Prof. Promotions | Regulatory Manager GTII | MPA | | 2000's |
| 85 | Etzer, John | | Manufacturing | Maintenance Support Specialist | | Pfizer, Pharmacia | 2000's |
| 86 | Emerson, Mary Sue | | Drug Safety | Sr. Safety Surveillance Associate | FemHRT | Pfizer, Pharmacia | 2000's |
| 87 | Ensing, Janice M. | | Field Force | Professional Sales Representative | | Pfizer | 2000's |
| 88 | Erikson, Bob | | | Scientist III, Project Progression | MPA | Pfizer | 1990's - 2000's |
| 89 | Feely, Sandra M. | | Supply | Senior Manager - Supply Chain Management | | Pharmacia | 2000's |

| A | B | C | D | E | F | G |

3 of 10

CONFIDENTIAL

JUN-21-2005  12:44    MORGAN LEWIS PHILA    2159635001    P.07/19

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005  Letter)    6/21/05

| | Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 90 | Fellings, Tasha | | Field Force | Professional Sales Representative | | Pfizer | 2000's |
| 91 | Ferrer, Antonio E. | X | Finance | Manager, Consolidations | | Pfizer | 2000's |
| 92 | Finley, Anne S. | | Field Force | Professional Sales Representative | FemHRT | Pfizer | |
| 93 | Follmann, Kara | | Regulatory | | Provera, MPA | Pfizer | 2000's |
| 94 | Forsythe, Sandy | | Clinical Research | Case Manager | | Pharmacia, Pfizer | 2000's |
| 95 | Foster, Todd P. | | Supply | Associate Director | | | |
| 96 | Fox, Vernon | | Manufacturing | Machine Repair, Engineering | MPA, Ogen | Upjohn, Pfizer | 1990's - 2000's |
| 97 | Frayer, Melissa | | Global Research & Development | Manager, Regulatory Operations | | | |
| 98 | Freeman, Terence | | Field Force | Account Manager | | Pfizer | |
| 99 | Gale, Melissa | | Field Force | Professional Sales Representative | | | |
| 100 | Gamper, Connie L. | X | Regulatory Affairs | Director Worldwide Regulatory Strategies | | Pfizer | 1980's - 2000's |
| 101 | Gard, Janice K. | | Clinical | Principal Res. Scientist | | | |
| 102 | George, Tim | | Field Force | IVP Sales | FemHRT | Pfizer, Upjohn | 1990's - 2000's |
| 103 | Gereitz, Richard | | Field Force | | FemHRT | Pfizer | 2000's |
| 104 | Gibson, Jemal O. | | Field Force | District Manager | FemHRT | Pfizer | 2000's |
| 105 | Gilbert, Sharon J | | Manufacturing Supply Chain | Regional Manager, Midwest | FemHRT | Pfizer | 1990's - 2000's |
| 106 | Gillette, Jeffrey A | | Global Manufacturing | Assistant Scientist | | Pharmacia | 2000's |
| 107 | Girardi Schoen, Elizabeth C. | | Environmental Health & Safety | | Provera, MPA, Ogen | Pharmacia | 2000's |
| 108 | Gmerek, Debra | | | Senior Director | | Pfizer | 2000's |
| 109 | Grdina, Charlie | X | IT | | | | |
| 110 | Guinto, Aileen | | Regulatory/Safety | Development | FemHRT | Pfizer | 2000's |
| 111 | Hamick, Dewayne | | Regulatory/Safety | Manager | | Pfizer, Upjohn | 2000's |
| 112 | Hanselman, Johan | | Pfizer Literature Center | | | Pfizer | 2000's |
| 113 | Hanson, Karen L. | | Regulatory Affairs | Director of Regulatory Affairs, Asia, MPA | Provera | Pharmacia | 1990's - 2000's |
| 114 | Harness, Pamela A | | Global Manufacturing | | Provera | Pharmacia | 2000's |
| 115 | Harshfield, Jeff | | Materials and Operations | | Provera, Depo-Estradiol | Pharmacia | 2000's |
| 116 | Hausfeller, Jeffrey W | | Field Force | Regional Manager | Estring, FemHRT | Pfizer | 2000's |
| 117 | Heine, Diedre | | Clinical Research | Clinical Research Manager | Provera | Provera | 2000's |
| 118 | Henninger, George | | Finance, Planning, Business Development and Health Solutions | Vice President | FemHRT | Pharmacia, Pfizer | 2000's |
| 19 | Hevel, Kelly | | Supply Chain Management | | Provera, Vagifem, Estring, FemHRT | Pfizer | 2000's |
| 120 | Hoang, Minh N | | Research and Development | Director, Worldwide Safety | Provera, Ogen | Pharmacia | 2000's |
| 121 | Holman, David | | Field Force | Professional Sales Representative | Provera, Activella | Pharmacia | 2000's |

4 of 10

CONFIDENTIAL

JUN-21-2005  12:45        MORGAN LEWIS PHILA                                      2159635001      P.08/19

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)

6/21/05

| | A Name | B Prioritize | C Department | D Job Title | E Product | F Company | G Decade with Company |
|---|---|---|---|---|---|---|---|
| 122 | Ikeda, Laurence | | Research and Development | Regional Medical Research Specialist | | Pfizer | |
| 123 | Janustkowsky, Vera | | State Gov't Relations | Director - Government Affairs | | Pfizer | |
| 124 | Jarzayan, Ari | | | | | | 2000's |
| 125 | Jean, Andrew | | | | | | |
| 126 | Johnson, Tim | | Manufacturing | Pipe Fitter | | | |
| 127 | Jones, Lori E. | | Manufacturing | Pipe Fitter | | | |
| 128 | Jorden, David C. | | Global Clinical Research | Exec. Director, Statistics and Programming | Ogen, Activella | Abbott, Pharmacia | 1990's |
| 129 | Jordan, Guy | | | | | | |
| 130 | Kadan, Debra S. | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 131 | Kaiser, Jeffrey M. | | Manufacturing | Documentation Manager | Provera | Pharmacia | 2000's |
| 132 | Kitsis, Elizabeth | | Drug Development | VP, WW Medical | Provera | Pfizer | 2000's |
| 133 | Knight, Kevin | | Field Force | Professional Sales Representative | | | |
| 134 | Kong, Wei | | Clinical Research | Senior Research Scientist | | | |
| 135 | Kovats, William D. | | Manufacturing | Director | | Pfizer | 2000's |
| 136 | Kromey, Matthew | | | | | | |
| 137 | Lauderdale, James W. | X | | Contract Animal Health Scientist | MPA | Upjohn | 1970's |
| 138 | Loveless, Jim | X | | District Manager | | | |
| 139 | Lucas, Nancy | | Clinical Research | Associate Scientist (Safety Science Archivist) | FemHRT | Pfizer | 2000's |
| 140 | Luck-Barnes, Castilla | | Field Force | VP / Area Team Leader | Estradiol, Activella, Vagifem, Estring | Pfizer | 1980's - 2000's |
| 141 | Luella, Matthew L. | | Regulatory | District Manager | MPA | Pfizer | 2000's |
| 142 | Lyng, Laura | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 143 | Maass, Jeffrey | | Field Force | Professional Sales Representative | FemHRT | | 2000's |
| 144 | Maddalena, Anthony | | Manufacturing | VP/ Area Team Leader | | | |
| 145 | Marchand, Anita | | Manufacturing | Site Leader | Provera | Pfizer | 2000's |
| 146 | Marinovich, Lilian | | Research and Development | Clinical Operations | | Pharmacia, Pfizer | 2000's |
| 147 | Masona, Deb | X | Marketing | Marketing Director | | Pfizer | 2000's |
| 148 | McAllister, Curt | | Field Force | Regional Manager | FemHRT | Pfizer | 2000's |
| 149 | McCurdy, Vincent E | | Product Development | Director, Parental Formulation and Device Development | FemHRT | Upjohn, Pfizer | 1990's - 2000's |
| 150 | McDaniel, Ron | | Women's Health Grp | Team Leader | | Pfizer | 2000's |
| 151 | McFarland, Joseph M | | Field Force | District Manager | FemHRT | Pfizer, Parke-Davis | 1990's - 2000's |

