UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' MOTION TO FILE A REPLY MEMORANDUM IN RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS CREATED AFTER DECEMBER 31, 1998**

Class Plaintiffs and Third Party Payor Non-Class Plaintiffs request leave to file a reply memorandum in response to Defendants' Opposition To Motion To Compel Production of Documents Created After December 31, 1998. In support thereof, Plaintiffs state as follows:

1. Subsequent to the filing of Plaintiffs' Motion to Compel, Defendant produced documents that further support Plaintiffs' need to compel the disputed documents. The new evidence and the reasons why it supports the Plaintiffs' position could not be discussed in the original supporting memorandum.

2. In their opposition, Defendants raise legal and factual arguments that were not foreseen by the Plaintiffs. Plaintiffs believe a reply brief may assist the Court in deciding the issues raised in the Opposition.

3. The Court has permitted all plaintiffs in the Multi-District Litigation to file materials relevant to these discovery motions by the close of business July 25, 20005.

4. Defendants do not oppose Plaintiffs filing of a reply memorandum on the condition that they are given the right to file a reply brief relating to their Motion For A Protective Order concerning post-1998 discovery.

WHEREFORE, for the reasons set forth above, Plaintiffs request leave to file a 15 page reply memorandum with supporting papers, copies of which are being filed herewith.

By their attorneys,

*Members of the Class Plaintiffs' Steering Committee*

By:     **/s/ Don Barrett**
         Don Barrett, Esquire
         Barrett Law Office
         404 Court Square North
         P.O. Box 987
         Lexington, MS 39095

By:     **/s/ Daniel Becnel, Jr.**
         Daniel Becnel, Jr., Esquire
         Law Offices of Daniel Becnel, Jr.
         106 W. Seventh Street
         P.O. Drawer H
         Reserve, LA 70084

By:     **/s/ James Dugan**
         James Dugan, Esquire
         Dugan & Browne
         650 Poydras St., Suite 2150
         New Orleans, LA 70130

By:     **/s/ Thomas M. Greene**
         Thomas Greene, Esquire, BBO # 210020
         Greene & Hoffman
         125 Summer Street
         Boston, MA 02110

By:     **/s/ Barry Himmelstein**
         Barry Himmelstein, Esquire
         Lieff Cabraser Heimann & Bernstein
         Embarcadero Center West
         275 Battery Street, 30th Floor
         San Francisco, CA 94111-3339

By:   /s/ **Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Members of the Plaintiffs' Non-Class Steering Committee*

By:   /s/ **Richard Bemporad**
Richard Bemporad, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:   /s/ **Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

Date: July 25, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/25/05