UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | Judge Patti B. Saris |

## MOTION TO FILE DOCUMENTS UNDER SEAL

The Class Plaintiffs respectfully submit this motion to file, under seal, the (1) Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created after December 31, 1998 and (2) the Sealed Affidavit of Thomas Greene in Support of the Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created after December 31, 1998. As grounds for filing these documents under seal, the Plaintiffs state the following:

1. Pursuant to the Stipulated Protective Order entered in this case by the Court on or about January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes..." See Exhibit A, Stipulated Protective Order at Section 3 (f).

2. The Plaintiffs are filing the two documents, which either contain or discuss documents that have been designated by the Defendants as Confidential Information and are therefore subject to the terms of the Stipulated Protective Order.

3. By submitting this motion, the Plaintiffs are not taking the position that the Defendants' designations of confidentiality with respect to the documents being filed under seal are in fact proper and the Plaintiffs do not waive their right to challenge those designations in accordance with Section 8 of the Stipulated Protective Order.

WHEREFORE, in order to comply with the terms of the attached Stipulated Protective Order, the Plaintiffs hereby request that they be permitted to file under seal the (1) Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created after December 31, 1998 and (2) the Sealed Affidavit of Thomas Greene in Support of the Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created after December 31, 1998.

Dated: July 25, 2005

Respectfully submitted,

**For the Class Plaintiffs:**

*/s/ Thomas Greene*

**GREENE & HOFFMAN**
Thomas Greene, Esq. BBO# 210020
125 Summer Street
Boston, MA 02110

**BARRETT LAW OFFICE**
Don Barrett, Esq.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

LAW OFFICES OF DANIEL BECNEL, JR.
Daniel Becnel, Jr., Esq.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084


DUGAN & BROWNE
James Dugan, Esq.
650 Poydras Street, Suite 2150
New Orleans, LA 70130


LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Barry Himmelstein, Esq.
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339


HAGENS BERMAN LLP
Thomas M. Sobol, Esq.
One Main Street, 4th Floor
Cambridge, MA 02142

**Attorneys for Plaintiffs and the Class**

**For the Non-Class Plaintiffs:**

**OF COUNSEL:**

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
Linda P. Nussbaum, Esq.
150 East 52nd Street, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

**LOWEY DANNENBERG BEMPORAD
& SELINGER, P.C.**
Richard Bemporad, Esq.
Richard W. Cohen, Esq.
Peter St. Phillip Jr., Esq.
Todd S. Garber, Esq.
The Gateway - 11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on 7/25/05

-4-