UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ONE WEEK ENLARGEMENT OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**

The Class Plaintiffs in the above-reference matter, by the undersigned counsel, respectfully move for an enlargement of time from August 1, 2005 until August 8, 2005 within which they may file their motion for class certification. Defendants do not oppose the motion, and request that the remaining dates concerning the class certification motion (set forth in the Court's Case Management Order No. 2, dated February 24, 2005), likewise be extended by one week. The existing and proposed new dates are as follows:

| Event | Existing Date | Proposed New Date |
|---|---|---|
| Filing of Motion for Class Certification | August 1, 2005 | August 8, 2005 |
| End of Class Discovery | October 1, 2005 (a Saturday) | October 10, 2005 |
| Filing of Opposition to Motion for Class Certification | November 1, 2005 | November 8, 2005 |
| Filing of Reply | December 1, 2005 | December 8, 2005 |
| Filing of Sur-reply (if any) | December 15, 2005 | December 22, 2005 |
| Hearing on Motion for Class Certification | January 5, 2005 | January 12, 2005 (or as soon thereafter as may be convenient for the Court) |

425731.1

Dated:  July 28, 2005                               Respectfully Submitted,

                                                     By:     **/s/ Thomas M. Sobol**
                                                           Thomas M. Sobol
                                                           Hagens Berman Sobol Shapiro LLP
                                                           One Main Street, 4th Floor
                                                           Cambridge, MA 02142

                                                           *Plaintiffs' Liaison Counsel*

                                                      By:      **/s/ Don Barrett**

                                                           Don Barrett, Esquire
                                                           Barrett Law Office
                                                           404 Court Square North
                                                           P.O. Box 987
                                                           Lexington, MS 39095

                                                     By:      **/s/ Daniel Becnel**
                                                           Daniel Becnel, Jr., Esquire
                                                           Law Offices of Daniel Becnel, Jr.
                                                           106 W. Seventh Street
                                                           P.O. Drawer H
                                                           Reserve, LA 70084

                                                    By:      **/s/ James Dugan**
                                                           James Dugan, Esquire
                                                           Dugan & Browne
                                                           650 Poydras St., Suite 2150
                                                           New Orleans, LA 70130

                                                    By:      **/s/ Thomas Greene**
                                                           Thomas Greene Esquire
                                                           Greene & Hoffman
                                                           125 Summer Street
                                                           Boston, MA 02110

425731.1

3

By:  **/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Members of the Class Plaintiffs'*
*Steering Committee*


## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on July 28, 2005 he conferred with James P. Rouhandeh, counsel for Defendants concerning the foregoing motion, and Defendants have no objection or opposition to the requested relief.

**/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339