UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |
| THIS DOCUMENT RELATES TO<br>ALL ACTIONS | |

### NOTICE OF RESCHEDULED HEARING

**SARIS, U.S.D.J.**                                                                                  July 29, 2005

Pursuant to the Electronic Order entered on July 29, 2005, by Magistrate Judge Leo T. Sorkin, the hearing on Class Certification previously scheduled for January 5, 2006, is rescheduled to **January 12, 2006, at 2:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel