UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALLEN V. PFIZER  05-10797-PBS | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |

## NOTICE OF CANCELLATION OF HEARING

**SARIS, U.S.D.J.**                                                                                                August 8, 2005

TAKE NOTICE that the August 16, 2005, hearing before Judge Patti Saris re: Motion to Remand is cancelled.  The motion is referred to Magistrate Judge Leo Sorokin.  Please contact Magistrate Judge Sorokin's session for scheduling.

By the Court,


 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel