UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 |
| | | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) ) | Judge Patti B. Saris |

### MOTION TO FILE DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL

The Class Plaintiffs respectfully submit this motion to file, under seal, the (1) Expert Declaration of Raymond S. Hartman In Support of Plaintiffs' Motion for Class Certification; and (2) Expert Declaration of Meredith B. Rosenthal In Support of Plaintiffs' Motion for Class Certification, copies of which are attached hereto as Exhibit A and B respectively. As grounds for filing these documents under seal, the Plaintiffs state the following:

1. Pursuant to the Stipulated Protective Order entered in this case by the Court on or about January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes…" See Exhibit A, Stipulated Protective Order at Section 3 (f).

2. The Plaintiffs are filing the two documents, which discuss documents that have been designated by the Defendants as Confidential Information and are therefore subject to the terms of the Stipulated Protective Order.

3. By submitting this Motion, the Plaintiffs are not taking the position that the

Defendants' designations of confidentiality with respect to the documents being filed under seal are in fact proper and the Plaintiffs do not waive their right to challenge those designations in accordance with Section 8 of the Stipulated Protective Order.

WHEREFORE, in order to comply with the terms of the attached Stipulated Protective Order, the Plaintiffs hereby request that they be permitted to file under seal the (1) Expert Declaration of Raymond S. Hartman In Support of Plaintiffs' Motion for Class Certification; and (2) Expert Declaration of Meredith B. Rosenthal In Support of Plaintiffs' Motion for Class Certification .

Dated:  August 8, 2005　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**For the Class Plaintiffs:**


　　　　　　　　　　　　　　　　　　　　　　　/s/Thomas M. Sobol
　　　　　　　　　　　　　　　　　　　　　　　**HAGENS BERMAN LLP**
　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Sobol, Esq.
　　　　　　　　　　　　　　　　　　　　　　　One Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　　　　Cambridge, MA  02142

　　　　　　　　　　　　　　　　　　　　　　　**BARRETT LAW OFFICE**
　　　　　　　　　　　　　　　　　　　　　　　Don Barrett, Esq.
　　　　　　　　　　　　　　　　　　　　　　　404 Court Square North
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 987
　　　　　　　　　　　　　　　　　　　　　　　Lexington, MS  39095

　　　　　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF DANIEL BECNEL, JR.**
　　　　　　　　　　　　　　　　　　　　　　　Daniel Becnel, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　　　106 W. Seventh Street
　　　　　　　　　　　　　　　　　　　　　　　P.O. Drawer H
　　　　　　　　　　　　　　　　　　　　　　　Reserve, LA  70084

**DUGAN & BROWNE**
James Dugan, Esq.
650 Poydras Street, Suite 2150
New Orleans, LA 70130

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
Barry Himmelstein, Esq.
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**HAGENS BERMAN LLP**
Thomas M. Sobol, Esq.
One Main Street, 4th Floor
Cambridge, MA 02142

**Attorneys for Plaintiffs and the Class**

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused a true and correct copy of the foregoing documents to be sent to counsel of record via hand delivery or overnight mail on August 8, 2005.

By: __/s/Edward Notargiacomo_____
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Telephone: 617-482-3700
Facsimile: 617-482-3003

-4-

# EXHIBIT A

FILED UNDER SEAL

-5-

# EXHIBIT B

FILED UNDER SEAL