UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| ) THIS DOCUMENT RELATES TO:   ) ) ALL MARKETING AND   ) SALES PRACTICES ACTIONS   ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' UNOPPOSED MOTION FOR PERMISSION TO FILE AN OVERSIZED MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Pursuant to Local Rule 7.1(b)(4), the Class Plaintiffs (*Harden Manufacturing Corp., et al. v. Pfizer, Inc., et al.*) respectfully request leave of the Court to file a memorandum of law in support of their motion for class certification (the "Motion") in excess of the 20-page limit set forth in Rule 7.1(b)(4). *See also* Clerk's Notes dated August 2, 2005 for proceedings held before Magistrate Judge Sorokin (stating that all motions *except* for class certification motions, summary judgment motions, and motions to dismiss must be limited to 20 pages, implying that a longer brief will be allowed). The Motion involves complex legal and factual issues that cannot be adequately addressed in 20 pages. Therefore, Class Plaintiffs request that the Court grant them leave to file a 40 page memorandum in support of the Motion. Defendants do not oppose this request.

465011.1

Dated: August 8, 2005                                     Respectfully Submitted,

                                   By:   /s/ Barry Himmelstein
                                              Barry Himmelstein, Esquire
                                              Lieff Cabraser Heimann &
                                              Bernstein, LLP
                                              Embarcadero Center West
                                              275 Battery Street, 30th Floor
                                              San Francisco, CA 94111-3339

                                   By:   /s/ Thomas Greene
                                              Thomas Greene Esquire
                                              Greene & Hoffman
                                              125 Summer Street
                                              Boston, MA 02110

                                   By:   /s/ Don Barrett
                                              Don Barrett, Esquire
                                              Barrett Law Office
                                              404 Court Square North
                                              P.O. Box 987
                                              Lexington, MS 39095

                                   By:   /s/ Daniel Becnel
                                              Daniel Becnel, Jr., Esquire
                                              Law Offices of Daniel Becnel, Jr.
                                              106 W. Seventh Street
                                              P.O. Drawer H
                                              Reserve, LA 70084

                                   By:   /s/ James Dugan
                                              James Dugan, Esquire
                                              Dugan & Browne
                                              650 Poydras St., Suite 2150
                                              New Orleans, LA 70130

***Members of the Class Plaintiffs'***
*Steering Committee*

By: /s/ Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Boston, MA 02110

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

### CERTIFICATE OF CONSULTATION

I certify that on August 8, 2005, I conferred via email with counsel for Defendants, James P. Rouhandeh, Esq., who stated that Defendants do not oppose this motion.

Dated:  August 8, 2005

/s/ **Barry Himmelstein**
Barry Himmelstein