UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) | Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| ALL MARKETING AND ) | Mag. Judge Leo T. Sorokin |
| SALES PRACTICES ACTIONS ) ) | |

**[PLAINTIFFS' PROPOSED] ORDER
AS TO PLAINTIFFS' PENDING REQUESTS FOR ADMISSION**

1. The Class and Non-Class Plaintiffs' First Set of Requests for Admission served on May 11, 2005 are deemed withdrawn, without prejudice.

2. Not more than thirty (30) days after the close of discovery, Plaintiffs will provide Defendants with a list of documents, by Bates number, that Plaintiffs intend to introduce at trial, or in opposition to summary judgment.

3. Not more than thirty (30) days after service of the aforementioned list, defendants will respond by stating whether they will stipulate as to the authenticity and admissibility of each document listed.

4. Plaintiffs will have a limited opportunity to depose or re-depose witnesses to lay foundation for the admission of the documents in dispute.

5. The time period for and any limits on the number or length of the depositions will be determined by the Magistrate Judge at a later date, based on the progress of the litigation

465019.1

and the quantity of documents in dispute.

    IT IS SO ORDERED.


Dated:  August __, 2005          _____
                    Hon. Leo T. Sorokin
                    United States Magistrate Judge