UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**PROPOSED ORDER AS TO PLAINTIFFS' REQUESTS FOR ADMISSION**

1. Plaintiffs will withdraw Class and Non-Class Plaintiffs' First Set of Requests for Admission served on May 11, 2005.

2. Plaintiffs should attempt to authenticate and/or establish that documents are business records during the course of depositions to the extent time permits, recognizing that there is a two-day limit on depositions.

3. Not more than thirty (30) days after the close of fact discovery, plaintiffs will provide defendants with a list of documents, by Bates number, that plaintiffs intend to introduce at trial, or in opposition to summary judgment, and that have not previously been authenticated or qualified as a business record during a deposition.

4. Not more than thirty (30) days after defendants receive plaintiffs' list, defendants will respond by stating whether they will stipulate as to the authenticity and/or applicability of the business record designation for each document listed.

5. Plaintiffs will have a limited opportunity to re-depose witnesses solely on the issues of the authenticity and/or the application of the business record designation for the documents in dispute.

6. The time period for and limitations on the number and length of the depositions will be determined by the Magistrate Judge at a later date.

SO ORDERED :

_____
Leo T. Sorokin
United States Magistrate Judge

Dated: _____