UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> THIS ORDER RELATES TO: <br><br> ALL ACTIONS | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

ORDER

August 9, 2005

SOROKIN, M.J.

    Based upon the similar, but not identical, proposals submitted by the parties concerning Plaintiffs' approximately 44,000 requests for admissions it is ORDERED as follows.

    1.    The Class and Non-Class Plaintiffs' First Set of Requests for Admissions served on May 11, 2005 are deemed withdrawn as proposed by plaintiffs. Defendants' Motion for a Protective Order (Docket # 148) is DENIED as moot.

    2.    Not more than thirty (30) days after the close of discovery, Plaintiffs will provide Defendants with a list of documents, by Bates number, that Plaintiffs intend to introduce at trial, or in opposition to summary judgment, and that have not previously been authenticated or qualified as a business record.

3. Not more than thirty (30) days after service of the aforementioned list, defendants will respond by stating whether they will stipulate as to the authenticity and/or applicability of the business record designation for each document listed.

4. Plaintiffs will have a limited opportunity to depose or re-depose witnesses solely on the issues of the authenticity and/or the application of the business record designation for the documents in dispute.

5. The time period for and any limits on the number and/or length of the depositions will be determined by the Court at a later date, based upon the reasonableness of plaintiffs' list and the progress of the litigation. In order to narrow the number of documents in dispute at the close of fact discovery, as to each deposition, counsel for plaintiffs and defendant should attempt, by discussions among counsel, to identify the documents pertaining to the deponent upon which no authentication or business record dispute exists.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge