UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS ORDER RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

ORDER

August 9, 2005

SOROKIN, M.J.

The Court makes the following Orders.

1. The Motion for Appointment of Jack W. London, Esquire to the Plaintiffs' Products Liability Steering Committee (Docket # 159) is Allowed.

2. The Court will oral argument on Assurant's Motion for Remand (Docket #125), Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation (Docket #126) and Allen's Motion to Remand (Docket #131) on **Thursday August 18, 2005 at 1:00 p.m.** in Courtroom #14.

3. Class Plaintiffs' Unopposed Motion to File a Forty-Six page Memorandum in Support of Class Certification (Docket #205) is Allowed.

      4.      Plaintiffs' Motion to File Declarations in Support of Plaintiffs' Motion for Class Certification Under Seal (Docket # 202) is <u>Allowed</u>.

      5.      Defendants' Motion for Inclusion in Case management Order No. 4 of Provision Preventing Redundant Proscution of Claims (Docket #137) and Defendants' Amended Motion with Regard to Case Management Order No. 4 (Docket #164) are DENIED except that the undisputed portions of CMO No. 4 are already in place pursuant to the Court's June 10, 2005 Order partially ruling on Defendants' first CMO No. 4 Motion (Docket #137).  The parties are to address the issues raised in Defendants' second CMO No. 4 Motion (Docket #164) in light of the Court's comments at the August 1, 2005 hearing and submit either a joint draft or, if no agreement is reached, a bracketed draft noting the separate proposals as has been done in the past.

      /s/ Leo T. Sorokin
      LEO T. SOROKIN
      United States Magistrate Judge