UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES ) <br><br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) <br> ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |

### <u>REVISED STATUS REPORT AUGUST 1, 2005</u>

On August 2, 2005, Plaintiffs submitted to the Court, pursuant to the

Court's May 16, 2005 Procedural Order, a Status Report listing the status of all

pending motions to date as well as all cases transferred to MDL No. 1629.

Certain information reflecting the status of various cases was omitted from that

report. Accordingly, the parties respectfully submit this revised Status Report

reflecting the status of all pending motions as well as all cases transferred to MDL

No. 1629 as of August 1, 2005.

Dated: August 10, 2005

By:  **/s/ James P. Rouhandeh**
     James P. Rouhandeh
     Davis Polk & Wardwell
     450 Lexington Avenue
     New York, NY 10017

By:  **/s/ Thomas M. Sobol**
     Thomas M. Sobol
     Hagens Berman Sobol Shapiro LLP
     One Main Street, 4th Floor
     Cambridge, MA 02142

**Plaintiffs' Liaison Counsel**

By:    **/s/ David B. Chaffin**
     David B. Chaffin
     Hare & Chaffin
     160 Federal Street, 23rd Floor
     Boston, MA 02110

**Counsel for Defendants, Pfizer Inc., et al.**

By:    **/s/Barry Himmelstein**
     Barry Himmelstein, Esquire
     Lieff Cabraser Heimann & Bernstein
     Embarcadero Center West
     275 Battery Street, 30th Floor
     San Francisco, CA 94111-3339

By:    **/s/Don Barrett**
     Don Barrett, Esquire
     Barrett Law Office
     404 Court Square North
     P.O. Box 987
     Lexington, MS 39095

By:    **/s/Daniel Becnel, Jr.**
     Daniel Becnel, Jr., Esquire
     Law Offices of Daniel Becnel, Jr.
     106 W. Seventh Street
     P.O. Drawer H
     Reserve, LA 70084

By:    **/s/James Dugan**
     James R. Dugan, II, Esquire
     Dugan & Browne, PLC
     650 Poydras Street, Suite 2150
     New Orleans, LA 70130

By:    **/s/Thomas Greene**
     Thomas Greene, Esquire
     Greene & Hoffman
     125 Summer Street
     Boston, MA 02110

**Members of the Class Plaintiffs'
Steering Committee**

By:    **/s/Richard Cohen**
     Richard Cohen, Esquire
     Lowey Dannenberg Bemporad
     & Selinger, P.C.
     The Gateway
     One North Lexington Avenue
     White Plains, NY 10601

By:   **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

**Members of the Plaintiffs' Non-Class
Steering Committee**

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 – MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 8/1/05

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** (**Marketing and Sales Practices**) | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Defendants' Motion to Dismiss Amended Class Action Complaint *sub judice* <br><br> ○ March 17, 2005 - Motion to Dismiss Class Action Complaint [Docket No. 59] <br><br> ○ March 17, 2005 - Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 60] <br><br> ○ March 17, 2005 - Declaration David B. Chaffin In Support of Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 61] <br><br> ○ April 29, 2005 - Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 101] <br><br> ○ April 29, 2005 - Appendix of Unpublished Authorities Filed in Support of Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 102] <br><br> ○ May 16, 2005 - Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action (cont.) | | | 122] |
| | | | o May 16, 2005 - Declaration of David B. Chaffin in Support of Defendants' Motion to Dismiss [Docket No. 123] |
| | | | o May 23, 2005 – Order Referring for Report and Recommendation on Motions to Dismiss to Magistrate Leo T. Sorokin. Hearing on June 15, 2005 Cancelled. Magistrate Sorokin to Re-schedule. [Docket No. 127] |
| | | | o June 3, 2005 – Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motions to Dismiss [Docket No. 144] |
| | | | o July 14, 2005 – Hearing on Motion to Dismiss First Coordinated Amended Complaint [#58] and Motion to Dismiss Amended Class Action Complaint [#59] before Magistrate Judge Leo T. Sorokin [Docket No. 145] |
| | | | • Motion for Appointment of Tennessee Lead Counsel *sub judice* |
| | | | o January 21, 2005 - Motion for Appointment of Tennessee Lead Counsel [Docket No. 37] |
| | | | o January 21, 2005 - Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38] |
| | | | o February 1, 2005 - Request for Oral Argument on Motion for Appointment of Tennessee Lead Counsel [Docket No. 39] |
| | | | o February 2, 2005 - Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32] |
| | | | o February 11, 2005 - Opposition of Class Plaintiffs' Steering |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36] |
| | | | ○ March 15, 2005 - Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56] |
| | | | • Motion for Protective Order with Respect to Plaintiffs' Request for Admissions *sub judice* |
| | | | ○ June 16, 2005 - Motion for Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admissions [Docket No. 148] |
| | | | ○ June 16, 2005 - Defendants' Memorandum in Support of their Motion for a Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admission [Docket No. 149] |
| | | | ○ June 16, 2005 - Declaration of Deborah L. MacGregor Regarding Motion for Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admission [Docket No. 150] |
| | | | ○ June 16, 2005 – Declaration of David B. Chaffin Regarding Motion for Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admissions [Docket No. 151] |
| | | | ○ June 27, 2005 - Plaintiffs Unopposed Motion for Enlargement of Time to File Opposition to Motion for Protective Order with Respect to Plaintiffs' Requests for Admission (to July 5, 2005) [Docket No. 166] |
| | | | ○ July 5, 2005 - Plaintiffs' Unopposed Motion for Additional Enlargement of Time to File Opposition to Motion for |

