UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) | MDL Docket No. 1629 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Master File No. 04-10981 |
| ) | |
| LAURA ALLEN, ADMINISTRATIX ) <br> OF THE ESTATE OF THE LATE ) <br> DANIEL ALLEN, TIMOTHY BRIDGES, ) <br> and ALFRED MORABITO, individually ) <br> and on behalf of themselves and all others ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PFIZER, INC. and PARKE-DAVIS, ) <br> a division of Warner-Lambert Company ) <br> ) <br> Defendants. ) | Judge Patti B. Saris <br><br> Civil Action No. 05-10797 |

**PLAINTIFFS' NOTICE OF ADDITIONAL RELEVANT
AUTHORITY IN SUPPORT OF MOTION TO REMAND**

Plaintiffs Laura Allen, Administratrix of the Estate of the Late Daniel Allen, Timothy Bridges and Alfred Morabito ("Plaintiffs") submit this Notice to bring to the Court's attention four recent decisions by District Courts, including one in Massachusetts, and one decision by the Seventh Circuit all remanding cases removed on grounds identical to the grounds for Defendants' removal of this action and rejecting the arguments raised by Defendants here in support of federal jurisdiction. In each of the cases submitted with this Notice, the Court determined that the action was "commenced" when it was initially filed in state court, and not when it was removed to

1

federal court. The cases submitted herewith are:

1. *Natale v. Pfizer, Inc.*, 2005 WL 1793451 (D. Mass. July 28, 2005) (Young, J) (copy submitted herewith as Exhibit 1).

2. *Sneddon v. Hotwire, Inc.*, 2005 WL 1593593 (N.D. Cal. June 29, 2005) (copy submitted herewith as Exhibit 2);

3. *Knudsen v. Liberty Mutual Insurance Company*, 411 F.3d 805 (7th Cir. June 7, 2005) (copy submitted herewith as Exhibit 3)

4. *Bush v. Cheaptickets, Inc.*, 2005 WL 1706908 (C.D. Cal. May 9, 2005) (copy submitted herewith as Exhibit 4); and

5. *In re Expedia Hotel Taxes and Fees Litigation*, 2005 WL 1706920 (W.D. Wash. April 15, 2005) (copy submitted herewith as Exhibit 5).

The cases submitted herewith, together with the decisions previously submitted by Plaintiffs, result in eleven known decisions in which courts have endorsed the arguments urged by Plaintiffs as to when a case is commenced for the purposes of CAFA.

Respectfully submitted,

DATED: August 12, 2005

*/s/ Daniel D'Angelo*
Robert J. Bonsignore, BBO# 547880
Daniel D'Angelo, BBO# 630321
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Tel: (781) 391-9400
Fax: (781) 391-9496

ATTORNEYS FOR PLAINTIFFS