UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) | MDL Docket No. 1629 |
| THIS ORDER RELATES TO: ) | Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| LAUREN ALLEN, et al. v. PFIZER, INC, et al. ) <br> Docket No. 05-10797-PBS ) <br> ) | Mag. Judge Leo T. Sorokin |

ORDER

August 15, 2005

SOROKIN, M.J.

The First Circuit has scheduled oral argument on a question certified by Chief Judge Young regarding the proper interpretation of "commenced" in the Class Action Fairness Act. Natale v. Pfizer Inc., Nos. 05-2203, 05-8806 (1st Cir. Aug 8. 2005). Accordingly, the hearing on Allen's Motion to Remand will be rescheduled for November 2005.

Each side has leave to file seven pages of supplemental briefing after the First Circuit's decision provided the memos are filed a week in advance of the hearing.

The August 18, 2005 hearing regarding the Assurant matter will proceed as scheduled.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge

1