# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ASSURANT HEALTH, INC., ET AL. v. PFIZER, INC., ET AL., NO. 05-10535 | Judge Patti B. Saris |

## ASSURANT PLAINTIFFS' SUPPLEMENTAL
## STATEMENT OF AUTHORITY

The Assurant plaintiffs provide to the Court a recently issued U.S. Supreme Court decision, Grable & Sons Metal Prods., Inc., v. Darue Eng'g & Mfg., 125 S.Ct. 2363 (2005), in further support of its motion to remand. A copy of the decision is attached as Exhibit A.

DATED: August 17, 2005.                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                           By:  /s/ Annamarie A. Daley
                                                Annamarie A. Daley (#158112)
                                                2800 LaSalle Plaza
                                                800 LaSalle Avenue
                                                Minneapolis, MN 55402-2015
                                                Tel.: (612) 349-8500
                                                Fax: (612) 339-4181

                                                James S. Harrington (# 543744)
                                                800 Boylston Street, 25th Floor
                                                Boston, MA 02199
                                                Tel.: 617.267-2300
                                                Fax: 617.267.8288

                                                *Attorneys for Assurant Plaintiffs*

MP3 20147065.1