## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2005, I caused Assurant Plaintiffs' Supplemental Statement of Authority to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Ronald Judah Aranoff
aranoff@bernlieb.com

Gordon Ball
filings@ballandscott.com

Don Barrett
dbarrett@barrettlawoffice.com

Richard Bemporad
rbemporad@ldbs.com

Steve W. Berman
steve@hbsslaw.com carrie@hbsslaw.com;heatherw@hbsslaw.com

Robert J. Bonsignore
rbonsignore@bandblaw.net rbonsignore@aol.com

David L. Browne
dbrowne@duganbrowne.com

David B. Chaffin
dchaffin@hare-chaffin.com

Richard W. Cohen
rochen@ldbs.com

Paul F. Corcoran
pcorcoran@dglaw.com

Daniel D'Angelo
ddangelo@bandblaw.net

James R. Dugan, II
jdugan@duganbrowne.com

MP3 20147104.1

Daniel J. Dwyer
djd@hanify.com jhd@hanify.com

Keith Martin Fleischman
fleischman@bernlieb.com

Thomas M. Greene
tgreene@greenehoffman.com scollins@greenehoffman.com

James S. Harrington
jsharrington@rkmc.com

Elizabeth V. Heller
liz@gmhalaw.com

Theodore M. Hess-Mahan
ted@shulaw.com

Barry Himmelstein
bhimmelstein@lchb.com rpoate@lchb.com;tsilva@lchb.com;dchiplock@lchb.com

Garve W. Ivey, Jr
garve@iveyragsdale.com

Justine J. Kaiser
jkaiser@cmht.com

Irwin B. Levin
ilevin@cohenandmalad.com ccox@cohenandmalad.com

Jack W. London
jlondon@texas.net

Dewitt M. Lovelace
dml@lovelacelaw.com

Daniel J. Lyne
djl@hanify.com jla@hanify.com

Deborah L. MacGregor
debbie.macgregor@dpw.com

James E. Murray
james.murray@dpw.com

Linda P. Nussbaum
lnussbaum@cmht.com

Peter A. Pease
ppease@bermanesq.com bdentremont@bermanesq.com

Douglas R. Plymale
doug@duganbrowne.com

Eleanor Louise Polimeni
epolimeni@lawampm.com

Thomas J. Poulin
TPoulin@rkmc.com

James P. Rouhandeh
jim.rouhandeh@dpw.com

Thomas G. Shapiro
tshapiro@shulaw.com sgeresy@shulaw.com

Richard E. Shevitz
rshevitz@cohenandmalad.com cmeadows@cohenandmalad.com

Thomas M. Sobol
Tom@hbsslaw.com Ed@hbsslaw.com;Corinne@hbsslaw.com;Heatherc@hbsslaw.com

Scott L. Walker
swalker@dglaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Daniel E. Becnel, Jr
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

James R. Dugan, II
Dugan & Brown, PLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

MP3 20147104.1

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Kenneth B. Fromson
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Wanda Garcia
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA 02142

John W. Lowe
Lowe, Mobley & Lowe
1210 21st St.
P.O. Box 576
Haleyville, AL 35565

Edward Notargiacomo
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA 02142

Ronald Rosenkranz
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

      ATTORNEYS FOR ASSURANT PLAINTIFFS

Dated: <u>August 17, 2005</u>.        By:  <u>s/Annamarie A. Daley</u>
                              Annamarie A. Daley