**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT





February 10, 2005

United States District Court
District of Massachusetts
US Courthouse
1 Courthouse Way
Boston, MA 022110

RE:  MDL# 1629, In Re Neurontin Marketing
     Our Case #04-CV-22228-Seitz, Medero v. Pfizer

Dear Sir:

In compliance with the Conditional Order of Transfer, we are forwarding herewith the court file together with certified copies of the docket sheet and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by _____
   Clement D. Hammond
   Deputy Clerk

Encl.

**EXHIBIT 5**

| ☐301 N. Miami Avenue Room 150 Miami, FL 33128 305-523-5100 | ☐299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | ☐301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐300 S. Sixth Street Ft. Pierce, FL 34950 772-595-9691 |

