UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br> MEDERO et al. v. PFIZER INC., et al., <br> No. 1:04-cv-12616-PBS | ) ) ) ) ) | Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION TO REMAND**

Pfizer Inc., Warner-Lambert Company, LLC, and Parke-Davis, a division of Warner-Lambert Company, the defendants in Medero v. Pfizer Inc., Civil Action No. 04-12616-PBS ("Medero"), respectfully move for an enlargement to September 16, 2005, of the time within which they must respond to the motion to remand Medero (the "Motion to Remand"). The grounds for this motion are:

1. The Motion to Remand was filed with this Court on August 19, 2005.

2. Under Local Rule 7.1(B)(2), Defendants' response to the Motion to Remand currently is due on September 2, 2005.

3. Some of Defendants' counsel are on previously scheduled vacations, and the rest are occupied with other pressing business. Defendants therefore require additional time to prepare a response to the Motion to Remand.

4. Counsel for the plaintiffs in Medero have assented to this motion.

WHEREFORE, Defendants respectfully request that the Court enlarge to September 16, 2005, the time within which they must respond to the Motion to Remand <u>Medero</u>.

Date: August 30, 2005                           PFIZER INC., et al.,

                                                By their attorneys,

                                                /s/ James P. Rounhandeh
                                                James P. Rouhandeh, Esq.
                                                James E. Murray
                                                Deborah L. MacGregor
                                                Davis Polk & Wardwell
                                                450 Lexington Avenue
                                                New York, NY 10017
                                                (212) 450-4000

                                                /s/ David B. Chaffin
                                                David B. Chaffin
                                                BBO #549245
                                                Hare & Chaffin
                                                160 Federal Street, 23rd Floor
                                                Boston, MA 02110
                                                (617) 330-5000