# EXHIBIT B

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-22228-CIV-SEITZ

ANA MEDERO AND SHIRLEY LEVIN on )
behalf of themselves and all persons similarly )
situated, )
)
                     Plaintiffs, )
)
vs. )
)
PFIZER INC., WARNER LAMBERT )
COMPANY and PARKE-DAVIS, a division of )
Warner-Lambert-Company, )
)
                     Defendants. )
_____ )

## NOTICE OF ENTRY OF TRANSFER ORDER

Defendants Pfizer Inc, Warner-Lambert Company, LLC, as successor to Warner-Lambert Company, and Parke-Davis, a division of Warner-Lambert (collectively "Defendants"), file herewith the Transfer Order entered by the Judicial Panel on Multidistrict Litigation, *In Re Neurontin Marketing and Sales Practices Litigation*, dated October 26, 2004, attached as Exhibit A. The matter before this Court is referenced in the Transfer Order in footnote 1, and was further identified as a tag-along action in correspondence to the Judicial Panel on Multidistrict

CASE NO. 04-22228-CIV-SEITZ

Litigation, dated October 27, 2004, attached as Exhibit B.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

By_____ #009147 2

Kenneth J. Reilly
Fla. Bar. No. 0157082
E-mail: kreilly@shb.com
Shook, Hardy & Bacon, L.L.P.
2400 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone (305) 358-5171
Facsimile (305) 358-7470

ATTORNEY FOR DEFENDANTS

Of Counsel:
James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone (212) 450-4000
Facsimile (212) 450-3800

CASE NO. 04-22228-CIV-SEITZ

## CERTIFICATE OF SERVICE

I hereby certify that on November 18th, 2004 a copy of the foregoing was mailed by United States Postal Service to the following counsel:

Philip Freidin, Esq.
Omar Malone, Esq.
Freidin & Brown, P.A.
One Biscayne Tower, Suite 3100
2 South Biscayne Boulevard
Miami, Florida 33131

Rosenblum & Rosenblum, P.A.
700 South Andrews Avenue, Suite 200
Fort Lauderdale, Florida 33316

_____ #0091472
for Kenneth J. Reilly

# EXHIBIT A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2004

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1629*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

*TRANSFER ORDER*

Now before the Panel are three separate motions encompassing a total of 27 actions that are listed on the attached Schedule A and are pending in sixteen districts as follows: six actions in the Eastern District of Louisiana; four actions in the District of Massachusetts; two actions each in the Eastern District of Arkansas, the Northern District of Florida, and the District of New Jersey; and one action each in the Southern District of Alabama, the Northern District of Georgia, the Southern District of Illinois, the Southern District of Indiana, the Western District of Louisiana, the District of Minnesota, the Southern District of Mississippi, the Southern District of New York, the Northern District of Ohio, the Western District of Tennessee, and the Northern District of Texas.[1] Pursuant to 28 U.S.C. § 1407, i) plaintiffs in one District of New Jersey action that originally moved for centralization in the District of New Jersey now move for centralization in the District of Massachusetts; ii) plaintiffs in two Eastern District of Louisiana actions move for centralization in their Louisiana district; and iii) common defendants Pfizer, Inc., Warner-Lambert Co., and Parke-Davis move for centralization in the Southern District of New York. No responding party opposes centralization, though respondents continue and expand upon the disagreement among movants regarding the appropriate choice for transferee district. Thus, some respondents support one of the forums suggested in the three Section 1407 motions, while other respondents have expressed support for one of four other potential transferee districts: the Northern District of Illinois, the Southern District of Illinois, the District of New Jersey, and the Northern District of Ohio.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the District of Massachusetts will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions are purported class actions involving

---

[1] The Panel has been notified of additional related actions recently filed in the Middle and Southern Districts of Alabama, the Southern District of Florida, the Northern and Southern Districts of Illinois, the Eastern District of Louisiana, the Eastern District of Missouri, the District of New Jersey, and the Eastern District of Texas. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

allegations that common defendants have engaged in the illegal promotion and sale of the drug Neurontin for "off-label" use. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to class certification matters), and conserve the resources of the parties, their counsel and the judiciary.

