# EXHIBIT C

U.S. District Court Web PACER(v2.4) Docket Report                              Page 1 of 4

Docket as of February 19, 2005 3:39 am                           Web PACER (v2.4)

---

# U.S. District Court

## Southern District of Florida (Miami)

### CIVIL DOCKET FOR CASE #: 04-CV-22228

Medero, et al v. Pfizer, Inc., et al

Filed: 09/07/04
Assigned to: Judge Patricia A. Seitz
Jury demand: Defendant
Demand: $0,000
Nature of Suit: 365
Lead Docket: None
Jurisdiction: Diversity
Dkt # in 11thJudCirCt : is 04-17021 CA 32
Cause: 28:1441 Notice of Removal-Personal Injury

---

| | |
|---|---|
| ANA MEDERO, on behalf of themselves and all persons similarly situated<br>     plaintiff | Philip Freidin<br>FTS 371-6725<br>[COR LD NTC]<br>Freidin & Brown<br>2 S Biscayne Boulevard<br>Suite 3100<br>Miami, FL 33131<br>305-371-3666 |
| SHIRLEY LEVIN, on behalf of themselves and all persons similarly situated<br>     plaintiff | Philip Freidin<br>(See above)<br>[COR LD NTC] |
| v. | |
| PFIZER, INC.<br>     defendant | Kenneth James Reilly<br>FTS 358-7470<br>[COR LD NTC]<br>Shook Hardy & Bacon<br>201 S Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131-4332<br>305-358-5171 |
| WARNER-LAMBERT COMPANY<br>     defendant | Kenneth James Reilly<br>(See above)<br>[COR LD NTC] |
| PARKE-DAVIS, a division of Warner-Lambert Company<br>     defendant | Kenneth James Reilly<br>(See above)<br>[COR LD NTC] |

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 9/7/04 | 1 | NOTICE OF REMOVAL of complaint from 11th Judicial Circuit Court, Miami-Dade County, Florida (case number 04-17021 CA 32); FILING FEE $150.00 RECEIPT #i220499; Magistrate Judge Andrea M. Simonton (hd) [Entry date 09/08/04] |
| 9/7/04 | 2 | Corporate Disclosure Statement by Pfizer, Inc., Warner-Lambert, Parke-Davis re: [1-1] removal notice (hd) [Entry date 09/08/04] |
| 9/10/04 | 3 | MOTION with memorandum in support by Ana Medero, Shirley Levin to remand this matter to 11th Judicial Circuit, Miami-Dade County, Florida, and for attorney fees and costs (hd) [Entry date 09/14/04] |
| 9/14/04 | 4 | ORDER OF RECUSAL ( Signed by Judge Alan S. Gold on 9/8/04) [EOD Date: 9/15/04] (hd) [Entry date 09/15/04] |
| 9/14/04 | -- | CASE reassigned to Judge Patricia A. Seitz (hd) [Entry date 09/15/04] |
| 9/14/04 | -- | Magistrate identification: Magistrate Judge Ted E. Bandstra (hd) [Entry date 09/15/04] |
| 9/14/04 | 5 | JOINT MOTION by Ana Medero, Shirley Levin, Pfizer, Inc., Warner-Lambert, Parke-Davis to stay pleading and discovery deadlines pending transfer to MDL Court, or pending remand to 11th Judicial Circuit Court, Miami-Dade County, Florida (hd) [Entry date 09/16/04] [Edit date 10/26/04] |
| 9/24/04 | 6 | ORDER requiring counsel to meet and file joint scheduling report and proposed order. See Order for complete details. ( Signed by Judge Patricia A. Seitz on 9/24/04) [EOD Date: 9/27/04] (ct) [Entry date 09/27/04] |
| 9/27/04 | 7 | MOTION with memorandum in support by Pfizer, Inc., Warner-Lambert, Parke-Davis to stay consideration of motion to remand to 11th Judicial Circuit Court, Miami-Dade County, FLorida pending transfer to multidistrict proceeding (hd) [Entry date 09/28/04] |
| 9/27/04 | 8 | RESPONSE by Pfizer, Inc., Warner-Lambert, Parke-Davis in opposition to [5-1] joint motion to stay pleading and discovery deadlines pending transfer to MDL Court, [5-2] joint motion to remand to 11th Judicial Circuit Court, Miami-Dade County, FLorida, [3-1] motion to remand this matter to 11th Judicial Circuit, Miami-Dade County, |

