UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
                                     :
In re:  NEURONTIN MARKETING AND      :
        SALES PRACTICES LITIGATION   :
                                     :
------------------------------------ x   MDL Docket No. 1629
                                     :
THIS DOCUMENT RELATES TO:            :   Master File No. 04-10981
                                     :
------------------------------------ x   Judge Patti B. Saris
                                     :
HARDEN MANUFACTURING CORPORATION;    :   Magistrate Judge Leo T. Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY   :
COMPANY, dba BLUECROSS/BLUESHIELD OF :
LOUISIANA; INTERNATIONAL UNION OF    :
OPERATING ENGINEERS, LOCAL NO. 68    :
WELFARE FUND; ASEA/AFSCME LOCAL 52   :
HEALTH BENEFITS TRUST; GERALD SMITH; :
and LORRAINE KOPA, on behalf of themselves :
and all others similarly situated, v. PFIZER INC. :
and WARNER-LAMBERT COMPANY.          :
                                     :
------------------------------------ x
```

**DEFENDANTS' EMERGENCY MOTION
TO EXTEND CLASS DISCOVERY SCHEDULE**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move on an emergency basis for a 120-day extension of the class discovery schedule set forth in Case Management Order No. 2, which was extended for one week by electronic order of this Court on July 29, 2005, as well as the dates for briefing and argument of plaintiffs' motion for class certification. This motion warrants emergency treatment because the class discovery period is set to close on October 10, 2005.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court extend the current class discovery by 120 days, and adjust the briefing and hearing dates accordingly.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion as soon as possible.

Dated: September 21, 2005

DAVIS POLK & WARDWELL

By:  s/James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:  s/David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## Certificate Of Consultation

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

s/David B. Chaffin