**EXHIBIT 5**

# DAVIS POLK & WARDWELL

**450 LEXINGTON AVENUE**
**NEW YORK, N.Y. 10017**
212 450 4000
FAX 212 450 3800

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

AMES P. ROUHANDEH
212 450 4835
nes.rouhandeh@dpw.com

June 10, 2005

Re:    **In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629**

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Dear Tom:

We have received the class plaintiffs' initial disclosures and responses to defendants' interrogatories and document requests in the above-referenced action. With the exception of plaintiff International Union of Operating Engineers, Local No. 68 Welfare Fund ("International Union"), the class plaintiffs provided no documents with these disclosures. (The documents produced by International Union pursuant to its initial disclosure appear to be from defendants' files, and not from the files of International Union.)

As you well know, the class plaintiffs advocated for an aggressive discovery schedule in this multidistrict litigation. As a result, we are frankly surprised that the class plaintiffs have not yet produced any documents, especially given that the class plaintiffs must have collected and reviewed some documents before asserting their claims. The class plaintiffs did identify some categories of documents in their initial disclosures. Most, if not all, of these documents are certainly covered by defendants' document requests. For all of these reasons, we see no justification for the class plaintiffs' refusal to produce responsive documents last Friday, June 3, 2005 – the date on which production was requested.

We hereby request that the class plaintiffs produce all responsive documents to which they do not object to disclosure by Friday, June 17, 2005. In particular, the class plaintiffs should produce responsive documents from the categories of discoverable documents that they identified in their initial disclosures. For example, plaintiffs Gerald Smith and Lorraine Kopa should

Thomas M. Sobol, Esq.                          2                          June 10, 2005

produce their medical and pharmacy records, which are responsive to numerous requests. Also by way of example, plaintiff BlueCross/BlueShield of Louisiana should produce its responsive pharmacy contracts, pharmacy benefit manager contracts, member contracts, and Neurontin payment data by June 17.

If the class plaintiffs fail to comply with this deadline, we intend to seek the Court's intervention. There is no reason for the class plaintiffs to delay any further the production of documents as to which they have no objection.

Defendants' document requests indicate that production be made at the offices of Davis Polk & Wardwell in New York, New York. If, however, production would be expedited were it to occur elsewhere, defendants are willing to discuss alternative locations where class plaintiffs would make the documents available for inspection and copying or scanning. The source of each document, including both the location and the individual from which the document was obtained, should be identified at the time of production.

In addition, please have Mr. Smith and Ms. Kopa endorse forms authorizing defendants to obtain their medical information from third parties and return them to us so that defendants can ensure that all of their medical data is produced.

Sincerely,

James P. Rouhandeh

cc:    James Dugan, Esq.
       Christopher A. Seeger, Esq.
       Kim D. Stephens, Esq.
       Barry Himmelstein, Esq.
       Johnathan W. Lowe, Esq.
       Irwin B. Levin, Esq.
       Keith M. Fleischman, Esq.


By Facsimile & Mail

**EXHIBIT 6**



**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

**www.hbsslaw.com**
ONE MAIN STREET • CAMBRIDGE, MA 02142
(617) 482-3700 • FAX (617) 482-3003

EDWARD NOTARGIACOMO
(617) 482-3700 Ext. 1960
ed@hbsslaw.com

July 7, 2005

**Via Overnight Mail**

James P. Rouhandeh
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017

Re:    *In re Neurontin Marketing and Sales Practices Litigation*; MDL No. 1629

Dear James,

Enclosed, please find a CD dated July 6, 2005 containing documents produced by Plaintiff Gerald Smith, in the above-referenced matter.

Sincerely,

Edward Notargiacomo

EN/hcm
Enclosures

cc: Plaintiffs' Steering Committee (w/o enclosures)
    David Chaffin (w/o enclosures)
    James E. Murray (w/o enclosures)

**EXHIBIT 7**



### HAGENS BERMAN
### SOBOL SHAPIRO LLP

**www.hbsslaw.com**
ONE MAIN STREET • CAMBRIDGE, MA 02142
(617) 482-3700 • FAX (617) 482-3003

EDWARD NOTARGIACOMO
(617) 482-3700 Ext. 1960
ed@hbsslaw.com

July 15, 2005

**Via Overnight Mail**

James P. Rouhandeh
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017

    Re:   *In re Neurontin Marketing and Sales Practices Litigation*; MDL No. 1629

Dear Jim,

    Enclosed, please find the following:

1. A CD containing documents produced by Harden Manufacturing in both TIFF and ASCIII formats. These documents are bates labeled HAR00001 to HAR01268. Harden is continuing to search for additional responsive documents; and

2. Copies of documents produced by Guardian Life Insurance Company, bates labeled GRDN0159 to GRDN1879.

    Please do not hesitate to contact me, if there are questions concerning the above.

