UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS ORDER RELATES TO: ) ) ) HARDEN MANUFACTURING CORPORATION; ) LOUISIANA HEALTH SERVICE INDEMNITY ) COMPANY, dba BLUECROSS/BLUESHIELD OF ) LOUISIANA; INTERNATIONAL UNION OF ) OPERATING ENGINEERS, LOCAL NO.68 ) WELFARE FUND; ASEA/AFSCME LOCAL 52 ) HEALTH BENEFITS TRUST; GERALD SMITH; ) and LORRAINE KOPA, on behalf of themselves ) and all others similarly situated, v. PFIZER INC. ) and WARNER-LAMBERT COMPANY. ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

DISCOVERY ORDER

September 22, 2005

SOROKIN, M.J.

Defendants yesterday filed an Emergency Motion to Extend Class Discovery Schedule seeking a four month extension and continuing all of the dates by four months in light of this request. In the Motion defendants indicate that plaintiffs' oppose the request for more time. Because the class discovery period closes on October 10, 2005, plaintiffs must file their response to the Motion by the close of business Friday September 30, 2005. In view of the nature of the

1

case, the schedule presently in place and defendants' filing, whether or not the Motion is allowed after review of the plaintiffs' response, the Court will extend the period for class discovery (and the related dates) at least by the period from the filing of defendants' Motion on September 21, 2005 until the Court's ruling on the Motion.

The Court will determine whether a hearing is necessary after review of the plaintiff's response. If a hearing is held it will be scheduled promptly after the filing of defendant's response.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge