UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
:
In re: NEURONTIN MARKETING AND :
SALES PRACTICES LITIGATION :
:
---------------------------------- x
: MDL Docket No. 1629
THIS DOCUMENT RELATES TO: :
: Master File No. 04-10981
---------------------------------- x
: Judge Patti B. Saris
HARDEN MANUFACTURING :
CORPORATION; LOUISIANA HEALTH : Magistrate Judge Leo T. Sorokin
SERVICE INDEMNITY COMPANY, dba :
BLUECROSS/BLUESHIELD OF :
LOUISIANA; INTERNATIONAL UNION :
OF OPERATING ENGINEERS, LOCAL NO. :
68 WELFARE FUND; ASEA/AFSCME :
LOCAL 52 HEALTH BENEFITS TRUST; :
GERALD SMITH; and LORRAINE KOPA, :
on behalf of themselves and all others similarly :
situated, v. PFIZER INC. and WARNER- :
LAMBERT COMPANY. :
---------------------------------- x
:
THE GUARDIAN LIFE INSURANCE :
COMPANY OF AMERICA v. PFIZER INC. :
:
and :
:
AETNA, INC. v. PFIZER INC. :
---------------------------------- x

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

In connection with this Court's deliberation concerning Defendants' Motions to Dismiss the Amended Class Action Complaint and the First Amended Coordinated Complaint, Defendants submit for the Court's consideration a copy of the opinion in *In re: Rezulin Products Liability Litigation*, MDL No. 1348, Master File No. 00 Civ. 2843 (S.D.N.Y. Sept. 21, 2005). A true and correct copy of the opinion is attached hereto as Exhibit A.

Defendants believe the attached opinion is relevant to many of the issues recently briefed and argued concerning Defendants' pending Motions to Dismiss the Amended Class Action Complaint and the First Amended Coordinated Complaint.

Dated: September 29, 2005

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*