## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ASSURANT HEALTH, INC., ET AL. v. PFIZER, INC., ET AL., NO. 05-10535 | Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### NOTICE OF WITHDRAWAL OF COUNSEL MARK IRELAND
### FOR ASSURANT PLAINTIFFS

Pursuant to Local Rule 83.5.2, the Assurant Plaintiffs[1] hereby submit this Notice of Withdrawal of Counsel. Mark Ireland has ceased involvement in this case, should be removed from the E-Filing list, and should no longer be listed of counsel of record. The Assurant Plaintiffs will continue to be represented by Robins, Kaplan, Miller & Ciresi L.L.P., the undersigned attorneys.

---

[1] Unless otherwise specified, "*Assurant* Plaintiffs" refers to the Plaintiffs in *Assurant Health, Inc. et al. v. Pfizer Inc., et al.*, No. 1:05-cv-10535-PBS: ASSURANT HEALTH, INC., and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and its subsidiaries and affiliates and their self-funded plans; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MASSACHUSETTS and its self-funded plans; BLUE CROSS BLUE SHIELD OF MICHIGAN and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MINNESOTA and its subsidiaries and affiliates and their self-funded plans; GROUP HEALTH SERVICE OF OKLAHOMA, INC. and its subsidiaries and affiliates; CAREFIRST, INC. and its subsidiaries and affiliates and their self-funded plans; EXCELLUS HEALTH PLAN, INC. and its subsidiaries and affiliates and their self-funded plans; FEDERATED MUTUAL INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; HEALTH CARE SERVICE CORPORATION, on behalf of itself and its Illinois, New Mexico and Texas Divisions and their self-funded plans; MUTUAL OF OMAHA INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; TRUSTMARK INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; and WELLCHOICE, INC., and its subsidiaries and affiliates and their self-funded plans.

| | |
|---|---|
| DATED: October 6, 2005. | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |

                                                                    By:   /s/ Annamarie A. Daley
                                                                          Annamarie A. Daley (#158112)
                                                                          2800 LaSalle Plaza
         800 LaSalle Avenue
         Minneapolis, MN 55402-2015
         Tel.: (612) 349-8500
         Fax: (612) 339-4181

         W. Scott Simmer (#460726) (admitted pro hac vice)
         Suite 1200
         1801 K Street, N.W.
         Washington, DC 20006
         Tel.: (202) 736-2745
         Fax: (202) 223-8604

         James S. Harrington (#543744)
         800 Boylston Street, 25th Floor
         Boston, MA 02199
         Tel.: 617.267-2300
         Fax: 617.267.8288

         ***Attorneys for Assurant Plaintiffs***