**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October 2005, I caused the Notice of Withdrawal of Counsel Mark Ireland for Assurant Plaintiffs to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Reema Abdelhamid
abdelham@dpw.com

Ronald Judah Aranoff
aranoff@bernlieb.com

Gordon Ball
filings@ballandscott.com

Don Barrett
dbarrett@barrettlawoffice.com

Richard Bemporad
rbemporad@ldbs.com

Steve W. Berman
steve@hbsslaw.com, carrie@hbsslaw.com; heatherw@hbsslaw.com

Robert J. Bonsignore
rbonsignore@aol.com, jpilkington@bandblaw.net; ddangelo@bandblaw.net

David L. Browne
dbrowne@duganbrowne.com

Joseph M. Bruno
JBruno@brunobrunolaw.com

Carter H. Burwell
cburwell@dpw.com

David B. Chaffin
dchaffin@hare-chaffin.com

Richard W. Cohen
rochen@ldbs.com

Jonathan S. Coleman
jonathanc@jpfirm.com, barbaram@jpfirm.com; selinaf@jpfirm.com

Paul F. Corcoran
pcorcoran@dglaw.com

Daniel D'Angelo
ddangelo@bandblaw.net

James R. Dugan , II
jdugan@duganbrowne.com

Daniel J. Dwyer
djd@hanify.com, jhd@hanify.com

Keith Martin Fleischman
fleischman@bernlieb.com,

Thomas M. Greene
tgreene@greenehoffman.com, scollins@greenehoffman.com

James S. Harrington
 jsharrington@rkmc.com

Elizabeth V. Heller
liz@gmhalaw.com

Theodore M. Hess-Mahan
ted@shulaw.com

Barry Himmelstein
bhimmelstein@lchb.com, rpoate@lchb.com; tsilva@lchb.com; dchiplock@lchb.com

Garve W. Ivey , Jr
garve@iveyragsdale.com

Justine J. Kaiser
jkaiser@cmht.com

Irwin B. Levin
ilevin@cohenandmalad.com, ccox@cohenandmalad.com

Jack W. London
jlondon@texas.net

Dewitt M. Lovelace
dml@lovelacelaw.com

Daniel J. Lyne
djl@hanify.com, jla@hanify.com

Deborah L. MacGregor
debbie.macgregor@dpw.com

James E. Murray
james.murray@dpw.com

Patrick J. Murray
pmurray@dpw.com

Linda P. Nussbaum
lnussbaum@cmht.com

Peter A. Pease
ppease@bermanesq.com, bdentremont@bermanesq.com

Douglas R. Plymale
doug@duganbrowne.com

Eleanor Louise Polimeni
epolimeni@lawampm.com

Neal A. Potischman
neal.potischman@dpw.com

Thomas J. Poulin
TPoulin@rkmc.com

James P. Rouhandeh
jim.rouhandeh@dpw.com

Thomas G. Shapiro
tshapiro@shulaw.com, sgeresy@shulaw.com

Richard E. Shevitz
rshevitz@cohenandmalad.com, cmeadows@cohenandmalad.com

Thomas M. Sobol
Tom@hbsslaw.com, Ed@hbsslaw.com; Corinne@hbsslaw.com;
Heatherc@hbsslaw.com; Tiffani@hbsslaw.com

MP3 20153070.1

Jason J. Thompson
jthompson@c2law.com

Scott L. Walker
swalker@dglaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Bradley Douglas Becnel
Law offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
PO Drawer H
Reserve, LA 70084

Daniel E. Becnel , Jr
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Robert M. Becnel
Law Offices of Robert M. Becnel
425 W. Airline Highway
Laplace, LA 70068

Stephanie M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

Dane S. Ciolino
Dane S. Ciolino, Attorney at Law
P.O. Box 850848
New Orleans, LA 70185-0848

W. Lloyd Copeland
Taylor, Martino & Hedge, P.C.
Post Office Box 894
Mobile, AL 36601

Charles H. Dodson , Jr
Sims, Graddick & Dodson, P.C.
PO Box 1908
Mobile, AL 36633-1908

James R. Dugan , II
Dugan & Brown, PLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Kenneth B. Fromson
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Wanda Garcia
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA 02142

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall
Mpls, MN 55402-4123

Gano D. Lemoine , III
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

John W. Lowe
Lowe, Mobley & Lowe
1210 21st St.
P.O. Box 576
Haleyville, AL 35565

Deborah L. MacGregor
Davis Polk Wardwell
450 Lexington Ave
New York, NY 10017

MP3 20153070.1

Steven A. Martino
Taylor, Martino & Hedge, P.C.
Post Office Box 894
Mobile, AL 36601

James E. Murray
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Stephen Barnett Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

Edward Notargiacomo
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA 02142

Ronald Rosenkranz
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

David Scott Scalia
Bruno & Bruno
855 Baronne Street
New Orleans, MA 70113

Joseph D. Steadman
Sims, Graddick & Dodson, P.C.
PO Box 1908
Mobile, AL 36633-1908

Thomas P. Thrash
1101 Garland Street
Little Rock, AR 72201-1214

James Howard Young
Young & Young
128 N. Delaware
Indianapolis, IN 46204

                ATTORNEYS FOR ASSURANT PLAINTIFFS

Dated: <u>October 6, 2005</u>.                By:  <u>s/Annamarie A. Daley</u>
                                                             Annamarie A. Daley