UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br>  ) <br>  ) <br> THIS ORDER RELATES TO: ) <br>  ) <br> HARDEN MANUFACTURING CORPORATION; ) <br> LOUISIANA HEALTH SERVICE INDEMNITY ) <br> COMPANY, dba BLUECROSS/BLUESHIELD OF ) <br> LOUISIANA; INTERNATIONAL UNION OF ) <br> OPERATING ENGINEERS, LOCAL NO.68 ) <br> WELFARE FUND; ASEA/AFSCME LOCAL 52 ) <br> HEALTH BENEFITS TRUST; GERALD SMITH; ) <br> and LORRAINE KOPA, on behalf of themselves ) <br> and all others similarly situated, v. PFIZER INC. ) <br> and WARNER-LAMBERT COMPANY. ) <br>  ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

ORDER EXTENDING CLASS DISCOVERY PERIOD

October 7, 2005

SOROKIN, M.J.

The Motion seeking to enlarge the period for class discovery is ALLOWED (docket # 226) because the discovery is incomplete and the parties have been working to pursue the class discovery. Accordingly, the deadline for completing class discovery is extended to February 0, 2006 with a corresponding four month extension in all other dates. Counsels' request for a

1

hearing on the Motion is denied; the papers were comprehensive and oral argument was not necessary.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge