UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
: 
In re: NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS LIABILITY :
LITIGATION :  MDL Docket No. 1629
:  Master File No. 04-10981
THIS DOCUMENT RELATES TO: :  Judge Patti B. Saris
:  Mag. Judge Leo T. Sorokin
LAUREN ALLEN, et al. v. PFIZER INC, et al., :
:
Docket No. 05-10797-PBS :
:
------------------------------------- x

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF ADDITIONAL RELEVANT AUTHORITY

Defendants Pfizer Inc. and Parke-Davis, a division of Warner-Lambert Company, (together the Defendants) by and through their counsel, hereby respond to Plaintiffs' Notice of Additional Relevant Authority.

Defendants respectfully request that the Court adhere to the hearing and briefing schedule that the Court already set for this case in its August 15, 2005 order. In that order, the Court: (1) stated its intent to hold a hearing in November 2005 on Plaintiffs' Motion to Remand after the First Circuit ruled on "the proper interpretation of 'commenced' in the Class Action Fairness Act," and (2) granted the parties leave to file supplemental briefing a week in advance of that hearing. See Aug. 15, 2005 Order.

In addition to asserting federal jurisdiction under the Class Action Fairness Act (CAFA) on the basis of Defendants' timely removal of this case to federal court, Defendants also contend that this Court has jurisdiction under CAFA due to Plaintiffs' voluntary amendment of their complaint after CAFA's effective date. See, e.g., Schorsch v. Hewlett-Packard Co., 417 F.3d 748 (7th Cir. 2005); Knudsen v. Liberty Mut. Ins. Co.,

411 F.3d 805 (7th Cir. 2005). The Court has already recognized this to be a "meaningful issue" that was not presented in the case before Chief Judge Young or the First Circuit. Aug. 15, 2005 Hr'g Tr. at 75; see Natale v. Pfizer Inc., 379 F. Supp. 2d 161, 171 n.13 (D. Mass. 2005); aff'd, Natale v. Pfizer Inc., __ F.3d ___, 2005 WL 2253622 (1st Cir. Sep. 16, 2005). Moreover, the issue has received further development by other federal courts.

Defendants therefore respectfully request the opportunity to be heard and to provide further supplemental briefing prior to the hearing.

**DEFENDANTS PFIZER INC. and PARKE-DAVIS, a DIVISION of WARNER-LAMBERT COMPANY,**

/s/ David B. Chaffin

James P. Rouhandeh, Esq.
Carter H. Burwell, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

David B. Chaffin, Esq.
BBO #549245
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110
(617) 330-5000