UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION
-----------------------------------------------------------/

THIS DOCUMENT RELATES TO:
-----------------------------------------------------------/   MDL Docket No. 1629
                                                                Master file No. 04-10981
ANNA MEDERO and SHIRLEY LEVIN,                                  Judge Patti B. Saris
On behalf of themselves and all                                 Magistrate Judge Leo T. Sorokin
persons similarly situated,

       Plaintiffs,

v.                                                **NOTICE OF APPEARANCE**

PFIZER, INC., WARNER LAMBERT
COMPANY, L.L.C., and PARKE-
DAVIS, a Division of Warner-Lambert
Company,

       Defendants
-----------------------------------------------------------/

Freidin & Dobrinsky, by and through the undersigned counsel, file this their Notice of Appearance as co-counsel in this action, because despite the transfer of this case to this Transferee Court, the undersigned are not included in the Court's records as counsel for the above listed plaintiffs.

WHEREFORE, Plaintiffs respectfully request that this Court immediately allow their counsel to appear of record in this matter.

Respectfully Submitted,

FREIDIN & DOBRINSKY, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3100
Miami, FL 33131
(305) 371-3666
BY: _____
T. OMAR MALONE
FLORIDA BAR NO. 697796

FREIDIN & DOBRINSKY, P.A., One Biscayne Tower, Suite 3100, 2 South Biscayne Blvd., Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.6725

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided via regular U.S. Mail this 7th day of October, 2005 to:Kenneth J. Reilly, Esquire, Frank Cruz-Alvarez, Esquire, Shook, Hardy & Bacon, L.L.P. Miami Center, 201 South Biscayne Blvd., Miami, FL 33131-4332 and James P. Rouhandeh, Esquire, Davis Polk & Wardwell, 450 Lexington Avenue, New York, NY 10017.

By: _____
T. Omar Malone, Esq.

FREIDIN & DOBRINSKY, P.A., One Biscayne Tower, Suite 3100, 2 South Biscayne Blvd., Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.6725

2