UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATED TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Jason Thompson of Charfoos & Christensen, P.C., 5510 Woodward, Detroit, Michigan; Telephone: 313-875-8080, Facsimile: 313-309-0072; E-mail: jthompson@c2law.com; hereby appears in this case on behalf of Midwest Health Care and the class.

Dated: October 13, 2005

CHARFOOS & CHRISTENSEN, P.C.

_____
Jason Thompson