UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> District of MA No. 1:05-cv-11502 PBS ) <br> District of MA No. 1:05 cv-11513 PBS ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter the appearance of John G. Stretton of Edwards & Angell, LLP, 301 Tresser Boulevard, Stamford, Connecticut 06901 as counsel for Defendant, Pfizer, Inc., in the above-referenced proceedings.

_____
John G. Stretton (CT19902)
EDWARDS & ANGELL, LLP
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6844

Dated: October 28, 2005

STM_201015_1/JSTRETTON