UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | |
| THIS ORDER RELATES TO: | ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |
| LAUREN ALLEN, et al. v. PFIZER, INC, et al.<br>Docket No. 05-10797-PBS | ) ) ) | Mag. Judge Leo T. Sorokin |

ORDER

November 10, 2005

SOROKIN, M.J.

Previously the Court provided for further briefing on Plaintiff's Motion for Remand to address the impact of the First Circuit's ruling in <u>Natale v. Pfizer</u>, 2005 WL 2253622 (1st Cir. Sept. 16, 2005). The parties may file supplemental memos of no more than seven pages with defendants memo due on November 17, 2005 and plaintiff's memo due on November 25, 2005. The Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge