UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
:
In re:  NEURONTIN MARKETING AND      :
SALES PRACTICES LITIGATION           :
:
------------------------------------x
:
THIS DOCUMENT RELATES TO:            :   MDL Docket No. 1629
:
------------------------------------x
:
HARDEN MANUFACTURING                 :   Master File No. 04-10981
CORPORATION; LOUISIANA HEALTH        :
SERVICE INDEMNITY COMPANY, dba       :   Judge Patti B. Saris
BLUECROSS/BLUESHIELD OF              :
LOUISIANA; INTERNATIONAL UNION       :   Magistrate Judge Leo T. Sorokin
OF OPERATING ENGINEERS, LOCAL NO.    :
68 WELFARE FUND; ASEA/AFSCME         :
LOCAL 52 HEALTH BENEFITS TRUST;      :
GERALD SMITH; and LORRAINE KOPA,     :
on behalf of themselves and all others similarly :
situated, v. PFIZER INC. and WARNER- :
LAMBERT COMPANY.                     :
------------------------------------ x
:
THE GUARDIAN LIFE INSURANCE          :
COMPANY OF AMERICA v. PFIZER INC.    :
:
and                                  :
:
AETNA, INC. v. PFIZER INC.           :
------------------------------------x

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

In connection with this Court's deliberation concerning Defendants' Motions to Dismiss the Amended Class Action Complaint and the First Amended Coordinated Complaint, Defendants have previously submitted for the Court's consideration a copy of the opinion in *In re: Rezulin Products Liability Litigation*, MDL No. 1348, Master File No. 00 Civ. 2843 (S.D.N.Y. Sept. 21, 2005). It has recently come to Defendants' attention that on the day that Defendants submitted

this opinion, the *Rezulin* court amended its opinion. Accordingly, Defendants respectfully submit this amended opinion, *In re: Rezulin Products Liability Litigation*, MDL No. 1348, Master File No. 00 Civ. 2843 (S.D.N.Y. Sept. 29, 2005), for the Court's consideration. A true and correct copy of the opinion is attached hereto as Exhibit A. For the court's information, all amendments appear to have been made to Section VI.

Dated: November 11, 2005

                            DAVIS POLK & WARDWELL

                            By:  /s/ James P. Rouhandeh
                                   James P. Rouhandeh

                          450 Lexington Avenue
                          New York, New York 10017
                          (212) 450-4000

                              - and -

                          HARE & CHAFFIN

                          By:  /s/ David B. Chaffin
                                   David B. Chaffin

                          160 Federal Street
                          Boston, Massachusetts 02110
                          (617) 330-5000

                          *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*