UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
:
In re: NEURONTIN MARKETING AND :
SALES PRACTICES LITIGATION :
:
---------------------------------- x
:
THIS DOCUMENT RELATES TO: : MDL Docket No. 1629
---------------------------------- x
: Master File No. 04-10981
HARDEN MANUFACTURING :
CORPORATION; LOUISIANA HEALTH : Judge Patti B. Saris
SERVICE INDEMNITY COMPANY, dba :
BLUECROSS/BLUESHIELD OF : Magistrate Judge Leo T. Sorokin
LOUISIANA; INTERNATIONAL UNION :
OF OPERATING ENGINEERS, LOCAL NO. :
68 WELFARE FUND; ASEA/AFSCME :
LOCAL 52 HEALTH BENEFITS TRUST; :
GERALD SMITH; and LORRAINE KOPA, :
on behalf of themselves and all others similarly :
situated, v. PFIZER INC. and WARNER- :
LAMBERT COMPANY. :
---------------------------------- x
THE GUARDIAN LIFE INSURANCE :
COMPANY OF AMERICA v. PFIZER INC. :
:
and :
:
AETNA, INC. v. PFIZER INC. :
x
----------------------------------

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

In connection with this Court's deliberation concerning Defendants' Motions to Dismiss the Amended Class Action Complaint and the First Amended Coordinated Complaint, Defendants have previously submitted for the Court's consideration a copy of the opinion in *In re: Rezulin Products Liability Litigation*, MDL No. 1348, Master File No. 00 Civ. 2843 (S.D.N.Y. Sept. 21, 2005). It has recently come to Defendants' attention that on the day that Defendants submitted

this opinion, the *Rezulin* court amended its opinion. Accordingly, Defendants respectfully submit this amended opinion, *In re: Rezulin Products Liability Litigation*, MDL No. 1348, Master File No. 00 Civ. 2843 (S.D.N.Y. Sept. 29, 2005), for the Court's consideration. A true and correct copy of the opinion is attached hereto as Exhibit A. For the court's information, all amendments appear to have been made to Section VI.

Dated: November 11, 2005

                                              DAVIS POLK & WARDWELL

                                              By:   /s/ James P. Rouhandeh
                                                    James P. Rouhandeh

                                            450 Lexington Avenue
                                            New York, New York 10017
                                            (212) 450-4000

                                                     - and -

                                            HARE & CHAFFIN

                                            By:   /s/ David B. Chaffin
                                                    David B. Chaffin

                                            160 Federal Street
                                            Boston, Massachusetts 02110
                                            (617) 330-5000

                                            *Attorneys for Defendants Pfizer Inc. and*
                                            *Warner-Lambert Company*