UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: District of MA No. 1:05-cv-11502 PBS District of MA No. 1:05 cv-11513 PBS | Judge Patti B. Saris |

### NOTICE OF APPEARANCE

Please enter the appearance of Marc L. Zaken of Edwards Angell Palmer & Dodge, LLP, 301 Tresser Boulevard, Stamford, Connecticut 06901 as counsel for Defendant, Pfizer, Inc., in the above-referenced proceedings.

_____
Marc L. Zaken (CT)
EDWARDS ANGELL PALMER
& DODGE, LLP
301 Tresser Boulevard
Stamford, CT 06901
(203) 353-6819

Dated: November 8, 2005