UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
IN RE NEURONTIN MARKETING,          )          MDL Docket No. 1629
SALES PRACTICES AND                       )
PRODUCTS LIABILITY LITIGATION       )
_____)          Master File No. 04-10981
                                                    )
THIS DOCUMENT RELATES TO:            )
ALL ACTIONS                                    )          Judge Patti B. Saris
_____)

STATUS REPORT DECEMBER 1, 2005

        Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for

Plaintiffs and Defendants hereby submit the attached Status Report to the Court listing the status

of all pending motions to date as well as all cases transferred to MDL No. 1629.

Dated: December 1, 2005                      Respectfully Submitted,


                                    By:    /s/ Thomas M. Sobol_____
                                            Thomas M. Sobol
                                            Hagens Berman Sobol Shapiro LLP
                                            One Main Street, 4th Floor
                                            Cambridge, MA 02142
                                            (617) 482-3700
                                            (617) 482-3003 (fax)

                                            *Plaintiffs' Liaison Counsel*

By:     /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339


By:     /s/ Don Barrett
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095


By:     /s/ Daniel Becnel
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084


By:     /s/ James Dugan
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130


By:     /s/ Thomas Greene
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110


***Members of the Class Plaintiffs'
Steering Committee***

By:    /s/ Richard Cohen
        Richard Cohen, Esquire
        Lowey Dannenberg Bemporad
        & Selinger, P.C.
        The Gateway
        One North Lexington Avenue
        White Plains, NY  10601

By:    /s/ Linda P. Nussbaum
        Linda P. Nussbaum, Esquire
        Cohen Milstein Hausfeld & Toll
        150 East 52nd Street
        Thirteenth Floor
        New York, NY 10022

***Members of the Non-Class
Plaintiffs' Steering Committee***

DAVIS POLK & WARDWELL

By:    /s/ James P. Rouhandeh
        James P. Rouhandeh
        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

HARE & CHAFFIN

By:    /s/ David B. Chaffin
        David B. Chaffin (BBO # 549245)
        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

***Attorneys for Defendants Pfizer Inc. and Warner-
Lambert Company***

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

**MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 12/1/05**

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Defendants' Motion to Dismiss Amended Class Action Complaint *sub judice*<br><br>   o March 17, 2005 - Motion to Dismiss Class Action Complaint [Docket No. 59]<br><br>   o March 17, 2005 - Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 60]<br><br>   o March 17, 2005 - Declaration David B. Chaffin In Support of Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 61]<br><br>   o April 29, 2005 - Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 101]<br><br>   o April 29, 2005 - Appendix of Unpublished Authorities Filed in Support of Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 102]<br><br>   o May 16, 2005 - Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | 122] |
| | | | o   May 16, 2005 –  Declaration of David B. Chaffin in Support of Defendants' Motion to Dismiss [Docket No. 123] |
| | | | o   May 23, 2005 – Order Referring for Report and Recommendation on Motions to Dismiss to Magistrate Leo T. Sorokin. Hearing on June 15, 2005 Cancelled. Magistrate Sorokin to Re-schedule. [Docket No. 127] |
| | | | o   June 3, 2005 –  Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motions to Dismiss [Docket No. 144] |
| | | | o   July 14, 2005 – Hearing on Motion to Dismiss First Coordinated Amended Complaint [#58] and Motion to Dismiss Amended Class Action Complaint [#59] before Magistrate Judge Leo T. Sorokin [Docket No. 145] |
| | | | o   August 3, 2005 –  Plaintiffs' Notice of Supplemental Authority [Docket No. 199] |
| | | | o   August 17, 2005 – Plaintiffs' Appendix/Exhibit Lodged in Support of Plaintiffs' Opposition to Motion to Dismiss [#58], Plaintiffs' Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery [#161], and Plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 [#172] [Docket No. 216] |
| | | | o   September 29, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 233] |
| | | | o   November 11, 2005 –  Defendants' Notice of Supplemental Authority [Docket No. 249] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** (cont.) | | | • Motion for Appointment of Tennessee Lead Counsel *sub judice*<br><br>   o January 21, 2005 -  Motion for Appointment of Tennessee Lead Counsel [Docket No. 37]<br><br>   o  January 21, 2005 -  Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38]<br><br>   o February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39]<br><br>   o February 2, 2005 -  Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32]<br><br>   o February 11, 2005 -  Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36]<br><br>   o March 15, 2005 -  Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56]<br><br>   o August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel<br><br>• Motion for Protective Order Concerning Scope of Discovery *sub judice*<br><br>   o June 17, 2005 -  Motion for Protective Order Concerning Scope of Discovery [Docket No. 161]<br><br>   o June 17, 2005 -  Memorandum in Support of Motion for Protective Order Concerning Scope of Discovery [Docket No. |

