**DURÁN & PANDOS, P.C.**
1044 ROUTE 22 WEST, SUITE 5
MOUNTAINSIDE, NEW JERSEY 07092
908-518-5000
ATTORNEYS FOR DEFENDANT, PHILIP J. OBIEDZINSKI, D.P.M.
FILE NO: 135.894

| | |
|---|---|
| JOHN JAROSZ, AS ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF MARIA JAROSZ, DECEASED,<br><br>PLAINTIFF (S),<br><br>VS.<br><br>PFIZER INC., PARKE-DAVIS, A DIVISION OF WARNER-LAMBERT COMPANY AND WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC AND PHILIP J. OBIEDZINSKI, DPM,<br><br>DEFENDANTS. | UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>CIVIL ACTION NO. 04-CV-10981-PBS<br><br><br>**NOTICE OF APPEARANCE** |

Debra V. Urbanowicz-Pandos, Esq., of the firm Durán & Pandos, P.C., hereby enters an appearance on behalf of defendant, Philip J. Obiedzinski, D.P.M., in the above-entitled action in order to be heard herein.

                                              DURÁN & PANDOS, P.C.,
                                              Attorneys for Defendant,
                                              Philip J. Obiedzinski, D.P.M.

                                          By: _____
                                              Debra V. Urbanowicz-Pandos, Esq.

**Dated:** November 21, 2005