UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |
| THIS DOCUMENT RELATES TO<br>ALL ACTIONS | |

### NOTICE OF CANCELLATION OF HEARING

**SARIS, U.S.D.J.**                                                                                                 January 9, 2006

TAKE NOTICE that the Class Certification Hearing in the above-entitled case set for January 12, 2006, is **cancelled.** The hearing will be rescheduled by the Court at a later date.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to: All Counsel