UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 1629 |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. | |
| and | |
| AETNA, INC. v. PFIZER INC. | |

**DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move to compel discovery from plaintiffs.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court order plaintiffs to produce the requested discovery.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion as soon as possible.

Dated: January 9, 2006

                                                DAVIS POLK & WARDWELL

                                                By:   s/James P. Rouhandeh
                                                        James P. Rouhandeh

                                              450 Lexington Avenue
                                              New York, New York 10017
                                              (212) 450-4000

                                                        - and -

                                              HARE & CHAFFIN

                                              By:   s/David B. Chaffin
                                                        David B. Chaffin

                                              160 Federal Street
                                              Boston, Massachusetts 02110
                                              (617) 330-5000

                                              *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## Certificate of Consultation

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion and that the requirements of Local Rule 37.1 have been complied with.

                                                          s/David B. Chaffin