

**FIG. 140.2.** Proportion of seizure types in newly diagnosed cases of epilepsy in Rochester, Minnesota, 1935–1984. (From Hauser et al. [1993].)

mothers with epilepsy and 2.4% of children of affected fathers develop epilepsy. The reason for an increased risk of seizures in children of women with epilepsy is not known.

Some forms of epilepsy are more heritable than others. For example, children of parents with absence seizures have a higher risk of developing epilepsy (9%) than do offspring of parents with other types of generalized seizures or partial seizures (5%). As a general rule, though, even offspring born to a "high-risk" parent have a 90% or greater chance of being unaffected by epilepsy.

Many persons who experience a first unprovoked seizure never have a second. By definition, these people do not have epilepsy and generally do not require long-term drug treatment. Unfortunately, our ability to identify such individuals with accuracy is incomplete. Treatment decisions must be based on epi-

demiologic and individual considerations. Some seizure types, such as absence and myoclonic, are virtually always recurrent by the time the patient is seen by a physician. On the other hand, patients with convulsive seizures may seek medical attention after a first occurrence because of the dramatic nature of the attack. Prospective studies of recurrence after a first seizure indicate a 2-year recurrence risk of about 40%, which is similar in children and adults. The risk is lowest in people with an idiopathic generalized first seizure and normal EEG (about 24%), higher with idiopathic generalized seizures and an abnormal EEG (about 48%), and highest with symptomatic (i.e., known preceding brain injury or neurologic syndrome) seizures and an abnormal EEG (about 65%). Epileptiform, but not nonepileptiform, EEG abnormalities impart a greater risk for recurrence. If the first seizure is a partial seizure, the relative risk of recurrence is also increased. The risk for further recurrence after a second unprovoked seizure is greater than 80%; a second unprovoked seizure is, therefore, a reliable marker of epilepsy.

About 4% of persons living to age 74 have at least one unprovoked seizure. When provoked seizures (i.e., febrile seizures or those related to an acute illness) are included, the likelihood of experiencing a seizure by age 74 increases to at least 9%. The risk of developing epilepsy is about 3% by age 74.

Of persons with epilepsy, 60% to 70% achieve remission of seizures with antiepileptic drug therapy. Factors that favor remission include an idiopathic (or cryptogenic) form of epilepsy, normal findings on neurologic examination, and onset in early to middle childhood (except neonatal seizures). Unfavorable prognostic factors include partial seizures, an abnormal EEG, and associated mental retardation or cerebral palsy (Table 140.3).

Mortality is increased in persons with epilepsy, but the risk is incurred mainly by symptomatic cases in which higher death rates are related primarily to the underlying disease rather than to epilepsy. Accidental deaths, especially drowning, are more common, however, in all patients with epilepsy. Sudden unexplained death is nearly 25 times more common in patients with epilepsy than in the general population; estimates of incidence



**FIG. 140.3.** Etiology of epilepsy in all cases of newly diagnosed seizures in Rochester, Minnesota, 1935–1984 (From Hauser et al. [1993].)

BAZIL 0000047

**TABLE 140.3. PREDICTORS OF INTRACTABILITY**

Very young age at onset (<2 yr)
Frequent generalized seizures
Failure to achieve control readily
Evidence of brain damage
A specific cause of the seizures
Severe electroencephalogram abnormality
Low IQ
Atonic atypical absence seizures

rates range from 1 in 500 to 1 in 2,000 per year. Severe epilepsy and uncontrolled generalized convulsions are risk factors.

## INITIAL DIAGNOSTIC EVALUATION

The diagnostic evaluation has three objectives: to determine if the patient has epilepsy; to classify the type of epilepsy and identify an epilepsy syndrome, if possible; and to define the specific underlying cause. Accurate diagnosis leads directly to proper treatment and formulation of a rational plan of management. The differential diagnosis is considered in Chapter 3.

Because epilepsy comprises a group of conditions and is not a single homogeneous disorder, and because seizures may be symptoms of both diverse brain disorders and an otherwise normal brain, it is neither possible nor desirable to develop inflexible guidelines for what constitutes a "standard" or "minimal" diagnostic evaluation. The clinical data from the history and physical examination should allow a reasonable determination of probable diagnosis, seizure and epilepsy classification, and likelihood of underlying brain disorder. Based on these considerations, diagnostic testing should be undertaken selectively.

### History and Examination

A complete history is the cornerstone for establishing a diagnosis of epilepsy. An adequate history should provide a clear picture of the clinical features of the seizures and the sequence in which manifestations evolve; the course of the epileptic disorder; seizure precipitants, such as alcohol or sleep deprivation; risk factors for seizures, such as abnormal gestation, febrile seizures, family history of epilepsy, head injury, encephalitis or meningitis, and stroke; and response to previous treatment. In children, developmental history is important.

In describing the epileptic seizure, care should be taken to elicit a detailed description of any aura. The aura was once considered to be the "warning" of an impending attack, but it is actually a simple partial seizure made apparent by subjective feelings or experiential phenomena observable only by the patient. Auras precede many complex partial or generalized seizures and are experienced by 50% to 60% of adults with epilepsy. Auras confirm the suspicion that the seizure begins locally within the brain; they may also provide direct clues about the location or laterality of the focus. Information about

later events in the seizure usually are obtained from an observer because of the patient's impaired awareness or frank loss of consciousness or because of postictal amnesia even though responses to questions during the seizure indicate preserved responsiveness.

The nature of repetitive automatic or purposeless movements (automatisms), sustained postures, presence of myoclonus, and the duration of the seizure help to delineate specific seizure types or epileptic syndromes. Nonspecific postictal findings of lethargy and confusion must be distinguished from focal neurologic abnormalities, such as hemiparesis or aphasia, that point to the hemisphere of seizure onset.

Information about risk factors (Table 140.4) may suggest a particular cause and assist in prognosis. Discussion with parents may be necessary, because children or adults may be uninformed about, or may not recall, early childhood events, such as perinatal encephalopathy, febrile seizures, brain infections, head injuries, or intermittent absence seizures. Age at seizure onset and course of the seizure disorder should be clarified, because these features differ in the various epilepsy syndromes.

Findings on neurologic examination are usually normal in patients with epilepsy but occasionally may provide etiologic clues. Focal signs indicate an underlying cerebral lesion. Asymmetry of the hand or face may indicate localized or hemispheric cerebral atrophy contralateral to the smaller side. Phakomatoses are commonly associated with seizures and may be suggested by cafe-au-lait spots, facial angioma, conjunctival telangiectasia, hypopigmented macules, fibroangiomatous nevi, or lumbosacral shagreen patches.

**TABLE 140.4. RISK FACTORS FOR EPILEPSY**



| | Relative altered risk |
|---|---|
| Family history of seizures | 2.5 |
| Severe military head trauma | 580 |
| Severe civilian head trauma | 25 |
| Moderate head trauma | 4 |
| [b] Mild head trauma | 1.5 |
| Stroke | 22 |
| Alzheimer's disease | 10 |
| Viral encephalitis | 16.2 |
| Bacterial meningitis | 4.2 |
| Aseptic meningitis | 2.3 |
| Multiple sclerosis | 3.6 |
| [c] Alcohol | 10.1 |
| Heroin | 2.6 |
| Marijuana | 0.36 |
| No adverse exposure | 1.0 |

[a]Relative to people without these adverse exposures.
[b]Not statistically significant.
[c]One pint of 80 proof, 2.5 bottles of wine.
From Hauser WA, Hesdorffer DC. *Epilepsy: frequency, causes and consequences.* New York: Demos, 1990.

## Electroencephalography

Because epilepsy is fundamentally a physiologic disturbance of brain function, the EEG is the most important laboratory test in evaluating patients with seizures. The EEG helps both to establish the diagnosis of epilepsy and to characterize specific epileptic syndromes. EEG findings may also help in management and in prognosis.

*Epileptiform discharges* (spikes and sharp waves) are highly correlated with seizure susceptibility and can be recorded on the first EEG in about 50% of patients. Similar findings are recorded in only 1% to 2% of normal adults and in a somewhat higher percentage of normal children. When multiple EEGs are obtained, epileptiform abnormalities eventually appear in 60% to 90% of adults with epilepsy, but the yield of positive studies does not increase substantially after three or four tests. It is important to remember, therefore, that 10% to 40% of patients with epilepsy do not show epileptiform abnormalities on routine EEG; a normal or nonspecifically abnormal EEG never excludes the diagnosis. Sleep, hyperventilation, photic stimulation, and special electrode placements are routinely used to increase the probability of recording epileptiform abnormalities.

Different and distinctive patterns of epileptiform discharge occur in specific epilepsy syndromes as summarized in Chapter 14.

## Brain Imaging

MRI should be performed in all patients over age 18 years and in children with abnormal development, abnormal findings on physical examination, or seizure types that are likely to be manifestations of symptomatic epilepsy. CT will often miss common epileptogenic lesions such as hippocampal sclerosis, cortical dysplasia, and cavernous malformations. Because CT is very sensitive for detecting brain calcifications, a noncontrast CT (in addition to MRI) may be helpful in patients at risk for neurocysticercosis.

Routine imaging is not necessary for children with idiopathic epilepsy, including the benign focal epilepsy syndromes (see later section). Brain MRI, although more costly, is more sensitive than CT in detecting potentially epileptogenic lesions, such as cortical dysplasia, hamartomas, differentiated glial tumors, and cavernous malformations. Both axial and coronal planes should be imaged with both T1 and T2 sequences. Gadolinium injection does not increase the sensitivity for detecting cerebral lesions but may assist in differentiating possible causes.

Imaging in the coronal plane perpendicular to the long axis of the hippocampus and other variations in technique have improved the detection of hippocampal atrophy and gliosis, findings that are highly correlated with mesial temporal sclerosis (Fig. 140.4) and an epileptogenic temporal lobe. An even more sensitive measure of hippocampal atrophy is MRI measurement of the volume of the hippocampus. Hippocampal volume measurements in an individual patient then can be compared with those of normal control subjects.

## Other Laboratory Tests

Routine blood tests are rarely diagnostically useful in healthy children or adults. They are necessary in newborns and in older patients with acute or chronic systemic disease to detect abnor-



A    B

**FIG. 140.4.** Mesial temporal sclerosis. **A and B:** Short-tau inversion recovery (STIR) coronal magnetic resonance images through the temporal lobes show increased signal and decreased size of right hippocampus as compared with left. These findings are characteristic of mesial temporal sclerosis. Note incidental focal dilatation of left choroid fissure, which represents a choroid fissure cyst, and is a normal variant. (Courtesy of Dr. S. Chan, Columbia University College of Physicians and Surgeons, New York, NY.)

mal electrolyte, glucose, calcium, or magnesium values or impaired liver or kidney function that may contribute to seizure occurrence. In most patients, serum electrolytes, liver function tests, and a complete blood count are useful mainly as baseline studies before initiating antiepileptic drug treatment.

Any suspicion of meningitis or encephalitis mandates lumbar puncture. Urine or blood toxicologic screens should be considered when otherwise unexplained new-onset generalized seizures occur.

## LONG-TERM MONITORING

The most direct and convincing evidence of an epileptic basis for a patient's episodic symptoms is the recording of an electrographic seizure discharge during a typical behavioral attack. This recording is especially necessary if the history is ambiguous, EEGs are repeatedly normal or nonspecifically abnormal, and reasonable treatment has failed. Because most patients have seizures infrequently, routine EEG rarely records an attack. Long-term monitoring permits EEG recording for a longer time, thus increasing the likelihood of recording seizures or interictal epileptiform discharges. Two methods of long-term monitoring are now widely available: simultaneous closed-circuit television and EEG (CCTV/EEG) monitoring and ambulatory EEG. Both have greatly improved diagnostic accuracy and the reliability of seizure classification and both provide continuous recordings through one or more complete waking-sleep cycles and capture ictal episodes. Each has additional specific advantages and disadvantages. The method used depends on the question posed by a particular patient.

Long-term monitoring using CCTV/EEG, usually in a specially designed hospital unit, is the procedure of choice to document psychogenic seizures and other nonepileptic paroxysmal events. It can also establish electrical-clinical correlations and localize epileptogenic foci for resective surgery. The emphasis in monitoring units is usually on behavioral events, not interictal EEG activity. The availability of full-time technical or nursing staff ensures high-quality recordings and permits examination of patients during clinical events. Antiepileptic drugs can be discontinued safely to facilitate seizure occurrence. Computerized detection programs are used to screen EEG continuously for epileptiform abnormalities and subclinical seizures.

The other method of long-term monitoring is designed for outpatient use in the patient's home, school, or work environment. Ambulatory EEG is often especially helpful in pediatrics, because children are often more comfortable in their familiar and unrestricted home environment. The major limitations of ambulatory monitoring are the limited coverage of cortical areas, variable technical quality resulting from lack of expert supervision, frequent distortion of EEG data by environmental contaminants, and the absence of video documentation of behavioral changes. Ambulatory monitoring is most useful in documenting interictal epileptiform activity when routine EEGs have been repeatedly negative or in recording ictal discharges during typical behavioral events. At present, however, ambulatory EEG is not a substitute for CCTV/EEG monitoring, especially when psychogenic seizures are an issue or when patients are being evaluated for epilepsy surgery.

## MEDICAL TREATMENT

Therapy of epilepsy has three goals: to eliminate seizures or reduce their frequency to the maximum extent possible, to avoid the side effects associated with long-term treatment, and to assist the patient in maintaining or restoring normal psychosocial and vocational adjustment. No medical treatment now available can induce a permanent remission ("cure") or prevent development of epilepsy by altering the process of epileptogenesis.

The decision to institute antiepileptic drug therapy should be based on a thoughtful and informed analysis of the issues involved. Isolated infrequent seizures, whether convulsive or not, probably pose little medical risk to otherwise healthy persons. However, even relatively minor seizures, especially those associated with loss or alteration of alertness, have many psychosocial, vocational, and safety ramifications. Finally, the probability of seizure recurrence varies substantially among patients, depending on the type of epilepsy and any associated neurologic or medical problems. Drug treatment, on the other hand, carries a risk of adverse effects, which approaches 30% after initial treatment. Treatment of children raises additional issues, especially the unknown effects of long-term antiepileptic drug use on brain development, learning, and behavior.

These considerations mean that although drug treatment is indicated and beneficial for most patients with epilepsy, certain circumstances call for antiepileptic drugs to be deferred or used for only a limited time. As a rule of thumb, antiepileptic drugs should be prescribed when the potential benefits of treatment clearly outweigh possible adverse effects of therapy.

### Acute Symptomatic Seizures

These seizures are caused by, or associated with, an acute medical or neurologic illness. A childhood febrile seizure is the most common example of an acute symptomatic seizure, but other frequently encountered causes include metabolic or toxic encephalopathies and acute brain infections. To the extent that these conditions resolve without permanent brain damage, seizures are usually self-limited. The primary therapeutic concern in such patients should be identification and treatment of the underlying disorder. If antiepileptic drugs are needed to suppress seizures acutely, they generally do not need to be continued after the patient recovers.

### The Single Seizure

About 25% of patients with unprovoked seizures come to a physician after a single attack, nearly always a generalized tonic-clonic seizure. Most of these people have no risk factors for epilepsy, have normal findings on neurologic examination, and show a normal first EEG. Only about 25% of these patients later develop epilepsy. For this group, the need for treatment is questionable. For many years, no convincing data indicated any beneficial effect of treatment on preventing recurrence. In 1993, a

BAZIL 0000050

large multicenter randomized study from Italy convincingly demonstrated that antiepileptic drugs reduce the risk of relapse after the first unprovoked convulsive seizure. Among nearly 400 children and adults, treatment within 7 days of a first seizure was followed by a recurrence rate of 25% at 2 years. In contrast, untreated patients had a recurrence rate of 51%. When patients with previous "uncertain spells" were excluded from the analysis, treatment benefit was still evident, but the magnitude of the effect was reduced to a recurrence rate of 30% in the treated group and 42% in untreated patients.

Although treatment of first seizures reduces the relapse rate even in low-risk patients, there is no evidence that such treatment alters the prognosis of epilepsy. Thus, treatment should not be automatic, and the decision to treat should be made only in consultation with the patient or parents after weighing the unique circumstances posed by that individual. In most patients with idiopathic epilepsy, deferring treatment until a second seizure occurs is a reasonable and often preferable decision.

## Benign Epilepsy Syndromes

Several electroclinical syndromes begin in childhood and are associated with normal development, normal findings on neurologic examination, and normal brain imaging studies. They have a uniformly good prognosis for complete remission in mid to late adolescence without long-term behavioral or cognitive problems. The most common and best characterized of these syndromes is benign partial epilepsy of childhood with central-midtemporal sharp waves (rolandic epilepsy). Most seizures occur at night as secondarily generalized convulsions. Focal seizures occur during the day and are characterized by twitching of one side of the face, anarthria, salivation, and paresthesias of the face and inner mouth followed variably by hemiclonic movements or hemitonic posturing. Other benign syndromes include benign partial epilepsy with occipital spike waves and benign epilepsy with affective symptoms.

Because of the good prognosis, the sole goal of treatment in such cases is to prevent recurrence. Because many children, especially those who are older, tend to have only a few seizures, treatment is not always necessary. Antiepileptic drugs are usually reserved for children whose seizures are frequent or relatively severe or whose parents, or the children themselves, are distressed at the prospect of future episodes. With these considerations in mind, only about half the children with benign partial epilepsy require treatment.

## Antiepileptic Drugs

### Selection of Antiepileptic Drugs

Two nationwide collaborative Veterans Administration Cooperative Studies (1985 and 1992) compared the effectiveness of antiepileptic drugs. In the 1985 study, carbamazepine, phenytoin, primidone, and phenobarbital were equally effective in controlling complex partial and secondarily generalized seizures. In the 1992 study, carbamazepine was slightly more effective than valproate in treating complex partial seizures, but both drugs were of equal efficacy in controlling secondarily generalized seizures. These studies also demonstrated that despite their

relatively uniform ability to suppress seizures, the drugs had different risks of adverse effects. Considering both efficacy and tolerability, carbamazepine and phenytoin are drugs of first choice for patients with partial and secondarily generalized seizures. For patients who have predominantly secondarily generalized seizures, valproate is also effective.

No clinical trials have addressed the relative efficacy of antiepileptic drugs against different symptomatic localization-related epilepsies. There are also few data about the effectiveness of newer antiepileptic drugs (those approved since 1993) compared with older agents or each other. Preliminary studies from Europe indicate that lamotrigine is comparable in effectiveness with phenytoin and carbamazepine and that gabapentin shows similar efficacy to carbamazepine for treatment of new-onset partial seizures. Drugs are therefore chosen based on the patient's predominant seizure type.

In general, valproate is the drug of choice for generalized-onset seizures and can be used advantageously as monotherapy when several generalized seizure types coexist (Table 140.5). Lamotrigine and probably topiramate are alternatives if valproate is ineffective or not tolerated. Phenytoin and carbamazepine are also effective against generalized tonic-clonic seizures, but the response is less predictable than that with valproate. Carbamazepine, phenytoin, gabapentin, and sometimes lamotrigine can aggravate myoclonic seizures; all of these except lamotrigine also sometimes exacerbate absence seizures. Tiagabine can aggravate or induce absence seizures. Ethosuximide is as effective as valproate in controlling absence seizures and has fewer side effects. Ethosuximide is ineffective against tonic-clonic seizures, however, so its main use is as an alternative to valproate in patients who only have absence seizures.

### Adverse Effects of Antiepileptic Drugs

All antiepileptic drugs have undesirable effects in some patients. Although interindividual variation occurs, most adverse drug effects are mild and dose related. Many are common to virtually all antiepileptic drugs, especially when treatment is started. These include sedation, mental dulling, impaired memory and concen-

**TABLE 140.5. DRUGS USED IN TREATING DIFFERENT TYPES OF SEIZURES**

| Type of seizure | Drugs* |
|---|---|
| Simple and complex partial | Carbamazepine, phenytoin; valproate; gabapentin and lamotrigine as add-on; primidone, phenobarbital |
| Secondarily generalized | Carbamazepine, phenytoin, valproate; and gabapentin lamotrigine as add-on; phenobarbital, primidone |
| Primary generalized seizures | |
| Tonic-clonic | Valproate; lamotrigine, |
| Absence | carbamazepine, phenytoin; |
| Myoclonic | lamotrigine ethosuximide, |
| Tonic | valproate; clonazepam valproate, felbamate; clonazepam |

tration, mood changes, gastrointestinal upset, and dizziness. Other adverse effects are relatively specific for individual agents.

## Dose-related Side Effects

These typically appear when a drug is first given or when the dosage is increased. They usually, but not always, correlate with blood concentrations of the parent drug or major metabolites (Table 140.6). Dose-related side effects are always reversible on lowering the dosage or discontinuing the drug. Adverse effects frequently determine the limits of treatment with a particular drug and have a major influence on compliance with the prescribed regimen. Because dose-related side effects are broadly predictable, they are often the major differentiating feature in choosing among otherwise equally effective therapies.

## Idiosyncratic Side Effects

Idiosyncratic reactions account for most serious and virtually all life-threatening adverse reactions to antiepileptic drugs. All antiepileptic drugs can cause similar serious side effects (Table

### TABLE 140.6. TOXICITY OF ANTIEPILEPTIC DRUGS

*Dose-Related adverse effects*
  *Systemic toxicity*
    Gastrointestinal (dyspepsia, nausea, diarrhea)
    Benign elevation in liver enzymes
    Benign leukopenia
    Gingival hypertrophy
    Weight gain
    Anorexia
    Hair loss, change in hair texture
    Hirsutism
    Hyponatremia
    Coarsening of facial features
    Dupuytren contracture, frozen shoulder
    Osteoporosis
    Impotence.
  *Neurologic toxicity*
    Drowsiness, sedation
    Impaired cognition (memory, concentration)
    Depression and mood changes
    Irritability, hyperactivity
    Insomnia
    Dizziness/vertigo
    Nystagmus, diplopia
    Ataxia
    Tremor, asterixis
    Dyskinesias, dystonia, myoclonus
    Dysarthria
    Headache
    Sensory neuropathy
*Idiosyncratic reactions*
    Rash
    Exfoliative dermatitis
    Erythema multiforme
    Stevens-Johnson syndrome
    Agranulocytosis
    Aplastic anemia
    Hepatic failure
    Pancreatitis
    Connective tissue disorders
    Thrombocytopenia
    Pseudolymphoma syndrome

140.6), but with the exception of rash, these are fortunately rare. For example, the risk of carbamazepine-induced agranulocytosis or aplastic anemia is about 2 per 575,000; with felbamate, the risk of aplastic anemia may be as high as 1 per 5,000. Idiosyncratic reactions are not dose related; rather they arise either from an immune-mediated reaction to the drug or from poorly defined individual factors, largely genetic, that convey an unusual sensitivity to the drug. An example of the genetic mechanism is valproate-induced fatal hepatotoxicity. Valproate, like most antiepileptic drugs, is metabolized in the liver, but several biochemical pathways are available to the drug. Clinical and experimental data indicate that one of these pathways results in a hepatotoxic compound that may accumulate and lead to microvesicular steatosis with necrosis. The extent to which this pathway is involved in biotransformation is age dependent and promoted by concurrent use of other drugs that are eliminated in the liver. Thus, most patients who have had fatal hepatotoxicity were younger than 2 years of age and treated with polytherapy (Table 140.7). In addition, most had severe epilepsy associated with mental retardation, developmental delay, or congenital brain anomalies. No hepatic deaths have occurred in persons older than 10 years of age treated with valproate alone.

No laboratory test, certainly not untargeted routine blood monitoring, identifies individuals specifically at risk for valproate hepatotoxicity or any other drug-related idiosyncratic reaction. Clinical data, however, permit identification of groups of patients at increased risk for serious adverse drug reactions, including patients with known or suspected metabolic or biochemical disorders, a history of previous drug reactions, and medical illnesses affecting hematopoesis or liver and kidney function.

## Antiepileptic Drug Pharmacology

Table 140.8 provides summary information about dose requirements, pharmacokinetic properties, and therapeutic concentration ranges for the major antiepileptic drugs available in the United States. Of patients with epilepsy, 60% to 70% achieve satisfactory control of seizures with currently available antiepileptic drugs, but fewer than 50% of adults achieve complete control without drug side effects. Many patients continue to have frequent seizures despite optimal medical therapy.

Therapy should start with a single antiepileptic drug chosen according to the type of seizure or epilepsy syndrome and then be modified, as necessary, by considerations of side effects, required dosing schedule, and cost. Phenytoin, phenobarbital, and

### TABLE 140.7. EFFECT OF AGE AND TREATMENT ON RISK OF DEVELOPING FATAL VALPROATE HEPATOTOXICITY

| Age | Monotherapy | Polytherapy |
|---|---|---|
| <2 yr | 1/7,000 | 1/500 |
| >2 yr | 1/80,000 | 1/25,000 |

Modified from Dreifuss FE, Santilli N, Langer DH, et al. *Neurology* 1987;37:379–385.

### TABLE 140.8. ANTIEPILEPTIC DRUGS: DOSAGE AND PHARMACOKINETIC DATA

| Drug | Usual adult dose 24 hr (mg) | Half-life (hr) | Usually effective plasma concentration (µg/mL) | Time to peak concentration (hr) | Bound fraction (%) |
|---|---|---|---|---|---|
| Phenytoin | 300–400 | 22 | 10–20 | 3–8 | 90–95 |
| Carbamazepine | 800–1,600 | 8–22 | 8–12 | 4–8 | 75 |
| Phenobarbital | 90–180 | 100 | 15–40 | 2–8 | 45 |
| Valproate | 1,000–3,000 | 15–20 | 50–120 | 3–8 | 80–90 |
| Ethosuximide | 750–1,500 | 60 | 40–100 | 3–7 | <5 |
| Felbamate | 2,400–3,600 | 14–23 | 20–140 | 2–6 | 25 |
| Gabapentin | 1,800–3,600 | 5–7 | >2[a] | 2–3 | <5 |
| Lamotrigine | 100–500 | 12–60[b] | 1–4[a] | 2–5 | 55 |
| Topiramate | 200–400 | 19–25[b] | 2–25[a] | 2–4 | 9–17 |
| Vigabatrin | 1,000–3,000 | 5–7 | NE | 1–4 | 5 |
| Tiagabine | 32–56 | 5–13 | NE | 1 | 95 |

[a]Not established; corresponds to usual range in patients treated with recommended dose.
[b]Highly dependent on concurrently administered drugs.
NE, not established.

gabapentin can be loaded acutely. In most cases, however, antiepileptic drugs should be started in low dosages to minimize acute toxicity and then increased according to the patient's tolerance and the drug's pharmacokinetics. The initial target dose should produce a serum concentration in the low-to-mid therapeutic range. Further increases can then be titrated according to the patient's clinical progress, which is measured mainly by seizure frequency and the occurrence of drug side effects. A drug should not be judged a failure unless seizures remain uncontrolled at the maximal tolerated dosage, regardless of the blood level.

Dosage changes generally should not be made until the effects of the drug have been observed at steady-state concentrations (a time about equal to five drug half-lives). If the first drug is ineffective, an appropriate alternative should be gradually substituted (Table 140.5). Combination treatment using two drugs should be attempted only when monotherapy with primary antiepileptic drugs fails. Combination therapy is sometimes effective, but the price of improved seizure control is often additional drug toxicity. Sometimes combination therapy with relatively nonsedating drugs (e.g., carbamazepine, lamotrigine, gabapentin, or valproate) is preferable to high-dose monotherapy with a sedating drug (e.g., phenobarbital or primidone). When used together, carbamazepine and lamotrigine result in a pharmacodynamic interaction that often produces neurotoxicity at dosages that are usually well tolerated when either drug is used alone.

Dosing intervals should usually be less than one-third to one-half the drug's half-life to minimize fluctuations between peak and trough blood concentrations. Large fluctuations can result in drug-induced side effects at peak levels and in breakthrough seizures at trough concentrations. Sometimes, however, a drug has a relatively long pharmacodynamic half-life, so that twice a day dosing is reasonable even if the pharmacokinetic half-life is short. This is typically the case with valproate, tiagabine, and, possibly, gabapentin.

Therapeutic drug monitoring has improved the care of patients with epilepsy, but published "therapeutic ranges" are only

guidelines. Most patients who achieve drug concentrations within a standard therapeutic range usually achieve adequate seizure control with minimal side effects, but notable exceptions occur. Some patients develop unacceptable side effects at "subtherapeutic" concentrations; others benefit from "toxic" concentrations without adverse effects.

Determining serum drug concentrations when seizure control has been achieved or when side effects appear can assist in future management decisions. Drug levels are also useful in documenting compliance and in assessing the magnitude and significance of known or suspected drug interactions. Therapeutic drug monitoring is an essential guide to treating neonates, infants, young children, elderly persons, and patients with diseases (e.g., liver or kidney failure) or physiologic conditions (e.g., pregnancy) that alter drug pharmacokinetics. Although the total blood concentrations that are routinely reported are satisfactory for most indications, unbound ("free") concentrations are useful when protein binding is altered, as in renal failure, pregnancy, extensive third-degree burns, and combination therapy using two or more drugs that are highly bound to serum proteins (e.g. phenytoin, valproate, tiagabine).

### Specific Drugs

*Phenytoin* is unique among antiepileptic drugs because it exhibits nonlinear elimination at therapeutically useful serum concentrations. That is, hepatic enzyme systems metabolizing phenytoin become increasingly saturated at plasma concentrations greater than 10 to 12 µg/mL and metabolic rate approaches a constant value at high concentrations. With increasing doses, phenytoin plasma concentrations rise exponentially (Fig. 140.5), so that steady-state concentration at one dose cannot be used to predict directly the steady-state concentration at a higher dose. Clinically, this requires cautious titration within the therapeutic range, using dose increments of 30 mg to avoid toxic effects.

*Carbamazepine* induces activation of the enzymes that metabolize it. The process, termed *autoinduction*, is time dependent. When carbamazepine is first introduced, the half-life ap-



**FIG. 140.5.** Phenytoin dose-concentration curves from three representative adult patients. Note the markedly nonlinear relationship in the 200- to 400-mg dose range. Careful dose titration is necessary in this portion of the curve to avoid neurotoxicity. *Km*, Michaelis-Menten constant; *Vmax*, maximum elimination rate.

proximates 30 hours. With increasing hepatic clearance in the first 3 to 4 weeks of therapy, however, the half-life shortens to 11 to 20 hours. As a result, the starting dose should be low, the dosage should be increased gradually, and dosing should be frequent (three or four times daily). Recently introduced extended-release formulations now permit twice a day administration. The principal metabolite is carbamazepine-10,11-epoxide, which is pharmacologically active. Under certain circumstances (e.g., when coadministered with valproate or felbamate), the epoxide metabolite accumulates selectively, thereby producing neurotoxic effects even though the plasma concentration of the parent drug is in the therapeutic range or low.

*Valproate* is highly bound to plasma proteins, but the binding is concentration dependent and nonlinear. The unbound fraction increases at plasma concentrations greater than 75 $\mu$g/mL because protein binding sites become saturated. For example, doubling the plasma concentration from 75 to 150 $\mu$g/mL, can result in a more than sixfold rise in concentration of free drug (from 6.5 to 45 $\mu$g/mL). Therefore, as the dose of valproate is increased, side effects may worsen rapidly because of the increasing proportion of unbound drug. Furthermore, adverse effects may vary in the course of a single day or from day to day, because concentrations of unbound drug fluctuate despite seemingly small changes in total blood levels. Additionally, circulating fatty acids displace valproate from protein binding sites. If fatty acid levels are high, the amount of unbound valproate increases. Lamotrigine and felbamate prolong valproates half-life; reduced dosage is typically necessary when these drugs are added.

*Gabapentin* requires an intestinal amino acid transport system for absorption. Because the transporter is saturable, the percentage of drug that is absorbed after an oral dose decreases with increasing dosage. More frequent dosing schedules using smaller amounts may therefore be necessary to increase blood levels. When dosages above 3,600 mg/day are used, blood levels can be helpful in demonstrating that an increase in dosage is reflected in an increased serum concentration. Gabapentin does not interact

to any clinically significant degree with any other drugs, which makes it especially useful when antiepileptic drug polytherapy is necessary and in patients with medical illnesses that also require drug treatment. It is not metabolized in the liver, but as it is excreted unchanged by the kidneys, dose adjustment is required in patients with renal failure.

*Lamotrigine* is very sensitive to coadministration of other antiepileptic drugs. Enzyme-inducing agents, such as phenytoin and carbamazepine, decrease lamotrigine's half-life from 24 to 16 hours (or less). In contrast, enzyme inhibition by valproate increases lamotrigine's half-life to 60 hours. Therefore, lamotrigine dosing depends very much on whether it is used as monotherapy or in combination with other antiepileptic drugs. Lamotrigine has little or no effect on other classes of drugs. Rash occurs in about 10% of patients; it is more common in children and rarely leads to Stevens-Johnson syndrome. The incidence of rash can be minimized by slow titration schedules.

*Topiramate* is also affected by coadministered antiepileptic drugs. Carbamazepine, phenytoin, and phenobarbital shorten topiramates half-life, but valproate has little effect. Topiramate does not affect most other drugs, although phenytoin blood levels may increase by 25%. Adverse cognitive effects frequently limit dosage, especially word-finding difficulties and memory impairment. These are usually dose dependent and can be minimized with slow titration schedules. Doses above 400 mg/day do not usually lead to better seizure control but are associated with an increasing incidence of side effects.

*Tiagabine* is highly bound to serum proteins and will therefore displace other drugs (e.g., phenytoin, valproate) that are also protein bound. Other drugs do not affect tiagabine's metabolism significantly. Gastrointestinal side effects usually limit the rate at which the dosage may be increased.

*Felbamate* has a much higher risk of serious adverse reactions, including aplastic anemia and hepatic failure, than other antiepileptic drugs. For this reason, its use is currently restricted to patients who are refractory to other agents and in whom the

risk of continued seizures outweighs the risk of side effects. Use of felbamate is also limited by other common but less serious adverse effects, including anorexia, weight loss, insomnia, and nausea, and by numerous complex drug interactions. Nonetheless, felbamate remains useful in cases of severe epilepsy such as Lennox-Gastaut syndrome.

Gender-based differences in antiepileptic drug pharmacokinetics, sex steroid hormones, and reproductive life events raise special issues for women with epilepsy. The management of pregnancy in the woman with epilepsy is discussed in detail in Chapter 156. This section focuses on the effects of reproductive hormones on seizures and on the effects of seizures and antiepileptic drugs on reproductive health.

Although the prevalence of epilepsy is not higher in women, epilepsy in women may be specially affected by changes in reproductive steroids. Estrogen is a proconvulsant drug in animal models of epilepsy, whereas progesterone and its metabolites have anticonvulsant effects. Ovarian steroid hormones act at the neuronal membrane and on the genome to produce immediate and long-lasting effects on excitability. Estrogen reduces GABA-mediated inhibition, whereas progesterone enhances GABA effects. Estrogen also potentiates the action of excitatory neurotransmitters in some brain regions and increases the number of excitatory synapses. These dynamic and significant changes in neuronal excitability are observed with changes in estrogen and progesterone concentrations similar to those observed in the human menstrual cycle.

Approximately one-third of women with epilepsy report patterns of seizure occurrence that relate to phases of the menstrual cycle (*catamenial seizures*). Women with catamenial seizures indicate that seizures are more frequent, or more severe, just before menstruation and during the time of menstrual flow. In some women, seizures also increase at ovulation. These are times in the menstrual cycle when estrogen levels are relatively high and progesterone concentration is relatively low. Several small clinical trials have described benefit from chronic progesterone therapy in women with catamenial seizure patterns. Changes in seizures related to puberty and menopause are not well understood.

The pharmacokinetics of some antiepileptic drugs can complicate epilepsy management in women. Antiepileptic drugs that induce activity of the cytochrome P450 enzyme system (carbamazepine, phenytoin, phenobarbital, primidone, and, to a lesser extent, topiramate) interfere with the effectiveness of estrogen-based hormonal contraception. In women taking these drugs, the metabolism and binding of contraceptive steroids is enhanced, thus reducing the biologically active fraction of steroid hormone. The failure rate of oral contraceptive pills exceeds 6% per year in women taking enzyme-inducing antiepileptic drugs, in contrast to a failure rate of less that 1% per year in medication-compliant women without epilepsy. Women motivated to avoid pregnancy should consider using a contraceptive preparation containing 50 $\mu$g or more of an estrogenic compound or using an additional barrier method of contraception. Alternatively, they should discuss with their physician the possibility of selecting an antiepileptic drug that does not alter steroid metabolism or binding.

Reproductive health may be compromised in both women and men with epilepsy. Fertility rates for men and women with epilepsy are one-third to two-thirds those of men and women without epilepsy. Lower birth rates cannot be explained on the basis of lower marriage rates, because marriage rates for women with epilepsy are now similar to those of nonepileptic women. Reduced fertility appears to be the direct result of a disturbance in reproductive physiology.

Men and women with epilepsy show a higher than expected frequency of reproductive endocrine disturbances. These include abnormalities both in the cyclic release and concentration of pituitary luteinizing hormone and prolactin and in the concentration of gonadal steroid hormones. Some of these abnormalities are likely to be a consequence of seizure activity. Seizures involving mesial temporal lobe structures are associated with an immediate and significant (three- to fivefold) increase in pituitary prolactin levels. Similar disturbances have been reported with pituitary luteinizing hormone. Changes in these pituitary hormones may be one mechanism for the increased likelihood of anovulatory menstrual cycles and abnormalities in length of the menstrual cycle that are seen in about one-third of women with epilepsy. Antiepileptic drugs can also alter concentrations of gonadal steroids by affecting steroid hormone metabolism and binding. Antiepileptic drugs that increase steroid metabolism and binding reduce steroid hormone feedback at the hypothalamus and pituitary. Antiepileptic drugs that inhibit steroid metabolism (e.g., valproate) increase concentrations of steroid hormones, particularly androgens.

Polycystic ovaries are more common in women with epilepsy: Multiple ovarian cysts are detected in 25% to 40% of women with epilepsy. The basis of this association is not known but may be related to antiepileptic drugs (especially valproate) or to seizures. In nonepileptic women, polycystic ovaries are associated with infertility, carbohydrate intolerance (insulin resistance), dyslipidemia, and elevated lifetime risk for endometrial carcinoma and other gynecologic malignancies. The long-term consequences of polycystic ovaries in women with epilepsy are unknown.

Sexual dysfunction affects about one-third of men and women with epilepsy. Men report low sexual desire, difficulty achieving or maintaining an erection, or delayed ejaculation. Women with epilepsy can experience painful intercourse because of vaginismus and lack of lubrication. Although there are certainly psychosocial reasons for sexual dysfunction in some people with epilepsy, physiologic causes are demonstrable in others. Physiologic causes of sexual dysfunction include disruption of brain regions controlling sexual behavior by epileptogenic discharges, abnormalities of pituitary and gonadal hormones, and side effects of antiepileptic drugs.

Women with epilepsy who have difficulty conceiving, irregular or abnormal menstrual cycles, midcycle menstrual bleeding, sexual dysfunction, obesity, or hirsutism should undergo a reproductive endocrine evaluation. This includes pituitary luteinizing hormone and prolactin levels, estrogen, testosterone and progesterone levels, and ovarian ultrasound examination. Men with sexual dysfunction or difficulty conceiving should also have an endocrine evaluation and semen analysis. All the reproductive disorders seen in people with epilepsy are potentially treatable.

## Discontinuing Antiepileptic Drugs

Epidemiologic studies indicate that 60% to 70% of patients with epilepsy become free of seizures for at least 5 years within 10

years of diagnosis. Similarly, prospective clinical trials of treated patients whose seizures were in remission for 2 years or more showed that a nearly identical percentage of patients remained seizure free after drug withdrawal. These studies also identified predictors that permit patients to be classified as being at low or high risk for seizure relapse after drug therapy ends. The risk of relapse was high if patients required more than one antiepileptic drug to control seizures, if seizure control was difficult to establish, if the patient had a history of generalized tonic-clonic seizures, and if the EEG was significantly abnormal when drug withdrawal was considered. Continued freedom from seizures is favored by longer seizure-free intervals (up to 4 years) before drug withdrawal is attempted, few seizures before remission, monotherapy, normal EEG and examination, and no difficulty establishing seizure control.

All benign epilepsy syndromes of childhood carry an excellent prognosis for permanent drug-free remission. In contrast, juvenile myoclonic epilepsy has a high rate of relapse when drugs are discontinued, even in patients who have been seizure free for years. The prognosis for most other epilepsy syndromes is largely unknown.

Discontinuing antiepileptic drug therapy in appropriate patients is reasonable when they have been seizure free for at least 2 years. The most powerful argument for stopping antiepileptic drugs is concern about long-term systemic and neurologic toxicity, which may be insidious and not apparent for many years after a drug has been introduced. On the other hand, however, is the concern of the patient or family about seizure recurrence. Even a single seizure can have disastrous psychosocial and vocational consequences, particularly in adults. Therefore, the decision to withdraw drugs must be weighed carefully in the light of individual circumstances. If a decision is made to discontinue antiepileptic drugs, we favor slow withdrawal, over 3 to 6 months, but this recommendation is controversial because few studies have been conducted of different withdrawal rates.

## SURGICAL TREATMENT

Surgery should be considered when seizures are uncontrolled by optimal medical management and when they disrupt the quality of life. Quantifying these issues, however, has defied strict definition, perhaps deservedly, because intractability is clearly more than continued seizures. Only patients know how their lives differ from what they would like them to be; the concept of *disability* includes both physical and psychologic components. Some patients with refractory seizures suffer little disability; others, for whatever reason, find their lives severely compromised by infrequent attacks. Still others have had their seizures completely cured by surgery but are still disabled and incapable of functioning productively. The determination of which patients are "medically refractory" and which are "satisfactorily controlled" can always be argued in the abstract. Fortunately, there is usually general agreement in practice about which patients should be referred for surgical evaluation.

Few patients benefit from further attempts at medical treatment if seizures have not been controlled after two trials of high-dose monotherapy using two appropriate drugs and one trial of combination therapy. These therapeutic efforts can be accomplished within 1 to 2 years; the detrimental effects of continued seizures or drug toxicity warrant referral to a specialized center after that time.

There are few blanket contraindications to epilepsy surgery today, although patients with severe concurrent medical illness and progressive neurologic syndromes are usually excluded. Some centers prefer not to operate on patients with psychosis or other serious psychiatric disorder, those older than 50, and those with an IQ of less than 70. Patients in these categories, however, must be considered individually. Many patients who undergo corpus callosum section for atonic seizures associated with Lennox-Gastaut syndrome have an IQ under 70. Although surgery for epilepsy is increasingly performed in children, functional resections in infancy remain controversial for several reasons: the uncertain natural history of seizures in many of these patients; the unknown effects of surgery on the immature brain; and the lack of data about long-term neurologic, behavioral, and psychologic outcomes.

Because of technical advances in imaging and electrophysiologic monitoring, epilepsy surgery is no longer automatically contraindicated in patients with multifocal interictal epileptiform abnormalities or even foci near language or other eloquent cortical areas.

### Resective Procedures

Focal brain resection is the most common type of epilepsy surgery. Resection is appropriate if seizures begin in an identifiable and restricted cortical area, if the surgical excision will encompass all or most of the epileptogenic tissue, and if the resection will not impair neurologic function. These criteria are met most often by patients with temporal lobe epilepsy, but extratemporal resections are increasingly common.

#### Anterior Temporal Lobe Resection

This resective procedure is the most common, but the operation varies in what is considered "standard," especially with regard to how much lateral neocortical and mesial limbic structures are removed. At our institution, most patients with unilateral temporal foci undergo Spencer's (1991) anteromedial temporal lobe resection, which includes removal of the anterior middle and inferior temporal gyri, parahippocampal gyrus, 3.5 to 4 cm of hippocampus, and a variable amount of amygdala. For nondominant foci, this approach is slightly modified to include the anterior superior temporal gyrus as well. Patients with medial temporal lobe epilepsy associated with hippocampal sclerosis are ideal candidates for anterior temporal lobe resection, because over 80% will become seizure free with the remainder having substantial improvement.

#### Lesionectomy

Well-circumscribed epileptogenic structural lesions (cavernous malformations, hamartomas, gangliogliomas, and other encapsulated tumors) can be removed by stereotactic microsurgery. The extent to which tissue margins surrounding the lesion are included in the resection depends on how the margins are defined

BAZIL 0000056

(radiologic, visual, electrophysiologic, or histologic inspection) and the surgeon's preference. Seizures are controlled by this method in 50% to 60% of patients. A lesion involving the cerebral cortex should always be considered the source of a patient's seizures unless compelling EEG evidence suggests otherwise.

### Nonlesional Cortical Resections

When a lesion cannot be visualized by MRI, it is difficult to demonstrate a restricted ictal onset zone outside the anterior temporal lobe. This situation almost always requires placement of intracranial electrodes to map the extent of epileptogenic tissue and to determine its relation to functional brain areas. Outcome after nonlesional cortical resections is not as good as with anterior temporal lobectomy or lesionectomy, mainly because the boundaries of epileptogenic cortical areas often cannot be delineated precisely, and removal of all the epileptogenic tissue often is not possible.

### Corpus Callosotomy

Section of the corpus callosum disconnects the two hemispheres and is indicated for treatment of patients with uncontrolled atonic or tonic seizures in the absence of an identifiable focus suitable for resection. Most patients referred for corpus callosotomy have severe and frequent seizures of multiple types, usually with mental retardation and a severely abnormal EEG (the Lennox-Gastaut syndrome).

Unlike resective surgery, corpus callosotomy is palliative, not curative. Nonetheless, it can be strikingly effective for generalized seizures, with 80% of patients experiencing complete or nearly complete cessation of atonic, tonic, and tonic-clonic attacks. This outcome is often remarkably beneficial because it eliminates falls and the associated self-injury. The effect on partial seizures, however, is inconsistent and unpredictable. Complex partial seizures are reduced or eliminated in about half the patients, but simple or complex partial seizures are exacerbated in about 25%. Therefore, refractory partial seizures alone are not an indication for corpus callosotomy. Similarly, absence, atypical absence, and myoclonic seizures either do not benefit or show an inconsistent response.

### Hemispherectomy

Removal or disconnection of large cortical areas from one side of the brain is indicated when the epileptogenic lesion involves most or all of one hemisphere. Because hemispherectomy guarantees permanent hemiplegia, hemisensory loss, and usually

hemianopia, it can be considered only in children with a unilateral structural lesion that has already resulted in those abnormalities and who have refractory unilateral seizures. Examples of conditions suitable for hemispherectomy include infantile hemiplegia syndromes, Sturge-Weber disease, Rasmussen syndrome, and severe unilateral developmental anomalies, such as hemimegalencephaly. In appropriate patients, the results are dramatic. Seizures cease, behavior improves, and development accelerates (Table 140.9).

### Preoperative Evaluation

The objective in evaluating patients for focal resection is to demonstrate that all seizures originate in a limited cortical area that can be removed safely. This determination requires more extensive evaluation than is necessary in the routine management of patients with epilepsy. The different tests used provide complementary information about normal and epileptic brain functions.

CCTV/EEG monitoring is necessary to record a representative sample of the patient's typical seizures to confirm the diagnosis and classification and also to localize the cortical area involved in ictal onset. Volumetric or other special MRI techniques may demonstrate unilateral hippocampal atrophy or other anatomic abnormalities that may be epileptogenic. Positron emission tomography and ictal single-photon emission CT are useful to demonstrate focal abnormalities in glucose metabolism or cerebral blood flow that correspond to the epileptogenic brain region. Neuropsychologic testing is useful in demonstrating focal cognitive dysfunction, especially language and memory. Intracarotid injection of amobarbital (the *Wada test*) to determine hemispheric dominance for language and memory competence is generally considered necessary before temporal lobectomy, but the implications of a failed test are uncertain.

Intracranial electrodes are necessary if noninvasive methods do not unequivocally localize the epileptogenic area or if different noninvasive tests give conflicting results. Intracranial electrode placement is also necessary when vital brain functions (language, motor cortex) must be mapped in relation to the planned resection.

### Vagal Nerve Stimulation

Vagal nerve stimulation is a novel nonpharmacologic treatment for medically refractory partial seizures. Like corpus callosotomy, vagal nerve stimulation is a palliative procedure, because very few patients become seizure free. Vagal nerve stimulation is delivered via a stimulating lead attached to the left vagus nerve. The stimulus generator is implanted in the upper left chest. The device is

### TABLE 140.9. OUTCOME AFTER EPILEPSY SURGICAL PROCEDURES

| Procedure | Seizure free (%) | Improved (%) | Not improved (%) |
|---|---|---|---|
| Anterior temporal lobectomy (n = 3,579) | 68.8 | 22.2 | 9.0 |
| Lesionectomy (n = 293) | 66.6 | 21.5 | 11.9 |
| Nonlesional extratemporal neocortical resection (n = 805) | 45.1 | 35.2 | 19.8 |
| Hemispherectomy (n = 190) | 67.4 | 21.1 | 11.6 |
| Corpus callosum section (n = 563) | 7.6 | 60.9 | 31.4 |

Modified from Engel J Jr. *Surgical treatment of the epilepsies,* 2nd ed. New York: Raven Press, 1993.

usually programmed to give a 3-second electrical pulse every 5 minutes, although stimulus parameters can be adjusted to the requirements of an individual patient. In patients with aura, a magnetic wand can be used to deliver vagal nerve stimulation on demand, which may abort seizure progression. About 30% to 35% of patients have at least a 50% reduction in seizure frequency, which compares favorably with the efficacy of new antiepileptic drugs. Chronic adverse effects include hoarseness and difficulty swallowing, both of which increase at the time of stimulation.

## REPRODUCTIVE HEALTH ISSUES

### Status Epilepticus

Convulsive status epilepticus is a medical emergency, and failure to treat the condition in a timely and appropriate manner can result in serious systemic and neurologic morbidity. At least 65,000 cases of status epilepticus occur each year in the United States. It is diagnosed if seizures last longer than 10 minutes or if two or more seizures occur in close succession without recovery of consciousness.

Status epilepticus may be either *convulsive* or *nonconvulsive*. The most life-threatening pattern, and that requiring the most urgent treatment, is convulsive status epilepticus, which, like seizures and epileptic syndromes, may be a manifestation either of idiopathic (i.e., nonfocal) epilepsy or secondary to spread from a localized epileptogenic brain region. Nonconvulsive status epilepticus occurs as a kind of twilight confusional state and is caused by either continuing generalized absence seizures or complex partial seizures.

Status epilepticus is most frequent in infants and young children and in elderly persons, but it occurs at all ages. More than 50% of those affected do not have a history of epilepsy. In about 10% of patients with epilepsy, status epilepticus is the first manifestation, and about 15% of patients with epilepsy have had one or more episodes of status at some time.

In two-thirds of cases of status epilepticus, an acute cause or precipitating factor, such as systemic metabolic derangement, alcohol or other drug abuse, hypoxia, head trauma, infection, or a cerebral lesion, such as a stroke or tumor, can be identified. Therefore, part of the emergency evaluation of patients in status is determining the probable cause (Table 140.10).

### Convulsive Status Epilepticus

Convulsive status epilepticus generates metabolic and physiologic stresses that contribute to permanent brain damage, including hyperthermia, hypoxia, lactic acidosis, hypoglycemia, and hypotension. Plasma catecholamine levels are acutely elevated during the attack and may trigger fatal cardiac arrhythmias. Death usually results from the underlying condition rather than from the status epilepticus itself. Nonetheless, death from status epilepticus per se occurs in 2% to 3% of children and in 7% to 10% of adults.

The goals of treatment are to eliminate all seizure activity and to identify and treat any underlying medical or neurologic disorder. Initial management is that of any comatose patient: to ensure airway and oxygenation, to access circulation and maintain

### TABLE 140.10. CAUSES OF STATUS EPILEPTICUS

| Diagnosis | Children (%) | Adults (%) |
|---|---|---|
| Stroke | 3 | 25 |
| Drug change/noncompliance | 20 | 20 |
| Alcohol/other drugs | 2 | 15 |
| Central nervous system infection | 5 | 10 |
| Hypoxia | 5 | 10 |
| Metabolic | 10 | 10 |
| Tumor | <1 | 5 |
| Trauma | 3.5 | 5 |
| Fever/infection | 35 | 2 |
| Congenital | 10 | <1 |

Modified from Hauser WA. *Neurology* 1990;40[Suppl 2]:9–13; and DeLorenzo RJ, Towne AR, Pellock JM, et al. *Epilepsia* 1992;33[Suppl 4]:S15–S25.

blood pressure, and to monitor cardiac function (Table 140.11). Blood should be obtained for antiepileptic drug levels, blood count, and routine chemistries. Brain imaging should be done in all adult patients with status epilepticus and in all children with nonfebrile status epilepticus. Patients should be in stable condition, and CT is usually sufficient to exclude an acute brain lesion. MRI should be obtained later if the CT was normal. Lumbar puncture should be performed in any febrile patient, even if

### TABLE 140.11. PROTOCOL AND TIMETABLE FOR TREATING STATUS EPILEPTICUS IN ADULTS AT THE NEUROLOGICAL INSTITUTE OF NEW YORK, COLUMBIA-PRESBYTERIAN MEDICAL CENTER

| Time (min) | Action |
|---|---|
| 0–5 | Diagnose; give $O_2$; ABCs; obtain i.v. access; begin ECG monitoring; draw blood for chem-7, Mg, Ca, CBC, AED levels, ABG; toxicology screen |
| 6–10 | Thiamine 100 mg i.v.; 50 mL of D50 i.v. unless adequate glucose level known<br>Lorazepam (Ativan) 4 mg i.v. over 2 min; repeat once in 8–10 min p.r.n.<br>Or<br>Diazepam (Valium) 10 mg i.v. over 2 min; repeat once in 3–5 min.p.r.n. |
| 10–20 | If status persists or if it was stopped with diazepam, immediately begin fosphenytoin (Cerebyx) 20 mg/kg i.v. at 150 mg/min, with blood pressure and ECG monitoring |
| 20–30 | If status persists, give additional 5 mg/kg fosphenytoin two times (total 30 mg/kg) |
| 30+ | If status persists, intubate and give one of the following (in order of our preference), preferably with EEG monitoring:<br>1. Phenobarbital 20 mg/kg i.v. at 50–100 mg/min. Additional 5-mg/kg boluses can be given as needed; or<br>2. Midazolam continuous infusion, 0.2 mg/kg slow bolus, then 0.1–2.0 mg/kg/hr; or<br>3. Propofol continuous infusion, 1–5 mg/kg bolus over 5 min, then 2–4 mg/kg/hr |

ABCs, airway, blood pressure, cardiac function; ECG, electrocardiogram; CBC, complete blood count; AED, antiepileptic drug; ABG, arterial blood gas; D50, 50% dextrose in water; EEG, electroencephalogram.
From Dodson et al. (1993), Lowenstein and Alldredge (1998), and Treiman et al. (1998).

BAZIL 0000058

signs of meningitis are not present. If brain infection is strongly suspected, the need for lumbar puncture is urgent, and the procedure should be carried out immediately. If signs of increased intracranial pressure are apparent or if a mass lesion is suspected, antibiotics should be given immediately and a CT obtained first.

If the history is at all uncertain, glucose should be given, preceded by thiamine in adults. Although several antiepileptic drug regimens are effective for treating status epilepticus, we begin with lorazepam, 0.1 mg/kg, or diazepam, 0.2 mg/kg, followed immediately by phenytoin (or fosphenytoin), 20 mg/kg. If there is no response, additional phenytoin (or fosphenytoin), 5 mg/kg, should be administered. If status persists, the patient should be intubated and anesthetized with pentobarbital or midazolam with EEG monitoring to ensure complete suppression of all electrical ictal activity.

Fosphenytoin is a phosphate ester prodrug of phenytoin. Unlike intravenous phenytoin, fosphenytoin is compatible with all intravenous solutions in common use. Because it is much less alkaline, it causes only minimal local irritation and can be infused at much faster rates than phenytoin. After entering the blood, fosphenytoin is converted rapidly to phenytoin by phosphatases in the liver and red blood cells. Fosphenytoins pharmacologic properties are identical to those of phenytoin and is dosed in phenytoin equivalents. Unique side effects are paresthesias in the low back and groin, probably due to the phosphate load.

After the patient has been stabilized and seizures controlled, a rigorous search for an underlying condition should be instituted.

## Nonconvulsive Status Epilepticus

This condition is difficult to diagnose clinically and is frequently unrecognized. Patients are most often middle-aged or elderly and usually have no past history of seizures. Onset is generally abrupt, and all patients show altered mentation and behavioral changes that typically last for days to weeks. Patients in nonconvulsive status are characteristically alert (although dull), and the absence of stupor or coma contributes to misdiagnosis. A psychiatric diagnosis is often the first consideration if the condition presents as bizarre behavior and change in affect, often with hallucinations, paranoia, or catatonia. When memory loss, disorientation, and mood changes predominate, diagnostic possibilities include dementia, stroke, or metabolic/toxic encephalopathy.

Once the suspicion of nonconvulsive status epilepticus has been raised, diagnosis depends on demonstrating ictal patterns in the EEG while the patient is symptomatic. Most patients show continuous or nearly continuous 1- to 2.5-Hz generalized spike-wave ("atypical spike-wave") activity. In these cases, status epilepticus is presumed to be a manifestation of generalized-onset epilepsy akin to absence status epilepticus in children. Occasionally, the EEG ictal activity is localized, usually to the frontal or temporal lobes, thus indicating that in these patients the nonconvulsive status is a form of continuous partial seizure activity.

Diagnosis of nonconvulsive status epilepticus is confirmed by the response to intravenous diazepam (5 to 10 mg) or lorazepam (1 to 2 mg): Epileptiform EEG abnormalities disappear, and the patient's mental state reverts to normal. Long-term seizure control is achieved using valproate, phenytoin, or carbamazepine.

Laboratory studies are usually normal, but occasionally they identify a cause for the nonconvulsive status epilepticus, such as

nonketotic hyperglycemia, electrolyte imbalance, drug toxicity (e.g., lithium), or a focal cerebral lesion (e.g., frontal lobe infarction).

## GENE DEFECTS IN EPILEPSY

Genetic factors have been implicated strongly in several epilepsy syndromes, and twin studies have confirmed important genetic determinants in both localization-related and generalized types of seizure disorders. Hereditary aspects are easiest to discern in childhood absence epilepsy, juvenile myoclonic epilepsy, benign rolandic epilepsy, and idiopathic grand mal seizures. However, genetic epidemiologic studies have demonstrated clearly that complex polygenic susceptibilities exist in both the idiopathic and symptomatic epilepsies. Thus, a major challenge facing investigators today is to clarify how different genes alter an individual's susceptibility to seizures and epilepsy in the presence of acquired brain pathology or as a reaction to acute or subacute cerebral dysfunction. This is no easy task, however, because the number of genes that encode molecules that regulate cortical excitability directly through membrane and synaptic functions and the second messenger cascades that indirectly regulate membrane proteins involved in signal transduction is very large.

These considerations imply a continuum between idiopathic and symptomatic epilepsies, with the development of epilepsy deriving from the complex interrelation of genetic factors and brain pathology. In any given patient, therefore, the relative contribution of genetic or acquired pathologic factors determines whether the epilepsy presents clinically as an idiopathic disorder or a symptomatic one.

Linkage studies have identified specific gene loci for several human epilepsies (Table 140.12). Genes have been identified for three autosomal recessive progressive myoclonic epilepsies (Unverricht-Lundborg disease, Lafora disease, and the form of neuronal ceroid lipofuchsinosis known as Batten's disease), an autosomal dominant idiopathic generalized epilepsy (benign familial neonatal seizures), an autosomal dominant form of febrile seizures, and one type of idiopathic partial epilepsy (autosomal dominant nocturnal frontal lobe epilepsy). The defective gene in Unverricht-Lundborg disease encodes cystatin B, a ubiquitous inhibitor of cysteine protease, a lysosomal enzyme that cannot, at the present time, be related easily to any known epileptogenic mechanism, although programmed neuronal cell death may be involved. An abnormal potassium-channel gene results in the syndrome of benign familial neonatal seizures, and an abnormal sodium channel gene leads to an autosomal dominant form of febrile seizures. Some, but not all, families with autosomal dominant frontal lobe epilepsy have an abnormality in the gene for the $\alpha$ 4-subunit of the neuronal nicotinic acetylcholine receptor. A point mutation in mitochondrial DNA results in myoclonic epilepsy with ragged red fibers (MERRF).

## PSYCHOSOCIAL AND PSYCHIATRIC ISSUES

The impact of epilepsy on the quality of life is usually greater than the limitations imposed by the seizures alone. The diagnosis of epilepsy frequently carries other consequences that can


**TABLE 140.12. HUMAN EPILEPSY GENES AND GENE DEFECTS**

| Syndrome | Chromosome/gene location | Gene product |
|---|---|---|
| Unverricht-Lundborg disease | 21q22 | Cystatin B |
| Nocturnal frontal lobe epilepsy | 20q13 | $\alpha$-4-nicotinic Ach receptor |
| Benign familial infantile convulsions | 20q13 and 8q24 | Voltage-gated $K^+$ channel |
| Batten's disease | 16 | CLN3 gene: 1.02 kb deletion (loss of function?) |
| Autosomal dominant febrile seizures | 19q | Voltage-gated $Na^+$ channel |
| Tuberous sclerosis (TSC2) | 16 | rasGAP-like signaling molecule |
| Lafora's disease | 6q24 | Laforin (protein tyrosine phosphate) |

greatly alter the lives of many patients. For adults, the most important problems are discrimination at work and driving restrictions, which lead to loss of mobility and independence. Children and adults alike may be shunned by uninformed friends. Patients must learn to avoid situations that precipitate seizures, and a change in lifestyle may be necessary. Common factors that increase the likelihood of seizure occurrence include sleep deprivation, alcohol (and other drugs), and emotional stress (Table 140.13). Compliance with antiepileptic drug treatment is often an issue, especially with adolescents. Psychiatric symptoms, especially depression, may complicate management.

Some restrictions are medically appropriate, at least for limited times. For example, when seizures impair consciousness or judgment, driving and certain kinds of employment (working at exposed heights or with power equipment) and a few other activities (swimming alone) should be interdicted. On the other hand, legal prohibitions on driving vary in different states in the United States and in different countries and are often not medically justified. Employers frequently have unrealistic fears about the physical effects of a seizure, the potential for liability, and the impact on insurance costs. In fact, the Americans with Disabilities Act prohibits denying employment to persons with disability if the disability does not prevent them from meeting job requirements.

Children have special problems because their seizures affect the entire family. Parents may, with the best of intentions, handicap the child by being overly restrictive. The necessary and special attention received by the "sick" child may encourage passive manipulative behavior and overdependence while unintentionally exacerbating normal sibling rivalries.

**TABLE 140.13. FACTORS THAT LOWER THE SEIZURE THRESHOLD**

| Common | Occasional |
|---|---|
| Sleep deprivation | Barbiturate withdrawal |
| Alcohol withdrawal | Hyperventilation |
| Stress | Flashing lights |
| Dehydration | Diet and missed meals |
| Drugs and drug interactions | Specific "reflex" triggers |
| Systemic infection | |
| Trauma | |
| Malnutrition | |

The physician must be sensitive to these important quality of life concerns, even when they are not raised spontaneously by the patient or family. In fact, psychosocial issues often become the major focus of follow-up visits after the diagnosis has been made, the initial evaluation completed, and treatment started. We cannot emphasize too much the physician's responsibility to educate society to counter misperceptions and prejudices and to separate myth from medical fact. The Epilepsy Foundation (Landover, Maryland; 1-800-EFA-1000; www.efa.org) and its nationwide system of affiliates have a wealth of materials about epilepsy suitable for patient, family, and public education.

## Compliance

The most common cause of breakthrough seizures is noncompliance with the prescribed therapeutic regimen. Only about 70% of patients take antiepileptic medications as prescribed. For phenytoin or carbamazepine, noncompliance can be inferred when sequential blood levels vary by more than 20%, assuming similarly timed samples and unchanged dosage. Persistently low antiepileptic drug levels in the face of increasing dosage also generally imply poor compliance. Caution is warranted with phenytoin, however, because as many as 20% of patients have low levels as a result of poor absorption or rapid metabolism.

Noncompliance is especially common in adolescents and elderly persons, when seizures are infrequent or not perceived as disabling, when antiepileptic drugs must be taken several times each day, and when toxic effects persist. Compliance can be improved by patient education, by simplifying drug regimens, and by tailoring dosing schedules to the patient's daily routines. Pill box devices that alert the patient to scheduled doses can be useful.

## Depression and Psychosis

In referral centers, depression and suicide are more common in patients with epilepsy than in patients with other neurologic disorders or in disease-free control subjects. Whether this predilection is true for the epilepsy population at large is not known because few community-based population studies have been conducted. Depression in epilepsy may be influenced by several factors: the type or severity of the seizures, the location of the epileptogenic focus, associated neurologic or medical conditions,

BAZIL 0000060

the antiepileptic drugs used, and by the personal stigma and limitations that accompany the diagnosis. Curiously, depression sometimes follows successful epilepsy surgery.

Treatment of depression begins with optimal treatment of the seizure disorder. Barbiturate and succinimide drugs may adversely affect mood, inducing symptoms that mimic endogenous depression. Although tricyclic antidepressants reduce the seizure threshold in experimental models of epilepsy, this is not a practical concern because they only rarely trigger seizures or increase seizure frequency in humans. Monoamine oxidase inhibitors neither induce seizures nor increase seizure frequency. Modern electroconvulsive therapy does not worsen epilepsy. We have used both sertraline and fluoxetine without exacerbating seizures.

The relation between psychosis and epilepsy is controversial. No convincing evidence shows that interictal psychosis is a manifestation of epilepsy, but some demographic features are overrepresented in patients with epilepsy.

Phenothiazines, butyrophenones, and clozapine lower seizure threshold in experimental animals and occasionally seem to induce seizures in nonepileptic patients. Most occurrences have been associated with high drug doses or a rapid increase in dose. With the possible exception of clozapine, however, little evidence supports the notion that reasonable and conservative use of antipsychotic medications increases seizure frequency in patients with epilepsy.

Interictal aggressive behavior is not more common in people with epilepsy. Directed aggression during seizures occurs in less than 0.02% of patients with severe epilepsy; it is almost certainly less common in the general epilepsy population. Undirected pushing or resistance occasionally occurs postictally when attempts are made to restrain confused patients.

Postictal psychosis is a limited period of psychosis that follows a flurry of seizures, usually after an interval of appropriate behavior. This uncommon condition does not lead to chronic psychosis.

## SUGGESTED READINGS

American EEG Society. Guidelines for long-term neurodiagnostic monitoring in epilepsy. *J Clin Neurophysiol* 1994;11:88–110.

Annegers JF, Hauser WA, Coan SP, Rocca WA. A population-based study of seizures after traumatic brain injuries. *N Engl J Med* 1998;338:20–24.

Bazil CW, Pedley TA. Advances in the medical treatment of epilepsy. *Annu Rev Med* 1998;49:135–162.

Berg AT, Shinnar S. The risk of seizure recurrence following a first unprovoked seizure: a quantitative review. *Neurology* 1991;41:965–972.

Berkovic SF, Scheffer IE. Epilepsies with single gene inheritance. *Brain Dev* 1997;19:13–18.

Brodie MJ, Dichter MA. Antiepileptic drugs. *N Engl J Med* 1996;334:168–175.

Cascino GD, Jack CR, Parisi JE, et al. Magnetic resonance imaging-based volume studies in temporal lobe epilepsy: pathological correlations. *Ann Neurol* 1991;30:31–36.

Cendes F, Cramanos Z, Andermann F, Dubeau F, Arnold DL. Proton magnetic resonance spectroscopic imaging and magnetic resonance imaging volumetry in the lateralization of temporal lobe epilepsy: a series of 100 patients. *Ann Neurol* 1997;42:737–746.

Delgado-Escueta AV, Mattson RH, King L, et al. The nature of aggression during epileptic seizures. *N Engl J Med* 1981;305:711–716.

DeLorenzo RJ, Pellock JM, Towne AR, Boggs JG. Epidemiology of status epilepticus. *J Clin Neurophysiol* 1995;12:316–325.

Devinsky O. *A guide to understanding and living with epilepsy.* Philadelphia: FA Davis, 1994.

Dodson WE, DeLorenzo RJ, Pedley TA, et al. Treatment of convulsive status epilepticus: recommendations of the Epilepsy Foundation of America's working group on status epilepticus. *JAMA* 1993;270:854–859.

Dreifuss FE, Rosman NP, Cloyd JC, et al. A comparison of rectal diazepam gel and placebo for acute repetitive seizures. *N Engl J Med* 1998;338:1869–1875.

Dreifuss FE, Santilli N, Langer DH, et al. Valproic acid hepatic fatalities: a retrospective review. *Neurology* 1987;37:379–385.

Engel J Jr, ed. *Surgical treatment of the epilepsies,* 2nd ed. New York: Raven Press, 1993.

Engel J Jr, Pedley TA, eds. *Epilepsy: a comprehensive textbook.* Philadelphia: Lippincott-Raven, 1998.

First Seizure Trial Group. Randomized clinical trial on the efficacy of antiepileptic drugs in reducing the risk of relapse after a first unprovoked tonic-clonic seizure. *Neurology* 1993;43:478–483.

Hauser WA. Status epilepticus: epidemiologic considerations. *Neurology* 1990;40[Suppl 2]:9–13.

Hauser WA, Annegers JF, Kurland LT. Incidence of epilepsy and unprovoked seizures in Rochester, Minnesota: 1935–1984. *Epilepsia* 1993;34:453–468.

Hauser WA, Hesdorffer DC. *Epilepsy: frequency, causes and consequences.* New York: Demos, 1990.

Hauser WA, Rich SS, Annegers, JF, Anderson VE. Seizure recurrence after a 1st unprovoked seizure: an extended follow-up. *Neurology* 1990;40:1163–1170.

Hauser WA, Rich SS, Lee JR-J, Annegers JF, Anderson VE. Risk of recurrent seizures after two unprovoked seizures. *N Engl J Med* 1998;338:429–434.

Herman ST, Pedley TA. New options for the treatment of epilepsy. *JAMA* 1998;280:693–694.

Jackson GD, Berkovic SF, Tress BM, et al. Hippocampal sclerosis can be reliably detected by magnetic resonance imaging. *Neurology* 1990;40:1869–1875.

Krauss GL, Johnson MA, Miller NR. Vigabatrin-associated retinal cone system dysfunction. Electroretinogram and ophthalmologic findings. *Neurology* 1998;50:614–618.

Kuzniecky R, Hugg JW, Hetherington H, et al. Relative utility of $^1$H spectroscopic imaging and hippocampal volumetry in the lateralization of mesial temporal lobe epilepsy. *Neurology* 1998;51:66–71.

Langendorff F, Pedley TA. Post-traumatic seizures. In: Engel J Jr, Pedley TA, eds. *Epilepsy: a comprehensive textbook.* Philadelphia: Lippincott-Raven, 1998:2469–2474.

Lee SI. Non-convulsive status epilepticus. Ictal confusion in later life. *Arch Neurol* 1985;42:778–781.

Lowenstein DH, Alldredge BK. Status epilepticus. *N Engl J Med* 1998;338:970–976.

Mattson RH, Cramer JA, Collins JF. Comparison of valproate with carbamazepine for the treatment of complex partial seizures and secondarily generalized tonic-clonic seizures in adults. *N Engl J Med* 1992;327:765–771.

Mattson RH, Cramer JA, Collins JF, et al. A comparison of carbamazepine, phenobarbital, phenytoin, and primidone in partial and secondarily generalized tonic-clonic seizures. *N Engl J Med* 1985;313:145–151.

McNamara JO. Emerging insights into the genesis of epilepsy. *Nature* 1999;399 (Suppl):A15–A22.

Medical Research Council Antiepileptic Drug Withdrawal Study Group. Randomised study of antiepileptic drug withdrawal in patients in remission. *Lancet* 1991;337:1175–1180.

Morrell MJ. Hormones, reproductive health, and epilepsy. In: Wyllie E, ed. *The treatment of epilepsy: principles and practice,* 2nd ed. Baltimore: Williams & Wilkins, 1996:179–187.

Morrell MJ. Sexuality in epilepsy. In: Engel J Jr, Pedley TA, eds. *Epilepsy: a comprehensive textbook.* New York: Lippincott-Raven, 1998:2021–2026.

Musicco M, Beghi E, Solari A, et al. Treatment of first tonic-clonic seizure does not improve the prognosis of epilepsy. *Neurology* 1997;49:991–998.

Pellock JM, Willmore LJ. A rational guide to routine blood monitoring in patients receiving antiepileptic drugs. *Neurology* 1991;41:961–964.

Prasad AN, Prasad C, Stafstrom CE, Recent advances in the genetics of epilepsy: Insights from human and animal studies. *Epilepsia* 1999;40:1329–1352.

Salazar AM, Jabbari B, Vance SC, et al. Epilepsy after penetrating head injury. I. Clinical correlates: a report of the Vietnam Head Injury Study. *Neurology* 1985;35:1406–1414.

Sillanpaa M, Jalava M, Kaleva O, Shinnar S. Long-term prognosis of seizures with onset in childhood. *N Engl J Med* 1998;338:1715–1722.

Spencer DD. Anteromedial temporal lobectomy: directing the surgical approach to the pathologic substrate. In: Spencer SS, Spencer DD, eds. *Surgery for epilepsy*. Boston: Blackwell Scientific, 1991.

Sperling MR, Feldman H, Kirman J, et al. Seizure control and mortality in epilepsy. *Ann Neurol* 1999;46:45–50.

Temkin NR, Dikmen SS, Wilensky AJ, et al. A randomized, double blind study of phenytoin for the prevention of post-traumatic seizures. *N Engl J Med* 1990;323:497–502.

Treiman DM, Meyers PD, Walton NY, et al. A comparison of four treatments for generalized convulsive status epilepticus. *N Engl J Med* 1998;339:792–798.

Walczak TS, Radtke RA, McNamara JO, et al. Anterior temporal lobectomy for complex partial seizures: evaluation, results, and long-term follow-up of 100 cases. *Neurology* 1990;40:413–418.

Zahn CA, Morrell MJ, Collins SD, et al. Management issues for women with epilepsy: a review of the literature. American Academy of Neurology Practice Guidelines. *Neurology* 1998;51:949–956.

*Merritt's Neurology, 10th ed., edited by L.P. Rowland. Lippincott Williams & Wilkins, Philadelphia © 2000.*



# CHAPTER 141

# FEBRILE SEIZURES

## DOUGLAS R. NORDLI, JR.
## TIMOTHY A. PEDLEY

Febrile seizures are generalized convulsions that occur during a febrile illness that does not involve the brain. They represent acute symptomatic or reactive seizures, and even when recurrent they do not warrant the designation of epilepsy. Most febrile seizures occur in children between the ages of 6 months and 4 years; they are occasionally seen in children as old as 6 or 7 years.

Febrile seizures are the most frequent cause of a convulsion in a child: Between 3% and 5% of all children in the United States and Europe and 6% to 9% of children in Japan have at least one febrile seizure before age 5 years. Hauser (1994) estimated 100,000 cases of febrile seizures in the United States in 1990. Genetic factors are important; overall, siblings and offspring of affected probands have a two- to threefold increased risk of seizures with fever. Recent linkage studies in a few large families indicate that febrile seizure susceptibility genes are located on portions of chromosomes 8 and 19 (see Chapter 140). The role of such genes in sporadic febrile seizures remains to be determined.

## CLINICAL MANIFESTATIONS

Febrile seizures appear typically early in the febrile illness, while the temperature is rapidly rising. In many children, the seizure is the first indication of illness. Although generalized convulsions are the rule, focal features or a Todd's paresis are seen in about 10% of patients. Febrile seizures are subdivided operationally into *simple* and *complex* types. Simple (also called benign) febrile seizures are brief isolated occurrences that lack focal manifestations. Complex febrile seizures are frequently focal, last longer than 15 minutes, and tend to occur repeatedly within 24 hours.

## DIAGNOSIS

Diagnosis is made by excluding other possible causes of the convulsion, such as meningitis, metabolic abnormalities, or structural brain lesions. Depending on the manifestations and the clinician's experience, laboratory tests are not always necessary. Usually, a clinically identifiable infection, such as otitis media, roseola infantum, pharyngitis, or gastroenteritis, is present. Fever after immunization may also trigger a febrile seizure. Any suspicion of meningitis, however, mandates lumbar puncture. The typical indicators of meningeal irritation, such as nuchal rigidity and the Brudzinki sign, are not reliable in young infants. If the seizure has focal features or if the examination elicits focal neurologic abnormalities, brain imaging is necessary. Electroencephalography is not a useful test because it does not provide information regarding either risk of recurrence of febrile seizures or later development of epilepsy.

## PROGNOSIS AND TREATMENT

About one-third of children with febrile seizures have more than one attack. Recurrence is highest in infants whose first febrile seizure occurred before the age of 1 year and in children with a family history of febrile seizures. When the first seizure is a typical simple febrile seizure, only 1% of patients have prolonged convulsions later.

The risk of developing epilepsy is increased in children with febrile seizures, but the magnitude of the risk depends on several factors. In children with simple febrile seizures, the risk of later epilepsy is 2% to 3%. The incidence of epilepsy increases to about 10% to 13% in children who have had complex febrile seizures, who have a family history of afebrile seizures, or who were neurologically abnormal before the first febrile seizure. Young children who have unprovoked seizures after a febrile convulsion are at much greater risk of further seizures with subsequent febrile illnesses.

Neither simple nor complex febrile seizures are associated with, nor do they lead to, mental retardation, low global IQ, poor school achievement, or behavioral problems. Some differences have been reported, however. Children with febrile seizures in the first year of life are more likely to require special schooling than those who have them later. In children with prolonged febrile convulsions, nonverbal intelligence measures may be slightly lower compared with children with simple febrile seizures. Mortality is not increased in children with febrile seizures who are neurologically normal.

Because most children with febrile seizures have no long-term consequences, most clinicians now avoid chronic prophylactic treatment with antiepileptic drugs, even after two or three isolated

# EXHIBIT 9