**REDACTED – CONFIDENTIAL**