**REDACTED – CONFIDENTIAL**

# EXHIBIT 7

**REDACTED – CONFIDENTIAL**