**REDACTED – CONFIDENTIAL**

# EXHIBIT 8

Case 1:04-cv-10981-PBS   Document 263-20   Filed 01/09/2006   Page 2 of 2