Scott Alan Watson # 22334
Wyoming State Penitentiary
P.O. Box 400
Rawlins, Wyoming 82301-0400

In the United States District Court
for the District of Massachusetts

| | |
|---|---|
| Scott Alan Watson ) | |
|     Plaintiff, ) | Case No. MDL 1629 |
| vs ) | |
| Pfizer Inc., et al., ) | |
|     Defendant. ) | |

Motion for Information as to My Status Concerning the Neurontin Civil Action

Judge Saris on October 19, 2005 the United States District Court, District of Wyoming returned my amended complaint against Pfizer Inc., stating it had been closed and transferred to your court in Boston, Massachusetts. It also stated, "You will have to comply with that court's rules for filing pleadings."

Therefore, I sent the "Amended Complaint" to the United States District Court, District of Massachusetts, Office of the Clerk, 1 Courthouse Way, Boston Massachusetts. I have also sent letters asking the Clerk for the Docket information and any instructions I must follow to proper file this claim.

I have received no information concerning my case against Neurontin and Pfizer Inc., since it was transferred from Wyoming to Massachusetts.

I am an indigent inmate in the Wyoming State Penitentiary and cannot call the numbers provided for information concerning my complaint, my motion for Appointment of Counsel, my Motion for Leave to Proceed in Forma Pauperis, or my Motion for Service of Process at Government Expense.

On December 9, 2005 I again submitted the complaint and motions and have yet to receive any notification of receipt.

I respectfully request the Court for:

1) Docket Information
2) File stamped copies of my complaint and motions
3) Appointment of Counsel
4) an Order that compels the Wyoming State Penitentiary to make a legal call to an address or phone number that will put me in touch with a person (Clerk) that can provide me the information I need.

Judge Saris please provide me with where I stand concerning this lawsuit.

*Scott A. Watson*
SCOTT ALAN WATSON #22334