UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION    ) <br>                                                          ) <br> THIS DOCUMENT RELATES TO:      ) <br>                                                          ) <br> ALL ACTIONS                                  ) <br>                                                          ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Leo T. Sorokin |

**CLASS PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER
CONCERNING DEPOSITIONS OF CONSUMER CLASS REPRESENTATIVES'
TREATING PHYSICIANS**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Case Management Order No. 3,[1] the Class Plaintiffs (*Harden Manufacturing Corp., et al. v. Pfizer, Inc., et al.*) hereby for a protective order to prevent the depositions of the Consumer Class Representatives' physicians from going forward until Defendants have produced the documents in their possession concerning their Neurontin-related communications with these physicians and the Neurontin promotional events the physicians attended. The grounds for this motion are set forth in the accompanying Memorandum of Law and the accompanying Declaration of Barry Himmelstein and attached exhibits.

---

[1] Case Management Order No. 3, entered on March 22, 2005, provides, with respect to depositions, that "[a]ny motion for a protective order shall be filed at least five working days before the scheduled deposition; any response shall be filed within two working days." *Id*. at 5. Defendants have noticed the first of the physician depositions for February 7, 2006, one week from today.

513549.1

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: January 31, 2005    Respectfully Submitted,

By:   **/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:   **/s/ Thomas Greene**
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:   **/s/ Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:   **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:   **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs'
Steering Committee*

By:   **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:   **/s/ Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:   **/s/ Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class Steering Committee*

### CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

Dated: January 31, 2006

      **/s/ Barry Himmelstein**
Barry Himmelstein