UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> THIS ORDER RELATES TO: ) <br> ) <br> HARDEN MANUFACTURING CORPORATION; ) <br> LOUISIANA HEALTH SERVICE INDEMNITY ) <br> COMPANY, dba BLUECROSS/BLUESHIELD OF ) <br> LOUISIANA; INTERNATIONAL UNION OF ) <br> OPERATING ENGINEERS, LOCAL NO.68 ) <br> WELFARE FUND; ASEA/AFSCME LOCAL 52 ) <br> HEALTH BENEFITS TRUST; GERALD SMITH; ) <br> and LORRAINE KOPA, on behalf of themselves ) <br> and all others similarly situated, v. PFIZER INC. ) <br> and WARNER-LAMBERT COMPANY. ) <br> ) <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ) <br> ) <br> THE GUARDIAN LIFE INSURANCE CO. OF ) <br> AMERICA v. PFIZER, INC. and ) <br> AETNA, INC. v. PFIZER, INC. ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

ORDER STAYING DISCOVERY

January 31, 2006

SOROKIN, M.J.

    The Court has issued its Report and Recommendation on Defendants' Motions to Dismiss the Class and Coordinated Complaints.  In light of my recommendations, I hereby

1

STAY all discovery, except the individualized discovery in the personal injury actions, pending Judge Saris' ruling on the Motion to Dismiss.

Accordingly, I DENY as moot at this time Defendants' Motion for Protective Order Concerning Scope of Discovery (Docket #161), Plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 (Docket #172), and Defendants' Motion to Compel (Docket #261).

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge