UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) | MDL Docket No. 1629 |
|  | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ALL ACTIONS ) ) | Magistrate Leo T. Sorokin |

**DECLARATION OF BARRY HIMMELSTEIN IN SUPPORT OF CLASS PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER CONCERNING DEPOSITIONS OF CONSUMER CLASS REPRESENTATIVES' TREATING PHYSICIANS**

I, BARRY HIMMELSTEIN, hereby declare and state as follows:

1.   I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, Co-Lead Counsel for the Class Plaintiffs in this action. I am a member in good standing of the State Bar of California. All statements made herein are based on facts personally known or represented to me, and if called upon, I could testify competently thereto.

2.   Attached hereto are true and correct copies of the following documents:

| Exhibit A | South Central CBU 1997 Situation Analysis dated 5/31/96 |
|---|---|
| Exhibit B | Sherlock Excel file for Dr. Huler |
| Exhibit C | Documents produced in *Franklin*, Bates-labeled WLC_FRANKLIN_0000040769, et seq. |
| Exhibit D | Sherlock Excel file for Dr. Dhadhuk |
| Exhibit E | Documents produced in Franklin concerning STEPS program |

513553.1

| Exhibit F | Email messages, labeled Clark PFIZER 0002493, et al. |
| --- | --- |
| Exhibit G | January 10, 2006 letter from Richard Shevitz to Neal Potischman |
| Exhibit H | Letter from Ilyas Rona to Patrick Murray dated January 20, 2005 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2006 in San Diego, California.

Dated: January 31, 2005

                                       *\s\ Barry Himmelstein*
                                       BARRY HIMMELSTEIN