# EXHIBIT A

CONFIDENTIAL

# South Central CBU
# 1997 Situation Analysis
# 5/31/96

V058120

CONFIDENTIAL

## Accupril Situation Analysis
## SC CBU

**L Performance Overview**

(March 96 YTD unless otherwise noted)

| Segment: | %TOT | CBU Share/TMOTs | | National Share/TMOTs | |
|---|---|---|---|---|---|
| *Retail (Xponent)* | *66.0%* | *9.0%* | *310,962* | *8.0%* | *1,936,703* |
| Retail Cash | 22.1% | 8.0% | 104,338 | 7.0% | 520,911 |
| Retail Govt | 4.4% | 8.0% | 20,641 | 6.0% | 120,205 |
| Retail 3rd Party | 30.5% | 10.0% | 143,452 | 9.0% | 1,040,356 |
| Mail Order | 9.0% | 8.0% | 42,531 | 7.0% | 255,221 |
| *Non Retail (DDD+)* | *34.0%* | *16.0%* | *159,887* | *11.0%* | *564,881* |
| NR LTC | 12.0% | 39.0% | 56,319 | 22.0% | 194,017 |
| NR Hosp | 1.2% | 4.0% | 5,749 | 4.0% | 39,858 |
| NR Gov/VA | 8.0% | 8.0% | 37,798 | 10.0% | 192,670 |
| NR HMO | 0.8% | 5.0% | 3,720 | 8.0% | 62,853 |
| NR Other | 12.0% | 16.0% | 56,301 | 20.0% | 75,483 |
| Total | 100% | 10.3% | 470,849 | 8.5% | 2,501,584 |

# ACE Inhibitor South Central Share



| | Accupril | Vasotec | Capoten | Zestril | Lotensin | Altace | Univasc |
|---|---|---|---|---|---|---|---|
| APR | 7.3 | 33.5 | 13.6 | 17.8 | 7.7 | 5.1 | 0 |
| MAY | 7.4 | 33.5 | 13.5 | 17.8 | 7.8 | 5.1 | 0 |
| JUN | 7.5 | 33.3 | 13.2 | 17.8 | 7.9 | 5.1 | 0 |
| JUL | 7.5 | 33.2 | 13.1 | 17.9 | 8.1 | 5 | 0 |
| AUG | 7.6 | 33.1 | 12.9 | 17.9 | 8.2 | 5 | 0 |
| SEP | 7.7 | 32.8 | 12.6 | 18.1 | 8.4 | 5 | 0 |
| OCT | 7.9 | 32.7 | 12.4 | 18 | 8.4 | 4.9 | 0.1 |
| NOV | 8 | 32.6 | 12.2 | 17.9 | 8.5 | 4.9 | 0.2 |
| DEC | 8.2 | 32.6 | 11.5 | 17.9 | 8.7 | 5 | 0.3 |
| JAN | 8.4 | 32.7 | 10.1 | 18.1 | 8.9 | 5 | 0.4 |
| FEB | 8.7 | 32.8 | 8.9 | 18.2 | 9.2 | 5 | 0.5 |
| MAR | 8.9 | 32.5 | 6.9 | 18.5 | 9.3 | 5 | 0.6 |

V058121

CONFIDENTIAL

## II. Market Overview

### Physician Customers

|  | # of Rxers | ACE Matty | ACC Matty | MS% |
|---|---|---|---|---|
| Decile 1 | 37,213 | 1,181,044 | 74,660 | 6.32% |
| Decile 2 | 3,999 | 1,218,042 | 95,698 | 7.86% |
| Decile 3 | 2,510 | 1,204,779 | 96,664 | 8.02% |
| Decile 4 | 1,977 | 1,250,561 | 98,247 | 7.86% |
| Decile 5 | 1,572 | 1,230,473 | 95,577 | 7.77% |
| Decile 6 | 1,388 | 1,305,640 | 100,815 | 7.72% |
| Decile 7 | 1,121 | 1,254,170 | 99,472 | 7.93% |
| Decile 8 | 930 | 1,215,644 | 92,991 | 7.46% |
| Decile 9 | 733 | 1,215,644 | 96,041 | 7.90% |
| Decile 10 | 527 | 1,273,544 | 88,045 | 6.91% |

### Managed Care Customers

# Lives in CBU:　　42,000,000
# Lives in HMOs:　　5,125,000
# Lives in 4 Key Plans:　3,000,000

| Plan | # Lives |
|---|---|
| Prucare | 1,150,000 |
| NYL Care | 900,000 |
| Cigna | 725,000 |
| Harris Methodist | 225,000 |

### '96 1st Qtr Performance

| Plan | # Lives | '95 MS | '96 MS |
|---|---|---|---|
| NYL Care | 900,000 | 7.2% | 11.2% |
| Cigna | 725,000 | 16.7% | 17.8% |
| Prucare N. Texas | 300,000 | 20.9% | 25.5% |
| Harris Methodist | 225,000 | 16.8% | 18.6% |
| Prucare Houston | 183,000 | 35.6% | 42.8% |
| Prucare Oklahoma | 155,000 | 25.2% | 28.8% |

(Significant share growth in all markets except Denver)

V058122

## II. Market Overview - Continued

### Competitive ACEs

|  |  |
|---|---|
| *Altace (Hoechst) | - Some vascular biology promotion |
| | - Unfocused message |
| | - Little growth due to CHF |
| *Capoten (BMS) | - Generics have wiped out their promotion |
| | - Generic new Rxs are from Capoten switches |
| *Lotensin (Ciba-Geigy) | - Perceived AWP a benefit |
| | - Aggressive in MHC plans |
| * Monopril (BMS) | - Aggressive building to replace Capoten on bids |
| | - Stressing that 74% of patients are on the initial 10mg dose |
| | - Diabetic nephropathy promotion has been moderately successful |
| * Prinivil/Vasotec (MSD) | - Promoting Cozaar at their expense |
| | - Vasotec losing share in MHC |
| | - Prinivil gaining share in MHC from Zestril |
| * Mavik (Knoll) - | Will have a vascular biology opportunity at launch this June |
| * Univasc (Schwarz) | - Not a factor. MHC penetration has been limited |
| * Zestril (ICI) | - Very aggressive MHC switch programs |

## III. '96 Issues/Strategies/Tactics

### Issue #1: Current Message Unfocused

Strategy:    Build vascular biology scientific profile
Tactic:      1) Held Key Consultant/Speakers meeting
             2) Train the sales force on vascular biology

### Issue#2: Insufficient Relationship Programs

Strategy:    Implement relationship programs with TREND/QUIET
Tactic:      1) TM - Dinner programs with 6,000 Rxers
             2) Leverage Med Director for tissue ACE information

### Issue#3: Need to clone successes in IPA HMOs

Strategy:    Drive share in identified IPA models
Tactic:      1) Establish SAC+ as risk-sharing
             2) Implement the blood pressure cuff program

### Issue #4: Past commission program not an incentive

Strategy:    Motivate TMs with share based incentive
Tactic:      1) Implement TM Recognition Award

V058123

## IV.  SWOT Analysis - <u>ACCUPRIL</u>

**Strengths:**
*   Efficacy - Tolerability - One Price
*   Most potent and persistent ACEI
*   Strong MHC formulary status
*   Vascular biology profile interests physicians
*   Dallas share 9.8%, Oklahoma Share 9.1%

**Weakness:**
*   Class effect perception
*   CHF potential limited by BID dosing
*   Lack of clinical reprints for diabetic nephropathy, ADOPT, ACE potency
*   High call frequency and sampling to lower deciles
*   Kansas City share 5.8%, Denver share 5.5%

**Opportunity:**
*   10-20mg starting dose
*   TREND/QUIET and ADOPT data
*   Differentiate through vascular biology
*   Cardiologist is approachable with vascular biology story
*   Diabetic and kidney potential
*   Vascular biology study can solidify MHC status
*   OK/TX Medicaid population going to HMO (Champus)

**Threats:**
*   Cozaar has MSD's Fall promotion
*   Capoten substitution can erode other ACE shares
*   Aggressive retail switch programs by Zestril and Lotensin
*   Class poaching by other ACEs on TREND/QUIET results
*   New Products (Atorvastatin/Troglitazone) will relegate Accupril to 2nd detail
*   Mavik launches in June '96 with strong profile
*   Sales Force expansion will result in promotion of strong TMS.

V058124

CONFIDENTIAL

## V. SWOT Analysis - <u>PROCANBID</u>

**<u>Strengths:</u>**
* Physicians see the value of the product; do not see it as a "me too"
* Parody pricing to Procan SR eliminated confusion
* Nominal pricing in hospitals resulted in quick acceptance
* Simple Story - Does not detract from primary detail

**<u>Weakness:</u>**
* No 750mg
* Majority of key target physicians not willing to call in patients to be switched
* GPO pricing procedure started too late - resulting in delays and confusion
* Precision Marketing data is questionable
* Delay in approval resulted in rush to launch (fragmented)
* Difficult to switch a generic patient to Procanbid

**<u>Opportunities:</u>**
* EPs can control massive areas
* Free goods can facilitate switch program
* Some Quinidine Rxers are interested in BID
* Early successes can be maintained with little follow-up
* Physicians not aware of what drug (SR or generic) their patients are taking

**<u>Threats:</u>**
* Physicians ignorance and apathy.
* Quick depletion of SR can result in business going generic
* Could result in longer time to establish because we are basically getting new patients, not switches - sales force can lose focus, direction, urgency and money

V058125

## VI. SWOT Analysis - <u>TROGLITAZONE</u>

### <u>Strengths:</u>
* Once a day and first in class
* Expert interest is enthusiastic
* Still a relatively un-fulfilled market
* High anticipation for the insulin resistance and the insulin sparing of the drug
* Good base with Endos from Accupril
* 80% of diabetes market driven by Primary Care physicians (SC CBU)

### <u>Weakness:</u>
* Physicians will have two years of experience with Metformin plus the Canadian experience (20 years)
* Metformin very successful in MHC market
* No long term data at launch
* 3rd new agent within two years decreased the un-fulfilled need opportunity

### <u>Opportunities:</u>
* High prevalence of diabetes among our Hispanic and Native American population
* Medical Liaisons have been able to priortize our investigators (Phase 3B)
* Attractive to MHC if we can reduce insulin usage with potential positive medical outcome
* Smart hiring can allow us to recruit experienced reps
* Endo programs on Accupril can help us build rapport with these specialists
* Patient and nurse education programs can enlarge our patient base - especially with minorities
* Texas has a "state of the art" Diabetes Education Council
* Use Accupril/Diabetic nephropathy to scratch the surface of the diabetologists' offices.

### <u>Threats:</u>
* High cost of goods may limit it from 1st line therapy in MHC
* Niching to the Endo could limit our market

V058126

## VII. SWOT Analysis - <u>ATORVASTATIN</u>

### Strengths:
* Efficacy is far above the class
* Effect on triglycerides is significant (25-40%)
* "WOS" and "4S" have increased the market for statins
* Many of our Lopid experts are still loyal to Parke-Davis
* Effective in homozygous FH patients
* Teaming with Pfizer increases our reach/frequency; and their strength with Cards

### Weakness:
* Physicians do not routinely titrate in this class
* 5th statin
* No mortality study available

### Opportunities:
* Medical Liaisons can build rapport with our investigators
* Efficacy/dose relationship could appeal to MHC - able to treat a range of patients with one drug
* Minority patients (Hispanic and Native American) in SC CBU have high triglycerides
* Vascular biology tie-in with Accupril
* Not necessary to meet Lescol pricing to gain formulary status
* Many national statin thought leaders are located in the SC CBU

### Threats:
* Competition is painting the picture that stronger means more side effects
* Competition will promote prevention study results and say we only treat the numbers
* MHC long term partnerships have been forged with in the class
* Parke-Davis has been historically weak with the cardiologists
* Delays in initial Precision Marketing information will hinder our Fall '96 CME programs

V058127

# Cerebyx Situation Analysis
# SC CBU

## I. Performance Overview

N/A

## II. Market Overview and Competition

IV Dilantin currently comprises 58% of the unit sales for the class.

The vast majority of IV phenytoin use is in the hospital environment:

Within the hospital, IV phenytoin is used in:

      1) Emergency Department 38.9%
      2) Hospital In-patient wards 56.8%

Other IV Anticonvulsants:

A. Generic IV phenytoin (23% of unit sales)
      -contains propylene glycol/ethanol, ph 12
      -IV only
      -inexpensive

B. Phenobarbital (6% of unit sales)
      -used exclusively in children
      -causes sedation
      -inexpensive
      -new formulation conatins propylene glycol

C. Benzodiazepines (Ativan 6%/Valium 5%/Versed 2% of unit sales)
      -used prior to IV Dilantin
      -Branded Ativan/Versed is more expensive than generics
      -causes sedation/ respiratory depression

## III. 96 Strategies/Tactics

Strategy: Set the stage for the replacement of IV Dilantin (Lay foundation for rapid formulary acceptance)

Tactic: SCCBU Cerebyx consultants meeting 18 Feb96

Tactic: Conduct local advisory board meetings in key metro markets to create advocates and to seek input into local formulary considerations.

V058128

Strategy: Facilitate formulary acceptance in 141 targeted hospitals.

Tactic: Develop a CBU strike force of 37 Tms that are focused on converting the business in 141 target hospitals

Tactic: Leverage advocates developed in pre-launch phase to sponsor Fosphenytoin for formulary review.

Tactic: Initiate the 141 hospitals in 100 days campaign which will focus on inservicing key hospital personnel

**SWOT Analysis (Cerebyx):**

**STRENGTHS:**
*PD is leader in Epilepsy
*Prodrug of Dilantin
*Can be administered 3 times faster than current product
*Eliminates propylene glycol, ethanol
*Safe/well tolerated
*IM option
*Lack of cardiac monitoring with IM

**WEAKNESSES:**
*High volume IM dose (loading only)
*Need for refrigeration
*Parathesia and pruritis are unique side effects
*Time required for accurate blood levels

**OPPORTUNITIES:**
*Potential for expanding the oral franchise
*IM option can grow the market
*Reduce liability of current product
*Can replace Benzodiazepines
*Potential stroke indication

**THREATS:**
*Delay in approval/launch can stall pre-launch momentum
*High price relative to current product
*Misinterpretation of pruritis and parasthesia as allergic reaction

V058129

CONFIDENTIAL

# Cognex Situation Analysis
## SC CBU

**I. Performance Overview**

(March 96 YTD unless otherwise noted)

| Segment: | %TOT (CBU) | CBU TMOTs | %TOT (NAT) | NAT TMOTs |
|---|---|---|---|---|
| **Retail (Xponent)** | **83.5%** | **21,884** | **82.0%** | **96,730** |
| Retail Cash | 38.6% | 10,121 | 34.6% | 40,735 |
| Retail Govt | 9.8% | 2,559 | 6.3% | 7,442 |
| Retail 3rd Party | 35.1% | 9,204 | 41.2% | 48,553 |
| | | | | |
| **Non Retail (DDD+)** | **16.5%** | **4,321** | **18.0%** | **21,127** |
| NR LTC | 9.6% | 2,513 | 11.7% | 13,681 |
| NR Hosp | 3.3% | 868 | 3.1% | 3,630 |
| NR Gov/VA | 2.0% | 513 | 1.9% | 2,215 |
| NR HMO | .7% | 170 | .7% | 813 |
| NR Other | 1.0% | 257 | .7% | 788 |

V058130

**Detailing Activity:**

| Month | #Pres | Month | #Pres |
|-------|-------|-------|-------|
| JAN95 | 4936 | JAN96 | 372 |
| FEB | 4967 | FEB | 519 |
| MAR | 5617 | MAR | 528 |
| APR | 4906 | | |
| MAY | 4267 | | |
| JUN | 3823 | | |
| JUL | 4006 | | |
| AUG | 4817 | | |
| SEP | 2695 | | |
| OCT | 2360 | | |
| NOV | 1637 | | |
| DEC | 181 | | |

**Cocensys:**

Beginning in Dec 95, the Cocensys sales force (8 representatives in the SCCBU) assumed responsibility for promoting Cognex to 551 Neurologists in the CBU.

## II. Market Overview and Competition:

E2020 is an acetylcholinesterase inhibitor developed by Eisai and Pfizer that is expected to enter the market in the 2Q97.

The compound is a once daily formulation that reportedly does not have the hepatotoxicity demonstrated with Cognex.

Eisai and Pfizer will co-promote the drug in the U.S. market.

This product will represent the first competitive threat to Cognex.

## III. 1996 Strategies/Tactics:

Strategy: Increase persistency through increased family care enrollments

Tactic: Introduce pharmacy initiative program

> Continue to present Family Care as a service that can improve compliance and improve outcomes.

V058131

CONFIDENTIAL

Strategy: Increase patient starts by convincing Mds on the science.

Tactics: Local speaker program organized by the TMS (allocated $450,000 or 48% of CBU A&P resources).

5 CME Neurology Updates:

| | |
|---|---|
| Southern Clinical | 20-21 Jan |
| Vail Neurology Update | 8-9 March |
| Del Lago Neurology Update | 7-8 June |
| Horseshoe Bay Neurology Update | 14-15 June |
| Big Cedar Neurology Update | 19-20 July |

Implement CONTACT study (32 investigators)

Strategy: Partner with Cocensys to increase new patient starts by Neurologists

Strategy: Communicate the cost savings and delay in nursing home placement data

Tactic: TBD

Strategy: Utilize precision marketing data to focus on the top PC prescribers

Tactic: TMs are focusing promotional efforts on 10-15 key prescribers in each territory


**SWOT Analysis (Cognex):**

**STRENGTHS:**
*First and only in category
*AFC increases persistency
*Proven delay in nursing home placement
*Proven cost savings
*PD commitment to AD research (Milameline)

**WEAKNESSES:**
*NMOTs and TMOTs are flat (represents low persistency)
*Cognex efficacy is perceived as marginal
*Side effects are perceived as problematic
*No standard assessment tools available
*Mds poorly motivated to treat AD
*Very weak thought leader support

V058132

**OPPORTUNITIES:**
*Leverage delay in nursing home placement data
*Bi-weekly ALT testing
*Cocensys partnership is extending the promotional effort into the Neuro community
*APOe genotyping raises AD noise level

**THREATS:**
*E2020 approval direct threat to business
*New launches (Cerebyx, Procanbid, Atorvastatin, and Troglitazone) reduce the resources that
 can be focused on the brand
*Organizational disappointment and perception that Cognex is on the way out of the picture

V058133

CONFIDENTIAL

# Neurontin Situation Analysis
## SC CBU

**L Performance Overview**

(March  96 YTD unless otherwise noted)

| Segment: | %TOT | CBU Share/TMOTs | | National Share/TMOTs | |
|---|---|---|---|---|---|
| *Retail (Xponent)* | *78.6%* | *6.0%* | *56,601* | *5.4%* | *322,545* |
| Retail Cash | 17.1% | 4.0% | 12,301 | 3.7% | 58,724 |
| Retail Govt | 18.4% | 5.7% | 13,244 | 5.5% | 81,192 |
| Retail 3rd Party | 43.2% | 7.6% | 31,056 | 6.2% | 182,629 |
| | | | | | |
| *Non Retail (DDD+)* | *21.3%* | *4.5%* | *15,343* | *4.0%* | *80,439* |
| NR LTC | 5.9% | 4.7% | 4,243 | 3.6% | 27,150 |
| NR Hosp | 5.2% | 5.3% | 3,744 | 4.9% | 22,329 |
| NR Gov/VA | 4.1% | 3.1% | 2,944 | 3.4% | 14,514 |
| NR HMO | 1.3% | 5.8% | 921 | 4.8% | 5,022 |
| NR Other | 4.9% | 5.2% | 3,491 | 4.4% | 11,424 |



V058134

*Managed Care Issues:*

-100% access in key managed care accounts
-Neurologists continue to have access to all anticonvulsants
-minimal discounting
-plans will continue move toward the development of treatment guidelines

**II. Market Overview and Competition:**

Attachments 1 and 2 show the SCCBU AED NMOT and NMOT share trends. Neurontin and Depakote are the two brands exhibiting strong growth.

The focus of the CBU promotional effort to date has focused on the Neurology and Child Neurology specialties.

The Primary Care physician specialties comprised 28% of the prescriber base for Neurontin. The Neurontin business from this group is considered refill prescriptions initiated by Neurologists and other off label use. As we develop the new field sales structure, it is imperative that we qualify and quantify the Epilepsy new patient starts from the Primary Care physicians.

*The CBU Neurology Market*

| AED Decile | # Prescribers | Neurontin MATTY Tshare |
|---|---|---|
| 10 | 78 | 7.73% |
| 9 | 150 | 7.38% |
| 8 | 223 | 8.52% |
| 7 | 298 | 7.78% |
| 6 | 135 | 8.31% |
| 5 | 57 | 7.18% |
| 4 | 60 | 5.97% |
| 3 | 70 | 5.11% |
| 2 | 81 | 7.19% |
| 1 | 268 | 5.09% |
| Total | 1420 | |

*Key Metro Markets*

The top three key metro markets in the CBU are:

| Metro | # of Neuros | Neurontin Tshr |
|---|---|---|
| Houston | 200+ | 4.54% |
| St. Louis | 170+ | 4.24% |
| Dallas/Fort Worth | 160+ | 6.38% |

72% of the CBU's Neurologists are in the following key metro areas:

Houston, St. Louis, Dallas/Fort Worth, Denver, New Orleans, San Antonio, Kansas City, Oklahoma City, Little Rock, Austin, and Tulsa

A. Off Label use of Neurontin:

Significant off label use of Neurontin has continued to grow. In 4Q95, the Neurontin prescriber base split between

V058135

Epilepsy and other uses was 59% and 41% respectively.  Frequent non epilepsy uses of Neurontin in 1995 were: Neuropathic Pain, ALS, Restless Leg Syndrome, Diabetic Neuropathy, Essential Tremor, Trigeminal Neuralgia, Post Herpetic Neuralgia, and Headache.

B. Competitive AEDs:

    1. Tegretol/Carbamezipine (Ciba)
        -minimal promotion
        -is losing share to generic brands

    2. Depakote/Depakene (Abbott)
        -promotional effort focusing on new bipolar and migraine indications
        -still the primary add on drug for partial seizures

    3. Lamictal/Lamotrigine (Glaxo-Wellcome)
        -slow uptake with community Neurologists
        -effective in partial and generalized seizures
        -significant promotional activity after merger by Cerenex sales force
        -could become a serious competitive threat

    4. Felbatol/Felbamate (Wallace)
        -monthly NMOTs have consistently remained below 600
        -will remain a last choice drug for the treatment of Lennox-Gasteut

    5. Tegretol XR (Ciba)
        -first extended release AED
        -BID formulation
        -available Aug 96
        -significant threat to Dilantin and Neurontin monotherapy

    6. Topamax/Topiramate (McNeil)
        -will be indicated as add-on therapy for partial seizures
        -received approvable letter in Dec 95
        -launch expected in late 96 or early  97

    7. Tiagabine (Abbott)
        - currently in phase three trials as add-on therapy in complex partial seizures and as
         monotherapy for partial and generalized seizures

    8. Sabril/Vigabatrin (Hoechst-Marion-Roussel)
        -perceived as more potent than gabapentin in partial seizures
        -NDA submitted May 94; nonapprovable letter received April 95
        -final approval possibly by end of 96

**III. 1996 Issues/Strategies/Tactics:**

A premise used in developing the 1996 SCCBU  Operating Plan is that Neurontin is more responsive to certain types of promotional media.

The most effective promotional media utilized in 1995 were Medical Education programs (The CBU focus was on three types of programs):

    A) CBU level consultant programs

CONFIDENTIAL

B) CBU level regional CME Neurology updates
C) Local TM organized speaker programs

***Issue #1:*** Slow uptake by community Neurologists due to perceived lack of efficacy.

*Strategy:* Expand medical education

*Tactics:* 1) 5 CME Neurology Update programs:

| | |
|---|---|
| Southern Clinical Meeting | 20-21 Jan |
| Vail Neurology Update | 8-9 March |
| Del Lago Neurology Update | 7-8 June |
| Horseshoe Bay Neurology Update | 14-15 June |
| Big Cedar Neurology Update | 19-20 July |

2) SPE resources ($875,000 or 32% of CBU A&P funds) allocated to TMs to support local peer influence programs

***Issue #2:*** Low product acceptance among Child Neurologists. (n=143, 108 are AED Decile 5-10) Current Tshare is 4.9%.

*Strategy:* Implement Medical Education activity focused on the unique needs of the Child Neurologist

*Tactic:* CBU Child Neurology consultants meeting 3Q96

**Issue #3:** Off label use provides significant growth opportunity

Strategy: Support Independent Medical Education on the use of AEDs in pain.

Tactics: 1) CBU consultants meeting 19-21 April 96

2) Professional Postgraduate Services CME Series: Emerging Applications for Anticonvulsant Therapy:

A) Home study course

B) Live study sessions (St. Louis/Dallas/Houston)

C) Audio conferences

***Issue #4:*** Many key high potential nonretail accounts are not being covered by TMs

Strategy: Drive Neurontin share in key non retail accounts

Tactic: Develop CBU system to incentivize TM effort in key accounts (such as state schools and nursing homes); also publish reports detailing account purchasing activity utilizing DDD+ data.

V058137

## IV. SWOT Analysis (Neurontin):

### STRENGTHS:
*PD is leader in Epilepsy (Dilantin, Neurontin, Zarontin, Cerebyx)
*Excellent thought leader support
*Excellent safety profile (over 200,000 patient exposures)
*Minimal pressure to discount in managed care
*New literature references on  non epilepsy uses of Neurontin

### WEAKNESSES:
*Perceived lack of efficacy
*Use is limited to refractory patients.
*Slow growth of Epilepsy market
*High dose formulation is currently not available.
*TID dosing is seen as a disadvantage.

### OPPORTUNITIES:
*Expanded use continues to grow.
*Positive results of the -88 montherapy study
*Abbott is focusing on promoting the new migraine/bipolar indications and not epilepsy.
*6% Tshare (Mar96YTD) indicates untapped demand at the patient level.
* 73% of CBU Neuros are in 10 metro markets.
*New CBU CNS sales force will allow the CBU to continue to focus on driving share while
  launching Atorvastatin and Troglitozone.
*Monotherapy indication and related publications
*Neurontin is very responsive to Medical Education initiatives.

### THREATS
*Results of the -82 monotherapy study may not support monotherapy use.
*TM focus on Neurontin during organizational transition is key to sustaining growth
*Tegretol XR is key threat to Dilantin and Neurontin monotherapy.
*Glaxo-Wellcome support of Lamictal
*Potential launch of Topamax and Sabril in late 96 early 97
*27% of the CBU Neuros are in smaller metros and rural areas (the new organization must
  consider this fact).
*A CBU CNS sales force must recruit, train, and motivate talented individuals to who can
  effectively work with Neurologists and operate as an independent entrepreneur.
*The frequency and quantity of local peer influence speaker programs must be maintained
  throughout the organizational transition period.
*The largest CBU Neurology markets (Houston: 4.54% Tshare, St. Louis: 4.24% Tshare) are
  under performing compared to the CBU: 6.0% Tshare.

V058138