# EXHIBIT B

Huler_Sherlock

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CALL_ID | PRESCRIBER_ID | LAST_NAME | FIRST_NAME | AMA_SPECIALTY | SHERLOCK_MAJOR_SPECIALTY | PFIZER_ID | CALL_DATE | TERRITORY |
| 2 | 10414100011933 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/11/2003 | E4D16 |
| 3 | 20049000108683 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 12/11/2001 | K1K13 |
| 4 | 20050000000229 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/31/2001 | K1K13 |
| 5 | 20050000000531 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 11/20/2001 | K1K13 |
| 6 | 20050000000678 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 12/3/2001 | K1K13 |
| 7 | 23271800011620 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/22/2003 | 3NR12D12 |
| 8 | 23271800034398 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/18/2003 | 3NR12D12 |
| 9 | 23271800034715 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/20/2003 | 3NR12D12 |
| 10 | 23271800069720 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 7/16/2003 | 3NR12D12 |
| 11 | 23271800072551 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 7/30/2003 | 3NR12D12 |
| 12 | 23271800097066 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/13/2003 | 3NR12D12 |
| 13 | 23271800098555 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 9/8/2003 | 3NR12D12 |
| 14 | 23271800126313 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 9/11/2003 | 3NR12D12 |
| 15 | 23271800127029 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 9/19/2003 | 3NR12D12 |
| 16 | 23294600015086 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/27/2003 | 3NU12D12 |
| 17 | 23294600047022 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/24/2003 | 3NU12D12 |
| 18 | 23294600145582 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/23/2003 | 3NU12D12 |
| 19 | 23294700000348 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 7/8/2003 | 3NU12D12 |
| 20 | 236700276 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 1/31/2001 | Z4A15 |
| 21 | 236700371 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 2/28/2001 | Z4A15 |
| 22 | 236700381 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 3/9/2001 | Z4A15 |
| 23 | 236700393 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 3/8/2001 | Z4A15 |
| 24 | 236700459 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 3/20/2001 | Z4A15 |
| 25 | 236700651 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 4/24/2001 | Z4A15 |
| 26 | 236700714 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 5/21/2001 | Z4A15 |
| 27 | 236700733 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 6/19/2001 | Z4A15 |
| 28 | 236700794 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 6/14/2001 | Z4A15 |
| 29 | 236700816 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 6/6/2001 | Z4A15 |
| 30 | 236700869 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 7/13/2001 | Z4A15 |
| 31 | 236701002 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 8/31/2001 | Z4A15 |
| 32 | 236701015 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 8/23/2001 | Z4A15 |
| 33 | 236701037 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 8/16/2001 | Z4A15 |
| 34 | 236701071 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 9/12/2001 | Z4A15 |
| 35 | 236701112 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 9/6/2001 | Z4A15 |
| 36 | 24986400014810 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/5/2003 | 3PB15G16 |
| 37 | 24986400023713 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/28/2003 | 3PB15G16 |
| 38 | 24986400031600 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 9/17/2003 | 3PB15G16 |
| 39 | 24986400041614 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/9/2003 | 3PB15G16 |
| 40 | 24986400046872 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/21/2003 | 3PB15G16 |
| 41 | 24986400050476 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/30/2003 | 3PB15G16 |
| 42 | 24986400053972 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 11/10/2003 | 3PB15G16 |
| 43 | 24986400059801 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 11/26/2003 | 3PB15G16 |
| 44 | 24986400071287 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 12/29/2003 | 3PB15G16 |
| 45 | 24986400072787 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/6/2004 | 3PB15G16 |
| 46 | 24986400075817 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/14/2004 | 3PB15G16 |
| 47 | 24986400086200 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/2/2004 | 3PB15G16 |
| 48 | 24986400087693 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/10/2004 | 3PB15G16 |
| 49 | 24986400093874 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/4/2004 | 3PB15G16 |
| 50 | 24986400100075 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/11/2004 | 3PB15G16 |

Huler_Sherlock

| | J | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 1 | REF_NAME | CALL_TYPE | CALL_ADDRESS_LINE_1 | CALL_ADDRESS_CITY | CALL_ADDRESS_STATE | CALL_ADDRESS_ZIP |
| 2 | Schackmuth, Jon | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 3 | K1K13, Vacant | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 4 | K1K13, Vacant | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 5 | K1K13, Vacant | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 6 | K1K13, Vacant | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 7 | 3NR12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 8 | 3NR12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 9 | 3NR12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 10 | 3NR12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 11 | 3NR12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 12 | 3NR12D12, Vacant | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 13 | 3NR12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 14 | 3NR12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 15 | 3NR12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 16 | 3NU12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 17 | 3NU12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 18 | 3NU12D12, Vacant | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 19 | 3NU12D12, Vacant | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 20 | Alleyne, Colin | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 21 | Alleyne, Colin | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 22 | Alleyne, Colin | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 23 | Alleyne, Colin | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 24 | Alleyne, Colin | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 25 | Alleyne, Colin | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 26 | Alleyne, Colin | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 27 | Alleyne, Colin | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 28 | Alleyne, Colin | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 29 | Alleyne, Colin | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 30 | Alleyne, Colin | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 31 | Alleyne, Colin | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 32 | Alleyne, Colin | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 33 | Alleyne, Colin | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 34 | Alleyne, Colin | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 35 | Alleyne, Colin | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 36 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 37 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 38 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 39 | Clayton, Vernon | Starter Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 40 | Clayton, Vernon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 41 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 42 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 43 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 44 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 45 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 46 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 47 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 48 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 49 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 50 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |

Huler_Sherlock

| | P |
|---|---|
| 1 | CALL_NOTES |
| 2 | E4D16 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | 1-31-01 Said that the reason Kim didn't give up zoloft was because of her. She must rx a lot of Zoloft. |
| 21 | 2-28-01 said neurontin and zoloft are her favorite drugs. Was writing script for neurontin while I was in office. Told pt. best drug ever, no side effects. |
| 22 | 3-09-01 Neuroimaging Conference - Adam's Mark Downtown |
| 23 | 3-8 She attended Indianapolis Orthopedic Society Dinner with her husband at Columbia Club |
| 24 | |
| 25 | |
| 26 | |
| 27 | 6-19-01 Lunch; excellent detail comparing efficacy, safety, and ease of dosing of all 3 AD. Also detailed new oral solution with neurontin, elderly, hospitalized, and pediatric indication. |
| 28 | |
| 29 | |
| 30 | 7-13-01 |
| 31 | |
| 32 | 8-23-01 invited to Alonso roundtable at Morton's on 8-30 |
| 33 | |
| 34 | |
| 35 | |
| 36 | DR. HULER WAS VERY ENGAGING - SHE IS DOWN WITH ALL OF THE PFIZER PRODS. NEEDS TO BE THOUROUGHLY DETAILED ON RELPAX - SHE DIDN'T REMEMBER IF SHE HAD BEEN / SET A LUNCH |
| 37 | |
| 38 | she is the Pfizer Queen (Zoloft, Neurontin) and she said as much - likes patient information supplies - needs MMSE pads often |
| 39 | reminyl study / set preceptorshipand Pfizer HIPPA form is good   learned that she is not a big fan of triptans    learned that she and dr muckway not ig fans of dr herr and dr cook |
| 40 | L- aricept is first line in 80% of patients uses others only if can't tolerate aricept  has patients on 3mg b.i.d. exelon and can't move them farther  doesn't like immi) really like patient info sleeve w/ sample  has sampled relp |
| 41 | has sampled relpax since getting the patient information kits |
| 42 | dr. huler really likes the fact that we know she is high on the list of Pfizer (zoloft, Neurontin) products  keep at her with Relpax, she has been sampling it |
| 43 | she came outinto the lobby and spoke with me for about 5 minutes  she has given out several samples of relpax (volunteered the info without me asking) |
| 44 | |
| 45 | L- has not received anything regarding Namenda, sees it as add on only, would not wash out a patient  A- will not discontinue Aricept and switch to NAmenda, add on only  F- MSAD for moderate to severe patients  interested in Relpax Ch |
| 46 | |
| 47 | L- sees no reason for Namenda  A_ will use aricept 1st  F- AWARE |
| 48 | L- she finds dr farlow a little long winded but entertaining  A- will consider attending dinner  F- MSAD 5-12  L- feels patiens should have the right to document migtraine  A- will participate and give her patients the option  F- Matthew etc / disc |
| 49 | L- feels scored will help patient and aid in titration  A- will use to help patient  F- rice/row to show efficacy |
| 50 | |

Huler_Sherlock

| | Q | R | S |
|---|---|---|---|
| | M. NOTES | AE NOTES | SOURCE |
| 1 | | | |
| 2 | | | S3 |
| 3 | | | S3 |
| 4 | | | S3 |
| 5 | | | S3 |
| 6 | | | S3.1 |
| 7 | | | S3.1 |
| 8 | | | S3.1 |
| 9 | | | S3.1 |
| 10 | | | S3.1 |
| 11 | | | S3.1 |
| 12 | | | S3.1 |
| 13 | | | S3.1 |
| 14 | | | S3.1 |
| 15 | | | S3.1 |
| 16 | | | S3.1 |
| 17 | | | S3.1 |
| 18 | | | S3.1 |
| 19 | | | S3.1 |
| 20 | | | S2 |
| 21 | | | S2 |
| 22 | | | S2 |
| 23 | | | S2 |
| 24 | | | S2 |
| 25 | | | S2 |
| 26 | | | S2 |
| 27 | | | S2 |
| 28 | | | S2 |
| 29 | | | S2 |
| 30 | | | S2 |
| 31 | | | S2 |
| 32 | | | S2 |
| 33 | | | S2 |
| 34 | | | S2 |
| 35 | | | S3.1 |
| 36 | | | S3.1 |
| 37 | | | S3.1 |
| 38 | | | S3.1 |
| 39 | | | S3.1 |
| 40 | x | | S3.1 |
| 41 | | | S3.1 |
| 42 | | | S3.1 |
| 43 | | | S3.1 |
| 44 | | | S3.1 |
| 45 | enge, bring mor | | S3.1 |
| 46 | | | S3.1 |
| 47 | | | S3.1 |
| 48 | uss | | S3.1 |
| 49 | | | S3.1 |
| 50 | | | S3.1 |

Huler_Sherlock

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CALL_ID | PRESCRIBER_ID | LAST_NAME | FIRST_NAME | AMA_SPECIALTY | SHERLOCK_MAJOR_SPECIALTY | PFIZER_ID | CALL_DATE | TERRITORY |
| 51 | 2498640000105880 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 4/7/2004 | 3PB15G16 |
| 52 | 2779580000002675 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 11/4/2003 | 3NU23C12 |
| 53 | 2779640000004249 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 11/18/2003 | 3NU23C12 |
| 54 | 2947650000007029 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/14/2004 | 3NU23C12 |
| 55 | 2947650000050486 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/11/2004 | 3NU23C12 |
| 56 | 2947650000054848 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/30/2004 | 3NU23C12 |
| 57 | 2947650000058362 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/3/2004 | 3NU23C12 |
| 58 | 2947650000061706 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 4/6/2004 | 3NU23C12 |
| 59 | 2947650000068400 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/14/2004 | 3NU23C12 |
| 60 | 2947650000076934 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/10/2004 | 3NU23C12 |
| 61 | 2947650000080552 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/24/2004 | 3NU23C12 |
| 62 | 2947660000000144 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/10/2004 | 3NU23C12 |
| 63 | 2947670000008400 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 12/4/2003 | 3NU23C52 |
| 64 | 2947680000000069 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/26/2004 | 3NU23C52 |
| 65 | 2947680000000286 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/2/2004 | 3NU23C52 |
| 66 | 2947680000001836 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/11/2004 | 3NU23C52 |
| 67 | 3257590000002205 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 4/19/2004 | 3PB15G16 |
| 68 | 3281200000004153 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/10/2004 | 3PB15G16 |
| 69 | 3281200000014127 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/24/2004 | 3PB15G16 |
| 70 | 3281200000015672 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/1/2004 | 3PB15G16 |
| 71 | 3281200000025886 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/28/2004 | 3PB15G16 |
| 72 | 3281200000031096 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 7/13/2004 | 3PB15G16 |
| 73 | 3281200000035148 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 7/26/2004 | 3PB15G16 |
| 74 | 3281200000048246 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/23/2004 | 3PB15G16 |
| 75 | 3281200000051504 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 9/7/2004 | 3PB15G16 |
| 76 | 3281200000056890 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 9/23/2004 | 3PB15G16 |
| 77 | 3281200000063065 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/7/2004 | 3PB15G16 |
| 78 | 3403220000001304 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 7/8/2004 | 3NU23C52 |
| 79 | 3403230000000640 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/3/2004 | 3NU23C52 |
| 80 | 3403230000000768 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 7/20/2004 | 3NU23C52 |
| 81 | 3403230000002026 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/1/2004 | 3NU23C52 |
| 82 | 4663600000000559 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/2/2002 | K2D13 |
| 83 | 4663600000001058 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/10/2002 | K2D13 |
| 84 | 4663600000002027 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/28/2002 | K2D13 |
| 85 | 4663600000010400 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/6/2002 | K2D13 |
| 86 | 4663600000032740 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/21/2002 | K2D13 |
| 87 | 4663600000032965 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/28/2002 | K2D13 |
| 88 | 4663600000057316 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/18/2002 | K2D13 |
| 89 | 6686200000018348 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 4/25/2002 | K2D13 |
| 90 | 6686200000022442 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/6/2002 | K2D13 |
| 91 | 6686200000046421 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/31/2002 | K2D13 |
| 92 | 6686200000053362 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/13/2002 | K2D13 |
| 93 | 6686200000067397 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/26/2002 | K2D13 |
| 94 | 6686200000097037 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 7/24/2002 | K2D13 |
| 95 | 6686200000126822 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/5/2002 | K2D13 |
| 96 | 6686200000127001 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 8/28/2002 | K2D13 |
| 97 | 6686200000161384 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/23/2002 | K2D13 |
| 98 | 6686200000186335 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 11/22/2002 | K2D13 |
| 99 | 6686200000188200 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 11/26/2002 | K2D13 |

Huler_Sherlock

| | J REP_NAME | K CALL_TYPE | L CALL_ADDRESS_LINE_1 | M CALL_ADDRESS_CITY | N CALL_ADDRESS_STATE | O CALL_ADDRESS_ZIP |
|---|---|---|---|---|---|---|
| 51 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 52 | Olson, Jon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 53 | McClara, Scot | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 54 | Olson, Jon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 55 | Olson, Jon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 56 | Olson, Jon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 57 | Olson, Jon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 58 | Olson, Jon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 59 | Olson, Jon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 60 | Olson, Jon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 61 | Olson, Jon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 62 | Olson, Jon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 63 | McClara, Scot | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 64 | McClara, Scot | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 65 | McClara, Scot | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 66 | McClara, Scot | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 67 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 68 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 69 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 70 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 71 | Clayton, Vernon | Detail and Starter | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 72 | Clayton, Vernon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 73 | Clayton, Vernon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 74 | Clayton, Vernon | Detail Only | 5250 E Us Highway 36 | Avon | IN | 46123 |
| 75 | McClara, Scot | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 76 | Clayton, Vernon | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 77 | Clayton, Vernon | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 78 | McClara, Scot | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 79 | McClara, Scot | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 80 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 81 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 82 | McClara, Scot | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 83 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 84 | McClara, Scot | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 85 | McClara, Scot | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 86 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 87 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 88 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 89 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 90 | McClara, Scot | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 91 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 92 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 93 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 94 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 95 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 96 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 97 | McClara, Scot | Detail and Starter | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 98 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |
| 99 | McClara, Scot | Detail Only | 5250 East US 36 Highway 36 Ste. 210 | Avon | IN | 46123 |

Huler_Sherlock

| | CALL NOTES | P |
|---|---|---|
| 1 | | |
| 51 | L- ari 1st line but has 1 person on Namenda mono to see how works   A- uses as add on to ari 1st line   F- ask about mono person and behavior | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |
| 56 | | |
| 57 | | |
| 58 | | |
| 59 | | |
| 60 | | |
| 61 | | |
| 62 | | |
| 63 | | |
| 64 | | |
| 65 | | |
| 66 | | |
| 67 | quick 5-12 while signing (left exelon study) | |
| 68 | L- aricept is simply the best for now (tolerable) has 1 patient on namenda mono   A- will continue ari 1st line   F- ask about namenda mono patient and behavior with MSAd and their PI | |
| 69 | L- believes Ari is the best offered,doen't know what happens in NH   A- will continue to use 1st   F- MSAD 5-12,ask about NH | |
| 70 | L- her 1 namenda mono patient seems to be more confused on the med (doesn't think that there is much to namenda)   A- will continue ari 1st   F- nam/ari data from POA | |
| 71 | | |
| 72 | L- simply prefers ari to all others; takes pride in being #1 a,n,z, and thinks geodon. exelon is saying only need to get to 3 bid; zoloft added to geodon works wonders toad in mood stabilization; will try to write neuro 600s : kerlin is very old ag | |
| 73 | write 600mg tabs to get to 1800, no caps | |
| 74 | L- she is very happy with all 3 prods and they flow like water out of the office(office just about done with Namenda   A- will continue first line   F- feed her ego although she is a nicelady and not an megalomaniac , she likes being the #1 quee | |
| 75 | L- have been getting callsfrom pharmacies about switching neuro and explained that nottheapeutic equiv.   A- keep prescribing neuro   F- make sure ari and neuro are #1 in mind | |
| 76 | L- neuron is great,1st line no need to use relpax because neuron is great at putting migraine into remission   A- burn stab lance neuron   F- 600s | |
| 77 | I- decided not to attend pregab launch - speaking issues   A-   F- time as gift | |
| 78 | | |
| 79 | | |
| 80 | | |
| 81 | | |
| 82 | loves neurontin-wish we had a oral solution for aricept / / / | |
| 83 | | |
| 84 | | |
| 85 | | |
| 86 | | |
| 87 | | |
| 88 | | |
| 89 | | |
| 90 | | |
| 91 | | |
| 92 | | |
| 93 | | |
| 94 | K2D13 | |
| 95 | K2D13 | |
| 96 | K2D13 | |
| 97 | K2D13 | |
| 98 | K2D13 | |
| 99 | K2D13 | |

Huler_Sherlock

| 1 | Q<br>MI_NOTES | R<br>AE_NOTES | S<br>SOURCE |
|---|---|---|---|
| 51 | | | S3.1 |
| 52 | | | S3.1 |
| 53 | | | S3.1 |
| 54 | | | S3.1 |
| 55 | | | S3.1 |
| 56 | | | S3.1 |
| 57 | | | S3.1 |
| 58 | | | S3.1 |
| 59 | | | S3.1 |
| 60 | | | S3.1 |
| 61 | | | S3.1 |
| 62 | | | S3.1 |
| 63 | | | S3.1 |
| 64 | | | S3.1 |
| 65 | | | S3.1 |
| 66 | | | S3.1 |
| 67 | | | S3.1 |
| 68 | | | S3.1 |
| 69 | | | S3.1 |
| 70 | | | S3.1 |
| 71 | | | S3.1 |
| 72 | need | | S3.1 |
| 73 | | | S3.1 |
| 74 | | | S3.1 |
| 75 | | | S3.1 |
| 76 | | | S3.1 |
| 77 | pregab letter | | S3.1 |
| 78 | | | S3.1 |
| 79 | | | S3.1 |
| 80 | | | S3.1 |
| 81 | | | S3.1 |
| 82 | | | S3 |
| 83 | | | S3 |
| 84 | | | S3 |
| 85 | | | S3 |
| 86 | | | S3 |
| 87 | | | S3 |
| 88 | | | S3 |
| 89 | | | S3 |
| 90 | | | S3 |
| 91 | | | S3 |
| 92 | | | S3 |
| 93 | | | S3 |
| 94 | | | S3 |
| 95 | | | S3 |
| 96 | | | S3 |
| 97 | | | S3 |
| 98 | | | S3 |
| 99 | | | S3 |

Case 1:04-cv-10981-PBS   Document 271-3   Filed 01/31/2006   Page 10 of 17

Huler_Sherlock

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CALL_ID | PRESCRIBER_ID | LAST_NAME | FIRST_NAME | AMA_SPECIALTY | SHERLOCK_MAJOR_SPECIALTY | PFIZER_ID | CALL_DATE | TERRITORY |
| 100 | 6886200020084 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 12/18/2002 | K2D13 |
| 101 | 6886200021354 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/7/2003 | K2D13 |
| 102 | 6886200021921 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/15/2003 | K2D13 |
| 103 | 6886200022512 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/21/2003 | K2D13 |
| 104 | 6886200023360 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 1/31/2003 | K2D13 |
| 105 | 6886200024321 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/12/2003 | K2D13 |
| 106 | 6886200025079 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 2/28/2003 | K2D13 |
| 107 | 6886200025712 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/6/2003 | K2D13 |
| 108 | 6886200026212 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/13/2003 | K2D13 |
| 109 | 6886200026572 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 3/20/2003 | K2D13 |
| 110 | 6886200027715 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 4/24/2003 | K2D13 |
| 111 | 6886300000041 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 4/22/2002 | K2D13 |
| 112 | 6886300000059 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/9/2002 | K2D13 |
| 113 | 6886300000113 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 5/16/2002 | K2D13 |
| 114 | 6886300000134 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/6/2002 | K2D13 |
| 115 | 6886300000902 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 6/17/2002 | K2D13 |
| 116 | 6886300000921 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 4/8/2003 | K2D13 |
| 117 | 6886300000921 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 4/17/2003 | K2D13 |
| 118 | 8814200000611 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 9/12/2002 | E4D16 |
| 119 | 8814200002023 | 67029887 | Huler | Kylene | NEU | NEU | 1351205 | 10/29/2002 | E4D16 |
| 120 | 90152480 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 1/25/1999 | PD |
| 121 | 90268539 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 2/4/1999 | PD |
| 122 | 90273552 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 2/4/1999 | PD |
| 123 | 90356182 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 2/12/1999 | PD |
| 124 | 90441343 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 2/22/1999 | PD |
| 125 | 90473133 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 2/24/1999 | PD |
| 126 | 90753183 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 3/24/1999 | PD |
| 127 | 90799039 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 3/29/1999 | PD |
| 128 | 91863111 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 8/17/1999 | PD |
| 129 | 91980491 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 9/2/1999 | PD |
| 130 | 92140781 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 9/24/1999 | PD |
| 131 | 92278187 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 10/13/1999 | PD |
| 132 | 92531290 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 11/11/1999 | PD |
| 133 | 92616549 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 11/23/1999 | PD |
| 134 | 92914563 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 1/10/2000 | PD |
| 135 | 93023903 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 1/26/2000 | PD |
| 136 | 93123767 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 2/9/2000 | PD |
| 137 | 93308855 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 2/29/2000 | PD |
| 138 | 93546796 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 3/24/2000 | PD |
| 139 | 93626684 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 4/4/2000 | PD |
| 140 | 93767264 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 4/19/2000 | PD |
| 141 | 93983755 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 5/18/2000 | PD |
| 142 | 94139106 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 6/7/2000 | PD |
| 143 | 94258286 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 6/20/2000 | PD |
| 144 | 94341076 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 7/6/2000 | PD |
| 145 | 94373519 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 7/11/2000 | PD |
| 146 | 94505045 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 7/25/2000 | PD |
| 147 | 94641527 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 8/9/2000 | PD |
| 148 | 94781093 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 8/22/2000 | PD |

Huler_Sherlock

| | J | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 1 | REP_NAME | CALL_TYPE | CALL_ADDRESS_LINE_1 | CALL_ADDRESS_CITY | CALL_ADDRESS_STATE | CALL_ADDRESS_ZIP |
| 100 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 101 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 102 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 103 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 104 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 105 | McClara, Scot | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 106 | McClara, Scot | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 107 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 108 | McClara, Scot | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 109 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 110 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 111 | McClara, Scot | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 112 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 113 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 114 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 115 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 116 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 117 | McClara, Scot | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 118 | Schackmuth, Jon | Detail and Starter | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 119 | Schackmuth, Jon | Detail Only | 5250 East US 36 Ste. 210 | Avon | IN | 46123 |
| 120 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 121 | Territory, Parke-Davis | Detail Only | 5250 E US 36 | Avon | IN | 46123 |
| 122 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 123 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |
| 124 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 125 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 126 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 127 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 128 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |
| 129 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 130 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 131 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |
| 132 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 133 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 134 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |
| 135 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 136 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 137 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |
| 138 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 139 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 140 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 141 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 142 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 143 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |
| 144 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 145 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 146 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |
| 147 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 148 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |

Huler_Sherlock

| | CALL_NOTES |
|---|---|
| 100 | K2D13 |
| 101 | K2D13 |
| 102 | K2D13 |
| 103 | K2D13 |
| 104 | K2D13 |
| 105 | K2D13 |
| 106 | K2D13 |
| 107 | K2D13 |
| 108 | K2D13 |
| 109 | K2D13 |
| 110 | K2D13 |
| 111 | Mixed results with bextra.had a couple of patients with allergic reactions.said she will continue to use. / / / / |
| 112 | |
| 113 | |
| 114 | Told of New indication.she still prefers celebrex / / / |
| 115 | |
| 116 | K2D13 |
| 117 | K2D13 |
| 118 | E4D16 |
| 119 | E4D16 |
| 120 | |
| 121 | |
| 122 | |
| 123 | |
| 124 | |
| 125 | |
| 126 | |
| 127 | |
| 128 | |
| 129 | |
| 130 | |
| 131 | |
| 132 | |
| 133 | |
| 134 | |
| 135 | |
| 136 | |
| 137 | |
| 138 | |
| 139 | |
| 140 | |
| 141 | |
| 142 | |
| 143 | |
| 144 | |
| 145 | |
| 146 | |
| 147 | |
| 148 | |

Huler_Sherlock

| Q | R | S |
|---|---|---|
| MI_NOTES | AE_NOTES | SOURCE |
| 100 | | S3 |
| 101 | | S3 |
| 102 | | S3 |
| 103 | | S3 |
| 104 | | S3 |
| 105 | | S3 |
| 106 | | S3 |
| 107 | | S3 |
| 108 | | S3 |
| 109 | | S3 |
| 110 | | S3 |
| 111 | | S3 |
| 112 | | S3 |
| 113 | | S3 |
| 114 | | S3 |
| 115 | | S3 |
| 116 | | S3 |
| 117 | | S2 |
| 118 | | S2 |
| 119 | | S2 |
| 120 | | S2 |
| 121 | | S2 |
| 122 | | S2 |
| 123 | | S2 |
| 124 | | S2 |
| 125 | | S2 |
| 126 | | S2 |
| 127 | | S2 |
| 128 | | S2 |
| 129 | | S2 |
| 130 | | S2 |
| 131 | | S2 |
| 132 | | S2 |
| 133 | | S2 |
| 134 | | S2 |
| 135 | | S2 |
| 136 | | S2 |
| 137 | | S2 |
| 138 | | S2 |
| 139 | | S2 |
| 140 | | S2 |
| 141 | | S2 |
| 142 | | S2 |
| 143 | | S2 |
| 144 | | S2 |
| 145 | | S2 |
| 146 | | S2 |
| 147 | | S2 |
| 148 | | S2 |

Huler_Sherlock

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CALL_ID | PRESCRIBER_ID | LAST_NAME | FIRST_NAME | AMA_SPECIALTY | SHERLOCK_MAJOR_SPECIALTY | PFIZER_ID | CALL_DATE | TERRITORY |
| 149 | 94927570 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 9/8/2000 | PD |
| 150 | 95033049 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 9/20/2000 | PD |
| 151 | 95120796 | 32158579 | HULER | KYLENE | | NEU | 5110592 | 10/2/2000 | PD |

Huler_Sherlock

| | J | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 1 | REP_NAME | CALL_TYPE | CALL_ADDRESS_LINE_1 | CALL_ADDRESS_CITY | CALL_ADDRESS_STATE | CALL_ADDRESS_ZIP |
| 149 | Territory, Parke-Davis | Detail and Starter | 5250 US Hwy 36 | Danville | IN | 46122 |
| 150 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |
| 151 | Territory, Parke-Davis | Detail Only | 5250 US Hwy 36 | Danville | IN | 46122 |



| | CALL_NOTES | P | Huler_Sherlock |
|---|---|---|---|
| 1 | | | |
| 149 | | | |
| 150 | | | |
| 151 | | | |

Huler_Sherlock

| Q | R | S |
|---|---|---|
| MI_NOTES | AE_NOTES | SOURCE |
| 1 | | |
| 149 | | S2 |
| 150 | | S2 |
| 151 | | S2 |