# EXHIBIT C

# MERRITT-PUTNAM
# EPILEPSY UPDATE

May 15-18, 1997

The Ritz-Carlton Huntington Hotel
Pasadena, CA

# ROSTER

CONFIDENTIAL

V042116

WLC_FRANKLIN_0000040769

Sharat Ahluwalia, MD
University of Illinois at Chicago
UIC Neurology M/C 796
Chicago, IL 60612
312-996-6906

Adeeb Ahmed, MD
Medical College of Georgia
1120 15th Street
August, GA 30912
706-721-4581

Nadia Akhtar, MD
The Cleveland Clinic
9500 Euclid Avenue
Cleveland, OH 44195
216-444-2200 (beeper 23350)

Jamal Ali, MD
University Hospital Inc.
Dept. of Neurology, PO Box 670525
Cincinnati, OH 45267
513-558-2968

Rob Armstrong, MD
Univ. of Virginia Health Sciences Center
Dept. of Neurology
Charlottesville, VA 22908
804-924-2706

Salman Azhar, MD
Mount Sinai Hospital
One Gustave L. Levy Place
New York, NY 10029
212-241-7317

Ajmal Bangash, MD
University Medical Center, Texas Tech.
Univ. Health Sc. Ctr.
3601 4th Street
Lubbock, TX 79430
806-743-2719 or 743-2391

Gary Beaver, DO
Madigan Army Medical Center
MCHJ-MNR Residency Program
Tacoma, WA 98431
206-968-1399

Ferhan Beken, MD
Allegheny University - Medical College of
Pennslyvania
Broad and Vine Streets
Philadelphia, PA 19102
215-842-6473

Allan Block, MD
St. Josephs Hospital
Barrow Neurological Institute
Phoenix, AZ 85013
602-406-3000

Joey C. Boiser, MD
St. Louis University Hospital
3635 Vista @ Grand Blvd.
St. Louis, MO 63110
314-577-8026

Suzanne Brown, DO
Long Island Jewish Medical Center
270-05 76th Avenue
New Hyde Park, NY 11040
718-470-7260

Flor Caballar-Gonzaga, MD
UMDNH - New Jersey Medical School
Department of Neurosciences MSBH-506
Newark, NJ 07103
201-982-5208

Diego Cadavid, MD
Georgetown University Hospital
3800 Reservoir Rd. 1 Bles Bldg NE
Washington, DC 20007
202-784-2261

Deborah Carver, MD
Univ. of Texas Health Science Ctr.
7703 Floyd Curl Drive
San Antonio, TX 78284
210-617-5161

Ravi Chander, MD
Albany Medical Centre
47 New Scotland Avenue
Albany, NY 12208
518-262-3111, page 1053

CONFIDENTIAL

V042117

Celia Chang, MD
VA Northern California
150 Muir Rd.
Martinez, CA 94553
510-372-2059

Dane Copeland, MD
Harbor/UCLA Medical Center
1000 West Carson Street
Torrance, CA 90509
310-222-2492

Maria DeCastro, DO
Henry Ford Health Sciences Center
2799 West Grand Boulevard
Detroit, MI 48202
313-876-7221

Meeraj Dubey, MD
North Shore University Hospital
Dept. of Neurology, North Shore University
University Hospital
Manhasset, NY 11030
516-562-4300

Maria Duran, MD
SUNY Health Science Center at Brooklyn
450 Clarkson Avenue, Box 1213
Brooklyn, NY 11203
718-270-2035

Teri Engelberg, MD
Strong Memorial HOspital/Univ of
Rochester Med Ctr
Neurology Dept.
Box 673
601 Elmwood Ave.
Rochester, NY 14642
716-275-4423

Wiaam Faluji, MD
The George Washington University Hospital
and Medical Center
2150 Pennsylvania Ave., NW
Washington, DC 20037
202-994-3627

Jose Fernandez, Jr., MD
LSU Charity Hospital - LSU Medical Center
1542 Tulane Avenue
New Orleans, LA 70112
504-568-4081

Maria Fernando, MD
Univ of Medicine and Dentistry of NJ
Dept of Neurology
150 Bergen St.
Newark, NJ 07107
201-982-5359

Rochelle Frank, MD
UNC Hospitals
751 Burnett Womack CB #7025
Chapel Hill, NC 27599
919-966-2526

Blondell Gage, MD
University of California at Davis Medical
Center
2315 Stockton Blvd. Room 5308
Sacramento, CA 95817
916-734-3514

James Geyer, MD
University Hospital
625 South 19th Street
Birmingham, AL 35294
205-975-8509

Krzysztof Goetzen, MD
Neurology Health Care Service
Fletcher Allen Health Care
Burlington, VT 05401
802-656-4588

Glen Greenough, MD
Dartmouth Hitchcock Medical Center
1 Medical Center Drive
Lebanon, NH 03756
603-650-5104

Patrick Harding, MD
Sentara Norfolk General Hospital
825 Fairfax Avenue
Norfolk, VA 23507
757-446-5940

CONFIDENTIAL

V042118

WLC_FRANKLIN_0000040771

George Hart, MD
University of Maryland Medical Center
22 South Greene St. /Room NYWY6
Baltimore, MD 21201
410-328-6484

Nihal Herath, MD
University of Wisconsin Hospital & Clinics
600 Highland Avenue
Madison, WI 53792
608-263-5443

Susan Herman, MD
Columbia-Presbyterian Medical Center
710 West 168th Street
New York, NY 10032
212-305-1338

Jesus Hernandez, MD
University of California Irvine
105 Irvine Hall UCI
Irvine, CA 92697-4275
714-824-3406

Penelope Hogarth, MD
University of Colorado Health Sciences
Center
4200 E. Ninth Ave.
Denver, CO 80262
303-315-7517

Kylene Huler, MD
Indiana University Medical Center
Dept. of Neurology
Indianapolis, IN 46202
317-274-8800/317-274-5000

Parissa Jannati, MD
UCLA School of Medicine
710 Westwood Plaza
Los Angeles, CA 90095
310-825-6681

Khalid Khan, MD
University of Oklahoma Health Science
Center/Presbyterian
800 NE 13
Oklahoma City, OR 73104
405-271-4113

Allauddin Khan, MD
University of Wisconsin Hospitals &
Clinics--Neurology
600 Highland Ave.
Madison, WI 53792
608-263-5443

Munawwer Khurshid, MD
Wayne State University School of
Medicine/Detroit Medical Center
4201 St. Antoine - UHC/6E
Detroit, MI 48201
313-577-1245 (ask for Sharon)

Lucas J. Koberda, MD, PhD
OHSU
3181 SW Sam Jackson Park Rd.
Portland, OR 97201-3098

Gerald Lim, MD
West Los Angeles Veterans Administration
Medical Center
11301 Wilshire Blvd.
Los Angeles, CA 90673
310-268-4638

Rejane Lisboa, MD
University of Tennessee Affiliated Hospitals
855 Monroe Avenue, Room 415
Memphis, TN 38163
901-448-6661

Raquel Lopez, MD
Boston University Medical Center
80 East Concord St.
Boston, MA 02118
617-232-9500 x4749

Christina Mayville
Vanderbilt Hospital
2100 Pierce Avenue
Nashville, TN 37212
615-936-202

Walter McFarland
University of Kentucky
Dept. of Neurology
Lexington, KY 40536-0284
606-323-6702 x240

CONFIDENTIAL

V042119

WLC_FRANKLIN_0000040772

Linette Melcher, MD
The University of Texas Medical Branch
Hospitals
301 University Blvd.
Galveston, TX 77555
409-772-2646

David Moorhouse, MD
VA Medical Center (9127)
3350 La Jolla Village Drive
San Diego, CA 92161
619-552-8585 ext. 3685

Maromi Nei, MD
Hospital of the University of Pennsylvania
3400 Spruce Street
Philadelphia, PA 19104
215-662-3370

Anh Nguyen, MD
Fairview University Medical Center
Neurology Dept., Box 295 UMHC
Minneapolis, MN 55116
612-625-5454

Faiz Niaz, MD
Vanderbilt University Medical Center
Department of Neurology, III Floor
MCS, 2100 Pierce Avenue
Nashville, TN 37212
615-322-5000 (Beeper 1237)

Grace Oropilla, MD
Harbor-UCLA Medical Center
1000 Wet Carson Street
Torrance, CA 90509
310-222-2492

Teresa Podruchny, MD
Loma Linda University Medical Center
11234 Anderson
Loma Linda, CA 92354
909-824-4907

Thomas Privett, MD, PhD
Tulane University
1430 Tulane Avenue
New Orleans, LA 70112
504-588-2241

Charles Rahming, MD
Howard University Hospital
2041 Georgia Avenue, NW
Washington, DC 2060
202-865-1546

Arun Rajan, MD
New York University Medical Center
550 First Avenue
New York, NY 10016
212-263-8223

Alex Rajput, MD
University of Iowa Hospitals and Clinics
200 Hawkins Drive
Iowa City, IA 52242
319-353-8706

Aruna Rau, MD
Indiana University
Dept. of Neurology
125 Emerson Hall
545 Barnhill Dr.
Indianapolis, IN 46202
317-274-8800

Valerie Reid, MD
Boston Medical Center
Harrison Ave. Campus
Boston, MA 02118
617-638-5795 Beeper #3380

Awais Riaz, MD, PhD
Southern Illinois University School of
Medicine
Department of Neurology
Springfield, IL 62794
217-785-5175

Lisa Rietz, MD
University of Utah Medical School
Dept. of Neurology
50 N. Medical Dr.
Salt Lake City, UT 84132
801-581-2121

CONFIDENTIAL

V042120

WLC_FRANKLIN_0000040773

Lyubov Rubin, MD
North Shore University Hospital
300 Community Drive
Manhasset, NY 11030
516-562-4300

Ashok Sachdev, MD
University of Arkansas
4301 W. markham
Little Rock, AR 72205
501-686-5135

Gregory Sengstock, MD, PhD
Wilford Hall Medical Center
Dept. of Neurology/PSMN
Lackland Air Force Base, TX 78236
210-292-3947

Vineeta Singh, MD
Allegheny University Hospitals/Hahnemann
Division
Broad & Vine Street
Philadelphia, PA 19102
215-762-_____

Michael Stanton, MD
University of Michigan Hospital
1500 E. Medical Center Dr.
Ann Arbor, MI 48109
313-936-9010

Marwan Tabbara, MD
SUNY Health Science Center, Syracuse
750 E. Adams St.
Syracuse, NY 13210
315-464-5540

Hajime Tokuno, MD
Yale-New Haven Hospital
Dept. of Neurology LCI-7
New Haven, CT 06520
203-785-6054

Damaris Torres, MD
University Hospital - School of Medicine
Puerto Rico
University of Puerto Rico Medical Sciences
Campus
San Juan, PR 00936-5067
787-754-3784

Mary Ellen Vanderlick, MD
Baylor College of Medicine
Dept. of Neurology
Houston, TX 77030
713-798-8572

Joseph Vaughan, MD
Medical College of Virginia Hospital
PO Box 980594 MCV
Richmond, VA 23298
804-828-9720

Francisco Vega, MD, PhD
Johns Hopkins Hospital
600 N. Wolfe St.
Baltimore, MD 21287
410-955-6627

Mike Watts, DO
University of South Alabama
USA Neurology, MCSB 1155
Mobile, AL 36617
334-471-7841

Lawrence Wilkin, MD, PhD
Rush Presbyterian St. Lukes Medical Center
1725 W. Harrison #1106
Chicago, IL 60612
312-942-4500

Li Zhang, MD
University of Chicago
5841 S. Maryland Ave MC2031
Chicago, IL 60637
773-702-0151

CONFIDENTIAL

V042121