# EXHIBIT E

# N E U R O N T I N



**STEPS**

**INVESTIGATOR'S MEETING**

---

## Meeting Program

---

**Ritz-Carlton Hotel**

**Naples, Florida**

**August 1-3, 1997**

V083606



**INVESTIGATOR'S MEETING**

## CHAIR

Martha J. Morrell, MD
Associate Professor of Neurology,
   Neurological Sciences, and Neurosurgery
Stanford University School of Medicine, and
Director, Stanford Comprehensive Epilepsy Center
Stanford University Medical Center
Stanford, California

## FACULTY

Leslie Magnus-Miller, MD
Senior Director, Medical Research
Parke-Davis
Morris Plains, New Jersey

Douglas R. Nordli, MD
Florence Irving Assistant Professor
   of Neurology and Pediatrics
Columbia University College of Physicians
   and Surgeons
Director, Pediatric Epilepsy
   Monitoring Unit
Columbia-Presbyterian Hospital
New York, New York

Michael F. Rafferty, PhD
Senior Director, Neuroscience Chemistry
Parke-Davis Pharmaceutical Research
Ann Arbor, Michigan

L. James Willmore, MD
Professor of Neurology
Director, Texas Comprehensive Epilepsy Program
University of Texas Medical School
Houston, Texas

V083607



# I N V E S T I G A T O R ' S   M E E T I N G

**PROGRAM**
*Friday, August 1, 1997*

| | | |
|---|---|---|
| 7:00 PM | **Welcome Reception** | Center Court |
| 8:00-10:00 PM | **Dinner** | Salon III |

*Saturday, August 2, 1997*

| | | |
|---|---|---|
| 8:00 AM | **Continental Breakfast** | Ballroom Foyer |
| 8:30 | **Welcome Remarks**<br>Martha J. Morrell, MD | Salon IV |
| 8:35 | **Overview of Neurontin STEPS Study Design:**<br>**Rationale and Protocol Review**<br>Leslie Magnus-Miller, MD | |
| 8:55 | **STEPS Primary Analysis: Tolerability Data Results**<br>L. James Willmore, MD | |
| 9:15 | **STEPS Secondary Analysis: Efficacy Results and**<br>**Clinical Implications for Neurontin**<br>Martha J. Morrell, MD | |
| 9:45 | **Update on Neurontin Mechanisms of Action**<br>Michael F. Rafferty, PhD | |
| 10:15 | **Question and Answer Period** | |
| 10:30 | **Break** | |
| 11:00 - 1:00 PM | Discussion Groups (30 minutes each)<br>**Parke-Davis Feedback Session**<br>Special Patient Populations: | Royal Poinciana |
| | • **Adolescents** – Douglas Nordli, MD | Bonita Sands |
| | • **Women** – Martha J. Morrell, MD | Royal Harbor |
| | • **Patients over 60 years** – L. James Willmore, MD | Directors Room |
| 1:00 PM | **Lunch** | The Grill |
| | *Afternoon Free* | |
| 6:15 - 9:00 PM | **Reception & Dinner** | North Beach |

*Sunday, August 3, 1997*

| | | |
|---|---|---|
| 8:00 - 10:00 AM | **Continental Breakfast** | Center Court |
| | **Departures** | |

V083608



**INVESTIGATOR'S MEETING**

## INVESTIGATORS IN ATTENDANCE

| | |
|---|---|
| Nader Afrooz, MD<br>Youngstown, OH | Vithal Dhaduk, MD<br>Dunmora, PA |
| Vijaya Atlura, MD<br>Searingtown, NY | Frank Fenton, DO<br>Walled Lake, MI |
| Esther Baldinger, MD<br>Brooklyn , NY | Ram Garg, MD<br>Woodhaven, MI |
| Alfred Bannerman, MD<br>Jamaica, NY | Generoso Gascon, MD<br>Providence, RI |
| Robert Baraff, MD<br>Pittsburgh, PA | Gene Geld, DO<br>Philadelphia, PA |
| Ferhan Beken, MD<br>Philadelphia, PA | John R. Hughes, MD, PHD<br>North Chicago, IL |
| V. Paul Bertrand, DO<br>Frankfort, IL | Elaine Jones, MD<br>Providence, RI |
| Larry Blankenship, MD<br>Anderson , IN | Cyril Khanyile, MD<br>Monticello, NY |
| Leona D. Borchert, MD<br>Valhalla, NY | Chayla Kharode, MD<br>Malverne, NY |
| Carlo Brogna, MD<br>Westerly, RI | Siriwan Kriengkrairut, MD<br>Bismark, ND |
| David Calimag, MD<br>Morton Grove, IL | Ronald A. Landefeld, MD<br>Marrion, OH |
| Sue Delanerolle, MD<br>Stony Brook, NY | Morris Levinsohn, MD<br>Willoughby , OH |

Y083609



**INVESTIGATOR'S MEETING**

Thomas Lin, MD
Lima, OH

Ricardo Mabanta, MD
Mapleshade, NJ

Elliot Michel, MD
Natrona Heights, PA

Thomas F. Morgan, MD
Warwick, RI

Abraham D. Morganoff, MD
Warren, NJ

Balgovest Nikolov, MD
New York, NY

Ciceron L. Opida, MD
Altoona, PA

Luis Pagani, MD
Cincinnatti, OH

Jean Pitter, MD
Laurelton Queens, NY

Larisa Ploshchanskaya, MD
Hoboken, NJ

Tarakad Ramachandran, MD
Syracuse, NY

Govindappa Rangaiah, MD
Bronx, NY

Ayman Rayes, MD
Troy, MI

Anthony Ritaccio, MD
Albany, NY

David Shantha, CPN N
Peekskill, NY

Taranath Shetty, MD
Providence, RI

Nancy Sibley, RNNP
Liverpool, NY

James Taft, MD
Cazenovia, NY

Thomas Vidic, MD
Elkhart, IN

Norton Winer, MD
Beachwood, OH

Y083610



**INVESTIGATOR'S MEETING**

## PARKE-DAVIS IN ATTENDANCE (*non-faculty*)

Abdul Abassi
Territory Manager
New York, NY

Peggy Debus
Territory Manager
Smithtown, NY

Victor Delimata
Product Manager
Morris Plains, NJ

Joe DeLosa
Area Business Manager
Denville, NJ

Michael Fagan
Territory Manager
Clifton Park, NJ

Allan Gutierrez
Medical Liaison
Mequon, WI

Laura Johnson
CNS Marketing Manager
Northeast Customer Business Unit
Parsippany, NJ

Paul Michaels
Medical Liaison
Brecksville, OH

Dave Murphy
Area Business Manager
Boston, MA

Paula Podolnik, MS
Associate Director of Biometrics
Morris Plains, NJ

Gihad Rizkallah, MD
Medical Liaison
Cincinnati, OH

Michael Romano
Area Business Manager
Fishers, IN

Robert Santa, Jr.
Territory Manager
Tarentum, PA

Kiernan Seth
Medical Liaison
Morris Plains, NJ

Karin Sorra
Medical Liaison
Morris Plains, NJ

Jeffrey Tarnoff
Territory Manager
Providence, RI

Cindy Thompson
Territory Manager
West Middlesex, PA

Denise Wolff
Medical Liaison
Lakeville, MN

Pat Woster
Medical Liaison
Canton, OH

V083611

_16-week treatment pd_

3600 mg/day (if needed)

→ thru Michlar → MRK submission list/study report

2216 ——→ 1639 ( 74.0% ) completed
            ↳ 577 D/C

efficacy analysis
n= 1055    45% — doses > 1800 mg/day

Jim Willmore

Phase IV important - example: Felbatol

mean age: 39 y.o.

→ thru STEPS - what can we do (?)        see STEPS

→ thru must strongly prescribed 1st line agent (?)

V083612

Leslie → Ketter
APS Post Investigators when can we do
FenPatch anything w/
M. p Ape

responder rate: 76%

NEON trial — Canada

introduction A.E.s that go away open we
→ don't re-emerge w/ ↑ doses

V083613

STEPS INVESTIGATORS MEETING

X001823



# NEWSLINE

Issue 3, Autumn 1997

**Looking Back.... Looking Forward**

## Efficacy Analysis

On March 4, 1995, you gathered in Atlanta, Boston, Chicago, Dallas, Los Angeles, New York, St. Louis, San Francisco, or Washington to learn about a study that was about to begin. The study, entitled "Study of Neurontin: Titration to Effect, Profile of Safety," or "STEPS," was a multicenter, prospective, open-label study to assess the safety and tolerability of Neurontin® (gabapentin) used as adjunctive therapy in dosages required to achieve the most effective seizure control. This study was designed to answer two key questions:

1. Is tolerability sacrificed when the dosage of Neurontin is increased to optimize seizure control?

2. What is the efficacy of Neurontin in the "real world" environment?



Three separate analyses were performed on the data collected as part of this study. They include:

| | |
|---|---|
| **Efficacy Analysis** | n = 1055 |
| **Tolerability Analysis** | n = 281 |
| **Overall Safety Analysis** | n = 2216 |

Efficacy was evaluated by the number and percent change in seizures (total and type) and by physicians' assessments of seizure control. One thousand and fifty-five (1055) patients were evaluable as part of the Efficacy Analysis. Of these patients, 573 received ≤1800 mg/day of Neurontin as the highest dose level of Neurontin received as part of this study. Four hundred and eighty-two (482) received >1800 mg/day of Neurontin as the highest dose level of Neurontin received as part of this study. To be included in this analysis, patients:

- Had to complete the study
- Had approximately 16 weeks of therapy
- Were compliant with the study medication (defined as having missed no more than 20% of the doses at any visit)
- Were not treated with Neurontin within three months prior to the start of the study.

### Efficacy Results - Last 4 weeks of Study (n=1055)

| | |
|---|---|
| ☐ **Average % Decrease in Seizures:** | **61.00%** |
| ☐ **% Seizure-Free:** | **46.35%** |
| ☐ **50% Responder Rate:** | **76.05%** |

The overall mean seizure frequency decreased from 16.8 per month at baseline to 4.5 during the last four weeks of the study.

X001824



Cumulative % Seizure-Free (n=1055)     Cumulative % Responder (n=1048)

*For sales representative's information only. Not to be copied, distributed, left behind, or used in detailing.*

# Tolerability Analysis

This analysis which compared the incidence of adverse events at dose levels ≤1800 mg/day to the incidences at dose levels >1800 mg/day (up to 3600 mg/day). <u>Each patient served as his/her own control.</u> Two hundred and eighty-one (281) patients were evaluable for this analysis. To be included in this analysis:

> Patients had to receive 3 to 6 consecutive weeks at a dose level of ≤1800 mg/day of Neurontin.
> Within this time period, at least 2 consecutive weeks had to have been at a dose level of exactly 1800 mg/day.
> Patients also had to receive 4 consecutive weeks at a dose level of >1800 mg/day.
> Patients had to have been at >1800 mg/day and discontinued or reduced a dose due to an adverse event.
> Patients were compliant with the study medication (defined as having missed no more than 20% of the doses at any visit).

For the lower dose level, an adverse event was counted within this dose level if it was present within the time period being considered based on the evaluability criteria. For the higher dose level (>1800 mg/day), an adverse event was counted within this dose level if it was present within the 28-day period being considered.

## Tolerability Analysis Results (n=281)

### Four most frequently reported adverse events

| Adverse Event | ≤1800 mg/day but not >1800 mg/day | Not ≤1800 mg/day but >1800 mg/day | P Values |
|---|---|---|---|
| Asthenia | 9 (3.3%) | 1 (0.4%) | 0.01 |
| Dizziness | 17 (6.2%) | 0 (0.0%) | <0.001 |
| Headache | 6 (2.2%) | 0 (0.0%) | 0.014 |
| Somnolence | 15 (5.4%) | 10 (3.6%) | 0.317 |

These results show that statistically significantly higher percentages of patients experienced asthenia, headache, and dizziness while receiving ≤1800 mg/day than while receiving >1800 mg/day. No adverse events occurred in a significantly higher percentage of patients while receiving >1800 mg/day than while receiving ≤1800 mg/day.

From these results we can conclude that treatment with [Neurontin] at doses greater than 1800 mg/day did not lead to an increase in adverse events.

This study showed no increase in the incidence or adverse events with increased dosages.

X001825

For sales representative's information only.  Not to be copied, distributed, left behind, or used in detailing.

# Overall Safety Analysis

Safety was evaluated by adverse events, physicians' assessments of safety and tolerability, physical and neurological examinations, medical history, epilepsy history, and vital signs. The total patient population included 2216 patients who received Neurontin and were evaluable for the overall safety analysis. To be included in this analysis, patients:

- ▪ Had to take study medication.
- ▪ Had to have at least one follow-up contact.

## Physician's Assessment of Therapy

### Safety/Tolerability (n=2216)



Good 27%
Excellent 33%
Fair 8%
Missing 7%
Excellent 52%
Poor 7%

The safety and tolerability of Neurontin, as assessed by the investigator at study completion or discontinuation, was judged to be good or excellent for 78% of all patients.

### Seizure Control(n=2216)



Good 33%
Fair 15%
Poor 12%
Missing 8%

The seizure control of Neurontin assessed by the investigator at study completion or discontinuation was judged to be good or excellent for 66% of all patients.

Of the 2216 patients evaluable for the overall safety analysis, adverse events occurred in 48.3% of patients, and associated adverse events (those considered to be definitely, probably, or possibly related to study medication) occurred in 36.4% of patients.

## Four Most Commonly Reported Adverse Events (n = 2216)

The four most commonly reported adverse events reflect those seen in the two pivotal clinical trials.

| | |
|---|---|
| Somnolence | 1-5.2% |
| Dizziness | 10.9% |
| Asthenia | 6.0% |
| Headache | 4.8% |

Serious adverse events (defined as those events which are fatal or life threatening; permanently disabling; require or prolong in- patient hospitalization or are congenital anomalies, cancer, or overdose) were reported by 3.3% of safety evaluable patients, and only 0.8% of safety evaluable patients experienced an associated serious adverse event. Overall, 10.6% of patients prematurely discontinued from the study because of adverse events.

X001826

For sales representative's information only.  Not to be copied, distributed, left behind, or used in detailing.



Look at the Patients You Enrolled

The patients in the three populations analyzed (efficacy, tolerability, and overall safety) were markedly similar with regard to demographics. Therefore, the demographic profile presented is that of the Overall Safety Population (n=2216).

| | | | |
|---|---|---|---|
| **Age** (mean year) | 39 | **Duration of Epilepsy** (mean year) | 18 |
| **Ethnic Origin** | | **Baseline Seizure Frequency** (mean number per month) | 18 |
| Caucasian | 81% | | |
| Hispanic | 6% | **Etiology of Seizure Disorder** | |
| Black | 11% | Congenital | 11.1% |
| Asian | 1% | Family History | 4.3% |
| Other | 1% | Febrile | 3.0% |
| | | Head Trauma | 19.8% |
| **Gender** | | Infection | 5.4% |
| Male | 43% | Neoplastic | 2.7% |
| Female | 57% | Perinatal/Birth Complications | 5.9% |
| **Number of Concomitant AEDs at Baseline** | | Vascular | 6.2% |
| 1 | 57% | Unknown | 42.9% |
| 2 | 33% | Other | 8.4% |
| $\geq$3 | 2% | | |

Of the 2216 safety evaluable patients enrolled in the study, 1639 (74.0%) completed the study and 577 (26.0%) discontinued. Of those who discontinued, 10.6% discontinued due to adverse events, 3.5% discontinued due to inadequate seizure control, and 11.9% discontinued due to other reasons.

## Study Conclusions

Based on all of the data gathered, the following conclusions can be drawn from this study:

- Neurontin is effective as adjunctive therapy in patients with partial epilepsy who are inadequately controlled with an average decrease in seizures of 61%.

- At both the $\leq$1800 mg/day and >1800 mg/day dosage levels, a large number of patients who remained in the trial and were efficacy evaluable achieved seizure freedom.

- Neurontin is well tolerated at dosages >1800 mg/day (up to 3600 mg/day). Patients who tolerated Neurontin at dosages $\leq$1800 mg/day were able to tolerate increased dosages.

- The dose of Neurontin should be determined on an individual basis for each patient in order to optimize response.

X001827

**Neurontin®** is a registered trademark of Parke-Davis, a Division of Warner-Lambert Company

For sales representative's information only.  Not to be copied, distributed, left behind, or used in detailing.



———————| **Invitation** |———————

**The Ritz-Carlton**

**Naples, Florida**

**Friday-Sunday**

**August 1-3, 1997**

**Martha J. Morrell, MD, Chair**

X001828



**INVESTIGATOR'S MEETING**

The Northeast and North Central Customer Business Units (CBUs) of Parke-Davis invite you to participate in a STEPS Investigators Meeting to review and discuss the results of the STEPS Trial.

## Objectives
The objectives of the STEPS Investigators Meeting are to:

- Provide specific information on its rationale and design

- Share the results of the STEPS Trial

- Provide you with an opportunity to share your experiences with Parke-Davis and other investigators

## Registration
To register for this program, please call **1/800-708-4750**. Registration will be limited.

## Honorarium and Expenses
For attending and participating in the STEPS Investigators Meeting, you will receive an honorarium of $250. In addition, the following expenses will be paid: round-trip airfare or mileage reimbursement, your hotel room at the Ritz-Carlton for two nights, and all group meals during the meeting.

## Air Transportation
All air transportation to and from Naples or Fort Meyers must be arranged through our agent Reeva Singh at Prudential Travel. After you have registered please call Reeva directly at 212/867-7722 or 1/800/842-7888 to make your travel arrangements. Each attendee will be provided one round-trip, coach-class airline ticket as well as ground transportation in Naples.

## Final Documents
Final meeting information, including airline tickets, will be sent to you from IntraMed via Federal Express the week prior to the meeting.

IntraMed Educational Group has been selected by Parke-Davis to assist in the organization of this program and will manage the administrative details. If you have any questions regarding this meeting, please contact Sarah Messinger at 212/969-5874 or Robb Brady at 212/969-5843.

X001829



**INVESTIGATOR'S MEETING**

**PROGRAM**

| | *Friday, August 1* |
|---|---|
| 7:00-10:00 AM | Welcome Reception and Dinner |
| | *Saturday, August 2* |
| 8:00 AM | Continental Breakfast |
| 8:30 | **Welcome Remarks**<br>Martha J. Morrell, MD |
| 8:45 | **Overview of STEPS Study Design:<br>Rationale and Protocol Review**<br>Leslie Magnus-Miller, MD |
| 9:00 | **STEPS Primary Analysis: Tolerability Data Results**<br>L. James Willmore, MD |
| 9:30 | **STEPS Secondary Analysis: Efficacy Results**<br>Martha J. Morrell, MD |
| 10:10 | **Break** |
| 10:30 | **STEPS Results: Implications for Neurontin**<br>Ahmad Beydoun, MD |
| 11:15 | **Update on Neurontin Mechanism of Action**<br>TBD |
| 11:45 | **Q & A** |
| 12:15 | **Lunch** |
| 1:30-3:30 PM | **Discussion Groups (30 minutes each)**<br>Parke-Davis Feedback Session<br>Special Patient Populations:<br>  - Adolescents<br>  - Women<br>  - Patients over 60 years |
| 7:00-10:00 | Evening Reception and Dinner |
| | *Sunday, August 3* |
| 8:00-10:00 AM | Continental Breakfast<br>Departures |

X001830



**INVESTIGATOR'S MEETING**

**CHAIR**

Martha J. Morrell, MD
Associate Professor of Neurology and
    Neurological Sciences, and Neurosurgery
Stanford University School of Medicine, and
Director, Stanford Comprehensive Epilepsy Center
Stanford University Medical Center
Stanford, California

**FACULTY**

Ahmad Beydoun, MD
Assistant Professor of Neurology
Director, Investigational Drug Study Program
University of Michigan Medical School
Ann Arbor, Michigan

Leslie Magnus-Miller, MD
Senior Director, Medical Research
Parke-Davis
Division of Warner-Lambert Company
Morris Plains, New Jersey

L. James Willmore, MD
Professor of Neurology
Director, Texas Comprehensive Epilepsy Program
University of Texas Medical School
Houston, Texas

X001831





**Memorandum**

| | | | |
|---|---|---|---|
| *Memo To:* | CNS Team | *Date:* | August 7, 1997 |
| *From:* | Laura Johnson | | |
| *Subject:* | STEPS Investigators Meeting | | |
| *Copies* | J. Ford, J. Gasparrini, J. Woychick | | |

Last weekend the Northeast CBU held a STEPS Investigators Meeting in conjunction with the NCCBU in Naples, Florida. This meeting was a post-study follow-up meeting to the very successful Phase IV STEPS Trial. There were approximately 30 physicians from the Northeast in attendance (list attached).

The STEPS trial is the largest trials of its kind for epilepsy patients -- over 2200 patients were enrolled and 778 active investigators. To follow are some of the meeting highlights:

- the study population was greater than 50% women – many more than in most Phase III trials
- patients had a mean duration of epilepsy for more than 18 years
- baseline seizure frequency was approximately 17seizures/month (fairly refractory population)
- side effects were low and transient
- the average % decrease in seizures was 61%
- the % of patients seizure free was 46.35%
- the 50% responder rate was 76.05%
- physicians' assessment of seizure control was 66% good to excellent
- physicians' assessment of safety/tolerability was 79% good to excellent

As you can see, the results are very positive. Medical research is currently working on several articles for publication as well as a summary of the study results to be disseminated to the investigators.

At this time, the results can not be used in active promotion. You may, however, want to follow-up with the attendees to find out their impression of the meeting.

**For your background information only. Not for Promotion or Distribution.**

X001832



# INVESTIGATOR'S MEETING

---

**PROGRAM**

*Friday, August 1, 1997*

| | | |
|---|---|---|
| 7:00 PM | **Welcome Reception** | Center Court |
| 8:00-10:00 PM | **Dinner** | Salon III |

*Saturday, August 2, 1997*

8:00 AM      **Continental Breakfast**      Ballroom Foyer

8:30      **Welcome Remarks**      Salon IV
Martha J. Morrell, MD

8:35      **Overview of Neurontin STEPS Study Design:**
**Rationale and Protocol Review**
Leslie Magnus-Miller, MD

8:55      **STEPS Primary Analysis:  Tolerability Data Results**
L. James Willmore, MD

9:15      **STEPS Secondary Analysis: Efficacy Results and**
**Clinical Implications for Neurontin**
Martha J. Morrell, MD

9:45      **Update on Neurontin Mechanisms of Action**
Michael F. Rafferty, PhD

10:15      **Question and Answer Period**

10:30      **Break**

11:00 - 1:00 PM      Discussion Groups (30 minutes each)
**Parke-Davis Feedback Session**      Royal Poinciana
Special Patient Populations:
- **Adolescents** -- Douglas Nordli, MD      Bonita Sands
- **Women** -- Martha J. Morrell, MD      Royal Harbor
- **Patients over 60 years**  -- L. James Willmore, MD      Directors Room

1:00 PM      **Lunch**      The Grill

*Afternoon Free*

6:15 - 9:00 PM      **Reception & Dinner**      North Beach

*Sunday, August 3, 1997*

8:00 - 10:00 AM      **Continental Breakfast**      Center Court

**Departures**

---

X001833



**INVESTIGATOR'S MEETING**

## CHAIR

Martha J. Morrell, MD
Associate Professor of Neurology,
  Neurological Sciences, and Neurosurgery
Stanford University School of Medicine, and
Director, Stanford Comprehensive Epilepsy Center
Stanford University Medical Center
Stanford, California

## FACULTY

Leslie Magnus-Miller, MD
Senior Director, Medical Research
Parke-Davis
Morris Plains, New Jersey

Douglas R. Nordli, MD
Florence Irving Assistant Professor
  of Neurology and Pediatrics
Columbia University College of Physicians
  and Surgeons
Director, Pediatric Epilepsy
  Monitoring Unit
Columbia-Presbyterian Hospital
New York, New York

Michael F. Rafferty, PhD
Senior Director, Neuroscience Chemistry
Parke-Davis Pharmaceutical Research
Ann Arbor, Michigan

L. James Willmore, MD
Professor of Neurology
Director, Texas Comprehensive Epilepsy Program
University of Texas Medical School
Houston, Texas

X001834



**I N V E S T I G A T O R ' S   M E E T I N G**

## INVESTIGATORS IN ATTENDANCE

Nader Afrooz, MD
Youngstown, OH

Vijaya Atlura, MD
Searingtown, NY

Esther Baldinger, MD
Brooklyn , NY

Alfred Bannerman, MD
Jamaica, NY

Robert Baraff, MD
Pittsburgh, PA

Ferhan Beken, MD
Philadelphia, PA

V. Paul Bertrand, DO
Frankfort, IL

Larry  Blankenship, MD
Anderson , IN

Leona D. Borchert, MD
Valhalla, NY

Carlo Brogna, MD
Westerly, RI

David Calimag, MD
Morton Grove, IL

Sue  Delanerolle, MD
Stony Brook, NY

Vithal Dhaduk, MD
Dunmora, PA

Frank Fenton, DO
Walled Lake, MI

Ram  Garg, MD
Woodhaven, MI

Generoso Gascon, MD
Providence, RI

Gene Geld, DO
Philadelphia, PA

John R. Hughes, MD, PHD
North Chicago, IL

Elaine Jones, MD
Providence, RI

Cyril Khanyile, MD
Monticello, NY

Chayla Kharode, MD
Malverne, NY

Siriwan Kriengkrairut, MD
Bismark, ND

Ronald A. Landefeld, MD
Marrion, OH

Morris Levinsohn, MD
Willoughby , OH

X001835



**I N V E S T I G A T O R ' S   M E E T I N G**

Thomas Lin, MD
Lima, OH

Ricardo Mabanta, MD
Mapleshade, NJ

Elliot Michel, MD
Natrona Heights, PA

Thomas F. Morgan, MD
Warwick, RI

Abraham D. Morganoff, MD
Warren, N.J

Balgovest Nikolov, MD
New York, NY

Ciceron L. Opida, MD
Altoona, PA

Luis Pagani, MD
Cincinnatti, OH

Jean Pitter, MD
Laurelton Queens, NY

Larisa Ploshchanskaya, MD
Hoboken, NJ

Tarakad Ramachandran, MD
Syracuse, NY

Govindappa Rangaiah, MD
Bronx, NY

Ayman Rayes, MD
Troy, MI

Anthony Ritaccio, MD
Albany, NY

David Shantha, CPN N
Peekskill, NY

Taranath Shetty, MD
Providence, RI

Nancy Sibley, RNNP
Liverpool, NY

James Taft, MD
Cazenovia, NY

Thomas Vidic, MD
Elkhart, IN

Norton Winer, MD
Beachwood, OH

X001836

ID:                                    JUL 28'97    15:51 No.024 P.02

*JOE/DAVE*
*FYI*
*As of 7/28*

## STEPS Investigator's Meeting
### August 1 - 3, 1997

Nader Afrooz, MD
1220 Belmont Ave.
Youngstown, OH 44504
330-743-5596

Peter Arcuri, DO/PHD
6447 Buist Ave
Philadelphia, PA 19142
215-724-4055

Vijaya Atlura, MD
47 Crest Hollow Lane
Searintown, NY 11507-1046
516-739-6444

Esther Baldinger, MD
8118 21st Ave.
Brooklyn , NY 11214

Alfred Bannerman, MD
89-06 135th Street
Jamaica, NY 11418
718-658-2430

Robert Baraff, MD
5718 Munhill Rd.
Pittsburgh, PA 15217
412-521-1110

Ferhan Beken, MD
c/o Mercedes Jacobson
7300 Henry Ave.
Philladelphia, PA 19129
215-842-7706

V. Paul Bertrand, DO
655 North LaGrange Rd.
Frankfort, IL 60423
815-469-2888

Larry Blankenship, MD
1401 East 360 North
Anderson , IN 46012
765-646-8060

Leona D. Bochert, MD
57 South Kensicko Ave.
Valhalla, NY 10595
914-594-4293 Home: 914-761-9190

Carlo Brogna, MD
101 Airport Road
Westerly, RI 02891
401-596-6207

David Calimag, MD
9330 Neenhh Ave.
Morton Grove, IL 60053
847-299-1960

Peggy Debus,
24 Helen Avenue
Smithtown, NY 11787
516-361-9155

Sue Delanerolle, MD
2500-16 Nesconset Highway
Stonybrook, NY 11790
516-246-5454

Vithal Dhaduk, MD
1416 Monroe Avenue
Dunmora, PA 18509
717-963-8803

Frank Fenton, DO
2335 South Commerce
Walled Lake, MI 48390
248-624-2124

X001837

ID:                                    JUL 28 '97    15:51 No.024 P.03

Ram Garg, MD
22997 Hall Rd.
Woodhaven , MI 48183
313-671-8744

Generoso Gascon, MD
Rhode island Hospital Children
Neurology 110 Lockwood St. Suite 342
Providence , RI 02903
401-444-4345

Gene Geld, DO
2600 Lefever St.
Philadelphia, PA 19137
215-743-5959

Allan Gutierrez,
7117 West Sauk Circle
Mequon, WI 53092
414-512-0196

John R. Hughes, MD/PHD
Univ. of Illinois Medical Center M/C 796
912 Southwood St. Rm. 862
North Chicago, IL 60612
312-996-1762

Elaine Jones, MD
Dept. of Neurology
593 Eddy Street
Providence, RI 02903
401-444-8771

Cyril Khanyile, MD
6 Pelton St.
Monticello, NY 12701
914-794-6100

Chayla Kharode, MD
22 Woodf Ave.
Malverne, NY 11565
516-739-6320

Siriwan Kriengkrairut, MD
900 East Broadway
Bismark, ND 58501
701-224-7058

Ronald A. Landefeld, MD
170 Fairfax Road
Marrion, OH 43302
614-387-5810

Morris Levinsohn, MD
Univ. Hospital Health Center 4212 State
Route 306
Willoughby , OH 44094
216-946-6725

Thomas Lin, MD.
967 Bellefontaine Ave. Suite 202
Lima, OH 45804
419-227-3336

Paul Michaels, Parke Davis
9570 Chapel Hill Oval
Brecksville, OH 44141
216-526-3266

Elliot Michel, MD
2801 Freeport Road
Natrona Heights, PA 15065
412-226-9960

Thomas F. Morgan, MD
54 Jefferson Blvd.
Warwick, RI 02888
401-467-7720

Abraham D. Morganoff, MD
5 Mountain Blvd.
Warren , NJ 07059
908-769-8555

Balgovest Nikolov, MD
NY Hospital Cornell Medical Center
Epilepsy Center Rm. K616
525 East 68th St. NY, NY 10021
212-746-2346

X001838

Ciceron L. Opida, MD.
1915 ValleyView Blvd.
Altoona, PA. 16602
814-946-5000

Luis Pagani, MD
506 Oak St.
Cincinnatti, OH 45220
513-221-1100

Jean Pitter, MD
139-15 227th St.
Laurelton Queens, NY 11413
718-780-1588

Larisa Ploshchanskaya, MD
330 Clinton St.
Hoboken, NJ 07030
201-795-9860  Home: 201-440-6115

Tarakad Ramachandran, MD
1000 East Genesee St.
Syracuse, NY 130210
315-471-0317 Home: 315-471-0317

Govindappa Rangalah, MD
1654 Mayflower Ave.
Bronx, NY 10461
718-823-7180

Ayman Rayes, MD
44199 Dequindre, Suite 418
Troy, MI 48098
810-828-8520

Anthony Ritaccio, MD
Department of Neurology
Albany Medical College, Main 3
New Scotland Road
Albany, NY 12208
518-262-6490

Gihad Rizkallah, MD
6185 Woodlark
Cincinnati, OH 45230
513-624-9675

David Shantha, CPN N
1985 Crompond Rd.
Peekskill, NY 10566
914-736-2348  Home: 914-736-3604

Taranath Shetty, MD
120 Dudley St.
Providence, RI 02905
401-274-2366

Nancy Sibley, RNNP
Neurological Consultations 5112 West
Taft Rd.
Liverpool, NY 13088
315-458-3377

James Taft, MD
3996 Thomas Road
Cazenovia, NY 13035
315-472-8841

Cindy Thompson,
2680 South Keel Ridge Road
West Middlesex, PA 16159
412-346-1060

Blanca Vasquez, MD
Hospital For Joint Diseases 301 East
17th St.
New York, NY 10003
212-598-2791

Thomas Vidic, MD
22642 Remington Crt.
Elkhart, IN 46514
219-296-3280

X001839

Susan Vitale, RN
(Health) HSC T-12
Dept. of Neurology
State University of NY at Stony Brook
Stony Brook, NY 11794-8121
516-444-1081


Norton Winer, MD
24475 Woodside Lane
Beachwood, OH 44122
216-383-7850

Denise Wolff,
18664 Kenwood Trail
Lakeville, MN 55044
612-435-7563

Pat Woster,
46905 Mornington Road
Canton, MI 48188
313-844-3743

X001840

ID:     *Joe/Dave*     JUL 23 '97    15:12 No.022 P.03

*As of 7/23*
*NECBU - 28*

## STEPS Investigators Meeting
### August 1 - 3, 1997

Nader Afrooz, MD
1220 Belmont Ave.
Youngstown, OH 44504
330-743-5596

Peter Arcuri, DO/PHD
6447 Buist Ave
Philadelphia, PA 19142
215-724-4055

Vijaya Atlura, MD
47 Crest Hollow Lane
Searintown, NY 11507-1046
516-739-6444

Esther Baldinger, MD
8118 21st Ave.
Brooklyn , NY 11214

Alfred Bannerman, MD
89-06 135th Street
Jamaica, NY 11418
718-658-2430

Robert Baraff, MD
5718 Munhill Rd.
Pittsburgh, PA 15217
412-521-1110

V. Paul Bertrand, DO
655 North LaGrange Rd.
Frankfort, IL 60423
815-469-2888

Larry Blankenship, MD
1401 East 360 North
Anderson , IN  46012
765-646-8060

Leona D. Bochert, MD
57 South Kensicko Ave.
Valhalla, NY 10595
914-594-4293 Home: 914-761-9190

Carlo Brogna, MD
101 Airport Road
Westerly, RI 02891
401-596-6207

David Calimag, MD
9330 Neenhh Ave.
Morton Grove, IL 60053
847-299-1960

Sue Delanerolle, MD
2500-16 Nesconset Highway
Stonybrook, NY 11790
516-246-5454

Vithal Dhaduk, MD
1416 Monroe Avenue
Dunmora, PA 18509
717-963-8803

Ram Garg, MD
22997 Hall Rd.
Woodhaven , MI 48183
313-671-8744

Generoso Gascon, MD
Rhode Island Hospital Children
Neurology 110 Lockwood St. Suite 342
Providence , RI 02903
401-444-4345

Gene Geld, DO
2600 Lefever St.
Philadelphia, PA 19137
215-743-5959

X001841

Allan Gutierrez,
7117 West Sauk Circle
Mequon, WI 53092
414-512-0196

John R. Hughes, MD/PHD
Univ. of Illinois Medical Center M/C 796
912 Southwood St. Rm. 862
North Chicago, IL 60612
312-996-1762

Elaine Jones, MD
Dept. of Neurology
593 Eddy Street
Providence, RI 02903
401-444-8771

Cyril Khanyile, MD
6 Pelton St.
Monticello, NY 12701
914-794-6100

Chayla Kharode, MD
22 Woodf Ave.
Malverne, NY 11565
516-739-6320

Siriwan Kriengkrairut, MD
900 East Broadway
Bismark, ND 58501
701-224-7058

Ronald A. Landefeld, MD
170 Fairfax Road
Marrion, OH 43302
614-387-5810

Morris Levinsohn, MD
Univ. Hospital Health Center 4212 State
Route 306
Willoughby , OH 44094
216-946-6725

Thomas Lin, MD.
967 Bellefontaine Ave. Suite 202
Lima, OH 45804
419-227-3336

Paul Michaels, Parke Davis
9570 Chapel Hill Oval
Brecksville, OH 44141
216-526-3266

Elliot Michel, MD
2801 Freeport Road
Natrona Heights, PA 15065
412-226-9960

Thomas F. Morgan, MD
54 Jefferson Blvd.
Warwick, RI 02888
401-467-7720

Abraham D. Morganoff, MD
5 Mountain Blvd.
Warren , NJ 07059
908-769-8555

Balgovest Nikolov, MD
NY Hospital Cornell Medical Center
Epilepsy Center Rm. K616
525 East 68th St. NY, NY 10021
212-746-2346

Ciceron L. Opida, MD.
1915 ValleyView Blvd.
Altoona, PA. 16602
814-946-5000

Luis Pagani, MD
506 Oak St.
Cincinnatti , OH 45220
513-221-1100

Jean Pitter , MD
139-15 227th St.
Laurelton Queens, NY 11413
718-780-1588

X001842

ID:                          JUL 23 '97   15:13 No.022 P.05

Larisa Ploshchanskaya, MD
330 Clinton St.
Hoboken , NJ 07030
201-795-9860 Home: 201-440-6115

Tarakad Ramachandran , MD
1000 East Genesee St.
Syracuse , NY 130210
315-471-0317 Home: 315-471-0317

Govindappa Rangaiah, MD
1654 Mayflower Ave.
Bronx, NY 10461
718-823-7180

Gihad Rizkallah, MD
6185 Woodlark
Cincinnati, OH 45230
513-624-9675

David Shantha, CPN N
1985 Crompond Rd.
Peekskill, NY 10566
914-736-2348 Home: 914-736-3604

Taranath Shetty, MD
120 Dudley St.
Providence , RI 02905
401-274-2366

Nancy Sibley , RNNP
Neurological Consultations 5112 West
Taft Rd.
Liverpool, NY 13088
315-458-3377

Blanca Vasquez, MD
Hospital For Joint Diseases 301 East
17th St.
New York, NY 10003
212-598-2791

Thomas Vidic, MD
22642 Remington Crt.
Elkhart, IN 46514
219-296-3280

Susan Vitale, RN
(Health) HSC T-12
Dept. of Neurology
State University of NY at Stony Brook
Stony Brook, NY 11794-8121
516-444-1081

Norton Winer, MD
24475 Woodside Lane
Beachwood, OH 44122
216-383-7850

Denise Wolff,
18664 Kenwood Trail
Lakeville, MN 55044
612-435-7563

Pat Woster,
46905 Mornington Road
Canton, MI 48188
313-844-3743

X001843



**℗ PARKE-DAVIS**

Northeast CBU
35 Waterview Blvd., 1st Floor
Parsippany, NJ 07054 USA

**Fax Transmittal Form**

**Recipient Data**
Name: _Cheryl Mercer_
Company: _PD_
Fax #: _540-8004_

**Sender Data**
Name: _Laura Johnson_
Location: **Parsippanny CBU**
Phone #: _201-316-0882_
Fax #: **(201) 316-8007**

Date of Fax: _7/14/97_
Total Pages Including Cover Page: _9_

**Comments:**

_Refaxing_

NOTICE: This facsimile is intended only for the use of the individual or entity for which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this facsimile is not the intended recipient or an employee or agent responsible for delivering the facsimile to the intended recipient, you are hereby notified that any review, disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately at the telephone number(s) listed above, and return the original facsimile to us at the above address by U.S. mail, the cost of which will be reimbursed. Thank you.

If this transmission fails, please contact sender at the above phone number.

# CONFIRMATION REPORT

07-14-97  02:00P    ID: 1201 402 8139        NAME: PARKE DAVIS

TYPE : TRANSMISSION

| NO. | TIME | DIAL NO. | REMOTE STATION | PAGES | JOB NO. | RESULT |
|-----|------|----------|----------------|-------|---------|--------|
| 01 | 01:57P | 02 | CHERYL MERCER | 9/ 9 | 078 | OK |

X001844



ID:                    MAY 28'97   14:48 No.019 P.02

# Proposal for Project

### Parke-Davis Northeast CBU Neurontin STEPS Investigators Meeting August, 1997

In August, 1997, the Parke Davis Northeast CBU plans to convene the STEPS investigators to review and discuss the results of the STEPS trial.

### Purpose and Objectives

To present the results of the Neurontin STEPS trial to active clinical investigators.

### List of Possible Faculty

Martha Morrell, MD
James Willmore, MD
Carl Dodrill, MD
Leslie Magnus-Miller, MD
Charles Taylor, PhD

X001845

The Educational Division       1633 Broadway           212.969.5800  Telephone
of Sudler & Hennessey          New York, New York 10019  212.921.6073  Facsimile

ID:                                    MAY 28'97   14:48 No.019 P.03

# Proposal for Project

## Parke-Davis Northeast CBU Neurontin STEPS Investigators Meeting August, 1997

---

### Topics / Agenda

The key clinical investigators will present the results of the studies, with Ann Arbor and Morris Plains Medical Directors and Researchers providing a key supporting role. We propose the following agenda and topics:

Friday
7:00 PM          Welcome Reception and dinner

Saturday

8:30 AM -- 12:00 PM
- Rationale for STEPS Trial
- STEPS Protocol Review and Presentation of Efficacy Results
- STEPS Safety Data Results
- Question-and-Answer Period (feedback)

12:00 -- 1:00 PM          Lunch

1:00 -- 3:00 PM          Workshops
           Discussion of STEPS Results.

This meeting will be held at a hotel on the East Coast, located in either Massachusetts, New York or Washington, DC. Once the proposal is approved, final arrangements will be made.

X001846

ID:                           MAY 28'97   14:49 No.019 P.04

# Project Specifications

## Parke-Davis Northeast CBU Neurontin STEPS Investigators Meeting August, 1997

---

**Attendees:**            90 physicians are expected, since there are 160 active
                          investigators in the Northeast; 6 Faculty, 4 CBU personnel,
                          1 Ann Arbor, 1 Morris Plains, 3 IntraMed

**Meeting Agenda:**

|  |  |
|---|---|
| Friday: | Welcome reception and dinner |
| Saturday: | Continental breakfast and meeting, lunch, evening reception and dinner |
| Sunday: | Buffet breakfast, departures |

**Invitation:**          Letter of invitation to Northeast CBU STEPS investigators

**Program:**             Printed; 2/color; with photographs

**Posters/Signage:**     6 meeting posters, plus 8 breakout posters, directional arrows

**Name Badges:**         Typeset, pin / clip holders

**Meeting Kit:**         Printed; 2/color

**Meeting Kit Contents:** Program, participant list, Faculty abstracts, pad, pen

**Slides:**              Yes.  Including title slides and logos.
                         Traditional Parke-Davis style

**Logo Luggage Tags:**   yes

X001847

# Budget Estimate

### Parke-Davis Northeast CBU Neurontin STEPS Investigators Meeting August, 1997

## INTRAMED

OUT OF POCKET EXPENSES

| | |
|---|---:|
| **Consultant Honoraria:** | **$29,300** |
| 90 @ $250 | |
| 4 Faculty @ $1,200 | |
| 1 Chair @ $2,000 | |
| **Slide Development:** | 3,200 |
| Based on producing title slides and approximately 40 slides | |
| **Printing:** | 4,500 |
| Desk-topped invitation, printing of programs, meeting folders, meeting posters, directional arrows, breakout posters | |
| **IntraMed Expenses:** | 5,300 |
| Includes air and ground transportation for 3 IntraMed; and site inspection | |
| **Miscellaneous:** | 1,500 |
| Messenger and shipping services | |
| **Meeting Expenses** | 2,500 |
| Pads, pens, folders, meeting materials, duplication charges | |
| **Hotel Accommodations** | 54,000 |
| Assumes 2 night hotel stay | |
| **Meals** | 37,000 |
| Includes welcome reception and dinner on Friday Continental Breakfast, coffee break, lunch and dinner on Saturday, and Breakfast on Sunday | |
| **Air and Ground Transportation** | **$68,500** |

X001848

# Budget Estimate

### Parke-Davis Northeast CBU Neurontin STEPS Investigators Meeting August, 1997

---

| | |
|---|---|
| **INTRAMED CREATIVE AND EDITORIAL:** | **12,000** |
| Includes creation of program logo; development of poster; editing, proofreading, and typesetting of agenda, abstracts. | |
| **INTRAMED MANAGEMENT FEE:** | **30,000** |
| Includes development of agenda, review of all presentation materials and abstracts, all faculty contacts, program content review and direction, all logistical arrangements, including hotel, transportation, and meals, and on-site meeting management and overall supervision | |
| **TOTAL MEETING:** | **$ 247,800** |

X001849

## Summary of Costs

**Parke-Davis Northeast CBU Neurontin STEPS Investigators Meeting
August, 1997**

| | |
|---|---|
| INTRAMED OUT OF POCKETS | 205,800 |
| INTRAMED MANAGEMENT FEE | 30,000 |
| INTRAMED CREATIVE FEE | 12,000 |
| TOTAL BUDGET | $ 247,800 |

X001850

ID:                          MAY 28'97   14:50 No.019 P.08

# Time and Events Schedule

**Parke-Davis Northeast CBU Neurontin STEPS Investigators Meeting
August, 1997**

| | |
|---|---|
| Site selection | ASAP |
| Speaker Confirmation | ASAP |
| Invitations (letters) | ASAP |
| Meeting Date | August, 1997 |

X001851

# Proposed Payment Schedule

**Parke-Davis Northeast CBU Neurontin STEPS Investigators Meeting August, 1997**

For each project, IntraMed is requesting a payment schedule of:

**1/2**  upon initiation of work
**1/2**  upon completion of project

X001852