# EXHIBIT F

## Unknown

| | |
|---|---|
| **From:** | Fantini, David S |
| **Sent:** | Monday, August 05, 2002 9:07 PM |
| **To:** | E2A00, USPFF; E2B00, USPFF; E2E00, USPFF; G2C00, USPFF; K1D13, USPFF; K1D14, USPFF; K1D16, USPFF; K1D17, USPFF; K1D18, USPFF; K1D19, USPFF; K1D23, USPFF; K1D24, USPFF; K1D25, USPFF; K1D26, USPFF |
| **Subject:** | Neurontin Speaker training |

Confirmations for the Neurontin Speaker training as of Friday



Book3.xls (19
KB)

David Fantini
RON District Manager
589 Charles Drive
Downingtown, PA 19335
610-524-6351 Office
610-349-5568 Cell

1

F-872     P. 002     T-630                1617261795568                    From-Greens & Hoffman     06:40pm  9002-81-nsp

Clark writes 0003493

| | | | | |
|---|---|---|---|---|
| Townsend, John | MD | Wilmington | DE | Yes |
| Yadhati, Pramod | MD | Wilmington | DE | Yes |
| Aslam, Mohammad | MD | Pottsville Ft | PA | Yes |
| Booth, Kevin | MD | Washington | PA | Yes |
| Chaudhry, Rajnish | MD | Pottsville | PA | Yes |
| Dhaduk, Vithal | MD | Dunmore | PA | Yes |
| Friedenberg, Scott | MD | Elysburg | PA | Yes |
| Geiger, Leonard | MD | Gladwyn | PA | Yes |
| Graham, Thomas | MD | Melvern | PA | Yes |
| Huppert, Arthur | MD | Philadelphia Huntingdon | PA | Yes |
| Klazmer, Jay | DO | Valley | PA | Yes |
| Lubeck, Joseph | DO | Bala Cynwyd | PA | Yes |
| Nasir, Mahmood | MD | Sunbury Southampton | PA | Yes |
| Pantelyat, Susanna | MD | n | PA | Yes |
| Ratner, Eric | MD | Blue Bell | PA | Yes |
| Shachar, Or | MD | Bala Cynwyd | PA | Yes |
| Slipman, Curtis | MD | Philadelphia | PA | Yes |
| Sun, Kenneth | MD | Wind Gap | PA | Yes |
| Tebby, David | DO | Philadelphia | PA | Yes |
| Wills, H. Donald | MD | Allentown | PA | Yes |
| Yanofsky, Charles | MD | Lemoyne | PA | Yes |
| Zalewska, Margaret | MD | Elkins Park | PA | Yes |

## Unknown

| | |
|---|---|
| **From:** | Diluzio, Robert J |
| **Sent:** | Wednesday, August 07, 2002 7:08 PM |
| **To:** | E2B10, USPFF; E2B11, USPFF; E2B12, USPFF; E2B13, USPFF; E2B14, USPFF; E2B15, USPFF; E2B16, USPFF; E2B17, USPFF; E2B18, USPFF; E2B19, USPFF; E2B21, USPFF |
| **Cc:** | Diluzio, Robert J |
| **Subject:** | FW: ACTION REQD: Neurontin DMT Sponsored LAT Dinner Programs: Due Date-August, 2, 2002 |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Due By:** | Friday, August 02, 2002 5:00 PM |
| **Flag Status:** | Flagged |

*FIRE,*

THIS IS AN IMPORTANT MESSAGE REQUIRING YOUR IMMEDIATE ATTENTION...

**WHAT:**
- This is a vendor driven program that will allocate FREE programs to the district to launch Neurontin to our primary care physicians,
- I have allocated 1 program to each of you to begin (that includes 1 for Wayne as well)
- You need to select the venue, date and speaker you want to use for your allocated program,
- Only speakers that have been to a Neurontin speaker training meeting can be utilized for these programs (attached list is current to date)

Neurontin -     PHNDinnerProg
gional Meetings   :nue Selection.x

**WHEN:**
As you can see, these programs will be HELD between September 25- November 21st,
You need to plan them NOW by taking the following actions
- Fill out the attached spreadsheet by listing the venue you would like to use, list the dates that work best for your schedule
- Identify the speaker from the attached list you would like to use and <u>contact your RON counterpart who will coordinate the speaker and the date</u>

**WHY**
- This is important and urgent because it may be the only speaker funding available to launch Neurontin
- You want your Neurologists in front of as many of your PCPs as possible... as soon as possible after launch

Please complete this spreadsheet ... forward to the vendor at Alison Barry at abarry@boronlepore.com no later than MONDAY, AUGUST 12TH
Please copy me on your message to the vendor.

## Our goal is for each of you to conduct your 1 allocated program <u>no later than October 18th.</u>

Please call me if you have any questions regarding this very important Neurontin launch activity!

Bob

| | |
|---|---|
| **To:** | PD2 District Managers |
| **cc:** | PD2 Regional Managers/ RON Sales Directors/RON District Managers/Vista Regional |

1

Manager/Vista District Managers

From:        Neurontin PHN Launch Team

Subject:     Neurontin Launch Dinner Program Iniative - District Allocation Process

**Background:**

In coordination with Strategem Plus, a division of Boron LePore, the Neurontin Team has allocated each PD2 District Manager (17) Neurontin PHN promotional speaker programs to be divided throughout their Districts. The Neurontin Marketing Team recommends allocating at least (1) program per territory with the remaining programs allocated at the District Managers Discretion. Below you will find key information regarding these programs including a list of Action Items for PD2 District Managers and representatives.

*Number per PD2 District Manager:*       17

*Dates of Programs:*                     September 25 – November 21, 2002

*# of Attendees:*                        8 - 12 attendees, not including Speaker & Pfizer Representatives

*Speaker Selection:*        *Only Speakers who have attended the Neurontin PHN Regional Speaker Training can be utilized to speak.* Attendance at Neurontin PHN Regional Speaker Training is being coordinated by the RON Division. Regional Speaker Training Dates appear below and a list of attendees will be forwarded after the training.

*Role of Strategem Plus:*        Once your representatives have identified 2 Venues as possible program locations and three possible meeting dates,        Strategem will contact the Venue, secure a date, and set up payment for meals.

**ACTION ITEMS:**
   **District Managers**
   * PD2 District Managers with input from RON District Managers/Vista District Managers should utilize the attached spreadsheet to allocate programs and   return to Alison Barry at abarry@aboronlepore.com by *August 2, 2002.*
       *Once programs have been allocated to representatives, reps can forward venue selection using same spreadsheet directly to: abarry@boronlepore.com*

       Please follow up with Representatives Initiatives for completion.

   **PD2 Representatives**
       PD2 Representatives -  Using the attached spreadsheet to provide (2) Venues (1st choice and a back up choice)  and three preferred program dates.       Please return via E Mail to Alison Barry at abarry@boronlepore.com by *August 2, 2002*
       *If would like to hold program at a venue other than restaurant, for example, a physician's office, please note on form.*
       *Territory Number must be included on form.*

PHNDinnerProg
enue Selection.x

       Strategem Plus will follow up with each Sales Representative at a later date to confirm program dates and venues. .

*Neurontin PHN Regional Speaker Training Dates:*
August 3-4
Southeast (Tampa)
Mid-West (Chicago)

2

August 10-11
Southwest (Dallas)
Mid-Atlantic (Reston)

August 24-25
West (San Diego)
Great Lakes (Cincinnati)
Northeast (New York)

3