# EXHIBIT G

# COHEN & MALAD, LLP
## ATTORNEYS

Louis F. Cohen (1930-1992)
Richard M. Malad
Irwin B. Levin
Richard N. Bell
David J. Cutshaw
Gregory L. Laker
Thomas L. Blackburn
Richard E. Shevitz
Donald D. Levenhagen
Arend J. Abel
Shokrina Radpour Beering
Brian K. Zoeller*

*Certified Family Law
Specialist

Michael C. Adley
Laura C. Joffe
Scott D. Gilchrist
Eric S. Pavlack
Jeff S. Gibson
Elizabeth J. Doepken
Julie Andrews
Philip D. Sever**
Katherine A. Harman
Kelley J. Johnson
Amanda L. Yonally

**also admitted in Ohio

January 10, 2006

***VIA FACSIMILE and U. S. MAIL***

Neal A. Potischman, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

    RE:   *In re Neurontin Marketing & Sales Practices Litigation*
            MDL No. 1629

Dear Neal:

    We are writing in response to your letter to Ron Aranoff of January 9, 2006, which you wrote in response to his letter of January 5, 2006. Those letters deal with outstanding issues related to the depositions of the treating physicians of consumer plaintiff class representatives Loraine Kopa and Gerald Smith.

    As you know, we previously demanded that, prior to these physicians' depositions, your client produce certain documents related to the treating physicians and their partners, namely (1) the sales call databases, (2) the clinical/medical communications databases, and (3) information about Neurontin events that they attended.

    Your letter of January 9, 2006, is little more than a reiteration of your earlier position regarding Neurontin events attended by these physicians, the gist of which is that you are only willing to produce information about specific events that we can identify as having been attended by the treating physicians. As we have repeatedly explained, this is of no help because we do not know which events they attended.

Neal A. Potischman, Esq.
DAVIS POLK & WARDWELL
January 10, 2006
Page 2

In your letter, you also represent that you previously produced documents in response to items numbers 1 and 2 above, which we assume is a reference to the databases included with your letter of January 6, 2006. Please note that after review of those databases we believe that such production was deficient. Ilyas Rona will provide you with greater details of such deficiency by separate letter today.

Very truly yours,

Richard E. Shevitz
Eric S. Pavlack

cc: Thomas M. Greene
Ronald J. Aranoff
Barry H. Himmelstein