# EXHIBIT H

## GREENE & HOFFMAN
PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

FACSIMILE
(617) 261-3558
EMAIL
office@greenehoffman.com

125 SUMMER STREET, SUITE 1410
BOSTON, MASSACHUSETTS 02110
(617) 261-0040
www.greenehoffman.com

January 20, 2006

FIRST CLASS MAIL
& BY FACSIMILE

Patrick J. Murray, Esq.
Neal A. Potischman, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: **In re Neurontin Marketing & Sales Practices Litigation, MDL No. 1629**

Dear Messrs. Murray and Potischman:

We have reviewed Mr. Murray's letter dated January 4, 2006 to Messrs. Shevitz and Pavlack as well as the electronic files which were contained on a disk entitled "Pfizer Neurontin Database Searches 1/4/06" ("Electronic Files") and would like to point out a deficiency in the production as well as receive clarification regarding the data produced in the Electronic Files.

### Background

It is our understanding that you intended to produce complete and unredacted data from sales calls and clinical/medical communications databases pertaining to Drs. Dhaduk and Huler. We have based our understanding on Mr. Murray's January 4th letter, which states that it was written in response to a letter from Messrs. Shevitz and Pavlack dated December 28, 2005, which requested, *inter alia*, "complete, unredacted" data pertaining to various physicians, including Drs. Dhaduk and Huler, from the sales call and clinical/medical communications databases ("Requested Information"). Mr. Murray's January 4th letter further states that the Electronic Files being produced contain "relevant information regarding" the Requested Information.[1] If our understanding is incorrect, please let us know immediately.

---

[1] I note further that Mr. Potischman's letter to Ron Aranoff of January 9, 2006 purports to confirm that "defendants produced documents in response to [the Requested Information]."

Patrick J. Murray, Esq.
Neal A. Potischman, Esq.
January 20, 2006
Page 2

### Deficiency of Production

The information produced in the Electronic Files, especially with respect to Drs. Dhaduk and Huler, is incomplete. No fields containing "CALL_NOTES" or "MI_NOTES" for Drs. Dhaduk and Huler were produced in relation to the detailing that occurred prior to January 1999. This means that there are five entire years for which we did not obtain "CALL_NOTES" or "MI_NOTES" for Drs. Dhaduk and Huler, even though it is clear they were detailed during that time period.[2]

Please let us know whether you will be producing the missing data contained in the "CALL_NOTES" and "MI_NOTES" fields for all doctors whose data you produced in the Electronic Files, including, most importantly, Drs. Dhaduk and Huler. It is our belief, given your representations that you would produce the sales call and clinical/medical communication information for the specified doctors in their entirety, that this matter should be resolved without necessitating a Court order. Moreover, because the missing information is stored electronically, it can also be retrieved with minimal burden. However, given the fact that there are other outstanding issues relating to physician depositions (which are addressed in detail in the letters of (i) Messrs. Shevitz and Pavlack dated December 28, 2005, (ii) Mr. Aranoff dated January 5, 2006, and (iii) Messrs. Shevitz and Pavlack dated January 10, 2006), we will consider the failure to correct the deficiency discussed in this letter as part and parcel of the other remaining deficiencies. If we do not resolve this issue by 5:00 p.m. (Eastern Time) on Tuesday, January 24, 2006, we will consider this issue to be ripe for inclusion in a motion for protective order along with the other issues we have previously raised.

### Requests for Clarification

The following is a list of the areas where we seek clarification relating to the Electronic Files:

(1) <u>Completeness of the Electronic Data</u>

Apart from the deficiency described in the previous section, I seek clarification whether, by stating that you were producing "relevant information regarding" the Requested Information, you meant to say that you were producing only *some* of the Requested Information or whether you in fact meant to say that you were producing *all* of it. Please let us know if it is your belief that you produced *all* of the Requested Information (apart from the missing call notes described above). If you merely meant to produce *some* of the Requested Information, please let us know what specific information you did not produce, when you expect to produce this additional specific information, and why you did not produce the Requested Information in its entirety. This includes an identification of any fields contained in the original, native databases that were not included in the production of the Electronic Files. Additionally, please let is know whether information or data relating to the doctors was in anyway redacted or altered.

---

[2] That the missing years are 1994 – 1998 is an irony that should not be lost on all of us.

Patrick J. Murray, Esq.
Neal A. Potischman, Esq.
January 20, 2006
Page 3

(2) <u>Identification of Various Databases</u>

Please identify the following data sets:

(a) Merlin
(b) Sherlock
(c) CMMS Call
(d) PD Call

This identification should include: (i) a brief description of what the data set is and how it was/is used by Pfizer and Warner-Lambert, (ii) the ways it overlaps with the other data sets, (iii) what information is uniquely kept in that data set (as opposed to in other data sets); (iv) what types of employees enter and/or edit (or have authorization to enter and/or edit) the information electronically into the native database; and (v) if electronic data is derived from or keyed in off of hardcopy documents, the nature and location of said documents.

(3) <u>Database Field Definitions</u>

You have previously produced "database field definitions" for the Merlin database. However, no field definitions were produced for the Sherlock, CMMS Call and PD Call data sets. Accordingly, please produce "database field definitions" for those data sets or define the following terms:

(a) SHERLOCK

| | | | | | |
|---|---|---|---|---|---|
| 1. | CALL_ID | | 10. | REP_NAME |
| 2. | PRESCRIBER_ID | | 11. | CALL_TYPE |
| 3. | LAST_NAME | | 12. | CALL_ADDRESS_LINE_1 |
| 4. | FIRST_NAME | | 13. | CALL_ADDRESS_CITY |
| 5. | AMA_SPECIALTY | | 14. | CALL_ADDRESS_STATE |
| 6. | SHERLOCK_MAJOR_SPECIALTY | | 15. | CALL_ADDRESS_ZIP |
| | | | 16. | CALL_NOTES |
| 7. | PFIZER_ID | | 17. | MI_NOTES |
| 8. | CALL_DATE | | 18. | AE_NOTES |
| 9. | TERRITORY | | 19. | SOURCE |

(b) CMMS CALL

| | | | | | |
|---|---|---|---|---|---|
| 1. | ICC_KEY | | 4. | CST_DSO_RECORDSOURCE |
| 2. | ICC_INT_KEY | | | |
| 3. | CST_SHIPTOKEY | | 5. | CST_CUSTOMERXREFNO |
| | | | 6. | CST_CNT_TITLE |

Patrick J. Murray, Esq.
Neal A. Potischman, Esq.
January 20, 2006
Page 4

| | | | | |
|---|---|---|---|---|
| 7. | CST_CNP_PREFIX | | 46. | CAD_STATE |
| 8. | CST_CUSTNAME1 | | 47. | CAD_POSTALCD |
| 9. | CST_CUSTNAME2 | | 48. | CAD_POSTALEXT |
| 10. | CST_CUSTNAME3 | | 49. | CAD_POSTALDP |
| 11. | CST_CNS_SUFFIX | | 50. | CAD_CARRIERRT |
| 12. | CST_ATTNNAME | | 51. | CAD_ACCUMAILSTAT |
| 13. | CST_CCC_COMMCUSTCAT | | 52. | CAD_PHONE |
| | | | 53. | CAD_FAX |
| 14. | CST_CSC_TYPE | | 54. | CAD_DEABRICK |
| 15. | CST_COU_COUNTRYKEY | | 55. | CAD_DEADATE |
| 16. | CST_REA_REASONCODE | | 56. | CAD_APPT |
| 17. | CST_BCT_BILLCATEGORY | | 57. | CAD_HASHKEY |
| | | | 58. | CAD_STARTDATE |
| 18. | CST_PCC_PURCHASECODE | | 59. | CAD_CHANGEDATE |
| | | | 60. | CAD_ENDDATE |
| 19. | CST_SEARCHNAME | | 61. | INT_KEY |
| 20. | CST_BSU_BUSUNITID | | 62. | INT_EVT_KEY |
| 21. | CST_OUT_OUTLET | | 63. | INT_REP_REPKEY |
| 22. | CST_ACM_MSTRACCOUNTKEY | | 64. | INT_TER_OTERRITORY |
| | | | 65. | INT_ITT_TYPE |
| 23. | CST_EMAIL1 | | 66. | INT_DESCRIPTION |
| 24. | CST_EMAIL2 | | 67. | INT_TOTALSTAFFSEEN |
| 25. | CST_BUSSTARTDATE | | 68. | INT_COST |
| 26. | CST_BUSENDDATE | | 69. | INT_INTERVENTIONDATE |
| 27. | CST_STARTDATE | | | |
| 28. | CST_CHANGEDATE | | 70. | INT_STARTDATE |
| 29. | CST_ENDDATE | | 71. | INT_CHANGEDATE |
| 30. | ICC_CAD_ADDRESSKEY | | 72. | INT_ENDDATE |
| 31. | ICC_FORM | | 73. | ITT_TYPE |
| 32. | ICC_DEANO | | 74. | ITT_DESCRIPTION |
| 33. | ICC_OUTOFTERCALL | | 75. | ITT_ABRV |
| 34. | ICC_STARTDATE | | 76. | ITT_DIRECTPRES |
| 35. | ICC_DATEOFCALL | | 77. | ITT_MULTIPLECUST |
| 36. | ICC_CHANGEDATE | | 78. | ITT_MEDINQ |
| 37. | ICC_ENDDATE | | 79. | ITT_MARKETING |
| 38. | CAD_ADDRESSKEY | | 80. | ITT_SURVEY |
| 39. | CAD_CST_SHIPTOKEY | | 81. | ITT_CALL |
| 40. | CAD_CAT_KEY | | 82. | ITT_CALLPRES |
| 41. | CAD_DPE_TYPE | | 83. | ITT_CALLSAMPLE |
| 42. | CAD_ADDRESS1 | | 84. | ITT_STARTDATE |
| 43. | CAD_ADDRESS2 | | 85. | ITT_CHANGEDATE |
| 44. | CAD_ADDRESS3 | | 86. | ITT_ENDDATE |
| 45. | CAD_CITY | | 87. | ITT_AIMACCESS |

| | | | | |
|---|---|---|---|---|
| 88. | ITT_AIMMANAGE | | 117. | REP_TTL_TITLE |
| 89. | ITT_AIMSERVE | | 118. | REP_INUSE |
| 90. | ITT_AIMQUEST | | 119. | REP_INUSEBY |
| 91. | ITT_CMMS | | 120. | REP_INUSEAT |
| 92. | ITT_LAPTOP | | 121. | REP_PROPOSEDTERR |
| 93. | REP_SALESREPKEY | | 122. | REP_PROPOSEDRD |
| 94. | REP_FIRSTNAME | | 123. | REP_ALIASID |
| 95. | REP_MIDDLENAME | | 124. | REP_IVR_KEY |
| 96. | REP_LASTNAME | | 125. | ICA_KEY |
| 97. | REP_TITLE | | 126. | ICA_ICC_KEY |
| 98. | REP_PREFFIRSTNAME | | 127. | ICA_INT_KEY |
| 99. | REP_DRT_TYPE | | 128. | ICA_PGO_PRODGRP |
| 100. | REP_NCR_CHANGECD | | 129. | ICA_DPP_TYPE |
| 101. | REP_LNG_CODE | | 130. | ICA_ICC_CALLDATE |
| 102. | REP_OVERHIRE | | 131. | ICA_NUMSTAFFSEEN |
| 103. | REP_REHIRE | | 132. | ICA_COST |
| 104. | REP_APPROVED | | 133. | ICA_STARTDATE |
| 105. | REP_TRAININGREQ | | 134. | ICA_CHANGEDATE |
| 106. | REP_COMPDATE | | 135. | ICA_ENDDATE |
| 107. | REP_MODBYWHO | | 136. | ISA_KEY |
| 108. | REP_FREEGOODS | | 137. | ISA_ICC_KEY |
| 109. | REP_XREFNO2 | | 138. | ISA_PGO_PRODGRP |
| 110. | REP_BUSSTARTDATE | | 139. | ISA_NUMBEROFUNITS |
| 111. | REP_BUSENDDATE | | 140. | ISA_ICC_CALLDATE |
| 112. | REP_STARTDATE | | 141. | ISA_LOTNUMBER |
| 113. | REP_CHANGEDATE | | 142. | ISA_STARTDATE |
| 114. | REP_ENDDATE | | 143. | ISA_CHANGEDATE |
| 115. | REP_SEX | | 144. | ISA_ENDDATE |
| 116. | REP_EST_STATUS | | | |

(c) PD CALL

| | | | | |
|---|---|---|---|---|
| 1. | CALL_ID | | 12. | DETAIL_ID |
| 2. | CUST_ID | | 13. | DETAIL_PRODUCT_ID |
| 3. | CUST_NAME1 | | 14. | DETAIL_PRODUCT_DESC |
| 4. | CUST_NAME2 | | 15. | DETAIL_DATE |
| 5. | CUST_NAME3 | | 16. | SAMPLE_ID |
| 6. | CUST_ADDRESS1 | | 17. | SAMPLE_PRODUCT_ID |
| 7. | CUST_ADDRESS2 | | 18. | SAMPLE_PRODUCT_DESC |
| 8. | CUST_CITY | | 19. | SAMPLE_DATE |
| 9. | CUST_STATE | | 20. | SAMPLE_UNITS |
| 10. | CUST_POSTALCD | | 21. | REP_ID |
| 11. | CUST_POSTALEXT | | | |

Patrick J. Murray, Esq.
Neal A. Potischman, Esq.
January 20, 2006
Page 6

    22.    REP_FIRSTNAME        24.    REP_LASTNAME
    23.    REP_MIDDLENAME

(4) <u>Absence of Merlin & Pfoenix Data for Drs. Dhaduk & Huler</u>

Please indicate whether there is any data contained in the Merlin and Pfoenix databases relating to Drs. Dhaduk & Huler or confirm that there is none.

(5) <u>"CALL_NOTES" Codes</u>

With respect to the information produced for Drs. Dhaduk and Huler, please identify or define the following codes that appear in the "CALL_NOTES" fields:

(a) E4D16
(b) K2D13
(c) E2A12
(d) K1D23

We would like to receive clarification of the above points prior to the depositions of Drs. Dhaduk. I look forward to hearing from you on the above matters.

                Very truly yours,

                Ilyas J. Rona

IJR
cc:    Barry Himmelstein, Esq.
       Richard E. Shevitz, Esq.
       Ronald J. Aranoff, Esq.
       Edward Notargiacomo, Esq.