Scott Alan Watson # 22334
Wyoming State Penitentiary
P.O. Box 400
Rawlins, Wyoming 82301-0400

January 25, 2006

In re: MDL Docket No: 1629
In re: Neurontin Marketing and Sales Practices
USDC- Massachusetts Lead Case No: 1:04-CV-10981-PBS
Your Case: Civil Action No: 2:05-CV-162
Scott Alan Watson v. Pfizer, et al.,
District of MA No: 1:05-CV-12002-PBS

Dear Christine Patch,

I respectfully request a copy of the Docket for the above mentioned civil action.

I further request the address to the United States District of Appeals for the District of MA.

I also request a copy of the Information and Instructions Packet for Civil Rights Complaints.

Sincerely

Scott A Watson