UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :
In re:   NEURONTIN MARKETING, SALES PRACTICES                               :
         AND PRODUCTS LIABILITY LITIGATION                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  MDL Docket No. 1629
                                                                            :
THIS DOCUMENT RELATES TO:                                                   :  Master File No. 04-10981
                                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris
                                                                            :
HARDEN MANUFACTURING CORPORATION;                                           :  Magistrate Judge Leo T.
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,                                 :  Sorokin
dba BLUECROSS/BLUESHIELD OF LOUISIANA; UNION                                :
OF OPERATING, LOCAL NO. 68 WELFARE FUND;                                    :
ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST;                                 :
GERALD SMITH; and LORRAINE KOPA, on behalf of                               :
themselves and all others similarly situated, v. PFIZER INC. and            :
WARNER-LAMBERT COMPANY.                                                     :
                                                                            :
                                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :
THE GUARDIAN LIFE INSURANCE COMPANY OF                                      :
AMERICA v. PFIZER INC. and                                                  :
                                                                            :
AETNA, INC. v. PFIZER INC.                                                  :
                                                                            :
                                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO OBJECT TO REPORT AND RECOMMENDATION
AND TO RESPOND TO OBJECTIONS**

Plaintiffs and Defendants in the above-captioned matter (the "parties"), by the

undersigned counsel, respectfully move for an enlargement of the time within which they must

submit objections to Magistrate Judge Leo T. Sorokin's Report and Recommendation on

Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated

Amended Complaint dated January 31, 2006 (the "Report") from Friday, February 17, 2006 until

Friday, March 3, 2006.  The parties also respectfully move for an enlargement of the time within

which they must respond to objections to the Report until Monday, April 10, 2006.

In support thereof, the parties state that Defendants' motions to dismiss sought dismissal

of the five counts in the Amended Class Complaint and the thirteen counts in the First

Coordinated Complaint.  Defendants moved to dismiss these complaints on various grounds.  As

a result, the Report raises complex issues that will require substantial time for the parties to

address through both objections and their responses.  The requested extensions are needed in

order to ensure that the Court is presented with a thorough and non-repetitive treatment of the

parties' objections to the Report.

WHEREFORE, the parties respectfully request that the Court enlarge until Friday, March

3, 2006 the time in which they may submit objections to the Report and enlarge until Monday,

April 10, 2006 the time in which they may submit responses to any objections.

Dated:  February 6, 2006                                        Respectfully Submitted,


By:      /s/ **Thomas M. Sobol**
                Thomas M. Sobol
                Hagens Berman Sobol Shapiro LLP
                One Main Street, 4th Floor
                Cambridge, MA 02142

*Plaintiffs' Liaison Counsel*


By:      /s/ **Don Barrett**

                Don Barrett, Esquire
                Barrett Law Office
                404 Court Square North
                P.O. Box 987
                Lexington, MS 39095

By:      /s/ **Daniel Becnel**
                Daniel Becnel, Jr., Esquire


2

Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:    **/s/ James Dugan**

James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:    **/s/ Thomas Greene**

Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:    **/s/ Barry Himmelstein**

Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Members of the Class Plaintiffs'
Steering Committee*

By:    **/s/ Richard Cohen**

Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:    **/s/ Linda P. Nussbaum**

Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class
Steering Committee*

3

4

By:     **/s/ David B. Chaffin**

David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

By:     **/s/ James P. Rouhandeh**

James P. Rouhandeh, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Counsel for Defendants, Pfizer Inc., et al.*

5

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1</u>

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on February 6, 2006 he conferred with counsel for Defendants concerning the foregoing motion and Defendants join in the requested relief.


/s/ Edward Notargiacomo
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142