UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge Patti B. Saris |
| ALL ACTIONS | ) ) ) | Magistrate Judge Leo T. Sorokin |

## PRODUCTS LIABILITY PLAINTIFFS' MOTION TO MAGISTRATE JUDGE SOROKIN FOR RECONSIDERATION OF ORDER STAYING DISCOVERY

Products Liability Plaintiffs respectfully move for reconsideration of the Order Staying Discovery, by Magistrate Judge Leo T. Sorokin, dated and entered on January 31, 2006. The grounds for this motion are set forth in the accompanying memorandum.

## REQUEST FOR ORAL ARGUMENT

Products Liability Plaintiffs believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on these objections.

Dated: February 15, 2006

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   /s/ **Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY  12550

By:    **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
& Associates
106 E. 6th Street, Suite 700
Austin, TX 78701

## CERTIFICATION OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

By:    **/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550