UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | ) ) ) ) ) ) | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## PRODUCTS LIABILITY PLAINTIFFS' MOTION
## FOR ENTRY OF CASE MANAGEMENT ORDER NO. 5

Products Liability Plaintiffs respectfully move for entry of Case Management Order No. 5, providing for inclusion of an additional provision under "V.  Further Case Schedule" of Case Management Order No. 4, providing for establishment of a Defendants' Case Profile Form, to be completed by Defendants for each individual Products Liability Plaintiff's action.  The requested language is set forth in the proposed Case Management Order No. 5 annexed as Exhibit A to the accompanying Memorandum.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Plaintiffs respectfully request that the Court approve, sign and enter Case Management Order No. 5.

## REQUEST FOR ORAL ARGUMENT

Products Liability Plaintiffs believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: February 15, 2006

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:     /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

By:     /s/ **Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
& Associates
106 E. 6th Street, Suite 700
Austin, TX 78701

## CERTIFICATION OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

By:     /s/ **Kenneth B. Fromson**
Kenneth B. Fromson, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550