UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| THIS ORDER RELATES TO: | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO.68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| THE GUARDIAN LIFE INSURANCE CO. OF AMERICA v. PFIZER, INC. and AETNA, INC. v. PFIZER, INC. | |

ORDER STAYING REMAND MOTIONS

February 17, 2006

SOROKIN, M.J.

Upon further review and reflection, all of the pending Motions for Remand (including the Allen, Assurant and Medero Motions for Remand which are Docket Numbers 131, 156 and 219

1

respectively) are stayed pending resolution of class certification.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge