UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES<br>　　　PRACTICES AND PRODUCT<br>　　　LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## STATUS REPORT MARCH 1, 2006

Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for Plaintiffs and

Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as

well as all cases transferred to MDL No. 1629.

Dated: March 1, 2006

By:　**/s/ James P. Rouhandeh**
　　　James P. Rouhandeh
　　　Davis Polk & Wardwell
　　　450 Lexington Avenue
　　　New York, NY 10017


By:　**/s/ David B. Chaffin**
　　　David B. Chaffin
　　　Hare & Chaffin
　　　160 Federal Street, 23rd Floor
　　　Boston, MA 02110

**Counsel for Defendants, Pfizer Inc., et al.**


By:　**/s/ Thomas M. Sobol**
　　　Thomas M. Sobol
　　　Hagens Berman Sobol Shapiro LLP
　　　One Main Street, 4th Floor
　　　Cambridge, MA 02142

**Plaintiffs' Liaison Counsel**

By:　**/s/Barry Himmelstein**
　　　Barry Himmelstein, Esquire
　　　Lieff Cabraser Heimann & Bernstein
　　　Embarcadero Center West
　　　275 Battery Street, 30th Floor
　　　San Francisco, CA 94111-3339

By:　**/s/Don Barrett**
　　　Don Barrett, Esquire
　　　Barrett Law Office
　　　404 Court Square North
　　　P.O. Box 987
　　　Lexington, MS 39095

By:    **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:    **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By:    **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110


**Members of the Class Plaintiffs'
Steering Committee**


By:    **/s/Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:    **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022


**Members of the Plaintiffs' Non-Class
Steering Committee**

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

**MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 3/1/06**

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** (Marketing and Sales Practices) | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Defendants' Motion to Dismiss Amended Class Action Complaint<br><br>○ March 17, 2005 - Motion to Dismiss Class Action Complaint [Docket No. 59]<br><br>○ March 17, 2005 - Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 60]<br><br>○ March 17, 2005 - Declaration David B. Chaffin In Support of Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 61]<br><br>○ April 29, 2005 - Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 101]<br><br>○ April 29, 2005 - Appendix of Unpublished Authorities Filed in Support of Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 102]<br><br>○ May 16, 2005 - Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 122] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action (cont.) | | | ○ May 16, 2005 – Declaration of David B. Chaffin in Support of Defendants' Motion to Dismiss [Docket No. 123] |
| | | | ○ May 23, 2005 – Order Referring for Report and Recommendation on Motions to Dismiss to Magistrate Leo T. Sorokin. Hearing on June 15, 2005 Cancelled. Magistrate Sorokin to Re-schedule. [Docket No. 127] |
| | | | ○ June 3, 2005 – Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motions to Dismiss [Docket No. 144] |
| | | | ○ July 14, 2005 – Hearing on Motion to Dismiss First Coordinated Amended Complaint [#58] and Motion to Dismiss Amended Class Action Complaint [#59] before Magistrate Judge Leo T. Sorokin [Docket No. 145] |
| | | | ○ August 3, 2005 – Plaintiffs' Notice of Supplemental Authority [Docket No. 199] |
| | | | ○ August 17, 2005 – Plaintiffs' Appendix/Exhibit Lodged in Support of Plaintiffs' Opposition to Motion to Dismiss [#58], Plaintiffs' Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery [#161], and Plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 [#172] [Docket No. 216] |
| | | | ○ September 29, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 233] |
| | | | ○ November 11, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 249] |

2

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action (cont.) | | | o  December 13, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 256] |
| | | | o  January 31, 2006 – Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint by Magistrate Judge Sorokin [Docket No. 269] |
| | | | o  Objections to Report and Recommendation March 3, 2006 **DUE** |
| | | | •  Motion for Appointment of Tennessee Lead Counsel *sub judice* |
| | | | o  January 21, 2005 - Motion for Appointment of Tennessee Lead Counsel [Docket No. 37] |
| | | | o  January 21, 2005 - Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38] |
| | | | o  February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39] |
| | | | o  February 2, 2005 - Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32] |
| | | | o  February 11, 2005 - Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36] |
| | | | o  March 15, 2005 - Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56] |
| | | | o  August 17, 2005 – Order by Judge Patti B. Saris, Denying |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel<br><br>• Motion for Class Certification<br><br>    o August 8, 2005 – Plaintiff's Motion for Leave to File Declarations in Support of Plaintiffs' Motion for Class Certification Under Seal [Docket No. 202], Plaintiffs' Motion to Certify Class [Docket No. 204], Plaintiffs' Memorandum in Support re: Motion to Certify Class [Docket No. 205]<br><br>    o February 10, 2006 - End of Class Discovery (discovery stayed per order of January 31, 2006 [Docket No. 270])<br><br>    o March 8, 2006 - Opposition to Motion for Class Certification **DUE** (Per Court's Order Extending Class Discovery Period) [Docket No. 240]<br><br>    o April 8, 2006 - Reply to Opposition to Motion for Class Certification **DUE**<br><br>    o April 22, 2006 - Sur-Reply to Opposition to Motion for Class Certification **DUE**<br><br>    o May 12, 2006 - Hearing on Motion for Class Certification before Judge Patti B. Saris [Docket No. 197] |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass, cases originally filed. | • Defendants' Motion to Dismiss First Coordinated Amended Complaint<br><br>    o March 17, 2005 - Motion to Dismiss Class Action Complaint [Docket No. 59]<br><br>    o March 17, 2005 - Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (cont.)** | | | the First Coordinated Amended Complaint [Docket No. 60] |
| | | | ○ March 17, 2005 - Declaration David B. Chaffin In Support of Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 61] |
| | | | ○ April 29, 2005 - Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 101] |
| | | | ○ April 29, 2005 - Appendix of Unpublished Authorities Filed in Support of Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 102] |
| | | | ○ May 16, 2005 - Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 122] |
| | | | ○ May 16, 2005 - Declaration of David B. Chaffin in Support of Defendants' Motion to Dismiss [Docket No. 123] |
| | | | ○ May 23, 2005 – Order Referring for Report and Recommendation on Motions to Dismiss to Magistrate Leo T. Sorokin. Hearing on June 15, 2005 Cancelled. Magistrate Sorokin to Re-schedule. [Docket No. 127] |
| | | | ○ June 3, 2005 - Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motions to Dismiss [Docket No. 144] |
| | | | ○ July 14, 2005 – Hearing on Motion to Dismiss First |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | Coordinated Amended Complaint [#58] and Motion to Dismiss Amended Class Action Complaint [#59] before Magistrate Judge Leo T. Sorokin [Docket No. 145] |
| **Coordinated Private Actions (cont.)** | | | ○ August 3, 2005 – Plaintiffs' Notice of Supplemental Authority [Docket No. 199] |
| | | | ○ August 17, 2005 – Plaintiffs' Appendix/Exhibit Lodged in Support of Plaintiffs' Opposition to Motion to Dismiss [#58], Plaintiffs' Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery [#161], and Plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 [#172] [Docket No. 216] |
| | | | ○ September 29, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 233] |
| | | | ○ November 11, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 249] |
| | | | ○ December 13, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 256] |
| | | | ○ January 31, 2006 – Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint by Magistrate Judge Sorokin [Docket No. 269] |
| | | | ○ March 3, 2006 -- Objections to Report and Recommendation **DUE** |
| | | | • February 17, 2006 -- Motion for Clarification Regarding Order on Motion for Extension of Time [Docket No. 278] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | ○ March 1, 2006 -- Opposition to Motion for Clarification Regarding Order on Motion for Extension of Time **DUE** |
| *Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.* | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Motion to Remand to New Jersey State Court, stayed |
| | | | ○ May 19, 2005 - Assurant Plaintiffs' Status Report Regarding Motion to Remand to New Jersey State Court, Notice of Remand and Motion to Remand, Memorandum in Support of Remand. The New Jersey federal court pleadings were filed with this MDL Court on May 19 and May 31, 2005 [Docket No. 125]. The New Jersey pleadings (the dates below are the New Jersey filing dates) include: |
| | | | • January 27, 2005 - Assurant Plaintiffs' Notice of Motion, Motion and Memorandum in Support of Motion to Remand; Affidavit of David Novack in Support of Assurant Plaintiffs' Motion to Remand and Exhibits A – L |
| | | | • February 11, 2005 - Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Certification of Richard G. Placey, Esquire in Support of Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Joinder of Defendants Anthony Wild and Lodewijk J. R. DeVink in Defendants Pfizer and Warner-Lambert Company's |

7

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | Opposition Plaintiffs' Motion to Remand |
| | | | • February 25, 2005 - Plaintiffs' Reply Memorandum of Law in Further Support of its Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand; Affidavit of Ronald J. Campione in Support of Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand |
| | | | ○ August 17, 2005 – Notice by Assurant Plaintiffs re: [#125] Status Report: Supplemental Statement of Authority |
| | | | ○ August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on MultiDistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin |
| | | | • Assurant Plaintiffs' Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation , stayed |
| | | | ○ May 22, 2005 - Assurant Plaintiffs' Status Report and Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [Docket No. 126] |
| | | | ○ May 27, 2005 – Defendants' Response to Assurant Plaintiffs' Request that Court Issue Suggestion of Remand [Docket No. 136] |
| | | | ○ June 6, 2005 – MDL Plaintiffs' Memorandum of Law in Response to the Assurant Plaintiffs' Suggestion of Remand to the Judicial Panel of Multidistrict Litigation [Docket No. 146] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | ○ June 16, 2005 – Assurant Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court. [Docket No. 156]<br><br>○ June 16, 2005 – Proposed Order Granting Motion for Court to Issue a Suggestion to the Panel to Return Civil Action to the Transferor Court. [Docket No. 163]<br><br>○ August 17, 2005 – Assurant Plaintiffs' Supplemental Statement of Authority [Docket No. 217]<br><br>○ August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on MultiDistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin<br><br>○ February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand, stayed<br><br>○ May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]<br><br>○ May 26, 2005 - Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS (cont.) | | | o June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142] |
| | | | o June 16, 2005 - Request for Oral Argument, by Defendant Pfizer [Docket No. 153] |
| | | | o June 16, 2005 - Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155] |
| | | | o August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213] |
| | | | o August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214] |
| | | | o August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215] |
| | | | o October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241] |
| | | | o October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242] |
| | | | o November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248] |
| | | | o November 17, 2005 – Defendants' Supplemental |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al*, Mass. Docket No. 05-10797 – PBS (cont.) | | | Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br><br>○ November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252]<br><br>○ December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258]<br><br>○ February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McMinn v. Pfizer, 04-2690* | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

11

| | | | |
|---|---|---|---|
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, |

12

| | | | |
|---|---|---|---|
| *Hansen v. Pfizer, 05-100* (Cont'd) | | | 2005<br><br>• Motion to Remand<br><br>  o  May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont<br><br>  o  June 6, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Vermont<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Demers v. Pfizer, 05-84* | Master File 04-10981-PBS | D. Maine | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005<br><br>• Response to Opposition to Transfer filed by Defendants July 11, 2005<br><br>• Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005<br><br>• Motion to Remand<br><br>  o  June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine<br><br>  o  June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine |

| *Demers v. Pfizer, 05-84 (cont'd)* | | |
|---|---|---|
| | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | Master File 04-10981<br><br>Civil action number assigned to Medero by MDL: 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br><br>• Motion to Remand, stayed<br><br>   o August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]<br><br>   o September 16, 2005 –Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br><br>   o September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br><br>   o February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

14

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Consolidated Products Liability Cases* | Master File 04-10981-PBS | D. Mass. Pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims *sub judice* |
| | | | ○ May 27, 2005 - Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137] |
| | | | ○ May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138] |
| | | | ○ May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139] |
| | | | ○ May 31, 2005 - Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140] |
| | | | ○ June 8, 2005 - Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147] |
| | | | ○ June 10, 2005 - Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Consolidated Products Liability Cases (cont.)* | | | o June 23, 2005 - Defendants' Amended Motion with Regard to Case Management Order No. 4 [Docket No. 164] |
| | | | o June 23, 2005 - Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165] |
| | | | o July 5, 2005 - Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174] |
| | | | o July 5, 2005 - Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175] |
| | | | o August 9, 2005 -- Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164] |
| | | | o Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| | | | • February 15, 2006 – Motion that the Order Staying Discovery (#270) be reversed [Docket No. 275] |
| | | | o March 1, 2006 -- Opposition to Motion that the Order Staying Discovery (#270) be reversed DUE |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Consolidated Products Liability Cases (cont.)* | | | • February 15, 2006 – Motion for Reconsideration regarding #270, seeking reconsideration of Order Staying Discovery [Docket No. 276]<br><br>  ○ March 1, 2006 -- Opposition to Motion for Reconsideration regarding #270 seeking reconsideration of Order Staying Discovery **DUE**<br><br>• February 15, 2006 – Motion seeking entry of Case Management Order No. 5 so as to establish the use of a Defendants' Case Profile Form [Docket No. 277]<br><br>  ○ March 1, 2006 -- Opposition to Motion seeking entry of Case Management Order No. 5 so as to establish the use of Defendants' Case Profile Form **DUE** |
| *Brodsky v. Pfizer, 04-7960*<br>*Huffman v. Pfizer, 04-7961*<br>*Paulsen v. Pfizer, 04-8464*<br>*Sunuil v. Pfizer, 04-8719*<br>*Smith v. Pfizer, 04-8720* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Cases Transferred April 20, 2005 - JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

17

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297*<br>*Justine Janes v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

18

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 - JPML Transfer Order April 19, 2005<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Anderson v. Pfizer, 04-275* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005- JPML Transfer Order April 19, 2005<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Barker v. Pfizer, 04-309* | Master File 04-10981-PBS | E.D. Texas | • Transferred on April 19, 2005- JPML Transfer Order April 19, 2005<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Smolucha v. Pfizer, 04-4882* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

19

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Jarosz v. Pfizer, 05-2061* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Notice of Opposition to transfer filed by Plaintiff' on June 3, 2005<br>• Transferred on July 1, 2005- JPML Transfer Order July 1, 2005<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Wilson, et al. v. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250.<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

20

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Coleman v. Pfizer, 04-722 Fish v. Pfizer, 04-723* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Teater v. Pfizer, 05-604* | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Notice of Opposition to transfer filed by Plaintiff on June 27, 2005<br>• August 25, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |
| *Teater v. Pfizer, 05-604 (cont.)* | Master File 04-10981-PBS | | • Transferred on October 19, 2005 – JPML Transfer Order<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Alexander v. Pfizer, 05-1013* | Master File 04-10981-PBS | N.D. Texas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• July 29, 2005 - Defendants' Request to the Court to Recognize Previously-Entered Order Granting Dismissal without Prejudice of Above-Captioned Complaint [Docket No. 195]<br>• August 3, 2005 - Order dismissing action without prejudice based upon previously-entered order granting dismissal without prejudice |
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Reott v. Pfizer, 05-359* | Master File 04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, 05-444* | Master File 04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 - JPML CTO-10<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Craft et al. v. Pfizer Inc. et al., 05-00310* | Master File 04-10981-PBS | M.D. Florida | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Notice of Opposition to Transfer filed by Plaintiff August 9, 2005 |
| *Craft et al. v. Pfizer Inc. et al., 05-00310 (cont'd)* | Master File 04-10981-PBS | | • September 12, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on December 1, 2005 – JPML Transfer Order<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Alsberge v. Pfizer Inc., et al., 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Briggs v. Pfizer Inc., et al., 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 - JPML CTO-11<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

22

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Sanutti v. Pfizer, Inc., et al, 05-03401* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Werner v. Pfizer, 05-6084*<br>*Henry v. Pfizer, 05-6087*<br>*Colton v. Pfizer, 05-6271*<br>*Bentley v. Pfizer, 05-6272*<br>*Dixon v. Pfizer, 05-6273*<br>*Wendorf v. Pfizer, 05-6274*<br>*Richey v. Pfizer, 05-7103*<br>*Roberson v. Pfizer, 05-7253* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Watson v. Pfizer, Inc., et al., 05-162* | Master File 04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Johnson v. Pfizer, Inc., 05-2615* | Master File 04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Leiendecker v. Pfizer, Inc., et al., 05-3377* | Master File 04-10981-PBS | N.D. California | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

23

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 1, 2005 – Motion to Vacate Conditional Transfer<br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on February 13, 2006– JPML Transfer Order<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *White v. Pfizer, 05-7571*<br>*Christ v. Pfizer, 05-7572*<br>*Acton v. Pfizer, 05-7573* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Aranda v. Pfizer Inc., et al., 05-309* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional |

24

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Aranda v. Pfizer Inc., et al., 05-309 (cont'd)* | | | Transfer Order (CTO-14) |
| | | | • November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |
| | | | • Transferred on February 13, 2006 – JPML Transfer Order |
| | | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| | | | • Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005 |
| | | | • November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14) |
| | | | • November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |
| | | | • Transferred on February 13, 2006 – JPML Transfer Order |
| | | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Dane v. Pfizer, Inc., et al., 05-1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| | | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| | | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

25

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Marzolo v. Pfizer, Inc., et al., 05-7828* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Mosley v. Pfizer, Inc., et al., 05-8110* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Salinas v. Pfizer Inc., et al., 05-363* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – December 14, 2005<br><br>• December 23, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-16)<br><br>• January 12, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |
| *McGee v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *O'Bryan v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| | | |
|---|---|---|
| *French v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Spears v. Pfizer, 05-8890*<br>*Belongie v. Pfizer, 05-8891*<br>*Montgomery v. Pfizer, 05-9144*<br>*Sizemore v. Pfizer, 05-9145*<br>*George v. Pfizer, 05-9238* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Felici v. Pfizer Inc., et al., 05-386* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006<br>• January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17) |
| *Scott v. Pfizer, 05-9350*<br>*Hadlock v. Pfizer, 05-9417* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Lutz v. Pfizer Inc., et al., 05-7469* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on January 20, 2006 – JPML CTO-18<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |

27