UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
:
In re:  NEURONTIN MARKETING AND :
SALES PRACTICES LITIGATION :
: MDL Docket No. 1629
------------------------------------------------------------- x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
------------------------------------------------------------- x
: Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION; : Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
:
------------------------------------------------------------- x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF :
AMERICA v. PFIZER INC. and :
:
AETNA, INC. v. PFIZER INC. :
:
:
------------------------------------------------------------- x

**DECLARATION OF PATRICK J. MURRAY**

PATRICK J. MURRAY declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1.   I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006.

3. Attached at Exhibit 1 is a true and correct copy of Medical Society of New Jersey v. Oxford Health Plans, Inc., A-1485-03T1 (N.J. Super. Ct. App. Div. Feb. 14, 2005).

4. Attached at Exhibit 2 is a true and correct copy of International Union of Operating Engineers Local No. 68 Welfare Fund v. Merck & Co., ATL-L-3015-04 (N.J. Super. Ct. Law Div. July 8, 2004).

5. Attached at Exhibit 3 is a true and correct copy of a transcript of Dr. Robert LeRoy's presentation at a consultants meeting in Jupiter Beach, Florida on April 20, 1996, which is numbered WL 04382 to WL 04415.

6. Attached at Exhibit 4 is a true and correct copy of a transcript of Dr. Cynthia Harden's presentation at a consultants meeting in Jupiter Beach, Florida on April 21, 1996, which is numbered X000376 to X000405.

7. Attached at Exhibit 5 is a true and correct copy of a Drugdex Drug Evaluation for Gabapentin, revised in March 2004.[1]

8. Attached at Exhibit 6 is a true and correct copy of a memorandum from Dr. Kenneth Gorson to Phil Magistro, enclosing a draft paper prepared by Dr. Gorson and others, titled "Low-Dose Gabapentin in the Treatment of Painful Diabetic Neuropathy: A Placebo-Controlled, Double-Blind, Crossover Trial," which is numbered W06826 to W06839.

9. Attached at Exhibit 7 is a true and correct copy of a letter to the editor written by Kenneth C. Gorson et al., titled "Gabapentin in the treatment of painful diabetic neuropathy: a

---

[1] Gabapentin is the generic name of Neurontin.

placebo-controlled, double blind, crossover trial," which was published in the February 1999 edition of the *Journal of Neurology, Neurosurgery, and Psychiatry*. This document was produced by Micromedex and is numbered M 0421 to M 0422. Also attached is a printout of the same article from the website of the *Journal of Neurology, Neurosurgery, and Psychiatry*, *available at*: http://jnnp.bmjjournals.com/cgi/content/full/66/2/251.

      10.    Attached at Exhibit 8 is a true and correct copy of an article by Dr. Atul Pande et al., titled "Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy," which was published in the September 2000 edition of *Bipolar Disorders*.

      11.    Attached at Exhibit 9 is a true and correct copy of an article by Dr. Mark Frye et al., titled "A Placebo-Controlled Study of Lamotrigine and Gabapentin Monotherapy in Refractory Mood Disorders," which was published in the December 2000 edition of the *Journal of Clinical Psychopharmacology*.

      12.    Attached at Exhibit 10 is a true and correct copy of an excerpt of a transcript of Parke-Davis' May 25, 1996 Advisory Board Meeting: Gabapentin in the Management of Migraine, which is numbered X010681 to X010685, X010703 to 010719, and X010756 to X010765.

Dated: New York, New York
       March 3, 2006

_____
Patrick J. Murray