# EXHIBIT 3

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 2 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-1

Advances in Anticonvulsants
Jupiter Beach
Workshop 1/ 11 AM
April 20, 1996/Tape 20
**CLINE, DAVIS & MANN INC.**

ROBERT F. LeROY, MD:  You know, of the common existing drugs, I would estimate that it's very similar to every other, and say that there's probably ... for you to think about it, and warn and counsel patients one to two percent increase.  As far as I know, there is no human ... extensive human experience in pregnancy for us to really make that comment from.  I've had two or three ladies go through pregnancies on Neurontin who have problems to their babies.  The animal literature suggests that in some species of rodents that there is some ... a fair number ... there was some bladder ... no, I'm sorry, it was kidney development problems.  But that wasn't seeing it all.  And that there was in a another species delayed ossification of bone in the pups, but that that then normalized to normal ossification very rapidly.  So I think you have to still use the same  approach of the regular, you know, 90 ...  over 90 percent of women have normal babies, as far as we know.  That there is a ... that there is a tendency to try and not use

WL 04382

**CONFIDENTIAL**

Case 1:04-cv-10981-PBS     Document 285-3     Filed 03/03/2006     Page 3 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-2

polypharmacy, but to use a monotherapy supplement with multivitamins, particularly folic acid.  And to talk with the obstetrician about high risk screening, and going from there. Theoretically, of course, since it has little to no systemic side effects, and it has little to no ... it has no active metabolic derivatives, it should be a good drug for that.  But that's theoretical.

MAN:  If you compared it ... if you had a patient with partial seizures on Tegretol and (Inaudible).

ROBERT F. LeROY, MD:  Absolutely.

MAN:  And (Inaudible) the drug unless I (Inaudible) at the same time that (Inaudible) that that would probably (Inaudible).

ROBERT F. LeROY, MD:  I use less and less Depakote. And I use less and less Depakote because I'm tired of seeing fat shakey bald patients in my office.

MAN:  Okay.  But efficacy (Inaudible) side effects.

ROBERT F. LeROY, MD:  Okay.  I don't know that we have efficacy data to tell you.  My personal ex ... choice ... okay, Parke-Davis, get out here.  No, my personal choice ... it really depends on the patient.  I'm probably going to Lamictal.  But I'm not choosing it on efficacy.  I'm choosing it on number of times a day you have to take the dosage, and the number of pills you have to

WL 04383

CONFIDENTIAL

Case 1:04-cv-10981-PBS      Document 285-3      Filed 03/03/2006      Page 4 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-3

take, in that for monotherapy, Lamictal ... I've got some patients who are taking it once a day, and are taking two pills, 400 milligrams once a day.  Neurontin, you have to use at least a TID dosing.  And one of the mistakes, I think, that can happen with Neurontin is that people will try to use it BID, and it just doesn't have a long enough half-life  to  allow you to do that.  You need it TID.  You may need it QID.  And I guess my concerns about compliance and frequency of dosing still is influencing me there.  With respect to efficacy, I don't think I can comment on it, really.

> MAN:  And you're saying (Inaudible).

> ROBERT F. LeROY, MD:  Yeah.

> MAN:  (Inaudible).

> ROBERT F. LeROY, MD:  Anybody.

> MAN:  To continue with that same question, arguing against that approach would be if you had a woman of child bearing years ...

> ROBERT F. LeROY, MD:  Yes.

> MAN:  And much less information in terms of what happens with Lamictal than there is with the other anticonvulsants that have been around awhile.

> ROBERT F. LeROY, MD:  Well, that ...

WL 04384

CONFIDENTIAL

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                                        20-4

MAN:  And there might be a theoretical (Overlap).

ROBERT F. LeROY, MD:  That's not really true.  Lamictal has been out in Europe now for about five years.

MAN:  Compared to Dilantin or Tegretol.

ROBERT F. LeROY, MD:  Compared to Dilantin or Tegretol.

MAN:  Yeah, I mean, it's still relatively (Overlap).

ROBERT F. LeROY, MD:  Sure.

MAN:  The cost of the medication compared to Dilantin or ...

ROBERT F. LeROY, MD:  Agreed.

MAN:  Even Depakote.  And so ...

ROBERT F. LeROY, MD:  Well, Depakote is starting to get into that same pricing range of close to $100 dollars.  Not over $100 dollars, but close to $100, probably, for ...

MAN:  People argue about not using Dilantin.  With Tegretol, it's a similar mechanism of action.

ROBERT F. LeROY, MD:  Yes.

MAN:  That's why you would not use Dilantin as your second choice in that scenario?

ROBERT F. LeROY, MD:  Yes.

WL 04385

**CONFIDENTIAL**

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 6 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-5

MAN:  Part of it has failed the drug with a similar mechanism of action ...

ROBERT F. LeROY, MD:  Yes.

MAN:  Evenly?

ROBERT F. LeROY, MD:  Some that ... I use a lot of Dilantin.  But I've also been impressed over the years about ... you know, no matter what the literature says, you know, retractions and everything ... but about cognitive side effects with Dilantin and ... I think Dilantin makes people depressed.  I think there are effective mood problems with Dilantin, more so.  And I've heard it said by the Parke-Davis Ann Arbor research people that if we were developing Dilantin today as a new drug, it wouldn't be developed.  It's a difficult drug to use.  I mean, there is that nonlinearity.  And, at least in my experience, there's a lot of people that have problems with at least the Dilantin capsules, the variability of absorption.  And I don't think that patient that we all have who are taking Dilantin ... who's taking Dilantin who has levels that are real good, and then all of a sudden it disappears, and then they're toxic when you make an adjustment, I don't think that's due to compliance so much as ... and I can't back it up (Inaudible) the data, but absorption problems.  And in those folks, when I see people who their Dilantin (Inaudible)

WL 04386

**CONFIDENTIAL**

ADVANCES IN ANTICONVULSANTS

are all over, I switch them over to the Infatabs(?), and get away from the capsules.  And a lot of people will smooth their levels in the pharmacology out when they're not ...

MAN:  (Inaudible) to get (Inaudible).

ROBERT F. LeROY, MD:  BID.

MAN:  Has Neurontin been thought about to be used by so-called forced traumatic syndrome, auto accident, pains and aches, and fibromyalgia syndrome?

ROBERT F. LeROY, MD:  Has ... it probably has been used.  I can't comment on it.  I don't know.  And I don't have the experience with it.

MAN:  The other question ...

ROBERT F. LeROY, MD:  Have you used it?  I mean, that's the other thing as a ...

MAN:  No, no, no, no.

ROBERT F. LeROY, MD:  I mean, that's the other thing as a ... as a forum ...

MAN:  No, I've (Inaudible) using for migraine.

MAN:  Does anything work at all?

(Overlapping Voices)

ROBERT F. LeROY, MD:  Or doesn't everything work just

WL 04387

CONFIDENTIAL

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 8 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                     20-7

a little sometimes?

MAN:  Yeah.

MAN:  The other question  is that in those patients where Dilantin is being used, and the drug level is almost zero, or one or two micrograms per mil, regardless of how much you give, and they're not getting side effects, particularly in some instances, one cannot use any other drug, other than the newer ones.  Has the company or anyone commented on the idea of how to work on that situation?  And in some cases, like the stiff neck(?) syndrome, (Inaudible) used Dilantin.  But the level (Inaudible) in a gram of Dilantin a day that was several years ago.  And the level to the (Inaudible).

ROBERT F. LeROY, MD:  There are some people that just don't absorb Dilantin.  I don't think there's anything magical about it having some kind of efficacy, and not being there when you measure it.  I mean, I think if you measure it and it's not there, it's not there.  And you're not going to expect to see any efficacy from the drug.  But I think that you can see a lot of absorption problems with Dilantin.

MAN:  But mostly with the absorption not hypermetabolism?

WL 04388

**CONFIDENTIAL**

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                                    20-8

ROBERT F. LeROY, MD:  Well, I think you can see that some.  But I think that you can see a lot of absorption problems with Dilantin.

MAN:  (Inaudible) mostly (Inaudible) not hypermetabolism.

ROBERT F. LeROY, MD:  Well, I think you can see that some, but I think when you're getting up to 1000 milligrams, or something like that, you're talking about absorption problems.  And you can test that, because you can ... you know, you could conceivably have ... if it was very important, you could arrange to have I.V. infusions, and see what happens.  If you can maintain a level I.V., then you can maintain a level ... then it's an absorption problem, it's not a metabolism.  That will be easier this summer, when fosphenytoin comes out.   Because then, instead of having to worry about putting a person in the hospital, or something like that, you can ... whereas you can't give Dilantin ... parenteral Dilantin I.M., you can give ...

MAN:  Fosphenytoin ...

ROBERT F. LeROY, MD:  Fosphenytoin I.M., and it's dose equivalent.  Not milligrams, but it's ... fosphenytoin is 1.5 to 1 of Dilantin.  But it absorbs well, and will maintain.

WL 04389

**CONFIDENTIAL**

ADVANCES IN ANTICONVULSANTS

MAN:  Okay.

ROBERT F. LeROY, MD:  So you could test that person in a parenteral with fosphenytoin.

WOMAN:  (Inaudible) the most is to (Inaudible).

ROBERT F. LeROY, MD:  Dilantin  does, fosphenytoin does not.

WOMAN:  Fosphenytoin does not.

ROBERT F. LeROY, MD:  It is (Overlap).

MAN:  It does too.

ROBERT F. LeROY, MD:  No, it does not, in fact.

MAN:  It doesn't?

ROBERT F. LeROY, MD:  It does not.

MAN:  Oh, okay.

ROBERT F. LeROY, MD:  It is immediately dephosphorylated and absorbed with levels.

MAN:  Yeah.

MAN:  (Inaudible) nine months ago, I attended one of these meetings in California.  And there was a clear emphasis at that time that Neurontin was to be a secondary line medication, only used adjunctively.  This morning, I hear a distinct difference in how this is being presented.  I have used Neurontin alone, but very

WL 04390

CONFIDENTIAL

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 11 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-10

cautiously, concerned about, you know, people looking over my shoulder, etcetera, to judge (Inaudible) the standards within the community. But I take it that the standards within the community are shifting, and one could feel more comfortable prescribing it as a single (Inaudible).

ROBERT F. LeROY, MD: I believe, at this point, that the monotherapy studies have been submitted to the FDA. The U.S. monotherapy study was unsuccessful in showing efficacy. Some of that was because of doses, and some of it was because of the design of it, that people ... that we're hearing about now, about ... over the last three or four years, about ... now, that there is a withdrawal syndrome to Tegretol. And the design was such that people were rapidly withdrawn from Tegretol. They had a flurry due to Tegretol withdrawal, and they bumped out of the study as a failure. So there is an inherent design flaw in it. There are European studies, however, that are being used in a different design that shows definite monotherapy efficacy for Neurontin. Personal experience is that I use monotherapy Neurontin all of the time. I think, if I have my ... if I can take the pulse beat of the epilepsy community, the epileptologists, the two things you'll hear about Neurontin are high doses, and using ... that aren't in the PI, aren't in

WL 04391

**CONFIDENTIAL**

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-11

the package insert and indications are high doses, and monotherapy

does work.  So I would agree with you.  And I think that that's ...

it's been really interesting.  I don't know if you guys ... I've worked

on antiepileptic drug development.  I mean, I'd ... my first

involvement was in 1985 with a drug called Progobide(?), that will

never come out because 15, 20 percent of people had liver enzyme

... or had liver hepatic reactions to it.  So Progobide's gone.  The

next drug to get involved in was Lamotrigine, and I've used

Lamotrigine for ... in multiple studies up until the present time, using

in clinical work.  But I've used all of these new drugs throughout.

It's been very interesting to see the drugs come out in the clinical

practice.  And to be in the investigators meetings, to hear about the

introduction and launch of the drug, and talking with people ... and

then use it for a year or two years.  Obviously, we had the Felbatol

experience.  We actually are still  having the Felbatol experience,

because we're on the roller coaster with Felbatol, aren't we?  We

can't quite either get rid  of it, or say "Yes, it's okay.  We're on that

roller coaster."  Well, Neurontin was on a roller coaster also.  We

didn't know what kind of dosages to use.  It came out, and the FDA

... the pivotal studies had shown that there was efficacy at 1800

milligrams statistically.  Well, we then found out that statistically,

WL 04392

**CONFIDENTIAL**

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-12

that means that a certain number of patients had a certain number
of reductions or seizures.  But that doesn't matter to you and I in
practice.  What matters to you and I in practice is (Inaudible) to see
that person and say "Hey, you're not seizures today (Inaudible) and
you feel pretty good."  We found that 1800 milligrams didn't make a
difference in that.  And at least in Dallas, Neurontin developed the
nickname of Dab-a-water, because it wasn't felt ... it was as
efficacious as water.  Using the principles of treating patients, not
levels, and going ahead and saying "Yeah, I know that the package
insert says 1800 milligrams.  But there are no side effects.  And
take some more, take some more, take some more."  This was
going on all over the country.  And we found out that the clinical
usage requires 2200, 3200, 3600, up to what I think ... again, as I
said earlier, a limit of about 4800 milligrams.  Not because ... 4800,
not because of its toxicity, or anything, but just it's ... it's
(Inaudible) absorbing more at that point.  Personally, on my
soapbox, I would love to see the FDA quit worrying so much about
the development.  I think it's more important the FDA worry about
the development and efficacy and safety and everything.  But where
they let us down is something ... is having a good postmarketing
way of  looking at these drugs, and disseminating the information ...

WL 04393

**CONFIDENTIAL**

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-13

collecting and disseminating the information about how they're actually used in real clinical practice.  Because that's what you're learning now.  How to use Felbatol, how to use Neurontin.  We use a lot of Neurontin, and we use it ... and we can use it fairly rapidly, actually.  We're trying to learn that on Lamictal right now.  This summer ... late summer, we're going to start learning about Topiramate.

MAN:  But given a 35-year-old that comes in with (Inaudible) or partial seizures, where do you start?  What are you doing?

ROBERT F. LeROY, MD:  Personally, I have to start with Tegretol.  And I'm looking forward to Tegretol-XR, extended release. You know what the ... this is terrible, but I love it.  The name of Tegretol Extended Release is in Europe?  It's Tegretol Retard.

(Laughter)

ROBERT F. LeROY, MD:  They had to change the name. It's been a ...

MAN:  You'd take a (Inaudible).

ROBERT F. LeROY, MD:  It's been a staple in Canada, and available around the world.  And sometime, again, supposedly this summer, Tegretol-XR will become available.  In which case, it's

WL 04394

CONFIDENTIAL

ADVANCES IN ANTICONVULSANTS

not anything different.  It just should be easier for your patient to have compliance with.

MAN:  But you're just consistent (Inaudible) demographically or not.

ROBERT F. LeROY, MD:  Keep going.

MAN:  I mean, if you believe that, say, Neurontin or Lamictal, and we'll say Neurontin (Inaudible) less toxic, and not just (Inaudible).  It can be used for monotherapy.  It's good for complex partial, or whatever (Inaudible) localizations (Inaudible) epilepsies (Inaudible).

ROBERT F. LeROY, MD:  Why not use it?

MAN:  Why not start with it?

ROBERT F. LeROY, MD:  Well ...

MAN:  I mean, why not?

ROBERT F. LeROY, MD:  At least right now, I would say I'm going to go back to the question of economics, and I'm going to go back to the question of compliance, because I still do believe that when I ask a patient ... I have hypertension.  If somebody asks me to take a pill more than once a day, I have trouble.  All right, my cholesterol's up to, I'm a bad ... I have bad genes, real bad genes.  So my doc wants me to take a cholesterol drug at night, and wants

WL 04395

**CONFIDENTIAL**

Case 1:04-cv-10981-PBS     Document 285-3     Filed 03/03/2006     Page 16 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-15

me to take a hypertension drug in the morning.  I can't do that.  I take both of  them ... I take them both in the morning.  I find it absolutely amazing that my patients can keep track of their medicines, and take them less often as they do.  And for that reason, perhaps, you know, what we need, of course, is ... you know, if you came to me with 1000 milligram Neurontin Extended Release, I'd be in there like a shot.  But I think efficacy is not the question.  But I think compliance, and I think ... you know, Tegretol ... I don't know what Tegretol-XR is going to be.  But Tegretol is still 26 bucks a month.  It will be a little more sometimes.

WOMAN:  I think that Neurontin is mostly for patients who have (Inaudible) CVA, we're looking for multiple medications. (Inaudible) things.

ROBERT F. LeROY, MD:  Yes, I would agree.

WOMAN:  (Inaudible) I think it's (Inaudible).

MAN:  Yeah, I have a patient (Inaudible) last Sunday with status epilepticus.   He had (Inaudible) CVA.  Two weeks before that, he had bypass surgery, (Inaudible) bypass.  And currently, in (Inaudible) he presented (Inaudible) it was targeted (Inaudible) intravenous Valium, and other ... Ativan by the (Inaudible).  And he gave a gram of the phenytoin, Dilantin.  And

WL 04396

CONFIDENTIAL

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-16

more and more Valium. And nothing worked. So I put him on phenobarbital, 500 milligram I.V. push. And in a few minutes, he started. And then I put (Inaudible) 75 milligrams of (Inaudible). And she has been on that treatment (Inaudible). And certainly the (Inaudible) the treatment (Inaudible) of some of the (Inaudible). The phenytoin level is not going up. And because of bad veins and other problems, (Inaudible) phenytoin to (Inaudible). And the level was not going up, so I (Inaudible) valproic acid, and got the level up to 60, or something like that. And as you mentioned, if she goes back into status epilepticus (Inaudible) seizures after the phenobarbital is taken off, I don't know about that. So it may be a good idea to start (Inaudible).

ROBERT F. LeROY, MD: Well, I, right now, of course, in treatment of acute seizures ... I don't just say ... but acute repetitive seizures. Patients that have flurrying, or patients who ... I've used it ... Neurontin a couple of times, is what I call a Prom Drug. That is, a drug you take the night before the prom to make you look good. That it can get in to a person really quickly. Again, and it takes five half-lives, that's 35 hours. And you can get a drug ... you can get Neurontin into somebody rapidly. I've used it in that kind of situation of status when ... you know, when the barbiturate and the

WL 04397

**CONFIDENTIAL**

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 18 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-17

phenytoin hasn't worked, and I'm starting to have to do down the tube type ... down the nasogastric tube type of administration. It's readily water soluble, easily broken into water, down the tube. And should be absorbed very rapidly. I don't know about ileus and things like that, in that situation, how it would effect the absorption. But you're stuck with any drug that way. But then you have ... you know, you have your 35 hours. And really, it's an acute therapy you can ... that is going to be a lot quicker than either your carbamazepine or your valproate, and should be very readily treat ... obtaining levels, and all. And I ... in that situation, they're not going to complain to me about feeling dopey. I go ahead, and I start them on a 4800 milligrams, and say if we need to treat you, we need to treat you. Bang, treat. And have used it that way. Of course, sometimes with success, sometimes not with success, but those are sick patients. With respect to your comment about post-stroke and all, the implication being, of course, the strokes occur in older people. Neurontin, I think, has ... and I think you'll hear about it tomorrow more. But I think it has a special place for use in older people, because it is cognitively gentle. It does not have drug/drug interactions. And I think it's very good that way. You'll still have a lot of pills to take. And the other thing, though, you have to be

WL 04398

CONFIDENTIAL

Case 1:04-cv-10981-PBS     Document 285-3     Filed 03/03/2006     Page 19 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-18

careful about is that, remember, this drug is clear by renal clearance only.  So, if you've got an elderly person, you'd better make sure what their, you know, renal function is,  and look at their creatinine, maybe even a creatinine clearance, because you ... you're going to see that people who have renal compromise take significantly less dosage.  And I've got a ... in fact, I've had a guy call up, an anesthesiologist who was treating a person with reflux sympathetic dystrophy from Neurontin, and had some really nice results.  But it was in the ... and I don't know if it really was, but he called it that. But it was in the setting of a diabetic who had renal failure, and was getting dialyzed.  And he was wondering how do you go ahead and dose.  And the fact is, in the totally aneuric patient, you give them a dose right after their dialysis, they get dialysis, next time you give them another dose.  And you don't have to give in between, and you just watch.  My comment to him was still to clinically manage the patient.  As long as the person wasn't getting sedated, and wasn't getting vertiginous with what appeared to be ... but that he could go ahead with increasing the dosage.

MAN:  I don't have (Inaudible) for practice (Inaudible) a patient who was on dialysis who was remarkably (Inaudible).

ROBERT F. LeROY, MD:  Yeah.

WL 04399

**CONFIDENTIAL**

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 20 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-19

MAN:  You know, and was really nice.   (Inaudible) data analysis ... I mean, the transient(?), and a bunch of other things. And I ... he was having some liver profile changes.  And I put him on Neurontin, and it was remarkable (Inaudible).

ROBERT F. LeROY, MD:  And the nice thing about it is those are (Inaudible) diabetics, and they have neuropathic pain anyway, and you fix that too.  (Laughs)

MAN:  Right.

MAN:  What is the problem about not being able to measure the level (Inaudible).

ROBERT F. LeROY, MD:  You can measure the level.

MAN:  You can with (Overlap).

ROBERT F. LeROY, MD:  You just can't measure it quickly.

MAN:  You can measure it?

ROBERT F. LeROY, MD:  Oh yeah.  I get Neurontin levels all the time.  You just ... it's just that it's six, seven days later when I get them back.  I send them up to ... I send them up to Medtox, up in Minneapolis.  But I'm ... but lots of places.  Your lab can find a reference lab to do them.

WOMAN:  But I don't think they want to be (Inaudible)

WL 04400

CONFIDENTIAL

ADVANCES IN ANTICONVULSANTS

give it.

MAN:  Yeah, but in 1975, when it was introduced ... in the (Inaudible) city, I used to send it to some place, either a prison(?) or somewhere ... it used to take about a week or two, or (Overlap).

ROBERT F. LeROY, MD:  Well, if it was 1975, you were probably sending it to Cornell to Dr. (Overlap).

(Overlapping Voices)

MAN:  It was actually in the late 60s, or something.

MAN:  Yeah.  But '75, I was sending it somewhere down ... I don't know where it was.

ROBERT F. LeROY, MD:  So (Overlap).

MAN:  (Inaudible) my experience (Inaudible) one of the meetings that was (Inaudible) taking place around (Inaudible) a few months ago.  And there was a comment (Inaudible) and I think it was (Inaudible) experience.  In the cognitive (Inaudible) seems to be there is more (Inaudible) and also already (Inaudible).  Because if you think (Inaudible) high numbers, (Inaudible)  way above 4800.  I have used it (Inaudible).

ROBERT F. LeROY, MD:  Really.

MAN:  I use very little of the (Inaudible).

WL 04401

**CONFIDENTIAL**

ROBERT F. LeROY, MD:  When I go above 4800, that's when I start getting levels to see if it actually is going up.

MAN:  And it wasn't where I was (Inaudible) to see (Inaudible).

ROBERT F. LeROY, MD:  Sure.  Sure.

MAN:  (Overlap) but (Inaudible) and I  (Inaudible).

ROBERT F. LeROY, MD:  Sure.  Sure.  I mean, I used to go up to 6 grams of Felbatol.

MAN:  Yeah.  You use (Inaudible) somewhere (Inaudible). In general, (Inaudible).  But the issue was those individuals that have already (Inaudible) seems to be (Inaudible) 600 is quite (Inaudible) because you have (Inaudible).  And I saw (Inaudible) a number of my patients (Inaudible).  The second point was once that you also reach perhaps (Inaudible) about 600, and not a significant side effect, it seems to be (Inaudible).

ROBERT F. LeROY, MD:  Yes.

MAN:  I have (Inaudible).

ROBERT F. LeROY, MD:  Three comments on ... just three  comments on that.  There is no drug that is side effect free. We are giving drugs that we are putting to go into the brain to make parts of the brain work less well.  It's naive for us to think that it

WL 04402

**CONFIDENTIAL**

Case 1:04-cv-10981-PBS     Document 285-3     Filed 03/03/2006     Page 23 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-22

isn't making other parts of the brain less ... work less well also.
Certainly people have static encephalopathies, and often have
problem seizures, and you're often using polypharmacy.  And in high
doses of polypharmacy, there's more cognitive side effects.  There
is definitely ... it's interesting digression.  Mysoline, Primidone.  You
start a person ... if you don't start a person on 50 milligrams, and
you don't tell  them that they're going to be dopey for four days,
you're always in trouble.  But once they get through that four days,
you can increase the 250 milligrams without them going through the
dopey phase again.  And I don't understand it, but it's just ...
clinically, it's something I've seen again and again and again.
Neurontin often is very much like that.  Yet, if there is an early
cognitive side effect of vertigo, sedation, fatigue.  You wait two
weeks at the dosage you're at, you hold the person's hand, and it
gets better.  And as you increase the dosage, in my experience, it
usually doesn't come back with increased dosage.  However, I do
agree with you that there are some patients at high dosages that
you can get a dose dependent sedation and all ... and I think, more
often than not, that's in a polypharmacy situation.

     MAN:  You know, perhaps I misunderstood.  I did not
(Inaudible) about (Inaudible).

WL 04403

**CONFIDENTIAL**

ROBERT F. LeROY, MD:  Behavioral disturbance.

MAN:  Behavioral disturbance.

ROBERT F. LeROY, MD:  Well ...

MAN:  (Inaudible) a significant change in the line (Overlap).

ROBERT F. LeROY, MD:  Such as, you know, hallucination, toxic ... I don't know ...

(Overlapping Voices)

MAN:  (Inaudible) visually (Inaudible).

ROBERT F. LeROY, MD:  Well, I guess I still equate that to making the person somewhat sedated, and that they're cognitively not as capable of controlling themselves.  That's my paradigm.

MAN:  (Inaudible) with hydration (Inaudible).

ROBERT F. LeROY, MD:  Yeah.  No, but when I see a patient in that situation ... and I may be wrong, the way I think about it.  But I most ... I'm much more thinking about like the little kid you put on phenobarbital who gets hyperactive and aggressive and everything.  At least I equate that with less ... vigilance is down, less alertness, less ability to cognitively control themselves through what their mother has taught them to do, because they

WL 04404

CONFIDENTIAL

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"   (212-505-6518)                    20-24

remember that kind of stuff.  So that's my paradigm.  And I would equate it, again, to a ... and I think it would be interesting because sometimes, in that situation, I've treated people with a little bit of Ritalin, and kind of brighten them up a little bit, and they ... then the behavior gets back (Inaudible) a little bit better.

MAN:  (Inaudible) making (Inaudible).

ROBERT F. LeROY, MD:  Yeah, yeah.

MAN:  (Inaudible) and I'll tell you about at least eight or nine (Inaudible) they will behavior usually (Inaudible) whatever the problem is.  And the problem was not that they (Inaudible) the situation, or (Inaudible).

ROBERT F. LeROY, MD:  Yeah. Let me comment on two other things on (Inaudible) that you brought up about the high dosages  that ... I've seen repeatedly now that when you start getting up into the 3600, 4800 milligrams, start asking your Neurontin patient about their bowel habits.  And I think you will see that there's a fair number who start getting frequent loose stools. And I don't know if that's lack of absorption, and then they ... almost like an asthmatic, or something like that.  But that's a side effect that I haven't heard other people talk about very much.  But I'm convinced it's a side effect of high dose Neurontin.  The weight

WL 04405

CONFIDENTIAL

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 26 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-25

gain is sporadic.  I have seen people pork up amazingly, that it's ... yes, that it's not like Depakote, where I can ... I just know the next time the person comes in, they're ten pounds heavier.  But it's ... and it's not in every patient.  But you have to be aware of it, and it certainly happens.  And I agree with you on that.  Yeah.

MAN:  (Inaudible) the multiple (Inaudible) situation you're talking about for (Inaudible) you decide to use Neurontin as a first choice drug because they're on (Inaudible) high medicines.

ROBERT F. LeROY, MD:  Yeah.

MAN:  (Inaudible) started them on that medicine.  The stool ...

ROBERT F. LeROY, MD:  What state do you live in?

MAN:  New Jersey.

ROBERT F. LeROY, MD:  New Jersey, I don't know the law.  In Texas, it's six months seizure free.  It's not a reporting state.  And so they kind of do whatever they want to do.

MAN:  But (Inaudible).  In your judgment as a clinician, aside from the whole way (Inaudible) go back  to try to (Inaudible).

ROBERT F. LeROY, MD:  Some of that probably depends upon the frequency of seizures.

MAN:  Per seizure.

WL 04406

**CONFIDENTIAL**

ADVANCES IN ANTICONVULSANTS

ROBERT F. LeROY, MD:  So you finally had ... well, I won't treat, even in elderly, usually for seizure.  But say that this is the second seizure, and it's a month apart, I may ask that person to wait three months on drug to see if it's ... I will tell the person, documented on the chart, what the law says, and ... and hope that they go through the three months, or whatever it is.

MAN:  And you would take somebody who is driving, maybe is a traveling salesman ...

ROBERT F. LeROY, MD:  I understand ...

MAN:  (Inaudible) first seizure, and say no medications?

ROBERT F. LeROY, MD:  Well, like I said, Texas is not a reporting state.

MAN:  Clinical judgment (Inaudible).

ROBERT F. LeROY, MD:  Clinical judgment, I suspect ... I realize, and I suspect that he'll be driving within twenty minutes after leaving my office.

MAN:  (Inaudible) make (Inaudible).

MAN:  How large in the chart do you write him?

ROBERT F. LeROY, MD:  I write it very large, and I tell him ...

(Overlapping Voices)

WL 04407

**CONFIDENTIAL**

MAN: Letters that high.

ROBERT F. LeROY, MD:  Yeah.

MAN:  Oh, he never told me.

ROBERT F. LeROY, MD:  I have a place in my prewritten history and physical that says "driving."  And I write down "Told patient not to drive for six months until six months seizure-free."

MAN:  But you're not going to give him medication with the first seizure.

ROBERT F. LeROY, MD:  No, I don't.

MAN:  (Inaudible) and then don't drive for three months after your first seizure, just go right (Inaudible) with your (Inaudible).

ROBERT F. LeROY, MD:  Well, in Texas, it says epilepsy. And for me, first seizure ... it's five minute?

WOMAN:  It's (Inaudible).

ROBERT F. LeROY, MD:  For me, first seizure is not epilepsy.

MAN:  (Inaudible) seizure occurrence.

MAN:  Right.

MAN:  And (Inaudible) the total (Inaudible) more  than two ...

ROBERT F. LeROY, MD:  Which is ...

WL 04408

CONFIDENTIAL

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 29 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                20-28

MAN:  And not necessarily two.  So therefore, this (Inaudible).

MAN:  Yeah, but the question is ...

MAN:  In New York State it doesn't say ...

(Overlapping Voices)

MAN:  You want to risk his life on the chance that ...

ROBERT F. LeROY, MD:  Well, yeah.

MAN:  You'll be gambling  with his life.

MAN:  No.  (Inaudible).

MAN:  (Inaudible) it's the chance  that (Inaudible).

MAN:  That's what you say.  You know (Inaudible) six months, I don't know if you have epilepsy.  We will know that when you have two more of these episodes.  Or (Inaudible).  You know what to do.

ROBERT F. LeROY, MD:  Yeah.

MAN:  You're protecting the patient (Inaudible) better, and you're not convinced (Inaudible) inappropriate and (Inaudible).

(Overlapping Voices)

ROBERT F. LeROY, MD:  It's one of the toughest things. Last Wednesday, I took my fifteen year old son to get his driver's permit.  and tomorrow, I'm going to take him out on the road for the

CONFIDENTIAL

first time.  All I know is, having gone through another son, and having gone through three accidents in the first year is that drivers' laws do not make sense.  Because if they did, I wouldn't be letting my sixteen year old go out on the road.  So we do the best we can on those.

MAN:  Have you ever heard of Neurontin with (Inaudible) seizures?

ROBERT F. LeROY, MD:  No, I haven't, but ...

MAN:  (Inaudible) high dose.

ROBERT F. LeROY, MD:  But it says we're ...

(Overlapping Voices)

MAN:  Within the community, what is happening in terms of using Neurontin in children?

ROBERT F. LeROY, MD:  At least our pediatric neurologist ... well, our main pediatric neurologist who does epilepsy ... I mean, it's like, you know, pediatric neurologist who does epilepsy ... is there a special one?  That's all they do.  But that's not true.  But there's one guy, Roy Elterman(?) who fancies himself epileptologist with us.  He's using ... he doesn't like it, because he doesn't feel that it is as effective  as he would like it to be.  All his colleagues and everybody else aren't using a lot of it.  Particularly

WL 04410

**CONFIDENTIAL**

with the more benign childhood epilepsies, like the non-rolandic epilepsy, and things like that.

MAN:  (Inaudible) three trials.  One was (Inaudible) for monotherapy and (Inaudible) myself.

ROBERT F. LeROY, MD:  Right.

MAN:  They're using a lot in the children.

ROBERT F. LeROY, MD:  Right.

MAN:  And it is non (Inaudible).

ROBERT F. LeROY, MD:  Right.  Dr. Elterman happens to like ... vigabatrin, say, but ...

MAN:  (Inaudible) for the children, take all (Inaudible) the ones that are (Inaudible).

MAN:  Just a comment.  Going to a number of these conferences, hearing a number of epileptologists speak about the new anticonvulsants and how it is effected their practice, we (Inaudible).  We're getting more and more familiar with those little bits of information, (Inaudible) hard pieces of information.  There's a lot of soft stuff that we really are asking lots of questions about how do you use it in your practice, how do you incorporate this? How do you weigh efficacy versus time of induction versus number of side effects, versus other drug interactions, etcetera, etcetera.  I

WL 04411

CONFIDENTIAL

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-31

would find it really useful to have a number of you start with a simple question like what you did, take a patient with partial complex seizures, and you're initiating therapy.  (Inaudible) number one, two, three, four, at what point did you use ...

ROBERT F. LeROY, MD:  Well ...

MAN:  Would you use dual therapy?  At what point, you know, would you use combination therapies, and ...

ROBERT F. LeROY, MD:  My ...

MAN:  And argue through your particular algorithm (Inaudible).

ROBERT F. LeROY, MD:  My presentation this morning, what I tried to do was ... I can summarize real quickly, because I think that that's (Inaudible) the little bit I was trying to do, it may have been not straightforward.  Number one, there's an awful lot of epilepsy there that's not totally controlled, but you can do better.  And part of it is just being aware of it, and that seizures need to be totally controlled, if at all possible.  Two, there's a core group, 20 to 30 percent of people, it doesn't matter what medicine we use.  (Inaudible) work.   We may make them a better ... we may minimize side effects with the new drugs, but there's this drug resistant group, we're not going to ... and that person ... those people have

WL 04412

CONFIDENTIAL

Case 1:04-cv-10981-PBS    Document 285-3    Filed 03/03/2006    Page 33 of 35

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-32

to be surgically considered, and still tried through these drugs.  But to me, to use some new drugs early, and ... my choice is now to start out Dilantin or Tegretol, and then go to Lamictal or Neurontin as a second drug.  My choice for primary to partial seizures.  My choice for primary generalized is still starting with Valproate but rapidly going to Lamictal.  When Topiramate comes out, I think ... and we're going to have to see, because I wasn't aware of the teratogenicity issue.  But I think Topiramate is going to jump up there with Depakote being the one or ... one or two of those being the first drug.  I don't know if that answers ...

MAN:  (Inaudible) when we have three more drugs released, the thing that's more wishy washy ...

ROBERT F. LeROY, MD:  Well ...

MAN:  There's never going to be a state of the art.

ROBERT F. LeROY, MD:  There ...

MAN:  Because there's never going to be controlled trials comparing these things.

ROBERT F. LeROY, MD:  There will be a state of the art, but we're going to have to spend ...

MAN:  (Overlap) twenty years behind where we are.

ROBERT F. LeROY, MD:  No, it will be five years from

WL 04413

CONFIDENTIAL

ADVANCES IN ANTICONVULSANTS

now.

MAN:  But you see, five years from now, we have all the other (Inaudible) anticonvulsants out which we're all using right now.

MAN:  That's a fact.

(Overlapping Voices)

ROBERT F. LeROY, MD:  Well, he's going to tell you, because that ... no.  (Laughs)

MAN:  Well, I have a question (Inaudible).    A certain percent (Inaudible).

(Overlapping Voices)

MAN:  What ... why don't you ask your questions (Inaudible) pass out these binders.

MAN:  Yeah.

MAN:  Thank you, Rob.

(Applause)

(Background Conversations)

ROBERT F. LeROY, MD:  Did you want to ask another question?

MAN:  Yeah.  The question is, I guess, all of us have faced that situation, that those people who have been on a variety

WL 04414

CONFIDENTIAL

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    20-34

of anticonvulsants (Inaudible) ataxia, particularly with the use of Dilantin or Tegretol.  And also, many (Inaudible) people who are ataxic, and have had seizures of late onset, how good is Neurontin in those cases, not to aggravate ataxia, or ... some statement of that kind.

ROBERT F. LeROY, MD:  Okay.  I think ... first we need to assess why is that patient ataxic on Dilantin ...

MAN:  I presented both situations.

ROBERT F. LeROY, MD:  All right, in other words ...

MAN:  Those who got ataxia due to antiepileptic medications.

ROBERT F. LeROY, MD:  Right.

MAN:  And in spite of a drug being withdrawn, say, put on phenobarb or Mysoline, they (Inaudible) ataxia where the seizures may not be controlled, are (Inaudible) getting sedated, and they take a very small amount of Mysoline and (Inaudible) every day is making them sedated.

(END OF TAPE)

WL 04415

**CONFIDENTIAL**