# EXHIBIT 4

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-1

Advances in Anticonvulsants
A Regional Consultants Meeting
April 19-21, 1996/Tape 11
CLINE, DAVIS & MANN INC.

CYNTHIA L. HARDEN, MD:  Well, thankfully one of our colleagues in Scotland, Dr. Brody, has done a study testing serum levels in patients as Neurontin is increased from 1200 milligrams to six grams or 6000 milligrams.  And in his patients, it was a small group of patients given the drug three times a day.  The levels drawn at the same time post-dose showed that 1200 milligrams produce 4.1 micrograms per ml, 2400 8.6, 3600 13.2, 4800 15.5., and at six grams the mean dose at three hours post-dose was 17.2. So in his group of patients there did seem to be an increase in Neurontin absorbed up to six grams.  So that seems to be present or borne out.  However, it did fall off slightly.  So it's not completely linear.  So there does seem to be increased absorption as we do go up with the dose.  And he did find some remarkable efficacy in his patients.

Now, I had some cases that I was going to present.  But I'll have to save that for the workshop.  And I'm trying to give you a

X000376

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-2

prospective overview of Neurontin monotherapy.  And I would just like to close with an anecdote.  And that is that yesterday I was here on the beach frolicking in the sun.  And I was on a boogie board.  And I was trying to ride the waves in but I know that I noticed that I wasn't getting anywhere.  In fact, I was starting to float out to Bermuda.  And the ... basically the Parke Davis people had been watching me.  And one of their marketing people who was a former lifeguard, Kanisha Papogeorge(?), saw me and came and rescued me.  It was like a Baywatch episode.  (Laughter)  And so I just want to say that Parke Davis, they really are the people who care.  (Laughter)  And also I was informed that if this had been Abbott Conference that they would have just let me float out to sea. So thank you very much.

(Laughter/Applause)

MAN:  Yeah, Dr. Harden?

CYNTHIA L. HARDEN, MD:  Yes.

MAN:  I'm a little confused about a couple of things in your study.  To begin with I'm not quite sure why you would use 600 milligrams of Neurontin as a placebo as opposed to using the placebo.  Particularly in light of the fact that what your graph shows is that as you extended your study beyond 26 weeks, as you said,

X000377

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-3

600 milligrams was as good as 2400 milligrams.  So my questions are one, is 2400 milligrams of Neurontin no better than placebo.  Or is in fact 600 milligrams a good dose?  Although that flies in the fact of other evidence.  And secondly are you implying that if we have a patient who we can't bring up to more than 2400 milligrams, say because of side effects, that we should reduce them to 600 milligrams since it's just as good.

CYNTHIA L. HARDEN, MD:  Well, I think those are questions and they were definitely brought up by the study.  I think that the 600 milligram dose was ... it was thought that it would have no efficacy when the study was designed.  But it turned out that it seemed to be as efficacious as 2400 milligrams.  And the reasons for that are not particularly clear.  Whether it's just that this was such a refractory population overall and just any dose of Neurontin would basically have the same effect.  My impression is that 600 milligrams is more of an effective dose than a placebo.  And therefore 2400 is also more of an effective dose than a placebo.  Does that?  I'm sorry if I missed the second question.

MAN:  I guess what the question was is since they're both as efficacious according to your study, why would we give anybody 2400 milligrams and not just give them 600 milligrams?

X000378

**ADVANCES IN ANTICONVULSANTS**

CYNTHIA L. HARDEN, MD:  Well, I think that there may be some patients in whom that may be reasonable, actually.  I'm not completely sure whether this refractory population really reflects the kind of patients that we see more routinely.  Other people have been demonstrating that higher doses seem to have more effect.  I don't think this study really demonstrated that.  Any other questions for me?

MAN:  I can't speak for everybody here.  But I'm not an epileptologist and I do general neurology.  And most of what I do is not refractory seizure patients.  And what I really want to know is ... and I'm sure ... I don't believe the study's been done.  But even just from the experience standpoint.  I mean, what my patients want is the simplest cheapest drug that controls their seizures.  And if I have a patient with complex partial or simple partial seizures that either do or don't secondarily generalize, am I going to do better off putting them on Dilantin on Tegretol or on Neurontin?  And on the surface of it at least Neurontin should be a great drug.  I guess that it will be expensive.  But you won't have all the blood drawing.  You won't have ... there's a number of possible benefits to being on Neurontin.  And there are the people I really want to know about.  Not the refractory patient.  But the up front patient.

X000379

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-5

CYNTHIA L. HARDEN, MD:  Could I have one of my ... could I have ... could I answer this question with a slide, Dr. Schachter?  Okay.  I didn't get to the ... well, everything that I had wanted to.  But can I have ... can you put my carousel back or is it too late?  Okay.  Now, I wonder whether I do forward or backward (Inaudible) okay.  All right.  These are patients who were not in the study.  And this patient for instance is a 28-year-old woman with cerebral gigantism, mild mental retardation since birth.  And generalized convulsions since age four.  She really does not have that many seizures.  And basically for her any drug seemed to decrease the seizures or stop them.  Except Felbatol which did not seem to help her.  But she had many problems with side effects of each drug over the years.  So we were able to put her on Neurontin.  We put ... used it as add-on therapy.  Added it to Felbatol at the time.  And Felbatol was quickly tapered down.  Now, she's been seizure free and has had no side effects.  And the key about this patient is not so much that she is seizure free.  Because she basically has mild epilepsy.  And she does okay on ... she doesn't have that many seizures.  And she's seizure free over time if she takes her medicines.  But she's not ... she was not happy with the side effects.  And with Neurontin I think that's where in this patient

X000380

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                11-6

as far as monotherapy it was beneficial.  Because she's totally happy.  She had lost all the weight she gained on Depakote and various sedation complaints.  So I think as monotherapy in the non-refractory population it appears to me to be as efficacious as the other drugs with fewer side effects.  And this is the role that I see for Neurontin as monotherapy.  For instance, this pertains to the previous lecture.  A 69-year-old man.  A mature, let's say, man.  I don't want to say elderly.  On digoxin.  He has really rare seizures.  Two in h is life.  He came to me.  He was on Dilantin.  He complained of grogginess and decreased energy.  This is an extremely high-functioning man.  He was a CEO, etcetera.  Still very active business wise.  So we changed him over to Neurontin.  And he has been seizure free.  He takes his medicines.  And he generally feels much better.  Less grogginess and less sleepiness.  So I think that basically polytherapy ... for patients who are intractable they need polytherapy.  That's kind of what I think.  And for patients who are not intractable, Neurontin appears to be useful and better tolerated as monotherapy.  And I have used doses basically above two grams as much as I can.  Because I believe that that is the more efficacious dose.

STEVEN C. SCHACHTER, MD:  One more question.

X000381

ADVANCES IN ANTICONVULSANTS

MAN:  Yeah, we had several of the speakers allude to a Tegretol withdrawal syndrome that extends over a longer period of time than people have originally thought.  And it's really something that may go for weeks or months.  Is that going to make it difficult to determine monotherapy as an effective treatment if most of the patients that are being treated with Neurontin are in complex partial seizures.  So are we getting an increase in seizures because of Tegretol withdrawal syndrome making it more difficult to assess Neurontin?

CYNTHIA L. HARDEN, MD:  Well, that was one of the questions raised by this monotherapy study, was basically the Tegretol withdrawal syndrome.  So I think it is going to make it more difficult.  That's a very interesting question.

STEVEN C. SCHACHTER, MD:  Thank you, Cindy.

CYNTHIA L. HARDEN, MD:  Thank you.

(Applause)

STEVEN C. SCHACHTER, MD:  Thank you.  We'll take a 15 minute break please and then resume in this room.  Thank you.

(Background Conversation)

STEVEN C. SCHACHTER, MD:  And we'll get going.  Is there anyone else out in the lobby that would like to come back?

X000382

**ADVANCES IN ANTICONVULSANTS**

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-8

(Laughter)  Yeah.

(Background Conversation)

STEVEN C. SCHACHTER, MD:  Okay.  All right then. We'll get going.  I know the opportunities for social interaction are an important part of meetings like this.  For example, I just met face to face a neurologist who for a year and a half we've lived down the street from one another.  (Laughter)  Up in Massachusetts.  And never really had the time to meet and we finally did.  You know, down here in Florida.  So (Laughs) well, our next two talks I think are very exciting because on the one hand we ... where we're talking about a new use for a new drug that is treating pain with Neurontin with Dr. Longmire.  And the second talk is a new formulation of an old drug that is a new formulation of IV Dilantin. Which is very exciting and which will, I think make an immediate impact on our emergency care of patients.  And perhaps care of our patients in nursing home facilities or institutions.

Dr. David Longmire is a Clinical Assistant Professor of Neurology at the University of Alabama School of Medicine in Huntsville, Alabama.  And has an interest in many areas of neurology.  And got into this field, he told me yesterday or the day before, as an EEG technician. So he has ascended the ladder

X000383

**ADVANCES IN ANTICONVULSANTS**

through electrophysiology, neurology.  And I think he has a broader perspective of this than us who did not begin in this field as he has. And he will be talking to us about reducing pain, his personal experience with reduction pain through treatment with Neurontin. David?

DAVID LONGMIRE, MD:  Thank you very much.  Having been exposed to the humor of Dr. Kramer and his shinora(?), Dr. Garnett and his many stories, I panicked.  And called my house because we're having a lot of storms.  And the storm that was going on wasn't the thunderstorm or tornadoes in Alabama that we're having right now.  It's the panic in here.  That's the storm that I called home about.  I said these guys have been on and they've done beautiful stories and they've done wonderful ... they've speckled their presentations with both science and humor. And I feel totally badly(?).  And my 12-year-old son answered the phone and I told him the story and I said, look, I need your help right now.  What can I do?  He said the first thing to do is to get on the plane now.  (Laughter)  The ... on the way in Joe Servin(?) provided me some news that I had not had.

And with the greatest of respect I had just learned of the passing of Dr. Griffen Penary(?).  And to give you some perspective

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-10

of the size of community that my private practice is in in Alabama, when Penary had his first mini-fellowship he selected probably, God bless him, with a dart board, 13 of us throughout the country.  And I was one of those 13 people who was invited to go to the first boot camp that he held.  And I assure you that it was extraordinarily tough.  Penary, as an ex-military man, really had us going from seven in the morning until two the following morning.  He started with breakfast speakers.  He would book us through lunch.  We would then have dinner.  Then we would have to give our own presentations.  He expected us then to say either in the conference room or the bar until two in the morning going over difficult cases.  But it was still an honor.

          And it was such an honor that in the grand community of Russellville(?), Alabama, population 9600 and 227 free running unlicensed dogs, the community is so small that they thought this was wonderful.  They put this in the paper.  So they decided that partway down the front page they would have a headline or a second headline that would explain that I had been one of the 13 people invited to be part of a mini-fellowship in epilepsy.  Well, the problem was that at the same time our local sheriff's office had been a phenomenal job of busting up a drug ring.  And so

## ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-11

consequently the headline read, "Twenty people arrested in drug ring."  And the second line down below in large print was, "Dr. Longmire, one of 13."  (Laughter)  So now you know why my son said, "Get on the plane."

Overall we were outside saying ... just talking about some general things.  And Dr. Nicholson said to me, "How do you assess pain in a rural private clinical practice at all?"  I mean, "How can you do this?"  As a matter of fact we found ... Kramer was saying earlier on and several other people were saying why would anybody with neurology training choose to go into pain?  Basically none of us have figured that out.  We will remain in the field until we find something other than that or until we are asked to otherwise leave.  But it is a very very helpful and a very satisfying field if you choose to do it.  And if has become a lot more satisfying since medications and treatment modalities like gabapentin have come along.

The reason we got interested in that is because we knew that the primary safe and legal and ethical indication was as an add-on antiepileptic drug.  And we knew that the risks were low and that the dosage range was wide.  But during the clinical practice of taking care of people ... patients with seizures, we also found that

X000386

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                11-12

many of them who had comorbid pain symptoms were getting good symptom control when you gave them the Neurontin for the real reason, which was the control of their seizures.  So we found that ... a group of us phoned each other and said, look, do you have any patients who have comorbid pain symptoms other than just postictal headache.  And we knew that from Fred Edelman's(?) book on the comorbidity of epilepsy and migraine that he co-edited with Lee Verasy(?) that it certainly was known for decades and even longer that people unfortunately don't just have one illness.  Falling down and breaking your leg does not prevent you from breaking your arm in the same fall.  (Inaudible) it would make life so much more neurological, it would be so much more focused to just have to deal with one problem.

But what we did was we collected 84 patients, totally open label.  Those of us who were in private practice are looking at what is there in real life.  We don't have the luxury in many instances as we monitor our patient practices to do anything other than outcome monitoring.  And what are we doing in terms of providing quality care.  So we do open label usually retrospective analysis of records and Cruce(?) in Dallas and Jeff Geldbloom(?) in Florida and myself looked at these 84 patients.  And we found that

X000387

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"   (212-505-6518)                    11-13

76 percent ... I'm sorry, 76 patients out of 84 had comorbid pain, not just pre or postictal headache.  Now, 63 of those 76 had migraine or other headache forms.  And ten had clearly radicular pain.  And when we looked at the patients who had radicular pain, many of them had had falls.  If they had secondary generalized seizures they would have had injuries that would have contributed to that.  Three out of 76 had peripheral neuropathy, most of which had been vascular in the older patients.

Now, having looked at people who had their pain as part of their epilepsy pain package, we felt, look, they're getting better, their pain symptoms are going down on gabapentin.  Let's move it on over and take a look at one year's worth of records of people who have pain whether they have epilepsy or not.  Now, we knew that as you ... as has already been discussed earlier, other antiepileptic drugs have already been used for adjunctive pain control.

And one of the key things in Alabama is that in Montgomery the office of the DEA investigator is shared with the office of medical licensure.  It's like open the side door and say, Fred, are you ready to go for coffee.  So throughout the state of Alabama people are frightened to death by the license.  Anyone

X000388

**ADVANCES IN ANTICONVULSANTS**

doing pain medicine or pain management ordinarily registers with the state licensing board to let them know that we're going to do things like ... in my practice, we used to do a lot of pump refilling and pump monitoring. And we did ... we still continue to do modulating and control of the implanted spinal cord stimulators. And so we let people know up front, this is what we're doing, please come and visit us. And, you know, inspect us. So that we'll let you up front that this is what's going on.

But the nice thing about many of the antiepileptic drugs is that when they work it allows you to reduce the opioid analgesics that the patients are already taking when they come to the practice up front. Because many people come to our pain practice to try and get off the opioids. We notice that there's certainly no addiction to gabapentin. It's very easy to get rid of. And because of the reduced risk it makes it a lot safer. So how do you analyze, what do you do to look for ... through a medical record to try and determine those features that can be assessed in terms of what the patient's saying about their pain.

So certainly the medical history of clinical pain is almost identical to a neurological history. And certainly almost identical to a standard medical history. Except that the third party payers are

X000389

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-15

looking for key phrases and words to know that you have assessed all the components or characteristics of the pain.  If it's a plan general medical consult it may not have the specific key features of pain in there and therefore they won't pay you as a pain consult. Usually we include a pain drawing instrument which includes the standard body map, anterior and posterior views using the anatomic position.  Sometimes the walking man.  But never with our first(?) dermatomes in line.  The patients are asked to shade in the distribution of their pain.  You ask the patients the quality of their pain.  And the words are then matched in a naive population to those words that already exist in the McGill pain questionnaire.

The pain intensity level NRS 11, that's zero to ten.  Zero is no pain at all.  Ten is not the worst pain you've ever had.  It's the worst pain that you can ever imagine having.  Or you can use the visual analog scale.  The trick here is that if you use the visual analog scale you must make sure that they mark things down. Don't say, oh, my pain is a four today.  And don't write down VAS is a four.  Because that's not a VAS.  That's an NRS 11 value.  And anybody who's reviewing your consultations may pick up on the fact that you've used a phrase that's out of line.  Temporal characteristics, frequency, duration and distribution are all

X000390

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-16

important.  And the various tests to confirm not the fact that the patient has pain.  But the fact that the patient has an organic disease that may be reasonably expected to cause pain.

I'm going to move a little bit faster now. · The qualitative pain descriptors (sic) can often tell us about etiology.  One of the problems is that if a patient has a throbbing pain you go automatically assume that that would be vascular.  But in reality many severe pains can actually develop a throbbing quality without it having a vascular etiology.  Flip your photo grays(?) on.  Because this intermittent photostimulation(?) for which their may be motor or cognitive impairment transiently.  The pain drawing instrument ... it actually goes back nearly a century and part of that is included in the McGill pain questionnaire.  When the person starts to get better you get them to do it again.  And the total number of areas become less.  And the total surface area of their pain becomes less if they're doing well on the medication.  These are things that we're looking for when we're looking at patients who are on gabapentin who are getting better with pain.  The numerical rating scale we just talked about.

The temporal characteristics are a little tougher because patients say my pain is no better.  My pain is still an eight.  But they

X000391

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-17

forget to tell you that they're now only having pain once a week
instead of four times a week.  So it's also important to look at what
kind of pains they're having.  When we looked at the ... over 500
charts initially, because we still have not done our final analysis.
And I admit to the fact that this is primarily a report of work in
progress.  We went from March 20th '95 to March 20th '96.  So
you can see that we're just now in the process of getting into more
detailed analysis.  And before that I apologize.

The main problems that we saw were headaches and
cranial facial neuralgias.  But we found more radiculopathies than
we'd expected.  Because many patients who had pain in the head
really had undiagnosed cervicogenic(?) sources of that.  And those
who had distal paresthesias in the upper extremity, for example,
were having not just carpal tunnel.  But they were having a
combination of radiculopathy and carpal tunnel.  Known either as
double cross(?) or double entrapment(?).  And the same thing
happened relative to the lower extremity.

Now, I'd like to take a moment.  The IASP and it's
multicommittee of wisdom(?) a couple of years ago decided that
they needed committees to try and work out a better way of
diagnosing and treating and RSD and causalgia.  They came to the

ADVANCES IN ANTICONVULSANTS

realization that after solid days sequestered in a hotel on some

beach, and a nice place if that, that they really weren't getting

anywhere.  They said, why are we having this problem in deciding

how to diagnose this, how to test for it and how to treat it.

Because we're using the wrong terms.  We're using a term that says

the sympathetic nervous system must always be involved.  So we

put the word sympathy in there.  There is dystrophic change.

Therefore it must ... everybody must have dystrophy.  And it's

going to be a reflex that we understand.  And in reality none of

those things were 100 percent.

So they said, let's change the name of it.  If we're really

making a diagnosis using words that don't make sense let's change

the name and start from scratch.  So the new taxonomy of the

International Association for the Study of Pain now calls RSD "CRPS

type 1."  That's to say, "complex regional pain syndrome."  It ... I

have the feeling clearly that they stole it from the epileptologists.

But if it works for them, God love them, that's wonderful.  The trick

here is that chronic regional pain syndrome, type 2, causalgia, is

supposed to use of the word "causalgia."  The reason why they're

using both at the same time is that they feel that from a transitional

point of view we'll probably learn this better.  But in terms of

X000393

**ADVANCES IN ANTICONVULSANTS**

sympathetically maintained pain or sympathetically mediated pain there are no changes.

No, one of the things that we did, we looked at all the gabapentin patients in one year.  And we had 533 of the pain ... the practice is primarily pain with mixed neurology and some seizure patients.  So we had 512 of those patients who had pain versus 21 who had no pain.  The 21 had intractable movement disorders.  Some of them had behavioral changes in post-head injury.  And all of them were given gabapentin only after they had failed four(?) other treatment types.  And they were there because I was probably the fifth or sixth physician to see them.  And each one of them had to have some characteristics to suggest that their pain had some neurogenic component.

Now, 429 of them had more than one pain symptom(?). It was common for people to have pain in the neck, low back pain in the same person or headaches and peripheral neuropathy in the same person.  The main pain types include the headaches, the radicular pains, peripheral nerve, and both central post-stroke pain and chronic regional pain ... or complex regional pain syndrome.  We tried different dosing methods based on what the patient's needs seemed to be.  And the most practical one was an A stemming(?)

X000394

ADVANCES IN ANTICONVULSANTS

scale.  Because when we started out with the steps program we had a bunch of dropouts right off the bat.  And I don't know if any of you have shared that experience.  But some of the elderly patients, some of the patients who were small in stature, they didn't do well with that.

Now, there were people who were getting better either in the total number of hours per week that they had their pain.  The intensity of pain was going down.  Or the number of pain attacks they were having was going down.  Or the extent, the geographic area on the body surface that they shaded in on the pain drawing instrument.  So they had to be getting better in some fashion to be considered a partial or complete ... well, certainly at least a partial success.  They had to have at least 50 percent reduction of the pain in one or more of those spheres.  And as long as they had reduction in one of those then we were pretty happy.  Keeping in mind that this was open label.

Now, Groucho Marks used to have a program called "You Bet Your Life."  And throughout the talk so far there is a single key word ... remember the bird used to drop down and flap its wings ... there is a key word that I have not used and many of the speakers today and yesterday have not used.  And toward the end

X000395

we'll see if we recognize what that magical, you know, secret word

is.  We're talking about open label and an archival review of

standard medical records using a specific protocol.  And in those

folks the 900 was the lowest that we could get somebody to get

some benefit on.  And the optimal doses seem to be from 1200 to

2000.  And so we used the target dose of 1500 milligrams per day

which we adjusted upward if the person was physically big.

Because really in terms of milligram per kilogram dosage we really

weren't getting where we wanted to go.

So all the things that we asked patients to do, to assess

how they were doing on gabapentin for pain had a subjective

component.  When you say to them, tell me how intense your pain

is, they say my pain is a six today on a scale of zero to ten.  That is

their subjective pain report.  Shade in for me on the pain drawing

instrument all of the areas where your pain is today.  That is their

subjective report even though it gives you a hard copy that you can

measure.  Their subjective reports about timing duration and

frequency are also very subjective.  So what can we do to try and

find some physiologic change that may or may not be related to

their subjective report?

Now, I have a few copies at the back of the room of an

X000396

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-22

article that we did with Stan Hicks(?) called "The Laboratory Assessment of Sympathetic Pseudomotor Dysfunction."  And we associated it with complex regional pain syndrome.  So a few of you have asked for copies of that.  And so those are there.  But if we don't have any I'll send them to you.  Now, how do we objectively look at things that might be related to the pain while we're analyzing the subjective approach?  We can look for serum levels.  But that's complicated sometimes to get.  EEG or QEG(?) doesn't seem to do it.  But I want to briefly run through some sympathetic pseudomotor function.  Because it turns out that as people get clinically better on gabapentin relative to their pain intensity, sympathetic pseudomotor outflow to the general skin but mostly to the head and face begin to go down.  They begin to get a bit anhydrotic around the head and face.  And that's what we've tried to look at in the same population since that's part of what we do in terms of looking at that complex regional pain syndromes.

So there are several different ways to do it.  Q(?) slide(?), sweat imprint, selective tissue conductance we'll talk about in a minute.  This is basically ... those of you who are over the age of 35 will remember either seeing textbooks or having done this yourself, either starch iodine or kinozine(?) shows the distribution of

sweating.  We found that cranial facial sweating was helpful for gabapentin because even though this was taken from (Inaudible) our patients as the gabapentin goes up they become dry and so therefore all the areas, if we were to have done starch iodine, which we don't, would have all been fairly light.

But we measure selective tissue conductance which is the relative ability of biological tissue to conduct a specific signal through a specific geographic area on the surface for a specific period of time.  And it's measured using a selective tissue conductance meter.  The concentric electrode is placed against the surface of the skin and at the back of the ... oh, sorry.  At the back of the device the output is measured.  And this is 220 nanos(?) here(?) and it's per square centimeter.  It's a test of its conductivity. Now, people with complex regional pain syndrome, the area within those half circles is all hyperhidrotic.  And so what happens is that selective tissue conductance levels go up.

In somebody with pain in the neck radiating down like that, that's their drawing of on their own Polaroid photo, the area of pseudomotor hyperactivity is in that territory.  Not in everybody. But everybody has their own.  So basically you're able to track reduction in the size of that.  Here's a patient who's indicated her

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-24

own pain by shading on her own Polaroid photo.  And in this area she has hyperhidrosis within that territory.  So we are able to measure objectively changes in the level of hyperhidrosis and changes in the territory of their pain as well as the area of hyperhidrosis.

So basically we felt that as the bottom note indicates, changes in selective tissue conductance were sensitive to therapeutic levels of gabapentin.  And pre-gabapentin the levels are very high.  They're 200 to 250.  When you get them on 900 they're down to about 180.  When you get them on 1500 or more they're down anywhere from 12 to zero.  So we're able to track objectively that the gabapentin is doing something.

So in closing how do we use this.  We do all the subjective things that anybody else would do for a pain consultation.  We add at least one electrophysiologic measure which is selective tissue conductance.  But it's fascinating because we were able to find that in this open label review that those patients who said, "My pain is going down," had their selective tissue conductance going down."  In other words, they may be becoming more anhydrotic.  But there was in some population of patients, even though the full analysis hasn't been heavily underway, where

X000399

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                 11-25

the selective tissue conductance of sympathetic pseudomotor outflow went down but their subjective pain report was almost unchanged.  So I couldn't figure this out.  And I flipped to the front of the chart.  And we have a standardized sticker for worker's comp.  Thank you very much.

(Laughter/Applause)

MAN:  The device you describe, these are available commercially or is this a (Overlap)

DAVID LONGMIRE, MD:  Well, I would ... what I would suggest ... there are many many ways of looking for pseudomotor change.  And some of the major work in that was described by Professor Cunell(?) as you probably know.  And there is an article that describes all of the techniques for looking at ... or we feel at least the techniques for looking at pseudomotor.  This is not the only way to look at pseudomotor outflow.  But there's an article at the back of the room that if you would like to get it you're welcome to take a copy.

MAN:  (Overlap) have you ever tried having somebody go in and make some measurements on the skin on an individual who doesn't tell you where their pain is and then go back and see if the pain that they draw in is (Overlap)

DAVID LONGMIRE, MD:  Yes.  Quickly, the initial double-blinded study on that was done at Columbus, Ohio, by Dr. David Leak(?) who does a lot of implanted work.  And the deal was that everybody had to be double-blinded.  So the patient had to be tested with a nurse in the room and the person doing the testing.  If the patients felt(?) then they were automatically thrown out because they were no longer blinded.  One of the interesting things was that Leak did this not only just for patients with chronic pain but he also did it with patients with spinal cord stimulators.  Whenever the area of the ... when the stimulator was off, the surface of hypohidrosis was large.  When the stimulator was on it was a lot smaller.  One lady when they turned the stimulator on the area got larger.  They turned the stimulator off the area got a little bit smaller.  And so they had ... she was unblinded from that study.  She was an elderly lady.  Obviously 20 years older than me.  And she was very frail and very sweet.  And we went in and asked her, "Is your pain getting worse or better when your stimulator is on?"  She said, "Well, the pain is kind of a little bit worse when this funny machine is on, when this thing is on."  "Well, have you told Dr. Leak that?  Because he needs to change your stimulator wire(?)."  Well, "No, he's such a nice man."  (Laughter)  I mean, many people don't want

X000401

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-27

to hurt your feelings if the treatment isn't working right.  But the short answer is yes.  In fact, in '91 there was a double-blinded study which Leak, I believe, is going to be publishing probably in the next year and a half.  Because he has a very long latency of publishing anything.

MAN:  Yeah.  I guess an initial question would be ...

DAVID LONGMIRE, MD:  Please help me.  I'm ... good, thank you.

MAN:  How does Neurontin in fact affect pseudomotor outflow in normals or controls?  I think that's a reasonable question.  And the other thing is just looking at this one can't help think that this sort of assessment would be ideal for infrared thermography.  I don't know if you've done that or thought about it.

DAVID LONGMIRE, MD:  No.  First of all, I think you're absolutely correct.  The saddest part about thermography and pain is the fact that initially it fell into the hands of people who tried to make a physiologic measure such as changes in surface temperature say that it meant ... that it equated with the person's subjective pain.  And so it became such a field day for attorneys to prove that thermography abnormalities were not equated to pain.  But it actually was such that government agencies would not pay for it.

X000402

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-28

But that's ... I agree fully.  Thermographic studies need to be done with gabapentin for regional pain syndrome.  Going back to your first comment, yes.  And the position I'm in right now, my work at the University, there are people over at our main campus who are doing studies on, for example, fosphenytoin.  And they have their practices that are geared to that.  In private practice I have no ethical way or legitimate way that I could provide somebody gabapentin.  Although truly people who are normal need to have pseudomotor and sympathetic changes whether the thermography or this to measure are we just ... is this just an interesting epiphenomena.  Or is it helpful to us to know that by reducing sympathetic outflow that we're actually reducing that one component of the pain reflex(?).

STEVEN C. SCHACHTER, MD:  One more quick one.

MAN:  Yes, just in terms of peripheral neuropathic pain. Most experience has been written up in terms of the use of Dilantin or Tegretol with patients with polyneuropathy or vocal peripheral neuropathic pain as indicated that patients with lancinating pain have a better response to those ... use of those agents.  And you hadn't really described the quality of the pain very much that was present in these patients.  The fact that patients with RSD respond,

X000403

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-29

which is more of a burning pain, speaks to the fact that it's more of
a broad analgesic effect.  But I just wondered if you'd had a
differential effect with those different subcategories.

DAVID LONGMIRE, MD:  Well, first of all, that's one of
the things I insisted go into the standardized forms that we began
12 years ago, basically incorporating other people's comments.
Penary(?) spoke in Dallas probably a few weeks ago and he said
that he ... unless it was lancinating pain that he wasn't really keen
on providing any antiepileptic drug regardless of the type.  But then
when he, you know, surveyed the audience, anything that had a
burning or dysesthetic quality would have been excluded just
sticking by his criteria.  So currently we're now looking at the
qualitative descriptors in a different way.  Hopefully that will come
out of this and hopefully that will be out in six months.  But I think
you're right.  What the patient tells you is the key thing that you
hang your hat on.  Okay, the one final key here is this.  And it's
directed to you.  Because I really respected your comments the
other night.  Today I don't respect them so much but the other night
they were good.  The key missing word from Harpo Marx, the secret
word was "research."  If you'll notice that many of us who spoke,
and certainly this group, we don't use the word "research" when we

X000404

ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!"  (212-505-6518)                    11-30

consider open label clinical archival work.  And so we know that right now Parke Davis is looking at the herpes zoster and the peripheral neuropathy in a double-blinded controlled placebo.

(END OF TAPE)

X000405