# EXHIBIT 5

▶ DOCUMENT COMPARISON    ▶ NEW SEARCH

# GABAPENTIN

## DRUGDEX DRUG EVALUATIONS

**Document Outline**

OVERVIEW
DOSING INFORMATION
    DOSAGE FORMS
    STORAGE AND STABILITY
    ADULT DOSAGE
        NORMAL DOSE
        DOSAGE IN RENAL FAILURE
        DOSAGE ADJUSTMENT DURING DIALYSIS
        DOSAGE IN OTHER DISEASE STATES
    PEDIATRIC DOSAGE
PHARMACOKINETICS
    DRUG CONCENTRATION LEVELS
    ABSORPTION
    DISTRIBUTION
    METABOLISM
    BREAST MILK EXCRETION
    KIDNEY EXCRETION
    OTHER EXCRETION
    HALF-LIFE
    EXTRACORPOREAL ELIMINATION
CAUTIONS
    CONTRAINDICATIONS
    PRECAUTIONS
    ADVERSE REACTIONS
    TERATOGENICITY/EFFECTS IN PREGNANCY
    DRUG-DRUG INTERACTIONS
    DRUG-LAB MODIFICATIONS
CLINICAL APPLICATIONS
    MONITORING PARAMETERS
    PATIENT INSTRUCTIONS
    PLACE IN THERAPY
    MECHANISM OF ACTION/PHARMACOLOGY
    THERAPEUTIC USES
    COMPARATIVE EFFICACY
REFERENCES
AUTHOR INFORMATION

**0.0 OVERVIEW**

A. Gabapentin is a gamma-aminobutyric acid (GABA) analog currently indicated for postherpetic neuralgia in adults and as adjunctive therapy in the treatment of partial seizures with and without secondary generalization.

B. DOSING INFORMATION: The effective dose of gabapentin in the treatment of epilepsy for patients over 12 years of age as add-on is 900 to 1800 milligrams (mg) daily in divided doses (3 times a day). For patients age 3 to 12 years, the starting dose is 10 to 15 mg/kilogram (kg)/day in 3 divided doses; patients age 3 or 4 years old, effective doses are 40 mg/kg/day, and 25 to 35 mg/kg/day for patients 5 years and older. In adults with postherpetic neuralgia, gabapentin can be titrated up as needed for relief of pain to a daily dose of 1800 mg in divided doses (3 times a day).

C. PHARMACOKINETICS: Gabapentin is 50% to 60% absorbed from the gastrointestinal tract, with peak serum levels occurring 1 to 3 hours after oral administration; the drug is not protein bound and does not appear to be metabolized; all of a dose is excreted unchanged in the urine. The terminal elimination half-life of gabapentin is 5 to 7 hours.

D. CAUTIONS: As gabapentin is usually given as add-on therapy to other antiepileptic agents, it is often difficult to distinguish true adverse effects of this agent. The most frequent adverse effects of gabapentin in studies to date have been somnolence, fatigue, dizziness, blood pressure changes, ataxia, and nystagmus; other adverse effects include abnormal coordination, weight gain, edema, skin rash, purpura, nausea, vomiting, blurred vision, diplopia, mood changes, headache, seizures, tremor, and slurred speech. No interactions with other anticonvulsants have been reported. Serious leukopenia has been reported rarely.

E. CLINICAL APPLICATIONS: Gabapentin has been effective in relieving pain in adults with postherpetic neuralgia and as add-on therapy in patients with drug-resistant partial seizures in patients over 3 years of age; limited studies also suggest efficacy of the drug in generalized seizures.

## 1.0 DOSING INFORMATION

### 1.1 DOSAGE FORMS

A. Information on specific products and dosage forms can be obtained by referring to the Product Index.

B. ORPHAN DRUG STATUS

1. Gabapentin has been designated an orphan product for use in the treatment of amyotrophic lateral sclerosis.

C. SYNONYMS

    1.   GOE 3450
    2.   CI-945


D. EXTEMPORANEOUS FORMULATION - ORAL

1. Oral suspensions of gabapentin have been developed (Nahata, 1999). One is made by grounding to a powder the contents of 67 capsules of gabapentin 300 milligrams (mg) using a mortar and pestle. This is mixed in a 1:1 ratio of simple syrup NF with 1% methylcellulose. Similarly, 67 grounded capsules of gabapentin 300 mg may be mixed with 1:1 Ora Sweet: Ora Plus. Both provide a concentration of gabapentin of 100 mg/milliliter in suspension. Both suspensions retained 90% of their initial concentrations for 91 days at 4 degrees Celsius and for 56 days at 25 degrees Celsius. The author notes

that while the drug was stable for 8 weeks at 25 degrees Celsius, this not recommended due to the possibility of microbial growth. Microbiological studies were not performed.

## 1.2 STORAGE AND STABILITY

A. Tablets and capsules should be stored at a controlled room temperature of 25 degrees Celsius (77 degrees Fahrenheit). Excursions to 15 to 30 degrees Celsius (59 to 86 degrees Fahrenheit) are permitted (Prod Info Neurontin(R), 2002).

B. The oral solution should be kept refrigerated; 2 to 8 degrees Celsius (36 to 46 degrees Fahrenheit) (Prod Info Neurontin(R), 2002).

## 1.3 ADULT DOSAGE

### 1.3.1 NORMAL DOSE

A. NOTE: Dose reductions, gabapentin discontinuations or substitutions with alternative medications should be performed gradually over a minimum of 1 week (Prod Info Neurontin(R), 2004).

B. ORAL:

### 1. ADJUNCTIVE THERAPY - PARTIAL SEIZURES

a. NOTE: Gabapentin is indicated for adjunctive therapy in the treatment of partial seizures with and without secondary generalization.

b. INITIAL THERAPY: 300 milligrams (mg) 3 times daily (Prod Info Neurontin(R), 2004).

(1) GABAPENTIN has been given in lower doses during initiation of therapy. In one study, 200 milligrams 3 times daily was administered initially for 2 weeks, followed by 400 milligrams 3 times daily for the ensuing 3 months (Anon, 1990). Others administered 200 milligrams 3 times a day on the first day of treatment; the dose was increased to 400 milligrams 3 times a day on the second day (Sivenius et al, 1991).

(2) In a brief tolerability study, initiation of gabapentin at 900 milligrams per day was associated with more dizziness on day 1 and throughout the 5 days of active treatment than was initiation at 300 milligrams per day, with titration to 900 milligrams/day over 3 days. However, incidences of the other common adverse events (fatigue, ataxia, and somnolence) were not different for the 2 initiation protocols (Fisher et al, 2001).

c. TITRATION: The dose may be increased using 300- or 400-mg capsules or 600- or 800-mg tablets (Prod Info Neurontin(R), 2004).

d. MAINTENANCE THERAPY: 900 to 1800 milligrams given in 3 divided doses. In long-term clinical trials, dosages up to 2400 mg have been well tolerated. The maximum time between doses should not exceed 12 hours(Prod Info Neurontin(R), 2004).

e. As add-on therapy in patients with drug-refractory PARTIAL SEIZURES, consistent efficacy has been reported with GABAPENTIN 1200 milligrams daily in 3 divided doses (Anon, 1990; Sivenius et al, 1991). GABAPENTIN 900 milligrams daily has not been consistently effective, and doses of 300 to 600 milligrams/day are usually ineffective (Crawford et al, 1987; Sivenius et al, 1991).

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

f. MAXIMUM DOSE: 2400 to 3600 milligrams/day has been administered (Prod Info Neurontin(R), 2004).

g. WITHDRAWAL: Discontinuation of gabapentin therapy should be done slowly (over at least one week) to prevent rebound phenomena. Abrupt discontinuation may precipitate status epilepticus. (Prod Info Neurontin(R), 2004).

## 2. POSTHERPETIC NEURALGIA

a. Begin with 300 milligrams (mg) as a single dose on day 1, increase to 600 mg (300 mg 2 times a day) on day 2, and on day 3 increase to 900 mg (300 mg 3 times a day). Titrate upwards to 1800 mg per day (600 mg 3 times a day) as needed for relief of pain. Efficacy has been shown over a dose range of 1800 to 3600 mg per day, however no additional benefit has been shown for doses above 1800 mg (Prod Info Neurontin(R), 2004).

## 3. SOCIAL PHOBIA

a. Doses of 900 to 3600 milligrams/day divided in 3 doses have been used for social phobia (Pande et al, 1999).

## 1.3.2 DOSAGE IN RENAL FAILURE

A. Dosage Based Upon Renal Function:

| Creatinine Clearance (mL/min) | Total Daily Dose Range (mg/day) | Dose Frequency |
|---|---|---|
| 60 or greater | 900 - 3600 | Equally divided (3 doses/day) |
| 30 to 59 | 400 - 1400 | Equally divided (2 doses/day) |
| 15 to 29 | 200 - 700 | Single dose |
| 15 or less* | 100 - 300 | Single dose  * For |

patients with creatinine clearances (CrCl) of 15 mL/min or less, the dosage should be adjusted proportionally (patients with a CrCl of 7.5 mL/min should receive one-half the dose of a patient with a CrCl of 15 mL/min) (Prod Info Neurontin(R), 2004).

## 1.3.5 DOSAGE ADJUSTMENT DURING DIALYSIS

A. Patients receiving hemodialysis should receive maintenance gabapentin doses based on estimates of creatinine clearance (see dosage in renal failure) and a supplemental post-hemodialysis dose administered after each 4 hours of hemodialysis (Prod Info Neurontin(R), 2004).

Post-Hemodialysis Supplemental Dose

| Maintenance Dose Range (mg/day) | Supplemental Dose (mg) |
|---|---|
| 100 - 900 | 125 |

```
125 - 1200        150
150 - 1800        200
200 - 2400        250
300 - 3600        350
```

## 1.3.6 DOSAGE IN OTHER DISEASE STATES

A. In high-risk patients (eg poor general status, low body weight, post- transplantation), stepwise increases should take place in no more than 100-milligram increments (Fachinfo Neurontin, 1998).

## 1.4 PEDIATRIC DOSAGE

## 1.4.1 NORMAL DOSE

### A. ORAL DOSE

### 1. ADJUNCTIVE THERAPY - PARTIAL SEIZURES

a. NOTE: Gabapentin is indicated for ADJUNCTIVE THERAPY in the treatment of partial seizures with and without secondary generalization for children over 12 years old and for adjunctive therapy in the treatment of partial seizures in children between 3 and 12 years old.

b. INITIAL THERAPY:

(1) The starting dose for patients between 3 and 12 years of age is 10 to 15 milligrams/kilogram/day in 3 divided doses (Prod Info Neurotin(R), 2002).

(2) Initial doses should be 40 milligrams/kilogram/day in 3 divided doses in children aged 1 month up to under 5 years, based on a pharmacokinetic study in 48 CHILDREN ages 1 month to 12 years (evenly distributed over the age range). For children 5 to 12 years of age, the starting dose should be 30 milligrams/kilogram/day (Haig et al, 2001).

(3) In a brief tolerability study, initiation of gabapentin at 900 milligrams per day was associated with more dizziness on day 1 and throughout the 5 days of active treatment than was initiation at 300 milligrams per day, with titration to 900 milligrams/day over 3 days. However, incidences of the other common adverse events (fatigue, ataxia, and somnolence) were not different for the 2 initiation protocols (Fisher et al, 2001).

c. TITRATION: The dose may be increased using 300- or 400-mg capsules, 600- or 800-mg tablets, or oral solution (Prod Info Neurontin(R), 2002.

d. MAINTENANCE THERAPY:

```
For patients between 3 and 4 years of age:
- 40 milligrams/kilogram/day in 3 divided doses
  (Prod Info Neurontin(R), 2002)

For patients 5 years of age and older:
- 25 to 35 milligrams/kilogram/day in 3 divided doses
  (Prod Info Neurontin(R), 2002)
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

```
      For patients over 12 years of age:
      - 900 to 1800 milligrams given in 3 divided doses
        Prod Info Neurontin(R), 2002)
```

2. Dosage interval between doses should not exceed 12 hours (Neurontin(R), 2002).

**B. RECTAL**

1. A study on two children found that gabapentin plasma concentrations attained after rectal administration of gabapentin solution (capsule contents mixed with 5 milliliters mL of water) were much lower compared to oral administration. Relative bioavailability was 0.29 and 0.17. The authors concluded that rectal administration of gabapentin is not satisfactory when oral dosing is interrupted (Kriel et al, 1997)

**1.4.2 DOSAGE IN RENAL FAILURE**

A. Dosage Based Upon Renal Function for patients 12 years old and older:

| Creatinine Clearance (mL/min) | Total Daily Dose Range (mg/day) | Dose Frequency |
|---|---|---|
| 60 or greater | 900 - 3600 | Equally divided (3 doses/day) |
| 30 to 59 | 400 - 1400 | Equally divided (2 doses/day) |
| 15 to 29 | 200 - 700 | Single dose |
| 15 or less | 100 - 300* | Single dose * For |

patients with creatinine clearances (CrCl) of 15 mL/min or less, the dosage should be adjusted proportionally (patients with a CrCl of 7.5 mL/min should receive one-half the dose of a patient with a CrCl of 15 mL/min) (Prod Info Neurontin(R), 2002). Gabapentin use in patients less than 12 years of age with compromised renal function has not been studied.

**1.4.4 DOSAGE ADJUSTMENT DURING DIALYSIS**

4. Patients 12 years or older receiving hemodialysis should receive maintenance gabapentin doses based on estimates of creatinine clearance (see dosage in renal failure) and a supplemental post-hemodialysis dose administered after each 4 hours of hemodialysis. Gabapentin use in patients less than 12 years of age with compromised renal function has not been studied (Prod Info Neurontin(R), 2002).

Post-Hemodialysis Supplemental Dose

| Maintenance Dose Range (mg/day) | Supplemental Dose (mg) |
|---|---|
| 100 - 900 | 125 |
| 125 - 1200 | 150 |
| 150 - 1800 | 200 |
| 200 - 2400 | 250 |
| 300 - 3600 | 350 |

(Prod Info Neurontin(R), 2002).

## 2.0 PHARMACOKINETICS

## 2.2 DRUG CONCENTRATION LEVELS

### 2.2.1 THERAPEUTIC

A. THERAPEUTIC DRUG CONCENTRATION:

1. Partial Seizures, greater than 2 mcg/mL (Sivenius et al, 1991).

a. Optimal plasma concentrations have not been established (Prod Info Neurontin(R), 2002; Btaiche & Woster, 1995).

B. TIME TO PEAK CONCENTRATION:

1. Oral: 1.5 to 4 hours (Gidal et al, 1998; Andrews & Fischer, 1994; Hooper et al, 1991; Hooper et al, 1990).

a. Time to peak concentration (t-max) was 2.31 hours after a single oral dose in 48 CHILDREN ages 1 month to 12 years (evenly distributed over the age range). Maximum concentrations (c-max) were 3.74 and 4.52 mcg/mL for those 1 to 59 months old (n=27) and 60 to 155 months (n=21), respectively. Dosing for those 2 years or younger was gabapentin syrup 10 mg/kg; subjects over 2 years received oral capsules based on weight: 200 mg for 16 to 25 kg; 300 mg for 26 to 36 kg; 400 mg for 37 to 50 kg (Haig et al, 2001).

C. AREA UNDER THE CURVE: 35 to 47 mcg/mL x hr (Gidal et al, 1998).

1. Determined with a single 600-mg dose (Gidal et al, 1998).

2. AUC values were 25.6 and 36.0 mcg x h/mL after a single oral dose in CHILDREN ages 1 month to under 5 years (n=27) and 5 to 12 years (n=21), respectively. Dosing for those 2 years or younger was gabapentin syrup 10 mg/kg; subjects over 2 years received oral capsules based on weight: 200 mg for 16 to 25 kg; 300 mg for 26 to 36 kg; 400 mg for 37 to 50 kg (Haig et al, 2001).

## 2.3 ADME

### 2.3.1 ABSORPTION

A. BIOAVAILABILITY (F):

1. Tablets/capsules (900 mg dose): 60% (Prod Info Neurontin(R), 2002)

a. Bioavailability decreases with increasing doses:

| DOSAGE (3 divided doses) | ORAL BIOAVAILABILITY |
|---|---|
| 900 milligrams | 60% |
| 1200 milligrams | 47% |

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

```
2400 milligrams          34%
3600 milligrams          33%
4800 milligrams          27%
(Prod Info Neurontin(R), 2002)
```

b. Approximately 50% to 60% is absorbed from the gastrointestinal tract (Goa et al, 1993).

c. Gabapentin plasma concentrations attained after rectal administration of gabapentin solution (capsule contents mixed with 5 milliliters mL of water) were much lower compared to oral administration. Relative bioavailability was 0.29 and 0.17 (Kriel et al, 1997).

B. EFFECTS OF FOOD: Slight (Prod Info Neurontin(R), 2002).

1. A 14% increase in area under the curve (AUC) and Cmax has been reported when gabapentin is taken with food (Prod Info Neurontin(R), 2002).

2. Gabapentin capsules that were opened and mixed with food did not significantly impair absorption (Gidal et al, 1998). Protein may actually favorably influence gabapentin oral absorption.

**2.3.2 DISTRIBUTION**

**2.3.2.1 DISTRIBUTION SITES**

A. TOTAL PROTEIN BINDING: less than 3% (Vollmer et al, 1986; Prod Info Neurontin(R), 2002).

B. OTHER DISTRIBUTION SITES:

1. BRAIN, a lobectomy revealed GABAPENTIN concentrations in epileptic cortex and serum were 5.4 mcg/g and 6.75 mcg/mL, respectively (cortex/serum ratio of 0.8) (Ojemann et al, 1988).

2. CEREBROSPINAL FLUID, steady-state cerebrospinal fluid levels in epileptic patients are approximately 20% of plasma concentrations (Prod Info Neurontin(R), 2002; Sivenius et al, 1991).

3. TISSUES, animal studies revealed highest concentrations in the pancreas and kidneys; lowest in adipose tissue (Vollmer et al, 1986).

**2.3.2.2 DISTRIBUTION KINETICS**

A. DISTRIBUTION HALF LIFE: 0.1 hr (Graves & Leppik, 1991).

B. VOLUME OF DISTRIBUTION (Vd): 58 to 61 liters (Prod Info Neurontin(R), 2000; Vollmer et al, 1986).

1. Vd values were 2.76 L/kg and 1.80 L/kg after a single oral dose in CHILDREN ages 1 month to under 5 years (n=27) and 5 to 12 years (n=21), respectively. Dosing for those 2 years or younger was gabapentin syrup 10 mg/kg; subjects over 2 years received oral capsules based on weight: 200 mg for 16 to 25 kg; 300 mg for 26 to 36 kg; 400 mg for 37 to 50 kg (Haig et al, 2001).

**2.3.3 METABOLISM**

## 2.3.3.1 METABOLISM SITES AND KINETICS

A. Not metabolized (Prod Info Neurontin(R), 2002; Vollmer et al, 1986).

1. Excreted unchanged in the urine (Haig et al, 2001).

## 2.3.4 EXCRETION

### 2.3.4.1 BREAST MILK

A. BREASTFEEDING: Unknown.

1. Following oral administration, gabapentin is secreted into human milk. A nursed infant could be exposed to a maximum gabapentin dose of 1 milligram per kilogram per day. The effects of this exposure on the nursing infant is unknown (Prod Info Neurontin(R), 2004).

### 2.3.4.2 KIDNEY

A. RENAL CLEARANCE: 150 mL/minute (Vollmer et al, 1986).

1. In a study examining gabapentin pharmacokinetics in patients with renal insufficiency, adults were administered a single 400 milligram dose of gabapentin. In patients with a creatinine clearance greater than 60 milliliter/minute (mL/min) had a gabapentin renal clearance of 90 mL/min. Patients with a creatinine clearance less than 30 mL/min had a gabapentin renal clearance of 10 mL/min (Prod Info Neurontin(R), 2004).

2. Renal clearance rates were 7.40 mL/min/kg and 4.41 mL/min/kg after a single oral dose in CHILDREN ages 1 month to under 5 years (n=27) and 5 to 12 years (n=21), respectively. Dosing for those 2 years or younger was gabapentin syrup 10 mg/kg; subjects over 2 years received oral capsules based on weight: 200 mg for 16 to 25 kg; 300 mg for 26 to 36 kg; 400 mg for 37 to 50 kg (Haig et al, 2001).

B. RENAL EXCRETION: 76% to 81% (Vollmer et al, 1986).

1. Percentage of dose excreted unchanged in the urine was 41.1% after a single oral dose in CHILDREN ages 5 to 12 years (n=21). Dosing of oral capsules was based on weight: 200 mg for 16 to 25 kg; 300 mg for 26 to 36 kg; 400 mg for 37 to 50 kg (Haig et al, 2001).

### 2.3.4.3 OTHER

A. OTHER EXCRETION

1. Feces, 10% to 23% (Vollmer et al, 1986).

## 2.3.5 HALF-LIFE

### 2.3.5.1 PARENT COMPOUND

A. ELIMINATION HALF-LIFE: 5 to 7 hours (Prod Info Neurontin(R), 2004; Hooper et al, 1991; Anhut et al, 1988; Vollmer et al, 1986).

1. The elimination rate constant, plasma clearance, and renal clearance of gabapentin are directly proportional to creatine clearance (Prod Info Neurontin(R), 2004).

2. In patients with decreased renal function the elimination half life is prolonged. After a single 400 mg oral dose, the mean gabapentin half life was 6.5 hours in patients with a creatinine clearance greater than 60 milliliters/minute (mL/min) and was 52 hours in patients with a creatinine clearance less than 30 mL/min (Prod Info Neurontin(R), 2004).

3. Elimination half-life was 4.44 hours after a single oral dose in 48 CHILDREN ages 1 month to 12 years (evenly distributed over the age range). Dosing for those 2 years or younger was gabapentin syrup 10 mg/kg; subjects over 2 years received oral capsules based on weight: 200 mg for 16 to 25 kg; 300 mg for 26 to 36 kg; 400 mg for 37 to 50 kg (Haig et al, 2001).

## 2.3.6 EXTRACORPOREAL ELIMINATION

### 2.3.6.1 HEMODIALYSIS

A. DIALYZABLE: Yes (Prod Info Neurontin(R), 2002; Fachinfo Neurontin(R), 1999).

1. In anuric patients the apparent elimination half-life of gababentin was 132 hours on nondialysis days and was reduced to 3.8 hours during dialysis (Prod Info Neurontin(R), 2002).

## 3.0 CAUTIONS

### 3.1 CONTRAINDICATIONS

A. Hypersensitivity to GABAPENTIN

### 3.2 PRECAUTIONS

A. Renal insufficiency

### 3.3 ADVERSE REACTIONS

### 3.3.1 BLOOD

### A. HEMATOLOGIC EFFECTS

1. Leukopenia and purpura have been reported with therapeutic doses of gabapentin.

### B. LEUKOPENIA

1. SUMMARY:

a. Leukopenia has been reported in approximately 1.1% of gabapentin-treated patients as compared with 0.3% of a placebo-controlled group (Prod Info Neurontin(R), 2002).

### C. PURPURA

1. SUMMARY:

a. The manufacturer reports that purpura has frequently occurred with gabapentin therapy. This is most often described as bruises resulting from physical trauma (Prod Info Neurontin(R), 2002).

### 3.3.2 CARDIOVASCULAR

#### A. CARDIOVASCULAR EFFECTS

1. Hypertension, vasodilation and edema may develop with gabapentin therapy.

#### B. EDEMA

1. SUMMARY:

a. Peripheral edema and facial edema were reported in gabapentin-treated patients (1.7%) (Prod Info Neurontin(R), 2002).

#### C. HYPERTENSION

1. SUMMARY:

a. It may be advisable to monitor blood pressure in overdoses, as hypertension has been reported as a frequent adverse event following therapeutic doses of gabapentin (Prod Info Neurontin(R), 2002.

#### D. VASODILATION

1. SUMMARY:

a. Vasodilation (1.1%) was reported in gabapentin-treated patients (Prod Info Neurontin(R), 2002).

### 3.3.3 CENTRAL NERVOUS SYSTEM

#### A. NEUROLOGIC EFFECTS

1. The most common adverse effects reported were those affecting the central nervous system, including ataxia, dizziness, involuntary movements, mania, neuropathy, pruritic rash, seizures and somnolence. Other central nervous system adverse effects have included diplopia, fatigue, headache, impaired concentration or memory, nystagmus, seizures, abnormal speech, and tremor. These symptoms generally were reported within three days of initiating therapy. Also, there are reports of other symptoms including abnormal coordination, amnesia, asthenia, anxiety, decreased, increased or absent reflexes, depression, emotional lability hyperkinesia, hostility, increased reflexes, insomnia, malaise, nervousness, paresthesia, twitching, and vertigo have occurred.

#### B. AMNESIA

1. SUMMARY:

a. Amnesia has occurred with gabapentin therapy. (Prod Info Neurontin(R), 2004).

#### C. DIZZINESS

1. SUMMARY:

a. Dizziness (7% to 17.1%) is a more common adverse affect generally reported within 3 days of initiating therapy and tends to subside with continued use of gabapentin (Prod Info Neurontin(R), 2004; Ramsay, 1994; Crawford et al, 1987; Anon, 1990; Hooper et al, 1991; Sivenius et al, 1991). Dizziness was also experienced by children age 1 month to 12 years involved in a oral, single-dose pharmacokinetic study (Haig et al, 2001).

## D. FATIGUE

1. SUMMARY:

a. In available studies, the most common adverse effects of gabapentin have been drowsiness and TIREDNESS/fatigue usually within three days of initiating therapy (Crawford et al, 1987; Anon, 1990; Hooper et al, 1991; Sivenius et al, 1991; Prod Info Neurontin(R), 2004; Ramsay, 1994). DROWSINESS has been reported in patients ranging from 15% to 45%. Tiredness/fatigue were reported in 13% of patients in one large study. (Sivenius et al, 1991; Anon, 1990).

2. LITERATURE REPORTS:

a. CHILDREN - Drowsiness was a side effects of oral gabapentin experienced by children age 1 month to 12 years (evenly distributed over the age range) involved in a single-dose pharmacokinetic study. Dosing for children 2 years or younger was gabapentin syrup 10 milligrams (mg)/kilogram (kg); children over 2 years old received oral capsules based on weight: 200 mg for 16 to 25 kg; 300 mg for 26 to 36 kg; 400 mg for 37 to 50 kg (Haig et al, 2001).

b. Increased tiredness was seen with gabapentin 2400 milligrams/day as compared with placebo (p=0.03). Cognition, dysphoria, temper, fatigue, and worry were not significantly affected by gabapentin therapy even at the highest dose (Leach, 1997).

c. In a small study drowsiness has been observed in up to 45% of patients treated (Sivenius et al, 1991). Tiredness and drowsiness have occasionally required withdrawal of therapy. Drowsiness and tiredness/fatigue were reported in 15% and 13% of patients, respectively, in 1 large 3-month study (Anon, 1990)

## E. HEADACHE

1. SUMMARY:

a. Headache has been reported within three days of initiating gabapentin therapy (Prod Info Neurontin(R), 2004; Ramsay, 1994).

## F. IMPAIRED CONCENTRATION

1. SUMMARY:

a. Impaired concentration or memory has been reported within three days of initiating gabapentin therapy (Prod Info Neurontin(R), 2004; Ramsay, 1994).

## G. INSOMNIA

1. SUMMARY:

a. Insomnia has occurred with gabapentin therapy. (Prod Info Neurontin(R), 2004).

**H. MALAISE**

1. SUMMARY:

a. Malaise has been reported with gabapentin therapy. (Prod Info Neurontin(R), 2004).

**I. MOOD DISTURBANCES**

1. SUMMARY:

a. Gabapentin was associated with the occurence of neuropsychiatric adverse events in clinical trials involving PEDIATRIC epilepsy patients between 3 to 12 years of age. These effects were classified into the following categories: emotional lability (primarily behavioral problems), hostility (including aggressive behaviors), thought disorder (including concentration problems and change in school performance), and hyperkinesia (primarily restlessness and hyperactivity) (Prod Info Neurontin(R), 2004).

b. There are reports of symptoms including ANXIETY, DEPRESSION, EMOTIONAL LABILITY, HOSTILITY, AND NERVOUSNESS with gabapentin therapy. A case of mania has also been reported (Prod Info Neurontin(R), 2004; Leweke et al, 1999).

2. LITERATURE REPORTS:

a. A 35-year-old woman receiving gabapentin 3200 milligrams/day monotherapy developed a manic episode (Leweke et al, 1999). Psychiatric symptoms disappeared within 5 days after gabapentin discontinuation.

**J. MOTOR COORDINATION IMPAIRMENT**

1. SUMMARY:

a. ATAXIA (12.5%) is a more common adverse affect generally reported within three days of initiating therapy. There are reports of symptoms that include abnormal coordination, ASTHENIA, HYPERKINESIA, and TWITCHING with gabapentin therapy. Two case reports note the development of CHOREOATHETOSIS (Haig et al, 2001; Prod Info Neurontin(R), 2004; Chudnow et al, 1997; Ramsay, 1994).

2. LITERATURE REPORTS:

a. Two men developed generalized dyskinetic movements of the face and limbs 3 days after receiving gabapentin 900 milligrams or 1200 milligrams per day. The men were being treated for anxiety. Withdrawal of the drug resulted in resolution of abnormal movements within 1.5 to 3 days (Norton & Quarles, 2001).

b. CHILDREN - Ataxia (truncal), asthenia and vomiting were side effects of oral gabapentin experienced by 48 children age 1 month to 12 years (evenly distributed over the age range) involved in a single-dose pharmacokinetic study. Dosing for children 2 years or younger was gabapentin syrup 10 milligrams

(mg)/kilogram (kg); children over 2 years old received oral capsules based on weight: 200 mg for 16 to 25 kg; 300 mg for 26 to 36 kg; 400 mg for 37 to 50 kg (Haig et al, 2001).

c. Two case reports were presented of institutionalized, mentally retarded patients that developed choreoathetosis related to adjunctive gabapentin therapy 1200 to 1800 milligrams/day (Chudnow et al, 1997). In one case, the gabapentin was tapered off with the severity of choreoathetoid movements lessening with decreasing doses. However, mild choreiform movements occurred intermittently for 10 weeks after discontinuation. In the second patient a re-challenge was attempted after discontinuation. Upon re-challenge, the patient developed choreoathetosis 7 days after reaching a dose of 1800 milligrams/day. The movements occurred 1 to 2 hours after a dose and persisted for 1 to 2 hours. Increasing the dose to 3600 milligrams/day had no effect on the frequency or severity of movements. Gabapentin therapy was continued since the movements were not disabling and seizure frequency was greatly diminished.

## K. NEUROPATHY

### 1. SUMMARY:

a. PARESTHESIA has occurred in patients during gabapentin therapy. POLYNEUROPATHY has been noted in one case report (Prod Info Neurontin(R), 2004; Gould, 1998).

### 2. LITERATURE REPORTS:

a. A 58-year-old man being treated with gabapentin for neuropathic pain in his head, neck and back developed polyneuropathy (Gould, 1998). After beginning therapy with gabapentin 300 milligrams (mg) twice daily, he developed a mild pruritic, erythematous, macular rash. Therapy continued despite the rash due to excellent pain control with increased gabapentin (2400 mg/daily). At 5 months pruritus increased and the rash spread to thighs and forearms. Gabapentin was reduced to 1200 mg daily with no change. Gabapentin was discontinued but restarted after the neuropathic pain returned without response to other drugs. A similar rash reoccurred despite a slower titration. Topical triamcinolone relieved the pruritus and intensity of the rash, however, the patient was left with a constant burning sensation in his lower extremities and hips. Sedimentation rate was elevated at 35. Toxic polyneuropathy was suspected and gabapentin was discontinued. After 1 month the burning dysesthesia had decreased but perception of pain, temperature, and light-touch below the mid-calf was decreased. Seven months later the dysesthetic sensations had improved and were only restricted to the soles of his feet.

## L. NYSTAGMUS

### 1. SUMMARY:

a. Nystagmus may occur within three days of initiating gabapentin therapy (Prod Info Neurontin(R), 2004; Ramsay, 1994).

## M. REFLEXES

### 1. SUMMARY

a. There are reports of adverse effects including decreased or increased reflexes, and absent reflexes, with gabapentin use (Prod Info Neurontin(R), 2004).

## N. SEIZURES

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

1. SUMMARY:

a. Seizures have been reported with gabapentin therapy. An increase in frequency of partial seizures has also been observed infrequently during gabapentin administration. ABSENCE STATUS was described in 1 patient (Prod Info Neurontin(R), 2004; Anon, 1990; Crawford et al, 1987).

2. LITERATURE REPORTS:

a. Following adjunctive use of gabapentin in a child with Lennox-Gastaut syndrome, exacerbation of seizures was observed. Both absence and myoclonic seizures recurred, which worsened upon an increase in dosage. After discontinuation of gabapentin, and addition of phenytoin, no further absence or myoclonic seizures occurred (Vossler, 1996).

b. Absence status was described in one patient during initiation of gabapentin therapy. The drug was discontinued in this patient (Crawford et al, 1987).

## O. SOMNOLENCE

1. SUMMARY:

a. SEDATION appears to be most common during initiation of gabapentin therapy and tends to subside with continued use of gabapentin (Sivenius et al, 1991). Somnolence (19.3%) is a more common adverse affect generally reported within 3 days of initiating therapy (Prod Info Neurontin(R), 2002; Ramsay, 1994). Somnolence was a side effects of oral gabapentin also experienced by children age 1 month to 12 years involved in a single-dose pharmacokinetic study (Haig et al, 2001).

## P. SLURRED SPEECH

1. SUMMARY:

a. Slurred speech has occurred within three days of initiating therapy. One case of STUTTERING has been noted (Prod Info Neurontin(R), 2004; Nissani & Sancez, 1997; Ramsay, 1994).

2. LITERATURE REPORTS:

a. A 58-year-old woman developed stuttering after being started on gabapentin for intractable seizures. Gabapentin therapy was discontinued and within 4 days, the stuttering stopped (Nissani & Sancez, 1997).

## Q. TREMORS

1. SUMMARY:

a. Following therapeutic doses of gabapentin, the less common adverse effect of tremors has been noted (Prod Info Neurontin(R), 2004).

## R. VERTIGO

1. SUMMARY:

a. Vertigo has been reported with gabapentin therapy (Prod Info Neurontin(R), 2004).

## 3.3.4 ENDOCRINE/METABOLIC

### A. ENDOCRINE EFFECTS

1. The most commonly reported adverse effects are glucose level changes, thyroiditis, gynecomastia, and weight fluctuations.

### B. ABNORMAL BLOOD SUGAR CONCENTRATION

1. SUMMARY:

a. Fluctuations in blood sugar levels below 3.3 millimole/Liter and above 7.8 millimole/Liter (normal 3.5 to 5.5) have been reported in clinical studies. Caution should be exercised in diabetic patients (Fachinfo Neurontin(R), 1998).

### C. THYROIDITIS

1. SUMMARY:

a. A 28-year-old woman being treated for bipolar II disorder developed thyroiditis while receiving gabapentin 4800 milligrams daily (Frye et al, 1999). Physical symptoms included decreased appetite, nonsustained sinus tachycardia, mild hand tremor, and heat intolerance. Her TSH level was 0.02 microunits/milliliter. An I-123 uptake scan revealed a normal-sized homogeneous gland with a very low uptake of 1% at 24 hours. Gabapentin was discontinued and her symptoms resolved and thyroid function tests returned to baseline.

### D. GYNECOMASTIA

1. SUMMARY:

a. CASE REPORT - Gynecomastia, along with weight gain, occurred in a 64-year-old man after use of GABAPENTIN for thoracic pain. The patient had undergone thoracotomy; an intrapleurally metastasized, poorly differentiated cancerous tumor was found in his lungs, but not resected. Afterwards he experienced severe post-thoracotomy pain. He was unsuccessfully treated with morphine, fentanyl, diclofenac, amitriptyline, venlafaxine, bupivacaine, methylprednisolone, and phenol 10%. A year or more later, gabapentin 2100 mg/day was introduced in place of venlafaxine. The patient reported a significant decrease in pain (from 8 to 3 on a 10-point pain scale). However, after several weeks, the patient complained of painful gynecomastia. He was found to have low serum testosterone, FSH, and LH levels, though he had a normal response to LHRH. The authors suggested that gabapentin may have produced selective hypothalamic insufficiency of the gonadotropin-releasing hormone axis in this terminal cancer patient and that effect may have caused his gynecomastia (Zylicz et al, 2000).

### E. WEIGHT DISTURBANCES

1. SUMMARY:

a. Weigh loss associated with ANOREXIA and weight gain related to INCREASED APPETITE have been reported in up to 5% of gabapentin- treated patients (Prod Info Neurontin(R), 2002; Anon, 1990).

2. LITERATURE REPORTS:

a. Twenty-eight of 44 patients treated for seizure disorder with gabapentin experienced weight change (Toledo et al, 1997). Ten patients gained more than 10% of their baseline weight, 15 patients gained 5% to 10%, 16 patients had no change, and 3 patients lost 5% to 10% of their initial weight. Weight increase started between the second and third months of therapy and stabilized after 6 to 9 months.

**3.3.5 GASTROINTESTINAL**

**A. GASTROINTESTINAL EFFECTS**

1. Abdominal pain, constipation, diarrhea, dental abnormalities, dry mouth, flatulence, and gingivitis have been reported with gabapentin therapy. Gastric upset, nausea and vomiting were infrequently reported. A case of pancreatitis was also noted.

**B. GASTRIC DISTRESS**

1. SUMMARY:

a. ABDOMINAL PAIN and FLATULENCE have been reported (Prod Info Neurontin(R), 2002). GASTRIC UPSET has been noted infrequently during gabapentin therapy (Sivenius et al, 1991; Anon, 1990; Crawford et al, 1987).

**C. GASTROINTESTINAL FINDINGS**

1. SUMMARY:

a. NAUSEA and VOMITING have been reported infrequently during gabapentin therapy (Sivenius et al, 1991; Anon, 1990; Crawford et al, 1987). CONSTIPATION, DIARRHEA, DENTAL ABNORMALITIES, DRY MOUTH and GINGIVITIS have been reported with gabapentin therapy (Prod Info Neurontin(R), 2002).

**D. PANCREATITIS**

1. SUMMARY:

a. A case of pancreatitis has occurred with gabapentin treatment (Fachinfo Neurontin(R), 1998).

**3.3.6 KIDNEY/GENITOURINARY**

**A. GENITOURINARY EFFECTS**

1. Incontinence and sexual disfunction have occurred following therapeutic doses of gabapentin.

**B. INCONTINENCE**

1. SUMMARY:

a. Three cases of bladder and rectal incontinence were reported which were not related to seizures (Gil-Nagel et al, 1997). All occurred within 1 to 4 weeks of starting gabapentin therapy and resolved upon discontinuation.

## C. SEXUAL DISFUNCTION

### 1. SUMMARY:

a. IMPOTENCE has been reported in 1.5% of patients treated with therapeutic doses of gabapentin (Prod Info Neurontin(R), 2000). ANORGASMIA has been reported in two women and one man (Grant & Oh, 2002; Montes & Ferrando, 2001; Labbate & Rubey, 1999).

### 2. LITERATURE REPORTS:

a. Anorgasmia and decreased libido was reported in two women who received gabapentin 1800 milligrams (mg) per day (Grant & Oh, 2002).

b. A 41-year-old man being treated with gabapentin for hypomania found orgasm more difficult to attain (Labbate & Rubey, 1999). He initially noted the problem with a dose of 300 milligrams 3 times daily. As the dose was increased to 600 milligrams 3 times daily, he found ejaculation and orgasm increasingly difficult to achieve. One week after gabapentin discontinuation, he reported normal ejaculation and orgasm.

c. ANORGASMIA occurred in a 36-year-old man after a short course of GABAPENTIN for treatment of bipolar I disorder. Due to this adverse drug-induced side effect, the patient became non-compliant. Initially the patient was on lithium therapy (1200 mg/day). However, he had to discontinue lithium therapy after experiencing a first-degree atrio- ventricular block. He started gabapentin at 400 mg/day with titration of 400 mg every 2 days to 400 mg 3 times a day. This therapy resolved a hypomanic episode which occurred after withdrawal of lithium. Two weeks later, he stopped taking gabapentin because it caused him difficulty in attaining orgasm. His sex drive and erection were not affected. With discontinuation of gabapentin, he returned to normal orgasmic function. Although encouraged to follow the gabapentin dosing regimen, he relapsed into a new episode of hypomania 2 days later (Montes & Ferrando, 2001).

## 3.3.7 LIVER

## A. HEPATOTOXICITY

### 1. SUMMARY:

a. A 60-year-old man taking many concomitant medications developed hepatotoxicity that was attributed to gabapentin treatment (for pain). An earlier skin eruption, compatible with a diagnosis of toxicoderma, cleared with 5 days of steroid treatment after discontinuation of ciprofloxacin and metamizole. Jaundice and palpable hepatomegaly developed several days after ciprofloxacin and metamizole had been discontinued. Gabapentin (oral), which had been increased progressively to 1800 milligrams per day, was then progressively reduced. Improvement of serum liver enzymes and of leukocyte and eosinophil counts followed. None of the other concomitant drugs were discontinued before improvement was evident (Lasso-de-la-Vega et al, 2001).

## 3.3.8 OCULAR

## A. OCULAR EFFECTS

1. Amblyopia, diplopia, abnormal and blurred vision have been reported with gabapentin therapy.

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

**B. VISION FINDINGS**

1. SUMMARY:

a. DIPLOPIA has been reported following therapeutic doses of gabapentin. BLURRED VISION, AMBLYOPIA, and ABNORMAL VISION have also been reported occasionally during gabapentin therapy (Sivenius et al, 1991; Prod Info Neurontin(R), 2002).

**3.3.9 RESPIRATORY**

**A. RESPIRATORY EFFECTS**

1. Coughing, pharyngitis, respiratory failure, pneumonia, rhinitis and viral infection have been reported with gabapentin therapy.

**B. NASOPHARYNGEAL DISORDERS**

1. SUMMARY:

a. RHINITIS and PHARYNGITIS have occurred with gabapentin use (Prod Info Neurontin(R), 2002).

**C. PULMONARY FAILURE**

1. SUMMARY:

a. Gabapentin therapy was associated with hypoventilation, hypercapnia, and respiratory failure in a 69-year-old man under treatment for chronic obstructive pulmonary disease (COPD), insomnia, and anxiety disorder (Batoon et al, 2001) and hypoventilation requiring intubation occurred in a 46-year-old woman with end-stage renal disease on long-term hemodialysis (Jones et al, 2002).

2. LITERATURE REPORTS:

a. After taking multiple doses of gabapentin over two days, without intervening hemodialysis, a 46-year-old woman with end-stage renal disease became hypoxic and somnolent. Her oxygen saturation was 80% on room air and she was subsequently intubated. She had a Glasgow Coma Scale score of 8 and a gabapentin level of 22.6 micrograms per milliliter. Following hemodialysis her mental status rapidly improved and she was extubated. This gabapentin level is less than previous literature reports of toxicity and suggests that gabapentin toxicity should be considered when patients receiving gabapentin with end-stage renal disease show signs of impaired mental functioning (Jones et al, 2002).

b. Gabapentin therapy was associated with HYPOVENTILATION, HYPERCAPNIA, and RESPIRATORY FAILURE in a 69-year-old man under treatment for chronic obstructive pulmonary disease (COPD), insomnia, and anxiety disorder. The patient was admitted with SHORTNESS OF BREATH and WHEEZING. Two months earlier, he had started gabapentin 300 mg 3 times a day for painful peripheral neuropathy. Five weeks after initiation of gabapentin, he was hospitalized for severe hypercapnia, requiring mechanical ventilation (MV). His other medications were albuterol, ipratropium, clonazepam, and zolpidem. On day 3 of hospitalization, he was again put on MV due to lethargy, respiratory distress, and hypercapnia. Four attempts at extubation failed. On day 10, gabapentin was withdrawn (bronchodilators, an intravenous steroid, levofloxacin, clonazepam, and zolpidem were continued). Two days later he was extubated and his carbon dioxide levels normalized. He continued to

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

improve, and after 8 months of follow-up, remained stable. The authors suggest that caution be exercised if gabapentin is to be ordered for COPD patients (Batoon et al, 2001).

## D. RESPIRATORY FINDINGS

1. SUMMARY:

a. VIRAL INFECTION, FEVER, COUGHING and PNEUMONIA have been associated with gabapentin therapy (Prod Info Neurontin(R), 2002).

### 3.3.10 SKIN

## A. DERMATOLOGIC EFFECTS

1. Acne, alopecia, eczema, pruritus, skin rashes and Stevens- Johnson syndrome have been reported.

## B. ALOPECIA

1. SUMMARY:

a. Acute alopecia has been described as an adverse event following gabapentin therapy (Picard et al, 1997).

## C. ERUPTIVE DISORDERS

1. SUMMARY:

a. ACNE, ECZEMA and PRURITUS have occasionally occurred with gabapentin therapy (Prod Info Neurontin(R), 2002; Sivenius et al, 1991; Anon, 1990; Crawford et al, 1987).

## D. RASH

1. SUMMARY:

a. Skin rashes have been occasionally associated with gabapentin therapy. Discontinuance of therapy due to a maculopapular skin rash has also occurred (Prod Info Neurontin(R), 2002; Sivenius et al, 1991; Anon, 1990; Crawford et al, 1987).

2. LITERATURE REPORTS:

a. 58-year-old man, after beginning therapy with gabapentin 300 milligrams (mg) twice daily, developed a mild pruritic, erythematous, macular rash. Therapy continued despite the rash due to excellent pain control with increased gabapentin (2400 mg/daily). At 5 months pruritus increased and the rash spread to thighs and forearms. Gabapentin was reduced to 1200 mg daily with no change. Gabapentin was discontinued but restarted after the neuropathic pain returned without response to other drugs. A similar rash reoccurred despite a slower titration. Topical triamcinolone relieved the pruritus and intensity of the rash (Gould, 1998).

## E. STEVENS-JOHNSON SYNDROME

1. SUMMARY:

a. Several cases of Stevens-Johnson syndrome have been reported with gabapentin use (DeTolelo et al, 1999; Gonzalez-Sicilia et al, 1998)

2. LITERATURE REPORTS:

a. A 26-year-old woman with a history of Stevens-Johnson Syndrome with phenytoin and carbamazepine therapy developed a skin eruption with gabapentin therapy (DeTolelo et al, 1999). Gabapentin had been titrated up in 300-milligram increments. On the eighth day at a dose of 1600 milligrams she developed a pruriginous, erythematous eruption on the proximal thighs with less involvement of the distal lower extremities. There was no systemic involvement. The rash subsided after gabapentin was discontinued.

b. A 32-year-old, HIV-positive woman developed Stevens-Johnson syndrome 3 days after beginning gabapentin therapy. It spread to her face and upper trunk with a skin biopsy revealing epidermal necrolysis with slight perivascular infiltrates of lymphocytes in the dermis. It rapidly resolved after the gabapentin was discontinued (Gonzalez-Sicilia et al,1998).

### 3.3.11 MUSCULOSKELETAL

### A. MUSCULOSKELETAL EFFECTS

1. Arthralgia, back pain, fractures and myalgia have been reported.

### B. MUSCULOSKELETAL FINDINGS

1. SUMMARY:

a. ARTHRALGIAS, BACK PAIN and MYALGIA have been reported with therapeutic use. FRACTURES have also been reported (Prod Info Neurontin(R), 2000).

### 3.3.12 OTHER

### A. OVERDOSE See POISINDEX(R) Management "GABAPENTIN"

### B. OTHER EFFECTS

1. Rebound and withdrawal symptoms may occur upon discontinuation of gabapentin.

### C. REBOUND SYMPTOMS

1. SUMMARY:

a. Five patients being treated with gabapentin augmentation for obsessive compulsive disorder experienced a rebound of symptoms after abruptly discontinuing gabapentin (Cora-Locatelli et al, 1998). Patients complained of markedly more pronounced and intense problems with increased anxiety, obsessional thinking, depression, and decreased sleep over their baseline symptoms.

### D. WITHDRAWAL

1. SUMMARY:

a. A 48-year-old woman with bipolar affective disorder developed catatonia after her gabapentin was discontinued (Rosebush et al, 1999). She had begun gabapentin during her hospital admission for hypomania. She has a history of intolerance to lithium, carbamazepine, valproic acid, and neuroleptics. Gabapentin was slowly increased to 500 mg/day, but after 3 weeks, she became depressed. Gabapentin was tapered off over several days. Within 48 hours, she became immobile, with staring, refusal to eat or drink, rigidity, and absence of spontaneous movement. She remained catatonic for several days. Treatment with lorazepam eventually reversed the catatonia.

## 3.4 TERATOGENICITY/EFFECTS IN PREGNANCY

### A. TERATOGENICITY

1. U.S. Food & Drug Administration's Pregnancy Category C (Prod Info Neurontin(R), 2000).

See Drug Consult reference: "PREGNANCY RISK CATEGORIES"

2. Australian Drug Evaluation Committee's (ADEC) Category B1 (ADEC, 1996).

3. There are no well-designed studies in pregnant women that have evaluated the effects of gabapentin on the growing fetus. However, the Gabapentin Pregnancy Registry has collected data on 39 women and 51 fetuses exposed to the drug. In the women, 1 case of hypertension, 1 case of low amniotic fluid and 1 case of eclampsia were reported during the pregnancies. There were 44 (86.3%) live births, 6 miscarriages and 1 elective abortion. Three deliveries involved twins. Cesarean sections were required in 4 cases. Full term babies accounted for 77.2% of the births and preterm deliveries occurred between weeks 32 to 36. The median birth weight (n=29) was 6 pounds (lb) 10 ounces (oz) (range 3 lb 7 oz to 9 lb 8 oz). The times and lengths of gabapentin exposure in the above cases were not fully described. The following malformations were reported: hypospadia in a baby exposed to gabapentin and valproate, congenital solitary kidney in a baby exposed to gabapentin in the first trimester and then phenobarbital, and minor malformation of the left external ear canal in a baby exposed to gabapentin and lamotrigine throughout gestation. The above birth statistics are similar to those reported in women with epilepsy and in the general population. The effects of gabapentin exposure cannot be fully elucidated from these results and caution should still used when considering gabapentin use in pregnant individuals (Montouris, 2003).

## 3.5 DRUG INTERACTIONS

## 3.5.1 DRUG-DRUG COMBINATIONS

### A. ANTACIDS

1. Summary: The manufacturer reports that an antacid (Maalox(R)) given concurrently with gabapentin reduced gabapentin bioavailability by 20%. Bioavailability was reduced by only 5% when gabapentin was given two hours after the antacid. Therefore, gabapentin should be administered at least two hours after an antacid (Prod Info Neurontin(R), 2002).

2. Adverse Effect: decreased gabapentin effectiveness

3. Clinical Management: Patients receiving gabapentin should be instructed to avoid antacid use within two hours of taking gabapentin due to the potential to decrease the effectiveness of the anticonvulsant.

4. Severity: moderate

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

5. Onset: rapid

6. Documentation: fair

7. Probable Mechanism: decreased gabapentin bioavailability

## B. CARBAMAZEPINE

1. Summary: The steady-state trough concentrations of carbamazepine and carbamazepine 10,11-epoxide were not altered by the coadministration of gabapentin 400 mg three times daily in 12 adult subjects. Likewise, carbamazepine did not affect the pharmacokinetics of gabapentin (Prod Info Neurontin(R), 2002).

2. Severity: none

3. Onset: not specified

4. Documentation: fair

## C. CIMETIDINE

1. Severity: minor

2. Onset: delayed

3. Documentation: poor

4. Literature Reports:

a. A small but statistically significant decrease (14%) in the oral clearance of gabapentin was reported with concurrent use of cimetidine (Prod Info Neurontin(R), 1999). This is not expect to be clinically relevant.

## D. ETHINYL ESTRADIOL

1. Summary: Thirteen healthy females were evaluated in a nonblind, multiple-dose, crossover pharmacokinetic study while receiving norethindrone acetate 2.5 mg and ethinyl estradiol 50 mcg for three consecutive menstrual cycles. Gabapentin 400 mg every 8 hours was added on days 16 through 22 of the last cycle. Maximum concentration (Cmax), half-life (t1/2), and area under the concentration-time curve (AUC) of all three drugs were virtually unchanged during their coadministration. Gabapentin is not metabolized, is not an inhibitor or inducer of hepatic enzymes, and is not bound to plasma proteins. The authors concluded that gabapentin is therefore not likely to cause contraceptive failure (Eldon et al, 1998).

2. Severity: none

3. Onset: not specified

4. Documentation: poor

## E. EVENING PRIMROSE OIL

1. Summary: Theoretically, evening primrose oil may reduce the effectiveness of anticonvulsants by lowering the seizure threshold. Evening primrose oil is contraindicated in patients with epilepsy (Barber, 1998; Newall et al, 1996).

2. Adverse Effect: reduced anticonvulsant effectiveness

3. Clinical Management: Avoid concomitant use of evening primrose oil with anticonvulsants.

4. Severity: moderate

5. Onset: delayed

6. Documentation: fair

7. Probable Mechanism: evening primrose oil may reduce the seizure threshold

## F. FOSPHENYTOIN

1. Summary: Fosphenytoin is a prodrug of phenytoin and the same interactions that occur with phenytoin are expected to occur with fosphenytoin (Prod Info Cerebyx(R), 1999). A case report indicated that the addition of gabapentin to existing anticonvulsant therapy of phenytoin, carbamazepine, and clobazam resulted in increased phenytoin levels leading to symptoms of phenytoin toxicity (Tyndel, 1994). However, adding gabapentin to single-drug therapy with phenytoin did not significantly affect phenytoin levels (Anhut et al, 1988; Crawford et al, 1987).

2. Adverse Effect: an increased risk of phenytoin toxicity (ataxia, hyperreflexia, nystagmus, tremor)

3. Clinical Management: If gabapentin therapy is added or discontinued in a patient who is receiving phenytoin, consideration might be given to monitoring serum phenytoin levels. Dosage adjustments may be necessary with combined therapy.

4. Severity: moderate

5. Onset: delayed

6. Documentation: poor

7. Probable Mechanism: unknown

8. Literature Reports:

a. Tyndel (1994) reported the case of a patient whose epilepsy had been controlled for two years with phenytoin 300 mg daily, carbamazepine 1400 mg daily, and clobazam 20 mg daily. When gabapentin 300 mg daily was added to his regimen for a week, the patient complained of dizziness and imbalance. Gabapentin was increased to 600 mg daily for several days, then was discontinued as the patient experienced mild dysarthria, horizontal jerk nystagmus, and ataxia. Two weeks after initiation of gabapentin, phenytoin serum levels had increased from 42 micromol/L to 177 micromol/L. Phenytoin was discontinued for a week and a half, and the serum level dropped to 68 micromol/L. The patient was rechallenged with gabapentin 300 mg daily and phenytoin for one week, and the phenytoin serum level rose to 136 micromol/L. Gabapentin was again discontinued and phenytoin serum level decreased to 120