GABAPENTIN - DRUGDEX DRUG EVALUATIONS

micromol/L over the following two weeks. Because phenytoin and gabapentin had been administered together previously without adverse effect (Anhut et al, 1988; Crawford et al, 1987), it was speculated that adding gabapentin to the combination of three other anticonvulsants precipitated the interaction with phenytoin.

b. No significant pharmacokinetic interaction was reported between gabapentin and phenytoin in a study involving eight seizure patients (Anhut et al, 1988). Patients in this study had been receiving phenytoin monotherapy for at least two months. Gabapentin was initially administered as a single oral dose (400 mg); one week later, multiple doses of gabapentin were then given (400 mg three times daily for 8 days). Phenytoin plasma concentrations were not altered by gabapentin, and phenytoin had no significant effect on the pharmacokinetics of gabapentin.

c. A trend towards an increase in serum phenytoin levels (from 9.7 mcg/mL at baseline to 12 mcg/mL) following the addition of gabapentin 900 mg daily was reported in patients with severe partial and generalized seizures in one study (Crawford et al, 1987). In this study, phenytoin levels were unaltered with lower doses of gabapentin (300 and 600 mg daily). Further studies investigating this interaction are warranted.

### G. GINKGO

1. Summary: In a case report, 2 patients with epilepsy previously well controlled by valproate sodium developed a recurrence of seizures after ingesting ginkgo extract. Seizure control was regained after ginkgo was withdrawn (Granger, 2001). An infant developed seizures after exposure to 4'-O-methylpyridoxine arising from ingestion of ginkgo seeds (Yagi et al, 1993). The compound 4'-O-methylpyridoxine, a neurotoxin, is found in ginkgo seeds (used as food in Japan) as well as in leaves, the ginkgo component from which commercially available extracts are derived (Arenz et al, 1996). The majority of ginkgo leaf products should not contain sufficient amounts of 4'-O-methylpyridoxine to cause seizures. However, ginkgo products are not commonly assayed to assure that 4'-O-methylpyridixone is not contained in the commercial product. Of concern are those instances where, depending on the harvest season and the potential introduction of contamination, 4'-O-methylpyridoxine may be present in sufficient amounts to be problematic in vulnerable populations (eg, infants or those with known seizure disorders).

2. Adverse Effect: decreased anticonvulsant effectiveness

3. Clinical Management: Avoid concomitant use of ginkgo and anticonvulsants in patients with epilepsy. If seizures occur for the first time or recur in patients previously controlled by anticonvulsant medication, inquire about the use of ginkgo seed or leaf extract. If possible, an assay should be conducted on the specific product to ascertain if 4'-O-methylpyridoxine is present.

4. Severity: moderate

5. Onset: delayed

6. Documentation: fair

7. Probable Mechanism: neurotoxin 4'-O-methylpyridoxine (found in leaves and seeds of ginkgo biloba) may cause seizures

8. Literature Reports:

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

a. The serum of a 21-month-old patient with gin-nan food poisoning was assayed for 4'-O-methylpyridoxine levels. The serum concentration was 0.9 micrograms/milliliter (mcg/mL) at 8.5 hours after ingesting ginkgo seeds, decreasing to 0.05 mcg/mL at 15.5 hours. The authors concluded that the 4'-O-methylpyridoxine content was responsible for the tonic/clonic convulsions and loss of consciousness observed. They further observed that infants are particularly vulnerable (Yagi et al, 1993).

b. Four to six milligrams of the neurotoxin 4'-O-methylpyridoxine have been isolated from 2 kilograms of Ginkgo biloba leaves which is the source of commercially-available products. Highest amounts were found in seeds (85 micrograms (mcg)/seed) and leaves (5 mcg/leaf) derived from the tree at the end of July and beginning of August. The albumen of the seed can contain 105.15 mcg/gram dry weight, but this is reduced to 0.75-1.32 mcg/gram dry weight when boiled. The unprocessed seed coats contain from 5.44-7.15 mcg/gram dry weight. The neurotoxin in ginkgo leaf was detected in medications and it was even detectable in homeopathic preparations. Specifically, 8.13 mcg/mL of 4'-O-methylpyridoxine was found in Tebonin Forte(R), 9.77 mcg/mL in Rokan(R), 3.80 mcg/mL in Kaveri Forte(R), and 7.18 mcg/mL in Gingium(R). Based on recommended daily intake, this translates into a maximum daily intake of 4'-O-methylpyridoxine of 48.78 mcg, 58.62 mcg, 11.40 mcg, and 43.08 mcg for Tebonin Forte(R), Rokan(R), Kaveri Forte(R), and Gingium(R), respectively. Among the homeopathic products, Ginkgo biloba Urtinktur Hanosan(R) and Ginkgo biloba Urtinktur DHU(R) contained 0.301 mcg/mL and 0.589 mcg/mL of 4'-O-methylpyridoxine, respectively. However, the authors note that the amount contained in medicinal extracts of ginkgo leaves may be too low to be of clinical significance. Concern remains with the variance in 4'-O-methylpyridoxine content depending on the season during which the ginkgo was harvested (Arenz et al, 1996).

c. Seizures recurred in 2 patients, both with epilepsy that was well controlled prior to ingesting ginkgo biloba (Gb). The patients (an 84-year-old woman and a 78-year-old man) had been free of seizures for at least 18 months prior to beginning therapy with Gb 120 milligrams daily to treat cognitive decline. Both patients developed seizures within 2 weeks of beginning Gb therapy, and both remained seizure-free (without changing anticonvulsant therapy) after discontinuing Gb (Granger, 2001).

## H. LEVETIRACETAM

1. Summary: During placebo-controlled clinical studies, data suggested that levetiracetam does not influence the plasma concentration of antiepileptic drugs, including gabapentin, and that antiepileptic drugs have no effect on the pharmacokinetics of levetiracetam (Prod Info Keppra(TM), 1999).

2. Severity: none

3. Onset: not specified

4. Documentation: poor

## I. LEVONORGESTREL

1. Summary: Thirteen healthy females were evaluated in a nonblind, multiple-dose, crossover pharmacokinetic study while receiving norethindrone acetate 2.5 mg and ethinyl estradiol 50 mcg for three consecutive menstrual cycles. Gabapentin 400 mg every 8 hours was added on days 16 through 22 of the last cycle. Maximum concentration (Cmax), half-life (t1/2), and area under the concentration-time curve (AUC) of all three drugs were virtually unchanged during their coadministration. Gabapentin is not metabolized, is not an inhibitor or inducer of hepatic enzymes, and is not bound to plasma proteins. The authors concluded that gabapentin is therefore not likely to cause contraceptive failure (Eldon et al, 1998).

2. Severity: none

3. Onset: not specified

4. Documentation: poor

## J. MESTRANOL

1. Summary: Thirteen healthy females were evaluated in a nonblind, multiple-dose, crossover pharmacokinetic study while receiving norethindrone acetate 2.5 mg and ethinyl estradiol 50 mcg for three consecutive menstrual cycles. Gabapentin 400 mg every 8 hours was added on days 16 through 22 of the last cycle. Maximum concentration (Cmax), half-life (t1/2), and area under the concentration-time curve (AUC) of all three drugs were virtually unchanged during their coadministration. Gabapentin is not metabolized, is not an inhibitor or inducer of hepatic enzymes, and is not bound to plasma proteins. The authors concluded that gabapentin is therefore not likely to cause contraceptive failure (Eldon et al, 1998).

2. Severity: none

3. Onset: not specified

4. Documentation: poor

## K. MORPHINE

1. Summary: Patients who require concomitant treatment with morphine may experience increases in gabapentin concentrations (Prod Info Neurontin(R), 2002).

2. Adverse Effect: an increase in gabapentin plasma concentrations

3. Clinical Management: Patients should be carefully observed for signs of CNS depression, such as somnolence or dizziness. The dose of gabapentin or morphine should be reduced appropriately.

4. Severity: moderate

5. Onset: not specified

6. Documentation: fair

7. Probable Mechanism: additive CNS depression

## L. NORETHINDRONE

1. Summary: Thirteen healthy females were evaluated in a nonblind, multiple-dose, crossover pharmacokinetic study while receiving norethindrone acetate 2.5 mg and ethinyl estradiol 50 mcg for three consecutive menstrual cycles. Gabapentin 400 mg every 8 hours was added on days 16 through 22 of the last cycle. Maximum concentration (Cmax), half-life (t1/2), and area under the concentration-time curve (AUC) of all three drugs were virtually unchanged during their coadministration. Gabapentin is not metabolized, is not an inhibitor or inducer of hepatic enzymes, and is not bound to plasma proteins. The authors concluded that gabapentin is therefore not likely to cause contraceptive failure (Eldon et al,

1998).

2. Severity: none

3. Onset: not specified

4. Documentation: poor

## M. NORGESTREL

1. Summary: Thirteen healthy females were evaluated in a nonblind, multiple-dose, crossover pharmacokinetic study while receiving norethindrone acetate 2.5 mg and ethinyl estradiol 50 mcg for three consecutive menstrual cycles. Gabapentin 400 mg every 8 hours was added on days 16 through 22 of the last cycle. Maximum concentration (Cmax), half-life (t1/2), and area under the concentration-time curve (AUC) of all three drugs were virtually unchanged during their coadministration. Gabapentin is not metabolized, is not an inhibitor or inducer of hepatic enzymes, and is not bound to plasma proteins. The authors concluded that gabapentin is therefore not likely to cause contraceptive failure (Eldon et al, 1998).

2. Severity: none

3. Onset: not specified

4. Documentation: poor

## N. PHENOBARBITAL

1. Summary: Estimates of the steady-state trough concentrations of phenobarbital were not altered by the coadministration of gabapentin 300 mg three times daily in 12 adult subjects. Likewise, phenobarbital does not appear to affect the pharmacokinetics of gabapentin (Prod Info Neurontin(R), 2002).

2. Severity: none

3. Onset: not specified

4. Documentation: fair

## O. PHENYTOIN

1. Summary: A case report indicated that the addition of gabapentin to existing anticonvulsant therapy of phenytoin, carbamazepine, and clobazam resulted in increased phenytoin levels leading to symptoms of phenytoin toxicity (Tyndel, 1994). However, adding gabapentin to single-drug therapy with phenytoin did not significantly affect phenytoin levels (Anhut et al, 1988; Crawford et al, 1987).

2. Adverse Effect: an increased risk of phenytoin toxicity (ataxia, hyperreflexia, nystagmus, tremor)

3. Clinical Management: If gabapentin therapy is added or discontinued in a patient who is receiving phenytoin, consideration might be given to monitoring serum phenytoin levels. Dosage adjustments may be necessary with combined therapy.

4. Severity: none

5. Onset: not specified

6. Documentation: fair

7. Probable Mechanism: unknown

8. Literature Reports:

a. Tyndel (1994) reported the case of a patient whose epilepsy had been controlled for two years with phenytoin 300 mg daily, carbamazepine 1400 mg daily, and clobazam 20 mg daily. When gabapentin 300 mg daily was added to his regimen for a week, the patient complained of dizziness and imbalance. Gabapentin was increased to 600 mg daily for several days, then was discontinued as the patient experienced mild dysarthria, horizontal jerk nystagmus, and ataxia. Two weeks after initiation of gabapentin, phenytoin serum levels had increased from 42 micromol/L to 177 micromol/L. Phenytoin was discontinued for a week and a half, and the serum level dropped to 68 micromol/L. The patient was rechallenged with gabapentin 300 mg daily and phenytoin for one week, and the phenytoin serum level rose to 136 micromol/L. Gabapentin was again discontinued and phenytoin serum level decreased to 120 micromol/L over the following two weeks. Because phenytoin and gabapentin had been administered together previously without adverse effect (Anhut et al, 1988; Crawford et al, 1987), it was speculated that adding gabapentin to the combination of three other anticonvulsants precipitated the interaction with phenytoin.

b. No significant pharmacokinetic interaction was reported between gabapentin and phenytoin in a study involving eight seizure patients (Anhut et al, 1988). Patients in this study had been receiving phenytoin monotherapy for at least two months. Gabapentin was initially administered as a single oral dose (400 mg); one week later, multiple doses of gabapentin were then given (400 mg three times daily for eight days). Phenytoin plasma concentrations were not altered by gabapentin, and phenytoin had no significant effect on the pharmacokinetics of gabapentin.

c. A trend towards an increase in serum phenytoin levels (from 9.7 mcg/mL at baseline to 12 mcg/mL) following the addition of gabapentin 900 mg daily was reported in patients with severe partial and generalized seizures in one study (Crawford et al, 1987). In this study, phenytoin levels were unaltered with lower doses of gabapentin (300 and 600 mg daily). Further studies investigating this interaction are warranted.

d. Gabapentin had no effect on the steady-state trough plasma concentrations of phenytoin and phenytoin had no effect on gabapentin pharmacokinetics in a single (400 mg) and multiple dose (400 mg TID) study involving 8 epileptic patients. The patients had been maintained on phenytoin monotherapy for at least 2 months (Prod Info Neurontin(R), 2002).

**P. PROBENECID**

1. Summary: The pharmacokinetic parameters of gabapentin are similar when given with or without probenecid. These results indicate that gabapentin does not undergo renal tubular secretion by the same pathway that is blocked by probenecid (Prod Info Neurontin(R), 2002).

2. Severity: none

3. Onset: not specified

4. Documentation: fair

## Q. VALPROIC ACID

1. Summary: The steady-state trough concentrations of valproic acid were not altered by the coadministration of gabapentin 400 mg three times daily in 17 adult subjects. Likewise, valproic acid did not affect the pharmacokinetics of gabapentin (Prod Info Neurontin(R), 2002).

2. Severity: none

3. Onset: not specified

4. Documentation: fair

### 3.5.3 DRUG-LAB MODIFICATIONS

#### A. URINE PROTEIN TEST

1. Summary: False-positive readings for urinary protein have been reported with the Ames N-Multistix SG(R) dipstick test in patients receiving gabapentin with other antiepileptic drugs. The more specific sulfosalicylic acid precipitation procedure is recommended in patients receiving gabapentin to determine the presence of urine protein (Prod Info Neurontin(R), 2002).

2. Severity: minor

3. Onset: rapid

4. Documentation: fair

### 4.0 CLINICAL APPLICATIONS

### 4.1 MONITORING PARAMETERS

### 4.1.1 THERAPEUTIC

A. PHYSICAL EXAMINATION

1. Reduction in seizure frequency

B. SERUM LEVEL

1. There is no well-defined therapeutic range for GABAPENTIN and optimal plasma concentrations have not been established.

### 4.1.2 TOXIC

A. Routine monitoring of clinical laboratory parameters is not recommended with GABAPENTIN.

### 4.2 PATIENT INSTRUCTIONS

    GABAPENTIN (gab-uh-PEN-tin):

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

Controls certain types of seizures in people who have epilepsy. Also treats pain caused by infections such as shingles (postherpetic neuralgia).

BRAND NAME(S): Neurontin(R)

WHEN YOU SHOULD NOT USE THIS MEDICINE:
You should not use this medicine if you have ever had an allergic reaction to gabapentin.

HOW TO USE AND STORE THIS MEDICINE
Capsules, Tablets, Oral Liquid:
 - Your doctor will tell you how much of this medicine to take and how often. Do not take more medicine or take it more often than your doctor tells you to.
 - You may take this medicine with or without food.
 - Do not allow more than 12 hours between doses.
 - Measure the oral liquid medicine with a marked measuring spoon or medicine cup.
 - When used to treat seizures, gabapentin is usually taken with other anticonvulsant medicines. Take all other medicines your doctor has prescribed as part of your combination treatment.
 - Store the medicine at room temperature, away from heat, moisture, and direct light. Store the oral liquid in the refrigerator. Do not freeze.
 - Keep all medicine out of the reach of children and never share your medicine with anyone.
If you miss a dose:
 - If you miss a dose or forget to take your medicine, take it as soon as you can. If it is almost time for your next dose, wait until then to take the medicine and skip the missed dose.
 - Do not use extra medicine to make up for a missed dose.

DRUGS AND FOODS TO AVOID:
Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.
 - Make sure your doctor knows if you are also using morphine or hydrocodone (Vicodin(R)).
 - If you take an antacid (such as Maalox(R)), wait at least 2 hours before taking gabapentin.

WARNINGS:
 - Make sure your doctor knows if you are pregnant or breastfeeding, or if you have kidney disease.
 - Do not stop using this medicine suddenly without asking your doctor. You may need to slowly decrease your dose before stopping it completely.
 - This medicine may make you dizzy or drowsy. Avoid driving, using machines, or doing anything else that could be dangerous if you are not alert.
 - If you have a test done for protein in your urine, tell the healthcare provider you are using this medicine.

```
SIDE EFFECTS
Call your doctor right away if you have any of these
side effects:
  - Allergic reaction: Itching or hives, swelling in
    face or hands, swelling or tingling in the mouth
    or throat, tightness in chest, trouble breathing
  - Clumsiness, problems with coordination
  - Extreme tiredness, slurred speech
  - Uncontrolled eye movement
If you have problems with these less serious side
effects, talk with your doctor.
  - Behavior problems, hostility, restlessness,
    trouble concentrating, moodiness (especially in
    children)
  - Blurred or double vision
  - Fever, cough, sneezing, sore throat, stuffy nose
    (especially in children)
  - Nausea, vomiting (especially in children)
  - Rapid weight gain
  - Shakiness
  - Swelling in your hands, ankles, or feet
IF YOU HAVE OTHER SIDE EFFECTS THAT YOU THINK ARE
CAUSED BY THIS MEDICINE, TELL YOUR DOCTOR.
```

## 4.3 PLACE IN THERAPY

A. GABAPENTIN has been demonstrated effective as an add-on anticonvulsant agent in the treatment of refractory partial seizures. The drug also appears effective in generalized seizures. Adverse effects and interactions of GABAPENTIN have been minimal. The ultimate place in therapy of GABAPENTIN will depend upon results of well-controlled add-on studies comparing the efficacy and safety of the drug with other antiepileptic agents.

B. One potential advantage of GABAPENTIN over other antiepileptic agents is its apparent low order of toxicity. The most common adverse effects of the drug have been drowsiness, fatigue, and dizziness. No significant alterations in hematologic, hepatic, or renal function tests have been observed, and the drug does not appear to interact significantly with concomitant antiepileptic regimens. In 1 small study, gabapentin used as add-on therapy showed no adverse effects on cognition (Mortimore et al, 1998).

## 4.4 MECHANISM OF ACTION/PHARMACOLOGY

### A. MECHANISM OF ACTION

1. GABAPENTIN is an amino acid structurally-related to the inhibitory neurotransmitter gamma-aminobutyric acid (GABA); however, its antiepileptic activity appears unrelated to any direct effects on the GABA system (Andrews & Fischer, 1994).

2. Animal studies have demonstrated the anticonvulsant activity of GABAPENTIN, particularly in seizures caused by interference with GABAergic transmission or provoked by excitatory amino acids (Anon, 1990; Crawford et al, 1987). Although GABAPENTIN appears to possess GABA-mimetic properties (Crawford et al, 1987), its precise mechanism of action remains unclear. The drug has no significant effect on GABA transaminase activity; it does not bind to GABA or benzodiazepine receptors or influence the neural uptake of GABA when given in pharmacologically active doses (Crawford et al,

GABAPENTIN - DRUGDEX DRUG EVALUATIONS                                    Page 33 of 85

1987; Sivenius et al, 1991). In a subsequent study (Petroff et al, 1996) in which in vivo measurements of GABA in human brain were made using magnetic resonance spectroscopy, occipital lobe concentrations were higher in patients taking gabapentin. The authors speculate that gabapentin increases GABA synthesis. An effect of GABAPENTIN on central serotonin metabolism has also been postulated by some investigators (Rao et al, 1988).

3. GABA is the major inhibitory neurotransmitter in the central nervous system, and impairment of GABAergic transmission is involved in the pathogenesis of epilepsy (AMA, 1991; Gram, 1988). In addition to valproic acid, several other agents have been developed in an effort to enhance GABA-mediated inhibition, including PROGABIDE (GABA prodrug and GABA agonist) (Crawford & Chadwick, 1986) and VIGABATRIN (GABA transaminase inhibitor) (Rimmer & Richens, 1984; Gram, 1988). The role of GABAPENTIN in the treatment of epilepsy will ultimately depend upon how well it compares with all of these agents.

4. The analgesic action of gabapentin has been demonstrated in animal models of analgesia where gabapentin prevented allodynia and hyperalgesia. Pain-related responses in neuropathic pain models and in peripheral inflammation models were prevented or decreased by gabapentin. Immediate pain-related behaviors were not altered. The mechanism by which gabapentin exerts its analgesic effects is unknown (Prod Info Neurontin(R), 2004).

**B. REVIEW ARTICLES**

1. Dosages and formulations of antiepileptic drugs used to treat pediatric epilepsy have been reviewed (Bourgeois, 2002).

2. Basic reviews of the treatment of seizures have been written; these include treatment of first seizure and status epilepticus (Willmore, 1998), treatment of the elderly (Rowan, 1998), and management of epilepsy in adults (Feely, 1999; Mattson, 1998). Pediatric seizure management has also been reviewed (Wolf et al, 1998; Pellock, 1998).

3. With the addition of the newer antiepileptic drugs, polypharmacy in epilepsy is being revisited (Schneiderman, 1998; Guberman, 1998).

4. Reviews on the use of gabapentin for bipolar disorder have been published (Letterman & Markowitz, 1999; Botts & Raskind, 1999).

5. The role of gabapentin for pain management has been discussed (Wetzel & Connelly, 1997).

6. Reviews of the pharmacology and clinical use and safety of GABAPENTIN are provided (Goa & Sorkin, 1993; Ramsay, 1994).

7. Reviews of newer antiepileptic medications, including a summary of clinical experience and recommendations for use, are available (Brodie & Dichter, 1996; Bauer, 1997 (German)). (Dichter & Brodie, 1996).

**4.5 THERAPEUTIC USES**

**A. ALCOHOL DETOXIFICATION**

1. OVERVIEW:

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, ineffective
DOCUMENTATION:  Adult, good
```

## 2. SUMMARY:

```
- No better than placebo in a randomized,
  double-blinded study

- Effective in a case series of 6 patients
```

## 3. ADULT:

a. Gabapentin was not better than placebo in reducing the amount of rescue medications received in the first 24-hours of treatment, in decreasing patient's Mainz Alcohol Withdrawal Scores (MAWS) and in reducing the number of premature trial discontinuations within the first 48-hours of therapy when used to treat alcohol withdrawal. A double-blinded, randomized, placebo-controlled trial compared gabapentin 400 milligrams 4 times daily (n=32) with placebo (n=29) in patients with alcohol dependence and moderate to severe alcohol withdrawal syndrome (as defined by a MAWS greater than or equal to 4). Patients were administered full doses for 3 days and then treatments were tapered down over 4 days. The mean number of rescue medication (clomethiazole) doses required in the first 24 hours of therapy were 6.1 and 6.2 in the gabapentin and placebo arms, respectively (p=0.96). The differences between MAWS in both arms were not statistically different in the first 48 hours of the study (p=0.4). Frequency of side effects were also not statistically different between treatment arms (p=0.74). However, nausea and ataxia were associated more frequently with the use of gabapentin. Mean gabapentin levels were 4.63, 4.49 and 2.95 micrograms/milliliter at day 1, 2, and day 5, respectively (Bonnet et al, 2003).

b. Six patients were successfully treated with gabapentin for alcohol withdrawal (Myrick et al, 1998). The patients had an average score of 17 on the Clinical Institute Withdrawal for Alcohol Scale-Revised (CIWA-R, 10 or higher indicates moderate withdrawal). Gabapentin 400 milligrams (mg) 3 times daily was used for the first 3 days, followed by 400 mg twice daily for 1 day, and 400 mg daily for 1 day. Average scores decreased on the CIWA-R to 11 on day 1, 2 on day 2, and 0 on day 3.

c. A 38-year-old man with obsessive-compulsive disorder (OCD) and alcohol abuse, lost his alcohol craving after being treated with gabapentin (Chatterjee & Ringold, 1999). Gabapentin had been added to his paroxetine to augment his OCD therapy. Gabapentin was started at 300 milligrams (mg) twice daily and increased to 1200 mg 3 times daily over 2 months. He stopped drinking without signs of withdrawal approximately 3 weeks after beginning gabapentin. His avoidant OCD behavior also decreased.

## B. AMYOTROPHIC LATERAL SCLEROSIS

## 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, ineffective
DOCUMENTATION:  Adult, good
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

## 2. SUMMARY:

        - Possible efficacy was found in a phase II study;
        however, no benefits accrued from gabapentin
        therapy in a follow-up phase III study

## 3. ADULT:

a. A 9-month course of oral GABAPENTIN failed to provide beneficial effects in patients with amyotrophic lateral sclerosis (ALS), according to a controlled, multi-center phase III trial (n=196) (Miller et al, 2001). Enrollees were randomized to placebo (n=96) or gabapentin 1200 milligrams 3 times daily (n=100) for 9 months (gabapentin titrated over 4 to 6 weeks to total 3600 mg/day). The median rate of muscle-strength decline was not significantly different between groups (maximum voluntary isometric contraction strength of arm muscles measured bilaterally for shoulder and elbow flexion and extension): placebo group minus 0.021 units/week; gabapentin group minus 0.020 units/week. There were no significant between-group differences on the ALS Functional Rating Scale (p=0.2), rapid foot tap exercise (p=0.14), or timed walking protocol (p=0.17). ALS symptoms (such as cramps, fasciculations, stiffness, etc) were not improved by gabapentin, nor was the mortality rate (deaths: 7 placebo, 6 gabapentin). Adverse events which occurred more frequently in the gabapentin group were light-headedness, drowsiness, falls, and limb swelling. No difference in drop-out rates occurred across the 2 groups. The results of this study contrasted with an earlier phase II trial in which gabapentin 2400 mg/day appeared to slow the rate of muscle-strength decline (Miller et al, 1996).

b. In a randomized, double-blinded study of 117 patients, gabapentin was found to slow the rate of decline of arm strength (as measured by mean arm score) in patients with amyotrophic lateral sclerosis (ALS) compared to placebo, although the difference was not statistically significant (p = 0.057 to 0.08). The dose of gabapentin was 800 milligrams 3 times daily over the course of 6 months and, in general, this dose was well tolerated. Gabapentin was not found to have any effect on forced vital capacity (Miller et al, 1996).

## C. ANTIDEPRESSANT-INDUCED BRUXISM

## 1. OVERVIEW:

        FDA APPROVAL:  Adult, no; pediatric, no
        EFFICACY:  Adult, possibly effective
        DOCUMENTATION:  Adult, poor

## 2. SUMMARY:

        - Effective in on case induced by venlafaxine

## 3. ADULT:

a. A 50-year-old man with bipolar I disorder experienced bruxism secondary to his venlafaxine treatment

which was alleviated with gabapentin (Brown & Hong, 1999). After 5 weeks of venlafaxine therapy titrated up to 75 milligrams (mg) twice daily, the patient reported anxiety, tremor, insomnia, and clenching and grinding of his teeth. He was also being treated with valproic acid and clonazepam at that time. Gabapentin 300 mg nightly relieved his anxiety, tremor, insomnia and bruxism. He was also able to discontinue his clonazepam. *

### D. ANXIETY DISORDER

1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

2. SUMMARY:

```
- Effective in case reports in patients with
  anxiety and panic disorders
```

3. ADULT:

a. In a case series report, 2 patients with generalized anxiety disorders and 2 patients with panic disorders responded to gabapentin therapy (Pollack et al, 1998). Patients (36- to 54-years-old) received gabapentin 100 milligrams (mg) given 2 or 3 times daily. They experienced decreases in their panic episodes and decreased anxiety over 3 to 4 months of follow-up.

### E. BEHAVIOR PROBLEMS - DEMENTIA-RELATED

1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, fair
```

2. SUMMARY:

```
- Gabapentin use improved behavioral symptom scores
  in 20 patients with probable Alzheimer's and
  dementia

- Effective in case reports of disruptive behavior
  and AGITATION
```

3. ADULT:

GABAPENTIN - DRUGDEX DRUG EVALUATIONS                                    Page 37 of 85

a. Gabapentin use in 20 patients with probable Alzheimer's and dementia, improved behavioral symptoms as measured with the Neuro-Psychiatric Inventory and the Cohen-Mansfield Agitation Inventory scales after 15 months of therapy. Patients were between 68 and 76 years old (mean 72.3 years) and were diagnosed with dementia (DSM IV) and probable Alzheimer's. Patients had been treated with cholinesterase inhibitor therapy (donepezil or rivastigmine) for a mean duration of 8.8 months. Agitation, aggression, and anxiety with delusions had become evident an average of 6 months after the initiation of cholinesterase inhibitory therapy. Gabapentin was initiated at 100 milligrams (mg) twice daily. After 3 days at this dose, gabapentin was titrated to 300 mg twice daily and then at 2 weeks, 300 mg three times a day. The average dose of gabapentin was 980 mg daily. The NeuroPsychiatric Inventory (NPI) and Cohen-Mansfield Agitation Inventory (CMAI) were used to assess behavioral symptoms. At 7 months and 15 months, NPI and CMAI scores had improved significantly (p less than 0.001 for both measures). Sub-analysis of the NPI scales demonstrated significant improvements in agitation, anxiety, apathy, aggressiveness, wandering and sleep disturbance scores (p less than 0.05). However, hallucination, depression, euphoria, disinhibition and eating disturbances scores were not significantly changed. Sedation and dizziness were among the adverse events reported (Moretti et al, 2003; Pers Comm, 2004).

b. In a case series, gabapentin was associated with at least minimal improvement in 5 out of 12 patients for the treatment of behavioral disorders in dementia (Herrmann et al, 2000). Patients, average age 79 years, with behavioral problems and Alzheimer's disease (n=7), vascular dementia (n=3), frontotemporal dementia (n=1), or alcoholic dementia (n=1) received gabapentin at an initial dose of 100 milligrams (mg) twice daily. Over 8 weeks, gabapentin was given in doses ranging from 200 to 1200 milligrams daily (average dose was 900 mg/day). Two patients completed only 2 weeks of the study due to treatment-emergent adverse events. Utilizing the Neuropsychiatric Inventory and the Cohen-Mansfield Agitation Inventory, 2 patients were rated as much improved, 3 as minimally improved, 6 as unchanged, and 1 as minimally worse after 8 weeks. Adverse events included gait instability, sedation, withdrawal seizure, and sweating. The authors concluded that there may be a subgroup of patients with severe behavioral problems that might respond to gabapentin.

c. Improvement with gabapentin therapy was reported in 4 patients with dementia-associated agitation (Roane et al, 2000). Three of the patients had Alzheimer's disease and 1 had mixed dementia. Gabapentin was used in doses of 300 to 2400 milligrams daily. Clincal improvement occurred in vocal perseverating, cursing, threatening, moaning, crying, task perseverating, and hitting. One patient had her dose reduced due to sedation and disorientation. Other adverse effects included headaches, dizziness, and reduced ambulation.

d. A 62-year-old man with dementia, not otherwise specified, became less hostile after receiving gabapentin (Low & Brandes, 1999). He also had a history of cerebrovascular accidents, alcohol abuse, and a possible head injury. His other psychiatric medications included haloperidol and sertraline with a previous trial of paroxetine. He continued to be agitated until gabapentin was started at a dose of 300 milligrams (mg) daily and increased to 300 mg 3 times daily. Within 10 days, he became less hostile.

e. A 92-year-old woman with disruptive behavior secondary to Alzheimer's disease responded to gabapentin 200 milligrams every 8 hours (Goldenberg et al, 1998). Her disruptive behavior was manifested as ceaseless vocalization and insomnia with restlessness. Trazodone had no effect while lorazepam and haloperidol caused increased confusion. During a 2-month follow-up her behavior problems were controlled with no adverse effects.

f. Two cases of gabapentin being useful for behavior problems have been reported (Sheldon et al, 1998). An 87-year-old male with Alzheimer's disease had his agitation and assaultive behavior reduced within 2

weeks of receiving gabapentin titrated to 100 milligrams (mg) 3 times daily. A 74-year-old woman with Alzheimer's disease exhibited improved functioning with gabapentin titrated to 300 mg twice daily. She had a progressive agitation and displayed behaviors such as striking out.

See Drug Consult reference: "BEHAVIORAL PROBLEMS - DEMENTIA-RELATED"

**F. BIPOLAR DISORDER**

1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, fair
```

2. SUMMARY:

```
- Demonstrates efficacy in bipolar disorder in case
  reports, retrospective studies, and open studies
- Further case-controlled studies are warranted
```

3. ADULT:

a. In this open-label, safety and varying dosage study, gabapentin was found to be effective in treating mania and hypomania in patients with bipolar and schizoaffective disorders (Cabras et al, 1999). Patients (n=22) were initially started on gabapentin 300 milligrams/day (mg/day). Doses were titrated by 300 mg/day every 4 days as tolerated to a maximum daily dose of 2400 mg/day. The mean dose used was 1440 mg/day. Any benzodiazepines and neuroleptics were continued at a constant dose during the study period. Mood stabilizers such as lithium, carbamazepine, and valproate were tapered over 4 weeks. When compared to baseline, significant reductions were seen in Clinical Global Impression Scale scores (4.0 versus 2.1; p less than 0.0001) and Brief Psychiatric Rating Scale (BPRS) scores (29.1 versus 21.3; p less than 0.0001) after 16 weeks of treatment. Sedation was the most common side effect, however this improved with continued treatment.

b. In a naturalistic and retrospective study, gabapentin add-on therapy was somewhat effective in a subset of patients with mood disorders (Ghaemi et al, 1998). Patients suffered from unipolar major depressive disorder (n=10), bipolar disorder type I (n=13), bipolar disorder type II (n=19), or bipolar disorder not otherwise specified (NOS) (n=8). Moderate or marked response on the Clinical Global Impressions of Improvement scale was seen in 30% of patients. Patients with bipolar disorder type II or NOS had the best response with 11 out of 27 patients (41%) improving. Response rates for the bipolar type I patients were 2 out of 13 (15%) and for unipolar major depressive disorder were only 2 out of 10 (20%). The differences in responses between the groups were not clinically significant.

c. A 73-year-old woman with severe bipolar disorder benefited from gabapentin therapy (Sheldon et al, 1998). She had been unable to tolerate lithium and valproate. Gabapentin was titrated to 300 milligrams twice daily. She did well on a combination of gabapentin, venlafaxine, and zopiclone.

d. In an open study, a positive response to gabapentin therapy was demonstrated in 28 bipolar disorder patients. All patients had been refractory to standard mood stabilizing drugs. Gabapentin was used in

combination with other medicines including antianxiety agents, antidepressants, antipsychotics, and other anticonvulsants. The response was judged by both the treating psychiatrist and the patient (Schaffer & Schaffer, 1997).

## G. BORDERLINE PERSONALITY DISORDER

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Gabapentin was possibly effective in decreasing
  aggressive behaviors in a 30-year-old man with
  borderline personality disorder
```

### 3. ADULT:

a. A 30-year-old man with chronic IMPULSIVE-AGGRESSIVE BEHAVIOR associated with severe borderline personality disorder experienced a rapid improvement in AGGRESSIVE BEHAVIOR after receiving gabapentin. During his first 3 weeks of treatment at a residential psychiatric facility, the patient received paroxetine 40 milligrams per day (mg/d) and lorazepam 7.5 mg/d. His mood improved and his suicidal ideation and visual hallucinations remitted, but there was no change in his impulsive-aggressive behavior. Divalproex sodium (1500 mg/d) was added to this drug regimen, but it was ineffective and discontinued after a 1-month trial. Gabapentin 900 milligrams per day was then added and within 48 hours of administration, a substantial improvement in impulsive-aggressive behavior was observed. Complete remission of symptoms occurred during the following two weeks and at the 2-month follow-up assessment, the therapeutic benefit persisted and no side effects were reported (Biancosino et al, 2002).

## H. BRACHIORADIAL PRURITUS

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Effective in case report of refractory brachioradial
  itching
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

3. ADULT:

a. Gabapentin 300 milligrams (mg) six times daily was effective in eliminating pruritic symptoms in a 54-year-old woman with severe, refractory pruritis of the left forearm. Acupuncture, spinal manipulations, antihistamines, and dietary modifications were all ineffective. Intramuscular steroid injections were effective for a short time, as were ice packs. An escalating gabapentin dose, starting at 100 mg six times daily and increasing to 300 mg six times daily, eliminated the symptoms (Bueller et al, 1999).

## I. CENTRAL NERVOUS SYSTEM DISORDERS

1. OVERVIEW:

```
FDA APPROVAL: Adult, no; pediatric, no
EFFICACY: Adult, possibly effective
DOCUMENTATION: Adult, fair
```

2. SUMMARY:

```
- An open-label study suggests possible
  benefit in patients with type II or type
  III SPINAL MUSCULAR ATROPHY
```

3. ADULT:

a. After 12 months of gabapentin therapy, there were modest improvements in elbow flexion, handgrip and three-point pinch scores (calculated as an arm mega-score) and statistically significant improvements in knee flexion, knee extension and foot flexion (calculated as a leg mega-score) in patients with type II or type III spinal muscular atrophy. In an open-label, non- placebo-controlled study, patients were randomized to receive either gabapentin (n=61) or no treatment (n=59) for 12 months. The mean gabapentin daily dose was 1590 milligrams divided twice daily. Arm mega-scores at 6 months were not statistically different between the gabapentin and the non-treatment arms (5.77% versus 0% median percent change from baseline, p greater than 0.05). By 12 months, the median percent change in arm mega- scores from baseline were 7.27% in the gabapentin group and 0% in the non-treatment group (p=0.04). The median percent changes in leg mega-scores were 11.11% at 6 months and 12% at 12 months in the gabapentin arm and 0% at 6 and 12 months for the non- treatment arm (p=0.02 and 0.01, respectively). Gabapentin use did not have any effect on forced vital capacity or most timed functional tests (Merlini et al, 2003).

## J. CHARLES BONNET SYNDROME

1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

2. SUMMARY:

        - A case of Charles Bonnet syndrome resolved
          with low-dose gabapentin therapy


3. ADULT:

a. Complex visual hallucinations completely remitted after use of GABAPENTIN in an 86-year-old woman with a diagnosis of Charles Bonnet's syndrome. The patient had a 10-year history of senile macular degeneration, and for 2 years, she had experienced persistent and daily visual hallucinations. The hallucinations included visions of medieval women, knights in bright colors, homunculi, and isolated heads or torsos; they occurred most frequently in the morning and evening, only when her eyes were open, and moved when her eyes moved. The patient had no psychiatric history and was fully aware of the unreality of her visions. Her medications included an angiotensin II antagonist and diuretic taken irregularly for hypertension, and pain killers (tilidine) for polyarthrosis. She had tried pentoxifylline and Ginkgo biloba to treat her hallucinations, but without effect. Electroencephalography and cranial MRI showed no abnormalities. Gabapentin 300 milligrams/day was initiated. The patient experienced 1 hallucinatory episode on each of the next 2 days. After that, the hallucinations stopped. At 3- months follow-up, no further episodes of hallucinations were reported, no visual deterioration had occurred, and gabapentin had caused no side effects (Paulig & Mentrup, 2001).

**K. CIGUATERA POISONING**

1. OVERVIEW:

        FDA APPROVAL:  Adult, no; pediatric, no
        EFFICACY:  ADULT, possibly effective
        DOCUMENTATION:  Adult, poor


2. SUMMARY:

        - Safety and efficacy based on 2 cases


3. ADULT:

a. Two patients, stricken with ciguatera poisoning, had significant improvement of symptoms when treated with GABAPENTIN. The patients were a 30 year-old woman and a 37-year-old woman; both had ingested dusky grouper in the Dominican Republic and both were disabled for weeks by the dinoflagellate neurotoxin. The first patient had an episode of diarrhea, followed in several hours by dysesthesia and intense pruritus of the hands, legs, and breasts, especially with exposure to cold. The second patient had generalized pruritus and sharp, shooting pains in her legs. Gabapentin 400 milligrams orally 3 times a day was begun a month after the onset of symptoms. Improvement was rapid. After 20 days, gabapentin was stopped. Within a few hours, both women had a return of symptoms; on re-initiation of gabapentin, rapid relief occurred. Gabapentin was given for an additional 21 days. After the second withdrawal of the drug, the first patient had only minor dysesthesia and the second patient had

some leg pain, but chose not to continue the medication (Perez et al, 2001).

## L. CLUSTER HEADACHE

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

- Mitigated cluster headache in a case refractory to other agents

- Further study is needed

### 3. ADULT:

a. Oral GABAPENTIN provided complete relief of cluster headache in a 38-year-old man whose severe pain had been only slightly diminished with other therapeutic agents; gabapentin also proved to be successful for prophylaxis of his headaches. The patient had a 24-year history of headaches and had been assessed by neurologists who diagnosed cluster headache, according to criteria of the International Headache Society. His right-sided headaches occurred in a temporal pattern, only in November with the change from warm to cold weather. The 2-hour headache episodes typically appeared twice daily, on rising and before going to bed, and continued for a period of 14 to 21 days. Amitriptyline, methysergide, ergometrine, beta-blockers, phenytoin, and indomethacin brought some partial relief (on a scale of 100, pain was reduced from 100 to between 70 and 85). Gabapentin 300 milligrams twice daily was started approximately 5 days after the time his headaches had begun. After 2 doses, his pain had decreased (pain score, 30 out of possible 100), and after 3 doses, he experienced complete resolution of pain. For the next 3 years, gabapentin successfully aborted his headaches. The fourth year, the patient began a 2-week course of gabapentin (300 mg twice daily) before November, and had no headache occurrence during his usual headache period. The only side effect was transient drowsiness. The authors believe more study is needed in additional patients before gabapentin can be recommended for cluster headache (Tay et al, 2001).

## M. COCAINE DEPENDENCY

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, fair
```

### 2. SUMMARY:

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

- Possibly reduces cocaine craving and use in cocaine-dependent patients

3. ADULT:

a. Investigators from a 24-week, open-label trial reported that the average number of cocaine-positive urine screens decreased in patients with cocaine dependence treated with gabapentin. Gabapentin was initiated as 200 milligrams (mg) twice daily for 2 days, then increased to 400 mg twice daily for 2 days, then 600 mg twice daily for 2 days, and then increased to 1200 mg twice daily. Actual doses ranged between 800 to 2400 mg/day. Of the original 11 patients, 2 dropped out after weeks 3 and 5 due to noncompliance. Seven of the 9 remaining patients also participated in a structured substance use program. Urine samples were obtained up to 3 times a week as part of the substance use program. Missed urine screens were considered to be cocaine positive and the average proportion of missed screens were 18% pre-treatment and 21% during treatment (p greater than 0.5). Baseline urine screens were collected in the 24 weeks prior to starting gabapentin and were cocaine positive an average of 53.11 times. On-treatment urine screens were collected in the 24 weeks after gabapentin initiation and were cocaine positive 35.22 times (n=9; p less than 0.01 when compared to baseline). Sedation was reported in 2 patients (Raby et al, 2004).

b. Oral GABAPENTIN therapy was apparently well-tolerated and may reduce the amount and frequency of cocaine use in some cocaine- dependent subjects (DSM-IV), based on a pilot open-label study (Myrick et al, 2001). Gabapentin was initiated as 300 milligrams (mg) twice daily for 3 days, then increased to 600 mg twice daily, for a course of therapy expected to last for 8 weeks. Of 30 subjects who enrolled, 12 failed to return after week 1; of 18 remaining, 14 completed week 4, and 6 completed week 8. The 14 subjects who completed week 4 were included in the intent-to- treat analysis. Eighty-six percent of urine samples (12 of 14) were positive for cocaine at baseline compared to 29% (4 of 14) at weeks 4 and 8. Amount and frequency of cocaine craving decreased from baseline to week 8 (78% to 25% for amount, p=0.000; 74% to 23% for frequency, (p=0.004). Mean number of days till relapse was 21 days. The only adverse effects reported were transient nausea and sedation, which occurred in 1 subject each. This study was limited by a low subject-retention rate.

c. Two cocaine users experienced markedly reduced cravings for cocaine not long after beginning gabapentin therapy (Raby, 2000). A 42-year-old man had been addicted to cocaine since the age of 17 and to heroin since the age of 28. His treatment for drug withdrawal had included methadone and later imipramine for depression (75 to 300 milligrams (mg)/day). He continued to have cocaine cravings, especially in times of difficulties. While continuing imipramine (200 mg/day), he started gabapentin, with titration over a week to 400 mg twice daily (serum concentration 12.4 mg/L). Within a month his cravings for cocaine had disappeared. A 31- year-old woman was diagnosed with schizoaffective disorder and cocaine abuse. Bimonthly injections of fluphenazine 50 mg controlled her psychotic symptoms. Oral fluphenazine (up to 20 mg/day) was also given as supplementation to control auditory hallucinations associated with her use of crack cocaine. She began gabapentin and reached a dose of 1200 mg twice daily (serum level 15.6 mg/L). Over a 9-month course of gabapentin, her only relapse was a one-time occasion of smoking 2 crack cigarettes. Neither patient reported significant side effects, such as ataxia or sedation. Gabapentin was postulated to restore the GABA- mediated inhibitory feedback action of nucleus accumbens neurons onto ascending mesolimbic dopaminergic neurons, resulting in decreased activation of dopamine neurons projecting to the nucleus accumbens (a site identified with addictive behaviors).

## N. DIABETIC PERIPHERAL NEUROPATHY

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

## 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, effective
DOCUMENTATION:  Adult, good
```

## 2. SUMMARY:

- As effective as amitriptyline in 1 study

- Low doses of 900 milligrams/day are only
  minimally effective

## 3. ADULT:

a. Gabapentin was effective for the treatment of pain and sleep difficulties associated with diabetic peripheral neuropathy (DPN) pain (Backonja et al, 1998). In a double-blind, 8-week, multicenter study, patients (mean age 53-years-old) with painful DPN for 1 to 5 years were randomized to receive either gabapentin (n=82) or placebo (n=80). During the first 4 weeks, gabapentin was increased from a starting dose of 900 milligrams (mg) to 3600 mg. Doses were only decreased if intolerable adverse reactions occurred. The 3600 mg/day dose was achieved by 67% of the gabapentin-treated patients. The primary efficacy measure was a daily pain score measured on an 11-point Likert scale. There was a significant difference between the gabapentin scores and placebo from week 2 through week 8 (p less than 0.05). There were also significant differences seen in mean sleep interference scores at week 1 through week 8 (p less than 0.05). Also using the short-form McGill Pain Questionnaire, gabapentin patients had significantly lower mean total pain scores (p less than 0.01). The gabapentin group did experience more adverse events including dizziness, somnolence, and confusion. This study shows that gabapentin is an effective drug for DPN in those patients able to tolerate it.

b. There was no difference as measured by pain scales and global pain scores between amitriptyline and gabapentin in the treatment of diabetics with peripheral neuropathy pain (Morello et al, 1999). Diabetic patients with stable glycemic control (n=21) received either gabapentin or amitriptyline for 6 weeks and were then crossed-over to the other arm of therapy for 6 weeks with a 1-week wash-out between therapies. Dosage was adjusted based on the patient's response with gabapentin doses ranging from 900 to 1800 milligrams (mean dose 1565 mg) and amitriptyline doses ranging from 25 to 75 mg (mean dose 59 mg). Both drugs significantly decreased pain scores from baseline (both p less than 0.001). Amitriptyline provided moderate or greater pain relief in 67% of patients while gabapentin provided relief in 52% of patients (p=0.26). There was no statistically significant difference in occurrence of adverse effects between the drugs except for increased weight gain with amitriptyline.

c. Gabapentin was only minimally effective for the treatment of painful diabetic neuropathy at a dosage of 900 milligrams/day (Gordon et al, 1999). In a double-blind, cross-over trial, patients received either gabapentin or placebo first and then were crossed-over to the other therapy with a 3-week wash-out period. Gabapentin was increased by 300 mg every 3 days to a stable dosage of 900 mg daily. Patients were assessed using the McGill pain questionnaire, global assessment of pain relief, a visual analogue scale, and a present pain intensity scale. A significant difference in pain relief with gabapentin over

placebo was seen only on the McGill pain questionnaire (p=0.03). Moderate or excellent pain relief was reported by 14 patients with gabapentin only, 6 in placebo only, and 3 with both agents (p=0.11). The authors suggest that higher doses of gabapentin are needed.

## O. DYSTONIA

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective; pediatric,
           possibly effective
DOCUMENTATION:  Adult, poor; pediatric, poor
```

### 2. SUMMARY:

```
- Effective in case reports of dystonia
  related to PARKINSON'S DISEASE and
  FAMILIAL PAROXYSMAL DYSTONIC CHOREOATHETOSIS
```

### 3. ADULT:

a. In an open trial, gabapentin 900 milligrams/day was successful in improving painful dystonia, biphasic dyskinesias and motor fluctuations in 7 Parkinson's patients (Chana et al, 1997).

### 4. PEDIATRIC:

a. A 4-year-old girl had stereotyped episodes of inability to speak and dystonic posturing of the face and extremities which were eliminated by gabapentin 10 milligrams/kilogram/day (Chudnow et al, 1997). The girl was diagnosed with familial paroxysmal dystonic choreoathetosis at 5 months and paroxysms occurred 4 times per week. Gabapentin had a dramatic effect on the episodes decreasing them to only 1 per month.

## P. ESSENTIAL TREMOR

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly
DOCUMENTATION:  Adult, good
```

### 2. SUMMARY:

```
- Mixed results have occurred
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS                                    Pag

3. ADULT:

a. In a comparative, double-blind, crossover, placebo-controlled study, gabapentin 400 milligrams (mg) three times daily was as effective as propranolol 40 mg three times daily when compared to placebo in the treatment of patients with essential tremor (Gironell et al, 1999). Patients (n=20) were randomized to initially receive either gabapentin, propranolol, or placebo for a two-week treatment duration and then crossed-over to the other 2 arms with a 1-week washout period between treatments. Significant reductions with gabapentin and propranolol treatment were seen in the Tremor Clinical Rating Scale including the clinical examination and motor task performance as compared to placebo (p less than 0.05, p =0.002, respectively). No differences in self-reported subjective disability scale or neurophysiologic data obtained from accelerometry were noted between the 3 groups.

b. In a double-blind, placebo-controlled crossover study of 20 patients with essential tremor, gabapentin 1800 milligrams (mg) per day was no different than placebo at improving tremor symptoms. Tremor was assessed at baseline and after 2 weeks of therapy using the Fahn-Tolosa-Marin Tremor Rating Scale. Patients were crossed over to the opposite treatment after at least a five day washout period. No significant differences in tremor symptoms, patient-rated global disability or global improvement were seen with treatment when compared to baseline. Two patients withdrew from the study due to side effects during therapy with gabapentin (Pahwa et al, 1998).

## Q. FAILED BACK SURGERY SYNDROME

1. OVERVIEW:

```
        FDA APPROVAL:  Adult, no; pediatric, no
        EFFICACY:  Adult, possibly effective
        DOCUMENTATION:  Adult, poor
```

2. SUMMARY:

```
        - GABAPENTIN ameliorated back pain in 2 case reports
```

3. ADULT:

a. Pain and immobility associated with failed back surgery syndrome (FBSS) were mitigated by GABAPENTIN therapy in 2 cases, a 36-year-old woman and an 81-year-old woman. Both women had undergone surgery on their lower back, but had recurrent pain after surgery. Based on magnetic resonance imaging (MRI), both were diagnosed with FBSS secondary to EPIDURAL FIBROSIS. A number of therapies were tried, but were unsuccessful (eg, physical therapy, selective nerve root blocks, nonsteroidal anti-inflammatory drugs, tricyclic antidepressant medications, muscle relaxants, and opioid analgesics). The 36-year-old woman started gabapentin 900 milligrams (mg)/day, with titration to 2100 mg/day. Her pain level on a visual analog scale diminished to 1 to 2 out of a possible level of 10. She had no adverse effects from gabapentin. The second patient began gabapentin 100 mg at bedtime, with titration to 1500 mg/day in divided doses. Her pain decreased to a level of 2 out of 10. She reported minor balance disturbances cause by the gabapentin. She then tried acupuncture, which ameliorated her pain, and allowed her to reduce her dose of gabapentin to 1200 mg/day. She remained on that therapy for 18 months. The patient then experienced major pain exacerbation. At that time, she discontinued gabapentin.

She had additional acupuncture, and was maintained on acupuncture and occasional short-acting opioid analgesics (Braverman et al, 2001).

## R. GLOSSODYNIA

### 1. OVERVIEW:

```
FDA APPROVAL: Adult, no; pediatric, no
EFFICACY: Adult, possibly effective
DOCUMENTATION: Adult, poor
```

### 2. SUMMARY:

```
- Effective in one patient for
  the treatment of glossodynia
```

### 3. ADULT:

a. Treatment with gabapentin appeared to be effective in the treatment of glossodynia in one patient. A 62-year-old woman with a several year history of glossodynia with dry mouth received gabapentin at an initial dose of 300 milligrams (mg)/day titrated over 2 days to a final dose of 900 mg/day. Following one week of therapy the woman reported a dramatic decrease in unpleasant sensations and dry mouth and within 3 months she no longer complained of any symptoms relating to glossodynia (Meiss et al, 2002).

## S. HEADACHE (SUNCT)

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  ADULT, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Improvement of symptoms in 1 case report
```

### 3. ADULT:

a. A 48-year-old man suffering from SUNCT SYNDROME (severe unilateral neuralgiform headache with conjunctival injection and tearing, rhinorrhea, and subclinical sweating) for over 10 years, became pain- free when treated with oral GABAPENTIN. Symptoms included ocular, facial, and temple pain on only the left side; attacks consisted of burning, sharp, shooting pain with tearing and conjunctival injection, lasting for 2 to 3 minutes and occurring up to 25 times a day. Under the direction of an ophthalmologist, he had tried prednisone 60 milligrams (mg)/day for 4 weeks; the steroid relieved his

pain, but when he stopped the prednisone, his pain returned. He had also tried carbamazepine, verapamil, sumatriptan, dihydroergotamine, and indomethacin without benefit. Gabapentin was started at 300 mg three times daily. The patient experienced dramatic relief. Doses were increased to 600 mg three times a day, resulting in nearly complete pain relief. The patient had then moved to another area, and had a return of the pain syndrome when his gabapentin prescription ran out. On returning to the area, gabapentin was re-started. He became pain-free at doses of 900 mg three times daily, and, with these maintenance doses, continued to be pain-free at 1 year. When he attempted to stop the gabapentin, his pain always returned (Graff-Radford, 2000).

## T. HEMIFACIAL SPASM

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Effective in case reports of hemifacial spasm
```

### 3. ADULT:

a. In a series of case reports, gabapentin was effective in 5 patients (34- to 75-years-old) with hemifacial spasm (Bandini & Mazzella, 1999). Patients received gabapentin 900 to 1600 milligrams with a rapid improvement of spasms. One patient complained of mild somnolence and another reported transient giddiness. Neither discontinued medication due to these effects.

## U. HICCUPS

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- May be effective as add-on or sole treatment for
  intractable hiccups
```

### 3. ADULT:

a. Gabapentin partially improved symptoms in 3 cases involving hiccup in patients with advanced cancer.

Two of the 3 patients had previously tried combinations of metoclopramide, dexamethasone, chlorpromazine, or haloperidol with mixed success. Gabapentin 300 milligrams 3 times daily was the starting dose in all cases. In 1 case, it was added to metoclopramide and haloperidol therapy. In the other 2 cases it was started as the sole agent. In all cases, the response was prompt. However, sporadic episodes occurred in 2 patients and in 1 patient the hiccup returned 10 days later with lower intensity. Long term efficacy was not assessed as patients could only be followed between 6 to 20 days (Porzio et al, 2003).

b. Clinicians reported 4 cases of IDIOPATHIC CHRONIC HICCUPS in which improvement or cessation occurred after the addition of GABAPENTIN to cisapride and omeprazole or to cisapride, omeprazole, and baclofen (Petroianu et al, 2000). The recommended protocol includes initiation of therapy with cisapride 10 milligrams (mg) 3 times daily and omeprazole 20 mg once daily. If this dual therapy fails, baclofen 15 mg 3 times daily would be added, and if the triple therapy fails, gabapentin 400 mg 3 times daily would be added. The therapy, if successful, would be continued for 6 months, then gradually tapered over 3 to 6 months. In the 4 reported cases (males; 55, 58, 74, and 75 years of age), medications that had been tried unsuccessfully included carbamazepine, promethazine, levomepromazine, triflupromazine, domperidone, meperidine, tiapride, flunitrazepam, nordazepam, clorazepate, amitriptyline, nortriptyline, doxepin, and pantoprazole, as well as mistletoe extract, other herbal remedies, and acupuncture.

## V. HOT FLASHES

1. OVERVIEW:

```
FDA APPROVAL: Adult, no; pediatric, no
EFFICACY: Adult, effective
DOCUMENTATION: Adult, good
```

2. SUMMARY:

```
- Reduced the frequency and severity of
  hot flashes in postmenopausal women
  ...
```

3. ADULT:

a. Low-dose gabapentin effectively controlled hot flashes in postmenopausal women. In a randomized, double-blind, placebo- controlled trial, women (n=59) experiencing an average of at least 7 hot flashes a day accompanied by sweating received gabapentin 300 milligrams (mg) three times daily or placebo for 12 weeks. Following 12 weeks of treatment, gabapentin-treated patients had a 45% reduction from baseline in mean hot flash frequency and a 54% decrease in the mean hot flash composite score (included both frequency and severity) from baseline as compared with 29% and 31% reductions, respectively, for placebo (p=0.02 and p=0.01, respectively). After the blinded trial, patients were given the option of participating in a 5-week open-label treatment period in which the gabapentin dose could be titrated up to 2700 mg daily. Similar results were found in the open- label study. The most common adverse effects included somnolence (20%), dizziness (13%), and rash with or without peripheral edema (6.7%) (Guttuso et al, 2003).

## W. LESCH-NYHAN SYNDROME