GABAPENTIN - DRUGDEX DRUG EVALUATIONS

1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Pediatric, possibly effective
DOCUMENTATION:  Pediatric, poor
```

2. SUMMARY:

```
- Effective in 1 case report for the
  SELF-INJURIOUS BEHAVIOR associated with
  Lesch-Nyhan syndrome
```

3. PEDIATRIC:

a. A 3-year-old boy with Lesch-Nyhan syndrome was successfully treated for cheek and lower lip biting with gabapentin. He was initially prescribed diazepam without benefit. Gabapentin was added at an initial dose of 400 milligrams (mg) daily (20 mg/kilogram (kg)/day divided 2 times daily). Within the first week there was a noticeable decrease in biting activity. Diazepam was discontinued and the gabapentin was increased to a dose of 800 mg daily. There was a complete cessation of the self-injurious behavior by the third week. Gabapentin level was 9.1 micrograms/Liter.

**X. MANIA**

1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective; pediatric,
           possibly effective
DOCUMENTATION:  Adult, fair; pediatric, poor
```

2. SUMMARY:

```
- Possibly effective in moderate cases
```

3. ADULT:

a. In a case series report, gabapentin therapy was useful in 3 out of 6 patients treated with gabapentin add-on therapy and in 4 out of 8 patients as monotherapy (Erfurth et al, 1998). Doses utilized were 1200 to 4800 milligrams daily. In the add-on group scores on the Bech-Rafaelsen Mania Assessment Scale declined from 37.7 to 7.8; additional valproic acid was used in 3 out of 6 patients. In the monotherapy group scores declined from 27.8 to 9 in 4 out of 8 patients completing the study.

4. PEDIATRIC:

a. A 13-year-old boy with manic episode, bipolar I disorder, and attention deficit disorder benefited from the addition of gabapentin 1500 milligrams to his carbamazepine therapy (Soutullo et al, 1998). He had previously failed divalproex and could not tolerate lithium. His initial Young Mania Rating Scale score was 27 and decreased to 6 after 7 months of gabapentin.

## Y. MIGRAINE PROPHYLAXIS

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, effective
DOCUMENTATION:  Adult, good
```

### 2. SUMMARY:

```
- Efficacy and safety demonstrated in a controlled
  trial
```

### 3. ADULT:

a. Oral GABAPENTIN 2400 milligrams (mg)/day taken in 3 divided doses significantly reduced the frequency of migraine headaches and was generally well tolerated, based on a double-blind, multi-center trial (n=87). Enrollees had 3 to 8 migraine headache episodes per month for each of the preceding 3 months (with or without aura); subjects were randomized to gabapentin or placebo in a 2:1 ratio. Placebo-dosing occurred during a 4-week baseline period. The first 4 weeks of the treatment period were considered the titration phase. Gabapentin dosing on day 1 was 300 mg; target levels were 900 mg on day 7, 1500 mg on day 14, 2100 mg on day 21, and 2400 mg on day 28 (all divided into 3 doses). Fifty-six of 84 gabapentin-treated patients stabilized on 2400 mg/day. During the last 4 weeks of the 12-week treatment period, the median rate of migraine was 2.7 for the gabapentin 2400-mg/day group and 3.5 for the placebo group (p=0.006). A 50% reduction rate for migraines in the last 4 weeks compared to the baseline period was achieved by 46.4% and 16.1% of the gabapentin 2400- mg/day and control groups, respectively (p=0.008). Average number of days with migraine during the last 4 weeks was 3.4 and 5.0 for the same groups, respectively (p=0.006). Drug-related adverse events (somnolence, dizziness, and asthenia most commonly) occurred in 67.3% of the treatment group and 48.9% of the control group. Withdrawals due adverse events amounted to 13.3% and 6.7% of the gabapentin and placebo groups, respectively. The authors believe that gabapentin therapy represents an advance in the prophylactic treatment of migraine (Mathew et al, 2001).

## Z. MULTIPLE SCLEROSIS COMPLICATIONS

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, effective
DOCUMENTATION:  Adult, fair
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

## 2. SUMMARY:

```
- Effective for multiple sclerosis complications
  including trigeminal neuralgia, painful tonic
  spasms, dysesthetic or paresthetic symptoms, and
  spasticity
```

## 3. ADULT:

a. Refractory trigeminal neuralgia completely resolved in 6 out of 7 multiple sclerosis patients treated with gabapentin (Khan, 1998). Patients were started on gabapentin 300 milligrams (mg) and titrated upward until effective. Effective doses ranged from 900 to 2400 mg/day. In 6 patients the pain was completely resolved while 1 patient had a marked improvement.

b. Gabapentin was useful for paroxysmal symptoms in multiple sclerosis (MS) patients (Solaro et al, 1998). In an open study, MS patients with trigeminal neuralgia, painful tonic spasms, or dysesthetic or paresthetic symptoms refractory to other treatments received gabapentin 600 to 1200 milligrams. Three patients dropped out due to nausea or poor compliance. In the trigeminal neuralgia group, 5 out of 6 patients experienced complete resolution of symptoms. Improvement began 3 to 5 days after therapy. Painful tonic spasm was relieved in 9 out of 11 patients completing the study with a dramatic improvement being seen within 3 days. Only partial improvement was seen in the 2 patients with paroxysmal paresthetic disturbances completing the study.

c. Gabapentin 900 to 2700 milligrams (mg) daily in 3 divided doses was shown to have beneficial effects on subjective and objective spasticity measures in 22 multiple sclerosis (MS) patients participating in a randomized, placebo-controlled, double-masked, crossover trial. All subjects had the chronic progressive form of MS and were divided into two groups which received either gabapentin or placebo in a crossover fashion. Gabapentin was dosed initially at 300 mg three times daily and increased by 300 mg every 2 days to a maximum dose of 900 mg three times a day. Interference with function (p=0.02), global assessment (p=0.003), Modified Ashworth (p=0.04), painful spasm (p=0.03), plantar stimulation response (p=0.03), and spasm severity (p=0.01) scores were significantly improved when patients were taking gabapentin compared to when they were assigned placebo. Significant improvements were seen in patient scored scales, including fatigue impact (p=0.006), global assessment (p=0.0001), interference with function (p=0.002), painful spasm (p=0.002), spasm frequency (p=0.0001), and spasm severity (p=0.0004) compared to baseline. Gabapentin treatment also yielded improved scores over patient baseline on physician-administered scales including clonus score (p=0.002), deep tendon reflexes (p=0.0001), Modified Ashworth Scale (p=0.0005), and plantar stimulation scale (p=0.008). Placebo was statistically superior to gabapentin in measures of fatigue reduction (p=0.03) and decreases in deep tendon reflexes (p=0.04). Subjects reported improvements in activities of daily living and in appetite, mood, and sleep. No significant adverse events were reported (Cutter et al, 2000).

d. Two patients with multiple sclerosis obtained marked improvement in spasticity and painful muscle spasm with gabapentin therapy (Dunevsky & Perel, 1998). A 41-year-old woman had grade 3 spasticity (modified Ashworth Scale) in the left lower limb and grade 2 for the right lower limb and was only able to take a few steps with a walker. After 3 months of gabapentin 400 milligrams (mg) daily, she was graded as +1 for the left and 1 for the right limb. She could walk 75 to 100 meters with her walker. The second patient, a 52-year-old male, had grade 2 spasticity for both lower limbs and upper left limb, and could ambulate 100 meters with a cane. After 3 months of gabapentin 300 mg 3 times daily, spasticity

improved to 1 in both lower limbs and normal in the left upper limb. The patient could ambulate for long distances without a cane.

e. A 36-year-old woman with multiple sclerosis had her continuous "tight" and "burning" pain relieved by gabapentin (Samkoff et al, 1997). The pain had been refractory to amitriptyline, baclofen, and carbamazepine. Gabapentin 300 milligrams/day (mg/day) was titrated to 300 mg 3 times daily with dramatic improvement in pain.

## AA. MYALGIAS - TAXANE INDUCED

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Effective in 2 case reports
```

### 3. ADULT:

a. Gabapentin successfully allowed the continuation of 2 taxane-based chemotherapy courses that had been limited by the development of severe myalgias (van Deventer & Bernard, 1998). In the first case, a 48-year-old woman with breast cancer with pulmonary nodules developed grade III/IV myalgias in her arms, back and neck after 2 cycles of paclitaxel. She had no improvement with dexamethasone or acetaminophen. Gabapentin 400 milligrams (mg) 3 times daily on the day preceding each treatment and then for 4 to 5 days afterward significantly improved her symptoms. The second case was a 60-year-old woman with uterine leiomyosarcoma who developed pulmonary and hepatic metastases. She was treated with docetaxel but by the fourth cycle she developed grade III myalgias. The myalgias did not respond to acetaminophen and dexamethasone. Gabapentin 300 mg twice daily beginning 2 days before treatment and continuing to the eighth day dramatically improved her symptoms.

## AB. NEUROPATHIC CANCER PAIN

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Effective in case reports
```

3. ADULT:

a. Gabapentin provided pain relief in most patients with neuropathic cancer pain not relieved by opioid analgesics (Caraceni et al, 1999). Consecutive cancer patients with neuropathic cancer pain (n=22) were treated with gabapentin doses of 600 to 1200 milligrams added to their opioid regimens. Using numerical scales for the assessment, global pain scores, burning pain intensity, and episodes of shooting pain all decreased. In 9 patients with allodynia, 7 patients reported disappearance of their pain (p less than 0.01). Twenty out of 22 patients judged gabapentin as efficacious in reducing their symptoms.

## AC. NEUROPATHIC PAIN SYNDROMES

1. OVERVIEW:

```
        FDA APPROVAL:  Adult, no; pediatric, no
        EFFICACY:  Adult, possibly effective; pediatric,
                   possibly effective
        DOCUMENTATION:  Adult, fair; pediatric, poor
```

2. SUMMARY:

```
        - Pain associated with multiple neuropathic syndromes
          including:  DYSESTHETIC PAIN,
          TRIGEMINAL NEURALGIA, and direct nerve injury
          has been relieved
```

3. ADULT:

a. A retrospective analysis of 2 years of patient data (n=38) in one practice showed that gabapentin gave some relief to 76% of patients with neuropathic pain that resulted from spinal cord injury. The starting dose of gabapentin was 900 milligrams (mg) per day and the median maintenance dose was 2400 mg/day (range 900 mg to 4800 mg). Nine of 38 patients discontinued treatment within the first month: 4 because of adverse effects and 5 for lack of efficacy. Among those patients for whom data was collected through 6 months of therapy (n=11), mean pain scores on a zero-to-10-point scale dropped from 8.86 at baseline to 5.23 at 1 month, 4.59 at 3 months, and 4.13 at 6 months (p less than 0.001) (To et al, 2002).

b. A 19-year-old woman was successfully treated for chronic neuropathic orbital pain with gabapentin. The woman had a history of chronic right eye pain, which was refractory to trials of antidepressants, non-steroidal antiinflammatory drugs, opioids, multiple corrective surgeries for glaucoma and a retrobulbar block with local anesthetic. Post-enucleation of the eye, the women reported no change in the severity or character of the pain. Gabapentin was initiated at 300 milligrams (mg) daily and was slowly increased to 300 mg three times a day. By 2 weeks, the patient reported complete pain relief which persisted throughout the 3 months of follow-up (Sloan et al, 2003).

c. Gabapentin relieved the pain caused by PILOLEIOMYOMAS in 54-year-old woman. The woman had undergone a hysterectomy at age 41 for dysfunctional uterine bleeding associated with uterine leiomyomatosis, which had first been noticed when she was pregnant at age 22. She presented with numerous painful, red-brown, oval nodules on her right side, including her arm, chest, and upper back.

The woman rated her pain 8 on a scale of 1 to 10 (10 being the most severe). She was treated with oral gabapentin 300 milligrams daily for 3 days, twice daily for 3 days, and then 3 times daily for 2 weeks. At the end of 2 weeks, there was nearly complete resolution of leiomyoma-related pain at all sites except her arm, where the pain was remarkably reduced (pain rating, 3 on a scale of 10). The only side effects she noticed were mild dizziness and fatigue. The woman continued the same dose as maintenance therapy (Alam et al, 2002).

d. A 69-year-old woman had her dysesthetic pain after reconstructive surgery relieved by gabapentin (Otley, 1999). The woman had a basal cell carcinoma of the right upper lip removed and repaired with a cheek transposition flap. She developed disturbing dysesthetic pain 2 months postoperatively. She refused antidepressant therapy and acetaminophen had no effect. She was started on gabapentin 300 milligrams daily and titrated up to 300 mg 3 times daily. Within 2 weeks the pain had diminished but she was unable to taper off the gabapentin without reoccurrence of the pain. After 10 weeks she was successfully tapered off of the gabapentin with only minimal pain reoccurring.

e. A 60-year-old woman suffered exquisite facial pain secondary to being struck by a fiberglass shingle which was relieved by gabapentin (Lucier & Franm, 1997). Gabapentin 150 milligrams (mg) nightly and increased to 300 mg provided relief after 2 days. The dose was eventually tapered to 100 mg daily and discontinued after 5 months without recurrence.

f. Two cases of trigeminal neuralgia responsive to gabapentin have been reported (Sist et al, 1997). In one case, the patient reported gabapentin 300 milligrams (mg) 3 times daily provided similar pain relief to baclofen without the dizziness she had experienced. In another case, the patient was pain-free with gabapentin 2400 mg/day. She had been refractory to carbamazepine and had side effects with phenytoin and baclofen.

4. PEDIATRIC:

a. Neuropathic pain secondary to pacemaker revision surgery in a 12-year-old girl with congenital heart block responded to gabapentin therapy (McGraw & Stacey, 1998). Two months after her surgery, the girl suffered from constant knifelike pain. The pain worsened despite diazepam, oxycodone, and non-steroidal anti-inflammatory agents. It was somewhat alleviated by amitriptyline and methadone. Lidocaine 80 milligrams infused intravenously over 20 minutes relieved the pain for 6 hours. She was then started on gabapentin increased over 3 weeks to 300 milligrams 3 times daily with a 90% resolution in pain. After 4 months the gabapentin was weaned without recurrence of pain.

## AD. NEUROPATHY - HIV-RELATED

1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, fair
```

2. SUMMARY:

```
- Possible efficacy documented by HIV case series
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

### 3. ADULT:

a. GABAPENTIN as sole analgesic was effective in ameliorating neuropathic pain in HIV-positive patients. Pain symptomology was due to the disease itself (n=6), neurotoxic drugs (n=9), or both factors combined (n=4). Gabapentin was started at 300 milligrams (mg)/day and titrated by 300 mg every 2 days to maximum 3600 mg/day or highest tolerated dose. Mean dose during the study was 1480 mg/day, with 1 patients reporting analgesia at 300 mg/day. Pain was improved within mean 6 days and was maximal in 12 days. Mean pain score as assessed by a visual analog scale (VAS) decreased from baseline 55.7 to 14.7 (p=0.0001). Pain which interfered with sleep decreased from baseline 60.4 to 15.5 (p=0.0001). Follow-up was at least 4 months in the majority of patients. Overall 1 of 19 patients experienced no improvement with gabapentin. The drug was well tolerated, and the only adverse event was lower limb edema in 1 patient. After the study ended, 15 patients were still on gabapentin; 4 patients stopped the medication after 1 to 3 months due to complete or nearly complete pain relief. Another advantage noted by the authors was the low potential for drug interactions with gabapentin as the drug is not metabolized in the liver and is eliminated by renal secretion as unchanged drug (La Spina et al, 2001).

b. Oral GABAPENTIN 300 milligrams (mg) three times a day proved to be effective therapy for painful POLYNEUROPATHY in a 41-year-old man positive for HIV infection but not receiving anti-retroviral treatment. The patient was diagnosed with Mycobacterium tuberculosis, and, at that time, he reported a 6-month history of paresthesias in his legs. His tuberculosis was successfully treated; however, the neurologic deficits in his lower extremities progressively worsened. He developed severe loss of strength in his legs, hard leg pain, and proprioceptor alterations. An electromyogram showed demyelination and distal symmetric sensorimotor polyneuropathy. Carbamazepine 400 mg 3 times daily produced no improvement. Low-dose gabapentin was introduced and gradually increased while carbamazepine was withdrawn. Motor deficits slowly improved and in 1 month, the patient was able to walk without help (Prada et al, 1999).

### AE. NICOTINE WITHDRAWAL

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Effective for nicotine withdrawal in 1 case report
```

### 3. ADULT:

a. A 54-year-old man who was abusing a homemade nicotine nasal spray was successfully weaned from nicotine by use of gabapentin therapy. Previously, the patient had been alcohol-dependent, but his dependency was in remission and he was being treated for depression (sertraline 200 milligrams (mg)/day, trazodone 400 mg/day). He asked for help with his nicotine addiction. He obtained nicotine (1 gram/milliliter of solution) over the internet. The nicotine was diluted with distilled water to 10 mg/mL,

placed into spray bottles, and used in increasing amounts as a nasal spray (2 sprays per nostril every waking hour). He had failed in attempts to decrease use of the nasal nicotine. Over 3 days, gabapentin was titrated from 300 mg/day to 300 mg 3 times a day. The patient reported decreased nicotine craving, decreased use of the nasal spray, and diminished withdrawal symptoms (ie, reduced irritability and mood instability). With gabapentin therapy (2400 mg/day), he had abstained from nicotine for 10 weeks. The authors recommend that further study be given to the use of gabapentin for nicotine withdrawal (Myrick et al, 2001).

## AF. NYSTAGMUS

1. OVERVIEW:

        FDA APPROVAL:  Adult, no; pediatric, no
        EFFICACY:  Adult, possibly effective
        DOCUMENTATION:  Adult, poor

2. SUMMARY:

        - Improves nystagmus

3. ADULT:

a. In a double-blind, cross-over trial, gabapentin (up to 900 milligrams/day) was more effective than baclofen (up to 30 milligrams/day) for acquired pendular nystagmus, however, neither drug was very effective for downbeat nystagmus (Averbuch-Heller et al, 1997). In 15 patients with acquired pendular nystagmus, gabapentin significantly improved visual acuity and median eye speed in all 3 planes. Baclofen produced no significant change in visual acuity and only affected eye speed in the vertical plane. In 6 patients with downbeat or torsional downbeat nystagmus, changes in median slow-phase eye speed were less consistent with both drugs. In all 21 patients, gabapentin produced a significant increase in far and near visual acuity (p less than 0.05) and decrease in median eye speed (p less than 0.01). Baclofen had no significant effect on visual acuity but did reduce median, vertical eye speed (p less than 0.01).

b. In a pilot study, three patients with acquired forms of nystagmus experienced a decrease in symptoms and improvement in vision with GABAPENTIN. In two of the patients, nystagmus was associated with multiple sclerosis; the third patient experienced nystagmus following a brainstem stroke. Gabapentin was administered as a single 600-milligram dose which resulted in improvement in vision in all three patients. In two of the patients who continued to take the drug, at doses of 900 to 1500 milligrams per day, improvement in vision was sustained after 5 weeks of treatment (Stahl et al, 1996).

## AG. OBSESSIVE-COMPULSIVE DISORDER - AUGMENTATION THERAPY

1. OVERVIEW:

        FDA APPROVAL:  Adult, no; pediatric, no
        EFFICACY:  Adult, possibly effective
        DOCUMENTATION:  Adult, fair

2. SUMMARY:

- Possibly effective when added to fluoxetine

3. ADULT:

a. Obsessive-compulsive patients who were partially responsive to fluoxetine responded to gabapentin augmentation (Cora-Locatelli et al, 1998). Patients stable on fluoxetine, mean dose 68 milligrams (mg)/day received gabapentin augmentation therapy beginning with 900 mg/day and titrated to 3600 mg. By week 6 patients were receiving an average gabapentin dose of 2520 mg. Patients subjectively reported improved anxiety, obsessive-compulsive symptoms, sleep and mood.

## AH. ORTHOSTATIC TREMOR

1. OVERVIEW:

FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, effective
DOCUMENTATION:  Adult, fair

2. SUMMARY:

- Improves orthostatic tremor symptoms in doses of
  300 to 2400 milligrams per day

3. ADULT:

a. In an open-label study of seven consecutive patients presenting with orthostatic tremor, gabapentin in doses of 300 to 1800 milligrams (mg) per day subjectively improved symptoms in all seven patients. Patients were similarly diagnosed using strict clinical criteria and five patients had previously been treated with clonazepam, four without improvement. Subjectively, patients reported improvement ranging from 60 to 80% (mean 73%). In one patient, gabapentin was added to clonazepam. The mean duration of treatment was 11 months and no patients had to discontinue therapy due to side effects. Reported side effects included sedation, nausea, diplopia, unsteadiness, and constipation (Evidente et al, 1998).

b. Orthostatic tremor almost disappeared with gabapentin treatment in 3 out of 4 patients (Onofrj et al, 1998). Patients were started on gabapentin 300 milligrams and increased to 1800 mg with 1 patient further increased to 2400 mg. Utilizing self-monitoring scales, tremor rating scales, and electromyography, gabapentin was shown to improve tremor during the 1800 to 2400 mg treatment as compared to baseline (p less than 0.01).

## AI. PAIN - POSTPOLIOMYELITIS PAIN

## 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

## 2. SUMMARY:

```
- Relieves pain associated with
  POSTPOLIOMYELITIS SYNDROME
```

## 3. ADULT:

a. GABAPENTIN 300 milligrams twice daily was also effective in relieving chronic low back pain and burning sensations associated with postpoliomyelitis syndrome in a case report. The pain was previously refractory to both nonsteroidal anti-inflammatory drugs and over-the-counter analgesics (Zapp, 1996).

## AJ. PAIN - REFLEX SYMPATHETIC DYSTROPHY

## 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective; pediatric,
           possibly effective
DOCUMENTATION:  Adult, fair;  pediatric, fair
```

## 2. SUMMARY:

```
- Patients experience dramatic results in pain
  associated with reflex sympathetic dystrophy

- Controlled studies are needed to define the role
  for REFLEX SYMPATHETIC DYSTROPHY
```

## 3. ADULT:

a. In a case series, 6 patients who had experienced years of severe, intractable pain, and had undergone multiple treatments including nerve blocks and drug therapy for their reflex sympathetic dystrophy, experienced dramatic results with gabapentin therapy (Mellick & Mellick, 1997). Doses used were typically 900 milligrams (mg) per day, however, some patients required higher doses of 2400 to 3600 mg per day. Specific improvements were reduced hyperpathia, allodynia, hyperalgesia, and early reversal of skin and soft tissue manifestations.

## 4. PEDIATRIC:

a. Two cases of improved pain relief in patients with REFLEX SYMPATHETIC DYSTROPHY were described including one of a 9-year-old girl (McGraw & Kosek, 1997). She had burning and stinging pain in her feet which was initially treated with gabapentin 100 mg three times per day. She was increased to 300 mg three times daily for 4 months. At that time the medication was tapered off and she remained pain-free for 6 months.

## AK. PANIC DISORDER

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, good
```

### 2. SUMMARY:

```
- GABAPENTIN was more effective in patients with
  greater illness severity, but overall was not
  significantly more efficacious than placebo
```

### 3. ADULT:

a. According to an 8-week, randomized, double-blind trial (n=103), improvement in patients with panic disorder (DSM-IV) was not significantly greater comparing GABAPENTIN and placebo therapy (p=0.606); however, when study subjects were stratified for illness severity, the more severely ill patients who were receiving gabapentin showed significantly more improvement than those given placebo (p=0.04). Stratification divided patients according to scores on the Panic and Agoraphobia Scale (PAS), scores of 20 or more (n=53) versus scores of less than 20 (n=41). Of those with scores of 20 or more, there was a 10.37 PAS-score reduction in gabapentin-treated subjects and a 4.88-point reduction among placebo-treated patients (p=0.04, least-squares mean change in scores). Women with scores of 20 or more were more likely to respond than men, regardless of treatment. Doses of gabapentin varied based on response, ranged from 600 to 3600 milligrams/day, and were increased as long as the patient was symptomatic and no limiting adverse effects were present. Side effects of gabapentin were somnolence, headache, and dizziness; approximately 12% of gabapentin- and 4% of placebo-treated patients withdrew due to an adverse event. One serious event (an automobile accident) in a gabapentin-treated patients was rated by the investigator as unlikely to be medication-related (Pande et al, 2000).

## AL. PARTIAL SEIZURES - ADJUNCTIVE THERAPY

```
FDA Labeled Indication
```

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, yes;
               pediatric, yes (3 to 12 years)
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS                                      Page 61 of 85

```
EFFICACY:  Adult, effective; pediatric, effective
DOCUMENTATION:  Adult, excellent; pediatric, excellent
```

## 2. SUMMARY:

```
- Indicated as adjunctive therapy in the treatment of
  partial seizures with and without secondary
  generalization in adults with epilepsy
```

## 3. ADULT:

a. GENERAL INFORMATION: In open and controlled clinical studies, add-on therapy with GABAPENTIN in oral doses of 900 to greater than 1600 milligrams daily has been effective in treating patients with drug- resistant partial epilepsy (simple partial seizures, complex partial seizures, secondarily generalized seizures) (Baulac et al, 1998; Anon, 1998; Hardin et al, 1998; Sivenius et al, 1991; Anon, 1990; Handforth et al, 1989; Bauer et al, 1987; Crawford et al, 1987). With GABAPENTIN 1200 milligrams daily, a reduction in the frequency of partial seizures by at least 50% has been reported in 25% to 33% of patients (Sivenius et al, 1991; Anon, 1990). In studies investigating GABAPENTIN 900 ...s daily, the frequency has been halved in only 12% to 20% (Sivenius et al, 1991; Crawford et al, Doses of 1200 to 2400 milligrams in patients with partial seizures refractory to other .onvulsants has resulted in 43% of patients reducing their seizure frequency by at least 50% (Leach, .997). Although comparative studies are lacking, indirect analysis suggests that the efficacy of GABAPENTIN is similar to or less than that of VALPROIC ACID or VIGABATRIN as add-on therapy (Mumford, 1988; Gram, 1988; Anon, 1990; Crawford et al, 1987).

b. Gabapentin was shown to be effective as add-on therapy in patients with localization-related epilepsy (Mayer et al, 1999). In this 26-week, open-label multicenter study, patients still exhibiting a minimum of 6 partial seizures with or without secondary generalization (n=110) after prior antiepileptic drug (AED) therapy were initiated on gabapentin, in addition to their existing AED regimen. Gabapentin was titrated to 1200 milligrams/day (mg/day) within the first 5 days and was further titrated to a maximum daily dose of 2400 mg/day in increments of 400 mg after every second seizure for the first 18 weeks. When seizure frequency during the last 8 weeks of treatment was compared to that during the 8-week baseline period, 59.7% of patients demonstrated a reduction in seizure frequency of 50% or more. Similar reductions in specific seizure types, simple partial seizures, complex partial seizures, and secondarily generalized tonic-clonic seizures, occurred in 63.3%, 60%, and 76.8% of patients, respectively. No significant changes were reported in quality of life, and no correlation was found between trough plasma levels of gabapentin and reduction in seizure frequency.

c. Gabapentin was shown to be effective as add-on therapy in patients with localization-related epilepsy (Mayer et al, 1999). In this 26-week, open-label multicenter study, patients still exhibiting a minimum of 6 partial seizures with or without secondary generalization (n=110) after prior antiepileptic drug (AED) therapy were initiated on gabapentin, in addition to their existing AED regimen. Gabapentin was titrated to 1200 milligrams/day (mg/day) within the first 5 days and was further titrated to a maximum daily dose of 2400 mg/day in increments of 400 mg after every second seizure for the first 18 weeks. When seizure frequency during the last 8 weeks of treatment was compared to that during the 8-week baseline period, 59.7% of patients demonstrated a reduction in seizure frequency of 50% or more. Similar reductions in specific seizure types, simple partial seizures, complex partial seizures, and secondarily generalized tonic-

clonic seizures, occurred in 63.3%, 60%, and 76.8% of patients, respectively. No significant changes were reported in quality of life, and no correlation was found between trough plasma levels of gabapentin and reduction in seizure frequency.

d. In an open-label six-month observational study of 610 patients (mean age 37 years) with partial epilepsy, gabapentin add-on therapy (mean dose 1739 milligrams per day) reduced seizure frequency by 50% or more in 34% of patients, with a median reduction of seizure frequency of 21%. Patients had a mean baseline seizure frequency of 7.2 per month and were taking 2.3 concomitant antiepileptic medications. During the last 4- week evaluation period, 79 patients remained seizure free, compared to only nine seizure-free patients at baseline. At six months, 57 patients (9.7%) had discontinued therapy due to side effects and 368 patients (62%) continued on gabapentin therapy. The most frequently reported side effects were somnolence, asthenia, and weight gain (Baulac et al, 1998).

e. A 20-week open-label study of gabapentin add-on therapy (mean 1600 milligrams per day) in 141 patients with partial epilepsy reduced the combined frequency of complex partial seizures and secondarily generalized seizures by half or more in 71% of patients (p=0.0001). Patients (mean age 42 years) with eight or more complex partial seizures with or without secondarily generalized seizures in the previous 2 months and taking stable doses of either carbamazepine, phenytoin, or both were included. Significant improvements were also observed in the Quality of Life in Epilepsy (QOLIE-10) assessment (p=0.0002). Analysis by the type of seizure showed significant reductions only for complex partial seizures (p=0.0001). Somnolence and dizziness were the most frequently reported side effects with gabapentin. Sixteen patients discontinued therapy due to side effects prior to the end of the 20-week study period (Anon, 1998).

f. In a retrospective evaluation of 90 patients (7 months to 78 years) with partial or generalized seizure disorders, the addition of gabapentin therapy reduced seizure frequency in 69 patients (77%). The mean gabapentin dose was found to be 1700 milligrams (mg) per day and 95% were using other antiepileptic drugs. The duration of treatment ranged from one to 14 months and gabapentin was discontinued in 21 patients due to side effects or lack of efficacy. The most frequently reported side effects were sedation, dizziness, headache, and weight gain (Hardin et al, 1998).

g. In one 14-week study, maximal reductions in partial seizure frequency (approximately 34%) were seen after 3 to 6 weeks of GABAPENTIN therapy (600 to 1200 milligrams daily); after this time, the overall reduction in seizure frequency tended to be less (approximately 27%) (Anon, 1990). It is unclear if this represents tolerance development.

4. PEDIATRIC:

a. The safety and efficacy of adjunctive GABAPENTIN demonstrated in a 3-month double-blind, placebo-controlled trial was sustained in an added 6-month open-label extension of the previous study involving children 3 to 12 years of age with refractory partial seizures (n=237). Study subjects received gabapentin as 24 to 70 milligrams/kilogram/day (initial dosing was 24 to 35 mg/kg/day in 3 divided doses). Most subjects were receiving sodium valproate or carbamazepine; other medications included vigabatrin, lamotrigine, clobazam, phenytoin, or (rarely) phenobarbitone. Mean duration of gabapentin treatment was 154 days. For all partial seizures, 80 of 237 patients (34%) showed a positive response, ie, a greater than 50% reduction in baseline partial seizure frequency (baseline as the period before the double-blind phase). Of 177 patients with complex partial seizures, 103 (58%) were positive responders; 58 of 99 with secondary generalized tonic-clonic seizures responded positively. Four patients were seizure-free during the open-label phase, while 42 patients had a 75% or greater reduction in seizure frequency. During the open-label phase, 12 patients (5%) experienced at least 1 episode of status epilepticus; 3 of them had multiple episodes (more than 4). Somnolence was the most commonly

associated side effect of gabapentin. Thirteen patients withdrew due to adverse effects; these effects included convulsions, hostility, emotional lability, fatigue, ataxia, hyperkinesia, urinary incontinence, or confusion (Appleton et al, 2001).

## AM. PARTIAL SEIZURES - MONOTHERAPY

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, effective; pediatric, effective
DOCUMENTATION:  Adult, good; pediatric, good
```

### 2. SUMMARY:

    - Effective as monotherapy for partial seizures

### 3. ADULT:

a. In a randomized, double-blind clinical trial of 292 patients (12 years and older) with newly diagnosed partial seizures, gabapentin monotherapy at doses of 900 milligrams (mg) per day or 1800 mg per day was superior to gabapentin 300 mg per day and comparable in efficacy to open-label carbamazepine 600 mg per day. Patients were randomized to one of the three gabapentin regimens or open-label carbamazepine for 24 weeks. The primary outcome of the study was the time to an exit event, defined as one generalized tonic-clonic seizure, 3 simple or complex partial seizures, or status epilepticus. Time to an exit event was significantly longer for patients receiving 900 mg or 1800 mg per day of gabapentin compared to the 300 mg per day gabapentin regimen (p=0.018; p=0.04, respectively). For the combined outcome of exit events or withdrawal due to side effects, gabapentin 900 mg per day had the highest rate of study retention over the 24 week evaluation. Dizziness, headache, and fatigue were the most frequently reported side effects (Chadwick et al, 1998).

b. Gabapentin was effective as monotherapy for partial seizures in 23 of 30 patients (9 to 75 years old) in a retrospective review (Heilbroner & Devinsky, 1997). Median duration of gabapentin monotherapy was 6 months with a median dose of 1200 milligrams. During gabapentin therapy, 9 patients reported a greater than 90% seizure reduction, 6 patients had a 50% to 89% reduction, 2 patients had a 25% to 49% reduction, 12 had no change and 1 had a 25% increase in seizures. Six of the 12 patients with no change in seizure frequency, had already experienced good seizure control and therefore maintained this level. Specific seizure type did not predict response. Four patients discontinued gabapentin due to adverse effects.

### 4. PEDIATRIC:

a. In a case report concerning a 15-year-old female with focal epilepsy, gabapentin 400 milligrams (mg) three times daily was as effective and better tolerated than previous carbamazepine treatment, which had caused allergic dermatologic reactions after successful treatment initially. Concurrent carbamazepine was reduced from 600 mg/day to 200 mg/day for six months, at which point it was discontinued. Gabapentin monotherapy was then continued, and the patient was seizure-free without adverse effects for several months (Kindler, 1997).

## AN. PARTIAL SEIZURES - REFRACTORY

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Pediatric, ineffective
DOCUMENTATION:  Pediatric, fair
```

### 2. SUMMARY:

```
- Ineffective as adjunctive therapy for refractory
  partial seizures
```

### 3. PEDIATRIC:

a. Gabapentin showed little to no benefit in an open label trial in 52 children with refractory partial seizures treated concomitantly with gabapentin 26 to 78 milligrams/kilogram (mg/kg)(mean=52 mg/kg) and one other antiepileptic agent. Thirty four patients discontinued due to inadequate seizure control, 3 children had increased seizure frequency while being treated with gabapentin, and 12 children showed benefit at the beginning of the trial but subsequently became tolerant to gabapentin and experienced decreases in seizure control. Only 3 children continued to benefit from gabapentin therapy, and no child was seizure free throughout the trial. Adverse events were minimal and most commonly included increased salivation and hyperactivity (Korn-Merker et al, 2000).

## AO. PHANTOM LIMB SYNDROME

### 1. OVERVIEW:

```
FDA APPROVAL: Adult, no; pediatric, no
EFFICACY: Adult, possibly effective;
          pediatric, possibly effective
DOCUMENTATION: Adult, fair; pediatric, fair
```

### 2. SUMMARY:

```
- GABAPENTIN reduced PHANTOM LIMB PAIN in a case
  series of children and young adults
```

### 3. PEDIATRIC:

a. GABAPENTIN therapy provided successful control of phantom limb pain in a series of 7 patients, ranging from 4 to 28 years of age. Within 2 months of beginning gabapentin, pain in the phantom limb had resolved in 6 of 7 patients; in the seventh patient, pain was reduced to a tolerable level. Daily

gabapentin doses ranged from 14 to 40 milligrams/kilogram; commonly when the right dose was found, the relief of pain occurred suddenly. Mean follow-up time with the cohort was 1.74 years. Four of the patients were able to taper the gabapentin, and had no recurrence of pain when the drug was totally withdrawn. One patient used gabapentin on an occasional basis when the phantom sensations were really bad. Another patient had reached almost complete resolution of phantom pain when his cancer metastasized and he died shortly thereafter. One patient who did not have resolution of pain requested that gabapentin be stopped. Tapering was begun; when the dose had dropped from 800 to 600 mg three times a day, she experienced a dramatic increase in phantom pain, and the dose was returned to 800 mg 3 times daily. She continued to receive maintenance doses of gabapentin, varying the dose between 800 and 1200 mg 3 times a day. There were minimal side effects with gabapentin therapy; 4 patients had mild dizziness, which disappeared after several doses (Rusy et al, 2001).

## AP. POSTHERPETIC NEURALGIA

FDA Labeled Indication

1. OVERVIEW:

FDA APPROVAL:  Adult, yes; pediatric, no
EFFICACY:  Adult, effective
DOCUMENTATION:  Adult, good

2. SUMMARY:

- Reduces pain in patients with postherpetic neuralgia

- Effective in some cases of acute herpetic neuralgia

3. ADULT:

a. Gabapentin treatment reduced the pain of postherpetic neuralgia, improved sleep, and generally improved patients' quality of life. In a randomized, double-blind, multicenter trial in Britain, 334 patients underwent a week-long run-in period before beginning treatment with gabapentin 1800 or 2400 milligrams (mg) per day or placebo. Gabapentin doses were started at 300 mg/day and increased by 300 mg/day for 4 days. Dosing was stable at 1200 mg/day for days 4 to 7 and then titrated up to 1800 mg/day. After 2 weeks, doses were further titrated for patients randomized to 2400 mg/day. All doses were stable after day 16 and continued for a total of 7 weeks of treatment. Pain relievers other than acetaminophen and acetaminophen/codeine were disallowed. Changes in pain scores from baseline to the end of study were significantly greater in the gabapentin groups (p less than 0.01). Reductions in pain scores were 15.7% for the placebo group, 34.5% for gabapentin 1800 mg and 34.5% for gabapentin 2400 mg. Differences in pain scores were evident as early as one week after the start of treatment (when the dose was 1200 mg/day). The proportion of patients experiencing more than a 50% reduction in pain were 32% and 34% with gabapentin 1800 mg and 2400 mg, respectively, and 14% with placebo. Sleep interference showed a pattern similar to that of pain. Quality of life measures showed greater improvements with

gabapentin than with placebo. Gabapentin-treated patients experienced more adverse effects than placebo-treated patients. The most common adverse events with gabapentin were dizziness and drowsiness (Rice et al, 2001).

b. Gabapentin reduced pain in patients with postherpetic neuralgia present for more than 3 months after healing of the rash (Rowbotham et al, 1998). In a multicenter, double-blind study, patients received either gabapentin (n=109) titrated over 4 weeks to the maximum tolerable dose (maximum dose 3600 milligrams/day) or placebo (n=116). After 8 weeks, the average pain score (11-point Likert scale) was significantly decreased in the gabapentin group (33.3%) versus placebo (7.7%; p less than 0.001). Mean scores for the Short Form McGill Pain Questionnaire also markedly improved for total pain (p less 0.001) and specifically for 2 components: sensory pain and affective pain (p less than 0.001). At the end of the study, 43.2% of patients treated with gabapentin categorized their pain as much or moderately improved versus only 12.1% of the placebo group.

c. Two cases of acute herpetic neuralgia pain and 3 cases of postherpetic neuralgia pain which responded to gabapentin therapy were described (Filadora et al, 1999). All occurred in the head and neck area with some patients unresponsive to narcotics, amitriptyline, acetaminophen, and ibuprofen. Doses of gabapentin used were 600 to 1800 milligrams.

d. Gabapentin was useful for postherpetic neuralgia and direct peripheral nerve injuries in a retrospective chart review of pain patients receiving gabapentin for at least 30 days (Rosenberg et al, 1997). The standard practice for this group was to rapidly increase gabapentin to 1600 milligrams/day and further increase to 2400 milligrams/day if benefits were evident. Self-reported visual analog scales were reviewed. A significant decrease in pain score was observed in patients with neuropathic pain (p less than 0.0001) and myofacial pain (p less than 0.04). No difference was seen for back pain. Further subgroup analysis showed the greatest declines for postherpetic neuralgia pain scores (53%, p less than 0.004) and diabetic neuropathy (19%, p less than 0.03). Patients with a greater than 75% decrease in pain score included 9 with a direct nerve injury and 1 with postherpetic neuralgia.

e. GABAPENTIN may be of benefit in the treatment of POSTHERPETIC NEURALGIA. In a case report of an elderly woman whose pain was refractory to capsaicin, desipramine, and both parenteral and epidurally administered narcotic analgesics, therapy with gabapentin 300 milligrams three times daily resulted in marked relief of symptoms (Segal & Rordorf, 1996).

## AQ. RESTLESS LEGS SYNDROME

1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, fair
```

2. SUMMARY:

```
- Results of a small study showed improvement of
  restless legs syndrome with GABAPENTIN therapy in
  hemodialysis patients
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

3. ADULT:

a. Oral GABAPENTIN therapy may improve symptoms of restless legs syndrome in hemodialysis patients, based on a small double-blind, cross-over trial (n=16). Subjects were randomized to a 6-week course of gabapentin (300 milligrams administered 3 times weekly at the end of hemodialysis sessions) or placebo. Following a 1-week wash-out period, subjects crossed over to the other therapy. A questionnaire utilizing criteria developed by the International Restless Legs Syndrome Study Group was administered at baseline and after each treatment period. Mean baseline score on the questionnaire was 6.9. Post-treatment scores were 5.8 after placebo therapy compared with 3.0 after gabapentin therapy (p less than 0.01). Defining response to treatment as a score less than 6, there were 11 patients who responded to gabapentin and not to placebo (p less than 0.01), 1 who responded to placebo and not to gabapentin, and 1 who responded to both. Three subjects failed to complete the study; in 2 cases, somnolence/lethargy related to gabapentin was the cause; a third participant died of myocardial infarction on placebo before cross-over (Thorp et al, 2001).

## AR. SEIZURES - ACUTE INTERMITTENT PORPHYRIA

1. OVERVIEW:

        FDA APPROVAL:  Adult, no; pediatric, no
        EFFICACY:  Adult, effective
        DOCUMENTATION:  Adult, poor

2. SUMMARY:

        - Appears to be safe when used in patients with
        porphyria

3. ADULT:

a. A 23-year-old woman was safely treated with gabapentin 1200 milligrams/day for her seizures associated with acute intermittent porphyria (Zadra et al, 1998). She became seizure-free and had no more abdominal pains. She had previously experienced attacks while on phenytoin, carbamazepine, and valproate.

## AS. SEIZURES - BRAIN TUMOR-INDUCED

1. OVERVIEW:

        FDA APPROVAL:  Adult, no; pediatric, no
        EFFICACY:  Adult, possibly effective
        DOCUMENTATION:  Adult, fair

2. SUMMARY:

        - Effective as adjunct therapy in an open trial of

```
                  patients with refractory seizures associated with
                  intracranial tumors

             -    Controlled studies are needed to validate these
                  results
```

## 3. ADULT:

a. Add-on therapy with GABAPENTIN was effective in an open-label trial in a group of patients (n=14) with refractory seizures associated with intracranial tumors. The majority of patients had malignant tumors (glioblastomas, metastases, and malignant astrocytoma). Gabapentin was titrated to a final dose of 900 to 2400 milligrams per day; all of the patients responded with at least a 50% reduction in seizure frequency, and half of the patients became seizure-free. Most of the patients were also treated with corticosteroids or cranial irradiation which may have contributed to improvement in their clinical status (Perry & Sawka, 1996).

## AT. SEIZURES - CLOZAPINE-INDUCED

### 1. OVERVIEW:

```
             FDA APPROVAL:  Adult, no; pediatric, no
             EFFICACY:  Adult, possibly effective
             DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
             -   Gabapentin prevented clozapine-induced seizures
                 in a 65-year-old, chronic schizophrenic woman
```

### 3. ADULT:

a. Gabapentin was effective as a prophylactic agent in the prevention of clozapine-induced seizures. A 65-year-old chronic schizophrenic women, with no prior history of seizures, had clozapine added to her medication regimen of haloperidol 10 milligrams (mg) per day and procyclidine 5 mg twice daily. Over a four week period clozapine was gradually increased to 37.5 mg daily. The patient had a generalized tonic-clonic seizure 2 days after the last increase in dose and the clozapine was discontinued. Gabapentin, 1200 mg/day, was added prophylactically to prevent seizures and the clozapine was gradually increased to 300 mg per day. Due to a lack of therapeutic response the clozapine was to be discontinued. During the clozapine taper, gabapentin was also decreased to 600 mg/day due to complaints of somnolence. The next day the patient had a second tonic-clonic seizure and the clozapine was withdrawn (Landry, 2001).

## AU. SEIZURES - GENERALIZED

### 1. OVERVIEW:

```
             FDA APPROVAL:  Adult, no; pediatric, no
```

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

```
EFFICACY:  Adult, effective
DOCUMENTATION:  Adult, good
```

## 2. SUMMARY:

```
- Demonstrates efficacy as add-on therapy in patients
  with generalized seizures in limited studies
```

## 3. ADULT:

a. GABAPENTIN has shown efficacy in the treatment of secondarily generalized seizures (Sivenius et al, 1991; Crawford et al, 1987). A reduction in tonic-clonic seizures by 50% or more was reported in 70% of patients in 1 small study (n=11) employing a lower dose of GABAPENTIN (900 milligrams daily) (Crawford et al, 1987). A median reduction in tonic-clonic seizures of 36% with GABAPENTIN in daily doses up to 1800 milligrams is reported. A significant reduction in absence seizures was also observed by these investigators. Additional placebo-controlled and comparative studies are needed to evaluate the efficacy of the drug in primary generalized seizures (Bauer et al, 1987).

## AV. SEIZURES - STATUS EPILEPTICUS

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Effective for FOCAL STATUS EPILEPTICUS
```

### 3. ADULT:

a. In 2 case reports, gabapentin was effective for refractory focal status epilepticus (Ettinger & Devinsky, 1997). The first patient was a 38-year-old man with recurrent clonic movements of the left facial muscles. He received phenytoin and lorazepam without improvement. Gabapentin 600 milligrams (mg) followed by 300 mg every 8 hours decreased seizure frequency within 5 hours. Phenytoin was continued at 500 mg/day and gabapentin was increased to 2400 mg and over the next 5 days to 4500 mg/day. He was then seizure-free. The second case was a 30-year-old man with refractory generalized tonic-clonic seizures on phenytoin and phenobarbital. He also had no response to fosphenytoin and lorazepam. He received gabapentin 600 mg via nasogastric tube, followed by 300 mg at 3 hours and another 300 mg 4 hours thereafter. Twelve hours after the initial dose of gabapentin, the seizures fully resolved and the patients was awake and alert. He was discharged seizure-free with gabapentin 600 mg three times daily added to his regimen.

GABAPENTIN - DRUGDEX DRUG EVALUATIONS

## AW. SENSORY DEFICITS

### 1. OVERVIEW:

```
FDA APPROVAL: Adult, no; pediatric, no
EFFICACY: Adult, possibly effective
DOCUMENTATION: Adult, poor
```

### 2. SUMMARY:

```
- Sensory deficits were ameliorated in 3 of 5
  patients being treated with gabapentin for
  neuropathic pain
```

### 3. ADULT:

a. Of 5 patients with sensory deficits in addition to neuropathic pain, 3 experienced partial restoration of sensation while their neuropathies were being treated with gabapentin. Two patients had peripheral diabetic neuropathy and one had neuropathic pain secondary to trigeminal nerve damage. At final doses of gabapentin 400 to 600 milligrams 3 times per day, all 3 patients experienced some improvement in severity and/or area of neuropathic pain. In addition, sensation returned to areas previously numb and unresponsive to temperature or touch (Chong et al, 2002).

## AX. SOCIAL PHOBIA

### 1. OVERVIEW:

```
FDA APPROVAL: Adult, no; pediatric, no
EFFICACY: Adult, effective
DOCUMENTATION: Adult, good
```

### 2. SUMMARY:

```
- Appears beneficial in the treatment of social
  phobia

- Optimal dose needs to be determined
```

### 3. ADULT:

a. Patients with social phobia appeared to benefit from gabapentin therapy (Pande et al, 1999). In a double-blind, 14-week study, patients randomly received either gabapentin starting with 300 milligrams (mg) twice daily (n=34) or placebo (n=35). During the first week the dose was increased to gabapentin 300 mg 3 times daily; thereafter, the dose could be increased in increments of no more than 300 mg daily

to a maximum of 3600 mg/day. The gabapentin group improved significantly better than the placebo group on the Liebowitz Social Anxiety Scale (LSAS) (p=0.008). Approximately 77% of the gabapentin responders received doses of greater than 2100 mg/day. Also, patients over 35 years of age exhibited a greater treatment effect than younger patients (p less than 0.05). LSAS scores plateaued between weeks 10 and 14. Dry mouth and dizziness were significantly more common in the gabapentin group than in the placebo group (p=0.05).

## AY. SPASTICITY

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, poor
```

### 2. SUMMARY:

```
- Reduces spasticity in patients with spinal cord
  injury
```

### 3. ADULT:

a. Gabapentin 1200 milligrams three times daily clinically reduced spasticity in 5 patients with spinal cord injury (Priebe et al, 1997). This result occurred during the open-label study period following a controlled, double-blind study of gabapentin 400 mg three times daily versus placebo. The lower dose gabapentin did not significantly improve spasticity. However, when patients were allowed to continue gabapentin at a higher dose, the patients reported improvement. A further control trial is warranted.

## AZ. TARDIVE DYSKINESIA

### 1. OVERVIEW:

```
FDA APPROVAL:  Adult, no; pediatric, no
EFFICACY:  Adult, possibly effective
DOCUMENTATION:  Adult, fair
```

### 2. SUMMARY:

```
- May have a role in the treatment of antipsychotic-
  induced tardive dyskinesia
```

### 3. ADULT:

a. In an open-label, non-comparative study, gabapentin improved Abnormal Involuntary Movement Scale

(AIMS) scores in patients with antipsychotic-induced tardive dyskinesia. Tardive dyskinesia was present for at least 1 year (mean 5.2 years) and concomitant drug therapy was stable for at least 2 months. Gabapentin was initiated at 300 milligrams/day (mg/day), increased to 600 mg/day after 2 days and the increased to 900 to 1200 mg/day by day 7. Patients were followed for 1 year. Five patients failed to complete the study due to poor adherence (n=1), poor efficacy (n=1), and adverse effects (n=3). Sedation, weight gain, dizziness, confusion, irritability and dysphoria were reported to be associated with the use of gabapentin. Mean AIMS scores showed statistically significant, time-related decreases. Mean AIMS scores decreased from 24.3 at baseline to 13.0 at 1 year (p less than 0.000). The mean percentage of improvement was 47.5% (range 14.3 to 72.4%). Larger clinical studies are warranted to determine the effectiveness of gabapentin in this patient population (Hardoy et al, 2003).

## 4.6 COMPARATIVE EFFICACY AND EVALUATION WITH OTHER SIMILAR THERAPEUTIC AGENTS

### A. AMITRIPTYLINE

#### 1. DIABETIC PERIPHERAL NEUROPATHY

a. There was no difference as measured by pain scales and global pain scores between amitriptyline and gabapentin in the treatment of diabetics with peripheral neuropathy pain (Morello et al, 1999). Diabetic patients with stable glycemic control (n=21) received either gabapentin or amitriptyline for 6 weeks and were then crossed-over to the other arm of therapy for 6 weeks with a 1-week wash-out between therapies. Dosage was adjusted based on the patient's response with gabapentin doses ranging from 900 to 1800 milligrams (mean dose 1565 mg) and amitriptyline doses ranging from 25 to 75 mg (mean dose 59 mg). Both drugs significantly decreased pain scores from baseline (both p less than 0.001). Amitriptyline provided moderate or greater pain relief in 67% of patients while gabapentin provided relief in 52% of patients (p=0.26). There was no statistically significant difference in occurrence of adverse effects between the drugs except for increased weight gain with amitriptyline.

### B. BACLOFEN

#### 1. NYSTAGMUS

a. In a double-blind, cross-over trial, gabapentin (up to 900 milligrams/day) was more effective than baclofen (up to 30 milligrams/day) for acquired pendular nystagmus, however, neither drug was very effective for downbeat nystagmus (Averbuch-Heller et al, 1997). In 15 patients with acquired pendular nystagmus, gabapentin significantly improved visual acuity and median eye speed in all 3 planes. Baclofen produced no significant change in visual acuity and only affected eye speed in the vertical plane. In 6 patients with downbeat or torsional downbeat nystagmus, changes in median slow-phase eye speed were less consistent with both drugs. In all 21 patients, gabapentin produced a significant increase in far and near visual acuity (p less than 0.05) and decrease in median eye speed (p less than 0.01) . Baclofen had no significant effect on visual acuity but did reduce median, vertical eye speed (p less than 0.01).

### C. LAMOTRIGINE

#### 1. MOOD DISORDERS

a. Preliminary results from a cross-over study (randomized, double- blinded) suggest that LAMOTRIGINE may be superior to GABAPENTIN, as well as placebo, for the improvement of refractory mood disorders (n=31) (Frye et al, 2000). Study subjects included bipolar I (11), bipolar II

(14), and unipolar (6) patients (of the bipolar, 23 were rapid-cycling); all had tried other mood stabilizing agents previously. Percentages of those who had responded by 6 weeks were 52% for lamotrigine, 26% for gabapentin, and 23% for placebo based on the Clinical Global Impression (CGI) scale modified for bipolar illness (p=0.011, lamotrigine vs gabapentin); responders were defined as those who were much or very much improved on the CGI scale. Both agents were well-tolerated. The one exception was a patient who developed a rash caused by lamotrigine; the rash progressed to toxic epidermal necrolysis, requiring treatment in a burn unit; the patient made a full recovery. A trend showed that subjects tended to lose weight on lamotrigine relative to the weight gained on gabapentin. Lamotrigine was initiated at a dose of 25 milligrams (mg) daily in week 1, titrated to 50 mg/day in week 2, 50 to 100 mg/day in week 3, 150 to 300 mg for weeks 4 to 5, and 300 to 500 mg for weeks 5 to 6. Gabapentin was given at an initial daily dose of 900 mg, titrated to 1500 mg by the end of week 1, 2700 mg by the end of the second week, 3600 mg by week 3, 4200 by week 4, and 4800 mg by week 5 to 6. Mean daily doses as of week 6 were 274 mg for lamotrigine and 3987 mg for gabapentin.

## 2. ADVERSE EFFECTS

a. In healthy volunteers, cognitive difficulties were associated with topiramate while gabapentin and lamotrigine had only minimal effects (Martin et al, 1999). Healthy young adults (n=17) were randomized to receive topiramate 5.7 milligrams/kilogram (mg/kg), lamotrigine 7.1 mg/kg, or gabapentin 35 mg/kg. Doses were titrated up over 4 weeks. Neurobehavioral performances were then compared at baseline, 2 weeks, and 4 weeks. For the visual serial addition test, the topiramate group made significantly more errors during week 2 (p less than 0.02) and during week 4 (p less than 0.004) than the lamotrigine or gabapentin groups. On the symbol digits modalities test, the topiramate group performed poorer than the lamotrigine and gabapentin at week 2 (p less than 0.005) and worse than the lamotrigine group at week 4 (p less than 0.04). On memory tests at week 2 the topiramate group was worse than the gabapentin group (p less than 0.05). The lamotrigine group was below that of the gabapentin group but above the topiramate group. At week 4 the groups were similar. The topiramate group also reported more symptoms of depressed mood at week 4 compared to the lamotrigine and gabapentin groups (p less than 0.004), and had more anger-hostility symptoms than the lamotrigine group at week 4 (p less than 0.02). Further long-term drug effects should be evaluated.

## D. PROPRANOLOL

## 1. ESSENTIAL TREMOR

a. In a comparative, double-blind, crossover, placebo-controlled study, gabapentin 400 milligrams (mg) three times daily was as effective as propranolol 40 mg three times daily when compared to placebo in the treatment of patients with essential tremor (Gironell et al, 1999). Patients (n=20) were randomized to initially receive either gabapentin, propranolol, or placebo for a two-week treatment duration and then crossed-over to the other 2 arms with a 1-week washout period between treatments. Significant reductions with gabapentin and propranolol treatment were seen in the Tremor Clinical Rating Scale including the clinical examination and motor task performance as compared to placebo (p less than 0.05, p=0.002, respectively). No differences in self-reported subjective disability scale or neurophysiologic data obtained from accelerometry were noted between the 3 groups.

## E. TOPIRAMATE

## 1. ADVERSE EFFECTS

a. In healthy volunteers, cognitive difficulties were associated with topiramate while gabapentin and lamotrigine had only minimal effects (Martin et al, 1999). Healthy young adults (n=17) were randomized

to receive topiramate 5.7 milligrams/kilogram (mg/kg), lamotrigine 7.1 mg/kg, or gabapentin 35 mg/kg. Doses were titrated up over 4 weeks. Neurobehavioral performances were then compared at baseline, 2 weeks, and 4 weeks. For the visual serial addition test, the topiramate group made significantly more errors during week 2 (p less than 0.02) and during week 4 (p less than 0.004) than the lamotrigine or gabapentin groups. On the symbol digits modalities test, the topiramate group performed poorer than the lamotrigine and gabapentin at week 2 (p less than 0.005) and worse than the lamotrigine group at week 4 (p less than 0.04). On memory tests at week 2 the topiramate group was worse than the gabapentin group (p less than 0.05). The lamotrigine group was below that of the gabapentin group but above the topiramate group. At week 4 the groups were similar. The topiramate group also reported more symptoms of depressed mood at week 4 compared to the lamotrigine and gabapentin groups (p less than 0.004), and had more anger-hostility symptoms than the lamotrigine group at week 4 (p less than 0.02). Further long-term drug effects should be evaluated.

## F. ROPINIROLE

### 1. RESTLESS LEGS SYNDROME

a. Investigators of an open-label, pilot study did not find significant differences in the tolerability and the efficacy of ropinirole and gabapentin for treatment of idiopathic restless leg syndrome. Patients were randomized to receive either gabapentin 300 milligrams (mg) 2 hours before bedtime (n=8) or ropinirole 0.25 mg in the late afternoon and 2 hours before bedtime (n=8). Doses were titrated in steps of 300 mg for gabapentin and 0.25 mg for ropinirole until symptoms of restless leg syndrome clearly improved or disappeared. After 4 weeks of therapy, mean gabapentin doses were 750 mg (range 300 to 1,200 mg) daily and mean ropinirole doses were 0.78 mg (range 0.25 to 1.5 mg). Polysomnographic data showed the number of periodic leg movements per hour of sleep time (PLMS index) had decreased in the gabapentin arm from 39.2 times to 22.6 (p=0.012) and the number of arousals, due to periodic leg movements during sleep, per hour of sleep time (PLMS arousal index) decreased from 6.7 to 2.4 time (p=0.017). Sleep efficiency, total sleep time, sleep latency and duration of slow wave sleep did not significantly change. In the ropinirole arm, the PLMS index decreased from 48.4 to 13.2 times (p=0.018), however, the PLMS arousal index did not significantly change (8.6 versus 9.3, p=0.123). Unlike the gabapentin arm, patients in the ropinirole arm had significant changes in their sleep architecture compared to baseline with more light sleep (p=0.007), less deep (p=0.001) and REM sleep (p=0.003), less total sleep (p=0.015) and lower sleep efficiency (p=0.01). Six to 10 months later, gabapentin patients were still on therapy (mean dosage 300 to 900 mg per day). Of the 8 patients on ropinirole, only 3 were still on therapy. One ropinirole patient did not experience sufficient relief and was switched to gabapentin and the other 4 patients no longer wanted to take any medications. Mild and transient numbness, dizziness, sleepiness and headache were reported with gabapentin use. Ropinirole was associated with nausea and sleepiness that was also mild and transient (Happe et al, 2003).

## 6.0 REFERENCES

1. ADEC: Australian Drug Evaluation Committee: Medicine in Pregnancy - An Australian Categorisation of Risk of Drug Abuse in Pregnancy, 3rd ed. Australian Government Publishing Service, Canberra, Autstralia; 1996.

2. Alam M, Rabinowitz AD & Engler DE: Gabapentin treatment of multiple piloleiomyoma-related pain. J Am Acad Dermatol 2002; 46(2):S27-S29.

3. AMA Department of Drugs: Drug Evaluations Subscription. American Medical Association, Chicago, IL, 1991.

4. Andrews CO & Fischer JH: Gabapentin: a new agent for the management of epilepsy. Ann Pharmacother 1994; 28:1188-1196.

5. Anhut H, Leppik T, Schmidt B et al: Drug interaction study of the new anticonvulsant gabapentin with phenytoin in epileptic patients (abstract). Arch Pharmacol 1988; 337(suppl):R127.

6. Anon: Outcome evaluation of gabapentin as add-on therapy for partial seizures. Can J Neurol Sci 1998; 25(2):134-140.

7. Anon: UK Gabapentin Study Group. Gabapentin in partial epilepsy. Lancet 1990; 335:1114-1117.

8. Appleton R, Fichtner K, LaMoreaux L et al: Gabapentin as add-on therapy in children with refractory partial seizures: a 24-week, multicentre, open-label study; Gabapentin Paediatric Study Group. Dev Med Child Neurol 2001; 43:269-273.

9. Arenz A, Klein M, Fiehe K et al: Occurrence of neurotoxic 4'-0-methylpyridoxine in Ginkgo biloba leaves, Ginkgo medications and Japanese Ginkgo food. Planta Medica 1996; 62:548-51.

10. Arenz A, Klein M, Fiehe K et al: Occurrence of neurotoxic 4'-0-methylpyridoxine in Ginkgo biloba leaves, Ginkgo medications and Japanese Ginkgo food. Planta Medica 1996; 62:548-551.

11. Averbach-Heller L, Tusa RJ, Fuhry L et al: A double-blind controlled study of gabapentin and baclofen as treatment for acquired systagmus. Ann Neurol 1997; 41(6):818-825.

12. Backonja M, Beydoun A, Edwards KR et al: Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. JAMA 1998; 280(21):1831-1836.

13. Bandini F & Mazzella L: Gabapentin as treatment for hemifacial spasm. Eur Neurol 1999; 42(1):49-51.

14. Barber AJ: Evening primrose oil: a panacea? Pharm J 1998; (June 4):723-725.

15. Batoon SB, Vela AT, Dave D et al: Recurrent hypoventilation and respiratory failure during gabapentin therapy (letter). J Am Geriatr Soc 2001; 49(4):498.

16. Bauer G et al: Gabapentin in the treatment of drug-resistant epileptic patients. 17th Epilepsy Int Cong, Jerusalem, 1987:219-221.

17. Bauer J: Medikamentoese Epilepsiebehandlung im Erwachsenenalter: Strategiewechsel durch neue Antiepileptika. Nervenheilkd 1997; 16:66-71.

18. Baulac M, Cavalcanti D, Semah F et al: Gabapentin add-on therapy with adaptable dosages in 610 patients with partial epilepsy: an open, observational study. Seizure 1998; 7:55-62.

19. Biancosino B, Facchi A, Marmai L et al: Gabapentin treatment of impulsive-aggressive behavior. Can J Psychiatry 2002; 47(5 (letter)):483-484.

20. Bonnet U, Banger M, Leweke M et al: Treatment of acute alcohol withdrawal with gabapentin: results from a controlled two-center trial. J Clin Psychopharmacol 2003; 23(5):514-519.

21. Botts SR & Raskind J: Gabapentin and lamotrigine in bipolar disorder. Am J Health Syst Pharm 1999; 56(Oct 1):1939-1944.

22. Bourgeois B: New dosages and formulations of AEDs for use in pediatric epilepsy. Neurology 2002; 58(Suppl 7):S2-S5.

23. Brannon GE & Rolland PD: Anorgasmia in a patient with bipolar disorder type 1 treated with gabapentin. J Clin Psychopharmacol 2000; 20(3):379-381.

24. Braverman DL, Slipman CW & Lenrow DA: Using gabapentin to treat failed back surgery syndrome caused by epidural fibrosis: a report of 2 cases. Arch Phys Med Rehabil 2001; 82:691-693.

25. Brown ES & Hong SC: Antidepressant-induced bruxism: successfully treated with gabapentin. JADA 1999; 130(10):1467-1469.

26. Btaiche IF & Woster PS: Gabapentin and lamotrigine: novel antiepileptic drugs. Am J Health-Syst Pharm 1995; 52:61-69.

27. Bueller HA, Bernhard JD & Dubroff LM: Gabapentin treatment for brachioradial pruritus. J Eur Acad Dermatol Venereol 1999; 13:227-230.

28. Cabras PL, Hardoy J, Hardoy MC et al: Clinical experience with gabapentin in patients with bipolar or schizoaffective disorder: results of an open-label study. J Clin Psychiatry 1999; 60(4):245-248.

29. Caraceni A, Zecca E, Martini C et al: Gabapentin as an adjuvant to opioid analgesia for neuropathic cancer pain. J Pain Symptom Manage 1999; 17(6):441-445.

30. Chadwick DW, Anhut H, Greiner MJ et al: A double-blind trial of gabapentin monotherapy for newly diagnosed partial seizures. Neurology 1998; 51:1282-1288.

31. Chana P, de Marinis A & Barrientos N: Gabapentin and motor fluctuations in Parkinson's disease. Mov Disord 1997; 12(4):608-623.

32. Chatterjee CR & Ringold AL: A case report of reduction in alcohol craving and protection against alcohol withdrawal by gabapentin (letter). J Clin Psychiatry 1999; 60(9):617.

33. Chong MS, Smith TE & Hanna M: Case reports - reversal of sensory deficit associated with pain relief after treatment with gabapentin. Pain 2002; 96:329-333.

34. Chudnow RS, Dewey RB Jr & Lawson CR: Choreoathetosis as a side effect of gabapentin therapy in severely neurologically impaired patients. Arch Neurol 1997; 54:910-912.

35. Chudnow RS, Mimbela RA, Owen DB et al: Gabapentin for familial paroxysmal dystonic choreoathetosis. Neurology 1997; 49:1441-1442.

36. Cora-Locatelli G, Greenberg BD, Martin JD et al: Rebound psychiatric and physical symptoms after gabapentin discontinuation (letter). J Clin Psychiatry 1998; 59(3):131.

37. Cora-Locatelli G, Greenberg BD, Martin J et al: Gabapentin augmentation for fluoxetine-treated patients with obsessive-compulsive disorder (letter). J Clin Psychiatry 1998; 59(9):480-481.

38. Crawford P & Chadwick D: A comparative study of progabide, valproate and placebo as add-on therapy in patients with refractory epilepsy. J Neurol Neurosurg Psychiatry 1986; 49:1251-1257.

39. Crawford P, Ghadiali E, Lane R et al: Gabapentin as an antiepileptic drug in man. J Neurol Neurosurg Psychiatry 1987; 50:682-686.

40. Cutter NC, Scott DD, Johnson JC et al: Gabapentin effect on spasticity in multiple sclerosis: A placebo-controlled, randomized trial. Arch Phys Med Rehabil 2000; 81:164-169.

41. DeToledo JC, Minagar A, Lowe MR et al: Skin eruption with gabapentin in a patient with repeated AED-induced Stevens-Johnson's syndrome. Ther Drug Monit 1999; 21(1):137-138.

42. DeToledo JC, Toledo C, DeCerce J et al: Changes in body weight with chronic, high-dose gabapentin therapy. Ther Drug Monit 1997; 19:394-396.

43. Dichter MA & Brodie MJ: New antiepileptic drugs. N Engl J Med 1996; 334:1583-1590.

44. Dunevsky A & Perel AB: Gabapentin for relief of spasticity associated with multiple sclerosis. Am J Phys Med Rehabil 1998; 77(5):451-454.

45. Eldon MA, Underwood BA, Randinitis EJ et al: Gabapentin does not interact with a contraceptive regimen of norethindrone acetate and ethinyl estradiol. Neurology 1998; 50:1146-1148.

46. Erfurth A, Kammerer C, Grunze H et al: An open label study of gabapentin in the treatment of acute mania. J Psychiatr Res 1998; 32:261-264.

47. Ettinger AB & Devinsky O: Use of gabapentin to treat focal status epilepticus. J Epilepsy 1997; 10 (6):291-293.

48. Evidente VGH, Adler CH, Caviness JN et al: Effective treatment of orthostatic tremor with gabapentin. Mov Disord 1998; 13(5):829-831.

49. Fachinformation: Neurontin(R), gabapentin. Parke-Davis GmbH, Freiburg, 1998.

50. Feely M: Drug treatment of epilepsy. BMJ 1999; 318:106-109.

51. Filadora VA II, Sist TC & Lema MJ: Acute herpetic neuralgia and postherpetic neuralgia in head and neck: response to gabapentin in five cases. Reg Anesth Pain Med 1999; 24(2):170-174.

52. Fisher RS, Sachdeo RC, Pellock J et al: Rapid initiation of gabapentin: a randomized, controlled trial. Neurology 2001; 56:743.

53. Frye MA, Ketter TA, Kimbrell TA et al: A placebo-controlled study of lamotrigine and gabapentin monotherapy in refractory mood disorders. J Clin Psychopharmacol 20(6):607-614.

54. Frye MA, Luckenbaugh D, Kimbrell TA et al: Possible gabapentin-induced thyroiditis (letter). J Clin Psychopharmacol 1999; 19(1):94-95.

55. Ghaemi SN, Katzow JJ, Desai SP et al: Gabapentin treatment of mood disorders: a preliminary study. J Clin Psychiatry 1998; 59(8):426-429.

56. Gidal BE, Maly MM, Kowalski JW et al: Gabapentin absorption: effect of mixing with foods of varying macronutrient composition. Ann Pharmacother 1998; 32:405-409.

57. Gil-Nagel A, Gapany S, Blesi RN et al: Incontinence during treatment with gabapentin. Neurology 1997; 48:1467-1468.

58. Gironell A, Kulisevsk J, Barbanoj M et al: A randomized placebo-controlled comparative trial of gabapentin and propranolol in essential tremor. Arch Neurol 1999; 56(4):475-480.

59. Gironell A, Kulisevsky J, Barbanoj M et al: A randomized placebo-controlled comparative trial of gabapentin and propranolol in essential tremor. Arch Neurol 1999; 56(4):475-480.

60. Goa KL & Sorkin EM: Gabapentin: a review of its pharmacological properties and clinical potential in epilepsy. Drugs 1993; 46:409-427.

61. Goldenberg G, Kahaner K, Basavaraju N et al: Gabapentin for disruptive behavious in an elderly demented patient. Drugs Aging 1998; 13(2):183-184.

62. Gonzales-Sicilia L, Cano A, Serrano M et al: Stevens-Hohnson syndrome associated with gabapentin (letter). Am J Med 1998; 105:455.

63. Gorson KC, Schott C, Herman R et al: Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial (letter). J Neurol Neurosurg Psychiatry 1999; 66(1):251-252.

64. Gould HJ: Gabapentin induced polyneuropathy. Pain 1998; 74:341-343.

65. Graff-Radford SB: SUNCT syndrome responsive to gabapentin (Neurontin). Cephalalgia 2000; 20:515-517.

66. Gram L: Experimental studies and controlled clinical testing of valproate and vigabatrin (review). Acta Neurol Scand 1988; 78:241-270.

67. Granger AS: Ginkgo biloba precipitating epileptic seizures. Age Ageing 2001; 30(6):523-525.

68. Grant AC & Oh H: Gabapentin-induced anorgasmia in women. Am J Psychiatry 2002; 159(7):1247.

69. Graves NM & Leppik IE: Antiepileptic medications in development. DICP 1991; 25:978-986.

70. Guberman A: Monotherapy or polytherapy for epilepsy? Can J Neurol Sci 1998; 25(suppl 4):S3-S8.

71. Guttuso T, Kurlan R, McDermott MP et al: Gabapentin?s effects on hot flashes in postmenopausal women: a randomized controlled trial. Obstet Gynecol 2003; 101(2):337-345.

72. Haig GM, Bockbrader HN, Wesche DL et al: Single-dose gabapentin pharmacokinetics and safety in healthy infants and children. J Clin Pharmacol 2001; 41:507-514.

73. Handforth A, Treiman DM & Norton L: Effect of gabapentin on complex partial seizure frequency. Neurology 1989; 39(Suppl.):114.

74. Happe S, Sauter C, Klosch G et al: Gabapentin versus ropinirole in the treatment of idiopathic restless

legs syndrome. Neuropsychobiology 2003; 48:82-86.

75. Happe S, Sauter C, Klosch G: Gabapentin versus ropinirole in the treatment of idiopathic restless legs syndrome. Neuropsychobiology 2003; 48:82-86.

76. Harden CL, Hosain S, Nikolov B et al: Evaluation of gabapentin in an outpatient and office-based sample of epilepsy patients. J Epilepsy 1998; 11(3):130-135.

77. Hardoy M, Carta M, Carpiniello B et al: Gabapentin in antipsychotic-induced tardive dyskinesia: results of 1-year follow-up. J Affect Disord 2003; 75:125-130.

78. Heilbroner PL & Devinsky O: Monotherapy with gabapentin for partial epilepsy: A review of 30 cases. J Epilepsy 1997; 10(5):220-224.

79. Herrmann N, Lanctot K & Myszak M: Effectiveness of gabapentin for the treatment of behavioral disorders in dementia. J Clin Psychopharmacol 2000; 20(1):90-93.

80. Hooper WD, Kavanagh MC & Dickinson RG: Determination of gabapentin in plasma and urine by capillary column gas chromatography. J Chromatogr 1990; 529:167-174.

81. Hooper WD, Kavanagh MC, Herkes GK et al: Lack of a pharmacokinetic interaction between phenobarbitone and gabapentin. Br J Clin Pharmacol 1991; 31:171-174.

82. Khan OA: Gabapentin relieves trigeminal neuralgia in multiple sclerosis patients. Neurology 1998; 51:611-614.

83. Kindler E: Gabapentin als Alternative zu Carbamazepin. psycho 1997; 23:398-399.

84. Korn-Merker E, Borusiak P & Boenigk HE: Gabapentin in childhood epilepsy: A prospective evaluation of efficacy and safety. Epilepsy Res 2000; 38:27-32.

85. Kriel RL, Birnbaum AK, Cloyd JC et al: Failure of absorption of gabapentin after rectal administration. Epilepsia 1997; 38(11):1242-1243.

86. Labbate LA & Rubey RN: Gabapentin-induced ejaculatory failure and anorgasmia (letter). Am J Psychiatry 1999; 156(6):972.

87. Landry P: Gabapentin for clozapine-related seizures. Am J Psychiatry 2001; 158(11):1930-1931.

88. La Spina I, Porazzi D, Maggiolo F et al: Gabapentin in painful HIV-related neuropathy: a report of 19 patients, preliminary observations. Eur J Neurol 2001; 8:71-75.

89. Lasso-de-la-Vega MC, Zapater P, Such J et al: Gabapentin-associated hepatotoxicity (letter). Am J Gastroenterol 2001; 96(12):3460-3462.

90. Leach JP, Girvan J, Paul A et al: Gabapentin and cognition: a double blind, dose ranging, placebo controlled study in refractory epilepsy. J Neurol Neurosurg Psychiatry 1997; 62:372-376.

91. Letterman L & Markowitz JS: Gabapentin: a review of published experience in the treatment of bipolar disorder and other psychiatric conditions. Pharmacotherapy 1999; 19(5):565-572.

92. Leweke FM, Bauer J & Elger CE: Manic episode due to gabapentin treatment (letter). Br J Psychiatry 1999; 175:291.

93. Low RA Jr & Brandes M: Gabapentin for the management of agitation (letter). J Clin Psychopharmacol 1999; 19(5):182-483.

94. Lucier E & Franm L: Use of gabapentin in a case of facial neuritis (letter). Anesth Analg 1997; 85:1410-1417.

95. Martin R, Kuzniecky R, Ho S et al: Cognitive effects of topiramate, gabapentin, and lamotrigine in healthy young adults. Neurology 1999; 52:321-327.

96. Mathew NT, Rapoport A, Saper J et al: Efficacy of gabapentin in migraine prophylaxis. Headache 2001; 41:119-128.

97. Mattson RH: Medical management of epilepsy in adults. Neurology 1998; 51(suppl 4):S15-S20.

98. Mayer T, Schutte W, Wolf P et al: Gabapentin add-on treatment: how many patients become seizure-free? An open-label multicenter study. Acta Neurol Scand 1999; 99(1):1-7.

99. McGraw T & Kosek P: Erythromelalgia pain managed with gabapentin. Anesthesiology 1997; 86:988-990.

100. McGraw T & Stacey BR: Gabapentin for treatment of neuropathic pain in a 12-year-old girl. Clin J Pain 1998; 14(4):354-356.

101. McManaman J & Tam DA: Gabapentin for self-injurious behavior in Lesch-Nyhan syndrome. Pediatr Neurol 1999; 20(5):381-382.

102. Meiss F, Boerner D, Marsch WC et al: Gabapentin - a promising treatment in glossodynia (letter). Clin Exp Dermatol 2002; 27(6):525-526.

103. Mellick GA & Mellick LB: Reflex sympathetic dystrophy treated with gabapentin. Arch Phys Med Rehabil 1997; 78:98-105.

104. Miller RG, Moore DH II, Gelinas DF et al: Phase III randomized trial of gabapentin in patients with amyotrophic lateral sclerosis; Western ALS Study group. Neurology 2001; 56:843-848.

105. Miller RG, Moore D, Young LA et al: Placebo-controlled trial of gabapentin in patients with amyotrophic lateral sclerosis. Neurology 1996; 47:1383-1388.

106. Montes JM & Ferrando L: Gabapentin-induced anorgasmia as a cause of noncompliance in a bipolar patient (letter). Bipolar Disorders 2001; 3:52.

107. Montouris G: Gabapentin exposure in human pregnancy: results from the Gabapentin Pregnancy Registry. Epilepsy & Behavior 2003; 4:310-317.

108. Morello CM, Leckband SG, Stoner Cp et al: Randomized double-blind study comparing the efficacy of gabapentin with amitriptyline on diabetic peripheral neuropathy pain. Arch Intern Med 1999; 159 (16):1931-1937.

109. Morello CM, Lwxkband SG, Stoner CP et al: Randomized double-blind study comparing the efficacy of gabapentin with amitripyline on diabetic peripheral neuropathy pain. Arch Intern Med 1999; 159(16):1931-1937.

110. Mortimore C, Trimble M & Emmers E: Effects of gabapentin on cognition and quality of life in patients with epilepsy. Seizure 1998; 7:359-364.

111. Mumford JP: A profile of vigabatrin. Br J Clin Pract 1988; 42(Suppl. 61):7-9.

112. Myrick H, Henderson S, Brady KT et al: Gabapentin in the treatment of cocaine dependence: a case series. J Clin Psychiatry 2001; 62:19-23.

113. Myrick H, Malcolm R & Brady KT: Gabapentin treatment of alcohol withdrawal (letter). Am J Psychiatry 1998; 155(11):1632.

114. Myrick H, Malcolm R, Henderson S et al: Gabapentin for misuse of homemade nicotine nasal spray (letter). Am J Psychiatry 2001; 158(3):498.

115. Nahata MC: Development of two stable oral suspensions for gabapentin. Pediatr Neurol 1999; 20 (3):195-197.

116. Newall CA, Anderson LA & Phillipson JD (eds): Herbal Medicines: A Guide for Health-Care Professionals. The Pharmaceutical Press, London, England; 1996.

117. Nissani M & Sanchez EA: Stuttering caused by gabapentin (letter). Ann Intern Med 1997; 126:410.

118. Norton JW & Quarles E: Gabapentin-related dyskinesia (letter). J Clin Psychopharmacol 2001; 21 (6):623-624.

119. Ojemann LM, Friel PN & Ojemann GA: Gabapentin concentrations in human brain (abstract). Epilepsia 1988; 29:694.

120. Onofrj M, Thomas A, Paci C et al: Gabapentin in orthostatic tremor: results of a double-blind crossover with placebo in four patients. Neurology 1998; 51:880-882.

121. Otley CC: Gabapentin for the treatment of sysethetic pain after reconstructive surgery. Dermatol Surg 1999; 25(6):487-488.

122. Pahwa R, Lyons K, Hubble JP et al: Double-blind controlled trial of gabapentin in essential tremor. Mov Disord 1998; 13(3):465-467.

123. Pande AC, Davidson JRT, Jefferson JW et al: Treatment of social phobia with gabapentin: a placebo-controlled study. J Clin Psychopharmacol 1999; 19(4):341-348.

124. Pande AC, Pollack MH, Crockatt J et al: Placebo-controlled study of gabapentin treatment of panic disorder. J Clin Psychopharmacol 2000; 20:467-471.

125. Paulig M & Mentrup H: Charles Bonnet's syndrome; complete remission of complex visual hallucinations treated by gabapentin. J Neurol Neurosurg Psychiatry 2001; 70:813-814.

126. Pellock JM: Treatment of seizures and epilepsy in children and adolescents. Neurology 1998; 51

(suppl 4):S8-S14.

127. Perez CM, Vasquez PA & Perret CF: Treatment of ciguatera poisoning with gabapentin (letter). N Engl J Med 2001; 344(9):692-693.

128. Perry JR & Sawka C: Add-on gabapentin for refractory seizures in patients with brain tumours. Can J Neurol Sci 1996; 23:128-131.

129. Personal Communication: Rita Moretti, MD, Universita degli Studi di Trieste, February 2004.

130. Petroff OA, Rothman DL, Behar KL et al: The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy. Ann Neurol 1996; 39:95-99.

131. Petroianu G, Hein G, Stegmeier-Petroianu A et al: Gabapentin "add-on therapy" for idiopathic chronic hiccup (ICH). J Clin Gastroenterol 2000; 30(3):321-335.

132. Picard C, Jonville-Bera AP, Billard C et al: Alopecia associated with gabapentin: first case (letter). Ann Pharmacother 1997; 31:1260.

133. Pollack MH, Mathews J & Scott EL: Gabapentin as a potential treatment for anxiety disorders (letter). Am J Psychiatry 1998; 155(7):992-993.

134. Porzio G, Aielli F, Narducci F et al: Hiccup in patients with advanced cancer successfully treated with gabapentin: report of 3 cases. New Zealand Med J 2003; 116(1182):1-3.

135. Prada JL, Pena D, De La Torre J et al: Gabapentin as treatment of the HIV related polineuropathy. Seventh European Conference on Clinical Aspects and Treatment of HIV- Infection; Lisbon, Portugal, October 23-27, 1999; p 171-173.

136. Priebe MM, Sherwood AM, Graves DE et al: Effectiveness of gabapentin in controlling spasticity: a quantitative study. Spinal Cord 1997; 35:171-175.

137. Product Information: Cerebyx(R), fosphenytoin sodium injection. Parke-Davis, Division of Warner-Lambert, Morris Plains, NJ, 1999.

138. Product Information: Keppra(TM), levetiracetam. UCB Pharma, Inc., Smyrna, GA, 1999.

139. Product Information: Neurontin(R), gabapentin capsules, tablets, oral solution. Parke-Davis Div of Warner-Lambert Co, Morris Plains, NJ, USA, (PI revised 09/2003, reviewed 3/2004).

140. Product Information: Neurontin(R), gabapentin. Parke-Davis, Morris Plains, NJ, 1999.

141. Product Information: Neurontin(R), gabapentin. Pfizer, Inc., New York, NY, (PI revised 5/2002) reviewed 7/2002.

142. Raby WN & Coomaraswamy S: Gabapentin reduces cocaine use among addicts from a community clinic sample. J Clin Psychiatry 2004; 65:84-86.

143. Raby WN: Gabapentin therapy for cocaine cravings (letter). Am J Psychiatry 2000; 157(12):2058-3059.

144. Ramsay RE: Clinical efficacy and safety of gabapentin. Neurology 1994; 44(Suppl 5):S23-S30.

145. Rao ML, Clarenbach P, Vahlensieck M et al: Gabapentin augments whole blood serotonin in healthy young men. J Neural Transm 1988; 73:129-134.

146. Rice ASC & Maton S: Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo controlled study. Pain 2001; 94:215-224.

147. Rimmer EM & Richens A: Double-blind study of gamma-vinyl GABA in patients with refractory epilepsy. Lancet 1984; 1:189-190.

148. Roane DM, Feinberg TE, Meckler L et al: Treatment of dementia-associated agitation with gabapentin. J Neuropsychiatry Clin Neurosci 2000; 12:40-43.

149. Rosebush PI, MacQueen GM & Mazurek MF: Catatonia following gabapentin withdrawal (letter). J Clin Psychopharmacol 1999; 19(2):188-189.

150. Rosenberg JM, Harrell C, Ristic H et al: The effect of gabapentin on neuropathic pain. Clin J Pain 1997; 13(3):251-255.

151. Rowan AJ: Reflections on the treatment of seizures in the elderly population. Neurology 1998; 51 (suppl 4):S28-S33.

152. Rowbotham M, Harden N, Stacey B et al: Gabapentin for the treatment of postherpetic neuralgia: a randomized controlled trial. JAMA 1998; 280:1837-1842.

153. Rusy LM, Troshynski TJ & Weisman SJ: Gabapentin in phantom limb pain; management in children and young adults: report of seven cases. J Pain Symptom Manage 2001; 21:78-82.

154. Samkoff LM, Daras M, Tuchman AJ et al: Amelioration of refractory dysesthetic limb pain in multiple sclerosis by gabapentin. Neurology 1997; 49:304-305.

155. Schaffer DB & Schaffer LC: Gabapentin in the treatment of bipolar disorder (letter). Am J Psychiatry 1997; 154:291-292.

156. Schneiderman JH: Monotherapy versus polytherapy in epilepsy: a framework for patient management. Can J Neurol Sci 1998; 25(suppl 4):S9-S13.

157. Segal AZ & Rordorf G: Gabapentin as a novel treatment for postherpetic neuralgia. Am Acad Neurol 1996; 46:1175-1176.

158. Sheldon LJ, Ancill RJ & Holliday SG: Gabapentin in geriatric psychiatry patients (letter). Can J Psychiatry 1998; 43(4):422-423.

159. Sist T, Filadora V, Miner M et al: Gabapentin for idiopathic trigeminal neuralgia: report of two cases. Neurology 1997; 48:1467.

160. Sivenius J, Kalviainen R, Ylinen A et al: Double-blind study of gabapentin in the treatment of partial seizures. Epilepsia 1991; 32:539-542.

161. Sloan P & Kancharla A: Treatment of neuropathic orbital pain with gabapentin. J Pain & Palliative

Care Pharmacotherapy 2003; 17(2):89-94.

162. Solaro C, Lunardi GL, Capello E et al: An open-label trial of gabapentin treatment of paroxysmal symptoms in multiple sclerosis patients. Neurology 1998; 51:609-611.

163. Soutullo CA, Casuto LS & Keck PE Jr: Gabapentin in the treatment of adolescent mania: a case report. J Child Adolesc Psychopharmacol 1998; 8(1):81-85.

164. Stahl JS, Rottach KG, Averbuch-Heller L et al: A pilot study of gabapentin as treatment for acquired nystagmus. Neuro-ophthalmol 1996; 16:107-113.

165. Tay BA, Ngan Kee WD & Chung DC: Gabapentin for the treatment and prophylaxis of cluster headache. Reg Anesth Pain Med 2001; 26:373-375.

166. Thorp ML, Morris CD & Bagby SP: A crossover study of gabapentin in treatment of restless legs syndrome among hemodialysis patients. Am J Kidney Dis 2001; 38(1):104-108.

167. To TP, Lim TC, Hill ST et al: Gabapentin for neuropathic pain following spinal cord injury. Spinal Cord 2002; 40(6):282-285.

168. Tyndel F: Interaction of gabapentin with other antiepileptics (letter). Lancet 1994; 343:1363-1364.

169. van Deventer H & Bernard S: Use of gabapentin to treat taxane-induced myalgias (letter). J Clin Oncol 1999; 17(1):434-435.

170. Vollmer KO, von Hodenberg A & Kolle EU: Pharmacokinetics and metabolism of gabapentin in rat, dog and man. Arzneimittelforschung 1986; 36:830-839.

171. Vossler DG: Exacerbation of seizures in Lennox-Gastaut syndrome by gabapentin. Neurology 1996; 46:852-853.

172. Wetzel CH & Connelly JF: Use of gabapentin in pain management. Ann Pharmacother 1997; 31:1082-1083.

173. Willmore LJ: Epilepsy emergencies: the first seizure and status epilepticus. Neurology 1998; 51 (suppl 4):S34-S38.

174. Wolf SM, Ochoa JG & Conway EE Jr: Seizure management in pediatric patients for the nineties. Pediatr Ann 1998; 27(10):653-664.

175. Yagi M, Wada K, Sakata M et al: Studies on the constituents of edible and medicinal plants. IV. Determination of 4'-O-methylpyridoxine in serum of the patient with Gin-nan food poisoning. Yakugaku Zasshi 1993; 113:596-599.

176. Yagi M, Wada K, Sakata M et al: Studies on the constituents of edible and medicinal plants. IV. Determination of 4'-O-methylpyridoxine in serum of the patient with Gin-nan food poisoning. Yakugaku Zasshi 1993; 113:596-99.

177. Zadra M, Grandi R, Erli LC et al: Treatment of seizures in acute intermittent porphyria: safety and efficacy of gabapentin. Seizure 1998; 7:415-416.

GABAPENTIN - DRUGDEX DRUG EVALUATIONS                    Page 85 of 85

178. Zapp JJ: Postpoliomyelitis pain treated with gabapentin (letter). Am Fam Physician 1996; 53:2442, 2445.

179. Zylicz Z, Mudde AH & Ziekenhuis S: Painful gynecomastia: an unusual toxicity of gabapentin (letter)? J Pain Symptom Manage 2000; 20(1):2-3.

## 7.0 AUTHOR INFORMATION

```
Original publication:  02/1992
Most recent revision:  03/2004

List of contributors:
1.  Dr.Dina Battino, Italy
2.  Rebecca M Coley, RPh, MS
3.  Nina M Graves, PharmD
4.  Sonia Lin, PharmD
5.  Jan E Markind, PharmD
6.  Dr. Hans-Dieter Schweiger, Germany
7.  DRUGDEX(R) Editorial Staff

For further information on contributing authors,
see editorial board listings.
```

All MICROMEDEX Systems are Copyright© 1974 - 2004 Thomson MICROMEDEX. All rights reserved.
Healthcare Series Vol 121 expires 09/2004 - Content for use only by healthcare professionals in conjunction with clinical data.