# EXHIBIT 6

# St. Elizabeth's Medical Center
## Neurology Department
### *Neuromuscular Service*
## Kenneth Gorson, M.D.
Fax: 617-789-5177 Phone: 617-789-2375

To: Phil Magistro
Parke-Davis Pharmaceuticals

CC: Leslie Magnus-Miller, MD

Date: 8/23/97

**RE: Gabapentin in painful diabetic neuropathy manuscript**

Number of faxed pages (including this one) : 17

Phil: here is the gabapenting paper. I am sorry it took so long (I was hoping to have it done by early summer) but I got delayed with another time-sensitive project and my data-entry person and statistician went on long vacations. The data and statistics are very strong and conservative, so there should be few criticisms from reviewers on these points.

   Please review and feel free to make any suggestions in the text or margins. Also, please show it to Leslie and get her thoughts as well, but try to move it along as quickly as you can so I can get it out; my schedule is tight for the fall so I would like to finish this project and move on. I was planning to submit to Neurology as a first pass. Please call if you have any questions or concerns. Thanks again for all your help and continued support.

Kenneth Gorson, M.D.

1W06826

08-25-1997 07:57AM  FROM NEUROLOGY                TO        912013165007   P.02

# Low-Dose Gabapentin In The Treatment Of Painful Diabetic Neuropathy: A Placebo-Controlled, Double-Blind, Crossover Trial

Kenneth C. Gorson, M.D.

Cecelia Schott, RPh.

William M. Rand, PhD.

Robert Herman, B.S.

Allan H. Ropper, M.D.


Neurology Service, St. Elizabeth's Medical Center,

Tufts University School of Medicine, Boston, MA

Acknowledgments: This study was financially supported by an unrestricted educational grant from Warner Lambert Co. (Parke-Davis Pharmaceuticals); Parke-Davis supplied gabapentin for the purposes of this study. We would like to thank Gregory Allam and Margot Geoffrey for their assistance in data collection.

key words: neuropathy, pain, gabapentin, diabetes

Send correspondence to: Kenneth C. Gorson, M.D., Division of Neurology, St. Elizabeth's Medical Center, 736 Cambridge Street, Boston, MA 02135. Phone #: 617-789-2375; FAX #: 617-789-5177.

W06827

Gorson et al.    2

## ABSTRACT

**Objective:** To determine the effectiveness of gabapentin in the treatment of painful diabetic neuropathy.

**Background:** Painful neuropathy is a frequent and disabling complication of diabetes, and analgesics are only modestly effective and have substantial side effects. Case reports and animal studies suggest gabapentin may ameliorate neuropathic pain.

**Methods:** Prospective, randomized, double-blind, placebo-controlled crossover trial of gabapentin (900 mg/day) for six weeks administered to 40 patients with painful diabetic neuropathy. Endpoints were: mean change in the McGill Pain Questionnaire (MPQ) score, Visual Analogue Pain Scale (VAS), Present Pain Intensity (PPI) scale, and a global assessment of pain relief.

**Results:** There was modest improvement in the MPQ score only, with a mean reduction of 8.9 points compared to 2.2 points with placebo ($p = 0.03$). The mean change of the VAS and PPI and the number of patients who reported pain relief as moderate or excellent were similar for gabapentin and placebo.

**Conclusion:** Gabapentin, at a dose of 900 mg/day, is probably no more effective than placebo in the treatment of painful diabetic neuropathy.

AW06828

08-25-1997 07:59AM  FROM NEUROLOGY          TO      912013165007    P.04

Gorson et al.    3

Painful neuropathy is a common and disabling problem in patients with long-standing diabetes mellitus.[1,2] Tricyclic antidepressants,[3] carbamazepine,[4] mexiletine,[5] and most recently dextromethorphan[6] has been beneficial in some patients with painful diabetic polyneuropathy, but no single agent successfully relieves pain in most patients. Adverse effects of these medications often preclude their use in high doses, limiting their potential benefit.

Gabapentin is a novel anticonvulsant that increases the release of gamma-aminobutyric acid (GABA) and is recommended as adjunctive therapy for partial seizures.[7] Anecdotal reports suggest gabapentin ameliorates pain associated with trigeminal neuralgia,[8] post-herpetic neuralgia,[9] reflex sympathetic dystrophy[10] and other painful neurological conditions with few side effects.[11-14] The mechanism by which it produces analgesia is unknown, but animal studies suggest GABA has a role in modulating pain perception.[15] Gabapentin inhibits firing of nociceptive C-fibers and is said to have potent anti-allodynic effects.[16-19] We conducted a randomized, double-blind, placebo-controlled trial of low-dose gabapentin in patients with painful diabetic polyneuropathy.

## METHODS

### Patient Selection

We recruited patients with painful diabetic neuropathy through advertisements and by referrals from primary care physicians and endocrinologists. The inclusion criteria were: age between 18 and 85, diabetes for at least six months on a stable dosage of insulin or oral hypoglycemic agent, and a distal symmetrical sensorimotor neuropathy as demonstrated by impaired pin prick,

MW06829

temperature, or vibration sensation in both feet or absent or reduced ankle reflexes.[20] All patients had daily pain in the acral extremities of at least moderate severity for greater than three months that interfered with daily activity or sleep and could be attributed to the neuropathy. Exclusion criteria were the presence of another painful condition, cognitive or language impairment that precluded accurate assessment, a history of alcohol or substance abuse, depression, or other cause for painful polyneuropathy. Patients taking tricyclic antidepressants, anticonvulsants, capsaicin cream, benzodiazepines, and mexiletine discontinued these medications three weeks before study entry. Non-steroidal anti-inflammatory agents and narcotics were allowed but the dosage was kept unchanged during the treatment periods.

## Study Design

We compared gabapentin to placebo in a prospective, randomized, double-blind, two-period, crossover trial. Patients were randomly assigned using a random numbers table to gabapentin (300 mg capsules initially) or placebo for six weeks (phase I) followed by a three week washout period and then crossover (phase II). The dose of gabapentin or placebo was increased by one capsule every three days to a stable dosage of one capsule three times per day (900 mg/day) that was maintained throughout the remainder of the treatment period. Placebo capsules appeared identical to the active drug and allocation concealment was maintained throughout the trial. The initial low dosage of gabapentin was chosen to minimize adverse effects, particularly sedation, that might compromise blinding. Clinical evaluators and patients were blinded to the order of treatment assignment. Patients were contacted every week to insure adequate dose titration and to assess compliance and adverse effects. Compliance was monitored by pill counting at the end of each

AW06830

08-25-1997 08:01AM   FROM NEUROLOGY                    TO         912013165007   P.06

Gorson et al.   5

treatment period. The protocol was approved by the Institutional Review Board at St. Elizabeth's

Medical Center and all patients provided written informed consent.

One hundred and twenty six patients were screened and 53 fulfilled the entry criteria and were

randomized (Figure. Mean age 64 years, range 42 - 85 years; 40 men and 13 women). All but one

had adult-onset diabetes mellitus. Thirteen dropped out (11 in phase I, two in phase II). Eight

withdrew due to adverse effects (four on placebo, four on active drug) and five due to

noncompliance or personal reasons.

Evaluation

At the beginning and end of each treatment period, patients rated their typical level of pain

over the preceding week on a 10 cm visual anologue pain scale (VAS), ranging from 0 ("no

pain") to 10 ("worst pain ever").[21-22]  VAS pain intensity was recorded at the same time each day

in a pain diary.  A "composite" VAS score was determined by averaging the daily VAS scores in

the first and last week of each treatment period. Present Pain Intensity (PPI) was determined

using a similar 0-10 scale ("Rate how much pain you have at this moment") at the initial and final

visits of each treatment period. Patients also completed the McGill Pain Questionnaire (MPQ) in

which they selected words that best described their pain from a series of words in various

categories assigned numerical values corresponding to increasing pain intensity.[23]  At the end of

each treatment period patients provided a global assessment of pain relief: none, mild, moderate,

or excellent, as compared to the baseline level of pain preceding the trial.

*[handwritten: for second treatment period should be compared to pre-Treatment Period II score]*

Statistical Analysis

MPQ, VAS, and PPI scores were analyzed by paired and independent sample t-tests, and the

McNemar test was used to evaluate subjective improvement (global assessment of pain relief).[24]

3W06831

08-25-1997 08:02AM   FROM NEUROLOGY                TO            912013165007   P.07

There were no demographic or clinical differences between patients who completed the trial and those who withdrew. The MPQ and VAS scores did not return to baseline after the washout period for those who received the active drug in phase I, and there was an order effect for the PPI score. Accordingly, analysis of treatment effects was based upon changes in the MPQ, VAS, and PPI scores between treatment periods.[24] The sample size was selected to give the study 80% power to detect a 20% reduction in pain scores following treatment compared to placebo, using a 0.05 level of significance. The p-values presented are two-sided. Because of multiple comparisons, we used the Bonferroni correction and a p-value of < 0.01 was considered statistically significant. SPSS for Windows 7.5 was used for all analyses.

## RESULTS

Table 1 shows patient demographic characteristics and the intensity and characteristics of pain of the 40 patients who completed the trial. There were 31 men and nine women, with an average age of 62 years (range, 42 - 82 years). Ten had neuropathic pain limited to the feet, 19 had pain in the feet and legs, and 11 had pain in the feet, legs and hands. The mean duration of pain was four years (range, four months - 15 years). Twenty-five had previously used narcotics to manage their pain, and ten patients continued narcotics during the trial. Twenty-five were treated previously with other chronic analgesics, with moderate or excellent pain relief in ten. Autonomic symptoms were uncommon and mild (orthostatic hypotension, seven patients; gastrointestinal dysmotility, three patients; bladder dysfunction, six patients) except for impotence (21 patients). Vibratory perception was abnormal in the feet in 39 patients, pin prick sensation was absent or reduced in 38, and joint position was abnormal at the great toe in sixteen. Thirty-six patients had reduced or absent ankle jerks and 23 had mild distal leg weakness.

$\text{\textcircled{}}$W06832

*[handwritten: What was the baseline VAS? Was there a minimum pain score needed?]*

## Effects of Treatment

Nineteen patients were randomized to the active drug and 21 to placebo during the first treatment period. Table 2 shows the baseline and six-week pain scores within each treatment *[handwritten: No Table 2]* group. There was a substantial reduction in all pain scores during treatment with gabapentin, however, there was also significant improvement in the composite VAS during treatment with placebo. The mean reduction in the MPQ score was 8.9 points with gabapentin compared to 2.2 points with placebo (p *[handwritten: significant]* 0.03). There were no differences between the mean change in the composite VAS or PPI scores (Table 3). Seventeen patients reported moderate to excellent pain relief with gabapentin compared to nine with placebo ( p = 0.11, McNemar test). Sixteen patients elected to continue taking gabapentin after completion of the trial.

## Adverse Effects

There were no serious adverse events. Sixteen patients reported adverse effects from gabapentin compared to five from placebo (p = 0.01, Fisher's exact test). The most common side effects from gabapentin were drowsiness (six patients), fatigue (four), and imbalance (three). Diarrhea, tremulousness, ankle swelling and cramps were reported by two patients each. One patient each reported dizziness, slurred speech, nausea, and impaired memory. All adverse effects resolved promptly after discontinuation of the drug.

*[handwritten: What AEs were seen with Placebo?]*

## DISCUSSION

The results of this study suggest that gabapentin is probably ineffective or is only minimally effective for the treatment of painful diabetic neuropathy at a dosage of 900 mg/day. Gabapentin produced a statistical trend for improvement in the MPQ score, but there were no significant changes in the other study endpoints; the mean change in the Visual Analogue Scale and Present

*[handwritten: Primary parameter was sign to 0.03]*

1W06833

Gorson et al.    8

Pain Intensity and the patient's global assessment of pain relief were not significantly different from placebo. We designed the study to have 80% power to detect a 20% reduction in pain scores, reflecting a modest but clinically important improvement. The borderline improvement in the MPQ score is consistent with the lack of improvement in the other scales and suggests that the possibility of a Type II error (not detecting a benefit when one is present) is small. The substantial number of patients (nine of 40, 23%) reporting moderate or excellent pain relief and the significant improvement in the mean VAS with placebo underscores, as others have pointed out, the importance of the placebo response in treating painful diabetic neuropathy.[25]

Similar or lower doses of gabapentin have been reported in small case series to be effective in post-herpetic neuralgia,[9, 11] dysesthetic limb pain in multiple sclerosis,[12] sympathetically mediated pain,[10-11, 27] HIV distal painful neuropathy,[11] and trigeminal neuralgia.[8] We used a low, stable dosage of gabapentin to avoid adverse effects that occur frequently with other chronic analgesics and did not titrate to the highest tolerated dosage as was done in other studies.[3, 6, 26] Nonetheless, a substantial number of patients (16 of 40, 40%) completing the study reported side effects, most commonly sedation, and four others dropped out because of adverse effects. This may have practical implications for the design of future studies of gabapentin; higher doses might produce greater analgesia but dose escalation may be limited by side effects. The frequency of adverse effects in our trial is comparable to other analgesic studies of painful diabetic neuropathy.[3, 6, 26]

*[handwritten margin note: Not proven to be the case]*

We could not identify any clinical features associated with the subset of patients who reported substantial pain relief with gabapentin (and not placebo) and elected to continue taking the medication after completion of the trial. The beneficial effect of the medication in some patients in

CW06834

08-25-1997 08:06AM    FROM   NEUROLOGY                TO        912013165007    P.10

Gorson et al.    9

our study and the borderline improvement in the McGill Pain Questionnaire score suggest that

gabapentin may be effective in higher doses and support the need for further study of high-dose

gabapentin (up to 3600 mg/day) in the treatment of painful diabetic neuropathy.

ΛW06835

08-25-1997 08:06AM    FROM NEUROLOGY                TO        912013165007    P.11

Gorson et al.    10

# REFERENCES

1. Partanen J, Niskanen L, Lehtinen J, Mervaala E, Siitonen O, Uusitupa M. Natural history of peripheral neuropathy in patients with non-insulin dependent diabetes mellitus. N Engl J Med 1995; 333: 89-94.

2. Thomas PK, Tomlinson DR. Diabetic and hypoglycemic neuropathy. In: In: Dyck PJ, Thomas PK, Griffin JW, Low PA, Podulos JF, eds. Peripheral Neuropathy. 3rd edition Philadelphia: WB Saunders, 1993: 1219-1250.

3. Max MB, Lynch SA, Muir J, Shoaf SE, Smoller B, Dubner R. Effects of desipramine, amitriptyline, and fluoxetine on pain in diabetic neuropathy. N Engl J Med 1992; 326: 1250-1256.

4. Rull JA, Quibrera R, Gonzalez-Millan H, Castaneda OL. Symptomatic treatment of peripheral diabetic neuropathy with carbamazepine (Tegretol): double-blind crossover trial. Diabetologia 1969; 5: 215-218.

5. Dejgard A, Petersen P, Kastrup J. Mexiletine for treatment of chronic painful diabetic neuropathy. Lancet 1988; 2: 9-11.

6. Nelson KA, Park KM, Robinovitz E, Tsigos C, Max MB. High-dose oral dextromethoraphan versus placebo in painful diabetic neuropathy and post-herpetic neuralgia. Neurology 1997; 48: 1212-1218.

7. Taylor CP. Emerging perspectives on the mechanism of action of gabapentin. Neurology 1994; 44 (suppl 5): S10-S16.

8. Sist T, Filadora V, Miner M, Lema M. Gabapentin for idiopathic trigeminal neuralgia: Report of two cases. Neurology 1997; 48: 1467.

MW06836

Gorson et al.   11

9. Segal, AZ, Rordorf G. Gabapentin as a novel treatment for post-herpetic neuralgia. Neurology 1996; 46: 1175-1176.

10. Mellick GA, Mellick LB. Reflex sympathetic dystrophy treated with gabapentin. Arch Phys Med Rehabil 1997; 78: 98-105.

11. Rosner H, Rubin L, Kestenbaum A. Gabapentin adjunctive therapy in neuropathic pain states. Clin J Pain 1996; 12: 56-58.

12. Samkoff LM, Daras M, Tuchman AJ, Koppel BS. Amelioration of refractory dysesthetic limb pain in multiple sclerosis by gabapentin. Neurology 1997; 49: 304-305.

13. Mathew NT, Lucker C. Gabapentin in migraine prophylaxis: a preliminary open label study. Neurology 1996; 46 (suppl): A169.

14. Schachter SC, Sauter MK. Treatment of central pain with gabapentin: Case reports. J Epilepsy 1996; 9: 223-226.

15. Cui JG, Linderoth B, Meyerson BA. Effects of spinal cord stimulation on touch-evoked allodynia involve GABAergic mechanisms. An experimental study in the mononeuropathic rat. Pain 1996; 66: 287-295.

16. Stanfa I.C, Singh L., Williams RG, Dickenson AH. Gabapentin, ineffective in normal rats, markedly reduces C-fibre evoked responses after inflammation. Neuroreport 1997; 8: 587-590.

17. Hwang JH, Yaksh TL. Effect of subarachnoid gabapentin on tactile-evoked allodynia in surgically induced neuropathic pain model in the rat. Reg Anesth 1997; 22: 249-256.

18. Hunter JC, Gogas KR, Hedley LR, et al. The effect of novel anti-epileptic drugs in rat experimental models of acute and chronic pain. Eur J Pharmacology 1997; 324: 153-160.

NW06837

PR-25-1997 PR:PRGN    FROM NEUROLOGY                TO        91PP131652007    P.13

Gorson et al   13

## Table 1. Characteristics of patients with painful diabetic neuropathy

| Characteristic | N = 40 (SD) | Percentage |
|---|---|---|
| Mean Age (yrs) | 62 (10.9) | |
| Sex (M/F) | 31/9 | 78%/22% |
| Duration of Diabetes (yrs) | 14 (9.9) | |
| Duration of Pain (yrs) | 4 (3.5) | |
| **Distribution of Pain** | | |
| Feet only | 10 | 25% |
| Feet and legs | 19 | 48% |
| Feet, legs, and hands | 11 | 27% |
| **Quality of Pain** | | |
| Burning | 24 | 60% |
| Shooting | 26 | 65% |
| Aching | 33 | 83% |
| Cramping | 20 | 50% |
| Tingling | 32 | 80% |
| Cold, painful sensations | 13 | 33% |
| Allodynia | 24 | 60% |
| Impaired sleep | 32 | 80% |
| **Diabetic treatment** | | |
| Insulin | 21 | 53% |
| Oral hypoglycemic agents | 19 | 47% |
| **Previous pain treatment** | | |
| Narcotics | 25 | 63% |
| Other analgesics | 25 | 63% |

Legend: SD = standard deviation; yrs = years.

06838

Gorson et al. 15

## Table 3. Comparison of mean change in pain scales between gabapentin and placebo

| Pain Scale | Gabapentin | Placebo | p-value |
|---|---|---|---|
| MPQ | 8.9 (14.5) | 2.2 (13.8)* | 0.03 |
| VAS | 1.8 (3.1) | 1.4 (2.1) | 0.42 |
| PPI | 1.2 (2.7) | 0.3 (3.1)* | 0.2 |
| No. of patients reporting moderate or excellent pain relief (Global assessment of pain relief) | 17 | 9 | 0.11 |

Legend: MPQ = McGill Pain Questionnaire; PPI = Present Pain Intensity; VAS = Visual Analog Scale; numbers in parentheses are standard deviations. * the mean change for these scales do not reflect differences between baseline and week 8 from Table. 2 due to statistical corrections for order and washout effects.

CNH06839

# EXHIBIT 7



*Postoperative MRI confirming the position of stereotaxic lesions in the right thalamus (black arrows).*

days with no symptomatic effect or objective change in his AIMS score.

In April 1997 ventral thalamotomy was performed on the right side in two stages under local anaesthesia. A Bennett sphenoid guide had previously been inserted under general anaesthesia using CT guidance and a Leksell frame. Details of the lesions are shown in the table. The first lesion was relatively anterior and it reduced the torticollis, neck pain, hypertonia, and the dyskinesia of the contralateral limbs and allowed him to smile and laugh. One week later a second lesion was placed posteriomedial to the first. This abolished the residual "cogwheeling" of the left upper limb and improved his dexterity. There were no surgical complications. Postoperative MRI (figure) 8 months after the procedure confirms the position of the two lesions in the right thalamus.

Twelve months later the patient remains well with minimal dystonic neck movements and no evidence of abnormal posturing of the left arm and off all medication. His AIMS score is now 8/40.

Although the efficacy of thalamotomy has long been recognised in secondary dystonia[4] we are not aware of any reports of its use in drug induced dystonia. The mechanism of drug induced dystonia is not yet known and extrapolating the surgical results for treatment of dystonia of other aetiologies may not be appropriate. The reported mortality from thalamotomy ranges from 0.4% to 6%.[5] Recent experience with pallidotomy indicates an incidence of severe clinical complications of between 2%–8%.[5] Because of the proximity of the optic tract to the globus pallidus persistent visual defects are a well known risk of pallidotomy, up to 14% in one series.[6] It is too early to be certain of long term efficacy but 12 months after operation the patient remains well and off all medication. We conclude that thalamotomy should also be considered in patients with medically refractory drug induced tardive dystonia and dyskinesia.

C E M HILLIER
C M WILES
B A SIMPSON
*Departments of Neurology and Neurosurgery,
University Hospital of Wales, Heath Park,
Cardiff CF4 4XW, UK*

Correspondence to: Dr C E M Hillier, Department of Neurology, University Hospital of Wales, Heath Park, Cardiff CF4 4XW, UK. Telephone 0044 1222 746441; fax 0044 1222 744166.

1 Weetman J, Anderson M, Gregory RP, *et al.* Bilateral posteroventral pallidotomy for severe antipsychotic induced tardive dyskinesias and dystonia. *J Neurol Neurosurg Psychiatry* 1997;62:554–6

2 Obeso JA, Guridi J, DeLong M. Surgery for Parkinson's disease. (editorial) *J Neurol Neurosurg Psychiatry* 1997;62:2–8

3 Laitinen LV, Bergenheim T, Hariz MI. Leksell's posteroventral pallidotomy in the treatment of Parkinson's disease *Neurosurgery* 1992;76:53–61

4 Cahn, C-P, Jiang K, Ross-Townsend A. Methodologic approach to measurement of tardive dyskinesia: piezoelectric recording and concurrent validity test on five clinical scales. In: *Tardive Dyskinesias: research and treatment.* Spectrum Publications New York 1980;233–66.

5 Andrew J, Watkins ES. *A stereotaxic atlas of the human thalamus and adjacent structures.* Baltimore: Williams and Wilkins, 1969

6 Cardoso F, Jankovic J, Grossman RG, Hamilton WJ. Outcome after stereotactic thalamotomy for dystonia and hemiballismus. *Neurosurgery* 1995;36:501–6.

## Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial

Painful neuropathy is a common and disabling problem in patients with longstanding diabetes mellitus. Tricyclic antidepressant drugs and other chronic analgesics have been beneficial in some patients,[1] but no agent successfully relieves pain in most patients and adverse effects often preclude their use in high doses. Anecdotal reports suggest that gabapentin ameliorates pain associated with neuropathy and other neurological conditions with few side effects.[2,3] We conducted a randomised, double blind, placebo-controlled trial to study the effect of low dose gabapentin in patients with painful diabetic neuropathy.

We recruited 40 patients with painful diabetic neuropathy who had (1) diabetes for at least 6 months on a stable dosage of insulin or oral hypoglycaemic agent, (2) distal symmetric sensorimotor neuropathy as shown by impaired pin prick, temperature, or vibration sensation in both feet and absent or reduced ankle reflexes, and (3) daily neuropathic pain in the axial extremities, of at least moderate severity, for over 3 months that interfered with daily activity or sleep. Excluded were those with diabetes and chronic renal insufficiency, painful diabetic plexopathy, or lumbosacral polyradiculopathy, peripheral vascular disease, another painful condition, or other cause for neuropathy. Patients were randomly assigned to gabapentin (300 mg capsules) or placebo for 6 weeks (phase I) followed by a 3 week washout period. and then crossed over (phase II). The dose of gabapentin or placebo was increased by one.capsule every.3 days to a stable dosage of one capsule three times daily (900 mg/day) that was maintained throughout the remainder of the treatment period. The low dosage of gabapentin was chosen to minimise adverse effects that might compromise blinding. Treatment with stable dosages of nonsteroidal anti-inflammatory agents or narcot-

ics were permitted during the trial but patients discontinued all other chronic analgesic medications 3 weeks before study entry.

At the beginning and end of each treatment period, patients rated their level of pain over the preceding 24 hours on a 10 cm visual analogue pain scale (VAS), ranging from 0 ("no pain") to 10 ("worst pain ever"). Present pain intensity (PPI, "rate how much pain you have at this moment," using a similar 0–10 scale) and the McGill pain questionnaire (MPQ) were recorded at the initial and final visits of each treatment period.[4] At the end of each treatment period patients provided a global assessment of pain relief: none, mild, moderate, or excellent, as compared with the level of pain preceding each treatment period. The global assessment of pain relief was dichotomised (none/mild *v* moderate/excellent) for purposes of analysis. The protocol was approved by the Institutional Review Board at St Elizabeth's Medical Center and all patients gave written informed consent.

There were 31 men and nine women, with an average age of 62 years (SD 10.9 years, range 43–82 years). All but one had adult onset diabetes mellitus, with a mean duration of 14 years (SD 9.9 years, range 6 months–40 years). Ten had neuropathic pain limited to the feet, 19 had pain in the feet and legs, and 11 had pain in the feet, legs, and hands. The mean duration of neuropathic pain was 4 years (SD 3.5 years, range 4 months–15 years). Twenty five had previously used narcotics or other chronic analgesics to manage their pain.

Nineteen patients were randomised to the active drug and 21 to placebo during the first treatment period. The mean reduction in the MPQ score was 8.9 points with gabapentin compared with 2.2 points with placebo (p=0.03, two sample *t* test). There were no differences in the mean change of the VAS or PPI scores between gabapentin and placebo (table). Fourteen patients reported moderate or excellent pain relief with gabapentin only, six with placebo only, and three with both 17 reported none or mild relief after both treatments (p=0.11, McNemar's test). There were no serious adverse events. Adverse effects were significantly more common with gabapentin (12 patients) compared with placebo (four patients, p<0.001, McNemar's test). The most common side effects of gabapentin were drowsiness (six patients), fatigue (four), and imbalance (three). All adverse effects resolved promptly after discontinuation of the drug.

Anecdotal reports suggest that gabapentin has beneficial effects in patients with various painful neurological conditions, including HIV neuropathy,[2] postherpetic neuralgia,[2] and reflex sympathetic dystrophy.[3] The mechanism of action of gabapentin in ameliorating pain is unknown, but animal studies suggest that its pain modulating properties may be linked to the release of the neuro-

*Comparison of mean change in pain scales between gabapentin and placebo*

| Pain scale | Gabapentin | Placebo | Difference | p Value |
|---|---|---|---|---|
| MPQ | 8.9 (2.3) | 2.2 (2.2) | 6.7 (3.2) | 0.03 |
| VAS | 1.8 (0.5) | 1.4 (0.5) | 0.4 (0.6) | 0.42 |
| PPI | 1.2 (0.4) | 0.3 (0.5) | 0.9 (0.7) | 0.2 |
| No of patients reporting moderate or excellent pain relief* | 17 | 9 | | 0.11 |

*Global assessment of pain relief.
MPQ=McGill pain questionnaire; PPI=present pain intensity; VAS=visual analogue scale; numbers in parentheses are SD.

This article is for individual use only and may not be further reproduced or stored electronically without written permission from the copyright holder.
Unauthorized reproduction may result in financial and other penalties. (c) BRITISH MED JOURNAL PUBL GROUP

252

transmitter GABA in spinal cord pathways that modify pain perception.[5]

There was statistical improvement in only one of four end points, the MPQ score, with gabapentin compared with placebo. The MPQ is a valid, consistent, and reliable measure of subjective pain experience, and usually correlates with other measures of pain intensity, including the VAS and PPI scales.[4] We designed the study to have an 80% power to detect a 20% reduction in pain scores, reflecting a modest but clinically important improvement. The mean change of the VAS and PPI scales and the patient's global assessment of pain relief were not significantly different from placebo. We used a crossover design because of its statistical efficiency, but the MPQ and VAS scores did not return to baseline after crossover in patients who received gabapentin in phase I (the washout period was inadequate); therefore, we may have underestimated improvement with gabapentin in the VAS scale that may have been detected using a parallel group design. Furthermore, a limitation of our study was that quantitative measures (for example, nerve conduction studies, quantitative sensory thresholds) were not used to further characterise the type of neuropathy. Because of the heterogeneous nature of neuropathic pain in our study patients, we may not have identified a subset of patients who improved with gabapentin. Alternatively, the dosage of gabapentin may have been too low to induce analgesia in patients with painful diabetic neuropathy, although similar regimens have been reported to be effective in patients with other painful conditions.[2 3]

The results of this study suggest that gabapentin is probably ineffective or only minimally effective for the treatment of painful diabetic neuropathy at a dosage of 900 mg/day.

This study was financially supported by Warner Lambert (Parke-Davis Pharmaceuticals).

KENNETH C GORSON
CECILIA SCHOTT
ROBERT HERMAN
ALLAN H ROPPER
*Neurology Service, St. Elizabeth's Medical Center*

WILLIAM M RAND
*Department of Family Medicine and Community Health, New England Medical Center, Tufts University School of Medicine, Boston, MA, USA*

Correspondence to: Dr Kenneth C Gorson, Division of Neurology, St Elizabeth's Medical Center, 736 Cambridge Street, Boston, MA 02135, USA. Telephone 001 617 789 2375; fax 001 617 789 5177.

1 Thomas PK, Tomlinson DR. Diabetic and hypoglycemic neuropathy. In: Dyck PJ, Thomas PK, Griffin JW, *et al*, eds. *Peripheral neuropathy.* 3rd ed. Philadelphia: WB Saunders, 1993:1219–50.
2 Rosner H, Rubin L, Kestenbaum A. Gabapentin adjunctive therapy in neuropathic pain states. *Clin J Pain* 1996;2:56–8.
3 Mellick GA, Mellick LB. Reflex sympathetic dystrophy treated with gabapentin. *Arch Phys Med Rehabil* 1997;78:98–105.
4 Melzack R. The McGill pain questionnaire: major properties and scoring methods. *Pain* 1975;1:277–99.
5 Cui JG, Linderoth B, Meyerson BA. Effects of spinal cord stimulation on touch-evoked allodynia involve GABAergic mechanisms. An experimental study in the mononeuropathic rat. *Pain* 1996;66:287–95.

### Single motor unit activity pattern in patients with Schwartz-Jampel syndrome

Two sisters, 9 and 11 years old, with typical clinical symptoms of Schwartz-Jampel syndrome were investigated. Conventional electromyographic investigation with concentrical needle electrodes in the biceps brachii and tibialis anterior showed continuous muscle activity (myotonic burst, high frequency discharges of single motor units with "bizarre" rhythmic activity). The single motor unit action potential (MUAP) was studied in detail by monopolar surface selective electrode with a small leading off area. The pattern suggests that the muscle membrane alone is the not the only reason for abnormality.

Continuous muscle activity is a prominent symptom in patients with Schwartz-Jampel syndrome. Some authors maintain that this may originate in the nerve or end plate. Lehmann-Horn *et al*[2] showed two muscle membrane abnormalities by voltage clamp and patch clamp techniques and concluded that spontaneous activity in the Schwartz-Jampel syndrome originated in the muscle membrane itself. Arimura *et al*[3] found a normal end plate function and assumed that the motor unit pattern influenced interdischarge interval changes. It is difficult to make a precise analysis of the MUAPs with concentric needle electrodes because of other interfering spontaneous activities. Thus a monopolar surface selective electrode with a small leading off area[4] was employed to obtain a more precise assessment of a single MUAP pattern.

The patients were two sisters, 9 and 11 years old, from consanguineous parents. They displayed short stature, bone deformities (kyphoscoliosis, pigeon breast, short neck, pes equinovarus), facial dysmorphism, muscle stiffness, and missing tendon reflexes in the lower limbs. Concentric needle EMG was performed when the patients were 7 and

9 years old and disclosed abnormality. The needle insertion, mechanical stimulation, and mild muscular contraction induced spontaneous activity. Myotonic discharges (fig 1 A and B) were found in all examined muscles (abductor digiti minimi, quadriceps femoris, tibialis anterior, biceps brachii). There were also spontaneous high frequency biphase potentials. Some of the high frequency discharges appeared as doublets or complex repetitive discharges. Routine nerve conduction studies (motor conduction velocity, distal latency, compound muscle action potentials, and sensory action potentials in upper and lower limbs) were normal.[4] Electromyographic investigations of single MUAPs were performed in biceps brachii and tibialis anterior muscles. Involuntary motor unit activity was recorded by monopolar surface selective electrode with a small leading off area[3] for 30 minutes. A Mistro 5+electromyograph and a Teac type recorder were employed to register the action potentials. Distance between the negative peaks of MUAP was measured with a resolution of 0.1 ms. After applying these electrodes we found single MUAP trains between myotonic discharges. They showed without provoking a burst of activity, as usually happens during needle electromyography.

Motor unit firing began with doublet discharges (fig 2 trace 1). After a few seconds MUAP alternated between doublets and triplets (fig 2 trace 2). and then the motor unit fired with stable triplets (trace 3). Similarly, triple discharges turned into quadruplets, and then multiplets (traces 4 to 11) and the number of firing impulses increased at the end of motor unit discharge. All multiplet impulses were similar in shape.





*Figure 1  Myotonic discharge recorded by monopolar surface electrode with a small leading off area (A) and needle electrode (B) from biceps brachii muscle.*





## All series in one place!

bmj.com/series has now got a link to all
the series that have appeared in the BMJ.

HOME | HELP | FEEDBACK | SUBSCRIPTIONS | ARCHIVE | SEARCH | TABLE OF CONTENTS

*J Neurol Neurosurg Psychiatry* 1999;66:251-252 ( February )

Letters to the editor

# Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial

Painful neuropathy is a common and disabling problem in patients with longstanding diabetes mellitus. Tricyclic antidepressant drugs and other chronic analgesics have been beneficial in some patients,[1] but no agent successfully relieves pain in most patients and adverse effects often preclude their use in high doses. Anecdotal reports suggest that gabapentin ameliorates pain associated with neuropathy and other neurological conditions with few side effects.[2][3] We conducted a randomised, double blind, placebo controlled trial to study the effect of low dose gabapentin in patients with painful diabetic neuropathy.

We recruited 40 patients with painful diabetic neuropathy who had (1) diabetes for at least 6 months on a stable dosage of insulin or oral hypoglycaemic agent, (2) distal symmetric sensorimotor neuropathy as shown by impaired pin prick, temperature, or vibration sensation in both feet and absent or reduced ankle reflexes, and (3) daily neuropathic pain in the acral extremities, of at least moderate severity, for over 3 months that interfered with daily activity or sleep. Excluded were those with diabetes and chronic renal insufficiency, painful diabetic plexopathy, or lumbosacral polyradiculopathy, peripheral vascular disease, another painful condition, or other cause for neuropathy. Patients were randomly assigned to gabapentin (300 mg capsules) or placebo for 6 weeks (phase I) followed by a 3 week washout period and then crossover (phase II). The dose of gabapentin or placebo was increased by one capsule every 3 days to a stable dosage of one capsule three times daily (900 mg/day) that was maintained throughout the remainder of the treatment period. The low dosage of gabapentin was chosen to minimise adverse effects that might compromise blinding. Treatment with stable dosages of non-steroidal anti-inflammatory agents or narcotics were permitted during the trial but patients discontinued all other chronic analgesic medications 3 weeks before study entry.

At the beginning and end of each treatment period, patients rated their level of pain over the preceding 24 hours on a 10 cm visual anologue pain scale (VAS), ranging from 0 ("no pain") to 10 ("worst pain ever"). Present pain intensity (PPI, "rate how much pain you have at this moment," using a similar 0-10 scale) and the McGill pain questionnaire (MPQ) were recorded at the initial and final visits of each treatment period.[4] At the end of each treatment period patients provided a global assessment of pain relief: none, mild, moderate, or excellent, as compared with the level of pain preceding each treatment period. The global assessment of pain relief was dichotomised (none/mild *v* moderate/excellent) for purposes of analysis. The protocol was approved by the Institutional Review Board at St Elizabeth's Medical Center and all patients gave written informed consent.

There were 31 men and nine women, with an average age of 62 years (SD 10.9 years, range 43-82 years). All but one had adult onset diabetes mellitus, with a mean duration of 14 years (SD 9.9 years, range 6 months-40 years). Ten had neuropathic pain limited to the feet, 19 had pain in the feet and legs, and 11 had pain in the feet, legs, and hands. The mean duration of

### This Article

▶ Extract FREE
▶ Submit a response
▶ Alert me when this article is cited
▶ Alert me when eLetters are posted
▶ Alert me if a correction is posted
▶ Citation Map

### Services

▶ Email this link to a friend
▶ Similar articles in this journal
▶ Similar articles in PubMed
▶ Add article to my folders
▶ Download to citation manager
▶ Cited by other online articles

### Google Scholar

▶ Articles by GORSON, K. C
▶ Articles by RAND, W. M
▶ Articles citing this Article

### PubMed

▶ PubMed Citation
▶ Articles by GORSON, K. C
▶ Articles by RAND, W. M

### Related Collections

▶ Other Neurology

neuropathic pain was 4 years (SD 3.5 years, range 4 months-15 years). Twenty five had previously used narcotics or other chronic analgesics to manage their pain.

Nineteen patients were randomised to the active drug and 21 to placebo during the first treatment period. The mean reduction in the MPQ score was 8.9 points with gabapentin compared with 2.2 points with placebo (p=0.03, two sample $t$ test). There were no differences in the mean change of the VAS or PPI scores between gabapentin and placebo (table). Fourteen patients reported moderate or excellent pain relief with gabapentin only, six with placebo only, and three with both; 17 reported none or mild relief after both treatments (p=0.11, McNemar's test). There were no serious adverse events. Adverse effects were significantly more common with gabapentin (12 patients) compared with placebo (four patients, p<0.001, McNemar's test). The most common side effects of gabapentin were drowsiness (six patients), fatigue (four), and imbalance (three). All adverse effects resolved promptly after discontinuation of the drug.



| View this table: [in this window] [in a new window] | Comparison of mean change in pain scales between gabapentin and placebo |
| --- | --- |

Anecdotal reports suggest that gabapentin has beneficial effects in patients with various painful neurological conditions, including HIV neuropathy,[2] postherpetic neuralgia,[2] and reflex sympathetic dystrophy.[3] The mechanism of action of gabapentin in ameliorating pain is unknown, but animal studies suggest that its pain modulating properties may be linked to the release of the neurotransmitter GABA in spinal cord pathways that modify pain perception.[5]

There was statistical improvement in only one of four end points, the MPQ score, with gabapentin compared with placebo. The MPQ is a valid, consistent, and reliable measure of subjective pain experience, and usually correlates with other measures of pain intensity, including the VAS and PPI scales.[4] We designed the study to have an 80% power to detect a 20% reduction in pain scores, reflecting a modest but clinically important improvement. The mean change of the VAS and PPI scales and the patient's global assessment of pain relief were not significantly different from placebo. We used a crossover design because of its statistical efficiency, but the MPQ and VAS scores did not return to baseline after crossover in patients who received gabapentin in phase I (the washout period was inadequate); therefore, we may have underestimated improvement with gabapentin in the VAS scale that may have been detected using a parallel group design. Furthermore, a limitation of our study was that quantitative measures (for example, nerve conduction studies, quantitative sensory thresholds) were not used to further characterise the type of neuropathy. Because of the heterogeneous nature of neuropathic pain in our study patients, we may not have identified a subset of patients who improved with gabapentin. Alternatively, the dosage of gabapentin may have been too low to induce analgesia in patients with painful diabetic neuropathy, although similar regimens have been reported to be effective in patients with other painful conditions.[2] [3]

The results of this study suggest that gabapentin is probably ineffective or only minimally effective for the treatment of painful diabetic neuropathy at a dosage of 900 mg/day.

## Acknowledgments

This study was financially supported by Warner Lambert (Parke-Davis Pharmaceuticals).

**KENNETH C GORSON, CECILIA SCHOTT, ROBERT HERMAN, ALLAN H ROPPER**
Neurology Service, St. Elizabeth's Medical Center

**WILLIAM M RAND**
Department of Family Medicine and Community Health, New England Medical Cente, Tufts University School of Medicine, Boston, MA, USA

Correspondence to: Dr Kenneth C Gorson, Division of Neurology, St Elizabeth's Medical Center, 736 Cambridge Street, Boston, MA 02135, USA. Telephone 001 617 789 2375; fax 001 617 789 5177.

## References

1. Thomas PK, Tomlinson DR. Diabetic and hypoglycemic neuropathy. In: Dyck PJ, Thomas PK, Griffin JW, *et al*, eds. *Peripheral neuropathy.*, 3rd ed. Philadelphia: WB Saunders, 1993;1219-1250.

2. Rosner H, Rubin L, Kestenbaum A. Gabapentin adjunctive therapy in neuropathic pain states. *Clin J Pain* 1996;**2**:56-58.

3. Mellick GA, Mellick LB. Reflex sympathetic dystrophy treated with gabapentin. *Arch Phys Med Rehabil* 1997;**78**:98-105 [Medline].

4. Melzack R. The McGill pain questionnaire: major properties and scoring methods. *Pain* 1975;**1**:277-299[Medline].

5. Cui JG, Linderoth B, Meyerson BA. Effects of spinal cord stimulation on touch-evoked allodynia involve GABAergic mechanisms. An experimental study in the mononeuropathic rat. *Pain* 1996;**66**:287-295[Medline].

---

© 1999 by Journal of Neurology, Neurosurgery, and Psychiatry

## This article has been cited by other articles: (Search Google Scholar for Other Citing Articles)



### ANESTHESIA & ANALGESIA ▶ HOME
I. W. Tremont-Lukats, V. Challapalli, E. D. McNicol, J. Lau, and D. B. Carr
**Systemic Administration of Local Anesthetics to Relieve Neuropathic Pain: A Systematic Review and Meta-Analysis**
Anesth. Analg., December 1, 2005; 101(6): 1738 - 1749.
[Abstract] [Full Text] [PDF]



### The Diabetes Educator ▶ HOME
C. F. Corbett
**Practical Management of Patients With Painful Diabetic Neuropathy**
The Diabetes Educator, July 1, 2005; 31(4): 523 - 540.
[Abstract] [Full Text] [PDF]



### THE JOURNAL OF CLINICAL ENDOCRINOLOGY & METABOLISM ▶ HOME
A. Vinik
**Use of Antiepileptic Drugs in the Treatment of Chronic Painful Diabetic Neuropathy**
J. Clin. Endocrinol. Metab., August 1, 2005; 90(8): 4936 - 4945.
[Abstract] [Full Text] [PDF]



### Neurology ▶ HOME
G. A. Irving
**Contemporary assessment and management of neuropathic pain**
Neurology, June 28, 2005; 64(12_suppl_3): S21 - S27.
[Abstract] [Full Text] [PDF]

### ARCHIVES OF NEUROLOGY ▶ HOME
R. H. Dworkin, M. Backonja, M. C. Rowbotham, R. R. Allen, C. R. Argoff, G. J. Bennett, M. C. Bushnell, J. T. Farrar, B. S. Galer, J. A. Haythornthwaite, D. J. Hewitt, J. D. Loeser, M. B. Max, M. Saltarelli, K. E. Schmader, C. Stein, D.