# EXHIBIT 8

Bipolar Disorders 2000: 2: 249–255
Printed in Ireland. All rights reserved

Copyright © Munksgaard 2000
BIPOLAR DISORDERS
ISSN 1398-5647

## Original Article

# Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy[1]

Pande AC, Crockatt JG, Janney CA, Werth JL, Tsaroucha G, Gabapentin Bipolar Disorder Study Group. Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy.
Bipolar Disord 2000: 2: 249–255. © Munksgaard, 2000

*Objectives:* To assess efficacy and safety of gabapentin in the treatment of bipolar disorder.

*Methods:* This was a double-blind, placebo-controlled trial of adjunctive gabapentin (dosed flexibly between 900 and 3600 mg/day). Patients with a lifetime diagnosis of bipolar disorder (type I), and who were currently suffering from symptoms of either mania, hypomania or a mixed state despite ongoing therapy with lithium, valproate, or lithium and valproate in combination were eligible for inclusion. The primary efficacy measures were the baseline to endpoint change in total score on the Young Mania Rating Scale (YMRS) and the Hamilton Depression Rating Scale (HAM-D).

*Results:* Both treatment groups had a decrease in total YMRS from baseline to endpoint, but this decrease was significantly greater in the placebo group ($-9$) than the gabapentin group ($-6$) (p < 0.05). No difference between treatments was found for the total score on the HAM-D. Secondary efficacy measures were not different between treatment groups. More patients in the placebo group had changes made to their ongoing lithium therapy (n = 12) compared to the gabapentin group (n = 4). When these patients are removed from the efficacy analysis, the YMRS treatment difference still favors placebo, but is no longer statistically significant. Based on gabapentin plasma levels at termination, some patients did not take the study drug as prescribed.

*Conclusions:* The findings of this study did not demonstrate that gabapentin is an effective adjunctive treatment when administered to outpatients with bipolar disorder.

Atul C Pande, Jerri G Crockatt, Carol A Janney, John L Werth, Georgia Tsaroucha and Gabapentin Bipolar Disorder Study Group[2]

Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Company, Ann Arbor, MI 48105, USA

Key words: bipolar disorder – clinical trial – gabapentin – mania – placebo-controlled – trial methods

Received 22 July 1999, revised and accepted for publication 22 November 1999

Corresponding author: Atul C Pande, Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Company, 2800 Plymouth Road, Ann Arbor, Michigan 48105. Fax: +734 622 5100; e-mail: atul.pande@wl.com

[1] This study was funded by the Parke-Davis Research Division of Warner-Lambert Company.
[2] The following are members of the Gabapentin Bipolar Disorder Study Group: L. Altshuler, MD and R. Gerner, MD, Los Angeles, CA; C.L. Bowden, MD and L. Rhodes, MD, San Antonio, TX; J.R. Calabrese, MD and M. Shelton, MD, PhD, Cleveland, OH; D.L. Dunner, MD and H. Hendrickson, MD, Seattle, WA; L. Gyulai, MD, Philadelphia, PA; R. Hirschfeld, MD, Galveston, TX; G.B. Kaplan, MD, Providence, RI; T. Ketter, MD, Stanford, CA; R.B. Lydiard, MD, PhD, Charleston, SC; S.L. McElroy, MD and P.E. Keck, Jr., MD, Cincinnati, OH; G. Sachs, MD, Boston, MA; P. Suppes, MD, PhD, Dallas, TX; J. Zajecka, MD, Chicago, IL; C. Zarate, MD, Belmont, MA.

The treatment of bipolar disorder has changed considerably in the past decade. Whereas lithium was the mainstay of treatment through most of the 1970s and 1980s, the role of anticonvulsants is now firmly established and widely practiced. Anticonvulsant drugs were originally used mainly as adjuncts to lithium, but valproate is now commonly used as first-line therapy (1). Even though the acceptance of valproate and carbamazepine by clinicians has expanded the treatment options for patients, a substantial proportion of patients responds inadequately to available drug treatments.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Pande et al.

The material on this page was copied from the ...action of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Once patients prove resistant to treatment with lithium, valproate, or carbamazepine, given alone or in combination, further treatment is associated with a diminishing likelihood of response. Additionally, many patients are unable to adhere to these treatments because of intolerance or the persistence of symptoms. It is not surprising, then, that in long-term follow-up studies, more than half of patients have a poor outcome (2).

In the past few years, several reports have described improvement in patients with bipolar disorder treated with the anticonvulsant gabapentin in addition to standard therapies (3–8). These reports were predated by the observation of beneficial effects of gabapentin on mood and anxiety symptoms in studies of gabapentin as add-on therapy for patients with epilepsy (9). Based on these observations, we conducted a study to test the efficacy of adjunctive gabapentin in patients with bipolar disorder.

## Patients and methods

This study was carried out at 14 centers in the USA. The study sample consisted of outpatients (n = 117) of either gender, aged 16 years or older. Patients were required to have a diagnosis of bipolar I disorder based on DSM-IV criteria with manic/hypomanic or mixed symptoms. A structured clinical interview was not required for diagnosis. In accordance with the Declaration of Helsinki and Good Clinical Practice guidelines, participating patients signed a written informed consent, approved by the Institutional Review Board at each center. To be included in this study, patients had to meet criteria for a lifetime diagnosis of bipolar disorder (type I) and score $\geq 12$ on the Young Mania Rating Scale (YMRS) at the initial clinic visit, despite ongoing therapy with lithium, valproate or lithium and valproate in combination. Patients were required to have a plasma lithium level of $\geq 0.5$ mEq/L, or a plasma valproate concentration of $\geq 50$ μg/mL. Patients were excluded if they suffered from uncontrolled medical illnesses, met criteria for a current diagnosis of other DSM-IV Axis I disorders, or if they were taking any medication other than lithium and/or valproate that could alter the assessment of efficacy.

The study began with a 2-week, single-blind, placebo lead-in, during which the doses of lithium and/or valproate could be adjusted to the clinician's satisfaction and the minimum threshold concentrations mentioned above could be obtained. If patients continued to meet entry criteria at the end of the placebo lead-in, they were randomized to double-blind treatment with either gabapentin (dosed flexibly between 600 and 3600 mg/day, given t.i.d.) or placebo for 10 weeks. After randomization, the doses of lithium and valproate were required to be held steady unless dose changes were required to ensure patient safety. Patients were evaluated at weekly visits for the first 4 weeks after randomization, and biweekly for the next 6 weeks. Efficacy and safety assessments were performed during each visit according to a predetermined schedule. The efficacy assessments included the YMRS (10), Hamilton Depression Rating Scale (11) (HAM-D), Hamilton Anxiety Rating Scale (12) (HAM-A), Clinical Global Impression of Severity (CGIS) and Clinical Global Impression of Change (CGIC). Patients also performed self-assessments using the internal state scale (ISS) (13), Life Chart for Recurrent Affective Illness (Life Chart) (14) and the SF-36 Quality of Life Questionnaire (15). Safety was assessed through monitoring of vital signs, laboratory assessments, and spontaneously reported adverse events.

The efficacy analyses were carried out on the intent-to-treat (ITT) population that included all randomized patients who received at least one dose of study medication. Change in each efficacy score was calculated by subtracting the baseline score from endpoint score. For all analyses, endpoint was defined as the week-10 (termination visit) score for patients who completed treatment or the last available post-randomization score (last observation carried forward, LOCF) for patients who withdrew from the study.

All analyses were performed using SAS 6.12 (16) with a significance level of 0.05 (two-tailed).

Analysis of covariance (ANCOVA) was performed to compare gabapentin to placebo in reducing the symptoms of bipolar disorder for all efficacy assessments except for the CGIC and ISS responders. In the ANCOVA models, the dependent variable was the efficacy change score, with treatment and center as the independent variables, and baseline score as the covariate. Assumptions underlying the models were examined. ISS responders were defined as patients scoring $\geq 125$ on the wellbeing subscale, and $< 200$ on the activation subscale. CGIC responders were defined as patients whose overall status was rated as 'much improved' or 'very much improved'. The differences in response rates between treatment groups for CGIC and ISS responders were assessed by Cochran Mantel–Haenszel $\chi^2$ analysis stratified by center.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Gabapentin in bipolar disorder

## Results

The ITT population for this study comprised of 117 patients randomized, 114 of whom had a post-randomization observation on either placebo (n = 59) or gabapentin (n = 55). More than half of the patients completed the study; 64% of placebo-treated and 53% of gabapentin-treated patients completed the 10-week study. A total of 12 patients withdrew due to adverse events, seven gabapentin-treated and five placebo-treated.

Table 1. Characteristics of ITT population

| Characteristic | Placebo n = 59 | Gabapentin n = 58 |
|---|---|---|
| Gender, n (%) | | |
| Men | 32 (54) | 29 (50) |
| Women | 27 (46) | 29 (50) |
| Age (years) | | |
| Mean (SD) | 38.2 (10.5) | 40.7 (9.4) |
| Range | 17–73 | 17–66 |
| Disposition | | |
| Withdrawn, any reason, n | 21 | 27 |
| Withdrawn, adverse event, n | 5 | 7 |
| Withdrawn, lack of efficacy, n | 7 | 8 |
| Bipolar I diagnosis (most recent episode) | | |
| Hypomanic/manic, n | 28 | 27 |
| Manic, n | 12 | 15 |
| Depressed, n | 1 | 2 |
| Mixed, n | 17 | 12 |
| Unspecified, n | 1 | 2 |
| Ongoing treatment for bipolar disorder | | |
| Lithium only, n | 17 | 22 |
| Valproate only, n | 31 | 26 |
| Lithium and valproate, n | 11 | 10 |
| Baseline YMRS | | |
| Mean (SD) | 18.4 (7.1) | 18.8 (7.3) |

The two treatment groups were similar in demographic characteristics and baseline disease severity (Table 1).

Fig. 1 shows the unadjusted mean YMRS scores for the weekly observed cases. The difference between the treatment groups appeared approximately proportional over time. However, comparison of YMRS change scores from baseline to endpoint (LOCF) by ANCOVA revealed a significant difference that favored placebo treatment (Table 2). Comparison of other efficacy measures revealed no significant differences between the treatment groups (Tables 2 and 3).

Since this was an add-on study, we sought to determine if ongoing treatment (lithium, valproate, or lithium and valproate) had an effect on treatment efficacy. Mean YMRS total and change scores were comparable between treatment groups, regardless of ongoing therapy. Similarly, ongoing therapy did not appear to influence any of the secondary efficacy measures.

On *post hoc* analysis, it was noted that during the placebo lead-in phase, adjustments in lithium dosing were made in more (n = 12) placebo-treated patients than gabapentin-treated patients (n = 4), (p < 0.01). Of the 12 placebo patients whose lithium dose changed, the dose was increased in nine and decreased in three patients. Among these 12 patients who were randomized to placebo, 11 showed a decrease in YMRS scores over the course of the study (mean change from baseline to endpoint, −9.5, Table 4). Only one patient worsened on the YMRS. In contrast, among gabapentin patients, of the four who had changes in lithium dosing, three showed improvement in YMRS scores and one showed worsening (mean change = 0.5).



YMRS Mean scores by week, observed cases

*Fig. 1.* Mean ± SE YMRS total scores for the weekly observed cases.

Pande et al.

Table 2. YMRS and HAM-D change scores: results of analysis of covariance: ITT population

| Parameter | | | | Treatment comparison | | |
| Treatment group | n | Adjusted means | SE | Difference[a] | 95% CI | p-value |
|---|---|---|---|---|---|---|
| YMRS | | | | | | |
| Placebo | 59 | −9.9 | 1.23 | | | |
| Gabapentin | 55 | −6.5 | 1.21 | −3.34 | −6.35, −0.32 | 0.03 |
| HAM-D | | | | | | |
| Placebo | 59 | −1.3 | 1.27 | | | |
| Gabapentin | 54 | 0.01 | 1.26 | −1.32 | −4.40, 1.77 | 0.40 |

[a] Difference (placebo/gabapentin) in adjusted means based on ANCOVA model with treatment and center in the model and YMRS baseline score as a covariate.

Table 3. Secondary efficacy parameters

| | Placebo | Gabapentin | Treatment comparison | |
| Efficacy parameter | Change score[a] | | Test statistic | p-value |
|---|---|---|---|---|
| Hamilton Anxiety Scale (HAM-A) total score | −1.05 | 0.36 | | 0.24 |
| Clinical Global Impression of Severity (CGIS) | −0.98 | −0.63 | | 0.10 |
| | Percentage of patients | | | |
| Internal States Scale (ISS)[b] | | | Chi-square test | 0.83 |
| Manic (≥70) | 8 | 9 | | |
| Depressed (≤30) | 17 | 17 | 0.05 | |
| Normal (31–69) | 75 | 74 | | |
| | Percentage of responders | | | |
| Clinical Global Impression of Change (CGIC)[c] | 47 | 37 | Chi-square test 1.08 | 0.30 |

[a] Baseline to Last Observation Carried Forward (LOCF).
[b] Based on average daily scores on global scale for the last 7 days prior to termination.
[c] Responders defined as 'much improved' or 'very much improved'.

When the data from all patients who had changes in lithium dosing during the placebo lead-in phase (n = 16) were excluded from the analysis, the treatment group difference in YMRS change score was no longer significant.

Of the 47 gabapentin patients who had plasma gabapentin concentrations measured, eight had plasma drug levels below the limit of detection (0.5 µg/mL), suggesting that some patients did not take the study drug as prescribed, thereby reducing their likelihood of responding to treatment.

Safety

Gabapentin was generally well tolerated. Most adverse events were consistent with known side effects of gabapentin, the most common being somnolence and dizziness (Table 5). Thirteen patients experienced a serious adverse event (Table 6). Five placebo-treated patients and 7 gabapentin-treated patients withdrew due to adverse events. There were no deaths during the study. One patient who had received 1200 mg/day gabapentin for 10 days died 10 months after discontinuing

from the study. The immediate cause of death was indeterminate, attributable to atherosclerosis.

Discussion

The findings of this study did not demonstrate that gabapentin is an effective adjunctive treatment when administered to patients with bipolar disorder who have moderate to severe symptoms that are persisting despite treatment with lithium and/or valproate. This finding is at odds with the numerous clinical reports (on a total of nearly 200 patients) in whom gabapentin was ostensibly beneficial (3–8). There are several potential explanations for this apparent discrepancy. Most of these studies lacked a placebo control. In this study, patients receiving placebo showed a robust response (nine point decrease in mean YMRS score). We enrolled patients with a diagnosis of bipolar disorder I, whereas others enrolled patients with acute mania, bipolar disorder I, bipolar disorder II, or cyclothymic disorder. Furthermore, efficacy was assessed differently between studies. To understand our data and reconcile the apparent

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Gabapentin in bipolar disorder

Table 4. Lithium dose adjustments during lead-in

| Patient number | Lithium Dose (mg/day) Initial | Final | YMRS change (baseline to LOCF) |
|---|---|---|---|
| Placebo | | | |
| 2002 | 1500 | 1800 | −14 |
| 5003 | 900 | 1200 | −6 |
| 7004 | 1200 | 900 | −12 |
| 7007 | 300 | 1350 | −11 |
| 9001 | 1200 | 1500 | −8 |
| 10007 | 600 | 900 | −10 |
| 10009 | 1200 | 1500 | −2 |
| 10017 | 600 | 300 | −2 |
| 10020 | 900 | 1350 | −2 |
| 11012 | 1200 | 1500 | −10 |
| 12001 | 1200 | 900 | −17 |
| 14006 | 900 | 1200 | −13 |
| Gabapentin | | | |
| 5004 | 2400 | 2100 | −2 |
| 7002 | 1500 | 1200 | −2 |
| 13003 | 1200 | 600 | −10 |
| 14002 | 900 | 1200 | 16 |

Table 5. Most frequent adverse events[a] in all patients

| Adverse event | Patients, n (%) Placebo, n = 59 | Gabapent, n = 58 |
|---|---|---|
| Somnolence | 7 (11.9) | 14 (24.1) |
| Dizziness | 3 (5.1) | 11 (19.0) |
| Diarrhea | 7 (11.9) | 9 (15.5) |
| Headache | 7 (11.9) | 6 (10.3) |
| Amnesia | 2 (3.4) | 6 (10.3) |

[a] ≥10% of the gabapentin-treated patients.

Table 6. Listing of serious adverse events

| Adverse event | Patient number | Treatment group[a] |
|---|---|---|
| Pericarditis | 2007 | PBO |
| Manic depressive reaction | 2008 | NR[b] |
| Manic reaction | 4002 | PBO |
| Manic reaction | 5003 | PBO |
| Manic reaction | 7006 | GBP |
| Manic reaction | 8004 | GBP[b] |
| Manic reaction | 9001 | PBO |
| Manic depressive reaction | 9005 | GBP[b] |
| Cervix carcinoma | 11003 | GBP[b] |
| Manic reaction | 12007 | PBO |
| Psychosis | 12015 | GBP |
| Manic reaction | 13005 | GBP |
| Manic depressive reaction | 13008 | NR[b] |

[a] PBO, placebo; GBP, gabapentin; NR, not randomized.
[b] AE began during single-blind placebo lead-in.

inconsistency with reported clinical experience, we carried out additional (previously unplanned) analyses of the data.

Since this was an add-on treatment study, we examined if any changes were made to the on-going treatments (lithium, valproate or the combination). By protocol, clinicians were allowed to adjust the lithium or valproate doses during the placebo lead-in period. More patients in the placebo group than the gabapentin group had their lithium dose adjusted during the lead-in phase. When all patients who had a change in lithium doses are removed from the efficacy analysis, the YMRS treatment difference numerically favors placebo, but is no longer statistically significant. This suggests that the patients whose lithium dose was adjusted during the baseline period have a disproportionately large influence on the overall results.

Another potential factor that may influence outcome in patients with bipolar disorder is treatment non-compliance. No gabapentin was detected in the plasma of some patients assigned to that treatment arm, suggesting poor compliance. This is a major problem for adjunctive treatment studies of this type in which out-patients with moderate to severe symptoms must take multiple medications daily.

This study included a heterogeneous patient population who, despite being 'refractory' to mood-stabilizing treatments, showed a robust response to placebo. Given the uncontrolled clinical observations of the utility of gabapentin in bipolar disorder, it is possible that gabapentin may have some clinically beneficial effects such as anxiolysis that were not adequately captured in this study. Recent reports have demonstrated that gabapentin is efficacious for the treatment of social phobia (17) and may be efficacious for some patients with panic disorder (18). Although gabapentin was not superior to placebo in this study, there was no evidence of patients on gabapentin showing a worsening of symptoms either.

Some methodological lessons from this study are of interest. One of the challenges in this study was defining the eligible patient population. For a phasic disorder like bipolar illness, one is immediately confronted with having to choose the phase of illness to study. We chose the study population based on perceived clinical need (i.e. patients who are treated yet remain symptomatic). Because we had no hint that gabapentin would have significant antidepressant effects, we excluded those patients whose symptoms consisted only of depression at the time of entry into the study. This may have been an erroneous assumption and we may have

The material on this page was copied from the collection of the National Library of Medicine by third party and may be protected by U.S. Copyright law.

Pande et al.

excluded patients who could potentially be treatment responders. A suitable alternative might have been to stratify the sample into three levels by presenting symptoms: manic, depressive, and mixed. Though this would have inflated the sample size required, it may have permitted us to test which component of bipolar illness may be more amenable to modification by gabapentin.

Further, the use of an add-on treatment design deserves some comment. Such designs are common in many other areas of medicine where the ethical issues require that any new treatment be tested for an incremental effect over and above the background of standard therapy. Although the ethical position is well served by this approach, significant hurdles are presented in detecting a drug effect when the signal-to-noise ratio is low, as in most psychiatric disorders. An alternative study design that may address the ethical and clinical issues is to apply the new treatment adjunctively in an open-label manner for a period of time considered 'adequate' for a treatment trial. At that point, treatment responders would be randomized to either continue the drug or be switched to placebo in a double-blind fashion. This discontinuation design may then reveal a true drug effect, if any, by showing a differential rate of relapse/recurrence between the treatment groups. To our knowledge, this design has never been tested with bipolar disorder.

A final methodological point that presents some difficulty for studies in bipolar disorder is the lack of a well-defined and easily usable measure of 'euthymia'. Because euthymia or mood stability is arguably the ultimate goal of treatment for bipolar disorder, measuring the effect of a new treatment against the depressive or manic symptoms may not give a true measure of disease state. We used the internal states scale and the National Institute of Mental Health (NIMH) Life Chart to determine mood stability. Both of these rely on daily patient self-report and could be subject to systematic error based on the patient's state at the time of rating (e.g. rating oneself 'well' when manic or hypomanic and rating oneself worse when mildly or moderately depressed). The use of these instruments also underestimates the difficulty of patient compliance over long periods of study. An alternative approach to this problem might be to simply use global clinical ratings that are applied to reasonable periods in a study (days, weeks, or months). It remains to be demonstrated how sensitive such ratings would be to modest, but clinically relevant, changes in a patient's clinical condition. For example, a treatment may simply reduce the amplitude of mood swings in a

bipolar patient without noticeably affecting the frequency or duration of such swings. This change may be clinically meaningful but might be missed by a global rating, particularly when the latter is applied by different raters in a multicenter clinical trial.

With the current level of activity in treatment research in bipolar illness, we believe that many of these issues of methodology will take center stage and demand resolution before significant breakthroughs are possible.

### References

1. American Psychiatric Association. Practice guideline for the treatment of patients with bipolar disorder. Am J Psychiatry 1994; 151: 1a–36a.
2. Keck PE, Jr, McElroy SL, Strakowski SM, West SA, Sax KW, Hawkins JM, Bourne ML, Haggard P. Twelve-month outcome of bipolar patients following hospitalization for a manic or mixed episode. Am J Psychiatry 1998; 155: 646–652.
3. Ryback RS, Brodsky L, Munasifi F. Gabapentin in bipolar disorder [letter]. J Neuropsychiatry Clin Neurosci 1997; 2: 301.
4. Schaffer CB, Schaffer LC. Gabapentin in the treatment of bipolar disorder [letter]. Am J Psychiatry 1997; 154: 291–292.
5. McElroy SL, Soutullo CA, Keck PE, Kmetz GF. A pilot trial of adjunctive gabapentin in the treatment of bipolar disorder. Ann Clin Psychiatry 1997; 9: 99–103.
6. Young LT, Robb JC, Patelis-Siotis I, McDonald C, Joffe RT. Acute treatment of bipolar depression with gabapentin. Biol Psychiatry 1997; 42: 851–853.
7. Erfurth A, Kammerer C, Grunze H, Normann C, Walden J. An open label study of gabapentin in the treatment of acute mania. J Psychiatric Res 1998; 32: 261–264.
8. Knoll J, Stegman K, Suppes T. Clinical experience using gabapentin adjunctively in patients with a history of mania or hypomania. J Affect Disorders 1998; 49: 229–233.
9. Dimond KR, Pande AC, LaMoreaux L, Pierce MW. Effect of gabapentin on mood and well-being in patients with epilepsy. Prog Neuropsychopharmacol Biol Psychiat 1996; 20: 407–417.
10. Young RC, Biggs JT, Ziegle VE, Meyer DA. A rating scale for mania: reliability, validity, and sensitivity. Br J Psychiatry 1978; 133: 429–435.
11. Hamilton MW. A rating scale for depression. J Neurol Neurosurg Psychiatry 1960; 23: 56–60.
12. Hamilton MW. The assessment of anxiety states by rating. Brit J Med Psychol 1959; 32: 10–16.
13. Bauer MS, Crits-Christoph P, Ball WA, Dewees E, McAllister T, Alahi P, Cacciola J, Whybrow PC. Independent assessment of manic and depressive symptoms by self-rating. Scale characteristics and implications for the study of mania. Arch Gen Psychiatry 1991; 48: 807–812.
14. Leverick GS, Post RM. The Life Chart Manual (self version). Bethesda, MD: NIMH Biological Psychiatry Branch, 1995.
15. Ware JE, Jr, Snow KK, Kosinski M, Gandek B. SF-36 Health Survey: Manual and Interpretation Guide. Boston, MA: The Health Institute, New England Medical Center, 1993.

Gabapentin in bipolar disorder

16. SAS Institute, Inc. SAS/STAT® Software: Changes and Enhancements Through Release 6.12. Cary, NC: SAS Institute INC.

17. Pande AC, Davidson JRT, Jefferson JW, Janney CA, Katzelnick DJ, Weisler RH, Greist JH, Sutherland SM. Treatment of social phobia with gabapentin: a placebo-controlled study. J Clin Psychopharmacol 1999; 19: 341–348.

18. Pande AC, Pollack MH, Crockatt J, Greiner M, Chouinard G, Lydiard RB, Taylor CB, Dager SR, Shiovitz T. Placebo-controlled study of gabapentin treatment in panic disorder. J Clin Psychopharmacol (in press).

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# EXHIBIT 9

0271-0749/00/2006-0607/0
Journal of Clinical Psychopharmacology
Copyright © 2000 by Lippincott Williams & Wilkins, Inc.

Vol. 20, No. 6
Printed in U.S.A.

# A Placebo-Controlled Study of Lamotrigine and Gabapentin Monotherapy in Refractory Mood Disorders

Mark A. Frye, MD*‡, Terence A. Ketter, MD§, Timothy A. Kimbrell, MD*‖, Robert T. Dunn, MD, PhD*, Andrew M. Speer, MD*, Elizabeth A. Osuch, MD*, David A. Luckenbaugh, MA*, Gabriela Corá-Locatelli, MD†, Gabriele S. Leverich, LCSW*, and Robert M. Post, MD*

*Biological Psychiatry Branch and †Laboratory of Clinical Science, National Institute of Mental Health, National Institutes of Health, Bethesda, Maryland; ‡University of California, Los Angeles, School of Medicine, Los Angeles; §Stanford University School of Medicine, Stanford, California; ‖University of Arkansas School of Medicine, Little Rock, Arkansas

There is a pressing need for additional treatment options for refractory mood disorders. This controlled comparative study evaluated the efficacy of lamotrigine (LTG) and gabapentin (GBP) monotherapy versus placebo (PLC). Thirty-one patients with refractory bipolar and unipolar mood disorders participated in a double-blind, randomized, crossover series of three 6-week monotherapy evaluations including LTG, GBP, and PLC. There was a standardized blinded titration to assess clinical efficacy or to determine the maximum tolerated daily dose (LTG 500 mg or GBP 4,800 mg). The primary outcome measure was the Clinical Global Impressions Scale (CGI) for Bipolar Illness as supplemented by other standard rating instruments. The mean doses at week 6 were $274 \pm 128$ mg for LTG and $3,987 \pm 856$ mg for GBP. Response rates (CGI ratings of much or very much improved) were the following: LTG, 52% (16/31); GBP, 26% (8/31); and PLC, 23% (7/31) (Cochran's $Q = 6.952$, $df = 2$, N = 31, $p = 0.031$). Post hoc $Q$ differences ($df = 1$, N = 31) were the following: LTG versus GBP ($Q_{diff} = 5.33$, $p = 0.011$); LTG versus PLC ($Q_{diff} = 4.76$, $p = 0.022$); and GBP versus PLC ($Q_{diff} = 0.08$, $p = 0.70$). With respect to anticonvulsant dose and gender, there was no difference between the responders and the nonresponders. The agents were generally well tolerated. This controlled investigation preliminarily suggests the efficacy of LTG in treatment-refractory affectively ill patients. Further definition of responsive subtypes and the role of these medications in the treatment of mood disorders requires additional study. (J Clin Psychopharmacol 2000;20:607–614)

LITHIUM CARBONATE, CARBAMAZEPINE, and divalproex sodium are established treatments for manic-depressive illness.[1-3] However, patients are commonly seen with illness refractory to these conventional mood stabilizers, either alone or in various combinations.[4] Bipolar subtype patterns or course specifiers with a particularly poor response to lithium have included mixed or dysphoric mania,[5,6] rapid cycling,[7] depression-mania-well interval sequence,[8] and substance abuse comorbidity.[9] Although the mood-stabilizing anticonvulsants divalproex sodium and carbamazepine provide treatment alternatives,[2,3] many patients fail to respond acutely or prophylactically,[10] whereas other patients may gradually develop loss of efficacy or tolerance.[3] Thus, there is a pressing need for additional treatment options.

Lamotrigine (LTG) and gabapentin (GBP) are third-generation anticonvulsants that have been approved as adjunctive treatment for complex partial seizures in adults with epilepsy.[11-14] LTG blocks voltage-sensitive sodium channels with the subsequent inhibition of presynaptic excitatory amino acid (aspartate and glutamate) release,[15] blocks high-voltage activated N- and P-type calcium channels,[16] weakly inhibits serotonin reuptake,[17] and inhibits completed amygdala and cortical-kindled seizures.[18,19] Conversely, GBP modulates γ-aminobutyric acid (GABA) through its enzymatic regulatory mechanisms and the effects on L-amino acid transporter to increase intracellular and brain GABA; GBP has also been shown electrophysiologically to reduce voltage-sensitive sodium channels.[20-22]

Early uncontrolled observations of LTG in mood disorders have suggested possible antimanic,[23-27] antidepressant,[23-31] and anticycling/mood stabilization properties.[23,24,25,30-33] The current pooled response rate for

Received August 25, 1999; accepted after revision December 13, 1999.
Presented, in part, at the 150th Annual Meeting of the American Psychiatric Association, May 20, 1997, San Diego, CA, and the 151st Annual Meeting of the American Psychiatric Association, June 3, 1998, Toronto, ON, Canada.
Address requests for reprints to: Robert M. Post, MD, Biological Psychiatry Branch, National Institute of Mental Health, Building 10, Room 3N212, 10 Center Drive, MSC 1272, Bethesda, MD 20892-1272.

DP002300000006

1

studies of LTG in bipolar disorder is approximately 69% (mean dose, approximately 212 mg). Recently, Calabrese and associates[34] have reported the superiority of LTG monotherapy (both 50 mg and 200 mg daily) over placebo (PLC) in the treatment of nonrapid cycling bipolar I depression.

Similar types of open observations for GBP have suggested possible antimanic,[35-39] antidepressant,[40-42] and anticycling/mood stabilization properties.[36-38, 41, 42] The current pooled response rate from open studies of GBP in bipolar disorder is approximately 69% (mean dose, approximately 2,000 mg). This study represents the first controlled comparative study of LTG and GBP monotherapy in patients with refractory mood disorders.

## Methods

### Subjects

Thirty-eight patients with refractory bipolar and unipolar affective illness were hospitalized at the National Institute of Mental Health (NIMH) Biological Psychiatry Branch Clinical Research Unit. Written and oral informed consent were obtained for this study as well as the associated biological studies (i.e., lumbar puncture and fluorodeoxyglucose/oxygen[16] brain scans), all of which were approved by the NIMH institutional review board. The psychiatric diagnosis was confirmed by the Structured Clinical Interview for DSM-IV Axis I Disorders (version 2.0)[43] shortly after the patient's admission. Causes for LTG dropouts (N = 3) included administrative discharge (patient declined further participation and requested to return home), rash, and edema. A GBP dropout was the result of edema; this was the same patient who experienced edema with the LTG treatment. One nonresponding unipolar patient declined further participation after phase II and did not enter phase III of the study. Three additional patients were not evaluable in all three phases and, thus, were not considered in the assessment of the Cochran's Q analysis, which included 31 patients evaluable in all three phases. These three patients included (1) a patient with only a nonblinded trial of LTG who would have been classified as a responder; (2) another patient with concurrent antipsychotic treatment; and (3) one patient who became euthymic in phase II of the study and remained so in phase III and was, thus, not evaluable.

As presented in Table 1, the demographic profile of the study participants who were evaluable in all three treatment phases (N = 31) included 18 women and 13 men; 11 bipolar I (BPI) and 14 bipolar II (BPII); 23 rapid cycling and 2 nonrapid cycling; and 6 unipolar (UP) patients. Prior illness variables were assessed by the retrospective life chart method,[44] which allows for systematic quantification of course of illness measures, including age at the time of onset of first symptoms, first treat-

TABLE 1. Demographic and prior illness variables for patients receiving lamotrigine and gabapentin monotherapy (N = 31)[a]

| | | |
|---|---|---|
| Gender, N (%) | | |
| Female | 18 | (58) |
| Male | 13 | (42) |
| Diagnosis,[b] N (%) | | |
| BPI | 11 | (36) |
| BPII | 14 | (45) |
| UP | 6 | (19) |
| Bipolar subtype,[c] N (%) | | |
| Rapid cycling | 23 | (92) |
| Nonrapid cycling | 2 | (8) |
| Prior treatment, N (%) | | |
| Exposure | | |
| Lithium | 28 | (90) |
| Valproic acid | 26 | (79) |
| Carbamazepine | 20 | (58) |
| Refractoriness or intolerance | | |
| Lithium | 28 | (100) |
| Valproic acid | 21 | (81) |
| Carbamazepine | 14 | (70) |
| Age, yr, mean (SD) | | |
| First symptoms | 14.0 | (8.3) |
| First treatment | 23.6 | (7.9) |
| First hospitalization | 31.2 | (9.5) |
| NIH admission | 39.2 | (9.4) |
| Hospitalization, mean (SD) | | |
| Mania | | |
| BP | 0.4 | (0.7) |
| UP | 0.3 | (0.7) |
| Depression | | |
| BP | 3.8 | (3.5) |
| UP | 3.8 | (2.9) |

[a] Based on retrospective National Institute of Mental Health life chart methods.[44] BP, bipolar; UP, unipolar; NIH, National Institutes of Health.

[b] Includes one patient with hypertension and two patients with corrected primary hypothyroidism.

[c] Based on DSM-IV criteria.

ment, number of past episodes and hospitalizations, and age at the time of admission to NIMH.

### Study design

The design was a randomized, double-blind, crossover trial in which patients received GBP monotherapy, LTG monotherapy, or PLC for 6 weeks, with two subsequent crossover trials, such that each individual received all three agents sequentially in phase I, II, or III. This design, which was chosen for a variety of reasons discussed in detail elsewhere,[45-47] include the ability to do the following: (1) compare the individual patient's possible differential responsivity to LTG and GBP; (2) expose each patient to active treatments so that the clinical and biological predictors of response could be explored optimally in all patients (not only the one half or one third in a parallel design); (3) increase power; and (4) provide for the possibility of a blinded-response confirmation phase to document more definitively an individual patient's re-

sponsivity as opposed to the course of illness variability. Between phases, a crossover period of approximately 1 week (i.e., tapering of an earlier agent with the titration of a later agent) was used. Before the approval of the LTG component of the protocol, the first four patients received randomized, double-blind GBP monotherapy versus PLC; then, subsequently they received LTG in a blinded, PLC-substitution fashion. One patient was excluded from the comparative analysis because she received only an open 6-week trial of LTG as a result of her refusal to have a second blinded PLC period, having already completed a PLC period earlier during her hospitalization.

Patients were treated only with the study medications except for the following: (1) four patients who continued receiving stable levothyroxine supplementation for corrected primary hypothyroidism; (2) one patient who continued receiving diuretic therapy for essential hypertension; and (3) two patients, each of whom continued receiving stable prior medications (i.e., triiodothyronine and clonazepam). A patient who continued receiving stable doses of thiothixene in all three phases of the study was excluded from the comparative analysis.

A double-blind, double-dummy design was used such that all ward staff (e.g., treating physicians, nurses, and clinician raters), as well as the patients, were blinded to the investigational agents in each phase. Only an off-unit pharmacist was aware of the drug codes for safety reasons. Over each 6-week phase, all three potential study compounds were blindly titrated to clinical efficacy or maximum tolerated daily dose of each possible agent (i.e., LTG 500 mg or GBP 4,800 mg). If at any time possible drug-related side effects occurred, the presumed dosage of the blinded agents was reduced.

The randomization order was stratified by the diagnostic group (BPI, BPII, and UP) by the National Institutes of Health pharmacy. First, a column of six numbers was chosen at random from a random numbers table for each diagnostic group. Each of the six numbers received a rank from 1 to 6 corresponding to one of the below-noted orders. Each successive patient entering the protocol received the next order. The number of patients randomized to lamotrigine (L), gabapentin (G), and placebo (P) were as follows: PLG, six; PGL, five; LPG, six; LGP, six; GPL, four; and GLP, five. This demonstrates that the randomization was effective and adequately achieved.

LTG was initially administered at a dose of 25 mg daily for the first week; it increased to 50 mg daily for the second week, 50 to 100 mg daily for the third week, 150 to 300 mg daily for the fourth through fifth weeks, and 300 to 500 mg daily for the fifth through sixth weeks. This monotherapy titration is faster than the current product labeling,[48] but it is reflective of earlier controlled studies

in epilepsy.[11,12] GBP was administered initially at a dose of 900 mg daily and was titrated to 1,500 mg by the end of the first week, 2,700 mg by the second week, 3,600 mg by the third week, 4,200 mg by the fourth week, and 4,800 mg by the fifth through sixth weeks.

At the end of each study phase, the patients were offered a positron emission tomography scan, lumbar puncture, and phlebotomy for drug kinetic analysis.[49] Scheduling difficulties for these biological studies extended the duration of the trial on five occasions. After the three phases of the study were completed, the patients who had responded to a particular phase (I, II, or III) were offered the option of returning to that phase, still on a blinded basis, for response confirmation.

*Outcome measures*

The primary outcome measure of overall improvement was the Clinical Global Impression scale that was modified for bipolar illness (CGI-BP).[50] The CGI-BP allows for rating the degree of clinical improvement (marked, moderate, mild, or no change) or worsening in depression, mania, and overall illness; thus, it can address the heterogeneity and variability of mood presentations in this population. Supplementary ratings used in the evaluation and completion of the CGI response rating included prospective self- and observer-rated life charting,[51] Hamilton Rating Scale for Depression (HAM-D),[52] Young Mania Rating Scale (YMRS),[53] the Spielberger State Anxiety Scale,[54] and the Brief Psychiatric Rating Scale (BPRS).[55] As reviewed by Kraemer,[56] statistical power can be increased by using two or three rating instruments and then achieving a clinical consensus to increase the reliability and validity of outcome measures as opposed to using just one scale, which is often the conventional approach to treatment response. In this fashion, the CGI rating allows for this type of assessment of response based on the evaluation of multiple rating measures; this is essential in a heterogeneous population that includes many rapid cyclers in which no single measure is otherwise adequate.

CGI-BP change determinations were made by a consensus of blinded research physicians and clinicians, both in comparison with: (1) the previous phase of illness (i.e., the preceding 6 weeks with an emphasis placed on the latter part after the crossover period); and (2) the worst phase of documented illness (either during hospitalization in the NIMH with treatment of either PLC or an ineffective medication, or before hospitalization, as quantified by the retrospective life chart). A CGI-BP best estimate rating was determined after the completion of all three blinded phases and their respective blinded ratings; this rating represented the determination of the most appropriate change rating (i.e., from the previous phase or worst phase of illness)

based on all of the available information. This included (1) whether the PLC phase was the previous phase (in this case, improvement from the previous phase was chosen); (2) whether the patients relapsed after an apparently successful treatment had been discontinued; or (3) a re-response when the blinded agent was readministered. The most conservative call was used unless factor 2 or 3 was positive. Furthermore, one patient was excluded from the Cochran's analysis because she remained euthymic in phase III (LTG treatment) after responding to the phase II compound (GBP) and was not evaluable.

Demographics and prior illness variables are summarized in Table 1 for the 31 patients who were evaluable in all three phases of the study. The mean age at the onset of the first symptoms was $14.0 \pm 8.3$ years; first treatment, $23.5 \pm 7.9$ years; first hospitalization, $31.2 \pm 9.5$ years; and admission to the NIMH, $39.2 \pm 9.4$ years. Prior treatment exposure and documented treatment failures (i.e., therapeutic level with inadequate response, clinical intolerance, or affective relapse) were the following: for lithium, 28 (90%) of 31 patients experienced prior exposure and 28 (100%) of 28 patients experienced prior treatment failure; for valproic acid, 26 (79%) of 31 and 21 (81%) of 26; and for carbamazepine, 20 (58%) of 31 and 14 (70%) of 20, respectively.

*Statistical analysis*

Cochran's $Q$ statistic was used to compare the overall CGI response (i.e., considered a rating of either much or very much improved) for those patients who completed all three phases: LTG, GBP, and PLC. Rather than the McNemar test, this test was used because the response (i.e., repeated measures) was assessed more than twice. Any significant difference using Cochran's $Q$ was followed by a post hoc test.[57] This test allowed pairwise comparisons of the proportion of responders in the medication phases to determine the location of a difference.

The Fisher exact test was used for differential response rates based on gender status. Planned contrasts were used to evaluate group differences in supplementary rating scale scores at baseline and change (i.e., delta) during the study period for each phase. Mean $\pm$ SD values are presented. For all tests, we assumed a two-tailed $\alpha$ of 0.05.

## Results

*Clinical response*

The mean daily doses at week 6 were $274 \pm 128$ mg for LTG and $3,987 \pm 856$ mg for GBP, suggesting that the maximum doses allowed for the study were either not needed (i.e., efficacy at a lower dose) or were not clinically tolerated. There was no difference in LTG and GBP

doses between responders and nonresponders (LTG $t[df = 29] = -0.874$, $p = 0.389$; GBP $t[df = 29] = 0.615$, $p = 0.543$).

As shown in Table 2, the response rates based on the overall CGI rating of much or very much improved were the following: LTG, 52% (16/31); GBP, 26% (8/31), and PLC, (23%) (7/31) (Cochran's $Q = 6.952$, $df = 2$, N = 31, $p = 0.031$). Post hoc $Q$ differences ($df = 1$, N = 31) were the following: LTG versus GBP ($Q_{diff} = 5.33$, $p = 0.011$), LTG versus PLC ($Q_{diff} = 4.76$, $p = 0.022$), and GBP versus PLC ($Q_{diff} = 0.08$, $p = 0.700$). The CGI response rates for manic and depressive components of the illness separately were similar to the overall response rate, but they only achieved trend levels of significance. The response rates for mania were the following: LTG, 44% (11/25); GBP, 20% (5/25); and PLC, 32% (8/25) (Cochran's $Q = 3.6$, $df = 2$, N = 25, $p = 0.165$). For depression, the response rates were the following: LTG, 45% (14/31); GBP, 26% (8/31); and PLC, 19% (6/31) (Cochran's $Q = 5.474$, $df = 2$, N = 31, $p = 0.065$).

The response rate observed during phase I only (i.e., the initial parallel group randomized component of this study) was highly similar to that in the whole study using all three phases of the crossover trial; it was 50% (5/10) for LTG, 33% (3/9) for GBP, and 18% (2/11) for PLC. In addition, when the response data were analyzed as a function of a positive response in the preceding phase, only 23% of LTG responders (our main responsive group), 50% of GBP responders, and 0% of PLC responders were also partial responders in the previous phase and would thus have entered the next phase somewhat improved. This finding further indicates that there was not a greater percentage of LTG-responsive patients who were responders in the preceding phase. One patient was excluded from the Cochran's analysis because she remained euthymic in phase III (LTG treatment) after responding to the phase II compound (GBP). Thus, the response was not inflated by such a carryover.

Moreover, there were no significant differences at the baseline level on any of the supplementary ratings of severity of illness (HAM-D, Speilberger, YMRS, and BPRS). For LTG, GBP, and PLC, respectively, the ratings at baseline level were the following: HAM-D: $29.9 \pm 10.8$, $24.1 \pm 11.4$, and $28.1 \pm 11.0$; Speilberger: $55.5 \pm$

TABLE 2. Response to lamotrigine and gabapentin in refractory mood disorders[a]

|  | Lamotrigine | Gabapentin | Placebo |
|---|---|---|---|
| Mania | 11/25 (44%) | 5/25 (20%) | 8/25 (32%) |
| Depression | 14/31 (45%) | 8/31 (26%) | 6/31 (19%) |
| Overall[b] | 16/31 (52%) | 8/31 (26%) | 7/31 (23%) |

[a] Response indicated by a Clinical Global Impressions Scale for Bipolar Illness score of much or very much improved.
[b] Cochran's $Q$ (N = 31, $df = 2$) = 6.952, $p = 0.031$.

DP002300000006

4

14.6, 52.2 ± 14.9, and 56.0 ± 14.3; YMRS: 5.5 ± 4.6, 4.4 ± 4.1, and 6.1 ± 4.8; and BPRS: 50.8 ± 20.0, 44.3 ± 15.6, and 50.3 ± 17.3).

When performing planned contrasts on these supplemental ratings from baseline level to week 6, the only delta score that was significant was a reduction in HAM-D score while receiving LTG therapy (decrease of 6.1 points) in comparison with GBP therapy (mean increase of 1.6 points, $t[df = 29] = 6.693, p = 0.015$). There was no difference between the response rates based on gender (LTG: $\chi^2 = 2.783, p = 0.149$; GBP: $\chi^2 = 0.288, p = 0.689$; PLC: $\chi^2 = 0.522, p = 0.490$).

Both agents were generally well tolerated with the exception of one patient, who was administered LTG and who developed a rash after the 6-week study phase was over; this rash occurred in week 15 (during the continuation treatment), progressed to toxic epidermal necrolysis, and required the patient to be hospitalized in an intensive care burn unit. The patient recovered fully. Other common clinical side effects reported during the short-term study are presented in Table 3. Weight change was significantly different between LTG (−0.96 ± 3.11 kg), GBP (1.83 ± 5.04 kg), and PLC (−0.40 ± 2.97 kg) phases (repeated-measures analysis of variance, $F = 4.015, p = 0.024$). A pairwise contrast (LTG vs. GBP, $F = 5.884, p = 0.021$) showed that patients lost weight when they received LTG relative to the weight gained when they received GBP.

## Discussion

This double-blind, randomized, placebo-controlled, crossover study suggests that LTG monotherapy is superior to both GBP and PLC treatments in patients with refractory affective disorders. However, a number of limitations are inherent in this study design. The crossover design was used for a variety of reasons, including the opportunities to (1) give every patient an exposure to two potentially therapeutic agents with different mechanisms of action; (2) allow a within-subject comparison of differential clinical response; (3) increase in power; (4) expand the potential to identify clinical neurobiological predictors of response in all subjects; and (5) allow for a response confirmation phase based on a blinded revisit of the most successful prior phase. Although crossover designs have the potential for producing carryover and other confounding effects, this did not seem to occur in this study, nor did it affect the interpretation of the outcome data based on a variety of considerations.

First, the overall response rates were similar across all three phases of the study. Second, the response rates in the entire study were virtually identical with those in phase I only, which represents the traditional parallel-group, placebo-controlled design. Third, the response rates did not differ as a function of the response in the preceding phase, and, thus, the patients would have entered the next phase somewhat improved. Fourth, baseline HAM-D ratings were not significantly different among the three treatments at the onset of the trial: LTG (29.9 ± 10.8); GBP (24.1 ± 11.4); and PLC (28.1 ± 11.0). This was also the case for the other measures of baseline severity of illness. The response to the prior treatment did not significantly affect baseline HAM-D ratings except for GBP; this was unlikely to be a problem because the previous phase responders were still moderately depressed at baseline and they were not more likely to respond to GBP therapy than would the previous phase nonresponders. Altogether, these data suggest that the response rates in this study were not confounded by the treatment phase, nor were they influenced by carryover effects on the severity of illness.

Although the Food and Drug Administration prefers parallel-group to crossover designs, they have also acknowledged at various conferences on methodology that this is not always the most clinically useful way to proceed, because it does not provide information on all patients, allow for a response confirmation mode, or help determine what the patients might respond to if they fail to respond to a given agent. Many of the other methods and issues are discussed in more detail elsewhere and, especially with bipolar illnesses, some crossover designs may actually be preferable to the parallel group.[45–47] Nonetheless, the 6-week treatment phases and total study period of 18 weeks is a short period to assess the efficacy or persistence of response. Longer prophylactic studies are needed to better define the therapeutic potential of LTG.

TABLE 3. Common clinical side effects of lamotrigine and gabapentin (N = 31)

|  | Lamotrigine | Gabapentin | Placebo |
|---|---|---|---|
|  | N (%) | N (%) | N (%) |
| No major side effects | 21 (68) | 15 (48) | 18 (58) |
| Weight change (kg)[a] | −0.96 (3.11) | 1.83 (5.04) | −0.40 (2.97) |
| Common side effects |  |  |  |
| Ataxia | 1 (3) | 3 (10) | 0 (0) |
| Diarrhea | 2 (6) | 2 (6) | 4 (13) |
| Diplopia | 0 (0) | 3 (10) | 1 (3) |
| Fatigue | 0 (0) | 3 (10) | 1 (3) |
| Headache | 1 (3) | 4 (13) | 4 (13) |
| Rash | 1 (3)[b] | 0 (0) | 0 (0) |
| Other side effects | 8 (26) | 12 (39) | 10 (32) |

[a] Values given are mean (SD). Repeated-measures analysis of variance (N = 27) for maximum weight change by medication was significant ($F = 4.015, p = 0.024$). Pairwise contrasts were significant for lamotrigine versus gabapentin ($F = 5.994, p = 0.021$), but not for lamotrigine versus placebo ($F = 0.514, p = 0.480$) or gabapentin versus placebo ($F = 3.688, p = 0.066$).

[b] During response confirmation, one additional rash progressed to toxic epidermal necrolysis.

DP0023000000 06

612    J CLIN PSYCHOPHARMACOL, VOL 20/No 6, DECEMBER 2000

*Frye and Associates*

Other limitations and caveats relate to the type of patients studied and the generalizability of the findings. As presented in Table 1, the study population was highly refractory and had a high degree of exposure to conventional agents and were either intolerant or refractory. A very high percentage (92%) of this bipolar sample was rapid cycling, which is substantially greater than the general population estimates of this course specifier (DSM-IV). Both refractory UP and BP patients were included in this preliminary study. The degree of efficacy in a more homogeneous and typical population of patients who were less severely ill remains to be explored. Also, the direct application of these preliminary monotherapy results to community treatment guidelines is limited, given that a combination treatment is the norm and monotherapy regimens are rarely used in clinical practice.

Our 52% overall and 45% depression response rates to LTG monotherapy in this study, however, are similar to the 51% and 41% response rates to LTG (50 mg and 200 mg, respectively) in a recently published study by Calabrese and colleagues[34] regarding unselected patients with bipolar depression. Nonetheless, the high degree of refractoriness, overrepresentation of rapid cyclers, heterogeneous population, and use of monotherapy may have affected our response rates. Early open studies of LTG, and particularly GBP, that reported a substantial improvement used the investigational drug as an adjunctive agent similar to "add-on" designs in epilepsy; this may also have contributed to the differences in and the lower response rates to GBP in this study compared with the rest of the open clinical literature. However, a second placebo-controlled study of GBP add-on to suboptimally mood-stabilized bipolar manic patients found no benefit of GBP over PLC.[58] The role of both of these agents in a combination treatment or as adjuncts, as they would likely be used in practice settings, remains to be clarified.

GBP, which has a favorable pharmacokinetic profile, is renally excreted, has few interactions with other agents, is clinically well-tolerated, and has a low risk of toxicity,[42] would seem to be promising for investigation as an add-on agent rather than in monotherapy, as assessed in this study. Additional preliminary reports suggest that this drug may possess antinociceptive[58] and anxiolytic properties,[59-62] which may also provide a greater therapeutic yield in mood disorders complicated by comorbid pain syndromes, social phobia, anxiety, or insomnia.

The preliminary data of this study suggest that LTG is more effective than either GBP or PLC in a group of patients with refractory affective disorders. LTG, although more technically difficult to use than GBP and associated with a low risk of life-threatening rash complications, may nonetheless have more potential as a primary rather than an adjunctive agent based on these initial monotherapy data in refractory patients, as well as in the study of

Calabrese and colleagues.[34] Current titration guidelines should be observed to minimize the risk of severe dermatologic side effects. Additionally, there have been reports of antinociceptive effects associated with LTG use.[63] In contrast to the weight gain observed during treatment with GBP, patients lost weight while receiving LTG therapy during this 6-week trial, further increasing the possibility of a better side effects profile on weight than other mood stabilizers, such as lithium or valproate.

Our data, in conjunction with those indicating a significant antidepressant effect of LTG monotherapy in noncycling bipolar depression,[34] suggest that LTG may ultimately play a role in the treatment of affectively ill patients. However, given the severity, treatment resistance, and heterogeneity of our population in conjunction with the novel double crossover design, one should view these results as preliminary rather than definitive. What role LTG will have in the treatment of bipolar depression in comparison to lithium, the mood-stabilizing anticonvulsants divalproex sodium and carbamazepine, and unimodal antidepressants is unclear. The time course of the antidepressant response, the liability for induction of mania or cycling, and the potential antisuicide effects of lithium are important considerations in the appropriate drug selection for patients with bipolar disorder. Further exploration of the clinical usefulness, responsive subtypes, and possible clinical and neurobiological correlates of LTG response is encouraged.

## Acknowledgment

We acknowledge the crucial support of the Ted and Vada Stanley Foundation, without whose assistance this study could not NIMH Institute of Mental Health 3-West Clinical Nursing Staff, who participated in this study.

## References

1. Goodwin FK, Jamison KR. Manic-depressive illness. New York: Oxford University Press, 1990.
2. Bowden CL, The Depakote Mania Study Group. Efficacy of divalproex vs. lithium and placebo in the treatment of mania. JAMA 1994;271:918–24.
3. Post RM, Ketter TA, Denicoff K, Pazzaglia PJ, Leverich GS, Marangell L, Callahan A, George MS, Frye MA. The place of anticonvulsant therapy in bipolar illness. Psychopharmacology (Berl) 1996;128:115–29.
4. Frye MA, Ketter TA, Leverich G, Huggins T, Lantz C, Denicoff KD, Post RM. The increasing use of polypharmacotherapy for refractory mood disorders: 22 years of study. J Clin Psychiatry 2000;61:9–15.
5. Himmelhoch JM, Garfinkel ME. Mixed mania: diagnosis and treatment. Psychopharmacol Bull 1986;22:613–20.
6. Swann AC, Bowden CL, Morris D, Calabrese JR, Petty F, Small J, Dilsaver SC, Davis JM. Depression during mania. Treatment response to lithium or divalproex. Arch Gen Psychiatry 1997;54:37–42.
7. Dunner DL, Fieve RR. Clinical factors in lithium carbonate prophylaxis failure. Arch Gen Psychiatry 1974;30:229–33.
8. Faedda GL, Baldissarini RJ, Tohen M, Strakowski SM, Waternaux C. Episode sequence in bipolar disorder and response to lithium treatment. Am J Psychiatry 1991;148:1237–39.
9. O'Connell RA, Mayo JA, Flatow L, Cuthbertson B, O'Brien BE.

Outcome of bipolar disorder on long term treatment with lithium. Br J Psychiatry 1991;159:123–29.

10. Denicoff KD, Smith-Jackson EE, Disney ER, Ali SO, Leverich GS, Post RM. Comparative prophylactic efficacy of lithium, carbamazepine, and the combination in bipolar disorder. J Clin Psychiatry 1997;58:470–8.

11. Matsuo F, Bergen D, Faught E, Messenheimer JA, Dren AT, Rudd GD, Lineberry CG. Placebo-controlled study of the efficacy and safety of lamotrigine in patients with partial seizures. U.S. Lamotrigine Protocol 0.5 Clinical Trial Group. Neurology 1993;43:2284–91.

12. Messenheimer JA, Ramsay RE, Willmore LJ, Leroy RF, Zielinski JJ, Mattson R, Pellock JM, Valakas AM, Womble G, Risner M. Lamotrigine therapy for partial seizures: a multicenter placebo-controlled, double-blind crossover trial. Epilepsia 1994;35:113–21.

13. U.K. Gabapentin Study Group. Gabapentin in partial epilepsy. Lancet 1990;335:1114–7.

14. U.S. Gabapentin Study Group No. 5. Gabapentin as add-on therapy in refractory partial epilepsy: a double-blind, placebo-controlled, parallel-group study. Neurology 1993;43:2292–8.

15. Leach MJ, Marden CM, Miller AA. Pharmacologic studies on lamotrigine, a novel antiepileptic drug: II. Neurochemical studies on the mechanism of action. Epilepsia 1986;27:490–7.

16. Stefani A, Spadoni F, Siniscalchi A, Bernardi G. Lamotrigine inhibits Ca$^{2+}$ currents in cortical neurons: functional implications. Eur J Pharmacol 1996;307:113–6.

17. Southam E, Kirkby D, Higgins GA, Hagan RM. Lamotrigine inhibits monoamine uptake *in vitro* and modulates 5-hydroxytryptamine uptake in rats. Eur J Pharmacol 1998;358:19–24.

18. O'Donnell RA, Miller AA. The effect of lamotrigine upon development of cortical kindled seizures in the rat. Neuropharmacology 1991;30:253–8.

19. Otsuki K, Sato K, Yamada N, Kuroda S, Morimoto K. Anticonvulsant effects of lamotrigine, a novel antiepileptic, on amygdaloid and hippocampal kindled seizures in rats. Jpn J Neuropsychopharmacol 1995;17:35–42.

20. Taylor CP, Gee NS, Su TZ, Kocsis JD, Welty DF, Brown JP, Dooley DJ, Boden P, Singy L. A summary of mechanistic findings of gabapentin pharmacology. Epilepsy Res 1998;29:233–49.

21. Petroff OA, Rothman DL, Behar KL, Lamoureux D, Mattson RH. The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy. Ann Neurol 1996;39:95–9.

22. Kocsis JD, Honmou O. Gabapentin increases GABA-induced depolarization in rat neonatal optic nerve. Neurosci Lett 1994;169:181–4.

23. Calabrese JR, Bowden CL, McElroy SL, Cookson J, Andersen J, Rhodes L, Woyshville M, Keck PE, Kundu S, Patterson G, Ascher J, Bolden-Watson C. Efficacy of lamotrigine in bipolar disorder: preliminary data. In: Manji HK, Bowden CL, Belmaker R, eds. Bipolar medications: mechanisms of action. Washington, DC: American Psychiatric Press, 2000.

24. Walden J, Hesslinger B, Van Calker D, Berger M. Addition of lamotrigine to valproate may enhance efficacy in the treatment of bipolar affective disorder. Pharmacopsychiatry 1996;29:193–5.

25. Fogelson DL, Sternbach H. Lamotrigine treatment of refractory bipolar disorder. J Clin Psychiatry 1997;58:271–3.

26. Sporn J, Sachs G. The anticonvulsant lamotrigine in treatment resistant manic depressive illness. J Clin Psychopharmacol 1997;17:185–9.

27. Suppes T, Brown ES, Keck PE, Nolen W, Kupka R, Frye MA, Denicoff KD, Altshuler LL, Leverich GL, Post RM. Preliminary experience with lamotrigine for the treatment of bipolar disorders. J Affect Disord 1999;53:95–8.

28. Kusumakar V, Yatham LN. An open study of lamotrigine in refractory bipolar depression. Psychiatry Res 1997;72:145–8.

29. Weisler R, Risner ME, Houser T. Use of lamotrigine in the treatment of bipolar disorder. Poster presented at the American Psychiatric Association's Annual Meeting, Philadelphia, PA, May 21–26, 1994.

30. Calabrese JR, Fatemi SH, Woyshville MJ. Antidepressant effects of lamotrigine in rapid cycling bipolar disorder [letter]. Am J Psychiatry 1996;153:1236.

31. Labbate LA, Rubey RN. Lamotrigine for treatment refractory bipolar disorder [letter]. Am J Psychiatry 1997;154:1317.

32. Kusumakar V, Yatham LN. Lamotrigine treatment of rapid cycling bipolar disorder. Am J Psychiatry 1997;154:1171–2.

33. Fatemi SH, Rapport DK, Calabrese JR, Thuras P. Lamotrigine in rapid-cycling bipolar disorder. J Clin Psychiatry 1997;58:522–7.

34. Calabrese JR, Bowden CL, Sachs GS, Ascher JA, Monaghan E, Rudd GD. A double-blind placebo-controlled study of lamotrigine monotherapy in outpatients with bipolar I depression. J Clin Psychiatry 1999;60:79–88.

35. Stanton SP, Keck PE, McElroy SL. Treatment of acute mania with gabapentin [letter]. Am J Psychiatry 1997;154:287.

36. McElroy SL, Soutullo CA, Keck PE, Kmetz GF. A pilot trial of adjunctive gabapentin in the treatment of bipolar disorder. Ann Clin Psychiatry 1997;9:99–103.

37. Ghaemi SN, Katzow JA, Desai SP, Goodwin FK. Gabapentin treatment of mood disorders: a preliminary study. J Clin Psychiatry 1998;59:426–9.

38. Bennett J, Goldman WT, Suppes T. Gabapentin for treatment of bipolar and schizoaffective disorders. J Clin Psychopharmacol 1997;17:141–2.

39. Erfuth A, Kammerer C, Grunze H, Normann C, Walden J. An open label study of gabapentin in the treatment of acute mania. J Psychiatr Res 1998;32:261–4.

40. Young LT, Joffe R. Gabapentin in bipolar depression: a case series. Biol Psychiatry 1997;42:851–3.

41. Ryback RS, Brodsky L, Munasifi F. Gabapentin in bipolar disorder [letter]. J Neuropsychiatry Clin Neurosci 1997;2:301.

42. Schaffer CB, Schaffer LC. Gabapentin in the treatment of bipolar disorder. Am J Psychiatry 1997;154:291–2.

43. First MB, Spitzer RL, Gibbon M, Williams JBW. Structured Clinical Interview for DSM-IV Axis I Disorders–Patient Edition (SCID-I/P, version 2.0). New York: New York State Psychiatric Institute, Biometrics Research Department, 1995.

44. Leverich GS, Post RM. Life charting the course of bipolar disorder. Curr Rev Mood Anxiety Disord 1996;1:48–61.

45. Post RM, L'Herrou T, Luckenbaugh D, Frye MA, Leverich GS, Mikalauskas K, Bartko J. Statistical approaches to trial durations in episodic affective illness. Psychiatry Res 1998;78:71–87.

46. Post RM, Ketter TA, Denicoff K, Frye MA, Leverich GS. Re-evaluating carbamazepine prophylaxis in bipolar disorder. Br J Psychiatry 1997;170:202–4.

47. McDermut W, Pazzaglia PJ, Huggins T, Mikalauskas K, Leverich G, Ketter TA, Bartko K, Post RM. Use of single case analysis in off-on-off-on trials in affective illness: a demonstration of the efficacy of nimodipine. Depression 1995;2:259–71.

48. Lamictal (lamotrigine) [package insert]. Research Triangle Park, NC: GlaxoWellcome, 1997.

49. Frye MA, Kimbrell TA, Dunn RT, Piscitelli S, Grothe D, Vanderham R, Cora-Locatelli G, Post RM, Ketter TA. Gabapentin does not alter single-dose lithium pharmacokinetics. J Clin Psychopharmacol 1998;18:461–4.

50. Spearing MK, Post RM, Leverich GS, Brandt D, Nolen W. Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI-BP. Psychiatry Res 1997;73:159–71.

51. Denicoff KD, Smith-Jackson EE, Disney ER, Suddath RL, Leverich GS, Post RM. Preliminary evidence of the reliability and validity of the prospective life-chart methodology (LCM-p). J Psychiatr Res 1997;5:593–603.

52. Hamilton M. A rating scale for depression. J Neurol Neurosurg Psychiatry 1960;23:56–62.

53. Young RC, Biggs JT, Ziegler VE, Meyer DA. A rating scale for mania: reliability, validity, and sensitivity. Br J Psychiatry 1978;133:429–35.

54. Spielberger CD, Gorsuch RW, Lushene RE. State-trait anxiety inventory. Palo Alto, CA: Consulting Psychologists Press, 1970.

55. Overall JE, Gorham DR. Brief Psychiatric Rating Scale. Psychol Rep 1962;10:799–812.

56. Kraemer HC. To increase power in randomized clinical trials without increasing sample size. Psychopharmacol Bull 1991;3:217–24.

57. Fleiss JL. Statistical methods for rates and proportions. 2nd ed. New York: John Wiley & Sons, 1981.

DP002300000006

*Frye and Associates*

58. Pande AC, Crockatt JG, Janney CA, Werth JL, Tsaroucha G, and Gabapentin Bipolar Disorder Study Group. Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Bipolar Disord 2000;2:249–55.

59. Melicik GA, Mellicy LB, Melicik LB. Gabapentin in the management of reflex sympathetic dystrophy. J Pain Symptom Manage 1995;10:265–6.

60. Cora-Locatelli G, Greenberg BD, Martin JD, Murphy DL. Gabapentin augmentation for fluoxetine treated patients with OCD. J Clin Psychiatry 1998;59:400–1.

61. Chouinard G, Beauclair L, Belanger MC. Gabapentin: long-term antianxiety and hypnotic effects in psychiatric patients with co-morbid anxiety-related disorders [letter]. Can J Psychiatry 1998; 43:305.

62. Pollack MH, Matthew J, Scott EL. Gabapentin as a potential treatment for anxiety disorders [letter]. Am J Psychiatry 1998;155:992–3.

63. Bonicalzi V, Canavero S, Cerutti F, Piazza M, Clemente M, Chio A. Lamotrigine reduces total post-operative analgesic requirement: a randomized double-blind, placebo controlled pilot study. Surgery 1997;122:567–70.

---

### Meeting Announcement

The 5th Congress of the European Association for Clinical Pharmacology and Therapeutics will be held September 12–15, 2001, in Odense, Denmark. Abstracts should be submitted by March 15, 2001.

Contact: Prof. Kim Brøsen, Institute of Public Health, Clinical Pharmacology, University of Southern Denmark, Winsløwparken 19, DK-5000 Odense C, Denmark (tel: 45-65-50-37-51; fax: 45-65-91-60-89; e-mail: k-brosen@cekfo.sdu.dk.). The Congress website is: www.sdu.dk/med/homepages/eacpt/eacpt5.html

DP002300000006