# EXHIBIT 10

**AMM**/ADELPHI, LTD

# Gabapentin in the Management of Migraine

## Advisory Board Meeting
## May 25, 1996

## Transcript

X010681

311 East 46th Street, 7th Floor   New York, New York  10017          Telephone: (212) 207-8552 • FAX: (212) 207-8559 • Modem: (212) 207-864:

X010682

MR. KNOOP:    We'll go ahead and get started.  That way we can keep on schedule.  Hi.  My name is John Knoop.  I'm Director of the Epilepsy Marketing Team at Parke-Davis.  I'd like to welcome you all here to the Gabapentin in the Management of Migraine advisory board.  We're very happy to have you all here, especially on a holiday week-end and in such short time. But I think your response echoes our desire to look at gabapentin in a more controlled fashion in the area of migraine, and we're very excited about the idea.  And I think by you being here that shows your interest also.

Just a couple of things concerning gabapentin.  Our patent life runs out in the year 2000.  That's relatively, we really only have a few years of patent protection.  However, the company feels that this being an undersatisfied market is a great opportunity for the product.  So we're willing to invest money in this area.  Even though we probably will only have a few years of actual promotion for the product in this area.  So the company has seen the opportunity and is willing to make the investment.

Just as a quick review, we have a number of Parke-Davis people here who will be talking to you about gabapentin.  We have Edda Guerrero, who just stepped out but, there she is back there.  Edda's the Product Manager for gabapentin and she'll be taking you through the clinical, the current clinical usage of gabapentin in the area of migraine.  And then Mike Rafferty from Ann Arbor will talk about the pharmacology of gabapentin.  And then Leslie Magnus-Miller, who should be here any second, will talk about the research strategy and

X010683

protocol. That's really what we kind of want to develop today. We want to get your thoughts on gabapentin, number one. We'd like to come away with an idea of, what is the protocol that we should be investigating this product in and try to get really close to an ideal protocol for building gabapentin in migraine. So, I think with that, we welcome your opinions. We welcome your thoughts today. And once again thank you for being here.

I think you have a couple of housekeeping points before we get started. And then I'll turn it over to Dr. Ninan Mathew from the University of Texas in Houston who'll be your chairperson today.

MS. MONACO:    My name is Uli and I'm the executive editor for AMM-Adelphi. I just wanted to remind you that we are taping. We would appreciate if you would speak loud and clear and give your name if possible before you speak, even if it's an impromptu remark. Just say your last name so that we have a record of it. We'd appreciate your not having side conversations because they block the taping. I think everyone received a confidentiality form. I'd appreciate your handing it in before lunch. And, I think that's it. We're looking forward to what you say.

MR. KNOOP:    Great.

DR. GORDON:    We might want to just go around the table and have everyone just quickly say just name and perhaps university or whatever, just as a check so that the person who is transcribing will have a voice check.

X010684

DR. MATHEW:    Ninan Mathew.  I'm Director of Houston Headache Clinic and affiliated with Baylor University.

DR. LIPTON:    Richard Lipton.  I'm from the Albert Einstein College of Medicine and Montefiore Medical Center.

DR. SOLOMON:    Seymour Solomon.  And I'm also from Montefiore Medical Center and Albert Einstein College of Medicine.

DR. COUTRER:    Michael Coutrer, Mass General Hospital, Harvard Medical School.

DR. RAFFERTY:    Mike Rafferty from Parke-Davis pre-clinical research.

MS. GUERRERO:    Edda Guerrero, Neurontin Product Manager.

MR. BORIS:    John Boris, Parke-Davis Marketing Planning.

DR. GORDON:    Jacki Gordon, AMM-Adelphi.

DR. WELCH:    Mike Welch, Henry Ford, Detroit.

DR. ROTHROCK:    John Rothrock, University of South Alabama, Mobile Alabama.

DR. MOSKOWITZ:    Mike Moskowitz, neurology/neurosurgery, Mass General Hospital, Harvard Medical School.

MR. KNOOP:    Okay, with that, Dr. Mathew, you're on.

X010685

Guerrero

X010703

MS. GUERRERO:   February of 1994.  That was when Neurontin was launched or introduced here in the U.S.  And at the time, we thought we knew a lot about Neurontin, but now, two years after, we really realize and we have to admit that we really didn't  know a lot about Neurontin.  We didn't know a lot about how physicians were going to end up using this drug.  And we didn't really realize the potential for sales in the U.S. for Neurontin.  So what I'm going to do during the next few minutes is give you a feel for how Neurontin is doing in the U.S., and also give you an idea especially in the non-epilepsy uses as to how physicians are using this drug and for what uses.  Mainly all of this is anecdotal, based on anecdotal reports.

In terms of sales, when Neurontin was introduced two years ago, we never thought that this drug was going to be a hundred or two-hundred million dollar drug.  And based on last year's sales, where we hit close to a hundred million dollars, obviously we were wrong.  And we're looking at achieving close to two hundred million dollars in sales in 1996.   So it was a pleasant surprise.  That's a good problem to have.

Now in terms of prescriptions, the trend obviously is very positive.  This is looking at new and total prescriptions for Neurontin.  And the current trend appears to indicate that we're going to exceed sales, more closely double what we did in 1995.  Part of that is obviously due to the non-epilepsy uses.  And we are forecasting that about 20% of the sales for Neurontin in 1996 are really based on the non-epilepsy uses for Neurontin.

X010704

In terms of clinical experience here in the U.S., as of the end of last year, we were looking at 150,000 patient exposures. As of the most recent data for last month, we're looking at over 250,000 patient exposures. And that's in the U.S.

Now, how does epilepsy compare to all the other uses? As of the end of last year, we were looking at a 70% use for Neurontin for epilepsy, but looking at data for the month of March of 1996, now that is as low as 60%. And it looks like it's going to stabilize to there. So 60% epilepsy; 40% is "other" uses. And we're going to take a look now at what are some of those other uses.

Most of the other uses are in the area of neuropathic pain. And looking at this data, at the time it was 8% neuropathic pain, bipolar disorder about 1%. And at the time, migraine was around the 1% or maybe a little bit less. So neuropathic pain really is the area that we see, we've seen a dramatic increase. Now some of the reported uses, some of the phone calls that we have received in our medical affairs department, all kinds of anecdotal reports, from ALS; restless leg syndrome; diabetic neuropathy; facial tremors; environmental disease, which is always, is amusing to us because we still don't know what that really is; and then trigeminal neuralgia; and headache.

Now looking at the drug uses data base, again epilepsy was about 70%, neuropathic pain 8%. Migraine is not really listed here, but you can see that outside neuropathic pain, all of the other uses were not as significant.

X010705

DR. WELCH:    Have you broken that down by specialty groups?

MS. GUERRERO:    You knew that that was going to be my next overhead.  Most of the Neurontin prescriptions, in terms of specialty, over 50% of the prescriptions are generated by neurologists.  And that's not really uncommon for a new anticonvulsant.  Very different to, when we look at a drug like Dilantin that has been in the market for over 50 years, where over half of the prescriptions generated for Dilantin are generated by primary care physicians.  Depakote, because of its use in bipolar disorder, about a third of the uses are coming from psychiatrists.  Tegretol, about 43% of the uses are coming from neurologists.  So again, the Neurontin business is really driven by neurologists.  And that also applies to the neuropathic pain and migraine uses.

DR. LIPTON:    In looking at that kind of data, if the neurologist initiates the prescription and then the primary care doc renews it, does that get counted as a primary care prescription or, how does that work?

MS. GUERRERO:    No, one, after a physician initiates a patient on Neurontin, if the patient is followed up by a primary care physician and the primary care physician does the refill, that is going to start showing up as primary care.  So that's why over, over time the percentage of primary care physicians prescribing for Neurontin is increasing.  But we know that those are not really new patient starts, newly diagnosed patients.  We know that in most cases, they're just refills.  Now, still for Dilantin, there are primary care physicians that we believe that are actually initiating therapy because they do

X010706

feel comfortable with Dilantin, even though you may think, "No, Neurontin is the drug that is a lot easier to use than Dilantin."   But just because it's a new drug, they still do not feel as comfortable.

MR. KNOOP:   Edda, you may want to mention in the "all others" for Neurontin, that a lot of them, a lot of those are anesthesiologists.

MS. GUERRERO:   That's a good point.  In terms, especially in the area of neuropathic pain, we have tracked over 500 physicians who are anesthesiologists who are driving the business for Neurontin in the area of neuropathic pain.  Now the neuropathic pain area appears to be a very, a really unsatisfied market.  So anesthesiologists, even though there was not a lot of clinical data to demonstrate efficacy, they decided to use it, tried it, and they appear to be very satisfied with Neurontin use in neuropathic pain.

DR. WELCH:   How do you make that statement?

MS. GUERRERO:   We did market research.  We interviewed 100 of the 500 names that we have in our data base.  We interviewed at focus groups, interviewed them and asked them, "Okay, tell us about your use of Neurontin." It's mainly in RSD.  And they said that they're very satisfied and they will continue to use it in the future.  It's interesting, when we asked them, "How did you learn about Neurontin?  Why do, when did you hear about it and what made you use it?"  And it all started with one report in the literature on RSD, that was in early 1995, January.  One case report and that sort of suggested to

X010707

them, well Neurontin may be effective.  And they started to use it.  I guess that
they do not look for a lot of controlled trials type of data.

Now, as we have learned about the interest of physicians on Neurontin,
that is on other uses, especially in area of neuropathic pain, we have initiated a
series of trials in the area of neuropathic pain, especially post-herpetic
neuralgia and diabetic neuropathy.  We're looking at initiating trials, and all of
that will depend on what comes of this advisory board, in the area of migraine.
We also have initiated three double-blind placebo controlled trials in psychiatric
uses, one of bipolar, one of panic disorders, and social phobias.

Now what I would like to do now is just talk a little bit more specific about
the migraine market and this data is so new that we didn't have time to make
overheads.  Now in terms of the top drugs like Dr. Ninan Mathew mentioned,
the number one drug when looking at drug uses, drug uses in the prophylaxis,
prophylaxis of migraine, is Inderal.  24% of the uses are for Inderal.  That's
followed by Elavil, 16%.  Then it drops to 6% for Calan SR.  Zoloft 5%.  Panalol
5%.  Verapamil 4%.  And then Depakote with 4%.  So Depakote is in the top
ten drugs used for the prophylaxis of migraine.  Then propanolol 4% and all
others.  These others are less than 4% use for prophylaxis.


**END TAPE ONE**

X010708

**START TAPE TWO**

SEVERAL VOICES:    Propanolol and Inderal, that's the generic ...

MS. GUERRERO:    The generic, okay then we should probably add that too.

SEVERAL VOICES:    And verapamil also, Calan SR.

MS. GUERRERO:    Calan SR.  So if you add the four to the Inderal, that's 28%, so about a third of the uses in prophylaxis are for Inderal.

DR. LIPTON:    I think the only astonishing thing is that there's so much brand Elavil being used.

MS. GUERRERO:    Well, actually I combined that with the generic. Yeah.

DR. LIPTON:    But you didn't for the other categories.

MS. GUERRERO:    Well, it's just, I did combine this too.  It's just about half, half generic, half brand.

DR. SOLOMON:    Zoloft is surprising.

MS. GUERRERO:    You're surprised that it's low or high?

SEVERAL VOICES:    High.

MS. GUERRERO:    High, 5%?

DR. SOLOMON:    Because they don't have any studies ...

DR. ???:    (Rothmeiser ?) doesn't have any ...

MS. GUERRERO:    Is there any data available on the use of, it's just use of ...

X010709

DR. MAGNUS-MILLER:    But it's taken off as an antidepressant.  I mean it's, so there may be some spillover.

MS. GUERRERO:    It's doing very well.

DR. WELCH:    Yes.

MS. GUERRERO:    Yeah, the drug is doing, relatively doing very well.

DR. LIPTON:    But if it was just spillover, you'd expect Prozac to be doing even better.

SEVERAL VOICES:    Right.  Right.

MS. GUERRERO:    That's a good point.  That's a good point.  Well maybe Pfizer is the better marketer than Eli Lilly.

DR. ???:    Eli Lilly _____, I think everybody's using Prozac.

DR. MOSKOWITZ:    Well you know this may be sort of the new introduction.  It may be the renewed interest.  Whereas Prozac hasn't been too good, Elavil is, maybe this one would be.  And so these figures are a little inflated right at the moment.

MS. GUERRERO:    Now, as I said, Depakote is in the top ten drugs, with 4% of the uses, which you know considering that the migraine market, there are about 16.4 million uses in migraine for these drugs, then about 18% of all the uses are for prophylaxis.  So that 4% is significant.

DR. LIPTON:    What is that 16.4 million uses?

MS. GUERRERO:    Total in migraine.

X010710

DR. LIPTON:   What?

MS. GUERRERO:    Uses, drug uses.

DR. LIPTON:   You mean ...

MS. GUERRERO:    For migraine, not prophylaxis.  18% of the 16.4 million ...

DR. LIPTON:   Are these treated people or prescriptions?  I don't know what "uses" means.  Describe what "uses" means.

MS. GUERRERO:    Prescriptions for the treatment of migraine.  When we talk about drug uses it's what they were prescribed for.  The diagnosis, based on diagnosis.

DR. LIPTON:    But again, it's, is it a, are we talking, are we counting people or are we counting prescriptions, when you say 16.4 million uses?

MS. GUERRERO:    People, right, because it's based on diagnosis.  It's not the prescription.  Those uses don't really cover the total prescriptions.  Drug uses is based on diagnosis.  How many diagnosis, the number of diagnosis for that particular category.

DR. LIPTON:    And if a person got two drugs, would that count as, let's say I gave somebody pamilar and sumatriptan, would that be two uses?

MS. GUERRERO:    It would be counted separate.  It would be separate.  It would be separate.

DR. LIPTON:   Those are uses.  So ...

X010711

MS. GUERRERO:    Uses.

DR. LIPTON:    Okay.

DR. GORDON:    So it would be possibly less than 16.4 million people.

DR. LIPTON:    Right.

DR. ROTHROCK:    It's basically what you document within your notes. My understanding is, if the patient leaves with two prescriptions, it's not an indicator that he actually got them filled at the pharmacy at all, but would leave your office with those two prescriptions, two drug uses.

MS. GUERRERO:    So if you write ...

DR. LIPTON:    Okay, this is physician audit data.

DR. ROTHROCK:    Yes.

DR. LIPTON:    And what it, what this is, is the number of, it's not, the unit of analysis is prescriptions for the indication "migraine." Great. Okay.

MS. GUERRERO:    And as, if, like you said, if you prescribe two drugs for the same patient, obviously these numbers are going to be higher than the number of patients treated for the condition ...

DR. LIPTON:    Right.

MS. GUERRERO:    ... cause they will be counted separate.

DR. LIPTON:    Right.

DR. MOSKOWITZ:    And this is over a one-year period?

MS. GUERRERO:    This is, yeah for, over the last 12 months as of March, '96. That's the most recent data that we have. Now when looking at

anticonvulsants in general, anticonvulsants 3%, 7% of all the uses, drug uses

for the prophylaxis of migraine, 7%. This is again looking at the 3/96 MAT, over

the last 12 months of drug uses. Depakote 4%, and Neurontin looking at the

most recent data is less than 1%, Dilantin less than 1%, Tegretol 1%, and

Depakote, Depakote 4. Actually Dilantin 1, Tegretol 1, Depakote 4% and then

Neurontin and all others less than 1%. When looking just at all of the

anticonvulsants for the prophylaxis of migraine, Neurontin represents 2%. But

obviously the number one anticonvulsant really is Depakote, with 63% of all

the uses for anticonvulsants, within the anticonvulsant category.

DR. ROTHROCK:    You need a legend for that figure.

MS. GUERRERO:    Excuse me?

DR. ROTHROCK:    Isn't it a little tough to follow?

DR. WELCH:    No, it's okay.

MS. GUERRERO:    The one right here is total anticonvulsants. We're

looking at prophylaxis ...

DR. ROTHROCK:    It's okay. Dr. Welch says it's okay.

DR. WELCH:    Spend your life in Mobile, Alabama and ...

MS. GUERRERO:    Again, we're looking at anticonvulsants;

anticonvulsants represent 7% of all the uses. So obviously again it's in the top

ten; it's not the number one choice. They are not the number one choice.

And this is again just trying to look a little bit at, this is just looking at the

most recent data of Neurontin uses by diagnosis. And this is where I was

X010713

saying initially that now epilepsy uses are as low as 60%. So 60% of the Neurontin business is for epilepsy. Neuropathic pain is now 15%. Migraine about 1.5; bipolar 2. So, I think what this is telling us is that the use of Neurontin for migraine is increasing. We have started to hear more about how physicians are using Neurontin in migraine. Dr. Ninan recently presented some open-label data. We also have heard from other physicians recently about how they are starting to use Neurontin in migraine, so ... I think one of the questions that we would like answered today and I think Dr. Ninan Mathew touched on that is that, what, what is the Neurontin opportunity like? What are the drugs that Neurontin may replace? Is it just beta blockers? Or maybe, becaue of Neurontin's safety profile and pharmacokinetic profile, what other drugs may Neurontin replace? It, will it be able to move from the top ten drugs like Depakote? Is there a possibility that Neurontin may be in the future in the top five drugs prescribed for the prophylaxis of migraine? Those are some of the questions that we would like answered today.

And that's all I have. Any questions?

DR. WELCH:    Is there anything in your survey that could get a handle on the duration of treatment with gabapentin in migraine? In other words, you said that people were satisfied. But how long was the drug prescribed for? What were the prescribing patterns?

X010714

MS. GUERRERO:    Well based on the, in simple migraine we really

haven't done market research.  So that's one of the things that we would like to

hear from you.  From the anesthesiologists in RSD ...

DR. WELCH:    Oh okay.  All right.

MS. GUERRERO:    ... they had about a six-month experience with

Neurontin.

DR. WELCH:    I'm sorry.

MS. GUERRERO:    ... But in terms of migraine, we do not really have a

lot of information.  And again we'll, we hope to learn more about that from you.

DR. MOSKOWITZ:    I have a rather naïve question.  And it may be

there's no answer to this.  But there is an intricate, Richard I think has nicely

shown and told me that there's a high comorbidity between epilepsy and

migraine.   And you've got these wonderful studies demonstrating efficacy in

that population of people.  In your clinical trials, was there any attempt to

address the issue of headache either as a potential side effect or headache as

a potential therapeutic action for the gabapentin?  In other words, you may

have that data already in house.

MS. GUERRERO:    It's interesting, that question came up at an

advisory board that we had before on neuropathic pain.  And maybe Leslie can

address that.

DR. MAGNUS-MILLER:    Well, there are a couple of things.  The

studies that we've done so far on Neurontin for the most part that we've

X010715

analyzed have been add-on studies, where patients have already come in on

Dilantin and Depakote and Tegretol and it's very hard to tease out. Also, if you

look at many placebo-controlled trials, headache is among one of the top side

effects seen. We've seen it in our placebo lead-in in studies that we've recently

completed. So again, that's sort of hard to tease out because a lot of times if

you aren't specifically looking at that, you don't capture was it migraine or was it

just headache. Was it post-ictal headache, which is also very common.

DR. MOSKOWITZ:    But do you have any data? It might be hard to sort

it out, but at least you, ...

DR. MAGNUS-MILLER:    We didn't ...

DR. MOSKOWITZ:    ... you know you might see a trend that would be

...

DR. MAGNUS-MILLER:    No, not really, because we didn't capture

headache baseline.

MS. GUERRERO:    Unfortunately we did not, not even in monotherapy I

think. Right?

DR. ROTHROCK:    But at least as an AE in the two groups over time?

With the SSRIs it's always striking to me how high the headache incidence was

in the placebo-treated patients and then how almost as high it was in the active-

treated patients. Actually, the other way around, it was higher in the active-

treated patients, but almost as high in the placebo patients. About 30% in each

X010716

group.  So it would suggest that there was no major positive effect in SSRI.  Do
you know that?

DR. MAGNUS-MILLER:    It is, the data is there.  I just don't have it with
me.  It's even in the package insert, where we look at the two columns, one
placebo, meaning they had placebo added on to whatever they were already
on.  And then the control group.

DR. ROTHROCK:    Right.

MS. GUERRERO:    It was not one of the most common side effects.

DR. MAGNUS-MILLER:    It is.  It's like in the top four.

MS. GUERRERO:   Oh, it was?

DR. MAGNUS-MILLER:    No, not ...

MS. GUERRERO:   It was not.

DR. MAGNUS-MILLER:   I'm sorry.  It was not.

TWO VOICES OVERLAP - INAUDIBLE

DR. MAGNUS-MILLER:    ... one of the ... fatigue, somnolence ...

DR. LIPTON:    Somnolence.

DR. MAGNUS-MILLER:   Yeah.

DR. LIPTON:    But you know, the, I mean  problem with looking at it that
way is that people that have frequent episodic headache prior to therapy are
unlikely to report it as an AE.  So there's, yeah ...

OVERLAPPING VOICES

X010717

DR. ???:  Very darkly.

DR. LIPTON:   But as a, you know, as a general point though, you would expect a full 20% of the epiletics who were treated in your clinical trials to have migraine.  And, you know, and in fact when you think about the opportunity to treat two conditions with a single drug, the way that opportunity works is, in epilepsy centers, because you know the popoulation prevalence with epilepsy is half a percent.  So if you go to people who treat migraine, only 1% of the patients we treat are going to have epilepsy.  But if you go to ep--, people who treat epilepsy, 20% of the patients they treat have migraine.

MS. GUERRERO:   Oh.

DR. MAGNUS-MILLER:   Well, we have heard anecdotally from some of our epileptologists that patients who have been on gabapentin for their seizures, when they do have seizures, their post-ictal headaches if that was part of their condition are not as severe.

DR. MOSKOWITZ:   That's an extremely important point because I think, well, I mean that's a very important point because I don't think many of these medications are very specific for migraine.  And it would suggest to me if that's true, that there are probably multiple mechanisms for GABA system.  We can talk about that.

MS. GUERRERO:   Well, addressing your, Dr. Lipton's point, of all the anticonvulsant uses for the prophylaxis of migraine, 80% of those uses are generated by neurologists.  So obviously, you know, anticonvulsants are drugs

X010718

that they're very familiar with.  So if they see a patient with migraine, they're going, they are going to use anticonvulsants before they probably try anything else, 80%.

DR. LIPTON:    Yeah, but what proportion of all prophylactic prescriptions for migraine are generated by neurologists?

MS. GUERRERO:    About 40, about 40%.  So, obviously ...

DR. ???:    As of today, while we still have jobs.

DR. ???:    Southern California's 4%.

MS. GUERRERO:    Yeah, primary care probably.

DR. ???:    Is Dr. Rafferty next?

MS. GUERRERO:    Yeah, Mike.

X010719

Gabapentin
experience

X010756

DR. MATHEW:    Now I believe we are supposed to have some anecdotal experience reports.  So if anybody has some experience with gabapentin in pain, and migraine in particular, just ...

DR. SOLOMON:    I've treated six or seven patients with gabapentin and I must say that in only one was I convinced of improvement.  But it was not a fair test because every patient had been tried on everything else.  I mean this was, "Can I use gabapentin as a last resort?"  So I cannot say this is the way one would use a new drug if it was found to be effective.

I must say, with regard to the marketing potential for gabapentin, if it were shown to be better than placebo, I think it would soon become the drug of choice because virtually every other group of prophylactic agents that we have have major side effects, with the exception of calcium channel blockers that are used in this country.  And gabapentin has such a low side effect profile that efficacy coupled with low side effect profile would zoom it up to the drug of choice quite _____.

I use a relatively low dose as well, like in the range of 900 to 1200 milligrams, so I, it was not a fair trial on both instances.

DR. ROTHROCK:    I have a similarly small experience with a similar group of patients and have not been overwhelmed by any means with the clinical response, using the same lowish doses relative to epilepsy doses anyway.  One thing that bothers me is that I did the same thing with divalproex sodium back in the mid-eighties when I first started with it in migraine

X010757

prophylaxis, a very refractory group of patients, typically with chronic daily headache transform migraines other than episodic. And what got me hooked on research with Depakote was the overwhelming response. I was very impressed from the get-go with the albeit anecdotal experience that I had. That's not been the case by any means with Neurontin, with a very small N.

DR. MATHEW:   Migraine with aura or ...

DR. SOLOMON:   All were migraine without aura, one exception.

DR. WELCH:   What about migraine with aura, Ninan?

DR. MATHEW:   Well we had patients with both aura and without aura and I think the response is equal.

DR. WELCH:   And any selective response? One of my patients had consistent migraine with aura. The aura's gone. The headache's the same.

DR. MATHEW:   Oh by the way, I had a question ...

DR. WELCH:   The headache's the same.

DR. MATHEW:   ... What is the effect of gabapentin is on spreading depression? Is there any literature?

DR. ???:   Not that I know of.

DR. RAFFERTY:   The study has been done, ...

DR. ???:   Yes.

DR. RAFFERTY:   ... the acute study. And there was no effect. In fact, we were talking about this earlier. And I think it probably is a question that

X010758

needs to be revisited because I'm not sure knowing what we know now that the

study was designed to really ask that question.

DR. ???:   Was it an analog?

DR. RAFFERTY:   We had an analog.

DR. LIPTON:   Yeah the thing that stuck out for me when we were

talking about mechanisms was the enhancement of nonsynaptic GABA released

by potassium, you know.  It just seemed like an interesting one.  So I, yeah, so I

guess my question is were you, how were you inducing spreading depression?

DR. RAFFERTY:   It was a long time ago and I didn't do the study.

DR. MOSKOWITZ:   Those are very difficult studies to do.  Very, very

hard.

DR. RAFFERTY:   I know, the objective though when you're inducing

spreading depression by (salt crystal?) _____tation.  But I don't know that that's

the same protocol that was used with gabapentin.  And I don't know the dosage

protocol with gabapentin.  It may have been that perhaps if we were going to do

it again, we're going to go back and pay careful attention and make sure that we

were dealing with pharmacologically optimal dosing schedules.

DR. MATHEW:   Michael, you have some experience.

DR. COUTRER:   Yes, I have over the past few months used

gabapentin in about six patients as well.  Many of them been receiving it for

more than a few weeks, so it's hard to say.  I did have one patient who had

flunked tricyclics and beta blockers who for one reason or another I didn't want

to try other things, again tried her on this drug and I heard from her about three weeks ago wanting a refill. And her headaches had been almost daily before. And they, she'd had maybe two headaches in three months.

DR. WELCH:    May not be migraine.

CROSSTALK

DR. MATHEW:    Have you used it?

DR. LIPTON:    No, actually I haven't used it because I've been on sabbatical this year. But, but we actually have a Fellow this year who did a fellowship last year in epilepsy. And she's actually, I mean as a person interested in migraine and epilepsy, her experience was that the drug was extremely useful in epileptic patients who had comorbid migraine. And she reports a very favorable anecdotal experience. And she came into her fellowship an advocate of the drug and is using it earlier than, actually than I would have done.

DR. COUTRER:    That's the way that I became, actually became interested. And I work quite closely with the epilepsy group at Mass General and they came to me and said, "Well what has been your experience with this?" They had noticed that several of their patients who had migraine showed significant, actually some of them better improved in their migraine than in their seizure control.

DR. MATHEW:    So while designing the studies you might separate out a group who may also have epilepsy and try to look at it.  That may be a good idea.  Michael, do you have anybody in your group who is using it?

DR. WELCH:    No.  And the case that I described is one that somebody else gave to me.  But she thinks it's wonderful from the point of view of the aura, which was a prolonged aura of about two to three hours with behavioral disturbance and everything.  No change in headache.

DR. COUTRER:    What dosage?  You don't know what dosage?

DR. WELCH:    About 300 three times a day.  Maybe I'll need to give more for the headache.

DR. MATHEW:    Anybody else have any other experience?

DR. ROTHROCK:    Just a comment to that, I've increased the dose to 1800 milligrams, in nonresponders basically, without any improvement in the relatively frew that I've treated.

DR. COUTRER:    That could be ...

DR. LIPTON:    Do you only, have you only treated Depakote failures?

DR. ROTHROCK:    Yeah, exactly, which may be a very skewed group.

DR. LIPTON:    Yes.  There may well be adverse selection against people who would respond to this...

DR. ROTHROCK:    Absolutely.

DR. LIPTON:    ... which was not happening when you were doing open studies with Depakote.

X010761

DR. ROTHROCK:    Right.

DR. MOSKOWITZ:    And at that dose, were there any side effects?

DR. ROTHROCK:    No.

DR. MAGNUS-MILLER:    Just to kind of put it in perspective with epilepsy, we find that some patients, by no means all, but with a fair number of patients, physicians are having to go up to 3600 milligrams.  The trials that we've designed to look at post-herpetic neuralgia and diabetic neuropathy do include up to 3600 milligrams.  And in fact we know some epilepsy patients who have gone even higher than that without sacrificing tolerability.

DR. ROTHROCK:    What was the dose in that recent trigeminal neuralgia trial that was published in Headache I think as an abstract.  Did you see that?

DR. ???:    (OFFMIKE - INAUDIBLE)

DR. ROTHROCK:    I think, I think it was 2400 milligrams.

DR. ???:    Neurology.

DR. RAFFERTY:    Abstract?

DR. MAGNUS-MILLER:    Yeah, I don't remember.

MS. GUERRERO:    Well if it was Schachter's paper, what dosage?  Do you remember the doses Schachter was using?

DR. GORDON:    Uli, do you remember the doses Steve Schachter used on those cases?

MS. MONACO:    I think it was 9 to 12.  I'm not sure.

X010762

DR. LIPTON:    Ninan, you did an open study?

DR. MATHEW:    We did an open study of both migraine and transform migraine.  We used anywhere from 600 to 1800, average was about 900 to 1,000 milligrams a day.  The percentage of patients who had more than 50% reduction in headache frequency over a period of eight weeks steady _____ was 59%.  Of course there was no placebo control so we couldn't say if it was significant or not.  But the majority of people who responded were very very happy because they had very little side effects, except that a few of them had some drowsiness initially.  When we reduced the dose they could manage.  But other than that, there was no major adverse effect and they could continue.  One patient had a dysuria.  I don't know why and then we had to stop that medicine.  But other than that, tolerability was very good and some of the patients who had really persistent headache for a number of years have responded very well.  So I think it is, obviously this is quite positive.

DR. ROTHROCK:    Along with Richard's question, were they, sorry Richard ... I'm going to ask the same thing.  Were they Depakote failures?

DR. MATHEW:    No.  No.

DR. ROTHROCK:    Not necessarily?

DR. MATHEW:    No.  Most of them had two anti-migraine agents before.  Like usually, beta blockers and tricyclics.  A few of them had calcium channel blockers.  We didn't take the most resistant variety.

X010763

DR. LIPTON:   I think that's the key.  And how big was the group that you studied?  How many patients?

DR. MATHEW:   Thirty-four patients with migraine and 30 patients with transform migraine.

DR. LIPTON:   And this was a monotherapy open trial or an add-on?

DR. MATHEW:   Monotherapy.

DR. ROTHROCK:   Just to throw a curve ball, although I know this is unanswerable, but any feel for response to sumatriptan being an indicator of response to Neurontin?

DR. MATHEW:   We have no experience.  We haven't looked at it like that.

DR. ROTHROCK:   Anecdotally again, it's very much been the case for me with Depakote.

DR. RAFFERTY:   When they don't respond to sumatriptan, they don't repsond to Depakote.

DR. ROTHROCK:   Right, especially the chronic daily headache transform patients.

DR. RAFFERTY:   And they're, are they off their analgesics when you look at these things?  Or are they still ...

DR. ROTHROCK:   Well, they're supposedly not.  They're not on doses that would cause rebound anyway.

DR. WELCH:   And you started at 900 a day?

X010764

DR. MATHEW:    No, we started with 300 the first day.  The first few days 300, then increase it to 600, and 900.  We either stop at 900 or go up, depending on the total response.

DR. LIPTON:    How, you hold these people at 900 say for a month and then go up or ...

DR. MATHEW:    Yeah, you do, depending on their response.  If they don't respond ...

DR. MOSKOWITZ:    If they did respond.  Is there a possibility, how many times a day do you have to give this drug?  Three times?

DR. MATHEW:    Three times.

DR. MOSKOWITZ:    Is there any possibility of putting it into a form so that you can take it at night, single dose?  If it's prophylactic it would be a heck of a lot better to do it rather than three times a day.

DR. LIPTON:    No possibility of slow release? That's the next drug.


**END TAPE THREE**

X010765