**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March 2006, I caused the *Assurant* Plaintiffs' Objections to Order Staying Remand Determination of Their Remand Motion to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Reema Abdelhamid
reema.abdelhamid@gmail.com

Ronald Judah Aranoff
aranoff@bernlieb.com

Gordon Ball
filings@ballandscott.com

Charles F. Barrett
cfbarrett@barrettlawoffice.com

Don Barrett
dbarrett@barrettlawoffice.com

Richard Bemporad
rbemporad@ldbs.com

Steve W. Berman
steve@hbsslaw.com carrie@hbsslaw.com;heatherw@hbsslaw.com

Robert J. Bonsignore
rbonsignore@aol.com alakin@bandblaw.net

Eugene Brooks
rbrinkley@brooks-law.com

David L. Browne
dbrowne@duganbrowne.com

Joseph M. Bruno
JBruno@brunobrunolaw.com

Carter H. Burwell
cburwell@dpw.com

David C. Campbell
dcampbell@wkg.com

David B. Chaffin
dchaffin@hare-chaffin.com

John R. Climaco
jrclim@climacolaw.com

Richard W. Cohen
rochen@ldbs.com

Jonathan S. Coleman
jonathanc@jpfirm.com

Paul F. Corcoran
pcorcoran@dglaw.com

Daniel D'Angelo
Ddangelo@gilmanpastor.com

Paul R. Duden
pduden@wkg.com

James R. Dugan, II
jdugan@duganbrowne.com

Daniel J. Dwyer
djd@hanify.com amb@hanify.com

Mark L. Edwards
kellie@stipelaw.com

Felicia S. Ennis
FSE@ROBINSONBROG.COM
JMF@ROBINSONBROG.COM;JC@ROBINSONBROG.COM;jmb@robinsonbrog.com

Keith Martin Fleischman
fleischman@bernlieb.com

Kenneth G. Gilman
kgilman@gilmanpastor.com
rdambrosio@gilmanpastor.com;dhoffman@gilmanpastor.com

Thomas M. Greene
tgreene@greenehoffman.com office@greenehoffman.com

Graeme EM Hancock
ghancock@fclaw.com

James S. Harrington
jsharrington@rkmc.com

Elizabeth V. Heller
liz@gmhalaw.com

Theodore M. Hess-Mahan
ted@shulaw.com

Lori Anne Higuera
lhiguera@fclaw.com

Barry Himmelstein
bhimmelstein@lchb.com rpoate@lchb.com;tsilva@lchb.com;dchiplock@lchb.com

Garve W. Ivey, Jr
garve@iveyragsdale.com

Nahal Kazemi
nkazemi@dpw.com

Christopher P. Keenan
cpkeenan@westerlaw.com

Joseph J. Leghorn
jleghorn@nixonpeabody.com

Irwin B. Levin
ilevin@cohenandmalad.com ccox@cohenandmalad.com

Michael David Liberty
mdlaw@pacbell.net

Jack W. London
jlondon@texas.net

Dewitt M. Lovelace
dml@lovelacelaw.com

Daniel J. Lyne
djl@hanify.com jla@hanify.com

Deborah L. MacGregor
debbie.macgregor@dpw.com

T. Omar Malone
omalone@fdlaw.net

Matthew J. Moore
mmoore@shb.com

Melinda J. Morales
mmorales@muchshelist.com

James B. Murphy, Jr
jbmurphy@shb.com

James E. Murray
james.murray@dpw.com

Patrick J. Murray
pmurray@dpw.com

D. Michael Noonan
mike@shaheengordon.com

Linda P. Nussbaum
lnussbaum@cmht.com

Scott E. Ortiz
sortiz@wpdn.net

Peter A. Pease
ppease@bermanesq.com bdentremont@bermanesq.com

Timothy J. Perry
tjperry@preti.com

Douglas R. Plymale
doug@duganbrowne.com

Harris L. Pogust
hpogust@cpm-law.com

Eleanor Louise Polimeni
epolimeni@lawampm.com

Neal A. Potischman

neal.potischman@dpw.com

Thomas J. Poulin
TPoulin@rkmc.com

James P. Rouhandeh
jim.rouhandeh@dpw.com

Thomas G. Shapiro
tshapiro@shulaw.com sgeresy@shulaw.com

Richard E. Shevitz
rshevitz@cohenandmalad.com cmeadows@cohenandmalad.com

W. Scott Simmer
WSSimmer@rkmc.com

Thomas M. Sobol
Tom@hbsslaw.com
Ed@hbsslaw.com;Corinne@hbsslaw.com;Heatherc@hbsslaw.com;Tiffani@hbsslaw.com;Jessicao@hbsslaw.com

John Gerard Stretton
jstretton@eapdlaw.com

Jason J. Thompson
jthompson@c2law.com

Debra V. Urbanowicz-Pandos
dpandos@duranandpandos.com

Aaron D. Van Oort
avanoort@faegre.com

Scott L. Walker
swalker@dglaw.com

Seth S. Webb
swebb@brownandcrouppen.com

Russell A. Wood
russellawood@cox-internet.com

Marc L. Zaken
mzaken@eapdlaw.com

Erik March Zissu
zissu@dpw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

John C. Aisenbrey
Stinson Morrison Hecker, LLP
1201 Walnut Street
Kansas City, MO 64106-2150

Laureen Furey Bagley
Sloan & Monsour
101 East Whaley Street
Longview, TX 75606

Bradley Douglas Becnel
Law offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
PO Drawer H
Reserve, LA 70084

Daniel E. Becnel, Jr
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Robert M. Becnel
Law Offices of Robert M. Becnel
425 W. Airline Highway
Laplace, LA 70068

George S. Bellas
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068

Leslie Anne Benitez
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767-1148

Levi Boone, III
Boone Law Firm
PO Box 1772
Cleveland, MS 38732-1772

MP3 20170688.1

John A. Boyle
Marino & Associates
One Newark Center
9th Floor
Newark, NJ 07102-5211

Carol D. Browning
Stites & Harbison
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352

Stephanie M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

Susan E. Burnett
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767-1148

Philip Henry Butler
Bradley, Arant, Rose & White LLP
Suite 780
401 Adams Avenue
Montgomery, AL 36104

Andrew P. Campbell
Campbell Waller & Poer LLC
2100-A Southbridge Parkway
Birmingham, AL 35209-1303

Ronald J. Campione
Budd Larner, PC
150 John F. Kennedy Parkway
CN1000
Short Hills, NJ 07078-0999

John E. Caruso
Montgomery, McCracken, Walker & Rhoads
Liberty View
457 Haddonfield Rd.
Cherry Hill, NJ 08002

Prince C. Chambliss, Jr
Stokes, Bartholomew, Evans, & Petree, P.A.
1000 Ridgeway Loop Road
Memphis, TN 38120

Kathleen C. Chavez
1110 Appleton Lane
Geneva, IL 60134

Dane S. Ciolino
Dane S. Ciolino, Attorney at Law
P.O. Box 850848
New Orleans, LA 70185-0848

Kimberly H. Clancy
Sidley Austin Brown & Wood LLP
555 West Fifith Street
Suite 4000
Los Angeles, CA 90013-1010

Robert A. Clifford
Clifford Law Offices, P.C.
120 North LaSalle Street
Chicago, IL 60602

John A. Commerford
Meyers Taber & Meyers PC
2415 E Camelback Road
Suite 900
Phoenix, AZ 85016

Charles Horne Cooper, Jr
Cooper & Elliott
2175 Riverside Drive
Columbus, OH 43221

Susan G. Copeland
Law Office of J. Doyle Fuller
2851 Zelda Road
Montgomery, AL 36106

W. Lloyd Copeland
Taylor, Martino & Hedge, P.C.
Post Office Box 894
Mobile, AL 36601

MP3 20170688.1

Sarah G. Cronan
Stites & Harbison, PLLC
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352

Silas G. Cross, Jr
Cross, Poole, Goldasich & Fischer LLC
1416 Greensboro Avenue
Tuscaloosa, AL 35401

Rebecca Cunard
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Samuel J. DeMaio
Girards Law Firm
10000 N Central Expwy
Suite 750
Dallas, TX 75231

Neil A. Dean
Rice, Dean & Kelsey LLC
214 SW 6th Street
Suite 305
Topeka, KS 66603

Charles H. Dodson, Jr
Sims, Graddick & Dodson, P.C.
PO Box 1908
Mobile, AL 36633-1908

James R. Dugan, II
Dugan & Brown, PLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Tony W. Edwards
P.O. Box 1369
McAlester, OK 74502

Wanda Jean Edwards
Fayard & Honeycutt
519 Florida Boulevard

Denham Springs, LA 70726

Rex H. Elliott
Cooper & Elliott
2175 Riverside Drive
Columbus, OH 43221

Robert Burkart Ellis
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Calvin Clifford Fayard, Jr
Fayard & Honeycutt
519 Florida Boulevard
Denham Springs, LA 70726

Kenneth Joseph Ferguson
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767-1148

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Robert M. Foote
Foote, Meyers et al
13 South Seventh Street
Geneva, IL 60134

Kenneth B. Fromson
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

J. Doyle Fuller
Law Office of J. Doyle Fuller
2851 Zelda Road
Montgomery, AL 36106

Joel T. Galanter
Stokes, Bartholomew, Evans & Petree PA
424 Church Street
Suite 2800

Nashville, TN 37219

Ricardo Antonio Garcia
820 S Main Street
McAllen, TX 78501

Wanda Garcia
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA 02142

James W. Gewin
Bradley, Arant, Rose & White
PO Box 830709
Birmingham, AL 35283-0709

James E. Girards
Girards Law Firm
10000 N Central Expwy
Dallas, TX 75231

Dennis E. Glazer
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall
Mpls, MN 55402-4123

John E. Goodman
Bradley, Arant, Rose & White
1819 Fifth Avenue, North
Birmingham, AL 35203

Peter J. Goss
Faegre & Benson
90 S. 7th Street
Mpls, MN 55402-3901

Mark K. Gray
Gray, Weiss & White
500 W. Jefferson Street
Suite 1200

Louisville, KY 40202

David E. Gross
Finkelstein & Partners, LLP
50 Park Place
10th Floor
Newark, NJ 07102

Asa Groves, III
Groves and Verona PA
7385 SW 87th Avenue
Suite 400
Miami, FL 3317-33565

Thomas P. Hanrahan
Sidley & Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

Fred M. (Tripp) Haston, III
Bradley, Arant, Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Chad Patrick Hemmat
Anderson, Hemmat & Levine, LLC
1490 Lafayette Street
Denver, CO 80218

Michael DeWitt Hickman
Taylor Martino & Hedge
61 Saint Joseph Street
Suite 1600
Mobile, AL 36602

Robert Randall Hopper
Zimmerman Reed
651 Nicollet Mall
Mpls, MN 55402-4123

Michael B. Hyman
Much, Shelist, Freed, Denenberg, Ament, Bell & Rubenstein
200 North LaSalle Street
2100

MP3 20170688.1

Chicago, IL 60601

Alexander Jamiolkowski
Egan & Jamiolkowski
428 Forbes Avenue
Pittsburgh, PA 15219

Andrew Burns Johnson
Bradley, Arant, Rose & White
1819 Fifth Ave., North
Birmingham, AL 35203

Walter T. Johnson
Watkins & Eager
PO Box 650
Jackson, MS 39205-0650

Andrew S. Johnston
Minor & Johnston, P.C.
124 East Market Place
Somerville, TN 38068

Aizar J Karam, Jr
820 S Main Street
McAllen, TX 78501

R. Eric Kennedy
Weisman, Kennedy & Berris
101 Prospsect Avenue, W
Cleveland, OH 044115

Christopher J. Kervick
Law Office of J. Christopher Kervick
100 Paul Drive,
P.O. Box 875
Windsor Locks, CT 06096

Richard D. Keys
Nelson, Keys & Keys, PC
Suite 250
1830 2nd Avenue
Rock Island, IL 61201-8003

Mark Mathew Kitrick
Kitrick & Lewis Co LPA
515 E. Main Street

Columbus, OH 43215

Neal H. Klausner
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Barry A. Knopf
Cohn, Lifland, Pearlman, Herrmann & Knopf, Esqs
Park 80 Plaza West One
Saddle Brook, NJ 07662

David C. Landever
Weisman, Kennedy & Berris
101 prospect Avenue, W
Cleveland, OH 44115

Gano D. Lemoine, III
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

Mark D. Lewis
Kitrick & Lewis Co LPA
515 E. Main Street
Columbus, OH 43215

Jeffrey R. Lilly
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767

John W. Lowe
Lowe, Mobley & Lowe
1210 21st St.
P.O. Box 576
Haleyville, AL 35565

Robert L. Manard, III
Robert L. Manard, PLC
1100 Poydras Street
Suite 2610
New Orleans, LA 70163

Kathleen Ann Manning

MP3 20170688.1

McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Steven A. Martino
Taylor, Martino & Hedge, P.C.
Post Office Box 894
Mobile, AL 36601

Drew Masse
Williams, Jilek, Lafferty, Gallagher & Scott
416 North Erie Street
Toledo, OH 43624

Craig Ruvel May
Wheeler, Trigg, Kennedy, LLP
1801 California Street
Suite 3600
Denver, CO 80202

Paul Edward Mayeaux
Robert L. Manard, PLC
1100 Poydras Street
Suite 2610
New Orleans, LA 70163

Manuel H. Miller
Law Offices of Manuel H Miller
5530 Corbin Ave.
Suite 210
Tarzana, CA 91356

M. Scott Montgomery
Law Office of M. Scott Montgomery, LLC
3432 Culpepper Court
Springfield, MO 65804

Matthew B. Moreland
Law Offices of Daniel E Becnel, Jr.
PO Drawer H
Reserve, LA 70084

Nancy Y. Morgan
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Patrick James Mulligan
Law Office of Patrick J. Mulligan
2911 Turtle Creek Boulevard
Dallas, TX 75219

Stephen Barnett Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

Christopher H. Neyland
Neyland & Brewer, PLLC
PO Box 3373
Ridgeland, MS 39158

Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

David J. Novack
Budd Larner, PC
150 John F. Kennedy Parkway
CN1000
Short Hills, NJ 07078-0999

Charles Andrew O'Brien, III
Charles Andrew O'Brien, Attorney at Law
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, LA 70898-9029

Mindy Brickman Patron
McGlinchey Stafford PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Archie Carl Pierce
Wright & Greenhill
221 W. 6th Street
Austin, TX 78701

Richard G. Placey

Montgomery, McCracken, Walker & Rhoads, Esqs.
45 Haddonfield Road
Cherry Hill, NJ 08002

Anne Lester Pointer
McGlinchey Stafford
1811 Tower Drive
Monroe, LA 71201

Joseph Michael Price
Faegre & Benson
90 S. 7th Street
Mpls, MN 55402-3901

Mike Ramey
Girards Law Firm
10000 N Central Expwy
Dallas, TX 75231

Kenneth James Reilly
Shook Hardy & Bacon
201 South Biscayne Boulevard
Suite 2400
Miami, FL 33131-4332

Lisa J. Rodriguez
Rodriguez & Richards, LLC
3 Kings Highway East
Haddonfield, NJ 08033

Ronald Rosenkranz
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Art Sadin
Provost Umphrey Law Firm, LLP
1560 West Bay Area Boulevard
Friendswood, TX 77546

Marc A. Saggese
Saggese & Associates
3960 Howard Hughes Parkway
Suite 850
Las Vegas, NV 89109

George D. Sax
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Scott W. Sayler
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

David Scott Scalia
Bruno & Bruno
855 Baronne Street
New Orleans, MA 70113

Ann Michele Scarlett
St. Louis Univ. School of Law
3700 Lindell Boulevard
St. Louis, MS 63108

Gene E. Schroer
Gene E. Schroer, Attorney at Law
115 E. Seventh Street
Topeka, KS 66603

Christopher Seeger
Seeger, Weiss, LLP
One William Street
New York, NY 10004

Joseph D. Steadman
Sims, Graddick & Dodson, P.C.
PO Box 1908
Mobile, AL 36633-1908

Ralph Streza
Porter, Wright, Morris & Arthur
925 Euclid Avenue
Cleveland, OH 44115

Teresa E. Teater
815 Harrison Street  # 4
Oregon City, OR 97045

Meghan Marie Thomsen
Montgomery McCracken Walker & Rhoads LLP

MP3 20170688.1

457 Haddonfield Road
Cherry Hill, NJ 08002-5074

Thomas P. Thrash
1101 Garland Street
Little Rock, AR 72201-1214

Scott Alan Watson
#22334
Wyoming State Penitentiary
P.O. Box 400
Rawlings, WY 82301

Matthew L. White
Gray, Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202

John S. Wilder, Sr
Wilder & Sanders
108 E. Court Square
Somerville, TN 38068-1436

Henri Wolbrette, III
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Frank Woodson
Beasley Allen
PO Box 4160
Montgomery, AL 36103-4160

Mary Ellen Wright
Finkelstein & Partners LLP
436 Robinson Avenue
Newburgh, NY 12550

James Howard Young
Young & Young
128 N. Delaware
Indianapolis, IN 46204

Charles S. Zimmerman
Zimmerman Reed

651 Nicollet Mall
Suite 501
Mpls, MD 55402-4123

Erik March Zissu
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

        ATTORNEYS FOR ASSURANT PLAINTIFFS

Dated: March 6, 2006.         By: s/Annamarie A. Daley
                                                  Annamarie A. Daley

MP3 20170688.1