UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW

James E. Murray, co-counsel for Defendants, respectfully moves, pursuant to Local Rule 83.5.2, for leave to withdraw as co-counsel for Defendants. The grounds for this motion are:

1. I appeared as co-counsel for Defendants pursuant to a Notice of Appearance filed on January 6, 2005. At the time, I was counsel to Davis Polk & Wardwell, lead counsel for Defendants.

2. I have resigned from Davis Polk & Wardwell.

3. I therefore wish to withdraw as co-counsel for Defendants.

4. Other counsel have appeared and continue to appear for Defendants.

5. A motion for leave to withdraw is required because motions are pending.

6. Liaison counsel for Plaintiffs has assented to this motion.

WHEREFORE, I respectfully request leave to withdraw as co-counsel for Defendants.

Dated: March 7, 2006

/s/James E. Murray
James E. Murray
9 Ellsworth Road
Larchmont NY 10538