UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW

Reema Abdelhamid, co-counsel for Defendants, respectfully moves, pursuant to Local Rule 83.5.2, for leave to withdraw as co-counsel for Defendants. The grounds for this motion are:

1. I appeared as co-counsel for Defendants while I was associated with Davis Polk & Wardwell, lead counsel for Defendants.

2. I have resigned from Davis Polk & Wardwell and taken a position with another law firm.

3. I therefore wish to withdraw as co-counsel for Defendants.

4. Other counsel have appeared and continue to appear for Defendants.

5. A motion for leave to withdraw is required because motions are pending.

6. Liaison counsel for Plaintiffs has assented to this motion.

WHEREFORE, I respectfully request leave to withdraw as co-counsel for Defendants.

Dated: March 8, 2006

/s/Reema Abdelhamid
Reema Abdelhamid
201 East 86th Street
Apartment#27H
NY, NY 10028

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 8, 2006.

/s/David B. Chaffin
David B. Chaffin