UNITED STATES DISTRICT COURT
DISTRICT OF MASSASSCHUSETTS

*FILED
IN CLERKS OFFICE*

*2006 MAR 21 P 12: 50*

*U.S. DISTRICT COURT
DISTRICT OF MASS.*

In Re: **NEURONTIN MARKETING SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION**

MDL Docket No. 1629S.

THIS DOCUMENT RELATES TO:

**ELMENIA JOHNSON, individually and as
Tutor For CAMERON JOHNSON AND LAURYN
JOHNSON v. PFIZER, INC., et al.
EDLA NO. 04-10981**

Master File No. 04-10981
Judge Patti B. Saris

Mag. Judge Leo T. Sorokin

**************************************************

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Elmenia

Johnson, Individually and as the Tutor of Cameron Johnson and Lauryn Johnson, who

submits this Motion to Remand for both procedural an substantive defects.

Respectfully submitted:

ROBERT L. MANARD, PLC

BY: _____
Paul E. Mayeaux, Bar #21750
Robert L. Manard Bar # 9076
1100 Poydras Street, Suite 2610
New Orleans, LA 70160
Telephone: (504) 585-7777

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 16th day of March, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid.


PAUL E. MAYEAUX