FILED
IN CLERKS OFFICE
2006 MAR 27 P 1:52
U.S. DISTRICT COURT
DISTRICT OF MASS

3/20/06
Scott Reed Turnbull
#220583- 6-2-39
100 Warrior Lane
Bessemer, AL. 35023

To: The Clerk of the Court
United States Courthouse
1 Courthouse Way
Boston, MA. 02210

Re: Copy of civil complaint filed by the law firm, Finkelstein And Partners of Newburgh, NY, Against drug maker Pfizer Corporation concerning the drug "Neurontin".

I'm Requesting the following information So that I can obtain a copy of the civil complaint filed Against Pfizer Corporation by the law firm of Finkelstein And Partners of Newburgh, NY. Concerning the illegal marketing of the drug "Neurontin".

1. Case Number of the civil complaint.
2. This office Internet or E-Mail Address so that a copy of the civil complaint can be downloaded or purchase this way.
3. The Cost of the civil complaint.

Thank you in Advance,

Scott R. Turnbull