UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| THE GUARDIAN LIFE INSURANCE CO. OF AMERICA v. PFIZER, INC. and AETNA, INC. v. PFIZER, INC. ) ) ) ) | |

**DECLARATION OF ILYAS J. RONA IN SUPPORT OF PLAINTIFFS' JOINT RESPONSE TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE LEO T. SOROKIN DATED JANUARY 31, 2006**

529516.1

I, ILYAS J. RONA, declare and state:

1. I am an attorney with the law firm of Greene & Hoffman, PC, Co-Lead Counsel for the Class Plaintiffs in this action. I am an attorney duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts.

2. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

3. Attached hereto are true and correct copies of the following documents produced in *United States of America ex rel. David Franklin v. Parke-Davis*, *et al.*, C.A. No. 96-11651-PBS (D. Mass.):

| Exhibit A | Transcript of Advances in Anticonvulsants, A Regional Consultants Meeting, April 19-21, 1996, Cline, Davis & Mann Inc., Bates-labeled V065515, X000316-344. |
|---|---|
| Exhibit B | Memorandum from P. Magistro Re: Diabetic Neuropathy Study from St. Elizabeth's Hospital, Boston, MA, dated Jan. 7, 1998, Bates-labeled V089881-895. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April 2006 at Boston, Massachusetts.

              \s\ *Ilyas J. Rona*
              Ilyas J. Rona

529516.1      1