**EXHIBIT A**

**ADVANCES IN ANTICONVULSANTS**

Advances in Anticonvulsants
A Regional Consultants Meeting
April 19-21, 1996/Tape 1
**CLINE, DAVIS & MANN INC.**

STEVEN C. SCHACHTER, MD:  Good morning everyone, welcome.  My name is Steve Schachter and I'm from Beth Israel Hospital in Boston.  And on behalf of Parke Davis and Proworks we'd like to welcome everyone to Jupiter Beach and to this meeting on advances in anticonvulsants.  And on behalf of the consultants and the speakers I'd like to thank Parke Davis, particularly the Northeast Customer Business Unit, for sponsoring this meeting.  They are making it possible for us to come down to this beautiful resort in lovely weather.  And we hope everyone here benefits from the information that you'll be hearing about from our speakers and the opportunity to speak with your colleagues from across the Northeast.

I think the timing of this meeting is perfect considering the winter that we've all been through.  We've survived the worst winter on record throughout much of the Northeast.  And Red Sox fans have survived the worst start to the Red Sox season of all time.

V065515

CONFIDENTIAL

**ADVANCES IN ANTICONVULSANTS**

Advances in Anticonvulsants
A Regional Consultants Meeting
April 198-21, 1996/Tape 8
CLINE, DAVIS & MANN INC.

**CHIP M. EPSTEIN, M.D.:** ... Carbamazepine, another proposed drug of first choice, just interacts with everything on earth. It induces other things, it does paradoxical thing, it mildly inhibits phenytoin, it's induced by other drugs, it's mucked up by erythromycin. And a dozen or so other drugs, including those on the list you saw yesterday, Calcium channel blockers, Erythromycin. So that this drug has problems in fragile, elderly people.

Last year in the course of one week, I had three calls from drunk patients, all of them elderly, who had been given Biaxin. Take a survey. Anybody else who's run into trouble with Biaxin and Carbamazepine? Yeah. They don't know it's an Erythromycin. Surprise! Those are problems and they're bigger problems in the elderly.

So here are dosing suggestions for Phenytoin and basically the only one of them to pay much attention to is that you start at a lower dose, you be very conservative, you start low, you

X000316

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

don't have to give it very often.  The tabling is slower.  And you go up very slowly.  Valproate, again, you start at a much lower dosage. Half the dosage, younger patients, and you go up very, very slowly. And you pay attention to efficacy and side effects.  Maybe the Valproic acid levels will help ... if you have them ... watch closely.

Now, here's a slide I showed yesterday.  And these are the drugs which have little or no metabolic interaction with other things.  Which makes them potentially very useful in the elderly. The champion being gabapentin, vigabatrin, coming soon, being very close in terms of having very few metabolic interactions either way.  Mimotrigine(?) doesn't do much to other drugs.  Unfortunately it can be induced or inhibited, just like everything else.  And Topiramate in this regard also seems to be pretty clean.  But they have other problems.

And again, the drugs that appear to have the widest therapeutic windows all are drugs that work somewhere, we presume, around GABA metabolism.  Gabapentin certainly is not immune to making people dizzy, ataxic and off-balance, but it appears to have a broad therapeutic window most of the time. Tiagabine probably similar, and Vigabatrin.  All of these appear to have a little more room between therapeutic effect and toxicity than

## ADVANCES IN ANTICONVULSANTS

our classic drugs.

A potential problem, a couple of these otherwise clean drugs appear to be downers.  The incidence of adverse behavioral and cognitive effects, mood effects especially, like depression, is not enormously high with these drugs, but there are hints it goes up with age.  And so the potential for that, for both mood effects, behavioral effects and rarely psychosis, may be higher in  the elderly.  At least we have to watch out for them.  And when these drugs come out, that may be something to be a little careful about.

The elderly do have a lot of problems.  I wanted to leave you with this thought.  That new conditions are continually appearing.  I have speeded this up a little bit, because I didn't want the time to run over.  But let me just hit, if we can, a couple of cases.  Can you read these?  Can you read them?  These are just a couple of cases of ... I think, examples of what happens in the elderly and you're lucky what we can accomplish.  This was a very pleasant man who developed nocturnal convulsions at about 74. And about the same time he developed daytime complex partial seizures.  He was in pretty good health, thriving and happy, and he was unhappy about this.

His previous neurologist was able to control all this with

X000318

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

400 milligrams a day of Dilantin, but he was just too sleepy on it, he couldn't function. So they tried Tegretol and he broke out in rash. They tried Felbetol(?) and it made him sick. And he also became sleepy. Wait a minute. Sleepy on Felbetol? First person I ever met that got sleepy on Felbetol. Everybody else was up all night with a headache. So this was kind of suspicious. And it turned out that this lean, healthy-looking man had symptomatic obstructive sleep apnea. And he did improve on nasal C-Pap(?). And he had some other medical problems. He has atrial fibrillation, he has a little bit of renal failure. And surprise, after having trouble with two conventional drugs, he was started on Neurontin. And did go into and still remains in remission on a moderate dose.

Notice, this is only b.i.d. This is an older guy who has a high BUN, despite the fact that he's probably not making much urea. His creatinine is, quote, normal, but he has probably half the muscle mass he did when he was young. He's got a little renal failure and Neurontin b.i.d. is probably all he needs. He's probably excreting it about half the speed that he did ... would've when he was young. And he's doing fine and he's still on a little bit of Dilantin, 300 a day.

So I'm going to ask you all a question. He's been happy

X000319

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

with this.  What should we do with the Dilantin?  If we continue this as polytherapy.

MAN:  What's the blood level?

CHIP M. EPSTEIN, M.D.:  The blood level of the Dilantin is about 12.  For whatever that's worth.  I think a 3 level might be better.  Shall we cut the Dilantin down?  Shall we taper is slowly and get rid of it?  Shall we leave him like this?

MAN:  (Inaudible)

CHIP M. EPSTEIN, M.D.:  Want to taper slowly ...

MAN:  (Inaudible)

CHIP M. EPSTEIN, M.D.:  He is driving.

MAN:  (Inaudible)

CHIP M. EPSTEIN, M.D.:  He is ... yeah, but I don't remember what they are, unfortunately.  He's on a couple of other medicines.  I made this slide a while ago and I've since forgotten his other medicines.  One vote to cut it down, one man shaking his head no.

MAN:  (Inaudible)

CHIP M. EPSTEIN, M.D.:  Well, as I've gotten older and noticed more and more of my mistakes coming back to haunt me, I have become a little more conservative in rocking the boat when

X000320

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

people are doing well. I think eventually if this guy keeps plowing on into his 80s, I probably will very slowly, after several years, get rid of the Dilantin. But I happen to agree, if the patient is doing well, it's hard to improve on that. And though in the long run we want to reduce their medication burden, maybe there's no need to be urgent about it. I think that's controversial and ... other thoughts? Yeah?

MAN: (Inaudible)

CHIP M. EPSTEIN, M.D.: He's 77 and he has a little bit of balance difficulty.

MAN: (Inaudible)

CHIP M. EPSTEIN, M.D.: Hard to measure. Again, I don't know the answer to this. I mean, that's part of the reason why I threw this up here. How safe is Coumadin at 77?

MAN: (Inaudible)

CHIP M. EPSTEIN, M.D.: (Inaudible) anything else? Well, maybe we ought to do that. The Neurontin certainly won't mess up the Coumadin and the Dilantin should be not an enormous problem. But it may be a bit of a problem. How much time do we have? Do one more of these? Two minutes? Okay. Here's another one. Actually, this is a depressing case. I think I'll skip

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!" (212-505-6518)                    8-7

this.

This was a 63-year-old woman who developed seizures clearly with focal onset.  She had a one-centimeter meningioma in the inner hemispheric fissure adjacent to the falx and she was controlled with Tegretol and they remained her one-centimeter meningioma and it's been a disaster ever since.  Let me go to something else.  I don't want to talk about that.  Okay.  That was not a good idea.

Now, this is something sort of interesting we talked about earlier.  This is a 72-year-old man who had a concussion at age four, so that when he developed convulsions and myoclonic jerks and, quote, petit mal at 17, many years ago, they sort of assumed that that was due to his concussion.  And he was begun on Dilantin.  And he continued having occasional convulsions, once or twice a year for the next 50 years.  Until, as he approached 70, his convulsions started to become more frequent despite the Dilantin.  He had generalized spike and wave on E.E.G.

So he was a victim of what?  Failure to recognize primary generalized epilepsy.  And to treat it with the optimum regimen.  Of course, Depakote didn't exist for most of his lifetime.  But he did go about 15 years with the wrong drug.  And with a tiny

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!" (212-505-6518)                    8-8

dose of Depakote added to his Dilantin, he went into remission ...
1265 b.i.d., more than that bothered his stomach, but he had no
more trouble for four years.  He spent four years on Dilantin plus a
drop of Depakote.  And his Valproate level was 30.  Same question:
Should we have dropped the Dilantin?  He's now on the appropriate
medicine, it's working.  Again, I didn't.  Partly because he didn't
come back very often for me to do anything.  Partly because he was
on such a low dose of Valproate low level.

He developed a prolonged febrile illness, had another
convulsion.  His local internist, who understood what drug was
which, I think quite appropriately, doubled his Valproic acid to the
monumental level of 250 b.i.d. and he became stuporous.  His
Valproate level was now 55.  His ... sorry.  Sixty.  Ammonia 90.
And he is stuporous and his E.E.G. is slow.  When they treated his
febrile illness and his Depakote was decreased, he again is in
remission.

I was struck by this.  In an older person, a V.P. level of
only 60, a low dose produced stupor.  I've now seen this three
times in therapeutic ranges, so I think that we do have to be a little
careful with drugs that are known myochondrial(?) poisonous.  I
think I'll stop there.  Thank you.

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!" (212-505-6518)                    8-9

(APPLAUSE)

WOMAN:  I heard that there was one case of pancreatitis with Neurontin.  Has anybody heard anything about that?

MAN:  I don't know, was this written up or anecdotal or ...

WOMAN:  Anecdotal.  From somebody who works for Parke Davis.

CHIP M. EPSTEIN, M.D.:  Okay.

MAN:  (Inaudible)

WOMAN:  Good.

MAN:  Phil?  Any comment?

CHIP M. EPSTEIN, M.D.:  (Inaudible) haven't seen too much problems from a pancreatic standpoint.  We can find that out.

MAN:  (Inaudible)

CHIP M. EPSTEIN, M.D.:  Yeah, I think the number is now up to over 100,000 patients exposed to Neurontin.  So that ...

MAN:  (Inaudible)

CHIP M. EPSTEIN, M.D.:  A hundred and fifty thousand, so it's a little hard to know what one case means.  It's hard to know if that's significant at this point.

X000324

## ADVANCES IN ANTICONVULSANTS

MAN:  Other questions?

CHIP M. EPSTEIN, M.D.:  Yeah, Bill?

BILL:  (Inaudible) in the elderly.  Do you routinely do that?  I've had a similar kind of experience, low dose (Inaudible)

CHIP M. EPSTEIN, M.D.:  Yeah, I get it when people have trouble.  I don't routinely get it because I don't know what it means.  As you may know, ammonia's very labile.  And doing accurate ammonia levels is not trivial anyway.  Some people say it's got to be arterial.  Even in a big hospital we find we've got to deliver it to lab by 1:00 p.m. or they will either muck it up or fail to do it altogether.  And it's enough of a pain and a tricky enough (Inaudible) I don't do it routinely.  I think it may be a little help when the patient's in trouble.

MAN:  Can I comment on that?  Just ... a special interest in hyperammonemias Valproate.  I think you can get acute or subacute increases in ammonia.  You can get them early or late in treatment with Valproate and maybe other drugs.  And you can construct a 2x2 box of early, late, acute, subacute.  And I do think you see patients in each of those four boxes by different metabolic mechanisms.  But I think the issue is important.  I just saw a case about a year ago of a ... about a 48, 50 year old male that

X000325

## ADVANCES IN ANTICONVULSANTS

developed post C.D.A. epilepsy, had been well controlled on Valproate for years. Came in ... in the E.R. in acute coma. Every test in the world was normal, including C.F.S., M.R.I., Smack. And I said, Oh, he's on Valproate, let's check, and ammonia was 400. We stopped the drug and he woke up.

So this was an example of an acute late onset hyperammonemia and ... as I was talking with the other faculty, we ... don't check ammonia levels unless you're gonna do something about them, because people on Valproate are gonna have a slightly elevated ammonia, in the neighborhood of 60 mites per mil, and you've got to do it correctly. Green tube on ice, fast, (Laughs) at the hospital, not into nursing home.

MAN: Yes?

MAN: If I can offer one comment on the use of drug levels. Again, I think drug levels are predic ... or statistical probabilities, not definitive ranges. And certainly in the elderly, I think they have to be taken very, very cautiously. There are data to suggest that some central nervous system drugs have altered pharmacodynamics in the elderly, where the receptor changes ... and you actually get a greater response at a lower dose. The data with Benzodiazepines, some of the opiates, some of the analgesics.

X000326

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

And my hypothesis is that that's probably true with the antiepileptic medications.  We just don't have enough data to show that they're really pharmacodynamic changes.  So I completely agree with your thing on concentrations.  And certainly the elderly, who are prone to low albumins and altered protein binding, you can actually feel falsely secure by looking at a total level when the binding is different and the concentrations of the free levels may perhaps be elevated and you don't think about it.

MAN:  Thank you.

MAN:  Thank you, Chip.

(APPLAUSE)

STEVEN C. SCHACTER, M.D.:  Sorry to have to cut that off, but again, please approach faculty members during the break and lunch.  The next three talks, I think, are ... present an exciting glimpse into the future.  And to some extent the here and now.  We're going to talk about gabapentin monotherapy, we'll talk about phosphenytoin and the treatment of pain with Gabapentin.  And our first speaker will talk about monotherapy with Gabapentin.  Dr. Cynthia Harden, who's assistant professor of neurology and neuroscience at Cornell, and is the director of Antiepileptic Drug Trials at the Comprehensive Epilepsy Center at New York Hospital,

X000327

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!" (212-505-6518)                    8-13

Cornell Medical Center.

MAN:  (Inaudible) Beautiful baby.

STEVEN C. SCHACTER, M.D.:  I think everyone saw it last night.

CYNTHIA L. HARDEN, M.D.:  Thank you.  I appreciate being asked to speak here today.  And the reason I was asked to speak is because at the Cornell Medical Center at our Comprehensive Epilepsy Center, we were able to contribute a fairly large number of patients to the Gabapentin outpatient monotherapy study.  So I come to this with some experience in monotherapy.

I'll be presenting two studies.  The Gabapentin outpatient, and Gabapentin inpatient monotherapy studies, as well as the quality of life study that was performed as part of the outpatient monotherapy study.  And then present some other smaller studies and some of my own personal experience.

Okay.  The Gabapentin outpatient monotherapy study was a multicenter trial with 24 centers.  Two hundred seventy-five patients with refractory partial seizures were enrolled, and it was a 26-week study with a two-week titration on together (Inaudible) eight-week conversation, during which the one or two background antiepileptic drugs were slowly tapered sequentially, and a 16-week

X000328

## ADVANCES IN ANTICONVULSANTS

monotherapy phase.  There was a two-month baseline before the Gabapentin was started.

And in this baseline, patients must have had at least four seizures.  These seizures had to be complex, partial or secondarily generalized seizures.  So simple partial seizures were excluded from the baseline as part of study seizures.  No more than five seizures in any one day, and no 28-day period that was seizure-free.  This is a schemata of the study.  And it's clear here that there was no placebo, of course, in this monotherapy study.  But the doses were blinded and randomized.  The doses were 600 milligrams ... you can see at the bottom there.  (Inaudible)  1200 and 2400 milligrams.  The 600 milligram dose of monotherapy was intended to be as a placebo.

The failure criteria were a twofold increase in monthly seizure frequency, a twofold increase in the highest two-day seizure frequency.  Secondary generalized tonic/clonic seizure, if none had occurred in the two years prior to double blind status, or according to the judgment of the investigator, and the patient, an unacceptable increase in seizure frequency or intensity.  If the patients met any of these criteria, they were taken out of the blinded monotherapy plan and a single additional antiepileptic drug

CONFIDENTIAL

**ADVANCES IN ANTICONVULSANTS**

could be added.

In this study, the average age, as you can see at the bottom, was 34 to 37. And it was fairly evenly distributed between men and women. This slide illustrates that the mean duration of epilepsy in the groups was very long. It was 20 to 23 years. Most of the patients came to the study on one drug. A good proportion, however, came into the study on two drugs. And their seizure rate was pretty high going into the study: 6.5 in two out or three groups.

The analysis of the study ... could you focus that a bit, please? The analysis of the data was by two methods. Time to exit and through Cock's(?) proportional hazards, comparing the doses. The time to exit of the study was fairly equal for all three doses, surprisingly. From 77 to 81 days. This is the mean time, and median time of the patients exiting the monotherapy study. That is, meeting failure criteria.

And I think this survival graph is really ... is really the most revealing at a glance, of this study. In that 60% of patients overall were able to taper off their previous one or two antiepileptic drugs and achieve monotherapy. And as time went on in this study, 25 to 30 percent of the patients were able to maintain monotherapy

X000330

## ADVANCES IN ANTICONVULSANTS

without meeting the escape criteria. And interestingly, there was little dose effect demonstrated in this study.

The reasons for exit are demonstrated here. Most of the time it was due to exceeding the two-day seizure rate, but also exceeding the 28-day seizure rate. Infrequently, secondarily generalized seizure that had not occurred. And rarely, status. Often the investigator, along with the patient, felt that there was not sufficient efficacy or lack of efficacy that should merit exit from the study. And very infrequently, adverse events.

it was demonstrated clearly here that the doses did produce differences in blood levels. And the peak levels were two to three hours post dose, as has been published previously. The side effects recorded here were significantly more dizziness in the higher dose groups than the lower dose group. More ataxia and fatigue. Headache was present in general in all dose levels. Insomnolents(?) tended to increase as the doses went up, too. Interestingly.

An overview of this study reveals a low rate of withdrawal due to adverse events. Only nine patients, or 3.3 percent. And the safety is further demonstrated by the low occurrence of serious adverse events. Only seven patients had

## ADVANCES IN ANTICONVULSANTS

serious adverse events.  Six considered unrelated to the drug, one possibly related, which was Neutropenia.  In general, no new changes were seen in systemic laboratory values.

Quality of life testing was performed on a subset of these 275 patients.  Two hundred and one patients ... again, they were really ... the same patients.  The mean age was, again, in the mid-30s.  And these were the quality of life tests performed basically divided into tests of abilities, including motor, speed, memory, attention, concentration.  These types of tests.  And then tests of adjustment or mood.  In an attempt to get at the sense of well-being, and just, quote, feeling better.  That some patients report with Neurontin, which has been anecdotal basically until this point.

The analysis was divided into primary, secondary and tertiary.  Analyzing the baseline versus the double blind.  And then analyzing what the baseline versus the patients who were on monotherapy, or on Neurontin and one or two other drugs.  And basically ... then also subgrouping by dosage.

So the results here were interesting.  In the abilities, the significantly total number of positive changes was eight out of 19 variables.  One negative number and the ... of the adjustment

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

variables, out of 18 variables, the total positive number of changes was also eight, with zero negative.  So the quality of life data appeared to be very good.  Overall, in the ability to testing, these two reading speed was the only test here that showed a negative change, a significant negative change.  All the other tests showed a positive change.  But I think that ... this is the adjustment test as well, which also showed a positive change.  But I think you'll be interested really in the monotherapy versus the polytherapy.  Of the abilities, monotherapy clearly showed more positive changes in these tests of motor, speed, attention, concentration, etc., compared to polytherapy.

In the adjustment, however, it was fairly equal between monotherapy and polytherapy.  Which seems to indicate that adding Neurontin does bring to it the positive adjustment features.  But as you would expect, the abilities criteria were better on monotherapy than polytherapy.

And overall, interestingly, the adjustment features, the adjustment criteria were generally better, more positive at the lower doses of Neurontin.  Whereas the abilities were more positive at the higher doses.

In conclusion, for the quality of life subset of these

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

patients, Gabapentin had a favorable effect on abilities and adjustment.  Gabapentin monotherapy was associated with the most favorable changes and abilities, compared to polytherapy.  And low-dose Gabapentin, interestingly, was related to the most favorable changes in adjustment in this group.

Now I'm going to move on to the much smaller Gabapentin inpatient monotherapy study.  Which was comprised of these 13 investigators who had not performed this inpatient study at our site.  Eighty-two patients with refractory partial seizures.  It was an eight base study in which the antiepileptic drugs were tapered for video E.E.G. monitoring.  The Razepam was given on ... as a single dose on day one.  This is ... and when the background antiepileptic drugs were tapered, this was to provide safety during the day in which the Neurontin study drug was increased up to either 300 milligrams, or 3600 milligrams.  These are the two randomized doses.  Blinded.  In this study.

And it was a brief study, an eight-day monotherapy phase.  The inclusion criteria were complex, partial or secondary generalized seizures.  Again, the patients were fairly intractable.  Three study seizures in the three months prior.  And three study seizures in the three days or four study seizures in five days, during

X000334

CONFIDENTIAL

**ADVANCES IN ANTICONVULSANTS**

the inpatient monitoring time.  Prior to the monotherapy Neurontin.

So it was a very strict criteria.  they had to have this discrete

number of seizures during their inpatient monitoring.  the

antiepileptic drug levels had to be less than therapeutic at

randomization.

And this is a schemata, again, of the study.  Are you

tweaking that to focus it a bit, please?  Thanks.  All right.  So ...

again, as you can see here, Depopentin(?) was added here, with

Adapin coverage.  And the patients were randomized at 300 or

3600 milligrams.  And the duration of the study was eight days.  Or

meeting exit criteria.

The exit criteria for this monotherapy study were four

study seizures, a generalized tonic/clonic seizure.  If there as no

history, (Inaudible) are again unacceptable.  Prolongation or

intensification of seizures is based on the judgment of the

investigator.  And similar efficacy analyses time to exit and

(Inaudible) hazards.

Again, these patients were in their mid-30s overall.

Fairly equally divided between men and women.  The duration of

epilepsy, again, was long ... 20 to 21 years.  And they had between

5.2 and 5.8 median number of seizures in the month prior to the

CONFIDENTIAL

**ADVANCES IN ANTICONVULSANTS**

study.

Now, this study was able to demonstrate a clearly

significant difference between this very low-dose Neurontin and

3600 milligrams of Neurontin.  In that the time to exit in ours was

significantly different, 84 compared to 151.  Suggesting or implying

Neurontin efficacy in monotherapy, and clearly demonstrating an

efficacy of 3600 over 300 milligrams.  Also illustrated here by the

blood levels.

The proportion of patients completing eight days was

significantly higher at 3600.  Seventeen percent, for the 353

percent for the 3600.  Again, these patients exited early mostly for

too many seizures.  Oh, and a significant proportion of the patients

did enter the open label study, with Neurontin.

Side effects in this group were also similar, as Dr. Nordli

mentioned, in this study, fairly large proportion of patients of the

3600 did have ataxia compared to the 300 milligrams.

The overview of this study reveals that there were no

withdrawals due to adverse events.  Indicating that under controlled

or supervised circumstances, 3600 milligrams is well tolerated and

safe.  The low incidence of adverse events overall.  One (Inaudible)

psychosis.  Again, the blood levels.  And with the peak at two to

X000336

## ADVANCES IN ANTICONVULSANTS

three hours.  This is a nice graph that shows the data from the outpatient study and the inpatient study.   Indicating that there is an increase in serum level with an increase in dose.

The safety of these studies indicates that the adverse event profile in monotherapy is very similar to add-on data.  Which implies that there is little pharmacodynamic interaction, I think, although I do believe that I have seen that in some patients as well. Doses of 2400 milligrams and 3600 milligrams per day are well tolerated.  And that 3600 milligram titration in one day is generally well tolerated and safe in a controlled setting.

Overall,  the efficacy revealed that they were unable ... we were unable to differentiate between 600, 1200 and 2400 milligram doses.  And the reason for this ... the reason for this are probably multifactorial.  Including the highly refractory nature of the patients and the doses chosen for the study.  I think this is borne out by the inpatient study, which suggests that 3600 milligrams may be a much more effective dose than the lower doses.  Perhaps 3600 would have been a good dose to test in this study.  And it has been brought up that withdrawal phenomenon from the previous antiepileptic drug played a part in this study, although Phenobarbital was excluded as a background drug for patients randomized in the

X000337

ADVANCES IN ANTICONVULSANTS

outpatient study.

The quality of life data is fairly striking in that it shows improvement in cognition overall, and in psychosocial function. Particularly improvement in cognition, on Neurontin monotherapy. And the inpatient study, to reiterate, a dose response efficacy was demonstrated between 300 and 3600 milligrams per day.  All right. So what I take away from the monotherapy study in which I participated ... five minutes?  Okay.  What I take away from the monotherapy study, is that it is difficult in refractory epilepsy patients to produce an improvement in their epilepsy by changing them to monotherapy.  And I learned a lot about taking care of epilepsy patients with these refractory patients and other refractory patients in that there were some patients in whom Neurontin monotherapy was the magic bullet.

There were more patients in which a drug was added back to these groups ... to this group of patients who had achieved Neurontin monotherapy, and they could take a lower dose of their background drug and achieve better seizure control than they had had previously with fewer side effects of the drug overall.

And I think that ... I learned also from this study and other patients that refractory patients often need polytherapy.  And

X000338

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

I'm not sure if this has to do with combined mechanisms of action that we are able to achieve in polytherapy, but I think overall it's becoming more obvious that these highly intractable patients, except in infrequent circumstances, may need polytherapy unless you can find that magic bullet drug.

In an attempt to find out more about the use of Neurontin in the postmarketing group of epilepsy patients, we undertook a retrospective analysis of charts of patients who took Gabapentin.  In approximately the year after marketing, we reviewed 90 patients and our average dose of Neurontin was 1700 milligrams. We ... I did not feel that we had used seizure calendars for each patient, and I couldn't comment very carefully on how many patients had how much seizure reduction, but my study was more aimed at side effects.  And interestingly, in general we found that in this non-study population, just a regular office visit patients, most patients, 68 percent, had reported to us basically no side effects from Neurontin, and they had achieved 1700 milligrams per day as a mean dose.  Over half of these patients had over 1800 milligrams per day of the dose of Neurontin and did not report side effects.

So this indicates to me that as we increase the dose of Neurontin up to the hopefully more efficacious doses, up to 3600

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!" (212-505-6518)          8-25

milligrams and above, we are not going to be seeing dose related side effects that we do with the other drugs.

In my group of patients, I found more side effects, more self ... more limiting side effects basically at the lower doses.  If the patients were going to get limiting sedation, dizziness, etc., they achieved it by the lower doses of 1300 milligrams per day or so.  In the three patients in this group that were discontinued from Neurontin due to sedation, their mean dose was 975 milligrams.  This data is slightly different than what is seen in the large double-blind studies.  This study was also performed ... this type of study was also performed by two other sites in the country, Dr. Morris from the University of ... or from the Medical College of Wisconsin.  And he found very similar results.  He was ... in his patients he was able to document seizure reduction.  I guess he has seizure calendars on his patients.  And found that in '72 of his 100 patients they had a 50 percent seizure reduction in Neurontin add-on.

His mean dose was higher than mine, at 2100.  And overall, he had a 1200 milligram dose, was his mean dose for discontinuation due to adverse events.  So I'm seeing this in another group, too, where the adverse events seem to occur more at the lower doses.  But if the patients tolerate the drug well, increasing it

X000340

CONFIDENTIAL

**ADVANCES IN ANTICONVULSANTS**

up does not seem to be associated with more adverse events.

And I have just one more comment about this, because over the last year in my contact with other physicians and talking about antiepileptic drugs, the question has been raised that I ... I certainly didn't know the answer to.  That is, is Neurontin really absorbed when you get into these higher doses of 3600 and beyond?  Because as you know, Neurontin is absorbed through ... is absorbed through the gut, through an alamino(?) transverse mechanism that is potentially saturated.  So as we give this drug above 3600 milligrams, is more of the drug actually being absorbed, or are we just giving the patients more pills?

Well, thankfully, one of our colleagues from Scotland, Dr. Brody, has done a study testing serum levels in patients as Neurontin is increased from 1200 milligrams to 6 grams, or 6000 milligrams.  And in his patients ... it was a small group of patients given the drug three times a day, the levels drawn at the same time post dose, so that 1200 milligrams produced 4.1 micrograms per mil, 2400, 8.6; 3600, 13.2;  4800, 15.5.  And at six grams the mean dose three hours post dose was 17.2.

So in his group of patients there did seem to be an increase in Neurontin absorbed up to six grams.  So that seems to

X000341

**ADVANCES IN ANTICONVULSANTS**

be present, or borne out.  However, it did fall off slightly, so it's not completely linear.  So there does seem to be increased absorption as we do go up with the dose.

And he did find some remarkable efficacy in his patients.  Now, I had some cases that I was going to present, but I'll have to save that for the workshops.  And I'm trying to give you a perspective overview of Neurontin monotherapy.  And I would just like to close with an anecdote.  And that is that yesterday I was here on the beach, frolicking in the sun and I was on a boogie board.  And I was trying to ride the waves in but I noticed that I wasn't getting anywhere.  In fact, I was starting to float out to Bermuda.

And the ... thankfully, the Parke Davis people had been watching me, and one of their marketing people, who was a former lifeguard, Venetia Papageorge(?), saw me and came and rescued me.  It was like a Baywatch episode.

(LAUGHTER)

CYNTHIA L. HARDEN, M.D.:  And so I just want to say that Parke Davis for me really are the people who care.  And ...

(LAUGHTER)

CYNTHIA L. HARDEN, M.D.:  And also, I was informed

**ADVANCES IN ANTICONVULSANTS**

that if this had been an Abbott conference, that they would've just let me float out to sea.

(LAUGHTER)

CYNTHIA L. HARDEN, M.D.:  So, thank you very much.

(APPLAUSE)

MAN:  Dr. Harden?

CYNTHIA L. HARDEN, M.D.:  yes?

MAN:  I'm a little confused about a couple of things in your study.  To begin with, I'm not quite sure why you would use 600 milligrams of Neurontin as a placebo as opposed to using a placebo.  Particularly in light of the fact that what your graph shows is that as you extended your study beyond 26 weeks ... as you said, 600 milligrams was as good as 2400 milligrams.  So my questions are:  One, is 2400 milligrams of Neurontin no better than placebo?  Or is in fact 600 milligrams a good dose?  Although that flies in the face of other evidence.  And secondly, are you implying that if we have a patient who we can't bring up to more than 2400 milligrams, say, because of side effects, that we should reduce them to 600 milligrams since it's just as good?

CYNTHIA L. HARDEN, M.D.:  Well, I think those are good questions, and they're definitely brought up by the study.  I

X000343

CONFIDENTIAL

## ADVANCES IN ANTICONVULSANTS

"The Typettes, Fingers That Dance!" (212-505-6518)                    8-29

think that the 600 milligram dose, it was thought that it would have no efficacy when this study was designed.  But it turns out that it seemed to be as efficacious as 2400 milligrams.  And the reasons for that are not particularly clear.  Whether it's just that this was such a refractory population overall and just any dose of Neurontin would basically have the same effect. My impression is that 600 milligrams is more of an effective dose than a placebo, and therefore 2400 is also more of an effective dose than a placebo.   Was that ... I'm sorry if I missed the second question.

MAN:  I guess what the question was is, Since they're both as efficacious, according to your study, why would we give anybody 2400 milligrams?  Why not just give them 600 milligrams?

CYNTHIA L. HARDEN, M.D.:  I think that there may be some patients in whom that may be reasonable, actually.  I'm not completely sure whether this refractory population really reflects the kind of patients that we see more routinely.  Other people have been demonstrating that higher doses seem to have more effect.  I don't think this study really demonstrated that.

(END OF TAPE)

X000344