**EXHIBIT B**

201 Tabor Road
Morris Plains, NJ 07950

Phone: 973 540-7043
Fax: 973 540-4739
e-mail: magistp@pd.mops.wl.com

**℗ PARKE-DAVIS**    PRODUCT PLANNING                              **Memorandum**

| | | |
|---|---|---|
| *Memo to:* S. Dombey (AA) | J. Leonard (AA) | *Date:* January 7, 1998 |
| B. Garafalo (AA) | L. Magnus-Miller | |

*From:*    Phil Magistro

*Subject:*    ***Diabetic Neuropathy Study from St. Elizabeth's Hospital, Boston, MA***

Attached is Ken Gorson's manuscript regarding the 40-patient double-blind, placebo-controlled, crossover study of gabapentin in diabetic neuropathy he conducted. The study was developed and funded during my tenure as the Associate Medical Director for the NE CBU, in conjunction with Medical Research (Leslie).

While there were significant differences noted in the Neurontin treated group vs. baseline, a significant difference vs. placebo was noted only on the McGill Pain Questionnaire. It may be useful in providing some data on the bottom end of the dosage range. Whether it can be of help from a regulatory perspective for the European pain submission is a question for Stuart and Jim.

Regards,

*Phil*

PM:pm:nrb
diabetic-neuro.all
Attachment

cc:  O. Brandicourt
     D. Weinand

V089881

## ABSTRACT

**Objective:** To determine the effectiveness of gabapentin in the treatment of painful diabetic neuropathy.

**Background:** Painful neuropathy is a frequent and disabling complication of diabetes. Most chronic analgesics are only modestly effective and have substantial side effects. Case reports and animal studies suggest gabapentin may ameliorate neuropathic pain.

**Methods:** We performed a prospective, double-blind, placebo-controlled trial of gabapentin administered to 40 patients with painful diabetic neuropathy. Patients were randomly assigned to gabapentin (900 mg/day) or placebo for 6 weeks, followed by a 3 week washout period and then crossover. The McGill Pain Questionnaire (MPQ) score, Visual Analogue Pain Scale (VAS), Present Pain Intensity (PPI) scale, and a global assessment of pain relief were used to assess changes in pain intensity after each treatment period.

**Results:** There was substantial reduction in the mean MPQ ($p < 0.005$), VAS ($p = 0.001$) and PPI ($p = 0.008$) scores in patients treated with gabapentin, but there was also significant improvement in the mean VAS score ($p < 0.005$) in patients treated with placebo. There was a mean reduction of 8.9 points in the MPQ score with gabapentin compared to 2.2 points with placebo ($p = 0.03$). The mean change of the VAS and PPI scores and the number of patients who reported pain relief as moderate or excellent were similar between gabapentin and placebo.

**Conclusion:** Gabapentin may be effective in the treatment of painful diabetic neuropathy. Our results suggest that further studies evaluating higher dosages of gabapentin are warranted.

V089882

NOV-13-97 10:05P                                                          P.02

Gorson et al.          3

Painful neuropathy is a common and disabling problem in patients with long-standing diabetes mellitus.[1,2] Tricyclic antidepressants,[3] carbamazepine,[4] mexiletine,[5] and most recently dextromethoraphan[6] have been beneficial in some patients, but no agent successfully relieves pain in most patients and adverse effects often preclude their use in high doses.

Gabapentin is a novel anticonvulsant that increases the release of gamma-aminobutyric acid (GABA) and is recommended as adjunctive therapy for partial seizures.[7] Anecdotal reports suggest gabapentin ameliorates pain associated with neuropathy and other neurological conditions with few side effects.[8-15] Its mechanism is unknown, but animal studies suggest GABA has a role in modulating pain perception.[16-20] This randomized, double-blind, placebo-controlled trial tested the effect of low-dose gabapentin in patients with painful diabetic neuropathy.

**METHODS**

Patient Selection

We recruited patients with painful diabetic neuropathy through advertisements and by referrals from primary care physicians and endocrinologists. The inclusion criteria were: ages between 18 and 85, diabetes for at least six months on a stable dosage of insulin or oral hypoglycemic agent, and a distal symmetrical sensorimotor neuropathy as demonstrated by impaired pin prick, temperature, or vibration sensation in both feet or absent or reduced ankle reflexes.[21] All patients had daily pain in the acral extremities, of at least moderate severity, for over three months that interfered with daily activity or sleep and could be attributed to the neuropathy. Excluded were those with another painful condition, cognitive or language impairment that precluded accurate assessment, a history of alcohol or substance abuse, depression, or other cause for neuropathy.

V089883

P.03

Patients taking tricyclic antidepressants, anticonvulsants, capsaicin cream, benzodiazepines, and mexiletine discontinued these medications for three weeks before study entry. Non-steroidal anti-inflammatory agents and narcotics were allowed but the dosage was kept unchanged during the treatment periods.

Study Design

Patients were randomly assigned using a random numbers table to gabapentin (300 mg capsules) or placebo for six weeks (phase I) followed by a three week washout period and then crossover (phase II). The dose of gabapentin or placebo was increased by one capsule every three days to a stable dosage of one capsule three times per day (900 mg/day) that was maintained throughout the remainder of the treatment period. Placebo capsules had an identical appearance to the active drug and allocation concealment was maintained throughout the trial. The low dosage of gabapentin was chosen to minimize adverse effects, particularly sedation, that might compromise blinding. Clinical evaluators and patients were blinded to the order of treatment assignment. Patients were contacted every week by phone to insure adequate dose titration and to assess compliance and adverse effects. Compliance was monitored by pill counting at the end of each treatment period. The protocol was approved by the Institutional Review Board at St. Elizabeth's Medical Center and all patients gave written informed consent.

One hundred and twenty six patients were screened and 53 fulfilled the entry criteria and were randomized (Table 1; mean age 64 years, range 42 - 85 years; 40 men and 13 women). All but one had adult-onset diabetes mellitus. Thirteen dropped out (11 in phase I, two in phase II). Eight withdrew due to adverse effects (four on placebo, four on active drug) and five due to noncompliance or other reasons.

V089884

Evaluation

At the beginning and end of each treatment period, patients rated their level of pain over the preceding 24 hours on a 10 cm visual analogue pain scale (VAS), ranging from 0 ("no pain") to 10 ("worst pain ever").[22-24] VAS pain intensity also was recorded at the same time each day in a pain diary during each treatment period. Present Pain Intensity (PPI, "rate how much pain you have at this moment," using a similar 0-10 scale) and the McGill Pain Questionnaire (MPQ), in which patients selected words that best described their pain from a series of words in various categories assigned numerical values corresponding to increasing pain intensity,[25] were recorded at the initial and final visits of each treatment period. At the end of each treatment period patients provided a global assessment of pain relief: none, mild, moderate, or excellent, as compared to the level of pain preceding each treatment period.

Statistical Analysis

MPQ, VAS, and PPI scores were analyzed by paired and independent sample t-tests, and the McNemar test was used to evaluate subjective improvement (global assessment of pain relief).[26] There were no demographic or clinical differences between patients who completed the trial and those who withdrew. The MPQ and VAS scores did not return to baseline after the washout period for those who received the active drug in phase I, and there was an order effect for the PPI score. Accordingly, analysis of treatment effects was based upon changes in the MPQ, VAS, and PPI scores between treatment periods.[26] The sample size was selected to give the study 80% power to detect a 20% reduction in VAS and MPQ pain scores following treatment compared to placebo, using a 0.05 level of significance. SPSS for Windows 7.5 was used for all analyses.

V089885

NOV-13-97 10:08P                                                    P.05

## RESULTS

Table 2 shows the patient's characteristics and the features of pain from the 40 patients who completed the trial. There were 31 men and nine women, with an average age of 62 years (range, 42 - 82 years). Ten had neuropathic pain limited to the feet, 19 had pain in the feet and legs, and 11 had pain in the feet, legs and hands. The mean duration of pain was four years (range, four months - 15 years). Twenty-five had previously used narcotics to manage their pain, and ten patients continued narcotics during the trial. Twenty-five were treated previously with other chronic analgesics, with moderate or excellent pain relief in ten. Autonomic symptoms were uncommon and mild (orthostatic hypotension, seven patients; gastrointestinal dysmotility, three patients; bladder dysfunction, six patients) except for impotence (21 patients). Vibratory perception was abnormal in the feet in 39 patients, pin prick sensation was absent or reduced in 38, and joint position was abnormal at the great toe in sixteen. Thirty-six patients had reduced or absent ankle jerks and 23 had mild distal leg weakness.

Effects of Treatment

Nineteen patients were randomized to the active drug and 21 to placebo during the first treatment period. Table 3 shows the baseline and six-week pain scores within each treatment group. There was a substantial reduction in all pain scores during treatment with gabapentin, however, there was also significant improvement in the VAS score during treatment with placebo. The mean reduction in the MPQ score was 8.9 points with gabapentin compared to 2.2 points with placebo (p = 0.03). There were no differences in the mean change of the VAS or PPI scores between gabapentin and placebo (Table 4). Seventeen patients reported moderate or excellent

V089886

NOV 13-97 10:08P                                                    P.06

Gorson et al.        7

pain relief with gabapentin compared to nine with placebo ( p = 0.11, McNemar test). Sixteen
patients elected to continue taking gabapentin after completion of the trial.

<u>Adverse Effects</u>

There were no serious adverse events. Sixteen patients reported side effects from gabapentin
compared to five from placebo (p = 0.01, Fisher's exact test). The most common side effects of
gabapentin were drowsiness (six patients), fatigue (four), and imbalance (three). Diarrhea,
tremulousness, ankle swelling and cramps were reported by two patients each. One each reported
dizziness, slurred speech, nausea, and impaired memory. All adverse effects resolved promptly
after discontinuation of the drug.

**DISCUSSION**

This study suggests that gabapentin may be effective for the treatment of painful diabetic
neuropathy. There was statistically significant improvement in the MPQ, VAS and PPI scores
between baseline and the end of the treatment within the gabapentin group. We also observed
significant improvement in the mean change in one of the three pain scales, the MPQ score, with
gabapentin compared to placebo. The MPQ is a valid, consistent and reliable measure of
subjective pain experience, and correlates with other measures of pain intensity, including the
VAS and PPI scales.[22-25]  In our study the mean change of the VAS and PPI scales and the
patient's global assessment of pain relief were not significantly different from placebo. The lack of
improvement in these pain scales may be related to methodological limitations of the study. We
used a crossover design because of its statistical efficiency, but the MPQ and VAS scores did not
return to baseline after crossover in patients who received gabapentin in phase I (the washout
period was inadequate), and there was a treatment order effect for the PPI score; therefore, we

V089887

may have underestimated improvement with gabapentin in the VAS and PPI scales that may have been detected using a parallel group design with a larger number of patients. In addition, the substantial number of patients (nine of 40, 23%) reporting moderate or excellent pain relief and the significant improvement in the mean VAS with placebo underscores, as others have pointed out, the importance of the placebo response in treating painful diabetic neuropathy.[27]

Anecdotal reports suggest that gabapentin has beneficial effects in patients with a variety of painful neurological conditions, including HIV neuropathy,[8] post-herpetic neuralgia,[8-9] reflex sympathetic dystrophy,[8, 10-11] trigeminal neuralgia,[12] dysesthetic limb pain in patients with multiple sclerosis,[13] migraine,[14] and post-stroke central pain.[15] The mechanism of action of gabapentin in ameliorating pain is unknown, but animal studies suggest that its pain-modulating properties may be linked to the release of the neurotransmitter GABA in spinal cord pathways that modify pain perception.[16] Hunter and colleagues demonstrated that gabapentin, in contrast to phenytoin and carbamazepine, has potent anti-nociceptive effects in a rat model of chronic pain.[19] Other investigators showed that gabapentin diminishes tactile allodynia in animals, perhaps by reducing neuronal discharge from C-fibers.[17-18]

We used a low, stable dosage of gabapentin to avoid unblinding and adverse effects that occur frequently with chronic analgesics and did not titrate the drug to the highest tolerated dosage as was done in other studies of painful diabetic neuropathy.[3, 6, 28] Nonetheless, a number of patients (16 of 40, 40%) completing the study reported side effects from gabapentin, most commonly sedation, and four others dropped out because of adverse effects. None of the side effects were serious, and most were tolerated and resolved after the drug was discontinued. The frequency of

V089888

NOV-13-97 10:06P                                                                    P.08

adverse effects in our trial is comparable to other analgesic studies of painful diabetic

neuropathy.[3, 6, 28]

We could not identify any clinical features associated with the subset of patients who reported

substantial pain relief with gabapentin (and not placebo) and elected to continue taking the

medication after completion of the trial. The beneficial effect of the medication in many patients in

our study suggests that gabapentin should be studied in higher doses in the treatment of painful

diabetic neuropathy.

V089889

## REFERENCES

1. Partanen J, Niskanen L, Lehtinen J, Mervaala E, Siitonen O, Uusitupa M. Natural history of peripheral neuropathy in patients with non-insulin dependent diabetes mellitus. N Engl J Med 1995; 333: 89-94.

2. Thomas PK, Tomlinson DR. Diabetic and hypoglycemic neuropathy. In: In: Dyck PJ, Thomas PK, Griffin JW, Low PA, Podulos JF, eds. Peripheral Neuropathy. 3rd edition Philadelphia: WB Saunders, 1993: 1219-1250.

3. Max MB, Lynch SA, Muir J, Shoaf SE, Smoller B, Dubner R. Effects of desipramine, amitriptyline, and fluoxetine on pain in diabetic neuropathy. N Engl J Med 1992; 326: 1250-1256.

4. Rull JA, Quibrera R, Gonzalez-Millan H, Castaneda OL. Symptomatic treatment of peripheral diabetic neuropathy with carbamazepine (Tegretol): double-blind crossover trial. Diabetologia 1969; 5: 215-218.

5. Dejgard A, Petersen P, Kastrup J. Mexiletine for treatment of chronic painful diabetic neuropathy. Lancet 1988; 2: 9-11.

6. Nelson KA, Park KM, Robinovitz E, Tsigos C, Max MB. High-dose oral dextromethoraphan versus placebo in painful diabetic neuropathy and post-herpetic neuralgia. Neurology 1997; 48: 1212-1218.

7. Taylor CP. Emerging perspectives on the mechanism of action of gabapentin. Neurology 1994; 44 (suppl 5): S10-S16.

8. Rosner H, Rubin L, Kestenbaum A. Gabapentin adjunctive therapy in neuropathic pain states. Clin J Pain 1996;12: 56-58.

¥089890

NOV-13-97 10:07P                                           P.10

Gorson et al.      11

9. Segal, AZ, Rordorf G. Gabapentin as a novel treatment for post-herpetic neuralgia. Neurology 1996; 46: 1175-1176.

10. Mellick GA, Mellick LB. Reflex sympathetic dystrophy treated with gabapentin. Arch Phys Med Rehabil 1997; 78: 98-105.

11. Mellick LB, Mellick GA. Successful treatment of reflex sympathetic dystrophy with gabapentin. Am J Emerg Med 1995; 13: 96.

12. Sist T, Filadora V, Miner M, Lema M. Gabapentin for idiopathic trigeminal neuralgia: Report of two cases. Neurology 1997; 48: 1467.

13. Samkoff LM, Daras M, Tuchman AJ, Koppel BS. Amelioration of refractory dysesthetic limb pain in multiple sclerosis by gabapentin. Neurology 1997; 49: 304-305.

14. Mathew NT, Lucker C. Gabapentin in migraine prophylaxis: a preliminary open label study. Neurology 1996; 46 (suppl): A169.

15. Schachter SC, Sauter MK. Treatment of central pain with gabapentin: Case reports. J Epilepsy 1996; 9: 223-226.

16. Cui JG, Linderoth B, Meyerson BA. Effects of spinal cord stimulation on touch-evoked allodynia involve GABAergic mechanisms. An experimental study in the mononeuropathic rat. Pain 1996; 66: 287-295.

17. Stanfa LC, Singh L, Williams RG, Dickenson AH. Gabapentin, ineffective in normal rats, markedly reduces C-fibre evoked responses after inflammation. Neuroreport 1997; 8: 587-590.

18. Hwang JH, Yaksh TL. Effect of subarachnoid gabapentin on tactile-evoked allodynia in surgically induced neuropathic pain model in the rat. Reg Anesth 1997; 22: 249-256.

V089891

P.03

Gorson et al.  14

## Table 2. Characteristics of patients with painful diabetic neuropathy

| Characteristic | N = 40 (SD) | Percentage |
|---|---|---|
| Mean Age (yrs) | 62 (10.9) | |
| Sex (M/F) | 31/9 | 78%/22% |
| Duration of Diabetes (yrs) | 14 (9.9) | |
| Duration of Pain (yrs) | 4 (3.5) | |
| Distribution of Pain | | |
| Feet only | 10 | 25% |
| Feet and legs | 19 | 48% |
| Feet, legs, and hands | 11 | 27% |
| Quality of Pain | | |
| Burning | 24 | 60% |
| Shooting | 26 | 65% |
| Aching | 33 | 83% |
| Cramping | 20 | 50% |
| Tingling | 32 | 80% |
| Cold, painful sensations | 13 | 33% |
| Allodynia | 24 | 60% |
| Impaired sleep | 32 | 80% |
| Diabetic treatment | | |
| Insulin | 21 | 53% |
| Oral hypoglycemic agents | 19 | 47% |
| Previous pain treatment | | |
| Narcotics | 25 | 63% |
| Other analgesics | 25 | 63% |

Legend: SD = standard deviation; yrs = years.

V089892

**Table 3. Comparison of pain scales from baseline to week 6 in gabapentin and placebo groups**

| Pain Scale | Gabapentin | | | Placebo | | |
|---|---|---|---|---|---|---|
| | Baseline | Week 6 | p-value | Baseline | Week 6 | p-value |
| MPQ | 36.0 (16.8) | 27.1 (15.5) | < 0.005 | 33.1 (13.9) | 31.0 (15.3) | 0.33 |
| VAS | 6.5 (2.4) | 4.7 (2.8) | 0.001 | 6.3 (2.2) | 5.0 (2.5) | < 0.005 |
| PPI | 4.6 (2.8) | 3.4 (3.2) | 0.008 | 4.1 (3.0) | 3.8 (2.9) | 0.62 |

**Legend:** MPQ = McGill Pain Questionnaire; PPI = Present Pain Intensity; VAS = Visual Analogue Scale; numbers in parentheses are standard deviations.

Gorson et al. 15

V089893

Table 1. Low-Dose Gabapentin In The Treatment Of
Painful Diabetic Neuropathy: Flow Of Participants



Corson et al.    13

Gorson et al. 16

## Table 4. Comparison of mean change in pain scales between gabapentin and placebo

| Pain Scale | Gabapentin | Placebo | p-value |
|---|---|---|---|
| MPQ | 8.9 (14.5) | 2.2 (13.8)* | 0.03 |
| VAS | 1.8 (3.1) | 1.4 (2.1) | 0.42 |
| PPI | 1.2 (2.7) | 0.3 (3.1)* | 0.2 |
| No. of patients reporting moderate or excellent pain relief (Global assessment of pain relief) | 17 | 9 | 0.11 |

Legend: MPQ = McGill Pain Questionnaire; PPI = Present Pain Intensity; VAS = Visual Analog Scale; numbers in parentheses are standard deviations. * the mean change for these scales do not reflect differences between baseline and week 6 from Table. 2 due to statistical corrections for order and washout effects.

V089895