UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |
| THIS DOCUMENT RELATES TO<br>ALL ACTIONS | |

### NOTICE OF HEARING

**SARIS, U.S.D.J.**                                                                                   March 16, 2005

      TAKE NOTICE that the above-entitled case has been set for a Hearing re: Objections to #269 Report and Recommendation, on **May 3, 2006, at 2:30 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel