UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**PRODUCTS LIABILITY PLAINTIFFS' REQUEST FOR STATUS CONFERENCE, HEARING AND ORAL ARGUMENT ON THEIR OBJECTIONS TO MAGISTRATE JUDGE SOROKIN'S ORDER STAYING DISCOVERY**

Products Liability Plaintiffs respectfully request a status conference, hearing and oral argument on May 3, 2006, at 2:30 p.m., on their Objections to the Order Staying Discovery by Magistrate Judge Leo T. Sorokin, dated January 31, 2006.

On February 15, 2006, Products Liability Plaintiffs filed Objections to Magistrate Judge Sorokin's January 31, 2006 Order Staying Discovery (Doc. # 270). Products Liability Plaintiffs' Objections included a Request for a hearing and oral argument, as provided for under Rule 7.1(d) of the Local Rules for the United States District Court for the District of Massachusetts (Doc. # 275).

On April 14, 2006, the Court noticed for May 3, 2006, at 2:30 p.m., a "Hearing re: Objections to #269 Report and Recommendations." (Doc. # 306). Products Liability Plaintiffs have yet to receive a similar notice for a hearing relating to our Objections to Magistrate Judge Sorokin's January 31, 2006 Order Staying Discovery.

It is therefore respectfully requested that this Court, at the conclusion of the hearing scheduled for May 3, 2006, entertain a status conference, hearing and oral argument to address the issues set forth in Products Liability Plaintiffs' Objections to Magistrate Judge Sorokin's January 31, 2006 Order Staying Discovery (Doc. # 270)..

Dated:  May 2, 2006                                         Respectfully submitted,

                                                            *Members of Products Liability
                                                            Plaintiffs' Steering Committee*

                                                            By:    /s/ **Andrew G. Finkelstein**
                                                                   Andrew G. Finkelstein, Esquire
                                                                   Finkelstein & Partners, LLP
                                                                   436 Robinson Avenue
                                                                   Newburgh, NY  12550

                                                            By:    /s/ **Jack W. London**
                                                                   Jack W. London, Esquire
                                                                   Law Offices of Jack W. London
                                                                      & Associates
                                                                   106 E. 6th Street, Suite 700
                                                                   Austin, TX  78701