UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
IN RE NEURONTIN MARKETING, SALES )
PRACTICES, AND PRODUCTS LIABILITY )
LITIGATION )
_____)
)
)   MDL Docket No. 1629
THIS ORDER RELATES TO: )   Master File No. 04-10981
)   Judge Patti B. Saris
PRODUCTS LIABILITY CASES. )   Mag. Judge Leo T. Sorokin
_____)

ORDER REGARDING PRODUCTS LIABILITY ACTIONS

May 4, 2006

At the hearing on May 3, 2006, Judge Saris opened discovery in the personal injury or products liability cases. Accordingly, the stay of discovery I previously entered (Docket # 270) is AMENDED by lifting the stay, as it pertains to the Products Liability actions.[1] In addition, as explained by Judge Saris, the Sales and Marketing Plaintiffs shall be entitled to receive copies of all the discovery produced in the personal injury actions and shall be entitled to participate in any depositions taken.

Counsel for the defendants and Products Liability Steering Committee shall file no later than May 8, 2006 a list of the previous filings by name and docket number pertaining to any discovery issues regarding the personal injury cases that were previously stayed or otherwise denied in light of the pending decision on the Report and Recommendation on the Motions to

---

[1] So that there is no confusion, I use the terms personal injury or products liability plaintiffs interchangeably.

Dismiss that now require resolution.

The Products Liability Steering Committee shall file a list of any unadjudicated Motions for Remand (whether or not stayed or closed etc.) filed by individual plaintiffs alleging Products Liability claims.  A preliminary review of the docket reveals only one such Motion which was filed by Elmenia Johnson (docket # 296).  These Motions will require briefing by the defendants (if they have not already done so) and resolution by the Court.  Accordingly, the February 17, 2006 Order Staying the Motions to Remand (Docket #279) is AMENDED by lifting the stay as to Motions to Remand in the Products Liability Actions.

The Court will hold a hearing regarding the Products Liability discovery matters on Thursday May 18, 2006 at 10:00 a.m.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge