UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

Pursuant to the May 4, 2006 Order Regarding Products Liability Actions (Docket #309) on behalf for the Products Liability Steering Committee, we hereby wish to advise the Court of the previous filings pertaining to discovery issues regarding the personal injury cases that were previously stayed or otherwise denied in light of the pending decision on the Report and Recommendation of the Motions to Dismiss that now require resolution, as follows:

Docket # 161 - Defendants' Motion for Protective Order Concerning Scope of Discovery;

Docket # 172 - Plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998;

Docket # 277 – Plaintiffs' Motion seeking entry of Case Management Order No. 5.

To the best of our knowledge and information, there are no other cases there are no other unadjudicated Motions for Remand filed by plaintiffs alleging Products Liability claims, besides the Motion which was filed by Elmenia Johnson (Docket #296).

Dated: May 8, 2006

Respectfully submitted,

Members of Products Liability
Plaintiffs' Steering Committee

By: /s/ Andrew G. Finkelstein
    Andrew G. Finkelstein, Esquire
    Finkelstein & Partners, LLP
    436 Robinson Avenue
    Newburgh, N.Y. 12550

By: /s/ Jack W. London
    Jack W. London, Esquire
    Law Offices of Jack W. London
      & Associates
    106 E. 6th Street, Suite 700
    Austin, TX 78701