UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

### DEFENDANTS' RESPONSE TO MAGISTRATE SOROKIN'S REQUEST FOR LISTING OF FILINGS

We respectfully submit this filing in response to your Honor's May 4, 2006 Order Regarding Products Liability Actions ("Order"), in which the Court requested "a list of the previous filings by name and docket number pertaining to any discovery issues regarding the personal injury cases that were previously stayed or otherwise denied in light of the pending decision on the Report and Recommendation on the Motions Dismiss that now require resolution." See Order at 1-2. Set forth below is that list:

| Date of Filing | Name of Filing | Docket No. |
|---|---|---|
| February 15, 2006 | Products Liability Plaintiffs' Memorandum In Support of Motion For Entry of Case Management Order No. 5 | 277 |
| March 1, 2006 | Defendants' Opposition to Products Plaintiffs' Motion for Entry of Case Management Order No. 5 | 281 |

In plaintiffs' proposed Case Management Order No. 5 ("CMO 5"), the personal injury plaintiffs seek discovery from defendants by means other than the

Federal Rules of Civil Procedure. Despite the impropriety of CMO 5, the parties today met and conferred regarding plaintiffs' proposed "Defendants' Case Profile", which was attached to plaintiffs' motion for entry of CMO 5. In exchange, plaintiffs have agreed to meet and confer tomorrow regarding defendants' discovery to plaintiffs.

In response to the Court's May 4th order, the personal injury plaintiffs also included on their list of previous filings Defendants' Motion For a Protective Order Concerning Scope of Discovery and the consumer protection Plaintiffs' Cross-Motion to Compel Production of Documents. Because, among other things, the personal injury plaintiffs have not propounded discovery requests seeking the documents that are the subject of the consumer plaintiffs' motion to compel, this matter is not ripe for resolution.

Dated: May 8, 2006

                                      DAVIS POLK & WARDWELL

                                      By:   s/James P. Rouhandeh
                                                James P. Rouhandeh

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      (212) 450-4000

                                            - and -

HARE & CHAFFIN

By:   s/David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/David B. Chaffin

3