UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING
AND SALES PRACTICES LITIGATION

Civil Action Number
04-10981-PBS

May 4, 2006

PRODUCT LIABILITY CASES
SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 12/31/06

Depositions: 12/31/06

Plaintiff's expert designation deadline: 1/31/07

Defendant's expert designation deadline: 3/14/07

Summary Judgment Motion filing deadline: 4/15/07

Opposition to Summary Judgment Motions: 5/15/07

Hearing on Summary Judgment or Pretrial Conference: 6/7/07 AT 2:00 P.M.

By the Court,

/s/ Robert C. Alba
Deputy Clerk