UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY | |
| THE GUARDIAN LIFE INSURANCE CO. OF AMERICA v. PFIZER, INC. and AETNA, INC. v. PFIZER, INC. | |

**PLAINTIFFS' POST-HEARING SUBMISSION OF CHART
IDENTIFYING FALSE STATEMENTS AND MATERIAL
OMISSIONS ALLEGED IN COMPLAINTS**

537010.1

At the May 3, 2006 hearing on Defendants' motions to dismiss, the Court
requested that Plaintiffs submit a chart identifying a number of the false statements and
material omissions alleged in the Amended Class Action Complaint and the First
Coordinated Amended Complaint. The chart is attached hereto as Exhibit A.

Dated: May 12, 2006                         Respectfully submitted,

                                            **For the Class:**

                                            _/s/ Barry Himmelstein_
                                            **LIEFF, CABRASER, HEIMANN & BERNSTEIN,
                                            LLP**
                                            Barry Himmelstein, Esq.
                                            275 Battery Street, 30th Floor
                                            San Francisco, CA 94111-3339

                                            **GREENE & HOFFMAN**
                                            Thomas Greene, Esq.
                                            125 Summer Street
                                            Boston, MA 02110

                                            **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                            Thomas M. Sobol, Esq.
                                            One Main Street, 4th Floor
                                            Cambridge, MA 02142

                                            **DUGAN & BROWNE**
                                            James Dugan, Esq.
                                            650 Poydras Street, Suite 2150
                                            New Orleans, LA 70130

                                            **BARRETT LAW OFFICE**
                                            Don Barrett, Esq.
                                            404 Court Square North
                                            P.O. Box 987
                                            Lexington, MS 39095

**LAW OFFICES OF DANIEL BECNEL, JR.**
Daniel Becnel, Jr., Esq.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA  70084

**Co-Lead Counsel for Plaintiffs and the Class**


**For Plaintiff Aetna, Inc.:**


*/s/  Peter A. Pease*
    Peter A. Pease, Esq. (BBO #392880)

**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA  02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194

**OF COUNSEL:**

**LOWEY DANNENBERG
BEMPORAD & SELINGER, P.C.**
Richard Bemporad, Esq.
Richard W. Cohen, Esq.
Gerald Lawrence, Esq.
Peter St. Phillip, Jr., Esq.
The Gateway – 11th Floor
One North Lexington Avenue
White Plains, NY  10601 – 1714
Telephone:  (914) 997-0500
Facsimile:  (914) 997-0035

**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**
Joseph J. Tabacco, Jr., Esq.
425 California Street, Suite 2025
San Francisco, CA  94104-2205
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

**JOHN F. INNELLI, LLC**
John F. Innelli, Esq.
1818 Market Street, Suite 3620
Philadelphia, PA  19103
Telephone:  (215) 561-1011
Facsimile:  (215) 561-0012

**For Plaintiffs Guardian Life Insurance Co. of America, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals:**


*/s/ Thomas G. Shapiro*
   Thomas G. Shapiro (BBO #454680)

Theodore Hess-Mahan (BBO #557109)
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA  02109
Telephone:  (617) 439-3939
Facsimile:  (617) 439-0134

**OF COUNSEL:**
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Linda P. Nussbaum, Esq.
150 East 52nd Street, 30th Floor
New York, NY  10022
Telephone:  (212) 838-7797
Facsimile:  (212) 8383-7745


-and-


**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Michael D. Hausfeld, Esq.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

**RAWLINGS & ASSOCIATES, PLLC**
Mark D. Fischer, Esq.
Mark Sandmann, Esq.
325 W. Main Street
Louisville, KY  40202
Telephone:  (502) 587-1279
Facsimile:  (502) 584-8580

**JOEL Z. EIGERMAN, ESQ.**
50 Congress Street, Suite 200
Boston, MA  012109
Telephone:  (617) 367-0014
Facsimile:  (617) 523-5612

# EXHIBIT A