UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| In re: NEURONTIN MARKETING AND | ) | MDL Docket No. 1629 |
| SALES PRACTICES LITIGATION | ) | |
| | ) | Master File No. 04-10981 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| ALL ACTIONS | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.


Dated: May 17, 2006                                  s/Edmund Polubinski III
                                                                  Edmund Polubinski III
                                                                  BBO No. 643548
                                                                  DAVIS POLK & WARDWELL
                                                                  450 Lexington Avenue
                                                                  New York, New York 10017
                                                                  (212) 450-4000


**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

                                                                  /s/David B. Chaffin