**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Mag. Judge Leo T. Sorokin |
| ASSURANT HEALTH, INC., et al. v PFIZER INC., et al., No. 05-10535-PBS | |

### *ASSURANT* PLAINTIFFS' MOTION TO LIFT STAY OF REMAND

*Assurant* Plaintiffs,[1] by and through their counsel, hereby move the Court for an order

granting the *Assurant* Plaintiffs' Motion To Lift Stay Of Remand.  The *Assurant* Plaintiffs file this

Motion in light of the Court's May 3, 2006 lifting of the stay of remand for products liability cases.

This motion is based upon the *Assurant* Plaintiffs' Memorandum of Law in Support of Motion To

Lift Stay of Remand and all files, records, and proceedings herein.  The *Assurant* Plaintiffs have

consulted with counsel for Defendants, who oppose this motion.

---

1 The *Assurant* Plaintiffs include the following health benefit payors: ASSURANT HEALTH, INC., and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and its subsidiaries and affiliates and their self-funded plans; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MASSACHUSETTS and its self-funded plans; BLUE CROSS BLUE SHIELD OF MICHIGAN and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MINNESOTA and its subsidiaries and affiliates and their self-funded plans; GROUP HEALTH SERVICE OF OKLAHOMA, INC. and its subsidiaries and affiliates; CAREFIRST, INC. and its subsidiaries and affiliates and their self-funded plans; EXCELLUS HEALTH PLAN, INC. and its subsidiaries and affiliates and their self-funded plans; FEDERATED MUTUAL INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; HEALTH CARE SERVICE CORPORATION, on behalf of itself and its Illinois, New Mexico and Texas Divisions and their self-funded plans; MUTUAL OF OMAHA INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; TRUSTMARK INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; and WELLCHOICE, INC., and its subsidiaries and affiliates and their self-funded plans.

WHEREFORE, *Assurant* Plaintiffs respectfully request the Court to grant their Motion To Lift Stay Of Remand.


DATED:  May 17, 2006.                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                         /s Jeffrey R. Vesel_____
                                         Annamarie A. Daley
                                         Jeffrey R. Vesel
                                         2800 LaSalle Plaza
                                         800 LaSalle Avenue
                                         Minneapolis, MN 55402-2015
                                         Telephone:  (612) 349-8500
                                         Facsimile:  (612) 339-4181

                                         W. Scott Simmer
                                         1801 K Street, N.W. Suite 1200
                                         Washington, D.C.  20006
                                         Telephone:  (202) 775-0725
                                         Facsimile:   (202) 223-8604

                                         *Counsel for Assurant Plaintiffs*


## CERTIFICATE OF CONSULTATION

I certify that counsel for the *Assurant* Plaintiffs and Defendants have attempted in good faith to resolve or narrow the issues presented in this motion.

DATED:  May 17, 2006.                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                         /s Jeffrey R. Vesel_____
                                         Annamarie A. Daley
                                         Jeffrey R. Vesel
                                         2800 LaSalle Plaza
                                         800 LaSalle Avenue
                                         Minneapolis, MN 55402-2015
                                         Telephone:  (612) 349-8500
                                         Facsimile:  (612) 339-4181

MP3 20179887.1