IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAY 16  P 3 26
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JERRY HOLLAWAY and CAROLYN, HOLLAWAY, on behalf of themselves And all others similarly situated,<br><br>Plaintiffs,<br><br>v<br><br>PFIZER, INC. and WARNER-LAMBERT COMPANY, and AFFILIATED FOOD STORE, INC., Formally CASH SAVER FOOD WAREHOUSE d/b/a CASH SAVER PHARMACY,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | IN RE: MDL DOCKET NO. 1629<br>In Re: Neurontin Marketing and Sales Practices<br>USDC-Massachusetts Lead Case No. 1:04CV10739-PBS<br>District of MA No. 1:04cv12624 PBS<br>Civil Action No. CIV 04-375 W<br>Hollaway et al v. Pfizer, Inc. et al<br>Removed from the District Court of Pittsburg County Case No C 04-817 |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

**COMES NOW** Mark Edwards of the Edwards Law Firm, attorney for the Plaintiffs, and hereby gives notice to the Court and all parties in the above referenced matter, that he is no longer with the Stipe Law Firm and is now associated with the Edwards Law Firm at the following address and telephone number:

Mark Edwards
The Edwards Law Firm
321 S. 3rd Street
PO Box 1066
McAlester OK  74502
(918) 302-3700 Telephone
(918) 302-3701 Fax

Respectfully submitted,

THE EDWARDS LAW FIRM

By: /s/ Mark Edwards
Mark Edwards,, OBA #16570
PO Box 1066
McAlester OK  74502

## CERTIFICATE OF MAILING

I hereby certify that on the 11th day of May, 2006, that I mailed a true and correct copy of the foregoing document to the following:

Thomas E. Steichen
Eldridge, Cooper, Steinchen & Leach, PLLC
110 W 7th Street Ste 200
Tulsa OK 741010-3566

John E. Howland
Eric D. Wade
Rosenstein Fist & Ringold
525 S. Main Street
Tulsa OK 74103-4508

_____
Mark Edwards