UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES            )
PRACTICES, AND PRODUCTS LIABILITY           )
LITIGATION                                  )    MDL Docket No. 1629
_____)    Master File No. 04-10981
                                            )
THIS ORDER RELATES TO:                      )    Judge Patti B. Saris
                                            )    Mag. Judge Leo T. Sorokin
ALL ACTIONS                                 )
_____)

SCHEDULING ORDER

May 19, 2006

SOROKIN, M.J.

The Court will hold monthly hearings/status conferences on pending discovery disputes.

The following dates have been set:

| | |
|---|---|
| June 15, 2006 at 3:00 pm. | Briefing due June 9, 2006. |
| July 11, 2006 at 2:15 pm. | Briefing due July 6, 2006. |
| August 15, 2006 at 2:00 pm. | Briefing due August 10, 2006. |
| September 12, 2006 at 2:30 pm. | Briefing due September 7, 2006. |
| October 17, 2006 at 2:00 pm. | Briefing due October 12, 2006. |
| November 14, 2006 at 2:30 pm. | Briefing due November 9, 2006. |
| December 12, 2006 at 2:00 pm. | Briefing due December 7, 2006. |

The above briefing deadlines apply to all briefing on a pending discovery motion, including any reply. Accordingly, counsel must file a discovery motion sufficiently in advance of a hearing date so that all briefing is concluded by the applicable deadline. Memoranda in support of motions are limited to a maximum of 20 pages. Leave to file a reply is automatically GRANTED; replies are limited to a maximum of 7 pages.

Counsel shall file with the clerk's office a courtesy hard copy of any lengthy exhibits.

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge