UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION
---------------------------------------------------------------- x
THIS DOCUMENT RELATES TO:

ASSURANT HEALTH, INC., et al., v. PFIZER INC., et
al., No. 05-10535-PBS
---------------------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

**DEFENDANTS' RESPONSE TO REQUEST FOR STATEMENT OF
POSITION ON ASSURANT PLAINTIFFS' MOTION TO LIFT STAY**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") hereby respond to the request by the Court (Sorokin, M.J.) that Defendants indicate their position with respect to Assurant Plaintiffs' motion to lift the stay on their motion to remand (Docket # 318).

Mindful of the Court's explanation during the May 18 conference of the origin of the stay, and of the Court's indication that it is inclined to lift the stay it, Defendants do not oppose Assurant Plaintiffs' motion to lift the stay.

Defendants continue, however, to oppose remand, for the reasons previously stated in writing and orally during the August 18, 2005 argument of the motion to remand.

Defendants note that the memoranda in support of and in opposition to the motion to remand were filed by Assurant Plaintiffs with their May 19, 2005 Status Report Regarding Motion to Remand (Docket # 125) and that most of the subsequent filings related to procedural issues or Assurant Plaintiffs' request for a suggestion of remand to the Judicial Panel on

Multidistrict Litigation.

To assist the Court in its consideration of Assurant Plaintiffs' motion to remand, attached hereto as Exhibit A is a list of relevant filings.

Dated: May 22, 2006

        DAVIS POLK & WARDWELL

        By:   s/James P. Rouhandeh
               James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        - and -

        HARE & CHAFFIN

        By:   s/David B. Chaffin
               David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

        /s/David B. Chaffin

# EXHIBIT A

## FILINGS RELATED TO ASSURANT PLAINTIFFS' MOTION TO REMAND

| DOCUMENT | DATE FILED IN D. MASS. | DOCKET NUMBER |
|---|---|---|
| A. Assurant Plaintiffs' Status Report Regarding Motion to Remand, **submitting**: | 05/19/05 | 125 |
| 1. Assurant Health, Inc., et al. v. Pfizer, Inc., et al., Complaint (November 24, 2004) | " | " |
| 2. Assurant Plaintiffs' Notice of Motion to Remand to the Superior Court of New Jersey (January 27, 2005) | " | " |
| 3. Assurant Plaintiffs' Memorandum in Support of Motion to Remand (January 27, 2005) | " | " |
| 4. Assurant Plaintiffs' Exhibits A-L in Support of Motion to Remand (January 27, 2005) | " | " |
| 5. Memorandum of Law of Defendants Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer (February 11, 2005) | " | " |
| 6. Certification of Richard G. Placey, Esquire in Support of Memorandum of Law of Defendants Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and In Support of Cross Motion to Defer Ruling on Remand Pending MDL Transfer (February 11, 2005) | " | " |
| 7. Joinder of Defendants Anthony Wild and Lodewijk J.R. DeVink in Defendants Pfizer and Warner-Lambert Company's Opposition to Plaintiffs' Motion to Remand (February 11, 2005) | " | " |
| 8. Plaintiffs' Memorandum of Law in Further Support of Its Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand Pending with Attached Certificate of Service (February 25, 2005) | " | " |
| 9. Affidavit of Ronald J. Campione In Support of Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on | " | " |

| | | |
|---|---|---|
| Remand, with Exhibits A-N (February 25, 2005) | | |
| B. Assurant Plaintiffs' Status Report and Request That this Court Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation | 05/22/05 | 126 |
| C. Defendants' Response to Assurant Plaintiffs' Request That Court Issue a Suggestion of Remand | 05/27/05 | 136 |
| D. MDL Plaintiffs' Memorandum of Law in Response to the Assurant Plaintiffs' Suggestion of Remand to the Judicial Panel of [sic] Multidistrict Litigation | 06/06/05 | 146 |
| E. Assurant Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court | 06/16/05 | 156 |
| F. [Proposed] Order Granting Assurant Plaintiffs' Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court | 06/16/05 | 157 |
| G. Motion for Leave to File a Reply Memorandum to Defendant Pfizer and Class Plaintiffs' Response to Assurant Plaintiffs' Status Report, with proposed reply memorandum (granted 6/23/05) | 06/16/05 | 158 |
| H. Assurant Plaintiffs' Supplemental Statement of Authority | 08/17/05 | 217 |