# Pogust & Braslow, LLC

161 Washington Street, Ste. #1520
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
www.cpm-law.com

Harris L. Pogust, Esquire
Email: hpogust@cpm-law.com

May 17, 2006

U.S. District Court
District of Massachusetts
John Joseph Moakley Bldg. & U.S. Courthouse
1 Courthouse Way, Suite #2300
Boston, MA 02210

**RE:  CHANGE OF FIRM NAME**

To the Clerk:

Please be advised that as of this date, May 16, 2006, the law firm of Cuneo, Pogust & Mason, LLP is now known as Pogust & Braslow, LLC.  Please make the appropriate changes to our docket and Court entries, and we will notify you in the future when our email addresses have changed.  Our address and phone number contact information will remain the same.

The attorneys in our firm are:

Harris L. Pogust, Esquire—Atty ID #8108

If you have any questions regarding this change of information, please do not hesitate to contact our firm directly.

Thank you for your kind assistance regarding this matter.

Respectfully,

Traci L. Adams / Paralegal
tla