UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ASSURANT HEALTH, INC., et al. v PFIZER INC., et al., No. 05-10535-PBS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

### *ASSURANT* PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY AND SUPPLEMENTAL PLEADING WITH RESPECT TO THEIR REMAND MOTION

The *Assurant* Plaintiffs[1] hereby submit the following notice of supplemental authority with respect to their pending motion to remand their case to the Superior Court of New Jersey. Further, as a supplement to Defendants' Response to Request for Statement of Position on *Assurant* Plaintiffs' Motion to Lift Stay, dated May 22, 2006 (Dkt. 323), the *Assurant* Plaintiffs submit this supplemental pleading to provide the Court with a <u>complete</u> index of docket entries regarding their remand motion.

The supplemental authority, which was issued subsequent to the Court's August 18, 2005 hearing on the *Assurant* Plaintiffs' remand motion, includes:

---

[1] The *Assurant* Plaintiffs include the following health benefit payors: ASSURANT HEALTH, INC., and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and its subsidiaries and affiliates and their self-funded plans; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MASSACHUSETTS and its self-funded plans; BLUE CROSS BLUE SHIELD OF MICHIGAN and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MINNESOTA and its subsidiaries and affiliates and their self-funded plans; GROUP HEALTH SERVICE OF OKLAHOMA, INC. and its subsidiaries and affiliates; CAREFIRST, INC. and its subsidiaries and affiliates and their self-funded plans; EXCELLUS HEALTH PLAN, INC. and its subsidiaries and affiliates and their self-funded plans; FEDERATED MUTUAL INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; HEALTH CARE SERVICE CORPORATION, on behalf of itself and its Illinois, New Mexico and Texas Divisions and their self-funded plans; MUTUAL OF OMAHA INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; TRUSTMARK INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; and WELLCHOICE, INC., and its subsidiaries and affiliates and their self-funded plans.

- *Commonwealth of Pennsylvania v TAP Pharmaceutical Products, Inc., et al.*, 415 F. Supp. 2d 516 (E.D. Pa. Sept. 9, 2005) (attached as Exhibit 1);

- *State of Wisconsin v. Abbott Laboratories, et al.*, 390 F. Supp. 2d 815 (W.D. Wis. Sept. 29, 2005) (attached as Exhibit 2);

- *State of Minnesota v. Pharmacia Corporation*, Civil No. 05-1394, 2005 U.S. Dist. LEXIS 27638 (D. Minn. Oct. 24, 2005) (attached as Exhibit 3); and

- An index of Docket Entries Regarding *Assurant* Plaintiffs' Motion to Remand (attached as Exhibit 4).

DATE:  May 31, 2006.                   Respectfully submitted,

                    s/Jeffrey R. Vesel
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Annamarie A. Daley
Jeffrey R. Vesel
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel.: 612.349.8500
Fax: 202.223.8604

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
W. Scott Simmer
1801 K Street, N.W., Suite 1200
Washington, DC 20006
Tel.: 202.775.0725
Fax: 612.339.4181

ATTORNEYS FOR *ASSURANT* PLAINTIFFS