# EXHIBIT 4

**DOCKET ENTRIES REGARDING *ASSURANT* PLAINTIFFS' REMAND MOTION**

| DOCUMENT | DATE FILED IN D. MASS | DOCKET NUMBER |
|---|---|---|
| 1. *Assurant* Plaintiffs' Status Report Regarding Motion to Remand, **submitting**: | May 19, 2005 | 125 |
| (a) *Assurant Health, Inc., et al. v. Pfizer, Inc., et al.*, Complaint (November 24, 2004) | May 19, 2005 | 125 (#22-#23) |
| (b) *Assurant* Plaintiffs' Notice of Remand and Motion to Remand to the Superior Court of New Jersey (January 27, 2005) | May 19, 2005 | 125 (#2) |
| (c) *Assurant* Plaintiffs' Memorandum in Support of Motion to Remand (January 27, 2005) | May 19, 2005 | 125 (#3) |
| (d) *Assurant* Plaintiffs' Exhibits A-L in Support of Motion to Remand, attached to Affidavit of David Novack (January 27, 2005) | May 19, 2005 | 125 (#4-#10, #24) |
| (e) Memorandum of Law of Defendants Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer (February 11, 2005) | May 19, 2005 | 125 (#11) |
| (f) Certification of Richard G. Placey, Esquire, in Support of Memorandum of Law of Defendants Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling on Remand Pending MDL Transfer (February 11, 2005) | May 19, 2005 | 125 (#12-#16) |
| (g) Joinder of Defendants Anthony Wild and Lodewijk J.R. DeVink in Defendants Pfizer and Warner-Lambert Company's Opposition to Plaintiffs' Motion to Remand (February 11, 2005) | May 19, 2005 | 125 (#17) |
| (h) Plaintiffs' Memorandum of Law in Further Support of Its Motion to Remand in Opposition to Defendants' Cross Motion to Defer Ruling on Remand Pending with Attached Certificate of Service (February 25, 2005) | May 19, 2005 | 125 (#18) |
| (i) Affidavit of Ronald J. Campione in Support of Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand, with Exhibits A-N (February 25, 2005) | May 19, 2005 | 125(#19-#21) |
| 2. *Assurant* Plaintiffs' Status Report and Request that this Court Issue a Suggestion of Remand to the | May 22, 2005 | 126 |

| DOCUMENT | DATE FILED IN D. MASS | DOCKET NUMBER |
|---|---|---|
| Judicial Panel on Multidistrict Litigation | | |
| 3. Defendants' Response to *Assurant* Plaintiffs' Request That Court Issue a Suggestion of Remand | May 27, 2005 | 136 |
| 4. MDL Plaintiffs' Memorandum of Law in Response to the *Assurant* Plaintiffs' Suggestion of Remand to the Judicial Panel of [sic] Multidistrict Litigation | June 16, 2005 | 156 |
| 5. *Assurant* Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return *Assurant* Plaintiffs' Civil Action to the Transferor Court | June 16, 2005 | 156 |
| 6. [Proposed] Order Granting *Assurant* Plaintiffs' Motion for Court to Issue a Suggestion to the Panel to Return *Assurant* Plaintiffs' Civil Action to the Transferor Court | June 16, 2005 | 157, 163 |
| 7. Motion for Leave to File a Reply Memorandum to Defendant Pfizer and Class Plaintiffs' Response to *Assurant* Plaintiffs' Status Report, with proposed reply memorandum (granted 6/23/05) | June 16, 2005 | 158 |
| 8. Electronic Order by Judge Saris Granting *Assurant* Plaintiffs' Motion for Leave to File Reply Memorandum in Support of Motion to Remand | June 23, 2005 | None |
| 9. Order by Judge Saris Referring Case to Magistrate Judge Sorokin for Full Pretrial Case Management, not Including Dispositive Motions | July 13, 2005 | 182 |
| 10. Order by Magistrate Judge Sorokin setting oral argument on Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation for August 18, 2005 at 1:00 p.m. | August 9, 2005 | 210 |
| 11. Electronic Notice of Hearing on Motion: Oral argument on Assurant's Motion for Remand and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation on August 18, 2005 at 1:00 p.m. | August 10, 2005 | None |
| 12. Order by Magistrate Judge Sorokin: "The August 18, 2005 hearing regarding the Assurant matter will proceed as scheduled." | August 15, 2005 | None |
| 13. *Assurant* Plaintiffs' Supplemental Statement of Authority with Exhibit A; Certificate of Service | August 17, 2005 | 217-218 |
| 14. Electronic Clerk's Notes for proceedings held before Judge Leo T. Sorokin on August 19(sic), 2005 [the transcript confirms that the hearing took place on August 18, 2005]: *Assurant* Plaintiffs' | August 19, 2005 | None |

| DOCUMENT | DATE FILED IN D. MASS | DOCKET NUMBER |
|---|---|---|
| Motion for Court to Issue a Suggestion to the Panel to Return *Assurant* Plaintiffs' Civil Action to the Transferor Court (taken under advisement) | | |