## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May 2006, I caused the *Assurant* Plaintiffs' Notice of Supplemental Authority and Supplemental Pleading with Respect to their Remand Motion to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    John C. Aisenbrey
    Jaisenbrey@stinsonmoheck.com

    Ronald Judah Aranoff
    aranoff@bernlieb.com

    Laureen Furey Bagley
    lbagley@sloanmonsour.com

    Gordon Ball
    filings@ballandscott.com

    Charles F. Barrett
    cfbarrett@barrettlawoffice.com

    Don Barrett
    dbarrett@barrettlawoffice.com

    Richard Bemporad
    rbemporad@ldbs.com

    Leslie Anne Benitz
    lab@ctw.com

    Steve W. Berman
    steve@hbsslaw.com; carrie@hbsslaw.com; heatherw@hbsslaw.com

    Robert J. Bonsignore
    rbonsignore@aol.com; alakin@bandblaw.net

    John A. Boyle
    jboyle@khmarino.com

    Eugene Brooks
    rbrinkley@brooks-law.com

David L. Browne
dbrowne@duganbrowne.com

Joseph M. Bruno
JBruno@brunobrunolaw.com

Carter H. Burwell
cburwell@dpw.com

Philip Henry Butler
pbutler@bradleyarant.com

Andrew P. Campbell
acampbell@cwp-law.com

David C. Campbell
dcampbell@wkg.com

Ronald J. Campione
rcampione@budd-larner.com

John E. Caruso
jcaruso@mmwr.com

David B. Chaffin
dchaffin@hare-chaffin.com

John R. Climaco
jrclim@climacolaw.com

Richard W. Cohen
rochen@ldbs.com

Jonathan S. Coleman
jonathanc@jpfirm.com

Charles Horne Cooper, Jr.
chipc@cooperelliott.com

Susan G. Copeland
susanc@jdoylefuller.com

Paul F. Corcoran
pcorcoran@dglaw.com

Silas G. Cross, Jr.

dcross@cpgf-law.com

Daniel D'Angelo
Ddangelo@gilmanpastor.com

Neil A. Dean
ndean@rdk.kscoxmail.com

Paul R. Duden
pduden@wkg.com

James R. Dugan, II
jdugan@duganbrowne.com

Daniel J. Dwyer
djd@hanify.com amb@hanify.com

Mark L. Edwards
kellie@stipelaw.com

Rex H. Elliott
Rexe@cooperelliott.com

Felicia S. Ennis
FSE@ROBINSONBROG.COM
JMF@ROBINSONBROG.COM;JC@ROBINSONBROG.COM;jmb@robinsonbrog.com

Kenneth Joseph Ferguson
lab@ctw.com

Keith Martin Fleischman
fleischman@bernlieb.com

J. Doyle Fuller
doyle@jdoylefuller.com

Joel T. Galanter
jgalanter@stokesbartholomew.com

Ronald S. Goldser
rsg@zimmreed.com

John E. Goodman
jgoodman@bradleyarent.com

Kenneth G. Gilman

kgilman@gilmanpastor.com
rdambrosio@gilmanpastor.com;dhoffman@gilmanpastor.com

James E. Girards
dianna@girardslaw.com

Peter J. Goss
pgoss@faegre.com

Thomas M. Greene
tgreene@greenehoffman.com; office@greenehoffman.com

Graeme EM Hancock
ghancock@fclaw.com

James S. Harrington
jsharrington@rkmc.com

Fred M. (Tripp) Heston, III
theston@bradleyarant.com

Elizabeth V. Heller
liz@gmhalaw.com

Theodore M. Hess-Mahan
ted@shulaw.com

Lori Anne Higuera
lhiguera@fclaw.com

Barry Himmelstein
bhimmelstein@lchb.com; tsilva@lchb.com; dchiplock@lchb.com

Robert Randall Hopper
rrh@zimmreed.com

Garve W. Ivey, Jr
garve@iveyragsdale.com

Andrew Burns Johnson
ajohnson@bradleyarant.com

Walter T. Johnson
wjohnson@watkhseager.com

Thomas Kane

thomas.kane@dechert.com

Nahal Kazemi
nkazemi@dpw.com

Christopher P. Keenan
cpkeenan@westerlaw.com

R. Eric Kennedy
drozman@weismanlaw.com

Richard D. Keys
rickkeys@nkkpc.com

Mark Mathew Kitrick
mkitrick@kitricklaw.com

David C. Landever
dlandever@wisemanlaw.com

Joseph J. Leghorn
jleghorn@nixonpeabody.com

Irwin B. Levin
ilevin@cohenandmalad.com ccox@cohenandmalad.com

Mark D. Lewis
mlewis@kitricklaw.com

Michael David Liberty
mdlaw@pacbell.net

Jack W. London
jlondon@texas.net

Dewitt M. Lovelace
dml@lovelacelaw.com

Daniel J. Lyne
djl@hanify.com jla@hanify.com

Deborah L. MacGregor
debbie.macgregor@dpw.com

T. Omar Malone
omalone@fdlaw.net

M. Scott Montgomery
scott@montgomerylaw.org

Matthew J. Moore
mmoore@shb.com

Melinda J. Morales
mmorales@muchshelist.com

Nancy Y. Morgan
epolimeni@lawampm.com

James B. Murphy, Jr
jbmurphy@shb.com

Patrick J. Murray
pmurray@dpw.com

Christopher H. Neyland
neyland@newlandbrewer.com

D. Michael Noonan
mnoonan@shaheengordon.com

David J. Novack
dnovack@budd-larner.com

Edward Notargiacomo
ed@hagens-berman.com

Linda P. Nussbaum
lnussbaum@cmht.com

Scott E. Ortiz
sortiz@wpdn.net

Peter A. Pease
ppease@bermanesq.com; bdentremont@bermanesq.com

Timothy J. Perry
tjperry@preti.com

Richard G. Placey
rplacey@mmwr.com

Douglas R. Plymale
doug@duganbrowne.com

Harris L. Pogust
hpogust@cpm-law.com

Eleanor Louise Polimeni
epolimeni@lawampm.com

Edmund Polubinski, III
epolub@dpw.com

Neal A. Potischman
neal.potischman@dpw.com

Thomas J. Poulin
TPoulin@rkmc.com

Joseph Michael Price
jprice@faegre.com

James P. Rouhandeh
jim.rouhandeh@dpw.com

Scott W. Sayler
ssayler@shb.com

Ann Michele Scarlett
ascarlett@stinsonmoheck.com

Gene E. Schroer
gschroer@schroer.kscoxmail.com

Thomas G. Shapiro
tshapiro@shulaw.com sgeresy@shulaw.com

Richard E. Shevitz
rshevitz@cohenandmalad.com cmeadows@cohenandmalad.com

W. Scott Simmer
WSSimmer@rkmc.com

Charles H. Dodson, Jr.
chd@simsgraddick.com

Thomas M. Sobol

Tom@hbsslaw.com
Ed@hbsslaw.com
Corinne@hbsslaw.com
Heatherc@hbsslaw.com
Jessicao@hbsslaw.com

Joseph D. Steadman
jds@dodsonsteadman.com

John Gerard Stretton
jstretton@eapdlaw.com

Ralph Streza
rstreza@porterwright.com

Jason J. Thompson
jthompson@c2law.com; MJTYTRAN@C2LAW.COM; KKSTADTM@c2law.com; AHAYNES@C2LAW.COM

Megan Marie Thomsen
mthomsen@mmwr.com

Debra V. Urbanowicz-Pandos
dpandos@duranandpandos.com

Aaron D. Van Oort
avanoort@faegre.com

Scott L. Walker
swalker@dglaw.com

Seth S. Webb
swebb@brownandcrouppen.com

Russell A. Wood
russellawood@cox-internet.com

Frank Woodson
Frank.woodson@beasleyallen.com

James Howard Young
Jimyoung56@hotmail.com

Marc L. Zaken
mzaken@eapdlaw.com

Charles S. Zimmerman
csz@zimmreed.com

Erik March Zissu
zissu@dpw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Scott William Anderson
Shook Hardy Bacon, LLP
100 N. Tampa Street
Suite 2900
Tampa, FL 33602

Jeffrey R. Baker
PO Box 650
Jackson, MS 39205-0650

Catherine Marie Valerio Barrad
Sidley Austin, LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

Thomas F. Basile
The Calwell Practice
PO Box 113
Charleston, WV 25321-0113

Bradley Douglas Becnel
Law offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
PO Drawer H
Reserve, LA 70084

Daniel E. Becnel, Jr
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Robert M. Becnel
Law Offices of Robert M. Becnel
425 W. Airline Highway
Laplace, LA 70068

MP3 20181923.1

George S. Bellas
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068

Levi Boone, III
Boone Law Firm
PO Box 1772
Cleveland, MS 38732-1772

Rainey Cawthon Booth
Littlepage & Booth
331 E. Romana Street
Pensacola, FL 32502

Derek T. Braslow
Cuneo, Pogust, & Manson LLP
161 Washington Street
Suite 1520
Conshohocken, PA 19428

Carol D. Browning
Stites & Harbison
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352

Stephanie M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

Susan E. Burnett
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767-1148

W. Stuart Calwell
The Calwell Practice
PO Box 113
Charleston, WV 25321-0113

Prince C. Chambliss, Jr
Stokes, Bartholomew, Evans, & Petree, P.A.
1000 Ridgeway Loop Road

Memphis, TN 38120

Kathleen C. Chavez
1110 Appleton Lane
Geneva, IL 60134

Dane S. Ciolino
Dane S. Ciolino, Attorney at Law
P.O. Box 850848
New Orleans, LA 70185-0848

Kimberly H. Clancy
Sidley Austin Brown & Wood LLP
555 West Fifith Street
Suite 4000
Los Angeles, CA 90013-1010

Robert A. Clifford
Clifford Law Offices, P.C.
120 North LaSalle Street
Chicago, IL 60602

Daniel M. Cohen
Cuneo Gilbert & LaDuca
507 C Street, NE
Washington, DC 20002

John A. Commerford
Meyers Taber & Meyers PC
2415 E Camelback Road
Suite 900
Phoenix, AZ 85016

W. Lloyd Copeland
Taylor, Martino & Hedge, P.C.
Post Office Box 894
Mobile, AL 36601

S. Tessie Corbin
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Sarah G. Cronan
Stites & Harbison, PLLC
400 W. Market Street

Suite 1800
Louisville, KY 40202-3352

Rebecca Cunard
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Samuel J. DeMaio
Girards Law Firm
10000 N Central Expwy
Suite 750
Dallas, TX 75231

Dimple Harendra Desai
Law Office of Dimple H. Desai
5216 Westshire Lane
Dallas, TX 75287

James R. Dugan, II
Dugan & Brown, PLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Donald Steven Edgar
Law Office of Donald S. Edgar
408 College Avenue
Santa Rosa, CA 95401

Tony W. Edwards
P.O. Box 1369
McAlester, OK 74502

Wanda Jean Edwards
Fayard & Honeycutt
519 Florida Boulevard
Denham Springs, LA 70726

Robert Burkart Ellis
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Calvin Clifford Fayard, Jr
Fayard & Honeycutt

519 Florida Boulevard
Denham Springs, LA 70726

Kenneth T. Fibich
Fibich Hampton & Leebron
1401 McKinney
Suite 1800
Houston, TX 77010

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Lowell Steven Fine
Alebik Fine & Callner
Sun Trust Plaza
37th Floor
303 Peachtree Street NE
Atlanta, GA 30308

Christopher E. Fitzgerald
Fitzgerald & Associates, PLLC
2113 Government St.
Ocean Springs, MS 39564

Robert M. Foote
Foote, Meyers et al
13 South Seventh Street
Geneva, IL 60134

Kenneth B. Fromson
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Ricardo Antonio Garcia
820 S Main Street
McAllen, TX 78501

Wanda Garcia
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA 02142

James W. Gewin
Bradley, Arant, Rose & White
PO Box 830709
Birmingham, AL 35283-0709

Dennis E. Glazer
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Mark K. Gray
Gray, Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202

David E. Gross
Finkelstein & Partners, LLP
50 Park Place
10th Floor
Newark, NJ 07102

Asa Groves, III
Groves and Verona PA
7385  SW  87th Avenue
Suite 400
Miami, FL 3317-33565

Thomas P. Hanrahan
Sidley & Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

David Hughes Harris
Goldstein Buckley Cechman Rice & Purtz, PA
1515 Broadway
Ft. Myers, FL 33901

Chad Patrick Hemmat
Anderson, Hemmat & Levine, LLC
1490 Lafayette Street
Denver, CO 80218

Michael DeWitt Hickman
Taylor Martino & Hedge

61 Saint Joseph Street
Suite 1600
Mobile, AL 36602

Michael B. Hyman
Much, Shelist, Freed, Denenberg, Ament, Bell & Rubenstein
200 North LaSalle Street
2100
Chicago, IL 60601

Alexander Jamiolkowski
Egan & Jamiolkowski
428 Forbes Avenue
Pittsburgh, PA 15219

Andrew S. Johnston
Minor & Johnston, P.C.
124 East Market Place
Somerville, TN 38068

Aizar J Karam, Jr
820 S Main Street
McAllen, TX 78501

Christopher J. Kervick
Law Office of J. Christopher Kervick
100 Paul Drive,
P.O. Box 875
Windsor Locks, CT 06096

Neal H. Klausner
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Barry A. Knopf
Cohn, Lifland, Pearlman, Herrmann & Knopf, Esqs
Park 80 Plaza West One
Saddle Brook, NJ 07662

Paul A. Koerber
Paul A Koerber, Attorney
PO Box 12805
Jackson, MS 39236-2805

Gano D. Lemoine, III

Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

Jeffrey R. Lilly
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767

John W. Lowe
Lowe, Mobley & Lowe
1210 21st St.
P.O. Box 576
Haleyville, AL 35565

Paul F. Macri
Berman & Simmons
129 Lisbon Street
Lewiston, ME 04243-0961

Robert L. Manard, III
Robert L. Manard, PLC
1100 Poydras Street
Suite 2610
New Orleans, LA 70163

Kathleen Ann Manning
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Steven A. Martino
Taylor, Martino & Hedge, P.C.
Post Office Box 894
Mobile, AL 36601

Drew Masse
Williams, Jilek, Lafferty, Gallagher & Scott
416 North Erie Street
Toledo, OH 43624

Craig Ruvel May
Wheeler, Trigg, Kennedy, LLP
1801 California Street
Suite 3600

Denver, CO 80202

Paul Edward Mayeaux
Robert L. Manard, PLC
1100 Poydras Street
Suite 2610
New Orleans, LA 70163

Manuel H. Miller
Law Offices of Manuel H Miller
5530 Corbin Ave.
Suite 210
Tarzana, CA 91356

Peter A. Miller
Law Office of Peter Miller
1601 South Broadway
Little Rock, AR 72206

Matthew B. Moreland
Law Offices of Daniel E Becnel, Jr.
PO Drawer H
Reserve, LA 70084

Patrick James Mulligan
Law Office of Patrick J. Mulligan
2911 Turtle Creek Boulevard
Dallas, TX 75219

Stephen Barnett Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

Charles Andrew O'Brien, III
Charles Andrew O'Brien, Attorney at Law
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, LA 70898-9029

Mindy Brickman Patron
McGlinchey Stafford PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Gale D. Pearson
Pearson, Randall & Schumacher, PA
400 S 4th Street
Suite 1012
Minneapolis, MN 55415

Archie Carl Pierce
Wright & Greenhill
221 W. 6th Street
Austin, TX 78701

Anne Lester Pointer
McGlinchey Stafford
1811 Tower Drive
Monroe, LA 71201

Lynn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Mike Ramey
Girards Law Firm
10000 N Central Expwy
Dallas, TX 75231

Paul W. Rebein
Shook, Hardy & Bacon, LLP
100 N. Tampa Street
Suite 2900
PO Box 0898
Tampa, FL 33602-5810

Kenneth James Reilly
Shook Hardy & Bacon
201 South Biscayne Boulevard
Suite 2400
Miami, FL 33131-4332

Lisa J. Rodriguez
Rodriguez & Richards, LLC
3 Kings Highway East
Haddonfield, NJ 08033

Ezra D. Rosenberg

Dechert LLP
PO Box 5218
Princeton, NJ 08543

Ronald Rosenkranz
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Art Sadin
Provost Umphrey Law Firm, LLP
1560 West Bay Area Boulevard
Friendswood, TX 77546

Marc A. Saggese
Saggese & Associates
3960 Howard Hughes Parkway
Suite 850
Las Vegas, NV 89109

George D. Sax
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

David Scott Scalia
Bruno & Bruno
855 Baronne Street
New Orleans, MA 70113

Newton B. Schwartz, Sr
Newton B. Schwartz
1911 Southwest Freeway
Houston, TX 77098

Christopher Seeger
Seeger, Weiss, LLP
One William Street
New York, NY 10004

Benjamin J. Sweet
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Teresa E. Teater

815 Harrison Street  # 4
Oregon City, OR 97045

Thomas P. Thrash
1101 Garland Street
Little Rock, AR 72201-1214

Fletcher V. Trammell
Law Office of Paul J. Dobrowski
1010 Lamar
Suite 1350
Houston, TX 77002

Scott Alan Watson
#22334
Wyoming State Penitentiary
P.O. Box 400
Rawlings, WY 82301

Matthew L. White
Gray, Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202

John S. Wilder, Sr
Wilder & Sanders
108 E. Court Square
Somerville, TN 38068-1436

Henri Wolbrette, III
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, LA 70130-3477

Mary Ellen Wright
Finkelstein & Partners LLP
436 Robinson Avenue
Newburgh, NY 12550

                    ATTORNEYS FOR ASSURANT PLAINTIFFS

Dated: May 31, 2006.                         By:  s/Jeffrey R. Vesel
                                                                  Jeffrey R. Vesel

MP3 20181923.1