*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 6/1/06

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action (Marketing and Sales Practices) | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Defendants' Motion to Dismiss Amended Class Action Complaint<br><br>○ March 17, 2005 - Motion to Dismiss Class Action Complaint [Docket No. 59]<br><br>○ March 17, 2005 - Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 60]<br><br>○ March 17, 2005 - Declaration David B. Chaffin In Support of Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 61]<br><br>○ April 29, 2005 - Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 101]<br><br>○ April 29, 2005 - Appendix of Unpublished Authorities Filed in Support of Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 102]<br><br>○ May 16, 2005 - Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 122] |

1

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | o May 16, 2005 – Declaration of David B. Chaffin in Support of Defendants' Motion to Dismiss [Docket No. 123]<br><br>o May 23, 2005 – Order Referring for Report and Recommendation on Motions to Dismiss to Magistrate Leo T. Sorokin. Hearing on June 15, 2005 Cancelled. Magistrate Sorokin to Re-schedule. [Docket No. 127]<br><br>o June 3, 2005 – Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motions to Dismiss [Docket No. 144]<br><br>o July 14, 2005 – Hearing on Motion to Dismiss First Coordinated Amended Complaint [#58] and Motion to Dismiss Amended Class Action Complaint [#59] before Magistrate Judge Leo T. Sorokin [Docket No. 145]<br><br>o August 3, 2005 – Plaintiffs' Notice of Supplemental Authority [Docket No. 199]<br><br>o August 17, 2005 – Plaintiffs' Appendix/Exhibit Lodged in Support of Plaintiffs' Opposition to Motion to Dismiss [#58], Plaintiffs' Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery [#161], and Plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 [#172] [Docket No. 216]<br><br>o September 29, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 233]<br><br>o November 11, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 249] |

2

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | o December 13, 2005 – Defendants' Notice of Supplemental Authority [Docket No. 256]<br><br>o January 31, 2006 – Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint by Magistrate Judge Sorokin [Docket No. 269]<br><br>o March 3, 2006 – Plaintiffs' Joint Objections to Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint [Docket No. 288]<br><br>o March 3, 2006 – Coordinated Plaintiffs' Objections to Report and Recommendation of Magistrate Judge [Docket No. 283]<br><br>o March 3, 2006 – Objections of Defendants Pfizer Inc. and Warner-Lambert Company to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 [Docket No. 286]<br><br>o March 3, 2006 – Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 [Docket No. 287]<br><br>o March 3, 2006 – Declaration of Patrick J. Murray in Support of Defendants' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 [Docket No. 285]<br><br>o April 10, 2006 – Plaintiffs' Response to Defendants' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 [Docket No. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | 301] <br><br> o April 10, 2006 – Plaintiffs' Joint Response to Defendants' Memorandum of Law in Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin [Docket No. 303] <br><br> o April 10, 2006 – Declaration of Ilyas J. Rona in Support of Plaintiffs' Joint Response to Defendants' Memorandum of Law in Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin [Docket No. 302] <br><br> o April 10, 2006 – Memorandum of Law by Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Joint Objections and Coordinated Plaintiffs' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin [Docket No. 304] <br><br> o April 10, 2006 – Declaration Patrick J. Murray in Support of Memorandum of Law by Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Joint Objections and Coordinated Plaintiffs' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin [Docket No. 305] <br><br> o May 3, 2006 – Hearing re: Objections to #269 Report and Recommendations held before Judge Patti B. Saris. <br><br> o May 5, 2006 – Defendants' Notice of Supplemental Authority [Docket No. 310] <br><br> o May 12, 2006 – Plaintiffs' Post-Hearing Submission Regarding FDA Rule [Docket No. 315] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | o May 12, 2006 – Plaintiffs' Post-Hearing Submission of Chart Identifying False Statements and Material Omissions Alleged in Complaints [Docket No. 316]<br><br>o May 19, 2006 – Response of Pfizer Inc. and Warner-Lambert Company to Plaintiffs' Post-Hearing Submission of Chart Identifying False Statements and Material Omissions Alleged in Complaints [Docket No. 321]<br><br>o May 26, 2006 – Response of Pfizer Inc. and Warner-Lambert Company to Plaintiffs' Post-Hearing Submission Regarding FDA Rule [Docket No. 326]<br><br>• Motion for Appointment of Tennessee Lead Counsel *sub judice*<br><br>o January 21, 2005 - Motion for Appointment of Tennessee Lead Counsel [Docket No. 37]<br><br>o January 21, 2005 - Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38]<br><br>o February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39]<br><br>o February 2, 2005 - Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32]<br><br>o February 11, 2005 - Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36]<br><br>o March 15, 2005 - Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion |

5

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | for Appointment of Tennessee Lead Counsel [Docket No. 56]<br><br>○ August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel<br><br>• Motion for Class Certification:<br><br>○ August 8, 2005 – Plaintiff's Motion for Leave to File Declarations in Support of Plaintiffs' Motion for Class Certification Under Seal [Docket No. 202], Plaintiffs' Motion to Certify Class [Docket No. 204], Plaintiffs' Memorandum in Support re: Motion to Certify Class [Docket No. 205]<br><br>○ March 31, 2006 – Order by Judge Patti B. Saris, staying [#204] Motion to Certify Class pending resolution of the motions to dismiss. |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass, cases originally filed. | • Defendants' Motion to Dismiss First Coordinated Amended Complaint<br><br>○ March 17, 2005 - Motion to Dismiss Class Action Complaint [Docket No. 59]<br><br>○ March 17, 2005 - Memorandum in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 60]<br><br>○ March 17, 2005 - Declaration David B. Chaffin In Support of Motion to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 61]<br><br>○ April 29, 2005 - Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 101] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (cont.)** | | | o April 29, 2005 - Appendix of Unpublished Authorities Filed in Support of Joint Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motion to Dismiss [Docket No. 102]<br><br>o May 16, 2005 - Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint [Docket No. 122]<br><br>o May 16, 2005 - Declaration of David B. Chaffin in Support of Defendants' Motion to Dismiss [Docket No. 123]<br><br>o May 23, 2005 – Order Referring for Report and Recommendation on Motions to Dismiss to Magistrate Leo T. Sorokin. Hearing on June 15, 2005 Cancelled. Magistrate Sorokin to Re-schedule. [Docket No. 127]<br><br>o June 3, 2005 - Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs in Opposition to Defendants' Motions to Dismiss [Docket No. 144]<br><br>o July 14, 2005 – Hearing on Motion to Dismiss First Coordinated Amended Complaint [#58] and Motion to Dismiss Amended Class Action Complaint [#59] before Magistrate Judge Leo T. Sorokin [Docket No. 145]<br><br>o August 3, 2005 – Plaintiffs' Notice of Supplemental Authority [Docket No. 199]<br><br>o August 17, 2005 – Plaintiffs' Appendix/Exhibit Lodged in Support of Plaintiffs' Opposition to Motion to Dismiss [#58], |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (cont.)** | | | Plaintiffs' Opposition to Defendants' Motion for Protective Order Concerning Scope of Discovery [#161], and Plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 [#172] [Docket No. 216]<br><br>o September 29, 2005 -- Defendants' Notice of Supplemental Authority [Docket No. 233]<br><br>o November 11, 2005 -- Defendants' Notice of Supplemental Authority [Docket No. 249]<br><br>o December 13, 2005 -- Defendants' Notice of Supplemental Authority [Docket No. 256]<br><br>o January 31, 2006 -- Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint by Magistrate Judge Sorokin [Docket No. 269]<br><br>o March 3, 2006 -- Plaintiffs' Joint Objections to Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint [Docket No. 288]<br><br>o March 3, 2006 -- Coordinated Plaintiffs' Objections to Report and Recommendation of Magistrate Judge [Docket No. 283]<br><br>o March 3, 2006 -- Objections of Defendants Pfizer Inc. and Warner-Lambert Company to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 [Docket No. 286]<br><br>o March 3, 2006 -- Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Support of Their Objections to |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (cont.)** | | | Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 [Docket No. 287] |
| | | | ○ March 3, 2006 – Declaration of Patrick J. Murray in Support of Defendants' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 [Docket No. 285] |
| | | | ○ April 10, 2006 – Plaintiffs' Response to Defendants' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 [Docket No. 301] |
| | | | ○ April 10, 2006 – Plaintiffs' Joint Response to Defendants' Memorandum of Law in Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin [Docket No. 303] |
| | | | ○ April 10, 2006 – Declaration of Ilyas J. Rona in Support of Plaintiffs' Joint Response to Defendants' Memorandum of Law in Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin [Docket No. 302] |
| | | | ○ April 10, 2006 – Memorandum of Law by Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Joint Objections and Coordinated Plaintiffs' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin [Docket No. 304] |
| | | | ○ April 10, 2006 – Declaration of Patrick J. Murray in Support of Memorandum of Law by Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Joint Objections and Coordinated Plaintiffs' Objections to Report and |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (cont.)** | | | Recommendation of Magistrate Judge Leo T. Sorokin [Docket No. 305]<br>○ May 3, 2006 – Hearing re: Objections to #269 Report and Recommendations held before Judge Patti B. Saris.<br>○ May 5, 2006 – Defendants' Notice of Supplemental Authority [Docket No. 310]<br>○ May 12, 2006 – Plaintiffs' Post-Hearing Submission Regarding FDA Rule [Docket No. 315]<br>○ May 12, 2006 – Plaintiffs' Post-Hearing Submission of Chart Identifying False Statements and Material Omissions Alleged in Complaints [Docket No. 316]<br>○ May 19, 2006 – Response of Pfizer Inc. and Warner-Lambert Company to Plaintiffs' Post-Hearing Submission of Chart Identifying False Statements and Material Omissions Alleged in Complaints [Docket No. 321]<br>○ May 26, 2006 – Response of Pfizer Inc. and Warner-Lambert Company to Plaintiffs' Post-Hearing Submission Regarding FDA Rule [Docket No. 326]<br>• February 17, 2006 – Motion for Clarification Regarding Order on Motion for Extension of Time moot [Docket No. 278] |
| *Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.* | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Motion to Remand to New Jersey State Court, stayed<br>○ May 19, 2005 - Assurant Plaintiffs' Status Report Regarding Motion to Remand to New Jersey State Court, Notice of Remand and Motion to Remand, Memorandum in Support of |

10

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | Remand. The New Jersey federal court pleadings were filed with this MDL Court on May 19 and May 31, 2005 [Docket No. 125]. The New Jersey pleadings (the dates below are the New Jersey filing dates) include:<br><br>• January 27, 2005 - Assurant Plaintiffs' Notice of Motion, Motion and Memorandum in Support of Motion to Remand; Affidavit of David Novack in Support of Assurant Plaintiffs' Motion to Remand and Exhibits A – L<br><br>• February 11, 2005 - Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Certification of Richard G. Placey, Esquire in Support of Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Joinder of Defendants Anthony Wild and Lodewijk J. R. DeVink in Defendants Pfizer and Warner-Lambert Company's Opposition Plaintiffs' Motion to Remand<br><br>• February 25, 2005 - Plaintiffs' Reply Memorandum of Law in Further Support of its Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand; Affidavit of Ronald J. Campione in Support of Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand |

11

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | o August 17, 2005 – Notice by Assurant Plaintiffs re: [#125] Status Report: Supplemental Statement of Authority<br><br>o August 18, 2005 -- Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin<br><br>• Assurant Plaintiffs' Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation , stayed<br><br>o May 22, 2005 - Assurant Plaintiffs' Status Report and Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [Docket No. 126]<br><br>o May 27, 2005 – Defendants' Response to Assurant Plaintiffs' Request that Court Issue Suggestion of Remand [Docket No. 136]<br><br>o June 6, 2005 – MDL Plaintiffs' Memorandum of Law in Response to the Assurant Plaintiffs' Suggestion of Remand to the Judicial Panel of Multidistrict Litigation [Docket No. 146]<br><br>o June 16, 2005 – Assurant Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court. [Docket No. 156]<br><br>o June 16, 2005 – Proposed Order Granting Motion for Court to Issue a Suggestion to the Panel to Return Civil Action to the Transferor Court. [Docket No. 163]<br><br>o August 17, 2005 – Assurant Plaintiffs' Supplemental |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | Statement of Authority [Docket No. 217]<br>○ August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on MultiDistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin<br>○ February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br>○ March 6, 2006 – Assurant Plaintiffs' Objections to Order Staying Remand Determination of Their Remand Motion [Docket No. 291]<br>○ March 20, 2006 – Defendants' Memorandum in Opposition to Assurant Plaintiffs' Objections to Order Staying Remand Determination [Docket No. 295]<br>○ May 17, 2006 – Assurant Plaintiffs' Motion to Lift Stay of Remand [Docket No. 318]<br>○ May 17, 2006 – Assurant Plaintiffs' Memorandum in Support of Their Motion to Lift Stay of Remand [Docket No. 319]<br>○ May 18, 2006 – Hearing on Products Liability Discovery Matters held before Magistrate Judge Leo T. Sorokin<br>○ May 22, 2006 – Defendants' Response to Request for Statement of Position on Assurant Plaintiffs' Motion to Lift Stay [Docket No. 323]<br>○ May 31, 2006 – *Assurant Plaintiffs'* Notice of Supplemental Authority and Supplemental Pleading with Respect to their |

13

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al*, Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | Remand Motion<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Motion to Remand, stayed<br>   o May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]<br>   o May 26, 2005 - Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br>   o June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br>   o June 16, 2005 - Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br>   o June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br>   o August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br>   o August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214]<br>   o August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al*, Mass. Docket No. 05-10797 – PBS (cont.) | | | o October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241]<br>o October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242]<br>o November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248]<br>o November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br>o November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252]<br>o December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258]<br>o February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McMinn v. Pfizer*, 04-2690 | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated |

15

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005 |