UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------- x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## MOTION FOR PROTECTIVE ORDER
## CONCERNING SCHEDULING OF RULE 30(B)(6) DEPOSITION

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Section III.C. of Case Management Order No. 3, for the entry of a protective order that the Rule 30(b)(6) deposition of Defendants shall not occur before July 18, 2006.

The grounds for this motion are set forth in the accompanying memorandum. A Declaration of Erik M. Zissu also is submitted in support of this motion.

WHEREFORE, Defendants respectfully request that the Court enter a protective order that the Rule 30(b)(6) deposition of Defendants shall not occur before July 18, 2006.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: June 6, 2006

                              DAVIS POLK & WARDWELL

                              By:   /s/ James P. Rouhandeh
                                     James P. Rouhandeh

                              450 Lexington Avenue
                              New York, New York 10017
                              (212) 450-4000

                                    - and -

                              HARE & CHAFFIN

                              By:   /s/ David B. Chaffin
                                     David B. Chaffin

                              160 Federal Street
                              Boston, Massachusetts 02110
                              (617) 330-5000

                              *Attorneys for Defendants Pfizer Inc. and*
                              *Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

     I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                              /s/David B. Chaffin

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 6, 2006.

                              /s/David B. Chaffin