# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

JAMES P. ROUHANDEH
212 450 4835
james.rouhandeh@dpw.com

May 11, 2005

Re:   **In re Neurontin, 04 CV 6704**

Ronald Rosenkranz, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550

Dear Ron:

As we discussed, I write to memorialize our telephone conversation of May 9, 2005 which followed up on our letters dated April 29 and May 3, 2005 and your letters dated May 3 and May 5, 2005.

- First, the parties agreed that the production of documents from employee and departmental files would commence on May 30, 2005. The parties agreed that the schedule for the production of such documents provided in Judge Rosenwasser's Order dated April 28, 2005, is unmanageable and would not be enforced. Plaintiffs agreed that production would continue on a rolling basis after May 30, and that they would not oppose an application to Judge Rosenwasser with respect to this issue. With respect to the production of such documents, Defendants agreed to withdraw their objection based on geographic scope.

- Second, Defendants agreed to answer Plaintiffs' Interrogatory No. 5 regarding samples.

- Third, Defendants agreed to produce the gabapentin label(s) from the United Kingdom from 2000 onward, as those are accessible and are located in the United States. The parties agreed to confer

Ronald Rosenkranz, Esq.                2                May 11, 2005

further with regard to Plaintiff's ability to compel discovery of earlier versions of the label located in the United Kingdom, and Defendants agreed to get back to Plaintiffs regarding the burden in obtaining such documents.

- Fourth, Defendants agreed to produce databases, if any, relating to the visitors speakers bureau.

- Fifth, Defendants agreed to provide dates and names for the remaining 30(b)(6) witnesses so that they can be deposed before July 15, 2005.

- Sixth, instead of producing all MedWatch forms, Defendants agreed to provide six sample MedWatch forms.

- Seventh, Defendants agreed to schedule a "meet and confer" with Laura Kibbe, which has now been set for May 18, 2005 at 2:00 pm.

Please let us know if this does not conform to your understanding of our conversation.

Sincerely yours,

James P. Rouhandeh

By Facsimile and First Class Mail