SUPREME COURT STATE OF NEW YORK
COUNTY OF ORANGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIAM T. YOUNG

        Plaintiff,

- against -

PFIZER INC., PARKE-DAVIS, a Division of Warner-Lambert Company and WARNER-LAMBERT COMPANY,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INDEX NO. 2004/1062

AFFIRMATION OF JAMES E. MURRAY

JAMES E. MURRAY hereby affirms pursuant to CPLR 2106 that the following is true:

1. I am an attorney admitted to practice in the State of New York. I am counsel with the firm of Davis Polk & Wardwell, attorneys for Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company, and Warner-Lambert Company (collectively "Defendants") in the above-captioned action, and I am fully familiar with same.

2. This affirmation is submitted in order to provide the Court with the following exhibits:

3. Attached hereto as Exhibit 1 is a true and correct copy of the parties' agreements and positions as to plaintiff's April 28, 2004 request to produce.

4. Attached hereto as Exhibit 2 is a true and correct copy of the parties' agreements and positions as to plaintiff's June 2, 2004 request to produce.

5. Attached hereto as Exhibit 3 is a true and correct copy of the parties' agreements and positions as to plaintiff's April 22, 2005 request to produce.

6. Attached hereto as Exhibit 4 is a true and correct copy of the parties' agreements and positions as to plaintiff's May 10, 2004 request to produce.

7. Attached hereto as Exhibit 5 is a true and correct copy of the parties' agreements and positions as to plaintiff's May 10, 2005 request to produce.

8. Attached hereto as Exhibit 6 is a true and correct copy of the parties' agreements and positions as to plaintiff's May 19, 2005 request to produce.

9. Attached hereto as Exhibit 7 is a true and correct copy of the parties' agreements and positions as to plaintiff's May 25, 2005 request to produce.

10. Attached hereto as Exhibit 8 is a true and correct copy of the parties' agreements and positions as to plaintiff's August 18, 2005 request to produce.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2005

By: /s/ James E. Murray
James E. Murray, Esq.