# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005<br><br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br><br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br><br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br><br>212-450-4084 | MESSETURM<br>60308 FRANKFURT AM MAIN<br><br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br><br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br><br>3A CHATER ROAD<br>HONG KONG |

February 28, 2006

Re:     **Young v. Pfizer Inc., et al., 1062/2004**

Kenneth B. Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550

Dear Ken:

Pursuant to our discussions and agreements in the above-captioned matter and Defendants' Responses and Objections to Plaintiff's Discovery Requests, enclosed please find materials that are being provided by Defendants in the above captioned matter as described below.

Defendants are producing (by copy of this letter to Keith Altman) 9 CDs. Certain of the CDs have been labeled as "Confidential," indicating that the certain of the documents contained on the CDs should be treated as confidential pursuant to the Confidentiality Agreement executed by the parties dated November 29, 2004.

First, enclosed is a CD labeled "Clinical Trials Data" which contains, in Microsoft Access format:

1.     those portions of the SAS clinical trials database relating to studies involving Neurontin.

The second CD, labeled "Other Materials," includes items that have been previously produced to you and are being re-produced at your request. These materials include the following:

2.     certain SEC filings of Pfizer and Warner-Lambert (bearing Bates numbers Pfizer_10K 000001 – 1042);

Kenneth B. Fromson, Esq.                2                    February 28, 2006

3.      Pfizer standard operating procedures ("SOPs") relating to safety
        and adverse event reporting (bearing Bates numbers
        Pfizer_SSR_00000001 - 582); and

4.      PhRMA Codes of Conduct and Pfizer Codes of Conduct (bearing
        Bates numbers Pfizer_In_Re 0000001 - 516).

This CD also includes additional materials that have not previously been
produced, bearing Bates numbers Pfizer_In_Re 0000774 – 2693. These materials
include the following:

5.      SOPs relating to labeling and the provision of samples;

6.      the Record of Contact ("ROC") User Guide, the ROC template,
        and the ROC Best Practices Manual;

7.      the "process map" that is used by the Safety Analysis department;

8.      Warner-Lambert and Pfizer document retention policies;

9.      the current Neurontin Core Data Sheet; and

10.     the current gabapentin label from each country in which it is
        approved.

The third CD, labeled "Pfast," contains:

11.     the Pfast Training Manual, which instructs individuals in the
        Safety Analysis department on how to use the Pfast application to
        run queries in the ARISg database.

Also enclosed are four CDs labeled "Franklin Recordings" that contain:

12.     the audio recordings that were included in the Disclosure of
        Information filed by the Relator in the Franklin case.

Also enclosed is a CD labeled "Tabs A – D" that contains in electronic
format, as "Read Only" files, the documents that are attached hereto at Tabs A, B,
C and D. These documents include the following:

13.     a list of the countries in which gabapentin has been approved for
        sale, along with the trade name under which gabapentin is
        marketed in each country (Tab A);

Kenneth B. Fromson, Esq.                    3                    February 28, 2006

14.   documents that reflect Neurontin-related meetings held in New York and Neurontin-related payments to physicians, institutions, or investigators in New York (Tab B). These materials provide information as follows:

- Tab B1: New York physicians who attended Neurontin meetings in the period 1994 – 2000

- Tab B2: New York physicians who spoke at speakers' bureau meetings in the period 1996 – 2000

- Tab B3: New York physicians who spoke at speakers' bureau meetings in the period 2001 through October 9, 2002

- Tab B4: Meetings relating to Neurontin that occurred in New York from 1996 through 1998

- Tab B5: Meetings relating to Neurontin that occurred in New York from 2001 through October 9, 2002

- Tab B6: Payments relating to Phase IV Trials involving Neurontin from 1995 through 2000

15.   documents listing physicians identified as Key Opinion Leaders for Neurontin (Tab C); and

16.   a chart listing the Neurontin-related products liability cases in the U.S. brought by counsel other than Finkelstein & Partners, which as of the date of this letter have not been transferred to or noticed as potential tag-along actions for inclusion in *In re Neurontin Marketing, Sales Practices and Products Liability Litigation*, MDL-1629 (Tab D).

We are also producing a CD labeled "CMMS-New York" which contains, in Microsoft Access format:

17.   portions of the Parke-Davis legacy CMMS sales call database reflecting calls on physicians in New York state relating to Neurontin. This CD replaces and supplements the data from the CMMS database that was produced to you on November 15, 2005.

In addition, please note the following:

Kenneth B. Fromson, Esq.                    4                    February 28, 2006

18.    This will confirm that the public relations and advertising services of Cline Davis & Mann and Weber Shandwick were retained by Pfizer regarding Neurontin.

19.    In addition, we have searched the minutes of meetings of the Pfizer Board of Directors held between 2000 and February 2005 for references to adverse events relating to Neurontin. We identified no such references.

As we have discussed, we will be producing at the end of this week documents from the custodial files of Lalitha Aiyer (Medical Director, Safety & Risk Management), Rudi Altevogt (Pfizer Group Research and Development, Regulatory), Mi Dong (Senior Project Manager in Global Project Management, Clinical Development), Elizabeth Garofalo (Clinical Director, Clinical Development), Mark Pierce (CNS Group Leader, Clinical Development), and Deepak Taneja (Medical Director, Safety & Risk Management). We plan to produce documents from the custodial files of Larry Alphs (Clinical Development), Gretchen Dieck (Safety & Risk Management), Andrea Garrity (Regulatory), Greg Gribko (Safety Analysis), Lloyd Knapp (Clinical Development), Linda LaMoreaux (Clinical Development), Atul Pande (Clinical Development), Bruce Parsons (Medical), Manini Patel (Regulatory), Charles Taylor (Clinical Development), and Claire Wohlhuter (Medical), and additional documents from the files of Leslie Tive (Medical), shortly thereafter.

Finally, as we have discussed, we are continuing to collect and review additional documents, including copies of advertising pieces, physician-level prescription data relating to Neurontin, and appropriately redacted copies of the AER source files for the AERs you identified by letter dated May 25, 2005, and will produce those documents as soon as they are ready.

Once you have reviewed the enclosed materials, please let us know if you would like to discuss any matters relating to discovery.

Very truly yours,

James E. Murray /d lm

James E. Murray

By Facsimile (without attachments) and
Overnight Courier (with attachments)

cc (with enclosures):        Mr. Keith Altman
(by overnight courier)       26 Willow Drive
                             Massapequa Park, NY 11762