# Exhibit A

Case 1:04-cv-10981-PBS    Document 332-2    Filed 06/06/2006    Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                         MDL Docket No. 1629
------------------------------------------------------------x      Master File No. 04-10981
THIS DOCUMENT RELATES TO:
PRODUCTS LIABILITY LITIGATION                                      Judge Patti B. Saris
                                                                   Magistrate Leo T. Sorokin

------------------------------------------------------------x

PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the deposition upon oral examination of the employee, officer or agent ("person most knowledgeable") of defendants PFIZER INC., PARKE-DAVIS, a division of Warner Lambert Company, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC., most knowledgeable regarding the issues described below, whose current addresses are known to Defendants, before a person authorized to administer oaths. The testimony shall be recorded by sound-and-visual and by stenographic means, as indicated below:

| DEPONENT | DATE / TIME | LOCATION |
|---|---|---|
| Person Most Knowledgeable | June 13, 2006 / 9:00 am | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |

PERSON MOST KNOWLEDGEABLE regarding **Research Report No.: RR-REG 720-02957, Title: Integrated Summary of Safety Information of Gabapentin Capsules (Item 8.6 of the Gabapentin NDA)**, to wit:

1.   The accuracy, and/or inaccuracy, of the statements and representations set forth;

2.   The design, goals, purposes, protocols and methodologies pertaining to the formation of Research Report RR-REG 720-02957.

3.   Identification of clinical trial names or numbers;

4.   The design, goals, purposes, protocols and methodologies pertaining to clinical trials;

5. Exclusion and / or inclusion criteria for prospective clinical trial participants;

6. Procedures for recruitment of site investigators;

7. Training of site investigators;

8. The funding source for clinical trials, budgets, and the amount spent;

9. All adverse events or "study events" experienced by any clinical trial participant, of any kind;

10. All follow-up investigation or further testing done on any clinical trial participant who experienced an adverse event or study event in clinical trials;

11. All study data including raw data, final study data, computations, statistics or graphs generated for clinical studies;

12. The title and location of any final or interim reports associated with clinical trials;

13. Final study reports filed with the FDA concerning clinical trials;

14. Follow-up or supplemental study reports filed with the FDA concerning clinical trials;

15. Any site investigations conducted on any site involved with clinical trials;

16. The identity of Defendants' personnel principally involved with the clinical trials (and, if known, the Bates Ranges of their files);

17. The identity of non-Defendant personnel principally involved with clinical trials;

18. Where records regarding clinical trials can be found (and the Bates Number ranges for these);

19. The date clinical trials started and the date they were completed.

20. Any publication of any data or results or conclusions from the clinical trials.

Dated: May 6, 2006
      Newburgh, NY

_____
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS
*Attorneys for Products Liability Plaintiffs*
436 Robinson Avenue
Newburgh, NY 12550
(845) 562-0203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May 2006, I caused to be served a true and correct copy of the foregoing Notice of Deposition by email PDF and first class U.S. Mail, postage prepaid, to:

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Rouhandeh@dpw.com


David Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000
dchaffin@hare-chaffin.com

*Attorneys for Defendants Pfizer, et uno*


Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tom@hbsslaw.com

*Attorneys for Plaintiff Harden Manufacturing Corporation
and Plaintiffs' Liaison Counsel*

_____
Andrew G. Finkelstein