UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------- x
In re:  NEURONTIN MARKETING,           : MDL Docket No. 1629
        SALES PRACTICES AND            :
        PRODUCTS LIABILITY LITIGATION  : Master File No. 04-10981
                                       :
----------------------------------------------------------- x Judge Patti B. Saris
                                       :
THIS DOCUMENT RELATES TO:              : Magistrate Judge Leo T.
                                       : Sorokin
        ALL ACTIONS                    :
                                       :
                                       :
                                       :
----------------------------------------------------------- x

**CASE MANAGEMENT ORDERS IN THE MDL**

Dated: June 6, 2006                DAVIS POLK & WARDWELL

                                   By: /s/James P. Rouhandeh
                                       James P. Rouhandeh

                                   450 Lexington Avenue
                                   New York, New York 10017
                                   (212) 450-4000

                                   HARE & CHAFFIN

                                   By: /s/David B. Chaffin
                                       David B. Chaffin

                                   160 Federal Street
                                   Boston, Massachusetts 02110
                                   (617) 330-5000

                                   *Attorneys for Defendants Pfizer Inc, Parke-Davis, a
                                   division of Warner Lambert Company, and Warner-
                                   Lambert Company*

FINKELSTEIN & PARTNERS

By: /s/Kenneth B. Fromson
     Kenneth B. Fromson

436 Robinson Avenue
Newburgh, New York 12550
1-800-529-2676

*Attorney for Product Plaintiffs*

## Case Management Orders in the MDL

| CMO Number | Date Entered | Docket Number |
|---|---|---|
| 1 | 12/16/2004 | 15 |
| 2 | 02/24/2005 | 47 |
| 3 | 03/18/2005 | 62 |
| 4 | 06/10/2005 | 138 |

1. CMO # 1 coordinated all transferred cases for the purpose of pretrial proceedings and established the plaintiffs' steering committee and liaison counsel. CMO # 1 further provided for the *Franklin* discovery to be provided to plaintiffs.

2. CMO # 2 set forth the initial schedule for discovery and motion practice in the MDL.

3. CMO # 3 set forth procedures for the filing and service of documents as well as for the production of documents, the taking of depositions, and other issues relating to discovery. CMO # 3 also provided for notice to the Court regarding any settlement negotiations.

4. CMO # 4 provided for the pretrial consolidation of the newly transferred products liability actions, for the appointment of a products liability plaintiffs' steering committee, and for the coordination of proceedings between the marketing and sales practices cases and the products liability cases.