UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
                                                  :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                      :
        SALES PRACTICES AND                       :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION             :
------------------------------------------------- x   Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  :   Magistrate Judge Leo T.
     PRODUCTS LIABILITY ACTIONS                   :   Sorokin
                                                  :
                                                  :
------------------------------------------------- x
```

**MOTION TO STRIKE "PRODUCTS LIABILITY PLAINTIFFS POSITIONS AS TO OUTSTANDING DISCOVERY: AGREEMENTS AND DISPUTES" (DOCKET # 330)**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move, pursuant to Rules 7(b)(1) and 37 of the Federal Rules of Civil Procedure, Local Rules 7.1 and 37.1, and Rule 3:01 of this Court's Expense and Delay Reduction Plan, to strike Products Liability Plaintiffs [sic] Positions as to Outstanding Discovery: Agreements and Disputes (the "Positions Statement") (Docket # 330).

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court strike the Positions Statement.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: June 7, 2006

                        DAVIS POLK & WARDWELL

                        By:   /s/ James P. Rouhandeh
                               James P. Rouhandeh

                        450 Lexington Avenue
                        New York, New York 10017
                        (212) 450-4000

                           - and -

                        HARE & CHAFFIN

                        By:   /s/ David B. Chaffin
                               David B. Chaffin

                        160 Federal Street
                        Boston, Massachusetts 02110
                        (617) 330-5000

                        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                                      /s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 7, 2006.

                                                      /s/David B. Chaffin