UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,    :
SALES PRACTICES AND    :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION    :
------------------------------------------------------------ x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:    :
:   Magistrate Judge Leo T.
:   Sorokin
PRODUCTS LIABILITY ACTIONS    :
:
:
:
------------------------------------------------------------ x

## MOTION FOR PROTECTIVE ORDER
## CONCERNING SCHEDULING OF MARTIN TEICHER'S DEPOSITION

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for the entry of a protective order that the deposition of Martin Teicher, Esq., shall not occur before June 28, 2006.

The grounds for this motion are set forth in the accompanying memorandum. A Declaration of Kathryn M. Carney Cole also is submitted in support of this motion.

WHEREFORE, Defendants respectfully request that the Court enter a protective order that the deposition of Martin Teicher, Esq., shall not occur before June 28, 2006.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: June 8, 2006

                    DAVIS POLK & WARDWELL

                    By:  /s/ James P. Rouhandeh
                            James P. Rouhandeh

                    450 Lexington Avenue
                    New York, New York 10017
                    (212) 450-4000

                    - and -

                    HARE & CHAFFIN

                    By:  /s/ David B. Chaffin
                            David B. Chaffin

                    160 Federal Street
                    Boston, Massachusetts 02110
                    (617) 330-5000

                    *Attorneys for Defendants Pfizer Inc. and*
                    *Warner-Lambert Company*

## **CERTIFICATE OF CONSULTATION**

     I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                          /s/David B. Chaffin

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 8, 2006.

                                          /s/David B. Chaffin