UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------------x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## DECLARATION OF KATHRYN M. CARNEY COLE

I, Kathryn M. Carney Cole, state, under the penalties of perjury, the following:

1. I am an associate at Davis Polk & Wardwell, counsel to defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants").

2. Plaintiffs have noticed the deposition of Martin Teicher for June 14.

3. Mr. Teicher is a high-level, very busy executive of Pfizer. He has other commitments through late June. Were he forced to sit for the deposition on June 14, it would prevent him from attending to other important business.

4. Were the deposition to go forward on June 14, Defendants would not have had an opportunity to adequately prepare Mr. Teicher for his deposition.

5. Indeed, in view of all else that is occurring in this case at this time, there simply is not sufficient time between now and June 14 to ready Mr. Teicher for his deposition.

6. Defendants proposed an alternative date, June 28, for the deposition. Mr. Teicher is available on June 28, and postponing the deposition until then would allow Defendants sufficient time to prepare him for the deposition.

7. Initially, Plaintiffs' counsel did not make themselves available to meet and confer regarding Defendants' proposed alternative date. Plaintiffs' co-counsel Eleanor Polimeni, Esq., a member of the Products Steering Committee and a partner in the law firm of Finkelstein & Partners, stated on June 7, 2006, that she could neither agree nor disagree with the proposed date of June 28. Ms. Polimeni said that she was unable to reach either of her fellow partners – Kenneth B. Fromson, Esq., or Andrew G. Finkelstein, Esq. – and as such could not consent to the extension.

8. Mr. Fromson, in California on June 7, 2006, on a related matter, acknowledged that he had received Defendants' proposed alternative date for Mr. Teicher's deposition but said he was not prepared to consent.

9. On June 8, 2006, Mr. Fromson rejected any change in deposition dates except within seven days of the date provided in Plaintiffs' deposition notices, including the proposal to depose Mr. Teicher on June 28. He did not say that he was unavailable to depose Mr. Teicher on June 28. Instead, he said that Plaintiffs have served a notice to depose another witness in the Neurontin litigation on that day.

SIGNED UNDER THE PENALTIES OF PERJURY<br>
THIS 8th DAY OF JUNE 2006.

/s/ Kathryn M. Carney Cole
Kathryn M. Carney Cole

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 8, 2006.

                      /s/David B. Chaffin