# EXHIBIT B

## DECLARATION OF LYNNITA SMITH

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

1. My name is Lynnita Smith, and I hereby declare as follows:

2. I am presently employed by the Parke Davis division of Pfizer Inc and as part of my duties as a Pfizer employee, I sometimes visit primary care doctors to promote (or "detail") Pfizer products. I have been employed by Pfizer since its takeover of my previous employer Warner Lambert, a company I joined in 1998.

3. As a sales representative, my responsibility is to inform doctors about Pfizer products by providing them with FDA-approved package inserts and other FDA-approved information about those products. I began to inform the primary care doctors I visit about Neurontin only after the drug was approved for use for post-herpetic pain and that use is the one I primarily discussed with the doctors I visited.

4. My job is to make sure that the physician is aware of Pfizer's products, so that he or she can consider whether to prescribe them for particular patients. Typically, any visit I had with a physician lasted less than five minutes, assuming the physician would meet me. Some physicians, as a general business policy, will not meet personally with sales representatives. As a sales representative I have on occasion, and when appropriate, left samples of Pfizer drugs, including Neurontin, with physicians. Each sample package I left behind included a copy of the FDA-approved package insert for the product.

5. I am not a medical doctor or pharmacist. I have no specialized medical or pharmacological education, except for the training I receive from Pfizer.

6.  My knowledge of the drugs I promote is derived exclusively from education provided by my employer. Pfizer provides me with the FDA-approved package inserts and other information regarding the drugs I detail. I had no involvement in the development or preparation of package inserts for any drugs, and no control over the content of any written warnings. I had no involvement with the design or manufacture of Neurontin, with the determination of uses for which it was approved by FDA, or with its prescribing information.

7.  I was not and am not expected to conduct independent research regarding the drugs I detail, and I have not done any independent research. I was not expected to, and do not, review independent scientific studies published in journals unless they are supplied to me by Pfizer. I do not have the training or expertise to conduct independent research.

8.  I am aware that discussions of unapproved uses or other issues outside the FDA-approved package inserts or other FDA-approved information for Pfizer's products is prohibited, and I have not engaged in any such discussions with any doctor I have visited for the company. I have never discussed any unapproved use of Neurontin with any of the physicians I have visited.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 16, 2006

_____
LANITA SMITH
Lynnita