UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------ x
                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :
        SALES PRACTICES AND                      :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION            :
------------------------------------------------ x   Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :   Magistrate Judge Leo T.
                                                 :   Sorokin
        PRODUCTS LIABILITY ACTIONS               :
                                                 :
                                                 :
                                                 :
------------------------------------------------ x
```

**MOTION FOR PROTECTIVE ORDER
CONCERNING MI DONG'S DEPOSITION**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for the entry of a protective order concerning the deposition of Mi Dong.

The grounds for this motion, and the specific relief sought, are set forth in the accompanying memorandum. A Declaration of Erik M. Zissu also is submitted in support of this motion.

WHEREFORE, Defendants respectfully request that the Court enter a protective order concerning the deposition of Mi Dong.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: June 9, 2006

                              DAVIS POLK & WARDWELL

                              By:   /s/ James P. Rouhandeh
                                        James P. Rouhandeh

                              450 Lexington Avenue
                              New York, New York 10017
                              (212) 450-4000

                                  - and -

                              HARE & CHAFFIN

                              By:   /s/ David B. Chaffin
                                        David B. Chaffin

                              160 Federal Street
                              Boston, Massachusetts 02110
                              (617) 330-5000

                              *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                          /s/David B. Chaffin

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 9, 2006.

                                          /s/David B. Chaffin