# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                           MDL Docket No. 1629
------------------------------------------------------------x        Master File No. 04-10981
THIS DOCUMENT RELATES TO:
PRODUCTS LIABILITY LITIGATION                          Judge Patti B. Saris
                                                                             Magistrate Leo T. Sorokin
------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the deposition upon oral examination of those listed below, on behalf of Defendants, PFIZER INC., PARKE-DAVIS, a division of Warner Lambert Company, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC., before a person authorized to administer oaths. The testimony shall be recorded by sound-and-visual and by stenographic means. Unless otherwise agreed, the date/time and locale for said depositions are set forth below.

| **DEPONENT** | **DATE/TIME** | **LOCATION** |
|---|---|---|
| Leslie Tive | June 6, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| Martin Teicher | June 14, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| Mi Dong | June 16, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| John Ford | June 20, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| Lisa Kellet | June 21, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| Francine Kivel | June 23, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| John Knoop | June 27, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
|  |  |  |

| Phil Magistro | June 28, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
|---|---|---|
| Janeth Turner | June 30, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |

Dated: May 6, 2006
      Newburgh, NY

*/s/ Andrew Finkelstein*
_____
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS
*Attorneys for Products Liability Plaintiffs*
436 Robinson Avenue
Newburgh, NY 12550
(845) 562-0203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May 2006, I caused to be served a true and correct copy of the foregoing Notice of Deposition by email PDF and first class U.S. Mail, postage prepaid, to:

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Rouhandeh@dpw.com

David Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000
dchaffin@hare-chaffin.com

*Attorneys for Defendants Pfizer, et uno*

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tom@hbsslaw.com

*Attorneys for Plaintiff Harden Manufacturing Corporation
and Plaintiffs' Liaison Counsel*

_____
Andrew G. Finkelstein