UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:                    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,           :
        SALES PRACTICES AND            :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION  :
                                       :   Judge Patti B. Saris
---------------------------------------------------------------x
                                       :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:              :
                                       :
PRODUCTS LIABILITY ACTIONS             :
                                       :
---------------------------------------------------------------x

### DECLARATION OF KENNETH B. FROMSON IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING SCHEDULING OF MARTIN TEICHER'S DEPOSITION

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for most of the Products Liability Plaintiffs in this matter, and I have full knowledge of the matters stated herein.

2. I have personally conferred with counsel for Defendants concerning the scheduling of the deposition of Martin Teicher in this matter.

3. The Products Liability Plaintiffs' litigation against Defendants began in February 2004, but Plaintiffs still have not been able to obtain much needed meaningful discovery from Defendants.

4. On May 6, 2006, Plaintiffs noticed Defendants for the deposition of Martin Teicher on June 14, 2006. (*See* Plaintiffs' Notice of Deposition, annexed hereto as Exhibit A.)

5. On June 7, 2006, a month after being served with Plaintiffs' Notice of Deposition, Defendants' counsel requested an adjournment of the deposition to June 28, 2006. This request exceeds the directive under Case Management Order No. 3 that: "A responding party may suggest an alternative date no later than seven more working days from the original date."

6. It should be further noted that during the last conference in this case on May 18, 2006, when the Court inquired of defense counsel concerning the scheduling of depositions that had been noticed, counsel saw fit to advise that they had no comments concerning the scheduling and would reserve their rights to seek a protective order as per the Federal Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2006

/s/ Kenneth B. Fromson
Kenneth B. Fromson

Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212

*Attorneys for Products Liability Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 12, 2006.

Dated: June 12, 2006

/s/ Kenneth B. Fromson
Kenneth B. Fromson

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                MDL Docket No. 1629
-----------------------------------------------------------x      Master File No. 04-10981

THIS DOCUMENT RELATES TO:
PRODUCTS LIABILITY LITIGATION                          Judge Patti B. Saris
                                                                               Magistrate Leo T. Sorokin

-----------------------------------------------------------x

PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the deposition upon oral examination of those listed below, on behalf of Defendants, PFIZER INC., PARKE-DAVIS, a division of Warner Lambert Company, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC., before a person authorized to administer oaths. The testimony shall be recorded by sound-and-visual and by stenographic means. Unless otherwise agreed, the date/time and locale for said depositions are set forth below.

| DEPONENT | DATE/TIME | LOCATION |
|---|---|---|
| Leslie Tive | June 6, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| Martin Teicher | June 14, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| Mi Dong | June 16, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| John Ford | June 20, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| Lisa Kellet | June 21, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| Francine Kivel | June 23, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
| John Knoop | June 27, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
|  |  |  |

| Phil Magistro | June 28, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |
|---|---|---|
| Janeth Turner | June 30, 2006 / 9:00 a.m. | Jacoby & Meyers<br>222 Broadway, 18th Floor<br>New York, NY 10038 |

Dated: May 6, 2006
      Newburgh, NY

_____
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS
*Attorneys for Products Liability Plaintiffs*
436 Robinson Avenue
Newburgh, NY 12550
(845) 562-0203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May 2006, I caused to be served a true and correct copy of the foregoing Notice of Deposition by email PDF and first class U.S. Mail, postage prepaid, to:

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Rouhandeh@dpw.com


David Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000
dchaffin@hare-chaffin.com

*Attorneys for Defendants Pfizer, et uno*


Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tom@hbsslaw.com

*Attorneys for Plaintiff Harden Manufacturing Corporation
and Plaintiffs' Liaison Counsel*

_____
Andrew G. Finkelstein