UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------x
                                                          :     MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                             :
         SALES PRACTICES AND                              :     Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                    :
                                                          :     Judge Patti B. Saris
----------------------------------------------------------x
                                                          :     Magistrate Judge Leo T.  Sorokin
THIS DOCUMENT RELATES TO:                                 :
                                                          :
         PRODUCTS LIABILITY ACTIONS                       :
                                                          :
----------------------------------------------------------x
```

**DECLARATION OF KENNETH B. FROMSON IN OPPOSITION
TO DEFENDANTS' MOTION FOR PROTECTIVE
ORDER CONCERNING MI DONG'S DEPOSITION**

I, Kenneth B. Fromson, deposes and states as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, counsel

for most of the Products Liability Plaintiffs in this matter, and I have full knowledge of

the matters stated herein.

2.      I have personally conferred with counsel for Defendants concerning the

scheduling of the deposition of Mi Dong in this matter.

3.      The Products Liability Plaintiffs' litigation against Defendants began in

February 2004, but Plaintiffs still have not been able to obtain much needed meaningful

discovery from Defendants.

4.      On May 6, 2006, Plaintiffs served Defendants with a Notice of Deposition

of nine named individuals, including Mi Dong.  (*See* Plaintiffs' Notice of Deposition,

annexed to Declaration of Erik M. Zissu, Esq., as Exhibit A.)  Mi Dong's deposition was

noticed to be held on June 16, 2006, in New York, New York.

     5.     On the same date, May 6, 2006, Plaintiffs served Defendants with a Notice

of Deposition of Defendants by the "Person Most Knowledgeable", pursuant to Rule

30(b)(6).

     6.     Plaintiffs consented to Defendants' request for an adjournment of the

deposition of Leslie Tive, originally scheduled for June 6, 2006, to June 27, 2006.

     7.     On June 6, 2006, Defendants filed a motion for a protective order

concerning the scheduling of the Rule 30(b)(6) deposition, originally scheduled to be

held on June 13, 2006, requesting that this deposition not occur before July 18, 2006.

     8.     On June 7, 2006, Defendants' counsel indicated that Mi Dong could be

made available for a deposition on June 26, 2006, in Ann Arbor, Michigan, where she

lives and works.  (*See* Memorandum in Support of Motion for Protective Order

Concerning Mi Dong's Deposition, p. 2.)

     9.     In response, Plaintiffs' counsel advised that we would not consent to

change the noticed location of Mi Dong's deposition in New York County, New York.

     10.     On June 8, 2006, Defendants filed a motion for a protective order

concerning the scheduled deposition of Martin Teicher, in particular, seeking an order

that this deposition shall not occur before June 28, 2006..

     11.     On June 9, 2006, Defendants filed a third motion for a protective order,

the present motion concerning the deposition of Mi Dong.

     12.     Just today, June 13, 2006, again more than a month after Plaintiffs'

Notices of Deposition was served, Plaintiffs' attorneys received a letter from Defendants'

annexed to Declaration of Erik M. Zissu, Esq., as Exhibit A.)  Mi Dong's deposition was

noticed to be held on June 16, 2006, in New York, New York.

    5.      On the same date, May 6, 2006, Plaintiffs served Defendants with a Notice

of Deposition of Defendants by the "Person Most Knowledgeable", pursuant to Rule

30(b)(6).

    6.      Plaintiffs consented to Defendants' request for an adjournment of the

deposition of Leslie Tive, originally scheduled for June 6, 2006, to June 27, 2006.

    7.      On June 6, 2006, Defendants filed a motion for a protective order

concerning the scheduling of the Rule 30(b)(6) deposition, originally scheduled to be

held on June 13, 2006, requesting that this deposition not occur before July 18, 2006.

    8.      On June 7, 2006, Defendants' counsel indicated that Mi Dong could be

made available for a deposition on June 26, 2006, in Ann Arbor, Michigan, where she

lives and works.  (*See* Memorandum in Support of Motion for Protective Order

Concerning Mi Dong's Deposition, p. 2.)

    9.      In response, Plaintiffs' counsel advised that we would not consent to

change the noticed location of Mi Dong's deposition in New York County, New York.

    10.     On June 8, 2006, Defendants filed a motion for a protective order

concerning the scheduled deposition of Martin Teicher, in particular, seeking an order

that this deposition shall not occur before June 28, 2006..

    11.     On June 9, 2006, Defendants filed a third motion for a protective order,

the present motion concerning the deposition of Mi Dong.

    12.     Just today, June 13, 2006, again more than a month after Plaintiffs'

Notices of Deposition was served, Plaintiffs' attorneys received a letter from Defendants'

2

17.    Defendants have not submitted any Affidavit from Mi Dong explaining the extent to which her work and personal life might be disrupted by traveling to New York County for her deposition.  Nor is there any indication that the witness will not be fully compensated by her employer for her lost work time, and for any expenses associated with traveling to New York County for her deposition.

18.    It should be further noted that during the last conference in this case on May 18, 2006, when the Court inquired of defense counsel concerning the scheduling of depositions that had been noticed, counsel saw fit to advise that they had no comments concerning the scheduling and would reserve their rights to seek a protective order as per the Federal Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 13, 2006

/s/ Kenneth B. Fromson
Kenneth B. Fromson

Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550
(800) 634-1212

*Attorneys for Products*
*Liability Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 13, 2006.

Dated:  June 13, 2006

/s/ Kenneth B. Fromson
Kenneth B. Fromson

4