# EXHIBIT A

## DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005<br><br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br><br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br><br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br><br>212 450 4511 | MESSETURM<br>60308 FRANKFURT AM MAIN<br><br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br><br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br><br>3A CHATER ROAD<br>HONG KONG |

June 12, 2006

Re:   In re Neurontin, MDL 1629

Kenneth Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550

Dear Ken:

I write regarding the Products Liability Plaintiffs' deposition notice dated May 6, 2006 in the above-captioned proceeding. Several of the individuals listed on the notice are former employees of either Warner-Lambert Company or Pfizer Inc.: John Ford, Phil Magistro, John Knoop, Lisa Kellett and Janeth Turner. Accordingly, the deposition notice is insufficient to compel the testimony of these individuals. As you may know, these individuals were previously deposed in the Franklin matter and are currently represented by counsel.

If you have any questions regarding this matter, please do not hesitate to contact me.

Sincerely yours,

Erik M. Zissu

cc:   David Chaffin, Esq.
      Eleanor Polimeni, Esq.
      Andrew Finkelstein, Esq.
      Jack London, Esq.

By Overnight Mail