UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA ACCETTULLO et al., | MDL Docket No. 1629 |
| Plaintiffs, | Master File No. 04-10981 |
| vs. | Judge Patti B. Saris |
| PFIZER, INC.; PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company, L.L.C.; WARNER-LAMBERT COMPANY; and WARNER-LAMBERT COMPANY, L.L.C, | Magistrate Judge Leo T. Sorokin |
| | STIPULATION AND ORDER CONCERNING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT |
| Defendants. | |

WHEREAS, Peter Miller and The Law Offices of Newton B. Schwartz, Sr. are counsel of record to plaintiffs Martha Accettullo, et al.;

WHEREAS, defendants have requested an extension of the time to answer, move, or otherwise respond to the complaint of these plaintiffs; and

WHEREAS, plaintiffs have agreed to such an extension.

IT IS STIPULATED AND AGREED by and among Peter Miller, The Law Offices of Newton B. Schwartz, Sr., and defendants, and ORDERED by the Court, as follows:

1. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the time within which defendants must move, answer, or otherwise respond to the complaint in this action is extended until thirty (30) days after the date upon which the transfer of the following actions to this Court has been completed: Anderson v. Pfizer, Inc., 3:06-cv-01271 (D.S.C.); Girard v. Pfizer, Inc., Civ. No. 06-1742 (E.D. Pa.); and Brewster v. Pfizer, Inc., 2:06-civ-00529-PMP-GWF (D. Nev.).

2. Any party may move the Court for modification of or relief from this Stipulation and Order pursuant to Rule 7.1 of the Local Rules of this Court.

Dated: June 13, 2006

        DAVIS POLK & WARDWELL

        By: /s/ James P. Rouhandeh
             James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

             - and -

        HARE & CHAFFIN

        By: /s/ David B. Chaffin
             David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

        THE LAW OFFICES OF NEWTON B. SCHWARTZ, Sr.

        By: /s/ Newton B. Schwartz, Sr.
             Newton B. Schwartz, Sr.

        1911 Southwest Freeway
        Houston, Texas 77098
        (713) 630-0708

             - and -

PETER MILLER

By:  /s/ Peter Miller
    Peter Miller

1601 South Broadway
Little Rock, Arkansas 72201
(501) 374-6300

*Attorneys for Plaintiffs Martha Accettullo et al.*

**SO ORDERED:**

_____
Leo T. Sorokin
United States Magistrate Judge

Dated: June ___, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 13, 2006.

/s/David B. Chaffin