UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re: NEURONTIN MARKETING,
     SALES PRACTICES AND
     PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

     PRODUCTS LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION
FOR PROTECTIVE ORDER CONCERNING SCHEDULING
OF MARTIN TEICHER'S DEPOSITION**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants")
submit this memorandum in reply to Product Liability plaintiffs' opposition to
defendants' motion for the entry of a protective order that the deposition of Martin
Teicher, Esq., (hereafter "Pls. Opp.") shall not occur before June 28, 2006.

After further discussions between counsel for the parties, Martin Teicher is to be
deposed at the offices of Davis Polk & Wardwell, 450 Lexington Avenue, New York,
New York 10017, on July 7 beginning not before 9 a.m. and ending not later than 1 p.m.
See Declaration of Erik M. Zissu at ¶¶ 2, 3.  Accordingly, Defendants respectfully
request a protective order that the deposition of Martin Teicher not occur before July 7,
2006 beginning not before 9 a.m. and ending not later than 1 p.m.

Dated: June 14, 2006

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
        James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:   /s/ David B. Chaffin
        David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and*
*Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 14, 2006.

/s/David B. Chaffin