UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------- x
In re:   NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION
----------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

----------------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## DECLARATION OF ERIK M. ZISSU

I, Erik M. Zissu, state, under the penalties of perjury, the following:

1. I am an associate at Davis Polk & Wardwell, counsel to defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants").

2. On June 12, 2006, in a telephonic conference, Defendants informed Plaintiffs' counsel, Kenneth Fromson, Esq., that Martin Teicher, Esq. was no longer available for a deposition on June 28, 2006, the date initially provided. Defendants offered to make Mr. Teicher available on July 7, from 9 a.m. to 1 p.m. at the offices of counsel at 450 Lexington Avenue, New York, New York 10017. Mr. Fromson requested that internet access and printing facilities be available for Plaintiffs' counsel during the deposition. Mr. Fromson was informed in a subsequent telephonic conference on June 12 that internet access and printing facilities would be made available to Plaintiffs counsel during the deposition.

3. On June 13, Mr. Fromson sent an email to Defendants' counsel stating that they would depose Mr. Teicher on July 7 from 9 a.m. to 1 p.m. at the offices of Defendants' counsel.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 14th DAY OF JUNE 2006.

/s/ Erik M. Zissu
Erik M. Zissu

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 14, 2006.

/s/David B. Chaffin