UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------ x
                                                 :
In re: NEURONTIN MARKETING,                      :  MDL Docket No. 1629
       SALES PRACTICES AND                       :
       PRODUCTS LIABILITY LITIGATION             :  Master File No. 04-10981
------------------------------------------------ x
                                                 :  Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                        :
                                                 :  Magistrate Judge Leo T.
       PRODUCTS LIABILITY ACTIONS                :  Sorokin
                                                 :
------------------------------------------------ x
```

**MOTION TO DISMISS THE PERSONAL INJURY PLAINTIFFS' CLAIMS
BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the personal injury plaintiffs' claims based upon allegedly improper marketing practices.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court dismiss the personal injury plaintiffs' claims based upon allegedly improper marketing practices, including their claims of common law fraud, negligent misrepresentation, consumer protection violations, and breach of express warranty.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: June 15, 2006

                                    DAVIS POLK & WARDWELL

                                    By:  /s/ James P. Rouhandeh
                                             James P. Rouhandeh

                                    450 Lexington Avenue
                                    New York, New York 10017
                                    (212) 450-4000

                                        - and -

                                    HARE & CHAFFIN

                                    By:  /s/ David B. Chaffin
                                             David B. Chaffin

                                    160 Federal Street
                                    Boston, Massachusetts 02110
                                    (617) 330-5000

                                    *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

### CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                                        /s/David B. Chaffin

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 15, 2006.

                                                        /s/David B. Chaffin