UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ELDON C. SWANSON, JR. as Personal Representative of the Estate of DR. GEORGE G. SWANSON, deceased, CATHERINE SWANSON, JENNIFER SWANSON, KAREN SWANSON and GEORGE SWANSON, JR.<br><br>*Plaintiffs,*<br><br>vs.<br><br>UNITED STATES OF AMERICA and ROBINSON AVIATION (RVA), INC., a Virginia corporation,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CASE NO.: 3:04-cv-1228-J-33-HTS<br>§<br>§<br>§<br>§<br>§<br>§ |

NOTICE OF CHANGE OF ADDRESS

Jack W. London, co-counsel for Plaintiffs, files this Notice of Change of Address with the clerk of the court.

Jack W. London's business address, 106 East 6th Street, Suite 700, Austin, TX 78701 has changed. Effective June 11, 2006 the new business address is:

Law Offices of Jack W. London & Associates, PC.
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

Phone and fax numbers will remain the same.

Respectfully submitted,
LAW OFFICES OF JACK W. LONDON
& ASSOCIATES, P.C.

_____
JACK W. LONDON, ESQUIRE
Texas Bar No.12512500

3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 478-5858
(512) 478-1120 Fax

**and**

**ZISSER, ROBISON, BROWN,
NOWLIS & MACIEJEWSKI, P.A.
DONALD M. MACIEJEWSKI, ESQUIRE**
Florida Bar No. 0861723
One Independent Drive, Ste. 3306
Jacksonville, Florida 32202
(904) 353-3222
(904) 353-8808 Fax

Attorneys for Plaintiffs

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on this day, June 13, 2006 on the following counsel of record:

Steven Kirsch
U. S. Department of Justice, Civil Division
P.O. Box 14271
Washington, DC 20044-4271

Edward Booth, Jr.
701 W. Adams St., Suite 2
Jacksonville, FL 32202

LAW OFFICES OF JACK W. LONDON
& ASSOCIATES, P.C.

_____
JACK W. LONDON, ESQUIRE
Texas Bar No. 12512500
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

2

(512) 478-5858
(512) 478-1120 Fax

**and**

**ZISSER, ROBISON, BROWN,**
**NOWLIS & MACIEJEWSKI, P.A.**
**DONALD M. MACIEJEWSKI, ESQUIRE**
Florida Bar No. 0861723
One Independent Drive, Ste. 3306
Jacksonville, Florida 32202
(904) 353-3222
(904) 353-8808 Fax

Attorneys for Plaintiffs