UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :     MDL DOCKET NO. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :     Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :     Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :
                                                               :     Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
PRODUCTS LIABILITY ACTIONS                                     :
                                                               :
---------------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS

Jack W. London, counsel in the products liability action files this Notice of Change of Address with the clerk of the court.

Jack W. London's business address, 106 East 6th Street, Suite 700, Austin, TX 78701 has changed. Effective June 11, 2006 the new business address is:

> Law Offices of Jack W. London & Associates, PC.
> 3701 Bee Cave Road, Suite 200
> Austin, Texas 78746

Phone and fax numbers will remain the same.

Respectfully submitted,
LAW OFFICES OF JACK W. LONDON
& ASSOCIATES, P.C.

_____
JACK W. LONDON, ESQUIRE
Texas Bar No.12512500
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 478-5858

(512) 478-1120 Fax

Archie Carl Pierce
State Bar No. 15991500
WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
(512) 476-4600 (telephone)
(512) 476-5382 (facsimile)

ATTORNEYS FOR PLAINTIFF
IRENE BARLOW

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that this document filed through the ECF system has been served pursuant to CMO #3 on June 15th 2006.