UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
------------------------------------------------------------- x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T.
: Sorokin
PRODUCTS LIABILITY ACTIONS
:
:
:
:
------------------------------------------------------------- x

**DEFENDANTS' MOTION TO MODIFY
CASE MANAGEMENT ORDER NO. 3**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move, pursuant to Rule 16 of the Federal Rules of Civil Procedure, for the modification of Section II.C. of Case Management Order No. 3 (Docket No. 62) insofar as it relates to the Products Liability Actions.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court enter an Order that, for purposes of the Products Liability Actions, Section II.C. of Case Management Order No. 3 is replaced with a provision that imposes on the parties an affirmative obligation to cooperate in good faith as to the scheduling and location of depositions.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, Defendants respectfully request a hearing on this motion.

Dated: June 16, 2006

                      DAVIS POLK & WARDWELL

                      By:  /s/ James P. Rouhandeh
                            James P. Rouhandeh

                      450 Lexington Avenue
                      New York, New York 10017
                      (212) 450-4000

                           - and -

                      HARE & CHAFFIN

                      By:  /s/ David B. Chaffin
                            David B. Chaffin

                      160 Federal Street
                      Boston, Massachusetts 02110
                      (617) 330-5000

                      *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATION OF CONSULTATION

I certify that I conferred with opposing counsel (Mr. Fromson) and have attempted in good faith to resolve or narrow the issue presented in this motion.

                            /s/Erik M. Zissu

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 16, 2006.

                            /s/David B. Chaffin