UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
MARTHA ACCETTULLO et al.,           :
                                    :   MDL Docket No. 1629
            Plaintiffs,             :
                                    :   Master File No. 04-10981
      vs.                           :
                                    :   Judge Patti B. Saris
PFIZER, INC.; PARKE-DAVIS, a division of :
Warner-Lambert Company and Warner-  :   Magistrate Judge Leo T. Sorokin
Lambert Company, L.L.C.; WARNER-    :
LAMBERT COMPANY; and WARNER-        :   STIPULATION AND ORDER
LAMBERT COMPANY, L.L.C,             :   CONCERNING TIME TO
                                    :   ANSWER, MOVE, OR
            Defendants.             :   OTHERWISE RESPOND TO
                                    :   PLAINTIFFS' COMPLAINT
---------------------------------- x

WHEREAS, Peter Miller and The Law Offices of Newton B. Schwartz, Sr. are counsel of record to plaintiffs Martha Accettullo, et al.;

WHEREAS, defendants have requested an extension of the time to answer, move, or otherwise respond to the complaint of these plaintiffs; and

WHEREAS, plaintiffs have agreed to such an extension.

IT IS STIPULATED AND AGREED by and among Peter Miller, The Law Offices of Newton B. Schwartz, Sr., and defendants, and ORDERED by the Court, as follows:

1.  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the time within which defendants must move, answer, or otherwise respond to the complaint in this action is extended until thirty (30) days after the date upon which the transfer of the following actions to this Court has been completed: Anderson v. Pfizer, Inc., 3:06-cv-01271 (D.S.C.); Girard v. Pfizer, Inc., Civ. No. 06-1742 (E.D. Pa.); and Brewster v. Pfizer, Inc., 2:06-civ-00529-PMP-GWF (D. Nev.).

2. Any party may move the Court for modification of or relief from this Stipulation and Order pursuant to Rule 7.1 of the Local Rules of this Court.

Dated: June 13, 2006

                DAVIS POLK & WARDWELL

                By: /s/ James P. Rouhandeh
                      James P. Rouhandeh

                450 Lexington Avenue
                New York, New York 10017
                (212) 450-4000

                - and -

                HARE & CHAFFIN

                By: /s/ David B. Chaffin
                      David B. Chaffin

                160 Federal Street
                Boston, Massachusetts 02110
                (617) 330-5000

                *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

                THE LAW OFFICES OF NEWTON B. SCHWARTZ, Sr.

                By: /s/ Newton B. Schwartz, Sr.
                      Newton B. Schwartz, Sr.

                1911 Southwest Freeway
                Houston, Texas 77098
                (713) 630-0708

                - and -

PETER MILLER

By:   /s/ Peter Miller
      Peter Miller

1601 South Broadway
Little Rock, Arkansas 72201
(501) 374-6300

*Attorneys for Plaintiffs Martha Accettullo et al.*

SO ORDERED:

                                        Leo T. Sorokin
                                      United States Magistrate Judge

Dated: June 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 13, 2006.

                                        /s/David B. Chaffin