UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| PRODUCTS LIABILITY CASES | Magistrate Judge Leo T. Sorokin |

**NOTICE OF CORRECTED MEMORANDUM OF LAW OF PFIZER INC. AND WARNER-LAMBERT COMPANY IN SUPPORT OF MOTION TO DISMISS THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES**

PLEASE TAKE NOTICE that Defendants are filing a corrected memorandum of law in support of their motion to dismiss the personal injury plaintiffs' claims based upon allegedly improper marketing practices. This memorandum has been corrected to refer to the complaint of Joseph Cascio filed in the U.S. District Court for the District of New Jersey rather than his complaint filed in New York Supreme Court. Accordingly, the referenced paragraph numbers have been updated where necessary, and one sentence has been added to reflect a slight difference between the two complaints.

Dated: June 21, 2006

DAVIS POLK & WARDWELL

By:  /s/ James P. Rouhandeh
   James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:  /s/ David B. Chaffin
   David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

**CERTIFICATE OF SERVICE**

 I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 21, 2006.

            /s/ David B. Chaffin