UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> PRODUCTS LIABILITY ACTIONS | Magistrate Judge Leo T. Sorokin |

**PRODUCTS LIABILITY PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

The Products Liability Plaintiffs, by the undersigned counsel, respectfully move for an enlargement of time within which they must submit papers in opposition to Defendants' Motion to Dismiss the Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices, from July 3, 2006, to August 1, 2006. In support thereof, Plaintiffs state that the issues raised by Defendants' Motion to Dismiss are complex, and the response thereto requires the coordination of work-product from a number of different law firms. Additional time is needed in order to ensure the Court is presented with a thorough treatment of each of the issues raised by the Motion. Further, additional time is needed for Defendants to file reply papers because of the complexity of the issues, and because many of Defendants' attorneys have scheduled vacations throughout August and during the Labor Day holiday.

Counsel for the Products Liability Plaintiffs responsible for preparation of the opposing papers have consulted with counsel for Defendants, and all counsel have agreed that Plaintiffs shall have until August 1, 2006, to submit papers in opposition to Defendants' Motion to Dismiss, and Defendants shall have until September 15, 2006, to submit reply papers.

WHEREFORE, the parties respectfully request that the Court enlarge to August 1, 2006, the period within which the Products Liability Plaintiffs must submit papers in opposition to Defendants' Motion to Dismiss, and enlarge to September 15, 2006, the period within which Defendants may submit reply papers.

Dated:  June 28, 2006                             Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   /s/ **Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY  12550

By:   /s/ **Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
        & Associates
      106 E. 6th Street, Suite 700
      Austin, TX  78701

## CERTIFICATION OF CONSULTATION

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the foregoing motion, and Defendants have agreed with the requested relief.

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 28, 2006.

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire