UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

**STATUS REPORT JULY 1, 2006**

Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for Plaintiffs and

Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as

well as all cases transferred to MDL No. 1629.

Dated: June 30, 2006

By:  **/s/ James P. Rouhandeh**
     James P. Rouhandeh
     Davis Polk & Wardwell
     450 Lexington Avenue
     New York, NY 10017

By:  **/s/ David B. Chaffin**
     David B. Chaffin
     Hare & Chaffin
     160 Federal Street, 23rd Floor
     Boston, MA 02110

**Counsel for Defendants, Pfizer Inc., et al.**

By:  **/s/ Thomas M. Sobol**
     Thomas M. Sobol
     Hagens Berman Sobol Shapiro LLP
     One Main Street, 4th Floor
     Cambridge, MA 02142

**Plaintiffs' Liaison Counsel**

By:  **/s/Barry Himmelstein**
     Barry Himmelstein, Esquire
     Lieff Cabraser Heimann & Bernstein
     Embarcadero Center West
     275 Battery Street, 30th Floor
     San Francisco, CA 94111-3339

By:  **/s/Don Barrett**
     Don Barrett, Esquire
     Barrett Law Office
     404 Court Square North
     P.O. Box 987
     Lexington, MS 39095

By:      **/s/Daniel Becnel, Jr.**
         Daniel Becnel, Jr., Esquire
         Law Offices of Daniel Becnel, Jr.
         106 W. Seventh Street
         P.O. Drawer H
         Reserve, LA 70084

By:      **/s/James Dugan**
         James R. Dugan, II, Esquire
         Dugan & Browne, PLC
         650 Poydras Street, Suite 2150
         New Orleans, LA 70130

By:      **/s/Thomas Greene**
         Thomas Greene, Esquire
         Greene & Hoffman
         125 Summer Street
         Boston, MA 02110


**Members of the Class Plaintiffs'
Steering Committee**


By:      **/s/Richard Cohen**
         Richard Cohen, Esquire
         Lowey Dannenberg Bemporad
         & Selinger, P.C.
         The Gateway
         One North Lexington Avenue
         White Plains, NY 10601

By:      **/s/Linda P. Nussbaum**
         Linda P. Nussbaum, Esquire
         Cohen Milstein Hausfeld & Toll
         150 East 52nd Street
         Thirteenth Floor
         New York, NY 10022


**Members of the Plaintiffs' Non-Class
Steering Committee**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 30, 2006.

/s/David B. Chaffin

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 7/1/06

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action (Marketing and Sales Practices) | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Motion for Appointment of Tennessee Lead Counsel *sub judice*<br><br>○ January 21, 2005 - Motion for Appointment of Tennessee Lead Counsel [Docket No. 37]<br><br>○ January 21, 2005 - Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38]<br><br>○ February 1, 2005 - Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39]<br><br>○ February 2, 2005 - Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32]<br><br>○ February 11, 2005 - Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36]<br><br>○ March 15, 2005 - Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56]<br><br>○ August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action (cont.) | | | • Motion for Class Certification<br><br>   ○ August 8, 2005 – Plaintiff's Motion for Leave to File Declarations in Support of Plaintiffs' Motion for Class Certification Under Seal [Docket No. 202]; Plaintiffs' Motion to Certify Class [Docket No. 204], Plaintiffs' Memorandum in Support re: Motion to Certify Class [Docket No. 205]<br><br>   ○ March 31, 2006 – Order by Judge Patti B. Saris, staying [#204] Motion to Certify Class pending resolution of the motions to dismiss.<br><br>• Motion for Protective Order Regarding Scope of Discovery<br><br>   ○ June 23, 2006 – Defendants' Motion for Protective Order Concerning Scope of Discovery [Docket No. 375]<br><br>   ○ June 23, 2006 – Defendants' Memorandum in Support of Motion for Protective Order Concerning Scope of Discovery [Docket No. 376]<br><br>• July 3, 2006 – Amended Complaint DUE (pursuant to Judge Saris' Memorandum and Order [Docket No. 356]<br><br>• July 7, 2006 – Joint Scheduling Order DUE (pursuant to Discovery Order No. 2 [Docket No. 372])<br><br>• July 24, 2006 – Defendants' Motion to Dismiss DUE (pursuant to Judge Saris' Memorandum and Order [Docket No. 356]) |

| Coordinated Private Actions (Marketing and Sales Practices) | Master File 04-10981-PBS | D. Mass. cases originally filed. | • Motion for Protective Order Regarding Scope of Discovery:<br><br>  ○ June 23, 2006 – Defendants' Motion for Protective Order Concerning Scope of Discovery [Docket No. 375]<br><br>  ○ June 23, 2006 – Defendants' Memorandum in Support of Motion for Protective Order Concerning Scope of Discovery [Docket No. 376]<br><br>• July 3, 2006 -- Amended Complaint DUE (pursuant to Judge Saris' Memorandum and Order [Docket No. 356])<br><br>• July 24, 2006 – Defendants' Motion to Dismiss DUE (pursuant to Judge Saris' Memorandum and Order [Docket No. 356]) |
| Assurant Health, Inc., et. al., v. Pfizer, Inc. et al. | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Motion to Remand to New Jersey State Court<br><br>  ○ May 19, 2005 - Assurant Plaintiffs' Status Report Regarding Motion to Remand to New Jersey State Court, Notice of Motion, Motion and Motion to Remand, Memorandum in Support of Remand. The New Jersey federal court pleadings were filed with this MDL Court on May 19 and May 31, 2005 [Docket No. 125]. The New Jersey pleadings (the dates below are the New Jersey filing dates) include:<br><br>    • January 27, 2005 - Assurant Plaintiffs' Notice of Motion, Motion and Memorandum in Support of Motion to Remand; Affidavit of David Noveck in Support of Assurant Plaintiffs' Motion to Remand and Exhibits A – L<br><br>    • February 11, 2005 - Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer |

*Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.)

- Ruling of Remand Pending MDL Transfer; Certification of Richard G. Placey, Esquire in Support of Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Joinder of Defendants Anthony Wild and Lodewijk J. R. DeVink in Defendants Pfizer and Warner-Lambert Company's Opposition Plaintiffs' Motion to Remand

- February 25, 2005 - Plaintiffs' Reply Memorandum of Law in Further Support of its Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand; Affidavit of Ronald J. Campione in Support of Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand

  o August 17, 2005 – Notice by Assurant Plaintiffs re: [#125] Status Report; Supplemental Statement of Authority

  o August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin

  o May 31, 2006 – Assurant Plaintiffs' Notice of Supplemental Authority and Supplemental Pleading With Respect to Their Remand Motion [Docket No. 327]

- Assurant Plaintiffs' Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation

4

| | | |
|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | |
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court |

○ May 22, 2005 - Assurant Plaintiffs' Status Report and Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [Docket No. 126]

○ May 27, 2005 – Defendants' Response to Assurant Plaintiffs' Request that Court Issue Suggestion of Remand [Docket No. 136]

○ June 6, 2005 – MDL Plaintiffs' Memorandum of Law in Response to the Assurant Plaintiffs' Suggestion of Remand to the Judicial Panel of Multidistrict Litigation [Docket No. 146]

○ June 16, 2005 – Assurant Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court. [Docket No. 156]

○ June 16, 2005 – Proposed Order Granting Motion for Court to Issue a Suggestion to the Panel to Return Civil Action to the Transferor Court. [Docket No. 163]

○ August 17, 2005 – Assurant Plaintiffs' Supplemental Statement of Authority [Docket No. 217]

○ August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on MultiDistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin

• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005

• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05

• Motion to Remand, stayed

| *Allen et al v. Pfizer, Inc. et al.*, Mass. Docket No. 05-10797 – PBS (*cont'd*) | | | |
|---|---|---|---|

- May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]
- May 26, 2005 - Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]
- June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]
- June 16, 2005 - Request for Oral Argument, by Defendant Pfizer [Docket No. 153]
- June 16, 2005 - Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]
- August 12, 2005 - Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]
- August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214]
- August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215]
- October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241]
- October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242]
- November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248]

| | | | |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al.,* Mass. Docket No. 05–10797 – PBS (cont.) | | | ○ November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br>○ November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252]<br>○ December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258]<br>○ February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] |
| *McMinn v. Pfizer,* 04-2690 | Master File 04-10981-PBS | D. Colorado | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005<br>• Conditionally Transferred on February 8, 2005 – JPML CTO-3<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 |
| *Miller v. Pfizer,* 05-2113 | Master File 04-10981-PBS | W.D. Tennessee | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005<br>• Conditionally Transferred on March 9, 2005 – JPML CTO-4<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 |
| *Davis v. Pfizer,* 05-39 | Master File 04-10981-PBS | E.D. Arkansas | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005<br>• Conditionally Transferred on March 16, 2005 – JPML CTO-5<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 |

| Case | Master File | Court | Procedural History |
|---|---|---|---|
| *Davis v. Pfizer, 05-39 (cont'd)* | | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br>• Motion to Remand<br>  ○ May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont<br>  ○ June 6, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Leotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Vermont |

| | | |
|---|---|---|
| *Hansen v. Pfizer, 05-100 (cont'd)* | Master File<br>04-10981-PBS | D. Maine |
| | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| | | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| | | • Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005 |
| | | • Response to Opposition to Transfer filed by Defendants July 11, 2005 |
| | | • Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005 |
| *Demers v. Pfizer, 05-84* | Master File<br>04-10981-PBS | D. Maine |
| | | • Motion to Remand |
| | | ○ June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine |
| | | ○ June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine |
| | | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | Master File<br>04-10981<br><br>Civil action number<br>04-22228<br>assigned to Medero by<br>MDL: 04-12616-PBS | S.D. Florida |
| | | • Motion to Remand |
| | | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005 |
| | | ○ August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219] |

9

| *Medero v. Pfizer, 04-cv-22228* (cont'd) | | | ○ September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225] . <br><br> ○ September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230] <br><br> ○ February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| --- | --- | --- | --- |

10

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Consolidated Products Liability Cases | Master File 04-10981-PBS | D. Mass. Pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims<br><br>  o May 27, 2005 - Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>  o May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>  o May 31, 2005 –  Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>  o May 31, 2005 - Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>  o June 8, 2005 - Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>  o June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

12

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Consolidated Products Liability Cases (cont.) | | | ○ June 23, 2005 - Defendants' Amended Motion with Regard to Case Management Order No. 4 [Docket No. 164]<br><br>○ June 23, 2005 - Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165]<br><br>○ July 5, 2005 - Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174]<br><br>○ July 5, 2005 - Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175]<br><br>○ August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164]<br><br>○ Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court<br><br>• Motion to Dismiss Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices<br><br>○ June 15, 2006 – Defendants' Motion to Dismiss Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices [Docket No. 363] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Consolidated Products Liability Cases (cont.) | | | o  June 15, 2006 – Defendants' Memorandum in Support of Motion to Dismiss Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices [Docket No. 364]<br><br>o  June 15, 2006 – Declaration of Patrick J. Murray In Support of Motion to Dismiss Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices [Docket No. 365]<br><br>o  June 16, 2006 – Notice of Corrected Memorandum of Law of Pfizer Inc and Warner-Lambert Company in Support of Motion to Dismiss Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices [Docket No. 373]<br><br>o  June 16, 2006 – Defendants' Memorandum in Support of Motion to Dismiss Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices (Corrected) [Docket No 374]<br><br>o  August 1, 2006 – Plaintiffs' Opposition to Defendants' Motion to Dismiss Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices DUE (pursuant to Magistrate Judge Sorokin's June 29, 2006 order)<br><br>•  Motion to Modify Case Management Order No. 3 insofar as it relates to the Product Liability Actions<br><br>o  June 16, 2006 – Defendants' Motion to Modify Case Management Order No. 3 [Docket No. 369] |

13

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Consolidated Products Liability Cases (cont.) | | | |
| *Brodsky v. Pfizer, 04-7960*<br>*Huffman v. Pfizer, 04-7961*<br>*Paulsen v. Pfizer, 04-8464*<br>*Sumair v. Pfizer, 04-8719*<br>*Smith v. Pfizer, 04-8720* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br>• Cases Transferred April 20, 2005 - JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session |
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |

○ June 16, 2006 – Defendants' Memorandum in Support of Motion to Modify Case Management Order No. 3 [Docket No. 370]

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Lyman v. Pfizer, 04-6704<br>Minisquero v. Pfizer, 04-7297<br>Justine James v. Pfizer, 04-7374<br>DiGiacomo v. Pfizer, 04-7962<br>Aronson v. Pfizer, 04-8721<br>Dodson v. Pfizer, 04-8963<br>Kern v. Pfizer, 04-9249<br>Dees v. Pfizer, 04-9304<br>Venass v. Pfizer, 04-9429<br>Populis v. Pfizer, 04-10265<br>Wilson v. Pfizer, 05-72<br>Montgomery v. Pfizer, 05-73<br>Mendoza v. Pfizer, 05-74<br>Hargrove v. Pfizer, 05-75<br>Feyer v. Pfizer, 05-76<br>Retzer v. Pfizer, 05-77<br>Brown v. Pfizer, 05-237 | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005 |
| Cooper v. Pfizer, 04-255 | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| Anderson v. Pfizer, 04-275 | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| Barker v. Pfizer, 04-309 | Master File 04-10981-PBS | E.D. Texas | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| Belbruno v. Pfizer, 05-1682 | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7 |
| Burroughs v. Pfizer, 05-74 | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |

15

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Smolucha v. Pfizer, 04-4882 | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| Gambardello v. Pfizer, 04-4883 | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| Jarosz v. Pfizer, 05-2061 | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| Almeida v. Pfizer, 04-1694 | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| Barlow v. Pfizer, 05-175 | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005<br>• Transferred on July 1, 2005– JPML Transfer Order July 1, 2005 |
| Wilson, et al. v. Pfizer, 04-1963 | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. |
| Cunningham v. Pfizer, 05-4012 | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| Coleman v. Pfizer, 04-722<br>Fish v. Pfizer, 04-723 | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| Teater v. Pfizer, 05-604 | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Notice of Opposition to transfer filed by Plaintiff on June 27, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Teater v. Pfizer, 05-604* (cont.) | | | • August 25, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Transferred on October 19, 2005 – JPML Transfer Order<br><br>• Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Reott v. Pfizer, 05-359* | Master File 04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Smith v. Pfizer, 05-444* | Master File 04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Craft et al. v. Pfizer Inc. et al., 05-00310* | Master File 04-10981-PBS | M.D. Florida | • Conditionally Transferred on July 25, 2005 – JPML CTO-11<br><br>• Notice of Opposition to Transfer filed by Plaintiff August 9, 2005<br><br>• September 12, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on December 1, 2005 – JPML Transfer Order |
| *Alsberge v. Pfizer Inc. et al., 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Briggs v. Pfizer Inc. et al., 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Sanutti v. Pfizer, Inc., et al., 05-0340* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Strickland, et al v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Werner v. Pfizer, 05-6084 Henry v. Pfizer, 05-6087 Colton v. Pfizer, 05-6271 Bentley v. Pfizer, 05-6272 Dixon v. Pfizer, 05-6273 Wendorf v. Pfizer, 05-6274 Richey v. Pfizer, 05-7103 Roberson v. Pfizer, 05-7253* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Watson v. Pfizer, Inc., et al., 05-162* | Master File 04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Johnson v. Pfizer, Inc., 05-2615* | Master File 04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Leitendecker v. Pfizer, Inc., et al., 05-3377* | Master File 04-10981-PBS | N.D. California | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 1, 2005 – Motion to Vacate Conditional Transfer<br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on February 13, 2006– JPML Transfer Order<br>• Motion to Remand:<br>  ○ March 21, 2006 – Plaintiff's Motion to Remand [Docket No. 296]<br>  ○ March 21, 2006 – Plaintiff's Memorandum in Support of Motion to Remand [Docket No. 297]<br>  ○ June 9, 2006 – Defendants' Memorandum in Opposition to Motion to Remand [Docket No. 349] |
| *White v. Pfizer, 05-7571; Christ v. Pfizer, 05-7572; Acton v. Pfizer, 05-7573* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| *Aranda v. Pfizer Inc., et al., 05-309* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14) |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Aranda v. Pfizer, Inc., et al., 05-309 (cont'd)* | | | • November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Fonseca v. Pfizer, Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Dane v. Pfizer, Inc., et al., 1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Browne v. Pfizer, Inc., et al., 7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Smith v. Pfizer, Inc., et al., 7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Marzolo v. Pfizer, Inc., et al., 7828* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Mosley v. Pfizer, Inc., et al., 05-8110* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Salinas v. Pfizer Inc., et al.,* 05-363 | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br>• Notice of Opposition to Transfer Filed by Plaintiff – December 14, 2005<br>• December 23, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-16)<br>• January 12, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *McGee v. Pfizer Inc., et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *O'Bryan v. Pfizer Inc., et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *French v. Pfizer Inc., et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *Spears v. Pfizer,* 05-8890<br>*Belongie v. Pfizer,* 05-8891<br>*Montgomery v. Pfizer,* 05-9144<br>*Sizemore v. Pfizer,* 05-9145<br>*George v. Pfizer,* 05-9238 | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |
| *Felici v. Pfizer, Inc., et al,* 05-386 | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Felic v. Pfizer Inc., et al., 05-386* (cont'd) | | | • January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17)<br><br>• February 10, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *Scott v. Pfizer, 05-9350*<br>*Haddock v. Pfizer, 05-9417* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Lutz v. Pfizer Inc., et al., 05-7469* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Smith et al. v. Pfizer Inc., et al* | Master File 04-10981-PBS | E.D. California | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cascio v. Pfizer Inc et al* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cailor v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Pennsylvania | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Keegan v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Washington | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Adkins v. Pfizer Inc et al | Master File 04-10981-PBS | S. D. West Virginia | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| Mecija v. Pfizer Inc et al, 06-293 | | C.D. California | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br>• Notice of Opposition to transfer filed by Defendant – April 21, 2006<br>• May 2, 2006 – Defendant Hall's Motion to Vacate Conditional Transfer Order (CTO-21)<br>• May 26, 2006 – Defendants' Response to Defendant Hall's Motion to Vacate Conditional Transfer Order<br>• June 1, 2006 – Defendant Hall's Reply Brief to Pfizer Inc.'s Opposition to His Motion to Vacate Conditional Transfer Order (CTO-21) |
| Morris v. Pfizer Inc et al, 06-74 | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| Burke v. Pfizer Inc et al, 06-61 | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| Strickland v. Pfizer Inc et al, 06-1332 | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| Cook v. Pfizer Inc et al, 06-980 | | S.D. New York | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| Young v. Pfizer Inc et al, 06-1308 | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Young v. Pfizer Inc et al (cont'd)* | | | • May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br><br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21) |
| *Brown v. Pfizer Inc et al, 06-504* | | N.D. Texas | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Accetullo, et al. v. Pfizer Inc, et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. v. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundolf, et al. v. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |

24

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *White, et al. v. Pfizer Inc., et al.,* 06-3149 | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. v. Pfizer Inc., et al,* 06-529 | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Girard, et al. v. Pfizer Inc., et al,* 06-1742 | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Anderson, et al. v. Pfizer Inc., et al,* 06-1271 | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |