UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTIONS LIABILITY LITIGATION | MDL DOCKET No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Leo T. Sorokin |
| ALL PRODUCT LIABILITY AND PERSONAL INJURY ACTIONS PENDING IN MDL 1629 | |

**NOTICE TO ALL COUNSEL REPRESENTING PLAINTIFFS IN PRODUCT LIABILTY OR PERSONAL INJURY ACTIONS PENDING IN MDL 1629 AND TO ALL PERSONS WHO ARE PRO SE PLAINTIFFS IN PRODUCTION LIABILITY OR PERSONAL INJURY ACTIONS PENDING IN MDL 1629**

On June 19, 2006, Judge Sorokin entered Discovery Order No. 2 which ruled, inter alia, on abjections to template discovery requests for production and interrogatories submitted by the defendants to product liability and personal injury plaintiffs herein and on objections to template discovery request for production and interrogatories submitted to the defendants by the Product Liability Plaintiffs steering committee on behalf of the product liability and personal injury plaintiffs. All personal injury and product liability plaintiffs' in this MDL are required to respond to the interrogatories and requests for production submitted by the defendants within the limits of Judge Sorokin's order.

The Product Liability Plaintiffs steering committee has today submitted by electronic mail to all known plaintiffs' counsel and to all pro se plaintiffs who have provided an email address MDL Docket #372 which is the order of June 19, 2006, together with suggested template interrogatories to plaintiffs and suggested template
requests for production to plaintiffs for use in responding to defendants' discovery request and interrogatories in the cases pending in this MDL.

If you did not receive a copy of these documents and would like to have a copy, contact the Product Liability Plaintiffs steering committee immediately c/o of Andrew Finkelstein, Eleanor Polmeini, or Jack London at the email, fax, or mailing address shown below.

ANDREW FINKELSTEIN

EMAIL: afinkelstein@lawampm.com

ELEANOR POLIMENI

EMAIL: EPolimeni@lawampm.com lawampm.com

FINKELSTEIN & PARTNERS, LLP
439 Robinson Avenue
Newburgh, N.Y. 12550
Telephone: 1-800-LAW-AMPM
Fax: (845) 562-3492


JACK W. LONDON
3701 Bee Cave Road, Suite 200
Austin, TX 78746
jlondon@texas.net
Telephone: (512) 478-5858
Fax: (512) 478-1120

_____
JACK W. LONDON
Products Liability Steering Committee