UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CREATED AFTER DECEMBER 31, 1998**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, the Class Plaintiffs (*Harden Manufacturing Corp., et al. v. Pfizer, Inc., et al.*) and the Coordinated Third Party Payer Plaintiffs (*The Guardian Life Insurance Company of America v. Pfizer, Inc. and Aetna, Inc. v. Pfizer, Inc.*) (collectively, "Plaintiffs") hereby move to compel the production by defendants Pfizer, Inc. and Warner-Lambert Company (collectively, "Defendants") of documents responsive to the Class and Non-Class Plaintiffs' First Request for Production of Documents ("Plaintiffs' RFP") created between January 1, 1999 and May 31, 2004. *See* Plaintiffs' First RFP at p. 10, Instruction 9 ("Unless otherwise stated, the time period for this Document Request shall be from January 1, 1994 to May, 2004.").

The grounds for this motion are set forth in the Memorandum in Opposition to Motion for Protective Order Concerning Scope of Discovery and in Support of Motion to Compel Production of Documents Created After December 31, 1998 (Docket Number 170), the

454263.1

Declaration of Rebecca J. Poate and attached exhibits (Docket Number 171), Plaintiffs' Reply in support of the motion (Docket Number 189), and the Affidavit of Thomas Greene (Docket Numbers 190 and 191).

WHEREFORE, Plaintiffs respectfully request that the Court enter an order compelling the production by Defendants of documents created between January 1, 1999 and May 31, 2004, that are otherwise responsive to Plaintiffs' RFP.

Dated: July 5, 2006                                          Respectfully Submitted,

By:   **/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:   **/s/ Thomas Greene**
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:   **/s/ Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:   **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

454263.1                                          -2-

By:    **/s/ James Dugan**
       James Dugan, Esquire
       Dugan & Browne
       650 Poydras St., Suite 2150
       New Orleans, LA 70130

*Members of the Class Plaintiffs'
Steering Committee*

By:    **/s/ Thomas M. Sobol**
       Thomas M. Sobol
       Hagens Berman Sobol Shapiro LLP
       One Main Street, 4th Floor
       Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of
the Class Plaintiffs' Steering Committee*

By:    **/s/ Richard Bemporad**
       Richard Bemporad, Esquire
       Lowey Dannenberg Bemporad
       & Selinger, P.C.
       The Gateway
       One North Lexington Avenue
       White Plains, NY 10601

By:    **/s/ Linda P. Nussbaum**
       Linda P. Nussbaum, Esquire
       Cohen Milstein Hausfeld & Toll
       150 East 52nd Street
       Thirteenth Floor
       New York, NY 10022

*Members of the Plaintiffs' Non-Class
Steering Committee*