UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | Magistrate Judge Leo T. Sorokin |

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO FILE PROPOSED SCHEDULING ORDER**

The parties to all Sales and Marketing Practices Actions respectfully move for an enlargement from July 7, 2006 to July 14, 2006 of the time within which they must file a joint scheduling order. The grounds for this motion are:

1. Section 1 of Discovery Order No. 2 directed the parties to confer and to file by July 7, 2006, a joint scheduling order for the Sales and Marketing Practices Actions.

2. Due to, among other things, the press of other business in these proceedings, the parties have been unable to confer for the purposes of preparing a joint scheduling order and, therefore, cannot file a joint scheduling order today.

3. The parties plan to confer within the next few days and expect to be in a position to make the required filing within the week.

2

WHEREFORE, the parties respectfully request that the Court enlarge to July 14, 2006, the period within which they must submit a joint scheduling order for the Sales and Marketing Practices Actions.

Dated: July 7, 2006

By:  **/s/ Thomas M. Sobol**
    Thomas M. Sobol
    Hagens Berman Sobol Shapiro LLP
    One Main Street, 4th Floor
    Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:  **/s/Barry Himmelstein**
    Barry Himmelstein, Esquire
    Lieff Cabraser Heimann & Bernstein
    Embarcadero Center West
    275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339

By:  **/s/Don Barrett**
    Don Barrett, Esquire
    Barrett Law Office
    404 Court Square North
    P.O. Box 987
    Lexington, MS 39095

By:  **/s/Daniel Becnel, Jr.**
    Daniel Becnel, Jr., Esquire
    Law Offices of Daniel Becnel, Jr.
    106 W. Seventh Street
    P.O. Drawer H
    Reserve, LA 70084

By:  **/s/James Dugan**
    James R. Dugan, II, Esquire
    Dugan & Browne, PLC
    650 Poydras Street, Suite 2150
    New Orleans, LA 70130

By:  **/s/ James P. Rouhandeh**
    James P. Rouhandeh
    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, NY 10017

By:  **/s/ David B. Chaffin**
    David B. Chaffin
    Hare & Chaffin
    160 Federal Street, 23rd Floor
    Boston, MA 02110

*Counsel for Defendants Pfizer Inc. et al.*

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs'
Steering Committee*

By: **/s/Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By: **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class
Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 7, 2006.

/s/Edward Notargiacomo