UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| HARDEN MANUFACTURING CORP., v. PFIZER INC., et uno. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and<br>AETNA, INC. v. PFIZER INC. | |

## MOTION TO STRIKE

Defendants Pfizer Inc. and Warner-Lambert Company ("defendants") respectfully move to strike plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 (Docket # 383).

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, defendants respectfully request that the Court strike plaintiffs' Motion to Compel Production of Documents Created After December 31, 1998 (Docket # 383). If the Court determines not to strike plaintiffs' motion, defendants respectfully request that, as a matter of fairness and due process, the Court should also revisit defendants' briefing from 2005 on this issue, set forth in defendants' Memorandum in Opposition to Motion to Compel Production of Documents Created After December 31, 1998 (Docket No. 184).

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, Defendants respectfully request a hearing on this motion.

Dated: July 7, 2006                 PFIZER INC., et uno,

                                    By their attorneys,

                                    s/ James P. Rouhandeh
                                    James P. Rouhandeh

                                    DAVIS POLK & WARDWELL
                                    450 Lexington Avenue
                                    New York, New York  10017
                                    (212) 450-4000

                                    -and-

                                    s/ David B. Chaffin
                                    David B. Chaffin
                                    BBO # 549245
                                    HARE & CHAFFIN
                                    160 Federal Street
                                    Boston, Massachusetts 02110
                                    (617) 330-5000

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                    /s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 7, 2006.

                                    /s/David B. Chaffin