UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:  NEURONTIN MARKETING,                                :   MDL Docket No. 1629
        SALES PRACTICES AND                                 :
        PRODUCTS LIABILITY LITIGATION                       :   Master File No. 04-10981
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                            :
THIS DOCUMENT RELATES TO:                                   :   Magistrate Judge Leo T.
                                                            :   Sorokin
VIRGIL L. ANDERSON, et al., v. PFIZER, INC.;                :
PARKE-DAVIS, a division of Warner-Lambert Company and       :
Warner Lambert Company, L.L.C.; WARNER-LAMBERT              :
COMPANY; and WARNER-LAMBERT COMPANY, L.L.C.,                :
No. 06-11024-PBS                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Pfizer Inc., PARKE-DAVIS, a division of Warner-Lambert Company and Warner Lambert Company, L.L.C.; Warner-Lambert Company; and Warner-Lambert Company, L.L.C. ("Defendants"), respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the assent of plaintiffs, that the time within which Defendants must answer, move, or otherwise respond to the Complaint in the above-referenced action be enlarged to the date thirty (30) days after the date upon which the transfer of the following actions to this Court has been completed: Anderson v. Pfizer, Inc., 3:06-cv-01271 (D.S.C.); Girard v. Pfizer, Inc., Civ. No. 06-1742 (E.D. Pa.); and Brewster v. Pfizer, Inc., 2:06-civ-00529-PMP-GWF (D. Nev.).

The grounds for this motion are:

1. Defendants require additional time within which to prepare their response to the Complaint in the above-referenced action.

  2.  Counsel for plaintiffs have assented to this motion.

  WHEREFORE, Defendants respectfully request that the Court enlarge the time within which they must answer, move, or otherwise respond to the Complaint in the above-referenced action.

| | |
|---|---|
| Dated: July 10, 2006 | DAVIS POLK & WARDWELL |
| | By: /s/James P. Rouhandeh<br>   James P. Rouhandeh |
| | 450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000 |
| | HARE & CHAFFIN |
| | By: /s/David B. Chaffin<br>   David B. Chaffin |
| | 160 Federal Street<br>Boston, Massachusetts 02110<br>(617) 330-5000 |
| | *Attorneys for Defendants* |
| | THE LAW OFFICES OF<br>NEWTON B. SCHWARTZ, SR. |
| | By: /s/Newton B. Schwartz, Sr.<br>   Newton B. Schwartz, Sr. |
| | 1911 Southwest Freeway<br>Houston, Texas 77098<br>(713) 630-0708 |
| |    -and- |

                                          THE LAW OFFICES OF
                                        WILLIAM A. GREEN, LLC

                                        By: /s/William Green
                                                 William Green

*Attorney for Plaintiffs*
*Virgil L. Anderson, et al.*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 10, 2006.

                                                /s/David B. Chaffin