UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: MARKETING AND SALES PRACTICES ACTIONS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**JOINT NOTICE OF FILING PROPOSED CASE SCHEDULES
IN COMPLIANCE WITH DISCOVERY ORDER NO. 2**

Pursuant to the Court's Discovery Order No. 2 dated June 19, 2006 (Docket #372) and the Joint Motion for Extension of Time to File Proposed Scheduling Order dated July 7, 2006 (Docket #385), the parties hereby submit their [Proposed] Scheduling Order which is attached hereto as Exhibit 1. The parties, having conferred, are unable to agree on a schedule and therefore present the Court with alternative schedules as set forth in Exhibit 1.

The parties will, of course, make themselves available if the Court requires briefing or oral argument concerning the proposed schedules.

| | | |
|---|---|---|
| Dated: July 14, 2006 | By: | **/s/ Thomas M. Sobol** |
| | | Thomas M. Sobol |
| | | Hagens Berman Sobol Shapiro LLP |
| | | One Main Street, 4th Floor |
| | | Cambridge, MA 02142 |

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

| | | |
|---|---|---|
| | By: | **/s/Barry Himmelstein** |
| | | Barry Himmelstein, Esquire |
| | | Lieff Cabraser Heimann & Bernstein |
| | | Embarcadero Center West |
| | | 275 Battery Street, 30th Floor |
| | | San Francisco, CA 94111-3339 |
| | | |
| | By: | **/s/Don Barrett** |
| | | Don Barrett, Esquire |
| | | Barrett Law Office |
| | | 404 Court Square North |
| | | P.O. Box 987 |
| | | Lexington, MS 39095 |
| | | |
| | By: | **/s/Daniel Becnel, Jr.** |
| | | Daniel Becnel, Jr., Esquire |
| | | Law Offices of Daniel Becnel, Jr. |
| | | 106 W. Seventh Street |
| | | P.O. Drawer H |
| | | Reserve, LA 70084 |
| | | |
| | By: | **/s/James Dugan** |
| | | James R. Dugan, II, Esquire |
| | | Dugan & Browne, PLC |
| | | 650 Poydras Street, Suite 2150 |
| | | New Orleans, LA 70130 |
| | | |
| | By: | **/s/Thomas Greene** |
| | | Thomas Greene, Esquire |
| | | Greene & Hoffman |
| | | 125 Summer Street |
| | | Boston, MA 02110 |

*Members of the Class Plaintiffs' Steering Committee*

|         |                                      |
|---------|--------------------------------------|
| By:     | **/s/Richard Cohen**                 |
|         | Richard Cohen, Esquire               |
|         | Lowey Dannenberg Bemporad            |
|         | & Selinger, P.C.                     |
|         | The Gateway                          |
|         | One North Lexington Avenue           |
|         | White Plains, NY 10601               |
|         |                                      |
| By:     | **/s/Linda P. Nussbaum**             |
|         | Linda P. Nussbaum, Esquire           |
|         | Cohen Milstein Hausfeld & Toll       |
|         | 150 East 52nd Street                 |
|         | Thirteenth Floor                     |
|         | New York, NY 10022                   |

*Members of the Plaintiffs' Non-Class Steering Committee*


Dated:  July 14, 2006        By:     **/s/ James P. Rouhandeh**
                                     James P. Rouhandeh
                                     Davis Polk & Wardwell
                                     450 Lexington Avenue
                                     New York, NY 10017

                             By:     **/s/ David B. Chaffin**
                                     David B. Chaffin
                                     Hare & Chaffin
                                     160 Federal Street, 23rd Floor
                                     Boston, MA 02110

*Counsel for Defendants Pfizer Inc. et al.*

3

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 14, 2006.

                /s/Edward Notargiacomo

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, ) <br> SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br> ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |

**[PROPOSED] CASE MANAGEMENT ORDER NO.**

July __, 2006

Sorokin, U.S.M.J.

The marketing and sales practices case shall be conducted according to the schedule set forth below:

| EVENT | PLAINTIFFS' PROPOSAL |
|---|:---:|
| End of Class Discovery | September 29, 2006 |
| Filing of Opposition to Motion for Class Certification | October 6, 2006 |
| Filing of Reply | November 3, 2006 |
| Filing of Sur-Reply (if any) | November 17, 2006 |
| Hearing on Motion for Class Certification | December ___, 2006 |
| End of fact discovery | June 29, 2007 |
| Filing of Motions for Summary Judgment | August 1, 2007 |

115626-1

| | |
|---|---|
| Filing of Oppositions to Motions for Summary Judgment | August 31, 2007 |
| Filing of Replies to Oppositions to Motions for Summary Judgment | September 14, 2007 |
| Filing of Sur-Replies (if any) | September 28, 2007 |
| Hearing on Summary Judgment Motions | October ___, 2007 |
| Provision of Plaintiffs' Expert Reports | August 24, 2007 |
| Provision of Defendants' Expert Reports | September 28, 2007 |
| Provision of Expert Rebuttal Reports, if any | October 12, 2007 |
| End of Expert Discovery | November 2, 2007 |

| **EVENT** | **DEFENDANTS' PROPOSAL** |
|---|---|
| End of Class Discovery | December 29, 2006 |
| Filing of Opposition to Motion for Class Certification | January 31, 2007 |
| Filing of Reply | February 28, 2007 |
| Filing of Sur-Reply (if any) | March 21, 2007 |
| Hearing on Motion for Class Certification | April ___, 2007 |
| End of fact discovery | September 28, 2007 |
| Provision of Plaintiffs' Expert Reports | October 31, 2007 |

115626-1

| | |
|---|---|
| Provision of Defendants' Expert Reports | November 30, 2007 |
| Provision of Expert Rebuttal Reports, if any | December 31, 2007 |
| End of Expert Discovery | March 14, 2008 |
| Filing of Motions for Summary Judgment | April 30, 2008 |
| Filing of Oppositions to Motions for Summary Judgment | May 30, 2008 |
| Filing of Replies to Oppositions to Motions for Summary Judgment | June 30, 2008 |
| Filing of Sur-Replies (if any) | July 14, 2008 |
| Hearing on Summary Judgment Motions | August ___, 2008 |

_____
United States Magistrate Judge

115626-1