UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| THIS DOCUMENT RELATES TO:<br><br>ALL MARKETING AND<br>SALES PRACTICES ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME
TO FILE RENEWED MOTIONS TO DISMISS THE AMENDED COMPLAINTS**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants"), respectfully move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the assent of plaintiffs, for an enlargement from July 20, 2006 to July 31, 2006 of the time within which Defendants must file renewed motions to dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint. The grounds for this motion are:

1.   The Court's Memorandum and Order, dated June 12, 2006, directed that any renewed motions to dismiss and supporting memoranda be filed within twenty (20) days of the filing of amended complaints. Order at 25. Plaintiffs filed amended complaints on June 30, 2006. Therefore, Defendants' deadline for filing renewed motions to dismiss the amended complaints is July 20, 2006.

2.   Due to, among other things, the press of other business in these proceedings, the sheer volume of the amended complaints, and the fact that they were

filed immediately prior to the four-day holiday weekend, Defendants require additional time to prepare their renewed motions to dismiss.

      3.      Plaintiffs have assented to a ten-day extension of the deadline for filing the renewed motions to dismiss to thirty (30) days, which would require the filing of the renewed motions on or before July 31, 2006.

      WHEREFORE, Defendants respectfully request that the Court enlarge to July 31, 2006, the period within which Defendants must file their renewed motions to dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint.

Dated: July 14, 2006

                      DAVIS POLK & WARDWELL

                      By:   /s/ James P. Rouhandeh
                             James P. Rouhandeh

                      450 Lexington Avenue
                      New York, New York 10017
                      (212) 450-4000

                            - and -

                      HARE & CHAFFIN

                      By:   /s/ David B. Chaffin
                             David B. Chaffin

                      160 Federal Street
                      Boston, Massachusetts 02110
                      (617) 330-5000

                      *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 14, 2006.

                                               /s/David Chaffin