UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS ) ) ) ) ) | Magistrate Judge Leo T. Sorokin |

## PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Products Liability Plaintiffs, by the undersigned counsel, respectfully move, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order compelling disclosure of information and documents from Defendants that has been duly demanded yet remains outstanding, including ordering Defendants to comply with the disclosure demanded by Plaintiffs in accordance with Document # 330, produce the CMMS Database, IMS health data, complete Neurontin labeling history as noted above and other information and documents duly demanded by Plaintiffs, and comply forthwith with Judge Rakoff's April 25, 2005 Order and Defendants' continuing discovery obligation to supplement their responses to Plaintiffs' demands.

Products Liability Plaintiffs' Motion is supported by the Memorandum of Law submitted herewith, and attached exhibits.

Dated:  July 27, 2006

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*


By:   /s/ **Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY  12550


By:   /s/ **Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
         & Associates
      106 E. 6th Street, Suite 700
      Austin, TX  78701


## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  July 27, 2006

          /s/ **Kenneth B. Fromson**
          Kenneth B. Fromson, Esquire


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 27, 2006.

          /s/ **Kenneth B. Fromson**
          Kenneth B. Fromson, Esquire