UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
:
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND :
PRODUCTS LIABILITY LITIGATION : MDL Docket No. 1629
------------------------------------------------------------- x :
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al., 06- :
10912-PBS : Magistrate Judge Leo T.
: Sorokin
VIRGIL L. ANDERSON, et al., v. PFIZER INC. et al., 06- :
11024-PBS :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., 06- :
11022-PBS. :
:
CHARLES D. GIRARD, Sr. et al. v. PFIZER, INC. et al., 06- :
11023-PBS :
:
------------------------------------------------------------- x

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner Lambert Company, LLC, Warner-Lambert Company, and Warner-Lambert Company, LLC ("Defendants"), respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the assent of plaintiffs, that the time within which Defendants must answer, move, or otherwise respond to the Complaints in the above-referenced actions be enlarged to August 11, 2006.

The grounds for this motion are:

1. Defendants require additional time within which to prepare their response to the Complaints in the above-referenced actions.

2. Counsel for plaintiffs have assented to this motion.

WHEREFORE, Defendants respectfully request that the Court enlarge the time within which they must answer, move, or otherwise respond to the Complaints in the above-referenced actions.

Dated: July 27, 2006                                              DAVIS POLK & WARDWELL

By: /s/James P. Rouhandeh
James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

HARE & CHAFFIN

By: /s/David B. Chaffin
David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants*

THE LAW OFFICES OF
NEWTON B. SCHWARTZ, SR.

By: /s/Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.

1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 27, 2006.

                                             /s/David B. Chaffin