# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | |

### PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH CASE MANAGEMENT ORDER NO. 3 AND FOR ORDER CONCERNING CONTENT OF PRIVILEGE LOGS

The Plaintiffs, by counsel, respectfully request that the Court:

1. Order Defendants to comply with the requirement in Section II.F of Judge Saris' Case Management Order No. 3 that a privilege log be provided to Plaintiffs 14 days after *each production* of documents;

2. Order Defendants to provide a privilege log within 30 days for documents previously withheld or redacted in this litigation, including any documents withheld or redacted in the *Franklin* litigation, as well as any documents which the Defendants have produced to the personal injury plaintiffs with the understanding that they would be provided to the Class Plaintiffs;

3. Require that for each document withheld on the basis of privilege, the withholding party identify the date, type, title, author, recipient, number of pages, a specific explanation of why the document is privileged, and in the case of redacted documents, the bates number(s) of the page(s) that have been redacted; and

4. Order that any party making a production in which no documents have been redacted or withheld on the basis of privilege, provide the other party with a letter indicating that no documents have been redacted or withheld on the basis of any privilege.

In support of this Motion, Plaintiffs are filing simultaneously herewith their Memorandum in Support of Motion to Compel Defendants' Compliance with CMO No. 3 and for Order Concerning Content of Privilege Logs.

Dated:  July 27, 2006                              Respectfully Submitted,

                                             By:     **/s/ Thomas M. Sobol**
                                                       Thomas M. Sobol
                                                       Hagens Berman Sobol Shapiro LLP
                                                       One Main Street, 4th Floor
                                                       Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:     **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:     **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:     **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs'*
*Steering Committee*

By: **/s/Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By: **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class*
*Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 27, 2006.

/s/Edward Notargiacomo