# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | |

## ORDER COMPELLING DEFENDANTS' COMPLIANCE WITH CASE MANAGEMENT ORDER NO. 3 AND <u>CONCERNING CONTENT OF PRIVILEGE LOGS</u>

This matter comes before the Court on Plaintiffs' Motion to Compel Defendants' Compliance with Case Management Order No. 3 and for Order Concerning Content of Privilege Logs. The Court, having reviewed the parties' submissions regarding this matter, and otherwise being duly advised in the premises, now orders and states as follows:

Section II.F of Judge Saris' Case Management Order No. 3 provides that "[p]rivilege logs shall be provided 14 days after a production." This requires the parties to provide a privilege log 14 days after <u>each production</u> of documents.

Accordingly:

1.  Defendants are hereby ordered to comply with the requirement in Section II.F of Judge Saris' Case Management Order No. 3 that a privilege log be provided to Plaintiffs 14 days after *each production* of documents;

2.  Defendants shall provide a privilege log to Plaintiffs within 30 days of this Order for all documents previously withheld or redacted in this litigation, including any documents

withheld in the *Franklin* litigation, as well as any documents which the Defendants have produced to the personal injury plaintiffs with the understanding that they would be provided to the Class Plaintiffs; and

    3.    For each document either party withholds or has withheld, or redacts or has redacted, on the basis of privilege, the withholding/redacting party shall identify the date, type, title, author, recipient, number of pages, a specific explanation of why the document is privileged, and in the case of redacted documents, the bates number(s) of the page(s) that have been redacted.

    4.    Any party making a production in which no documents have been redacted or withheld on the basis of privilege shall provide the other party with a letter indicating that no documents have been redacted or withheld on the basis of any privilege.

_____  
Date

_____  
Leo T. Sorokin, Magistrate Judge  
United States District Court