UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and | |
| AETNA, INC. v. PFIZER INC. | |

## MOTION TO DISMISS

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, to dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint.

The grounds for this motion are set forth in the accompanying Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Support of Motion To Dismiss the Second

Amended Class Action Complaint and the Second Coordinated Amended Complaint (the "Memorandum of Law").

In support of this motion, defendants submit the Memorandum of Law and a Declaration of Patrick J. Murray.

WHEREFORE, defendants respectfully request that the Court dismiss portions of the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint with prejudice.

Dated: July 27, 2006

         PFIZER INC., et uno,

         By their attorneys,

         /s/James P. Rouhandeh
         James P. Rouhandeh

         DAVIS POLK & WARDWELL
         450 Lexington Avenue
         New York, New York 10017
         (212) 450-4000

         - and -

         /s/David B. Chaffin
         David B. Chaffin

         HARE & CHAFFIN
         BBO # 549245
         160 Federal Street
         Boston, Massachusetts 02110
         (617) 330-5000

         *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 27, 2006.

      /s/David B. Chaffin

## CERTIFICATE OF CONSULTATION

      I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion and that the requirements of Local Rule 7.1 have been complied with.

      /s/David B. Chaffin