# EXHIBIT 4

# 29 Antiseizure Drugs

Carl W Bazil

## Introduction

Antiseizure drugs (ASDs) are the mainstay of treatment for the majority of patients with epilepsy. With few exceptions, patients typically receive one or more drugs for at least several years. ASDs are not a single class of drugs; in fact they represent a wide variety of chemical entities and potential mechanisms of action. Effectiveness is not dependent on the etiology of the seizure disorder. At present, all ASDs prevent the primary symptom of epilepsy—seizures; however, they are not "antiepileptic" in that they do not prevent the onset of epilepsy or alter the course of the disease. On the other hand, some ASDs are also effective for other neurological symptoms and diseases, such as neuropathic pain and migraine, and have been called by the broader term "neuromodulators."

The goal of drug therapy is usually complete freedom from seizures. In some cases, seizures that are not disabling (such as brief olfactory auras or visions without impairment of consciousness) may be acceptable to the patient. ASDs should also not cause significant adverse effects. A drug that completely controls seizures but results in constant tiredness is not an acceptable treatment. Because ASDs represent such a broad variety of compounds, they differ in many ways. In particular, adverse effects and pharmacokinetic properties vary widely between drugs and can be very important in choice of drug for a particular patient. These differences are outlined in this chapter. The dramatic increase in the available agents over the past 10 years, many with improved adverse-effect profiles, makes seizure freedom without adverse effects a reality for a greater numbers of patients.

## General principles: selection of ASDs

The first and most important part of choosing a drug is making sure it is appropriate for the seizure type. Several drugs are effective only against partial seizures—simple, complex, or secondarily generalized (Table 29.1), but all such drugs are also effective against primary generalized tonic–clonic seizures. Most agents in this group block rapid firing of voltage-sensitive sodium channels. Other drugs are "broad spectrum" and seem to be effective against a wide variety of seizure types. Many such agents have multiple mechanisms of action, including enhancement of $\gamma$-aminobutyric acid (GABA)ergic transmission, inhibition of excitatory transmission (mediated by AMPA or kainite receptors), or blockade of sodium channels. Individual drugs may be better suited to specific seizures, however. Ethosuximide is unique in that it is effective only against absence seizures, and clonazepam is useful chiefly in the treatment of myoclonic seizures.

**Table 29.1** Drugs used to treat various types of seizures

| Seizure type | Effective drugs |
| --- | --- |
| Broad spectrum (all seizure types, including partial, absence, myoclonic, tonic, and generalized tonic–clonic) | Valproate<br>Lamotrigine<br>Topiramate<br>Zonisamide<br>Levetiracetam (?)<br>Felbamate (refractory only) |
| Partial seizures only (including primary and secondarily generalized) | Carbamazepine<br>Phenytoin<br>Gabapentin<br>Tiagabine<br>Oxcarbazepine<br>Phenobarbital<br>Primidone<br>Levetiracetam |
| Absence seizures only | Ethosuximide |
| Infantile spasms | Valproate<br>Vigabatrin<br>Zonisamide |

Carbamazepine, phenytoin, primidone, and phenobarbital are equally effective for partial and secondarily generalized seizures,[1] although in an individual patient one may be effective when another is not. Valproate is also as effective for secondarily generalized seizures, but is somewhat less effective than carbamazepine (and, presumably, phenytoin) in treating simple or complex partial seizures.[2] There have been few direct comparisons of effectiveness of newer drugs; however, a meta-analysis suggested no significant difference between gabapentin, lamotrigine, tiagabine, topiramate, vigabatrin, and zonisamide.[3]

Although antiseizure potency appears to be roughly equivalent for these drugs, they differ substantially in terms of side effects, pharmacokinetic properties, and cost. Phenytoin and zonisamide, for example, have relatively long half-lives, allowing once-daily dosing. In patients with poor compliance, these drugs may therefore be preferable to gabapentin, which must typically be administered three or four times daily. Carbamazepine, despite its short half-life, may be given twice daily if an extended-release formulation is used. Concern about the occasional undesirable cosmetic effects of phenytoin (gingival hypertrophy, hirsutism, and coarsening of facial features) makes carbamazepine preferable to some patients, particularly young women. Phenobarbital and primidone are rarely used now as initial therapy because of the high incidence of sedation and cognitive side effects.

As a group, generalized-onset seizures respond well to valproate, and this is usually the drug of first choice. Valproate can be used effectively as monotherapy in most patients, even when several types of generalized-onset seizure coexist. Lamotrigine, topiramate, and zonisamide are now reasonable alternatives when valproate fails. Phenytoin and carbamazepine are also effective against primary generalized tonic-clonic seizures; however, when absence or myoclonic seizures coexist with generalized tonic-clonic seizures another drug (e.g. ethosuximide, clonazepam) must be used. Infrequently, phenytoin, carbamazepine, tiagabine, or gabapentin may actually aggravate non-convulsive generalized-onset seizures.[4,5]

In most cases, it is preferable to treat with one drug rather than two drugs or more. Most patients (about 60%) achieve satisfactory control with the first agent tried.[1] Of those in whom the first drug is ineffective, about 55% responded to an alternative drug used alone. Of the remaining patients, only half have better control of seizures with two drugs. Usually, moreover, improved control of seizures with two or more drugs is accompanied by increased side effects, often because of drug interactions, which are not necessarily reflected in "toxic" blood concentrations of either drug. In patients who cannot be completely controlled on one drug, combinations should be chosen in order to minimize these potential complications.

Plasma drug levels have been commonly used with older agents, and levels are now available for most of the newer drugs as well. Most older ASDs (phenytoin, carbamazepine, phenobarbital) have a narrow, well-defined therapeutic range, although specific patients vary in terms of a level that is effective and one that causes toxic symptoms. Plasma levels, however, are not required "routinely,"[6] particularly for the newer drugs. Other conditions in which levels may be useful include suspected non-compliance, lack or loss of therapeutic effect, suspected toxicity, suspected alteration of metabolism (by a secondary disease, a changing physiological state, or drug-drug interactions), the need for medicolegal verification of treatment, and verification of increased absorption when this is dose-dependent (as with gabapentin).

## Characteristics of individual ASDs

The properties of the most commonly used ASDs are given briefly here. The practical aspects of treatment, including usual dosage, titration time, effective plasma concentrations, and cost are listed in Table 29.2; pharmacokinetics are summarized in Table 29.3; drug interactions in Table 29.4; dosing in renal failure in Table 29.5; and a summary of important characteristics of each drug in Table 29.6.

### Phenytoin

Phenytoin was introduced clinically in 1938 following pioneering laboratory studies by Merritt and Putnam.[7] At clinically useful concentrations, phenytoin inhibits high-frequency repetitive firing by a use-dependent blockade of the voltage-dependent sodium channel.[8] Phenytoin is the only chronically administered ASD that may be given orally, intravenously (phenytoin or fosphenytoin) or intramuscularly (fosphenytoin). Parenteral phenytoin is available in a solution containing 50 mg/mL in 40% propylene glycol and 10% ethanol. The solution is highly alkaline (pH 12) and precipitates readily. It must be given by slow intravenous infusion at a rate not exceeding 50 mg/min and requires cardiac and blood pressure monitoring. Infiltration of this toxic vehicle into subcutaneous tissues can result in severe tissue injury. Perhaps the most dramatic example of this is the "purple hand syndrome,"[9] consisting of pain, swelling and discoloration of the hand and forearm as a result of infiltration of the solution through small hand veins. In severe cases, vascular compromise and sepsis can occur, requiring emergency fasciotomy or even amputation.

Because of these limitations of parenteral phenytoin, fosphenytoin was developed. Chemically, it is a phosphate ester prodrug of phenytoin. Because it is highly water soluble, fosphenytoin may be administered in aqueous solutions, and therefore the side-effect profile is improved compared with parenteral phenytoin. Administration is also more rapid (up to 150 mg phenytoin equivalents/min), with a conversion half-life of 8–15 minutes. When administration time and conversion are considered, the two preparations give bioequivalent plasma free phenytoin concentrations at about the same rate.[10] Unlike phenytoin, fosphenytoin may be administered intramuscularly. Plasma phenytoin generally reaches maximum levels

Table 29.2  Practical aspects of the use of ASDs

| Drug | Year of approval for use in the USA | Usual adult starting dose (mg/day) | Usual adult dose (mg/day) | Dosing schedule (number of daily doses) | Titration time to lowest maintenance dose (days) | Usual effective plasma conc (µg/mL) | Pediatric maintenance dose (mg/kg/day) | Other laboratory tests to monitor | Cost/month brand (generic); lowest effective dose, $US |
|---|---|---|---|---|---|---|---|---|---|
| Phenobarbital | 1912 | 90 | 90–180 | 1 | 1 | 15–40 | 3–5 | LFTs | NA (10) |
| Phenytoin | 1938 | 300 | 300–400 | 1 | 1 | 10–20 | 5–7 | LFTs | 24 (23) |
| Ethosuximide | 1960 | 250 | 750–1500 | 2 | 7–14 | 40–100 | 15–40 | CBC, LFTs | 95 (NA) |
| Carbamazepine | 1974 | 200 | 800–1600 | 2 (slow release) | 7–14 | 8–12 | 10–30 | LFTs, sodium, CBC | 58 (15) |
| Valproate | 1978 | 250 | 1000–3000 | 2 | 7–14 | 50–120 | 15–60 | LFTs | 98 (36) |
| Felbamate | 1993 | 600 | 2400–3600 | 2–3 | 14–21 | 20–140* | 15–90 | CBC, LFTs, reticulocyte count | 157 (NA) |
| Gabapentin | 1993 | 900 | 1800–3600 | 3–4 | 1 | 4–16 | 30–90 | None | 178 (NA) |
| Lamotrigine | 1994 | 12.5–50† | 100–500† | 1–2 | 28–42 | 2–16 | 2–15† | None | 138 (NA) |
| Topiramate | 1996 | 25 | 200–400 | 2 | 28–42 | 4–10 | 5–40† | None | 177 (NA) |
| Tiagabine | 1997 | 8 | 32–56 | 3–4 | 28–42 | NE | 1 | None | 125 (NA) |
| Levetiracetam | 1999 | 1000 | 1000–3000 | 2–3 | 1 | 5–45* | 15–60 | None | 103 (NA) |
| Oxcarbazepine | 2000 | 300 | 1200–2400 | 2–3 | 7–14 | 10–35§ | 20–40 | CBC, sodium | 179 (NA) |
| Zonisamide | 2000 | 100 | 100–600 | 1–2 | 1 | 10–40* | 4–8 | None | 50 (NA) |

*Not established; represents usual concentration in patients receiving therapeutic dose.
†Varies with concomitant AED (lower with enzyme inducers; higher with enzyme inhibitors).
‡Neonates and infants require high doses, owing to rapid metabolism of the drug.
§Of the active 10-monohydroxy metabolite.
Although no set guidelines are available, in general older patients (aged over 65 years) may require lower doses of all drugs, owing to reduced renal clearance or hepatic function. Laboratory tests should be monitored, in general, at initiation of treatment, once on maintenance dose, then at most every 6 months or (usually) as needed to monitor adverse effects. The exception is felbamate, where tests should be monitored every 2–4 weeks during the first year of treatment and at least every 3 months thereafter.
Costs are based on Drug Topics Red Book, 2000; DRUG TOPICS RED BOOK Medical Economics Company, 5 Paragon Drive, Montvale NJ 07645.
ASDs, antiseizure drugs; NE, not established; NA, not available.

BAZIL 0000026

**Table 29.3 Pharmacokinetics of ASDs**

| Drug | Half-life (hours) | Metabolism | Time to peak concentration (hours) | Bound fraction (%) |
|---|---|---|---|---|
| Phenobarbital | 100 | >90% hepatic, with induction | 2–8 | 45 |
| Phenytoin | 22 | >90% hepatic, with induction | 3–8 | 90–95 |
| Ethosuximide | 60 | 65% hepatic, no induction | 3–7 | <5 |
| Carbamazepine | 8–22 | >90% hepatic, with induction | 4–8 | 75 |
| Valproate | 15–20 | >95% hepatic, with inhibition | 3–8 | 80–90 |
| Felbamate | 14–23 | 60% hepatic | 2–6 | 25 |
| Gabapentin | 5–7 | >95% renal | 2–3 | <5 |
| Lamotrigine | 12–60* | >90% hepatic, no induction | 2–5 | 55 |
| Topiramate | 19–25 | 30% hepatic, no induction | 2–4 | 9–17 |
| Tiagabine | 5–13 | >90% hepatic, no induction | 1 | 95 |
| Levetiracetam | 6–8 | >65% renal | 1 | <10 |
| Oxcarbazepine | 8–10† | >90% hepatic, mild induction | 3–13 | 40† |
| Zonisamide | 63 | 70% hepatic, no induction | 2–6 | 40 |

*Varies with concomitant AED (lower with enzyme inducers; higher with enzyme inhibitors).
†Of the active 10-monohydroxy metabolite.
ASDs, antiseizure drugs.

**Table 29.4 Effects of ASDs on serum concentrations of other ASDs**

| | Inducers of hepatic enzymes (phenobarbital, phenytoin, carbamazepine) | Inhibitors of hepatic enzymes (valproate) | Felbamate | Gabapentin, lamotrigine, topiramate, tiagabine, levetiracetam, oxcarbazepine, zonisamide |
|---|---|---|---|---|
| Phenytoin | ↓ | ↑↓ | ↑ | → (↑ topiramate, oxcarbazepine) |
| Carbamazepine | ↓ | ↑ | ↓ (↑ carbamazepine epoxide) | → |
| Phenobarbital | ↓ | ↑↓ | ↑ | → |
| Valproate | ↓ | | ↑ | → (↓ topiramate, tiagabine, lamotrigine) |
| Felbamate | ↓ | ↑ | | ? (possibly →?) |
| Gabapentin | → | → | → | → |
| Lamotrigine | ↓ | ↑ | ? | → |
| Topiramate | ↓ | ↑ | ? | → |
| Tiagabine | ↓ | ↑ | ? | → |
| Levetiracetam | → | → | → | → |
| Oxcarbazepine | ↓ | ↓ | ? | → |
| Zonisamide | ↓ | → | → | → |

The effects shown in the table represents the effects each drug class in the top row has on serum concentrations of each drug listed on the left.
Some of these interactions have not been directly studied; however probable effects can be inferred from known drug properties.
ASDs, antiseizure drugs; ↓, decreased; ↑, increased; →, no change; ↑↓, can either increase or decrease; ?, unknown.

about 30 minutes after intramuscular administration of fosphenytoin. Fosphenytoin is more tightly bound to plasma proteins than phenytoin, resulting in a possible transient rise in free phenytoin, owing to displacement by fosphenytoin.[11]

Use of phenytoin is complicated by its zero-order kinetics at therapeutic doses.[12] This means that if a physician attempts to increase or decrease the steady state concentration by simple linear extrapolation from a known plasma level, the result is often an unexpectedly high (possibly toxic) or low (subtherapeutic) concentration. Furthermore, in any individual patient with toxic serum levels, one cannot reliably predict the time that will be required for the phenytoin concentration to fall to the therapeutic range. The non-linear pharmacokinetics of phenytoin also exaggerate differences in bioavailability between the brand and generic preparations.

Neurotoxicity is dose-related.[12] Nystagmus appears first and is usually clinically insignificant. Higher plasma levels are associated with ataxia, dysarthria, diplopia, nausea, and a feeling of dysequilibrium. Higher levels still (usually above 35 μg/mL) are accompanied by mental dulling, drowsiness, and rarely by a paradoxical increase in seizure frequency. Reversible movement disorders, including chorea,

**Table 29.5** Dosage adjustments to ASDs in renal failure and dialysis

| Drug | Renal excretion (%) | Adjustment required | Removed by dialysis |
| --- | --- | --- | --- |
| Carbamazepine | Minimal | Decrease by 25% if GFR <10 ml/min | No |
| Ethosuximide | 10–20 | Decrease by 25% if GFR <10 ml/min | Yes |
| Phenobarbital | 25–30 | Increase dose interval by 50% to 100% | Yes |
| Phenytoin | Minimal | No | No |
| Primidone | 20 | Increase dosing interval | Yes |
| Valproate | Minimal | No | No |
| Gabapentin | 100 | Clearance proportional to creatinine clearance; in renal failure, give dose after dialysis | Yes |
| Lamotrigine | 90 | Decrease dose by 25% to 50% | Yes |
| Topiramate | 70 | Decrease dose by 50% | Yes |
| Tiagabine | Minimal | No | No |
| Levetiracetam | Minimal | Decrease dose by 50% | Yes |
| Oxcarbazepine | 35 | Decrease dose by 50% | Unknown |
| Zonisamide | 30 | Decrease dose by 30% | Unknown |

ASDs, antiseizure drugs; GFR, glomerular filtration rate.

dystonia, myoclonus, and asterixis, can occur, most often in patients with underlying brain damage. Cerebellar atrophy occurs with chronic phenytoin use, but its clinical importance remains controversial. Chronic phenytoin use can cause a peripheral neuropathy, but this is usually clinically evident only as minor findings on examination, such as depressed stretch reflexes and diminished vibratory sensation in the feet.

Limiting side effects, apart from rare idiosyncratic reactions (including Stevens–Johnson syndrome),[13] are cosmetic—gingival hyperplasia, hirsutism, and coarsening of facial features. These seem to occur most often in children, adolescents, and young adults. Hypocalcemia and osteomalacia may be seen as a result of phenytoin-induced alterations in vitamin D metabolism. Megaloblastic anemia occurs from folate deficiency.

### Carbamazepine

Carbamazepine is a dibenzepine derivative that is chemically and pharmacologically related to the tricyclic antidepressants. Its spectrum of action, both clinically and in animal seizure models, is very similar to that of phenytoin. Like phenytoin, carbamazepine at clinically relevant concentrations inhibits voltage-dependent sodium channels. Carbamazepine was approved for the treatment of seizures in 1974. Carbamazepine is available only for oral administration, as immediate or sustained-release tablets and as an oral suspension (100 mg/5 mL). It is used for complex partial and generalized tonic–clonic (primary and secondary) seizures only; carbamazepine can worsen certain other generalized seizures, particularly myoclonic seizures.[5] Additionally, carbamazepine is used for trigeminal neuralgia and mood stabilization.

The clinical pharmacokinetics of carbamazepine are complicated by the phenomenon of autoinduction of its own metabolism by hepatic microsomal enzymes. In carbamazepine naïve patients, introduction of the drug is associated with a half-life of about 30 hours. Within a few days to a few weeks, the half-life decreases to 10–20 hours. An acute dysequilibrium syndrome, fatigue, and drowsiness occur when treatment is started too rapidly. Dose-related, reversible neurotoxicity includes blurred or double vision, nystagmus, dizziness, headache, and incoordination. Mild symptoms may appear early in the course of treatment during dosage adjustment, but tolerance may develop. Dystonia and chorea occur rarely, usually in the setting of polypharmacy and brain damage, but less often than with phenytoin.[14] Skin rashes occur in about 10% of patients.[15] Life-threatening idiosyncratic reactions (e.g. Stevens–Johnson syndrome) are very rare.[13] Mild elevations in hepatic enzymes (aspartate aminotransferase, alanine aminotransferase) occur in 5% to 10% of treated patients and are of no clinical significance. Mild leukopenia is common[15] but has no clinical significance and does not correlate with the rare cases of aplastic anemia. Carbamazepine has antidiuretic effects, which result in hyponatremia and water retention. This may reflect renal and hypothalamic as well as antidiuretic effects. Mild to moderate hyponatremia is generally unimportant,[14] although it sometimes relates to patient complaints of dizziness, headache, and nausea. Severe hyponatremia (less than 122 mmol/L) and water retention can exacerbate seizures or contribute to congestive heart failure in patients with compromised cardiac function.

### Valproate

The anticonvulsant properties of valproate were discovered accidentally when it was being used as a solvent in tests of other compounds that were being screened for anticonvulsant activity. It was approved by the Food and Drug Administration (FDA) in the USA for treatment of absence seizures in 1978. It has a broad spectrum of anticonvulsant activity and has since been approved for treatment of partial seizures as well as of migraine and mania. It is still considered the drug of choice for all forms of primary generalized epilepsy. It is available as tablets, as sprinkles,

BAZIL 0000026

Table 29.6  Summary of advantages and disadvantages of various ASDs

| Drug | Advantages | Disadvantages |
| --- | --- | --- |
| Phenobarbital | Inexpensive<br>Once-daily dosing<br>Intravenous formulation available | Sedation<br>Withdrawal<br>Drug interactions (including oral contraceptives) |
| Phenytoin | Inexpensive<br>Once-daily dosing<br>Intravenous formulation available | Complicated pharmacokinetics<br>Drug interactions (including oral contraceptives)<br>Highly protein bound<br>Hypersensitivity<br>Sedation<br>Cosmetic effects |
| Carbamazepine | Inexpensive<br>Twice daily dosing (extended release) | Drug interactions (including oral contraceptives)<br>Hypersensitivity<br>Sedation (rare)<br>Hyponatremia (usually asymptomatic)<br>Leukopenia (usually asymptomatic)<br>Aplastic anemia (rare) |
| Valproate | Broad spectrum<br>Useful in other conditions<br>Intravenous formulation available | Drug interactions<br>Highly protein bound<br>Tremor<br>Weight gain<br>Sedation (rare)<br>Hepatic toxicity, especially in children |
| Gabapentin | No drug interactions<br>Rapid titration<br>Useful in other conditions | 3–4 times daily dosing<br>Dose-dependent absorption |
| Lamotrigine | Broad spectrum<br>Wide experience<br>Few drug interactions<br>Once- or twice-daily dosing | Hypersensitivity<br>Slow titration |
| Topiramate | Broad spectrum<br>Few drug interactions<br>Twice daily dosing | Slow titration<br>Cognitive effects<br>Interferes with oral contraception<br>Renal stones (rare) |
| Tiagabine | Few drug interactions | Highly protein bound<br>Slow titration<br>Cognitive effects<br>Gastrointestinal effects |
| Levetiracetam | No drug interactions<br>Rapid titration<br>Twice daily dosing | Limited experience<br>Spectrum of action unknown |
| Oxcarbazepine | Few drug interactions<br>Rapid titration | Interferes with oral contraception<br>Hypersensitivity<br>Hyponatremia |
| Zonisamide | Broad spectrum<br>Few drug interactions<br>Once-daily dosing | Hypersensitivity<br>Renal stones (rare) |

ASDs, antiseizure drugs.

and as an intravenous solution. A maximum rate of 20 mg/min is recommended for the intravenous solution, however much faster rates have been used safely.[16,17] Nausea, vomiting, and gastrointestinal distress are among the most common adverse effects of oral valproate, and they are reduced if the drug is taken with food. Other common side effects include weight gain, hair loss (usually thinning, not complete alopecia), menstrual irregularity, and an essential-like tremor.[12] Cognitive function is not significantly impaired with valproate monotherapy, but mental dulling and sedation are common when valproate is combined with benzodiazepines or barbiturates.

Hyperammonemia is relatively common with valproate and, although usually asymptomatic, may produce encephalopathy even in the absence of other

Case 1:04-cv-10981-PBS    Document 404-4    Filed 07/27/2006    Page 8 of 17

indications of hepatic dysfunction.[12] Mild to moderate alterations in liver enzymes and hepatic function is common (occurring in 40% of patients) and is usually dose-related and reversible. Fatal hepatitis can occur as an idiosyncratic reaction; this is not predictable by routine laboratory screening tests or from pre-existing hepatic dysfunction. The greatest risk of fatal hepatic disease is in children under the age of 2 years who are receiving valproate as polytherapy (in whom it occurs in one in 500 cases). Even young children receiving valproate as monotherapy are at increased risk (one in 7000 cases). Older children have much lower risks (one in 45 000 cases), with no cases reported in patients over the age of 10 years receiving valproate as monotherapy.[18] Acute pancreatitis can be caused by valproate, more often in children than adults.

The mechanism of the antiseizure effect of valproate is unknown. Early evidence favored an action that enhances GABA-mediated inhibition. Although valproate increases brain GABA levels, this does not correlate well with anticonvulsant effect. More recent evidence suggests that valproate, like phenytoin, blocks voltage-dependent sodium channels. Modulation of brain GABA levels may also play a long-term role.[19] As with ethosuximide, valproate reduces T-type calcium currents.[20] Multiple mechanisms of action are consistent with the known wide spectrum of action of valproate.

### Ethosuximide

Ethosuximide is unique among ASDs in that it seems to be effective only against absence seizures. In seizure models, it inhibits chemically induced seizures but is ineffective against seizures induced by the maximal electroshock test. Its mechanism of action is probably through reduction of low threshold T-type calcium current.[21] Dose-related side effects include both gastrointestinal effects (pain, nausea, vomiting, and diarrhea) and central neurological effects (headache, irritability, drowsiness, and dizziness). Rare serious idiosyncratic reactions include severe rash (Stevens–Johnson syndrome) and bone marrow toxicity.[12]

### Gabapentin

Gabapentin is an amino acid that consists of a cyclohexyl group added to the chemical backbone of GABA, a major inhibitory neurotransmitter. It was specifically designed to interact with GABA receptors or GABA transport mechanisms. Neither of these occur; however, the drug was found to be an effective anticonvulsant. Gabapentin binds to a specific site in neuronal membranes that acts as an L-amino acid transporter, and it increases extraneuronal GABA.[10] It was approved by the FDA in the USA in 1994 for adjunctive therapy in the treatment of complex partial seizures, with or without secondary generalization. It is not useful for generalized seizures and it can worsen certain types of generalized seizures (particularly myoclonic seizures).[22] It is also commonly used for neuropathic pain, migraine, mood disorders, and social phobia. Gabapentin is unique among ASDs in exhibiting dose-dependent absorption, probably because of uptake by a saturable transport mechanism in the gut. Bioavailability therefore decreases from 52% of a 400 mg dose to 31% of a 1600 mg dose when administered 3 times daily.[23] Bioavailability is not affected by food. Because of this dose-dependent bioavailability, plasma concentrations of gabapentin are not proportional to dose.

Gabapentin has no significant drug–drug interactions, making it an ideal agent in complicated medical patients.[22] Gabapentin is typically well tolerated. The most common side effects observed in add-on trials were headache, ataxia, fatigue, nausea, and somnolence. These are generally mild and self-limited and rarely require withdrawal of medication. No serious or idiosyncratic adverse effects have been seen to date.

### Lamotrigine

Lamotrigine was originally developed because of an observation that some anticonvulsants have antifolate properties. Although lamotrigine weakly inhibits dihydrofolate reductase, there is no correlation between this activity and its anticonvulsant action. It acts through prolonging inactivation of voltage-sensitive sodium channels. Use-dependent inhibition of sodium channels has also been shown, and lamotrigine may act specifically on the slow inactivated site.[24] These actions resemble those of phenytoin and carbamazepine, both older ASDs. Unlike these agents, however, lamotrigine inhibits glutamate release.[25] Lamotrigine was approved in the USA in 1995 for use as add-on therapy in partial seizures with or without secondary generalization. In 1999 it was approved for use in monotherapy and for generalized seizures associated with the Lennox–Gastaut syndrome. Multiple mechanisms of action are consistent with its known efficacy against many seizure types, including absence, atonic, and partial seizures.

Although lamotrigine does not appreciably affect the metabolism of other drugs, the rate of elimination is profoundly influenced by agents that enhance hepatic enzymes (phenytoin, carbamazepine, phenobarbital) or inhibit them (valproic acid). When lamotrigine is given in monotherapy, its elimination half-life is about 25 hours. When given with an enzyme inducer, its half-life is reduced to 15 hours. When given with an inhibitor, its half-life increases tremendously, to about 60 hours.[26] Dosage and titration rates must therefore be adjusted when lamotrigine is used in combination with any of these drugs.

Lamotrigine is generally well tolerated. In add-on trials, the most commonly observed adverse effects were blurred vision, ataxia, diplopia, and dizziness. For reasons that are poorly understood, lamotrigine can exacerbate the symptoms of carbamazepine toxicity. The most troublesome side effect seen in initial trials was rash, which was occasionally serious and necessitated hospitalization. This occurred in up to 10% of patients in add-on trials, and seems to be more problematic and severe in the pediatric population.[27] Subsequent analysis suggests that rapid titration may

BAZIL 0000030

increase the risk of rash, particularly when valproate is administered concomitantly. In a monotherapy trial of lamotrigine versus carbamazepine, the rates of rash were approximately equal.[15]

### Topiramate

Chemically, topiramate is a weak carbonic anhydrase inhibitor, although this action is probably not responsible for its anticonvulsant action. Topiramate prolongs inactivation of voltage-sensitive sodium channels. This action resemble those of phenytoin and carbamazepine, both older ASDs. Additionally, topiramate acts as an agonist at the (inhibitory) GABA-A receptors and as an antagonist at the (excitatory) non-N-methyl-D-aspartate glutamate receptor.[28] These mechanisms might help to explain broad spectrum of action of topiramate—it has additional efficacy against absence and atonic seizures. It was approved in the USA in 1996 for use as add-on therapy in partial seizures, and it has subsequently been approved for use in children aged 2 years and older and for primary generalized seizures.

Topiramate is generally well tolerated. In add-on trials, the most commonly observed adverse effects were fatigue, somnolence, and dizziness. Cognitive impairment and word-finding difficulties may be seen;[22] these typically worsen with rapid titration and improve with dose reduction. Renal stones occur in about 1% of patients;[26] this is possibly related to the action of topiramate as a carbonic anhydrase inhibitor. Patients should be instructed to remain well hydrated while taking the drug, and it should be used with caution in combination with zonisamide or acetazolamide or with the ketogenic diet. Mild weight loss can occur; this is dose-related.[29]

### Tiagabine

Tiagabine was specifically designed as an inhibitor of GABA reuptake. Administration results in increased levels of synaptic GABA in the brain,[10] which is probably responsible for its effectiveness against seizures. Tiagabine was approved in the USA in 1997 for use as add-on therapy in partial seizures. At present, there is little evidence to support a broader spectrum of action in epilepsy. In fact, tiagabine can occasionally induce new seizure types in patients with partial seizures.[4] Tiagabine is generally well tolerated. In add-on trials, the most commonly observed adverse effects were somnolence, nervousness, and dizziness. Gastrointestinal side effects also occur; these are improved if the drug is taken with meals and if it is titrated slowly (usually over several weeks).

### Levetiracetam

Levetiracetam was approved in the USA in 1999 for adults as adjunctive therapy. Efficacy against photosensitive epilepsy suggests that it may have a broader spectrum of action. Chemically, levetiracetam is a single enantiomer, (−)-(S)-α-ethyl-2-oxo-1-pyrrolidine acetamide; it is an analog of piracetam. The precise mechanism of action in seizure control is unknown; however, it binds to a stereoselective site on ion synaptic membranes in the central nervous system, and it may inhibit bursts of neuronal firing without affecting normal neuronal excitability.[10] The major advantages of levetiracetam over most other ASDs lie in its ease of administration and its lack of drug-drug interactions. It may be started at a full dose (500 mg twice daily) on the first day of therapy, whereas most ASDs must be slowly titrated to avoid adverse effects.

As with most ASDs, the predominant adverse effects of levetiracetam involve the central nervous system. Most common are dizziness, somnolence, and "asthenia" (lack or loss of strength), although rates of discontinuation in clinical trials was not different from placebo.[10] No serious or life-threatening adverse effects have so far been attributed to levetiracetam. Rarely, mild decreases in hematocrit and white blood cell count were seen, but they did not require discontinuation of the drug in clinical trials.

### Oxcarbazepine

Oxcarbazepine is chemically related to carbamazepine. It shows fewer drug-drug interactions, mainly because it has lower hepatic induction effects. Moreover, carbamazepine is metabolized chiefly into carbamazepine-10,11-epoxide, an active metabolite that is responsible for a number of toxic adverse effects. Oxcarbazepine, on the other hand, is rapidly reduced to the 10-monohydroxyl metabolite, which is principally responsible for the anticonvulsant effects. The mechanism of action of the 10-monohydroxyl metabolite (like that of carbamazepine) probably involves blockade of voltage-sensitive sodium channels.[10] Oxcarbazepine therefore promises to have fewer adverse effects than carbamazepine but to be similarly effective against partial seizures. Oxcarbazepine is approved for adults as adjunctive therapy and monotherapy for partial seizures and in children aged 4 years and over as adjunctive therapy for partial seizures. Its chemical and pharmacological similarity to carbamazepine suggests that it will not be useful in other seizure types. If converting from carbamazepine, de-induction will occur, thereby increasing levels of some other drugs.

Oxcarbazepine has also been used in trigeminal neuralgia and affective disorders, although no large well-controlled studies have been published.

Oxcarbazepine can cause neurological toxicity, predominantly somnolence and diplopia. Rash may occur; cross-reactivity in patients with a previous carbamazepine rash is about 30%.[30] As with carbamazepine, hyponatremia can occur, although this is usually asymptomatic.[25] There have been no reports of leukopenia, aplastic anemia, or hepatic failure.

### Zonisamide

Zonisamide was approved in the USA in 2000 as adjunctive treatment for partial seizures in adults. Despite this limited indication, there is broad experience worldwide with this compound in children and for generalized seizures. Chemically, zonisamide is a sulfonamide. It acts to block voltage-dependent sodium channels[31] (like phenytoin,

carbamazepine, and several other ASDs) but it also reduces voltage dependent T-type calcium currents, binds to the GABA receptor,[32] and facilitates dopaminergic and serotonergic neurotransmission.[33] These multiple mechanisms are consistent with the clinical observation that zonisamide is a broad-spectrum ASD. Zonisamide is also a weak carbonic anhydrase inhibitor, which is probably responsible for an increased incidence of symptomatic renal stones, although in clinical trials the rate was similar to placebo.[10] Zonisamide has a long half-life, and it may be administered either once or twice daily. Adverse effects are usually transient and self-limited; these include neurological effects (somnolence and dizziness), gastrointestinal effects (anorexia, nausea, and diarrhea), and rash.[34] Slow titration may decrease the incidence of adverse effects.

### Drug interactions

Drug interactions and the effects of systemic disease on ASD disposition are complicated, particularly with the older ASDs. Table 29.4 summarizes some important drug interactions and therapeutic maneuvers to minimize changes in ASD plasma concentrations. Most of these interactions arise from hepatic induction or inhibition, with consequent alteration of drug half-life. Other interactions occur, such as increased free fraction of drug when highly plasma-bound agents (phenytoin, valproate, tiagabine) are co-administered. Pharmacodynamic interactions may also occur, but these are less well understood and more difficult to characterize.

### Pregnancy and ASDs

The use of ASDs in women of child-bearing age carries risks to both the mother and to the developing fetus. The risks to the mother chiefly concern changing drug levels during pregnancy and consequent potential increases in seizure frequency. The risks to the developing fetus include seizures, with the potential for anoxia and trauma, and the teratogenic effects of ASDs.

The overall risk of having a baby with a major malformation is about 2% to 3% in healthy populations.[35,36] The major malformations encountered most often are cardiac and "midline" defects (cleft lip and palate), but others, including brain and spine malformations, may occur. Minor malformations are more common and include unusual facial features and finger and nail hypoplasia. These in particular may reflect a genetic, non-drug-related factor. The risk of major malformations is increased to 5% to 6% in women with epilepsy who are taking a single ASD, but it may be considerably higher in women who are taking multiple drugs. This increased risk is not entirely due to the drug, as women with seizures have a slightly increased risk in the absence of medication (possibly owing to genetics or seizures during pregnancy, or both).[37] More importantly, women with epilepsy have a nearly 95% chance of having a healthy baby.

About one-third of women with epilepsy experience increased seizures during pregnancy. To a large degree, this is due to falling ASD levels, which occur especially in the second half of pregnancy owing to a variety of physiological changes that promote increased volume of distribution and clearance for the drug. Thus, ASD levels should be followed closely during pregnancy. Free drug levels, if available, are more reliable than total drug measurements.

Some ASDs reduce serum folate levels, which may adversely affect the developing nervous system, and there is now clear experimental and good circumstantial clinical evidence that the risk of neural tube defects is reduced, and possibly eliminated, by preconceptual folic acid.[38] The effective dose, however, is unknown, but most physicians now recommend 1 mg/day.

Because virtually all ASDs promote a hemorrhagic diathesis in the newborn, vitamin K 20 mg/day, should be prescribed during the last month of pregnancy. Vitamin K given to the newborn alone may rarely be inadequate to prevent hemorrhage.[37]

Women with epilepsy who are taking ASDs and who desire to breast-feed should not be discouraged. Except for barbiturates, which may sedate babies, there is little reason to be concerned even though small quantities of the ASDs will appear in breast milk.

In summary, the best treatment of the pregnant woman with epilepsy is optimal treatment of her seizure disorder.

### How to choose the right ASD

As described above, there are a wide variety of ASDs now available. The first step is to choose an agent effective for the patient's seizure type. With partial seizures, virtually any agent (with the exception of ethosuximide) may be considered. Clinicians may have an opinion with regard to efficacy, but there are no data to support significant overall differences between agents.

For new-onset partial seizures, carbamazepine remains the drug of first choice, owing to its long track record of safety, efficacy, and tolerability. It may be started relatively rapidly, although the patient must be followed over several weeks because of the drug's autoinduction and the resulting changes in its serum levels. Because of these limitations, oxcarbazepine is a good alternative that has similar efficacy to that of carbamazepine but with fewer adverse effects and decreased drug interactions (with no autoinduction). Only with continued experience will it be seen if oxacarbazepine will replace carbamazepine.

Reasonable alternative first-line drugs for patients with new-onset seizures include phenytoin, gabapentin, and lamotrigine. Phenytoin may be given once daily; however, its complicated pharmacokinetics and adverse-effect profile is likely to make it less popular as clinicians become increasingly comfortable with the newer agents. Gabapentin and lamotrigine are particularly attractive for complicated medical

BAZIL 0000032

patients, owing to their lack of drug–drug interactions, and they are rapidly becoming more widely used in older patients, both for this reason and because of their favorable tolerability. The extremely favorable safety and tolerability of gabapentin make it a reasonable first-line choice in children.

Second-line agents for partial seizures include valproate, topiramate, zonisamide, levetiracetam, and tiagabine. Less favorable adverse-effect profiles and limited experience (particularly in the case of levetiracetam) usually relegate these drugs to use only after the others discussed above have failed or if they cannot be used for other reasons, such as allergic reaction. Felbamate is used only in highly refractory cases.

For absence seizures, valproate and ethosuximide remain first-choice drugs. Lamotrigine, zonisamide, and topiramate are reasonable alternatives that may have fewer adverse effects than valproate. For other generalized seizure types, the options are the same except that ethosuximide is not effective. In very refractory patients, particularly those with multiple seizure types such as in the Lennox–Gastaut syndrome, lamotrigine, zonisamide, topiramate, and felbamate may be particularly useful.

Finally, drugs may be chosen on the basis of their efficacy in other diseases. Increasingly, ASDs are being recognized as "neuromodulators" as well. Therefore, in patients with migraine, neuropathic pain, or social phobia, gabapentin may be preferred. In migraine or mania, valproate should be considered. The effectiveness of the newest agents in conditions other than epilepsy remains to be clarified.

Overall, the increase in the agents available for seizure control make the possibility of complete control without adverse effects possible for many patients. As our understanding of these agents increases, it may also be possible to predict with greater accuracy specific patients who will respond best to certain drugs.

## References

1. Mattson RH, Cramer JA, Collins JF, et al. A comparison of carbamazepine, phenobarbital, phenytoin, and primidone in partial and secondarily generalized tonic–clonic seizures. N Engl J Med 1985;313:145–151
2. Mattson RH, Cramer JA, Collins JF. Comparison of valproate with carbamazepine for the treatment of complex partial seizures and secondarily generalized tonic–clonic seizures in adults. N Engl J Med 1992;327:765–771
3. Marson AG, Kadir ZA, Hutton JL, Chadwick DW. The new antiepileptic drugs: a systematic review of their efficacy and tolerability. Epilepsia 1997;38:859–880
4. Eckardt KM, Steinhoff BJ. Nonconvulsive status epilepticus in two patients receiving tiagabine treatment. Epilepsia 1998;39:671–674
5. Perucca E, Gram L, Avanzini G, Dulac O. Antiepileptic drugs as a cause of worsening seizures. Epilepsia 1998;39:5–17
6. Schoenenberger RA, Tanasijevic MJ, Jha A, Bates DW. Appropriateness of antiepileptic drug level monitoring. JAMA 1995;274:1622–1626
7. Merritt HH, Putnam TJ. Sodium diphenyl hydantoinate in the treatment of convulsive disorders. JAMA 1938;111:1068–1073
8. DeLorenzo RJ. Phenytoin: mechanisms of action. In: Levy RH, Mattson RH, Meldrum BS, eds. Antiepileptic Drugs. 4th ed. New York: Raven Press, 1995;271–282
9. Hanna DR. Purple glove syndrome: a complication of intravenous phenytoin. J Neurosci Nursing 1992;24:340–345
10. Bialer M, Johannessen SI, Kupferberg HJ, et al. Progress report on new antiepileptic drugs: a summary of the fourth Eilat conference (EILAT IV). Epilepsy Res 1999;34:1–41
11. Browne TR, Kugler AR, Eldon MA. Pharmacology and pharmacokinetics of fosphenytoin. Neurology 1996;46(Suppl 1):3–7
12. Brodie MJ, Dichter MA. Antiepileptic drugs. New Engl J Med 1996;334:168–175
13. Tennis P, Stern RS. Risk of serious cutaneous disorders after initiation of use of phenytoin, carbamazepine, or sodium valproate: a record linkage study. Neurology 1997;49:542–546
14. Mattson RH. Carbamazepine. In: Engel J, Pedley TA, eds. Epilepsy: a Comprehensive Textbook. Philadelphia: Lippincott–Raven, 1997:1491–1502
15. Brodie MJ, Richens A, Yuen AWC. Double-blind comparison of lamotrigine and carbamazepine in newly diagnosed epilepsy. Lancet 1995;345:476–479
16. Naritoku DK, Mueed S. Intravenous loading of valproate for epilepsy. Clin Neuropharmacol 1999;2:102–106
17. Venkataraman V, Wheless JW. Safety of rapid intravenous infusion of valproate loading doses in epilepsy patients. Epilepsy Res 1999;35:147–153
18. Dreifuss FE, Santilli N, Langer DH, et al. Valproic acid hepatic fatalities: a retrospective review. Neurology 1987;37:379–385
19. Rowan AJ. Valproate. In: Engel J, Pedley TA, eds. Epilepsy: a Comprehensive Textbook. Philadelphia: Lippincott–Raven, 1997:1599–1607
20. Kelly KM, Gross RA, MacDonald RL. Valproic acid selectively reduces the low-threshold (T) calcium current in rat nodose neurons. Neurosci Lett 1990;116:233–238
21. Coulter DA, Huguenard JR, Prince DA. Characterization of ethosuximide reduction of low-threshold calcium current in thalamic neurons. Ann Neurol 1989;25:582–593
22. Herman ST, Pedley TA. New options for the treatment of epilepsy. JAMA 1998;280:693–694
23. Gidal BE, DeCerce J, Bockbrader HN, et al. Gabapentin bioavailability: effect of dose and frequency of administration in adult patients with epilepsy. Epilepsy Res 1998;31:91–99
24. Leach MJ, Marden CM, Miller AA. Pharmacological studies on lamotrigine, a novel potential antiepileptic drug. II. Neurochemical studies on the mechanism of action. Epilepsia 1986;27:490–497
25. Meldrum B, Leach M. The mechanisms of action of lamotrigine. Rev Contemp Pharmacother 1994;5:107–114
26. Dichter MA, Brodie MJ. New antiepileptic drugs. New Engl J Med 1996;334:1583–1590
27. Schlienger RG, Shapiro LE, Shear NH. Lamotrigine-induced severe cutaneous adverse reactions. Epilepsia 1998;39(Suppl 7):S22–S26
28. White HS. Clinical significance of animal seizure models and mechanism of action studies of potential antiepileptic drugs. Epilepsia 1997;38(Suppl 1):S9–S17
29. Shorvon SD. Safety of topiramate: adverse events and relationships to dosing. Epilepsia 1996;37(Suppl 2):S18–S22

BAZIL 0000033

Case 1:04-cv-10981-PBS    Document 404-4    Filed 07/27/2006    Page 12 of 17

30. Van Parys JAP, Meinardi H. Survey of 260 epileptic patients treated with oxcarbazepine (Trileptal) on named-patient basis. Epilepsy Res 1994;19:79–85
31. Rock DM, Macdonald RL, Taylor CP. Blockade of sustained repetitive action potentials in cultures of spinal cord neurons by zonisamide (AD 810, CI 912), a novel anticonvulsant. Epilepsy Res 1989;3:138–143
32. Bazil CW, Pedley TA. Advances in the medical treatment of epilepsy. Annu Rev Med 1998;49:135–162
33. Okada M, Kaneko S, Hirano T, et al. Effects of zonisamide on dopaminergic systems. Epilepsy Res 1995;22:193–205
34. Leppik IE, Willmore LJ, Homan RW, et al. Efficacy and safety of zonisamide: results of a multicenter study. Epilepsy Res 1993;14:165–173
35. Kalter H, Warkany J. Congenital malformations. N Engl J Med 1983;308:491–497
36. Kelly TE. Teratogenicity of anticonvulsant drugs 1: review of the literature. Am J Med Genet 1984;19:413–434
37. Yerby MS, Collins SD. Teratogenicity of antiepileptic drugs. In: Engel J, Pedley TA, eds. Epilepsy: a Comprehensive Textbook. Philadelphia: Lippincott–Raven, 1997:1195–1203
38. Morrell MJ. The new antiepileptic drugs and women: efficacy, reproductive health, pregnancy, and fetal outcome. Epilepsia 1996;37(Suppl 6):S34–44

BAZIL 0000034

Ferrari MD. Migraine. *Lancet* 1998;351:1043–1051.
Goadsby PJ. A triptan too far? *J Neurol Neurosurg Psychiatry* 1998;64:143–147.
Goadsby PJ, Gundlach AL. Localization of ³H-dihydroergotamine binding sites in the cat central nervous system: relevance to migraine. *Ann Neurol* 1991;29:91–94.
Grimson BS, Thompson HS. Raeder's syndrome. A clinical review. *Surg Ophthalmol* 1980;24:199–210.
Hoskin KL, Kaube H, Goadsby PJ. Sumatriptan can inhibit trigeminal afferents by an exclusively neural mechanism. *Brain* 1996;119:1419–1428.
Lance JW, Goadsby PJ. *Mechanism and management of headache*, 6th ed. London: Butterworth Scientific, 1998.
Nyholt DR, Lea RA, Goadsby PJ, et al. Familial typical migraine. *Neurology* 1998;50:1428–1432.
Olesen J. Cerebral and extracranial circulatory disturbances in migraine: pathophysiological implications. *Cerebrovasc Brain Metab Rev* 1991;3:1–28.

Raps EC, Rogers JD, Galetta SL, et al. The clinical spectrum of unruptured intracranial aneurysms. *Arch Neurol* 1993;30:265–268.
Raskin NH. Lumbar puncture headache: a review. *Headache* 1990;30:197–200.
Raskin NH. Short-lived head pains. *Neurol Clin* 1997;15:143–152.
Schraeder PL, Burns RA. Hemiplegic migraine associated with an aseptic meningeal reaction. *Arch Neurol* 1980;37:377–379.
Silberstein SD. The pharmacology of ergotamine and dihydroergotamine. *Headache* 1997;37[Suppl]:S15–S25.
Symonds C. Cough headache. *Brain* 1956;79:557–568.
Weiller C, May A, Limmroth V, et al. Brain stem activation in spontaneous human migraine attacks. *Nat Med* 1995;1:658–660.

Merritt's Neurology, 10th ed., edited by L.P. Rowland. Lippincott Williams & Wilkins, Philadelphia © 2000.

# CHAPTER 140



# EPILEPSY

**TIMOTHY A. PEDLEY
CARL W. BAZIL
MARTHA J. MORRELL**

An epileptic seizure is the result of a temporary physiologic dysfunction of the brain caused by a self-limited, abnormal, hypersynchronous electrical discharge of cortical neurons. There are many different kinds of seizures, each with characteristic behavioral changes and electrophysiologic disturbances that can usually be detected in scalp electroencephalographic (EEG) recordings. The particular manifestations of any single seizure depend on several factors: whether most or only a part of the cerebral cortex is involved at the beginning, the functions of the cortical areas where the seizure originates, the subsequent pattern of spread of the electrical ictal discharge within the brain, and the extent to which subcortical and brainstem structures are engaged.

A seizure is a transient epileptic event, a symptom of disturbed brain function. Although seizures are the cardinal manifestation of epilepsy, not all seizures imply epilepsy. For example, seizures may be self-limited in that they occur only during the course of an acute medical or neurologic illness; they do not persist after the underlying disorder has resolved. Some people, for no discoverable reason, have a single unprovoked seizure. These kinds of seizures are not epilepsy.

Epilepsy is a chronic disorder, or group of chronic disorders, in which the indispensable feature is recurrence of seizures that are typically unprovoked and usually unpredictable. About 40 million people are affected worldwide. Each distinct form of epilepsy has its own natural history and response to treatment. This diversity presumably reflects the fact that epilepsy can arise from a variety of underlying conditions and pathophysiologic mechanisms, although most cases are classified as "idiopathic" or "cryptogenic."

## CLASSIFICATION OF SEIZURES AND EPILEPSY

Accurate classification of seizures and epilepsy is essential for understanding epileptic phenomena, developing a rational plan of investigation, making decisions about when and for how long to treat, choosing the appropriate antiepileptic drug, and conducting scientific investigations that require delineation of clinical and EEG phenotypes.

### Classification of Seizures

The classification used today is the 1981 Classification of Epileptic Seizures developed by the International League Against Epilepsy (ILAE) (Table 140.1). This system classifies seizures by clinical symptoms supplemented by EEG data.

Inherent in the classification are two important physiologic principles. First, seizures are fundamentally of two types: those with onset limited to a part of one cerebral hemisphere (*partial* or *focal* seizures) and those that seem to involve the brain diffusely from the beginning (*generalized* seizures). Second, seizures are dynamic and evolving; clinical expression is determined as much by the sequence of spread of electrical discharge within the brain as by the area where the ictal discharge originates. Variations in the seizure pattern exhibited by an individual imply variability in the extent and pattern of spread of the electrical discharge.

Both generalized and partial seizures are further divided into subtypes. For partial seizures, the most important subdivision is based on consciousness, which is preserved in *simple* partial seizures or lost in *complex* partial seizures. Simple partial seizures may evolve into complex partial seizures, and either simple or complex partial seizures may evolve into secondarily generalized seizures. In adults, most generalized seizures have a focal onset whether or not this is apparent clinically. For generalized seizures, subdivisions are based mainly on the presence or absence and character of ictal motor manifestations.

The initial events of a seizure, described by either the patient or an observer, are usually the most reliable clinical indication to determine whether a seizure begins focally or is generalized from the moment of onset. Sometimes, however, a focal signature is lacking for several possible reasons:

**TABLE 140.1. ILAE CLASSIFICATION OF EPILEPTIC SEIZURES**

I. Partial (focal) seizures
   A. Simple partial seizures (consciousness not impaired)
      1. With motor signs (including Jacksonian, versive, and postural)
      2. With sensory symptoms (including visual, somatosensory, auditory, olfactory, gustatory, and vertiginous)
      3. With psychic symptoms (including dysphasia, dysmensic, hallucinatory, and affective changes)
      4. With autonomic symptoms (including epigastric sensation, pallor, flushing, pupillary changes)
   B. Complex partial seizures (consciousness is impaired)
      1. Simple partial onset followed by impaired consciousness
      2. With impairment of consciousness at onset
      3. With automatisms
   C. Partial seizures evolving to secondarily generalized seizures
II. Generalized seizures of nonfocal origin (convulsive or nonconvulsive)
   A. Absence seizures
      1. With impaired consciousness only
      2. With one or more of the following: atonic components, tonic components, automatisms, autonomic components
   B. Myoclonic seizures
      Myoclonic jerks (single or multiple)
   C. Tonic-clonic seizures (may include clonic-tonic-clonic seizures)
   D. Tonic seizures
   E. Atonic seizures
III. Unclassified epileptic seizures

ILAE, International League Against Epilepsy.
From Commission on Classification and Terminology of the International League Against Epilepsy. Proposal for revised clinical and electroencephalographic classification of epileptic seizures. *Epilepsia* 1981;22:489–501.

1. The patient may be amnesic after the seizure, with no memory of early events.
2. Consciousness may be impaired so quickly or the seizure generalized so rapidly that early distinguishing features are blurred or lost.
3. The seizure may originate in a brain region that is not associated with an obvious behavioral function; thus, the seizure becomes clinically evident only when the discharge spreads beyond the ictal onset zone or becomes generalized.

### Partial Seizures

Simple partial seizures result when the ictal discharge occurs in a limited and often circumscribed area of cortex, the *epileptogenic focus*. Almost any symptom or phenomenon can be the subjective ("aura") or observable manifestation of a simple partial seizure, varying from elementary motor ("jacksonian seizures," adversive seizures) and unilateral sensory disturbance to complex emotional, psychoillusory, hallucinatory, or dysmnesic phenomena. Especially common auras include an epigastric rising sensation, fear, a feeling of unreality or detachment, deja vu and jamais vu experiences, and olfactory hallucinations. Patients can interact normally with the environment during simple partial seizures except for limitations imposed by the seizure on specific localized brain functions.

Complex partial seizures, on the other hand, are defined by impaired consciousness and imply bilateral spread of the seizure discharge, at least to basal forebrain and limbic areas. In addition to loss of consciousness, patients with complex partial seizures usually exhibit automatisms, such as lip-smacking, repeated swallowing, clumsy perseveration of an ongoing motor task, or some other complex motor activity that is undirected and inappropriate. Postictally, patients are confused and disoriented for several minutes, and determining the transition from ictal to postictal state may be difficult without simultaneous EEG recording. Of complex partial seizures, 70% to 80% arise from the temporal lobe; foci in the frontal and occipital lobes account for most of the remainder.

### Generalized Seizures

*Generalized tonic-clonic (grand mal)* seizures are characterized by abrupt loss of consciousness with bilateral tonic extension of the trunk and limbs (*tonic phase*), often accompanied by a loud vocalization as air is forcedly expelled across contracted vocal cords (*epileptic cry*), followed by synchronous muscle jerking (*clonic phase*). In some patients, a few clonic jerks precede the tonic-clonic sequence; in others, only a tonic or clonic phase is apparent. Postictally, patients are briefly unarousable and then lethargic and confused, often preferring to sleep. Many patients report inconsistent nonspecific premonitory symptoms (*epileptic prodrome*) for minutes to a few hours before a generalized tonic-clonic seizure. Common symptoms include ill-defined anxiety, irritability, decreased concentration, and headache or other uncomfortable feelings.

*Absence (petit mal)* seizures are momentary lapses in awareness that are accompanied by motionless staring and arrest of any ongoing activity. Absence seizures begin and end abruptly; they occur without warning or postictal period. Mild myoclonic jerks of the eyelid or facial muscles, variable loss of muscle tone, and automatisms may accompany longer attacks. When the beginning and end of the seizure are less distinct, or if tonic and autonomic components are included, the term *atypical absence* seizure is used. Atypical absences are seen most often in retarded children with epilepsy or in epileptic encephalopathies, such as the Lennox-Gastaut syndrome (defined later).

*Myoclonic* seizures are characterized by rapid brief muscle jerks that can occur bilaterally, synchronously or asynchronously, or unilaterally. Myoclonic jerks range from isolated small movements of face, arm, or leg muscles to massive bilateral spasms simultaneously affecting the head, limbs, and trunk.

*Atonic (astatic)* seizures, also called *drop attacks*, are characterized by sudden loss of muscle tone, which may be fragmentary (e.g., head drop) or generalized, resulting in a fall. When atonic seizures are preceded by a brief myoclonic seizure or tonic spasm, an acceleratory force is added to the fall, thereby contributing to the high rate of self-injury with this type of seizure.

### Classification of Epilepsy (Epileptic Syndromes)

Attempting to classify the kind of epilepsy a patient has is often more important than describing seizures, because the formulation includes other relevant clinical data of which the seizures are only a part. The other data include historical information (e.g., a personal history of brain injury or family history of first-degree

BAZIL 0000043

relatives with seizures); findings on neurologic examination; and results of EEG, brain imaging, and biochemical studies.

The ILAE classification separates major groups of epilepsy first on the basis of whether seizures are partial (*localization-related epilepsies*) or generalized (*generalized epilepsies*) and second by cause (*idiopathic, symptomatic,* or *cryptogenic* epilepsy). Subtypes of epilepsy are grouped according to the patient's age and, in the case of localization-related epilepsies, by the anatomic location of the presumed ictal onset zone.

Classification of the epilepsies has been less successful and more controversial than the classification of seizure types. A basic problem is that the classification scheme is empiric, with clinical and EEG data emphasized over anatomic, pathologic, or specific etiologic information. This classification is useful for some reasonably well-defined syndromes, such as *infantile spasms or benign partial childhood epilepsy with central-midtemporal spikes*, especially because of the prognostic and treatment implications of these disorders. On the other hand, few epilepsies imply a specific disease or defect. A further drawback to the ILAE classification is that the same epileptic syndrome (e.g., infantile spasms or Lennox-Gastaut syndrome) may be produced by a specific disease (e.g., tuberous sclerosis), considered "cryptogenic" on the basis of nonspecific imaging abnormalities, or categorized as "idiopathic." Another biologic incongruity is the excessive detail in which some syndromes are identified, with specific entities culled from what are more likely simply different biologic expressions of the same abnormality (e.g., childhood and juvenile forms of absence epilepsy).

With these reservations, there is little question that defining common epilepsy syndromes has practical value. Table 140.2 gives a modified version of the ILAE classification, which continues to evolve.

## SELECTED GENERALIZED EPILEPSY SYNDROMES

### Infantile Spasms (West Syndrome)

The term infantile spasms denotes a unique age-specific form of generalized epilepsy that may be either idiopathic or symptomatic. When all clinical data are considered, including results of imaging studies, only about 15% of patients are now classified as idiopathic. Symptomatic cases result from diverse conditions, including cerebral dysgenesis, tuberous sclerosis, phenylketonuria, intrauterine infections, or hypoxic-ischemic injury.

Seizures are characterized by sudden flexor or extensor spasms that involve the head, trunk, and limbs simultaneously. The attacks usually begin before 6 months of age. The EEG is grossly abnormal, showing chaotic high-voltage slow activity with multifocal spikes, a pattern termed *hypsarrhythmia*. The treatment of choice is corticotropin or prednisone; spasms are notoriously refractory to conventional antiepileptic drugs. Vigabatrin, an antiepileptic drug that is not approved for use in the United States but is widely available elsewhere, is an exception. Several small series indicate that vigabatrin is an effective alternative to corticotropin in selected cases. Although corticotropin therapy usually controls spasms and reverses the EEG abnormalities, it has little effect on long-term prognosis. Only about 5% to 10%

**TABLE 140.2. MODIFIED CLASSIFICATION OF EPILEPTIC SYNDROMES**

I. Idiopathic epilepsy syndromes (focal or generalized)
  A. Benign neonatal convulsions
    1. Familial
    2. Nonfamilial
  B. Benign childhood epilepsy
    1. With central midtemporal spikes
    2. With occipital spikes
  C. Childhood/juvenile absence epilepsy
  D. Juvenile myoclonic epilepsy (including generalized tonic-clonic seizures on awakening)
  E. Idiopathic epilepsy, otherwise unspecified
II. Symptomatic epilepsy syndromes (focal or generalized)
  A. West syndrome (infantile spasms)
  B. Lennox-Gastaut syndrome
  C. Early myoclonic encephalopathy
  D. Epilepsia partialis continua
    1. Rasmussen syndrome (encephalitic form)
    2. Restricted form
  E. Acquired epileptic aphasia (Landau-Kleffner syndrome)
  F. Temporal lobe epilepsy
  G. Frontal lobe epilepsy
  H. Posttraumatic epilepsy
  I. Other symptomatic epilepsy, focal or generalized, not specified
III. Other epilepsy syndromes of uncertain or mixed classification
  A. Neonatal seizures
  B. Febrile seizures
  C. Reflex epilepsy
  D. Other unspecified

of children with infantile spasms have normal or near-normal intelligence, and more than 66% have severe disabilities.

### Childhood Absence (Petit Mal) Epilepsy

This disorder begins most often between the ages of 4 and 12 years and is characterized predominantly by recurrent absence seizures, which, if untreated, can occur literally hundreds of times each day. EEG activity during an absence attack is characterized by stereotyped, bilateral, 3-Hz spike-wave discharges. Generalized tonic-clonic seizures also occur in 30% to 50% of cases. Most children are normal, both neurologically and intellectually. Ethosuximide and valproate are equally effective in treating absence seizures, but valproate or lamotrigine are preferable if generalized tonic-clonic seizures coexist. Topiramate may also be effective in generalized-onset seizures.

### Lennox-Gastaut Syndrome

This term is applied to a heterogeneous group of childhood epileptic encephalopathies that are characterized by mental retardation, uncontrolled seizures, and a distinctive EEG pattern. The syndrome is not a pathologic entity, because clinical and EEG manifestations result from brain malformations, perinatal asphyxia, severe head injury, central nervous system infection, or, rarely, a progressive degenerative or metabolic syndrome. A presumptive cause can be identified in 65% to 70% of affected children. Seizures usually begin before age 4 years, and about 25% of children have a history of infantile spasms. No treatment is consistently effective, and 80% of children continue to have

seizures as adults. Best results are generally obtained with broad-spectrum antiepileptic drugs, such as valproate, lamotrigine, or topiramate. Despite the higher incidence of severe side effects, felbamate is often effective when these other agents do not result in optimal seizure control. Refractory cases may be considered for corpus callosotomy.

### Juvenile Myoclonic Epilepsy

This subtype of idiopathic generalized epilepsy most often begins in otherwise healthy individuals between the ages of 8 and 20 years. The fully developed syndrome comprises morning myoclonic jerks, generalized tonic-clonic seizures that occur just after waking, normal intelligence, a family history of similar seizures, and an EEG that shows generalized spikes, 4- to 6-Hz spike waves, and multiple spike ("polyspike") discharges. The myoclonic jerks vary in intensity from bilateral massive spasms and falls to minor isolated muscle jerks that many patients consider nothing more than "morning clumsiness." Valproate is the treatment of choice and controls seizures and myoclonus in more than 80% of cases. Lamotrigine or acetazolamide are alternatives, although lamotrigine can exacerbate myoclonus in some patients. Some linkage studies have identified a marker for juvenile myoclonic epilepsy on the short arm of chromosome 6; the gene product is not known.

## SELECTED LOCALIZATION-RELATED EPILEPSY SYNDROMES

### Benign Focal Epilepsy of Childhood

Several "benign" focal epilepsies occur in children, of which the most common is the syndrome associated with central-midtemporal spikes on EEG. This form of idiopathic focal epilepsy, also known as *benign rolandic epilepsy*, accounts for about 15% of all pediatric seizure disorders.

Onset is between 4 and 13 years; children are otherwise normal. Most children have attacks mainly or exclusively at night. Sleep promotes secondary generalization, so that parents report only generalized tonic-clonic seizures; any focal manifestations go unobserved. In contrast, seizures that occur during the day are clearly focal with twitching of one side of the face; speech arrest; drooling from a corner of the mouth; and paresthesias of the tongue, lips, inner cheeks, and face. Seizures may progress to include clonic jerking or tonic posturing of the arm and leg on one side. Consciousness is usually preserved.

The interictal EEG abnormality is distinctive and shows stereotyped di- or triphasic sharp waves over the central-midtemporal (rolandic) regions. Discharges may be unilateral or bilateral. They increase in abundance during sleep and, when unilateral, switch from side to side on successive EEGs. In about 30% of cases, generalized spike-wave activity also occurs. The EEG pattern is inherited as an autosomal dominant trait with age-dependent penetrance. The inheritance pattern of the seizures, although clearly familial, is probably multifactorial and less well understood. More than half the children who show the characteristic EEG abnormality never have clinical attacks. Linkage has recently been reported in some families to chromosome 15q14.

The prognosis is uniformly good. Seizures disappear by mid to late adolescence in all cases. Seizures in many children appear to be self-limited, and more physicians now defer treatment until after the second or third attack, a policy with which we agree. Because seizures are easily controlled and self-limited, drugs with the fewest adverse effects, such as carbamazepine or gabapentin, should be used. Low doses, often producing subtherapeutic blood concentrations, are generally effective.

### Temporal Lobe Epilepsy

This is the most common epilepsy syndrome of adults. In most cases, the epileptogenic region involves mesial temporal lobe structures, especially the hippocampus, amygdala, and parahippocampal gyrus. Seizures usually begin in late childhood or adolescence, and a history of febrile seizures is common. Virtually all patients have complex partial seizures, some of which secondarily generalize. Auras are frequent; visceral sensations are particularly common. Other typical behavioral features include a motionless stare, loss of awareness that may be gradual, and oral-alimentary automatisms, such as lip-smacking. A variable but often prolonged period of postictal confusion is the rule. Interictal EEGs show focal temporal slowing and epileptiform sharp waves or spikes over the anterior temporal region. Antiepileptic drugs are usually successful in suppressing secondarily generalized seizures, but 50% or more of patients continue to have partial attacks. When seizures persist, anterior temporal lobe resection is the treatment of choice. In appropriately selected patients, complete seizure control is achieved in more than 80% of cases.

### Frontal Lobe Epilepsy

The particular pattern of the many types of frontal lobe seizures depends on the specific location where the seizure discharge originates and on the pathways subsequently involved in propagation. Despite this variability, the following features, when taken together, suggest frontal lobe epilepsy:

1. Brief seizures that begin and end abruptly with little, if any, postictal period;
2. A tendency for seizures to cluster and to occur at night;
3. Prominent, but often bizarre, motor manifestations, such as asynchronous thrashing or flailing of arms and legs, pedaling leg movements, pelvic thrusting, and loud, sometimes obscene, vocalizations, all of which may suggest psychogenic seizures;
4. Minimal abnormality on scalp EEG recordings;
5. A history of status epilepticus.

### Posttraumatic Seizures

Seizures occur within 1 year in about 7% of civilian and in about 34% of military head injuries. The differences relate mainly to the much higher proportion of penetrating wounds in military cases. The risk of developing posttraumatic epilepsy is directly related to the severity of the injury and also correlates with the total volume of brain lost as measured by computed tomography (CT). Depressed skull fractures may or may not be a risk; the rate

BAZIL 0000045