UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Magistrate Judge Leo T. Sorokin |

**PLAINTIFFS' SUBMISSION IN SUPPORT
OF PROPOSED PRETRIAL SCHEDULE**

**I.    INTRODUCTION**

In Discovery Order No. 3, dated July 16, 2006, this Court invited "the parties to explain briefly their respective positions regarding whether expert discovery should occur prior to the filing of summary judgment motions, as defendants propose, or after the filing of summary judgment motions as plaintiffs propose." Plaintiffs respectfully submit that their proposed schedule, which is consistent with the order in which Judge Saris handled the same matters in the Franklin qui tam case, will expedite the completion of pretrial proceedings, minimize the burden on the Court and minimize the time and expense incurred by the parties.

**II.    ARGUMENT**

1. The Alternative Proposed Schedules. Plaintiffs propose that fact discovery end on June 29, 2007, any summary judgment motions be filed by August 1, 2007 and briefed and argued by October 2007, that expert reports be filed on August 24, 2007 and expert discovery

1825 / MEMO / 00078915.WPD v1

end on November 2, 2007. Defendants stretch the schedule until September 28, 2007 for the end of fact discovery, have plaintiffs filing their expert reports by October 31, 2007 and expert discovery extending until March 14, 2008, and then provide that briefing and oral argument on summary judgment will extend until August, 2008. Defendants' schedule is undesirable and needlessly delays the resolution of this case.

2. The Proceedings in Franklin. In the Franklin qui tam action, which involved many of the same factual and legal issues present in this case, Judge Saris first addressed defendants' motion for summary judgment before turning to expert-related issues. United States ex rel Franklin v. Parke-Davis, No. Civ. A. 96-11651 PBS, 2003 WL 22048255 at *5 (D. Mass. Aug. 22, 2003) (ruling on summary judgment before determining sufficiency of plaintiffs' statistical and damage analyses). Judge Saris' approach in Franklin makes eminent sense in this case as well.

3. Summary Judgment and Expert Proceedings Should Proceed as Plaintiffs Recommend.[1] As in Franklin, any issues resolved through summary judgment (such as time parameters or the illegality of certain of defendants' conduct) may well reduce the size and scope of the claims and defenses and, consequently, the scope and content of the experts' reports and proposed testimony. Plaintiffs respectfully submit that having summary judgment proceedings largely precede expert discovery will expedite the completion of pretrial proceedings, likely reducing the time and expense required for expert discovery and reducing the burden on the

---

[1] Based on the record developed to date and the summary judgment rulings in Franklin, plaintiffs believe that defendants have no basis for filing any motion for summary judgment. Rather, based on the Parke-Davis criminal plea, plaintiffs believe that defendants may be precluded from contesting the illegality of certain of defendants' actions.

parties and the Court.

### III.     CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request the Court enter the proposed case schedule previously proposed by Plaintiffs.

Dated:  August 1, 2006                                     Respectfully Submitted,

                                                By:     **/s/ Thomas M. Sobol**
                                                        Thomas M. Sobol
                                                        Hagens Berman Sobol Shapiro LLP
                                                        One Main Street, 4th Floor
                                                        Cambridge, MA 02142

                                                *Plaintiffs' Liaison Counsel and Member of
                                                the Class Plaintiffs' Steering Committee*

                                                By:     **/s/Barry Himmelstein**
                                                        Barry Himmelstein, Esquire
                                                        Lieff Cabraser Heimann & Bernstein
                                                        Embarcadero Center West
                                                        275 Battery Street, 30th Floor
                                                        San Francisco, CA 94111-3339

                                                By:     **/s/Don Barrett**
                                                        Don Barrett, Esquire
                                                        Barrett Law Office
                                                        404 Court Square North
                                                        P.O. Box 987
                                                        Lexington, MS 39095

                                                By:     **/s/Daniel Becnel, Jr.**
                                                        Daniel Becnel, Jr., Esquire
                                                        Law Offices of Daniel Becnel, Jr.
                                                        106 W. Seventh Street
                                                        P.O. Drawer H
                                                        Reserve, LA 70084

By:  **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By:  **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs' Steering Committee*

By:  **/s/Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
 & Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:  **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class Steering Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on August 1, 2006.

/s/Edward Notargiacomo