UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,   :
SALES PRACTICES AND   :  Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
:  Judge Patti B. Saris
------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
PRODUCTS LIABILITY ACTIONS   :
:
------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGED IMPROPER MARKETING PRACTICES

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for most of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee, and I have full knowledge of the matters stated herein.

2. The following documents annexed hereto are submitted in opposition to defendants' motion to dismiss the personal injury plaintiffs' claims based upon alleged improper marketing practices:

   Exhibit A  -  Complaint in Cascio v. Pfizer Inc.,
                 D.N.J. Case No. 2:06-cv-00058-DMC-MF
                 D. Mass. Case No. 1:06-cv-10536-PBS

Exhibit B - Answer of Defendants Pfizer, Inc., Parke-Davis,
Warner-Lambert Company, and Warner Lambert
Company LLC in Cascio v. Pfizer Inc.,
D.N.J. Case No. 2:06-cv-00058-DMC-MF
D. Mass. Case No. 1:06-cv-10536-PBS

Exhibit C - Affirmation of Sylvain Nakkab, M.D., filed in
Delaney v. Pfizer Inc., N.Y. Co. Index No. 04/117852

Exhibit D - Affidavit of Charles King III, filed in
Delaney v. Pfizer Inc., N.Y. Co. Index No. 04/117852

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 1, 2006

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein

Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212

*Member of Products Liability
Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 1, 2006.

Dated: August 1, 2006

/s/ Andrew G. Finkelsetein
Andrew G. Finkelstein

2