UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**DECLARATION OF ILYAS J. RONA, ESQ. FILED IN SUPPORT PLAINTIFFS' OBJECTIONS TO DISCOVERY ORDER NO. 3**

I, Ilyas J. Rona, do hereby state and depose, the following:

1.  I am an associate at the law firm Greene & Hoffman, P.C., and I am an attorney duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts. All statements made herein are based on facts personally known or represented to me, and if called upon, I could testify competently thereto.

2.  I am submitting this Declaration in support of Plaintiffs' Objections To Discovery Order No. 3 ("Plaintiffs' Objections") in order to provide the Court with representative examples of events and publications relating to Neurontin that occurred after May 2001, as described in the Plaintiffs' Objections. In an effort not to burden the court with a massive set of exhibits, I have included only select examples of pertinent documents, rather than an exhaustive collection.

3.  Attached at Exhibit A is a true and accurate copy of PFIZER_LTIVE_0004824, which relates to the March 2002 Advisory Board meeting in Orlando, Florida.

4. Attached at <u>Exhibit B</u> is a true and accurate copy of PFIZER_LTIVE_0006990, which is a set of slides relating to a meeting in Puerto Rico on April 4, 2001.

5. Attached at <u>Exhibit C</u> is a true and accurate copy of PFIZER_LTIVE_0015753, which is an email dated October 16, 2000 from Judy Brown to Angela Crespo relating to Study 945-224.

6. Attached at <u>Exhibit D</u> is a true and accurate copy of Garcia-Borreguero et al., "Treatment of restless legs syndrome with gabapentin: a double-blind, cross-over study," published in the November 2002 issue of Neurology.

7. Attached at <u>Exhibit E</u> is a true and accurate copy of PFIZER_CTAYLOR_0019691, which is an email dated May 4, 2004 from Charlie Taylor relating Stephen Stahl.

8. Attached at <u>Exhibit F</u> are true and accurate copies of PFIZER_CTAYLOR_0020168 and PFIZER_CTAYLOR_20122, which are respectively an Executive Summary and a transcript of a meeting at Ann Arbor that took place on October 2, 2003.

9. Attached at <u>Exhibit G</u> is a true and accurate copy of PFIZER_CTAYLOR_0019750, which is Stahl, Anticonvulsants as Anxiolytics, Part 2: Pregabalin and Gabapentin as $\alpha 2\delta$ Ligands at Voltage-Gated Calcium Channels, published in the April 2004 issue of the Journal of Clinical Psychiatry.

10. Attached at <u>Exhibit H</u> is a true and accurate copy of PFIZER_CTAYLOR_0019752, which is Stahl, Anticonvulsants and the Relief of Chronic Pain: Pregabalin and Gabapentin as $\alpha 2\delta$ Ligands at Voltage-Gated Calcium Channels, published in the May 2004 issue of the Journal of Clinical Psychiatry.

11. Attached at <u>Exhibit I</u> is a true and accurate copy of PFIZER_CTAYLOR_0019734, which is an email dated May 25, 2004 from Stephen Stahl to Charlie Taylor.

Signed under the pains and penalties of perjury, this 1st day of August 2006.

/s/ Ilyas J. Rona
Ilyas J. Rona

3