**DIVISION D**

23rd JUDICIAL DISTRICT COURT FOR THE PARISH OF ASSUMPTION

STATE OF LOUISIANA

NO. 29,107         DIVISION                DOCKET

ELMENIA JOHNSON, Individually and as Tutor for
CAMERON JOHNSON AND LAURYN JOHNSON

VERSUS

PFIZER, INC.
and JOHN DOE

FILED: JUL 2 6 2005         _____
                            DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Elmenia Johnson, Individually and as the Tutor of Cameron Johnson and Lauryn Johnson, who avers as follows:

1.

Made defendant herein is Pfizer, Inc., upon information and belief, a foreign corporation authorized to do and doing business in the Parish of Assumption, State of Louisiana.

2.

Made defendant herein is John Doe, upon information and belief, a person of the full age of majority and a resident of Louisiana, who at all times pertinent hereto sold, distributed, marketed the drug, Neurontin on behalf of Pfizer, Inc., one of its subsidiaries and/or a predecessor company subsequently purchased by Pfizer, Inc.

3.

Cameron Johnson and Lauryn Johnson are the minor children of Yashiki Johnson.

4.

Venue is appropriate in Assumption Parish under La. C.C.P. Art. 74 because Yashiki Johnson resided in Assumption Parish when she committed suicide and Cameron and Lauryn, her minor children, resided and continue to reside in Assumption Parish since their mother's death. Accordingly, petitioners' damages were sustained in Assumption Parish.

5.

Petitioners hereby assert survival action and wrongful death claims against Pfizer, Inc. and John Doe in connection with the death Yashiki Johnson on August 6, 2004.

6.

Prior to her death on August 6, 2004, Yashiki Johnson was prescribed Neurontin for ailments or conditions the treatment of which Neurontin was not approved for by the FDA.

7.

Pfizer, Inc. and John Doe knew or should have known that the sale, distribution and/or marketing of Neurontin for uses not approved by the FDA presented an unreasonable risk that petitioners' mother, Yashiki Johnson would commit suicide while taking the drug for an unapproved use.

8.

Pfizer, Inc., its predecessor-in-interest and/or its subsidiaries knowingly marketed Neurontin for the unapproved uses for which it was prescribed to Yashiki Johnson.

9.

Pfizer, Inc., its predecessor-in-interest and/or its subsidiaries have plead guilty to charges leveed by the FDA in connection with the sale, marketing and/or distribution of Neurontin for uses not approved by the FDA.

10.

The conduct of Pfizer, Inc. and John Doe were the legal causes of Yashiki Johnson's death.

11.

The minor children of Yashiki Johnson, Cameron Johnson and Lauryn Johnson, are entitled to prosecute the survival action claim associated with the pre-death pain and suffering of Yashiki Johnson associated with her taking her own life.

12.

As the minor children of Yashiki Johnson, Cameron Johnson and Lauryn Johnson are entitled to prosecute wrongful death claims for the loss of love, support, society and affection in connection with their mother's death.

WHEREFORE, petitioners request that defendants be duly cited and served with a copy of the Petition and after due proceedings are had, that there be judgment rendered in favor of Elmenia Johnson, as the tutor of Cameron and Lauryn Johnson, for all survival and wrongful death damages to Elmenia Johnnson, as the Legal Tutor of Cameron and Lauryn Johnson, against Pfizer, Inc. and John Doe for all survival action, wrongful death damages to which they are entitled along with legal interest, expert witness fees, court costs and all other relief to which petitioners are entitled.

Respectfully submitted:

ROBERT L. MANARD, PLC.

ROBERT L. MANARD, #9076
PAUL E. MAYEAUX, #21750
1100 Poydras Street, Suite 2610
New Orleans, LA 70163-2610
Telephone: (504)585-7777

**PLEASE SERVE:**

PFIZER, INC.
Through their registered agent for service:
C T Corporation System
8550 United Plaza Boulevard
Baton Rouge, LA 70809

JOHN DOE – **PLEASE WITHHOLD SERVICE**



23rd JUDICIAL DISTRICT COURT FOR THE PARISH OF ASSUMPTION

STATE OF LOUISIANA

NO. 29,107   DIVISION   DOCKET

ELMENIA JOHNSON, Individually and as Tutor for
CAMERON JOHNSON AND LAURYN JOHNSON

VERSUS

PFIZER, INC.
and JOHN DOE

FILED: JUL 2 0 2005

DEPUTY CLERK: /s/ Annette Joseph

### REQUEST FOR NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing of any pleadings or motions herein, at least ten (10) days before any trial or hearing date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted:

BY: _____
ROBERT L. MANARD #9076
PAUL E. MAYEAUX #21750
A PROFESSIONAL LAW CORPORATION
1100 Poydras Street
Energy Centre, Suite 2610
New Orleans, LA 70163
(504) 585-7777