# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re: NEURONTIN MARKETING,
    SALES PRACTICES AND
    PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

---------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### AFFIDAVIT OF ALEX THURBER

STATE OF NEW YORK        )
                         ) §§:
COUNTY OF NEW YORK       )

Alex Thurber, under penalty of perjury, and duly competent to testify on the matters herein, states as follows:

1. I am a consultant specializing in litigation support and data forensics in the New York office of Baker Robbins & Company ("Baker Robbins").

2. Baker Robbins is a technology consulting company, headquartered in Chicago, Illinois, that provides law firms, corporations and others with computer-related services, including technology planning, selection and implementation, and litigation support.

3. Over the years, Baker Robbins has assisted Pfizer in the conversion and review of numerous databases for use in litigation. Baker Robbins is currently working with Pfizer with respect to various databases relating to the drug Neurontin®.

4. I have reviewed the portions of the "Sales/Marketing Databases" (as referred to in the Product Liability Plaintiffs' Memorandum of Law in Support of their Motion to Compel, dated July 27, 2006) (hereinafter "Sales Marketing Databases") that have been provided to Baker Robbins by Pfizer relating to Neurontin®.

5. Storage for the amount of data in the Sales Marketing Databases collected just through March 2005 that potentially would be relevant to Neurontin® consumes over 2 gigabytes and consists of well over 4 million call records. Follow-on data that has yet to be delivered to us, representing sales calls from March 2005 through a more recent date, could be expected to add significantly to these numbers.

6. Based upon our prior experience with Pfizer Sales Marketing Databases, these databases contain privileged and confidential data such as patient information, personal information (such as social security numbers), and adverse event reporting data that must be redacted pursuant to Federal law before it can be provided to third parties. Because multiple drugs may be discussed in a note for a particular call, the databases also contain information on drugs other than Neurontin®. The Neurontin® Sales Marketing Databases contain the call notes for all of the sales representative office calls made throughout the United States. The number of associated notes fields that would require manual review to redact information as required by Federal law is between 4 and 4.5 million. These fields are only a subset of the entire Sales Marketing Databases, which are significantly larger. Based upon our experience, it would take at least 10,000 hours to review the databases and redact the information required by law.

7. Baker Robbins has, in parallel circumstances involving other products, had occasion to search the Sales Marketing Databases for call data relating to specific doctors who were identified as possibly treating one or more plaintiffs. Our experience is that we often are able to isolate data for specific physicians and that such data contains a far more manageable number of call notes fields requiring review prior to production.

Further affiant sayeth not.

_____
Alex Thurber

Before me, the undersigned Notary Public, came Alex Thurber, who is known to me, and who first being duly sworn, deposed and stated that the averments of this affidavit are true and correct, and who executed this affidavit in my person and present with his hand and seal, on this the 7th day of August, 2006.

_____
NOTARY PUBLIC

My commission expires: 5/19/2007

REBECCA M. FLYNN
Notary Public, State of New York
No. 02FL5078031
Qualified in New York County
Commission Expires 5/19/2007

2