UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Leo T. Sorokin |

**DECLARATION OF RICHARD E. SHEVITZ
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL DISCOVERY**

Comes now the undersigned declarant, Richard E. Shevitz, who deposes and states as follows:

1. I am partner at the Indianapolis law firm of Cohen & Malad, LLP, and am an attorney of record for the Plaintiffs in this action, including Plaintiff and proposed class representative Gerald Smith ("Smith").

2. I have personal knowledge regarding the matters stated below and would testify to the same.

3. Smith, by and through counsel, produced his complete medical records for treatments he received for injuries sustained in an auto accident that led to his being prescribed Neurontin for off-label uses.

4. The medical records Smith produced to Defendants include medical records that pre-date his use of Neurontin by approximately seven months. Smith

produced all medical records dating from his March 1999 automobile accident, even though he was not prescribed Neurontin until October 1999.

5.  In addition, Smith, by and through counsel, produced all records of chiropractic treatments he received long after he discontinued his use of Neurontin.

6.  Defendants have consistently sought the production of *all* of Smith's medical records, without qualification as to time or the type of treatment those records concerned, in their First Request for the Production of Documents to Smith, in correspondence from counsel for Defendants to myself and other counsel for Plaintiffs, and during conversations between counsel for Defendants and counsel for Plaintiffs.

7.  Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Notices of Depositions and Subpoenas to Dr. Kylene Huler, Dr. Thaddaeus M. Poe, Dr. Thomas Craparo and Dr. V.D. Dhaduk.

8.  Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Plaintiff Lorraine Kopa's Objections and Responses to Defendants' First Set of Interrogatories dated June 2, 2005.

9.  Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Answers and Objections to Defendants' First Set of Interrogatories to Plaintiff Gerald Smith dated June 2, 2005.

I declare under penalty of perjury that the foregoing representations are true and accurate to the best of my personal knowledge and belief.

Dated: August 7, 2006                s/ Richard E. Shevitz
                                     Richard E. Shevitz

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
rshevitz@cohenandmalad.com