UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


|  |  |
|---|---|
| ————————————— ) | MDL Docket No. 1629 |
| IN RE NEURONTIN MARKETING AND ) | |
| SALES PRACTICES LITIGATION ) | Master File No. 04-10981 |
| ————————————— ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ) | |
| ALL ACTIONS ) | Magistrate Leo T. Sorokin |
| ————————————— ) | |

**DECLARATION OF RONALD J. ARANOFF**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO**
**DEFENDANTS' MOTION TO COMPEL DISCOVERY**

Comes now the undersigned declarant, Ronald J. Aranoff, who deposes and states as follows:

1.      I am of counsel at the law firm of Bernstein Liebhard & Lifshitz, LLP in New York City, and am an attorney of record for the Plaintiffs in this action, including Plaintiff and proposed class representative Lorraine Kopa ("Kopa").

2.      I have personal knowledge regarding the matters stated below and would testify to the same.

3.      Kopa, by and through counsel, produced her complete medical records for treatments she received for injuries sustained in an auto accident that led to her being prescribed Neurontin for off-label uses.

4.      The medical records Kopa produced to Defendants include medical records that pre-date her use of Neurontin by more than six months.  Kopa produced all

medical records dating from her April 2003 automobile accident, even though she was not prescribed Neurontin until November 2003.

5.     Defendants have consistently sought the production of *all* of Kopa's medical records, without qualification as to time or the type of treatment those records concerned, in their First Request for the Production of Documents to Kopa, in correspondence from counsel for Defendants to myself and other counsel for Plaintiffs, and during conversations between counsel for Defendants and counsel for Plaintiffs.


I declare under penalty of perjury that the foregoing representations are true and accurate to the best of my personal knowledge and belief.


Dated: January 26, 2006                        /s/ Ronald J. Aranoff

BERNSTEIN LIEBHARD &
LIFSHITZ, LLP
10 East 40th Street, 22nd Floor
New York, NY 10280
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
aranoff@bernlieb.com