UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br>Civil Action Nos. 04-10739-PBS, et al. |
| This Document Relates to:<br>HARDEN MANUFACTURING CORPORATION; LOUISIANNA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANNA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated , v. PFIZER INC. and WARNER-LAMBERT COMPANY | Master File No. 04-10981<br>Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC.<br><br>and<br><br>AETNA, INC v. PFIZER INC. | |

## DECLARATION OF VALERA KINGSLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY

In accordance with 28 U.S.C. § 1746, VALERA KINGLSEY declares on penalty of

perjury as follows:

1.      My name is Valera Kingsley.  I am over 18 years of age and have personal

knowledge of the matters stated herein.

2.      I am employed by Administration Services, Inc. and serve as the primary claims

433335.1

supervisor for processing claims associated with the ASEA/AFSCME Local 52 Health Benefits

Trust ("ASEA"). I have worked with ASEA's counsel to respond to Defendants' discovery

requests in this matter.

3.      Under my direction ASI generated medical claims summaries for over 400 of its

Neurontin taking members. This effort took approximately 40 hours of staff time and is not

within our normal scope of work. ASEA will be billed approximately $2000 for this effort.

4.      From the inception of ASEA's health benefits plan (the "Plan"), the majority of

prescription drug claims have been processed by the Plan's Prescription Benefits Manager,

Caremark. For a time, however, a subset of drug claims were processed by ASI.

5.      ASI processed "out-of-network" drug claims. These are claims for prescriptions

filled by pharmacies out of Caremark's network, e.g., Indian service facilities, military hospitals

and remote locations.

6.      From the Plan's inception to July 2004 ASI processed approximately 136,000

such claims in the same manner it processed medical claims. In July 2004 Caremark began

administering these claims.

7.      The electronic record ASI created when out-of network claims were processed

does not include the name of the drug. It only identifies whether the prescription was for a

generic or a brand name drug.

8.      The only way to determine if an out-of-network drug claim processed by ASI is

for Neurontin is to retrieve the underlying paper work for the claim. The paper record of these

claims is stored by date in the "day batches" of medical and drug claims processed by each of 12

claims adjudicators. In other words these 136,000 drug claims are randomly interspersed among

the records of over one million medical claims warehoused in over 300 boxes of claim files. To

find all the drug claims, ASI would have to search all of these boxes and then review the

documentation of all 136,000 claims to determine which of them were for Neurontin.

9.    Maintaining the integrity of these files is very important to both ASI and ASEA

as they represent the audit trail for claims processed.

Dated : Spokane, Washington
        January 19, 2006

_____
Valera Kingsley