UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' UNOPPOSED MOTION FOR TWO WEEK ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS SECOND AMENDED COMPLAINTS**

The Class Plaintiffs in the above-reference matter, by the undersigned counsel, respectfully move for an enlargement of time from August 11, 2006 until August 25, 2006 within which the Class Plaintiffs and the Coordinated Plaintiffs may file their joint opposition to defendants' motion to dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint (Docket No. 399), filed on July 27, 2006. Defendants do not oppose the motion. The grounds for the motion are that six of the seven attorneys for Class Plaintiffs principally responsible for preparing their portion of the joint opposition have been or will be on vacations of varying duration through August 18, 2006, making preparation of the brief during this time exceedingly difficult.

Dated: August 9, 2006                               Respectfully Submitted,

By:   /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

557125.1

By:    **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

By:    **/s/ Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:    **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:    **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:    **/s/ Thomas Greene**
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs'*
*Steering Committee*

3

## CERTIFICATION PURSUANT TO L.R. 7.1

      The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on August 9, 2006 he conferred with James P. Rouhandeh, counsel for Defendants concerning the foregoing motion, and Defendants have no objection or opposition to the requested relief.

                                        /s/ Barry Himmelstein
                                        Barry Himmelstein, Esquire
                                        Lieff Cabraser Heimann & Bernstein
                                        Embarcadero Center West
                                        275 Battery Street, 30th Floor
                                        San Francisco, CA 94111-3339