UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

In re:  NEURONTIN MARKETING, SALES PRACTICES,
       AND PRODUCTS LIABILITY LITIGATION      :

                             :   MDL Docket No. 1629
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:               :   Master File No. 04-10981

                             :   Judge Patti B. Saris
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HARDEN MANUFACTURING CORPORATION;      :   Magistrate Judge Leo T.
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,   Sorokin
dba BLUECROSS/BLUESHIELD OF LOUISIANA;     :
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL   :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA, on behalf of themselves and all others  :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT
COMPANY.                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE GUARDIAN LIFE INSURANCE COMPANY OF    :
AMERICA v. PFIZER INC. and

AETNA, INC. v. PFIZER INC.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO FILE OVERSIZED REPLY MEMORANDUM OF LAW IN**
**FURTHER SUPPORT OF MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS**

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move for leave to file

an oversized reply brief in further support of their motion to compel discovery (Dock # 402).

The grounds for this motion are:

1.     Plaintiffs' Opposition to Defendants' Motion To Compel Discovery (Dock # 422)

contains many assertions and contentions to which a response is required.

2.    Despite best efforts, defendants cannot respond within the seven pages permitted under Discovery Order No. 2 (Dock # 372).

3.    Defendants believe that their reply brief will assist the Court in its consideration of their motion to compel.

WHEREFORE, defendants respectfully request that they be allowed to file a 9-page reply brief in further support of their motion to compel discovery.

Dated: August 11, 2006

DAVIS POLK & WARDWELL


By:    s/James P. Rouhandeh
       James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN


By:    s/David B. Chaffin
       David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## Certificate of Consultation

I certify that I have attempted to confer with counsel to resolve or narrow the issues presented by this motion but have been unable to do so.

/s/David B. Chaffin

## Certificate of Service

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 11, 2006.

/s/David B. Chaffin

3