UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES :
       PRACTICES AND PRODUCTS :
       LIABILITY LITIGATION :
: MDL Docket No. 1629
------------------------------------------x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al., :
06-10912-PBS : Magistrate Judge Leo T.
: Sorokin
VIRGIL L. ANDERSON et al. v. PFIZER INC. et al., :
06-11024-PBS :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., :
06-11022-PBS :
:
CHARLES D. GIRARD, Sr. et al. v. PFIZER, INC. et al., :
06-11023-PBS :
:
------------------------------------------x

## MOTION TO DISMISS

Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company, and Warner-Lambert Company L.L.C. respectfully move, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the complaints in Accettullo v. Pfizer, Inc., 06-10912-PBS; Anderson v. Pfizer, Inc., 06-11024-PBS; Brewster v. Pfizer, Inc., 06-11022-PBS; and Girard v. Pfizer, Inc., 06-11023-PBS (collectively, the "Multi-Plaintiff Product Liability Complaints").

The grounds for this motion are set forth in the accompanying memorandum and a Declaration of Patrick J. Murray.

WHEREFORE, Defendants respectfully request that the Court dismiss the Multi-Plaintiff Product Liability Complaints with prejudice.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion, pursuant to Local Rule 7.1(d).

Dated: August 11, 2006

          DAVIS POLK & WARDWELL

          By: /s/ James P. Rouhandeh
                James P. Rouhandeh

          450 Lexington Avenue
          New York, New York 10017
          (212) 450-4000

          - and -

          HARE & CHAFFIN

          By: /s/ David B. Chaffin
                David B. Chaffin

          160 Federal Street
          Boston, Massachusetts 02110
          (617) 330-5000

          *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

          /s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on August 11, 2006.

          /s/David B. Chaffin