UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ALL ACTIONS ) <br> ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

FILING FEE PAID:
RECEIPT # 72443
AMOUNT $ 50
BY DPTY CLK pw
DATE 8-15-06

## NOTICE OF APPEARANCE

Please enter our appearances as counsel for plaintiff, Christy Poe Spears as Adminststratrix of the Estate of Ramona Joyce Shears, deceased.

Respectfully submitted,

Dated: July 18, 2006

JOSH WRIGHT (WRI045)
One of the Attorneys for Plaintiffs

KATHRYN HARRINGTON (SUM002)
One of the Attorneys for Plaintiffs

OF COUNSEL:

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
(205) 324-3600 (phone)
(205) 324-3636 (facsimile)