UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
                                      :
In re: NEURONTIN MARKETING, SALES     :
PRACTICES AND PRODUCTS LIABILITY      :
LITIGATION                            :
                                      :
                                      :  MDL Docket No. 1629
THIS DOCUMENT RELATES TO:             :  Master File No. 04-10981
                                      :  Judge Patti B. Saris
ASSURANT HEALTH, INC., et al. v. PFIZER :  Mag. Judge Leo T. Sorokin
INC., et al.,                         :
                                      :
Docket No. 05-10535-PBS               :
                                      :
                                      :
------------------------------------- x

**OBJECTIONS OF DEFENDANTS PFIZER INC. AND
WARNER-LAMBERT COMPANY TO MEMORANDUM AND ORDER OF
MAGISTRATE JUDGE LEO T. SOROKIN DATED AUGUST 4, 2006**

Defendants Pfizer Inc. and Warner-Lambert Company ("defendants") object on the following ground to the Memorandum and Order of Magistrate Judge Leo T. Sorokin, dated August 4, 2006 (the "Order") recommending that plaintiffs' motion to remand be allowed. A memorandum of law is submitted in support of defendants' objections.

1. Defendants object to the Order's finding that plaintiffs have established the presence of an alternative, non-federal theory of relief as to each of the antitrust claims in the Complaint. Report at 7, 12-14.

WHEREFORE, defendants respectfully request that the Court find that their objections are meritorious and deny plaintiffs' motion to remand.

Dated: August 18, 2006

                                      DAVIS POLK & WARDWELL

                                      By:  /s/ James P. Rouhandeh
                                             James P. Rouhandeh
                                             Carter H. Burwell
                                      450 Lexington Avenue
                                      New York, New York 10017
                                      (212) 450-4000

                                             - and -

                                      HARE & CHAFFIN

                                      By:  /s/ David B. Chaffin
                                             David B. Chaffin

                                      160 Federal Street
                                      Boston, Massachusetts 02110
                                      (617) 330-5000

                                      *Attorneys for Defendants Pfizer Inc. and*
                                      *Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

                                                      /s/David B. Chaffin