

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> MUSTAFA vs. PFIZER, INC. et al. <br> 06-CV-11394-PBS | NOTICE OF APPEARANCE |

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiffs FAZILA MUSTAFA and MOHAMMAD MUSTAFA, which matter was transferred to the MDL by way of an Order dated August 2, 2006.

I certify that I am admitted pro hac vice to practice in this court.

Dated: August 15, 2006

_____
ELEANOR L. POLIMENI, ESQ.
of FINKELSTEIN & PARTNERS, LLP
436 Robinson Avenue
Newburgh, N.Y. 12550
Phone: (800) 634-1212
Fax: 845-562-3492
E-mail: epolimeni@lawampm.com