UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL SALES AND MARKETING ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

SALES AND MARKETING SCHEDULING ORDER

August 17, 2006

SOROKIN, M.J.

    End of Class Discovery    11/15/06

    Opposition to Class Certification    11/22/06

    Reply: 12/22/06

    Surreply:    1/12/07

    Hearing on Motion for Class Certification: To be Scheduled

    End of Fact Discovery:    8/15/07

    Provision of Plaintiffs' Expert Reports:    9/30/07

    Provision of Defendants' Expert Reports:    10/30/07

    Provision of Rebuttal Reports:    11/21/07

    End of Expert Discovery    1/21/08

    Filing of Motions for Summary Judgment:    2/21/08

    Opposition:    3/21/08

    Reply:    4/05/08

Surreply:		4/19/05

Hearing on Summary Judgment:		To Be Scheduled.

All discovery shall be served so that the party receiving the discovery request may take the time provided under the applicable rule to prepare its response within the discovery period, e.g. a request for production of documents pertaining to class certification must be served at least thirty days before the end of the class discovery period. Thus, all discovery will be completed at the end of the discovery period.

			SO ORDERED.

			/s/ Leo T. Sorokin
			United States Magistrate Judge