UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| MARTHA ACCETTULLO et al. v. PFIZER INC. et al., 06-10912-PBS | Magistrate Judge Leo T. Sorokin |
| VIRGIL L. ANDERSON et al. v. PFIZER INC. et al., 06-11024-PBS | |
| KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., 06-11022-PBS | |
| CHARLES D. GIRARD, Sr. et al. v. PFIZER, INC. et al., 06-11023-PBS | |

**PRODUCTS LIABILITY PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

The Products Liability Plaintiffs, by the undersigned counsel, respectfully move for an enlargement of time within which they must submit papers in opposition to Defendants' Motion to Dismiss the complaints in Accettullo v. Pfizer Inc., 06-10912-PBS; Anderson v. Pfizer Inc., 06-11024-PBS; Brewster v. Pfizer Inc., 06-11022-PBS; and Girard v. Pfizer, Inc., 06-11023-PBS (collectively, the "Multi-Plaintiff Product Liability Complaints").

In support thereof, Plaintiffs state that the issues raised by Defendants' Motion to Dismiss are complex, and the response thereto requires the coordination of work-product from a number of different law firms. Additional time is needed in order to ensure the Court is presented with a

thorough treatment of each of the issues raised by the Motion. Further, additional time is needed for Defendants to file reply papers because of the complexity of the issues.

Counsel for the Products Liability Plaintiffs' Steering Committee have consulted with counsel for Defendants, and all counsel have agreed that Plaintiffs shall have until September 15, 2006, to submit papers in opposition to Defendants' Motion to Dismiss, and Defendants shall have until October 2, 2006, to submit reply papers. (See Joint Agreed Enlargement of Time to Respond to Defendants' Motion to Dismiss, attached hereto as Exhibit A.)

WHEREFORE, the parties respectfully request that the Court enlarge to September 15, 2006, the period within which the Plaintiffs must submit papers in opposition to Defendants' Motion to Dismiss, and enlarge to October 2, 2006, the period within which Defendants may submit reply papers.

Dated: August 25, 2006

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:  /s/ Andrew G. Finkelstein
    Andrew G. Finkelstein, Esquire
    Finkelstein & Partners, LLP
    436 Robinson Avenue
    Newburgh, NY  12550

By:  /s/ Jack W. London
    Jack W. London, Esquire
    Law Offices of Jack W. London
      & Associates
    106 E. 6th Street, Suite 700
    Austin, TX  78701

## CERTIFICATION OF CONSULTATION

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the foregoing motion, and Defendants have agreed with the requested relief.

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 25, 2006.

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire

# EXHIBIT A

UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL vs. PFIZER INC., ET AL Case No. 06-11024-PBS | |
| MARTHA ACCETULLO, ET AL vs. PFIZER, INC., ET AL Case No. 06-10912-PBS | |
| KAMALIHA Y. BREWSTER, ET AL vs. PFIZER, INC, ET AL Case No. 06-11022-PBS | |
| CHARLES D. GIRARD, ET AL, vs. PFIZER, INC., ET AL Case No. 06-11023-PBS | |

## JOINT AGREED ENLARGEMENT OF TIME TO RESPONDE TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs and files this their Joint Agreed Enlargement of Time to Respond to Defendants' Motion to Dismiss.

Plaintiffs' Responses to Defendants' Motion to Dismiss is now due the close of business September 15, 2006;

Defendants' Replies to Plaintiffs' Responses is now due October 2, 2006.

RESPECTFULLY SUBMITTED,

CO-COUNSEL FOR PLAINTIFFS:

NEWTON B. SCHWARTZ, SR., *Pro Hac Vice*
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
Facsimile: (713) 630-0789


MATT ROWLAND
Counsel for ~~Fiser~~ Defendants
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, New York 10017
Attorneys for Defendant