**PARKE-DAVIS**



# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

SEPTEMBER 27-28, 1996

PARK HYATT HOTEL
CHICAGO, IL

## FACULTY AND ATTENDEE LIST

V 025603

WLC_FRANKLIN_0000024198

# FACULTY LIST

## — Presenters —

Joseph Bruni, MD
Head, Division of Neurology
The Wellesley Hospital
160 Wellesley Street East
Toronto, Ontario
(416) 926-7707

David J. Kudzma, MD, FACP, FACE
Prudential HealthCare
5900 N. Andrews Avenue, Suite 1000
Fort Lauderdale, FL
(954) 938-3162

Barry K. McLean, MD, PhD
Director
High Blood Pressure Center
1222 14th Avenue South
Suite 200 P.O.B.
Birmingham, AL
(205) 930-7323

V 025604

WLC_FRANKLIN_0000024199

# ATTENDEE LIST

Maher Ahmad, MD

Faiyaz Ahmed, MD

Kishor Ajmere, MD

Narendra Amin, MD

Alan Aronson, MD

Christine Aruguete, MD

Jose Aruguete, MD

Ahmad Aslam, MD

Walt Bajgrowicz, MD

Benito Camacho, MD

Mark Canty, MD

Robert Carbone, MD

Tien Cheng, MD

Jack Domnitz, MD

Mary Ann Emanuele, MD

William Fisher, DO

Gonzalo Florido, MD

Jeffrey Garb, MD

James Hejmanowski, MD

David Holden, MD

Divyang Joshi, MD

Robert Kapicka, MD

Ghaly Kerolus, MD

Peter Kiefer, MD

Timothy Knox, MD

Thomas Lee, MD

Seng Leong, MD

Frank Leung, MDSC

John Lightfoot, MD

Manjit Marwah, MD

Terry Meriden, MD

Angelo Miele, MD

Philip Moore, MD

Julio Mora, MD

Gurramkonda Naidu, MD

Jai Jung Nho, MD

Daesun Oh, MD

John Olivieri, MD

Peter Paik, MD

Pravin Patel, MD

Nunilo Rubio, MD

Devendra Shah, MD

Obaida Shah-Khan, MD

Richard Stalzer, MD

Indira Vadali, MD

Saroj Verma, MD

Anicia Villafria, MD

Ramon Villafria, MD

Benjamin Wang, MD

Ramaraja Yalavarthi, MD

## PARKE-DAVIS

Ellen Byrne

Matt Hedrick

Carol Kroh

Virginia O'Connor

Tom Olsen

## HCC

Elisa Ricciuto

David Rosen

V 025605

WLC_FRANKLIN_0000024200



# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

September 28, 1996 • Park Hyatt • Chicago, IL

## KNOWLEDGE INVENTORY

*For each question, circle one answer.*

1. The approximate percentage of patients with hypertension that a recent study found were controlled (BP < 140/90 mm Hg) by their current antihypertensive medication was:
   A. 90%     C. 50%     E. 10%
   B. 70%     D. 30%

2. The majority of hypertensive patients have diastolic BP above 110 mm Hg.
   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

3. The JNC V report suggests that lowering BP to a goal level of 135/85 mm Hg will not have any more effect than a goal level of 140/90 mm Hg.
   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

4. Although antihypertensive agents reduce systemic arterial BP, they differ in their ability to reduce glomerular pressure, which is important for progression of renal failure.
   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

5. A greater than 40% reduction in morbidity and mortality has been shown in controlled clinical trials of the treatment of hypertension with diuretics and beta-blockers for which of the following:
   A. Stroke
   B. Hypertensive renal disease
   C. Coronary artery disease

6. The hemodynamic alterations in hypertension initiate structural and functional changes in conduit and resistance vessels that are not characterized by which of the following:
   A. Medial smooth muscle hypertrophy or hyperplasia
   B. Increased extracellular matrix
   C. Reduced vessel compliance
   D. Increased vessel resistance
   E. Decreased vessel resistance

7. Normally functioning endothelial cells lining blood vessel walls do not do which of the following:
   A. Mediate vascular tone by producing vasoconstricting and vasorelaxing substances
   B. Modulate the growth of blood vessels
   C. Contribute essential antithrombotic and fibrinolytic factors
   D. Contribute to atherogenesis

8. The goal BP for the treatment of the diabetic hypertensive is the same as for the nondiabetic hypertensive.
   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

9. The majority of African-American hypertensives are in the "low renin" category.
   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

10. Studies have shown that angiotensin II is a potent growth stimulator for vascular smooth muscle cells, capable of inducing hypertrophy or hyperplasia, depending on cellular conditions.
    A. True
    B. False
    C. True, but I would only be guessing
    D. False, but I would only be guessing

11. Neurontin has been found to be effective for adjunctive therapy in adults for partial seizures with or without secondary generalization.
    A. True
    B. False
    C. True, but I would only be guessing
    D. False, but I would only be guessing

12. Which of the following is correct:
    A. Carbamazepine has not been associated with nausea, drowsiness, ataxia and marrow depression.
    B. Valproate has not been associated with nausea, weight gain and liver enzyme rise.
    C. Gabapentin has not been associated with pharmacokinetic interaction with other medications.

V 025606

WLC_FRANKLIN_0000024201





# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

September 28, 1996 • Park Hyatt • Chicago, IL

## FINAL AGENDA

**FACULTY**

**David J. Kudzma, MD, FACP, FACE**
Clinical Associate Professor of Medicine
University of Miami
Associate Medical Director
Prudential HealthCare Plan
Ft. Lauderdale, FL

**Barry K. McLean, MD, PhD**
Director, High Blood Pressure Center
Birmingham, AL

**Joseph Bruni, MD**
Head, Division of Neurology
The Wellesley Hospital
Toronto, Ontario

### FRIDAY, SEPTEMBER 27, 1996

ARRIVAL AT HOTEL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3:00 PM

BUFFET DINNER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6:30 PM - 10:30 PM

### SATURDAY, SEPTEMBER 28, 1996

BUFFET BREAKFAST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7:00 AM - 8:00 AM

GOALS & PURPOSE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8:00 AM - 8:30 AM
*David Kudzma, MD*

THE HEART & VESSELS:
FOCUS ON CAD & HYPERTENSION . . . . . . . . . . . . . . . . . . . . . . . . 8:30 AM - 9:15 AM
*Barry McLean, MD, PhD*

THE KIDNEYS:
FOCUS ON HYPERTENSIVE &
DIABETIC NEPHROPATHY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:15 AM - 10:00 AM
*David Kudzma, MD*

Break . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 AM - 10:15 AM

THE CNS:
FOCUS ON MAXIMIZING THE USE
OF ANTIEPILEPTIC AGENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:15 AM - 11:00 AM
*Joseph Bruni, MD*

CASE STUDY DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . 11:00 AM - 12:30 PM
*Faculty*

CONCLUDING COMMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . 12:30 PM - 12:45 PM
*David Kudzma, MD*

BUFFET LUNCHEON . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12:45 PM - 1:30 PM

V 025607

WLC_FRANKLIN_0000024202



# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

September 28, 1996 • Park Hyatt • Chicago, IL

## PHYSICIAN QUESTIONNAIRE

*The following issues pertain to your use of angiotensin converting enzyme (ACE) inhibitors in challenging hypertensive patients. Please be as candid as possible.*

1. What organizational pattern best describes your practice?

   ☐ private practice          ☐ group practice          ☐ PPO
   ☐ independent physician organization    ☐ HMO          ☐ Other: _____

2. What percent of patients in your practice are:

   < 45 _____       45-60 _____       Over 65 _____

3. Do you feel that ACE inhibitors can be differentiated between their ability to inhibit tissue ACE?

   Yes ☐          No ☐

4. Do you feel that more potent inhibitors of tissue ACE offer clinical advantages over ACE inhibitors that are less potent inhibitors of tissue ACE?

   Yes ☐          No ☐

5. When you are treating low renin hypertensives (i.e., African-American, elderly), what agents are you using? Please rank 1-5, with 1 being the most likely used agent and 5 being the least likely.

   ____ Diuretics      ____ Beta blockers      ____ Calcium blockers      ____ ACE inhibitors      ____ Alpha blockers

6. Do you feel that there are differences among the ACE inhibitors with regards to their effect on the potentiation of bradykinin?

   Yes ☐          No ☐

7. In normotensive patients who have demonstrated microalbuminuria, would you consider ACE inhibitor therapy first line?

   ☐ All of the time          ☐ 50% of the time          ☐ Not at all

8. When you are treating patients with partial seizures, what agents are you using? Please rank 1-5, with 1 being the most likely used agent and 5 being the least likely.

   ____ Valproate      ____ Carbamazepine      ____ Gabapentin      ____ Phenobarbital      ____ Phenytoin

9. How many new patients with seizures do you see in a month?

   < 5 _____       < 10 _____       10-20 _____       > 20 _____

10. How many patients with partial seizures do you care for?

    < 5 _____   < 10 _____   10-20 _____   20-50 _____   > 50 _____

11. What percentage of your patient population is covered by a managed care plan?

    < 10% _____   10-25% _____   25-50% _____   Over 50% _____

12. To what extent do HMO formularies impact your pharmacological decisions?

    ☐ A great deal          ☐ Somewhat          ☐ A small amount          ☐ Not at all

Name _____

V 025608

WLC_FRANKLIN_0000024203



# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

September 28, 1996 • Park Hyatt • Chicago, IL

## EVALUATION FORM

*Please take a few minutes to complete this form, which helps us plan future programs to better meet your needs. Your comments are greatly appreciated.*

Name: _____
Please Print

**1.** Have we clearly communicated the objectives of this meeting?   Yes ☐   No ☐
Comments: _____

**2.** Comments you may have regarding the meeting format: _____
_____

**3.** Comments, suggestions, criticisms you may have regarding registration or travel arrangements: _____
_____
_____

**4.** Did you consider this consultant meeting a valuable educational experience? _____
_____
_____

**5.** Should we have meetings like this in the future? If so, how often? _____
_____

**6.** Would you be interested in additional information on the Patient Assistance Program?   Yes ☐   No ☐

**7.** Would you be interested in additional information on the Accupril Single Agent Commitment Plus Program?   Yes ☐   No ☐

*Please rate each speaker presentation below by numbering the box in each column that most accurately reflects your opinion.*

| 1 = Excellent, | 2 = Good, | 3 = Fair, | 4 = Poor |
|---|---|---|---|

| | Quality of Presentation | New Information Received | Topic Relevance to Your Work |
|---|---|---|---|
| **The Heart & Vessels:** *Focus on CAD & Hypertension* Barry McLean, MD, PhD | ☐ | ☐ | ☐ |
| **The Kidneys:** *Focus on Hypertensive & Diabetic Nephropathy* David Kudzma, MD | ☐ | ☐ | ☐ |
| **The CNS:** *Focus on Maximizing the Use of Antiepileptic Agents* Joseph Bruni, MD | ☐ | ☐ | ☐ |
| **Case Study Discussion** Faculty | ☐ | ☐ | ☐ |
| **Overall** | ☐ | ☐ | ☐ |

SIGNATURE: _____   DATE: _____

**THANK YOU FOR YOUR PARTICIPATION!**

V 025609

WLC_FRANKLIN_0000024204

Form **W-9**
(Rev. March 1994)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

Give form to the
requester. Do NOT
send to the IRS.

**Please print or type**

Name (If joint names, list first and circle the name of the person or entity whose number you enter in Part I below  **See Instructions on page 2** if your name has changed.)

Business name (Sole proprietors see instructions on page 2 )

Please check appropriate box   ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership   ☐ Other ▶ ................................

Address (number, street, and apt  or suite no )

Requester's name and address (optional)

City, state, and ZIP code

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). For sole proprietors, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How To Get a TIN** below.

**Note:** *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

Social security number

OR

Employer identification number

List account number(s) here (optional)

## Part II   For Payees Exempt From Backup Withholding (See Part II instructions on page 2)

▶

## Part III   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.—**You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (Also see **Part III instructions** on page 2.)

**Sign Here**   Signature ▶                   Date ▶

Section references are to the Internal Revenue Code.

**Purpose of Form.—**A person who is required to file an information return with the IRS must get your correct TIN to report income paid to you, real estate transactions, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA. Use Form W-9 to give your correct TIN to the requester (the person requesting your TIN) and, when applicable, (1) to certify the TIN you are giving is correct (or you are waiting for a number to be issued), (2) to certify you are not subject to backup withholding, or (3) to claim exemption from backup withholding if you are an exempt payee. Giving your correct TIN and making the appropriate certifications will prevent certain payments from being subject to backup withholding.

**Note:** *If a requester gives you a form other than a W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**What Is Backup Withholding?—**Persons making certain payments to you must withhold and pay to the IRS 31% of such

payments under certain conditions. This is called "backup withholding." Payments that could be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. The IRS tells the requester that you furnished an incorrect TIN, or
3. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
4. You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable

interest and dividend accounts opened after 1983 only), or
5. You do not certify your TIN. See the Part III instructions for exceptions.

Certain payees and payments are exempt from backup withholding and information reporting. See the Part II instructions and the separate **Instructions for the Requester of Form W-9.**

**How To Get a TIN.—**If you do not have a TIN, apply for one immediately. To apply, get **Form SS-5,** Application for a Social Security Number Card (for individuals), from your local office of the Social Security Administration, or **Form SS-4,** Application for Employer Identification Number (for businesses and all other entities), from your local IRS office.

If you do not have a TIN, write "Applied For" in the space for the TIN in Part I, sign and date the form, and give it to the requester. Generally, you will then have 60 days to get a TIN and give it to the requester. If the requester does not receive your TIN within 60 days, backup withholding, if applicable, will begin and continue until you furnish your TIN.

Cat No 10231X

**V 025610**

WLC_FRANKLIN_0000024205



# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

## PROGRAM GUIDE

V 025611

WLC_FRANKLIN_0000024206

# THE HEART & VESSELS:
# FOCUS ON CAD & HYPERTENSION

Slide 1

## LOWERING BP ALONE IS INADEQUATE

**Overall Results of Treatment Trials in Mild to Moderate Hypertension Reported Prior to 1989**

**CVA reduction** = 42%

**MI reduction** = 14%

**Renal damage** reduction = minimal

*Cutler JA, et al. Hypertens. 13:1-36, 1989*

Slide 2

## POSSIBLE EXPLANATIONS FOR LESS THAN OPTIMAL RESULTS IN HTN RX

- **Need to lower BP more**

- **Need agents that do more than lower BP**

*Adapted from Kaplan NM. Am Heart J. 125:1487, 1993*

Slide 3

## BLOOD PRESSURE CLASSIFICATION
## (≥ 18 YRS)

|  | SBP (mm Hg) | DBP (mm Hg) |
|---|---|---|
| Normal | < 130 | < 85 |
| High Normal | 130 - 139 | 85 - 89 |
| Hypertension |  |  |
| Stage 1 | 140 - 159 | 90 - 99 |
| Stage 2 | 160 - 179 | 100 - 109 |
| Stage 3 | 180 - 209 | 110 - 119 |
| Stage 4 | ≥ 210 | ≥ 120 |

*JNC V. Arch Intern Med. 153:154, 1993*

1

V 025612

WLC_FRANKLIN_0000024207

Slide 4

## VASCULAR CHANGES AND CV RISK FACTORS IN BORDERLINE HYPERTENSIVES (BP 130/94 mm Hg)

|  | vs. Normotensives |
|---|---|
| Vascular resistance | +22% |
| Vessel structural changes | +11% |
| Total cholesterol | +8% |
| HDL cholesterol | -7% |
| Triglycerides | +42% |
| Insulin | +43% |
| Glucose | +4% |
| Insulin resistance | +29% |

*Julius S, et al. JAMA. 364:354, 1990*

Slide 5

## SYNDROME X

### CHARACTERISTICS

- Upper body obesity
- Hypertension
- Hyperlipidemia
- Insulin resistance

Slide 6

## EFFECTS OF SELECTED ANTIHYPERTENSIVE AGENTS ON CORONARY RISK FACTORS

| Risk Factors | Diuretic | ß-Blocker | Calcium Blocker | ACE Inhibitor |
|---|---|---|---|---|
| Blood Pressure | + | + | + | + |
| Cholesterol | - | 0 | 0 | 0 |
| HDL-C | 0 | - | 0 | 0 |
| Glucose Intolerance | - | - | 0 | + |
| Hyperinsulinemia | - | - | 0 | + |
| LVH | +/- | + | + | + |

*Modified from Kaplan NM. Am Heart J. 125:1487, 1993*

2

V 025613

WLC_FRANKLIN_0000024208

Slide 7

## THE PROSPECT FOR BETTER AGENTS

**Must Provide Improvement in Pathophysiology of:**

- **Vessels**
- **Heart**
- **Kidneys**

Slide 8

## EVALUATION OF NEWER AGENTS

- **Must Include Information on Outcome Measures Relative to Target Organ Damage**
- **Must Include Recent Advances in the Effect of:**
  - **Angiotensin II**
  - **Endothelial dysfunction**
  - **Insulin resistance**

Slide 9

## THE **EXPANDED** ROLE OF ACE IN HYPERTENSION



*Scicli AG, Carretero OA.  J Myocard Ischemia.  7(suppl 1):21-33, 1995*

3

V 025614

WLC_FRANKLIN_0000024209

Slide 10



## VASCULAR TONE: A BALANCE OF FACTORS

Vasoconstrictors
Growth Promoters
(e.g., Ang II)

Vasodilators
Growth Inhibitors
(e.g., NO)

Tone
(Short-Term)

Structure
(Long-Term)

*Dzau VJ, et al. Hypertension. 23(part 2):1132, 1994*

Slide 11



## THE EFFECT OF ACE/AII ON VASCULAR HOMEOSTASIS

Vasoconstriction/
Growth Promotion

↑ Angiotensin II

Vasodilation/
Growth Inhibition

↓ NO*
↓ Prostacyclin*

↑ ACE Activity

* Bradykinin degradation

*Dzau VJ. J Myocard Ischemia. 7(suppl 1):6-14, 1995*

Slide 12

## CLINICAL DISORDERS INVOLVING VASCULAR REMODELING

- Atherosclerosis
- Arteriovenous fistula
- Systemic hypertension
- Aneurysm
- Pulmonary hypertension
- Patent ductus arteriosus
- Stenosis of vein bypass graft

- Restenosis after angioplasty
- Venous hypertension
- Collateral formation
- Neovascularization
- Glomerular sclerosis
- Transplantation-induced arteriopathy

*Gibbons GH. J Myocard Ischemia. 7(suppl 1):34-43, 1995*

4

V 025615

Slide 13

## ENDOTHELIAL DYSFUNCTION: DEFINITION

- **Injury or activation of the endothelial cell leads to altered endothelial function that may promote disease.**

- **The dysfunctional state may be characterized by numerous features such as an imbalance between endothelium-derived relaxing and contracting factors or growth and promoting factors.**

*Lüscher TF. J Myocard Ischemia. 7(suppl 1):15-20, 1995*

Slide 14

## ENDOTHELIAL DYSFUNCTION: PATHOPHYSIOLOGIC CONSEQUENCES

**Macromolecular barrier disruption**
▼
**Increased vessel permeability**
▼
**Physiologic clearance mechanisms overwhelmed**
▼
**LDL oxidation and initiation of atherosclerosis**

*Lüscher TF. J Myocard Ischemia. 7(suppl 1):15-20, 1995*

Slide 15

## ENDOTHELIAL DYSFUNCTION: CLINICAL SEQUELAE

1. Initiation and progression of atherosclerotic plaque formation
   - leukocyte adhesion and transmigration
   - ↑ endothelial permeability
   - altered thromboresistance
   - altered vasomotor regulation
   - altered growth regulation of intimal and medial smooth muscle cells
2. Vasospasm
3. Neointimal formation
4. Mural thrombosis

*Goldsmith MF. JAMA. 263:789-790, 1990*

5

V 025616

WLC_FRANKLIN_0000024211

Slide 16

## HOW TO ASSESS ENDOTHELIAL FUNCTION

- **Measure arterial diameter of conduit vessels in response to endothelium-dependent stimuli**

- **Measure blood flow in resistance vessels**

Slide 17



### ATHEROSCLEROSIS DETERMINES THE RESPONSE OF CORONARY ARTERIES TO ACETYLCHOLINE

Ludmer PL, et al. NEJM. 315:1046-1051, 1986

Slide 18

### TREND

#### Protocol

| Baseline angiogram (ACh and NTG) ☆ | Intervention | Randomization 12 to 72 h post intervention | Quinapril 10 mg QD 1 day | Quinapril 20 mg QD 1 week | Quinapril 40 mg QD remainder of 6-month trial | Follow-up angiogram (ACh and NTG) |
|---|---|---|---|---|---|---|
| | | | | Placebo | | |

6-Month Double-Blind Treatment

☆ Angiogram done following serial infusions of acetylcholine (10⁻⁴ and 10⁻⁶M) and bolus of intracoronary nitroglycerin

Mancini GBJ, et al. Circulation. 1996 (In Press)

6

WLC_FRANKLIN_0000024212

Slide 19



Slide 20



Slide 21



7

V 025618

WLC_FRANKLIN_0000024213

Slide 22



## TREND RESULTS

Mean response in most constricting segment of target artery
(change from baseline after 6 months)

■ Quinapril
□ Placebo

Change in Diameter (%)

Acetylcholine Dose

Positive values indicate improvement.

*Adapted from Mancini GBJ, et al. Circulation. 1996 (In Press)*

Slide 23

## TREND CONCLUSION

- **ACE inhibition with quinapril improves endothelial dysfunction in epicardial coronary arteries that had minimal, nonobstructive CAD.**

- **The results were demonstrated in patients who were normotensive and without evidence of either severe hyperlipidemia or CHF.**

*Mancini GBJ, et al. Circulation. 1996 (In Press)*

Slide 24

## ACE INHIBITOR CLINICAL TRIALS

| Study | ACE Inhibitor | Duration of Follow-up (yr) | Expected End Date | Projected Sample Size | Age (yr) | Other | Primary Outcomes Parameters |
|---|---|---|---|---|---|---|---|
| QUIET | Quinapril | 3 | 1996 | 1700 | 18-75 | PTCA/atherectomy within 72 h, controlled hypertension, average cholesterol | Cardiac ischemic events (CV death, non-fatal MI, need for revascularization, unstable angina) |
| HOPE | Ramipril (± vitamin E) | ≤4 | 1996 | 8000-9000 | 55 | High risk of major CV event | CVD events MI, stroke, death |
| ALLHAT | Lisinopril (± pravastatin) | 6 (mean) | 2000 | 40,000 | ≥55 | Hypertension, atherosclerotic CVD, NIDDM, HDL < 35, LVH smoking | CV death non-fatal MI, all cause mortality |
| PEACE | Trandolapril | 5 | 2002? | 14,000 | ≥50 | Documented CAD | CV death, MI |

*Pepine C. J Am Coll Cardial. 1995*

8

V 025619

WLC_FRANKLIN_0000024214

# THE KIDNEYS:
# FOCUS ON HYPERTENSIVE & DIABETIC NEPHROPATHY

Slide 25

## DIABETIC NEPHROPATHY

- Diabetic nephropathy is the leading cause of ESRD in U.S. (33% of cases)
- Annual estimated cost ~ $3 billion
- $30,000 to $40,000 per year/patient for dialysis

*Am J Kidney Disease. June 1995.*

Slide 26

## DIABETIC NEPHROPATHY

- Type I = 40% of cases, Type II = 60% of cases
- 80% of Type I patients progress to nephropathy in 10 yrs
- Significant predictors of developing microalbuminuria in Type II DM
    - systolic hypertension
    - increased body mass index
    - ↓ HDL
    - insulin use
    - smoking

*Am J Kidney Diseases. June 1995.*

Slide 27

## DIABETIC NEPHROPATHY

Stages of Kidney Involvement in Diabetes as Renal Function Deteriorates

- Hyperfiltration
- Microalbuminuria
- Proteinuria
- Azotemia
- Uremia

9

V 025620

WLC_FRANKLIN_0000024215

Slide 28

## RENAL INSUFFICIENCY IN
## TREATED ESSENTIAL HYPERTENSION

- 94 patients with serum creatinine ≤ 1.5 mg/dL followed for 58 ± 34 SD mos

- BP normalized with therapy in 61 patients (≤ 140/90)

- 16% of patients with normalized BP developed progressive renal deterioration despite continued therapy

*Adapted from Rostand SG, et al. N Engl J Med. 1989*

Slide 29

### EFFECT OF ACE INHIBITION ON
### DIABETIC KIDNEY DISEASE



*Lewis EJ, et al. N Engl J Med. 329:1456, 1993*

Slide 30

## REDUCTION OF MICROALBUMINURIA:
## ACEIs VS. CCBs



*Dunfee. Hospital Practice. Vol 30-5, 1995*

10

V 025621

WLC_FRANKLIN_0000024216

Slide 31



Slide 32



V 025622

WLC_FRANKLIN_0000024217

# THE CNS:
# FOCUS ON MAXIMIZING THE USE OF ANTIEPILEPTIC AGENTS

Slide 33

## PAIN: AEDs—NON-EPILEPTIC USES

- **NEURALGIAS**
    - **POSTHERPETIC NEURALGIA**
    - **TIC DOULOUREUX**
    - **GLOSSOPHARYNGEAL**
- **REFLEX SYMPATHIC DYSTROPHY**
- **NEUROMAS**

Slide 34

## AEDs AND CHRONIC PAIN

**MIGRAINE**
- Valproate

**NEUROPATHY-NEURALGIA**
**CAUSALGIA-PHANTOM LIMB PAIN**
- Carbamazepine
- Phenytoin
- Gabapentin

Slide 35

## ANTIEPILEPTIC DRUGS

**Rx OF CHRONIC PAIN**
- **Carbamazepine**
- **Phenytoin**
- **Valproate**
- **Gabapentin**

V 025623

WLC_FRANKLIN_0000024218

Slide 36

## PAIN: AEDs—NON-EPILEPTIC USES (CONT'D.)

- **PERIPHERAL NEUROPATHIES**
  - **DIABETIC**
  - **NUTRITIONAL**
  - **TOXIC**
  - **NEOPLASTIC**
  - **POSTTRAUMATIC**

Slide 37

## PAIN: AEDs—NON-EPILEPTIC USES (CONT'D.)

- **CENTRAL PAIN SYNDROMES**
  - **THALAMIC**
  - **SPINAL (SYRINX, TUMOR, INJURY)**
- **PERIPHERAL**
  - **REFLEX SYMPATHETIC DYSTROPHY**
  - **PHANTOM LIMB**
  - **NEUROPATHIES**

Slide 38

## GABAPENTIN AND PAIN: MODULATION OF NEUROTRANSMITTER LEVELS BY GABAPENTIN

- **Glutamate** - Gabapentin decreases leucine transport into cells and inhibits amino acid transferase, decreasing glutamate formed from leucine, isoleucine and valine.

- **Gabapentin** protects neurons from hypoxia and hypoglycemia.

*Daring et al. Nature. 1995*
*Petroff et al. Ann Neurol. 1996*

13

V 025624

WLC_FRANKLIN_0000024219

Slide 39

## GABAPENTIN AND PAIN: NEUROMODULATION (CONT'D.)

- **GABA** - Gabapentin activates GAD which increases GABA synthesis
  - K induced release of GABA is enhanced in the presence of nipocotic acid; glutamate release of GABA is blocked
  - occipital lobe [GABA] as measured by M RS is raised in patients on 3300 mg/D of gabapentin (increased GABA synthesis)

Slide 40

## GABAPENTIN AND PAIN: PROPOSED ROLE IN THE MEDIATION OF PAIN, DECREASE GLUTAMATE ACTIVITY

- **SPINAL CORD** - block of ascending pain signals by reducing excitation by afferent pain fibers in the dorsal root and dorsal horn.
- **TRIGEMINAL NERVE NUCLEUS** - block of ascending pain signals by reducing excitation of afferent V nerve signals.
- **THALAMUS** - block thalamocortical pain signals from ascending ST and SR tracts.

Slide 41

## GABAPENTIN AND PAIN: MODULATION BY INCREASING GABA ACTIVITY

- **Spinal Cord** - inhibits lamina II cells from excitation from afferent peripheral pain fibers in concert with descending inhibitory pathways from periaqueductal grey.
- **Trigeminal N.** - increase inhibition of afferent pain signals from periphery.
- **Thalamus** - decrease excitation of ascending LST and SR tract projections; decrease pain signals to cortex via the paleospinothalamic pathway.

14

V 025625

WLC_FRANKLIN_0000024220

Slide 42

## NON-EPILEPTIC USES OF GABAPENTIN: PAIN SYNDROMES

- **SENSORY MOTOR NEUROPATHIES**
  - DIABETIC          5/5
  - HEREDITARY     2/2      50 - 90%+++
  - IDIOPATHIC      4/4
- **RADICULOPATHIES**
  - SENSORY          8/10    50-100%+++
  - SENSORY MOTOR  3/3     50 - 80%+++

Slide 43

## NON-EPILEPTIC USES OF GABAPENTIN: PAIN SYNDROMES (CONT'D.)

- **SPINAL STENOSIS**          9/11    40-90%+++
- **COMPRESSION Fx**          2/2      40-90%+++
- **POSTHERPETIC NEURALGIA**  2/2      50-90%+++
- **TRIGEMINAL NEURALGIA**    3/4      50-90%+++
- **FOCAL NEUROPATHIES**      4/4      50-75%+++
- **PHANTOM PAIN**            1/1      60-75%+++

Slide 44

## NON-EPILEPTIC USES OF GABAPENTIN: DOSING AND ADVERSE EFFECTS

- 1800 to 2400 mg/day        average
- 600 mg/day              minimum
- 4800 mg/day             maximum

ADVERSE EFFECTS - 10% of patients intolerant to CNS adverse effects which were more prominent in the ELDERLY

START WITH LOW DOSE

15

V 025626

WLC_FRANKLIN_0000024221

# NOTES

V 025627

WLC_FRANKLIN_0000024222