**PARKE-DAVIS**



# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

SEPTEMBER 27-28, 1996

MARQUETTE HOTEL
MINNEAPOLIS, MN

## FACULTY AND ATTENDEE LIST

V 025575

WLC_FRANKLIN_0000024170

# FACULTY LIST

## — Presenters —

Jose Martinez, MD, FACP
The Watson Clinic LLP
1600 Lakeland Hills Blvd.
Lakeland, FL
(813) 680-7582


Michael D. Merren, MD
Clinical Professor of Neurology
University of Texas
Health Science Center at San Antonio
8042 Wurzbach Road, Suite 640
San Antonio, TX
(210) 614-3962


Elijah Saunders, MD, FACC
Associate Professor, Department of Medicine
Head, Division of Hypertension
University of Maryland School of Medicine
419 West Redwood Street, Suite 620
Baltimore, MD 21201
(410) 328-4366

**V 025576**

WLC_FRANKLIN_0000024171

# ATTENDEE LIST

Jeffrey Arenson, MD

Ronald Beyer, MD

Frank Bonello, MD

Joseph Canto, MD

Roger Cornetto, MD

Randeep Dhami, MD

Paul Dondlinger, DO

Gene Hartmann, MD

Thomas Koehnen, MD

Fred Lux, MD

Charles McGraw, MD

Peter Menge, MD

Bruce Meyer, MD

Mukesh Patel, MD

Angelito Ramos, MD

Mari-Lou Ramos, MD

Bruce Richardson, MD

David Rosenbaum, MD

Roger Schroeppel, MD

Malcolm Scott, MD

Frederick Townsend, MD

**PARKE-DAVIS**

Cindy Phillips

**HCC**

Joshua Fluhr

Brad Kalish

V 025577

WLC_FRANKLIN_0000024172

# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

September 28, 1996 • Marquette Hotel • Minneapolis, MN

## PHYSICIAN QUESTIONNAIRE

*The following issues pertain to your use of angiotensin converting enzyme (ACE) inhibitors in challenging hypertensive patients. Please be as candid as possible.*

---

1. What organizational pattern best describes your practice?

   ☐ private practice ☐ group practice ☐ PPO

   ☐ independent physician organization ☐ HMO ☐ Other: _____

---

2. What percent of patients in your practice are:

   < 45 _____ 45-60 _____ Over 65 _____

---

3. Do you feel that ACE inhibitors can be differentiated between their ability to inhibit tissue ACE?

   Yes ☐ No ☐

---

4. Do you feel that more potent inhibitors of tissue ACE offer clinical advantages over ACE inhibitors that are less potent inhibitors of tissue ACE?

   Yes ☐ No ☐

---

5. When you are treating low renin hypertensives (i.e., African-American, elderly), what agents are you using?
   Please rank 1-5, with 1 being the most likely used agent and 5 being the least likely.

   ____ Diuretics ____ Beta blockers ____ Calcium blockers ____ ACE inhibitors ____ Alpha blockers

---

6. Do you feel that there are differences among the ACE inhibitors with regards to their effect on the potentiation of bradykinin?

   Yes ☐ No ☐

---

7. In normotensive patients who have demonstrated microalbuminuria, would you consider ACE inhibitor therapy first line?

   ☐ All of the time ☐ 50% of the time ☐ Not at all

---

8. When you are treating patients with partial seizures, what agents are you using?
   Please rank 1-5, with 1 being the most likely used agent and 5 being the least likely.

   ____ Valproate ____ Carbamazepine ____ Gabapentin ____ Phenobarbital ____ Phenytoin

---

9. How many new patients with seizures do you see in a month?

   < 5 _____ < 10 _____ 10-20 _____ > 20 _____

---

10. How many patients with partial seizures do you care for?

    < 5 _____ < 10 _____ 10-20 _____ 20-50 _____ > 50 _____

---

11. What percentage of your patient population is covered by a managed care plan?

    < 10% _____ 10-25% _____ 25-50% _____ Over 50% _____

---

12. To what extent do HMO formularies impact your pharmacological decisions?

    ☐ A great deal ☐ Somewhat ☐ A small amount ☐ Not at all

---

Name _____

**V 025578**

WLC_FRANKLIN_0000024173

Form **W-9**
(Rev. March 1994)

Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give form to the requester. Do NOT send to the IRS.**

Please print or type

Name (If joint names, list first and circle the name of the person or entity whose number you enter in Part I below. See instructions on page 2 if your name has changed.)

Business name (Sole proprietors see instructions on page 2.)

Please check appropriate box ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ▶ .........................

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). For sole proprietors, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How To Get a TIN** below.

**Note:** *If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.*

Social security number

OR

Employer identification number

List account number(s) here (optional)

## Part II    For Payees Exempt From Backup Withholding (See Part II instructions on page 2)

▶

## Part III    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.—**You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (Also see **Part III instructions** on page 2.)

**Sign Here**    Signature ▶                                      Date ▶

*Section references are to the Internal Revenue Code.*

**Purpose of Form.—**A person who is required to file an information return with the IRS must get your correct TIN to report income paid to you, real estate transactions, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA. Use Form W-9 to give your correct TIN to the requester (the person requesting your TIN) and, when applicable, (1) to certify the TIN you are giving is correct (or you are waiting for a number to be issued), (2) to certify you are not subject to backup withholding, or (3) to claim exemption from backup withholding if you are an exempt payee. Giving your correct TIN and making the appropriate certifications will prevent certain payments from being subject to backup withholding.

**Note:** *If a requester gives you a form other than a W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**What Is Backup Withholding?—**Persons making certain payments to you must withhold and pay to the IRS 31% of such

payments under certain conditions. This is called "backup withholding." Payments that could be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

**1.** You do not furnish your TIN to the requester, or

**2.** The IRS tells the requester that you furnished an incorrect TIN, or

**3.** The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

**4.** You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable

interest and dividend accounts opened after 1983 only), or

**5.** You do not certify your TIN. See the Part III instructions for exceptions.

Certain payees and payments are exempt from backup withholding and information reporting. See the Part II instructions and the separate **Instructions for the Requester of Form W-9.**

**How To Get a TIN.—**If you do not have a TIN, apply for one immediately. To apply, get Form SS-5, Application for a Social Security Number Card (for individuals), from your local office of the Social Security Administration, or Form SS-4, Application for Employer Identification Number (for businesses and all other entities), from your local IRS office.

If you do not have a TIN, write "Applied For" in the space for the TIN in Part I, sign and date the form, and give it to the requester. Generally, you will then have 60 days to get a TIN and give it to the requester. If the requester does not receive your TIN within 60 days, backup withholding, if applicable, will begin and continue until you furnish your TIN.

Cat. No. 10231X

**V 025579**

WLC_FRANKLIN_0000024174



# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

September 28, 1996 • Marquette Hotel • Minneapolis, MN

# EVALUATION FORM

*Please take a few minutes to complete this form, which helps us plan future programs to better meet your needs. Your comments are greatly appreciated.*

Name: _____
Please Print

**1.** Have we clearly communicated the objectives of this meeting?   Yes ☐   No ☐
Comments: _____

**2.** Comments you may have regarding the meeting format: _____

**3.** Comments, suggestions, criticisms you may have regarding registration or travel arrangements: _____

**4.** Did you consider this consultant meeting a valuable educational experience? _____

**5.** Should we have meetings like this in the future? If so, how often? _____

**6.** Would you be interested in additional information on the Patient Assistance Program?   Yes ☐   No ☐

**7.** Would you be interested in additional information on the Accupril Single Agent Commitment Plus Program?   Yes ☐   No ☐

*Please rate each speaker presentation below by numbering the box in each column that most accurately reflects your opinion.*

1 = Excellent,     2 = Good,     3 = Fair,     4 = Poor

| | Quality of Presentation | New Information Received | Topic Relevance to Your Work |
|---|---|---|---|
| **The Heart & Vessels:** **Focus on CAD & Hypertension** Elijah Saunders, MD | ☐ | ☐ | ☐ |
| **The Kidneys:** **Focus on Hypertensive & Diabetic Nephropathy** Jose Martinez, MD | ☐ | ☐ | ☐ |
| **The CNS:** **Focus on Maximizing the Use of Antiepileptic Agents** Michael Merren, MD | ☐ | ☐ | ☐ |
| **Case Study Discussion** Faculty | ☐ | ☐ | ☐ |
| **Overall** | ☐ | ☐ | ☐ |

SIGNATURE: _____   DATE: _____

**THANK YOU FOR YOUR PARTICIPATION!**

V 025580



# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

September 28, 1996 • Marquette Hotel • Minneapolis, MN

## KNOWLEDGE INVENTORY

*For each question, circle one answer.*

1. The approximate percentage of patients with hypertension that a recent study found were controlled (BP < 140/90 mm Hg) by their current antihypertensive medication was:

   A. 90%    C. 50%    E. 10%
   B. 70%    D. 30%

2. The majority of hypertensive patients have diastolic BP above 110 mm Hg.

   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

3. The JNC V report suggests that lowering BP to a goal level of 135/85 mm Hg will not have any more effect than a goal level of 140/90 mm Hg.

   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

4. Although antihypertensive agents reduce systemic arterial BP, they differ in their ability to reduce glomerular pressure, which is important for progression of renal failure.

   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

5. A greater than 40% reduction in morbidity and mortality has been shown in controlled clinical trials of the treatment of hypertension with diuretics and beta-blockers for which of the following:

   A. Stroke
   B. Hypertensive renal disease
   C. Coronary artery disease

6. The hemodynamic alterations in hypertension initiate structural and functional changes in conduit and resistance vessels that are not characterized by which of the following:

   A. Medial smooth muscle hypertrophy or hyperplasia
   B. Increased extracellular matrix
   C. Reduced vessel compliance
   D. Increased vessel resistance
   E. Decreased vessel resistance

7. Normally functioning endothelial cells lining blood vessel walls do not do which of the following:

   A. Mediate vascular tone by producing vasoconstricting and vasorelaxing substances
   B. Modulate the growth of blood vessels
   C. Contribute essential antithrombotic and fibrinolytic factors
   D. Contribute to atherogenesis

8. The goal BP for the treatment of the diabetic hypertensive is the same as for the nondiabetic hypertensive.

   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

9. The majority of African-American hypertensives are in the "low renin" category.

   A. True
   B. False
   C. True, but I would only be guessing
   D. False, but I would only be guessing

10. Studies have shown that angiotensin II is a potent growth stimulator for vascular smooth muscle cells, capable of inducing hypertrophy or hyperplasia, depending on cellular conditions.

    A. True
    B. False
    C. True, but I would only be guessing
    D. False, but I would only be guessing

11. Neurontin has been found to be effective for adjunctive therapy in adults for partial seizures with or without secondary generalization.

    A. True
    B. False
    C. True, but I would only be guessing
    D. False, but I would only be guessing

12. Which of the following is correct:

    A. Carbamazepine has not been associated with nausea, drowsiness, ataxia and marrow depression.
    B. Valproate has not been associated with nausea, weight gain and liver enzyme rise.
    C. Gabapentin has not been associated with pharmacokinetic interaction with other medications.

**V 025581**

WLC_FRANKLIN_0000024176






# MANAGEMENT OF CHALLENGING PATIENTS IN THE PRIMARY CARE ENVIRONMENT

## A MEDICAL CONSULTANT FORUM

## PROGRAM GUIDE

V 025582

WLC_FRANKLIN_0000024177

# THE HEART & VESSELS:
## FOCUS ON CAD & HYPERTENSION

Slide 1

### LOWERING BP ALONE IS INADEQUATE

**Overall Results of Treatment Trials in Mild to Moderate Hypertension Reported Prior to 1989**

**CVA** reduction = 42%

**MI** reduction = 14%

**Renal damage** reduction = minimal

*Cutler JA, et al. Hypertens. 13:1–36, 1989*

Slide 2

### POSSIBLE EXPLANATIONS FOR LESS THAN OPTIMAL RESULTS IN HTN RX

- **Need to lower BP more**

- **Need agents that do more than lower BP**

*Adapted from Kaplan NM. Am Heart J. 125:1487, 1993*

Slide 3

### BLOOD PRESSURE CLASSIFICATION (≥ 18 YRS)

|  | SBP (mm Hg) | DBP (mm Hg) |
|---|---|---|
| Normal | < 130 | < 85 |
| High Normal | 130 - 139 | 85 - 89 |
| Hypertension |  |  |
| Stage 1 | 140 - 159 | 90 - 99 |
| Stage 2 | 160 - 179 | 100 - 109 |
| Stage 3 | 180 - 209 | 110 - 119 |
| Stage 4 | ≥ 210 | ≥ 120 |

*JNC V. Arch Intern Med. 153:154, 1993*

1

V 025583

WLC_FRANKLIN_0000024178

Slide 4

## VASCULAR CHANGES AND CV RISK FACTORS IN BORDERLINE HYPERTENSIVES (BP 130/94 mm Hg)

|  | vs. Normotensives |
|---|---|
| Vascular resistance | +22% |
| Vessel structural changes | +11% |
| Total cholesterol | +8% |
| HDL cholesterol | -7% |
| Triglycerides | +42% |
| Insulin | +43% |
| Glucose | +4% |
| Insulin resistance | +29% |

*Julius S, et al. JAMA. 364:354, 1990*

Slide 5

## SYNDROME X

### CHARACTERISTICS

- Upper body obesity
- Hypertension
- Hyperlipidemia
- Insulin resistance

Slide 6

## EFFECTS OF SELECTED ANTIHYPERTENSIVE AGENTS ON CORONARY RISK FACTORS

| Risk Factors | Diuretic | B-Blocker | Calcium Blocker | ACE Inhibitor |
|---|---|---|---|---|
| Blood Pressure | + | + | + | + |
| Cholesterol | - | 0 | 0 | 0 |
| HDL-C | 0 | - | 0 | 0 |
| Glucose intolerance | - | - | 0 | + |
| Hyperinsulinemia | - | - | 0 | + |
| LVH | +/- | + | + | + |

*Modified from Kaplan NM. Am Heart J. 125:1487, 1993*

2

V 025584

WLC_FRANKLIN_0000024179

Slide 7

---

## THE PROSPECT FOR BETTER AGENTS

**Must Provide Improvement in Pathophysiology of:**

- **Vessels**

- **Heart**

- **Kidneys**

---

Slide 8

---

## EVALUATION OF NEWER AGENTS

- **Must Include Information on Outcome Measures Relative to Target Organ Damage**
- **Must Include Recent Advances in the Effect of:**

  - **Angiotensin II**

  - **Endothelial dysfunction**

  - **Insulin resistance**

---

Slide 9



## THE **EXPANDED** ROLE OF ACE IN HYPERTENSION

Scicli AG, Carretero OA. J Myocard Ischemia. 7(suppl 1):21-33, 1995

3

V 025585

WLC_FRANKLIN_0000024180

Slide 10



Slide 11



Slide 12

**CLINICAL DISORDERS INVOLVING VASCULAR REMODELING**

- Atherosclerosis
- Arteriovenous fistula
- Systemic hypertension
- Aneurysm
- Pulmonary hypertension
- Patent ductus arteriosus
- Stenosis of vein bypass graft

- Restenosis after angioplasty
- Venous hypertension
- Collateral formation
- Neovascularization
- Glomerular sclerosis
- Transplantation-induced arteriopathy

*Gibbons GH. J Myocard Ischemia. 7(suppl 1):34-43, 1995*

4

V 025586

WLC_FRANKLIN_0000024181

Slide 13

## ENDOTHELIAL DYSFUNCTION: DEFINITION

- **Injury or activation of the endothelial cell leads to altered endothelial function that may promote disease.**

- **The dysfunctional state may be characterized by numerous features such as an imbalance between endothelium-derived relaxing and contracting factors or growth and promoting factors.**

*Lüscher TF. J Myocard Ischemia. 7(suppl 1):15-20, 1995*

Slide 14

## ENDOTHELIAL DYSFUNCTION: PATHOPHYSIOLOGIC CONSEQUENCES

**Macromolecular barrier disruption**

▼

**Increased vessel permeability**

▼

**Physiologic clearance mechanisms overwhelmed**

▼

**LDL oxidation and initiation of atherosclerosis**

*Lüscher TF. J Myocard Ischemia. 7(suppl 1):15-20, 1995*

Slide 15

## ENDOTHELIAL DYSFUNCTION: CLINICAL SEQUELAE

1. **Initiation and progression of atherosclerotic plaque formation**
   - leukocyte adhesion and transmigration
   - ↑ endothelial permeability
   - altered thromboresistance
   - altered vasomotor regulation
   - altered growth regulation of intimal and medial smooth muscle cells
2. **Vasospasm**
3. **Neointimal formation**
4. **Mural thrombosis**

*Goldsmith MF. JAMA. 263:789-790, 1990*

5

V 025587

WLC_FRANKLIN_0000024182

Slide 16

---

## HOW TO ASSESS ENDOTHELIAL FUNCTION

- **Measure arterial diameter of conduit vessels in response to endothelium-dependent stimuli**

- **Measure blood flow in resistance vessels**

---

Slide 17



ATHEROSCLEROSIS DETERMINES THE RESPONSE OF CORONARY ARTERIES TO ACETYLCHOLINE

Ludmer PL, et al. NEJM. 315:1046-1051, 1986

---

Slide 18



TREND

Protocol

Mancini GBJ, et al. Circulation. 1996 (In Press)

V 025588

WLC_FRANKLIN_0000024183

Slide 19



Slide 20



Slide 21



V 025589

WLC_FRANKLIN_0000024184

Slide 22

## TREND RESULTS

**Mean response in most constricting segment of target artery (change from baseline after 6 months)**



Positive values indicate improvement.

*Adapted from Mancini GBJ, et al. Circulation. 1996 (In Press)*

Slide 23

## TREND CONCLUSION

- **ACE inhibition with quinapril improves endothelial dysfunction in epicardial coronary arteries that had minimal, nonobstructive CAD.**

- **The results were demonstrated in patients who were normotensive and without evidence of either severe hyperlipidemia or CHF.**

*Mancini GBJ, et al. Circulation. 1996 (In Press)*

Slide 24

## ACE INHIBITOR CLINICAL TRIALS

| Study | ACE Inhibitor | Duration of Follow-up (yr) | Expected End Date | Projected Sample Size | Inclusion Criteria Age (yr) | Other | Primary Outcomes Parameters |
|-------|--------------|---------------------------|-------------------|----------------------|-----------------------------|-------|----------------------------|
| QUIET | Quinapril | 3 | 1996 | 1700 | 18-75 | PTCA/atherectomy within 72 h, controlled hypertension, average cholesterol | Cardiac ischemic events (CV death, non-fatal MI, need for revascularization, unstable angina) |
| HOPE | Ramipril (± vitamin E) | ≤4 | 1998 | 8000-9000 | 55 | High risk of major CV event | CVD events MI, stroke, death |
| ALLHAT | Lisinopril (± pravastatin) | 6 (mean) | 2000 | 40,000 | ≥ 55 | Hypertension, atherosclerotic CVD, NIDDM, HDL < 35, LVH smoking | CV death non-fatal MI, all cause mortality |
| PEACE | Trandolapril | 5 | 2002? | 14,000 | ≥ 50 | Documented CAD | CV death, MI |

*Pepine C. J Am Coll Cardiol. 1995*

8

V 025590

WLC_FRANKLIN_0000024185

# THE KIDNEYS:
# FOCUS ON HYPERTENSIVE & DIABETIC NEPHROPATHY

Slide 25

### DIABETIC NEPHROPATHY

- Diabetic nephropathy is the leading cause of ESRD in U.S. (33% of cases)
- Annual estimated cost ~ $3 billion
- $30,000 to $40,000 per year/patient for dialysis

*Am J Kidney Disease. June 1995.*

Slide 26

### DIABETIC NEPHROPATHY

- Type I = 40% of cases, Type II = 60% of cases
- 80% of Type I patients progress to nephropathy in 10 yrs
- Significant predictors of developing microalbuminuria in Type II DM
  - systolic hypertension
  - increased body mass index
  - ↓ HDL
  - insulin use
  - smoking

*Am J Kidney Diseases. June 1995.*

Slide 27

### DIABETIC NEPHROPATHY

**Stages of Kidney Involvement in Diabetes as Renal Function Deteriorates**

- Hyperfiltration
- Microalbuminuria
- Proteinuria
- Azotemia
- Uremia

9

V 025591

WLC_FRANKLIN_0000024186

Slide 28

## RENAL INSUFFICIENCY IN
## TREATED ESSENTIAL HYPERTENSION

- **94 patients with serum creatinine ≤ 1.5 mg/dL followed for 58 ± 34 SD mos**

- **BP normalized with therapy in 61 patients (≤ 140/90)**

- **16% of patients with normalized BP developed progressive renal deterioration despite continued therapy**

*Adapted from Rostand SG, et al. N Engl J Med. 1989*

Slide 29

## EFFECT OF ACE INHIBITION ON
## DIABETIC KIDNEY DISEASE



*Lewis EJ, et al. N Engl J Med. 329:1456, 1993*

Slide 30

## REDUCTION OF MICROALBUMINURIA:
## ACEIs VS. CCBs



*Dunfee. Hospital Practice. Vol 30-5, 1995*

V 025592

WLC_FRANKLIN_0000024187

Slide 31



Slide 32



V 025593

WLC_FRANKLIN_0000024188

# THE CNS:
# FOCUS ON MAXIMIZING THE USE OF ANTIEPILEPTIC AGENTS

Slide 33

## CARBAMAZEPINE

- **New tablet size - 100, 200 & 300 mgm time release**
  - **Tegretol XR**
  - **bid dosing**
- **Nausea**
  - **give immediately po**
- **Drowsiness**
- **Ataxia**
- **Marrow depression & hepatic enzyme rise**
  - **LFTs at start & every 6 months**
  - **CBC at start, then monthly x3, then every 6 months**

Slide 34

## CARBAMAZEPINE

- **Trigeminal neuralgia**
  - **100 mgm bid - 400 mgm bid**

Slide 35

## CARBAMAZEPINE

- **Peripheral Neuropathic Pain**
  - **Peripheral neuropathy**
  - **Arachnoiditis**
  - **RSD**
  - **Herpetic neuralgia**
- **100 mgm bid - 400 mgm bid**

12

V 025594

WLC_FRANKLIN_0000024189

Slide 36

## CARBAMAZEPINE

- **Central Pain**
  - – Thalamic pain
  - – Myelopathy
- 100 mgm bid - 400 mgm bid

Slide 37

## PHENYTOIN

- Drowsiness
- Cognitive difficulty
- Ataxia
- Macrocytosis
  - – CBC in 3 months, then yearly

Slide 38

## PHENYTOIN

- **Peripheral Neuropathic Pain**
  - – Peripheral Neuropathy
  - – Trigeminal Neuralgia
- **Central Pain**
  - – Myelopathy
  - – 100-400 mgm daily

V 025595

13

WLC_FRANKLIN_0000024190

Slide 39

| VALPROATE |
|---|

- Nausea
- Weight gain
- Hair loss
- Marrow suppression & liver enzyme rise
  - CBC & LFTs at start
  - CBC monthly x3, then every 6 months

Slide 40

| VALPROATE |
|---|

- **Migraine**
  - 500 mgm - 750 mgm bid

Slide 41

| CLONAZEPAM |
|---|

- **Drowsiness**
  - increase dosage very, very slowly
- 0.5 mgm tid - 2 mgm qid

V 025596

WLC_FRANKLIN_0000024191

Slide 42

## CLONAZEPAM

- Occasionally helpful for peripheral neuropathic pain
- Pain of dystonia

Slide 43

## GABAPENTIN

### *Neurontin*

- Adjunctive therapy in adults for partial seizures with or without secondary generalization

Slide 44

## GABAPENTIN

- Simple predictable pharmacokinetics
  - Not metabolized
  - Not protein bound
- No pharmacokinetic interactions with other meds
- Well tolerated
- Excellent safety profile
- Rapid initiation of therapy
- No laboratory tests to follow

15

V 025597

WLC_FRANKLIN_0000024192

Slide 45

### MIGRAINE *(inc. Cluster)*

- **Mild to excellent improvement in:**
  - **Frequency of headaches**
  - **Duration of headaches**
  - **Severity of headaches**
- **600-2400 mgm/day**

Slide 46

### RESTLESS LEGS

- **Excellent results**
  - **50-100% relief**
- **600-900 mgm hs**
- **900 mgm/day**

Slide 47

### PERIODIC NIGHTTIME LEG MOVEMENTS

- **Excellent results**
  - **50-100% relief**
- **600-900 mgm at hs**

16

V 025598

WLC_FRANKLIN_0000024193

Slide 48

## NEUROPATHIC PAIN

**Central Pain**
- Post Stroke (Thalamic)
- Myelopathic
- Multiple Sclerosis

**Peripheral Pain**
- Neuropathy
- RSD
- Trigeminal Neuralgia
- Arachnoiditis

Slide 49

## NEUROPATHIC PAIN *(CENTRAL)*

- Mild to excellent improvement
- 600-2400 mgm

Slide 50

## NEUROPATHIC PAIN *(PERIPHERAL)*

- Moderate to excellent improvement with several different painful peripheral neuropathies
- 300-1600 mgm/day

17

V 025599

WLC_FRANKLIN_0000024194

Slide 51

## TRIGEMINAL NEURALGIA

- **Can be used as adjunctive medication with carbamazepine**
- **Can be used as monotherapy**
- **600-1800 mgm**

Slide 52

## REFLEX SYMPATHETIC DYSTROPHY

- **Many reports of excellent efficacy from pain clinics**
- **900-1800 mgm/day**

Slide 53

## ARACHNOIDITIS

- **Probably a peripheral nerve pain**
- **Good results as adjunctive med**
- **900-2400 mgm/day**

18

V 025600

WLC_FRANKLIN_0000024195

Slide 54

## HERPES ZOSTER

- Useful both with the acute lesions and in postherpetic neuralgia
- 900-2400 mgm/day

Slide 55

## GABAPENTIN DOSING

- Start with 100 mgm at hs to 100 mgm tid
- Increase every 2 to 5 days to 300 mgm tid
- With restless legs and some neuropathies that only cause nocturnal pain
  - dose only at night
  - 100-600 mgm hs
- Dose to beneficial effect or tolerance

V 025601

WLC_FRANKLIN_0000024196

# NOTES



V 025602

WLC_FRANKLIN_0000024197