FROM : HEALTH CARE COMMUNICATIONS   PHONE NO. : 2019475545   Aug. 02 1996 01:40PM P2
Case 1:04-cv-10981-PBS   Document 449-5   Filed 08/25/06   Page 1 of 7

1

# HCC

HEALTH CARE COMMUNICATIONS, INC

ONE BRIDGE PLAZA
FORT LEE, NEW JERSEY 07024
201 947-5545; FAX: 201 947-8406

July 31, 1996   (Revised)

Lisa Moore
Director of Marketing
Parke-Davis
North Central Customer Business Unit
1750 East Golf Road
Suite 490
Schaumburg, IL  60173

Dear Lisa:

In follow-up to our recent conversation, Health Care Communications, Inc (HCC) welcomes the opportunity to work with you and the Parke-Davis North Central Customer Business Unit in the development and implementation of four (4) Consultant meetings on neuropathy and nephropathy in the primary care environment. The overall purpose of these meetings will be to determine if there is agreement or disparity among physicians practicing in various locales in regard to the comprehensive management of their patients, (particularly diabetics) in regards to neuropathy and nephropathy. In addition to didactic presentations there will be case study discussions of appropriate patients, with consultants asked to complete a Consensus Questionnaire ("Additional Survey Form") about their management of patients particularly as regards management of neuropathy, nephropathy and hypertension. Following conclusion of each meeting a report of the Consultant Consensus for that meeting will be provided to Parke-Davis. And at the conclusion of all 4 meetings an overall report, taking into account practice locale (and comparison of various locales) will be provided to Parke-Davis.

Basically, the logistical parameters for this program as as follows:

**Number of Meetings:** 4

**Dates:**   Saturday mornings in late September and early October 1996 (If attendee travel to locale of meeting required, arrival will be on Friday proceeding the Saturday morning meeting. Departure will be Saturday afternoon, following the meeting).

V075102

WLC_FRANKLIN_0000073965

FROM : HEALTH CARE COMMUNICATIONS    PHONE NO. : 2019475545    Aug. 02 1996 01:40PM P3
Case 1:04-cv-10981-PBS    Document 449-5    Filed 08/25/06    Page 2 of 7

2

Locations:   Conference sites (Hotels) in 4 locales in the North Central U.S. within reasonable driving distance of "clusters" of general practitioners and/or general internists who manage a substantial number of diabetic patients

- Total Anticipated Attendees per meeting: 90
  - Consultant Physicians: 25-40 (maximum)
  - Faculty: 3
  - Parke-Davis: 5
  - HCC: 2
  - Attendee Guests: 40

- Target Audience:
  Primary Care Physicians (GP/IM Generalists) practicing in the North Central area of the U.S. who treat a significant number of diabetics

- Logistics:
  Friday:
     3:00 PM - 6:30 PM Attendee Arrival at Conference Site
     6:30 AM - 10:30 PM Reception/Dinner

  Saturday:
     7:00 AM - 8:00 AM  Breakfast
     8:00 AM - 12:30 PM Scientific Session
     12:30 PM - 1:30 PM Luncheon

Meeting Room Set-Up:

- Open "U" for didactic session: AV will consist of a screen at front of room, a panel table, 35mm projector, laser pointer, lavalier microphone and additional microphones for panel table and audience.

- Open U for Case Study discussions

Meeting Faculty:

- Three visiting faculty of which one will serve as moderator

FROM : HEALTH CARE COMMUNICATIONS    PHONE NO. : 2019475545    Aug. 02 1996 01:41PM P4
Case 1:04-cv-10981-PBS   Document 449-5   Filed 08/25/06   Page 3 of 7

3

**Meeting Handouts:**

Each consultant will receive a heavy paper foler containing:

- A program agenda
- A listing of the faculty (names, titles, addresses)
- A list of names of attendees
- 40 pages of "hard copy" of key slides from the General Session presenters
- A program evaluation sheet
- 2 copies of a Consultant Agreement
- A Program Assessment Form
- A Consensus Questionnaire

Also, each consultant will receive a copy of two (2) Patient Case Histories.

**Consultant Consensus Questionnaire:**

A Consensus Questionnaire will be developed and provided to attendees (consultants) to fill out. Following each program, these will be reviewed by HCC and edited into a "Consensus Report" for that meeting and provided to Parke-Davis. At the end of all 4 meetings, HCC will also provide an overall report to Parke-Davis on the consultants results.

**The scope of services to be provided by HCC include:**

- Faculty recruitment

- Development and production of invitational letters accompanied by a preliminary agenda, Travel and Data Form and "Consultant Agreement" in envelopes for Territory Manager recruitment of attendees (300 per meeting to be provided to the appropriate Parke-Davis contact person prior to each meeting). These will be accompanied by an "instructional letter". Also, HCC will mail invitational letters (and acompanying materials) to up to 300 potential attendees per meeting (from a list provided by Parke-Davis).

- Confirmation calls the week of the meeting to all pre-registered attendes from a list containing phone-numbers provided to HCC by the appropriate Parke-Davis contact person for each meeting.

- Development and production of all handout materials

- Review of final bill from hotel to ensure appropriatences of charges and payment of bill

V075104

WLC_FRANKLIN_0000073967

4

- Two full-time HCC staff member on-site to work with faculty (i.e., review content, etc.)
- Preparation of "Consultant Reports"
- Contracting of an appropriate conference center/hotel site for the meetings
- Faculty Travel
- Pre-meeting arrangement (and contracting) for all on-site logistics, including:
  - sleeping rooms
  - meal events
  - meeting room set-up
  - AV requirements

Note: In performance of its services, HCC will keep very close contact with Parke-Davis NCCBU Sales and Marketing staff.

V075105

WLC_FRANKLIN_0000073968

## Pricing & Parameters

(Note: Items marked with an asterisk [*] are close approximations of actual cost, with actual cost to be billed.)

**DEVELOPMENT**..................................................$ 46,000

I. **LECTURE GUIDE**.............................$23,000

    A. Development...................$20,000
       40 slides plus accompanying text

    B. Production (10 sets).........$ 3,000

II. **CONSULTANT QUESTIONNAIRE**....................$ 1,000

III. **INVITATIONAL PROCESS**......................$ 22,000

    A. Develop Invitational letter Preliminary Agendas, Response Forms and Consultant Agreements and provide 1,200 sets in envelopes to Parke-Davis and mailing of 1,200 to individual physicians by 1st class mail. (Note: Cost includes mailing of 300 sets of each of 4 ABMs with an instructional letter by express mail. If HCC is required to mail to individual territory managers [by 2nd day priority mail], there will be an additional fee of $4 per destination to cover actual cost.).............................$14,000

    B. Follow-up phone calls
       320 @ $15 each....................$ 4,800

    C. Processing Responses..............$ 3,200

V075106

WLC_FRANKLIN_0000073969

FROM : HEALTH CARE COMMUNICATIONS    PHONE NO. : 2019475545    Case 1:04-cv-10981-PBS    Document 449-5    Filed 08/25/06    Page 6 of 7    Feb. 02 1996 01:42PM P7

6

```
IMPLEMENTATION....................................$194,000
IV.   PER SESSION COST (40 MD Participants)
   *A.  Logistics..........................$19,500
      *. 50 sleeping rooms
         @ $160 each (includes
         tax..............................$ 8,000
      *. Meeting Rooms.....................N/C
      *. Meals (including
         tax & gratuity)..................$ 9,000
         - Dinner...............$4,000
         - Breakfast............$1,800
         - Coffee Break.........$  500
         - Luncheon.............$2,700
      *. Dinner Entertainment
         (jazz trio, etc.)................$ 1,000
      *. AV..............................$ 1,500

   *B.  Faculty Aspects....................$ 9,750
       . Honoraria..............$ 6,000
         3 Presenters
         @ $2,000 each
       . Travel.................$ 2,250
         3 @ $750 each
       . Recruitment &
         Logistical
         Management.............$ 1,500
         3 @ $500 each

   *C.  Staff Aspects......................$ 4,500
       . Travel.................$ 1,500
         2 @ $750 each
       . On-Site Time...........$ 3,000
         2 days/1 night
         @ $1,500 each x 2

    D.  Meeting Materials..................$ 4,000
        Welcome letters, name
        tags, name tents,
        course syllabus including
        Consultant Questionnaire

    E.  Sundry.............................$ 2,000
        Includes confirmation
        phone calls cost,
        express mail, fax
        and shipping
        materials to site
```

V075107

WLC_FRANKLIN_0000073970

F. Data Processing and
   Preparation of Consensus
   Reports............................$ 1,750

            SUBTOTAL........................$ 41,500

G. MANAGEMENT/ADMINISTRATIVE FEE.............$  7,000

      TOTAL ANTICIPATED PER SESSION.........$ 48,500

      COST FOR 4 SESSIONS...................$194,000

  TOTAL ANTICIPATED PROGRAM COST............$240,000

          DEVELOPMENT.........$ 46,000
          IMPLEMENTATION......$194,000

   Cost per physician attendee ($240,00/160).$  1,500

Payment:

To HCC:  - $50,000 upon signed agreement to proceed
         - $35,000 within 1 week of each meeting
         - Reconciliation of remainder within 45 days of
           meeting with itemized expense to Parke-Davis
           within 15 days of meeting

Please sign your agreement below and return a copy to me.
Also, if appropriate, please provide us with a copy of your
purchase order.

_____                    _____
       Signature                                  Date

Looking forward to continuing to serve you and Parke-Davis.

Sincerely,

*Geoffrey H. Kalish, MD.*

Geoffrey H. Kalish, M.D.
President

cc:   Nancy Kohler
      Carol Homelund
      John Howard

V075108

WLC_FRANKLIN_0000073971