*Susan: Some changes that may help approval process. —SJ*

# HCC
**HEALTH CARE COMMUNICATIONS, INC**

ONE BRIDGE PLAZA
FORT LEE, NEW JERSEY 07024
201 947-5545; FAX 201 947-8406

August 14, 1996
(REVISED)

Tom Gorga
PARKE-DAVIS
35 Waterview Boulevard
Parsippany, NJ 07054

Dear Tom:

As per discussions with Laura Johnson, this letter will serve as a request by HCC to conduct a "Use of Anticonvulants: Emerging Perspectives" Consultant Program for a maximum of 25 physicians consultants. *The objective of this program is to gain insight and directions as to the future of anticonvulsants, particularly Neurontin and to determine avenues to most effectively educate the community from the Western New York area.*

The date and location of this program is as follows:

* Saturday, September 21, 1996
  (Attendee arrival on Friday, September 20, 1996)

* Hyatt Regency Rochester Riverside
  Rochester, New York

The Faculty for this program are:

* Michel Berg, MD
* Giuseppe Erba, MD
* Steven Schachter, MD
* John Messenheimer, MD
* John Pellock, MD
* ~~David Longmire, MD~~ *William Garnett, PharmD*

Following conclusion of the meeting a report on the results of the meeting and consensus questionnaire of the consultants will be reported to Parke-Davis.

**PRICING FOR THIS PROGRAM IS AS FOLLOWS:**
(Note: Items preceded by an asterisk [*] are close approximations of actual cost, with actual cost to be billed.

```
*I.     *LOGISTICS...........................$18,415
         *A. Sleeping Rooms...............$ 4,360
            40 rooms @ $109/night each
            (not including tax)

         *B. Meeting Room.................$ N/C
```

V073635

```
         *C.  Meals.........................$11,030
                 (including tax & gratuity)
                 - Dinner..............$ 5,950
                   70 @ $85 each
                 - Breakfast...........$ 1,750
                   70 @ $25 each
                 - Coffee Break........$   180
                   30 @ $6 each
                 - Luncheon............$ 3,150
                   70 @ $45 each

         *D.  Additional Expenses..........$ 2,375
                 - Jazz Trio @ dinner..$   875
                 - Parking.............$ 1,500
                   $15/car x 1 night/1
                   day x 50 cars

         *E.  AV............................$   650
                 35mm projector, carousels,
                 screens with front projection,
                 microphone, laser pointer,
                 flip chart

  II.    ATTENDEE RECRUITMENT...................... N/A
         To be performed by PARKE-DAVIS Sales Staff

  III.   CONSULTANT PHYSICIAN HONORARIA.........$ 6,875

         A.  25 @ $250/each..............$ 6,250

         B.  HCC processing fee
             @ $25 each x 25.............$   625

  IV.    CONSULTANT PHYSICIAN TRAVEL.............$   N/A
         None Anticipated

  V.     FACULTY HONORARIA......................$ 9,150
         A.  6 presenters
             @ $1,500 each...............$ 9,000

         B.  HCC processing fee of
             $25 each x 6................$    150

* VI.    FACULTY TRAVEL.........................$ 4,500

         A.  6 air travel @ $500 each
             (est.)......................$ 3,000

         B.  6 ground transportation @
             $150 each (est.)............$    900

         C.  HCC fee to process travel,
             etc. 6 @ $100/each..........$    600

  VII.   SUNDRY.................................$    500
         HCC costs for phone calls, express
         mail, fax, etc.
```

V073636

WLC_FRANKLIN_0000072366

```
*VIII.   HCC STAFF MEMBER TRAVEL (Est.)..........$    600
         2 @ $300

 IX.     HCC STAFF MEMBERS ON-SITE...............$  2,200
         2 days/1 night @ $1,100 each (2 people)

 X.      DEVELOPMENT AND PRODUCTION OF HANDOUT
         MATERIALS (includes folder, agenda,
         faculty listing, list of investigators and
         hard copies of 20 slides recreated from each
         Faculty member's presentation, consensus
         questionnaire, evaluation form)
         40 sets @ $50 each......................$  2,000

 XI.     CONSENSUS REPORT
         Includes development of questionnaire,
         tabulation of responses and development
         of report..............................$  2,000

 XII.    HCC MANAGEMENT/ADMINISTRATIVE FEE.......$  5,000
         To arrange all pre-meeting logistics,
         develop and maintain attendee lists,
         conduct confirmation phone calls,
         recruit faculty and oversee program.

                           Total Cost........$ 51,240
```

**Billing:**
- $38,000 billed on signed agreement.
- $13,240 billed upon completion of meeting.
- Travel expenses for HCC staff members (billed at net) costs as per reconciliation to be billed within two weeks of completion of meetings with itemized receipts.

Please send me a copy of your purchase order, if necessary.

Looking forward to continuing to serve you and PARKE-DAVIS.

Sincerely,

Susan D. Duplak
Project Manager


cc: Laura Johnson
    Cheryl Mercer
    John Krukar

V073637

WLC_FRANKLIN_0000072367

# "USE OF ANTICONVULSANTS: EMERGING PERSPECTIVES"

## CONSULTANT PROGRAM

♦

SEPTEMBER 20-21, 1996
HYATT REGENCY ♦ 125 EAST MAIN STREET ♦ ROCHESTER, NY ♦ (716) 546-1234

## PRELIMINARY AGENDA

**FRIDAY, SEPTEMBER 20, 1996**

- RECEPTION AND DINNER ................................................. 7:00 PM – 10:00 PM

**SATURDAY, SEPTEMBER 21, 1996**

- BREAKFAST ................................................................. 7:30 AM – 8:15 AM

- WELCOME & INTRODUCTIONS/
  YOUR ROLE AS A CONSULTANT ........................................ 8:15 AM – 8:30 AM
  *Michel Berg, MD*
  *Giuseppe Erba, MD*
  ~~*Steven C. Schachter, MD*~~

- DIAGNOSTIC CHALLENGES IN EPILEPSY .......................... 8:30 AM – ~~9:00~~ 9:45 AM
  *Michel Berg, MD*
  *Giuseppe Erba, MD*

- ~~Q & A~~ .................................................................................... ~~9:00 AM – 9:15 AM~~

- MAXIMIZING THE EFFICACY
  OF NEW AEDs ............................................................... 9:15 AM – 9:45 AM
  *JOHN MESSENHEIMER, MD*

- ~~Q & A~~ Group Discussion: Treatment Goal: The Seizure-Free Patient ... 9:45 AM – 10:00 AM

- BREAK ........................................................................ 10:00 AM – 10:15 AM

- THE PEDIATRIC PATIENT:
  ESTABLISHING LONG-TERM MANAGEMENT .................. 10:15 AM – 10:45 AM
  *John Pellock, MD*

  *William Garnett, PharmD*
- ~~Q & A~~ Group Discussion: New Direction for Acute Seizure Management ... 10:45 AM – 11:00 AM

- ~~ANTICONVULSANT ADVANCES~~ ........................................ 11:00 AM – 11:30 AM
  ~~*Steven C. Schachter, MD*~~

- ~~Q & A~~ ~~Group Discussion~~ ................................................... ~~11:30 AM – 11:45 AM~~

  *Anticonvulsant Advances — Steven C. Schachter*
- ~~REDUCTION OF PAIN SYMPTOMS~~ ℓ                            11:30 – 12:00
  ~~A RETROSPECTIVE ANALYSIS~~ ............................................ ~~11:45 AM~~ – 12:15 PM
  ~~*David R. Longmire, MD*~~

- ~~Q & A~~ Group Discussion: Future Directions for gabapentin/fosphenytoin ... 12:15 PM – 12:30 PM

- WORKING LUNCHEON/
  GROUP DISCUSSION: Parke-Davis and the Neurology Community ... 12:30 PM – 1:30 PM
  *Laura Johnson*

V073638