Susan: Some changes that may help approval process. -SJ

HCC
HEALTH CARE COMMUNICATIONS, INC

ONE BRIDGE PLAZA
FORT LEE, NEW JERSEY 07024
201 947-5545; FAX 201 947-8406

The objective of this program is to gain insight and directions as to the future of anticonvulsants particularly Neurontin and to determine avenues to most effectively educate the community from the Western New York area.

August 14, 1996
(REVISED)

Tom Gorga
PARKE-DAVIS
35 Waterview Boulevard
Parsippany, NJ 07054

Dear Tom:

As per discussions with Laura Johnson, this letter will serve as a request by HCC to conduct a "Use of Anticonvulants: Emerging Perspectives" Consultant Program for a maximum of 25 physicians consultants.

The date and location of this program is as follows:

* Saturday, September 21, 1996
  (Attendee arrival on Friday, September 20, 1996)
* Hyatt Regency Rochester Riverside
  Rochester, New York

The Faculty for this program are:

* Michel Berg, MD
* Giuseppe Erba, MD
* Steven Schachter, MD
* John Messenheimer, MD
* John Pellock, MD
* ~~David Longmire, MD~~ William Garnett, PharmD

Following conclusion of the meeting a report on the results of the meeting and consensus questionnaire of the consultants will be reported to Parke-Davis.

**PRICING FOR THIS PROGRAM IS AS FOLLOWS:**
(Note: Items preceded by an asterisk [*] are close approximations of actual cost, with actual cost to be billed.

*I. LOGISTICS..............................$18,415
  *A. Sleeping Rooms...............$ 4,360
  40 rooms @ $109/night each
  (not including tax)

  *B. Meeting Room.................$ N/C

V073635

*C. Meals........................$11,030
(including tax & gratuity)
- Dinner..............$ 5,950
70 @ $85 each
- Breakfast...........$ 1,750
70 @ $25 each
- Coffee Break........$ 180
30 @ $6 each
- Luncheon............$ 3,150
70 @ $45 each

*D. Additional Expenses..........$ 2,375
- Jazz Trio @ dinner..$ 875
- Parking.............$ 1,500
$15/car x 1 night/1 day x 50 cars

*E. AV...........................$ 650
35mm projector, carousels, screens with front projection, microphone, laser pointer, flip chart

II. ATTENDEE RECRUITMENT...................... N/A
To be performed by PARKE-DAVIS Sales Staff

III. CONSULTANT PHYSICIAN HONORARIA.........$ 6,875

A. 25 @ $250/each.............$ 6,250

B. HCC processing fee @ $25 each x 25............$ 625

IV. CONSULTANT PHYSICIAN TRAVEL.............$ N/A
None Anticipated

V. FACULTY HONORARIA.......................$ 9,150
A. 6 presenters @ $1,500 each..............$ 9,000

B. HCC processing fee of $25 each x 6...............$ 150

* VI. FACULTY TRAVEL.........................$ 4,500

A. 6 air travel @ $500 each (est.).....................$ 3,000

B. 6 ground transportation @ $150 each (est.)...........$ 900

C. HCC fee to process travel, etc. 6 @ $100/each.........$ 600

VII. SUNDRY.................................$ 500
HCC costs for phone calls, express mail, fax, etc.

V073636

*VIII. HCC STAFF MEMBER TRAVEL (Est.)..........$ 600
2 @ $300

IX. HCC STAFF MEMBERS ON-SITE...............$ 2,200
2 days/1 night @ $1,100 each (2 people)

X. DEVELOPMENT AND PRODUCTION OF HANDOUT MATERIALS (includes folder, agenda, faculty listing, list of investigators and hard copies of 20 slides recreated from each Faculty member's presentation, consensus questionnaire, evaluation form)
40 sets @ $50 each......................$ 2,000

XI. CONSENSUS REPORT
Includes development of questionnaire, tabulation of responses and development of report...............................$ 2,000

XII. HCC MANAGEMENT/ADMINISTRATIVE FEE.......$ 5,000
To arrange all pre-meeting logistics, develop and maintain attendee lists, conduct confirmation phone calls, recruit faculty and oversee program.

**Total Cost........$ 51,240**

**Billing:**
- $38,000 billed on signed agreement.
- $13,240 billed upon completion of meeting.
- Travel expenses for HCC staff members (billed at net) costs as per reconciliation to be billed within two weeks of completion of meetings with itemized receipts.

Please send me a copy of your purchase order, if necessary.

Looking forward to continuing to serve you and PARKE-DAVIS.

Sincerely,

Susan D. Duplak
Project Manager

cc: Laura Johnson
Cheryl Mercer
John Krukar

V073637

# "USE OF ANTICONVULSANTS: EMERGING PERSPECTIVES"

## CONSULTANT PROGRAM

◆

SEPTEMBER 20–21, 1996

HYATT REGENCY • 125 EAST MAIN STREET • ROCHESTER, NY • (716) 546-1234

## PRELIMINARY AGENDA

**FRIDAY, SEPTEMBER 20, 1996**

- **RECEPTION AND DINNER** ......... 7:00 PM - 10:00 PM

**SATURDAY, SEPTEMBER 21, 1996**

- **BREAKFAST** ......... 7:30 AM - 8:15 AM
- **WELCOME & INTRODUCTIONS/ YOUR ROLE AS A CONSULTANT** ......... 8:15 AM - 8:30 AM
  *Michel Berg, MD*
  *Giuseppe Erba, MD*
  ~~*Steven C. Schachter, MD*~~
- **DIAGNOSTIC CHALLENGES IN EPILEPSY** ......... 8:30 AM - ~~9:00~~ 9:15 AM
  *Michel Berg, MD*
  *Giuseppe Erba, MD*
- ~~**Q & A** ......... 9:00 AM - 9:15 AM~~
- **MAXIMIZING THE EFFICACY OF NEW AEDs** ......... 9:15 AM - 9:45 AM
  *JOHN MESSENHEIMER, MD*
- ~~**Q & A**~~ Group Discussion: The Treatment goal: The Seizure-Free Patient ......... 9:45 AM - 10:00 AM
- **BREAK** ......... 10:00 AM - 10:15 AM
- **THE PEDIATRIC PATIENT: ESTABLISHING LONG-TERM MANAGEMENT** ......... 10:15 AM - 10:45 AM
  *John Pellock, MD*
- Group Discussion: ~~**Q & A**~~ ......... 10:45 AM - 11:00 AM
- New Direction for Acute Seizure Management ~~**ANTICONVULSANT ADVANCES**~~ ......... 11:00 AM - 11:30 AM
  ~~*Steven C. Schachter, MD*~~ William Garnett PharmD
- ~~**Q & A** Group Discussion ......... 11:30 AM - 11:45 AM~~
- ~~**REDUCTION OF PAIN SYMPTOMS: A RETROSPECTIVE ANALYSIS**~~ Anticonvulsant Advances Steven C. Schachter ......... ~~11:45 AM~~ 11:30 - ~~12:15 PM~~ 12:00
  ~~*David R. Longmire, MD*~~
- ~~**Q & A**~~ Group Discussion: Future Directions for gabapentin, fosphenytoin ......... 12:15 PM - 12:30 PM
- **WORKING LUNCHEON/ GROUP DISCUSSION**: Parke-Davis and the Neurology Community ......... 12:30 PM - 1:30 PM
  *Laura Johnson*

V073638