# Monotherapy Launch Rationale

## Executive Summary

- The AED market is unsatisfied.  Neurontin monotherapy offers a new therapeutic option.

- Neurontin will compete against three well-established monotherapy agents. However, Neurontin offers well recognized, well established safety profile and patient tolerability.

- Few promotional claims can be made from clinical trials.  However, approval for monotherapy from the FDA is sufficient reason for most physicians to believe Neurontin is efficacious as monotherapy.

- Monotherapy indication could increase sales in excess of $137 million in the first year.

- Due to Neurontin two years exclusivity, careful consideration must be given to the ramifications of switching patients from Dilantin to Neurontin.

X006694

WLC_FRANKLIN_0000112893

## Monotherapy Launch Rationale

### Market Overview

The AED market remains unsatisfied for both patients and physicians alike. Most products available offer seizure control at the expense of safety or tolerability. Physicians are constantly in search of new options for their armamentarium and are very willing to try new products. The three main attributes of an AED which physicians look for when considering therapy are safety, efficacy and patient tolerability. Market research conducted at the AAN meeting in April indicated that neurologists perceive Neurontin favorably in meeting these needs. The product's well-established safety profile has made it the first add-on of choice while the perception of the lack of efficacy has diminished somewhat with the success of the transitional positioning message, with many physicians titrating beyond 1800 mg/day. Research has shown that Neurontin usage in both newly diagnosed and refractory patients should increase as a result of the monotherapy indication. Quality of life is an issue for many patients taking AEDs. Neurontin effect on QOL was measured in one of the pivotal studies submitted to the FDA. It was found that patients taking Neurontin experienced dose related improvements in cognitive abilities and in mood. Promotional materials currently in development will attempt to include reference to these findings although there may be regulatory constraints on making claims based on this data.

The number of patients with seizure disorders has been increasing at approximately 2% per annum. Of all patients taking AEDs for seizures, approximately 57% are controlled on a monotherapy agent with the remainder taking more than one medication. Aside from financial gains, the launch of Neurontin monotherapy should help strengthen the perception of Parke-Davis' commitment to the CNS franchise.

### Current First-Line Therapies

The current monotherapy products are well-established in the physicians minds. However, each product has certain drawbacks which may make it a less desirable choice once Neurontin monotherapy is available. Specifically, the main Neurontin advantage over Dilantin is the lack of cosmetic side effects such as hirsutism and gingival hyperplasia. Black box warnings for both Depakote and Tegretol are weaknesses which may be eluded to in Neurontin promotion.

X006695

WLC_FRANKLIN_0000112894

**Clinical Data**

Three pivotal monotherapy trials were submitted for consideration by the FDA.
**Study 945-082:** Conversion from currently marketed AED therapy to Neurontin monotherapy in 275 patients provided uninterpretable results due to poor experimental design. With the exception of the quality of life data, this study will not be used in promotion.

**Study 945-088:** An eight day study which involved 82 highly refractory patients who were hospitalized awaiting surgery. A significant difference in time to exit was found between those patients taking 300 mg Neurontin and those taking 3600 mg. Although this data is meaningful to the scientist, market research found that many clinicians had difficulty grasping the concept of time to exit as a direct measurement of efficacy. In addition, due to the short duration of the study and the controlled environment in which it was conducted, these results might not be perceived as applicable to the clinical setting.

**Study 945-077:** The first arm of this trial compared efficacy of 1800 and 900 mg/day against 300 mg/day of Neurontin. Again, a time to exit criteria was used to measure efficacy, which concluded that the higher doses of Neurontin resulted in a higher completion rate. The second arm of this trial was a direct comparison of three dosages of Neurontin versus carbamazepine. The exit rate for the carbamazepine group was actually lower than all doses of Neurontin. However, when withdrawal rates due to adverse events were factored in to give a total trial completion rate, it appeared that Neurontin had similar efficacy to carbamazepine. When presented with the positive aspects of this data, physicians challenged the validity of the study, especially the carbamazepine withdrawal rate due to adverse events.

There is little in these studies from which promotional claims can be developed. The comparative data which is of most interest to physicians can not be used due to its open label design. Fortunately, of those physicians interviewed (n=47), many indicated that the FDA's approval is indicative of efficacy and further proof in promotional materials is not required.

X006696

**Revenue Potential**

A successful monotherapy launch will be dependent on aggressively leveraging Neurontin strengths. Safety and patient tolerability incorporated into a patient focused campaign scored well with physicians even though there was no mention of the efficacy data. Of those physicians interviewed (n=41), it may be extrapolated that a monotherapy indication may result in an additional 125,000 monotherapy patients and an additional 2,000 adjunctive therapy patients. The latter may be attributable to less-experienced physicians gaining increased confidence of the drug's safety and efficacy.

The increase in prescriptions for newly diagnosed patients alone will result in a minimum of $137 million in incremental sales in the first year. It will be up to Parke-Davis to determine what percent of this incremental sales can be realistically realized.

Once first-line use has been established, a switch program can be implemented to capture uncontrolled or unsatisfied patients. A caveat to the switch program is the cannibalization of Dilantin sales. Although each Dilantin switch patients would contribute $2.70 to the bottom line, this profit will be short lived as generics are poised to enter the market upon Neurontin's patent expiration.

X006697

WLC_FRANKLIN_0000112896