## 1997 Expense Summary

| | |
|---|---|
| Plan 1997 | 30.0M |
| Transfers | (0.3)M |
| Budget | $29.7M |
| Neurontin Budget Transfer | 4.236M |
| | $33.736M |

## 1997 Monotherapy Launch Expenses

| | |
|---|---|
| Convention Booth Panels | 75 |
| Vis Aid | 5 |
| Slim Jim | 40 |
| Pocket Card | 30 |
| Drug Int. | 30 |
| Hospital Display Panels | 25 |
| DM to Neuros/ HD PCPs, LTC (Wave 1) | 150 |
| DM to Neuros/ HD PCPs, LTC (Wave 2) | 150 |
| DM to Neuros/ HD PCPs, LTC (Wave 3) | 150 |
| Premiums/Pens/Pads | 130 |
| Telesessions | 1330 |
| Peer-Peer Selling | 2500 |
| European Study/Royal Soc. | 150 |
| Merritt Putnam Speakers Bur. with Slide Kit Development | 300 |
| Regional M.P. Speakers Bur. | 1500 |
| Samples | 500 |
| Teaser Ads | 100 |
| Statgrams | 125 |
| PR | 75 |
| Total | 7365 |

c:monoexpense

V069813

WLC_FRANKLIN_0000068490