Memo To: John Knoop  
From: Allen Crook  
Subject: **NEURONTIN THIRD QUARTER GOALS - 1997**

Date: 9/3/97

## NEURONTIN GOALS

### Third Quarter Goals

1. Complete analysis of Neurontin monotherapy indication potential supported by qualitative and quantitative data. - Accomplished

2. Based on potential in monotherapy market, solidify a marketing strategy and tactical proposal to meet specified objectives. – Accomplished

3. Coordinate with product planning the International Epilepsy Congress details to ensure the appropriate forum for the –77 results dissemination. - Accomplished

4. Solicit feedback from CBUs regarding a coordinated monotherapy launch. - Accomplished

5. Complete promotional direct mail campaign to neurologists. - Accomplished

6. Initiate situational analysis data collection and format sequence. - Accomplished

7. Complete Vis-aid development and testing. - Accomplished

8. Conduct "Emerging Applications" analysis and recommendations. – Accomplished – Bi-polar opportunity

**Additional Accomplishments:**

- Coordinated with Ann Arbor the diabetic neuropathy trial results dissemination, including manuscript timeliners and post-investigators meeting.

- ADA Satellite Symposium – Accomplished

- Completed 10 article series for publication in highly esteemed and reputable journals with consideration given to target audience based on subject content.

- Completed Long-Term Care article which reviews anticonvulsant use in the elderly population.

- Established and coordinated Neurontin Monotherapy task force by enlisting support across P.D. function.

- Developed relationship with the editor of "Primary Psychiatry" which resulted in gabapentin in bi-polar disorder review article endorsing this non-indicated use.

- Initiated a monotherapy launch meetings contingency plan for both central marketing as well as CBUs. Successfully worked with ARC to meet strict guidelines while accomplishing goals.

V069807

WLC_FRANKLIN_0000068484

Second Quarter Progress

1. STEPS data disseminated to Neurology community via an AAN platform presentation given by Martha Morrell, M.D. Additionally, faculty dinners were held each night to develop key relationships with thoughtleaders.

2. The residents' educational meeting was conducted in San Francisco during May with over 100 attendees.

3. The Neurontin patient types direct mail campaign to psychiatrists treating epilepsy went out in April and May.

4. The quantitative questionnaire for Neurontin Monotherapy has been developed with "fine tuning" currently in progress.

5. A special meeting of the Merritt-Putnam Speakers Bureau has been scheduled for August to develop core speaker materials in support of the Monotherapy indication.

6. Monthly disease team conference call meetings – ongoing.

7. Completed budget proposal and transfers.

8. Coordinated and held an advisory board meeting at APA to discuss potential psych application of Neurontin.

9. Conducted the Epifellows annual board meeting to establish '97-98 objectives, including Epifellows forum dates, publication of Epilepsy Quarterly.

10. Submitted and received approval for a diabetic neuropathy satellite symposium CME to be held in conjunction with American Diabetic Association annual meeting.

4th Quarter Goals

1. Develop monotherapy contingency promotional campaign that will reinvigorate new CNS sales force and revitalize epilepsy business.
   a) Bring together Marketing Department, Agency and ARC to agree on the level of promotional aggressiveness that will be developed.
   b) Coordinated with agency to adopt graphics from monotherapy research to the NEON/STEPS data.
   c) Adequately test new Vis-Aid.
   d) Develop sampling kit for patient-type initiative.

2) Work with CBUdirectors to formalize a communication strategy that will align CNS sales effort with national strategy.
   a) Schedule director conference call
   b) Set up annual marketing retreat
   c) Hold monthly

3) Meet with selected thoughtleaders to convey marketing strategy and product usage in epilepsy.
   a) Child Neurology Conference
   b) Epi-fellows
   c) AES
   d) Merritt-Putnam Symposium

C:goals\neurontin\acrook\4q.doc

V069808

WLC_FRANKLIN_0000068485