



Northeast CBU
35 Waterview Blvd., 1st Floor
Parsippany, NJ  07054

**Memorandum**

*Memo To:* CNS Team  *Date:* October 8, 1997
*From:* Laura Johnson
*Subject:* Neurontin Clinical Experience Teleconference
*Copies* J. Ford, J. Gasparrini

As a supplement in your selling efforts, the NECBU and Boron, LePore & Associates have developed a peer selling teleconference program designed for NEURONTIN.  Below is a program description:

- The objective of the program is to increase the participants' awareness of the features, benefits, and appropriate patient types suitable for NEURONTIN.

- Programs will be led by a combination of an experienced Boron & LePore moderator along with a medical expert focusing on the easy titration schedule and excellent safety profile of NEURONTIN.

- Boron & LePore will recruit targeted physicians from the NECBU to participate in the programs.

- The target for each program will be 8-10 participants.

- For their participation, physicians will have the opportunity to select a medically relevant item, valued at $100 as an honorarium.

If you would like to invite your key physicians to participate in one of the teleconferences, please have him or her call Boron & LePore's reservation line at **800-336-4342** and provide their name, address and telephone number as well as Reference #NN1097.  **They must provide the reference number in order to register.**

These programs provide an ideal way to communicate your message to your key physicians.  Programs will be run during the months of October, November and December.  A schedule of upcoming events is attached.  You will be receiving weekly updates on who participated directly from Boron, LePore.

As always, please call with any questions.

**CONFIDENTIAL**

WL 37036

NEURONTIN CLINICAL EXPERIENCE TELECONFERENCE SCHEDULE
(NORTH EAST CBU)

| DAY | DATE | TIME | SPEAKER |
|---|---|---|---|
| MONDAY | 10/13/97 | 7PM EST | DR. WILLMORE |
| MONDAY | 10/13/97 | 10PM EST | DR. WILLMORE |
| TUESDAY | 10/14/97 | 7PM EST | DR. WILLMORE |
| TUESDAY | 10/14/97 | 10PM EST | DR. WILLMORE |
| WEDNESDAY | 10/15/97 | 7PM EST | DR. BERGEY |
| WEDNESDAY | 10/15/97 | 10PM EST | DR. BERGEY |
| THURSDAY | 10/16/97 | 7PM EST | DR. RAMSAY |
| THURSDAY | 10/16/97 | 10PM EST | DR. BERGEY |
| MONDAY | 11/10/97 | 7PM EST | TBA |
| MONDAY | 11/10/97 | 8:30PM EST | TBA |
| TUESDAY | 11/11/97 | 7PM EST | TBA |
| TUESDAY | 11/11/97 | 8:30PM EST | TBA |
| WEDNESDAY | 11/12/97 | 7PM EST | TBA |
| WEDNESDAY | 11/12/97 | 8:30PM EST | TBA |

TBA = To Be Announced

CONFIDENTIAL

WL 37037

WLC_FRANKLIN_0000196117