

**boron, lepore & associates, inc.**
*...medical communications specialists*

17-17 Route 208 North
Fair Lawn, New Jersey 07410
(800) 777-4567 · (201) 791-7272
Fax: (201) 791-1121

August 5, 1997

Ms. Laura Johnson
Neurology, Marketing Manager
Parke-Davis Northeast CBU
35 Waterview Blvd., 1ˢᵗ Floor
Parsippany, NJ 07054

Dear Laura,

Please allow me to introduce myself as Boron & LePore's Group Account Supervisor with responsibility for Parke-Davis. I'm sure you are well aware of the NEURONTIN peer-selling teleconference series that is currently being developed in support of the monotherapy launch. I recently met with Tim Windom of the SCCBU and Mike Romano and Kim Repp of the NCCBU to begin implementation.

Per Tim's request, I have enclosed a proposal specifically designed for your CBU with cost estimate. To give you a better idea of how a program flows, I have also included the discussion guide and slides used for NEURONTIN programs we have run earlier this year as well as an audiotape of a program. A new discussion guide and slides are currently being developed in collaboration with Allen Crook. Programs will be led by a combination of a Boron & LePore moderator and medical expert.

As Tim specified in his memo to you, we will need the following to begin implementation within your region:

1.  **Number of programs** - Please let me know the number of programs you would like to conduct within your CBU.

2.  **Target list of physicians** - e.g. NCCBU will be targeting all neurologists, deciles 5-10 AED users/non-neuros and deciles 1-4 non-neuros with a NEURONTIN share over 9 (approximately 10,000 names total). Please include on disk name, address, specialty and phone.

3.  **Recommended medical experts** - We are currently utilizing Drs. Beydoun, Pellock and Wilder.

4.  **Roster of your ABMs** - Follow-up reports are forwarded to them weekly.

**X002155**


GROUP COMPANY

WLC_FRANKLIN_0000108507

WLC_FRANKLIN_0000108508

5. **Time Frame** - Please let me know when you would like to start programs.
   Please allow 4 weeks for recruiting.

Laura, I will be in touch to answer any questions you may have.  Please feel free to call me any time at 800-777-4567 or ASPEN #8089978.  I look forward to working with you on what is sure to be an exciting program.

Regards,

Jerry LePore
Group Account Supervisor


GJL


Encl.


X002156