| 1483 | 35 Neurontin Clinical Experience Teleconferences |
|---|---|

**Institution:** Boron, LePore & Assoc.

**Date Requested:**          **Date Due:**          **Amount:** $122,500

**Product:**                          **Type:** Other (Misc)

**Project:**

**Ad Ops Requestor:** Holmelc          **Requestor:** Patrick Reichenberger          **Cbu:** West WE

**McGettigan Ref:**

**Event Description:**

**Event Date:**          to

**Location:**

**Attendees:**          **Audience Type:**

**Territory:**          text

**Phone:**          **Fax:**          **VMX:**

**10a Payee:**

**Contact:**

**Phone:**          **Fax:**

---

### For Parke-Davis Use only, do not fill in below this line

| Action Taken | | Date | By | FAX |
|---|---|---|---|---|
| Received by AdOps | ☒ | 9/12/97 | | |
| Received by Check Coordinator | | | | |
| No review required | | | | |
| Returned to Requestor due to lack of data | | | | |
| To MEC | ☒ | 9/16/97 | | |
| WCBU providing list of physicians. Lunch-time meetings ea. 45-min. long. | | | | |
| Referred to Legal | | | | |
| Approved | | | | |
| Rejected | ☒ | 9/16/97 | | |
| Promotional. Submit to ARC; on label; send PI to attendees within 48 hours of teleconference. Told Patrick R. via voicemail. | | | | |
| Additional information needed | | | | |
| Completed without review | | | | |
| Other | | | | |
| Purchase Order required | | | | |
| Contract sent to provider | | | | |
| Adgenda received | | | | |
| Contract received by Check Coordinator | | | | |
| Sent for PD Signature | | | | |
| Check requested to AP | | | | |
| Entry closed | | | | |

**Notes:** 9/17 Jerry LePore says other CBUs have done this same project, ARC-approved.

**Payments:** NC did 704836 in June, and 704A94. SC also did one. The 5 CBUs are planning to do this same program again in October. This is already specified as promotional

V077379

WLC_FRANKLIN_0000076073

9/16 CHI-informed Patrick via voicemail of MI-C denial.

V077380

WLC_FRANKLIN_0000076074