| 1483 | 35 Neurontin Clinical Experience Teleconferences |

**Institution:** Boron, LePore & Assoc.
**Date Requested:**      **Date Due:**      **Amount:** $122,500
**Product:**            **Type:** Other (Misc)
**Project:**
**Ad Ops Requestor:** Holmelc          **Requestor:** Patrick Reichenberger      **Cbu:** West WE
                          **McGettigan Ref:**

**Event Description:**
  **Event Date:**         to
  **Location:**
  **Attendees:**              **Audience Type:**
  **Territory:**          text
          **Phone:**      **Fax:**      **VMX:**
**10a Payee:**
  **Contact:**
    **Phone:**        **Fax:**

---

### For Parke-Davis Use only, do not fill in below this line

| Action Taken | Date | By | FAX |
|---|---|---|---|
| Received by AdOps | ☒ 9/12/97 | | |
| Received by Check Coordinator | | | |
| No review required | | | |
| Returned to Requestor due to lack of data | | | |
| To MEC | ☒ 9/16/97 | | |

  WCBU providing list of physicians. Lunch-time meetings ea. 45-min. long.

Referred to Legal
Approved
Rejected                 ☒ 9/16/97

  Promotional. Submit to ARC; on label; send PI to attendees within 48 hours of teleconference. Told Patrick R. via voicemail.

Additional information needed
Completed without review
Other
Purchase Order required
Contract sent to provider
Adgenda received
Contract received by Check Coordinator
Sent for PD Signature
Check requested to AP
Entry closed

**Notes:** 9/17 Jerry LePore says other CBUs have done this same project, ARC-approved. NC did 704836 in June, and 704A94. SC also did one. The 5 CBUs are planning to do this same program again in October. This is already specified as promotional
**Payments:**

V077379

9/13/99 - Informed Patrick via voicemail of MEC denial.

V077380

WLC_FRANKLIN_0000076074