EVENT 4: Page 2 of 3

## PRODUCT INFORMATION

Were Specific Products Discussed?
☒ Yes (Please complete the boxes in this section.)
☐ No (Please go to the "General Theme" box at the bottom of this page.)

**1**
Product Name: Neurontin
THEME(S):
(Please Be As Specific As Possible)
features and live Rx of Neurontin efficacy and live Rx Seizures neuropathic
monotherapy for Seizures
+ neuropathy

12233 pts

How many times have you been detailed on this product in the last 6 months?
☐ Not Detailed
☐ 1 Detail
☒ 2 Details
☐ 3 Details
☐ >3 Details

At what level do you currently Rx this product?
☐ Nonprescriber
☒ Low
☐ Moderate
☐ High

At what level do you plan to try or continue to Rx?
☐ Nonprescriber
☒ Low
☐ Moderate
☐ High

**2**
Product Name: _____
THEME(S):
(Please Be As Specific As Possible)

☐ Not Detailed
☐ 1 Detail
☐ 2 Details
☐ 3 Details
☐ >3 Details

☐ Nonprescriber
☐ Low
☐ Moderate
☐ High

☐ Nonprescriber
☐ Low
☐ Moderate
☐ High

**3**
Product Name: _____
THEME(S):
(Please Be As Specific As Possible)

☐ Not Detailed
☐ 1 Detail
☐ 2 Details
☐ 3 Details
☐ >3 Details

☐ Nonprescriber
☐ Low
☐ Moderate
☐ High

☐ Nonprescriber
☐ Low
☐ Moderate
☐ High

### GENERAL THEME(S) AND OTHER TOPICS DISCUSSED

General Theme(s) and Other Topics Discussed

Please Continue With The Questions For Event 4 On The Next Page.

EVENT 4: Page 3 of 3

## OVERALL EVENT INFORMATION AND EVALUATION

The Presentation Was Conducted By: *(Check All That Apply)*
- ☐ Drug Company Representative
- ☐ Local Physician/Researcher
- ☐ Visiting Physician/Researcher (e.g., nationally known)
- ☒ Third-Party Moderator
- ☐ Other (please specify): _____

Number Of Speakers: 1

Approximately How Many Physicians Attended The Event? 10

Length of Event (e.g., 3 hours, 2 days, etc.) _ten_

Was A Pharmaceutical Representative Present?
- ☐ YES
- ☒ NO

Which Of The Following Were Utilized During The Presentation: *(Check All That Apply)*
- ☐ Videoconference
- ☐ Videotape
- ☒ Teleconference
- ☐ Slide Presentation
- ☐ One-On-One Interview
- ☐ Other (please specify): _____

What Event Factors had the Greatest Impact on Your Overall Event Rating: *(Check All That Apply)*
- ☐ Quality of Speaker
- ☒ Event Theme (i.e., New Treatment/Product Features/Indications)
- ☐ Interaction With Peers
- ☐ Event Format (i.e., Roundtable, Teleconference)
- ☐ Supporting Materials (i.e., Clinical Studies, Journal Articles)
- ☐ Other (please specify): _____

General Comments: _____

*Please Continue With The Questions To The Right.*

Overall, To What Degree Was The Event Dedicated To Market Research?

Not At All Market Research  1  2  ③  4  5  Exclusively Market Research

Overall, How Useful Did You Find The Information You Received At The Event?

Not At All Useful  1  2  3  ④  5  Extremely Useful

Overall, How Objective Did You Find The Presentations And Discussions At The Event?

Not At All Objective  1  2  ③  4  5  Extremely Objective

Overall, To What Degree Was The Event Dedicated To Promotional Messages?

Not At All Promotional  1  2  ③  4  5  Totally Promotional

Overall, To What Degree Was The Event Dedicated To Education?

Not At All Educational  1  2  3  ④  5  Totally Educational

Taking Into Account Everything About The Event, Please Give Your Overall Evaluation:

Extremely Negative  1  2  3  ④  5  Extremely Positive

Other Comments Or Suggestions: _____

End of Event 4 Form

S-L09731