EVENT 4: Page 2 of 3

## PRODUCT INFORMATION

Were Specific Products Discussed?
- ☒ Yes (Please complete the boxes in this section.)
- ☐ No (Please go to the "General Theme" box at the bottom of this page.)

**1. Product Name:** Neurontin

THEME(S):
(Please Be As Specific As Possible)
features of line Rx of Neurontin off
monotherapy for seizures — add-on
— neuropathy

12233 [illegible]

How many times have you been detailed on this product in the last 6 months?
- ☐ Not Detailed
- ☐ 1 Detail
- ☒ 2 Details
- ☐ 3 Details
- ☐ >3 Details

At what level do you currently Rx this product?
- ☐ Nonprescriber
- ☒ Low
- ☐ Moderate
- ☐ High

At what level do you plan to try or continue to Rx?
- ☐ Nonprescriber
- ☒ Low
- ☐ Moderate
- ☐ High

**2. Product Name:** _____

THEME(S):
(Please Be As Specific As Possible)

- ☐ Not Detailed
- ☐ 1 Detail
- ☐ 2 Details
- ☐ 3 Details
- ☐ >3 Details

- ☐ Nonprescriber
- ☐ Low
- ☐ Moderate
- ☐ High

- ☐ Nonprescriber
- ☐ Low
- ☐ Moderate
- ☐ High

**3. Product Name:** _____

THEME(S):
(Please Be As Specific As Possible)

- ☐ Not Detailed
- ☐ 1 Detail
- ☐ 2 Details
- ☐ 3 Details
- ☐ >3 Details

- ☐ Nonprescriber
- ☐ Low
- ☐ Moderate
- ☐ High

- ☐ Nonprescriber
- ☐ Low
- ☐ Moderate
- ☐ High

## GENERAL THEME(S) AND OTHER TOPICS DISCUSSED

General Theme(s) and Other Topics Discussed

Please Continue With The Questions For Event 4 On The Next Page.

EVENT 4: Page 3 of 3

## OVERALL EVENT INFORMATION AND EVALUATION

The Presentation Was Conducted By: *(Check All That Apply)*
- ☐ Drug Company Representative
- ☐ Local Physician/Researcher
- ☐ Visiting Physician/Researcher (e.g., nationally known)
- ☒ Third-Party Moderator
- ☐ Other (please specify): _____

Number Of Speakers: 1

Approximately How Many Physicians Attended The Event? 10

Length of Event (e.g., 3 hours, 2 days, etc.) _____

Was A Pharmaceutical Representative Present?
- ☐ YES
- ☒ NO

Which Of The Following Were Utilized During The Presentation:
*(Check All That Apply)*
- ☐ Videoconference
- ☐ Videotape
- ☒ Teleconference
- ☐ Slide Presentation
- ☐ One-On-One Interview
- ☐ Other (please specify): _____

What Event Factors had the Greatest Impact on Your Overall Event Rating:
*(Check All That Apply)*
- ☐ Quality of Speaker
- ☒ Event Theme (i.e., New Treatment/Product Features/Indications)
- ☐ Interaction With Peers
- ☐ Event Format (i.e., Roundtable, Teleconference)
- ☐ Supporting Materials (i.e., Clinical Studies, Journal Articles)
- ☐ Other (please specify): _____

General Comments: _____

Please Continue With The Questions To The Right.

Overall, To What Degree Was The Event Dedicated To Market Research?

Not At All Market Research   1   2   ③   4   5   Exclusively Market Research

Overall, How Useful Did You Find The Information You Received At The Event?

Not At All Useful   1   2   3   ④   5   Extremely Useful

Overall, How Objective Did You Find The Presentations And Discussions At The Event?

Not At All Objective   1   2   ③   4   5   Extremely Objective

Overall, To What Degree Was The Event Dedicated To Promotional Messages?

Not At All Promotional   1   2   ③   4   5   Totally Promotional

Overall, To What Degree Was The Event Dedicated To Education?

Not At All Educational   1   2   3   ④   5   Totally Educational

Taking Into Account Everything About The Event, Please Give Your Overall Evaluation:

Extremely Negative   1   2   3   ④   5   Extremely Positive

Other Comments Or Suggestions: _____

**End of Event 4 Form**

S-L09731