# NEURONTIN 1996 SE CBU PLAN

## GOAL: 12% N Rx BY DECEMBER 1996

### TARGET CUSTOMERS:

| | |
|---|---|
| *EPILEPSY* | EPILEPSY CENTERS/ TEACHING HOSPITALS |
| | ADULT COMMUNITY NEUROLOGISTS |
| | PEDIATRIC COMMUNITY NEUROLOGISTS |
| | DECILE 8-10 PRIMARY CARE DOCTORS |
| *MEDICAL AFFAIRS/ MD INTERACTION* | PAIN CENTERS |
| | PSYCHIATRISTS |
| | PRIMARY CARE DOCTORS |
| | COMMUNITY NEUROLOGISTS |

### STRATEGIES/TACTICS:

I. EPILEPSY

A. MEDICAL EDUCATION DRIVES THIS MARKET!!

*SPRING 1996 CAMPAIGN SCHEDULE:*

| | | |
|---|---|---|
| 2/4/96 2/8/96 | MARCO ISLAND, FL | 100 ADULT NEUROS |
| 3/10/96 | HUTCHINSON ISLAND, FL | 80 PEDIATRIC NEUROS |
| 2/96-5/96 | 15 DISTRICT MEETINGS | ~400 NEUROS |
| TOTAL: | | ~600 NEUROLOGISTS |

*PLUS PLAN PROGRAMS/ACTIVITIES*

| | | |
|---|---|---|
| FALL | 15 DISTRICT MEETINGS | ~400 NEUROS |
| FALL | PEDIATRIC NEURO SPEAKER PROGRAMS/C. CALLS | ~100 PED NEUROS |
| TOTAL: | | ~500 NEUROS |

0000149

B.  **SELLING MESSAGE**

NEURONTIN, WHEN TITRATED TO EFFECT, IS THE SAFEST AND EASIEST AED TO USE IN STOPPING SEIZURES AND SIDE EFFECTS. ANY PATIENT WHO IS NOT SEIZURE OR SIDE EFFECT FREE IS A NEURONTIN PATIENT.

C.  **KEY SELLING POINTS**

* > 140,000 PATIENTS HAVE BEEN EXPOSED TO NEURONTIN

* DOCTORS <u>MUST</u> TITRATE TO EFFICACY- 1800 MG IS THE FIRST REFERENCE POINT. STOP TITRATING WHEN SEIZURES STOP.

* SALES FORCE MUST FOCUS ON THE EPILEPSY PATIENT- " WE HAVE ZERO TOLERANCE FOR SEIZURES AND SIDE EFFECTS- SO SHOULD YOU AND YOUR PATIENTS"

D.  **PULL THROUGH**

* SUPER SALES FORCE OF A FOCUSED HOSPITAL/NEURO TEAM

* SYNERGY WITH CEREBYX LAUNCH

* WEEKLY/ BIWEEKLY CALL SCHEDULE

* FOCUS ON WHALES- DECILE 8-10

II. **MEDICAL AFFAIRS/ MD INTERACTION**

A.  MEDICAL RESEARCH HANDLES ALL NON-EPILEPTIC USE INQUIRIES.

BETH AND HER TEAM WILL CONDUCT ALL ACTIVITIES AND HANDLE INDIVIDUAL REQUESTS IN THIS AREA.

<u>ISSUES/OPPORTUNITIES</u>

- DEVELOPMENT OF A FALL MED ED CAMPAIGN WITH A NEW TWIST ON THE MESSAGE AND TOPICS
- COPROMOTION WITH THE CEREBYX LAUNCH

0000150

WLC_FRANKLIN_0000197937

- PEDIATRIC NEURO DINNER PROGRAMS FOR SUMMER/FALL
- CONTINUE TO DRIVE SALES WITH THE HOSPITAL TEAM THROUGH CEREBYX LAUNCH
- 1997 PLANNING PROCESS
- PUBLICATION OF PEDIATRIC/MONOTHERAPY DATA
- FALL FACULTY ADVISORY BOARD MEETING

### SE CBU FACULTY

BJ WILDER
GENE RAMSEY
GEORGIA MONTOURIS
JACK PELLOCK
MIKE MCLEAN
JANE BOGGS
CHIP EPSTEIN
JOHN DETOLEDO
RUBEN KUZNIECKY
FRANK GILLIAM
JOHN MESSENHEIMER
DAVE GREISEMER
MICHAEL DUCHOWNY
TREVOR RESNICK
JAMIE GILLIAM