Medical Education Systems, Inc

1800 John F Kennedy Boulevard, Suite 15[?]
Philadelphia, Pennsylvania 19103-[?]

# EPILEPSY CONSULTANTS' CONFERENCE
## FEBRUARY 2 - 4, 1996
## MARCO ISLAND, FLORIDA

### EVALUATION FORM

**What organizational pattern best describes your practice?**

| | |
|---|---|
| Private practice: | 46 |
| Independent physician organization: | 0 |
| Group practice: | 28 |
| HMO: | 0 |
| PPO: | 0 |
| Other: | 13 |

**Have we clearly communicated the objectives of this meeting?**  **81** Yes    **0** No

- Dr. DeToledo's presentations were excellent!
- Excellent, relevant, well thought out program.
- Excellent. Very helpful.
- Excellent presentations.
- This has been an informative meeting. Clearly geared towards the clinical practice of epilepsy study.

**Comments you may have regarding the meeting format:**

- The workshops were particularly helpful - hearing comments from "community" neurologists (and their perspectives) was interesting.
- Could only rotate through three of the four workshops. Longer time on non-epileptic uses would have been helpful.
- Unusual. Practical.
- Excellent format. Of the meetings I've been to, I've enjoyed the format of this meeting most.
- Good. Stress more questions and answer in smaller workshops. This was done in "Focus on Elderly."
- Excellent format with good interchange of useful and practical clinical experience.
- The format was excellent. Round Robin lectures limited to 20-30 minutes useful and informative.
- Good. Longer time in small breakout groups.
- Live workshops.
- I generally like the informal set-up. One learns more from colleagues comments than an individual lecturer.
- Useful and interesting.
- Use someone other than Dr. Wilder as primary spokesman. Workshops a good idea. Workshop three leaders could have been better prepared/organized.
- Dr. Wilder seems to have a lot of common sense and approach to seizure problems. He says, "Listen to patients." I say, "Amen!"
- Excellent. Interactive sessions very useful.
- More attention to organization regarding breakout sessions.
- Would prefer a more structural didactic program--need review of metabolism of drugs and choice of various AEDs.
- Very informational. If "consultant" use be maximized however, there is more time needed for "Q&A."
- Accomplished goals.
- Excellent interaction with other practice of neurologist in exchange of ideas.

V 012497

- Generally very well done.
- Excellent. (5)
- Workshops were a bit too informal and unorganized with exception of "women's" issues which was a lecture.
- Was not able to attend the "Women's issues" session due to schedule allowed time for three sessions only.
- Works well.
- Promoted discussion in informal setting.
- The meeting format was excellent. The speaker were excellent and certainly able to get their message across.
- Longer small group interacting.
- Very informative.
- Relaxed. Emphasizes contributions from attending neurologists. A quick summary of the NEURONTIN® trial data might be helpful.
- The mixture of lectures and small group discussions was very good. More time for questions and answers in small groups would be helpful.
- Good format!
- Much appreciated. Meeting dependent on audience participation may tend to be slow and dull, yet, the current faculty were excellent at soliciting participation.
- Small groups of physicians enable study protocols.
- Very good. (6)
- Meeting format was good. Allowed excellent interaction with faculty and also allowed useful exchange of new information. Follow up meeting would be helpful especially in view of newer uses of NEURONTIN®.
- Hate workshops.
- Tremendous. Informal and open to free discussion.
- Well organized.
- Relaxed, reasonable pace.
- Nice mix of didactic practical lectures and open discussions.
- Breakout sessions good idea.
- Good organization. Good interactive and informative format.
- Thanks a lot. I learned a lot and gained and solidified my own knowledge.
- Good information. Good format. Enjoyed interactive format.
- Great.
- I liked the mix of formal didactic and small discussion group formats.
- Very informative meeting. Needs to be repeated.
- Excellent. Fun and educational.
- Well organized/structured. The rotating format was somewhat less structured.
- Very well organized and appropriate to goals.
- Breakout sessions most informative.
- The consultant concept frees the presenters and participants from oppressive FDA attitudes and allows a true exchange of ideas.
- It is difficult to elicit and respond to all questions in a large group meeting. We should continue to minimize large groups and raise the number of small groups (10-15 Doctors). Assign questions (Generated by previous meeting) for groups to answer.

Comments, suggestions, criticisms you may have regarding registration or travel arrangements:
- I thought that was all well done.
- Excellent. (9)
- Outstanding job. I appreciate children being invited to meeting.
- Weather not well planned.
- No problem except there is not time to golf on Sunday.
- Very good. (5)

V 012498

WLC_FRANKLIN_0000011091

3
Marco Island Evaluation Form
February 2 - 4, 1996

- Best I've been to. McGettigan has organized other meetings I've attended and always does a good job.
- I wish registration would be done at least 4-6 weeks prior to meeting so that physicians can make proper arrangements with practice facility. Traveling, etc.
- All good.
- The only weak link was in the shuttle system from airport to hotel. It was presumed that all flights arrive on time.
- Registration and travel arrangements were excellent.
- Went well considering the weather problems.
- Unfortunately any experience with McGettigan travel was not a pleasant one.
- Arrangements made too late to arrange inexpensive flights for spouse.
- Well done. (3)
- No problems.
- Fix road to Marco Island.
- I thought this end was done well and hospitably.
- Late being able to book tickets because McGettigan didn't know about the meeting early enough. This made my spouse's ticket very expensive.
- Long travel time. Two segment flights and more than an hour ground travel to resort. Rather long time for only 48 hour meeting.
- Better to start the meeting at noon and go on up tp noon the next day. This will cut down on the time the physician has to take off from work.
- Location too far from airport.
- Hotel very accommodating. Comfortable and conducive to the purpose of the meeting.
- Done well. Family/children were not fairly treated on first day!
- Fully adequate.
- I had difficulty finding out if I was registered and only got the packet from Parke-Davis on Friday, the day of the meeting.
- All arrangement efficiently made! Unfortunately impaired by snow storm results - flight canceled, delays in some states.
- Ice storm alternate travel plans would have been valuable.
- Arrangements were very easy to set up and flexible through McGettigan travel.
- The flight, transportation from airport to hotel and registration process went beautifully.
- It worked out okay. We just made reservations in time to get our preferred flight. The earlier the details of the trip are available the easier it will be.
- Company was helpful. Would have been better to arrange airport transportation accommodating our flights (made outside of their agency).
- I can't imagine how these could be improved.
- Very efficient!
- I registered before 1/24/96 but didn't receive confirmation until I called two times! Received materials in mail on 2/1/96.
- Excellent in spite of the weather. Would have appreciated USAir being more informative about our flight leaving shortly after we were told no flight were going out for 3 hours.
- Need further information about activities available during free time. This needs to be available before arriving.
- No complaints at all.
- Perfect!
- None, everyone was wonderful.
- Weather.
- Travel agency initially botched my arrangements and except for efforts of your representative, Maureen, who

V 012499

WLC_FRANKLIN_0000011092

discovered problem and had it corrected at the eleventh hour, I would not have been able to come. Very glad she did as meeting was quite beneficial.
- Marco was a little difficult to reach, requiring two flights and a long bus ride for a short meeting. This was a bit much.
- Thank you for asking me to participate couldn't be better.


**How can Parke-Davis further help you in the management of patients with epilepsy?**
- Free sample access.
- I appreciate the existence of the patient assistance program.. Many of my patient population would be unable to obtain medicines without it and it allows me to gain more expertise with newer agents, then I prescribe them more comfortably (i.e. more often).
- Keep us posted of current experiences of different epileptologist.
- I will discuss with my local drug representative regarding involvement of Parke-Davis in helping with patient information, literature regarding personal/specific issues, e.g., drugs, social and societal information, etc. Also participation in seizure clinic concepts at local levels.
- Our representative Whitney Stephenson does a great job.
- Neurologists need any papers or anecdotal information on treatment of individual special seizure patients or the use of Neurontin® (or other drugs) in non-seizure patients. These areas were well discussed at the sessions.
- Yearly seminars helpful.
- More information.
- More financial help for patients.
- Keep me informed of new studies regarding Neurontin®. Blood levels, where to send. Follow up large studies, result, etc.
- More information on patient assistance program.
- You can't do much more.
- Patient educational information to help with understanding and compliance. The patient assistance program for Neurontin® needs better promotion.
- I am new to the area (Myrtle Beach) and general information on seizures is helpful. I have received some information from my local representative but it is just on the specifics of the medications. This meeting was an excellent idea to give information and prompt further use of new AEDs for non-epilepsy usage.
- Continue educational meetings like these. Cassette tapes and VCR tapes are an excellent way to allow the physicians to review new material at their own pace. CME credit is also useful. Bottom line - these meetings are a great way to get your message across.
- Produce more effective, safe drugs. Work to simplify and reduce cost of getting FDA approval (Through international conference of harmonization). Thereby lowering the cost to patients.
- Continue your support for education and research in both academics and practice, including meetings like this.
- Produce a 600 mg or 800 mg Neurontin® capsule, with a break-in retail price for the consumer.
- Continual development of new AEDs with minimal side-effects and higher efficacy.
- Continue to have similar programs.
- Provide copies of good journal articles on natural history and prescription of epilepsy. Give summary of expert opinions on current topics in brief, readable newsletter distributed by pharmaceutical representative.
- More educational materials for patients and physicians.
- Representatives to check by office. More short weekend meetings like this.
- Patient education programs with practical points: driving practical hints for safety. Realistic goals of treatment and side effects of medicines. Emphasizing what doctor tells them.
- Continue making quality products.
- Yes. Provide further research. Samples.
- Treat Mother Nature with a little fosphenytoin and try to control some of the meteorological seizures that

V 012500

WLC_FRANKLIN_0000011093

- disturb our seminars.
- Continue as presently doing.
- To sponsor some controlled studies in some of the off-label uses of Neurontin®. In general, Parke-Davis has been of exemplary assistance and provides a valuable service to both physicians and their patients.
- By continuing sponsoring epilepsy related research and meetings like this where new ideas are discussed.
- Further meetings similar to this review new developments. Recent clinical strict publications.
- Suggest multi-center trial of Neurontin® with other anticonvulsants for intractable epilepsy.
- Increasing educational activities to neurologist.
- Use of neurology consultants to help educate and market Neurontin® and fosphenytoin to primary care physicians - do not market directory to them as they do not have the expertise or opinion with epilepsy to use these drugs appropriately.
- Continue emphasis on education. Office samples of medication.
- They are doing a good job so far.
- Make us more aware of patients assistance programs. (3)
- Occasional meetings as this. Teleconferences. Frequent drug representatives visits.
- Continue to promote education for physicians and provide medication at reasonable cost. In the case of Neurontin®, the ability to obtain clinically interpretable drug levels would be helpful.
- Keep us updated on clinical assistance programs, changes in formulation, quality of life programs.
- Bring me well-tolerated, highly effective medicines (you are well aware of this).
- Continue the good work. Educational materials, etc.
- Teleconferences. Same type of regional conferences.
- Keep us informed of future medications before they come into the market.
- More meetings like this!
- Educational material.
- Continue to send the representative on a regular basis.
- Providing Neurologists with educational materials, such as brochures, books, videos, computer disks that well help us educate patients with regards to epilepsy.
- Continued information regarding new products.
- Keep in touch.
- Perhaps a cassette tape update one to two times a year on topics of interest.
- Through educational activities and through development of new effective anticonvulsants.
- Develop an information packet for new seizure patients. Make Neurontin® cheaper.
- Facilitate development of a patients management advisory system, whereby specific questions can be answered (via telephone, fax, internet).
- Continue with programs such as this. In the years before introduction of Neurontin® and fosphenytoin we seldom heard from Parke-Davis. As the glow from these new products fades don't forget us again. Maintain our interest, maintain your market share.
- By making more conferences like this.
- Continue the educational programs and focus group discussions.
- Discussion on the minimal care of standard of care of new Antiepileptic drugs.
- These types of meetings. Financial assistance for patients to access new medicines.
- So far so good. Allow some patients who can't afford higher than 600 mg dose to get it free.
- Meetings with updates on new drugs and experiences of other neurologists.

6
Marco Island Evaluation Form
February 2 - 4, 1996

Please evaluate the presentation content by circling your response.

| | Excellent (5) | Very Good (4) | Good (3) | Fair (2) | Poor (1) |
|---|---|---|---|---|---|
| *Goals of Antiepileptic Drug Therapy: Doing What's Right for the Patient*<br>Dr. Wilder | 52.70% | 36.49% | 8.11% | 2.70% | |
| *Clinical Experience with New Agents: A Practitioner's Perspective on Neurontin® and Fosphenytoin*<br>Dr. DeToledo | 43.66% | 35.21% | 19.72% | 1.41% | |
| *The Female Patient with Epilepsy:*<br>*A Focus on Pregnancy and Oral Contraceptive Use*<br>Dr. Montouris | 40.00% | 35.56% | 15.56% | 8.89% | |
| *A Case Study Approach to Epilepsy Management: Focus on the Elderly*<br>Dr. Epstein | 25.86% | 43.10% | 24.14% | 5.17% | |
| *A Case Study Approach to Epilepsy Management: Focus on the Elderly*<br>Dr. Messenheimer | 26.92% | 48.08% | 19.23% | 3.84% | 1.92% |
| *Antiepileptic Therapy: A Year in Review*<br>Dr. Griesemer | 26.78% | 42.86% | 26.78% | 3.57% | |
| *Antiepileptic Therapy: A Year in Review*<br>Dr. Wannamaker | 32.08% | 41.51% | 18.87% | 5.66% | |
| *Non-Antiepileptic Uses for AEDs*<br>Dr. Kuzniecky | 36.92% | 49.23% | 9.23% | 4.62% | |
| *Current Treatment Strategies for Acute Seizures*<br>Dr. Wilder | 65.52% | 29.31% | 3.45% | 1.72% | |
| *Challenge the Experts: A Focus on Specific Patients Types. A Session for Participants to Present Anecdotal Cases*<br>Dr. Wilder | 57.14% | 35.71% | 7.14% | | |
| *Challenge the Experts: A Focus on Specific Patients Types. A Session for Participants to Present Anecdotal Cases*<br>Dr. DeToledo | 58.70% | 28.26% | 10.87% | 2.17% | |

V 012502

What is your perception of NEURONTIN® in terms of the following:

**SAFETY:**
- Excellent (24).
- Excellent safety profile!
- Good (5).
- It appears to be a safe drug especially because of me presenting CV side effects.
- Seems very safe, no adverse.
- Excellent, no serious side effects or separated modality.
- Very safe (14).
- Extremely.
- Quite obviously a safe agent with no drug-drug interactions; requiring discontinuation if side effects develop.
- No serious side effects observed by myself.
- High.
- Safest at present.
- Appears extremely safe at this time.
- Very good (6).
- Perhaps better than older agents.
- Safer.
- No drug interaction tolerated well even in elderly. Does not effect liver enzymes, bone marrow, etc.
- Fair.
- Seems to be quite safe, we'll see.
- Very safe and simple drug to use.
- The safest at the current time.
- Excellent therapeutic error index in most patients though add on toxicity is still of concern.
- No major problems.
- Side effect profile for minor side effects comparable to other AEDs but major side effects less.
- Good profile so far.
- Yes. No unusual side effects.
- So far, very good.
- Excellent profile.
- Overall, Neurontin® has not provided any significant adverse reactions.
- Strongly believe cautious use with high dose tegritol.

**EFFICACY:**
- Excellent (5).
- Very good (6).
- Moderately efficacious but no data for monotherapy.
- At doses 3600+ for seizures, pain syndromes.
- Good (14).
- Variable.
- It works.
- Quite good.
- I've only used it in refractory patients with few good results. Results mirror the published data.
- Not certain. But I will try using higher doses.
- Reasonably good.
- Still unclear.
- 60%
- Severe cases require more time.
- Good to very good.

V 012503

WLC_FRANKLIN_0000011096

- Useful as adjunctive, some success as monotherapy.
- Fair.
- As effective as most other AEDs.
- Still to be proven (as far as patients are concerned).
- Some reservation. Still haven't seen desirable seizure control, sometimes in higher dose up to 3600 mg per day.
- Needs to be evaluated carefully. May need to initiate prescription at higher doses and clearly define best polytherapy combination.
- Good. Prodrug of a very well known drug, phenytoin.
- Most probably.
- In higher than approved doses for epilepsy I will be using it more in the treatment of pain.
- Very efficacious.
- Moderate.
- To be determined.
- Very good monotherapy and add on.
- Fair for refractory seizures as add-on good for therapy.
- Moderate.
- As good as any already used AEDs. Use started on difficult to prescribe seizure patients as third and second drug, even then percentage.
- Efficacious, however only at dose 2700 to 2600 milligrams.
- As good as other agents.
- Good for seizures. Very good for pain syndromes.
- Fair as add on drug.
- Very good for seizures. Increasing awareness of efficacy for other problems (pain).
- Good for even off label indications.
- About as effective as standard AEDs. Still questionable in my mind as monotherapy.
- Comparable to other AEDs like phenytoin and carbolic.
- I am not sure yet.
- Good for patient seizures if used at higher that originally recommended doses (more than 1200 mg/day).
- Most effective in higher daily doses (1800-3600 mg).
- Reasonable to quite good. Approximately equal to lamictil. I occasionally use this as monotherapy.
- Further experience necessary.

**TOLERABILITY:**
- Good. Sedation may be major complaint.
- Very good (7).
- Excellent (12).
- Well tolerated. (10)
- Good (16).
- Not a problem usually.
- Adequate.
- I encounter more sedation that I expected, otherwise not a big problem to use.
- By the studies presented seems to be very well tolerated.
- Generally very good; one or two patients had mild GI combination.
- Great.
- So far so good in low doses. Waiting to see on higher doses.
- Too many of my patients get dizziness. Do not believe rate given by Dr. Wilder.
- Easily tolerated.
- Fair to good. I've had significant problems with lethargy and weight gain.
- Greatly tolerated by patients.
- Fairly good.

V 012504

WLC_FRANKLIN_0000011097

9
Marco Island Evaluation Form
February 2 - 4, 1996

- Extremely well tolerated.
- Fair.
- Side effect profile tolerable with resolution if drug needs to be stopped.
- Variable, but overall well tolerated.
- Quite well tolerated without making elderly ill.
- At least as good as older agents.
- At the dose where I use this medication I find a side effect profile that is similar to after anticonvulsants in terms of therapy.
- I have not discovered in any patient and intolerance or side effects.
- Moderate.
- Fair to poor initially but if one can overcome the first weeks, good.
- Quite high.
- Better tolerated in the elderly (often).
- Reasonably well tolerated in two-thirds of patients.
- Good, it titration at approximately 300 mg per week rather than per day. Drozmes and sommolina are primary.
- Minimal side effects.

### EASE OF USE/DOSE TITRATION:
- No specific problems.
- Excellent (10).
- Need to have larger dose pill. A breakable pill (like a dividose deseyul pill) would be excellent.
- It appears to be easy to use, in terms of obtaining optimal ones.
- Straight forward. Also, higher dose like 600 mg generally is, very easy.
- Easy to initiate and can tolerate dose quickly.
- Fair.(5)
- Good (12).
- Adequate.
- OK.
- Very simple.
- Easy to very easy (9)
- Difficulty with titration after 900 mg, usually splitting doses.
- More complicated than usual. Could use higher dosage form.
- Too many small tablets.
- Better of course if one time daily.
- Still confusion regarding minimal and maximal dose. Appears that lower doses can be used with off-label usage.
- Anxiously awaiting 600 mg pills.
- Would like to see larger capsules (600 mg and 800 mg) in future. My patients are refractory requiring higher doses.
- Easy to use because of low interaction problems, but may require at times, slow titration in many individuals (Some can have rapid titration).
- No more problems but higher strength form (800 mg) would be helpful.
- Needs larger dose tablet.
- No problem (2)
- Somewhat complicated (versus Dilantin®, etc.)
- Need blood level facilities, at reasonable cost and guide lines.
- Need better guidelines on how to initiate, more information on levels to know when there is therapeutic failure.
- Recommendation on initial dosage needs to be revised.
- Need high dose.
- Easily titrated.

V 012505

WLC_FRANKLIN_0000011098

- Comparable to other common anticonvulsants.
- About equal to others. -
- Still a lot of controversy/uncertainty for this subject. High degree of variability in practice expressed by attendees.

**What is the average therapeutic dose used by your NEURONTIN® patients?**
- 3600 milligrams.(4)
- 900 po Qbs.
- Approximately 3600 milligrams.
- 1800 to 3600 milligrams per day.
- 3200 to 3600 milligrams.
- Approximately 1800 milligrams.
- 3000 - 3600 milligrams.
- 1200 - 1800 milligrams.(6)
- Low at 2400 milligrams.
- 2400 milligrams.(5)
- 1800 - 2400 milligrams.
- 1200 - 3200 milligrams.
- 900 - 1800 milligrams.
- 2700 milligrams.
- 1800 - 2700 milligrams.(2)
- 1200 milligrams.(2)
- 1800 milligrams.(9)
- 2700 milligrams.
- 3000 milligrams.
- 1500 - 2100 milligrams.
- 3200 milligrams.(2)
- 1800 - 2400 milligrams.
- 300 - 400 milligrams.
- 2000 milligrams.
- 1200 - 1600 milligrams.(2)
- 2700 - 3600 milligrams.
- 1600 milligrams.
- 2400 - 3600 milligrams.
- 900 milligrams.
- 2000 milligrams.
- 1600 - 1800 milligrams.
- 300 milligrams.

**What is the maximum dose of NEURONTIN® you have used on an individual patient?**
- 6600 milligrams.
- 600 TID.
- 5600 milligrams (without efficacy!).
- 5400 milligrams.
- 5200 milligrams.
- 1800 milligrams.(3)
- 3600 milligrams.(15)
- 2400 milligrams. (6)
- 4200 milligrams.(3)

V 012506

WLC_FRANKLIN_0000011099

- 2700 milligrams.
- 2100 milligrams.(2)
- 3200 milligrams.
- 1200 milligrams.
- No data yet.
- 4800 milligrams.
- 5200 milligrams.
- 5600 milligrams.
- 5000 milligrams.
- 5100 milligrams.
- 2000 milligrams.
- 600 TID.
- 4500 milligrams.
- 4 grams.


**Is there a specific patient type in which you find NEURONTIN® especially useful?**
**(i.e.: elderly, refractory, pediatric, female, etc.....)**

- Elderly--Restless Leg Syndrome.
- Refractory partial seizure (2). Patient with renal failure/hepatic failure/transplant.
- Found helpful in Trigonmial Neurology.
- Transplant patients.
- Elderly.(14)
- Patient with other medical problems on other medications for those problems due to lesser drug interactions.
- Elderly. Transplant.
- Refractory.(12)
- Still sorting this out. You've given me a few good ideas in the meeting.
- After this meeting I will raise Neurontin® to first choice in the elderly.
- Breakthrough seizures on Dilantin®, depakote and tegritol.
- Liver disease. Multiple medications.
- Patients with severe medical problems/multiple medications.
- Hepatic.
- Elderly patients with complex partial seizures. Patients who have cognitive trouble with other AEDs.
- Females on OCP. Patients with liver disease.
- I have prescribed for all patients groups, especially elderly.
- Not yet, but now I know more.
- Those requiring hormonal therapy. Transplant patients. Partial epilepsy. Easy to control and as add-on therapy.
- Patients with any hepatic disease.
- Refractory complex pastoral seizures. Peripheral Neuropathy.
- Child with benign rolandic epilepsy. Second drug for young adult with partial seizures.
- Haven't tried it as monotherapy.
- Pain management.
- Complex partial. Complex partial - generalization.
- Refractory. Sometimes with patients with epilepsy have reported great success. I've also used the medication in a patient with presumed drug induced lupus and epilepsy. It is fairly efficacious this far.
- Patients with liver problems. Others with seizures. DPH high liver enzymes, low WBC other drugs with interactions. Seizures uncontrolled on other AEDs. Side effects and others. Few cases have used first time.

V 012507

- Complex and simple seizures.
- Elderly on multiple medications at risk for drug-drug interactions. Patients on older medications with severe hematologic side effects.
- Add on treatment for complex partial seizures.
- No, but appreciate report from meeting that elderly subset does well.

**Are there any other research topics Parke-Davis should pursue with NEURONTIN®?**

- Chronic pain ( Zoster/Hepatic Neuralgia, RSD, Migraine).
- As discussed, minimum therapeutic levels; is there a dose-response curve that it specific for each patient?
- Non-seizure indications like Neuropathy, etc.
- Pain (25).
- The ones you are doing are a good range.
- Mood dysfunction.
- Non-seizure indications.
- Patients with polyneuropathy.
- I would be interested in a controlled study looking at the effect of Neurontin® on restless movements of sleep.
- Chronic pain (2). Use with dyskinesias in Parkinson's patients. Use with migraines.
- Potential to deal with disorders of tone spasticity.
- Sleep disorders.
- Neuro-psychiatric use.
- Psychiatric indications.
- Need hard data for all the off label uses. What's the effect of sudden stoppage of Neurontin®? Need blood level information.
- Ritalin in controlled study.
- Neuropathy (AIDS/diabetic). RSD.
- Also, more of fosphenytoin and acute stroke management.
- Use in patients post CVA or post intracranial hemorrhage as possible seizure prophylaxis.
- Non-label uses of drug.
- Peripheral neuropathy. Reflex sympathetic dystrophy.
- Further neurotherapy studies.
- To study efficacy of Neurontin® in combination with anticonvulsants for refractory seizure.
- Primary treatment of epilepsy. Non-epileptic uses.
- Depression (2)?
- Establish therapeutic level.
- New drugs for essential tremor. Safer drugs for preventing strokes.
- Need clarification of use in patients on dialysis.
- Development of clinically useful drug level requirements.
- Peripheral nerve pain.
- Use in Parkinson drug induced dyskinosis.
- More information in use of Neurontin® in pregnant women.
- Non-epileptic uses of Neurontin®.
- Patients with liver problems. Seizures that are uncontrolled with other AEDs.

**Parke-Davis is the established leader in Epilepsy treatment & education.**
Do you agree/disagree? Why? Why not?

- I am involved in a newly established epilepsy clinic. Parke-Davis has been most supportive with educational materials.
- Agree.(2)

V 012508

WLC_FRANKLIN_0000011101

- Yes. Dilantin®, Neurontin®, fosphenytoin!
- Excellent educational programs.
- Has market on the major AED - Dilantin®. Now with Neurontin® and fosphenytoin even greater share. I have attended and enjoyed several educational experiences via Parke-Davis.
- Most expansive commitment to physician education.
- More aggressive sales people which is OK because they are knowledgeable about neurologic conditions.
- Their commitment is obvious.
- Epilepsy drugs. Epilepsy educational programs for doctors.
- Innovative drug research. Excellent physician education effects.
- With the advent on Neurontin®, the upcoming arrival of fosphenytoin and the success of Dilantin®, I have no doubts.
- By finding innovative research for the treatment and understanding of epilepsy.
- Range of drugs. Teaching. Patients assistance.
- Excellent educational symposiums.
- Commitment. Programs like this will affect my practice patterns and allow me to influence favorably the quality of care in my community. All of the "glitzy" mailings are round file fillers.
- Parke-Davis has supported epilepsy education with patient education materials and arranging CME for neurologists.
- Informative meetings and opportunities to obtain up to date AED information.
- The more useful medicine is Dilantin®.
- Long tradition of support to doctors and patients.
- Strongly maintained multi-faceted approach.
- Good products. Interested in education of providers or patients. Well researched medications.
- Certainly have been historically but until Neurontin® have been quiet. This seems bound to promotional needs.
- Communication with doctors. Educational materials are excellent.
- As a resident and fellow, I have attended many Parke-Davis functions.
- AEDs and research in epilepsy.
- Debbie Walls (representative) is very informative and keeps us abreast of new studies. I suppose having Dilantin® as well as a new AED such as Neurontin® helps them market easier than the others.
- Very helpful and well informed drug representatives with quality products.
- Long history with Dilantin®. Better marketing.
- Have always been provided with information and samples from Parke-Davis.
- Conferences. Monographs. Tapes. Very educational drug representatives, usually very knowledgeable.
- Always provides high quality educational materials.
- Due to support for research, teaching, patients advocacy and symposia such as Merritt-Putnam. Symposia and EFA fellowships. Your drugs are part of the mainstay of standard therapy, both acute and chronic.
- I believe it is the leader by virtue on total number of years of work devoted to epilepsy treatment.
- Ongoing research. Availability of Neurontin® and fosphenytoin as new anticonvulsants.

**Did you consider this Epilepsy Consultants' Conference a valuable educational experience?**
- Yes (56).
- Very valuable and useful for patient management.
- Definitely.
- Very much so.
- Some educational value but much seemed promotional.
- Excellent.
- Slightly different, more interactive yet informative. Yes, it was valuable.
- Absolutely.
- In additional to meeting presentations, it was a good opportunity to network with colleagues and company representatives regarding research support, drug development, etc.

V 012509

WLC_FRANKLIN_0000011102

14
Marco Island Evaluation Form
February 2 - 4, 1996

**Should we have meetings like this in the future? If so, how often?**
- Yes, yearly.
- Yes! I would enjoy one annually, but that would not be necessary unless a lot of new information is learned about new therapies. Hopefully there will be many in the years to come.
- Yes.
- Yes, every four months.
- At least annually.
- Every six months or so.
- Every three to six months.
- Definitely!
- It seems Parke-Davis needs to decide if this is for information gathering, promotion or education. These aims do not always coincide. I would look forward to any of these but would prefer the goals of the meeting be clear.
- One to two times a year. Broaden scope to include other AEDs, possibly even co-sponsoring with other pharmaceutical companies.
- These meetings are excellent because they allow me to concentrate on the new information without distractions. When I am at home there are too many distractions and family obligations to listen to six hours about a new medications or treatment. Going to a wonderful locations like Marco Island is expensive and many doctors wouldn't come. Parke-Davis has eliminated the distractions and the expense therefore providing a great learning experience.
- Annually.
- Every two years.
- Annually to semi-annually.
- I enjoyed it. Do it again it one to two years.
- Probably only yearly.
- Three to four times a year.
- Three times a year.
- Whenever there are new developments.
- Once a year. At most twice a year since research and knowledge advances so slowly.
- Once a year to allow for questions to be answered.
- One note, many of the useful suggestions I picked up came from other attendees rather than the panel.. It is therefore very helpful to sit in small groups as we did, and share experiences.
- It would be good to have a very similar meeting in about two years so the participants could share their personal experiences with Neurontin® and fosphenytoin
- As needed.

V 012510

WLC_FRANKLIN_0000011103