


# North Central CBU
1750 East Golf Road, Suite 490
Schaumburg, IL 60173

## Memorandum

**Memo To:** Area Business Managers, Territory Managers, Medical Liaisons
**From:** Lisa Moore, Kim Repp
**Subject:** CME Meetings: Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes
**Copies:** John Howard, Chris Nuncio, Jyoti Jankowski
**Date:** July 8, 1996

Attached is a schedule of local CME meetings taking place in the NC CBU on the use of antiepileptic drugs in the treatment of chronic pain syndromes. The list contains study group programs to be held throughout the months of July and August.

These are CME events that are being organized by Professional Postgraduate Services (PPS) of Physicians World (PW) Communications Group. The target audience consists of Neurologists and Primary Care Physicians.

**IMPORTANT**

Since these are CME programs (i.e. non-promotional activity), only ABMs and/or Medical Liaisons are encouraged to attend. Furthermore, the agency (PW) will not provide us with lists of the attendees. As a result, the Parke-Davis representative(s) who attend the meeting (i.e. ABM and/or Medical Liaison) should make a list of the physicians that attend.

**PROGRAM OBJECTIVES**

After the program, physicians should be able to:
- Assess the current clinical experiences that demonstrate the use of anticonvulsants in the treatment of pain,
- Explain potential treatment plans for using anticonvulsants to treat pain, and
- Evaluate dosing, pharmacologic considerations, safety, and side-effect issues, including drug interactions.

If you have any questions, give either one of us a call.

V 018642

WLC_FRANKLIN_0000017236