# Emerging Applications for Anticonvulsant Therapy

## Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes

### Study Group Program Faculty Guide

Case Studies: Migraine and Trigeminal Neuralgia



Sponsored by the Professional Postgraduate Services® division of Physicians World Communications Group.

This CME activity is supported by an unrestricted educational grant from Parke-Davis.

V070120

WLC_FRANKLIN_0000068798

## TABLE OF CONTENTS

Advisory Board Members, Faculty, and Contributors ............................ 1

Introduction to the Study Group Program ................................................ 4

Educational Objectives ................................................................................ 5

CME Information ........................................................................................ 6

Logistics ........................................................................................................ 6

Preparing for Your Study Group Meeting ................................................ 7

Preparing for Your Study Group Audioconference ................................ 8

Curriculum .................................................................................................. 10

Case Studies/Migraine .............................................................................. 21

Case Studies/Trigeminal Neuralgia ........................................................ 26

Post-Test .................................................................................................... 30

Program Evaluation Form ........................................................................ 31

Speaker Expense Reimbursement Form .............................................. 32

V070121

WLC_FRANKLIN_0000068799

## ADVISORY BOARD MEMBERS, FACULTY, AND CONTRIBUTORS

Some of the material for this Study Group Program has been extracted from the Home-Study Course *Emerging Applications for Anticonvulsant Therapy: Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes*, which was developed by the advisory board, faculty, and contributors below.

### ADVISORY BOARD MEMBERS

**Russell K. Portenoy, MD – Chairman\***
Associate Professor of Neurology
Cornell University Medical College
Director, Analgesic Studies
Pain Service, Department of
  Neurology
Memorial Sloan-Kettering Cancer
  Center
New York, NY

**Charles Laudadio, MD\***
Adjunct Clinical Professor
Department of Physiology
School of Life and Health Sciences
University of Delaware
Research Staff
Department of Medicine
Medical Center of Delaware
West Chester, PA

**Douglas Mann, MD\***
Professor of Neurology
Medical Director
Pain Management Program
Department of Neurology
University of North Carolina
Chapel Hill, NC

**Ninan T. Mathew, MD†**
Clinical Professor, Restorative
  Neurology
Baylor College of Medicine
Director, Houston Headache Clinic
Houston, TX

**Phulchand Prithvi Raj, MD, FACPM\***
Professor of Clinical Anesthesiology
Academic Director, Pain Medicine
UCLA Pain Medicine Center
Los Angeles, CA

**Thomas Redner, MD\***
Director, Anesthesia Pain Clinic
Codirector, Arnold Pain Center
Harvard Medical School
Instructor in Anesthesia
New England Deaconess Hospital
Boston, MA

**Steven C. Schachter, MD\***
Assistant Professor of Neurology
Harvard Medical School
Director of Clinical Research
Comprehensive Epilepsy Center
Beth Israel Hospital
Boston, MA

---

\* No significant financial interest or affiliation reported.
† Clinical Investigator: Glaxo Wellcome; Bristol-Myers Squibb Company; Merck & Co., Inc.; Janssen Pharmaceutica, Inc.

# Advisory Board Members, Faculty, and Contributors

## Faculty

**Russell K. Portenoy, MD - Chairman***
Associate Professor of Neurology
Cornell University Medical College
Director of Analgesic Studies
Pain Service, Department of Neurology
Memorial Sloan-Kettering Cancer Center
New York, NY

**Robert R. Allen, MD***
Assistant Professor of Neurology
Neuro-Oncology Department
Section of Pain and Symptom Management
MD Anderson Cancer Center
Houston, TX

**Charles E. Argoff, MD***
Assistant Professor of Neurology
Cornell University Medical College
Codirector, Pain and Headache Program
North Shore University Hospital
Manhasset, NY

**Misha-Miroslav Backonja, MD***
Assistant Professor, Department of Neurology
University of Wisconsin-Madison Medical School
Madison, WI

**Jack M. Berger, MD, PhD***
Assistant Professor of Clinical Anesthesia
Acting Clinical Director of Pain Management
University of Southern California School of Medicine
Los Angeles, CA

**Bruce Cleeremans, MD***
Associate Professor of Neurology
University of California
Irvine Medical Center
Irvine, CA

**David Cook, MD***
Associate
Raleigh Neurology Clinic
Raleigh, NC

**Stephen P. Duntley, MD†**
Assistant Professor of Neurology
Washington University School of Medicine
Sleep Laboratory
St. Louis, MO

**John T. Farrar, MD***
Assistant Professor of Neurology
University of Pennsylvania
Philadelphia, PA

**Perry G. Fine, MD***
Associate Professor and Associate Medical Director
Pain Management Center
Department of Anesthesiology
University of Utah
Salt Lake City, UT

**Bradley S. Galer, MD***
Assistant Professor of Neurology and Anesthesiology
Director, Pain Clinical Research Center
Multidisciplinary Pain Center
University of Washington School of Medicine
Seattle, WA

**Jeffrey Gelblum, MD***
Assistant Clinical Professor of Neurology
University of Miami School of Medicine
Attending Faculty
Mt Sinai Medical Center
President, Florida Neurologic Associates
Miami, FL

**Harry J. Gould, MD, PhD***
Assistant Professor of Neurology
Louisiana State University Medical Center
Director, Louisiana State University Multidisciplinary Pain Center
New Orleans, LA

**R. Normal Harden, MD†**
Director, Center for Pain Studies
Rehabilitation Institute of Chicago
Chicago, IL

**Wayne Isaacson, MD***
Assistant Professor
Department of Anesthesiology
Oregon Health Sciences University
Portland, OR

**Ronald Kanner, MD***
Professor of Neurology
Albert Einstein College of Medicine
Bronx, NY
Long Island Jewish Hospital
New Hyde Park, NY

\* No significant financial interest or affiliation reported.
† Clinical Investigator: Parke-Davis.

V070123

2

WLC_FRANKLIN_0000068801

Case 1:04-cv-10981-PBS   Document 449-17   Filed 08/25/06   Page 5 of 5

## ADVISORY BOARD MEMBERS, FACULTY, AND CONTRIBUTORS

### CONTRIBUTORS

**J. A. Klapper, MD\***
Director
Colorado Neurology and Headache Center
Denver, CO

**Charles Laudadio, MD\***
Clinical Associate Professor
University of Delaware
Medical Center of Delaware
West Chester, PA

**David R. Longmire, MD†**
Clinical Assistant Professor of Internal Medicine
University of Alabama School of Medicine
Huntsville, AL

**Douglas Mann, MD\***
Professor of Neurology
Medical Director
Pain Management Program
Department of Neurology
University of North Carolina
Chapel Hill, NC

**Ninan T. Mathew, MD‡**
Clinical Professor, Restorative Neurology
Baylor College of Medicine
Director, Houston Headache Clinic
Houston, TX

**Alexander Mauskop, MD\***
Director, New York Headache Center
Associate Professor of Clinical Neurology
SUNY-HSC, Brooklyn
Brooklyn, NY

**Bruce Nicholson, MD\***
Assistant Professor of Anesthesia
Pennsylvania State University
Director, Division of Pain Management
Lehigh Valley Hospital Center
Allentown, PA

**James Otis, MD\***
Assistant Professor of Neurology
Director of Pain Service
Boston University School of Medicine
Boston, MA

**Marco Pappagallo, MD\***
Assistant Professor of Neurology, Neurosurgery, and Anesthesiology
Johns Hopkins University Hospital
Baltimore, MD

**Richard Payne, MD§**
Chief, Section of Pain and Symptom Management
MD Anderson Cancer Center
Houston, TX

**Phulchand Prithvi Raj, MD, FACPM\***
Professor of Clinical Anesthesiology
Academic Director, Pain Medicine
UCLA Pain Medicine Center
Los Angeles, CA

**R. Eugene Ramsay, MD¶**
Director
International Center for Epilepsy
University of Miami
Miami, FL

**Thomas Redner, MD\***
Director, Anesthesia Pain Clinic
Codirector, Arnold Pain Clinic
Harvard Medical School
Instructor in Anesthesia
New England Deaconess Hospital
Boston, MA

**Steven C. Schachter, MD\***
Assistant Professor of Neurology
Harvard Medical School
Director of Clinical Research
Comprehensive Epilepsy Center
Beth Israel Hospital
Boston, MA

**Kenneth Selzer, MD#**
Director of Clinical Research
North County Neurology Associates
San Diego, CA

**Brett R. Stacey, MD\***
Medical Director
Pain Evaluation and Treatment Institute
Presbyterian University Hospital
University of Pittsburgh
Pittsburgh, PA

**Catherine L. Willner, MD\***
Consultant in Neurology and Pain Clinic-Department of Neurology
Mayo Clinic
Rochester, MN

---

\* No significant financial interest or affiliation reported.
† Educational Grant: Parke-Davis.
‡ Clinical Investigator: Glaxo Wellcome, Bristol-Myers Squibb Company, Merck & Co, Inc, Janssen Pharmaceutica Inc.
§ Clinical Investigator: Anesta Corp. Consultant: Glaxo Wellcome.
¶ Grant or Research Support: Abbott Labs, Burroughs Wellcome, Carter Wallace, Ciba-Geigy, Cyberonics, Dainnipon, RW Johnson, Marion Merrell Dow, Parke-Davis. Consultant: Abbott Labs, Burroughs Wellcome, Carter Wallace, Cyberonics, Parke-Davis.
# Clinical Investigator: Parke-Davis.

V070124

WLC_FRANKLIN_0000068802