# INTRODUCTION TO THE STUDY GROUP PROGRAM

**EMERGING APPLICATIONS FOR ANTICONVULSANT THERAPY** is an effective, useful, and relevant multicomponent educational program designed to address the current need for information in two areas of importance to clinical neurologists, ie, epilepsy and chronic pain syndromes. The overall program design is depicted in the schematic below. The project originated with a CME-certified Home-Study Course on epilepsy, which is ongoing. A similar Home-Study Course was developed to explore the use of antiepileptic drugs in the treatment of chronic pain. Both courses led to the development of broad-based educational initiatives that would present the information in an interactive format.

This Study Group Program, subtitled *Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes*, presents issues to help general neurologists and primary care physicians assess and manage their patients with chronic pain.



*Case scenarios presented in Study Group II differ from those presented in Study Group III.

WLC_FRANKLIN_0000068803

## INTRODUCTION TO THE STUDY GROUP PROGRAM

Through either interactive meetings or audioconferences, participants will be encouraged to discuss patient evaluation and the appropriate use of antiepileptic drugs in treating patients with refractory chronic pain.

The key messages of the initial Pain Home-Study Course are distilled in this Participant Workbook and will serve as the basic curriculum for use prior to and during the Study Group sessions.

The Study Group sessions will be conducted in two interactive formats. A participant may choose whichever format is more convenient.

1. The small, group *meetings* will be 2 hours in duration. Prior to attending a Study Group Meeting, registrants will be sent the Home-Study Course to read for background information. If so desired, this course may be used independently as an additional educational activity. This workbook contains both a summary of background information about refractory chronic pain and case histories for discussion during the meeting.

2. The *audioconferences* will be 1 hour in duration and will require an additional hour of preconference preparation by participants. You must complete the self-study exercises in the Participant Workbook as part of the preconference educational activity. Participants in the audioconferences will have received a copy of the Pain Home-Study Course to use as background information and will have the option of completing that course for additional credit.

## EDUCATIONAL OBJECTIVES

Upon completion of the Study Group Program, participants should be able to:

- Define pain and describe its various characteristics.
- List the types of chronic pain for which AEDs are appropriate.
- Recognize the medical rationale for using AEDs in the appropriate clinical situations.
- Assess the current clinical experiences that demonstrate the use of AEDs in the treatment of pain in migraine and trigeminal neuralgia.
- Explain potential treatment plans for using AEDs to treat pain in migraine and trigeminal neuralgia.
- Evaluate dosing, pharmacologic considerations, safety, and side-effect issues, including drug interactions.
- Recommend potential applications for AEDs in treating chronic pain syndromes.

## CME INFORMATION

*EMERGING APPLICATIONS FOR ANTICONVULSANT THERAPY: Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes* is part of a multicomponent educational initiative for physicians. This Study Group Program is sponsored by the Professional Postgraduate Services® (PPS) division of Physicians World Communications Group.

Professional Postgraduate Services® is accredited by the Accreditation Council for Continuing Medical Education to sponsor continuing medical education for physicians.



Professional Postgraduate Services® designates this educational activity for a maximum of 2 hours in category 1 credit towards the AMA Physician's Recognition Award. Each physician should claim only those hours of credit that he/she actually spent in the educational activity.

This CME activity is supported by an unrestricted educational grant from Parke-Davis.

## LOGISTICS

Logistics for Study Group Meetings will be planned and implemented by Professional Postgraduate Services® (PPS), including arrangements for hotel site, a modest meal, and audiovisual equipment. A PPS coordinator will be on site to ensure that the arrangements are acceptable before the meeting begins, conduct the registration of participants, collect the evaluations, and facilitate all meeting functions.

## PREPARING FOR YOUR STUDY GROUP MEETING

- Know your audience. You will be provided with questions that have been posed by the registrants for the meeting. In this way, you will be able to shape your session to meet the needs of the specific audience.

- Become familiar with the Pain Home-Study Course, the Faculty Guide, overheads, and the Participant Workbook.

- Review the cases. Plan and prepare your method of discussing the cases.

- A modest buffet meal will be served to the participants prior to the session. Please arrive at the meeting site no later than 30 minutes prior to the start of dinner, check in with the PPS coordinator, and become familiar with the arrangement of the meeting room and audiovisual equipment. The PPS coordinator will register participants and collect the registration fee.

- One day prior to each of the conferences, we will fax to you a list of participants, and, if applicable, the questions/issues submitted by members of your group when they registered.

- Conduct your Study Group. A basic agenda follows:

    **Study Group Meeting: Pain Therapy**
    | | |
    |---|---|
    | 5 minutes | Introduction and Program Overview |
    | 10 minutes | Background on Pain |
    | 45 minutes | Case #1 - Patient With Migraine |
    | 45 minutes | Case #2 - Patient With Trigeminal Neuralgia |
    | 15 minutes | Summary; Posttest; Evaluation |

- Before the end of the Study Group, have participants complete the post-test located at the back of the Participant Workbook and then review their answers.

- The PPS representative will collect the registration list and evaluation forms and return them to the CME office.

- Within 6 weeks after the Study Group, participants will receive a letter verifying their participation in the activity. As a faculty member, you will receive a summary of the program evaluation after the program has concluded.

WLC_FRANKLIN_0000068806

# PREPARING FOR YOUR STUDY GROUP AUDIOCONFERENCE

- Prepare for your Study Group Audioconference as you would for the Study Group Meeting (see page 7).

- One day prior to each of the conferences, we will fax to you a list of participants, and, if applicable, the questions/issues submitted by members of your group when they registered.

- Keep the listing of the 800 numbers and conference identification numbers available.

- Call into each conference about 5 minutes before the start time.

- If necessary, the audioconference coordinator can call you. To do this, call in about 10 minutes before the conference start time using the assigned 800 number and give the coordinator your phone number.

- Your role is that of moderator and speaker.

- At the beginning of the conference, quickly familiarize participants with the conference agenda and Participant Workbook, and encourage questions and discussion. The participants have been instructed to spend at least 1 hour prior to the audioconference to work through the exercises in their workbooks.

- Conduct your audioconference by following the agenda below:

    **Study Group Audioconference: Pain Therapy**
    | Time | Topic |
    |---|---|
    | 5 minutes | Introduction and Program Overview |
    | 10 minutes | Background on Pain |
    | 20 minutes | Case #1 - Patient With Migraine |
    | 20 minutes | Case #2 - Patient With Trigeminal Neuralgia |
    | 5 minutes | Summary of Program Content and Closing Remarks (Remind participants to fill out the posttest and evaluation form and return them to PPS.) |

- Tips and techniques for conducting audioconferences:
    - **Be sure to state the page numbers in the workbook as you make your presentation. These verbal cues help participants to interact during the case study discussions.**
    - For questions and discussion:
        - Encourage every participant to ask a question or make a comment.
        - Try to address all questions/issues that have been submitted by your group, if applicable.
        - Keep in mind that you have an *extra* 10 to 15 minutes for questions after the hour allotted for the conference. It may be a good idea to defer lengthy questions to this portion of the conference. If there are additional questions you would like to defer, instruct participants to write them down and submit them with their program evaluation forms.
        - If you do not receive questions/issues from PPS prior to the conference, you may wish to prepare a few questions and answers (2-3) just in case there is a prolonged silence at the beginning of the question-and-answer segment. Participants sometimes need a few moments to develop their

WLC_FRANKLIN_0000068807

# PREPARING FOR YOUR STUDY GROUP AUDIOCONFERENCE

questions, and silence is uncomfortable on a teleconference.
- Closing or summary remarks are a good idea. You may wish to prepare some brief comments.
- Remind participants to complete the posttest and evaluation form located at the back of the Participant Workbook and to mail both to PPS per the instructions.
- PPS will receive the post-tests and evaluation forms and within 6 weeks will send a letter to verify their participation in the activity. As a faculty member, you will receive an evaluation summary after the program has concluded.
- Formally end the conference by thanking the participants for attending and saying good-bye. This gives everyone a cue to hang up.