# CURRICULUM

## INTRODUCTION

Through clinical experimentation, physicians are becoming increasingly aware of the therapeutic value of antiepileptic drugs (AEDs) in the management of some types of chronic pain, including neuropathic pains and headache. In the published literature, however, news about this analgesic effect is sparse and anecdotal, leaving an information gap that is filled primarily through personal communication.

This presentation reviews the latest information on the appropriate use of AEDs in patients with chronic pain syndromes. Its goals are to provide neurologists, primary care physicians who treat pain, and pain center specialists with (1) a definition of pain and its characteristics, (2) a comprehensive therapeutic strategy to guide the evaluation and treatment of patients with chronic pain, (3) an understanding of how and why AEDs are used in patients with chronic pain, as well as of dosing, pharmacologic, safety, drug interaction and side-effect issues; and (4) information regarding potential applications of AEDs in patients with specific chronic pain syndromes.

## I. Defining Pain

The definition of nociception is the detection of tissue-damaging stimuli impinging upon specialized nerve endings (nociceptors). The International Association for the Study of Pain defines pain as "an unpleasant sensory and emotional experience associated with actual or potential tissue damage or described in terms of such damage."[1] This definition is generally accepted by pain specialists because it recognizes that pain has a reactive component as well as pure sensory components. Pain may contribute to suffering, which is defined as the negative affective response to pain or other negative perceptions. Pain and suffering cannot be measured objectively, but pain behavior can be. Pain behavior is defined as all forms of behavior generated by the individual and commonly understood to reflect the presence of nociception, pain, or suffering. Pain behaviors can be observed and can be measured using a verbal evaluation. In nonverbal individuals (eg, children and the cognitively impaired), physiologic parameters and behavioral changes are used for assessment. Pain, suffering, and pain behavior all can occur in the absence of nociception (ie, the painful sensation persists independently of ongoing tissue injury or inflammation).[2] Likewise, nociception can occur without pain (eg, acute trauma victims sometimes do not feel pain[3]) (see Figure 1).[4]

All pain should be assumed to be real, and all pain behaviors real and quantifiable.[5] Several pain syndromes (eg, phantom pain), formerly thought to be psychogenic, can now be explained neurophysio-



Figure 1. Model of nociception, pain, suffering, and pain behavior (from Loeser[4]).

## CURRICULUM.

logically.[6] While conditions of pain driven primarily by psychologic factors do exist (eg, psychogenic pain, factitious disorders), their incidence is generally believed to be low; patients with these disorders should receive treatment directed at the psychologic factors sustaining the pain. Clinicians should also be alert to the more common phenomenon of malingering—an attempt to obtain secondary gain (eg, workers' compensation).[6]

The nervous system continuously modulates the perception of pain.[7,8] Transmission and modulation of pain involve the peripheral and central nervous systems. Many neurotransmitters are involved in these processes, including serotonin, catecholamines, gamma-aminobutyric acid (GABA), glutamate, aspartate, and opioid peptides. It is increasingly recognized that the central nervous system is plastic and reacts to peripheral nervous system activation. All levels of the nervous system have been postulated as possible sites of abnormal function after tissue injury (Figure 2).[9]

Pain can be conceptualized as a multidimensional construct with physiologic, affective, behavioral, sensory, cognitive, and sociocultural aspects (Table 1).[10] One complex multidimensional model described by Melzack and Wall[7] and Melzack and Casey[8] divides pain into sensory-discriminative, motivational-affective, and cognitive-evaluative dimensions (Figure 3). Pain is also sometimes classified by



Figure 2. Postulated mechanisms involved in sustaining neuropathic pain (from Galer[a]).

**Brain**
- Altered "Gating"
- Molecular Changes
- Gene Expression Changes
- Receptive Field Changes

**Spinal Cord**
- Altered "Gating"
- Dorsal Horn Denervation Hypersensitivity
- Molecular Changes
- Gene Expression Changes
- Receptive Field Changes

**Peripheral Nerve Fibers** ↔ **Sympathetic Fibers**
- Ectopic Discharges
- Mechanosensitivity
- Ephaptic Crosstalk

Table 1. Multiple Dimensions of the Pain Experience

**Physiologic Dimensions**
- Location
- Onset
- Duration
- Etiology
- Syndrome

**Affective Dimensions**
- Mood state
- Anxiety
- Depression
- Well-being

**Behavioral Dimensions**
- Communication
- Interpersonal interaction
- Physical activity
- Pain behaviors
- Medications
- Interventions
- Sleep

**Sensory Dimensions**
- Intensity
- Quality
- Pattern

**Cognitive Dimensions**
- Meaning of pain
- View of self
- Coping skills and strategies
- Previous treatment
- Attitudes and beliefs
- Factors influencing pain

**Sociocultural Dimensions**
- Ethnocultural background
- Family and social life
- Work and home responsibilities
- Recreation and leisure
- Environmental factors
- Attitudes and beliefs
- Social influences

From McGuire.[10]

WLC_FRANKLIN_0000068810

**CURRICULUM**



Figure 3. Three dimensions of pain (Melzack-Casey model).[a]

the predominating pathophysiology inferred to exist (eg, nociceptive, neuropathic, or psychogenic; see Table 2) and by specific syndromes. Nociceptive pain is inferred to relate to ongoing activation of nociceptive pathways. Neuropathic pain is pain associated with injury, dysfunction, or altered excitability of the peripheral or central nervous system that persists without ongoing tissue injury or inflammation.[11]

Pain has various effects on the individual that may interact, leading to a vicious cycle of functional decline. These include physiologic responses (increased heart rate and blood pressure), emotional responses (eg, depression, anxiety, or stress), cognitive responses (personal conceptions of the disease, sometimes leading to the tendency to "catastrophize" or overestimate symptom severity), and behavioral responses (eg, isolation). The resulting vicious cycle may require extensive physical and occupational rehabilitation. Along with personal suffering, chronic pain is associated with dramatic changes in family dynamics, including loss of role, assumption of unfamiliar roles, loss of income, stress on the caregiver, financial effects, and diminished social activities.

**II. Comprehensive Evaluation**

A multidisciplinary approach is sometimes needed to implement a multimodality therapeutic strategy that addresses both the pain and the associated psychosocial and functional disturbances (Table 3). A multimodality strategy must be considered in all cases by the physician and can often be implemented to some extent, even if other disciplines are unavailable.

| Table 2. Nociceptive Versus Neuropathic Pain | |
|---|---|
| **Nociceptive** | **Neuropathic** |
| • Varied pain descriptors | • Pain descriptors: "burning," "lancinating," "shooting," "stabbing," "tingling" |
| • Pain intensity decreases steadily over days to weeks in the absence of repeated injury or inflammation | • Mechanical allodynia is common even in the absence of skin injury<br>• Pain persists or intensifies weeks after injury |
| • Generally relieved by opioids, with acceptable margin between comfort and sedation | • Pain may be relatively less responsive to opioids |
| • NSAIDs are generally effective in partially reducing pain intensity | • Pain is rarely relieved by NSAIDs |
| • Adjuvant analgesics (antidepressants, antiepileptics, others) may be used as second-line agents | • Pain may be relieved by tricyclic antidepressants, antiepileptics, and local anesthetics |
| NSAIDs = nonsteroidal anti-inflammatory drugs. | |

WLC_FRANKLIN_0000068811