## CURRICULUM

**Table 3. Multidisciplinary Pain Management**

| Professional | Evaluation | Treatment |
|---|---|---|
| Physician | Medical/social histories<br>Physical/neurologic examination<br>Laboratory evaluation | Pharmacotherapy<br>Anesthetic therapy<br>Surgery |
| Psychiatrist/psychologist | Psychiatric history<br>Motivation<br>Effect on family | Pharmacotherapy<br>Psychotherapy<br>Cognitive-behavioral therapy<br>Stress management |
| Vocational counseling | Work history<br>Work issues<br>Interact with workers' compensation | Vocational counseling regarding job and training opportunities<br>Evaluation of vocational interests, skills, aptitudes<br>Vocational placement<br>Job training<br>Patient advocate |
| Physical/occupational therapist | Physical capacity<br>Potential gains | Physical/occupational therapy |

### A. Pain Assessment

Ongoing pain assessment is an integral part of the comprehensive evaluation, and continuity of care is therefore paramount. The goals of pain assessment are to (1) clarify pain characteristics; (2) identify the pain syndrome; (3) infer the pain pathophysiology; (4) characterize pain-related disturbances in physical and psychologic functioning and functioning of the family; and (5) evaluate relevant comorbidities, such as primary psychiatric disorders. The benefits of pain assessment to the patient are that the pain is identified, recognized as legitimate, quantified, described, documented, followed, and used to evaluate interventions.[10] The patient should understand the goals and benefits of assessment and develop realistic expectations regarding the benefits of therapy.

The mechanism of pain may be inferred from the pain quality, location, or other characteristics, and by findings on neurologic examination. For example, "burning" pain or hyperesthesia or dysesthesia in an area of partial sensory deficit suggest a neuropathic pathophysiology. It is important to document the type of provoking stimulus, location of changes, and nonpainful signs and symptoms.

Pain-related disturbances and other comorbidities should be included in the assessment through a detailed clinical interview and/or validated instruments.

### B. Quantification of Pain

To measure pain reliably, it is essential for the clinician to establish an approach and to use it consistently to enable comparison of data from one visit to the next. A variety of pain assessment scales are available (see box below).

The goals of treatment are to reduce the intensity or severity of pain and (in triggered or lancinating pain) to reduce the number of times pain occurs. Once treatment has been initiated, the clinician must measure the pain over time to ascertain treatment efficacy. Pain is often measured using a verbal description (no pain, mild, moderate, severe, or excruciating pain) or a number scale from zero (no pain) to 10 (the worst pain imaginable). Other tools include visual analog scales or pain drawing instruments in which the patient

**Pain Assessment Tools**
- Visual analog scales
- Graphic rating scales
- Verbal descriptor scales
- Behavioral rating scales
- Body diagrams
- Brief Pain Inventory
- McGill Pain Questionnaire (short and long)
- Memorial Pain Assessment Card
- Pain/comfort journal
- Body chart

V070134

13

# CURRICULUM

is given front and back views of the human figure and is asked to shade in areas of pain.

## III. Therapeutic Considerations

### A. Role of Primary Therapy

Whenever possible, it is important to first determine the underlying organic cause of pain and its amenability to treatment; however, many syndromes remain idiopathic despite vigilant efforts to identify a cause. Establishing the etiology may require additional assessment by a specialist in another medical discipline.[12]

### B. Nonpharmacologic Interventions

A number of nonpharmacologic interventions are useful in the treatment of chronic pain. In addition to those interventions listed in Table 4, psychotherapy is usually offered within the framework of a comprehensive therapeutic approach. Psychologic interventions include cognitive-behavioral therapy, relaxation or stress management, biofeedback, and other health-related adjustments.

### C. Role of Pharmacology

Pharmacologic therapy for pain falls into three broad categories: opioids, nonopioids, and adjuvant analgesics. Some of the available opioids and nonopioids are listed in Table 5. Adjuvant analgesics are defined as drugs that have primary

**Table 5. Opioid and Nonopioid Analgesics**

| Opioids | Nonopioids |
|---|---|
| *Pure Agonists* | Acetaminophen |
| Morphine (MS Contin®) | NSAIDs: |
| Hydromorphone (Dilaudid®) | Aspirin |
| Oxymorphone (Numorphan®) | Ketorolac (Toradol®) |
| Methadone (Dolophine®) | Naproxen (Naprosyn®, Anaprox®, |
| Levorphanol (Levo-Dromoran®) | Aleve®) |
| Fentanyl (Duragesic®) | Diflunisal (Dolobid®) |
| Codeine (Tylenol® 2, 3, 4) | Choline magnesium trisalicylate |
| Hydrocodone (Vicodin®, Lorcet®) | (Trilisate®) |
| Oxycodone (Oxycontin®, | Nabumetone (Relafen®) |
| Roxicodone™, Percocet®, | Indomethacin (Indocin®) |
| Tylox®) | |
| Meperidine (Demerol®) | |
| Propoxyphene (Darvon®) | |
| *Mixed Agonists–Antagonists* | |
| Pentazocine (Talwin®) | |
| Butorphanol (Stadol NS®) | |
| Nalbuphine (Nubain®) | |
| Dezocine (Dalgan®) | |
| *Partial Agonists* | |
| Buprenorphine (Buprenex®) | |
| *Other* | |
| Tramadol (Ultram®) | |

**Table 4. Nonpharmacologic Therapy for Chronic Pain**

| Anesthetic | Surgical | Physiatric | Stimulatory |
|---|---|---|---|
| • Somatic and sympathetic nerve blocks<br>• Neuraxial opioids and local anesthetics | • Removal of tumor<br>• Lumbosacral spine infusions<br>• Release of nerve entrapment<br>• Destruction of neural tissue and pain pathways | • Massage, ultrasound, traction<br>• Stretching, strengthening exercises | • Deep brain, spinal cord, peripheral nerve |

WLC_FRANKLIN_0000068813