# CURRICULUM

indications other than pain, but are analgesic in selected circumstances; these drugs are sometimes used as primary therapy for pain in certain disorders. Opioids and some nonopioids are approved for the indication of pain, but virtually all of the adjuvant analgesics have not been approved by the Food and Drug Administration for this indication.

## 1. Opioids

The use of opioids in the treatment of chronic nonmalignant pain is controversial. It is increasingly recognized that physicians are obliged to provide effective pain relief in carefully selected patients, when possible, and when the risk of opioid therapy is considered minimal compared with the impact of severe, ineffectively treated pain. The opioids preferred for chronic pain management produce analgesia primarily through interaction with μ-opioid receptors; interaction with these receptors may cause adverse effects, such as sedation, respiratory depression, constipation, nausea, and vomiting.[13,14]

## 2. Nonopioids

The nonopioid analgesics—acetaminophen and nonsteroidal anti-inflammatory drugs (NSAIDs)—are a heterogeneous group of analgesics with antipyretic and anti-inflammatory properties.[15] NSAIDs are widely used to control mild to moderate pain, especially in musculoskeletal disorders or inflammatory conditions, and are considered first-line agents for treating mild to moderate cancer pain.[16] NSAID use is limited by toxicity, including gastrointestinal side effects, renal toxicity, and bleeding due to platelet effects.[15]

## 3. Adjuvant Analgesics

The category of adjuvant analgesics can be divided into topical and systemic agents. Topical analgesics include local anesthetics (eg, lidocaine), capsaicin, and NSAIDs. Local anesthetics presumably work by interfering with transduction at peripheral receptors or transmission in the distal branches of nerves.[17] Capsaicin, a naturally occurring compound causing depletion of substance P, may be effective in peripherally generated neuropathic pains and painful arthropathy affecting small joints.

**Systemic analgesics** include antidepressants (particularly tricyclics)[18] (Table 6), AEDs, oral local anesthetics, alpha-adrenergic agonists, steroids, neuroleptics, N-methyl-D-aspartate (NMDA)-receptor antagonists, muscle relaxants, and miscellaneous agents such as baclofen. The literature suggests that the tertiary amine tricyclic antidepressants (eg, amitriptyline) are the most likely of the antidepressants to be effective in treating pain, but this class carries the highest risk of adverse effects. Selective serotonin reuptake inhibitors have less evidence of analgesic efficacy, but have the best safety profile. Tricyclic antidepressants are believed to function as analgesics by increasing activity in the monoamine pathways that descend from the brainstem, yielding inhibitory action at the level of the spinal cord dorsal horn; their effect occurs independent of their effect on mood. Sedation and anticholin-

**Table 6. Antidepressants\***

| Tricyclic | SSRI | Other |
|---|---|---|
| Amitriptyline (Elavil®) | Fluoxetine (Prozac®) | Nefazodone (Serzone®) |
| Desipramine (Norpramin®) | Paroxetine (Paxil™) | Venlafaxine (Effexor®) |
| Doxepin (Sinequan®) | Sertraline (Zoloft®) | Trazodone (Desyrel®) |
| Imipramine (Tofranil®) | Fluvoxamine (Luvox™) | Bupropion (Wellbutrin®) |
| Nortriptyline (Pamelor®) | | |

\*Partial list.
SSRI = selective serotonin reuptake inhibitor.

WLC_FRANKLIN_0000068814

## CURRICULUM

ergic effects are common adverse effects of tricyclics; less common side effects include orthostatic hypotension, weight gain, sexual dysfunction, and cardiovascular effects.

Antidepressants may be appropriately considered in virtually all patients with chronic pain. Other adjuvant analgesics have more specific indications. The use of AEDs will be discussed in the next section.

### IV. Comprehensive Therapeutic Strategy

A summary of the comprehensive therapeutic strategy for treating patients with chronic pain is presented in Figure 4. Please refer to the Pain Home-Study Course, pages 25-27, for greater detail on applying the model.

### V. Using AEDs to Treat Chronic Pain

In the United States, the antiepileptic drugs as a group (Table 7)

**Table 7. Antiepileptic Agents***

- Carbamazepine (Tegretol®)
- Clonazepam (Klonopin®)
- Divalproex sodium (Depakote® sprinkle, tablets)
- Gabapentin (Neurontin®)
- Lamotrigine (Lamictal®)
- Phenytoin (Dilantin®)
- Valproic acid (Depakene® syrup, capsules)

*Partial list.



Figure 4. Comprehensive therapeutic strategy for treating patients with chronic pain.

WLC_FRANKLIN_0000068815

currently are used by many clinicians for the treatment of various pain syndromes that can be refractory to conventional analgesics. In fact, it is standard practice to use an AED to treat a number of neuropathic pain syndromes, particularly the so-called lancinating neuralgias, of which trigeminal neuralgia is the prototype. Some agents are also standard for the treatment of migraine. The AEDs may be considered second-line agents, after antidepressants and oral local anesthetics, in the treatment of refractory neuropathic pain with continuous dysesthesias. It is estimated that approximately 5% of all AED prescriptions each year are written for neuropathic pain. Further studies are needed to evaluate the role of these drugs in various nonneuropathic pain syndromes.

Numerous controlled trials have established the safety and tolerability of AEDs when used in the treatment of patients with epilepsy.[19] All AEDs are associated with dose-related and idiosyncratic side effects (Table 8 [19, 20]). The newer agents gabapentin and lamotrigine appear to be better tolerated than older agents, although no direct comparative studies have been performed.

AEDs are believed to act as analgesics through multiple mechanisms and sites, although their specific mechanisms related to analgesic actions are not known. It has been hypothesized that they work by suppressing paroxysmal discharges and their spread from the site of origin, and by reducing neuronal hyperexcitability. They suppress seizures by (1) inducing changes in voltage-regulated ion channels, (2) blocking repetitive firing, (3) inhibiting release of glutamate and aspartate, and (4) increasing brain GABA concentrations and GABA activity.[19,21]

Guidelines for using AEDs in the treatment of pain are based on clinical observation only. Significant variability exists in the response to the different drugs and the dose-response relationship for each.[9,22]

When selecting an agent, it is important to consider any concomitant illnesses and the patient's general physiology. Once an AED has been selected, the clinician should ensure an adequate trial, titrated to an adequate dosage, for a sufficient duration of time. Sequential trials are often necessary to identify an effective agent.

Carbamazepine is traditionally the first agent tried in neuropathic pain due to its favorable results in trigeminal neuralgia (>70% efficacy seen in controlled trials). However, other agents may be better tolerated and more effective. Carbamazepine is contraindicated in cancer populations. The selected agent should be initiated at the lowest possible dosage and slowly titrated upward every 3 to 7 days until pain relief is achieved or intolerable side effects occur. The only exception to this is phenytoin, which can be started with a cautious oral loading dose.

Some AEDs have complex pharmacokinetic profiles, whereas others are relatively free of clinically significant protein binding or complex patterns of elimination. Phenytoin, carbamazepine, and valproate are associated with many drug-drug interactions. In contrast, lamotrigine has very few, and gabapentin has no drug-drug interactions. This is of particular importance in patients taking medications for comorbid illness(es).

## VI. Pain Syndromes Potentially Amenable to AED Therapy

### A. Diabetic Neuropathy

The pain of polyneuropathy begins as mild numbness, tingling, or burning sensations in the feet and progresses proximally over months or years. Patients may describe hypersensitivity to touch or loss of sensitivity in the feet; cramps, dysesthesias, and paresthesias are common. The pain of diabetic neuropathy has been treated with various medications, including antidepressants, AEDs, mexiletine, and topical capsaicin or lidocaine. There is no current "gold standard" of care.

### B. Postherpetic Neuralgia

This syndrome is established by the presence of prolonged pain after an acute attack of herpes zoster (shingles) and is associated with injury to the peripheral nervous system. It is characterized by a triad of constant burning and intermittent shooting pains and hyperesthesia; pain elicited by very light stimulation; and multiple areas of scarring. It is most common in the elderly

**Table 8. Adverse Effects of Select Antiepileptic Agents**

| Drug | Dose-Related Effect | Idiosyncratic Effect |
|---|---|---|
| Carbamazepine | Diplopia<br>Dizziness<br>Headache<br>Nausea<br>Drowsiness<br>Neutropenia<br>Hyponatremia | Agranulocytosis<br>Aplastic anemia<br>Hepatotoxicity<br>Stevens-Johnson syndrome<br>Teratogenicity |
| Clonazepam | Fatigue/sedation<br>Dizziness | Rash<br>Thrombocytopenia |
| Gabapentin | Somnolence<br>Dizziness<br>Ataxia | Weight gain |
| Lamotrigine | Diplopia<br>Dizziness | Rash<br>Stevens-Johnson syndrome |
| Phenytoin | Nystagmus<br>Ataxia<br>Nausea, vomiting<br>Gum hypertrophy<br>Depression<br>Drowsiness<br>Increase in seizures<br>Megaloblastic anemia | Acne<br>Coarse facies<br>Hirsutism<br>Blood dyscrasias<br>Lupus-like syndrome<br>Rash<br>Stevens-Johnson syndrome<br>Dupuytren's contracture<br>Hepatotoxicity<br>Teratogenicity |
| Valproic acid, divalproex sodium | Tremor<br>Weight gain<br>Dyspepsia<br>Nausea, vomiting<br>Alopecia<br>Peripheral edema | Acute pancreatitis<br>Hepatotoxicity<br>Stevens-Johnson syndrome<br>Thrombocytopenia<br>Encephalopathy<br>Teratogenicity |

Adapted from Wilder[19] and Brodie and Dichter.[20]

and in immune compromised individuals—two populations in whom drug-drug interactions are an important consideration.

Pharmacotherapy is the mainstay of treatment for postherpetic neuralgia, but unfortunately, there are no drugs with this specific indication. Tricyclic antidepressants, carbamazepine, intravenous or topical lidocaine, and opioids have all been assessed in controlled clinical trials. Patients often do not receive complete relief with these therapies. Potentially useful newer drugs (eg, gabapentin, lamotrigine, and some newer antidepressants) are less well studied. Other potential treatments include transcutaneous electrical nerve stimulation, biofeedback, relaxation therapy, meditation, and hypnosis, which also bear further study.

### C. Trigeminal Neuralgia

The primary symptom of trigeminal neuralgia is lancinating, paroxysmal pain in the distributions of one or more divisions of the trigeminal nerve. Attacks are triggered by movements such as brushing the teeth, chewing, talking, and facial exposure to cold wind. The pain mechanism is believed to be focal demyelination of the trigeminal nerve.

V070139

WLC_FRANKLIN_0000068817

Symptomatic treatment begins with pharmacologic therapy, with more invasive procedures considered if the condition is refractory or drug therapies produce intolerable side effects. Conventional analgesics are usually of little use, often necessitating combination therapy. Baclofen and pimozide are sometimes useful, and can be combined with AEDs. Different AEDs can also be used together in combination therapy. When pharmacotherapy fails, potentially useful surgical procedures include decompression of the trigeminal nerve root, radiofrequency rhizotomy, or percutaneous glycerol injection.

### D. Cancer Pain

One third to one half of cancer patients have a significant problem with pain, which is even more common in patients with advanced cancer. Pain usually is a result of direct tumor infiltration into soft tissue, bone, or nerve, but can also be secondary to radiation, chemotherapy, or surgery. Most patients with cancer pain are maintained on relatively constant daily doses of opioids; nonopioid and adjuvant analgesics may also be of use. A marked increase in the need for analgesics can signal progression of disease, but may also signal development of a secondary complication of therapy or a problem completely unrelated to the cancer.

### E. Reflex Sympathetic Dystrophy

RSD remains a perplexing syndrome without well-understood pathophysiologic mechanisms. Thus, treatment options are poorly defined. Recently, RSD has been renamed "complex regional pain syndrome, type 1" (CRPS-1). CRPS-1/RSD is purely a clinical diagnosis, based solely on patient history and examination findings. Diagnosis includes (1) pain and symptoms following noxious soft-tissue injury or immobilization, (2) spontaneous pain and allodynia and/or hyperpathia, not restricted to a single peripheral nerve territory, and (3) evidence at some time of edema, abnormal skin temperature or color changes, and/or abnormal sudomotor changes within the painful region.

The optimal treatment for this disorder remains unknown. Most authorities agree that many different therapies may benefit some, but not all, CRPS-1/RSD patients, including sympathetic nerve blocks, intravenous phentolamine infusions, intravenous lidocaine infusions, tricyclic antidepressants, AEDs, local anesthetic antiarrhythmics, alpha-adrenergic blocking agents, opioids, and spinal cord stimulation. Rehabilitation with active physical/occupational therapy is thought to be the most important element of treatment.

### F. Migraine

Migraine afflicts 17% of the female and 6% of the male population in this country. The onset is usually in the second through fourth decades of life. These headaches may recur for many years with variable frequency and intensity, depending on hormonal status, life stresses, and comorbid conditions. Migraine sometimes "transforms" into atypical headaches with a chronic daily pattern and few of the usual vascular headache features, possibly as a result of analgesic overuse. There is strong support for two major steps in the mechanism of pain production: distal release of serotonin and substance P from nerve endings in the trigeminal system, which are contained in the scalp vessels, in response to undefined central nervous system events; and resulting sterile inflammation, inducing the activation of C-fiber pain transmission. However, trigger mechanisms, unilaterality, factors leading to resolution of the pain, the physiologic basis for nausea, and increased sensitivity to sensory stimuli—which are all characteristics of migraine—remain unexplained. Migraines may present with or without aura and may last from a few hours to many days. Features vary from attack to attack, over time, and with changing circumstances. Medications for preventing or aborting headache in the early phases are also variably effective over time. Pain medications, including opioids, often provide only partial relief, but may allow the patient to sleep.

WLC_FRANKLIN_0000068818