# REFERENCES

1. Bonica JJ. Definitions and taxonomy of pain. In: Bonica JJ, ed. *The Management of Pain*. Philadelphia, Pa: Lea & Febiger; 1990.

2. Devor M. The pathophysiology of damaged peripheral nerves. In: Wall PD, Melzack R, eds. *Textbook of Pain*. 2nd ed. New York, NY: Churchill Livingstone; 1989.

3. Loeser JD, Cousins MJ. Contemporary pain management. *Med J Aust*. 1990;153:208–213.

4. Loeser JD. Concepts of pain. In: Stanton-Hicks M, Boas R, eds. *Chronic Low Back Pain*. New York, NY: Raven Press; 1982.

5. Loeser JD, Egan KJ, eds. *Managing the Chronic Pain Patient*. New York, NY: Raven Press; 1989.

6. Raj PP. Miscellaneous pain disorders. In: Raj PP, ed. *Pain Medicine: A Comprehensive Review*. St. Louis, Mo: Mosby-Year Book; 1996:492–501.

7. Melzack R, Wall PD. Pain mechanisms: a new theory. *Science*. 1965;150:971–979.

8. Melzack R, Casey KL. Sensory, motivational, and central control determinants of pain. In: Kenshalo DR Jr, ed. *The Skin Senses*. Springfield, Ill: Charles C. Thomas; 1968.

9. Galer BS. Painful polyneuropathy: diagnosis, pathophysiology, and management. *Semin Neurol*. 1994;14:237–246.

10. McGuire DB. Comprehensive and multidimensional assessment and measurement of pain. *J Pain Symptom Manage*. 1992;7:312–319.

11. Raj PP. Taxonomy. In: Raj PP, ed. *Pain Medicine: A Comprehensive Review*. St. Louis, Mo: Mosby-Year Book; 1996.

12. Rowbotham MC. Chronic pain: from theory to practical management. *Neurology*. 1995;45(suppl 9):S5–S10.

13. Reisine T, Pasternak G. Opioid analgesics and antagonists. In: Hardman JG, Limbird LE, Molinoff, PB, Ruddon RW, Goodman Gilman A, eds. *Goodman & Gilman's The Pharmacological Basis of Therapeutics*. 9th ed. New York, NY: McGraw-Hill; 1996.

14. Saper JR, Silberstein S, Gordon CD, Hamel RL. *Handbook of Headache Management: A Practical Guide to Diagnosis and Treatment of Head, Neck, and Facial Pain*. Baltimore, Md: Williams & Wilkins; 1993.

15. Insel PA. Analgesic-antipyretic and antiinflammatory agents and drugs employed in the treatment of gout. In: Hardman JG, Limbird LE, Molinoff PB, Ruddon RW, Goodman Gilman A, eds. *Goodman & Gilman's The Pharmacological Basis of Therapeutics*. 9th ed. New York, NY: McGraw-Hill; 1996.

16. Cherny NI, Portenoy RK. Cancer pain management: current strategy. *Cancer*. 1993;72:3393-3415.

17. Catterall WA, Mackie K. Local anesthetics. In: Hardman JG, Limbird LE, Molinoff PB, Ruddon RW, Goodman Gilman A, eds. *Goodman & Gilman's The Pharmacological Basis of Therapeutics*. 9th ed. New York, NY: McGraw-Hill; 1996.

18. Portenoy RK, Kanner RM. *Pain Management: Theory and Practice*. Philadelphia, Pa: FA Davis; 1996.

19. Wilder BJ. The treatment of epilepsy: an overview of clinical practices. *Neurology*. 1995;45(suppl 2):S7–S11.

20. Brodie MJ, Dichter MA. Antiepileptic drugs. *N Engl J Med*. 1996;334:168-175.

21. Ferrendelli JA. Relating pharmacology to clinical practice: the pharmacologic basis of rational polypharmacy. *Neurology*. 1995;45(suppl 2):S12-S16.

22. Galer BS. Neuropathic pain or peripheral origin: advances in pharmacologic treatment. *Neurology*. 1996;45(suppl 9):S17–S25.

WLC_FRANKLIN_0000068819

# CASE STUDIES / MIGRAINE

The patient is a 39-year-old married computer programmer with two teenage daughters. She is seen 3 months after a motor vehicle accident in which her stationary vehicle is rear-ended by another car. She reports hitting her head during the accident but she did not experience a loss of consciousness. She reports that she immediately had a headache and neck pain that have continued. The headaches were generalized, frequently pulsatile, and occasionally associated with nausea, photophobia, and phonophobia. Occasionally, her headaches were so severe that she was unable to work. She denies a past history of significant headaches. There is no pending litigation.

Her primary care physician initially prescribed ibuprofen, which was as ineffective as the combination analgesics (aspirin, butalbital, and caffeine or acetaminophen and hydrocodone, bitartrate) that were later prescribed. Sumatriptan did provide temporary relief for the most incapacitating headaches. Sequential trials of amitriptyline, 50 mg po qhs and long-acting propranolol 80 mg po qd were of no value.

She is referred to a headache center by her primary care physician. On her initial visit, it is learned that she is also experiencing difficulty with performing her job secondary to poor concentration, impaired recent memory, depression, and irritability. She complains of poor sleep and frequent arguments with her husband and children.

Prior to initiating therapy, she is advised that her diagnosis is posttraumatic headache syndrome, and a family counseling session is held to educate the patient and her family about this illness. She is started on divalproex, which reduces the headaches by approximately 50% but, after 6 weeks of therapy, she reports a tremor in both hands that impairs her job performance. She is then switched to gabapentin, initially 300 mg po qd and eventually achieves a maintenance dose of 600 mg po tid with satisfactory outcome. She is treated with physical therapy for her neck pain and with biofeedback for both pain problems with perceived benefit. A selective serotonin reuptake inhibitor (SSRI) is added to help her with her depression and irritability. She is referred back to her primary care physician.

V070142   21

WLC_FRANKLIN_0000068820

**CASE STUDIES / MIGRAINE**

**A.** The patient is a 39-year-old married computer programmer with two teenage daughters. She is seen 3 months after a motor vehicle accident in which her stationary vehicle is rear-ended by another car. She reports hitting her head during the accident, but she did not experience a loss of consciousness. She reports that she immediately had a head-ache and neck pain that have continued.

**Was it remarkable that this patient still had her post-traumatic headache 3 months following her accident?**

_____
_____
_____
_____
_____
_____
_____
_____

**How is the duration of posttraumatic headache related to the severity of the head injury, ie, duration of unconsciousness?**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**B.** The headaches were gener-alized; frequently pulsatile; and occasionally associated with nausea, photophobia, and phonophobia. Occasionally, her headaches were so severe that she was unable to work. She denies a past history of signifi-cant headaches. There is no pending litigation.

**Were her headache characteristics consistent with those seen in posttraumatic head-injury patients?**

_____
_____
_____
_____
_____
_____
_____
_____

V070143   22

**CASE STUDIES / MIGRAINE**

**What specific medications are indicated for the treatment of this condition?**

_____
_____
_____
_____
_____
_____
_____
_____
_____

**C.** Her primary care physician initially prescribed ibuprofen, which was as ineffective as the combination analgesics (aspirin, butalbital, and caffeine or acetaminophen and hydrocodone bitartrate) that were later prescribed. Sumatriptan did provide temporary relief for the most incapacitating headaches. Sequential trials of amitriptyline 50 mg po qhs and long-acting propranolol 80 mg po qd were of no value.

**Her primary care physician used amitriptyline and propranolol sequentially to treat her headache. What would have been your next step after both of these agents failed?**

_____
_____
_____
_____
_____
_____
_____
_____

**D.** She is referred to a headache center by her primary care physician. On her initial visit, it is learned that she is also experiencing difficulty with performing her job secondary to poor concentration, impaired recent memory, depression, and irritability. She complains of poor sleep and frequent arguments with her husband and children.

**What are the other features of the posttraumatic headache syndrome besides headache?**

_____
_____
_____
_____
_____
_____

23

V070144

WLC_FRANKLIN_0000068822