**CASE STUDIES / MIGRAINE**

**E.** Prior to initiating therapy, she is advised that her diagnosis is posttraumatic headache syndrome, and a family counseling session is held to educate the patient and her family about this illness. She is started on divalproex, which reduces the headaches by approximately 50% but, after 6 weeks of therapy, she reports a tremor in both hands that impairs her job performance.

**What are the side effects of divalproex?**

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

**F.** She is then switched to gabapentin, initially 300 mg po qd and eventually achieves a maintenance dose of 600 mg po tid with satisfactory outcome. She is treated with physical therapy for her neck pain and with biofeedback for both pain problems with perceived benefit. A selective serotonin reuptake inhibitor (SSRI) is added to help her with her depression and irritability. She is referred back to her primary care physician.

**What is the rationale for using anticonvulsants to treat headaches?**

_____
_____
_____
_____
_____
_____
_____
_____

**Why use an SSRI in this case when she has already failed on a tricyclic antidepressant (amytriptyline)?**

_____
_____
_____
_____
_____
_____
_____
_____

V070145          24

WLC_FRANKLIN_0000068823

## CASE STUDIES / MIGRAINE

### MIGRAINE DISCUSSION

**A1.** About 20% of patients still suffer from headaches 2 months after the initial injury.

**A2.** Somewhat surprisingly, the duration of the headache is inversely related to the severity of the injury as measured by length of unconsciousness.

**B1.** There is no specific type of headache in this condition; headaches with features of chronic tension-type headache, migraine and, rarely, cluster headache may be seen.

**B2.** There are no studies indicating that one medication is more efficacious than another for these headaches. Generally, the same medications are used as in nontraumatic headaches.

**C.** Assuming there have been no side effects, the dose of each medication used as a preventive should be titrated to the point of side effects before concluding that it is not effective.

**D.** Other symptoms frequently seen in head injury patients include depression, irritability, insomnia, tinnitus, dizziness, problems with recent memory, and concentration. Unless discussed with patients, their family, and their employer, these symptoms can lead to serious problems in daily living.

**E.** Gastrointestinal side effects are most frequent; however, hair loss, tremor, weight gain, and laboratory abnormalities may also occur.

**F1.** There is now good evidence that divalproex is useful as a migraine preventive. There are also studies suggesting that both divalproex and gabapentin are helpful in chronic daily headaches. The mechanism of action in headache is not known, but a central action on neurotransmitter function is the currently favored theory.

**F2.** The side effect profile of SSRIs is quite different from tricyclic antidepressants (less sedation and weight gain). Since depression is such a common feature of post-traumatic headache syndrome, it is important to address this as well as neck pain, which may be helped by physical therapy. Biofeedback is a useful skill because it avoids medication side effects and gives patients some self control over their pain.

V070146

25

WLC_FRANKLIN_0000068824

A 65-year-old woman complained of episodes of intense, electric shock-like pain affecting her right forehead, upper and lower jaw, and lip. The pain was triggered by applying makeup, talking on the telephone, or feeling a light breeze.

She had normal neurologic and dental examinations. Carbamazepine was begun at 200 mg tid, and 24 hours later the patient complained of headache, nausea, and double vision. The dose was reduced to 100 mg bid with resolution of the side effects. The dose was then gradually increased back to 200 mg tid over 2 weeks. She had relief of the facial pain for approximately 6 months; however, the pain reoccurred and continued despite higher dosages of carbamazepine. Baclofen was added without improvement. The patient began to lose weight, and she complained of early morning fatigue.

She was referred to a neurosurgeon and underwent radiofrequency thermal rhizotomy. After 2 months, the facial pain returned. A trial of amitriptyline in conjunction with carbamazepine caused near-syncope. She saw another neurosurgeon and eventually underwent microvascular decompression. She was pain free for 4 months while off all medication, then redeveloped burning, throbbing right facial pain. Carbamazepine was restarted and the frequency and intensity of the pain decreased.

WLC_FRANKLIN_0000068825

# CASE STUDIES / TRIGEMINAL NEURALGIA

**A.** 65-year-old woman complained of episodes of intense, electric shock-like pain affecting her right forehead, upper and lower jaw, and lip. The pain was triggered by applying makeup, talking on the telephone, or feeling a light breeze.

**This patient's medical history is characteristic of which pain syndrome?**

**B.** She had normal neurologic and dental examinations. Carbamazepine was begun at 200 mg tid, and 24 hours later the patient complained of headache, nausea, and double vision.

**Is it unusual for patients with trigeminal neuralgia to develop side effects from carbamazepine?**

**C.** The dose was reduced to 100 mg bid with resolution of the side effects. The dose was then gradually increased back to 200 mg tid over 2 weeks. She had relief of the facial pain for approximately 6 months; however, the pain reoccurred and continued despite higher dosages of carbamazepine.

**What are the reasons why carbamazepine may have lost its effectiveness?**

V070148

WLC_FRANKLIN_0000068826

## CASE STUDIES / TRIGEMINAL NEURALGIA

**D.** Baclofen was added without improvement. The patient began to lose weight, and she complained of early morning fatigue.

**Were these symptoms unrelated to the trigeminal neuralgia?**

_____
_____
_____
_____
_____
_____
_____
_____

**E.** She was referred to a neuro-surgeon and underwent radio-frequency thermal rhizotomy. After 2 months, the facial pain returned. A trial of amitriptyline in conjunction with carbamazepine caused near-syncope. She saw another neurosurgeon and eventually underwent microvascular decompression. She was pain free for 4 months while off all medication, but then redeveloped burning, aching right facial pain. Carbamazepine was restarted and the frequency and intensity of the pain decreased.

**Was this a reasonable approach to treatment?**

_____
_____
_____
_____
_____
_____

V070149     28

WLC_FRANKLIN_0000068827