## CASE STUDIES / TRIGEMINAL NEURALGIA

### TRIGEMINAL NEURALGIA DISCUSSION

A. The quality, location, episodic nature, and triggers of this patient's pain are quite characteristic of trigeminal neuralgia.

B. Not any patient who is treated with carbamazepine can develop side effects such as headache, nausea, and double vision, especially if carbamazepine is titrated too rapidly. The initial dose should be as low as 100 mg, with 100 mg increments every other day until a therapeutic response is achieved. The main reason that the dosage should be titrated slowly is that the half-life of carbamazepine is substantially longer when a patient first starts therapy than after chronic therapy, due to hepatic autoinduction.

C. The pain of trigeminal neuralgia may reoccur for idiopathic reasons. Patients typically have progressively shorter pain-free intervals during the course of their illness. However, one also should consider that the carbamazepine level may have dropped due to hepatic autoinduction. Autoinduction refers to the process of increased liver metabolism of carbamazepine that is associated with chronic carbamazepine therapy over 3 to 6 months, which may result in lower serum levels despite stable daily dosages.

D. Possibly, but as the illness continues, patients may be reluctant to eat out of fear that the pain will be triggered. Over time, decreased food intake may result in weight loss. Another complication of this chronic, painful condition is depression, which was probably the cause of this patient's early morning fatigue.

E. There is some debate whether percutaneous procedures, such as radiofrequency thermal rhizotomy, or open surgical procedures, such as microvascular decompression of the trigeminal nerve root are preferred. Both approaches carry the risk of complications such as cranial nerve deficits and incomplete pain relief. Although the possibility of recurrent postoperative facial pain is increased in patients who previously underwent radiofrequency therapy, a recent report on the long-term outcome of microvascular decompression showed that 70% of patients remained pain free and off medication 10 years after surgery.

29

V070150

WLC_FRANKLIN_0000068828

# EMERGING APPLICATIONS FOR ANTICONVULSANT THERAPY
## Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes

**Posttest**

Please complete all the information below.

_____
Last Name (Please print.)                          First Name

_____
Address

_____
City                          State                 Zip Code

_____
Phone Number                  Fax Number            Social Security Number

The Professional Postgraduate Services® (PPS) division of Physicians World Communications Group (PW) is accredited by the Accreditation Council for Continuing Medical Education to sponsor continuing medical education for physicians. The PPS division of PW designates this educational activity for a maximum of 2 hours in category 1 credit towards the AMA Physician's Recognition Award. Each physician should claim only those hours of credit that he/she actually spent in the educational activity.

**For Study Group Meetings:** At the end of the meeting, please indicate your answers to questions 1-10 by circling the appropriate letter. The faculty member will review the answers during the meeting. Within 6 weeks, you will receive a letter verifying your participation in the activity.

**For Study Group Audioconferences:** After the audioconference, please indicate your answers to questions 1-10 by circling the appropriate letter. Return the posttest and the evaluation form to PPS.

Send to: PPS, Attn: Tracy O'Keefe, 400 Plaza Drive, PO Box 1505, Secaucus, NJ 07096-1505.

Please retain a photocopy of the posttest for your personal records. Within 6 weeks, you will receive the answers along with a letter verifying your participation in the activity.

**Please circle the correct answer.**

1. Most patients with cancer pain are maintained on relatively constant daily doses of opioids.
   a. True [answer]
   b. False

2. Which of the following statements is false about the analgesic action of AEDs?
   a. They act through multiple mechanisms and sites
   b. They may act by increasing neuronal hyperexcitability [answer]
   c. Their specific mechanisms are not known
   d. They may suppress paroxysmal discharges and their spread from the site of origin

3. The mechanism of pain production in migraine does not include:
   a. Distal release of serotonin and substance P from nerve endings in the trigeminal system
   b. Inducing the activation of C-fiber pain transmission
   c. Focal demyelination of the trigeminal nerve [answer]
   d. All of the above

4. Which class of systemic analgesics carries the highest risk of adverse effects?
   a. Tertiary amine tricyclic antidepressants [answer]
   b. Antiepileptics
   c. SSRIs
   d. Alpha-adrenergic agonists

5. Posttraumatic headache syndrome rarely includes cluster headaches.
   a. True [answer]
   b. False

6. Which of the following are associated with trigeminal neuralgia?
   a. Shorter pain-free intervals during the course of illness
   b. Weight loss
   c. Depression
   d. All of the above [answer]

7. Which of the following pain syndromes is (are) potentially amenable to therapy with antiepileptic drugs?
   a. Diabetic neuropathy
   b. Neuralgias
   c. CRPS-1/RSD
   d. All of the above [answer]

8. Which of the following is usually uncharacteristic of diabetic neuropathy?
   a. Diminished sensation or hypersensitivity to touch of the feet or ankles
   b. Tingling or burning sensations in the feet
   c. Triggered pain [answer]
   d. Allodynia

9. The many medical and anesthetic therapies used to treat CRPS-1/RSD may benefit some, but not all, patients because the syndrome represents a heterogeneous population.
   a. True [answer]
   b. False

10. What are the estimated percentages of men and women afflicted with migraine in the United States?
    a. 2% of men and 17% of women
    b. 16% of men and 27% of women
    c. 6% of men and 17% of women [answer]
    d. 17% in both men and women

Case 1:04-cv-10981-PBS    Document 449-24    Filed 08/25/2006    Page 3 of 4

**EMERGING APPLICATIONS FOR ANTICONVULSANT THERAPY**
Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes
*Cases: Migraine and Trigeminal Neuralgia*

## PROGRAM EVALUATION FORM

The successful organization and coordination of programs such as this one are guided, in large part, by information provided by the program faculty. Your responses on this form will assist us in developing high-quality programs for future participants.

1. Date of presentation: _____

2. Approximate number of participants: _____

3. Were arrangements satisfactory?     ❏ Yes    ❏ No

   Comments or suggestions: _____
   _____
   _____

4. What was the overall audience reaction/response? _____
   _____
   _____
   _____

5. What were some of the more interesting questions asked by the audience? _____
   _____
   _____
   _____
   _____

6. Other specific comments or suggestions? _____
   _____
   _____
   _____
   _____

Case 1:04-cv-10981-PBS    Document 449-24    Filed 08/25/2006    Page 4 of 4

EMERGING APPLICATIONS FOR ANTICONVULSANT THERAPY
Use of Antiepileptic Drugs in the Treatment of Chronic Pain Syndromes
Cases: Migraine and Trigeminal Neuralgia

## SPEAKER EXPENSE REIMBURSEMENT FORM

All expenses must be returned within 30 days of program completion. Please allow 6 to 8 weeks for check disbursement. Due to IRS regulations, each reimbursable expenditure over $25 must be accompanied by an <u>original receipt</u>. If the original receipt is lost or otherwise misplaced and if the expenditure is approved for reimbursement, then this amount will be considered taxable income and will be included in your year-end 1099.

Reimbursement paid to: _____
Mailing Address: _____
_____
_____

Telephone #: _____
SS# or Tax ID#: _____

| Date of Expense | Description of Expense | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | Total: _____ |

Professional Postgraduate Services® abides by the AMA Guidelines when making travel and accommodation arrangements.

Signature: _____    Date: _____
(Your signature is required for payment)

Please complete this form, attach <u>original receipts</u>, and return to:
Jennifer Chriss
Medical Education Conference Manager
Physicians World Communications Group
400 Plaza Drive
Secaucus, NJ 07094
(201) 271-0054
1-800-223-8978

32

V070153