# *New Frontiers in* Social Phobia and Bipolar Disorders

Sponsored by CME, Inc.

***Saturday, November 15 10:45 a.m.-12:00 noon***

***Marriott's Orlando World Center Resort***

This program is supported in part by an *unrestricted* educational grant from Parke-Davis.

**PARKE-DAVIS**

Psychiatric Times'
10th Annual
U.S. Psychiatric & Mental Health Congress
Conference and Exhibition

**Accreditation**

CME, Inc. is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to sponsor continuing medical education for physicians.

CME, Inc. designates this educational activity for a maximum of 1.25 hours in category 1 credit towards the AMA Physician's Recognition Award, and for the CME requirements of the American Psychiatric Association.

This program has been reviewed and is acceptable for 1.25 elective hours by the American Academy of Family Physicians.

ACPE CME, Inc. is approved by the American Council on Pharmaceutical Education as a provider of continuing pharmaceutical education. Universal Program Number 817-000-97-071-L01.

Great efforts are made to provide you with a comprehensive syllabus that will enrich your learning process during this meeting and that will be useful for your future study. Sometimes a speaker is unable to provide us with all the required materials by our printing deadline, or may alter, add or remove information prior to the actual presentation, affecting the sequencing of the material contained herein. We hope that you will find this syllabus material helpful.

©1997 CME, Inc.

CME, Inc. and Parke-Davis are not responsible for any speaker's statements, materials, acts or omissions.

Saturday, November 15, 1997

*New Frontiers in*

# Social Phobia and Bipolar Disorders

## AGENDA

**10:45-11:15 a.m.**
**James Jefferson, M.D.**
Distinguished Senior Scientist
Dean Foundation for Health, Research and Education
***Treatment Advances in Social Phobia***

**11:15-11:45 a.m.**
**John Zajecka, M.D.**
Assistant Professor of Psychiatry
Rush-Presbyterian-St. Luke's Medical Center
***New Options for Bipolar Disorders***

**11:45 a.m.-12:00 p.m.**
**Faculty Panel/Question-and-Answer Period**

## OBJECTIVE

Consider recent developments in the diagnosis and treatment of social phobia and bipolar disorder including new therapeutic agents.

## FACULTY DISCLOSURES

James Jefferson, M.D., has received honoraria, grants and research support from Abbott Laboratories, Glaxo Wellcome, Eli Lilly and Company, Janssen Pharmaceutica Inc., Parke-Davis, Roerig, Division of Pfizer Inc., SmithKline Beecham Pharmaceuticals and Solvay Pharmaceuticals Inc. He has also received honoraria from Bristol-Myers Squibb, Ciba-Geigy Corporation, CoCensys, G. D. Searle and Company, Pharmacia & Upjohn, Roche Laboratories, Sandoz Pharmaceuticals Corporation and Wyeth-Ayerst Laboratories. He has also received grants and research support from Organon Inc. and Warner-Lambert. He has served as a consultant for Abbott Laboratories, CoCensys, Glaxo Wellcome and Parke-Davis. He is a stock shareholder in Glaxo Wellcome and has received other financial and material support from time to time from the pharmaceutical companies listed above.

John Zajecka, M.D., has received grants and research support and is a member of the Speaker's Bureau for Abbott Laboratories, Bristol-Myers Squibb, Eli Lilly and Company, Roerig, Division of Pfizer Inc. and Wyeth-Ayerst Laboratories. He has served as a consultant for Bristol-Myers Squibb and Eli Lilly and Company. He has also received grants and research support from Organon Inc., Parke-Davis and Zeneca Pharmaceuticals. He is a member of the Speaker's Bureau for SmithKline Beecham Pharmaceuticals and The Upjohn Company.

Supported in part by an *unrestricted* educational grant from Parke-Davis.

V081825

WLC_FRANKLIN_0000080343



# Treatment Advances in Social Phobia

James Jefferson, M.D.

## ABSTRACT

Social phobia is a prevalent yet underrecognized and underrated condition. The National Comorbidity Survey found a 12-month prevalence of 7.9% and a lifetime prevalence of 13.3% for this condition. Historically, alcohol has played a central role as a social lubricant and as self-medication for social phobia. More recently, other pharmacotherapies have been subjected to scientific scrutiny and have emerged as effective and safe treatments. Most studies of beta-blockers have found them to be useful for performance anxiety, but less for generalized social phobia. Clonazepam has been beneficial as a short-term (double-blind study) and long-term (open study) treatment, but whether these results can be generalized to benzodiazepines as a class is unclear. While monoamine oxidase inhibitors are effective drugs for social anxiety, their difficulty of use (phenelzine, tranylcypromine) or unavailability (brofaromine, moclobemide) have made them less preferred. Gabapentin, in a double-blind study, was found recently to be a more effective item than placebo for treating DSM-IV social phobia. The SSRIs are emerging as useful treatments for generalized social phobia based on results of both open and double-blind studies. Most recently, gabapentin was found effective in a placebo-controlled, double-blind study. Cognitive behavior therapy is a well-established intervention both alone and together with medication. More often than not, at least one other psychiatric disorder coexists with social phobia, and given the high prevalence of comorbid conditions, treatment combinations are often the preferred routes to success.

## OUTLINE

- **I. The Disorder**
  - A. Diagnosis
  - B. Prevalence
  - C. Age of onset
  - D. Comorbidity
  - E. Neurobiology
- **II. The Treatment**
  - A. Cognitive behavior therapy
  - B. Pharmacotherapy
    - 1. SSRIs
    - 2. MAOIs
      - a. Irreversible, non-specific
      - b. RIMAs

V081826

WLC_FRANKLIN_0000080344



3. Benzodiazepines

4. Buspirone

5. Beta-blockers

6. Other

   a. Ondansetron

   b. Gabapentin

   c. Bupropion

   d. Venlafaxine

C. Dealing with comorbidity

## REFERENCES

Jefferson JW. Social phobia: everyone's disorder. J Clin Psychiatry. 1996;57(suppl 6):28-32.

Tancer ME, Uhde TW. Social phobia: a review of pharmacological treatment. CNS Drugs. 1995;3:267-278.

Lydiard RB. Panic disorder and social phobia: possible implications of comorbid depression for drug therapy. Anxiety. 1996;2:61-70.

Marshall RD, Schneier FR. An algorithm for the pharmacotherapy of social phobia. Psychiatric Ann. 1996;26:210-216.

Jefferson JW. Social phobia: a pharmacologic treatment overview. J Clin Psychiatry. 1995;56(suppl 5):18-24.

Psychiatric Ann. (Sept)1995;25.

J Clin Psychiatry. 1995;56(suppl 5).

Stein MB, Walker JR, Forde DR. Public-speaking fears in a community sample. Arch Gen Psychiatry. 1996;53:169-174.

van Vliet IM, den Boer JA, Westenberg HGM, et al. Clinical effects of buspirone in social phobia: a double-blind placebo-controlled study. J Clin Psychiatry. 1997;58:164-168.

Stein MB, Chartier MJ, Hazen AL, et al. Paroxetine in the treatment of generalized social phobia: open-label treatment and double-blind placebo-controlled discontinuation. J Clin Psychopharmacol. 1996;16:218-222.

Van Ameringen M, Mancini C, Wilson C. Buspirone augmentation of selective serotonin reuptake inhibitors (SSRIs) in social phobia. J Affect Disord. 1996;39:115-121.

Sutherland SM, Tupler LA, Colket JT, et al. A 2-year follow-up of social phobia: status after a brief medication trial. J Nerv Ment Dis. 1996;184:731-738.

Tiihonen J, Kuikka J, Bergström K, et al. Dopamine reuptake site densities in patients with social phobia. Am J Psychiatry. 1997;154:239-242.

Greist JH, Jefferson JW, Katzelnick DJ. Social Phobia: A Guide. Middleton, Wis.: Information Centers, Dean Foundation; 1997.

Leary MR, Britt TW, Cutlip WD, et al. Social blushing. Psychol Bull. 1992;112:446-460.

V081827

WLC_FRANKLIN_0000080345



# Key Slides

# Notes

"A fear of two staring eyes is widespread throughout the animal kingdom."—Isaac Marks

## Social Phobia

DSM-IV

- Marked and persistent fear of social or performance situations
- Exposure to scrutiny by others
- Fear of humiliation and embarrassment

## Social Phobia (Cont.)

DSM-IV

- Anxiety in the feared social situation
- Endured with great distress or avoided
- Interferes with functioning and relationships or causes marked distress

## Social Phobia Prevalence

| National Comorbidity Survey | (%) |
|---|---|
| Lifetime | 13.3 |
| 12 months | 7.9 |

Kessler et al, 1994

## Social Phobia

- Social skills training
- Exposure
- Exposure + cognitive restructuring*

*Heimberg et al. CBGT
Heimberg & Barlow. J Clin Psychiatry. Nov 1991 (Suppl)

## Social Phobia Case Study

Self-Medication with Alcohol

- "To help me overcome my shyness and make me feel more comfortable before all those personal appearances, I'd warm up with 3 or 4 vodkas before leaving the hotel, go straight to the cocktail party and have 3 or 4 more drinks..."

V081828

WLC_FRANKLIN_0000080346

## Key Slides

## Notes

### Treatment Options for Social Phobia

- Cognitive behavioral therapy
- Pharmacotherapy
  - MAOIs (irreversible and reversible)
  - Benzodiazepines
  - SSRIs
  - Beta-blockers

### MAOIs for Social Phobia

- Phenelzine
  - Effective double-blind
- Tranylcypromine
  - Effective open
- RIMAs (moclobemide, brofaromine)
  - Effective double-blind

Nardil

### Moclobemide vs. Phenelzine for Social Phobia

- 16-week, double-blind, placebo-controlled study (N=70)
  - Efficacy: both > placebo (phenelzine better on some measures)
  - Side effects: moclobemide much better tolerated
  - Relapse: high with placebo substitution at 16 wks

Versiani et al, 1992

### Moclobemide in Social Phobia

- 12-week, double-blind study
  - 35 sites, 13 countries N=578
  - Moclobemide 300 mg N=191
  - Moclobemide 600 mg N=193
  - Placebo N=194

Eur Arch Psychiatry Clin Neurosci. 1997;247:71-80

V081829

WLC_FRANKLIN_0000080347



# Key Slides

## Moclobemide in Social Phobia

- Much or very much improved
  - 600 mg/d 47%
  - 300 mg/d 41% (N.S.)
  - Placebo 34%
- LSAS change
  - 600 mg/d 29.3
  - 300 mg/d 25.8
  - Placebo 19.9

Eur Arch Psychiatry Clin Neurosci. 1997;247:71-80

## Moclobemide in Social Phobia

- 12-week, double-blind with placebo
  - 13 sites, US, N=506
  - Moclobemide fixed dose
    - 75 mg, 150 mg, 300 mg, 600 mg, 900 mg
    - Well tolerated, but **ineffective**

Noyes et al. J Clin Psychopharmacol. 1997;17:247-254

## Brofaromine in Social Phobia

- 10-week, double-blind with placebo
  - Dose
    - Mean 107 mg, max 150 mg
  - Much or very much improved
    - Brofaromine (N=52) 50%*
    - Placebo (N=54) 19%*

*p=0.001
Lott et al. J Clin Psychopharmacol. 1997;17:255-260

## Clonazepam for Social Phobia

- 10-week, double-blind, placebo-controlled study (N=75)
  - Mean dose: 2.4 mg/d
  - Much or very much improved
    - Clonazepam 78%
    - Placebo 20%

Davidson et al, 1993

# Notes

reversible inhibitor MAO + SSRI ?
no longer under development

V081830

WLC_FRANKLIN_0000080348

# Key Slides

# Notes

Clonazepam for Social Phobia
Response Rates
Response (%)
100
80
60
40
20
0
Clonazepam
Placebo
1
2
4
6
8
10
Week
N=75
All comparisons statistically significant at p<.02
Davidson et al. J Clin Psychiatry. 1994;55:507-510

Fluoxetine for Social Phobia
Response Rates
Percent
100
80
60
40
20
0
N=36
N=14
Responders
Nonresponders
N=50
Davidson et al. J Clin Psychiatry. 1994:55:507-510

Dean Foundation Social Phobia Study
Liebowitz Social Anxiety Score
25
20
15
10
5
0
Sertraline
Placebo
Mean Change
N=12; p=.06
Double-blind, placebo controlled
Zoloft

Social Phobia and Bipolar Disorders 7

V081831

WLC_FRANKLIN_0000080349

## Key Slides

## Notes

Fluvox

### Fluvoxamine for Social Phobia

- 12-week, double-blind, N=28
  - Responders (≥50% ↓ in social anxiety)
    - Fluvoxamine 47%
    - ~~Brofaromine~~ 8% placebo
  - Social anxiety
    - Fluvoxamine > placebo at week 12 — did not appear until week 12
  - Social avoidance
    - Fluvoxamine = placebo

van Vliet et al. Psychopharmacology. 1994;115:128-134

? Paxil

### Paroxetine for Generalized Social Phobia

- Open-label, 11 weeks, mean dose 48 mg, N=30
  - Responders: 77%
  - LSAS 75 → 37

Stein et al. J Clin Psychopharmacol. 1996;16:218-222

### Paroxetine for Generalized Social Phobia

- Double-blind discontinuation 12-week, N=16
  - Relapse
    - Paroxetine 12.5% (N.S.)
    - Placebo 62.5%

Stein et al. J Clin Psychopharmacol. 1996;16:218-222

### Paroxetine for Generalized Social Phobia

Relapsing

Stein et al. J Clin Psychopharmacol. 1996;16:218-222

V081832

WLC_FRANKLIN_0000080350

**Key Slides** **Notes**

**Does failure to respond to 1 SSRI predict failure to respond to another?**

### Gabapentin for Social Phobia

- 14-week, double-blind with placebo, N=69
  - Flexible dose: 600-3600 mg/d
  - Liebowitz Social Anxiety Scale (LSAS) improvement
    - Gabapentin 28 points
    - Placebo 12 points

Pande et al, 1997

~60% of pts reached max dose

points drop

QOL scale (gabapentin) showed marked improvement in social functioning

### Public Speaking Anxiety

- American College of Cardiology Annual Meeting (1983)
  - 13% took beta-blockers
  - Others used diazepam, alcohol or behavioral techniques

Gossard et al. Am J Cardiol. 1984:54:240

ACC speakers were asked if they doing thing for speaking

### Beta-Blockers for Performance Anxiety

- Effective in single-dose, placebo-controlled, crossover studies
- Atenolol 100 mg
- Nadolol 40 mg
- Oxprenolol 40 mg
- Propranolol 40 mg

### Stage Fright in Musicians

- In 24 string players, oxprenolol (40 mg)
  - Decreased heart rate, tremor, nervousness
  - Improved performance subjectively and objectively

James et al. Lancet. 1977:2:952-954

V081833

WLC_FRANKLIN_0000080351



## Key Slides

## Notes

### Scholastic Aptitude Test (SAT) and Performance Anxiety

- On retest
  - Expected improvement 14 points
  - With propranolol 40 mg 130 points

N=32
Faigel HC. Clinical Pediatrics. July 1991

### Social Phobia Comorbidity

- Anxiety disorders
- Mood disorders
- Alcohol and other substance use disorders

### Social Phobia with Comorbidity
Treatment Strategies

- One-drug-dose-does-all approach
- Separate-drug-for-separate-target approach
- Multimodal therapy approach

### Social Phobia

- Common
- Debilitating
- Treatable

V081834

WLC_FRANKLIN_0000080352

**Key Slides** **Notes**

## New Options for Bipolar Disorders

John Zajecka, M.D.

## Epidemiology of Bipolar Disorder

- Prevalence: 1-1.2% of U.S. population
- Equal male:female incidence
- Peak age of onset: 15-19 years
- Mean age of first treatment: 22 years
- Mean age of first hospitalization: 26 years
- Course of illness
  - High morbidity and mortality
  - Recurrent in almost all cases

Source: Goodwin FK, Jamison KR, Manic-Depressive Illness. New York: Oxford University Press, Inc.; 1990

seeing more children being treated appropriately

- The natural course of bipolar disorder may change over time, may become more malignant and may require continuous management challenges

## Model of Evolution of Bipolar Course

Post et al. Br J Psychiatry. 1986;149:191-201

## Bipolar Disorders

DSM-IV

- Bipolar I disorder
  - Most recent episode: manic, hypomanic, depressed, mixed
- Bipolar II disorder
- Cyclothymic disorder
- Schizoaffective disorder: bipolar subtype
- Bipolar disorder NOS
- Mood disorder due to general medical condition
- Substance-induced mood disorder

V081835

WLC_FRANKLIN_0000080353

## Key Slides

## Notes

### Bipolar Disorder "Specifiers"

DSM-IV

- Define current/most recent episode (i.e., depression)
  - atypical, melancholic, catatonic, chronic
- Define longitudinal course (interepisode recovery)
- Define severity
- Postpartum onset
- Seasonal pattern
- Rapid cycling

### Rapid-Cycling Bipolar Disorder

- 4 or more episodes in 12 months
- Up to 15% of patients in mood disorders clinics
- Bipolar I, II
- More common in females
- Thyroid abnormalities common
- Prone to antidepressant cycle acceleration (TCAs)
- Poor response to lithium monotherapy

### Bipolar Disorder

Assessment

- Stage the illness
- Assess suicide, impulsivity, psychosis
- Differential diagnosis (i.e., personality disorder, substance use disorders)
- Explore history
  - Type and number of episodes
  - Family history
  - Previous treatment(s) response/tolerance
  - Comorbid medical/psychiatric illness
  - Psychosocial variables
  - Compliance

Bowden, 1992; Goodwin & Jamison, 1990

V081836
WLC_FRANKLIN_0000080354

**Key Slides** **Notes**

Nurmal has curves (Bob Post)

### Life Charting

- Retrospective and prospective
- Increases knowledge of illness
  - Patterns
  - Precipitants
  - Psychosocial variables
  - Functional capacity
- Efficient
- Compliance

### General Treatment Guidelines

- Acute and long-term considerations
- Treat acute symptoms
  - Affective
  - Psychotic
  - Anxiety
  - Sleep
- Treat comorbid disorder(s)
- Attempt to change only 1 treatment variable at a time
- Inform patients about side effects
- Consider all somatic and psychosocial treatment options

### Treatment of Bipolar Disorder

Pharmacological/Somatic

- Mood stabilizers
  - Lithium (Li)
  - Divalproex sodium (valproic acid) (VPA)
  - Carbamazepine (CBZ)
  - Atypical neuroleptics
  - Gabapentin (Neurontin)
  - Lamotrigine (Lamictal)
  - Thyroid hormone
  - Electroconvulsive therapy (ECT)
  - Phototherapy
  - Sleep deprivation
- Antidepressants

Seasonal!

V081837

WLC_FRANKLIN_0000080355

**Key Slides** **Notes**

### Treatment of Bipolar Disorder

Nonpharmacological

- Education
- Group therapy
- Psychotherapy
- Support group
- Home health nursing/social services

### Psychotherapy in Bipolar Disorder

- Cognitive therapy
- Group therapy
- Family therapy

### Psychotherapeutic Issues in the Management of Bipolar Disorder

- Emotional consequences of "mental illness"
  - Stigma
  - Chronic life-long illness
  - Self-esteem
- Direct consequences of episodes
- Developmental delays 2° to past episodes
  - Occupational, academic, interpersonal
- Interpersonal (i.e., marriage, family, child-bearing, genetics)
- Fears of illness recurrence, inhibiting optimal psychosocial function

### Lithium

- Role
  - Acute and prophylactic treatment of mania/ hypomania
  - Potential acute and prophylactic treatment of depression
  - Adjunct treatment with other mood stabilizers
  - Monotherapy: poor response to mixed/dysphoric, rapid-cycling states

V081838

WLC_FRANKLIN_0000080356

**Key Slides** **Notes**

### Lithium (Cont.)

- Dosing
  - Start at low, divided doses (300 mg bid)
  - Titrate to serum concentrations of 0.5-1.4 mEq/l
- Monitoring requirements
  - Baseline: renal and thyroid function
  - Lithium levels: 5 days after dose adjustments and as clinically indicated
  - Renal and thyroid function: q 3 months for first 6 months, then every 6-12 months or as clinically indicated
  - Narrow therapeutic index

### Management of Lithium Side Effects

| Side Effect | Clinical Suggestion |
|---|---|
| Tremor | ↓ dose, β-blockers |
| GI disturbance | ↓ dose, administer with meals, switch preparations (slow release or lithium citrate) |
| Polyuria/polydipsia | ↓ dose, qd dosing hs, protein intake, amiloride (5-10 mg bid) or thiazide diuretic |
| Weight gain | Diet/exercise, assess thyroid function |
| Cognitive disturbance | ↓ dose, assess thyroid function |
| Sedation/lethargy | ↓ dose, assess thyroid function |
| Hair loss | Selenium 25 µg/day, zinc 50 mg/day |
| Acne | Topical or systemic antibiotics |
| Edema | Diuretics |
| Psoriasis | ↓ dose, appropriate dermatologic treatment |
| Hypothyroidism | Thyroid supplementation |

### Lithium
Thyroid Function

- 8% hypothyroidism
  - Decreased thyroid hormone production
  - Decreased thyroid hormone release
- Goiter
  - Often irreversible
  - May occur in presence of normal thyroid function tests
- Thyroiditis

V081839

WLC_FRANKLIN_0000080357



**Key Slides** **Notes**

### Lithium: Renal Function
Acute and Chronic Treatment

- Nephrogenic diabetes insipidus
  - Polyuria and polydipsia
    - Patient discomfort
    - Patient noncompliance
    - Electrolyte disturbances
- Decreased renal concentrating ability
  - Usually reversible with lithium discontinuation

### Lithium: Renal Function (Cont.)
Chronic Treatment

- Microscopic pathology of renal glomeruli and renal tubules on kidney biopsy
  - Most common in patients with polydipsia/polyuria
  - Occurs in patients with frequent episodes of lithium intoxication
- Deteriorating renal function and renal failure
  - Irreversible
  - Most common in patients with preexisting deteriorating renal function from other etiologies

### Lithium Drug Interactions

| | |
|---|---|
| • NSAIDs | ↑ Li Level |
| • ACE inhibitors (i.e., captopril, enalpril) | ↑ Li Level |
| • Metronidazole | ↑ Li Level |
| • Thiazide diuretics | ↑ Li Level |
| • Sodium | Altered renal clearance |
| • Dehydration | ↑ Li Level |
| • Xanthines (i.e., theophylline) | ↑ Li excretion |
| • Ca channel blockers (i.e., verapamil) | ↓ Li level |
| • Iodides | ↑ hypothyroid effects |
| • CBZ or haloperidol | Rare neurotoxicity |

### Lithium
Pregnancy Issues

- Birth defects associated with first trimester
  - Ebstein's anomaly (0.1% vs. 0.005%)
- Increased clearance
- Neonatal toxicity
- Milk concentrations: 50% maternal

V081840

WLC_FRANKLIN_0000080358

**Key Slides** **Notes**

## Divalproex

- Role
  - Acute treatment of mania, hypomania, mixed states, rapid cycling; potential first-line treatment
  - Lithium refractoriness/intolerance/noncompliance
  - Potential adjunct to other mood stabilizers
  - Probable prophylactic treatment (alone or in combination with other mood stabilizer[s])
  - Rapid symptom reduction as early as 2-5 days with "oral loading"

Bowden, Keck

25mg/kg

look at total body wgt add a zero that's the total dose

## Divalproex

- Dosing
  - Start at 750 mg/day in divided doses and titrate to serum concentrations of 45-125 μg/ml
  - "Oral loading" options
    - 20 mg/kg of VPA and assess serum level in 4 days or
    - 30 mg/kg on day 1→ 20 mg/kg on day 2 until serum level assessed

## Divalproex

- Monitoring requirements
  - Baseline: LFTs, platelet count (coagulation tests if indicated)
  - Divalproex levels: 4 days after dose adjustment and when clinically indicated
  - LFTs, CBC, platelet count every 6-12 months or if clinically indicated

## Management of Divalproex Side Effects

| Side Effect | Clinical Suggestion |
| --- | --- |
| GI disturbance | ↓ dose, switch preparations (i.e., divalproex, "sprinkle"), $H_2$-antagonists |
| Tremor | ↓ dose, β-blockers |
| Transient hair loss | Selenium 25 μg/day, zinc 50 mg/day |
| Weight gain | Diet/exercise |

Y081841

## Key Slides

## Notes

### Divalproex

- Renal function
  - No known clinically significant effects on renal function except for rare idiosyncratic reactions
- Thyroid function
  - No known clinically significant effects except for rare idiosyncratic reactions

### Divalproex Drug Interactions

| Drug | Possible Effect |
|---|---|
| Carbamazepine | ↑ free CBZ and/or epoxide metabolite |
| Lamotrigine | ↑ lamotrigine levels |
| Aspirin | ↑ bleeding time |
| Dicumarol, warfarin | ↑ bleeding time |
| Phenobarbital | ↑ CNS depression |
| Phenytoin | ↑ phenytoin |

### Divalproex
Teratogenicity

- Humans
  - 1-2% neural tube defects
  - Contraindicated during pregnancy

### Carbamazepine

- Role
  - Acute and prophylactic effect of mania/hypomania
  - Probable efficacy in mixed/dysphoric states, rapid cycling
  - Probable prophylactic treatment (alone or in combination with other mood stabilizer[s])
  - Lithium refractoriness/intolerance/noncompliance

### Carbamazepine

- Dosing
  - Start at 200-600 mg/day in divided doses and increase dose to maximize efficacy
  - Therapeutic blood levels for bipolar disorder not established (recommend 8-15 mg/ml)

V081842

WLC_FRANKLIN_0000080360

**Key Slides** **Notes**

## Carbamazepine

- Monitoring requirements
  - Baseline: LFTs, CBC, platelet count
  - CBZ levels: 5 days after dose adjustment and then 6 weeks thereafter (autoindication) or when clinically indicated
  - LFTs, CBC, platelet count every 6-12 months or if clinically indicated
  - Warn patients of fever (↓ WBC) and rash

## Carbamazepine Autoinduction After Initiation of Treatment

## Management of Carbamazepine Side Effects

| Side Effect | Clinical Suggestion |
|---|---|
| Diplopia | ↓ dose |
| Blurred vision | ↓ dose, refraction |
| Fatigue | ↓ dose, p.m. dosing |
| Nausea | ↓ dose, administer with meals |
| Ataxia | ↓ dose |
| Cognitive changes | ↓ dose |
| Leukopenia | ↓ dose, careful monitoring, consider discontinuation |
| ↑ LFTs | ↓ dose, careful monitoring, consider discontinuation if 2x greater than upper limits of normal |
| Rash | Discontinue |
| Hyponatremia | ↓ dose, dietary salt supplementation, consider discontinuation |

V081843

WLC_FRANKLIN_0000080361



## Key Slides

## Notes

### Carbamazepine
Renal Function

- Syndrome of inappropriate ADH secretion
  - 10-20% of patients experience hyponatremia (sodium levels 125-135 mEq/l)
    - Rare: water intoxication
    - Treat by reduction in carbamazepine dosage and/or dietary salt supplementation
- Rare, idiosyncratic cases of renal failure have been reported

### Carbamazepine
Thyroid Function

- Laboratory changes
  - Decreased plasma $T_4$, free $T_4$ and $T_3$
    - Normal TSH and thyroid-binding globulin
    - No clinically significant hypothyroidism
- CBZ/Li: thyroid function
  - Clinical hypothyroidism possible
  - Assess thyroid function more frequently

### Carbamazepine Drug Interactions

| Drug | Possible Effect |
|---|---|
| Contraceptive hormone | ↑ hormone metabolism |
| Divalproex | ↑ CBZ |
| Clozapine | ↓ WBC |
| TCAs | ↓ TCA |
| SSRIs | ↑ CBZ |
| Ca channel blockers (e.g., verapamil) | ↑ CBZ |
| Cimetidine | ↑ CBZ |
| Erythromycin | ↑ CBZ |
| Isoniazid | ↑ CBZ |
| Phenobarbital | ↓ CBZ |
| Theophylline | ↓ theophylline |
| Warfarin | ↓ warfarin |

V081844

WLC_FRANKLIN_0000080362



**Key Slides** **Notes**

### Carbamazepine

Pregnancy Issues

- Oral contraceptives
- 1% risk of neural tube defects
- Birth defects: fingernail hypoplasia, microcephaly, craniofacial defects, growth deficiency, developmental delay, poor performance
- Neonatal toxicity
- ? compatible with breast-feeding

### Electroconvulsive Therapy (ECT)

- Role
  - Acute treatment of depression, mania, mixed states
  - Pregnancy and/or general medical conditions that preclude use of standard pharmacological treatments
  - ECT + Li → potentially higher risk of delirium and/or status epilepticus
  - ECT + BZDs, VPA or CBZ → potential ↑ of seizure threshold

treated both phases of the illness

### Atypical Neuroleptics

- Clozapine, olanzapine, ? others
- Role
  - Potential acute and long-term antipsychotic and mood-stabilizing effects in bipolar disorder associated with psychotic symptoms, rapid cycling, mixed states and refractory affective disorders
- Potential risks (clozapine)
  - Leukopenia—**avoid concomitant use with CBZ**
  - Seizures
  - Sedation
  - Weight gain

Z, prev.

V081845

WLC_FRANKLIN_0000080363



**Key Slides** **Notes**

### Gabapentin (Neurontin)

- Mood-stabilizing/antidepressant/anxiolytic effects under investigation
- Renal excretion
- Dosing (tid)
  - Start 300-600 mg/day
  - Maximal 4800 mg/day (equal tid dosing)
- Potential add-on to VPA, Li, Li + VPA, ? other mood stabilizers
- Generally well tolerated

has used w/ [illegible]

* consider early as an add-on because it is [illegible] [illegible]

### Lamotrigine (Lamictal)

- Mood-stabilizing/antidepressant effects under investigation
- VPA/CBZ interactions
- Rash: may be dose-related and/or associated with concomitant VPA or CBZ
- Dosing range (25-500 mg/day—in divided doses)

### Thyroid Hormone (Thyroxine)

- Role
  - Potential adjunct treatment for rapid-cycling bipolar disorder
- Dosing (thyroxine)
  - 150-400 μg/day → end point of 50% above normal in free thyroxine index
- Potential risks
  - Cardiac
  - Weight loss
  - Depletion of bone mass
  - Anxiety

### Other Novel Adjunct Somatic Treatments

- Calcium channel blockers (verapamil, nimodipine)
- Sleep deprivation
- Light therapy
- Transcranial magnetic stimulation

data not looking positive

V081846

WLC_FRANKLIN_0000080364

**Key Slides** **Notes**

### Rational Polypharmacy

- A significant proportion of patients do not respond adequately to monotherapy
- Anecdotal data and clinical lore suggest mood stabilizers are synergistic
- Polypharmacy is often necessary to achieve the best response
- Polypharmacy is generally well tolerated

### Treatment of Bipolar Depression

- Do not assume that the management of bipolar depression is the same as unipolar depression
- Consider potential for affective cycle acceleration
- Consider mood stabilizer as "the antidepressant"
- Consider ECT, phototherapy (for seasonal subtype)
- Psychotherapy for mild depressions or when antidepressants are not warranted
- Studies needed on optimal choice and duration of antidepressant use in bipolar disorder

### Do Not Give Up!

Questions:

Q [illegible] – [illegible]?

A [illegible] metabolized

Q side effects of [illegible]?

A [illegible]

Q [illegible]

A [illegible]

V081847

WLC_FRANKLIN_0000080365

# Notes

[illegible]

[illegible]

[illegible]



V081848

WLC_FRANKLIN_0000080366

# We Want Your Feedback!

?lease complete and submit your evaluation 'rom this session so we may learn from your :onstructive feedback. Thank you!

Psychiatric Times
10th Annual
U.S. Psychiatric
& Mental Health
Congress
Conference and Exhibition

CME, Inc.
2801 McGaw Avenue
Irvine, California 92614-5835
(800) 447-4474 • (714) 250-1008
www.mhsource.com

V081849

# We Want Your Feedback!

Please complete and submit your evaluation from this session so we may learn from your constructive feedback. Thank you!

Psychiatric Times
10th Annual
U.S. Psychiatric & Mental Health Congress
Conference and Exhibition

CME, Inc.
2801 McGaw Avenue
Irvine, California 92614-5835
(800) 447-4474 • (714) 250-1008
www.mhsource.com

V081850





CME
Incorporated
Continuing Medical Education

2801 McGaw Avenue
Irvine, CA 92614-5835
(800) 447-4474 or (714) 250-1008
FAX (714) 250-0445
www.mhsource.com

©1997 CME, Inc.

V081851

WLC_FRANKLIN_0000080369