



October 6, 1997

Victor Delimata
Parke-Davis
201 Tabor Road
Morris Plains, NJ 07950

Dear Vic:

### REVISED
### *Psychiatric Times'*
### *U.S. Neuropsychiatric Disorders Updates*

Our needs assessments indicate there is a substantial need by psychiatric physicians to receive high-quality educational information on social phobia and bipolar disorder. We are requesting an *unrestricted* educational grant to create a series of continuing medical education programs on this in major metropolitan areas throughout the U.S. during 1998, the **U.S. Neuropsychiatric Disorders Updates.**

The grant will provide a high-quality syllabus for participants, an effective, dignified promotion of the program, accreditation for participants to earn Category 1 CME credit for participating, *courtesy of Parke-Davis*, and all other expenses. Each program will present two expert faculty members who are highly talented teachers. This *unrestricted* educational grant will cover up to 150 participants per site. Marginal attendees above 150 participants per meeting can be accommodated for $65 each. Should less than 80 percent (120) of this number participate in any venue, we will credit the difference between 120 attendees and actual attendance against your marginal charges for the entire series.

Because of the key role of allied mental health professionals (psychologists, pharmacists, social workers and psychiatric nurses) in the diagnosis and management of social phobia and bipolar disorder, we suggest allowing up to 25% of the attendees to come from this group.

CME, Inc., is accredited by the ACCME to sponsor continuing medical education for physicians. CME, Inc., will conduct this conference in full compliance with the ACCME Essentials and the proposed FDA guidelines on commercial support of programs of this type.

Page 1 of 4
*Please initial* _____

V083902
WLC_FRANKLIN_0000082430

These programs will be independent, scientifically rigorous, fairly balanced and will offer ample opportunities for questions. Any potential faculty conflicts of interest will be made known to participants at each meeting. A variety of appropriate treatment options will be presented for all clinical conditions discussed.

These meetings will meet the needs of clinicians for the latest information on social phobia and bipolar disorder while demonstrating Parke-Davis' commitment to helping patients, families, health care professionals, residents, pharmacists and allied health professionals.

Thank you for your support of high-quality education for clinicians and greater hope for patients and their families.

Cordially,

John L. Schwartz, M.D., FAPA
CEO & Founder

pd8ser15

Page 2 of 4
*Please initial* _____

V083903

WLC_FRANKLIN_0000082431



# LETTER OF AGREEMENT

## *Psychiatric Times'*
## *U.S. Neuropsychiatric Disorders Updates*

Parke-Davis agrees to provide an *unrestricted* educational grant to CME, Inc. to support a series of high-quality accredited half-day programs on social phobia and bipolar disorders as follows:

| | | |
|---|---|---|
| ☐ | 15 programs | $ 975,000 |
| ☐ | 20 programs | $1,200,000 |
| ☒ | 30 programs | $1,680,000 |

Parke-Davis agrees to fund this grant with a payment of 25% of the grant upon signing and equal monthly payments for the balance of the grant. The entire balance will be paid in the months from the first to last meeting in the series. Marginal costs are $65 per person over 150 people attending each educational meeting (80 percent guarantee) and will be due and payable with the final installment of the grant.

Accepted for Parke-Davis:

Signature_____    Date_____

Printed Name_____    Title_____

*Please return the signed original to CME, Inc., retaining a copy for your records.*

Page 3 of 4

Conferences ♦ Information Media ♦ Custom Projects ♦ Publishing ♦ Symposia
2801 McGaw Avenue ♦ Irvine, CA 92614-5835 ♦ (714) 250-1008 ♦ FAX (714) 250-0445 ♦ www.mhsource.com

V083904

WLC_FRANKLIN_0000082432

## CONDITIONS FOR COMMERCIAL SUPPORT AGREEMENT

1. **Statement of Purpose:** We agree that the sole purpose of this activity is for scientific and educational purposes only.
2. **Control of Content & Selection of Presenters and Moderators:** CME, Inc. is responsible for the content and selection of presenters and moderators. The grantor, or its agents, will respond only to CME, Inc.-initiated requests for suggestions of presenters or sources of possible presenters. The grantor may suggest more than one presenter (if possible); will provide speaker qualifications; will disclose financial or other relationships between the grantor and speaker; and will provide this information in writing. CME, Inc. will record role of the grantor, or its agents, in suggesting presenter(s); will seek suggestions from other sources and will make selection of presenter(s) based on balance, independence and scientific rigor.
3. **Disclosure of Financial Relationships:** CME, Inc. will ensure disclosure to the audience of (a) grantor funding and (b) any significant relationship between the sponsor and the grantor (e.g., grant recipient) or between individual speakers or moderators and the grantor.
4. **Involvement in Content:** There will be no "scripting," emphasis, or influence on content by the grantor or its agents.
5. **Ancillary Promotional Activities:** No promotional activities will be permitted in the same room or obligate path of the educational activity. No product advertisements will be permitted in the activity room.
6. **Objectivity & Balance:** CME, Inc. will make every effort to ensure that data regarding the grantor's products or services (or competing products) are objectively presented, with favorable and unfavorable information and balanced discussion of prevailing information on the product(s) and/or alternative treatments.
7. **Limitations of Data:** CME, Inc. will ensure, to the extent possible, disclosure of limitations of data, e.g., ongoing research, interim analyses, preliminary data, or unsupported opinion.
8. **Discussion of Unapproved Uses:** CME, Inc. will require that presenters disclose when a product is not approved in the United States for the use under discussion.
9. **Opportunities for Debate:** CME, Inc. will ensure opportunities for questions or specific debate.
10. **Independence of Sponsor in the Use of Contributed Funds:**
A. Funds should be in the form of an unrestricted educational grant made payable to CME, Inc.
B. All other support associated with this continuing medical education activity (e.g., distributing brochures, preparing slides) must be given at the request of, and with the full knowledge and approval of, CME, Inc.
C. No other funds from the grantor will be paid to the program director, faculty, or others involved with the continuing medical education activity (additional honoraria, extra social events, etc.).

The grantor agrees to abide by all requirements of the ACCME Standards for Commercial Support of Continuing Medical Education.

CME, Inc. agrees to: 1) abide by the ACCME Standards for Commercial Support of Continuing Medical Education; 2) acknowledge educational support from the grantor in program brochures, syllabi, and other program materials; and 3) upon request, furnish the grantor with a report concerning the expenditure of the funds provided.

Page 4 of 4
*Please initial _____*

V083905

WLC_FRANKLIN_0000082433