Clinical Note

# Hot Flashes Refractory to HRT and SSRI Therapy But Responsive to Gabapentin Therapy

Thomas Guttuso, Jr., MD
Department of Neurology, University of Buffalo School of Medicine, Buffalo, New York, USA

**Abstract**
There is a need for alternative therapies for hot flashes, as hormone replacement therapy (HRT) is associated with increased rates of breast cancer and heart disease and some women fail to respond to HRT. A 32-year-old woman with surgically-induced menopause experienced 20-30 severe hot flashes per day and failed to respond to various formulations of HRT and selective serotonin reuptake inhibitor (SSRI) therapy for 17 years. She markedly responded to gabapentin therapy. Gabapentin, SSRIs, and estrogen may act at different cellular targets in the treatment of hot flashes.   J Pain Symptom Manage 2004;27:274–276. © 2004 U.S. Cancer Pain Relief Committee. Published by Elsevier Inc. All rights reserved.

**Key Words**
Serotonin, estrogen, menopause, hot flash, gabapentin, women's health

## Introduction

Hormone replacement therapy (HRT) is usually effective in the treatment of hot flashes; however, as many as 18% of postmenopausal women with hot flashes fail to respond to HRT[1] and there are significant health risks associated with its long-term use.[2] In addition, 59% of breast cancer survivors report experiencing severe hot flashes and these patients usually have a contraindication to HRT.[3] Recently, the anticonvulsant gabapentin has been shown, in a randomized controlled trial, to be effective in the treatment of hot flashes in postmenopausal women.[4] This report describes a patient with surgically-induced menopause and severe hot flashes that were refractory to HRT and SSRI therapy for 17 years but were markedly improved by gabapentin therapy.

## Case Report

A 32-year-old white female received a hysterectomy and bilateral salpingo-oophorectomy due to ovarian cysts and pelvic pain. Severe hot flashes began within days of the surgery. The hot flashes occurred about 20-30 times a day and were accompanied by profuse sweating and, at times, light-headedness and heart palpitations. Nighttime sleep was also significantly disturbed by recurrent hot flashes. Conjugated estrogen 0.625 mg a day for 6 months had no effect on the frequency or severity of the hot flashes. The dose was slowly increased over the following 6 months to 2.5 mg a day, still without any reduction in hot flashes.

Address reprint requests to: Thomas Guttuso, Jr., MD, Department of Neurology, University of Buffalo School of Medicine, 311 Biomedical Research Building, Buffalo, NY 14214, USA.
Accepted for publication: July 29, 2003.

© 2004 U.S. Cancer Pain Relief Committee
Published by Elsevier Inc. All rights reserved.

0885-3924/04/$–see front matter
doi:10.1016/j.jpainsymman.2003.07.007

Over the next 16 years, a wide variety of estrogen preparations were tried, all of which failed to improve the patient's hot flashes: estropipate 0.625–5 mg daily for 2 years, estrogen valerate 10–20 mg intramuscularly each month for 4 years, estradiol transdermal patch 0.1 mg daily for 2 years, esterified estrogen/methyltestosterone 1.25 mg/2.5 mg daily for 3 years, conjugated estrogen 0.625 mg daily for 4 years, and estradiol transdermal patch 0.05 mg daily for one year.

In addition, while taking estrogen, the patient was offered trials of selective serotonin reuptake inhibitors (SSRIs). These included fluoxetine 20 mg daily for 9 months, then paroxetine 20 mg daily for 9 months, and then sertraline 50 mg daily for 6 months. None of these drugs affected the patient's hot flash frequency or severity.

In the fall of 2000, the patient was placed on gabapentin 300 mg three times daily based on published anecdotal findings associating gabapentin therapy with reduced hot flashes.[5] The estradiol transdermal patch was discontinued when gabapentin was started. No other medication changes were made. Within 3 weeks, the daily hot flash frequency had reduced from 20–30 to 3–4. A month later, the hot flash frequency began to increase and the patient increased gabapentin to 300 mg four times daily with good effect. The patient also reported her night-time sleep quality to have improved significantly. There were no medication side effects experienced. At present, the patient takes four or five 300 mg gabapentin capsules a day and experiences 2 to 3 hot flashes a day.

## Comment

Gabapentin is a gamma-aminobutyric acid (GABA)-analogue approved in 1994 as an anticonvulsant and in 2002 as a treatment for neuropathic pain. Gabapentin's binding site is located on the $\alpha_2\delta$ subunit of voltage gated calcium channels.[6] In vitro, gabapentin can inhibit neuronal calcium currents by 35% and decrease neuronal tachykinin-mediated activity.[7,8] It has been suggested that mitigation of hypothalamic tachykinin neurotransmitter activity via a decrease in neuronal calcium permeability may be involved in gabapentin's mechanism of action in the treatment of hot flashes.[4] Gabapentin therapy has also been associated with marked reductions in chemotherapy-induced nausea,[9] the pathophysiology of which is strongly linked to brainstem tachykinin activity.[10] Clinically, gabapentin has a fast onset of action, with patients typically reporting reduction in hot flash activity within days of initiating therapy.[4,5,11]

Estrogen's mechanism of action involves estrogen diffusing across a cell's plasma membrane, binding to estrogen alpha or beta receptors in the cytoplasm, and the entire estrogen/estrogen receptor complex moving into the nucleus where it interacts directly with DNA to affect gene transcription.[12] The latency from initiation of estrogen treatment to hot flash abatement is typically several weeks, with the peak effect not occurring for several months.[1]

SSRIs inhibit the presynaptic serotonin pump to increase synaptic serotonin levels. Some SSRIs also affect the noradrenergic system. The antidepressant effects of SSRIs typically begin 2–4 weeks after initiation of therapy; however, the anti-hot flash effects appear to begin within the first week of therapy.[13,14] Long-term SSRI therapy leads to modulation of 5-HT1a and 5-HT2a receptors, which have been implicated in the pathophysiology of clinical depression.[15,16] Whether hot flash physiology is more acutely sensitive to serotonin manipulation than is clinical depression, or SSRIs are acting through a novel mechanism of action, is unknown.

Based on the lack of a clinical response to HRT and SSRI therapy, and a marked and sustained response to gabapentin therapy in the patient described above, these compounds may act at different cellular targets in the treatment of hot flashes. This case also provides anecdotal evidence for the clinical use of gabapentin in patients with hot flashes who fail to respond to either HRT or SSRI therapy.

## References

1. Lobo RA, McCormick W, Singer F, Roy S. Depomedroxyprogesterone acetate compared with conjugated estrogens for the treatment of postmenopausal women. Obstet Gynecol 1984;63:1–5.

2. Rossouw JE, Anderson GL, Prentice RL, et al. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. JAMA 2002;288:321–333.

3. Carpenter JS, Andrykowski MA, Cordova M, et al. Hot flashes in postmenopausal women treated for

breast carcinoma: prevalence, severity, correlates, management, and relation to quality of life. Cancer 1998;82:1682–1691.

4. Guttuso T Jr, Kurlan R, McDermott M, Kieburtz K. Gabapentin's effects on hot flashes in postmenopausal women: a randomized controlled trial. Obstet Gynecol 2003;101:337–345.

5. Guttuso TJ Jr. Gabapentin's effects on hot flashes and hypothermia. Neurology 2000;54:2161–2163.

6. Gee NS, Brown JP, Dissanayake VU, et al. The novel anticonvulsant drug, gabapentin (Neurontin), binds to the alpha-2-delta subunit of a calcium channel. J Biol Chem 1996;271:5768–5776.

7. Stefani A, Spadoni F, Bernardi G. Gabapentin inhibits calcium currents in isolated rat brain neurons. Neuropharmacol 1998;37:83–91.

8. Maneuf YP, Hughes J, McKnight AT. Gabapentin inhibits the substance P-facilitated K+-evoked release of [3H]glutamate from rat caudal trigeminal nucleus slices. Pain 2001;93:191–196.

9. Guttuso T Jr, Roscoe J, Griggs J. Effect of gabapentin on nausea induced by chemotherapy in patients with breast cancer. Lancet 2003;361:1703–1705.

10. Navari RM, Reinhardt RR, Gralla RJ, et al. Reduction of cisplatin-induced emesis by a selective neurokinin-1-receptor antagonist. L-754,030 Antiemetic Trials Group. N Engl J Med 1999;340:190–195.

11. Loprinzi L, Barton DL, Sloan JA, et al. Pilot evaluation of gabapentin for treating hot flashes. Mayo Clin Proc 2002;77:1159–1163.

12. Gruber CJ, Tschugguel W, Schneeberger C, Huber JC. Production and actions of estrogens. N Engl J Med 2002;346:340–352.

13. Loprinzi CL, Kugler JW, Sloan JA, et al. Venlafaxine in management of hot flashes in survivors of breast cancer: a randomized controlled trial. Lancet 2000;356:2059–2063.

14. Stearns V, Beebe KL, Iyengar M, Dube E. Paroxetine controlled release in the treatment of menopausal hot flashes: a randomized trial. JAMA 2003;289:2827–2834.

15. Haddjeri N, Blier P, de Montigny C. Long-term antidepressant treatments result in a tonic activation of forebrain 5-HT1A receptors. J Neurosci 1998;18:10150–10156.

16. Peroutka SJ, Snyder SH. Long-term antidepressant treatment decreases spiroperidol-labeled serotonin receptor binding. Science 1980;210:88–90.

Confidential	Pfizer_JSu_0022046