# Gabapentin in the prophylaxis of chronic daily headache

## A randomized, placebo-controlled study

Paul J. Spira, MD, FRACP; and Roy G. Beran, MD, FRACP, for The Australian Gabapentin Chronic Daily Headache Group*

**Abstract**—*Objective:* To compare efficacy and safety of gabapentin (GPT) versus placebo for prophylaxis of chronic daily headache (CDH) (headache at least 15 days/month of greater than 4 hours duration over preceding 6 months). *Methods:* This is a multicenter randomized placebo-controlled crossover study. After 4-week baseline, subjects, aged 18 to 65, were randomized to GPT 2,400 mg/day or placebo. There was 2 weeks titration, 6-week stable dosage, and 1 week washout period between treatment arms. The primary efficacy measure was the difference between the percentage of headache-free days per treatment period. Secondary efficacy measures included headache duration and severity, degree of disability, associated symptoms, concomitant medications, Visual Analogue Scale (VAS) scores, and quality of life (QOL). *Results:* A total of 133 patients were enrolled (41 men, 92 women, mean age 43 years). All were eligible for safety analysis. Ninety-five received sufficient treatment to allow evaluation of efficacy. There was a 9.1% difference in headache-free rates favoring GPT over placebo ($p = 0.0005$). Benefits for GPT were also demonstrated for headache-free days/month ($p = 0.0005$), severity ($p = 0.03$), VAS ($p = 0.0006$), headache-associated symptoms of nausea ($p = 0.03$) and photophobia/phonophobia ($p = 0.04$), disability affecting normal activities ($p = 0.02$), attacks requiring bed rest ($p = 0.001$), and QOL related to bodily function ($p = 0.01$), health/vitality ($p = 0.0001$), social function ($p = 0.006$), and health transition ($p = 0.0002$). Reduction in headache days/month was seen across the spectrum of prerandomization headache frequencies. *Conclusion:* Gabapentin represents a therapeutic option for chronic daily headache.
NEUROLOGY 2003;61:1753–1759

Chronic daily headache (CDH) is defined as a pattern of head pain in which the patient experiences headaches on 15 or more days of the month, for more than 4 hours per day,[1-3] for a period of at least 6 months. Although CDH affects 2 to 3% of the general population[4] it represents almost 40% of those presenting to specialized headache clinics.[5] The refractory nature of the condition makes CDH a therapeutic challenge in need of greater attention.

There have been very few well-conducted therapeutic trials examining the treatment of CDH[6-15] and the majority adopted open label nonrandomized protocols and few used double-blind placebo-controlled methodology.[7,15] The present study evolved from the need for more effective therapeutic agents to treat CDH and the perception that the testing of such agents required the rigor of double-blind randomized placebo-controlled methods.

Gabapentin (GPT) is an antiepileptic medication that has been found to be of benefit in a variety of painful disorders including diabetic neuropathy, postherpetic neuralgia, and migraine headache.[16-19] GPT resulted in a greater than 50% reduction in the frequency of migraines in an open label study.[18] A similar reduction in frequency was found in the transformed migraine group.[18] It has been argued that almost 80% of CDH represents migrainous transformation,[2] which suggests that GPT may be effective in CDH. In a later study GPT was subjected to double-blind, placebo-controlled trial for migraine prophylaxis and was again found to be effective but the methodology specifically excluded CDH.[19] The current article reports the findings of the first double-blind placebo-controlled trial of GPT in CDH.

**Methods.** *Study design.* This was a 21-week multicenter, randomized, double-blind, placebo-controlled, crossover phase IIIB study of GPT in the prophylaxis of CDH (figure 1). The study was approved by each center's human research ethics committee, recognizing that this represented an off-license use of GPT, which

Additional material related to this article can be found on the *Neurology* Web site. Go to www.neurology.org and scroll down the Table of Contents for the December 23 issue to find the title link for this article.

See also page 1637

*Members of The Australian Gabapentin Chronic Daily Headache Group are listed in Appendix 1 on page 1759.
From the Institute of Neurological Sciences (Dr. Spira), Prince of Wales Hospital Randwick; and Strategic Health Evaluators & Department of Neurology (Dr. Beran), Liverpool Hospital, Liverpool NSW Australia.
Received April 13, 2002. Accepted in final form September 23, 2003.
Address correspondence and reprint requests to Dr. Roy G. Beran, Suite 5, 6th Floor, 12 Thomas Street, Chatswood 2067, NSW Australia; e-mail: Roy.Beran@unsw.edu.au

Copyright © 2003 by AAN Enterprises, Inc.   1753
Confidential                                           Pfizer_JSu_0021955



*Figure 1. Study design. Screening assessments: entry criteria, informed consent, history, examination, quality of life, Visual Analogue Scale, laboratory tests. \*Titration to 2,400 mg gabapentin or placebo equivalent.*

hitherto had only been approved in Australia for treatment of epilepsy.

The commonly accepted criterion of efficacy for trials of headache prophylaxis—namely, a 50% reduction in frequency of headaches[6-8]—was considered inappropriate for this highly refractory headache form. Opinion leaders were canvassed and determined that anything less than an overall mean response of 7.5% difference in headache frequency between the active and placebo arms of the study would have no clinical relevance. This figure for the group response was accepted in the light of clinical experience that many patients with CDH are refractory to all forms of intervention and their lack of response could conceal substantial therapeutic effects in others.

It was calculated that the mean difference of 7.5% would be detected at the 5% level with 80% power if a total of 70 subjects were enrolled. To allow for attrition and ensure adequate power, a target sample size of at least 120 patients was selected.

Inclusion criteria were men or women aged 18 to 65 years who were considered capable of effectively completing the headache diary, complying with instructions, and providing informed consent. Subjects had to experience at least 15 headache days per month for each of the previous 6 months with a headache duration of greater than or equal to 4 hours per day. Female patients had to practice a reliable method of contraception and have a negative screening pregnancy test. Exclusion criteria included confounding CNS disorders; confounding concomitant illnesses; a history of illicit drug or alcohol abuse during the previous year; severe hepatic or renal insufficiency; consumption of more than 4 mg ergotamine per week, 300 mg of sumatriptan, or 15 mg of naratriptan or zolmitriptan; and use of other experimental drugs in the month prior to baseline.

At the initial visit patients were screened for inclusion and exclusion criteria and provided written informed consent. A medical history was obtained and a physical examination performed. Laboratory investigations included full blood count, liver function tests, and serum creatinine, and a pregnancy test was performed where appropriate. Patients completed a Visual Analogue Scale (VAS), recording their assessment of maximal pain severity during the preceding week (0 = no pain to 10 = extreme pain). Subjects were instructed in the use of the headache diary in which they were to record, each day, the occurrence and duration of headache, attack severity (six-point scale, appendix 2), associated features such as nausea, vomiting, light, and sound sensitivity, aggravation by movement and degree of disability associated with the attack (five-point scale, see appendix 2), and consumption of all medications, including nonprescription items. At week 4 ± 4 days, patients were reviewed and headache diaries were checked to confirm compliance with entry and exclusion criteria. Patients completed the Short Form-36 (SF-36)[20] quality of life (QOL) questionnaire and a further VAS of headache severity. Those subjects satisfying entry criteria were randomized to either GPT or placebo and the dosage titrated over the following 2 weeks to either 2,400 mg of GPT or the placebo equivalent.

At week 12 ± 4 days, patients were reassessed and a medical history, physical examination, and laboratory tests were repeated. The headache diary was reviewed, QOL questionnaire and VAS completed, adverse events (AE) noted, and any changes in concomitant medications recorded. There was then a 1-week washout period after which patients were re-examined, the headache diary reviewed, a VAS completed, and any AE noted. The crossover medication was dispensed and subjects commenced a further 8 weeks of active therapy consisting of 2 weeks titration and 6 weeks stable dosing of 2,400 mg GPT or placebo equivalent.

At week 21 ± 4 days, patients underwent physical examination and laboratory screening, and the headache diaries were reviewed. The QOL questionnaire and VAS were completed, AE assessed, and any changes in concomitant medications noted. Patients were offered open label ongoing use of GPT.

*Efficacy and safety variables.* The primary endpoint was the difference in the percentage of days during which headaches occurred while on GPT compared with placebo. This was calculated using the count of the number of headache-free days and the number of recorded diary days in that period, excluding the titration phase.

Secondary efficacy measures included comparison of the changes in headache duration, headache severity, degree of disability, associated symptoms, use of concomitant headache medications, VAS scores, and results from QOL questionnaires.

Each center was asked to identify those subjects considered to be overusing analgesics and these data were analyzed separately to determine influence on response.

In addition to analysis based on percentages, changes in the actual number of headache days per month were also examined (corrected for a mean 30.4 day month).

Safety variables were evaluated comparing the nature, frequency, duration, and severity of AE in the two arms of the study complemented by the findings on physical examination and laboratory assessments.

*Statistical analysis.* The primary efficacy measure was the difference in headache-free rates (headache-free rate on GPT minus headache-free rate on placebo). Because of the non-normality of the data, statistical analysis was performed using a nonparametric signed rank test. A paired $t$-test was also performed, as defined in the protocol. As many clinicians prefer to use mean values rather than medians, mean values are presented in the figures. Period and carry-over effects were also examined using an ordinary least-squares generalized linear crossover analysis.

All secondary efficacy criteria were tested for differences using nonparametric sign tests. Headache severity, duration, and degree of disability (appendix 2) were analyzed both overall for all diary days and separately for those days during which headaches occurred. The difference in the two arms of the study for the percentage of headache days in which the subject experienced each degree of disability was analyzed. The difference in the percentage of headache days on which the patient experienced headache-associated symptoms—namely, nausea, vomiting, light/sound sensitivity, aggravation by movement, and whether the patient took other headache medication—was summarized and tested separately for each symptom. For the VAS assessment of pain severity, the change from the baseline (pretitration) to the end of the treatment period was calculated. This difference was compared for each arm of the study, and statistically evaluated. Similarly, the eight domains of the SF-36 Health Survey QOL scores at the end of each treatment period were compared. McNemar test was used for paired categorical data.

The incidence of the most common (>5%) AE (preferred term) within each treatment period was identified and withdrawals due to AE were determined.

**Results.** Over a 13-month period, 133 patients were enrolled from 12 centers in Australia. The patient population comprised 41 men and 92 women with a mean age of 43 ± 12.1 years, of whom 96% were white. All 133 enrolled patients were eligible for the safety analysis, 121 of whom received placebo and 120 GPT. Withdrawal rates were similar in the two treatment groups (table 1) with similar reasons for withdrawal (table 2). Reasons for exclusion from efficacy analysis included inadequate diary (1), failure to satisfy diagnostic criteria for CDH (4), and fewer than 3 weeks of stable dosage (33: 13 placebo only, 12 GPT only, and 8 in both arms). Thirty of the 33 had less than the titration exposure (14 days) in at least one arm of the

Confidential

Pfizer_JSu_0021956

*Table 1* Patient disposition by treatment period

| Period | No. patients started | No. patients withdrawn* | No. patients completed |
|---|---|---|---|
| 1 | | | |
|   Total | 133 | 22 | 111 |
|   Placebo | 65 | 11 | 54 |
|   GPT | 68 | 11 | 57 |
| Washout, total | 111 | 3 | 108 |
| 2 | | | |
|   Total | 108 | 9 | 99 |
|   Placebo | 56 | 4 | 52 |
|   GPT | 52 | 5 | 47 |

* Total in the period and by treatment at which withdrawal occurred.

GPT = gabapentin.

*Table 3* History of headaches at screening

| Headache characteristics | Randomized (safety), n = 133 | Evaluable for efficacy, n = 95 |
|---|---|---|
| Headache, type,† n (%) | | |
|   Tension type | 34 (25.6) | 25 (26.3) |
|   Migraine | 28 (21.1) | 22 (23.2) |
|   Combination migraine and tension type | 85 (63.9) | 58 (61.1) |
|   Other† | 2 (1.5) | 2 (2.1) |
| Years affected | | |
|   N | 133 | 95 |
|   Mean | 14.6 | 14.7 |
|   SD | 11.7 | 11.7 |
|   Minimum | 0.8 | 0.8 |
|   Median | 12.5 | 13.0 |
|   Maximum | 51.0 | 45.0 |

* Some patients reported having more than one headache type.
† One patient with chronic daily headaches, one with transformed migraine with analgesic overuse.

study and 14 in both. The data from those excluded were reviewed to consider an intention to treat (ITT) analysis but this proved inappropriate, as there was insufficient information within these patients' records to allow ITT. After exclusion of these 38 patients, 95 subjects remained evaluable for efficacy.

Table 3 presents the headache diagnoses at screening and demonstrates that almost 2/3 of patients experienced both migraine and tension-type headaches. Length of headache history was 14.6 ± 11.7 years, range 9 months to 51 years (see table 3). The mean headache-free rate (percentage headache-free days over the month) prior to randomization was 10.9% ± 15.5 and the mean VAS of headache severity was 6.5 ± 1.9 (see table 4). The mean headache severity, prerandomization, of 2.5 represented a mild to moderate intensity but 35% reported their headaches to be moderate or more severe (severity scale ≥ 3).

The results of the statistical analysis of the primary efficacy data are presented in table 5. Both nonparametric and parametric results are provided.

Primary efficacy results revealed a mean difference in the headache-free rate between GPT and placebo of 9.1% ± 20.9, which exceeded the minimum mean clinically relevant value of 7.5% specified in the protocol (see table 5, figure 2). A nonparametric sign test of the difference between GPT and placebo in the headache-free rate was significant (see table 5), indicating that patients experienced a higher headache-free rate while on GPT than on placebo.

The efficacy data were also examined in terms of actual headache days per month (table 6; supplementary figure E-1 [available at www.neurology.org]) and revealed a definite placebo effect ($p = 0.0009$). There was a greater response to GPT when compared to placebo ($p = 0.0004$) and prerandomization ($p < 0.0001$). Similar results were obtained when analyzing those headache days in which headache lasted 4 hours or more (see table 6). Almost 60% of patients had headaches every day (30.4 days per month) during the prerandomization period, as compared with almost 50% who did so while on placebo ($p = 0.134$) and 40% on GPT ($p = 0.0003$) (supplementary figure E-2 [available at www.neurology.org]). Of the 95 evaluable patients, 34 subjects had headaches every day in all three phases of the trial. Of the remaining 61 patients, 22 (36%) had a greater than 50% reduction in headache frequency while on GPT

*Table 2* Reason for withdrawal by treatment at withdrawal

| Reason for withdrawal | Total, n = 133 | Placebo, n = 121 | GPT, n = 120 | Washout, n = 111 |
|---|---|---|---|---|
| Lack of efficacy | 7 (5.3) | 4 (3.3) | 2 (1.7) | 1 (0.9) |
| Adverse event | 14 (10.5) | 5 (4.1) | 9 (7.5) | |
| Withdrawal of consent | 5 (3.8) | 2 (1.7) | 2 (1.7) | 1 (0.9) |
| Protocol violation | 2 (1.5) | 1 (0.8) | 1 (0.8) | |
| Lost to follow-up | 5 (3.8) | 2 (1.7) | 2 (1.7) | 1 (0.9) |
| Other* | 1 (0.8) | 1 (0.8) | | |
| Total n (% population) | 34/133 (25.6) | 15/121 (12.4) | 16/120 (13.3) | 3/111 (2.7) |

Values are n (%).

* Patient found first arm (GPT) so effective, refused to continue with second arm (placebo).

GPT = gabapentin.

Confidential                                                                                     Pfizer_JSu_0021957

Case 1:04-cv-10981-PBS   Document 449-30   Filed 08/25/06   Page 4 of 7

Table 4 *Headache-free rate and VAS score at screening (populations: safety and evaluable for efficacy)*

| Variable | Randomized (safety), n = 133 | Evaluable for efficacy, n = 95 |
|---|---|---|
| Headache-free rate (% headache-free days) prerandomization | | |
| N | 131 | 95 |
| Mean | 10.9 | 10.0 |
| SD | 15.5 | 14.8 |
| Minimum | 0.0 | 0.0 |
| Median | 0.0 | 0.0 |
| Maximum | 52.9 | 48.4 |
| VAS score | | |
| N | 126 | 91 |
| Mean | 6.5 | 6.4 |
| SD | 1.9 | 2.0 |
| Minimum | 2.0 | 2.0 |
| Median | 6.8 | 6.7 |
| Maximum | 9.8 | 9.8 |
| Not done | 7 | 4 |

VAS = Visual Analogue Scale.



Figure 2. *Headache-free rate (HFR) (% headache-free days per period). Prerandomization vs placebo, $p < 0.001$; prerandomization vs gabapentin, $p < 0.0001$; placebo vs gabapentin, $p < 0.0005$.*

compared with 7 (11%) on placebo, $p = 0.0006$ (McNemar test).

The headache-free rate in each period was also examined using an ordinary least squares generalized linear crossover analysis. No significance was found in this model for either the period or carryover effect, and the difference between GPT and placebo was found to be significant.

Headache duration, averaged over the whole treatment period, revealed significant reductions on both placebo and GPT and GPT over placebo (see table 6). This was found to reflect the effect of reduction of headache frequency because averaging headache duration solely on those days in which headaches occurred only showed significance of GPT over prerandomization duration of headaches (see table 6).

Analysis of those subjects in whom treatment response resulted in their no longer satisfying diagnostic criteria for CDH revealed significant increase among those on GPT over placebo (figure 3). These data further emphasized the effect of frequency on the averaged duration of headaches with no significant difference in duration when averaged for headache days (see figure 3).

Twenty-five subjects were identified as analgesic overusers. Subset analysis of their responses to placebo and GPT showed inferior responses as compared to non-overusers, but this did not achieve significance.

Severity of headaches was significantly diminished by GPT over placebo and both over prerandomization when averaged over all days in the treatment period (table 7) but this partially reflected the impact of the reduction of headache frequency. Table 7 provides the results when severity was assessed only on headache days and the placebo effect was no longer significant. There was a definite GPT effect on headache severity when compared to placebo ($p = 0.028$). VAS scores also demonstrated reduction in severity for treatment with GPT compared with placebo ($p = 0.0006$) (see table 7). The effect of treatment on the use of

Table 5 *Primary efficacy criteria*

| Variable | Prerandomization | On placebo, % | On gabapentin, % | Difference (gabapentin − placebo), % | *p* Value for difference |
|---|---|---|---|---|---|
| Headache-free rate (% headache-free days per period) | | | | | |
| N | 95 | 95 | 95 | 95 | |
| Mean | 9.96 | 17.49 | 26.59 | 9.09 | 0.0001* |
| SD | 14.76 | 24.86 | 31.11 | 20.91 | |
| Minimum | 0 | 0 | 0 | −69.05 | |
| Median | 0 | 0 | 8.51 | 0 | 0.0004† |
| Maximum | 48.39 | 78.57 | 88.10 | 69.05 | |
| *p* Values | | | | | |
| Pre vs placebo | | 0.0009† | | | |
| Pre vs gabapentin | | | <0.0001† | | |

* Paired *t*-test.
† Signed rank test.

Confidential                                                                 Pfizer_JSu_0021958

*Table 6 Headache days/month and headache durations prerandomization and during placebo and gabapentin phases of the trial*

| Variable | Statistics | | | | p Values* | | |
|---|---|---|---|---|---|---|---|
| | Mean | SD | Median | Range | Pre- vs placebo | Pre- vs gabapentin | Placebo vs gabapentin |
| Headache days/month of any duration, n | | | | | | | |
| Prerandomization | 27.4 | 4.5 | 30.4 | 15.7–30.4 | | | |
| On placebo | 25.1 | 7.6 | 30.4 | 6.5–30.4 | 0.0009 | | |
| On gabapentin | 22.3 | 9.5 | 27.8 | 3.6–30.4 | | <0.0001 | 0.0004 |
| Headache days/month of ≥4 h duration, n | | | | | | | |
| Prerandomization | 25.4 | 5.8 | 29.3 | 14.7–30.4 | | | |
| On placebo | 23.3 | 8.9 | 29.6 | 0.7–30.4 | 0.0440 | | |
| On gabapentin | 20.1 | 10.0 | 21.0 | 1.5–30.4 | | <0.0001 | 0.0004 |
| Duration of headaches/day (over all days†), h | | | | | | | |
| Prerandomization | 11.2 | 6.3 | 10.6 | 2.6–24.0 | | | |
| On placebo | 10.5 | 6.9 | 9.7 | 0.5–24.0 | 0.0022 | | |
| On gabapentin | 8.8 | 6.9 | 6.5 | 0.6–24.0 | | <0.0001 | 0.0030 |

* Nonparametric signed rank test on the paired differences.
† Including zero for headache-free days.

analgesics reflected the efficacy of GPT over placebo (see table 7).

In an attempt to determine if prerandomization headache frequency influenced the magnitude of the response, a regression analysis was preformed, plotting percentage reduction of headache days per month against prerandomization headache days per month in those with a positive outcome. The negative slope of the regression line revealed a tendency for those with fewer headache days in the prerandomization period to experience a slightly greater reduction in headache days both on placebo and GPT but favoring GPT. The slope of the line was not significantly different from zero, indicating that the treatment effect occurred across the entire spectrum of headache frequencies within this sample population (supplementary figure E-3 [available at www.neurology.org]).



*Figure 3. Loss of diagnostic criteria for chronic daily headache. Headache days/month (Hpm) and duration p = 0.0218; <15 Hpm any duration p = 0.0073; <4 hours/day overall p = 0.0412; <4 hours/day on headache days = not significant. *McNemar test for paired categorical data.*

GPT also demonstrated a beneficial effect, compared with placebo, on headache-associated symptoms including nausea ($p = 0.0271$) and photophobia or phonophobia ($p = 0.0444$), but there was no significant effect on vomiting or the aggravation of headache by movement. Analysis of the degree of disability revealed a similarly beneficial effect of GPT over placebo with respect to the percentage of days in which the headaches affected normal activities ($p = 0.024$) and headaches necessitating bed rest ($p = 0.001$). There was also a benefit of GPT over placebo for some QOL domains including bodily pain ($p = 0.009$), current general health and vitality ($p = 0.0001$), social function ($p = 0.006$), and reported health transition ($p = 0.0002$).

AE were experienced by 47 (39%) patients on GPT compared with 17 (14%) on placebo. AE experienced by more than 5% included dizziness (21% GPT vs 3% placebo), somnolence (18% GPT vs 5% placebo), ataxia (8% GPT vs 1% placebo), and nausea (7% GPT vs 2% placebo). Nine patients on GPT and five on placebo discontinued treatment as a consequence of AE. Of the nine on GPT, three withdrew due to vomiting and the others due to one or more of dizziness, dysarthria, somnolence, or constipation. There were two serious AE—a cardiac death and a brachial nerve palsy. Both occurred while the patient was on GPT, but neither was considered due to the medication.

**Discussion.** CDH does not represent a diagnostic category of head pain but is a descriptive term denoting a temporal profile of headache.[1-3] Although CDH is not listed in the International Headache Society (IHS)'s headache classification,[21] the term is gaining wide acceptance through recognition of the fact that CDH has a particularly high prevalence in headache clinics[5] and its resistance to medications makes CDH a daunting therapeutic challenge.[22] Despite this, there are very few double-blind controlled trials in its management and none that specifically examines

*Table 7 Comparison between prerandomization, placebo, and gabapentin for secondary efficacy parameters*

| Variable | Statistics | | | | p Values* | | |
|---|---|---|---|---|---|---|---|
| | Mean | SD | Median | Range | Pre- vs placebo | Pre- vs gabapentin | Placebo vs gabapentin |
| Overall headache severity (over all days†) (grade) | | | | | | | |
| Prerandomization | 2.5 | 0.9 | 2.5 | 0.9 –5.0 | | | |
| On placebo | 2.3 | 1.1 | 2.4 | 0.4 –5.0 | 0.0045 | | |
| On gabapentin | 1.9 | 1.1 | 1.8 | 0.3 –4.4 | | <0.0001 | 0.0001 |
| Headache severity (per day of headache) (grade) | | | | | | | |
| Prerandomization | 2.8 | 0.7 | 2.6 | 1.6 –5.0 | | | |
| On placebo | 2.7 | 0.8 | 2.6 | 1.2 –5.0 | 0.7572 | | |
| On gabapentin | 2.5 | 0.8 | 1.9 | 1.1 –5.0 | | 0.0007 | 0.0280 |
| Analgesic usage (% headache days) | | | | | | | |
| Prerandomization | 61.4 | 36.1 | 65.2 | 0 –100 | | | |
| On placebo | 60.4 | 37.6 | 76.2 | 0 –100 | 0.3029 | | |
| On gabapentin | 52.3 | 37.7 | 50.0 | 0 –100 | | 0.0036 | 0.0134 |
| Visual Analogue Scale (VAS) assessment of pain‡ | | | | | Within placebo | Within gabapentin | |
| Change on placebo | 0.2 | 2.5 | 0.2 | –9.1 –6.1 | 0.568 | | |
| Change on gabapentin | –1.4 | 2.8 | –0.9 | –8.7 –5.1 | | <0.0001 | |
| Difference (gabapentin – placebo) | –1.6 | 4.3 | –1.4 | –12.6 –14.2 | | | 0.0006 |

* Nonparametric signed rank test on the paired differences.
† Including zero for headache-free days.
‡ A negative value for change indicates a reduction in VAS score from beginning to end of a treatment period; a negative value for difference indicates a larger reduction in VAS score while on gabapentin than on placebo.

GPT notwithstanding its increasing impact in the treatment of pain.[16,17]

The demographics of the 133 patients in this study were comparable to those reported in the literature, including the ratio of women to men of 2.2 in the current study (compared with 1.7 to 4.4[22-24]), age at onset of 29.4 years (compared with 30 to 36.9[23-26]), mean duration of CDH of 14.6 years (compared with 6.4 to 10[23,24,26,27]), and range of durations of 0.75 to 51 years (compared with 0.5 to 51 years[22]). Although the mean headache severity was in the mild to moderate range, 35% of the study population reported a greater mean headache severity (compared with 32%[28]). Subset analysis of treatment response with regard to headache type could not be performed as 64% of subjects experienced mixed headache forms, many of which could not be characterized in terms of IHS criteria. Similar difficulties have been encountered by others in attempting to identify underlying headache types in CDH.[22,25-29]

Although a minimum of 15 headache days per month with headaches of ≥4 hours duration satisfies the definition for CDH,[2] the current study population included almost 60% who had a headache every day. The overall mean frequency was 27.4 ± 4.5 headache days per month in the prerandomization period, demonstrating the intrusive nature of CDH. A similar mean frequency has been reported by others (26.9 ± 4.0).[30]

Of the 133 patients recruited, only 95 were evaluable for efficacy, representing a redundancy of 29%, which highlights the difficulty of undertaking a double-blind, placebo-controlled, crossover study in CDH. This problem was anticipated and the recruitment target was set accordingly to ensure adequate power and this is the largest reported controlled trial of prophylaxis in CDH.[15] A crossover design was adopted for ease of recruitment and internal control but was acknowledged to carry the risk that those who perceived active treatment in the first arm may choose not to proceed with the second phase. Examination of attrition (see table 1) did not support this suggestion as most of the 33 withdrawals occurred very early in the study, prior to completion of titration in the first arm. This made ITT analysis impossible, as there were insufficient data in the excluded records.

The mean of 9.1% reduction in headache days/month on GPT, over placebo, exceeded the selected criterion to demonstrate clinical relevance, thus confirming its benefit in the prophylaxis of CDH. Although the mean reduction in headache days per month of 2.3 on placebo, over prerandomization, and a further 2.7 of GPT, over placebo, may seem modest,

Confidential                                                                                                                Pfizer_JSu_0021960

this result must be seen in the context of a population in which almost 60% (56/95) had headaches every day in the prerandomization period and more than half (34/56) continued to do so in all phases of the trial. This emphasizes the recalcitrant nature of CDH. The benefit of GPT is demonstrated by the fact that, of the patients who did not experience headache on every day in all three phases of the trial, 36% achieved a greater than 50% reduction in headache frequency, compared with 11% on placebo. As CDH represents a heterogeneous group of headache disorders, of which the individual forms may have variable responsiveness to medications, the criterion of 50% reduction in headache frequency, advocated in migraine trials,[31] may be inappropriate for CDH.

Some further benefits of GPT, over placebo, were seen with respect to headache severity, disability, and QOL, but headache duration did not appear to be modified by GPT when compared to placebo, although it did show benefit when compared to prerandomization. Although there are other studies examining prophylaxis in CDH, they are almost invariably open label designs.[5,9-11,13-15,32] Although there were more AE on GPT than on placebo, no serious AE were attributed to active therapy in the double-blind study.

The current study indicates that the treatment of CDH can and hence should be evaluated using stringent controlled trial methodology. The results demonstrated a significant placebo response in CDH. GPT proved superior to placebo in terms of reduction in headache frequency, severity, and disability, and an enhanced QOL. Consequent to these benefits there was a reduction in analgesic usage. Whereas GPT appeared to have a greater efficacy in those with lower prerandomization headache frequency, the benefit was seen across the frequency spectrum including those with headaches occurring every day.

### Acknowledgment

The authors thank Michael Egan and Dr. Daniel Talmont of Parke Davis Pharmaceuticals for support of this investigator-initiated study, Fred Boschenok for monitoring the trial centers, and Kate Downs of Datapharm, Australia, for assistance with statistical analysis.

### Appendix 1

*Members of The Australian Gabapentin Chronic Daily Headache Group:* R.G. Beran, A.B. Black, C. Bladin, P.J. Brimage, D. Crimmins, G. Danta, G. Donnan, J. Heywood, J. Joubert, G.J. Schapel, P.J. Spira, F.J.E. Vajda, C. Yiannikas, and A. Zagami.

### Appendix 2: Headache severity and disability scales

Severity scale
- 0 = no headache
- 1 = very mild headache
- 2 = mild headache
- 3 = moderate headache
- 4 = severe headache
- 5 = very severe headache

Disability scale
- A = headache did not affect normal activities
- B = headache affected but did not prevent normal activities
- C = headache prevented normal activities
- D = headache required bedrest
- E = headache of intensity to require hospitalization

### References

1. Sjaastad O. Chronic daily headache. Cephalalgia 1985;5(suppl 2):191–193.
2. Silberstein SD, Lipton RB, Sliwinski M. Classification of daily and near-daily headaches: field trial of revised IHS criteria. Neurology 1996;47:871–875.
3. Solomon S, Lipton RB, Newman LC. Evaluation of chronic daily headache—comparison to criteria for chronic tension-type headache. Cephalalgia 1992;12:365–368.
4. Schwartz BS, Stewart WF, Simon D, Lipton RB. Epidemiology of tension-type headache. JAMA 1998;279:381–383.
5. Sanin LC, Mathew NT, Bellmeyer LR, Ali S. The International Headache Society (IHS) classification as applied to a headache clinic population. Cephalalgia 1994;14:443–446.
6. Mathew NT, Ali S. Valproate in the treatment of persistent chronic daily headache. An open label study. Headache 1991;13:71–74.
7. Saper JR, Silberstein SD, Lake AE 3rd, Winters ME. Double blind trial of fluoxetine; chronic daily headache and migraine. Headache 1994;34:497–502.
8. Foster CA, Bafaloukos J. Paroxetine in the treatment of chronic daily headache. Headache 1994;34:587–589.
9. Vijayan N, Spillane T. Valproic acid treatment of chronic daily headache. Headache 1995;35:540–543.
10. Pringsheim T, Howse D. In-patient treatment of chronic daily headache using dihydroergotamine: a long-term follow-up study. Can J Neurol Sci 1998;25:146–150.
11. Hand PJ, Stark RJ. Intravenous lignocaine infusions for severe chronic daily headache. Med J Aust 2000;172:157–159.
12. Freitag FG, Diamond S, Diamond ML, Urban GJ. Divalproex in the long-term treatment of chronic daily headache. Headache 2001;41:271–278.
13. Rothrock JF. Management of chronic daily headache utilizing a uniform treatment pathway. Headache 1999;39:650–653.
14. Saper JR, Lake AE, Tepper SJ. Nefazodone for chronic daily headache prophylaxis: an open-label study. Headache 2001;41:465–474.
15. Redillas C, Solomon S. Prophylactic pharmacological treatment of chronic daily headache. Headache 2000;40:83–102.
16. Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. JAMA 1998;280:1831–1836.
17. Rowbotham M, Harden N, Stacey B, Berstein P, Magnus-Miller L. Gabapentin for the treatment of post-herpetic neuralgia: a randomized controlled trial. JAMA 1998;280:1837–1842.
18. Mathew N, Lucker C. Gabapentin in migraine prophylaxis: a preliminary open label study. Neurology 1996;46:A169.
19. Mathew NT, Rapaport A, Saper J, et al. Efficacy of gabapentin in migraine prophylaxis. Headache 2001;41:119–128.
20. SF-36 Health Survey. Scoring manual for English-language adaptations: Australia/New Zealand, Canada, United Kingdom. Boston, MA: Medical Outcomes Trust, 1994.
21. Headache Classification Committee of the International Headache Society. Classification and diagnostic criteria for headache disorders, cranial neuralgias and facial pain. Cephalalgia 1988;8(suppl 7):9–96.
22. Solomon S, Lipton RB, Newman L. Clinical features of chronic daily headache. Headache 1992;32:325–329.
23. Castillo J, Munoz P, Guitera V, et al. Epidemiology of chronic daily headache in the general population. Headache 1999;39:190–196.
24. Manzoni GC, Granella F, Sandrini G, Cavallini A, Zanferrari C, Nappi G. Classification of chronic daily headache by International Headache Society criteria: limit and new proposals. Cephalalgia 1995;15:37–43.
25. Deleu D, Hanssens Y. Primary chronic daily headache: clinical and pharmacological aspects. A clinic-based study in Oman. Headache 1999;39:432–436.
26. Srikiatkhachorn A, Phanthumchinda K. Prevalence and clinical features of chronic daily headache in a headache clinic. Headache 1997;37:277–280.
27. Sanin LC, Mathew NT, Bellmyer LR, Ali S. The International Headache Society (IHS) headache classification as applied to a headache clinic population. Cephalalgia 1994;14:443–446.
28. Silberstein SD, Lipton RB, Solomon S, Mathew NT. Classification of daily and near-daily headaches; proposed revisions to the IHS criteria. Headache 1994;34:1–7.
29. Messinger HB, Spierings ELH, Vincent AJP. Overlap of migraine and tension-type headache in the International Headache Society classification. Cephalalgia 1991;11:233–237.
30. Linton-Dahlof P, Linde M, Dahlof C. Withdrawal therapy improves chronic daily headache associated with long-term misuse of headache medication: a retrospective study. Cephalalgia 2000;20:658–662.
31. IHS Committee on Clinical Trials in Migraine. Guidelines for controlled clinical trials of drugs in migraine. First edition. Cephalalgia 1991;11:1–12.
32. Saper JR, Winner PK, Lake AE 3rd. An open-label dose-titration study of the efficacy and tolerability of tizanidine hydrochloride tablets in the prophylaxis of chronic daily headache. Headache 2001;41:357–368.

Confidential                                                                                                      Pfizer_JSu_0021961