CLINICAL THERAPEUTICS®/ VOL. 25, No. 5, 2003

## Commentary

# Gabapentin Dosing in the Treatment of Epilepsy

Michael J. McLean, MD, PhD,[1] and Barry E. Gidal, PharmD[2]

[1]Department of Neurology, Vanderbilt University Medical Center, Nashville, Tennessee, and
[2]University of Wisconsin School of Pharmacy and Department of Neurology, Madison, Wisconsin

## ABSTRACT

**Background:** Gabapentin is considered a safe and well-tolerated antiepileptic drug (AED) with a favorable pharmacokinetic profile and a broad therapeutic index. However, recent studies have used higher doses and faster titration schedules than those used in the pivotal trials that established the efficacy of gabapentin in the treatment of partial seizures.

**Objective:** The purposes of this review were to assess the gabapentin titration and dosing regimens that have been published in peer-reviewed journals, to develop dosing recommendations to maximize antiseizure efficacy without compromising tolerability, and to formulate guidelines for an adequate therapeutic assessment of gabapentin dosage efficacy.

**Methods:** In the absence of sufficient placebo-controlled, double-blind studies, a formal evidence-based assessment could not be performed. However, a MEDLINE search using the search terms *gabapentin* and *epilepsy,* spanning back to the year 1986, produced numerous published reports from randomized, placebo-controlled and open-label trials, as well as case reports. These were reviewed to assess the range of dosing and titration schedules reported. Reports that employed gabapentin doses and titration schedules were selected for review.

**Results:** Our review of this literature suggests improved seizure control at higher gabapentin maintenance dosages (≤3600 mg/d) than are used today in clinical practice (1800 mg/d) without an increase in the incidence of adverse reactions. Most of the patients who received high dosages (eg, 3600 mg/d) or experienced fast titration rates tolerated gabapentin well. Side effects occurred around the onset of dosing and were reported in some studies to be transient.

*Accepted for publication March 21, 2003.*
Printed in the USA. Reproduction in whole or part is not permitted.

0149-2918/03/$19.00

Copyright © 2003 Excerpta Medica, Inc.

Confidential

Pfizer_JSu_0018730

*Conclusions:* Based on the literature reviewed here, in most adult patients, gabapentin may be initiated at a dosage of 900 mg/d and titrated to maintenance dosages ≥3600 mg/d. Children may be treated with gabapentin 23 to 78 mg/kg per day. Based on controlled and open trials, the majority of patients will tolerate gabapentin well enough for an adequate therapeutic assessment. Titration to effect can be accomplished rapidly, if necessary; however, as with other AEDs, optimal seizure control may take months to achieve. (*Clin Ther.* 2003;25:1382–1406) Copyright © 2003 Excerpta Medica, Inc.

**Key words:** gabapentin, seizures, epilepsy, antiepileptic drugs, anticonvulsants, dosing.

## INTRODUCTION

In the United States, ~2.5 million people have epilepsy, with 150,000 to 200,000 new cases diagnosed every year.[1] In addition to its profound medical impact, epilepsy has far-reaching psychosocial[2–6] and economic consequences.[7]

Effective seizure control is of paramount importance in reducing the psychosocial and economic costs of epilepsy. However, optimal treatment remains elusive for many patients for several reasons. In some cases, the selected antiepileptic drug (AED) is inappropriate for the individual patient's seizure type. In other instances, treatment with the initial AED is abandoned because the drug was prescribed at subtherapeutic doses that did not achieve the desired effect or at excessively high initial doses that resulted in intolerable adverse reactions.[8,9]

It has been estimated that in ~30% of patients, seizure control is incomplete or achieved only at the cost of adverse events (AEs).[10,11] Of the older AEDs, carbamazepine and valproate both carry a risk of hepatic toxicity and have been associated with fetal anomalies.[12] Carbamazepine and phenytoin provoke hypersensitivity reactions in a substantial number of patients, and phenytoin is associated with chronic AEs.[12,13] Allergic skin reactions occur in 10% to 12% of patients taking the newer AEDs lamotrigine and oxcarbazepine.[14,15] Rare cases of life-threatening rashes have been observed in patients treated with lamotrigine.[16–18] Furthermore, although some degree of central nervous system (CNS) side effects is common to virtually all anticonvulsant drugs, topiramate is associated with unique word-finding difficulties (difficulty retrieving words despite comprehension of their meaning) in up to 30% of patients.[19] Psychiatric symptoms have been associated with topiramate, levetiracetam, gabapentin, and zonisamide.[20–22]

Gabapentin has been prescribed for >8 million patients since 1998.[23] It is indicated as an add-on medication for the treatment of patients aged >12 years with partial and secondary generalized tonic-clonic seizures and for children aged 3 to 12 years with partial seizures. It has been approved for monotherapy in adults in

1383

Pfizer_JSu_0018731

CLINICAL THERAPEUTICS®

38 countries outside the United States. Gabapentin is considered safe and toler-able with a favorable pharmacokinetic profile and a broad therapeutic index, but questions about its efficacy persist. In part, the perception of limited efficacy arose from the response of patients with refractory seizures who were included in the clinical trials that led to the US Food and Drug Administration's approval of gabapentin in 1993. In the 3 pivotal trials that led to this approval as adjunctive therapy for partial epilepsy, the highest dosage of gabapentin was 1800 mg/d.[24] This resulted in a responder rate (defined as patients with ≥50% reduction in seizure frequency) of 26% versus 8% in the placebo groups.[24] Dosages ≤3600 mg/d are described by the manufacturer as tolerable, but the efficacy of higher doses within this range was not tested in the pivotal trials (Table I).[24–27] The 1800-mg/d dosage is used by most physicians.[24–27] In more recently published studies and in clinical practice, dosages ≤4800 mg/d have been used (see Table II).[27–38]

Because wide variations in doses and regimens have been reported in the liter-ature, it has been difficult for clinicians to rationally determine the appropriate dose and regimen when prescribing gabapentin. In the absence of evidence from prospectively designed and executed clinical dose-ranging trials to define dosing and titration regimens, clinicians may be uncertain how to proceed and must look

Table I. Pivotal studies of gabapentin for the treatment of epilepsy.

| Study | No. of Patients | Response Rate,* % |
|---|---|---|
| US Gabapentin Study Group No. 5[24] | | |
| Gabapentin | | |
| 600 mg/d | 49 | 18.4 |
| 1200 mg/d | 91 | 17.6 |
| 1800 mg/d | 53 | 26.4 |
| Placebo | 95 | 8.4 |
| International Gabapentin Study Group[25] | | |
| Gabapentin | | |
| 900 mg/d | 90 | 22.9 |
| 1200 mg/d | 45 | 28.0 |
| Placebo | 90 | 10.1 |
| UK Gabapentin Study Group[26] | | |
| Gabapentin 1200 mg/d | 61 | 25.0 |
| Placebo | 66 | 9.8 |
| Appleton et al[27]† | | |
| Gabapentin 24 to 70 mg/kg daily | 237 | 34.0 |

*Patients with ≥50% reduction in seizure frequency.
†Pediatric study (patients aged 3 to 12 years).

1384

Confidential                                                                                  Pfizer_JSu_0018732

M.J. McLean and B.E. Gidal

Table II.  Clinical trial initiation and titration schedules for gabapentin for the treatment of epilepsy.

| Study | No. of Patients | Starting Dosage | Initiation Schedule | Titration Schedule | Study Length |
|---|---|---|---|---|---|
| Adjunctive gabapentin therapy | | | | | |
| Baulac et al[34] | 610 | 600 mg/d | 1200 mg/d over 3 d, followed by further titration on an individual basis | 900 to 2400 mg/d, not fixed | 6 mo |
| Neurontin Evaluation of Outcomes in Neurological Practice[28] | 141 | 400 mg | 400 to 1200 mg over 2 wk, followed by further titration on an individual basis | ≤2400 mg/d, not fixed | 20 wk |
| Fisher et al[33] | 574 | 300 or 900 mg/d | 900 mg/d over 3 d vs initiation at 900 mg/d | 900 mg/d, fixed dose | 5 d |
| McLean et al[38] and Morrell[37] | 2216 | 300 mg/d | 900 mg/d over 3 d, then sequentially increased to 1800, 2400, and 3600 mg/d | ≤3600 mg/d, not fixed | 16 wk |
| Appleton et al[27]* | 237 | 24 to 35 mg/kg daily | Titrated upward over 3 d to ≤70 mg/kg daily | Dose achieved during titration | 6 mo |
| Conversion from polytherapy to gabapentin monotherapy | | | | | |
| Beydoun et al[29,30] | 45 | Not reported | Individual basis | 3000 to 4800 mg/d | 26 wk |
| Crockatt et al[32] | 30 | Not reported | Rapid titration to 3600 mg/d; then up to 4800 mg/d within 24 h | 3600 to 4800 mg/d | 26 wk |
| Monotherapy | | | | | |
| Bergey et al[31] | 82 | 300 or 3600 mg/d | No titration | 300 or 3600 mg/d, fixed doses | 8 d |
| Chadwick et al[35] | 292 | 300, 900, or 1800 mg/d | Titrated upward over 7 d to target dose | 300, 900, or 1800 mg/d | 24 wk |
| Brodie et al[36] | 309 | 600 mg/d | Doses increased by fixed schedule | 1200 to 3600 mg/d | 30 wk |

*Pediatric study (patients aged 3 to 12 years).

1385

Confidential

to the published literature for clinically pragmatic dosing regimens to optimize therapy. In this review, we interpreted various levels of clinical information to guide decision making. Confidence in this approach is supported by the favorable safety profile of gabapentin. In addition, failure to account for interindividual variability in absorption confounded the dose response seen in some controlled studies. The highest doses employed in the pivotal trials were associated with greater antiseizure efficacy (statistical significance not assessed; Table I[24–27]; Figure 1[24–26,39]), usually without dose-dependent side effects. Results of more recent studies, which will be the focus of this review, indicate that gabapentin efficacy increases progressively at dosages ≤4800 mg/d without dose-limiting side effects in most cases.[28–32,37,40] If clinicians prescribe gabapentin at the doses used in the early clinical trials, their patients may be receiving doses that are too low or they may be following titration regimens that are too slow, either of which may lead to suboptimal efficacy and may result in patient dissatisfaction. In either case, a trial of gabapentin may be terminated prematurely because the properties



Figure 1.   Response rate in epilepsy patients receiving gabapentin titrated to effect. Expressed as a difference from placebo by dosage and study. (Adapted from product information.[39])

1386

Confidential

of the drug have not been taken into consideration in designing the therapeutic regimen.

In later studies, dosages ≤4800 mg/d have been used and may have compensated for variable absorption among individuals, but the results do not inform practitioners about optimizing therapy on an individual basis.[28-32,37,40]

The rule of thumb for older AEDs was to increase the dose to the point of efficacy or intolerability. The same rule should apply to gabapentin. However, absorption of gabapentin varies widely between patients.[41] One patient may require a large dose divided into multiple daily administrations to overcome limited uptake and achieve the desired efficacy, whereas another patient may absorb the drug well so that a low or moderate dose may provide complete seizure control. Gabapentin's favorable safety profile and tolerability afford clinicians the ability to explore a wide range of doses to optimize dosing on an individual basis.

However, a MEDLINE search using the search terms *gabapentin* and *epilepsy*, spanning back to 1986, produced numerous published reports from randomized, placebo-controlled and open-label trials, as well as case reports. The present article reviews the studies of gabapentin that explored different titration and dosing schedules, and summarizes information from placebo-controlled trials, Phase IV trials, and clinical case reports with the goals of establishing criteria for the following purposes: (1) devising a regimen that maximizes antiseizure efficacy without compromising tolerability; and (2) performing an adequate trial of gabapentin therapy in patients with uncontrolled epilepsy.[28-32,37,40]

## GABAPENTIN PHARMACOKINETIC CHARACTERISTICS

Gabapentin is rapidly absorbed, is excreted unchanged in the urine, and has an elimination half-life ranging from 4 to 22 hours[42] in patients with normal renal function. A TID regimen has been recommended,[41,43] but in patients in whom the drug has a long half-life, BID administration may be sufficient. Unfortunately, prior to treatment, it is not possible to determine in which patients the drug will have a long half-life. In selected cases, it may be possible to start BID dosing and advance to TID dosing as necessary.[10] In previous studies, apparent oral clearance of gabapentin decreased as age increased, ranging from ~225 mL/min in those aged <30 years to ~125 mL/min in those aged >70 years. This decline in gabapentin clearance may be explained by the age-related physiologic decline in renal function.

Gabapentin pharmacokinetics were determined in 48 healthy pediatric subjects aged 1 month to 12 years after administration of a single dose of ~10 mg/kg.[44] Peak plasma concentrations were similar across the entire age group and occurred 2 to 3 hours postadministration. In general, pediatric subjects aged >1 month and <5 years achieved ~30% lower exposure than that observed in those aged ≥5 years. However, in renally compromised patients, the half-life may be substantially longer. Reduction of gabapentin dose may be required in patients who have age-

1387

related compromised renal function. At larger daily doses, individualizing the dosage by increasing the frequency of administration may improve the oral bioavailability of gabapentin. However, this may result in poor patient compliance.[10,41] Several formulations of gabapentin are available and all are bioequivalent.

Gabapentin has some favorable pharmacokinetic features. In some patients, oral absorption is not altered by eating. However, when administered in conjunction with a high-protein meal, oral bioavailability may be enhanced in some patients.[37,45,46] Because gabapentin is not bound to plasma proteins, there is no competition with other highly protein-bound medications, such as phenytoin.[43,47] Also, the absence of hepatic metabolism or induction/inhibition of hepatic drug-metabolizing enzyme systems (cytochrome P450) or uridinediphosphoglucuronyl transferase isozymes by gabapentin eliminates interactions with other hepatically cleared medications, such as older AEDs.[48,49]

However, interindividual variability in absorption[50] and dose-dependent absorption[41] have resulted in confusion about how to titrate gabapentin. The average bioavailability of the usual doses of gabapentin varies greatly between patients, resulting in substantial variation in plasma concentrations. Monitoring plasma concentrations occasionally may help when titrating the dose in individuals with differing absorptive capacities. As with other AEDs, 1 or 2 measurements of plasma levels may help document therapeutic serum levels. Also, documenting the high levels that are ineffective could be helpful in deciding when to discontinue gabapentin therapy.[10,50]

Gabapentin displays dose-dependent absorption by which systemic bioavailability decreases with increasing doses. The mechanism behind this process seems to be the result of a saturable transport system (system L).[51] In clinical trials, plasma concentrations increased with ascending doses, but not in a linear manner.[10,29,31,43] In contrast, Wilson et al[52] detected linear plasma concentration changes as doses were increased from 1200 to 6000 mg. Similarly, Beydoun et al[29,30] found that higher gabapentin doses (2400–4800 mg) resulted in higher average plasma levels. One possible reason for these observations is that the bioavailability and saturability of the transport system exhibit substantial interindividual variability. This could explain why there is no currently recognized maximum daily dosage of gabapentin, because doses as high as 4800 mg are being studied.[30,41,47] Far less intraindividual variability exists. Based on both the predicted and clinical data, gabapentin bioavailability may be expected to increase by only 3% to 14% in the average patient taking 3600 mg/d.[41] On average, a 33% increase in the dosage of gabapentin yielded only ~15% additional systemically available drug.

### The Role of Therapeutic Monitoring

There have been no systematic concentration-controlled studies reported for gabapentin. Based on anecdotal observations, gabapentin has been conservatively

1388

suggested to have a therapeutic serum concentration range of ~2 to 20 µg/mL.[38] At this time, no upper limit on serum concentration has been identified systematically, and no therapeutic ceiling on dose has been established. In one case report,[53] the daughter of a study patient ingested 49 g of gabapentin in an unsuccessful suicide attempt. This patient was somnolent at a serum gabapentin concentration of 62 µg/mL and left the hospital without sequelae after her gabapentin concentration declined to 18 µg/mL. In another report,[54] a patient with chronic renal failure and seizures was treated with gabapentin 600 mg TID. Her blood level reached 85 µg/mL, and she exhibited mild tremors and mild changes in cognition. Her dose was reduced to 600 mg after each dialysis session and symptoms improved.

As with any AED, gabapentin should be titrated according to effect rather than to a specific serum concentration. No end-organ toxicities or long-term serious AEs have been noted, even at very high concentrations.

### Gabapentin Initiated Early in the Course of Disease

As with other AEDs, the response to gabapentin appeared to be best in patients with a shorter duration of epilepsy.[34,55] Add-on therapy with gabapentin at ≤2400 mg/d reduced seizure frequency by 21.2% among 610 patients with uncontrolled partial epilepsy.[34] A subgroup of 79 patients with less severe disease (those who remained seizure free throughout the final evaluation period) experienced a 40.7% reduction in seizure frequency. In an earlier study by Ojemann et al,[55] disease duration ranged from 3 to 31 years (mean, 14 years) in responding patients and 10 to 35 years (mean, 21 years) in nonresponders, where response was defined as a ≥50% reduction in seizure frequency.

A retrospective analysis[56] suggested an inverse correlation between the number of AEDs failed previously (a reflection of the degree of resistance to treatment) and the response to gabapentin. Similarly, a study of conversion to gabapentin monotherapy[29] recorded a high success rate in patients who had previously received monotherapy or who had been withdrawn from only 1 drug. A response rate of 71% was reported in the NEON trial[28] after 20 weeks of therapy; 84% of participants received gabapentin as their second AED (first-line adjunctive therapy). A similar response rate was observed at 12 months of follow-up; 69% of patients experienced a ≥50% reduction in seizures and 51% of patients were seizure free. These findings suggest that the benefits of gabapentin may be greatest in patients with shorter duration of disease and in those with less refractory disease. Thus, the best result can be expected when gabapentin is employed early.

### Rapid Initiation of Gabapentin

AEDs must be initiated at low doses and titrated slowly to minimize the possibility of adverse effects and organ toxicity. For example, studies showed that

Confidential

Pfizer_JSu_0018737

CLINICAL THERAPEUTICS®

rapid titration of lamotrigine is associated with an increased risk of serious rash, which may necessitate discontinuation of treatment to avoid life-threatening situations.[13,57] An increased incidence of therapy-limiting CNS effects has also been attributed to rapid titration of topiramate and levetiracetam.[20,58] Biton et al[59] recently reported that the standard topiramate titration schedule, in which the starting dosage of 100 mg/d was increased by 100 to 200 mg/d at weekly intervals, resulted in a doubling in the frequency of interruption or discontinuation of therapy, compared with more gradual initiation of the drug. Levetiracetam may cause excessive sedation when initiated too quickly.[20]

In contrast, in the studies reviewed here, gabapentin was initiated at tolerable, effective dosages (range, 300 to 3600 mg/d) and titrated rapidly (range, 1 to 14 days) to maximize efficacy. The range of starting doses and titration schedules for gabapentin used in these studies is presented in Table II.[27–38]

Fisher et al[33] compared initiation of gabapentin at 900 mg/d with a more gradual regimen in which the 300-mg/d starting dosage was titrated in 300-mg/d increments up to 900 mg/d over the course of 3 days. The study included 574 randomized patients with partial seizures. No significant differences between the 2 treatment arms were detected in the incidence of fatigue, ataxia, or somnolence, either on the first day of active medication or over the 5-day course of the study (Table III). Although a higher proportion of the fast-titration group experienced dizziness (10.5% vs 6.4% of the slow-titration group) on day 1, dizziness was more common in the slow-titration group than the fast-titration group during the

**Table III.** Incidence rates of adverse events assessed for tolerability in the use of gabapentin to treat epilepsy. Results were compared between slow-titration (slow [900 mg/d reached over 3 days; median age, 36 years]) and fast-titration (fast [900 mg/d beginning on day 1; median age, 35.5 years]) groups.[33]

| | Incidence During Titration, % | | | | Incidence During Active Medication on Days 1 to 5, % | |
|---|---|---|---|---|---|---|
| | Day 1 | | Days 1 to 3 | | | |
| Adverse Event | Slow (n = 280) | Fast (n = 294) | Slow (n = 280) | Fast (n = 294) | Slow (n = 280) | Fast (n = 294) |
| Ataxia | 0.7 | 1.4 | 2.5 | 1.4 | 3.3 | 3.1 |
| Dizziness* | 6.4 | 10.5 | 15.2 | 10.5 | 16.3 | 19.1 |
| Fatigue | 3.2 | 4.1 | 6.2 | 4.1 | 6.9 | 7.5 |
| Somnolence | 4.6 | 5.4 | 7.9 | 5.4 | 9.8 | 10.6 |

*Differences between the slow and fast treatment arms were significant for dizziness only, during all treatment periods (95% CI, −0.77 to 9.00; the groups were considered comparable if the 95% CI was between −7.5 and 7.5).

1390

Pfizer_JSu_0018738

M.J. McLean and B.E. Gidal

first 3 days of treatment (15.2% vs 10.5%). Overall, the difference in dizziness was significant (95% CI, −0.77 to 9.00; the groups were considered comparable if the 95% CI was between −7.5 and 7.5). Eight of 9 patients who dropped out because of AEs had been randomized to the slow-titration group. Comparable incidences of all 4 AEs were noted with both titration regimens among adolescents and patients aged >60 years (Table III). There were no withdrawals due to AEs from these 2 age groups in the fast-titration group.

The feasibility of starting gabapentin therapy at high doses is particularly evident in acute situations, as was illustrated in a multicenter, randomized, double-blind trial[31] comparing 3600-mg/d and 300-mg/d dosages started on the first day of treatment and continued for 8 days in 82 patients with refractory partial epilepsy. These patients were hospitalized for epilepsy surgery evaluations, and their other AEDs were discontinued 3 days before starting gabapentin. Twenty-eight percent of patients receiving high doses and 5% of those receiving low doses were seizure free throughout the 8-day study period. On average, patients assigned to high-dose gabapentin remained in the study nearly twice as long as did those in the low-dose groups (mean exit time, 6.3 and 3.5 days, respectively; $P < 0.001$). The principal reason for exit from the initial double-blind phase was the occurrence of 4 seizures, a criterion for exclusion. This occurred in 69% of patients in the 300-mg/d group and in 43% of those in the 3600-mg/d group.

Although AEs occurred in a higher proportion of patients treated with gabapentin 3600 mg/d (73% vs 52% of those receiving the lower dose), 95% of these events were mild to moderate in intensity. Moreover, the duration of AEs was shorter in the high-dose arm than in the low-dose arm (median duration, 28 and 39 hours, respectively). In both study groups, the median time elapsing before the onset of AEs was ~17 hours. The AEs most likely to have been dose related were dizziness, ataxia, somnolence, nystagmus, dysarthria, myalgia, and tremor. AEs led to dose reduction in 1 patient in each treatment arm, but there were no withdrawals due to AEs. This trial suggests that gabapentin 3600 mg/d, started on the first treatment day, may be tolerable and safe in some settings. The safety and tolerability of escalating gabapentin to dosages as high as 3600 to 4800 mg/d in adult patients with refractory complex partial or secondarily generalized partial seizures were demonstrated in a 26-week, open-label trial involving 30 patients.[32] In this study, gabapentin was rapidly titrated to 3600 mg/d, with adjustment up to 4800 mg/d permitted after 24 hours. Of these 30 highly refractory patients, 11 (37%) continued on gabapentin monotherapy, 15 (50%) discontinued monotherapy for lack of efficacy, 2 (7%) withdrew for administrative reasons, and 2 (7%) withdrew because of AEs. These preliminary findings suggest that monotherapy can be achieved safely and rapidly with high doses of gabapentin in patients with refractory partial seizures. Further study is required to assess the long-term efficacy of gabapentin monotherapy.

1391

Pfizer_JSu_0018739

CLINICAL THERAPEUTICS®

An open-label study[34] designed to mimic office practice explored the tolerability and flexibility of dosing gabapentin as an add-on drug. There were 610 participants, all of whom had uncontrolled partial epilepsy. They were rapidly titrated to gabapentin 1200 mg/d by day 3. During subsequent visits, the protocol permitted adjustments to as high as 2400 mg/d or as low as 900 mg/d. After a 6-month follow-up period, 62% of patients continued on gabapentin at a mean dosage of 1739 mg/d. Nearly 70% of patients were receiving >1200 mg/d, with almost one quarter taking >2000 mg/d. The most common adverse effects (somnolence, asthenia, weight gain, ataxia, and vertigo) were usually transient, with a mean onset of 7 days after treatment initiation, and typically subsided within 7 weeks. The proportion of patients experiencing AEs, the mean number of AEs, and the incidence of specific types of AEs were all comparable, whether the gabapentin dosage was <1200 mg/d, between 1200 and <1600 mg/d, between 1600 and <2000 mg/d, or ≥2000 mg/d (Table IV[34]). Approximately 10% of patients withdrew from the study because of AEs.

Overall, the results of these studies underscored the safety and tolerability of high initial doses of gabapentin with subsequent titration. No severe effects were observed when gabapentin therapy was initiated in dosages as high as 3600 mg/d on the first study day in an inpatient setting. In addition, direct comparison indicated that initiation at 900 mg/d was as well tolerated as titration from 300 to 900 mg/d over 3 days. Moreover, elderly patients appear to tolerate high starting dosages, as do younger patients.[33,35] Studies of gabapentin in the treatment of peripheral diabetic neuropathy and postherpetic neuralgia demonstrated its safety at high doses in older patients.[60,61] In a controlled, randomized, double-blind

Table IV.  Incidence (%) of the most commonly reported adverse events by daily dose in a trial of gabapentin to treat epilepsy (n = 610).[34]

| | Dose, mg | | | |
|---|---|---|---|---|
| | <1200 | ≥1200 to <1600 | ≥1600 to <2000 | ≥2000 |
| Patients with adverse events | 64 | 65 | 66 | 53 |
| Somnolence | 31 | 23 | 29 | 22 |
| Asthenia | 8 | 10 | 17 | 14 |
| Weight gain | 8 | 6 | 10 | 15 |
| Ataxia | 7 | – | – | – |
| Vertigo | 5 | 10 | 5 | 6 |
| Thinking abnormality | 3 | – | – | – |
| Headache | – | 7 | 7 | 5 |
| Nausea | – | – | 6 | 8 |

Confidential

Pfizer_JSu_0018740

trial,[60] 84 patients (mean [SD] age, 53 [10.5] years) received a starting dosage of 900 mg/d of gabapentin over 3 days and were titrated within 4 weeks to up to 3600 mg/d. Sixty-seven percent of patients achieved the 3600-mg/d dosage. Eight percent discontinued therapy because of side effects versus 6% of those taking placebo. Most of the AEs seen in the gabapentin-treated group were mild to moderate. In a multicenter, randomized, placebo-controlled, dose-ranging study of the efficacy of gabapentin in the treatment of postherpetic neuralgia, Rowbotham et al[61] observed a similar incidence of CNS-associated adverse effects in the older and younger patients in the study (median age, 73 years; range, 40 to 90 years). No serious adverse effects were noted in the gabapentin-treated group. Sixty-seven percent of the patients achieved a maximum dosage of 3600 mg/d. A total of 18.6% of patients taking gabapentin discontinued therapy because of AEs, compared with 12.1% taking placebo.

Although some patients aged >60 years appear to tolerate high initial gabapentin doses as well as younger patients, it may be prudent to begin with a dosage of 300 mg/d and increase stepwise as tolerated in some frail elderly patients and in patients who have exhibited sensitivity to low doses of other AEDs.[62] AEs related to the initiation of gabapentin therapy are transient and mainly restricted to the titration phase.

## MAINTENANCE DOSES

The chief issues to be addressed in determining the optimal maintenance dose for an individual patient are whether seizure control is satisfactorily improved and whether side effects are tolerable or absent. Supporting evidence from the literature provides a strong argument for titrating gabapentin through a wide range of doses to optimize the efficacy of treatment on an individual basis.[62]

Although not statistically significant, a trend toward increasing efficacy with increasing doses of gabapentin was reported by US Gabapentin Study Group No. 5,[24] which observed greater improvements in response ratio, percent change in seizure frequency, and responder rate with 1800 mg/d than with 1200 or 600 mg/d. During the long-term, open-label extension of this study, gabapentin dosages as high as 2400 mg/d were associated with further improvements in efficacy and enhanced responder rates of ≥35%.[63] Likewise, the multicenter, double-blind, placebo-controlled International Gabapentin Study Group trial[25] suggested a dose-response relationship for gabapentin (although not statistically significant), with response rates tending to be higher at 1200 mg/d than at 900 mg/d, particularly in patients whose partial seizures did not secondarily generalize.

Based on anecdotal observations, gabapentin has been conservatively estimated to have a therapeutic plasma range of 2 to 20 µg/mL, which translates to a therapeutic index of 10.[62] The top of the therapeutic range may be higher, but it is probably <60 µg/mL. As previously noted, an unsuccessful suicide attempt by the

1393

CLINICAL THERAPEUTICS®

daughter of a study patient who took 49 g of her father's gabapentin resulted in somnolence, and the woman later left the hospital without sequelae.[53] Verma et al[54] reported the case of an individual with cognitive and motor side effects with a plasma gabapentin level of 85 µg/mL; AEs reversed without sequelae after the dose was lowered. The occurrence of AEs in this case suggests that 85 µg/mL is a supramaximal level that would not be therapeutically useful for the vast majority of patients. It has been difficult to determine the maximum tolerated dose of gabapentin.[62] There are accumulating data and clinical experience to suggest the safety and efficacy of dosages as high as 3600 to 4800 mg/d; further clinical trials at these levels are warranted to confirm these clinical observations. In clinical practice, dosages of >7200 mg/d have been safely prescribed, although such high doses are rarely needed.[62]

### Efficacy in Phase IV Studies

Phase IV studies have shown increasing efficacy of gabapentin with increasing doses and tolerability of dosages up to 3600 mg/d.[28,34,37] There was a tendency for side effects to disappear with time.[34] There were no life-threatening events in these studies, which involved nearly 3000 patients.[28,34,37]

The Study of Titration to Effect Profile of Safety (STEPS) trial[37] demonstrated the importance of titrating gabapentin dose to effect. A total of 2216 patients were enrolled in the study, and 1055 patients (48%) completed it. This was a prospective, 16-week, open-label, multicenter study that analyzed the efficacy of gabapentin as adjunctive therapy. All STEPS participants had partial seizures, with or without secondary generalization, that were inadequately controlled with 1 or 2 standard anticonvulsant drugs. Add-on treatment with gabapentin started at 300 mg/d, with the dosage increased in 300-mg/d increments over a 3-day period. If seizures were not controlled within 1 week, the dosage was titrated up to 1800 mg/d by 300-mg/d increments. Dosages could be further titrated to a maximum of 3600 mg/d if warranted, or they could be reduced if adverse effects developed. This study was designed to mimic the dosing practices and patient population seen in a real-world environment. At the end of the study, 482 patients (46%) were being treated with gabapentin >1800 mg/d, and the remaining 573 patients were receiving ≤1800 mg/d. Forty-six percent of evaluable patients were seizure free and 76% had responded with a ≥50% reduction in seizure frequency in the last 8 weeks of the study. Gabapentin therapy reduced the frequency of seizures by a mean of 61%. The cumulative proportions of responders and of seizure-free patients increased as dose increased (Figure 2[37]). As shown in Figure 2, increasing efficacy did not plateau with increasing doses. Raising the gabapentin dosage from ≤1800 mg/d to ≤3600 mg/d increased the responder rate from 44.9% to 76.0% and increased the proportion of seizure-free patients from 33.4% to 46.4%.[37]

1394