M.J. McLean and B.E. Gidal





Figure 2. (A) Cumulative responder rates and (B) cumulative proportions of epilepsy patients who were seizure free at the end of the Study of Titration to Effect Profile of Safety trial,[37] as gabapentin dosage increased (administered TID).

1395

Confidential


Clinical Therapeutics®

### Safety and Tolerability of Add-on Therapy

The favorable safety profile and tolerability of gabapentin give it substantial advantages as adjunctive therapy. Specific hematologic, biochemical, or life-threatening organ toxicities have not been attributed to gabapentin.[62] Rash is uncommon with this agent. Moreover, gabapentin had little impact on cognitive function as assessed by formal psychometric testing.[64] In one study,[65] patients taking gabapentin exhibited better sustained attention, concentration, memory, and language performance than did patients receiving topiramate. The side effects most commonly seen with gabapentin are CNS related, but these are typically mild to moderate in severity, last for ~2 to 3 weeks after initiation of treatment, and are not dose dependent.[10,24,34,47,62] An association between weight gain and gabapentin use has been established, both during monotherapy and in combination with other AEDs. For the majority of patients, weight gain starts after 2 months of therapy and stabilizes after 6 to 9 months, with mean weight gains of 5 to 7 kg. Weight gain occurs more often in patients with higher dosages (>1800 mg/d).[34,66,67] In addition, there have been reports of leg edema.[39] At times, behavioral adverse effects with gabapentin therapy (eg, aggression, anger, and oppositional behavior) have been noted in mentally retarded patients.[39] This may represent an intensification of pretreatment behavior, particularly in children with attention deficit and hyperactivity disorder.[68,69]

Preliminary tolerability results of a study of the long-term use of gabapentin 2100 to 4800 mg/d (mean, 4000 mg/d)[40] demonstrated that over the mean treatment duration of 10 months (range, 5 to 15 months), no major AEs—including hematologic or hepatic abnormalities—were documented. Minor adverse effects were uncommon and transient. The most frequent AEs were weight gain >7% relative to baseline (in 5 patients) and mild headache (in 5 patients). The main conclusion of this study was that even at dosages as high as 4800 mg/d, the CNS side effects of gabapentin are minimal.

Tolerability analysis data from the STEPS trial[38] suggest that tolerability was not sacrificed when the gabapentin dose was increased to maximize seizure control. Of the 2216 patients who originally entered the trial, 236 (11%) dropped out because of AEs. Seventeen percent (208/1228) of patients whose highest dosage was ≤1800 mg/d and 3% (28/988) of patients whose maximum dosage was >1800 mg/d withdrew because of AEs. AEs led to premature discontinuation in only 1% of patients receiving >2400 mg/d and in no patients treated with ≥3600 mg/d. Frequencies of the most common AEs according to dose level at onset are summarized in Table V.[38]

Patients served as their own controls in the STEPS tolerability assessment,[38] which was performed in 281 compliant patients who had sufficiently long exposure to dosages below and above 1800 mg/d to permit comparison. Dosages <1800 mg/d were associated with higher rates of asthenia (3.3% vs 0.4%;

Confidential                                                                                                                                   Pfizer_JSu_0018744

M.J. McLean and B.E. Gidal

Table V. Incidence (%) of the most commonly reported adverse events by dosage at onset in a trial of gabapentin to treat epilepsy.[38]

| Adverse Event | Overall (n = 2216) | ≤1800 mg/d (n = 2216) | 1800 to ≤2400 mg/d (n = 781) | >2400 to <3600 mg/d (n = 719) | ≥3600 mg/d (n = 12) |
|---|---|---|---|---|---|
| Somnolence | 15.2 | 12.9 | 1.8 | 5.1 | 8.3 |
| Dizziness | 10.9 | 10.1 | 1.2 | 1.1 | 16.7 |
| Asthenia | 6.0 | 5.0 | 0.8 | 2.1 | 8.3 |
| Headache | 4.8 | 4.3 | 0.3 | 1.3 | 0.0 |
| Nausea | 3.2 | 2.6 | 0.3 | 1.4 | 0.0 |
| Ataxia | 2.6 | 2.3 | 0.1 | 0.6 | 8.3 |
| Weight gain | 2.6 | 2.2 | 0.6 | 0.6 | 0.0 |
| Amblyopia | 2.1 | 1.9 | 0.3 | 0.4 | 0.0 |

$P = 0.01$), dizziness (6.2% vs 0%; $P < 0.001$), headache (2.2% vs 0%; $P = 0.014$), and somnolence (5.4% vs 3.6%; $P = NS$). Only somnolence occurred de novo at dosages >1800 mg/d at a rate approaching that for dosages <1800 mg/d. Likewise, comparison of dosages ≤1800 mg/d versus dosages of 1800 to 2400 mg/d indicated that the lower dosages were more apt to cause asthenia (4.1% vs 0%; $P = 0.014$), headache (2.7% vs 0%; $P = 0.046$), and dizziness (5.5% vs 0%; $P = 0.005$). Similar results emerged from the comparison of dosages ≤1800 mg/d with dosages of >2400 to 3600 mg/d, where significantly more patients reported dizziness during treatment with the lower dosages (5.8% vs 0.6%; $P = 0.007$).

These results demonstrate that for patients able to tolerate low dosages (>1800 to 3600 mg/d) of gabapentin, AEs were not dose dependent and appeared de novo infrequently at higher dosages (>3600 mg/d). Therefore, patients who can tolerate lower dosages of gabapentin will likely tolerate higher dosages.

**Monotherapy Studies**

Gabapentin is approved as monotherapy for the treatment of epilepsy in 38 countries. Although gabapentin monotherapy has not been approved in the United States, monotherapy studies provide additional information on gabapentin's efficacy and tolerability. In a multicenter, double-blind, randomized, parallel-group study comparing gabapentin and lamotrigine monotherapy in newly diagnosed patients with partial and/or tonic-clonic seizures, Brodie et al[36] found no difference in efficacy or safety between the treatment groups. Patients were titrated to a gabapentin maintenance dosage of 1800 mg/d within 2 weeks. In the case of breakthrough seizures, dosages were titrated up to 3600 mg/d. In the gabapentin group, 88% of patients with partial seizures and 84% of patients

Confidential

Pfizer_JSu_0018745

CLINICAL THERAPEUTICS®

with generalized seizures remained in the study without experiencing an exit event, which was the primary end point of the study. Among gabapentin-treated patients who completed the study, 74.3% were taking 1800 mg/d and 3.7% reached a dosage of 3600 mg/d. By study end (30 weeks), 76% of patients receiving gabapentin (intent-to-treat analysis) remained seizure free during the last 12 weeks of treatment. Both groups tolerated therapy well, with the most common treatment-related AEs in either group being dizziness, asthenia, and headache.

Gabapentin was roughly equivalent to carbamazepine in patients with newly diagnosed seizures.[35] In this double-blind study of gabapentin and carbamazepine monotherapy, 292 patients were randomized to receive gabapentin 300, 900, or 1800 mg/d or carbamazepine 600 mg/d. Patients assigned to the gabapentin 900-mg/d and 1800-mg/d groups remained in the study significantly longer (40% remained at 6 months) than those treated with gabapentin 300 mg/d, which may have been subtherapeutic in this population. Higher proportions of carbamazepine-treated patients experienced AEs (84% vs 60% with gabapentin) and withdrew because of AEs (24% vs 4% with gabapentin 900 mg/d; 14% with gabapentin 1800 mg/d). AE rates were similar in the 900- and 1800-mg/d gabapentin treatment arms.

Conversion to gabapentin monotherapy was also the goal of a 26-week, multicenter, double-blind trial[29] involving 275 patients who had refractory complex partial or secondarily generalized seizures. Patients were randomized to receive gabapentin 600, 1200, or 2400 mg/d. Over the 10-week conversion period, 20% of patients were able to discontinue their prior anticonvulsant regimens, with the highest success rates seen in patients withdrawn from only 1 anticonvulsant drug and in patients who were not being withdrawn from carbamazepine. The incidence of early withdrawals consequent to AEs did not increase with increasing gabapentin dose. Similarly, the overall frequency of AEs was not dose related.

In another study, conversion to monotherapy with gabapentin 3000 to 4800 mg/d was successfully accomplished in 23 (51%) of 45 patients with long-standing refractory partial epilepsy.[29,30] In a subgroup of these patients with medically refractory partial epilepsy, higher dosages (mean daily gabapentin dose, 3900 mg; mean length of follow-up, 252 days) of gabapentin resulted in improved seizure control. Seizure frequency decreased by >50% in 30% of patients and by 26% to 50% in 17% of patients.[29,30] Dosages of ≥4800 mg/d were well tolerated. Side effects in this study were mild to moderate in intensity and were apparently unrelated to dose. Gabapentin monotherapy resulted in improvement in 48% of patients.

Bergey et al[31] found that an 8-day course of gabapentin monotherapy administered to closely monitored, hospitalized patients with refractory partial seizures at dosages as high as 3600 mg/d was well tolerated and more effective than 300 mg/d. Time to

M.J. McLean and B.E. Gidal

exit was significantly longer ($P < 0.001$) and completion rate was significantly higher (53% vs 17%; $P = 0.002$) for patients receiving gabapentin 3600 mg/d.

These studies of gabapentin monotherapy provide reassuring evidence of the favorable safety profile and tolerability of maintenance dosages as high as 4800 mg/d and also point to improved seizure control at these higher dosages. It is noteworthy that in the STEPS trial,[38] the incidence of AEs did not increase with higher gabapentin doses or longer duration of therapy. This indicates that fear of compromised tolerability need not be an obstacle to improving seizure control by escalating the gabapentin maintenance dose.

### Pediatric Administration

Pharmacologic management of epilepsy in children requires careful consideration, especially regarding safety. Several studies[27,70,71] have confirmed that children can be treated safely with gabapentin 23 to 78 mg/kg daily.

In the first of these studies,[70] 247 patients aged 3 to 12 years entered a 12-week, double-blind, placebo-controlled trial of gabapentin (25 to 35 mg/kg daily) as an add-on therapy for refractory partial seizures. The median frequency of seizures was reduced by 35% for complex partial seizures and by 28% for secondarily generalized seizures. Gabapentin was well tolerated in this study. The most frequent CNS-related AE was somnolence, with an incidence of 8% in the gabapentin group. Only 5% of gabapentin-treated patients withdrew from the study because of AEs. In a study by Korn-Merker et al[71] involving 52 children aged 1.8 to 17.5 years (mean, 11.1 years) with refractory partial seizure, gabapentin dosages ranging from 26 to 78 mg/kg daily were well tolerated in most study patients.

A more recent study[27] demonstrated that gabapentin dosages ≤70 mg/kg daily were both effective and well tolerated in children aged 3 to 12 years. This open-label, multicenter study examined gabapentin as add-on therapy for refractory partial seizures in 237 children over a 6-month period. All children received gabapentin 24 to 70 mg/kg daily. The overall responder rate was 34%, and only 13 patients (5%) withdrew during the 6-month period because of AEs.

### AN ADEQUATE TRIAL

In light of the confusion over optimal dosing, it is important to define clear-cut criteria for an adequate trial of gabapentin. Treatment should, of course, be tailored to the individual patient, taking into account the duration of disease, the number of anticonvulsant drugs the patient is currently taking without achieving seizure control, the patient's age and general health, and any history of sensitivity to other antiepileptic medications.

As with other AEDs, the dose of gabapentin should be titrated until seizures are effectively controlled or until the development of side effects precludes further dose escalation. In general, shorter titration periods for gabapentin are advisable

CLINICAL THERAPEUTICS®

because they allow therapeutic levels to be achieved more quickly, are simpler and more convenient for the patient, and may enhance patient compliance with therapy. Schedules for the titration of gabapentin are shown in Table VI.[33] Because gabapentin has a high therapeutic index, physicians may safely and confidently explore a wide range of doses.[62] The observed relationship between higher gabapentin doses and enhanced efficacy[24,28,37,63] provides a good rationale for performing an adequate trial, particularly because dose escalation does not compromise tolerability.[38] For some patients with newly diagnosed epilepsy receiving first-line gabapentin monotherapy, maintenance daily doses of 900 to 2700 mg should suffice, but higher daily doses (900–3600 mg), will probably be necessary in patients refractory to ≤3 prior AEDs, and daily doses of 2400 to ≥4800 mg in patients with a previous history of >3 AEDs[24,26,34,61,62] (Figure 3[28,37,62]).

For these reasons, 3600 mg/d represents a reasonable criterion for an adequate trial of gabapentin in adults, assuming that intolerable AEs do not develop and that an unacceptable frequency of seizures does not persist. It is important to stress that a therapeutic trial may not have to be discontinued prematurely because of AEs, because adverse reactions to gabapentin are usually limited to the titration period. Steady-state levels of gabapentin are generally reached within 48 hours of initiating a new dose of the drug, enabling physicians to determine fairly quickly whether a particular dose is sufficient to control seizures or whether it should be increased.[62] If a dose adjustment is required, it should depend on clinical response. Seizures that occur after steady state is attained are justification for incremental dose adjustments. Serum concentration can be used as a benchmark

Table VI. Titration schedule for gabapentin in the treatment of epilepsy. The effective dosage range is 900 to 3600 mg/d.*

| | Initiation[†] | | | |
| --- | --- | --- | --- | --- |
| Day 1 | Day 2 | Day 3 | Titration, Days 4+[‡] | Maintenance[§] |
| 300 mg/d (300 mg at night) | 600 mg/d (300 mg BID) | 900 mg/d (300 mg TID) | 900 to 3600 mg/d | 900 to 3600 mg/d |
| 900 mg/d[‖] (300 mg TID) | 900 mg/d (300 mg TID) | | | |

*600- and 800-mg tablets are available to simplify administration of higher doses.
[†]Initiate gabapentin at an effective starting dosage (900 mg/d) on day 1 or by day 3.
[‡]Titrate to achieve optimal efficacy.
[§]Individualize dosage to achieve maximum efficacy.
[‖]Fisher et al.[33]

1400

Confidential                                                                                                       Pfizer_JSu_0018748

M.J. McLean and B.E. Gidal



Figure 3. Potential approaches to effectively initiate, titrate, and achieve maintenance dosing of gabapentin for the treatment of epilepsy.[28,37,62] *In practice, anecdotally, some physicians advocate the use of a test dose to determine initial dose. AEDS = antiepileptic drugs.

to individualize and assess absorption in the course of titration. Ideally, it is preferable to titrate as rapidly as possible (range, 1 to 3 days), check serum concentration, and increase the dose or terminate therapy if concentrations reflect no change in absorption. In general, an adequate therapeutic trial of gabapentin can be performed in 1 to 2 months, if necessary, although complete seizure control may take longer to achieve.[72] High dosages (>3600 mg/d) may be more easily administered as 600- and 800-mg tablets. The combination of sufficient time and sufficiently high doses will increase the odds of achieving successful seizure control with gabapentin.

## DISCUSSION

The analysis of dosing regimens reported in this literature review demonstrates that gabapentin can be a potent AED when the dose is optimized on an individ-

1401

Confidential                                                                Pfizer_JSu_0018749

ual basis. Although the maxim *start low, go slow* is frequently prudent advice when initiating AED therapy, it is not always necessary. There are advantages to using higher starting dosages (up to 3600 mg/d) and rapid titration rates (1 to 3 days), if tolerable (Table II). These advantages include shortening the time required to reach the appropriate anticonvulsant dose for optimal control of seizures and avoiding delays that compromise compliance.[34]

The rule for dosing gabapentin is the same as for other AEDs: titrate to effect or until limited by unacceptable side effects. The difference with gabapentin is that there is high interpatient variability in absorption. The strategy proposed here, often requiring high doses and rapid titration, is necessary because the clinician does not know in advance how well the patient will absorb gabapentin. Many patients who require high doses of gabapentin do so because they absorb it poorly. High doses of gabapentin may be tolerable because most of the drug is excreted unabsorbed. There is no clear upper limit to the maximum tolerable dosage, with reports of patients receiving >4800 mg/d.

## CONCLUSIONS

Based on the evidence reviewed here, gabapentin therapy can be initiated at 900 mg/d over 3 days for adults. Published studies suggest maintenance dosages of 900 to 3600 mg/d will be efficacious for most adult patients. Children may be treated with gabapentin 23 to 78 mg/kg per day. However, to optimize efficacy, it is critical to individualize dosing of gabapentin. The art of dosing with gabapentin depends on optimizing the regimen for the individual and titrating to effect.

## ACKNOWLEDGMENTS

The authors wish to thank Fallon Medica (Red Bank, New Jersey) for assistance with the submission of this article.

Dr. McLean has received research support and consulting honoraria or served as a member of speakers' bureaus for Pfizer Inc (New York, New York), Novartis Pharmaceuticals Corporation (East Hanover, New Jersey), Xenoport (Santa Clara, California), and Shire Pharmaceuticals Group PLC (Hampshire, United Kingdom). Dr. Gidal has received consulting honoraria or research support from GlaxoSmithKline (Research Triangle Park, North Carolina), UCB–Pharma (Brussels, Belgium), Xenoport, and IVAX Corporation (Newport, Kentucky).

## REFERENCES

1. Hauser WA, Hesdorffer DC. Epilepsy: Frequency, causes and consequences. New York: Demos; 1990:89–95.
2. Health-related quality of life among persons with epilepsy—Texas, 1998. *MMWR Morb Mortal Wkly Rep.* 2001;50:24–26, 35.

3. Collings JA. Psychosocial well-being and epilepsy: An empirical study. *Epilepsia*. 1990;31:418–426.
4. Baker GA, Camfield C, Camfield P, et al. Commission on Outcome Measurement in Epilepsy, 1994–1997: Final report. *Epilepsia*. 1998;39:213–231.
5. Leidy NA, Elixhauser A, Vickrey B, et al. Seizure frequency and the health-related quality of life of adults with epilepsy. *Neurology*. 1999;53:162–166.
6. Vickrey BG, Berg AT, Sperling MR, et al. Relationships between seizure severity and health-related quality of life in refractory localization-related epilepsy. *Epilepsia*. 2000;41:760–764.
7. Begley CE, Famulari M, Annegers JF, et al. The cost of epilepsy in the United States: An estimate from population-based clinical and survey data. *Epilepsia*. 2000;41:342–351.
8. Mattson RH, Cramer JA, Collins JF, et al. Comparison of carbamazepine, phenobarbital, phenytoin, and primidone in partial and secondarily generalized tonic-clonic seizures. *N Engl J Med*. 1985;313:145–151.
9. Feely M. Fortnightly review: Drug treatment of epilepsy. *BMJ*. 1999;318:106–109.
10. Beydoun A, Uthman BM, Sackellares JC. Gabapentin: Pharmacokinetics, efficacy, and safety. *Clin Neuropharmacol*. 1995;18:469–481.
11. Kwan P, Brodie MJ. Early identification of refractory epilepsy. *N Engl J Med*. 2000;342:314–319.
12. Swann AC. Major system toxicities and side effects of anticonvulsants. *J Clin Psychiatry*. 2001;62(Suppl 14):16–21.
13. Steiner TJ, Dellaportas CI, Findley LJ, et al. Lamotrigine monotherapy in newly diagnosed untreated epilepsy: A double-blind comparison with phenytoin. *Epilepsia*. 1999;40:601–607.
14. Sabers A, Gram L. Newer anticonvulsants: Comparative review of drug interactions and adverse effects. *Drugs*. 2000;60:23–33.
15. Messenheimer JA. Lamotrigine. *Epilepsia*. 1995;36(Suppl 2):S87–S94.
16. Messenheimer J, Mullens EL, Giorgi L, Young F. Safety review of adult clinical trial experience with lamotrigine. *Drug Saf*. 1998;18:281–296.
17. Schlienger RG, Shapiro LE, Shear NH. Lamotrigine-induced severe cutaneous adverse reactions. *Epilepsia*. 1998;39(Suppl 7):S22–S26.
18. Dam M, Ekberg R, Loyning Y, et al. A double-blind study comparing oxcarbazepine and carbamazepine in patients with newly diagnosed, previously untreated epilepsy. *Epilepsy Res*. 1989;3:70–76.
19. Wong IC, Lhatoo SD. Adverse reactions to new anticonvulsant drugs. *Drug Saf*. 2000;23:35–56.
20. Crawford P. An audit of topiramate use in a general neurology clinic. *Seizure*. 1998;7:207–211.
21. Welty TE, Gidal BE, Ficker DM, Privitera MD. Levetiracetam: A different approach to the pharmacotherapy of epilepsy. *Ann Pharmacother*. 2002;36:296–304.

Confidential

Pfizer_JSu_0018751

22. Besag FM. Behavioural effects of the new anticonvulsants. *Drug Saf.* 2001;24:513–536.
23. NDC Health. Retail Pharmaceutical Database: Unique projected patient counts from January 1998 through September 2000. Atlanta, Ga: NDC Health; 2000.
24. Gabapentin as add-on therapy in refractory partial epilepsy: A double-blind, placebo-controlled, parallel-group study. The US Gabapentin Study Group No. 5. *Neurology.* 1993;43:2292–2298.
25. Anhut H, Ashman P, Feuerstein TJ, et al. Gabapentin (Neurontin) as add-on therapy in patients with partial seizures: A double-blind, placebo-controlled study. The International Gabapentin Study Group. *Epilepsia.* 1994;35:795–801.
26. Gabapentin in partial epilepsy. UK Gabapentin Study Group. *Lancet.* 1990;335:1114–1117.
27. Appleton R, Fichtner K, LaMoreaux L, et al. Gabapentin as add-on therapy in children with refractory partial seizures: A 24-week, multicentre, open-label study. *Dev Med Child Neurol.* 2001;43:269–273.
28. Bruni J. Outcome evaluation of gabapentin as add-on therapy for partial seizures. "NEON" Study Investigators Group. Neurontin Evaluation of Outcomes in Neurological Practice. *Can J Neurol Sci.* 1998;25:134–140.
29. Beydoun A, Fischer J, Labar DR, et al. Gabapentin monotherapy: II. A 26-week, double-blind, dose-controlled, multicenter study of conversion from polytherapy in outpatients with refractory complex partial or secondarily generalized seizures. The US Gabapentin Study Group 82/83. *Neurology.* 1997;49:746–752.
30. Beydoun A, Fakhoury T, Nasreddine W, Abou-Khalil B. Conversion to high dose gabapentin monotherapy in patients with medically refractory partial epilepsy. *Epilepsia.* 1998;39:188–193.
31. Bergey GK, Morris HH, Rosenfeld W, et al. Gabapentin monotherapy: I. An 8-day, double-blind, dose-controlled, multicenter study in hospitalized patients with refractory complex partial or secondarily generalized seizures. The US Gabapentin Study Group 88/89. *Neurology.* 1997;49:739–745.
32. Crockatt J, Leiderman D, Malicsi M, Garofalo E. Open-label, follow-on study of gabapentin (GBP; Neurontin) monotherapy in patients with refractory epilepsy. *Epilepsia.* 1995;36(Suppl 4):69. Abstract.
33. Fisher RS, Sachdeo RC, Pellock J, et al. Rapid initiation of gabapentin: A randomized, controlled trial. *Neurology.* 2001;56:743–748.
34. Baulac M, Cavalcanti D, Semah F, et al. Gabapentin add-on therapy with adaptable dosages in 610 patients with partial epilepsy: An open, observational study. The French Gabapentin Collaborative Group. *Seizure.* 1998;7:55–62.
35. Chadwick DW, Anhut H, Greiner MJ, et al. A double-blind trial of gabapentin monotherapy for newly diagnosed partial seizures. International Gabapentin Monotherapy Study Group 945-77. *Neurology.* 1998;51:1282–1288.
36. Brodie MJ, Chadwick DW, Anhut H, et al. Gabapentin versus lamotrigine monotherapy: A double-blind comparison in newly diagnosed epilepsy. *Epilepsia.* 2002;43:993–1000.

Confidential                                                                                    Pfizer_JSu_0018752

37. Morrell MJ. Dosing to efficacy with neurontin: The STEPS trial. Study of Titration to Effect Profile of Safety. *Epilepsia.* 1999;40(Suppl 6):S23–S26, S73–S74.
38. McLean MJ, Morrell MJ, Willmore LJ, et al. Safety and tolerability of gabapentin as adjunctive therapy in a large, multicenter study. *Epilepsia.* 1999;40:965–972.
39. Neurontin [package insert]. Morris Plains, NJ: Parke-Davis; 2003.
40. Kelly K, Kothary S, Beydoun A. Safety and efficacy of extended gabapentin therapy for patients with complex partial or secondarily generalized seizures. *Epilepsia.* 1995; 36(Suppl 4):69. Abstract.
41. Gidal BE, DeCerce J, Bockbrader HN, et al. Gabapentin bioavailability: Effect of dose and frequency of administration in adult patients with epilepsy. *Epilepsy Res.* 1998;31:91–99.
42. Blum RA, Comstock TJ, Sica DA, et al. Pharmacokinetics of gabapentin in subjects with various degrees of renal function. *Clin Pharmacol Ther.* 1994;56:154–159.
43. McLean MJ. Clinical pharmacokinetics of gabapentin. *Neurology.* 1994;44(Suppl 5): S17–S22.
44. Haig GM, Bockbrader HN, Wesche DL, et al. Single-dose gabapentin pharmacokinetics and safety in healthy infants and children. *J Clin Pharmacol.* 2001;41:507–514.
45. Benetello P, Furlanut M, Fortunato M, et al. Oral gabapentin disposition in patients with epilepsy after a high-protein meal. *Epilepsia.* 1997;38:1140–1142.
46. Gidal BE, Maly MM, Kowalski JW, et al. Gabapentin absorption: Effect of mixing with foods of varying macronutrient composition. *Ann Pharmacother.* 1998;32:405–409.
47. McLean MJ. Gabapentin. *Epilepsia.* 1995;36(Suppl 2):S73–S86.
48. Richens A. Clinical pharmacokinetics of gabapentin. In: Chadwick D, ed. *New Trends in Epilepsy Management: The Role of Gabapentin.* London, UK: Royal Society of Medicine Services; 1993:41–46.
49. Schmidt B. Potential antiepileptic drugs: Gabapentin. In: Levy R, Mattson R, Meldrum B, eds. *Antiepileptic Drugs.* 3rd ed. New York: Raven Press; 1989:925–935.
50. Gidal BE, Radulovic LL, Kruger S, et al. Inter- and intra-subject variability in gabapentin absorption and absolute bioavailability. *Epilepsy Res.* 2000;40:123–127.
51. Gidal BE, Maly MM, Budde J, et al. Effect of a high-protein meal on gabapentin pharmacokinetics. *Epilepsy Res.* 1996;23:71–76.
52. Wilson EA, Sills GJ, Forrest G, Brodie MJ. High dose gabapentin in refractory partial epilepsy: Clinical observations in 50 patients. *Epilepsy Res.* 1998;29:161–166.
53. Fischer JH, Barr AN, Rogers SL, et al. Lack of serious toxicity following gabapentin overdose. *Neurology.* 1994;44:982–983.
54. Verma A, St. Clair EW, Radtke RA. A case of sustained massive gabapentin overdose without serious side effects. *Ther Drug Monit.* 1999;21:615–617.
55. Ojemann LM, Wilensky AJ, Temkin NR, et al. Long-term treatment with gabapentin for partial epilepsy. *Epilepsy Res.* 1992;13:159–165.
56. Pina-Garza JE, Bukhar AA, Laowattana S, et al. Treatment of patients with refractory partial epilepsies with gabapentin: A retrospective analysis. *Epilepsia.* 1995;36(Suppl 4): 25. Abstract.

Confidential

Pfizer_JSu_0018753

CLINICAL THERAPEUTICS®

57. Guberman AH, Besag FM, Brodie MJ, et al. Lamotrigine-associated rash: Risk/benefit considerations in adults and children. *Epilepsia.* 1999;40:985–991.
58. Reife R. Topiramate: Side effect profile in double-blind studies. *Epilepsia.* 1995;36 (Suppl 4):34. Abstract.
59. Biton V, Edwards KR, Montouris GD, et al. Topiramate titration and tolerability. *Ann Pharmacother.* 2001;35:173–179.
60. Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: A randomized controlled trial. *JAMA.* 1998;280:1831–1836.
61. Rowbotham M, Harden N, Stacey B, et al. Gabapentin for the treatment of postherpetic neuralgia: A randomized controlled trial. *JAMA.* 1998;280:1837–1842.
62. McLean MJ. Gabapentin in the management of convulsive disorders. *Epilepsia.* 1999;40(Suppl 6):S39–S50.
63. The long-term safety and efficacy of gabapentin (Neurontin) as add-on therapy in drug-resistant partial epilepsy. The US Gabapentin Study Group. *Epilepsy Res.* 1994;18:67–73.
64. Dodrill CB, Arnett JL, Hayes AG, et al. Cognitive abilities and adjustment with gabapentin: Results of a multisite study. *Epilepsy Res.* 1999;35:109–121.
65. Martin R, Kuzniecky R, Ho S, et al. Cognitive effects of topiramate, gabapentin, and lamotrigine in healthy young adults. *Neurology.* 1999;52:321–327.
66. Gidal BE, Maly MM, Nemire RE, Haley K. Weight gain and gabapentin therapy. *Ann Pharmacother.* 1995;29:1048. Letter.
67. DeToledo J, Toledo C, DeCerce J, Ramsay RE. Changes in body weight with chronic, high-dose gabapentin therapy. *Ther Drug Monit.* 1997;19:394–396.
68. Lee DO, Steingard RJ, Cesena M, et al. Behavioral side effects of gabapentin in children. *Epilepsia.* 1996;37:87–90.
69. Tallian KB, Nahata MC, Lo W, Tsao CY. Gabapentin associated with aggressive behavior in pediatric patients with seizures. *Epilepsia.* 1996;37:501–502.
70. Appleton R, Fichtner K, LaMoreaux L, et al. Gabapentin as add-on therapy in children with refractory partial seizures: A 12-week, multicentre, double-blind, placebo-controlled study. Gabapentin Paediatric Study Group. *Epilepsia.* 1999;40:1147–1154.
71. Korn-Merker E, Borusiak P, Boenigk HE. Gabapentin in childhood epilepsy: A prospective evaluation of efficacy and safety. *Epilepsy Res.* 2000;38:27–32.
72. Handforth A, Treiman DM. Efficacy and tolerance of long-term, high-dose gabapentin: Additional observations. *Epilepsia.* 1994;35:1032–1037.

**Address correspondence to:** Michael J. McLean, MD, PhD, Department of Neurology, Vanderbilt University Medical Center, 2100 Pierce Avenue, 351 MCS, Nashville, TN 37212. E-mail: michael.mclean@vanderbilt.edu

Confidential    Pfizer_JSu_0018754