nitrogen mustards in the palliative treatment of carcinoma. Cancer 1948;1:634–656.
24. Katz S, Ford A, Moskowitz R, et al. Studies of illness in the aged: the index of ADL. JAMA 1963;183:914–919.
25. Stewart AL, Ware JE. Measuring function and well-being: the Medical Outcomes Study Approach. Durham: Duke University Press, 1993.
26. Radloff LL. The CES-D, a self-report depression scale for research in the general population. Appl Psychol Meas 1977;1:385–401.

# Treatment of restless legs syndrome with gabapentin

## A double-blind, cross-over study

D. Garcia-Borreguero, MD; O. Larrosa, MD; Y. de la Llave, PhD; K. Verger, PhD; X. Masramon, BSc; and G. Hernandez, MD

**Abstract**—*Objective:* To assess the effects of gabapentin on sensory and motor symptoms in patients with restless legs syndrome (RLS). *Methods:* Patients with RLS (22 idiopathic, 2 secondary to iron deficiency) were randomized and treated for 6 weeks with either gabapentin or placebo. After a 1-week washout they crossed over to the alternative treatment for 6 weeks. Patients were rated at baseline and at scheduled intervals by the RLS Rating Scale, Clinical Global Impression, pain analogue scale, and Pittsburgh Sleep Quality Index. At the end of each treatment period, all-night polysomnography was performed. *Results:* Compared to placebo, gabapentin was associated with reduced symptoms on all rating scales. In addition, sleep studies showed a significantly reduced periodic leg movements during sleep (PLMS) index and improved sleep architecture (increased total sleep time, sleep efficiency, and slow wave sleep, and decreased stage 1 sleep). Patients whose symptoms included pain benefited most from gabapentin. The mean effective dosage at the end of the 6-week treatment period was 1,855 mg, although therapeutic effects were already observed at the end of week 4 (1,391 mg). *Conclusions:* Gabapentin improves sensory and motor symptoms in RLS and also improves sleep architecture and PLMS.

NEUROLOGY 2002;59:1573–1579

Restless legs syndrome (RLS) is a movement disorder that affects up to 5 to 10% of the general population.[1,2] According to a consensus established by the International RLS Study Group,[3] the main clinical features of RLS are a desire to move the limbs, usually associated with dysesthesias/paresthesias in the lower extremities; motor restlessness; a partial, temporary relief of the former by activity; and worsening of symptoms in the evening or at night. RLS may start at any age, even during childhood,[4,5] although it is usually seen in adults.[6] The clinical course usually fluctuates with time, but tends to progress with age.[7,8]

RLS is a sensory-motor disorder.[9] Besides sensory symptoms such as dysesthesias or an urge to move the limbs, patients also experience motor symptoms. These include rhythmic or semirhythmic movements of the legs, called periodic leg movements during wakefulness, when the patient attempts to remain lying down.[10] While sleeping, patients frequently demonstrate similar semirhythmic leg movements, which have been referred to as periodic leg movements during sleep (PLMS).[11] These are repetitive and highly stereotyped limb movements that involve the legs and are characterized by extension of the great toe in combination with flexion of the ankle, knee, and sometimes hip.[7,12] Although PLMS can be present in other disorders (e.g., sleep apnea and narcolepsy), they are considered to be related to the severity of RLS.[8]

RLS is usually treated with dopaminergic drugs, such as L-dopa,[13-16] bromocriptine,[17] pergolide,[18] and pramipexole.[19] However, the side-effects profile (e.g., nausea) and the likelihood of long-term complications associated with dopaminergic drugs[20] have driven the search for alternative nondopaminergic treatment options for at least some patients. The options include opiates (oxycodone[21] and propoxy-

From the Department of Neurology (Drs. Garcia-Borreguero, Larrosa, and de la Llave), Fundación Jiménez Díaz, Madrid; Euroclin Institute (Dr. Verger and X. Masramon), Barcelona; and Medical Division (Dr. Hernandez), Pfizer S.A. Madrid, Spain.
Supported by Pfizer S.A., Spain.
K.V. and X.M. are employees of Euroclin Institute, a company exclusively dedicated to managing Pfizer R & D projects. G.H. is an employee of Pfizer S.A. and owns stock and holds options to purchase further stock in the company.
Received February 12, 2002. Accepted in final form August 7, 2002.
Address correspondence and reprint requests to Dr. Diego Garcia-Borreguero, Sleep Disorders Unit, Dept. of Neurology, Fundación Jiménez Díaz, Universidad Autónoma de Madrid, Avda. Reyes Católicos 2, 28040 Madrid, Spain; e-mail: dgarciaborreguero@fjd.es

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

phene[22] and, less conclusively, benzodiazepines.[23,24] In addition, clonidine[25] and carbamazepine[26] show various degrees of effectiveness, although their use might be limited by the amount of adverse effects that usually occur at an effective dosage.

Gabapentin is an anticonvulsant that has shown therapeutic activity for essential tremor, as well as for several pain-related syndromes such as trigeminal neuralgia, post-herpetic pain, and diabetic neuropathy.[27-29] Uncontrolled studies have shown promising results for gabapentin in RLS.[30-33] In addition, a double-blind study has been carried out in RLS secondary to renal insufficiency.[34] In these studies, gabapentin has been well tolerated.

We performed a double-blind study to determine the effectiveness of gabapentin in RLS, whether PLMS improves during treatment with gabapentin, whether gabapentin has any effects on sleep architecture in RLS, and whether pain-related dysesthesias improve during treatment with gabapentin.

**Methods.** *Subjects.* Twenty-four patients meeting criteria for RLS established by the International RLS Study Group[3] were studied. Diagnosis was made by comprehensive interview for sleep disorders performed by two physicians experienced in sleep medicine and RLS, along with a physical and neurologic examination. A sleep study, which included polysomnography as well as suggested immobilization testing, was performed in all patients to confirm RLS.[35] Blood counts and blood chemistry (including serum levels for creatinine, iron, ferritin, and transferrin) were performed along with a determination of urinary creatinine clearance. Patients with a ferritin value below 45 mcg/mL were included in the study and classified as iron deficient. Iron was not administered orally until study completion. Patients with ferritin levels below 20 mcg/mL were excluded from participation in the study. None of the patients had been treated previously with gabapentin or dopaminergic medication. All medications were discontinued at least 2 weeks before the beginning of the study. The study was approved by the local Ethics Committee and a written informed consent was obtained from all patients.

*Study design.* Gabapentin and placebo were administered using a randomized, double-blind, crossover design. Patients were first randomized for the order of treatments and assigned to a 6-week treatment period with either gabapentin or placebo. After completion of the 6-week period, and following a 1-week washout period, patients were assigned to the alternative treatment for another 6 weeks.

Patients were rated at baseline and every 2 weeks by means of the International RLS Study Group Rating Scale (RLS Rating Scale),[36] Pittsburgh Sleep Quality Index (PSQI) (at baseline and at the end of each treatment period),[37] and Clinical Global Impression of Change (CGIC).[38] Physical and neurologic examinations were performed at baseline at visit 1 (neurologic examination only), and at the end of each treatment period. For the duration of the study, patients also completed daily 24-hour restless legs agendas in which they estimated the severity of symptoms every hour on a 0 to 4 scale (0 = no symptoms; 4 = very severe symptoms). A mean time of onset of symptoms was calculated for each patient for a given week.

Pain was rated every 2 weeks by means of a visual pain analogue scale (PAS). At the end of each treatment period, all-night polysomnography was performed. Based on the median value for those patients who experienced any pain at baseline (20 mm), patients were classified as patients with more severe pain (PAS score >20 mm) and less severe pain (<20 mm).

*Outcome measures.* The primary outcome measure was the change between baseline and week 6 on the RLS Rating Scale.[36] Based on this score, severity of RLS symptoms was classified as mild (0 to 15 points), moderate (16 to 25 points), or severe (26 to 40 points).

The secondary outcome measure was patient global impression of change (PGIC) at week 6. The PGIC was determined by a PAS in which the subjects placed a mark on a line to indicate the change in symptoms experienced since the beginning of the study. The lowest score (0 cm) represented "much worse" and the highest score (10 cm) represented "much improved." Because this rating scale reflects a change due to a treatment intervention, there were no baseline measurements. Additional secondary outcome measures were clinical global impression of change (CGIC) at week 6; global score on the PSQI—change from baseline to week 6; and the following polysomnographic variables at week 6 to measure the effects of both treatments on sleep architecture[39]: 1) periodic leg movements during sleep index (PLMI). The PLMI was defined as the number of PLMS per hour of sleep, according to established criteria.[40] We also used a PLMI score of 20/hour to distinguish severe PLMS (PLMI >20/hour) from non-severe PLMS (PLMI <20/hour). This threshold value was established arbitrarily, because no previous definitions of severity based on PLMI could be found in the literature; 2) total sleep time (TST) (total number of minutes spent in sleep stages 1, 2, 3, or 4, or REM); 3) sleep efficiency (TST/total recording time); 4) latency to persistent sleep (number of minutes until the first epoch of stage 2, 3, 4, or REM, or until the first three consecutive epochs of stage 1 sleep); and 5) latency to REM sleep (the number of minutes of wakefulness before the occurrence of the first REM period).

*Adverse effects and safety measures.* Adverse effects were rated every 2 weeks. A blood test (for blood count, biochemistry, and iron levels) and urinalysis were carried out at baseline and at the end of each treatment period.

*Criteria for discontinuation of treatment.* Patients were withdrawn from the study for lack of compliance with the study treatment, an adverse event related or not related to the study drug, and voluntary withdrawal.

*Dosage titration.* Gabapentin was started at a daily dosage of 600 mg. Every 2 weeks, the treating physician had the opportunity to increase, decrease, or maintain the dosage; increases were in 600 mg/day increments up to a maximal dose of 2,400 mg/day. The decision to modify the dosage was based on clinical criteria (i.e., therapeutic efficacy and tolerance). The medication was administered twice a day, at 12:00 and 20:00. Each capsule contained 300 mg of either gabapentin or placebo; both capsules were identical. One third of the total daily dosage was administered at 12:00; the remaining two thirds were given at 20:00. No other medication known to affect RLS was allowed during the study. At the end of 6 weeks, after a sleep study was performed, the dosage of gabapentin or placebo

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*Table 1* Main outcome parameters after treatment with gabapentin and placebo

| Outcome measures | Gabapentin, n = 22, mean (SE) | Placebo, n = 22, mean (SE) | $p$ Value |
| --- | --- | --- | --- |
| Primary outcome measure | | | |
| RLS Rating Scale | 9.5 (1.3) | 17.9 (1.3) | <0.001 |
| Secondary outcome measures | | | |
| Clinical Global Impression of Change | 1.8 (0.3) | 2.9 (0.3) | <0.01 |
| Patient Global Impression of Change | 83.8 (2.6) | 63.3 (2.6) | <0.0001 |
| Pittsburgh Sleep Quality Index | 6.4 (0.4) | 9.3 (0.4) | 0.0001 |
| Periodic leg movements of sleep | 11.1 (3.3) | 20.8 (3.3) | 0.05 |
| Polysomnography | | | |
| Total sleep time, h | 6.0 (0.1) | 5.5 (0.1) | 0.01 |
| Sleep efficiency, % | 84.7 (1.5) | 74.9 (1.5) | <0.0001 |
| Sleep latency, min | 15.9 (3.8) | 22.0 (3.8) | NS |
| REM latency, min | 103.1 (6.9) | 108.9 (6.9) | NS |
| Stage 1, min | 57.3 (6.9) | 80.1 (6.9) | <0.05 |
| % Stage 1 | 13.9 (1.5) | 18.5 (1.5) | 0.05 |
| Stage 2, min | 207 (8.6) | 216 (8.6) | NS |
| % Stage 2 | 48.5 (1.7) | 49.2 (1.7) | NS |
| % Stage 3 | 14.8 (1.3) | 11.2 (1.3) | <0.1 |
| % Stage 4 | 9.9 (1.9) | 7.5 (1.9) | NS |
| Slow wave sleep, min | 104.5 (7.2) | 82.2 (7.2) | <0.05 |
| % Slow wave sleep | 24.7 (1.5) | 19.6 (1.5) | 0.001 |
| Stage REM, min | 52.7 (4.3) | 60 (4.3) | NS |
| % Stage REM | 12.5 (1.0) | 13.7 (1.0) | NS |
| Arousal index, per hour | 20.3 (2.5) | 23.7 (2.5) | NS |
| A-H index, per hour | 7.4 (2.0) | 6.3 (2.0) | NS |
| Maximum of $SaO_2$ | 96.9 (0.3) | 96.6 (0.3) | NS |
| Minimum of $SaO_2$ | 85.4 (1.1) | 82.5 (1.1) | <0.1 |
| PLM—arousal index, per hour | 4.3 (1.3) | 5.4 (1.3) | NS |

RLS = restless legs syndrome; NS = not significant; A-H = apnea-hypopnea; PLM = periodic limb movements.

was reduced daily by one third of the final daily dose until complete discontinuation was achieved.

*Statistical analysis—justification of sample size.* Accepting an alpha risk of 0.05 and a beta risk of 0.20 in a two-sided test, 24 subjects were necessary to recognize as significant a difference greater than or equal to a 1-cm unit between treatments in PGIC. Following extrapolation of the results obtained in a previous study,[30] the SD was estimated at 1.5. We anticipated a dropout rate of 25%. Table 1 shows the estimated effects of treatment on primary and secondary outcome measures.

All efficacy variables were analyzed within the intent-to-treat population and were based on the last post-baseline observation. Data were first analyzed to determine whether a normal distribution was present by means of a Kolmogorov-Smirnoff test. Comparisons between treatment conditions were performed with analysis of covariance. All statistical tests of significance were performed at the 5% significance level, and were two-sided. $p$ Values were reported to four decimal places. Values lower than 0.0001 were reported as <0.0001. SAS software (Cary, NC) was used to perform the statistical analyses.

*Randomization and allocation.* The units of randomization were individual.

Subjects were randomly assigned to either Sequence 1, treatment with gabapentin followed by treatment with placebo, or Sequence 2 (treatment with placebo followed by treatment with gabapentin).

Patients had an equal probability of assignment to either sequence. The randomization code was developed using a computer random-number generator that selected randomly permuted blocks. There were four block lengths. Blocking was used to ensure that comparison groups had the same size.

Patients were assigned to an individual sequence and remained in it throughout the study. A computer-generated randomization list was drawn up by a statistician and given to the Department of Pharmacy. The code was revealed to the researchers once recruitment, data collection, and laboratory analyses were completed.

The generator of assignment (the statistician) gave the randomization list to the executor of assignment (the technical director), who was responsible for giving instructions to the pharmacists to prepare the study medication. Dur-

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**Table 2** Adverse events across treatment conditions

| Adverse event | Placebo, n = 24 | Gabapentin, n = 23 |
|---|---|---|
| Malaise | 2 (8.3) | 6 (26.1) |
| Abdominal pain | 2 (8.3) | 0 |
| Somnolence | 0 | 2 (8.7) |
| Headache | 1 (4.2) | 0 |
| Abnormal stools | 0 | 1 (4.3) |
| Dry mouth | 0 | 1 (4.3) |
| Dyspepsia | 0 | 1 (4.3) |
| Nausea | 1 (4.2) | 0 |
| Dyspnea | 0 | 1 (4.3) |
| Dry eyes | 1 (4.2) | 0 |

Values are n (%). No differences were significant.

ing the entire study, the executor of assignment had no contact with the researchers.

The medication consisted of capsules of gabapentin (300 mg) and placebo that appeared identical and thus were suitable for a double-blind, double-dummy study design.

One copy of the code of randomization was kept in the pharmacy service of the hospital while the other was stored by the monitor of the study in the Operational Study File placed at the sponsor's offices. Both codes were kept closed. Once the code was opened, one copy was stored at the hospital (in the Investigator Study File) and the other remained at the sponsor's offices.

**Results.** *Demographics.* The sample consisted of 8 men and 16 women. Eleven of the latter were postmenopausal, three had been surgically sterilized, and two were taking contraceptives. The mean age of the subjects ($\pm$ SD) was 55 $\pm$ 11.6 years (range 33 to 75 years). All patients were diagnosed with idiopathic RLS, with the exception of two patients with iron deficiency.

*Dropouts and adverse effects.* Twenty-four patients were included in the study. Three patients did not complete the entire study: one decided to interrupt the trial after 3 weeks of treatment with placebo (second treatment condition) owing to lack of efficacy; another discontinued the study voluntarily during treatment with gabapentin; following medical advice, a third was withdrawn from the study due to arterial hypertension at the beginning of treatment with placebo (first treatment condition). The patient had had hypertension in the past and never received gabapentin. All other patients were able to finish the clinical trial.

Nearly 48% of patients taking gabapentin and 20.8% taking placebo ($p < 0.05$) reported adverse effects considered to be associated with the study medication. As shown in table 2, commonly reported adverse effects in both treatment conditions were malaise, abdominal pain, somnolence, headache, and dyspepsia. However, no significant differences were found in the particular rate of any of these adverse effects between gabapentin and placebo. Moreover, none of these adverse effects led to a discontinuation of treatment.

*RLS Rating Scale.* The figure shows the total score of the RLS Rating Scale across treatment conditions. The mean baseline value for the RLS Rating Scale total score



*Figure.* Severity of restless legs syndrome (RLS) symptoms, as reflected on the RLS Rating Scale across treatment conditions. The graph below shows the mean daily dosage of gabapentin at each stage of the study. (*) $p < 0.1$; ** $p < 0.01$.

was 20 points (out of a maximal possible value of 40 points). The RLS Rating Scale mean total score was lower following the 6-week treatment period with gabapentin than with placebo (mean $\pm$ SE: 9.5 $\pm$ 1.35 vs 17.9 $\pm$ 1.35; $p < 0.0005$). These differences on the RLS Rating Scale were observed from week 4 on ($p < 0.01$) although a marginal trend toward significance could be observed already at week 2. Table 3 shows the severity of RLS symptoms across treatment conditions. Furthermore, patients showing a total score of more than 20 points on the RLS Rating Scale at baseline benefited more from treatment with gabapentin than those with a lower total score ($p < 0.05$).

*Global Impression of Change.* The PGIC was computed at the end of each treatment period, and the mean values were 83.8 mm (SE $\pm$2.6) at the end of the gabapentin treatment and 63.3 ($\pm$2.6) at the end of the placebo treatment ($p < 0.0001$).

Similarly, the mean score on the CGIC (range: 1 = much better; 7 = much worse) was computed at the end of each treatment period, showing a lower mean score after the gabapentin than after the placebo treatment period (1.77 $\pm$ 0.26 vs 2.87 $\pm$ 0.26) ($p < 0.01$).

*Pittsburgh Sleep Quality Index.* The mean baseline score for the PSQI was 9.7 points. Treatment with gabapentin resulted in a marked reduction of the PSQI to 6.4 ($\pm$0.42), in contrast with a mean score of 9.3 ($\pm$0.42) at the end of the placebo period ($p = 0.0001$).

*Pain analogue scale.* Mean values at baseline for the PAS were 22.3 mm. Following treatment with gabapentin the mean value was 10.9 ($\pm$6.2); following the placebo pe-

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.