*Table 3* Severity of RLS symptoms across treatment conditions

| Severity | RLS Rating Scale score at week 6 | Gabapentin, n (%) | Placebo, n (%) | *p* Value |
|---|---|---|---|---|
| Mild | 0–15 | 16 (72.7) | 8 (36.4) | |
| Moderate | 16–25 | 4 (18.2) | 10 (45.4) | <0.05 |
| Severe | 26–40 | 2 (9.1) | 4 (18.2) | |

RLS = restless legs syndrome.

riod the mean value was 26.0 (±6.2). However, differences between both treatment conditions were not significant. During the placebo treatment the percentage of patients with a PAS value lower than 20 mm decreased from 53% to 47%, in contrast to an increase during the gabapentin treatment from 62% to 81%. In contrast, the percentage of patients with a PAS lower than 20 mm at baseline was 38% and 19% at the end of the gabapentin treatment period ($p < 0.01$).

*Polysomnography—PLMS.* Compared with placebo, gabapentin resulted in a reduction in the PLMI (11.1 ± 3.3 vs 20.8 ± 3.3; $p = 0.05$). During the placebo condition, 40.9% of patients had a PLMI higher than 20/hour; at the end of the gabapentin condition, the PLMI was above 20/hour in 13.6% of patients ($p < 0.05$). No differences were seen across treatment conditions in the PLMS arousal index (4.3 ± 1.3 vs 5.4 ± 1.3).

*Sleep outcome.* Compared to placebo, gabapentin treatment resulted in an increase in total sleep time ($p = 0.01$), sleep efficiency ($p < 0.0001$), and slow wave sleep ($p < 0.05$). Treatment with gabapentin improved main sleep outcomes (see table 1) such as TST ($p = 0.01$), sleep efficiency ($p < 0.0001$), slow wave sleep ($p < 0.05$), and stage 1 ($p < 0.05$). No changes were observed in sleep latency; the percentages of stage 2, stage 4, and REM stage sleep; REM sleep latency; arousal index; or apnea-hypopnea index. No differences were found between mean oxygen saturation levels ($SaO_2$) during wakefulness in the gabapentin and placebo conditions (96.6% ± 0.3 vs 96.9 ± 0.3; not significant). Furthermore, minimum values for $SaO_2$ during sleep were 85.4 (±1.1) under placebo vs 82.5 (±1.2) in the gabapentin condition (not significant).

*Dose of gabapentin.* The figure shows the mean dose of gabapentin by week and relates it to the mean total score on the RLS Rating Scale. The mean daily dosage of gabapentin at the end of treatment was 1,855 mg (±105.6). However, significant differences were observed on the RLS Rating Scale from week 4 on, coinciding with a mean daily dosage of 1,391 mg (±91.6) of gabapentin.

*Augmentation.* No cases of augmentation of RLS symptoms[20] were seen. Results on the 24-hour RLS scale showed that the mean time of onset of symptoms at baseline was 20:00. Following 6 weeks of treatment with placebo the mean onset time of symptoms was 20:50, whereas gabapentin delayed the time of onset of symptoms (in those patients who still had any) to 1:20.

*Idiopathic RLS.* A separate analysis of 22 patients with idiopathic RLS (i.e., excluding two patients with ferritin plasma levels below 45 mcg/mL) yielded similar significant results for any outcome measures (including RLS Rating Scale, CGI, PSQI, PAS, PLMI, TST, sleep efficiency, stage 1%, stage 3%, stage 3 + 4%, and hour of onset of symptoms).

**Discussion.** In this study, a 6-week treatment period with gabapentin improved subjective RLS symptoms. The more severe the symptoms, the more robust the therapeutic effects of gabapentin, suggesting that gabapentin is a potent agent for treatment of even severe RLS.

Although none of our patients had clinical symptoms of peripheral neuropathy, 56% of them had pain. Those patients with higher scores on the PAS benefited most from gabapentin, suggesting that they might constitute a subgroup particularly prone to respond to gabapentin. These findings are consistent with previous findings showing the therapeutic efficacy of gabapentin in pain syndromes.[29] However, the therapeutic effects of gabapentin in RLS were not restricted to pain relief: patients not reporting pain on the PAS also benefited from the drug.

Furthermore, an improvement in PLMS could be seen, confirming a recent open study suggesting that the effects of gabapentin on RLS brought relief to both sensorial and motor symptoms.[33]

In addition, treatment with gabapentin resulted in an improvement of the main sleep outcomes. Gabapentin was associated with improved TST, sleep efficiency, and slow wave sleep, as well as a decrease in sleep stage 1. This is in contrast to the results of the only previous study in which polysomnography was performed,[33] where no such improvement could be shown. Besides the placebo-controlled design and the higher number of patients, the mean daily dosage of gabapentin used in our study was higher than in any previous study. It is therefore possible that complete amelioration of PLMS and sleep architecture requires a higher dosage of gabapentin than previously thought. Furthermore, no differences were seen on sleep latency between gabapentin treatment and placebo, suggesting that the effects on sleep architecture are mediated by reduction of PLMS and that gabapentin per se does not have sleep-inducing effects.

Although the mean dosage used in this study was higher than in previous studies, the treatment was well tolerated, and no specific adverse effects were reported more frequently with study drug than with placebo. More specifically, daytime sedation did not represent a major problem to our patients. In our view, this might be explained by the fact that most of the dosage was administered at night, whereas no medication was given in the morning.

None of our patients experienced augmentation, a

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

common complication of treatment with dopaminergic drugs. According to various studies, up to 50 to 82% of patients undergoing treatment with L-dopa experience augmentation in the course of treatment.[20] Furthermore, virtually all dopaminergic receptor agonist drugs cause augmentation to some degree, although the risk seems to be lower with these drugs than with L-dopa.[19,41-43] Augmentation has not been studied systematically in nondopaminergic treatments, but it seems likely that it might be a specific feature of dopaminergic treatment. However, it might take weeks or even months for augmentation to develop, and this study may have been too short to evaluate this phenomenon. Should long-term studies confirm our impression, gabapentin would offer the advantage of being a potent agent for treatment of RLS without the disadvantages of long-term complications of dopaminergic treatments.

The mechanism of action of gabapentin remains unknown. It is believed to act on novel receptor sites because it does not bind to benzodiazepine, glutamate, glycine, GABA-A, or GABA-B receptors.[44,45] However, gabapentin increases GABA levels in different regions of the brain. Furthermore, gabapentin binds with high affinity to membrane-bound protein that is an auxiliary subunit of voltage-gated calcium channels.[45,46] Its psychotropic and analgesic effects might also be exerted, at least indirectly, through other neurotransmitters. Thus, in vivo studies have shown that gabapentin antagonizes 3,4-diaminopyridine-induced release of dopamine, norepinephrine, and serotonin in the rat hippocampus, mesolimbic, and striatal regions.[47] These neurotransmitters, particularly dopamine, are probably involved in the pathophysiology of RLS.[8,48]

Our study shows the therapeutic effects of gabapentin in RLS under controlled conditions. However, additional long-term studies are needed to confirm the therapeutic effects and to examine the tolerance during chronic treatment.

**Acknowledgment**

The authors thank Mrs. Marisol Barrio for technical help and Mrs. Maribel Sánchez Olivares and Lise Lotte Gulliksen for editorial assistance.

**References**

1. Rothdach AJ, Trenkwalder C, Haberstock J, Keil U, Berger K. Prevalence and risk factors of RLS in an elderly population: the MEMO study. Memory and Morbidity in Augsburg Elderly. Neurology 2000;54:1064–1068.
2. Phillips B, Young T, Finn L, Asher K, Hening WA, Purvis C. Epidemiology of restless legs symptoms in adults. Arch Intern Med 2000;160:2137–2141.
3. Walters AS. Toward a better definition of the restless legs syndrome. The International Restless Legs Syndrome Study Group. Mov Disord 1995;10:634–642.
4. Picchietti DL, Underwood DJ, Farris WA, et al. Further studies on periodic limb movement disorder and restless legs syndrome in children with attention-deficit hyperactivity disorder. Mov Disord 1999;14:1000–1007.
5. Picchietti DL, England SJ, Walters AS, Willis K, Verrico T. Periodic limb movement disorder and restless legs syndrome in children with attention-deficit hyperactivity disorder. J Child Neurol 1998;13:588–594.
6. Gibb WR, Lees AJ. The restless legs syndrome. Postgrad Med J 1986;62:329–333.
7. Walters AS, Hening WA, Chokroverty S. Review and videotape recognition of idiopathic restless legs syndrome. Mov Disord 1991;6:105–110.
8. Allen RP, Earley CJ. Restless legs syndrome: a review of clinical and pathophysiologic features. J Clin Neurophysiol 2001;18:128–147.
9. Pelletier G, Lorrain D, Montplaisir J. Sensory and motor components of the restless legs syndrome. Neurology 1992;42:1663–1666.
10. Pollmacher T, Schulz H. Periodic leg movements (PLM): their relationship to sleep stages. Sleep 1993;16:572–577.
11. Trenkwalder CAW, Walters AS, Hening W. Periodic limb movements and restless legs syndrome. Neurol Clin 1996;14:629–650.
12. Chaudhuri KR, Appiah-Kubi LS, Trenkwalder C. Restless legs syndrome. J Neurol Neurosurg Psychiatry 2001;71:143–146.
13. Akpinar S. Treatment of restless legs syndrome with levodopa plus benserazide. Arch Neurol 1982;39:739.
14. Brodeur C, Montplaisir J, Godbout R, Marinier R. Treatment of restless legs syndrome and periodic movements during sleep with L-dopa: a double-blind, controlled study. Neurology 1988;38:1845–1848.
15. Collado-Seidel V, Kazenwadel J, Wetter TC, et al. A controlled study of additional sr-L-dopa in L-dopa-responsive restless legs syndrome with late-night symptoms. Neurology 1999;52:285–290.
16. Benes H, Kurella B, Kummer J, Kazenwadel J, Selzer R, Kohnen R. Rapid onset of action of levodopa in restless legs syndrome: a double-blind, randomized, multicenter, crossover trial. Sleep 1999;22:1073–1081.
17. Walters AS, Hening WA, Kavey N, Chokroverty S, Gidro-Frank S. A double-blind randomized crossover trial of bromocriptine and placebo in restless legs syndrome. Ann Neurol 1988;24:455–458.
18. Wetter TC, Stiasny K, Winkelmann J, et al. A randomized controlled study of pergolide in patients with restless legs syndrome. Neurology 1999;52:944–950.
19. Montplaisir J, Nicolas A, Denesle R, Gomez-Mancilla B. Restless legs syndrome improved by pramipexole: a double-blind randomized trial. Neurology 1999;52:938–943.
20. Allen RP, Earley CJ. Augmentation of the restless legs syndrome with carbidopa/levodopa. Sleep 1996;19:205–213.
21. Walters AS, Wagner ML, Hening WA, et al. Successful treatment of the idiopathic restless legs syndrome in a randomized double-blind trial of oxycodone versus placebo. Sleep 1993;16:327–332.
22. Kaplan PW, Allen RP, Buchholz DW, Walters JK. A double-blind, placebo-controlled study of the treatment of periodic limb movements in sleep using carbidopa/levodopa and propoxyphene. Sleep 1993;16:717–723.
23. Boghen D, Lamothe L, Elie R, Godbout R, Montplaisir J. The treatment of the restless legs syndrome with clonazepam: a prospective controlled study. Can J Neurol Sci 1986;13:245–247.
24. Montagna P, Sassoli de Bianchi L, Zucconi M, Cirignotta F, Lugaresi E. Clonazepam and vibration in restless legs syndrome. Acta Neurol Scand 1984;69:428–430.
25. Wagner ML, Walters AS, Coleman RG, Hening WA, Grasing K, Chokroverty S. Randomized, double-blind, placebo-controlled study of clonidine in restless legs syndrome. Sleep 1996;19:52–58.
26. Telstad W, Sorensen O, Larsen S, Lillevold PE, Stensrud P, Nyberg-Hansen R. Treatment of the restless legs syndrome with carbamazepine: a double blind study. BMJ (Clin Res Ed) 1984;288:444–446.
27. Backonja MM. Gabapentin monotherapy for the symptomatic treatment of painful neuropathy: a multicenter, double-blind, placebo-controlled trial in patients with diabetes mellitus. Epilepsia 1999;40:S57–S59.
28. Gorson KC, Schott C, Herman R, Ropper AH, Rand WM. Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. J Neurol Neurosurg Psychiatry 1999;66:251–252.
29. Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

with diabetes mellitus: a randomized controlled trial. JAMA 1998;280:1831–1836.
30. Adler CH. Treatment of restless legs syndrome with gabapentin. Clin Neuropharmacol 1997;20:148–151.
31. Mellick GA, Mellick LB. Management of restless legs syndrome with gabapentin (Neurontin). Sleep 1996;19:224–226.
32. Ehrenberg B. Importance of sleep restoration in co-morbid disease: effect of anticonvulsants. Neurology 2000;54(suppl 1):S33–37.
33. Happe S, Klösch G, Saletu B, Zeitlhofer J. Treatment of idiopathic restless legs syndrome (RLS) with gabapentin. Neurology 2001;57:1717–1719.
34. Thorp ML, Morris CD, Bagby SP. A crossover study of gabapentin in treatment of restless legs syndrome among hemodialysis patients. Am J Kidney Dis 2001;38:104–108.
35. Montplaisir J, Boucher S, Nicolas A, et al. Immobilization tests and periodic leg movements in sleep for the diagnosis of restless leg syndrome. Mov Disord 1998;13:324–329.
36. Walters AS, Hening W, Rosen R, LeClerq C, Hirsch LC, Dhar A. A test of the reliability and validity of a brief, patient-completed severity questionnaire for the restless legs syndrome: The International RLS Study Group Rating Scale. Sleep 2001;24:A356. Abstract.
37. Buysse DJ, Reynolds CF 3rd, Monk TH, Berman SR, Kupfer DJ. The Pittsburgh Sleep Quality Index: a new instrument for psychiatric practice and research. Psychiatry Res 1989;28:193–213.
38. Guy W. ECDEU assessment manual for psychopharmacology. Publication (ADM) 76–338. Washington, DC: Department of Health, Education and Welfare, 1976;217.
39. Rechtschaffen A, Kales A, eds. A manual of standardized terminology. Techniques and scoring system for sleep stages of human subjects. Los Angeles: Brain Information Service/Brain Research Institute, UCLA, 1968.
40. Coleman RM, Pollak CP, Weitzman ED. Periodic movements in sleep (nocturnal myoclonus): relation to sleep disorders. Ann Neurol 1980;8:416–421.
41. Earley CJ, Allen RP. Pergolide and carbidopa/levodopa treatment of the restless legs syndrome and periodic leg movements in sleep in a consecutive series of patients. Sleep 1996;19:801–810.
42. Koller WC, Silver DE, Lieberman A. An algorithm for the management of Parkinson's disease. Neurology 1994;44:S1–S52.
43. Allen RP, Earley CJ. Restless legs syndrome: a review of clinical and pathophysiologic features. J Clin Neurophysiol 2001;18:128–147.
44. Suman-Chauan N, Hill DR, Woodruf GN. Characterization of ($^3$H)gabapentin binding to a novel site in rat brain: homogenate binding studies. Eur J Pharmacol 1993;244:293–301.
45. Taylor CP. An update on the possible mechanisms of action of gabapentin. Dolor 1999;14:237–242.
46. Fink K, Meder W, Dooley DJ, Gothert M. Inhibition of neuronal Ca-2+ influx by gabapentin and subsequent reduction of neurotransmitter release from rat neocortical slices. Br J Pharmacol 2000;130:900–906.
47. Pugsley TA, Whetzel SZ, Dooley DJ. Reduction of 3,4-diaminopyridine-induced biogenic amine synthesis and release in rat brain by gabapentin. Psychopharmacology 1998;137:74–80.
48. Ondo W, Jankovic J. Restless legs syndrome. Clinicoetiologic correlates. Neurology 1996;47:1435–1441.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.