Dear Doctor:

This is in response to your request for information regarding the use of Neurontin® (gabapentin) either alone or in combination with other drugs in the treatment of bipolar disorder or mood elevation.

Neurontin is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy.

We are aware that gabapentin is sometimes prescribed for conditions unrelated to its labeled indications, such as bipolar disorder and mood elevation.

**Parke-Davis Clinical Trial**

Parke-Davis is currently conducting a multicenter, randomized, placebo-controlled study in patients with bipolar disorder.[1] Since this study is ongoing, no data are yet available. Parke-Davis is planning on enrolling approximately 100 patients at 13 centers for this study. Patients with Bipolar I Disorder, who are continuing to experience either manic, hypomanic, or mixed manic-depressive symptoms, despite adequate treatment with lithium, valproate or the combination thereof, are randomized to receive Neurontin placebo. Neurontin is dosed flexibly with a starting dose of 600 mg/day in divided doses, which can be increased after the first week up to a maximum of 3600 mg/day in divided doses.

**Published Information**

Schaffer and Schaffer[2] studied gabapentin in 28 patients (4 men and 24 women) having different types of bipolar disorders [bipolar I (n=10); bipolar II (n=10); cyclothymic disorder (n=7); and unspecified bipolar disorder (n=1)]. None of the patients had achieved a satisfactory response with lithium, valproate, or carbamazepine. Several of the patients were receiving other concomitant medications which included anxiolytics (principally benzodiazepines), antidepressants and antipsychotics.

Eighteen (64%) patients had a positive response as judged by both the treating psychiatrist and the patient. The average dose received was 539 mg/day (range 33-2700 mg/day). Duration of gabapentin therapy received by these 18 patients was: ≥ 9 months (n=10); 6 months (n=6); and 1-3 months (n=2). Therapy was discontinued in 10 (36%) patients because of inadequate clinical response (n=2) or intolerable adverse events (n=8). The most common adverse events were oversedation or overactivation; two patients discontinued due to greater rapid cycling.

Stanton et al.[3] reported a 40-year old white male with DSM-IV bipolar I disorder (diagnosed for past 5 years) and alcohol dependence (diagnosed for the past 10 years) who was admitted for his first

psychiatric hospitalization. In the 4 months prior to admission, he experienced severe irritability, violent outbursts, racing thoughts, marked distractibility, increased libido, grandiose and persecutory delusions, less need for sleep (down to 3-4 hours/night), pressured speech and auditory hallucinations. He refused lithium; valproate and carbamazepine were not considered due his impaired hepatic function, thrombocytopenia, and elevated prothrombin time.

Gabapentin, 900 mg/day, was started with the daily dose being increased by 900 mg/day until a dose of 3600 mg/day was achieved after 4 days. The patient's Young Manis Rating Scale decreased from 34 at baseline (before gabapentin administration) to 17 after 10 days of monotherapy. He showed reductions in irritability, racing thoughts, pressured speech, behavioral disorganization, auditory hallucinations, libido, and insomnia (sleep normalized to 8 hours/night). No adverse events were reported.

Ryback and Ryback[4] described a 13-year-old boy who had a history of behavioral dyscontrol including temper tantrums, screaming fits, violent behavior towards others, social difficulties, argumentativeness, mood swings, depression, insomnia, and difficulty paying attention in class. He did not have a seizure disorder. He had suffered a head wound a few years previously, and results of a neurologic examination revealed mild right-hand graphesthesia defects and immediate memory problems. He was diagnosed with intermittent explosive disorder, attention deficit hyperactivity disorder, organic mood disorder, simple partial seizure disorder, and a closed head injury. Oral regimens of imipramine with various combinations of divalproex, clonidine, carbamazepine, felbamate, or lithium had failed to control his behavior. When placed on a regimen of imipramine (50 mg t.i.d.) and gabapentin (dose increased over 4-day period to 1200 mg/day), his explosive episodes lessened in frequency and intensity, and his temperament improved. At the time of the report, he was doing well after four months of treatment, with excellent control of his behavior.

Dimond et al.[5] conducted a reanalysis of five double-blind studies of gabapentin (add-on therapy) in epilepsy and confirmed that gabapentin patients were more likely to show improvements in mood and general well being than placebo patients. Of the 423 reported gabapentin-treated patients, 194 (46%) reported improvements in general well-being as compared to 79 (29%) of the 271 placebo-treated patients. Some patients reported global improvements even when seizure control was not improved. Physician comments detailing improved mood, lower anxiety and increased sociability were nearly twice as frequent among gabapentin patients compared to placebo patients.

In a 24-month open-label follow-up study of 35 patients, Ojemann, et al.[6] reported that "some patients reported a sense of well-being with improved memory concentration, increased memory function, improvement in mood and more clear perception with the addition of gabapentin without

WLC_CBU_000809

decrease in standard AEDs." Because this was an unexpected effect, and not systematically recorded, the actual frequency of the number of patients experiencing this response is unknown.

Handforth and Treiman[7] also reported positive psychological effects during gabapentin therapy. In an open-label study of 23 patients receiving gabapentin as add-on therapy at doses up to 2400 mg/day, 11 patients reported symptoms of improved well-being, confidence, social or occupational initiative, vivacity, energy, or improved cognition.

Harden and Pick[8] evaluated 15 adult patients (age 21-61 years) for symptoms of depression and anxiety both before treatment and after stabilization of gabapentin add-on therapy for partial epilepsy. Concurrent medications were unchanged. Depression and anxiety were assessed by clinical interview using various rating scales and by patient reporting of depression and anxiety inventories and mood state profile. Significant improvements in depression and anxiety were seen.

For your review I have enclosed the Neurontin package insert as well as copies of pertinent references. I hope this information is helpful. If you would like additional assistance, please call 1-800-223-0432.

Sincerely,

Martin Pollock, R.Ph., M.S.
Drug Information Specialist,
Drug Information Services

MP

WLC_CBU_000810

Ref.

1. Data on file. Parke-Davis; Ann Arbor, MI.
2. Schaffer, C and Schaffer, L. Gabapentin in the Treatment of Bipolar Disorder. *Am. J. Psych.* 1997; 154:291-292.
3. Stanton., S. et al. Treatment of Acute Mania With Gabapentin. *Am. J. Psych.* 1997; 154:287.
4. Ryback R and Ryback L. Gabapentin for Behavioral Dyscontrol. *Am J Psychiatry* 1995; 152:1399.
5. Dimond, K. et al. Effect of gabapentin (Neurontin) on Mood and Well Being in Patients With Epilepsy. Prog. Neuro-Psychopharmacol. & Biol. Psychiat. 1996; 20:407-417.
6. Ojemann, et al. Long-Term Treatment with Gabapentin for Partial Epilepsy. *Epilepsy Research* 1992; 13:159-165.
7. Handforth A and Treiman DM. Efficacy and Tolerance of Long-Term, High-Dose Gabapentin: Additional Observations. *Epilepsia* 1994; 35:1032-1037.
8. Harden, C and Pick, L. Alterations in Mood and Anxiety in Epilepsy Patients Treatment With Gabapentin. *Epilepsia* 1996; 37; supp5: (abstract 5.37) p. 137.

Encl.  Neurontin package insert
       References 2-8

WLC_CBU_000811