UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | MDL Docket No. 1629 |
| IN RE NEURONTIN MARKETING AND ) | |
| SALES PRACTICES LITIGATION ) | Master File No. 04-10981 |
| _____ ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ALL ACTIONS ) | Magistrate Leo T. Sorokin |
| _____ ) | |

## NOTICE OF APPEARANCE

Comes now Eric S. Pavlack of the law firm of Cohen & Malad, LLP, and hereby enters his appearance on behalf of Plaintiff, Gerald Smith, in the above-captioned litigation.

Dated: 8/29/06

Respectfully submitted,

COHEN & MALAD, LLP

By: _____
Eric S. Pavlack, Ind. Bar No. 21773-49
COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
epavlack@cohenandmalad.com