UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> MUSTAFA vs. PFIZER, INC. et al. <br> 06-CV-11394-PBS | STIPULATION |

IT IS HEREBY STIPULATED AND AGREED between the following:

Whereas the above matter was commenced in the United States District Court for the Southern District of Illinois and whereas the law firm of Brown & Crouppen, PC, served as local counsel to the law firm of Finkelstein & Partners, LLP, in the above matter during its pendency before the United States District Court for the Southern District of Illinois, and insofar as the above matter has been transferred to the Multi-District Litigation in the United States District Court for the District of Massachusetts (Master File No. 04-10981), and insofar as Eleanor L. Polimeni, Esq. of the law firm of Finkelstein & Partners, LLP has entered an appearance in the Multi-District Litigation on behalf of the plaintiffs in this matter, that henceforth the firm of Finkelstein & Partners, LLP, shall represent the plaintiffs in the above-captioned matter in all proceedings before this Court, and that the law firm of Brown & Crouppen, PC, shall be permitted to withdraw from representation of the plaintiffs in the above-captioned matters.

August 30, 2006

*[signature: Eleanor R. Polimeni]*
ELEANOR L. POLIMENI, ESQ.
of FINKELSTEIN & PARTNERS, LLP
436 Robinson Avenue
Newburgh, N.Y. 12550
Phone: (800) 634-1212
Fax: 845-562-3492
E-mail: epolimeni@lawampm.com

*[signature]*
JOHN DRISCOLL, ESQ.
of BROWN & CROUPPEN, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101
Phone: (314) 412-0216
Fax: (314) 412-3395
E-mail: jdriscoll@brownandcrouppen.com

So-ordered.

Dated:_____

_____
Hon. Patti B. Saris U.S.D.J.