UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ———————————————————————— | ) | |
| In re: NEURONTIN MARKETING, SALES | ) | MDL Docket No. 1629 |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | |
| ———————————————————————— | ) | Master File No. 04-10981 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| ALL ACTIONS | ) | Magistrate Judge Leo T. Sorokin |
| ———————————————————————— | ) | |

**STATUS REPORT SEPTEMBER 1, 2006**

Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for Plaintiffs and

Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as

well as all cases transferred to MDL No. 1629.


Dated: September 1, 2006


By:   **/s/ James P. Rouhandeh**
      James P. Rouhandeh
      Davis Polk & Wardwell
      450 Lexington Avenue
      New York, NY 10017


By:   **/s/ David B. Chaffin**
      David B. Chaffin
      Hare & Chaffin
      160 Federal Street, 23rd Floor
      Boston, MA 02110

**Counsel for Defendants, Pfizer Inc., et al.**

By:   **/s/ Thomas M. Sobol**
      Thomas M. Sobol
      Hagens Berman Sobol Shapiro LLP
      One Main Street, 4th Floor
      Cambridge, MA 02142

**Plaintiffs' Liaison Counsel**

By:   **/s/Barry Himmelstein**
      Barry Himmelstein, Esquire
      Lieff Cabraser Heimann & Bernstein
      Embarcadero Center West
      275 Battery Street, 30th Floor
      San Francisco, CA 94111-3339

By:   **/s/Don Barrett**
      Don Barrett, Esquire
      Barrett Law Office
      404 Court Square North
      P.O. Box 987

Lexington, MS 39095

By:    **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:    **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By:    **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

**Members of the Class Plaintiffs'
Steering Committee**

By:    **/s/Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:    **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

**Members of the Plaintiffs' Non-Class
Steering Committee**

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 1, 2006.

/s/David B. Chaffin

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

**MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 9/1/06**

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** (Marketing and Sales Practices) | Master File 04-10981-PBS | D. Mass, pursuant to JPML Order dated October 26, 2004 | • Motion for Appointment of Tennessee Lead Counsel *sub judice*<br><br>○ January 21, 2005 - Motion for Appointment of Tennessee Lead Counsel [Docket No. 37]<br><br>○ January 21, 2005 - Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38]<br><br>○ February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39]<br><br>○ February 2, 2005 - Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32]<br><br>○ February 11, 2005 - Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36]<br><br>○ March 15, 2005 - Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56]<br><br>○ August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (cont.)** | | | • Motion for Class Certification<br><br>   ○ August 8, 2005 – Plaintiff's Motion for Leave to File Declarations in Support of Plaintiffs' Motion for Class Certification Under Seal [Docket No. 202], Plaintiffs' Motion to Certify Class [Docket No. 204], Plaintiffs' Memorandum in Support re: Motion to Certify Class [Docket No. 205]<br><br>   ○ Opposition to Class Certification DUE November 22, 2006 (pursuant to Magistrate Judge Sorokin's August 17, 2006 order)<br><br>   ○ Reply to Opposition to Class Certification DUE December 22, 2006 (pursuant to Magistrate Judge Sorokin's August 17, 2006 order)<br><br>   ○ Surreply DUE January 12, 2007 (pursuant to Magistrate Judge Sorokin's August 17, 2006 order)<br><br>• Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint<br><br>   ○ July 27, 2006 – Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint [Docket No. 399]<br><br>   ○ July 27, 2006 – Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Support of Their Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint [Docket No. 400]<br><br>   ○ July 27, 2006 – Declaration of Patrick J. Murray in Support of Defendants' Memorandum of Law in Support of Motion to |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action (cont.) | | | Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint [Docket No. 401] |
| | | | ○ August 25, 2006 – Opposition to Motion to Dismiss the Second Amended Class Action Complaint and Second Coordinated Complaint [Docket No. 448] |
| | | | ○ August 25, 2006 -- Declaration of Ilyas J. Rona in Support of Plaintiffs' Opposition to Defendants Motion to Dismiss the Second Amended Class Action Complaint and Second Coordinated Complaint [Docket No. 449] |
| | | | • Discovery Order Number 3 [Docket No. 393] |
| | | | ○ August 1, 2006 -- Plaintiffs' Objections to Discovery Order Number 3 (redacted) [Docket No. 414] |
| | | | ○ August 1, 2006 – Declaration of Ilyas J. Rona in Support of Plaintiffs' Objections to Discovery Order Number 3 [Docket No. 412] |
| | | | ○ August 1, 2006 – Plaintiffs' Objections to Discovery Order Number 3 (filed under seal) [Docket No. 416] |
| | | | ○ August 1, 2006 -- Exhibits in Support of Declaration of Ilyas J. Rona in Support of Plaintiffs' Objections to Discovery Order Number 3 (filed under seal) [Docket No. 417] |
| | | | ○ August 18, 2006 -- Defendants' Response to Plaintiffs' Objections to Discovery Order Number 3 [Docket No. 437] |
| | | | ○ August 18, 2006 – Declaration of Matthew B. Rowland in Support of Defendants' Response to Plaintiffs' Objections to |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Master Consolidated Class Action (cont.) | | | Discovery Order Number 3 [Docket No. 438]<br><br>• Motion to Compel Compliance with the Stipulated Protective Order and CMO # 3<br><br>  ○ August 31, 2006 – Sales and Marketing Plaintiffs' Motion to Compel Defendants To Comply with the Stipulated Protective Order and CMO #3 [Docket No. 451]<br><br>  ○ August 31, 2006 – Memorandum in Support of Sales and Marketing Plaintiffs' Motion to Compel Defendants To Comply with the Stipulated Protective Order and CMO #3 [Docket No. 452] |
| Coordinated Private Actions (Marketing and Sales Practices) | Master File 04-10981-PBS | D. Mass, cases originally filed. | • Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint<br><br>  ○ July 27, 2006 – Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint [Docket No. 399]<br><br>  ○ July 27, 2006 – Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Support of Their Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint [Docket No. 400]<br><br>  ○ July 27, 2006 – Declaration of Patrick J. Murray in Support of Defendants' Memorandum of Law in Support of Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint [Docket No. 401]<br><br>  ○ August 25, 2006 – Opposition to Motion to Dismiss the |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices)** *(cont'd)* | | | Second Amended Class Action Complaint and Second Coordinated Complaint [Docket No. 448] |
| | | |     o   August 25, 2006 -- Declaration of Ilyas J. Rona in Support of Plaintiffs' Opposition to Defendants Motion to Dismiss the Second Amended Class Action Complaint and Second Coordinated Complaint [Docket No. 449] |
| | | | •   Discovery Order Number 3 [Docket No. 393] |
| | | |     o   August 1, 2006 -- Plaintiffs' Objections to Discovery Order Number 3 (redacted) [Docket No. 414] |
| | | |     o   August 1, 2006 -- Declaration of Ilyas J. Rona in Support of Plaintiffs' Objections to Discovery Order Number 3 [Docket No. 412] |
| | | |     o   August 1, 2006 -- Plaintiffs' Objections to Discovery Order Number 3 (filed under seal) [Docket No. 416] |
| | | |     o   August 1, 2006 -- Exhibits in Support of Declaration of Ilyas J. Rona in Support of Plaintiffs' Objections to Discovery Order Number 3 (filed under seal) [Docket No. 417] |
| | | |     o   August 18, 2006 -- Defendants' Response to Plaintiffs' Objections to Discovery Order Number 3 [Docket No. 437] |
| | | |     o   August 18, 2006 -- Declaration of Matthew B. Rowland in Support of Defendants' Response to Plaintiffs' Objections to Discovery Order Number 3 [Docket No. 438] |
| | | | •   Motion to Compel Compliance with the Stipulated Protective Order and CMO # 3 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices)** *(cont'd)* | | | ○ August 31, 2006 – Sales and Marketing Plaintiffs' Motion to Compel Defendants To Comply with the Stipulated Protective Order and CMO #3 [Docket No. 451]<br><br>○ August 31, 2006 – Memorandum in Support of Sales and Marketing Plaintiffs' Motion to Compel Defendants To Comply with the Stipulated Protective Order and CMO #3 [Docket No. 452] |
| *Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.* | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Motion to Remand to New Jersey State Court<br><br>○ May 19, 2005 - Assurant Plaintiffs' Status Report Regarding Motion to Remand to New Jersey State Court, Notice of Remand and Motion to Remand, Memorandum in Support of Remand. The New Jersey federal court pleadings were filed with this MDL Court on May 19 and May 31, 2005 [Docket No. 125]. The New Jersey pleadings (the dates below are the New Jersey filing dates) include:<br><br>    • January 27, 2005 - Assurant Plaintiffs' Notice of Motion, Motion and Memorandum in Support of Motion to Remand; Affidavit of David Novack in Support of Assurant Plaintiffs' Motion to Remand and Exhibits A – L<br><br>    • February 11, 2005 - Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Certification of Richard G. Placey, Esquire in Support of Memorandum of Law of Defendants Pfizer, Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Motion to Remand and in |

6

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | Support of Cross Motion to Defer Ruling of Remand Pending MDL Transfer; Joinder of Defendants Anthony Wild and Lodewijk J. R. DeVink in Defendants Pfizer and Warner-Lambert Company's Opposition Plaintiffs' Motion to Remand |
| | | | • February 25, 2005 - Plaintiffs' Reply Memorandum of Law in Further Support of its Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand; Affidavit of Ronald J. Campione in Support of Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand and in Opposition to Defendants' Cross Motion to Defer Ruling on Remand |
| | | | ○ August 17, 2005 – Notice by Assurant Plaintiffs re: [#125] Status Report: Supplemental Statement of Authority |
| | | | ○ August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin |
| | | | ○ May 31, 2006 – Assurant Plaintiffs' Notice of Supplemental Authority and Supplemental Pleading With Respect to Their Remand Motion [Docket No. 327] |
| | | | ○ August 4, 2006 – Report and Recommendation of Magistrate Judge Sorokin recommending the Court allow Assurant Plaintiffs' Motion to Remand and Motion for Suggestion of Remand [Docket No. 418] |
| | | | ○ August 18, 2006 – Objection by Pfizer Inc. and Warner-Lambert Company to Memorandum and Order of Magistrate |

7

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | Judge Leo T. Sorokin Dated August 4, 2006 [Docket No. 435]<br><br>○ August 18, 2006 – Memorandum of Law by Pfizer Inc. and Warner-Lambert Company In Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated August 4, 2006 Recommending that the Assurant Case Be Remanded to State Court [Docket No. 436]<br><br>• Assurant Plaintiffs' Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation<br><br>○ May 22, 2005 - Assurant Plaintiffs' Status Report and Request to Court to Issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation [Docket No. 126]<br><br>○ May 27, 2005 – Defendants' Response to Assurant Plaintiffs' Request that Court Issue Suggestion of Remand [Docket No. 136]<br><br>○ June 6, 2005 – MDL Plaintiffs' Memorandum of Law in Response to the Assurant Plaintiffs' Suggestion of Remand to the Judicial Panel of Multidistrict Litigation [Docket No. 146]<br><br>○ June 16, 2005 – Assurant Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court. [Docket No. 156]<br><br>○ June 16, 2005 – Proposed Order Granting Motion for Court to Issue a Suggestion to the Panel to Return Civil Action to the Transferor Court. [Docket No. 163]<br><br>○ August 17, 2005 – Assurant Plaintiffs' Supplemental |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Assurant Health, Inc. et. al v. Pfizer, Inc. et al.* (cont.) | | | Statement of Authority [Docket No. 217]<br><br>○ August 18, 2005 – Hearing on Motion to Remand [#125] and Assurant's Request to Issue a Suggestion of Remand to the Judicial Panel on MultiDistrict Litigation [#126] held before Magistrate Judge Leo T. Sorokin<br><br>○ August 4, 2006 – Report and Recommendation of Magistrate Judge Sorokin recommending the Court allow Assurant Plaintiffs' Motion to Remand and Motion for Suggestion of Remand [Docket No. 418]<br><br>○ August 18, 2006 – Objection by Pfizer Inc. and Warner-Lambert Company to Memorandum and Order of Magistrate Judge Leo T. Sorokin Dated August 4, 2006 [Docket No. 435]<br><br>○ August 18, 2006 – Memorandum of Law by Pfizer Inc. and Warner-Lambert Company In Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated August 4, 2006 Recommending that the Assurant Case Be Remanded to State Court [Docket No. 436]<br><br>● Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | ● Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>● Motion to Remand, stayed<br><br>○ May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | o  May 26, 2005 -  Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132] |
| | | | o  June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142] |
| | | | o  June 16, 2005 -  Request for Oral Argument, by Defendant Pfizer [Docket No. 153] |
| | | | o  June 16, 2005 -  Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155] |
| | | | o  August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213] |
| | | | o  August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214] |
| | | | o  August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215] |
| | | | o  October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241] |
| | | | o  October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242] |
| | | | o  November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248] |

10

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS (cont.) | | | ○ November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br><br>○ November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252]<br><br>○ December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258]<br><br>○ February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McMinn v. Pfizer, 04-2690* | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

11

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br><br>• Motion to Remand<br><br>   o May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont |

12

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Hansen v. Pfizer, 05-100 (cont'd)* | | | ○ June 6, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Vermont |
| | | | ● Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Demers v. Pfizer, 05-84* | Master File 04-10981-PBS | D. Maine | ● Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| | | | ● Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005 |
| | | | ● Response to Opposition to Transfer filed by Defendants July 11, 2005 |
| | | | ● Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005 |
| | | | ● Motion to Remand |
| | | | ○ June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine |
| | | | ○ June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine |
| | | | ● Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

13

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Medero v. Pfizer, 04-cv-22228* | Master File 04-10981<br><br>Civil action number assigned to Medero by MDL: 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br><br>• Motion to Remand, stayed<br><br>   ○ August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]<br><br>   ○ September 16, 2005 –Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br><br>   ○ September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br><br>   ○ February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

14

## MDL 1629 – PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. Pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims *sub judice*<br><br>    ○ May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>    ○ May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>    ○ May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>    ○ May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>    ○ June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>    ○ June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

15