# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| ASSURANT HEALTH, INC., et al. v PFIZER INC., et al., No. 05-10535-PBS | |

## DECLARATION OF ANNAMARIE A. DALEY IN SUPPORT OF *ASSURANT* PLAINTIFFS' MEMORANDUM IN RESPONSE TO PFIZER'S AND WARNER-LAMBERT COMPANY'S OBJECTIONS TO MEMORANDUM AND ORDER OF MAGISTRATE JUDGE LEO T. SOROKIN, DATED AUGUST 4, 2006, RECOMMENDING THAT THE *ASSURANT* CASE BE REMANDED TO STATE COURT

I, Annamarie A. Daley, declares as follows:

1.      I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. and counsel of record for the *Assurant* Plaintiffs in *Assurant Health, Inc., et al. v. Pfizer Inc., et al.*, No. 05-10535-PBS.  I am a member in good standing of the bar of the State of Minnesota.  I make this Affidavit in support of the *Assurant* Plaintiffs' Memorandum in Response to Pfizer's and Warner-Lambert Company's Objections to Memorandum and Order of Magistrate Judge Leo T. Sorokin, dated August 4, 2006, Recommending that the *Assurant* Case be Remanded to State Court.  The statements made herein are true and correct and based upon personal knowledge.

2.      Attached as Exhibit A is a true and correct copy of the Honorable John C. Lifland's Memorandum and Opinion in *In Re Gabapentin Patent Litigation*, MDL No. 1384

MP3 20193145.1

(JCL) dated August 22, 2005, filed on August 25, 2005 at Document No. 309 in Case No. 2:00-cv-02931 (D.N.J.).

3.      Attached as Exhibit B is a true and correct copy of the January 11, 2006 letter from James A. Rouhandeh, counsel for Defendants Pfizer and Warner Lambert to the Clerk of the Judicial Panel on Multidistrict Litigation, which was previously filed in this matter as Document No. 125, No. 19, May 19, 2005 (Campione Affidavit, Ex. A).

4.      Attached as Exhibit C is a true and correct copy of *In Re Abbott Laboratories Norvir Anti-Trust Litigation*, No. C 04-1511 CW, 2006 U.S. Dist. LEXIS 47246 (N.D. Cal. July 6, 2006).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2006

*s/Annamarie A. Daley*_____
Annamarie A. Daley

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 1, 2006.

*/s/Annamarie A. Daley*_____