# EXHIBIT B


# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

JAMES P. ROUHANDEH
212 450 4835
james.rouhandeh@dpw.com

January 11, 2005

Re:   MDL-1629 – In re Neurontin Marketing and Sales Practices Litigation

Mr. Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

Dear Mr. Beck:

Pursuant to Panel Rule 7.2(i), Defendants Pfizer Inc, Warner-Lambert Company, and Parke-Davis, a division of Warner-Lambert Company, hereby notify and advise the Judicial Panel on Multidistrict Litigation (the "Panel") that the following actions, listed below, are potential tag-along actions in the above-captioned matter:

1) *Assurant Health Inc., et. al. v. Pfizer Inc. et. al.*, No. 2:05-cv-00095-JAP-MCA (removed to federal court on January 5, 2005), pending in the United States District Court for the District of New Jersey before United States District Judge Joel A. Pisano;

2) *Sean McMinn v. Pfizer, Inc. et. al.*, No. 1:04-cv-02690-WYD, pending in the United States District Court for the District of Colorado before United States District Judge Wiley Y. Daniel.

Under Panel Rule 1.1, the above actions contain common factual allegations similar to those in the twenty-seven actions transferred by the Panel on October 26, 2004 to the District Court of Massachusetts (MDL 1629).

Enclosed please find courtesy copies of the above-mentioned actions as well as their docket sheets.

**RECEIVED**
JAN 1 4 2005

Mr. Michael J. Beck            2            January 11, 2005

If you have any questions, please do not hesitate to call me.

Respectfully submitted,

James P. Rouhandeh
COUNSEL FOR PFIZER INC, WARNER-
LAMBERT COMPANY, AND PARKE-
DAVIS, A DIVISION OF WARNER-
LAMBERT COMPANY

Enclosures

cc:   Counsel for Plaintiffs of Above-Noted Potential Tag-Along Actions
      (without enclosures; via U.S. Mail)

## SERVICE LIST
### In re Neurontin Marketing and Sales Practices Litigation
### (MDL Docket No. 1629)

David J. Novack
BUDD LARNER
150 JFK Parkway
Short Hills, NJ 07078

Annamarie A. Daley
Mark Ireland
Sonya C. Seidl
ROBBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

W. Scott Simmer
Hardy Vieux
ROBBINS, KAPLAN, MILLER & CIRESI L.L.P.
1801 K. Street, N.W. Suite 1200
Washington, D.C. 20006

**Attorneys for Plaintiff Assurant Health Inc, et al.**

Chad P. Hemmat, Esq.
ANDERSON HEMMAT & LEVINE, LLC
1490 Lafayette Street, Suite 307
Denver, CO 80218

**Attorney for Plaintiff Sean McMinn**