# EXHIBIT B

# Finkelstein & PARTNERS
## Counselors At Law

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Ross M. Fried (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)
_____
Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

**Accredited CLE Provider**

Victoria Lightcap (NY & NJ)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Andrew I. Falk (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)

Elizabeth A. Wolff (NY & MA)

*Of Counsel*

Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

REFER TO OUR FILE #: 200599

July 12, 2006

**Kathryn Carney Cole, Esq.**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: Neurontin Litigation

Dear Kathryn:

At the conference before Magistrate Sorokin yesterday, defense counsel represented to the Court in sum and substance that Product Liability Plaintiffs have agreed that Defendants do not have to provide a privilege log for redactions pertaining to other products. I must take issue with this representation; Products Liability Plaintiffs do not agree with defense counsel's representation.

My recollection of the privilege log issue pertaining to the redaction of other products is not as far reaching as defense counsel represented to the Court. In fact, no formal stipulation or agreement was ever reached. In the past, I discussed the issue with defense counsel, James Murray, and my understanding was that defense counsel would not be providing a privilege log for each and every single word redaction that pertained to other products. This was done as an accommodation given the apparent burden faced by Defendants if they would have to include a privilege log for each single word redaction that might reference another product.

For example, consider the attachments to this letter. In the first attachment, there are appear to be single words redacted and these redactions do not necessarily affect the overall context of the document. With this in mind, I was willing to make accommodations to defense counsel so that a log would not be necessary under such circumstances. If there was an issue as to such a redaction, I was willing to address it on a case-by-case basis. The intention was to ease the burden associated with defense counsel's obligation to provide a log.

Next, consider the second attachment in which Defendants have redacted an entire page. Under no circumstances did I ever agree that a privilege log should not be provided. Applying defense counsel's representation in Court yesterday, defense counsel would believe that a log would not need to be provided if the document referenced other products. Products Liability Plaintiffs do not agree with such a position.

To date we have not received a single privilege log despite several requests. While I understand from our recent discussions that the Leslie Tive custodial file is being reproduced and that this may affect your ability to provide

Newburgh • Albany • Binghamton • Goshen • Kingston • Middletown • Monroe • New Windsor • Newark • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

X   436 ROBINSON AVENUE
    NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

a privilege log for this witness, the failure to provide any log for any witness for whom documents have been disclosed is squarely at odds with the governing case management order.  Kindly contact me to discuss this matter further as I do believe it imperative that this issue be resolved.

Very truly,

Kenneth B. Fromson

Changes in GABA Concentrations in Response to [Redacted] Administration in Patients with Medication Resistant Epilepsy

Principal Investigator: Jerzy P. Szaflarski, MD, PhD; Co-Principal Investigator: Michael D. Privitera, MD

Epilepsy is a common disorder that affects approximately 1% of the population. One in 10 people will have a seizure during their lifetime; there are 400,000-600,000 people with medication-resistant epilepsy in the United States alone.[1] Epilepsy is caused by abnormal functioning of neurons; one of the substrates of abnormal neuronal functioning in epilepsy is gamma-aminobutyric acid (GABA). GABA is a major neurotransmitter in the central nervous system and abnormalities in the GABA-ergic system have been implicated in the pathogenesis of focal onset and generalized epilepsies.

In health and disease, GABA levels depend on it's synthesis in neurons. The concentration of GABA is dependent on the region of the brain, age, and gender. << AUTODATE >> Synaptic effect of GABA is mediated through two types of receptors: $GABA_A$ and $GABA_B$. $GABA_A$ receptors are important for inhibiting brain's excitability; up to 75% of neurons in the central nervous system are GABA-ergic. << AUTODATE >> $GABA_B$ receptors are thought to modulate and inhibit the generation of excitatory postsynaptic potentials and long-term potentiation in hippocampus and limbic system. << AUTODATE >>

In patients with juvenile myoclonic epilepsy, *in-vivo* MRS measurements of GABA have shown incomplete seizure control in patients with lower GABA levels when compared to healthy controls or patients with AED-refractory partial epilepsy. << AUTODATE >> Furthermore, AED GABA studies in healthy controls and epilepsy patients have shown rapid increases in GABA levels after administration of topiramate or vigabatrin. << AUTODATE >> In one study, GABA level changes corresponded with the degree of seizure control: patients with no response to vigabatrin had unchanged levels of GABA while patients who attained complete or almost complete seizure control had significantly increased levels of GABA. << AUTODATE >> Such increases are likely related to enhancement of $GABA_A$ receptor-mediated chloride flux by topiramate and irreversible GABA-transaminase inhibition by vigabatrin. Taken together, these studies support not only the role of GABA in epilepsy but also the fact that modulation of GABA levels can lead to improved seizure control.

N-acetylaspartate (NAA) and lactate (LA) are two other markers of seizure-related brain injury. Their level is low in the epileptogenic zone in patients with medication-resistant epilepsy but in patients, whose seizures have been controlled with anterior temporal lobectomy, levels of NAA and LA have normalized in the areas where abnormal levels were detected prior to the surgical intervention. << AUTODATE >> This means that the abnormal levels of NAA and LA reflect neuronal dysfunction and not necessarily neuronal loss and that seizure control provides an environment where affected neurons may recover normal functioning. Similar effect of seizure control on the MRS abnormalities has been observed in patients whose seizures responded well to the therapy with antiepileptic medications. Since NAA is known to remain stable in the interictal and ictal states in patients with medication-resistant epilepsies, << AUTODATE >> but it changes in response to overall seizure control, NAA measured with MRS appears to be an excellent tool for evaluation of the return of normal functions in neurons negatively affected by frequent seizures.

With these considerations in mind, we expect to show in patients with medication-resistant epilepsy receiving [Redacted] as an add-on treatment that:

1. Patients who receive PGB therapy and who have ≥50% seizure reduction will show significant increase in brain GABA concentrations in comparison to patients with <50% seizure reduction.

2. Patients who experience ≥50% seizure reduction with PGB will show improvement of MRS metabolic indices (specifically, MRS will show increased NAA and reduced LA concentrations);

3. Early normalization of MRS metabolic indices after 6 weeks of PGB treatment will predict clinical ≥50% seizure reduction by 3 months.

The results of this study will identify potential markers for clinical improvement with PGB treatment of patients with medication-resistant epilepsy as well as help to clarify associations between hypothesized brain bioenergetic abnormalities, clinical treatment response, and metabolic indices.

Redacted

Confidential
Pfizer_LCastro_0069675