UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**Declaration of JoBeth Levy**

1.  I, JoBeth Levy, am employed by Aetna as Business Systems Manager. I have been employed by Aetna and its predecessor entities for approximately 20 years.

2.  Aetna is performing a study to determine the number of unique users of Neurontin users during the time between Neurontin's market entry in 1993 and the Court ordered discovery cut off of May, 2004, but we were unable to complete that work by today. We estimate that this information will be prepared by November 1 and will be available to supplement the record at the Court's request.

3.  With counsel's assistance in support of this motion, we have attempted to estimate the number of unique Neurontin users during several time periods at issue in this case using available data.

4.  Based on available claims data, during 1999 Aetna paid 163, 391 pharmacy claims for Neurontin prescriptions.

5.  Based on available claims data, during 2000 Aetna paid 259, 306 pharmacy claims for Neurontin prescriptions.

6.  Based on available claims data, during 2001 Aetna paid 335, 422 pharmacy claims for Neurontin prescriptions.

7.  At Aetna, the average retail prescription is for 33 days and results in 11 refills per year and the average mail order prescription is for 90 days and results in 4 refills per year.

8.  Using these estimates, we can further estimate that between 14, 854 and 40, 848 unique users submitted prescription claims for Neurontin to Aetna during 1999, and that between 23, 573 and 64, 827 unique users submitted prescription claims for Neurontin to Aetna during 2000; and, that between 30, 493 and 83, 856 unique users submitted prescription claims for Neurontin to Aetna during 2001.

9.  Further, we believe these estimates to be low, because, among other things, the estimates assume a constant population refilling Neurontin prescriptions. Logic dictates that while some persons will have used Neurontin as a maintenance drug for the entire time period, others will have migrated on and off Neurontin thus increasing the number of unique users.

10. Even assuming these believed low estimates to be accurate, for Aetna to "produce the medical claims data for each person prescribed Neurontin for the period one year before the first Neurontin prescription to one year after the last Neurontin prescription for that person" will cause substantial burden and expense for all parties.

11. Reporting of medical claims data in the manner requested is something outside the normal scope of operations at Aetna and would require the integration of data and resources, specifically claims systems, which in the normal course of business are separately maintained.

12. Using the pharmacy claims systems, Aetna is unable to generate reports of the medical claims data for Neurontin. The pharmacy claims systems and the medical claims systems are independent systems. In order to produce such a report in an automated fashion, Aetna would be required to create special computer programming and coding to attempt to integrate the various pharmacy claims and medical claims systems.

13. To my knowledge Aetna has not previously attempted to create reports matching historical pharmacy claims and medical claims data and accordingly cannot assume at this time that the procedure would be successful and create complete and accurate data.

14. Following inquiry into this matter, I have determined that in order to "produce the medical claims data for each person prescribed Neurontin for the period one year before the first Neurontin prescription to one year after the last Neurontin prescription for that person" Aetna will first have to use the pharmacy claims systems to create a report identifying each unique user submitting a pharmacy claim for Neurontin and the dates of the first and last Neurontin prescription.

15. Next, for each unique Neurontin user identified by this pharmacy claims system report, Aetna will then have to query the appropriate medical claims systems to request the medical claims data for each person for the period one year before the first Neurontin prescription to one year after the last Neurontin prescription. This may require the search of one or more medical claims systems depending on the time period at issue.

16. To do this procedure manually would be very time consuming, and we conservatively estimate that for each unique Neurontin user it would take several hours for a report of the medical claims data to be requested, generated and checked for errors.

17. We believe that we may be able to create special computer programming and coding to attempt to integrate the various pharmacy claims and medical claims systems. The process would create unique challenges and concerns including attempting to integrate different data, identifiers and fields which may not be common to all systems. Moreover, having never previously done such integration we are unsure of success.

18. Assuming that Aetna was able to overcome the challenges to successfully generate automated reports, we estimate several hundred programming hours on each the pharmacy claims and the medical claims systems, and an estimated completion time of 5 months for the project.

19. Assuming that Aetna was not able to overcome the challenges to successfully generate automated reports, we are unable to determine the total time required to manually generate such reports for the reasons set forth above.

_____
JoBeth Levy

Dated: September 14, 2006

17. We believe that we may be able to create special computer programming and coding to attempt to integrate the various pharmacy claims and medical claims systems. The process would create unique challenges and concerns including attempting to integrate different data, identifiers and fields which may not be common to all systems. Moreover, having never previously done such integration we are unsure of success.

18. Assuming that Aetna was able to overcome the challenges to successfully generate automated reports, we estimate several hundred programming hours on each the pharmacy claims and the medical claims systems, and an estimated completion time of 5 months for the project.

19. Assuming that Aetna was not able to overcome the challenges to successfully generate automated reports, we are unable to determine the total time required to manually generate such reports for the reasons set forth above.

JoBeth Levy

Dated: September 14, 2006