UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY | |
| THE GUARDIAN LIFE INSURANCE CO. OF AMERICA v. PFIZER, INC. and AETNA, INC. v. PFIZER, INC. | |

**DECLARATION OF BARRY HIMMELSTEIN IN SUPPORT OF
PLAINTIFFS' OBJECTIONS TO DISCOVERY ORDER NO. 4**

563704.1

I, BARRY R. HIMMELSTEIN, declare and state:

1. I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, Co-Lead Counsel for the Class Plaintiffs in this action. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

3. Attached hereto are true and correct copies of the following documents I provided to the Hon. Leo T. Sorokin at the August 8, 2006 hearing on the discovery motions ruled upon in Discovery Order No. 4:

| Exhibit A | IMS Report, Bates labeled WL 39098 through WL 39121, produced by defendants in *United States of America ex rel. David Franklin v. Parke-Davis*, *et al.*, C.A. No. 96-11651-PBS (D. Mass.) |
|---|---|
| Exhibit B | M. Steinman, L. Bero, *et al.*, *Narrative Review: The Promotion of Gabapentin: An Analysis of Internal Industry Documents,* Ann. Intern. Med. 2006; 145:284-293 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September 2006 at Oakland, California.

_____\s\ Barry Himmelstein_____
Barry Himmelstein