UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MECIJA, individually and as guardian ad litem for JHOANNE MECIJA, a minor, and JEFFREY MECIJA, all individually and as successors in interest to ESTATE OF HENRY C. MECIJA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY LLC, WARNER-LAMBERT COMPANY, JAMES P. HALL, D.O., and Does 1-100,<br><br>　　　　　Defendants. | MDL DOCKET NO.: 1629<br>LEAD CASE NO.: 1:04-CV-10981-PBS<br>CIVIL ACTION NO: 8:06-cv-293<br>DIST. OF MA NO.: 1:06-cv-11445-PBS<br>JUDGE PATTI B. SARIS<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR REMAND TO CALIFORNIA SUPERIOR COURT IN ORANGE COUNTY; REQUEST FOR ORAL ARGUMENT; MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF BYRON J. BEAM [*PROPOSED ORDER FILED CONCURRENTLY HEREWITH*]** |

TO THE CLERK OF THE ABOVE-ENTITELD COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant JAMES P. HALL, D.O. ("Dr. Hall") respectfully moves this Court to remand this case to the California Superior Court in Orange County where it was originally filed.  This motion is be made on the grounds that the removal to this Court by defendant Pfizer, Inc. ("Pfizer") was improper because California defendant Dr. Hall is

1
**NOTICE OF MTN. AND MTN. OF DEFENDANT JAMES P. HALL, D.O.  FOR REMAND TO ORANGE
COUNTY SUPERIOR COURT; MEMO.  IN SUPPORT OF MOTION**
131598.1

not a "sham" or "fraudulent" defendant. Moreover, the plaintiffs' claim against Dr. Hall is not barred by the statute of limitations contained in California Code of Civil Procedure section 340.5, because the plaintiffs' medical negligence cause of action was tolled by California Code of Civil Procedure section 364.

This Motion is made upon this Notice of Motion and Motion; the complete file and record herein; the Memorandum in Support of Motion and Declaration of Byron J. Beam Esq. filed concurrently herewith; and upon such further oral and/or documentary evidence or argument as may be submitted at the hearing of the Motion.

DATED: September 15, 2006  */s/ Julia P. Cheng*
**Attorneys for Defendant James P. Hall, D.O.**
BYRON J. BEAM, Bar No.: 35825
JULIA P. CHENG, Bar No.: 219771
**BEAM BROBECK WEST BORGES & ROSA**
600 West Santa Ana Boulevard
Suite 1000
Santa Ana, California 92701-4586
(714) 558-3944
(714) 568-0129
bbeam@bbwbrlawfirm.com
jcheng@bbwbrlawfirm.com

## REQUEST FOR ORAL ARGUMENT

Under Local Rules of the United States District Court for the District of Massachusetts, Rule 7.1 (d), any party making or opposing a motion who believes that oral argument may assist the court and wishes to be heard can make a request for oral argument. Here, Dr. Hall wishes to be heard and believes that oral argument may assist the Court in ruling on his Motion for Remand.