UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MECIJA, individually and as guardian ad litem for JHOANNE MECIJA, a minor, and JEFFREY MECIJA, all individually and as successors in interest to ESTATE OF HENRY C. MECIJA, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY LLC, WARNER-LAMBERT COMPANY, JAMES P. HALL, D.O., and Does 1-100, <br><br> Defendants. | MDL DOCKET NO.: 1629 <br> LEAD CASE NO.: 1:04-CV-10981-PBS <br> CIVIL ACTION NO: 8:06-cv-293 <br> DIST. OF MA NO.: 1:06-cv-11445-PBS <br> JUDGE PATTI B. SARIS <br><br> **[PROPOSED] ORDER RE DEFENDANT JAMES P. HALL, D.O.'S MOTION FOR REMAND TO CALIFORNIA SUPERIOR COURT IN ORANGE COUNTY** <br> [*FILED CONCURRENTLY WITH MOTION FOR REMAND*] |

Upon consideration of Defendant James P. Hall, D.O.'s ("Dr. Hall")Motion for Remand to Orange County Superior Court, all other pleadings, supporting papers, and declarations, and for good cause shown:

///

IT IS ORDERED that Dr. Hall's Motion for Remand to Orange County Superior Court is GRANTED;

Date:_____  _____
HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

_____  Submitted by:
**Attorneys for Defendant James P. Hall, D.O.**
BYRON J. BEAM, Bar No.: 35825
JULIA P. CHENG, Bar No.: 219771
**BEAM BROBECK WEST BORGES & ROSA LLP**
600 West Santa Ana Boulevard
Suite 1000
Santa Ana, California 92701-4586
(714) 558-3944
(714) 568-0129
bbeam@bbwbrlawfirm.com
jcheng@bbwbrlawfirm.com

**[PROPOSED] ORDER RE DEFENDANT JAMES P. HALL, D.O.'S MOTION FOR REMAND TO CALIFORNIA SUPERIOR COURT IN ORANGE COUNTY**

131635.1

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 15, 2006.

| | |
|---|---|
| DATED: September 15, 2006 | ***/s/ Julia P. Cheng*** <br> **Attorneys for Defendant James P. Hall, D.O.** <br> BYRON J. BEAM, Bar No.: 35825 <br> JULIA P. CHENG, Bar No.: 219771 <br> **BEAM BROBECK WEST BORGES & ROSA LLP** <br> 600 West Santa Ana Boulevard <br> Suite 1000 <br> Santa Ana, California 92701-4586 <br> (714) 558-3944 <br> (714) 568-0129 <br> bbeam@bbwbrlawfirm.com <br> jcheng@bbwbrlawfirm.com |

# SERVICE LIST

Donald S. Edgar, Esq.
Jeremy R. Fietz, Esq.
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
Telephone Number:                    (707) 545-3200
Fax Number:                              (707) 578-3040
***Attorneys for Plaintiffs Jennifer Mecija, individually and as guardian ad litem for Jhoanne Mecija, a minor, and Jeffrey Mecija, all individually and as successors in interest to Estate of Henry C. Mecija***

3

**[PROPOSED] ORDER RE DEFENDANT JAMES P. HALL, D.O.'S MOTION FOR REMAND TO CALIFORNIA SUPERIOR COURT IN ORANGE COUNTY**
131635.1

Thomas P. Hanrahan
Rebecca G. Goldstein
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone Number:            (213) 896-6000
Fax Number:                  (213) 896-6600
***Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-lambert Company LLC***

Of Counsel:
Scott W. Sayler
Douglas B. Maddock, Jr.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone Number:            (816) 474-6550
Facsimile:                   (816) 421-5547
***Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-lambert Company LLC***

Tobias L. Millrood
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Eleanor Louise Poliemeni
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**[PROPOSED] ORDER RE DEFENDANT JAMES P. HALL, D.O.'S MOTION FOR REMAND TO CALIFORNIA SUPERIOR COURT IN ORANGE COUNTY**
131635.1

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Adam S. Tolin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

5

**[PROPOSED] ORDER RE DEFENDANT JAMES P. HALL, D.O.'S MOTION FOR REMAND
TO CALIFORNIA SUPERIOR COURT IN ORANGE COUNTY**
131635.1