UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MECIJA, individually and as guardian ad litem for JHOANNE MECIJA, a minor, and JEFFREY MECIJA, all individually and as successors in interest to ESTATE OF HENRY C. MECIJA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY LLC, WARNER-LAMBERT COMPANY, JAMES P. HALL, D.O., and Does 1-100,<br><br>　　　　　　Defendants. | MDL DOCKET NO.: 1629<br>LEAD CASE NO.: 1:04-CV-10981-PBS<br>CIVIL ACTION NO: 8:06-cv-293<br>DIST. OF MA NO.: 1:06-cv-11445-PBS<br>JUDGE PATTI B. SARIS<br><br>**AMENDED MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR LEAVE TO FILE HIS MOTION FOR REMAND** |

Defendant JAMES P. HALL, D.O. ("Dr. Hall") respectfully moves, pursuant to the July 20, 2005 Order of Consolidation issued by the Honorable Leo T. Sorokin of the United States District Court, District of Massachusetts, for leave to file his Motion for Remand. The grounds for this motion appear in the following Statement of Reasons.

## Statement of Reasons

1. The Motion for Remand is made on the grounds that the removal of this case to Federal Court by defendants Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company LLC ("Pfizer") was improper because California defendant Dr. Hall is not a "sham" or "fraudulent" defendant.

2. Moreover, the plaintiffs' claim against Dr. Hall is not barred by the statute of limitations contained in California Code of Civil Procedure section 340.5, as claimed by defendant Pfizer, because the plaintiffs' medical negligence cause of action was tolled by California Code of Civil Procedure section 364.

## Conclusion

For the foregoing reasons, Defendant Hall respectfully request that he be permitted to file his Motion for Remand.

DATED: September 15, 2006      */s/ Julia P. Cheng*
**Attorneys for Defendant James Hall, D.O.**
BYRON J. BEAM, Bar No.: 35825
JULIA P. CHENG, Bar No.: 219771
**BEAM BROBECK WEST BORGES & ROSA LLP**
600 West Santa Ana BoulevardSuite 1000
Santa Ana, California 92701-4586
(714) 558-3944
(714) 568-0129
bbeam@bbwbrlawfirm.com
jcheng@bbwbrlawfirm.com

2

**AMENDED MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR LEAVE TO FILE HIS MOTION FOR REMAND**

132147.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 15, 2006.

DATED: September 15, 2006

*/s/ Julia P. Cheng*
**Attorneys for Defendant James Hall, D.O.**
BYRON J. BEAM, Bar No.: 35825
JULIA P. CHENG, Bar No.: 219771
**BEAM BROBECK WEST BORGES & ROSA LLP**
600 West Santa Ana BoulevardSuite 1000
Santa Ana, California 92701-4586
(714) 558-3944
(714) 568-0129
bbeam@bbwbrlawfirm.com
jcheng@bbwbrlawfirm.com

## SERVICE LIST

Donald S. Edgar, Esq.
Jeremy R. Fietz, Esq.
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
Telephone Number:     (707) 545-3200
Fax Number:           (707) 578-3040
*Attorneys for Plaintiffs Jennifer Mecija, individually and as guardian ad litem for Jhoanne Mecija, a minor, and Jeffrey Mecija, all individually and as successors in interest to Estate of Henry C. Mecija*

Thomas P. Hanrahan
Rebecca G. Goldstein
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone Number:    (213) 896-6000
Fax Number:    (213) 896-6600
***Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-lambert Company LLC***

Of Counsel:
Scott W. Sayler
Douglas B. Maddock, Jr.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone Number:    (816) 474-6550
Facsimile:    (816) 421-5547
***Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-lambert Company LLC***

Tobias L. Millrood
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Eleanor Louise Poliemeni
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

4

**AMENDED MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR LEAVE TO FILE HIS MOTION FOR REMAND**

132147.1

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Adam S. Tolin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808