UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MECIJA, individually and as guardian ad litem for JHOANNE MECIJA, a minor, and JEFFREY MECIJA, all individually and as successors in interest to ESTATE OF HENRY C. MECIJA,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY LLC, WARNER-LAMBERT COMPANY, JAMES P. HALL, D.O., and Does 1-100,<br><br>        Defendants. | MDL DOCKET NO.: 1629<br>LEAD CASE NO.: 1:04-CV-10981-PBS<br>CIVIL ACTION NO: 8:06-cv-293<br>DIST. OF MA NO.: 1:06-cv-11445-PBS<br>JUDGE PATTI B. SARIS<br><br>**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO FILE HIS MOTION FOR LEAVE TO FILE MOTION FOR REMAND TO STATE COURT, AND MOTION FOR REMAND TO STATE COURT; DECLARATION OF JULIA P. CHENG, ESQ.** |

Defendant JAMES P. HALL, D.O. ("Dr. Hall") respectfully moves for an extension of time for him to submit his Motion for Leave to File Motion for Remand to State Court, and Motion for Remand to State Court.

As reflected in the accompanying declaration of Julia P. Cheng, Dr. Hall's motions could not be timely filed due to the fact that his counsel did not receive an Electronic Case File ("ECF") password and login in order to electronically file Dr. Hall's motions until

132133.1

September 15, 2006, one day after the due date.

For the reasons stated in the declaration of Julia P. Cheng , Defendant Hall respectfully requests that an extension of time for him to submit his Motion for Leave to File Motion for Remand to State Court, and Motion for Remand to State Court, be granted.

DATED: September 15, 2006   */s/ Julia P. Cheng*
**Attorneys for Defendant James Hall, D.O.**
BYRON J. BEAM, Bar No.: 35825
JULIA P. CHENG, Bar No.: 219771
**BEAM BROBECK WEST BORGES & ROSA LLP**
600 West Santa Ana BoulevardSuite 1000
Santa Ana, California 92701-4586
(714) 558-3944
(714) 568-0129
bbeam@bbwbrlawfirm.com
jcheng@bbwbrlawfirm.com

## DECLARATION Of JULIA P. CHENG, ESQ.

1.  I am an associate in the law firm of Beam, Brobeck, West, Borges & Rosa LLP, attorneys of record for defendant JAMES P. HALL, O.D.. The matters stated herein are within my own personal knowledge and if called as a witness I could and would competently testify thereto.

2.  On August 9, 2006, the U.S. Judicial Panel on Multidistrict Litigation issued an Order to Transfer the above-captioned action to the United States District Court for the District of Massachusetts before the Honorable Patti B. Saris.

3.  On August 15, 2006, the United States District Court for the District of Massachusetts received the docket of the above-captioned action from the United States District Court, Central District of California.

4.  I registered on Wednesday, September 6, 2006, to obtain an Electronic Case File ("ECF") password and login in order to electronically file Dr. Hall's Motion for Leave to File Motion for Remand to State Court, and Motion for Remand to State Court.

3.  I was advised by the ECF Help Desk that it would take a few business days for the password and login to be issued.

4.  I attempted to find out with the ECF Help Desk whether a password and login could be issued to me earlier so that Dr. Hall's motions could be filed timely.

5.  I was again advised that issuance of a password and login would take a few

business days.

6.   On or about September 6, 2006, I informed plaintiffs' counsel, Jeremy Fietz, that I was unable to electronically file Dr. Hall's motions that day due to the lack of a password and login.

7.   On September 15, 2006, I received an email from the ECF Help Desk containing my ECF password and login. The email arrived at 4:38 a.m. (Eastern Time).

8.   Accordingly, on September 15, 2006, I proceeded to electronically file Dr. Hall's Motion for Leave to File Motion for Remand to State Court, and Motion for Remand to State Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Santa Ana, California on September 15, 2006.

*/s/ Julia P. Cheng*

Julia P. Cheng, Declarant

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 15, 2006.

DATED: September 15, 2006  */s/ Julia P. Cheng*

**Attorneys for Defendant James P. Hall, D.O.**
BYRON J. BEAM, Bar No.: 35825
JULIA P. CHENG, Bar No.: 219771
**BEAM BROBECK WEST BORGES & ROSA LLP**
600 West Santa Ana Boulevard
Suite 1000
Santa Ana, California 92701-4586
(714) 558-3944
(714) 568-0129
bbeam@bbwbrlawfirm.com
jcheng@bbwbrlawfirm.com

# SERVICE LIST

Donald S. Edgar, Esq.
Jeremy R. Fietz, Esq.
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
Telephone Number:        (707) 545-3200
Fax Number:              (707) 578-3040
***Attorneys for Plaintiffs Jennifer Mecija, individually and as guardian ad litem for Jhoanne Mecija, a minor, and Jeffrey Mecija, all individually and as successors in interest to Estate of Henry C. Mecija***

5
**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO FILE HIS MOTION FOR REMAND**
132133.1

Thomas P. Hanrahan
Rebecca G. Goldstein
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone Number:	(213) 896-6000
Fax Number:	(213) 896-6600
***Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-lambert Company LLC***

Of Counsel:
Scott W. Sayler
Douglas B. Maddock, Jr.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone Number:	(816) 474-6550
Facsimile:	(816) 421-5547
***Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-lambert Company LLC***

Tobias L. Millrood
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Eleanor Louise Poliemeni
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP

6

**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO FILE HIS MOTION FOR REMAND**

132133.1

One Main Street
4th Floor
Cambridge, MA 02142

Adam S. Tolin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO
FILE HIS MOTION FOR REMAND

132133.1