| NAME | RESIDENCE |
|---|---|
| Martha Accettullo | AR |
| Mary J. Anderson | AR |
| Tony Armour | AR |
| Alysia Ashley | AR |
| Aaron P. Baker | AR |
| Georgia L. Baker | AR |
| Kay Blake | AR |
| Kenneth L. Bramlett | AR |
| Ernie Brooks | AR |
| Rita Brooks | AR |
| Haywood Broomfield | FL |
| Carson Bunch | AR |
| Gwenna J. Byrum-Hill | AR |
| Damon Carter | AR |
| Russell T. Cephas | AR |
| Karen M. Chancellor | AR |
| Kevin W. Clark | AR |
| Vera Colley, Est. Robert Colley | AR |
| Connie B. Cook | AR |
| Coleen M. Craig | AR |
| Larry W. Dauernheim | AR |
| Kelly Deleon | AR |
| Stacey Douglas | AR |
| Debra Espey | AR |
| David W. Faught | AR |
| Jennifer Funderburg | AR |
| Sherrial Gilbow | AR |
| James E. Gilmore | AR |
| Paul H. Golden | AR |
| Kenneth Gross | AR |
| Clennon C. Hall | AR |
| Ethel M. Hall | AR |
| Linda Hall | AR |
| Lisa Harper | AR |
| David Hartsell | AR |
| Thomas Harvey | AR |
| Romana Haynes | AR |
| Thomas C. Henson | AR |
| Dametria Igbonagwam, Est. Alesha Brown | AR |
| Tommy D. James | AR |

| Name | State |
|---|---|
| Tatika Jernigan-Wilson | AR |
| Elroy L. Johnson | AR |
| Carla Jones | AR |
| Lovell L. Jones-Coleman | AR |
| Cassandra Knox | AR |
| Mario Laspina | AR |
| Tracy Lewis | AR |
| Sherry K. Ligon | AR |
| Vincent W. Ludacka | AR |
| Leslie Luttrell | AR |
| Jacqueline K. Manning | GA |
| Barbara McAnally, Est. Van McAnally | MS |
| Vivian Meeks | AR |
| William S. Moore | AR |
| Wanda F. Nichols | AR |
| Charles Northcutt | AR |
| Lonnie J. Payne | AR |
| Richardson Perdue | AR |
| Linda Phipps | AR |
| Rebecca A. Prince | AR |
| Betty L. Siltman | AR |
| Doris J. Smith | AR |
| Harold Sprinkle | AR |
| Jana Stephens | AR |
| Jeffrey Taggart | AR |
| Bular D. Taylor | AR |
| Brenda Thompson | AR |
| Betty Thurmond | AR |
| Mark Turner | AR |
| Annette White | AR |
| Charles White | AR |
| Jeffrey Wilkin | AR |
| Brady L. Williams | AR |
| Dexter Williams | AR |
| Jimmie K. Williams | AR |
| Leotis C. Williams | AR |
| Ramal Williams | AR |
| Sydney L. Williams | LA |
| Kristina Wilson | AR |
| Kathy Young | AR |

| Name | State |
|---|---|
| Kamaliha Y. Brewster | NV |
| Corrine M. Falk | NV |
| Drew Gordon | NV |
| Michele C. Grayson | NV |
| Timothy L. Jackson | NV |
| Mehmet Kilic | NV |
| Ann E. Larkin | NV |
| Sandra M. Logan | CA |
| Daryl K. Nakamura | NV |
| Dena D. Pina | NV |
| Monica L. Saenz | NV |
| Shelley M. Tarvan | NV |
| Diane M. Valentino | NV |
| John W. Wilhelm | UT |
| | |
| Charles D. Girard, Sr. | PA |
| Tuwanda V. Shakoor | PA |
| Cynthia K. Myers, Est. Aldina Sweitzer | PA |
| Bonnie A. Volek | PA |
| Robert D. Angel | WV |
| Merrie E. Beavers | TN |
| Denise D. Boyd | OH |
| Willie G. Brewster | OH |
| Catherine L. Brown | TX |
| Felisha Carpenter | WV |
| Lesa Carpenter | WV |
| Vathana S. Chhiv | CT |
| Nicholas Clark | FL |
| Garry P. Clemons | KY |
| Sharon L. Coburn | NC |
| Richard W. Dodd | WV |
| Christine M. Dozier | FL |
| Jeffrey B. Drain | WV |
| Foster A. Duzan | WV |
| Shanna G. Ericsson-Harkness | VA |
| Eugene J. Fay | CA |
| Robert D. Gangi | TX |
| Joseph P. Graham | MD |
| Janet Hargett | FL |
| Zola Hatfield | WV |
| Beth A. Howard | WV |

| | |
|---|---|
| Patricia L. Hunter | KY |
| Mary J. Kestner | WV |
| Kenneth M. Knauff | OH |
| Barbara A. Knowlton | WV |
| Debra F. Leger | LA |
| Donald L. Lockhart | WV |
| Mary A. Lueker, Est. Michael S. Gerla | IL |
| Freddie B. Lytle | MO |
| Joshua A. Martinez, Est. Teresa Huff | NM |
| Bryan A. May | IN |
| Marlene K. McIntyre | WV |
| Kimberly D. McKenzie | WV |
| Sandra D. McMahon-Lough | MD |
| Michelle L. Moats | WV |
| Michael J. Moscato | AL |
| Jennifer Napoli-Branson, Est. Sherry Groves | CA |
| Sherry Pastine, Est. Samuel Pastine | WV |
| Barbara M. Pfaff-Melani, ANF Nikko A. Gonzalez | VA |
| Donna M. Pitzer | WV |
| Melissa S. Ratz | WV |
| Tonya R. Riddle | WV |
| Sherman D. Robinson | WV |
| Donald H. Scheidt | IN |
| John W. Scurlock | OH |
| Herman C. Segle | OH |
| Teina M. Shaffer | WV |
| Debra R. Smith | WV |
| Kenneth C. Smith | NY |
| Donnie L. Statom | KY |
| Carolyn C. Taylor | WV |
| Caryl A. Taylor | FL |
| Edward C. Thibodeau | FL |
| Melissa L. Vice | MD |
| Christopher E. Wagoner | WV |
| Helen S. Wine | WV |
| Theresa A. Williams | MS |
| | |
| Virgil L. Anderson | SC |
| Melissa W. Barkley | SC |
| Beth A. Bellino | SC |
| Tosha R. Best | NC |

| Name | State |
|---|---|
| Joe N. Blake | SC |
| Carmen L. Bolton | SC |
| Joy N. Boyer | SC |
| Susan L. Brazell | SC |
| Patricia L. Brockman | SC |
| Anne D. Bruce | CO |
| Bryan E. Burnett | SC |
| Pamela S. Calvert | SC |
| Kimberly A. Campbell-Dean | SC |
| Lester C. Carr | SC |
| Wilbur C. Conyers | SC |
| Richard A. Crosby, Jr. | SC |
| James D. Davenport | SC |
| Kimm J. Davis | SC |
| David A. Day | SC |
| Robert G. Devore | SC |
| Loretta V. Dreher | SC |
| Allison D. Dukes | SC |
| Sharon K. Emmons | SC |
| Sharon Y. Floyd | SC |
| Georgia M. Fludd | SC |
| Sonya M. Galloway | SC |
| Monica S. Gann | SC |
| Karen J. Greer | SC |
| Christopher L. Hall | SC |
| Rachel A. Hash | NC |
| Debbie R. Hiers | SC |
| Donald A. Hildebrand, Jr. | SC |
| Amy S. James | SC |
| Latonya A. Jeffers | SC |
| Cheryl W. Kirby | SC |
| Dexter A. Lee | NC |
| Janice W. Lee | SC |
| George B. Lemacks | SC |
| Stephanie A. Lowe | SC |
| Darrin P. Marlow | SC |
| Zina R. McCue | SC |
| Autherine Middleton | SC |
| Isiah E. Mitchell, Sr. | SC |
| Jason M. Mitchell | SC |
| Lori L. Mocci | SC |
| Robert J. Moses | SC |
| Earnestine Parker | SC |
| Barbara T. Payne | SC |
| Mary K. Perry | SC |
| David W. Pettit | SC |
| Mary J. Pickett | SC |
| Mary Pittman, Est. Stacy Pittman | SC |

| Name | State |
| --- | --- |
| Craig G. Reaves | SC |
| William J. Reed | SC |
| Jarvis L. Richberg | SC |
| Monica Ridgeway, Est. Ronald Ridgeway | SC |
| Jacqueline Sanders | SC |
| Florence Y. Seagraves | SC |
| Robert L. Small | SC |
| Kathaleen B. Smalls | SC |
| Dorothy E. Smith | SC |
| Earvin N. Smith | SC |
| Robert N. St. Hilaire | CO |
| Ezell Summers | SC |
| Willie R. Thames | SC |
| Joseph O. Washington, III | SC |
| Edgar J. Watson | NC |
| David D. Weatherford | SC |
| Louis M. Weger | SC |
| Dexter P. Wigfall | SC |