IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTHA ACCETTULLO;                                         PLAINTIFFS
MARY J. ANDERSON; TONY ARMOUR;
ALYSIA ASHLEY; AARON P. BAKER;
GEORGIA L. BAKER; KAY BLAKE;
KENNETH L. BRAMLETT; ERNIE BROOKS;
RITA BROOKS; HAYWOOD BROOMFIELD;
CARSON BUNCH; GWENNA J. BYRUM-HILL;
DAMON CARTER; RUSSELL T. CEPHAS;
KAREN M. CHANCELLOR; KEVIN W. CLARK;
VERA COLLEY, Individually and as Administratrix of
The Estate of ROBERT COLLEY, Deceased;
CONNIE B. COOK; COLEEN M. CRAIG;
LARRY W. DAUERNHEIM; KELLY DELEON;
STACEY DOUGLAS; DEBRA ESPEY;
DAVID W. FAUGHT; JENNIFER FUNDERBURG;
SHERRIAL GILBOW; JAMES E. GILMORE;
PAUL H. GOLDEN; KENNETH GROSS;
CLENNON C. HALL; ETHEL M. HALL;
LINDA HALL; LISA HARPER;
DAVID HARTSELL; THOMAS HARVEY;
ROMANA HAYNES; THOMAS C. HENSON;
DAMETRIA IGBONAGWAM, Individually and as
Administratrix of The Estate of ALESHA BROWN,
Deceased; TOMMY D. JAMES;
TATIKA JERNIGAN-WILSON;
ELROY L. JOHNSON; CARLA JONES;
LOVELL L. JONES-COLEMAN;
CASSANDRA KNOX; MARIO LASPINA;
TRACY LEWIS; SHERRY K. LIGON;
VINCENT W. LUDACKA; LESLIE LUTTRELL;
JACQUELINE K. MANNING;
BARBARA McANALLY, Individually and as
Administratrix of the Estate of
VAN McANALLY, Deceased; VIVIAN S. MEEKS;
WILLIAM S. MOORE; WANDA F. NICHOLS;
CHARLES NORTHCUTT; LONNIE J. PAYNE;
RICHARDSON PERDUE; LINDA PHIPPS;
REBECCA A. PRINCE; BETTY L. SILTMAN;
DORIS J. SMITH; HAROLD SPRINKLE;
JANA STEPHENS; JEFFREY TAGGART;
BULAR D. TAYLOR; BRENDA THOMPSON;

BETTY THURMOND; MARK TURNER;
ANNETTE WHITE; CHARLES WHITE;
JEFFREY WILKIN; BRADY L. WILLIAMS;
DEXTER WILLIAMS; JIMMIE K. WILLIAMS;
LEOTIS C. WILLIAMS; RAMAL WILLIAMS;
SYDNEY L. WILLIAMS; KRISTINA WILSON;
KATHY YOUNG
v.

          CASE NO. 4:06-CV-00341-WRW

PFIZER INC.; PARKE-DAVIS          DEFENDANTS
A division of Warner-Lambert
Company and Warner-Lambert
Company, L.L.C.;
WARNER-LAMBERT COMPANY;
And WARNER-LAMBERT
COMPANY, L.L.C.

And

Pfizer Inc., Corporation Company

And

William Lieblong

**PETITION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS AGAINST DEFENDANT WILLIAM LIEBLONG**

Plaintiffs hereby move to dismiss without prejudice their legal claims against Defendant William Lieblong, reserving all claims and causes of action against all other Co-Defendants Pfizer, Inc, et al.

WHEREFORE, Plaintiffs pray the Court dismiss Defendant William Lieblong without prejudice and for all other just and proper relief to which they may be entitled. Costs, if any, are to be taxed to Plaintiffs.

Respectfully Submitted,

__s/Newton B. Schwartz, Sr._____
Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, Texas 77098

Peter Miller
AR Bar No. 80103
1601 S. Broadway
Little Rock, Arkansas 72201

Jack Harang
3500 N. Hullen Street
Metairie, Louisiana 70002

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2006, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Lyn P. Pruitt
LPruitt@mwsgw.com


    s/Newton B. Schwartz, Sr
NEWTON B. SCHWARTZ, SR.