UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------- x
: 
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND :
PRODUCTS LIABILITY LITIGATION : MDL Docket No. 1629
:
---------------------------------------- x Master File No. 04-10981
:
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
---------------------------------------- x Magistrate Judge Leo T.
: Sorokin
PRODUCTS LIABILITY CASES. :
:
---------------------------------------- x

**DECLARATION OF NEAL A. POTISCHMAN**

NEAL A. POTISCHMAN declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am a member of the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Motion to Dismiss the Personal Injury Plaintiffs' Claims Based upon Allegedly Improper Marketing Practices, filed on June 14, 2006.

3. Attached as Exhibit 1 is a true and correct copy of the complaint filed in <u>Baron v. Pfizer, Inc.</u>, Index No. 6429-04 (N.Y. Sup. Ct. filed Oct. 14, 2004).

Dated: New York, New York
September 15, 2006

                     /s/ Neal A. Potischman
                       Neal A. Potischman

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on September 15, 2006.

                                                            /s/ David B. Chaffin