UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- )
                                                           )
In re: NEURONTIN MARKETING,                                )
SALES PRACTICES, AND PRODUCTS                              )
LIABILITY LITIGATION                                       )
                                                           )
---------------------------------------------------------- )
                                                           )    MDL No. 1629
This document relates to:                                  )
                                                           )    Master File No. 1:04-10981-PBS
ALL ACTIONS                                                )
                                                           )
---------------------------------------------------------- )

**MOTION OF RHONDA GAYLE GOODRIDGE *et al.* TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING MODIFICATION TO PROTECTIVE ORDER**

Movants Rhonda Gayle Goodridge, Susan Dudley and Mark Dudley (collectively "Movants") are the Plaintiffs in *Rhonda Gayle Goodridge et al. v. Pfizer Canada Inc. et al.*, Court File No. 06-CV-307728CP, a class action lawsuit pending in the Superior Court of Justice, Ontario, Canada. Movants' lawsuit is brought against the same primary defendant, Pfizer Inc., and its Canadian subsidiary, Pfizer Canada Inc., based on the same underlying facts as the litigation here. Movants seek damages from between 1994 and the present. Movants' proof of their case will involve substantially identical evidence as the litigation before this Court.

By this Motion, Movants seek leave to intervene in this litigation under Fed. R. Civ. P. 24(b) so that they may seek modification of the Stipulated Protective Order ("Protective Order") that this Court signed on January 10, 2005. Movants seek access to Confidential discovery materials provided or to be provided in the future by the Defendants.

Upon intervention, Movants will move and hereby do move to modify the Protective Order to permit them access to the Confidential discovery materials produced or to be produced in the future in this litigation on the same terms as the parties to this litigation. See Proposed Order, attached. Movants' Canadian counsel agree to submit themselves to the jurisdiction of the Court for purposes of enforcing the Protective Order.

The basis for this Motion is set forth in the accompanying Memorandum of Points and Authorities.

Movants request that this Motion be set for a hearing.

>Respectfully submitted,
>
>RHONDA GAYLE GOODRIGDE, SUSAN DUDLEY AND MARK DUDLEY,
>
>By their attorneys,
>
>_____
>Christopher Weld, Jr. (BBO#: 522230)
>cweld@toddweld.com
>TODD & WELD LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>(617) 720-2626
>
>Of Counsel:
>
>Jonathan W. Cuneo
>David W. Stanley
>CUNEO GILBERT& LaDUCA, LLP
>507 C Street, NE
>Washington, DC 20002
>(202) 789-3960

September 18, 2006