UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |
| THIS DOCUMENT RELATES TO<br>ASSURANT HEALTH, INC., et al v.<br>PFIZER, INC., et al 05-10535-PBS | |

### NOTICE OF RESCHEDULED HEARING

**SARIS, U.S.D.J.**                                                                                   September 20, 2006

The Hearing re: #435 Objection to #418 Report and Recommendation previously scheduled for September 28, 2006, has been rescheduled to **September 27, 2006, at 10:00 a.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to: Counsel via ECF