UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION                     CIVIL ACTION NO.
                                               04-10981-PBS
                                               MDL NO. 1629

### NOTICE OF HEARING

**SARIS, U.S.D.J.**                                          September 20, 2006

      TAKE NOTICE that the above-entitled case has been set for a Hearing re: # 478 Motion for Reconsideration of Discovery Order No. 4, on **September 27, 2006, at 11:00 a.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to: Counsel via ECF