UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |

## NOTICE OF HEARING

**SARIS, U.S.D.J.**                                                                                          September 20, 2006

TAKE NOTICE that the above-entitled case has been set for a Hearing re: # 399 Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint, on **September 27, 2006, at 11:00 a.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to: Counsel via ECF