UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> MARTHA ACCETULLO et al. v. PFIZER INC. et al., 06-10912-PBS | |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner Lambert Company, LLC, Warner-Lambert Company, and Warner-Lambert Company, LLC ("Defendants"), respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the assent of plaintiffs, that the time within which Defendants must answer, move, or otherwise respond to the Amended Complaint in the above-referenced action (Docket # 471) be enlarged to thirty (30) days after this Court rules on defendants' pending motion to dismiss the original complaints filed by these plaintiffs (Docket # 431).

The grounds for this motion are:

1. Defendants require additional time within which to prepare their response to the Amended Complaint in the above-referenced action.

2. Defendants wish to avoid duplicative briefing.

3. Counsel for plaintiffs have assented to this motion.

WHEREFORE, Defendants respectfully request that the Court enlarge the time within which they must answer, move, or otherwise respond to the Complaints in the above-referenced actions.

Dated: September 22, 2006

          DAVIS POLK & WARDWELL

          By: /s/Neal A. Potischman
              James P. Rouhandeh
              Neal A. Potischman

          450 Lexington Avenue
          New York, New York 10017
          (212) 450-4000

          HARE & CHAFFIN

          By: /s/David B. Chaffin
              David B. Chaffin

          160 Federal Street
          Boston, Massachusetts 02110
          (617) 330-5000

          *Attorneys for Defendants*

          ASSENTED TO:

          THE LAW OFFICES OF
          NEWTON B. SCHWARTZ, SR.

          By: /s/Newton B. Schwartz, Sr.
              Newton B. Schwartz, Sr.

          1911 Southwest Freeway
          Houston, Texas 77098
          (713) 630-0708

          *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on September 22, 2006.

               /s/David B. Chaffin