UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | |
| This document relates to: ALL ACTIONS | ) ) ) ) ) | MDL No. 1629  Master File No. 04-10981-PBS |

**NOTICE OF APPEARANCE**

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearances of Seth J. Robbins, on behalf of the Movants Rhonda Gayle Goodridge, Susan Dudley and Mark Dudley (collectively "Movants") in the above-captioned action.

/s/ Seth J. Robbins
_____
Seth J. Robbins (BBO# 655146)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
srobbins@toddweld.com

Date: September 25, 2006

## Certificate of Service

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 25, 2006.

_____
Seth J. Robbins

Date: September 25, 2006