UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
                                      :
In re:  NEURONTIN MARKETING,          :
        SALES PRACTICES, AND          :
        PRODUCTS LIABILITY LITIGATION :    MDL Docket No. 1629
                                      :
------------------------------------- x    Master File No. 04-10981
                                      :
THIS DOCUMENT RELATES TO:             :
                                      :    Judge Patti B. Saris
                                      :
        ALL MARKETING AND             :
        SALES PRACTICES ACTIONS       :
                                      :
                                      :
------------------------------------- x


## DECLARATION OF MATTHEW B. ROWLAND

MATTHEW B. ROWLAND declares upon penalty of perjury in accordance with 28

U.S.C. § 1746 as follows:

1.      I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for

Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2.      I submit this declaration in support of Defendants' Memorandum in Opposition to

Third-Party Payor Plaintiffs' (A) Motion for Reconsideration of Discovery Order No. 4, or, in

the Alternative, Motion To Supplement the Record, and (B) Objections to Discovery Order No.

4, filed on September 25, 2006.

3.      Attached at Exhibit A is a true and correct copy of excerpted pages (297–300,

437–44) from the deposition of Milam W. Ford, 30(b)(6) designee of BlueCross BlueShield of

Louisiana, taken Jan. 20, 2006.

4.      Attached at Exhibit B is a true and correct copy of excerpted pages (1–4, 221–24) from the deposition of Colleen Savoie, taken Jan. 16, 2006.

5.      Attached at Exhibit C is a true and correct copy of BlueSaver Contract Comprehensive Medical Certificate, bates stamped BCBSLA-000002–BCBSLA-000043, produced by BlueCross BlueShield of Louisiana.

6.      Attached at Exhibit D is a true and correct copy of Health Benefit Plan, bates stamped BCBSLA-000045–BCBSLA-000112, produced by BlueCross BlueShield of Louisiana.

7.      Attached at Exhibit E is a true and correct copy of BlueCross BlueShield of Louisiana Allied Health Provider Agreement, bates stamped BCBSLA-003131–BCBSLA-003154, produced by BlueCross BlueShield of Louisiana.

8.      Attached at Exhibit F is a true and correct copy of Aetna Health Inc. (Florida) Certificate of Coverage, bates stamped Aetna 000870–Aetna 000921, produced by Aetna, Inc.

9.      Attached at Exhibit G is a true and correct copy of Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals Responses and Objections to Defendants' Second Request for Production of Documents, dated December 14, 2005.

Dated: New York, New York
        September 25, 2006


                                    /s/ Matthew B. Rowland
                                    Matthew B. Rowland

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.


/s/David B. Chaffin