# EXHIBIT B

### 1/16/2006  Savoie, Colleen (MDL)

```
1                    UNITED STATES DISTRICT COURT
2                     DISTRICT OF MASSACHUSETTS
3
                    ------------------------------------x
4       In re:  NEURONTIN MARKETING AND
        SALES PRACTICES LITIGATION
5       ------------------------------------x Master File
        THIS DOCUMENT RELATES TO:              No. 04-10981
6       ------------------------------------x
        HARDEN MANUFACTURING CORPORATION;
7       LOUISIANA HEALTH SERVICE INDEMNITY
        COMPANY, dba BLUECROSS/BLUESHIELD
8       OF LOUISIANA; INTERNATIONAL UNION
        OF OPERATING ENGINEERS, LOCAL NO. 68
9       WELFARE FUND; ASEA/AFSCME LOCAL 52
        HEALTH BENEFITS TRUST; GERALD SMITH;
10      and LORRAINE KOPA, on behalf of
        themselves and all others similarly
11      situated V. PFIZER INC. and
        WARNER-LAMBERT COMPANY.
12      ------------------------------------x
        THE GUARDIAN LIFE INSURANCE COMPANY
13      OF AMERICA V. PFIZER INC. and
        AETNA, INC. V. PFIZER INC.
14      ------------------------------------x
15
16                   DEPOSITION OF COLLEEN SAVOIE
                          Anchorage, Alaska
17                     Monday, January 16, 2006
18
19
20
21
22
23
24
             Reported by:
25           Sandra M. Mierop
```

1/16/2006  Savoie, Colleen (MDL)

1                                    January 16, 2006
                                     9:00 a.m.

2

3                        Deposition of COLLEEN SAVOIE, taken by

4              Defendants, held at the Marriott Courtyard Hotel,

5              4901 Spenard Road, Anchorage, Alaska, before

6              Sandra M. Mierop, a Shorthand Reporter and Notary

7              Public within and for the State of Alaska.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                           A P P E A R A N C E S
 2
                   For ASEA:
 3
                   TOUSLEY BRAIN STEPHENS PLLC
 4                 1700 Seventh Avenue, Suite 2200
                   Seattle, Washington 98101
 5                 BY:  NANCY A. PACHARZINA, ESQ.
 6
                   For Marsh and Colleen Savoie:
 7
                   BANKSTON GRONNING O'HARA, P.C.
 8                 601 West Fifth Avenue, Suite 900
                   Anchorage, Alaska  99501
 9                 BY: CHRIS D. GRONNING, ESQ.
10
                   For the Defendants:
11
                   DAVIS POLK & WARDWELL
12                 450 Lexington Avenue
                   New York, New York  10017
13                 BY:  PATRICK J. MURRAY, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

### 1/16/2006  Savoie, Colleen (MDL)

```
1                              INDEX
2
         COLLEEN SAVOIE                    JANUARY 16, 2006
3
                           EXAMINATION
4                                              PAGE
5        BY MR. MURRAY                           5
6                            EXHIBITS
7        NUMBER        DESCRIPTION              PAGE
8          1        Employee Benefit Consulting  94
                    Agreement
9                   00388-98
10         2        Newsletter, Summer 2005     121
                    00323-326
11
           3        Status Report              126
12
           4        Overview since Trust Inception  127
13
           5        Special Report             139
14
           6        Utilization Report         149
15
           7        Monthly Report             151
16
           8        Report to Board of Trustees  181
17
           9        Meeting Minutes            182
18
          10        Plan Booklet               191
19
          11        Plan Booklet               191
20
          12        List of Covered Drugs      225
21
          13        Document with Handwriting  236
22
          14        Implementation Form        238
23
          15        Pricing Term Sheet         245
24
          16        Drug Utilization Report    253
25
```

```
1     provides a medical benefit to patients who use it

2     for pain?

3          A.    Was your question:  Did anybody perform

4     an analysis?

5          Q.    (Nods head.)

6          A.    Not to my knowledge.

7          Q.    For patients who use it for postherpetic

8     neuralgia?

9          A.    Not to my knowledge.

10         Q.    Any of its other uses?

11         A.    Not to my knowledge.

12         Q.    Do you know of any such analysis that

13    has been performed by ASEA, its vendors, or any

14    of its entities?

15         A.    Not to my knowledge.

16         Q.    Do you know if ASEA or any of its

17    vendors ever received any information regarding

18    whether Neurontin was effective for any of ASEA's

19    participants?

20         A.    No.

21         Q.    Do you know in which cases Neurontin was

22    effective for ASEA's coverage for individuals?

23         A.    No.

24         Q.    Would anyone else know this?

25         A.    I don't know.
```

1/16/2006  Savoie, Colleen (MDL)

```
 1     Q.    How would you go about finding this out?
 2                 MR. GRONNING:  You're talking now
 3    about Brady or Marsh?
 4                 MR. MURRAY:  Yeah.
 5                 MS. PACHARZINA:  The question is,
 6    how would you have found out if Neurontin had
 7    been beneficial?
 8                 MR. MURRAY:  Yeah, or effective for
 9    ASEA's participants?
10                 MS. PACHARZINA:  Objection.  Lacks
11    foundation.
12     A.    Well, presumably, you would have to look
13    at the medical records of the individual
14    participants and have them reviewed by a medical
15    expert?
16     Q.    (BY MR. MURRAY)  Did you ever discuss
17    the off-label use of Neurontin?
18     A.    Prior to this case?
19     Q.    At any point.
20     A.    Not prior to this case.
21     Q.    Did you ever express your conclusion to
22    ASEA regarding whether or not Neurontin provides
23    medical benefit for its off-label uses?
24     A.    No.
25     Q.    Have you ever discussed off-label use of
```

**1/16/2006  Savoie, Colleen (MDL)**

```
 1      Neurontin with the physicians, pharmacists, or

 2      other service providers who serviced ASEA's

 3      coverage individuals?

 4          A.    No.

 5          Q.    Did ASEA's pharmacy benefits policies

 6      cover Neurontin?

 7          A.    Yes, I believe so.

 8          Q.    Are you aware of any circumstances under

 9      which it wasn't covered?

10          A.    If its use was not medically necessary

11      or determined to be experimental or

12      investigational.

13          Q.    Are you aware of any instances in which

14      it was found that Neurontin's use was not

15      medically necessary or that it was experimental

16      or investigational?

17          A.    No.

18          Q.    Are you aware of any instances in which

19      claims for Neurontin were rejected?

20          A.    No.

21          Q.    Are you aware of whether -- strike that.

22                Did ASEA or any of its vendors ever

23      check to see if any Neurontin claims are being

24      paid for off-label usages?

25                MS. PACHARZINA:  Asked and
```

**1/16/2006  Savoie, Colleen (MDL)**

```
1    answered.  Many, many times.
2       A.    No.
3       Q.    (BY MR. MURRAY)  You talked about ASEA's
4    formulary or lack of a formulary earlier on.
5    Have you heard of an open formulary?
6       A.    Yes.
7       Q.    What's an open formulary?
8       A.    It is a formulary that -- that the
9    participants can select drugs on the formulary or
10   drugs off the formulary, but in either case
11   they're not penalized for their selection of a
12   drug.
13      Q.    Would you classify ASEA's formulary as
14   an open formulary?
15      A.    Or passive.
16      Q.    Did it ever use a different type of
17   formulary?
18      A.    No.  Not to my knowledge.
19      Q.    Did ASEA ever consider moving to a
20   closed formulary?
21      A.    Yes.
22      Q.    And what type of closed formulary did
23   ASEA consider?
24            MS. PACHARZINA:  Objection.  We
25   went over this just so shortly ago, about the
```