UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 04-10981-PBS MDL NO. 1629 |

### NOTICE OF HEARING

**SARIS, U.S.D.J.**                                                                 September 25, 2006

TAKE NOTICE that the above-entitled case has been set for a Hearing re: #431 Motion to Dismiss on **November 14, 2006, at 2:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to: Counsel via ECF