UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING,<br>SALES PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS NOTICE RELATES TO:<br>ALL SALES AND MARKETING ACTIONS | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |

## NOTICE OF HEARING

**SARIS, U.S.D.J.**                                                                 September 28, 2006

TAKE NOTICE that the above-entitled case has been set for a Class Certification Hearing on **January 31, 2007, at 3:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to: Counsel via ECF