UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  |  |
|---|---|---|
| MARILYN LEWIS, ET AL | ) | |
| Plaintiffs | ) | |
| | ) | CIVIL ACTION NO.: 1:06-cv-11392-PBS |
| v. | ) | (MDL No.: 1629) |
| | ) | |
| JOHN BARRETT, ET AL | ) | Master Docket No.: 1:04-10981-PBS |
| Defendants | ) | |
| | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for defendants, JOHN BARRETT AND HERTZ CORPORATION, in the above-captioned action.

_/s/ Gareth W. Notis_
Gareth W. Notis- BBO #637814
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

1024386v1