UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS LIABILITY :
LITIGATION :
: MDL Docket No. 1629
THIS DOCUMENT RELATES TO: : Master File No. 04-10981
: Judge Patti B. Saris
JENNIFER MECIJA, et al. v. PFIZER INC. et : Mag. Judge Leo T. Sorokin
al. :
:
Docket No. 1-06-cv-11445-PBS :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF DEFENDANTS' CORRECTED
OPPOSITION TO MOTION TO REMAND
BY CO-DEFENDANT JAMES HALL**

PLEASE TAKE NOTICE that Defendants are filing a corrected memorandum in opposition to the motion to remand filed by co-defendant Dr. James Hall ("Dr. Hall"). Defendants submit the corrected memorandum to clarify that – as the final sentence of the first paragraph of defendants' corrected memorandum explains – plaintiffs did join in Dr. Hall's remand motion when the case was pending in federal district court in California, but plaintiffs have not moved to remand or otherwise joined Dr. Hall's motion now that their case is in the MDL.

1

Dated: October 2, 2006

                      DAVIS POLK & WARDWELL

                      By:   /s/ James P. Rouhandeh
                             James P. Rouhandeh
                             Carter H. Burwell
                      450 Lexington Avenue
                      New York, New York 10017
                      (212) 450-4000

                          - and -

                      HARE & CHAFFIN

                      By:   /s/ David B. Chaffin
                             David B. Chaffin

                      160 Federal Street
                      Boston, Massachusetts 02110
                      (617) 330-5000

                      *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 2, 2006.

                                         /s/David B. Chaffin