UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

----

### DECLARATION OF DEBORAH L. MACGREGOR IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING MODIFICATION TO PROTECTIVE ORDER

DEBORAH L. MACGREGOR declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Opposition to Motion to Intervene for the Limited Purpose of Seeking Modification to Protective Order.

3. Attached at Exhibit A is a true and correct copy of a letter from Michael Peerless to Glenn Zakaib dated August 1, 2006.

Dated: New York, New York
October 2, 2006

    /s/ Deborah L. MacGregor
Deborah L. MacGregor

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 2, 2006.

/s/David Chaffin