# EXHIBIT A



# SISKINDS
## THE law FIRM
SISKIND, CROMARTY, IVEY and DOWLER LLP

**DELIVERED BY FAX**

FAX #: (416) 360-8877    NO. OF PAGES: 2
BY FAX ONLY   [X]   HARD COPY TO FOLLOW [ ]
OPERATOR'S NAME:   Matthew D. Baer

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY AND NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

File No.:802518/MJP/mdb

August 1, 2006

Glenn M. Zakaib
Cassels, Brock & Blackwell LLP
Barristers & Solicitors
Scotia Plaza
Suite 2100 - 40 King Street West
Toronto, Ontario M5H 3C2

Dear Glenn:

**Re: Neurontin Class Action**

I am writing in response to your letter dated July 11, 2006. I apologize for not getting back to you sooner, but I was on vacation.

Further to your position that your client does not consent to us using its documents which are subject to the U.S. protective order in this matter in our certification materials, please be aware that we have taken steps to, as per your suggestion, bring a motion in the U.S. District Court – District of Massachusetts seeking an order that the U.S. protective order be modified in order to allow us use of the documents in our certification motion.

As per our conversation of June 21, 2006, I do wish to reiterate that our certification materials are ready to be filed, subject to being allowed use of your clients' documents, and we look forward to proceeding with the certification motion on the scheduled dates, January 17 – 19, 2007.

MAIN: (519) 672-2121
DIRECT: (519) 672-2251 ext 369
EMAIL: mike.peerless@siskinds.com
FAX: (519) 672-6065

680 WATERLOO STREET
P.O. BOX 2520
LONDON, ON N6A 3V8

WITH OFFICES IN:
Toronto, Dresden, Windsor
and Quebec City (affiliate office)

www.siskinds.com
www.classaction.ca
www.franchiselaw.ca
www.siskindsimmigration.com
www.siskindsprivacylaw.com
www.siskindssportsmanagement.com

Please fee free to contact me should you wish to discuss this matter further.

Yours very truly,

Siskind, Cromarty, Ivey & Dowler LLP

Per:

　　Michael J. Peerless

MJP/mdb



Page 2