UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| This document relates to: ALL ACTIONS | MDL No. 1629<br>Master File No. 04-10981-PBS |

[PROPOSED] ORDER

UPON CONSIDERATION of the Motion of Rhonda Gayle Goodridge, Susan Dudley and Mark Dudley (collectively "Movants") to intervene in this case under Rule 24(b) for the limited purpose of modifying the January 10, 2005 Stipulated Protective Order ("Protective Order")(Dkt. No. 27) herein; and

UPON FURTHER CONSIDERATION of Movants' request to modify the Protective Order and their arguments in support; and

UPON FURTHER CONSIDERATION of the Defendants' opposition to the Motion; it is hereby

ORDERED that the Motion for leave to intervene for the stated purpose is GRANTED; and it is further

ORDERED as follows:

1. Movants' counsel shall be granted access (at their own expense) by the parties in this action to Confidential documents, interrogatory responses, response to requests for admission, deposition transcripts, expert reports and other discovery

papers produced, or to be produced, by the Defendants; and

    2. The Protective Order in this case is modified as follows:

New Paragraph 19 is added to the Protective Order as follows:

"Plaintiffs in *Rhonda Gayle Goodridge et al. v. Pfizer Canada Inc. et al.*, Court File No. 06-CV-307728CP (Superior Court of Justice, Ontario, Canada), shall be deemed 'Parties' hereunder for the purpose of obtaining access to Confidential discovery materials. The Plaintiffs in that action shall be permitted to use such Confidential discovery materials in that action in any manner permitted by the court in which that case is pending, subject to the requirements of ¶ 4(f). The Plaintiffs in that action are bound by the terms of this Protective Order not to use such materials for any purpose other than for the prosecution of their own litigation, and are bound to abide by the non-disclosure provisions of this Order except as modified in this Paragraph."

SO ORDERED this ___ day of _____, 2006.

                                                          Hon. Patti B. Saris
                                                          United States District Judge