# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>ASSURANT HEALTH, INC., et al. v PFIZER INC., et al., No. 05-10535-PBS | |

### DECLARATION OF ANNAMARIE A. DALEY IN SUPPORT OF *ASSURANT* PLAINTIFFS' SUR-REPLY IN RESPONSE TO PFIZER INC. AND WARNER-LAMBERT COMPANY'S OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE LEO T. SOROKIN DATED AUGUST 4, 2006 RECOMMENDING THAT THE *ASSURANT* CASE BE REMANDED TO STATE COURT

I, Annamarie A. Daley, declare as follows:

1.   I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. and counsel of record for the *Assurant* Plaintiffs in *Assurant Health, Inc., et al. v. Pfizer Inc., et al.*, No. 05-10535-PBS.  I am a member in good standing of the bar of the State of Minnesota.  I make this Affidavit in support of the *Assurant* Plaintiffs' Sur-Reply in Response to Pfizer Inc.'s and Warner-Lambert Company's Objections to Report and Recommendations of Magistrate Judge Leo T. Sorokin, dated August 4, 2006 Recommending that the *Assurant* Case Be Remanded to State Court.  The statements made herein are true and correct and based upon personal knowledge.

2.   Attached as Exhibit A is a true and correct copy of *Sullivan v. BNSF*, No. CV-06-0207, 2006 U.S. Dist. LEXIS 58396 (D. Ariz. Aug. 17, 2006).

3. Attached as Exhibit B is a true and correct copy of *In re Pharm. Indus. Average Wholesale Price Litig.*, MDL NO. 1456, 2006 U.S. Dist. LEXIS 63655 (D. Mass. Sept. 6, 2006).

4. Attached as Exhibit C is a true and correct copy of *Anthem, Inc. v. Bristol-Myers Squibb Co.*, C.A. No. 03-0008, 2003 U.S. Dist. LEXIS 15762 (D.N.J. Mar. 18, 2003).

5. Attached as Exhibit D is a true and correct copy of *Warner-Lambert Co. v. Apotex Corp.*, 2001 U.S. Dist. LEXIS 22263 (N.D. Ill. Mar. 2, 2001).

6. Attached as Exhibit E is a true and correct copy of *Warner-Lambert Co. v. Apotex Corp.,* No. 98 C 4293, 2001 U.S. Dist. LEXIS 14592 (N.D. Ill. Sept. 14, 2001).

7. Attached as Exhibit F is a true and correct copy of *Abbott Laboratories v. Selfcare, Inc.*, 2000 U.S. Dist. Lexis 15263 (D. Mass. Sept. 29, 2000).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2006

                                                    *s/Annamarie A. Daley*_____
                                                    Annamarie A. Daley

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 4, 2006.

                                                          */s/Annamarie A. Daley*_____