# EXHIBIT D

5 of 7 DOCUMENTS

**Warner-Lambert v. Apotex Corp., et al.**

**98 c 4293**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

*2001 U.S. Dist. LEXIS 22263*

**March 2, 2001, Decided**
**March 5, 2001, Docketed**

**DISPOSITION:** [*1] Defendant's motion for summary judgment granted.

**COUNSEL:** For WARNER-LAMBERT COMPANY, plaintiff: Constantine L. Trela, Joseph Scott Miller, Sidley Austin Brown & Wood, Chicago, IL.

For WARNER-LAMBERT COMPANY, plaintiff: Robert L Baechtold, Hugh C Barrett, Fitzpatrick, Cella, Harper and Scinto, New York, NY.

For APOTEX, CORP., APOTEX, INC., TORPHRAM, INC., defendants: Hugh L. Moore, Louis Anthony Lehr, Richard Philip Beem, Keith D. Parr, William Andrew Rakoczy, Lord, Bissell & Brook, Chicago, IL.

For APOTEX, CORP., APOTEX, INC., TORPHRAM, INC., defendants: William C. Anderson, III, Anderson, Bennett & Partners, Chicago, IL.

For APOTEX, CORP., APOTEX, INC., TORPHRAM, INC., counter-claimants: Hugh L. Moore, Louis Anthony Lehr, Richard Philip Beem, Keith D. Parr, William Andrew Rakoczy, Lord, Bissell & Brook, Chicago, IL.

For APOTEX, CORP., APOTEX, INC., TORPHRAM, INC., counter-claimants: William C. Anderson, III, Anderson, Bennett & Partners, Chicago, IL.

For WARNER-LAMBERT COMPANY, counter-defendant: Constantine L. Trela, Joseph Scott Miller, Sidley Austin Brown & Wood, Chicago, IL.

For WARNER-LAMBERT COMPANY, counter-defendant: Robert L Baechtold, Hugh C [*2] Barrett, Fitzpatrick, Cella, Harper and Scinto, New York, NY.

**JUDGES:** Paul E. Plunkett.

**OPINIONBY:** Paul E. Plunkett

**OPINION:**

### JUDGMENT IN A CIVIL CASE

. Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that because Plaintiff Warner-Lambert has not responded to Defendants' motion for summary judgment with facts sufficient to prevent the entry of summary judgment, and because plaintiff agrees that summary judgment in favor of defendants is appropriate, we grant defendant's motion for summary judgment. Moreover, because there is no just reason for delay or appeal of such order, it is hereby ordered that defendants' are entitled to summary judgment as to plaintiff's patent infringement claim (Patent No. 4,894,476) pursuant to *Fed.R.Civ.P. 54(b)*. This is a final and appealable order.

Date: 3/2/2001