UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | ) ) ) ) ) ) | Judge Patti B. Saris Magistrate Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' ASSENTED TO MOTION FOR ENLARGEMENT OF CERTAIN DATES RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The class Plaintiffs involved in the Sales and Marketing Practices Actions respectfully move for the rescheduling of certain dates related to the briefing in opposition, reply and sur-reply to Plaintiffs' Motion for Class Certification. Defendants have assented to this Motion. The grounds for this motion are:

1. The current schedule as it relates to class certification is as follows:

    | | |
    |---|---|
    | End of Class Discovery: | 11/15/06 |
    | Opposition to Class Certification: | 11/22/06 |
    | Reply: | 12/22/06 |
    | Surreply: | 1/12/07 |
    | Hearing on Class Certification | 1/31/07 |

2. The parties are currently on track to finish class discovery by the November 15, 2006 deadline with the exception of one of Plaintiffs' expert witnesses, Dr. Raymond Hartman, who is unavailable for deposition until November 17, 2006.

3.      Accordingly, the parties have conferred and have agreed upon a briefing schedule that will preserve the end of class discovery as November 15, 2006 for all matters except those related to the deposition of Dr. Hartman, and will allow the parties sufficient time after Dr. Hartman's deposition to brief the issues and still maintain the Court's scheduled hearing of the motion on January 31, 2006.

Accordingly, Plaintiffs hereby respectfully request that the Court endorse the schedule agreed upon by the parties and set forth below:

| | |
|---|---|
| End of Class Discovery: | 11/15/06 |
| Opposition to Class Certification: | 12/04/06 |
| Reply: | 1/05/07 |
| Surreply: | 1/19/07 |
| Hearing on Class Certification | 1/31/07 |

Dated: October 10, 2006

By:  **/s/ Thomas M. Sobol**
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:  **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs'
Steering Committee*

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 10, 2006.

/s/Edward Notargiacomo