UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | |
| | ) | MDL No. 1629 |
| This document relates to: | ) ) | Master File No. 1:04-10981-PBS |
| ALL ACTIONS | ) ) | |

**MOTION OF RHONDA GAYLE GOODRIDGE *et al.* FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO INTERVENE FOR THE <u>LIMITED PURPOSE OF SEEKING MODIFICATION TO PROTECTIVE ORDER</u>**

Movants Rhonda Gayle Goodridge, Susan Dudley and Mark Dudley (collectively "Movants") respectfully move this Court, pursuant to Local Rule 7.1(b)(3), for leave to file the attached Proposed Reply of Rhonda Gayle Goodridge *et al.* to Defendants' Opposition to Motion to Intervene for the Limited Purpose of Seeking Modification to Protective Order. Movants seek leave to file such a reply to refute certain legal and factual assertions made by Defendants in their Opposition, and to respond to other matters raised by Defendants, but not addressed by Movants in their opening brief.

Wherefore, Movants respectfully request that the Court grant leave to file the attached Proposed Reply of Rhonda Gayle Goodridge *et al.* to Defendants' Opposition to Motion to Intervene for the Limited Purpose of Seeking Modification to Protective Order.

Respectfully submitted,

RHONDA GAYLE GOODRIDGE, SUSAN DUDLEY AND MARK DUDLEY

By their attorneys,

/s/ Christopher Weld
_____
Christopher Weld, Jr.(BBOW#: 522230)
Cweld@toddweld.com
Seth J. Robbins, (BBO# 655146
srobbins@toddweld.com
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 227-2626

Of Counsel:

Jonathan W. Cuneo
David W. Stanley
CUNEO GILBERT& LaDUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960

October 10, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Fling (NEF) and paper copies will be sent to those indicated as non registered participants on October 11, 2006.

/s/ Seth J. Robbins
_____
Seth J. Robbins

Date: October 10, 2006

2