License Holders :

# Search Results for Osteopathic Physicians

The information on this page is updated five days a week (Monday - Friday).

To see all the information for a licensee, click on the highlighted name. This will also include disciplinary actions if any are present.

| Name | Type | Number | Status | Address | City | Zip | County | Actions? |
|---|---|---|---|---|---|---|---|---|
| HALL JAMES PATRICK | 20A | 7886 | LICENSE RENEWED & CURRENT | 5400 ORANGE AVE #114 | CYPRESS | 90630 | ORANGE | No |

Record 1

First Previous

Back    Return to Main License Listing

## Disclaimer

All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.