UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MECIJA, individually and as guardian ad litem for JHOANNE MECIJA, a minor, and JEFFREY MECIJA, all individually and as successors in interest to ESTATE OF HENRY C. MECIJA,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY LLC, WARNER-LAMBERT COMPANY, JAMES P. HALL, D.O., and Does 1-100,<br><br>　　　　　　　Defendants. | MDL DOCKET NO.: 1629<br>LEAD CASE NO.: 1:04-CV-10981-PBS<br>CIVIL ACTION NO: 8:06-cv-293<br>DIST. OF MA NO.: 1:06-cv-11445-PBS<br>JUDGE PATTI B. SARIS<br><br><br>**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO FILE HIS REPLY TO PFIZER, INC.'S OPPOSITION TO HIS MOTION FOR REMAND TO STATE COURT; DECLARATION OF JULIA P. CHENG, ESQ.** |

Defendant JAMES P. HALL, D.O. ("Dr. Hall") respectfully moves for an extension of time for him to submit his Reply to Pfizer, Inc.'s Opposition to His Motion for Remand to State Court.

　　As reflected in the accompanying declaration of Julia P. Cheng, Dr. Hall's Reply could not be timely filed due to the fact that since the morning of October 10, 2006, his counsel could not access the Court's websites at http://www.mad.uscourts.gov and

www.efc.mad.uscourts.gov/cgi-bin/login.pl in order to electronically file Dr. Hall's Reply.

Dr. Hall's counsel's office experienced, and continues to experience, technical difficulties in

accessing the Court's websites mostly likely due to troubles with the office's internet server.

For the reasons stated in the declaration of Julia P. Cheng , Defendant Hall

respectfully requests that an extension of time for him to submit his Reply to Pfizer, Inc.'s

Opposition to His Motion for Remand to State Court, be granted.

DATED: October 11, 2006                    */s/ Julia P. Cheng*
                                           **Attorneys for Defendant James Hall, D.O.**
                                           BYRON J. BEAM, Bar No.: 35825
                                           JULIA P. CHENG, Bar No.: 219771
                                           **BEAM BROBECK WEST BORGES & ROSA LLP**
                                           600 West Santa Ana BoulevardSuite 1000
                                           Santa Ana, California 92701-4586
                                           (714) 558-3944
                                           (714) 568-0129
                                           bbeam@bbwbrlawfirm.com
                                           jcheng@bbwbrlawfirm.com

**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO**
133282.1                                   **FILE HIS REPLY**

## DECLARATION Of JULIA P. CHENG, ESQ.

1.      I am an associate in the law firm of Beam, Brobeck, West, Borges & Rosa

LLP, attorneys of record for defendant JAMES P. HALL, O.D..  The matters stated herein are

within my own personal knowledge and if called as a witness I could and would competently

testify thereto.

2.      On October 10, 2006, our office experienced technical difficulties the entire day

while trying to access the Court's websites at http://www.mad.uscourts.gov and

www.efc.mad.uscourts.gov/cgi-bin/login.pl in order to file defendant Dr. Hall's Reply to the

Pfizer defendants' Opposition to his Motion for Remand.

3.      I attempted to contact the EFC help desk at their 866-239-6233 number in order to find

out if the websites were down and whether other parties trying to file documents were also

experiencing similar problems.  However, I did not hear back from the EFC administrators.

4.      In the afternoon of October 10, 2006, around 3:30 p.m., I faxed a letter to counsel for

plaintiffs and codefendant Pfizer, Inc. notifying them that due to the technical difficulties our

office was experiencing, Dr. Hall may not be able to file his Reply on October 10, 2006.

Attached hereto as Exhibit 1 is a full, true and correct copy of my October 10, 2006 letter to

counsel for plaintiffs and codefendant Pfizer, Inc.

5.      In my letter, I indicated that I would be filing a Motion for Extension of Time to

file our client's Reply, and I also attached a copy of Dr. Hall's Reply.

**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO**
133282.1                                          **FILE HIS REPLY**

6.    On October 11, 2006, Dr. Hall's counsel continues to experience technical difficulties while trying to access the Court's websites at http://www.mad.uscourts.gov and www.efc.mad.uscourts.gov/cgi-bin/login.pl.

7.    On October 11, 2006, I contacted the EFC help desk again in order to find out if the websites were down and to figure out whether the problems were due to our office's internet server. I was advised that the websites were functioning properly. Therefore, it is likely that the difficulties are due to our firm's internet server.

8.    Our technical staff is investigating the problems with the office's internet server.

9.    Hence, Dr. Hall's Reply could not be timely filed.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Santa Ana, California on October 11, 2006.


*/s/ Julia P. Cheng*

Julia P. Cheng, Declarant

**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO FILE HIS REPLY**

133282.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 11, 2006.

DATED: October 11, 2006_____ */s/ Julia P. Cheng*

> **Attorneys for Defendant James P. Hall, D.O.**
> BYRON J. BEAM, Bar No.: 35825
> JULIA P. CHENG, Bar No.: 219771
> **BEAM BROBECK WEST BORGES & ROSA LLP**
> 600 West Santa Ana Boulevard
> Suite 1000
> Santa Ana, California 92701-4586
> (714) 558-3944
> (714) 568-0129
> bbeam@bbwbrlawfirm.com
> jcheng@bbwbrlawfirm.com

5

**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO**
133282.1                                                           **FILE HIS REPLY**

<u>**SERVICE LIST**</u>

Donald S. Edgar, Esq.
Jeremy R. Fietz, Esq.
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
Telephone Number:          (707) 545-3200
Fax Number:                (707) 578-3040
*Attorneys for Plaintiffs Jennifer Mecija, individually and as guardian ad litem for Jhoanne
Mecija, a minor, and Jeffrey Mecija, all individually and as successors in interest to Estate
of Henry C. Mecija*


Thomas P. Hanrahan
Rebecca G. Goldstein
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone Number:          (213) 896-6000
Fax Number:                (213) 896-6600
*Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and
Warner-lambert Company LLC*

Of Counsel:
Scott W. Sayler
Douglas B. Maddock, Jr.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone Number:          (816) 474-6550
Facsimile:                 (816) 421-5547
*Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and
Warner-lambert Company LLC*

Tobias L. Millrood
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO
FILE HIS REPLY**
133282.1

Eleanor Louise Poliemeni
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Adam S. Tolin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

**MOTION OF DEFENDANT JAMES P. HALL, D.O. FOR EXTENSION OF TIME TO
FILE HIS REPLY**

133282.1