LAW OFFICES
# BEAM, BROBECK, WEST, BORGES & ROSA LLP

| | | |
|---|---|---|
| Byron J. Beam<br>David J. Brobeck, Jr.<br>John E. West<br>Fredrick M. Borges<br>Stephen A. Rosa<br>Charles W. Matheis, Jr.<br>Gregory L. Rippetoe<br>Louise M. Douville<br>_____<br>Sally Collins Emsley<br>Legal Administrator | 600 WEST SANTA ANA BOULEVARD<br>SUITE 1000<br>SANTA ANA, CALIFORNIA 92701-4586<br>_____<br>(714) 558-3944<br>(714) 568-0129 Facsimile<br><br>October 10, 2006 | Jennifer J. Miller<br>Donald S. Zalewski<br>Matthew A. Yarvis<br>Glen A. Stebens<br>Jason T. Welch<br>Laura A. Miles<br>Julia P. Cheng<br>Dana M. Strader<br>Dale L. Pomerantz<br>_____<br>FIRM E-MAIL:<br>BBWBR@BBWBRLAWFIRM.COM<br><br>_____<br>Sender's E-Mail:<br>BBEAM@BBWBRLAWFIRM.COM |

Donald S. Edgar, Esq.            VIA FACSIMILE:  (707) 578-3040
Jeremy R. Fietz, Esq.
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401

Thomas P. Hanrahan, Esq.         VIA FACSIMILE:  (213) 896-6600
Rebecca G. Goldstein, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA. 90013-1010

Reference:  ***Mecija v. Pfizer Inc., et al.***
Our File Number: C0833-BJB/JPC

Dear Counsel:

Our office has been experiencing technical difficulties since this morning trying to access the http://www.mad.uscourts.gov and www.efc.mad.uscourts.gov/cgi-bin/login.pl websites in order to file defendant Dr. Hall's Reply to the Pfizer defendants' Opposition to his Motion for Remand. We have also attempted to contact the EFC help desk in order to find out if the websites are down and whether other parties trying to file documents are also experiencing similar problems. However, we have not heard from the EFC administrators. Please allow this correspondence to serve as notice that due to the technical difficulties, Dr. Hall may not be able to file his Reply today. We will be filing a Motion for Extension of Time to file our client's Reply on this basis. Attached is a copy of Dr. Hall's Reply. Thank you for your professional courtesy.

                    Very truly yours,

                    BEAM BROBECK WEST BORGES & ROSA LLP


                    BYRON J. BEAM
                    JULIA P. CHENG

JPC
Enclosures

EXHIBIT "1"