UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 04-10981-PBS<br>MDL NO. 1629 |

## NOTICE OF RESCHEDULED HEARING

**SARIS, U.S.D.J.**                                                                                            October 12, 2006

The hearing re: # 413 Motion to Dismiss previously set for November 14, 2006 has been rescheduled to **November 7, 2006, at 2:00 p.m.** Additionally, # 363 Motion to Dismiss will also be heard on **November 7, 2006, at 2:00 p.m.**

                                                                                                By the Court,
                                                                                              /s/ Robert C. Alba
                                                                                              Deputy Clerk

Copies to: Counsel via ECF