# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

JAMES P. ROUHANDEH
212 450 4835
rouhandeh@dpw.com

October 6, 2006

Re:   **In re Neurontin Market and Sales Practices Litigation, MDL No. 1629, Master File No. 04-10981**

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

Dear Judge Saris:

At last week's hearing, the Court asked defendants to report back to the Court whether they wish to engage in mediation at this time in connection with the sales and marketing cases. Defendants believe that further factual development would benefit the parties and the Court and that this should occur prior to considering mediation.

Very truly yours,

James P. Rouhandeh

cc:   Thomas M. Sobol, Esq.