UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 04-10981-PBS MDL NO. 1629 |

### NOTICE OF RESCHEDULED HEARING

**SARIS, U.S.D.J.**                                                                                                          October 20, 2006

The Motions Hearing re: # 413 Motion to Dismiss, and # 363 Motion to Dismiss previously scheduled for November 7, 2006, has been rescheduled to **December 11, 2006, at 3:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

　/s/ Robert C. Alba　
Deputy Clerk

Copies to: Counsel via ECF