UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION
------------------------------------------------x
THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 4 GOVERNING PRODUCTS LIABILITY ACTIONS

The Parties respectfully move for the entry of Proposed Case Management Order No. 4 governing the Products Liability Actions to permit any attorney who is a member in good standing of the bar of any state and of any federal district court to participate in all aspects of discovery in the Products Liability Actions.

## REQUEST FOR ORAL ARGUMENT

The Parties believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,    :
SALES PRACTICES AND   :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
------------------------------------------------x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:   :   Magistrate Judge Leo T.
:   Sorokin
PRODUCTS LIABILITY ACTIONS   :
:
:
:
------------------------------------------------x

## [PROPOSED] CASE MANAGEMENT ORDER NO. 4

Pursuant to the Federal Rules of Civil Procedure, the Court finds that entry of this Order is necessary for the just and more expeditious resolution of the above-captioned case.

IT IS ORDERED THAT any attorney who is a member in good standing of the bar of any state and of any federal district court may participate in all aspects of discovery in the Products Liability Actions.

DATED:  _____, 2006

_____
Honorable Leo T. Sorokin
United States Magistrate Judge

Dated: October 31, 2006

                        DAVIS POLK & WARDWELL

                        By: /s/ James P. Rouhandeh
                              James P. Rouhandeh

                        450 Lexington Avenue
                        New York, New York 10017
                        (212) 450-4000

                              - and -

                        HARE & CHAFFIN

                        By: /s/ David B. Chaffin
                              David B. Chaffin

                        160 Federal Street
                        Boston, Massachusetts 02110
                        (617) 330-5000

                        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

                        FINKELSTEIN & PARTNERS LLP

                        By: /s/ Kenneth B. Fromson
                              Kenneth B. Fromson

                        436 Robinson Avenue
                        New burgh, New York 12550
                        (800) 634-1212

                        JACK W. LONDON & ASSOCIATES P.C.

                        By: /s/Jack W. London
                              Jack W. London

                        3701 Bee Cave Road, Suite 200
                        Austin, Texas 78746
                        (512) 478-5858

                        *Members of Products Liability Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 31, 2006.

/s/David B. Chaffin