UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> PRODUCTS LIABILITY ACTIONS | Magistrate Judge Leo T. Sorokin |

### PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Products Liability Plaintiffs, by the undersigned counsel, respectfully move, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order: (a) compelling Defendants to produce the discovery detailed in Discovery Order No. 4 by December 1, 2006; (b) compelling Defendants to produce remaining outstanding discovery no later than December 1, 2006; and (c) approving an amendment to Case Management Order No. 3 so as to facilitate and schedule examinations before trial. Products Liability Plaintiffs' Motion is supported by the Memorandum of Law submitted herewith, and attached exhibits.

Dated: October 31, 2006

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550

By:  /s/ Jack W. London
Jack W. London, Esquire
Law Offices of Jack W. London
& Associates
106 E. 6th Street, Suite 700
Austin, TX 78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:   October 31, 2006

/s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 31, 2006.

/s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire