UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | |

**DEFENDANTS' MOTION TO BE HEARD REGARDING THE ENTRY OF A NEW CASE SCHEDULE IN THE PRODUCTS LIABILITY ACTIONS**

Defendants respectfully request to be heard at the November 11, 2006 conference in the above-captioned matter regarding the entry of a new case schedule in the Products Liability Actions. Although the parties have met and conferred regarding a proposed schedule, no agreement has been reached to date. The parties have agreed to continue to meet and confer regarding a proposed schedule. In the event the parties are unable to reach an agreement on a joint proposed schedule, defendants will submit a proposed schedule on or before November 6, 2006. Defendants will not object if plaintiffs wish to propose their own schedule on or before that date. Responses to any proposed schedule by either party will be due on or before November 9, 2006.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: October 31, 2006

                                      DAVIS POLK & WARDWELL

                                      By:  /s/ James P. Rouhandeh
                                            James P. Rouhandeh

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      (212) 450-4000

                                          - and -

                                      HARE & CHAFFIN

                                      By:  /s/ David B. Chaffin
                                            David B. Chaffin

                                      160 Federal Street
                                      Boston, Massachusetts 02110
                                      (617) 330-5000

                                      *Attorneys for Defendants Pfizer Inc. and*
                                      *Warner-Lambert Company*

### **CERTIFICATE OF CONSULTATION**

     I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                                      /s/David B. Chaffin

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 31, 2006.

                    /s/David B. Chaffin