UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR RELIEF PURSUANT TO
RULE 37(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move, pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, for relief against the International Union of Operating Engineers, Local No. 68 Welfare Fund (the "Fund") for Dennis J. Giblin's failure to appear for a scheduled and properly noticed deposition.

The grounds for this motion are set forth in the accompanying Defendants' Memorandum in Support of Their Motion for Relief Pursuant to Rule 37(d) of the Federal Rules of Civil Procedure (the "Memorandum of Law").

In support of this motion, defendants submit the Memorandum of Law and a Declaration of Rajesh S. James.

WHEREFORE, defendants respectfully request that the Court grant defendants' motion for relief pursuant to Rule 37(d) against the Fund for Dennis J. Giblin's failure to appear at his deposition on such terms as the Court deems just and proper.

Dated: November 10, 2006

                            PFIZER INC., et uno,

                            By their attorneys,

                            /s/James P. Rouhandeh
                            James P. Rouhandeh

                            DAVIS POLK & WARDWELL
                            450 Lexington Avenue
                            New York, New York 10017
                            (212) 450-4000

                            - and -

                            /s/David B. Chaffin
                            David B. Chaffin

                            HARE & CHAFFIN
                            BBO # 549245
                            160 Federal Street
                            Boston, Massachusetts 02110
                            (617) 330-5000

                            *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 10, 2006.

                                               /s/David B. Chaffin