# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

------------------------------------------------x

THIS DOCUMENT RELATES TO:

Master File No. 04-10981

Judge Patti B. Saris

------------------------------------------------x

HARDEN MANUFACTURING CORPORATION;
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,
dba BLUECROSS/BLUESHIELD OF LOUISIANA;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL
52 HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA, on behalf of themselves and all others
similarly situated, v. PFIZER INC. and WARNER-LAMBERT
COMPANY.

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC. and

AETNA, INC. v. PFIZER INC.

------------------------------------------------x

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Pfizer Inc. and Warner-Lambert Company, by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Dennis Giblin, Administrator of Plaintiff International Union of Operating Engineers, Local No. 68 Welfare Fund ("Local 68"). The deposition will be taken at the offices

of Davis Polk & Wardwell, 450 Lexington Avenue, New York, NY 10017, on the 6th day of November 2006, commencing at 9 a.m. The depositions will be transcribed by a certified court reporter.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

Dated: October 20, 2006  
       New York, NY

PFIZER INC., et uno,

By their attorneys,

*/s/ Matthew Rowland/*

James P. Rouhandeh  
Rajesh James  
Matthew B. Rowland  
DAVIS POLK & WARDWELL  
450 Lexington Avenue  
New York, New York 10017  
(212) 450-4000

-and-

David B. Chaffin  
BBO No. 549245  
HARE & CHAFFIN  
160 Federal Street  
Boston, Massachusetts 02110  
(617) 330-5000

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October 2006, I caused to be served a true and correct copy of the foregoing Notice of Deposition of Dennis Giblin by email PDF and first class U.S. Mail, postage prepaid, to:

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004

*Attorney for Plaintiff International Union of*
*Operating Engineers, Local No. 68 Welfare Fund*

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Attorneys for Plaintiff Harden Manufacturing*
*Corporation and Plaintiffs' Liaison Counsel*

Andrew G. Finkelstein, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550

Jack W. London, Esq.
Law Offices of Jack London & Associates, P.C.
106 E. 6th Street, Suite 700
Austin, Texas 78701

*Members of the Plaintiffs' Product Liability*
*Steering Committee*

_____
Matthew B. Rowland

3