# EXHIBIT D

## DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005<br><br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br><br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br><br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br><br>212 450 4384 | MESSETURM<br>60308 FRANKFURT AM MAIN<br><br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br><br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br><br>3A CHATER ROAD<br>HONG KONG |

November 3, 2006

Re:   **In re Neurontin Marketing & Sales Practices Litig., MDL No. 1629**

Michael Farkas, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004

Dear Michael:

    I am writing to memorialize our agreement to reschedule the previously noticed deposition of Dennis Giblin, from November 6, 2006 to November 10, 2006. The deposition will commence at 10:30 a.m. at our offices at 450 Lexington Ave, New York, NY 10017.

Sincerely yours,

Rajesh James

cc:   Stephen Weiss, Esq.
      Tom Sobol, Esq.
      Ed Notargiacomo, Esq.
      Andrew Finkelstein, Esq.
      Jack London, Esq.

<u>By Facsimile & Mail</u>