# EXHIBIT E

## DAVIS POLK & WARDWELL

<table>
<tr><td>
1300 I STREET, N.W.<br>
WASHINGTON, D.C. 20005<br><br>
1600 EL CAMINO REAL<br>
MENLO PARK, CA 94025<br><br>
99 GRESHAM STREET<br>
LONDON EC2V 7NG<br><br>
15, AVENUE MATIGNON<br>
75008 PARIS
</td><td>
450 LEXINGTON AVENUE<br>
NEW YORK, N.Y. 10017<br>
212 450 4000<br>
FAX 212 450 3800<br><br>
WRITER'S DIRECT<br><br>
212 450 4384
</td><td>
MESSETURM<br>
60308 FRANKFURT AM MAIN<br><br>
MARQUÉS DE LA ENSENADA, 2<br>
28004 MADRID<br><br>
1-6-1 ROPPONGI<br>
MINATO-KU, TOKYO 106-6033<br><br>
3A CHATER ROAD<br>
HONG KONG
</td></tr>
</table>

November 8, 2006

Re:  **Deposition of Dennis Giblin**

Michael Farkas
Seeger Weiss LLP
One William Street
New York, NY 10004.

Dear Michael:

I write in response to your call earlier this afternoon regarding the possibility of further postponing the deposition of Dennis Giblin, which is scheduled to take place two days from now.

As you know, we have made every effort over the past two months to accommodate Mr. Giblin's schedule, notwithstanding your refusal to provide dates for his testimony. Last week, two business days before the scheduled deposition, we agreed to postpone his testimony further from November 6, 2006 as a courtesy, in order to avoid any inconvenience to Mr. Giblin.

We are now, however, days from the conclusion of the class discovery period. Further postponement of this deposition is not possible. We see no alternative but to go forward with testimony on November 10, 2006, at 10:30 a.m., as previously agreed. We note that according to the case management order, the time in which to seek a protective order has long since passed. I also note that, in our discussion, you raised the possibility that Mr. Giblin might simply refuse to appear for this deposition. Should that occur, we will seek such relief as we believe is appropriate, including dismissal of Local 68's claims in this case. In this regard, defendants specifically reserve all of their rights.

Very truly yours,

*Rajesh S. James*

Rajesh S. James

Michael Farkas            2            November 8, 2006

cc:    David B. Chaffin, Esq.
       Andrew Finkelstein, Esq.
       Thomas M. Greene, Esq.
       Jack W. London, Esq.
       Thomas M. Sobol, Esq.
       Stephen A. Weiss, Esq.

<u>By Mail & Electronic Mail</u>