# EXHIBIT F

CHRISTOPHER A. SEEGER*+
STEPHEN A. WEISS*
DAVID R. BUCHANAN*+
DIOGENES P. KEKATOS*
ERIC T. CHAFFIN*‡
MOSHE HORN*+

MICHAEL L. ROSENBERG*+^
MARC S. ALBERT*^
DONALD R. BRADFORD◊^

ADMITTED IN
*NY, +NJ, □MA
◊MI, °OK, ‡PA
^COUNSEL

## SEEGER WEISS LLP
ATTORNEYS AT LAW
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004-2502
(212) 584-0700
FAX (212) 584-0799
www.seegerweiss.com

RICK BARRECA*+
PATRICIA D. CODEY+
SINDHU S. DANIEL+‡°
DONALD A. ECKLUND*+
MICHAEL S. FARKAS*+
JEFFREY S. GRAND*
ROOPAL P. LUHANA*+
LAURENCE V. NASSIF*+
JAMES A. O'BRIEN III*□
ANDREA M. PI-SUNYER*
MELISSA STEWART-HAYNES*
ELIZABETH A. WALL*+

November 8, 2006

**VIA MAIL AND ELECTRONIC MAIL**

Rajesh S. James
David Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

        **Re:**     *Deposition of Dennis Giblin*

Dear Mr. James:

     I write in response to your letter dated November 8, 2006. As I explained over the phone yesterday, changes to Mr. Giblin's schedule have made him unavailable for a deposition on Friday, November 10. I will provide a list of alternate dates as soon as they become available so that we may reschedule the deposition of Mr. Giblin.

                                                     Very truly yours,

                                                     Michael S. Farkas

cc:     Christopher A. Seeger, Esq.
         David B. Chaffin, Esq.
         Andrew Finkelstein, Esq.
         Thomas M. Greene, Esq.
         Jack W. London, Esq.
         Thomas M. Sobel, Esq.