UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
                                                              :
In re: NEURONTIN MARKETING, SALES PRACTICES,                  :
       AND PRODUCTS LIABILITY LITIGATION                      :
                                                              :  MDL Docket No. 1629
------------------------------------------------------------- x
                                                              :  Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                     :
                                                              :  Judge Patti B. Saris
------------------------------------------------------------- x
                                                              :  Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION;                             :  Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,                   :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;                        :
INTERNATIONAL UNION OF OPERATING ENGINEERS,                   :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL                  :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and                   :
LORRAINE KOPA, on behalf of themselves and all others         :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT         :
COMPANY.                                                      :
                                                              :
------------------------------------------------------------- x
                                                              :
THE GUARDIAN LIFE INSURANCE COMPANY OF                        :
AMERICA v. PFIZER INC. and                                    :
                                                              :
AETNA, INC. v. PFIZER INC.                                    :
                                                              :
------------------------------------------------------------- x

## DECLARATION OF NAHAL KAZEMI

NAHAL KAZEMI declares upon penalty of perjury in accordance with 28 U.S.C. §1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave To File Third Amended Complaints, and for

Reconsideration of Order Denying Plaintiffs' Objections to Discovery Order No. 3, filed November 16, 2006.

3. Attached at Exhibit A is a true and correct copy of a Declaration of Laura Kibbe, dated June 17, 2005.

4. Attached at Exhibit B is a true and correct copy of a Second Declaration of Laura Kibbe, dated July 28, 2005.

5. Attached at Exhibit C is a true and correct copy of a letter from Kathryn Carney Cole to Kenneth B. Fromson, dated March 24, 2006.

6. Attached at Exhibit D is a true and correct copy of a letter from Kathryn Carney Cole to Kenneth B. Fromson, dated April 10, 2006.

7. Attached at Exhibit E is a true and correct copy of Plaintiffs' Second Request for Production of Documents, dated October 13, 2006.

8. Attached at Exhibit F is a true and correct copy of Plaintiffs' Third Request for Production of Documents, dated October 19, 2006.

Dated: New York, New York
November 16, 2006

/s/ Nahal Kazemi
Nahal Kazemi

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 16, 2006.

/s/David B. Chaffin