UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :   Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
        PRODUCTS LIABILITY ACTIONS                             :
                                                               :
---------------------------------------------------------------x

## PRODUCTS LIABILITY PLAINTIFFS' PROPOSED SCHEDULE IN THE PRODUCTS LIABILITY ACTIONS

Consistent with the instructions by Magistrate Judge Leo T. Sorokin that the parties submit discovery schedule proposals, and notwithstanding Products Liability Plaintiffs' pending motion to compel discovery by December 1, 2006, Products Liability Plaintiffs hereby set forth below a proposed discovery schedule. All discovery itemized below is to be provided in a manner consistent with Case Management Order No. 3. Additionally, the discovery itemized below should be provided in its entirety and in a manner consistent with the Court's prior discovery orders. In this regard, the Court is respectfully reminded of Defendants' attempt to impose temporal and substantive discovery limitations on Sales/Marketing Plaintiffs that would be inappropriate as to Products Liability Plaintiffs.

I.  **Itemized Discovery Schedule**

**November 28, 2006** (a) End date for disclosure of Cline Davis & Mann, and Sudler & Hennessy documents;

**December 31, 2006** (a) End date for disclosure of CMMS database, BETSY database, VSB database, Sherlock database;

(b) End date for disclosure of source files relating to adverse events;

(c) End date for disclosure of the reproduction of 28 custodial files produced in the *Young v. Pfizer Inc.* action, commenced in the Supreme Court for the State of New York, County of Orange, and in a manner consistent with Case Management Order No. 3;

(d) End date for disclosure of custodial files for individuals identified in Defendants' Supplemental Initial Disclosure Statement dated May 16, 2005 (attached hereto as Exhibit A);

(e) End date for disclosure of list of employees, including identification of an employee's department and position, and from whom Defendants shall provide custodial files (to the extent these individuals are not already encompassed by subheading (c) or (d) above). This list should also indicate the anticipated date by which said employee's custodial file is to be disclosed;

(e) End date for disclosure of IMS data in a format agreed upon by the parties;

(f) End date for disclosure of Visitors Speaker Bureau information in Excel format, including but not be limited to the following for each state:

(1) payments to physicians;

(2) identification of physicians who attended meetings;

(3) identification of physicians who spoke at the meetings;

(4) identification of the meetings.

2

| | | |
|---|---|---|
| **January 14, 2007** | (a) | End date for disclosure of custodial files; |
| | (b) | End date for disclosure of all non-custodial file documentation that encompasses safety and/or efficacy, including but not limited to United Kingdom foreign labeling discovery; |
| | c) | End date for disclosure of all non-custodial file documentation that encompasses sales and/or marketing, including but not limited to development, strategies, budgets, promotion, and advertising; |
| | d) | End date for disclosure of all non-custodial file documentation that encompasses publication plans; |
| | (e) | End date for disclosure of Pregabalin New Drug Application, as well as those documents and data reflecting psychiatric (or psychobiological adverse events); |
| | (f) | End date for disclosure of Profit and Loss statements. |
| **February 28, 2007** | (a) | End date for disclosure of Thought Leader Database; |
| | (b) | End date for disclosure of documents relating to refunds that Pfizer provided to customers for lack of efficacy or side effects; |
| | (c) | End date for disclosure of documents relating to the internal Neurontin website, including but not limited to all archived materials and all back-up copies; |
| | (d) | End date for disclosure of operating plans for all departments and minutes related to operating meetings; |
| | (e) | End date for disclosure of monthly physician tracking reports. |
| **April 15, 2007** | Close of fact discovery of Defendants | |
| **May 15, 2007** | Plaintiffs' generic expert reports due | |
| **June 15, 2007** | Defendants' generic expert reports due | |
| **July 9, 2007** | Any rebuttal generic expert reports due | |
| **August 9, 2007** | Close of generic expert discovery | |

| | |
|---|---|
| **September 10, 2007** | Motions for summary judgment due |
| **October 10, 2007** | Briefs in opposition to motions for summary judgment due |
| **October 24, 2007** | Reply briefs in support of motions for summary judgment due |
| **November 7, 2007** | Sur-reply briefs in opposition to motions for summary judgment due |
| **TBD** | Hearing on summary judgment motions |

II. **Individual Template Discovery**

With respect to individual template discovery, Products Liability Plaintiffs propose that an individual plaintiff have 60 days to provide a response to the individual template discovery as follows: Defendants shall notify counsel for any new plaintiff's case that is finally--not conditionally--transferred to the MDL. Said plaintiff shall have 60 days from the date of such notice to complete the individual template discovery. Defendants shall attach the template discovery demands previously evaluated by this Court as well as this Court's Order dated June 19, 2006 (ECF Doc. # 372). A given plaintiff shall then have 60 days from the date of such notice to complete the individual template discovery. Similarly, Defendants shall thereafter be allotted 60 days to complete their individual template discovery that coincides in response to the individual plaintiff's discovery.

November 20, 2006                                Respectfully submitted,

*Members of Products Liability*
*Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY  12550

By:   <u>/s/ **Jack W. London**</u>
       Jack W. London, Esquire
       Law Offices of Jack W. London
         & Associates
       106 E. 6th Street, Suite 700
       Austin, TX 78701

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 20, 2006.

Dated: November 20, 2006

       <u>/s/ **Andrew G. Finkelstein**</u>
       Andrew G. Finkelstein

# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE NEURONTIN

:  Index No. 04 CV 6704
:
:  Assigned to:
:
:  Hon. Jed S. Rakoff
:
:  DEFENDANTS'
:  SUPPLEMENTAL INITIAL
:  DISCLOSURE STATEMENT

------------------------------------x

## DEFENDANTS' SUPPLEMENTAL DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner Lambert Company LLC ("Defendants") amends their disclosures under Rule 26(a)(1)(A) as follows.

These responses are made subject to all objections as to competence, materiality, relevance, or other objection as to admissibility that may apply in the event that any such response, or the information contained in it, is sought to be used in court. Defendants expressly reserve all such objections.

> Rule 26(a)(1)(A): The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Discovery and investigation in this case are on-going. Therefore, based on the information reasonably available, Defendants are unable at the present time to identify each and every individual who would have discoverable information that the Defendants may use to support their claims or defenses in the case, and the subjects of such information. Defendants reserve the right to supplement these disclosures as they become aware of additional individuals who would have such information.

Subject to the foregoing and without waiver of any of Defendants' rights, the following additional individuals may have information that they may use to support their claims and defenses in this case:

**Warner-Lambert**

| | |
|---|---|
| Mi Dong | Clinical Research and Development |
| Elizabeth Garofalo | Clinical Research and Development |
| Ron Martin | Clinical Research and Development |
| Atul Pande | Clinical Research and Development |
| Mark Pierce | Clinical Research and Development |
| Charles Taylor | Clinical Research and Development |
| | |
| Myra Ballina | Drug Safety Surveillance |
| Diane Cairns | Drug Safety Surveillance |
| Rose Rogan | Drug Safety Surveillance |
| Sylvia Tomcyzk | Drug Safety Surveillance |
| | |
| Rubin Bedell | Medical Information |
| Barbara Bonetti | Medical Information |
| Charles Fraser | Medical Information |
| Matt DiGiorgi | Medical Information |
| Helen Duda-Racki | Medical Information |
| Leslie Fierro | Medical Information |
| Robert Lewis | Medical Information |
| Robert Menella | Medical Information |
| Frank Pignataro | Medical Information |

| Name | Department |
|---|---|
| Mike Davies | Medical Liaisons |
| Joe Dymkowski | Medical Liaisons |
| LeeAnne Fogleman | Medical Liaisons |
| Richard Grady | Medical Liaisons |
| Lisa Kellett | Medical Liaisons |
| Ken Lawlor | Medical Liaisons |
| Joe McFarland | Medical Liaisons |
| Darryl Moy | Medical Liaisons |
| Elizabeth Attias | Medical and Scientific Affairs – Medical Liaisons |
| Adrian Bal | Medical and Scientific Affairs – Medical Liaisons |
| James Black | Medical and Scientific Affairs – Medical Liaisons |
| Denise Bluhm-Heise | Medical and Scientific Affairs – Medical Liaisons |
| Jyoti Jankowski | Medical and Scientific Affairs – Medical Liaisons |
| Ken Massey | Medical and Scientific Affairs – Medical Liaisons |
| Philip Magistro | Medical and Scientific Affairs – Medical Liaisons |
| Lonia Merte | Medical and Scientific Affairs – Medical Liaisons |
| William Sigmund | Medical and Scientific Affairs – Medical Liaisons |
| Leslie Magnus-Miller | Medical and Scientific Affairs |
| Irwin Martin | Regulatory |
| James Parker | Regulatory |
| Alan Rubenstein | Regulatory |
| Janeth Turner | Regulatory |
| Tom Albright | Sales and Marketing |
| Mary Lou Aquino | Sales and Marketing |
| Diane Beskenis | Sales and Marketing |
| John Boris | Sales and Marketing |
| J. Allen Crook | Sales and Marketing |
| Victor Delimata | Sales and Marketing |
| Robert Doyle | Sales and Marketing |
| John Ford | Sales and Marketing |
| Laura Johnson | Sales and Marketing |
| Tim George | Sales and Marketing |
| Edda Guerrero | Sales and Marketing |
| John Howard | Sales and Marketing |
| John Knoop | Sales and Marketing |
| Nancy Kohler | Sales and Marketing |
| John Krukar | Sales and Marketing |
| Les Lang | Sales and Marketing |
| David Murphy | Sales and Marketing |
| Lawrence Perlow | Sales and Marketing |

| | |
|---|---|
| Jacqueline Rizzo | Sales and Marketing |
| Doug Saltel | Sales and Marketing |
| Les Slater | Sales and Marketing |
| Michael Valentino | Sales and Marketing |
| John Woychick | Sales and Marketing |
| Brian Zorn | Sales and Marketing |

**Pfizer**

| | |
|---|---|
| Gretchen Dieck | Drug Safety and Risk Management |
| Tina Ho | Drug Safety and Risk Management |
| | |
| Carol Ceuba-Jones | Drug Safety Surveillance |
| Vivian Conde | Drug Safety Surveillance |
| Yvonne Crichton | Drug Safety Surveillance |
| Terry Donovan | Drug Safety Surveillance |
| Janice Groth | Drug Safety Surveillance |
| Esperanza Molina | Drug Safety Surveillance |
| Kashia Petchel | Drug Safety Surveillance |
| Angela Vales | Drug Safety Surveillance |
| Grazia Zurlo | Drug Safety Surveillance |
| | |
| Bruce Parsons | Medical |
| Leslie Tive | Medical |
| Claire Wohlhuter | Medical |
| | |
| Barbara Bonetti | Medical Information |
| Catherine Clary | Medical Information |
| Michelle Claussen | Medical Information |
| Helen Duda-Racki | Medical Information |
| John Rocchi | Medical Information |
| Julie Su | Medical Information |
| Adrian Vega | Medical Information |
| | |
| Rudi Altevogt | Regulatory |
| Lucy Castro | Regulatory |
| Art Ciociola | Regulatory |
| Andrea Garrity | Regulatory |
| Stephen Cristo | Regulatory |
| Manini Patel | Regulatory |
| | |
| Lisa Lardieri | RMRs |

4

| | |
|---|---|
| Suzanne Doft | Sales and Marketing |
| John Krayacich | Sales and Marketing |
| Andrea Zeucher Malone | Sales and Marketing |
| Avanish Mishra | Sales and Marketing |
| David Probert | Sales and Marketing |
| Meg Yoder | Sales and Marketing |

To the extent any additional discovery and investigation may provide additional facts and legal contentions that may substantially alter these disclosures, Defendants reserve the right to amend without prejudice any and all disclosures herein consistent with these developments, including product identification, identifying other relevant witnesses and additional areas of information which support Defendants' defenses in this case and identifying additional individuals with discoverable information that may be used to support their claims or defenses in this case.

Dated: New York, New York
May 16, 2005

DAVIS POLK & WARDWELL

By: /s/ *[signature]*

James P. Rouhandeh (JR-2251)
James E. Murray (JM-4006)

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys For Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert LLC, Warner-Lambert Company, and Warner-Lambert Company LLC.