UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN LEWIS, ET AL<br>Plaintiffs<br><br>v.<br><br>JOHN BARRETT, ET AL<br>Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO.: 1:06-cv-11392-PBS<br>)  (MDL No.: 1629)<br>)<br>)  Master Docket No.: 1:04-10981-PBS<br>)<br>) |

**MOTION OF DEFENDANTS, JOHN BARRETT AND THE HERTZ CORPORATION, TO SEVER AND TRANSFER PLAINTIFFS, MARILYN LEWIS AND HARRY LEWIS, FIRST CAUSE OF ACTION OF PLAINTIFF'S COMPLAINT TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

Defendants, John Barrett and The Hertz Corporation, pursuant to Fed. R. Civ. P. 21 and pursuant 28 U.S.C.S. §1404(b) move this Court to sever and transfer Plaintiffs, Marilyn Lewis and Harry Lewis' First Cause of Action of Plaintiffs' Complaint to the United States District Court, Central District of California, Western Division, on the grounds that it is more convenient for the parties and witnesses and is in the interest of justice.

In support of this Motion, defendants submit the accompanying memorandum of law.

Additionally, the defendants, pursuant to Local Rule 7.1 state their:

REQUEST FOR ORAL ARGUMENT.

                The Defendants,
                **John Barrett and**
                **The Hertz Corporation,**
                By their attorneys,

                _/s/ Gareth W. Notis_
                Gareth W. Notis- BBO #637814
                **MORRISON MAHONEY LLP**
                250 Summer Street
                Boston, MA 02210
                (617) 439-7500

1027103v1