UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**JOINT MOTION FOR ENLARGEMENT OF CERTAIN DATES RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Class Plaintiffs involved in the Sales and Marketing Practices Actions, together with Defendants, respectfully move for the rescheduling of certain dates related to the briefing in opposition, reply and sur-reply to Plaintiffs' Motion for Class Certification. The rescheduling of dates is required primarily due to the unavailability for deposition of one of Plaintiffs' experts, Dr. Raymond Hartman, due both to the trial schedule in *In re Pharmaceutical Average Wholesale Price Litigation*, MDL 1456 ("AWP Litigation") in which Dr. Hartman is scheduled to testify, as well as to personal family matters of which the Court has previously been made aware in the AWP Litigation. The requested revised schedule would also require a rescheduling of the oral argument on Plaintiffs' Motion for Class Certification, currently scheduled for January 31, 2007.

The grounds for this motion are:

1. The current schedule as it relates to class certification is as follows:

| | |
|---|---|
| End of Class Discovery: | 11/15/06 |
| Opposition to Class Certification: | 12/04/06 |

| | |
|---|---|
| Reply: | 1/05/07 |
| Surreply: | 1/19/07 |
| Hearing on Class Certification | 1/31/07 |

2. One of Plaintiffs' expert witnesses, Dr. Raymond Hartman, is unavailable for deposition until December 13, 2006 due both to his testimony in the AWP Litigation before this Court and because of personal family health issues of which the Court has been advised during trial of the AWP Litigation and which will not be repeated here for privacy reasons.

3. The parties have conferred and have agreed upon a briefing schedule that accounts for Dr. Hartman's deposition on December 13, 2006 and which will allow the parties sufficient time after Dr. Hartman's deposition to brief the issues for the Court. This new schedule will also require the rescheduling of the current date for oral argument on Plaintiffs' Motion for Class Certification. The Parties have tried to avoid asking the Court to reschedule the hearing date, but see no alternative given the circumstances.

Accordingly, the parties hereby respectfully request that the Court endorse the schedule agreed upon by the parties and set forth below and respectfully request a rescheduling of the hearing date of January 31, 2007.

| | |
|---|---|
| Opposition to Class Certification: | 12/22/06 |
| Reply: | 1/26/07 |
| Surreply: | 2/16/07 |
| Hearing on Class Certification | At the Court's earliest convenience |

Dated: November 21, 2006

By: **/s/ Thomas M. Sobol**
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

***Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee***

By: **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

***Members of the Class Plaintiffs' Steering Committee***

By: **/s/ James P. Rouhandeh**
James P. Rouhandeh, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

By: **/s/ David B. Chaffin**
David B. Chaffin, Esquire
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

***Counsel for Defendants, Pfizer Inc., et al.***

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on November 21, 2006.

/s/Edward Notargiacomo