UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
:
In re:  NEURONTIN MARKETING, SALES PRACTICES,  :
 AND PRODUCTS LIABILITY LITIGATION  :
---------------------------------------------------------------- x  MDL Docket No. 1629
:
THIS DOCUMENT RELATES TO:  :  Master File No. 04-10981
:
---------------------------------------------------------------- x  Judge Patti B. Saris
:
HARDEN MANUFACTURING CORPORATION;  :  Magistrate Judge Leo T.
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,  :  Sorokin
dba BLUECROSS/BLUESHIELD OF LOUISIANA;  :
INTERNATIONAL UNION OF OPERATING ENGINEERS,  :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL  :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and  :
LORRAINE KOPA, on behalf of themselves and all others  :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT  :
COMPANY.  :
:
---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR RELIEF PURSUANT TO RULE 37(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, based on (1) a commitment by the International Union of Operating Engineers, Local No. 68 Welfare Fund (the "Fund") to produce Dennis J. Giblin for a deposition on December 6, 2006, and (2) the fact that putative class plaintiffs have filed a motion to modify the schedule for the briefing on putative class plaintiffs' motion for class certification to extend the date for defendants to file their opposition past, inter alia, the scheduled date of Mr. Giblin's deposition, Defendants Pfizer Inc. and Warner-Lambert Company withdraw their motion, pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, for relief

against the Fund (Docket # 538.) Defendants reserve the right to renew this motion in the event Mr. Giblin fails to appear pursuant to the Fund's commitment.

Dated: November 21, 2006

        PFIZER INC., et uno,

        By their attorneys,

        /s/James P. Rouhandeh
        James P. Rouhandeh

        DAVIS POLK & WARDWELL
        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        - and -

        /s/David B. Chaffin
        David B. Chaffin

        HARE & CHAFFIN
        BBO # 549245
        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 21, 2006.

        /s/David B. Chaffin

2