# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS ORDER RELATES TO:<br><br>ROBICHAUX, et al. vs. Pfizer, Inc.<br><br>No. 04-12619 | |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Tracey Lynn Robichaux, Susan Roby, Elaine Lucille Edwards, and Barbara M. Strawitz who move the court for a voluntary dismissal of this action against the defendant, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). They do not wish to proceed further in this litigation at this time. Should the plaintiffs choose to re-file their claims against Pfizer, Inc. at a future date, said claims will be filed in federal court in the MDL proceeding. Accordingly, the motion for voluntary dismissal of the lawsuit filed by plaintiffs Tracey Lynn Robichaux, Susan Roby, Elaine Lucille Edwards, and Barbara M. Strawitz should be granted. Further, counsel for Pfizer, Inc., Mr. Neal Potischman, of the firm *Davis Polk & Wardwell*, has been contacted and has no objection to the dismissal under the above mentioned terms.

Respectfully Submitted:

FAYARD & HONEYCUTT, APC

Calvin C. Fayard, Jr. (La. Bar Roll #5486)

Wanda J. Edwards (La. Bar Roll #27448)<br>
519 Florida Avenue, SW<br>
Denham Springs, LA 70726<br>
Telephone: (225) 664-4193<br>
Facsimile: (225) 664-6925

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 27, 2006.

/s/Wanda J. Edwards