UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| ) ) | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| THIS ORDER RELATES TO: ) ) | |
| ROBICHAUX, et al. vs. Pfizer, Inc. ) ) | |
| No. 04-12619 ) ) | |

### ORDER

Upon consideration of the above and foregoing Plaintiffs' Motion for Voluntary Dismissal, it is hereby ordered that the Motion for Voluntary Dismissal, submitted by plaintiffs Tracey Lynn Robichaux, Susan Roby, Elaine Lucille Edwards, and Barbara M. Strawitz be granted, without prejudice; and their complaint captioned Tracey Lynn Robichaux, et al. v. Pfizer, Inc. is hereby dismissed without prejudice.

**GRANTED / DENIED**

_____
JUDGE