UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) <br><br> ALL SALES AND MARKETING ACTIONS ) | Judge Patti B. Saris <br><br> Magistrate Leo T. Sorokin |

**SALES AND MARKETING PLAINTIFFS' MOTION TO COMPEL PRODUCTION
OF DOCUMENTS FROM NON-PARTIES SUDLER & HENNESSEY,
CLINE DAVIS & MANN, FERGUSON, ADELPHI, INC., CURRENT MEDICAL
<u>DIRECTIONS, INC., FALLON MEDICA, AND THE IMPACT GROUP</u>**

Sales and Marketing Plaintiffs, by counsel, respectfully request that the Court Order that Sudler & Hennessey, Cline Davis & Mann, Inc., Ferguson (a division of Common Health), Adelphi, Inc., Current Medical Directions, Inc., Fallon Medica, and the Impact Group (collectively "non-parties"), immediately comply with the properly issued subpoenas and compel production of the documents requested therein. In support hereof, Class Plaintiffs respectfully submit the accompanying Memorandum in Support of Motion to Compel Production of Documents From Non-Parties Sudler & Hennessey, Cline Davis & Mann, Ferguson, Adelphi, Inc., Current Medical Directions, Inc., Fallon Medica, and The Impact Group, which is incorporated by reference herein. The Declaration of Jeff S. Gibson and attached exhibits are also submitted in support of this motion.

WHEREFORE, Sales and Marketing Plaintiffs respectfully request that the Court order that the above-referenced non-parties immediately comply with the properly issued subpoenas and compel production of the documents requested therein by a date certain set by the Court. In

the alternative, Plaintiffs request that the Court compel the Non-Parties to produce all responsive documentation up to and including May 31, 2001, pursuant to this Court's June 19, 2006 Discovery Order, by a date certain, and supplement the documentation through 2004 if Plaintiffs' Motion for Leave to File Third Amended Complaint is approved by the Court.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs believe that oral argument may assist the Court and wish to be heard at the next discovery hearing on December 12, 2006.

Dated: November 30, 2006                              Respectfully Submitted,

By:    **/s/ Thomas Greene**
       Thomas Greene Esquire
       Greene & Hoffman
       125 Summer Street
       Boston, MA 02110

By:    **/s/ Barry Himmelstein**
       Barry Himmelstein, Esquire
       Lieff Cabraser Heimann &
       Bernstein, LLP
       Embarcadero Center West
       275 Battery Street, 30th Floor
       San Francisco, CA 94111-3339

By:    **/s/ Don Barrett**
       Don Barrett, Esquire
       Barrett Law Office
       404 Court Square North
       P.O. Box 987
       Lexington, MS 39095

By:    **/s/ Daniel Becnel**
       Daniel Becnel, Jr., Esquire
       Law Offices of Daniel Becnel, Jr.
       106 W. Seventh Street
       P.O. Drawer H
       Reserve, LA 70084

By:    **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs' Steering Committee*

By:    **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:    **/s/ Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By:    **/s/ Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor

*Members of the Plaintiffs' Non-Class Steering Committee*