# EXHIBIT A

| Date Requested by Plaintiffs | Plaintiffs' Request | Defendants' Response |
|---|---|---|
| November 28, 2006 | End date for disclosure of Cline Davis & Mann and Sudler and Hennessey documents | Third-party vendor documents from Cline Davis & Mann and Sudler and Hennessey were produced to the sales and marketing plaintiffs on October 30, 2006. Defendants have not objected to those plaintiffs sharing such documents with the product liability plaintiffs. |
| December 31, 2006 | End date for disclosure of CMMS database, BETSY database, VSB database, Sherlock database | Defendants have previously agreed in correspondence dated October 24, 2006 to produce the CMMS, BETSY, and Sherlock databases on January 15, 2007. Defendants produced excerpts from predecessor company, Warner-Lambert, speakers bureau database on November 22, 2006. Defendant Pfizer does not have a "VSB" database. |
| December 31, 2006 | End date for disclosure of source files related to adverse events. | Defendants have offered to produce these files on December 31, 2006. |
| December 31, 2006 | End date for disclosure of the reproduction of 28 custodial files produced in the *Young v. Pfizer Inc.* action, commenced in the Supreme Court for the State of New York, County of Orange, and in a manner consistent with Case Management Order No. 3 | No discussion has occurred nor agreement been reached regarding this item. The Court previously ruled that the documents produced in *Young* were not produced in the MDL and were, thus, not subject to Case Management Order No. 3. To the extent that documents from the *Young* production are responsive to the sales and marketing plaintiffs' requests, defendants have no objection to producing those documents consistent with CMO 3 by April 30, 2007. |
| December 31, 2006 | End date for disclosure of custodial files for individuals identified in Defendants' Supplemental Initial Disclosure Statement dated May 16, 2005 (attached hereto as Exhibit A) | Defendants anticipate revising their now-outdated Rule 26(a) disclosures, as plaintiffs are aware. Defendants will produce by April 30, 2007 responsive documents from the files of individuals identified in the revised Rule 26(a) disclosure. |

| Date Requested by Plaintiffs | Plaintiffs' Request | Defendants' Response |
|---|---|---|
| December 31, 2006 | End date for disclosure of list of employees, including identification of an employee's department and position, and from whom Defendants shall provide custodial files (to the extent these individuals are not already encompassed by subheading (c) or (d) above). This list should also indicate the anticipated date by which said employee's custodial file is to be disclosed. | Plaintiffs are not entitled to this information and such production has not been previously requested or ordered. |
| December 31, 2006 | End date for disclosure of IMS data in a format agreed upon by the parties | Defendants will produce this material 30 days after plaintiffs reach contractual agreement with IMS entitling plaintiffs to receive this information and after the parties have met and conferred regarding the scope of the production, as ordered by this Court. |
| December 31, 2006 | End date for disclosure of Visitors Speaker Bureau information in Excel format, including but not limited to the following for each state:<br>(1) payments to physicians;<br>(2) identification of physicians who attend meetings;<br>(3) identification of physicians who spoke at the meetings;<br>(4) identification of the meetings | Defendants produced information regarding payments to physicians who acted as speakers for Neurontin for Warner-Lambert on November 22, 2006. Defendants have already agreed to produce this information, as well as the identification of the meetings, for the relevant period of the Pfizer era by January 15, 2007 as per correspondence with plaintiffs on October 24, 2006.<br><br>Defendants have no means to identify physicians who attended these meetings. |
| January 14, 2007 | End date for disclosure of custodial files | No agreement has been reached regarding the number or identity of employees from whose files defendants will produce relevant documents. Accordingly, it is inappropriate at this time to establish an end date for such production prior to the April 30, 2007 date proposed by defendants. |

2

| Date Requested by Plaintiffs | Plaintiffs' Request | Defendants' Response |
|---|---|---|
| January 14, 2007 | End date for disclosure of all non-custodial file documentation that encompasses safety and/or efficacy, including but not limited to United Kingdom foreign labeling discovery. | Production of these requested documents are complete with the exception of United Kingdom foreign labeling discovery as to which the parties are required to meet and confer. |
| January 14, 2007 | End date for disclosure of all non-custodial file documentation that encompasses sales and/or marketing, including but not limited to development, strategies, budgets, promotion, and advertising | Defendants will complete the production of relevant documents from the files of the national marketing team for Neurontin by April 15, 2007. At this time, defendants do not plan to produce any non-custodial files. |
| January 14, 2007 | End date for disclosure of all non-custodial file documentation that encompasses publication plans | Defendants will complete the production of relevant documents from the files of the national marketing team for Neurontin by April 15, 2007. At this time, defendants do not plan to produce any non-custodial files. |
| January 14, 2007 | End date for disclosure of Pregabalin New Drug Application, as well as those documents and date reflecting psychiatric (or psychobiological adverse events) | Defendants have objected to the production of materials related to pregabalin, which will expand the scope of discovery and be an immense burden on defendants. Moreover, documents pertaining to pregabalin are not relevant to this litigation; plaintiffs' complaints nowhere mention pregabalin. |
| January 14, 2007 | End date for disclosure of Profit and Loss statements | Defendants produced information sufficient to satisfy the request for these materials on November 22, 2006. |
| February 28, 2007 | End date for disclosure of Thought Leader Database | Plaintiffs have not requested this database in their document requests, and accordingly the parties have not met and conferred regarding this issue, which is, *inter alia*, vague and ambiguous. |
| February 28, 2007 | End date for disclosure of documents relating to refunds that Pfizer provided to customers for lack of efficacy or side effects | Plaintiffs have not requested this information in their document requests, and accordingly the parties have not met and conferred regarding this issue which is, *inter alia*, vague and ambiguous. |

3

| Date Requested by Plaintiffs | Plaintiffs' Request | Defendants' Response |
|---|---|---|
| February 28, 2007 | End date for disclosure of documents relating to the internal Neurontin website, including but not limited to all archived materials and all back-up copies | Plaintiffs have not requested this in their document requests, and accordingly the parties have not met and conferred regarding this issue, which is, *inter alia*, vague, ambiguous, and overly broad. |
| February 28, 2007 | End date for disclosure of operating plans for all departments and minutes related to operating meetings | Plaintiffs have not requested this in their document requests, and accordingly the parties have not met and conferred regarding this issue, which is, *inter alia*, vague, ambiguous, and overly broad. |
| February 28, 2007 | End date for disclosure of monthly physician tracking reports | The parties have not completed the meet-and-confer process regarding this issue which is, *inter alia*, vague, ambiguous, and overly broad. |

4