**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ )<br><br>In re:  NEURONTIN MARKETING,<br>SALES PRACTICES, AND PRODUCTS<br>LIABILITY LITIGATION<br>_____<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL MARKETING AND SALES<br>PRACTICES ACTIONS<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' MOTION TO COMPEL**
**DEFENDANTS TO RESPOND TO CERTAIN INTERROGATORIES**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37.1, the

Class Plaintiffs and the Coordinated Third Party Payer Plaintiffs (collectively, "Plaintiffs")

hereby move to compel defendants Pfizer, Inc. and Warner-Lambert Company (collectively,

"Defendants") to respond to certain interrogatories, the specifics of which and the grounds for

this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs'

Motion to Compel Defendants to Respond to Certain Interrogatories.  The Declaration of Ronald

J. Aranoff and attached exhibits are also submitted in support of this motion.

WHEREFORE, Plaintiffs respectfully request that the Court order Defendants to provide

the requested discovery by a date certain in the near future.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs believe that oral argument may assist the Court and wish to be heard at the next

discovery hearing on December 12, 2006.

1

**CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred and have attempted in good faith to resolve or

narrow the issues presented by this motion, in compliance with Local Rule 37.1.

Dated:  November 30, 2006                                    Respectfully Submitted,


By:      **/s/ Thomas Greene**
           Thomas Greene Esquire
           Greene & Hoffman
           125 Summer Street
           Boston, MA 02110

By:      **/s/ Barry Himmelstein**
           Barry Himmelstein, Esquire
           Lieff Cabraser Heimann &
           Bernstein, LLP
           Embarcadero Center West
           275 Battery Street, 30th Floor
           San Francisco, CA 94111-3339

By:      **/s/ Don Barrett**
           Don Barrett, Esquire
           Barrett Law Office
           404 Court Square North
           P.O. Box 987
           Lexington, MS 39095

By:      **/s/ Daniel Becnel**
           Daniel Becnel, Jr., Esquire
           Law Offices of Daniel Becnel, Jr.
           106 W. Seventh Street
           P.O. Drawer H
           Reserve, LA 70084

By:      **/s/ James Dugan**
           James Dugan, Esquire
           Dugan & Browne
           650 Poydras St., Suite 2150
           New Orleans, LA 70130

*Members of the Class Plaintiffs' Steering Committee*

By:     **/s/ Thomas M. Sobol**
        Thomas M. Sobol
        Hagens Berman Sobol Shapiro LLP
        One Main Street, 4th Floor
        Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:     **/s/ Richard Cohen**
        Richard Cohen, Esquire
        Lowey Dannenberg Bemporad
        & Selinger, P.C.
        The Gateway
        One North Lexington Avenue
        White Plains, NY 10601

By:     **/s/ Linda P. Nussbaum**
        Linda P. Nussbaum, Esquire
        Cohen Milstein Hausfeld & Toll
        150 East 52nd Street
        Thirteenth Floor
        New York, NY 10022

*Members of the Plaintiffs' Non-Class Steering Committee*