UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL MARKETING AND SALES PRACTICES ACTIONS | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**DECLARATION OF RONALD J. ARANOFF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO RESPOND TO CERTAIN INTERROGATORIES**

RONALD J. ARANOFF declares under penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney at law and counsel to the law firm Bernstein Liebhard & Lifshitz, LLP, one of the counsel for the proposed class plaintiffs in the above-captioned action.

2. I submit this declaration in support of the Class Plaintiffs' and Coordinated Third Party Payer Plaintiffs' Motion to Compel Defendants to Respond to Certain Interrogatories (the "Motion to Compel"), filed November 30, 2006.

3. I have personal knowledge of the matters stated herein.

4. I have been actively involved in the process of obtaining discovery from defendants Pfizer, Inc. and Warner-Lambert Company ("Defendants"). I have participated in two separate meet and confer sessions with defense counsel relating to Class and Non-Class Plaintiffs' First Set of Interrogatories ("Interrogatories") and Defendants' Responses and Objections thereto ("Responses"), which are the subject of the instant Motion to Compel.

5. The first meet and confer took place on June 16, 2005 at the law firm of Davis, Polk & Wardwell in New York City. Present at this meet and confer were Ronald J. Aranoff, Esq., Richard Shevitz, Esq., Michael Tabb, Esq., and Jeffrey D. Lerner, Esq. for the plaintiffs, and James E. Murray, Esq. for the Defendants.

6. The second meet and confer took place telephonically on November 22, 2006. Participating at this meet and confer were Ronald J. Aranoff, Esq., Richard Shevitz, Esq., Barry Himmelstein, Esq., Ilyas Rona, Esq., Keith Altman, Kenneth Fromson, Esq., and Jeffrey D. Lerner, Esq. for the plaintiffs, and Neil Potischman, Esq. and Debbie MacGregor, Esq. for the Defendants.

7. At each of the meet and confer sessions, counsel for plaintiffs conferred in good faith with counsel for Defendants to narrow the areas of disagreement to the greatest possible extent. Some issues were resolved satisfactorily as a result of the meet and confer process. Other issues that required further deliberation after the sessions ended were the subject of correspondence and conversations in the days and weeks following the sessions. Unfortunately, a number of unresolved issues remained at the conclusion of this process.

8. Attached hereto as Exhibit 1 is a true and correct copy of the Defendants' Responses and Objections to Class and Non-Class Plainffs' First Set of Interrogatories, which reproduce the Interrogatories in their entirety.

9. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Thomas M. Greene, Esq. to James P. Rouhandeh, Esq. and James E. Murray, Esq., dated July 8, 2005.

10. Attached hereto as Exhibit 3 is a true and correct copy of a letter from James E. Murray, Esq. to Thomas M. Greene, Esq., dated July 19, 2005.

    11.    Attached hereto as Exhibit 4 is a true and correct copy of a letter from Ronald J. Aranoff, Esq. to Debbie MacGregor, Esq., dated October 30, 2006.

    12.    Attached hereto as Exhibit 5 is a true and correct copy of a letter from Debbie MacGregor, Esq. to Ronald J. Aranoff, Esq., dated November 13, 2006.

    13.    Attached hereto as Exhibit 6 is a true and correct copy of a letter from Debbie MacGregor, Esq. to Ronald J. Aranoff, Esq., dated November 27, 2006.

Dated: New York, New York
       November 30, 2006

                                                 /s/ **Ronald J. Aranoff**
                                                 Ronald J. Aranoff