UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY | |
| THE GUARDIAN LIFE INSURANCE CO. OF AMERICA v. PFIZER, INC. and AETNA, INC. v. PFIZER, INC. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF
MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINTS
AND FOR RECONSIDERATION OF ORDER DENYING
<u>PLAINTIFFS' OBJECTIONS TO DISCOVERY ORDER NO. 3</u>**

579566.1

Pursuant to Local Rule 7.19(b)(1), which prohibits the filing of a reply brief in support of a motion without "leave of court," Class Plaintiffs (*Harden Manufacturing Corp., et al.* v. *Pfizer, Inc., et al.*) and the Coordinated Plaintiffs (*The Guardian Life Insurance Company of America* v. *Pfizer, Inc.* and *Aetna, Inc.* v. *Pfizer, Inc.*) (collectively, "Plaintiffs") respectfully request leave to file a reply brief in support of their pending motion (Dkt. No. 535) for leave to file third amended complaints and for reconsideration of the Court's September 11, 2006 Order Denying Plaintiffs' Objections to Discovery Order No. 3, if the Court believes that a reply brief would be of assistance to the Court in deciding the pending motion.

The Court has already received considerable briefing in connection with the two motions to dismiss and the discovery motions which have already been decided. Defendants' opposition to the pending motion (Dkt. No. 541) consists primarily of "futility" arguments that merely rehash arguments already considered and rejected by the Court in connection with the motions to dismiss, and a "burden" argument already rejected by the Magistrate Judge in ordering discovery through May 31, 2001. *See* Declaration of Laura Kibbe (Dkt. No. 542, Exh. A) ¶¶ 4-6 (complaining of burden of producing documents generated after 1998).

Plaintiffs have no desire to burden the Court with unnecessary additional briefing, but respectfully request an opportunity to respond to Defendants' opposition, if the Court is contemplating denying the pending motion (as to either the amendment or the temporal scope of discovery) based on anything contained in Defendants' opposition. Should the Court invite a reply, Plaintiffs respectfully request 10 pages, and 10 calendar days for its preparation.

Dated: December 1, 2006    By their attorneys,

*Members of the Class Plaintiffs' Steering Committee*

By: **/s/ Thomas M. Greene**

Thomas Greene, Esquire, BBO # 210020
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By: **/s/ Don Barrett**

Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/ Daniel Becnel, Jr.**

Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/ James Dugan**

James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By: **/s/ Barry Himmelstein**

Barry Himmelstein, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/ Thomas M. Sobol**

Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Members of the Plaintiffs' Non-Class Steering Committee*

By: **/s/ Richard Bemporad**

Richard Bemporad, Esquire
Gerald Lawrence, Esquire
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By: **/s/ Linda P. Nussbaum**

Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street, 13th Floor
New York, NY 10022

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

Dated: December 1, 2006

/s/ **Barry Himmelstein**
Barry Himmelstein

579566.1                                       -4-