UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS),<br><br>AETNA, INC. v. PFIZER INC., et al., 04-CV-10958 (PBS), and<br><br>HARDEN MANUFACTURING CORPORATION; LOUISANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUE SHIELD OF LOUISIANA; UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated v. PFIZER INC. and WARNER-LAMBERT COMPANY. | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINTS AND FOR RECONSIDERATION OF ORDER DENYING PLAINTIFFS' OBJECTIONS TO DISCOVERY ORDER NO. 3**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "defendants"), submit this response to Plaintiffs' Motion for Leave to File Reply Brief in Support of Motion for Leave to File Third Amended Complaints and for Reconsideration of Order Denying Plaintiffs' Objections to Discovery Order No. 3.

**<u>Argument</u>**

While styled a motion for leave to file a reply brief, plaintiffs' motion relates, albeit briefly, the arguments that their reply brief presumably would contain. As to their request that the Court permit them to file third amended complaints (over two and one half years after their cases were filed), plaintiffs argue that defendants' arguments in opposition to their request are a mere rehash of previously-rejected arguments. Aside from being incorrect, plaintiffs ignore two recent developments that undercut their argument and which they no doubt recognize weigh heavily against their request.

First, yesterday, Magistrate Judge Sorokin issued Discovery Order No. 6. Discovery Order No. 6 is the product of countless hours of meet-and-confer conferences, extensive briefing, extended oral argument, and consultation between Magistrate Judge Sorokin and the presiding judge in the consolidated related actions in New York State Supreme Court. The Order establishes a detailed and comprehensive procedure and schedule for the completion of discovery in all sales and marketing and product liability actions. There is light at the end of the tunnel.

Were plaintiffs' request for leave to amend granted, the light would be extinguished. The scope of discovery would be greatly broadened, rendering it impossible to complete it by, or even anywhere close to, the deadlines Magistrate Judge Sorokin has set. Indeed, the filing of the third amended complaints would delay these proceedings at least one year. Further, pursuant to the Federal Rules of Civil Procedure, the filing of the third amended complaints could precipitate another round of motions to dismiss, for the third amended complaints assert new claims that are subject to attack in their own right.

Second, because plaintiffs in the sales and marketing cases have insisted on it, defendants will be filing their answers to the second amended complaints on Monday. Issue will be joined.

Were plaintiffs' request for leave to amend granted, these proceedings would experience a procedural regression, and the effort defendants have been forced to devote to preparing their answers to the multi-hundred-paragraph second amended complaints would turn out to have been for naught.

## Conclusion

For the foregoing reasons and the reasons previously stated, defendants respectfully request that the Court deny plaintiffs' motion for leave to file third amended complaints.

Dated: December 1, 2006                    DAVIS POLK & WARDWELL


By: /s/James P. Rouhandeh
    James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

HARE & CHAFFIN

By: /s/David B. Chaffin
    David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc, and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 1, 2006.

/s/David B. Chaffin

3