CONFIDENTIAL

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)

6/21/05

| 1 | Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
|---|------|-----------|-----------|-----------|---------|---------|---------------------|
| 152 | McGowan, Kathleen | | | | | | |
| 153 | McGowan, Mark E | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 154 | McKenzie, Rich | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 155 | McLaughlin, Peggy | | Women's Health | | MPA (Greenstone) | Pfizer | |
| 156 | McMahon, Kelly | | Field Force | | | Pfizer | |
| 157 | Mendenhall, Jon L. | | Field Force | Professional Sales Representative | | Pfizer | |
| 158 | Menniti, Patricia | X | Safety & Risk Management | Senior Manager | Ogen, Estring, FemHRT, Activella, Vagifem | Pfizer | 2000's |
| 159 | Merica, Nancy | | Package Design & Development | | | | |
| 160 | Merrigan, Donna | | Clinical | Clinical Education Consultant | | | |
| 161 | Michaelson, Amy S. | | Clinical | Professional Sales Representative | FemHRT | Pfizer | 1990's - 2000's |
| 162 | Mickens, Sharon L | | Field Force | District Manager | Activella, FemHRT | Pfizer | 2000's |
| 163 | Miller, Marc W. | | Clinical Data Operations | Regional Account Manager | Activella, FemHRT | Pfizer | 2000's |
| 164 | Miller, Neal | | Worldwide Regulatory Operations | Manager, Business Technology | FemHRT, Provera | Pfizer | 2000's |
| 165 | Miller, Robert J. | | Manufacturing | | FemHRT, Estring | Pharmacia, Pfizer | 2000's |
| 166 | Mischler, Mary B. | | Managed Care | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 167 | Monoz, Larry J. | | Manufacturing | | | | |
| 168 | Montefusco, Raul O | | Supply | | Provera, Ogen | Pharmacia | 2000's |
| 169 | Moore, Renee | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 170 | Morales, Patricia M. | | Global Manufacturing | | Provera, Ogen, MPA, Estring | Pharmacia, Pfizer | 2000's |
| 171 | Mossop, John E | | Supply | | Provera, Depo-Estradiol, | Pharmacia | 2000's |
| 172 | Nadelin, John F | | Supply | U.S. Product Recall Manager | Estring, Depo-Estradiol, Ogen, Activella, Provera, Vagifem, MPA, FemHRT | Pharmacia | 2000's |
| 173 | Nehring, Natalia | X | Safety | | Provera, Ogen | Pharmacia | 2000's |
| 174 | Noualhac, Henri | X | Global Manufacturing | Sr. Director/Team Leader | FemHRT, Ogen, Provera | Pfizer | 2000's |
| 175 | Nuttall, Lee W. | | Marketing | Marketing Manager | FemHRT | Pfizer | 2000's |
| 176 | Odom, Lisa | | Field Force | Marketing Manager | | | |
| 177 | Oyuchek, Irene | X | | Professional Sales Representative | Activella | | 2000's |
| 178 | Osheroff, Merril R. | | Global Research & Development | Executive Director Site Head - Worldwide Safety Sciences | | Pharmacia, Pfizer | 2000's |
| 179 | Pascario, Francisco | | Supply | Plant Manager | Provera, Ogen | Pharmacia | 2000's |

CONFIDENTIAL

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)

6/21/05

| | A Name | B Prioritize | C Department | D Job Title | E Product | F Company | G Decade with Company |
|---|---|---|---|---|---|---|---|
| 1 | Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
| 180 | Patel, Manisha | X | Worldwide Safety, Surveillance and Reporting | Team Leader, Regulatory Safety Associate | Provera, MPA, Ogen, Depo-Estradiol | Pharmacia, Pfizer | 1990's |
| 181 | Phillip, Rita R. | | Quality Assurance | Quality Assurance Professional- OPNS Support & Compliance | Ogen, Depo-Estradiol | | |
| 182 | Pickett, Tom | | Manufacturing | Maintenance Engineer | | | |
| 183 | Pisoni, Amy | | Injectable Manufacturing Supply | Supply Manager | | | |
| 184 | Pills, John | | Manufacturing | Maintenance Engineer | Depo-Estradiol, Estring | Pfizer | |
| 185 | Platzer, Stacey M. | | | Associate Director | | | 2000's |
| 186 | Poon, Chris | | Regulatory Affairs | Case Review Custodian | FemHRT, Provera | Pfizer | 2000's |
| 187 | Popovian, Robert | | Research and Development | Director, Regional Medical | Activella | Pfizer | 2000's |
| 188 | Price-LaFace, Marge | | | Research Specialist | | | |
| 189 | Putnam, Simpson | | Research and Development | Senior Associate Scientist | | | |
| 190 | Rael, Chris | | | Research Scientist | MPA, Provera, Estring, Ogen | Pharmacia, Pfizer | 2000's |
| 191 | Rasmussen, Rebecca | | | | FemHRT | Pfizer | |
| 192 | Reed, Terry | | Pharmaceutical Strategy Group | Project Manager | FemHRT, MPA, Vagifem | Pfizer | 2000's |
| 193 | Reynolds, Mark (CEC) | | Maintenance | Maintenance | | Pfizer | 2000's |
| 194 | Richardson, Paul | X | Marketing | VP of Worldwide Diversified Products | Ogen, Depo-Estradiol | Pharmacia, Pfizer | 1990's - 2000's |
| 195 | Righter, Julie A | | Injectable Manufacturing Supply | PGM - Supply Manager | | Pfizer | 2000's |
| 196 | Roberts, Randi | X | Regulatory Affairs | Director of Global Marketing | | Pfizer | 2000's |
| 197 | Rodriguez, Roberto | | Marketing | Product Manager | Activella, Depo-Estradiol, Ogen, Provera, Vagifem | Pharmacia | 2000's |
| 198 | Romano, Michael H. | | Field Force | Regional Manager | FemHRT | Pharmacia | 2000's |
| 199 | Roohi, Asma | | Marketing | Regulatory Affairs | | Pfizer | |
| 200 | Rothwell, Tom | | Marketing | | Ogen, Provera | | |
| 201 | Rowland, Clayton R. | | Outcomes Research | Program Director | | | |
| 202 | Santiago, Yesmin | | | | | | |
| 203 | Schieck, Carrie | | | Senior Assistant Scientist | | | |
| 204 | Schultz, James C. | | Field Force | Regional Manager | FemHRT, MPA | | 2000's |
| 205 | Schwartz, David R. | | Outcomes Research | Consultant | | Pfizer | 2000's |
| 206 | Shaffer, Peter B. | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 2000's |

CONFIDENTIAL

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)

6/21/05

| | Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
|---|---|---|---|---|---|---|---|
| 1 | A | B | C | D | E | F | G |
| 207 | Shattuck, Richard W. | X | Regulatory Affairs | Director Global Regulatory Operations | MPA | Pharmacia | 2000's |
| 208 | Sheahy, William C. Jr. | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 209 | Shields, James | | Manufacturing | Maintenance Engineer | | Pfizer | 2000's |
| 210 | Siatkowski, Regina L. | | Clinical Research | Regional Clinical Research Associate | FemHRT | Pfizer | 2000's |
| 211 | Singley, Stan T. | | Field Force | Professional Sales Representative | | | |
| 212 | Sirota, Eric | | Field Force | Respiratory/Allergy/Endocrinology | FemHRT | Pfizer | 2000's |
| 213 | Slicer, George | | Field Force | Professional Sales Representative | | | |
| 214 | Small, Darcy Leffingwell | | Field Force | Professional Sales Representative | FemHRT | | |
| 215 | Smith, Gretchen K. | | USPPG | Professional Sales Representative | FemHRT | Pharmacia, Pfizer | 2000's |
| 216 | Smith, Laurie | | Marketing | Backup Secretary to Director of MDI | MPA, Provera, Estring, Ogen | Upjohn, Pharmacia, Pfizer | 1990's - 2000's |
| 217 | Smum, Lisa | | | Senior Director - Marketing and New Product Planning JAALA | Provera | Pfizer | 1990's - 2000's |
| 218 | Sorells, Ann C. | | | | | | |
| 219 | Shriael, Jan J | | Global Research and Development | Clinical Research Site Manager | Provera | Pfizer | 2000's |
| 220 | Springer, Steve | | | | | | |
| 221 | Stafford, Kenneth | | Field Force | Clinical Education Consultant | FemHRT | Parke-Davis | |
| 222 | Starteri, Arianna | | Field Force | Professional Sales Representative | Activella | Pharmacia | 2000's |
| 223 | Stasoka, Denise | | Field Force | Professional Sales Representative | MPA, Ogen, Provera | Pfizer | 2000's |
| 224 | Stein, Margaret | | Field Force | District Manager | FemHRT | Pfizer | 2000's |
| 225 | Steinberg, Howard | | Medical Services | Professional Sales Representative | FemHRT | Pfizer | 2000's |
| 226 | Stojsica, Sue | | VP | Medical Information Product Specialist | FemHRT, Activella | Upjohn | 2000's |
| 227 | Stoddard, David R | | | Pfizer/CNS | MPA, Ogen | Pfizer | 2000's |
| 228 | Stodola, John | | | Pfizer/CNS | | Pharmacia | 2000's |
| 229 | Stump, Teresa B. | | Supply | Associate Research Fellow | Estradiol | Pfizer | 2000's |
| 230 | Subbiah, Ponni | | U.S. Diversified Products | Pharmaceutical GS Rep, Memphis / Logistics Center | Ogen, Provera, Depo-Estradiol | Upjohn, Pharmacia | 1990's - 2000's |
| 231 | Sutton, Steven | | Research | Senior Medical Director/Group Leader – Neurology/Diversified Research Advisor | Depo-Estradiol, Estring | Pharmacia, Pfizer | 2000's |
| 232 | Tanner, Michael S. | | Field Force | District Manager | FemHRT | Pfizer | 1990's - 2000's |

8 of 10

CONFIDENTIAL

JUN-21-2005  12:46       MORGAN LEWIS PHILA                    2159635001   P.12/19

9 of 10

## ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)

6/21/05

| | Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G |
| 233 | Terpstra, Ron | | Manufacturing | Electrician | | | |
| 234 | Terrell, Linh B | | | | | | |
| 235 | Thinmauer, Gary | | National Healthcare Operations | Clinical Education Consultant- Special Projects; Managed Market Manager, National Healthcare Operations | | | |
| 236 | Titherington, Herbert J. | | Field Force | Professional Sales Representative | | | |
| 237 | Tjernagel, Jennifer | | Statistical Analysis & Reporting (STAR) | Associate Director | FemHRT | Pfizer | |
| 238 | Triestram, Dan E. | | Supply | Logistics Operator Warehousing & | HPA, Ogen | Pharmacia | 2000's |
| 239 | Tworek, Jesse | | Field Force | Pharm Export | | | |
| 240 | Umbles, John M. | | Field Force | Professional Sales Representative - | Activella, Vagifem | Pharmacia | 2000's |
| 241 | Urbanowicz, Diane | | Regulatory | Professional Sales Representative -FemHRT | | Pfizer | 2000's |
| 242 | Valentine, Alfred B. | | Field Force | Senior Reg Safety Associate | | Pfizer | 2000's |
| 243 | Veles, Ma. Angela | | | District Manager | FemHRT, Activella | Pfizer | 2000's |
| 244 | Vandermolen, Sean R. | | Distribution | Medical Director, WRRS | | Pfizer | 2000's |
| | | | | Supply Team Manager - Plant/Unit -FemHRT | | Pfizer, Pharmacia | 2000's |
| 245 | Vernola, Diane M. | | | Forecasting | | | |
| 246 | Victor, Leilana | | | Curriculum Development Manager - Pfizer Learning Center at Arrowood | | Pfizer | 2000's |
| 247 | Vogel, Mark | | Field Force | Professional Sales Representative | | | |
| 248 | Walker, Mary E. | | Global Research & Development | Research Advisor - Pfizer Global Research & Development | HPA | Pfizer | 2000's |
| 249 | Walters, Bradley G. | | Field Force | Professional Sales Representative | | | |
| 250 | Wanko, Stephen | | Global Manufacturing | Manufacturing Professional IV | | | |
| 251 | Warner, Michael | | | Sterile Manufacturing Supply | | | |
| 252 | Warren, Lawrence Carter | | | Professional Sales Representative | MPA | Pfizer | 2000's |
| 253 | Washburn, Brian | | Manufacturing | Contract Medical Writer | MPA | Pharmacia | 2000's |
| 254 | Webber, Susan | | | Pipe Fitter | | | |
| 255 | Weigel, Douglas J. | | | District Manager | | | |
| 256 | Westberry, Douglas | | Field Force | Sales Rep | | | |
| 257 | White, Clinton D. | | Field Force | Professional Sales Representative - | | | |
| 258 | Whitfield, Richard G. | X | Marketed Products Support | Senior Director | Provera | Pharmacia, Pfizer | 1990's - 2000's |

CONFIDENTIAL

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHOSE DOCUMENTS HAVE NOT YET BEEN REVIEWED OR PRODUCED (per Plaintiffs' June 13, 2005 Letter)

6/21/05

| A | Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
|---|------|------------|------------|-----------|---------|---------|---------------------|
| 259 | Williams, Tania | | Field Force | District Manager | | | |
| 260 | Willigan, Robert | | Financial Planning and Consolidations | Senior Manager | | Pharmacia, Pfizer | 2000's |
| 261 | Wilson, Willard | | Arthritis/Urology/Wo.Hlth | Director | | Pfizer | 2000's |
| 262 | Wright, Vernon L. | | CHR | | | | |
| 263 | Wyatt, Gregory L | | Field Force | Professional Sales Representative | | | |
| 264 | Ynzenga, Federico | | Supply Chain Management | SCM Director | Provera | | 2000's |
| 265 | Zachmeyer, Kathleen M | | Field Force | District Manager, CHR | FemHRT | Pfizer | 2000's |
| 266 | Zincone, Michael J. | | | Officials and Managers | FemHRT | Pfizer | 2000's |

CONFIDENTIAL

## ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHO DO NOT HAVE ELECTRONIC DOCUMENTS (per Plaintiffs' June 13, 2005 Letter)

| Name | Prioritize | Department | Job Title | Product | Company | Decade with Company |
|---|---|---|---|---|---|---|
| Anderson, D.B. | X | Marketing | Global Senior Director, Women's Health Care – Marketing | Activella, Vagifem | Pharmacia, Pfizer | 1990's - 2000's |
| Andrea, Collette | X | Marketing | | | | |
| Antonis, Ilza | X | Regulatory Affairs | Global Regulatory Affairs Manager | | Pharmacia and Pfizer | 2000's |
| Arellano, Felix | X | Drug Safety | | | | |
| Assenza, Joseph R. Ph.D. | X | Regulatory Affairs | Executive Director US Pharmaceutical Regulatory Affairs | Provera | Upjohn | 1960's - 1990's |
| Atlas, Elizabeth | | Marketing, Promotion Sales/DTC | Director, Endocrine Products | FemHRT | Pfizer, Parke-Davis | 1990's-2000's |
| Azam, Usman | X | Safety Evaluations Epidemiology | Lead Clinician/Medical Director | FemHRT | Pfizer | 2000's |
| Bedger, Hahn | X | Medical Information | Assoc. Medical Info. Scientist | | | |
| Bisel, Charles H. | | Global Manufacturing Services | | | | |
| Bilkey, Chris | | Marketing | Area Vice President Australia | Provera, Ogen | Pharmacia | 1990's - 2000's |
| Birgerson, Lars | X | Regulatory Affairs | VP of Global Medical Affairs | Activella, Provera, Vagifem | Upjohn | 1990's - 2000's |
| Blau, Rosa | X | Medical & Scientific Affairs | Mgr Drug Info Svcs, Manager | FemHRT | Pharmacia | 1990's - 2000's |
| Boettner, Beemilla | X | Regulatory Affairs | Senior Director-HRT Products | FemHRT | Pfizer, Parke-Davis | 2000's |
| Bourdeige, Jill | | Drug Information & Med Srv | | | | |
| Brandman, Jane | | Outcomes Research | | | | |
| Buckley, A.L. | | Outcomes Research | Sr Mgr, Pharmacy Planner | Femhrt, Activella | Warner-Lambert | 2000's |
| Burak, Patricia | | Clinical | | | | |
| Byas, Linda J | | Field Force | Professional Sales Representative | Femhrt, Activella | Upjohn, Pharmacia | 1990's |
| Call, Billy | | Clinical Research | Clin Research Specialist | MPA | | |
| Canales, Angel | X | Global Supply Chain | | Provera, MPA | | |
| Carlson, Rodney Frederick | X | Regulatory Affairs | Manager, Marketed Products | Provera, MPA | Pharmacia, Pfizer | 2000's |
| Castelnuovo, Janice L. | X | Clinical Trials / Clinical | Director of Drug Safety/Clinical Scientist | Provera | Pharmacia and Upjohn | 1990's - 2000's |
| Chappleer, H.E. | | | | | | |
| Charboy, David | | Marketing | Head of Marketing | Provera, MPA, Ogen, Activella, Vagifem | Upjohn, Pharmacia | 2000's |
| Chu, Kit Mui | | Clinical | Lead Clinician | Femfirt, Activella | Upjohn | 1990's |
| Clouse, John | | Clinical | Senior Director | MPA | | |
| Cohen, Dora | X | Account Management / Labeling | Associate Director Promotion & Labeling – Women's Health | Provera, Ogen | Warner-Lambert | 2000's |
| Cosgrove, Kevin | | Field Force | District Manager | Activella, Vagifem, Provera, MPA | Pharmacia | |

ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHO DO NOT HAVE ELECTRONIC DOCUMENTS (per Plaintiffs' June 13, 2005 Letter)

| Name | | Department | Role | Product | Company | Decade |
|---|---|---|---|---|---|---|
| Cotton, Al | | Supply | Endocrine | | | |
| Courcke, Reddy | | Medical | Grp VP - Gbl Supply - Europe | | Pharmacia | |
| Cretovoll, Clyde | | Medical | | | | 2000's |
| Daniel, Elaine M | | Toxicology | Res Advisor | | | |
| Dashefsky, Craig E. | X | Regulatory Affairs | Dir Financial Analysis | MPA | Pharmacia | 2000's |
| Data, Joanne, M.D., Ph.D., | X | Regulatory Affairs | Head of Regulatory Affairs | Activella | Pharmacia, Upjohn | 2000's |
| Dean, Rhonda | | Field Force | Professional Sales Representative | | Pharmacia, Upjohn | 1990's |
| Decker, Barbara | X | Drug Safety | | | | |
| Depaoli, Adele | | | | | | |
| DePew, Chuck | X | Medical Communications | | MPA | Pharmacia | 2000's |
| Diani, Arthur | X | Clinical Trials | | | | |
| DiMuro, Miriam | | | Clinical Scientist | Provera | Pharmacia, Upjohn | 1990's - 2000's |
| Du, Hung | X | | Director, CMC Documentation | | Pharmacia, Pfizer | 2000's |
| English, Peggy | X | Regulatory | Sr. Regulatory Liason | | | |
| Filppini, Emanuela | X | Global Manufacturing | | | Pharmacia | 1990's |
| Forsman, Ulf | | Regulatory | | MPA | Pharmacia, Pfizer | 2000's |
| Friedman, Beth | X | Labeling | | Estring | Pharmacia, Pfizer | 2000's |
| Ganceau, Roger | X | Regulatory Affairs | | | | |
| Gerard, E.S., M.D. | | Clinical Research | Clinical Scientist | Provera | Upjohn, Pharmacia | 1990's - 2000's |
| Goldman, Steven | | | Head of Endocrine and later, Head of Fertility Research | | Upjohn | |
| Goris, George | X | Medical Information | | | | |
| Green, J.W. | | Marketing | | | | 1980's - 2000's |
| Grezpyk, Rosie | X | | Reproductive Division | | Upjohn, Pfizer | |
| Gross, Helen | | Regulatory/Safety | | | Upjohn | |
| H.C. Peltier | | Medical Division/Department of | | FemHRT | Pfizer | 2000's |
| Haas, Kenneth | X | Clinical Investigation | | Provera | Upjohn | 1950's - 1980's |
| Hallman, HF | | Regulatory Affairs | | | | |
| Halvorson, Hal | X | Clinical Research | | | | |
| Harriman, David | X | Clinical Research | Clinical Doctor | Provera | Upjohn | 1960's |
| Hanley, Richard | | Intl Health Reg Affairs | IT Group | | Upjohn | 1960's - 1990's |
| Hendrix, Jay W. | X | Clinical Research | Senior Director | | Pfizer | 2000's |
| Herstenssen, Fred | | Clinical Trials | Director of Reproductive Medicine | FemHRT | Pfizer | 1990's |
| Ho, Janet | | Technical Development | Sr. VP | Provera, Prefim | Upjohn | 1960's - 1980's |
| Hohman, Al | | Field Force | Professional Sales Representative | FemHRT | Pfizer | 1990's |
| Hubbard, W.N. Jr M.D. | X | Executive | President | Provera, Depo-Estradiol | Upjohn | 1970's |

## ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHO DO NOT HAVE ELECTRONIC DOCUMENTS (per Plaintiffs' June 13, 2005 Letter)

| Name | X | Department | Title | Drug | Company | Decade |
|---|---|---|---|---|---|---|
| Hurley, Scott | | Marketing | | FemHRT | Parke-Davis | 2000's |
| Ingram, Tom | X | Regulatory Affairs | Vice President, Regulatory | | Pfizer | |
| Ischler, George (Often spelled Ishler) | X | Regulatory Affairs | | | | |
| Karasinski, Scott | X | GMM Drug Information & Med Srv | Associate Medical Info Scientist | | Upjohn | 1980's - 1990's |
| Kaufman, G.A. | X | | | Provera | Pharmacia | 1990's |
| Kessler, Tom (should be Koessler, Tom) | X | Regulatory Affairs | IVP, Regulatory | | Pharmacia | 2000's |
| Korzilus, P.W. | | Regulatory Affairs | | Provera, Ogen, Activella, Vagifem, Estring | Upjohn | 1970's |
| Kowalski, Robert | X | | | Provera | Pharmacia, Upjohn | 2000's |
| Kresusfja, Lillian | X | Drug Safety | Safety Physician – Pharmacovigilance | Activella, Depo-Estradiol, Ogen, Provera | | |
| Kruezer, Otto | | Intl Health Reg Affairs | International Affairs | Provera | Upjohn | 1980's - 1990's |
| LaDuke, R.H. | | Marketing | Mgr, Advertising & Promotion | Provera | Upjohn | 1990's |
| Lamonica, Carolyn | X | Drug Safety | Safety Physician – Pharmacovigilance | Activella, Depo-Estradiol, Ogen, Provera | Pharmacia, Upjohn | 2000's |
| Larsson, Bengt | | Manufacturing | | Ogen, Provera | | |
| Lescoy, Len | | | | Provera | Pharmacia | 2000's |
| Lewis-Hall, Freda | | Regulatory | | FemHRT | | |
| Lezhava, Tamara | X | Drug Safety | Safety Physician – Pharmacovigilance | Ogen, Estring, Provera | Pharmacia | 2000's |
| Little, Robert | X | Pfizer Women's Health | Pharmacovigilance | Activella, Depo-Estradiol, Ogen, Provera | Pharmacia, Upjohn | 1990's - 2000's |
| Lobell, Ross | | Regulatory Affairs | Sr. Manager, FDA Liaison | FemHRT | Pfizer | 2000's |
| Lyrdan, Christine | X | Marketing; Sales & Promotions | Senior Director – Women's Health Care Products and Migraine | Depo-Estradiol, Provera, Activella, Vagifem | Pharmacia, Upjohn | 1990's - 2000's |
| Marra, David | X | Regulatory Affairs | | FemHRT | Pfizer | 2000's |
| Mason, Joe | X | Regulatory Affairs | | FemHRT | Pfizer | 2000's |
| McCarthy, Kevin | | World Trade | ITG | FemHRT | Pfizer | 2000's |
| Mesfques, Nelia | X | | | | | |
| Messina | X | | Head of Global Research | | | |
| Mevo, Evelyn | | | | | | |
| Midgley, Dan | | | | FemHRT | Pfizer | |
| Minizes, Star | X | PPG | Clinical Data Manager | | Pfizer | 2000's |
| Moguel, Johann A | X | | | Provera, MPA | Pharmacia | 2000's |
| Mondabaugh, Susan | X | | | | Pharmacia | 2000's |
| Monovich, Robert | X | Regulatory Affairs | | Provera | Upjohn | 1990's |

CONFIDENTIAL/ June 20, 2005

JUN-21-2005  12:47    MORGAN LEWIS PHILA    2159635001    P.18/19

**ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHO DO NOT HAVE ELECTRONIC DOCUMENTS (per Plaintiffs' June 13, 2005 Letter)**

| Name | | Vice - President/Quality Control | Title | Product | Company | Years |
|---|---|---|---|---|---|---|
| Munson, James W | | Supply | | Provera, Ogen, Depo-Estradiol | Upjohn, Pharmacia | 1990's - 2000's |
| Murphy, Randi | | U.S. Medical Information | Product Specialist | Provera, FemHRT, Depo-Estradiol, Activella, FemHRT, Depo-Estradiol, Ogen | Pfizer | 1990's - 2000's |
| Newland, David R. | X | Clinical | Clinical Investigator - Endocrine | MPA, Provera, Ogen | Upjohn | 2000's |
| O'Donovan, C.J. | | Regulatory Affairs | Senior Manager | | Pharmacia | 2000's |
| O'Sullivan, Mary | | Marketing | | FemHRT | Warner-Lambert | 1990's |
| Penrose, Jim | X | Marketing | Head of Marketing | | Upjohn | |
| Peterson, R.B. | | Regulatory Affairs | | | Upjohn | |
| Philander, Peter | X | Regulatory Affairs | | FemHRT | Pfizer | 1980's |
| Pitts, Robin | | Regulatory Affairs | | | | |
| Pyner, Gary | X | Marketing | | Provera, Estring, Ogen | Upjohn, Pharmacia | 1990's - 2000's |
| Quizenke, M.K. | | Research and Development | Head of Endocrine | | Upjohn | |
| Rahimy, Mohamed H | | Clinical Pharmacology / Research and Development | | MPA, Provera, Estring, Ogen | Pharmacia | 2000's |
| Regis, Marguerite | | Pfizer Women's Health | | | | |
| Rehraven, Karen | X | Drug Safety | | | | |
| Richard, Sofie | X | Drug Safety | Safety Physician -- Pharmacovigilance | Activella, Depo-Estradiol, Ogen, Provera | | |
| Rinaldo, Anthony | | | | | | |
| Roehl, Shari | X | Marketing | | Provera | Upjohn | 1980's - 1990's |
| Ross, Paul | | | | Activella | Pharmacia | 2000's |
| Rowan, Jean | | Clinical Development, Endocrine | Sr. Director | FemHRT | Warner-Lambert, Pfizer | 2000's |
| Rowe, Louise | | Study Management | Sr. Clinical Research Specialist, Women's Health | | Pharmacia | 2000's |
| Salazar, Theresa | | | | | | |
| Schoenfeld, Michael | X | Regulatory Affairs; R&D and Safety | Manager Information Development | Provera | Upjohn | 1980's - 1990's |
| Schrock, Ronald | X | | | | | |
| Schuman, Ed | X | Regulatory Affairs | Head of Regulatory Affairs | | Pharmacia and Upjohn | 1980's - 1990's |
| Seaver, Peter | X | Marketing | Head of Marketing for the reproductive division | Provest, Provera, Ogen, Estradiol | Pfizer | until 1980's |
| Sickles, Cheryl | X | Drug Safety | | Estradiol | Pharmacia and Upjohn | 1960's - 1990's |
| Simonson, Phil | | Regulatory | | FemHRT, Estring, Provera, Ogen | Pharmacia, Pfizer | 2000's |

CONFIDENTIAL/ June 20, 2005

4

## ADDITIONAL INFORMATION REGARDING INDIVIDUALS WHO DO NOT HAVE ELECTRONIC DOCUMENTS (per Plaintiffs' June 13, 2005 Letter)

| Name | | Regulatory Affairs, Project Management | Manager, Quality Assurance | Provera, Ogen, MPA | Upjohn | 1960's - 1990's |
|---|---|---|---|---|---|---|
| Smith, D.L. | | | | | | |
| Smith, Richard T. | X | R&D and Safety | | | Upjohn | 1960's - 1990's |
| Stamp-Cole, Marian | X | Clinical | Provera Project Manager | | | |
| Stephan, Constance J | | Clinical | Clinical Trials Specialist | | Pharmacia | 2000's |
| Strauss, Paul | | | | Estring | Pharmacia | 2000's |
| Studd, J.C. | X | Research and Development | Head of HT products | | Pharmacia | |
| Tansey, Michael | | Field Force | Head of Endocrine | | | |
| Tenerelli, Michele | | | Searle District Manager | | Pharmacia | |
| Thommes, W.B. | | | | Vagifem, MPA, Estring, Ogen, Provera | Pharmacia | 2000's |
| Thoreson, Marilyn K | | Quality Assurance/Management | | | Upjohn | 2000's |
| Upjohn, H.L. M.D. | X | | Head, Endocrine Research | Provera | Pharmacia, Pfizer | 2000's |
| Vickery, Dan | X | | Director, Comm. Development | Provera | Upjohn | 1960's |
| Vivesth, Dawn | X | Drug Safety | | Activella, Ogen, Vagifem | Pharmacia | 2000's |
| Wajszczuk, Charles M.D. | X | Clinical Trials | Dir. Women's Health & Urology | Provera | Upjohn | 1990's - 2000's |
| Walker, William | | | | | Pharmacia and Upjohn | 1990's - 2000's |
| Wallace, Kenneth R | X | Marketing | Business Dir., Provera | Provera, Ogen | Upjohn | 1970's - 1990's |
| Ward, Penelope | | Clinical | Lead Clinician | Depo-Estradiol, Activella, Estring | Pharmacia | 2000's |
| Wathen, Lynn Ph.D. | X | | | | | |
| Weddon, Todd | X | Labeling | | Provera | | 1990's |
| Weisblatt D.I. | X | | | | | |
| Weishman, Ian | | | VP for Biochemical Research | | | |
| Weston, Barbara | | | Research Specialist | | | |
| Willewitz, Mishael W | | Drug Safety | Director, Operations Group | Provera | Pharmacia, Upjohn | 1990's-2000's |
| Willewitz, Mishael W | | Global Regulatory Affairs | | | | |
| Wilson, Ricky, M.D. | X | Regulatory Affairs | Head of Regulatory Affairs | Provera, MPA, Ogen | Pharmacia | 2000's |

# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES LITIGATION | ) ) ) MDL Docket No. 1629 ) ) Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) Judge Patti B. Saris ) ) Magistrate Judge Leo T. Sorokin |

STATE OF NEW YORK      )
                       : ss
COUNTY OF NASSAU       )

KEITH L. ALTMAN, being duly sworn, deposes and says:

1. My name is Keith Altman, Managing Director, Complex Litigation Division, Finkelstein & Partners. My contact information is as follows:

   Finkelstein & Partners
   696 Broadway
   Massapequa, NY 11758
   (516) 795-6605
   (516) 795-7599, Fax
   kaltman@lawampm.com

   I also serve as the Director of Adverse Event Analysis for the firm.

2. My primary business is providing litigation consulting services relating to discovery of electronic and paper information in complex litigation. Furthermore, I am often involved in the analysis of such information.

Altman Neurontin Affidavit July 22, 2005                    Page 1 of 15

3. I am involved in several mass tort litigations related to drugs and other medical devices. These litigations include breast implant, FenPhen, Rezulin, Propulsid, Baycol, PPA, Meridia, Accutane, and Lariam, Hormone Therapy, SSRI's, Vioxx, and Neurontin. In these litigations, I am involved in the development of document discovery protocols and assist counsel throughout the discovery process. In FenPhen, Rezulin, Meridia, Accutane, Hormone Therapy, Baycol and Propulsid, I was responsible for the receipt of virtually all materials produced by the defendants as well as building the document depositories. I also serve this role in the Neurontin litigation on behalf of the personal injury plaintiffs. I am also often asked to analyze electronic information produced by the defendants.

4. I have been involved in several other high profile litigations such as <u>University of California v. Genprobe</u>. <u>Mycogen v. Monsanto</u>, <u>GCNA v. City of Cleveland</u>, and <u>Anthony Talalai v. Cooper Tire</u> providing similar services.

5. My C.V. is attached herewith.

6. I have attended several depositions of persons most knowledgeable in the above mentioned litigations and am routinely asked to consult concerning the content of these depositions. In drug litigations, I have helped to establish the practice of taking the person most knowledgeable depositions of information systems personnel at the very beginning of the litigation.

7. I have assisted counsel in the drafting of production protocols in several litigations on both the federal and state level.

8. In the case of Anthony <u>Talalai v. Cooper Tire</u> heard in Middlesex County, New Jersey before Judge Coredemus, I served as plaintiff expert in an "open dialog" between plaintiffs and defendants. This court ordered process was designed to allow technical

experts for both sides, in the presence of respective counsel, the opportunity to confer and resolve production and preservation protocols to maximize efficiency and minimize cost.

9. I am routinely asked to speak at conferences and bar associations all over the country on issues of electronic discovery, trial presentation, and data analysis for litigation purposes.

10. In 2001, I was on the faculty of the Judicial College for the State of New Jersey concerning electronic discovery procedures and practices.

11. In October, 2003, I was on the faculty of the Judicial College for the State of Mississippi.

12. In June 2002, I spoke at a conference hosted by the Federal Bar Association on electronic discovery. The proceedings of this conference were published under the title Electronic Information: Its Life Cycle a Legal Perspective in which I contributed a chapter.

13. In the above pharmaceutical litigations, one of the key roles that I served was the preservation, production, review, and preparation of electronic information and databases. These databases and electronic information are very similar to that which plaintiffs are seeking in the Neurontin litigation.

14. I have reviewed the affidavit of Laura Kibbe dated June 17, 2005 and have serious concerns over the accuracy of its estimates and the extent of the burden as claimed by Defendants. The purpose of Ms. Kibbe's affidavit is to establish that the production of post 1998 material is unreasonably burdensome. Based on my review of the affidavit, I believe that her estimates are speculative and even if she is correct, there are several methods that could be employed to minimize the burden.

15. First, Ms. Kibbe represents that it would take "tens of thousands of hours to collect and review for responsiveness, confidentiality, and privilege all documents necessary...." She does not separate the timeframe required for *collection* versus review of the material.

I have personally collected materials from custodial computers, and even assuming arguendo that a particular custodian has 7.5 gigabytes of collectable material, in general it takes less than four hours to collect such information.   This time would also allow for some pre filtering of information of data to be collected.  As an example, much of the information on a disk will not contain user created materials, i.e.  program files such as Windows Operating System.  This data can represent a substantial portion of the information contained on a machine that is not necessary to collect.  Given the approximate 100 custodians discussed in her affidavit, this represents about 400 hours of collection.

16.  Even accounting for additional time to collect information from centralized servers, it is likely that this time will total less than another 600 hours.  In order to comply with demands with respect tocustodians about whom the Defendants have no objection, Defendants are already obligated to retrieve information from these very same servers.

17. In Ms. Kibbe's affidavit, she represents that for the 100 custodians at issue there would be over 10 million pages of "reviewable" electronic material.  Dividing the 10 million by 100 yields 100,000 pages of material per person.  Based on my experience in other litigations including two other litigations with Pfizer, I believe this estimate is exaggerated.

18. Furthermore, in the <u>Young</u> case venued in Orange County, New York, Ms. Kibbe submitted a similar affidavit on the issue Defendants' burden.  In the <u>Young</u> affidavit, Ms. Kibbe stated that to comply with producing all documents related to Neurontin would require the review of 50 million pages.

19. Taking the two affidavits together, this indicates that regardless of whether the 10 million and 50 million page numbers are accurate, and Plaintiffs dispute these figures, the additional burden to produce documents from after 1998 represents an increase of only 25% of the documents which they would need to review anyway since the other 40 million pages must be pre-1999 sales and marketing documents as well as safety, regulatory, and clinical documents.

20. With respect to the "reviewable" information referenced by Ms. Kibbe, these are electronic documents and can be de-duplicated and filtered to lessen the burden claimed by Defendants. One of the advantages of electronic documents is the ability to take advantage of several tools to reduce the amount of material to be reviewed.

21. Electronic documents are generally considered to include e-mails, e-mail attachments and Microsoft Office type documents (word processing, spreadsheets, PowerPoint and databases). Electronic documents can be searched for various words and phrases. In general, a list of keywords and key phrases would be developed which would then be used to search the materials and only materials which satisfy that search would then be further processed.

22. After a set of documents with the appropriate words has been segregated, the next step is to eliminate duplicate documents. One of the issues with electronic information is the propagation of duplicates as employees will send the same e-mail to many people along with associated attachments. There are automated processes which can be used to perform this task that will generally reduce the collection by more than half.

23. If the figure of 10 million pages of reviewable material is before this processing of keyword searching and de-duplicated has taken place, then the collection of material to

Altman Neurontin Affidavit July 22, 2005                                    Page 5 of 15

review will be far less than 10 million. Based upon my experience, the figure would be closer to one million.

24. If the figure of 10 million pages is _after_ the processes discussed above, then I question the accuracy of the estimates. The assertion that custodians on average will have 100,000 pages of documents that are unique and not in the possession of other custodians and would satisfy a well constructed set of keywords is very improbable. As discussed above, I have been involved in several pharmaceutical litigations, including two with Pfizer where I had direct involvement with Ms. Kibbe, and I have not seen this figure suggested in the past.

25. It is useful to compare this production to other Pfizer productions. I have been personally involved with two: Rezulin and Provera. In the Rezulin litigation, defendant Pfizer produced approximately 12 million pages of documents from approximately 3,000 custodial sources. This equates only to 4,000 pages per custodian of documents actually produced.

26. On June 21, 2005, Pfizer counsel in the Provera litigation indicated that there were 2 million pages remaining to be reviewed for responsiveness for 49 custodians. This calculates to just over 40,000 pages of materials per custodian. It should also be noted that there is no time limitation to those materials so they represent all of the materials in the possession of those custodians. The company has represented that the total production they expect in Provera is 10 million pages which they are providing as a business records production.

27. In her affidavit, Ms. Kibbe references that her estimates were based upon previous Pfizer litigations in which she had been involved. Given this, then it is reasonable to assume

that if the 100,000 page figure is correct, it must have applied to those cases as well. In Rezulin, ultimately 4,000 pages were produced on average which means that 96% of the documents that were reviewed were not produced. This would be very indicative of the fact that a very inefficient filtering method was used for the processing.

28. Furthermore, even if there were 100,000 pages of materials, it is unlikely that these materials would all need to be reviewed at the same level. For example, databases and spreadsheets once identified as being responsive, should not need to be reviewed in detail. In all likelihood, databases and spreadsheets will make up the majority of the volume of electronic materials in the custodial files.

29. Defendants may argue that much of this material contains information about other products which are not relevant to this litigation and this necessitates the review of every single page. While this may be true, a confidentiality order has been entered in this case which would prohibit the use or disclosure of this information.

30. As to material which is attorney-client privileged, not every kind of document is likely to contain privileged material. For example, a spreadsheet which contains sales figures would probably not contain any privileged information. Once identified as such, these documents should not need to be reviewed for privilege.

31. In the affidavit, Ms. Kibbe maintains that the cost of processing the information just so that it may be reviewed is $1.7 million. 10 million pages is approximately 30 Gb ( billion bytes ) of data. If we assume that 10 times that figure were collected before filtering, this would be 300 Gb. Attached to this affidavit is a quote from Discovery Mining of San Francisco, CA, which was for a project that was for 25Gb of raw materials. The total for this project was about $37,000 which works out to be about $1,500 per Gb. Since this is

a linear process and twice the volume equals about twice the cost, 300Gb should cost about $360,000 which is about 20% of the figure quoted by Ms. Kibbe.

32. Ms. Kibbe also raises the burden of retrieving materials from the field sales personnel and medical liaisons; these materials are maintained via laptop computer. She does not specify the magnitude of this burden, but it is in fact a minimal burden. Plaintiffs have never suggested that each sales representative laptop be captured in its entirety.

33. At a meet and confer between plaintiffs and defendants on May 18, 2005, Defendants represented that they were not willing to search the laptops of sales representatives for responsive materials because they maintained it would be too burdensome. The parties discussed the potential for sales representatives creating discoverable information on their personal computers, but not otherwise providing this information to the Defendants' centralized servers. Defendants' refusal to search this material means that plaintiffs will never have access to anything specifically created by the representatives.

34. Plaintiffs offered the following resolution: an email to the sales representatives requesting they submit a copy of Neurontin related materials to a centralized mailbox. The amount of Neurontin related material created by the sales representatives is likely to be small and this would eliminate the need to go to each sales representative and capture the contents of their machine.

35. The above protocol is similar to the same protocol that has been in use with paper files in past litigations. An employee is asked to search their file for materials related to a given topic and send them to a collecting point. Defendants may argue that they could not insure that the custodians would perform an adequate inquiry and would need to be supervised and therefore this would be overly burdensome. In other words, nothing

should be produced because a minimally burdensome method might miss some relevant materials.

36. In order to minimize the burden on the defendants, plaintiffs have repeatedly asked defendants to provide information as to custodians, volumes, and methods of collecting and producing electronic information. These requests have been made for the last 17 months and have not yielded any information. If I were to be provided that information, I could assist in the development of protocols that would lessen the burden of production.

37. In conclusion, I believe that while there is clearly some burden associated with the production of the materials sought by plaintiffs, I do not think it is nearly as burdensome as portrayed in Ms. Kibbe's affidavit. Furthermore, I believe that if the defendants were to provide information concerning the true magnitude of the possible production of materials, plaintiffs and defendants could jointly develop protocols to minimize that burden.

By: _____

Keith L. Altman

Sworn to before me this 22nd Day of July, 2005

_____
Notary Public

MILLICENT LOMBARDI
NOTARY PUBLIC, State of New York
No. 01LO50 ___
Qualified in ___ County
Commission Expires ___ 20, 2006

Altman Neurontin Affidavit July 22, 2005                    Page 9 of 15

# Keith L. Altman

Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550
800-634-1212 x 9263
kaltman@lawampmmt.com

## Specific Expertise - Knowledge Management

Works with attorneys to help them acquire data, turn that data into knowledge, and manage the knowledge. Often the data is in an electronic format which offers many discovery challenges.

## Educational Experience

B.S. Astrophysics, 1989, Magna cum Laude, State University of New York at Stony Brook

## Computer Experience

Languages: Basic, Fortran, Pascal, Assembly, C, APL, SQL Windows, Visual Basic
Databases: Microsoft Access, SQL

## Research Experience

1981-1982, Corroboration with Teacher Herbert Cohen, Farmingdale Public Schools.
        Worked on developing models for gaming systems using Fibonacci series. Developed various computer models to analyze gaming systems.

1985-1989, Laboratory of Professor Peter M. Koch, Quantum Electronics Group, Physics Department, State University of New York at Stony Brook.
        Work as a paid employee of the Research Foundation of the State University of New York. Was responsible for developing computerized tools to analyze experimental data. Developed applications for instrument control and measurement. Used sophisticated computer modeling to design microwave klystrons for experiments.

1987, Professor Michael Simon, State University of New York at Stony Brook
        Developed computer models to analyze infrared imaging data from various telescopic sources.

1988, Professor Gerry Brown, State University of New York at Stony Brook
        Developed computer models to analyze theoretical data concerning Supernova 1987A.

1988, Professor Dean Peterson, State University of New York at Stony Brook

Analyzed observational data concerning brightness of stars in the Hyades cluster. Determined error in observational data helping to redefine the distance to the cluster which is used as a yardstick for many calculations of stellar distances.

**Relevant Work Experience**

1989-1995, Legal Systems Manager, Beta Business Products
1995-2003, President, The Fibonacci Systems Group; Vice President, The Fibonacci Group
2003-, Managing Director, Complex Litigation Division, Finkelstein & Partners

**Relevant Litigation Experience**

15 years experience working in the legal industry.

MindSet
Developed a suite of tools to assist attorneys in managing litigation related data and knowledge.

Breast Implant Litigation
Became involved in the litigation towards the very end ( last two years). Some notable tasks.
- Medical Science Literature Database
- Assisted in preparation for trials for Baxter, 3M and Bristol Meyers-Squibb.

FenPhen Litigation
Serves as the chief plaintiff consultant throughout the United States for litigation in the state courts. Also assisted the MDL in a similar capacity. In this role is responsible for the following.
- Development of discovery demands
    Helps draft discovery demands to take records retention issues and electronic information into account. Also helps establish opposing party's information management strategy.
- Collection of production materials
    Serves as the repository for all discovery materials.
- Review of production materials
    Reviews materials to access completeness and reasonableness in respect to complying with formats described in discovery demands.
- Organization of production materials
    Takes the materials and prepares them for use by over 100 law firms. Converts them to a uniform format and catalogues the materials.
- Distribution of production materials for attorney review
    Sends materials out to various attorneys and works with them to provide tools so that materials may be reviewed efficiently.
- Collection of attorney work product
    Receives materials from attorneys and assembles them into a repository.
- Management of attorney work product

Altman Neurontin Affidavit July 22, 2005

Page 11 of 15

Provides expertise in integrating attorney work product with source production materials.

- Preparation for depositions

  Works with the attorneys to help them integrate production materials into the depositions. Helps prepare exhibit lists.

- Deposition support

  Attends various depositions as both an expert and for support. Suggested questions during depositions of computer personnel.

- Trial preparation

  Works with the attorneys to prepare all trial materials for use. Helps develop visual aids and presentation strategy. Coordinates audio-visual needs for the court room.

- Trial Presentation

  Attends the trial to assist in presentation of exhibits.

- Medical Science Literature Database

  Developed the strategy for collecting and managing over 4,000 medical articles related to the litigation. Distributed this database to various law firms around the United States.

Propulsid Litigation

Responsible for the design and implementation of the document depository for the MDL in Propulsid. Also assisted with development of electronic production protocols and 30b6 depositions of several key employees.

In addition, assisted in the preparation of litigation materials for several state court groups.

Work in this litigation is ongoing.

Rezulin Litigation

Responsible for the design and implementation of the document depository for the MDL in Rezulin. Also assisted with development of electronic production protocols and 30b6 depositions of several key employees.

In addition, assisted in the preparation of litigation materials for several state court groups.

Work in this litigation is ongoing.

Major Patent Litigations

Coordinated document productions sent and received for various patent litigations. Helped prepare for trials in many of the same litigations.

Construction Litigation

Altman Neurontin Affidavit July 22, 2005

Worked on trial preparation and presentation of several construction related cases. Most recently, provided trial support for GCNA v. City of Cleveland in federal court in Akron Ohio.

Video Teleconferencing Trial
In Turoinovic v. Floch ( New Jersey ), provided an affidavit which helped to convince the judge to allow the plaintiff, a quadriplegic residing in Chicago, to testify during his trial by video teleconferencing link. This was the first time in the United States that a plaintiff was allowed to testify in this way. Coordinated all technology at both sites. Although the case settled on the eve of trial, the settlement was accepted by the teleconferencing link with the attorneys conducting an interactive conversation with the plaintiff.

Document Archival Facility Fire
Working for defendant sprinkler manufacturer in a case involving documents destroyed in a fire at a document archive facility. Established an information management infrastructure to coordinate several hundred thousand pages of discovery materials. Providing assistance in assessing compliance with records retention policies on the part of plaintiffs.

Other Litigation Projects
MTBE
Cooper Tire
Lotronex
PPA
Baycol
Accutane
Oxycontin
Vioxx
Celebrex
Lariam
Enbrel
Remicade
Neurontin


**Adverse Event Analysis Experience**
Developed a collection of tools for the analysis of FDA adverse event data. These analyses are commercially available to the general public.

Provided ADE analysis for 120-Day safety updates of major pharmaceuticals.

Interacts with the FDA on adverse event reporting issues concerning the AERS database.

**Speaking Experience**
Has spoken at several Mealeys conferences as well as numerous bar associations on topics of electronic discovery and litigation technology.

Was on the faculty of the Judicial College for the state of New Jersey in November, 2001.

In June, 2002, spoke at a symposium on electronic discover sponsored by the Federal Bar Association. The proceedings of this symposium are scheduled to be released in book form late 2002.

In July, 2002, spoke on preservation of electronic information at the annual meeting of the Association of Trial Lawyers of America.

In July 2003, spoke on electronic discovery at the annual meeting of the Association of Trial Lawyers of America.

Was on the faculty for the Judicial College for the state of Mississippi in October 2003.

Course advisor and speaker for ATLA seminar on electronic discovery January 2004

## Expert Testimony

South Carolina v Pittman. Admitted as expert on adverse event reporting analysis and adverse event reporting systems. February, 2005

## Publishing Experience

Book Chapter on electronic discovery in Electronic Information: Its Life Cycle edited by Alan Blakely published by the Federal Bar Association.

Deciphering the Adverse Event Reporting System. Bert Black and Keith Altman. Trial Magazine, March 2004.

QUOTE FROM DISCOVERY MINING DATED 5/17/2005

Keith,

Here is a revised quote for your review. Keep in mind a few things: we charge on a per gigabyte basis for conversion to tiff which is all-inclusive. This includes the tiff creation, any branding and bates labeling and a Summation or Concordance loadfile for in-house review. We do *not* charge separately for production processing or load file creation   Also, I based this quote on the high end of Kroll's estimate of 25GB. Lastly, we work with a partner for on-site data collecting and would charge the same amount for that service of $4,950 for 18 hours.

Below is the quote and attached is a more detailed statement of work.

| Input data size: | 25 GB |
|---|---|
| Deduplication cost @ $150/GB: ) | $3,750 |
| Filtering cost @ $150/GB: (25% | $3,750 |
| Text and metadata extraction cost @ $600/GB: | $15,000 |
| Input data size after filtering and deduplication: | 11 GB |
| Active review cost @ $300/GB/month for 1 months: | $9,900 |
| TIFF charge (assuming 25% responsive) | $4,125 |
| Exports @ $500 each: | $500 |
| **Total:** | **$37,025** |

Let me know if you have any questions. Thanks again for thinking of us!

~Tripp

Tripp Smith
Account Manager
415-561-6780 x107
tsmith@discoverymining.com
www.discoverymining.com

# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2·22·05
```

In re NEURONTIN                          :
                                         :     04 Civ. 6704 (JSR)
                                         :
----------------------------------------X

                                               ORDER

JED S. RAKOFF, U.S.D.J.

     Plaintiffs allege that a series of suicides and attempted

suicides were caused by the defendants' marketing their drug

Neurontin for purposes for which it was not approved (so-called

"off-label" uses) and for which defendants had reason to know it

was not safe.  They now move to compel discovery of the

defendants' records of adverse events associated with the use of

Neurontin.  Specifically, plaintiffs seek, in addition to the

contents of the adverse event database that defendants maintain

for the product, discovery of references to adverse events in

defendants' "medical communication" and "sales/marketing"

databases.

     In response, defendants seek, <u>first</u>, to limit discovery to

"psychiatric adverse events related to suicide" such as

depression, and <u>second</u>, to confine discovery to the contents of

its adverse events database, excluding the contents of its

medical communication and sales/marketing databases.[1]  The Court

--------------------

     [1]Defendants do agree to produce from those databases "all
reference to suicide, suicide ideation, suicide gesture and other
related psychiatric events."  They also agree to produce their
sales and marketing efforts involving the particular physicians
who prescribed Neurontin to plaintiffs and other physicians who

rejects the first limitation.  In many situations, evidence of some other kinds of adverse events may shed light on the question of whether a drug causes the effects at issue in a specific case. See generally In Re: Ephedra Litigation, 04 MD 1598 (S.D.N.Y.), Transcript, 1/10/05.  Moreover, evidence that defendants were aware of a pattern of other effects would go to the reasonableness of defendants' behavior in marketing the drug for off-label purposes generally.

Likewise, the Court rejects the second proposed limitation. Plaintiffs reasonably need access to multiple databases in order to ascertain whether defendants were accurately maintaining their adverse event database, as well as to determine whether defendants marketed the drug for uses not approved by federal regulators.  In the latter respect, it should also be noted that plaintiffs, or some of them, have made a claim that defendants were engaged in deceptive practices in violation of New York General Business Law § 349, a particularly broad statute.  All communications have the potential to be relevant since plaintiffs need not prove that their doctors relied on a specific deceptive statement for these claims.  See Pelman v. McDonald's, 2005 U.S. App. LEXIS 1229 (2d Cir. 2005).  Defendants' sales and marketing efforts cannot be assessed by looking only at communications directly with plaintiffs' doctors and nearby physicians.

_____

worked or practiced with them.

2

While the defendants also complain that compliance with plaintiffs' requests would be burdensome, their objection in this respect is largely conclusory, complaining that they will "need to review copious narrative adverse event reports" and that they will be "required under federal law to redact confidential information from these records." Defendants' Brief at 4. Such conclusory assertions of counsel are insufficient to outweigh the articulated need for this discovery, especially in a case touching on public health. Additionally, it is unclear that redaction will be required at this stage, given the general protective order already promulgated in this case. See Order, 2/2/05. Accordingly, plaintiffs' motion to compel discovery is granted in full.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          February 20, 2005

3