3

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
| --- | --- | --- | --- |
| **Master Consolidated Class Action (cont.)** | | | Protective Order with Respect to Plaintiffs' Requests for Admissions (to July 8, 2005) [Docket No. 173] |
| | | | ○ July 8, 2005 - Plaintiffs' Memorandum of Law in Opposition to Motion for Protective Order with Respect to Plaintiffs' Requests for Admission [Docket No. 177] |
| | | | ○ July 8, 2005 - Declaration of Barry Himmelstein in Support of Plaintiffs' Opposition to Motion for Protective Order with Respect to Plaintiffs' Requests for Admission [Docket No. 178] |
| | | | ○ Submissions pursuant to Magistrate Judge Sorokin's August 1, 2005 instruction DUE August 8, 2005 |
| | | | • Motion for Protective Order Concerning Scope of Discovery *sub judice* |
| | | | ○ June 17, 2005 - Motion for Protective Order Concerning Scope of Discovery [Docket No. 161] |
| | | | ○ June 17, 2005 - Memorandum in Support of Motion for Protective Order Concerning Scope of Discovery [Docket No. 162] |
| | | | ○ July 2, 2005 - Plaintiffs' Memorandum of Law in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 170] |
| | | | ○ July 2, 2005 - Declaration of Rebecca J. Poate in Support of Plaintiffs' Memorandum in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents |

4

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | Created After December 31, 1998 [Docket No. 171] |
| | | | ○ July 2, 2005 - Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 172] |
| | | | ○ July 18, 2005 - Memorandum in Opposition to Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 184] |
| | | | ○ July 25, 2005 - Products Liability Plaintiffs' Memorandum in Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery as to Production of Documents Created After December 31, 1998 [Docket No. 186] |
| | | | ○ July 27, 2005 - Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 FILED UNDER SEAL [Docket No. 189] |
| | | | ○ July 27, 2005 - Affidavit of Thomas Greene in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 190] |
| | | | ○ July 27, 2005 - Sealed Affidavit of Thomas Greene in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 FILED UNDER SEAL [Docket No. 191] |
| | | | ○ July 29, 2005 - Defendants' Reply Memorandum in Response to Personal Injury Plaintiffs' Memorandum and in Further Support of Defendants' Motion for Protective Order [Docket No. 196] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | ○ August 1, 2005 - Hearing on Pending Discovery Motions and Case Management before Magistrate Judge Leo T. Sorkin |
| | | | • Motion for Class Certification |
| | | | ○ August 8, 2005 – Motion for Class Certification DUE |
| | | | ○ October 10, 2005 - End of Class Discovery |
| | | | ○ November 8, 2005 - Opposition to Motion for Class Certification DUE |
| | | | ○ December 8, 2005 - Reply to Opposition to Motion for Class Certification DUE |
| | | | ○ December 22, 2005 - Sur-Reply to Opposition to Motion for Class Certification DUE |
| | | | ○ January 12, 2006 - Hearing on Motion for Class Certification before Judge Patti B. Saris |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass, cases originally filed. | • Defendants' Motion to Dismiss First Coordinated Amended Complaint *sub judice* |
| | | | ○ March 17, 2005 - Motion to Dismiss Class Action Complaint [Docket No. 59] |
| | | | ○ March 17, 2005 - Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 60] |
| | | | ○ March 17, 2005 - Declaration David B. Chaffin In Support of Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 61] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | ○ April 29, 2005 - Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 101] |
| | | | ○ April 29, 2005 - Appendix of Unpublished Authorities Filed in Support of Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 102] |
| | | | ○ May 16, 2005 - Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 122] |
| | | | ○ May 16, 2005 - Declaration of David B. Chaffin in Support of Defendants' Motion to Dismiss [Docket No. 123] |
| | | | ○ May 23, 2005 – Order Referring for Report and Recommendation on Motions to Dismiss to Magistrate Leo T. Sorokin. Hearing on June 15, 2005 Cancelled. Magistrate Sorokin to Re-schedule. [Docket No. 127] |
| | | | ○ June 3, 2005 - Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motions to Dismiss [Docket No. 144] |
| **Coordinated Private Actions (cont.)** | | | ○ July 14, 2005 – Hearing on Motion to Dismiss First Coordinated Amended Complaint [#58] and Motion to Dismiss Amended Class Action Complaint [#59] before Magistrate Judge Leo T. Sorokin [Docket No. 145] |
| | | | ● Motion for Protective Order with Respect to Plaintiffs' Request for |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | *Admissions sub judice* |
| | | | ○ June 16, 2005 - Motion for Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admissions [Docket No. 148] |
| | | | ○ June 16, 2005 - Defendants' Memorandum in Support of their Motion for a Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admission [Docket No. 149] |
| | | | ○ June 16, 2005 - Declaration of Deborah L. MacGregor Regarding Motion for Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admission [Docket No. 150] |
| | | | ○ June 16, 2005 – Declaration of David B. Chaffin Regarding Motion for Protective Order with Respect to Plaintiffs' 44,872 Separate Requests for Admissions [Docket No. 151] |
| | | | ○ June 27, 2005 - Plaintiffs' Unopposed Motion for Enlargement of Time to File Opposition to Motion for Protective Order with Respect to Plaintiffs' Requests for Admission (to July 5, 2005)[Docket No. 166] |
| **Coordinated Private Actions (cont.)** | | | ○ July 5, 2005 - Plaintiffs' Unopposed Motion for Additional Enlargement of Time to File Opposition to Motion for Protective Order with Respect to Plaintiffs' Requests for Admissions (to July 8, 2005) [Docket No. 173] |
| | | | ○ July 8, 2005 - Plaintiffs' Memorandum of Law in Opposition to Motion for Protective Order with Respect to Plaintiffs' Requests for Admission [Docket No. 177] |
| | | | ○ July 8, 2005 - Declaration of Barry Himmelstein in Support |

8

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | of Plaintiffs' Opposition to Motion for Protective Order with Respect to Plaintiffs' Requests for Admission [Docket No. 178] |
| | | | ○ Submissions pursuant to Magistrate Judge Sorokin's August 1, 2005 instruction DUE August 8, 2005 |
| | | | • Motion for Protective Order Concerning Scope of Discovery *sub judice* |
| | | | ○ June 17, 2005 - Motion for Protective Order Concerning Scope of Discovery [Docket No. 161] |
| | | | ○ June 27, 2005 - Memorandum in Support of Motion for Protective Order Concerning Scope of Discovery [Docket No. 162] |
| | | | ○ July 2, 2005 - Plaintiffs' Memorandum of Law in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 170] |
| **Coordinated Private Actions (cont.)** | | | ○ July 2, 2005 - Declaration of Rebecca J. Foate in Support of Plaintiffs' Memorandum in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 171] |
| | | | ○ July 2, 2005 - Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 172] |
| | | | ○ July 18, 2005 - Memorandum in Opposition to Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 184] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | ○ July 25, 2005 - Products Liability Plaintiffs' Memorandum in Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery as to Production of Documents Created After December 31, 1998 [Docket No. 186] |
| | | | ○ July 27, 2005 - Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 FILED UNDER SEAL [Docket No. 189] |
| | | | ○ July 27, 2005 - Affidavit of Thomas Greene in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 190] |
| | | | ○ July 27, 2005 - Sealed Affidavit of Thomas Greene in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 FILED UNDER SEAL [Docket No. 191] |
| | | | ○ July 29, 2005 - Defendants' Reply Memorandum in Response to Personal Injury Plaintiffs' Memorandum and in Further Support of Defendants' Motion for Protective Order [Docket No. 196] |
| | | | ○ August 1, 2005 - Hearing on Pending Discovery Motions and Case Management before Magistrate Judge Leo T. Sorokin |
| **Coordinated Private Actions (cont.)** | | | |
| ***Assurant Health, Inc. et. al v. Pfizer, Inc. et al.*** | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Motion to Remand to New Jersey State Court |
| | | | • May 19, 2005 - Assurant Plaintiffs' Status Report Regarding Motion to Remand to New Jersey State Court, Notice of Remand and Motion to Remand, Memorandum in Support of |

10

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | Remand.  The New Jersey federal court pleadings were filed with this MDL Court on May 19 and May 31, 2005 [Docket No. 125].  The New Jersey pleadings (the dates below are the New Jersey filing dates) include:<br><br>• January 27, 2005 - Assurant Plaintiffs' Notice of Motion, Motion and Memorandum in Support of Motion to Remand; Affidavit of David Novack in Support of Assurant Plaintiffs' Motion to Remand and Exhibits A – L |
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont'd) | | | • February 11, 2005 - Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Certification of Richard G. Placey, Esquire in Support of Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Joinder of Defendants Anthony Wild and Lodewijk J. R. DeVink in Defendants Pfizer and Warner-Lambert Company's Opposition Plaintiffs' Motion to Remand<br><br>• February 25, 2005 -  Plaintiffs' Reply Memorandum of Law in Further Support of its Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand; Affidavit of Ronald J. Campione in Support of Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Assurant Health, Inc. et. al v. Pfizer, Inc. et al. (cont'd)*** | | | • Assurant Plaintiffs' Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation *sub judice* |
| | | | ○ May 22, 2005 - Assurant Plaintiffs' Status Report and Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [Docket No. 126] |
| | | | ○ May 27, 2005 – Defendants' Response to Assurant Plaintiffs' Request that Court Issue Suggestion of Remand [Docket No. 136] |
| | | | ○ June 6, 2005 – MDL Plaintiffs' Memorandum of Law in Response to the Assurant Plaintiffs' Suggestion of Remand to the Judicial Panel of Multidistrict Litigation [Docket No. 146] |
| | | | ○ June 16, 2005 - Assurant Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court. [Docket No. 156] |
| | | | ○ June 16, 2005 - Proposed Order Granting Motion for Court to Issue a Suggestion to the Panel to Return Civil Action to the Transferor Court. [Docket No. 163] |
| | | | ○ June 16, 2005 - Assurant Plaintiffs' Notice of Motion and Motion for Leave to File a Reply Memorandum to Defendant Pfizer and Class Plaintiffs' Response to Assurant Plaintiffs' Status Report [Docket No. 158] |
| | | | ○ TBD – Hearing on Motion to Remand |
| | | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

12

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al*, Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand<br><br>   ○ May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]<br><br>   ○ May 26, 2005 - Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br>   ○ June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br><br>   ○ June 16, 2005 - Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br><br>   ○ June 16, 2005 - Plaintiffs' Motion for Leave to File Reply Memorandum of Law in Support of Motion to Remand [Docket No. 154]<br><br>   ○ June 16, 2005 - Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br><br>   ○ June 23, 2005 - Order Granting Motion for Leave to File Reply Memorandum in Support of Motion to Remand [Refers to Docket No. 154]<br><br>   ○ August 16, 2005 - Hearing on Motion to Remand before Honorable Patti B. Saris #131 [Docket No. 181]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

13

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *McMinn v. Pfizer, 04-2690* | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br>• Response to Opposition to Transfer filed by Defendants June 30, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005 |

14

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | • Response to Opposition to Transfer filed by Defendants June 30, 2005 |
| *Demers v. Pfizer, 05-84* | Master File 04-10981-PBS | D. Maine | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| | | | • Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005 |
| | | | • Response to Opposition to Transfer filed by Defendants July 11, 2005 |

15

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Consolidated Products Liability Cases* | Master File 04-10981-PBS | D. Mass. Pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims

  o May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]

  o May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]

  o May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]

  o May 31, 2005 - Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]

  o June 8, 2005 - Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]

  o June 10, 2005 - Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

16

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Consolidated Products Liability Cases (cont.)* | | | o  June 23, 2005 - Defendants' Amended Motion with Regard to Cases Management Order No. 4 [Docket No. 164] |
| | | | o  June 23, 2005 - Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165] |
| | | | o  July 5, 2005 - Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174] |
| | | | o  July 5, 2005 - Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175] |
| | | | o  Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| | | | •  Motions for Appointment of Counsel to Plaintiffs' Products Liability Steering Committee *sub judice* |
| | | | o  June 17, 2005 - Applications for Appointment of Counsel to Plaintiffs Products Liability Steering Committee [June 10, 2005 Order] |
| | | | o  June 17, 2005 - Motion for Appointment of Jack W. London, Esq. To Plaintiffs' Products Liability Steering Committee [Docket No. 159] |
| | | | o  June 17, 2005 - Plaintiffs' Motion for Appointment of Counsel to Plaintiffs' Products Liability Steering Committee |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | and as Plaintiffs' Products Liability Liaison Counsel [Docket No. 160] |
| | | | ○ July 1, 2005 - Defendants' Response to Motion for Appointment of Jack W. London, Esq. To Plaintiffs' Products Liability Steering Committee [Docket No. 168] |
| | | | ○ July 13, 2005 - Reply of Irene Barlow to Defendants' Response to Motion for Appointment of Jack W. London, Esq. to Products, Liability Plaintiffs' Steering Committee [Docket No. 183] |
| | | | ○ July 28, 2005 - Order by Magistrate Judge Leo T. Sorokin Granting [160] Motion to Appoint Counsel Andrew G. Finkelstein and Eleanor Louise Polimeni for Members of the Plaintiffs Product Liability Steering Committee |
| *Brodsky v. Pfizer, 04-7960* *Huffman v. Pfizer, 04-7961* *Paulsen v. Pfizer, 04-8464* *Sumait v. Pfizer, 04-8719* *Smith v. Pfizer, 04-8720* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3 <br> • Cases Transferred April 20, 2005 - JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session <br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br> • Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 <br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

18

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297*<br>*Justine James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 - JPML Transfer Order April 19, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Anderson v. Pfizer, 04-275* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005- JPML Transfer Order April 19, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Barker v. Pfizer, 04-309* | Master File 04-10981-PBS | E.D. Texas | • Transferred on April 19, 2005- JPML Transfer Order April 19, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Smolucha v. Pfizer, 04-4882* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Jarosz v. Pfizer, 05-2061* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005<br><br>• Transferred on July 1, 2005 - JPML Transfer Order July 1, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Wilson, et al. v. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250.<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

21

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Coleman v. Pfizer, 04-722*<br>*Fish v. Pfizer, 04-723* | Master File<br>04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Teeter v. Pfizer, 05-604* | Master File<br>04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 27, 2005 |
| *Alexander v. Pfizer, 05-1013* | Master File<br>04-10981-PBS | N.D. Texas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• July 29, 2005 - Defendants' Request to the Court to Recognize Previously-Entered Order Granting Dismissal without Prejudice of Above-Captioned Complaint [Docket No. 195]<br><br>• August 3, 2005 - Order dismissing action without prejudice based upon previously-entered order granting dismissal without prejudice |
| *Minervino v. Pfizer, 04-1230* | Master File<br>04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Reott v. Pfizer, 05-359* | Master File<br>04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Smith v. Pfizer, 05-444* | Master File<br>04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

22

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Craft et al. v. Pfizer Inc. et al.,* 05-00310 | Master File 04-10981-PBS | M.D. Fla. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11 |
| *Alsberge v. Pfizer Inc., et al,* 05-5809 | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11 |
| *Briggs v. Pfizer Inc., et al,* 05-5810 | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11 |
| *Edwards v. Warner-Lambert Co., et al.,* 05-00657 | Master File 04-10981-PBS | S.D. Oh. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11 |
| *Sanutti v. Pfizer, Inc. et al,* 05-03401 | Master File 04-10981-PBS | E.D. Pa. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11 |

23