In concluding that the District of Massachusetts is an appropriate forum for this docket, we note that i) the district is where a False Claims Act *qui tam* action predicated on the same facts as those at issue in the MDL-1629 actions had been pending for eight years and had proceeded to a very advanced stage before being settled; and ii) the judge assigned to the constituent MDL-1629 Massachusetts actions is the same judge who presided over the *qui tam* action and is thus already thoroughly familiar with the issues of fact and law raised in the MDL-1629 actions.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Massachusetts are transferred to that district and, with the consent of that court, assigned to the Honorable Patti B. Saris for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

## SCHEDULE A

### MDL-1629 -- In re Neurontin Marketing and Sales Practices Litigation

#### Southern District of Alabama

*Gulf Distributing Holdings, LLC v. Pfizer, Inc.*, C.A. No. 1:04-403

#### Eastern District of Arkansas

*Claudia Lang v. Pfizer, Inc., et al.*, C.A. No. 5:04-234
*James Hope v. Pfizer, Inc., et al.*, C.A. No. 5:04-248

#### Northern District of Florida

*Sylvia G. Hyman v. Pfizer, Inc., et al.*, C.A. No. 3:04-215
*Clifford Eckenrode v. Pfizer, Inc., et al.*, C.A. No. 3:04-240

#### Northern District of Georgia

*Johnny Ray Meeks, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-1781

#### Southern District of Illinois

*Brenda Straddeck v. Pfizer, Inc., et al.*, C.A. No. 4:04-4106

#### Southern District of Indiana

*Gerald Smith v. Pfizer, Inc., et al.*, C.A. No. 1:04-1052

#### Eastern District of Louisiana

*Emma B. Christina v. Pfizer, Inc., et al.*, C.A. No. 2:04-1450
*Debra Mull, etc. v. Pfizer, Inc., et al.*, C.A. No. 2:04-1489
*Maggie Dorty, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-1547
*Dianne Irene Hood v. Pfizer, Inc., et al.*, C.A. No. 2:04-1575
*Joyce B. Duhe v. Pfizer, Inc., et al.*, C.A. No. 2:04-1591
*Patricia Ann White v. Pfizer, Inc.*, C.A. No. 2:04-1712

#### Western District of Louisiana

*Annie D. Blevins v. Pfizer, Inc.*, C.A. No. 6:04-1162

-2-

MDL-1629 Schedule A (Continued)

### District of Massachusetts

*The Guardian Life Insurance Co. of America v. Pfizer, Inc., et al.*, C.A. No. 1:04-10739
*Aetna, Inc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10958
*Harden Manufacturing Corp. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10981
*Teamsters Health & Welfare Fund of Philadelphia & Vicinity v. Pfizer Inc., et al.*,
   C.A. No. 1:04-10984

### District of Minnesota

*John Lerch v. Pfizer, Inc., et al.*, C.A. No. 0:04-3021

### Southern District of Mississippi

*Mary Jane Gordon, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-552

### District of New Jersey

*ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Pfizer, Inc., et al.*,
   C.A. No. 2:04-2577
*Julie K. Bakle v. Pfizer, Inc., et al.*, C.A. No. 2:04-2935

### Southern District of New York

*Lorraine Kopa v. Pfizer, Inc., et al.*, C.A. No. 1:04-4593

### Northern District of Ohio

*Mary Lou Lienerth v. Pfizer, Inc., et al.*, C.A. No. 1:04-1161

### Western District of Tennessee

*James Doyle v. Pfizer, Inc., et al.*, C.A. No. 2:04-2509

### Northern District of Texas

*Tammylee Willoz v. Pfizer, Inc., et al.*, C.A. No. 3:04-1234

OCT. 26. 2004 11:59AM    JPML                                                NO. 9241    P. 1
                                                                             Printed on 10/26/2004
**Judicial Panel on Multidistrict Litigation - Docket Entry Report**

Docket: 1629 - In re Neurontin Marketing and Sales Practices Litigation
Status: Transferred on 10/26/2004
Transferee District: MA    Judge: Saris, Patti B.

For: Entries Between 57 and 58
                                                                                        Page 1

| Pleading | File Date | Description |
|---|---|---|
| 57 | 10/26/2004 | CONSENT ORDER -- Signed by Chief Judge William G. Young in D. Massachusetts (dated 10/19/04) - Consenting to transfer of litigation to Judge Patti B. Saris for coordinated or consolidated pretrial proceedings (dls) |
| 58 | 10/26/2004 | TRANSFER ORDER -- (re: pldg. 57) Transferring 23 actions to Judge Patti B. Saris in D. Massachusetts - ALS 1:04-403; ARE 5:04-234; ARE 5:04-248; FLN 3:04-215; FLN 3:04-240; GAN 1:04-1781; ILS 4:04-4106; INS 1:04-1052; LAE 2:04-1450; LAE 2:04-1489; LAE 2:04-1547; LAE 2:04-1575; LAE 2:04-1591; LAE 2:04-1712; LAW 6:04-1162; MN 0:04-3021; MSS 1:04-552; NJ 2:04-2577; NJ 2:04-2935; NYS 1:04-4593; OHN 1:04-1161; TNW 2:04-2509; TXN 3:04-1234 - Notified involved counsel, judges, Panel judges, clerks, misc. recipients & publishers (dls) |

# EXHIBIT B

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

JAMES P. ROUHANDEH
212 450 4835
james.rouhandeh@dpw.com

October 27, 2004

Re:  MDL-1629 -- In re Neurontin Marketing and Sales Practices Litigation

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

Dear Mr. Beck:

Pursuant to Panel Rule 7.2(i), Defendants Pfizer Inc, Warner-Lambert Company, and Parke-Davis, a division of Warner-Lambert Company, hereby notify and advise the Judicial Panel on Multidistrict Litigation (the "Panel") that the following actions, listed below, are potential tag-along actions in the above-captioned matter:

1) *Alaska Electrical Pension Fund v. Pfizer Inc, Warner-Lambert Company and Parke-Davis*, No. 2:04-cv-04593-JAP-MCA, pending in the United States District Court for the District of New Jersey before United States District Judge Joel A. Pisano;

2) *Tracey Lynn Robichaux, Susan Roby, Elaine Lucille Edward, Barbara M. Strawitz v. Pfizer Inc*, No. 04-2087, pending in the United States District Court for the Eastern District of Louisiana before United States District Judge Carl J. Barbier;

3) *Ana Medero and Shirley Levin v. Pfizer Inc, Warner-Lambert Co. LLC, and Parke-Davis*, No. 04-17021-CA-32 (removed to federal court on September 7, 2004), pending in the United States District Court for the Eastern District of Florida before United States District Judge Patricia A. Seitz;

Mr. Michael J. Beck         2         October 27, 2004

    4) *Bauda Vauda Lee Sutton v. Pfizer, Inc and Warner-Lambert Co., LLC*, No. 2:04-cv-337 (removed to federal court on September 15, 2004), pending in the United States District Court for the Eastern District of Tennessee before United States District Judge J. Ronnie Greer;

    5) *Leroy Anderson et al. v. Pfizer, Inc*, No. 4:04-CV-275-PB, pending in the United States District Court for the Northern District of Mississippi (Greenville Division) before United States District Judge W. Allen Pepper;

    6) *Mary Cooper et al. v. Pfizer, Inc*, No. 04-CV-255, pending in the United States District Court for the Northern District of Mississippi (Delta Division) before United States District Judge Michael P. Mills.

    Under Panel Rule 1.1, the above actions contain common factual allegations similar to those in the twenty-seven actions transferred by the Panel on October 26, 2004 to the District Court of Massachusetts (MDL 1629).

    Enclosed please find a courtesy copy of each of the above-mentioned actions as well as their docket sheets.

    If you have any questions, please do not hesitate to call me.

Respectfully submitted,

James P. Rouhandeh
COUNSEL FOR PFIZER INC, WARNER-LAMBERT COMPANY, AND PARKE-DAVIS, A DIVISION OF WARNER-LAMBERT COMPANY

Enclosures

cc:     All Counsel on Panel Attorney Service List and Counsel for Plaintiffs of Above-Noted Potential Tag-Along Actions (without enclosures; via U.S. Mail)