| Date | # | Description |
|---|---|---|
| | | Florida, [3-2] motion for attorney fees and costs (hd) [Entry date 09/28/04] |
| 10/1/04 | 9 | ORDER striking [8-1] opposition response to plaintiffs' motion to remand to state court ( Signed by Judge Patricia A. Seitz on 09/30/04) [EOD Date: 10/4/04] (ct) [Entry date 10/04/04] |
| 10/6/04 | 10 | RESPONSE by Pfizer, Inc., Warner-Lambert, Parke-Davis in opposition to [5-2] joint motion to remand to 11th Judicial Circuit Court, Miami-Dade County, Florida, [3-1] motion to remand this matter to 11th Judicial Circuit, Miami-Dade County, Florida (ct) [Entry date 10/07/04] |
| 10/25/04 | 11 | ORDER granting [5-1] joint motion to stay pleading and discovery deadlines pending transfer to MDL Court, granting [5-2] joint motion pending remand to 11th Judicial Circuit Court, Miami-Dade County, Florida ( Signed by Judge Cecilia M. Altonaga Judge Patricia A. Seitz on 10/22/04) [EOD Date: 10/26/04] (ct) [Entry date 10/26/04] |
| 11/9/04 | 12 | REPLY by Ana Medero, Shirley Levin to defendants' opposition to plaintiffs' [3-1] motion to remand this matter to 11th Judicial Circuit, Miami-Dade County, Florida (ra) [Entry date 11/10/04] |
| 11/9/04 | 13 | REPLY by Ana Medero, Shirley Levin in opposition to defendants' [7-1] motion to stay consideration of motion to remand to 11th Judicial Circuit Court, Miami-Dade County, Florida pending transfer to multidistrict proceeding (ra) [Entry date 11/10/04] [Edit date 11/10/04] |
| 11/18/04 | 14 | NOTICE of entry of transfer order by MDL Panel by Pfizer, Inc., Warner-Lambert, Parke-Davis (ct) [Entry date 11/19/04] |
| 12/13/04 | 15 | CONDITIONAL TRANSFER ORDER (CTO- 1) transferring case District of MA re: MDL # 1629 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Patti B. Saris. ( Signed by Michael J. Beck, Chairman of the Panel) (ct) [Entry date 12/14/04] |
| 12/13/04 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (ct) [Entry date 12/14/04] |
| 12/16/04 | 16 | NOTICE of Change of Address of Attorney by Ana Medero, Shirley Levin (wc) [Entry date 12/17/04] |
| 1/7/05 | 17 | TRANSMITTAL letter requesting court file be sent to the District of MA (ct) [Entry date 01/10/05] |
| 2/11/05 | 18 | TRANSMITTAL letter with: court file Sent to: District of MA (ct) [Entry date 02/14/05] |

## Case Flags:
TEB
CLOSED

## END OF DOCKET: 1:04cv22228

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/15/2005 09:46:52 | | | |
| PACER Login: | sh0019 | Client Code: | PIZR.116127 |
| Description: | docket report | Search Criteria: | 1:04cv22228 |
| Billable Pages: | 3 | Cost: | 0.24 |

# EXHIBIT D

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-22228-CIV-GOLD

ANA MEDERO AND SHIRLEY LEVIN on )
behalf of themselves and all persons similarly )
situated, )
)
Plaintiffs, )
)
vs. )
)
PFIZER INC., WARNER LAMBERT )
COMPANY and PARKE-DAVIS, a division )
of Warner-Lambert-Company, )
)
Defendants. )
_____ )

JOINT MOTION BY THE PARTIES
TO STAY PLEADING AND DISCOVERY
DEADLINES PENDING TRANSFER TO MDL COURT OR,
ALTERNATIVELY, PENDING REMAND OF CASE TO STATE COURT

Plaintiffs, Ana Medero and Shirley Levin on behalf of themselves and all persons similarly situated (collectively "Plaintiffs") and Defendants Pfizer Inc., Warner-Lambert Company, LLC, as successor to Warner-Lambert Company, and Parke-Davis, a division of Warner-Lambert (collectively "Defendants"), hereby jointly move the Court pursuant to Rule 60(b) of the Federal Rules of Civil Procedure for an order staying Defendants' time to file any motion or responsive pleading with respect to Plaintiff's Complaint and the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, and all meeting and reporting requirements under Local Rule 16.1B of the Southern District of Florida Rules and to hold a pretrial conference under Local Rule 16.1 and Fed.R.Civ.P. 16(a), pending a ruling on Defendants' motion to transfer this case to a single district court ("MDL Court") for coordinated

and/or consolidated pretrial proceedings or, alternatively, pending remand of this case to state court. The reasons and authorities in support of this motion are set forth in the accompanying memorandum of law.

## MEMORANDUM OF LAW

This case was brought as a putative class action on behalf of Plaintiffs, who allegedly were prescribed the drug Neurontin for treatment of pain, on their own behalf and on behalf of all other persons or entities in the state of Florida who purchased Neurontin after being prescribed the drug for "off-label uses" (*i.e.* allegedly for treatment of medical conditions other than those approved by the FDA). Defendants removed this action to this Court from the Circuit Court for the Eleventh Judicial Circuit, Miami-Dade County, Florida, on September 7, 2004.

This case is one of, at last count, thirty-five actions in nineteen federal district courts asserting consumer related and personal injury causes of action against Defendants based on alleged illegal marketing of the prescription drug Neurontin. Under the authority of 28 U.S.C. § 1407, several claimants have filed with the Judicial Panel on Multidistrict Litigation ("JPML") multiple motions to transfer and consolidate all of the pending litigation to a single court for such treatment. The JPML has entitled the proceedings *In re Neurontin Marketing and Sales Litigation*, JPML Docket No. 1629. The Defendants expect that the JPML will grant one or more of the pending motions, and, in such event, Defendants intend to identify this case as a "tag-along" action to be transferred to the MDL Court for coordinated or consolidated pretrial proceedings. The hearing on these motions has been set for September 30, 2004. (Exhibit "A")

The stay order jointly requested by the parties should not preclude either Plaintiffs or Defendants from seeking a jurisdictional determination from this Court. Plaintiffs contest the jurisdiction of this Court and intend to file a motion to remand this action to the state circuit

2

court. In so doing, Plaintiffs intend to argue that the jurisdictional question should be resolved by this Court prior to any determination that this case should be transferred to the MDL court. In contrast, Defendants contend that the MDL Court will be in the best position to decide motions to remand in this case, and in other cases involving Neurontin marketing and sales practices that have been removed to federal district courts. Defendants intend to separately move this Court to stay any ruling on that motion pending transfer to the MDL Court. Under either of these scenarios, this case most probably will either be transferred to the MDL Court or it will be remanded to state court. The parties stipulate and agree that the stay shall remain effective for thirty (30) days after transfer to the MDL Court or remand to the state circuit court, or until otherwise ordered by this or such other courts.

The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with an economy of time and effort for itself, for counsel, and for litigants. *See Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *Shell Oil Co. v. Altina Assoc., Inc.*, 866 F.Supp. 536, 539 (M.D. Fla. 1994). The court has broad discretion to grant a motion to stay pretrial proceedings pending transfer to another court. *See Portnoy v. Zenith Labs*, Civ. A No. 86-3512, 1987 WL 10236, at *1 (D.D.C. Apr. 21, 1987); *see also Clinton v. Jones*, 520 U.S. 681, 706-707 (1997) (citing *Landis*, 299 U.S. at 254).

If this case is transferred to the MDL Court, that court will establish discovery and pretrial proceedings for this and the other cases involving the marketing of Neurontin in a coordinated fashion. Conversely, if this Court were to remand this case to state circuit court, the parties would engage in pretrial and discovery pursuant to state court practice and rules and in accordance with a schedule established by that court. As a result, it would be wasteful, costly,

3

and duplicative for the parties to proceed at this time with discovery and pretrial proceedings, including pretrial pleading or motion practice, before this Court.

WHEREFORE, Plaintiffs and Defendants respectfully jointly request that this Court enter an Order staying Defendants' time to file any motion or responsive pleading with respect to Plaintiffs' Complaint and the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, pending transfer of this case to a single district court ("MDL Court") for coordinated and/or consolidated pretrial proceedings or, alternatively, pending a remand of this case to state court.

Respectfully submitted,

FREIDIN & BROWN, P.A.

By: /s/ Malone
Philip Freidin
Fla. Bar No. 118519
Omar Malone
Fla. Bar No. 796697
E-mail: admin@freidinbrown.com
3100 One Biscayne Tower
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 371-3666
Facsimile: (305) 371-6725

ATTORNEY FOR PLAINTIFFS

Of Counsel:
James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

SHOOK, HARDY & BACON, L.L.P.

By: /s/ Stacey Koch
Kenneth J. Reilly
Fla. Bar. No. 0157082
E-mail: kreilly@shb.com
Stacey A. Koch
Fla. Bar No. 0091472
2400 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone (305) 358-5171
Facsimile (305) 358-7470

ATTORNEY FOR DEFENDANTS

4


## CERTIFICATE OF SERVICE

I hereby certify that on September 14th, 2004 a copy of the foregoing was mailed by United States Postal Service to the following counsel:

Philip Freidin, Esq.
Omar Malone, Esq.
Freidin & Brown, P.A.
One Biscayne Tower, Suite 3100
2 South Biscayne Boulevard
Miami, Florida 33131

Rosenblum & Rosenblum, P.A.
700 South Andrews Avenue, Suite 200
Fort Lauderdale, Florida 33316

/s/ Stacey Koch
Kenneth J. Reilly   #00414F2

5