                    Sincerely,

                    Edward Notargiacomo

EN/hcm
Enclosures
cc: Plaintiffs' Steering Committee (w/o enclosures)
     David Chaffin (w/o enclosures)
     James E. Murray (w/o enclosures)

**EXHIBIT 8**



## HAGENS BERMAN
### SOBOL SHAPIRO LLP

September 6, 2005

<u>Via Overnight Delivery</u>

Reema Abdelhamid, Esquire
Davis Polk and Wardwell
450 Lexington Avenue
New York, NY 10017

    In re:  <u>Neurontin Marketing and Sales Practices Litigation, MDL 1629</u>

Dear Reema:

      Pursuant to our conversation this morning, enclosed herewith please find an additional 19 pages of documents produced by Harden Manufacturing in the above-referenced litigation. These documents represent the completion of Harden's production of documents responsive to Defendant's original document request.

      Also pursuant to our conversation I will be forwarding a written response to Patrick Murray's letter concerning Harden's Interrogatory answers under separate cover shortly. I will be out of the office Wednesday, September 7th, I will be available in the office on Thursday, September 8th. As per agreement between the parties, I will also be forwarding, under separate cover, a CD which includes both an ACII file and .pdf file of these documents.

      Sincerely

*Edward Notargiacomo/*
*rle*

Edward Notargiacomo

ED/rle

**EXHIBIT 9**

# Rawlings&Associates PLLC

325 West Main Street, Suite 1700
Louisville, Kentucky 40202
(502) 587-1279

Telecopier
(502) 584-8580

Offices Also In
Florence, Kentucky
Los Angeles, California

*     Also Admitted in Indiana
**   Also admitted in Tennessee
†     Admitted in California only
††   Also admitted in Virginia & North Carolina
❖   Also admitted in West Virginia & Ohio

David H. Abney
Jennifer L. Armstrong
Mary M. Bolander
Jeffrey C. Borden††
Sharon K. Brown†
Mark R. Dobiesz
Mark D. Fischer
Carol H. Greissman
Barbra K. Harris*
John C. (Jay) Hatcher, Jr.❖
Kenneth A. Huddleston
Linda R. Magruder
Randall A. Ratliff**
George R. Rawlings❖
J. Steven Rawlings
Mark M. Sandmann
Jeffrey C. Swann
Patricia G. Tobin
Christopher R. Vavro

VIA OVERNIGHT MAIL

August 15, 2005

Patrick Murray, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

 *In re: Neurontin*

Dear Mr. Murray:

 Enclosed, as Mark Sandmann directed, please find a CD containing Guardian Life Insurance Company's Neurontin payment data in an Excel format.  Please contact Mr. Sandmann directly should you have any questions.

    Sincerely,

    RAWLINGS & ASSOCIATES PLLC

    Garvis L. Campbell
    Legal Administrator

:GLC
Enclosure

**EXHIBIT 10**

# ❑**CMH&T**

## ■■■ COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

WASHINGTON • NEW YORK • PHILADELPHIA • CHICAGO

July 26, 2005

**VIA OVERNIGHT COURIER**

James P. Rouhandeh
Patrick J. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

Re:    *In re Neurontin Marketing and Sales Practices Litigation,* MDL No. 1629 (PBS)

Dear Jim and Patrick:

On July 1, 2005, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively "Kaiser") began its rolling production of documents in response to Defendants' First Request for Production of Documents. These documents amounted to approximately one box and were bates numbered KAIS-000001 through KAIS-001753. Shortly after these documents were produced, it came to our attention that there were a few administrative errors in the production. For example, certain documents were missing pages or were out of order, and a few documents were inadvertently produced. The inadvertently produced documents were bates numbered KAIS-000546-47; KAIS-000751-52; KAIS-001236; and KAIS-001289-90. These documents have no relation to this litigation and were simply mistakenly included in the original production.

In order to clean up the production, we are reproducing the entire box of documents originally produced on July 1, 2005 with the corrections made. For the most part, the enclosed documents are identical to those produced on July 1, however, the inadvertently produced documents have been removed, and the documents that were produced incompletely or out of order the first time have been replaced. Accordingly, the bates numbers for the documents in the enclosed box cover the following ranges:

- KAIS-000001 through KAIS-000109
- KAIS-000137 through KAIS-000545
- KAIS-000548 through KAIS-000571
- KAIS-000640 through KAIS-000750
- KAIS-000753 through KAIS-000877
- KAIS-001050 through KAIS-001090
- KAIS-001092 through KAIS-001235

---

1100 New York Avenue, N.W. • Suite 500, West Tower • Washington, D.C. 20005
Phone (202) 408-4600 • Fax (202) 408-4699 • www.cmht.com

AFFILIATED OFFICES: UNITED KINGDOM • ITALY • SOUTH AFRICA • PANAMA • AUSTRALIA

James P. Rouhandeh
Patrick J. Murray
July 26, 2005
Page 2

- KAIS-001237 through KAIS-001288
- KAIS-001291 through KAIS-001372
- KAIS-001374 through KAIS-001740
- KAIS-001742 through KAIS-002692

The gaps in the bates numbers are due to our cleaning up the production.

In accordance with the Stipulated Protective Order entered in this case, we ask that you return the box of documents produced on July 1 (bates numbered KAIS-000001 through KAIS-001753), and replace them with the enclosed documents.

We apologize for any inconvenience, please call me if you have any questions.

Sincerely,

Justine J. Kaiser

Encl.
cc:    Linda P. Nussbaum (w/o encl.)
       Thomas M. Sobol (w/o encl.)

**EXHIBIT 11**



## CMH&T

### COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

**WASHINGTON • NEW YORK • PHILADELPHIA • CHICAGO**

August 9, 2005

**VIA OVERNIGHT COURIER**

James P. Rouhandeh
Patrick J. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

Re:    *In re Neurontin Marketing and Sales Practices Litigation*, MDL No. 1629 (PBS)

Dear Jim and Patrick:

As part of the rolling production in response to Defendants' First Request for Production of Documents, please find enclosed the following documents produced on behalf of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals:

- KAIS-001754-002399
- KAIS-002400 (videotape)
- KAIS-002402-002615
- KAIS-002618-003174
- KAIS-003179-003270
- KAIS-003283-003291
- KAIS-003308-003366
- KAIS-003368-003382
- KAIS-003385-003549

Please note that the majority of these documents are designated CONFIDENTIAL in accordance with the Stipulated Protective Order entered in this case. Please call me if you have any questions.

Sincerely,

Justine J. Kaiser

Encl.
cc:    Linda P. Nussbaum (w/o encl.)
       Thomas M. Sobol (w/o encl.)

1100 New York Avenue, N.W. • Suite 500, West Tower • Washington, D.C. 20005
Phone (202) 408-4600 • Fax (202) 408-4699 • www.cmht.com

AFFILIATED OFFICES:  UNITED KINGDOM • ITALY • SOUTH AFRICA • PANAMA • AUSTRALIA

**EXHIBIT 12**



HAGENS BERMAN
SOBOL SHAPIRO LLP

EDWARD NOTARGIACOMO
(617) 482-3700 Ext. 1960
ed@hbsslaw.com

July 29, 2005

James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re:    *In re Neurontin Marketing and Sales Practices Litigation*; MDL No. 1629

Dear Jim,

Enclosed is Plaintiff ASEA/ASFSCME Local 52 Health Benefit's Trust's first production of documents responsive to Defendant's discovery requests. The documents are produced on disc in both TIFF and ASCII formats. Please note, some documents have been designated "Confidential" pursuant to the Protective Order entered in this matter.

ASEA has completed its search of its own files and is close to completion of a search of ASI's (its third-party claims administrator's) files (subject to objections). Completion of the outstanding issues during the first two weeks of August. They have determined, however, that neither ASEA nor ASI have any documents responsive to Requests for Production No. 4, 7, 8, 9, 10, 11, 12, 15, 17, 19, 20, 21, 24, 26, 29, 42, 57, 58, 60, 66, 68, 73, 74, 76, 779, 80, 82, 84, 86, 87, 88, 89, 90, 92, and 109. The documents produced are responsive to Requests for Production No. 37, 39, 40, 56, 62, 63, 64, 65, 69, 67, and 72 (example enrollment form provided).

They are also producing exemplars of a claims analysis report, eligibility report, high utilization analysis report, and contributions report prepared for ASEA monthly, by its benefits consultant, Marsh USA, Inc. Plaintiff believes these documents are not necessarily covered by Defendants' requests, however, ASEA is not averse to producing them if Defendants can articulate a basis for their relevance. Please note, however, ASEA will soon be producing quarterly plan status reports prepared by Marsh USA, Inc., which may obviate the need for the monthly reports discussed above.

July 29, 2005
Page 2

ASEA is continuing to work with its prescription benefits manager, Caremark, to obtain a Neurontin claims experience report responsive to Defendants' requests and to address confidentiality issues associated with potential production of other documents.

You should communicate directly with Barry Himmelstein or Nancy Pacharzina if you have questions concerning the above.

Sincerely,

*Ed Notargiacomo* CA

Edward Notargiacomo

EN/jo
Enclosure
cc:    Barry Himmelstein
       Nancy Pacharzina

**EXHIBIT 13**



HAGENS BERMAN
SOBOL SHAPIRO LLP

EDWARD NOTARGIACOMO
(617) 482-3700 Ext. 1960
ed@hbsslaw.com

August 9, 2005

**Via Overnight Mail**

James P. Rouhandeh
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017

Re:     *In re Neurontin Marketing and Sales Practices Litigation;* MDL No. 1629

Dear Jim,

Enclosed is Plaintiff ASEA/ASFSCME Local 52 Health Benefits Trust's additional production of documents responsive to Defendants' discovery requests, Bates numbered ASEA/ASI 00476 – 00915. These documents are produced on disc in both TIFF and ASCII formats.

You should communicate directly with Barry Himmelstein or Nancy Pacharzina if you have questions concerning the above.

Sincerely,

Edward Notargiacomo

EN/cr
Enclosure
cc: Barry Himmelstein (w/o enclosure)
    Nancy Pacharzina (w/o enclosure)

**EXHIBIT 14**

# LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.

THE GATEWAY • ONE NORTH LEXINGTON AVENUE

WHITE PLAINS, NEW YORK 10601-1714

TELEPHONE: (914) 997-0500 • TELECOPIER: (914) 997-0035

E-MAIL: LDBS@WESTNET.COM • INTERNET: WWW.LDBS.COM

STEPHEN LOWEY
RICHARD BEMPORAD
NEIL L. SELINGER
DAVID C. HARRISON
RICHARD W. COHEN
THOMAS M. SKELTON
————
RICHARD B. DANNENBERG
COUNSEL

STACEY E. BLAUSTEIN
JEANNE D'ESPOSITO
MICHELLE RAGO
VINCENT BRIGANTI**
PETER D. ST. PHILLIP, JR.*
GEOFFREY M. HORN
TODD S. GARBER** .
SCOTT V. PAPP**
DEBORAH ROGOZINSKI
————
*ALSO ADMITTED IN NEW JERSEY AND PA.
**ALSO ADMITTED IN CT

August 9, 2005

**VIA FEDERAL EXPRESS**
Patrick J. Murray, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY  10017

    Re:    In re Neurontin Marketing and Sales Practices Litigation
            MDL No. 1629

Dear Patrick:

    Enclosed please find documents being produced by Aetna in the above referenced litigation. The documents, bearing bates numbers Aetna 00001 to 00514, are rebate agreements and pharmacy agreements.

    We will continue to produce documents as we receive them from our client.

        Very truly yours,

        GERALD LAWRENCE

Encls.

**EXHIBIT 15**



**HAGENS BERMAN**
SOBOL SHAPIRO LLP

EDWARD NOTARGIACOMO
(617) 482-3700 Ext. 1960
ed@hbsslaw.com

August 18, 2005

**Via Overnight Mail**

James P. Rouhandeh
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017

      Re:    *In re Neurontin Marketing and Sales Practices Litigation*; MDL No. 1629

Dear Jim,

    Enclosed is the first two CD's of BlueCross BlueShield of Louisiana's discovery production.

    You should communicate directly with Douglas Plymale or Jim Dugan if you have questions concerning the above.

                         Sincerely,

                         Edward Notargiacomo

EN/cr

Enclosures

cc:  Douglas Plymale (w/o enclosures)
      Jim Dugan (w/o enclosures)

ATTORNEYS AT LAW                SEATTLE   LOS ANGELES  CAMBRIDGE  PHOENIX  CHICAGO
482.3700   F 617.482.3003
www.hbsslaw.com