3

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** **(cont.)** | | | 162] |
| | | | o   July 2, 2005 -  Plaintiffs' Memorandum of Law in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 170] |
| | | | o   July 2, 2005 -  Declaration of Rebecca J. Poate in Support of Plaintiffs' Memorandum in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 171] |
| | | | o   July 2, 2005 -  Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 172] |
| | | | o   July 18, 2005 -  Memorandum in Opposition to Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 184] |
| | | | o   July 25, 2005 -  Products Liability Plaintiffs' Memorandum in Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery as to Production of Documents Created After December 31, 1998 [Docket No. 186] |
| | | | o   July 27, 2005 -  Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 FILED UNDER SEAL [Docket No. 189] |
| | | | o   July 27, 2005 -  Affidavit of Thomas Greene in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | 31, 1998 [Docket No. 190] |
| | | |    o  July 27, 2005 -  Sealed Affidavit of Thomas Greene in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 FILED UNDER SEAL [Docket No. 191] |
| | | |    o  July 29, 2005 -  Defendants' Reply Memorandum in Response to Personal Injury Plaintiffs' Memorandum and in Further Support of Defendants' Motion for Protective Order [Docket No. 196] |
| | | |    o  August 1, 2005 -  Hearing on Pending Discovery Motions and Case Management [#161, #164, #172] before Magistrate Judge Leo T. Sorokin |
| | | |   •  Motion for Class Certification |
| | | |    o  August 8, 2005 –  Plaintiff's Motion for Leave to File Declarations in Support of Plaintiffs' Motion for Class Certification Under Seal [Docket No. 202], Plaintiffs' Motion to Certify Class [Docket No. 204], Plaintiffs' Memorandum in Support re: Motion to Certify Class [Docket No. 205] |
| | | |    o  February 10, 2006 -  End of Class Discovery |
| | | |    o  March 8, 2006 -  Opposition to Motion for Class Certification DUE (Per Court's Order Extending Class Discovery Period [Docket No. 240] |
| | | |    o  April 8, 2006 -  Reply to Opposition to Motion for Class Certification DUE |
| | | |    o  April 22, 2006 -  Sur-Reply to Opposition to Motion for Class |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** (cont.) | | | Certification DUE<br><br>o  May 12, 2006 - Hearing on Motion for Class Certification before Judge Patti B. Saris  [Docket No. 197] |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass, cases originally filed. | • Defendants' Motion to Dismiss First Coordinated Amended Complaint *sub judice*<br><br>o  March 17, 2005 -  Motion to Dismiss Class Action Complaint [Docket No. 59]<br><br>o  March 17, 2005 -  Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 60]<br><br>o  March 17, 2005 -  Declaration David B. Chaffin In Support of Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 61]<br><br>o  April 29, 2005 -  Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 101]<br><br>o  April 29, 2005 -  Appendix of Unpublished Authorities Filed in Support of Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss  [Docket No. 102]<br><br>o  May 16, 2005 -  Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 122] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (cont.)** | | | o May 16, 2005 - Declaration of David B. Chaffin in Support of Defendants' Motion to Dismiss [Docket No. 123]<br><br>o May 23, 2005 – Order Referring for Report and Recommendation on Motions to Dismiss to Magistrate Leo T. Sorokin. Hearing on June 15, 2005 Cancelled. Magistrate Sorokin to Re-schedule. [Docket No. 127]<br><br>o June 3, 2005 - Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motions to Dismiss [Docket No. 144]<br><br>o July 14, 2005 – Hearing on Motion to Dismiss First Coordinated Amended Complaint [#58] and Motion to Dismiss Amended Class Action Complaint [#59] before Magistrate Judge Leo T. Sorokin [Docket No. 145]<br><br>o August 3, 2005 – Plaintiffs' Notice of Supplemental Authority [Docket No. 199]<br><br>o August 17, 2005 – Plaintiffs' Appendix/Exhibit Lodged in Support of Plaintiffs' Opposition to Motion to Dismiss [#58], Plaintiffs' Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery [#161], and Plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 [#172] [Docket No. 216]<br><br>o September 29, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 233]<br><br>o November 11, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 249]<br><br>• Motion for Protective Order Concerning Scope of Discovery *sub judice* |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (cont.)** | | | o   June 17, 2005 -  Motion for Protective Order Concerning Scope of Discovery [Docket No. 161] <br><br> o   June 27, 2005 -  Memorandum in Support of Motion for Protective Order Concerning Scope of Discovery [Docket No. 162] <br><br> o   July 2, 2005 -  Plaintiffs' Memorandum of Law in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 170] <br><br> o   July 2, 2005 -  Declaration of Rebecca J. Poate in Support of Plaintiffs' Memorandum in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 171] <br><br> o   July 2, 2005 -  Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 172] <br><br> o   July 18, 2005 -  Memorandum in Opposition to Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 184] <br><br> o   July 25, 2005 -  Products Liability Plaintiffs' Memorandum in Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery as to Production of Documents Created After December 31, 1998 [Docket No. 186] <br><br> o   July 27, 2005 -  Plaintiffs' Reply to Defendants' Opposition |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (cont.)** | | | to Motion to Compel Production of Documents Created After December 31, 1998 FILED UNDER SEAL [Docket No. 189] |
| | | | o  July 27, 2005 -  Affidavit of Thomas Greene in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 [Docket No. 190] |
| | | | o  July 27, 2005 -  Sealed Affidavit of Thomas Greene in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Compel Production of Documents Created After December 31, 1998 FILED UNDER SEAL [Docket No. 191] |
| | | | o  July 29, 2005 -  Defendants' Reply Memorandum in Response to Personal Injury Plaintiffs' Memorandum and in Further Support of Defendants' Motion for Protective Order [Docket No. 196] |
| | | | o  August 1, 2005 -  Hearing on Pending Discovery Motions and Case Management [#161, #164, #172] before Magistrate Judge Leo T. Sorokin |
| *Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.* | Mass. Docket No. 05-10535 -PBS | D. New Jersey | •  Motion to Remand to New Jersey State Court |
| | | | o  May 19, 2005 -  Assurant Plaintiffs' Status Report Regarding Motion to Remand to New Jersey State Court, Notice of Remand and Motion to Remand, Memorandum in Support of Remand.  The New Jersey federal court pleadings were filed with this MDL Court on May 19 and May 31, 2005 [Docket No. 125].  The New Jersey pleadings (the dates below are the New Jersey filing dates) include: |
| | | | •  January 27, 2005 -  Assurant Plaintiffs' Notice of Motion, Motion and Memorandum in Support of |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | Motion to Remand; Affidavit of David Novack in Support of Assurant Plaintiffs' Motion to Remand and Exhibits A – L<br><br>• February 11, 2005 - Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Certification of Richard G. Placey, Esquire in Support of Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Joinder of Defendants Anthony Wild and Lodewijk J. R. DeVink in Defendants Pfizer and Warner-Lambert Company's Opposition Plaintiffs' Motion to Remand<br><br>• February 25, 2005 - Plaintiffs' Reply Memorandum of Law in Further Support of its Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand; Affidavit of Ronald J. Campione in Support of Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand<br><br>o August 17, 2005 – Notice by Assurant Plaintiffs re: [#125] Status Report: Supplemental Statement of Authority<br><br>o August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on MultiDistrict Litigation [#126] held before |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | Magistrate Judge Leo T. Sorokin <br><br> • Assurant Plaintiffs' Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation *sub judice* <br><br>     ○ May 22, 2005 - Assurant Plaintiffs' Status Report and Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [Docket No. 126] <br><br>     ○ May 27, 2005 – Defendants' Response to Assurant Plaintiffs' Request that Court Issue Suggestion of Remand [Docket No. 136] <br><br>     ○ June 6, 2005 – MDL Plaintiffs' Memorandum of Law in Response to the Assurant Plaintiffs' Suggestion of Remand to the Judicial Panel of Multidistrict Litigation [Docket No. 146] <br><br>     ○ June 16, 2005 – Assurant Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court. [Docket No. 156] <br><br>     ○ June 16, 2005 – Proposed Order Granting Motion for Court to Issue a Suggestion to the Panel to Return Civil Action to the Transferor Court. [Docket No. 163] <br><br>     ○ June 16, 2005 – Assurant Plaintiffs' Notice of Motion and Motion for Leave to File a Reply Memorandum to Defendant Pfizer and Class Plaintiffs' Response to Assurant Plaintiffs' Status Report [Docket No. 158] <br><br>     ○ August 17, 2005 – Assurant Plaintiffs' Supplemental Statement of Authority [Docket No. 217] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | ○ August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on MultiDistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand<br><br>○ May 26, 2005 –  Plaintiffs' Motion to Remand [Docket No. 131]<br><br>○ May 26, 2005 -  Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br>○ June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br><br>○ June 16, 2005 -  Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br><br>○ June 16, 2005 -  Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br><br>○ August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br><br>○ August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS (cont.) | | | o  August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215] <br><br> o  October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241] <br><br> o  October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242] <br><br> o  November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248] <br><br> o  November 17, 2005 –  Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251] <br><br> o  November 25, 2005 –  Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252] <br><br> •  Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McMinn v. Pfizer, 04-2690* | Master File 04-10981-PBS | D. Colorado | •  Conditionally Transferred on February 8, 2005 – JPML CTO-3 <br><br> •  Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 <br><br> •  Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Hansen v. Pfizer, 05-100 (cont.)* | | | • Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br><br>• Motion to Remand<br><br>   o May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont<br><br>   o June 6, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Vermont<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Demers v. Pfizer, 05-84* | Master File 04-10981-PBS | D. Maine | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005<br><br>• Response to Opposition to Transfer filed by Defendants July 11, 2005<br><br>• Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005<br><br>• Motion to Remand<br><br>   o June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Demers v. Pfizer, 05-84 (cont.)* | | | o   June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine <br><br> •   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | Master File 04-10981 <br><br> Civil action number assigned to Medero by MDL: 04-12616-PBS | S.D. Florida | •   Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005 <br><br> •   Motion to Remand <br><br> o   August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219] <br><br> o   September 16, 2005 –Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225] <br><br> o   September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230] <br><br> •   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Consolidated Products Liability Cases* | Master File 04-10981-PBS | D. Mass. Pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims *sub judice*<br><br>  ○ May 27, 2005 -  Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>  ○ May 27, 2005 –  Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>  ○ May 31, 2005 –  Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>  ○ May 31, 2005 -  Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>  ○ June 8, 2005 - Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>  ○ June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Consolidated Products Liability Cases (cont.)* | | | o   June 23, 2005 -  Defendants' Amended Motion with Regard to Case Management Order No. 4 [Docket No. 164]<br><br>o   June 23, 2005 -  Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165]<br><br>o   July 5, 2005 -  Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174]<br><br>o   July 5, 2005 -  Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175]<br><br>o   August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164]<br><br>o   Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| *Brodsky v. Pfizer, 04-7960*<br>*Huffman v. Pfizer, 04-7961*<br>*Paulsen v. Pfizer, 04-8464*<br>*Sumait v. Pfizer, 04-8719*<br>*Smith v. Pfizer, 04-8720* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Cases Transferred April 20, 2005 -  JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297*<br>*Justine James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 - JPML Transfer Order April 19, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Anderson v. Pfizer, 04-275* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005- JPML Transfer Order April 19, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Barker v. Pfizer, 04-309* | Master File 04-10981-PBS | E.D. Texas | • Transferred on April 19, 2005- JPML Transfer Order April 19, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Smolucha v. Pfizer, 04-4882* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Jarosz v. Pfizer, 05-2061* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Barlow v. Pfizer, 05-175 (cont.)* | | | • Transferred on July 1, 2005- JPML Transfer Order July 1, 2005 <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Wilson, et al. v. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 <br><br> • Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Coleman v. Pfizer, 04-722* <br> *Fish v. Pfizer, 04-723* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Teater v. Pfizer, 05-604* | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 <br><br> • Notice of Opposition to transfer filed by Plaintiff on June 27, 2005 <br><br> • August 25, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order <br><br> • Transferred on October 19, 2005 – JPML Transfer Order <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Alexander v. Pfizer, 05-1013* | Master File 04-10981-PBS | N.D. Texas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• July 29, 2005 - Defendants' Request to the Court to Recognize Previously-Entered Order Granting Dismissal without Prejudice of Above-Captioned Complaint [Docket No. 195]<br><br>• August 3, 2005 - Order dismissing action without prejudice based upon previously-entered order granting dismissal without prejudice |
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Reott v. Pfizer, 05-359* | Master File 04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Smith v. Pfizer, 05-444* | Master File 04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Craft et al. v. Pfizer Inc. et al., 05-00310* | Master File 04-10981-PBS | M.D. Florida | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Notice of Opposition to Transfer filed by Plaintiff August 9, 2005<br><br>• September 12, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Alsberge v. Pfizer Inc., et al, 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Briggs v. Pfizer Inc., et al, 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Sanutti v. Pfizer, Inc., et al, 05-03401* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Werner v. Pfizer, 05-6084*<br>*Henry v. Pfizer, 05-6087*<br>*Colton v. Pfizer, 05-6271*<br>*Bentley v. Pfizer, 05-6272*<br>*Dixon v. Pfizer, 05-6273*<br>*Wendorf v. Pfizer, 05-6274*<br>*Richey v. Pfizer, 05-7103*<br>*Roberson v. Pfizer, 05-7253* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Watson v. Pfizer, Inc., et al., 05-162* | Master File 04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Johnson v. Pfizer, Inc., 05-2615* | Master File 04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Leiendecker v. Pfizer, Inc., et al., 05-3377* | Master File 04-10981-PBS | N.D. California | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 1, 2005 – Motion to Vacate Conditional Transfer<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *White v. Pfizer, 05-7571*<br>*Christ v. Pfizer, 05-7572*<br>*Acton v. Pfizer, 05-7573* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Aranda v. Pfizer Inc., et al., 05-309* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |
| *Dane v. Pfizer, Inc., et al., 05-1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, Inc., et al.,* 05-7827 | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Marzolo v. Pfizer, Inc., et al.,* 05-7828 | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Mosley v. Pfizer, Inc., et al.,* 05-8110 | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |