UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, ) <br> SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL MARKETING AND SALES ) <br> PRACTICES ACTIONS ) <br> ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**ASSENTED-TO EMERGENCY MOTION FOR TWO-DAY
ENLARGEMENT OF TIME TO RESPOND TO MOTION TO COMPEL
DEFENDANTS TO RESPOND TO CERTAIN INTERROGATORIES**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "defendants") respectfully move, with the assent of plaintiffs, and on an emergency basis, for a two-day enlargement of the time within which defendants must file their opposition to plaintiffs' motion to compel defendants to respond to certain interrogatories (the Motion to Compel"). The grounds for this motion are:

1.  Under Case Management Order No. 2, the deadline for the filing of motions for the December 12 hearing was November 30. (Docket # 372 at 2.)

2.  Plaintiffs filed the Motion to Compel after 4:00 p.m. on November 30. (Docket # 554).

3.  Absent the relief requested, defendants' opposition to the Motion to Compel would be due today, two business days after the motion was filed. (Docket # 372 at 2.)

4. Defendants require, and respectfully request, two additional days to prepare their opposition.

5. Plaintiffs have assented to this motion.

6. This motion is made on an emergency basis because of the time constraints at issue.

WHEREFORE, defendants respectfully request that the Court enlarge to December 6, 2006, the period within which they must respond to the Motion to Compel.

Dated: December 4, 2006            DAVIS POLK & WARDWELL

                                          By: /s/James P. Rouhandeh
                                                James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

HARE & CHAFFIN

By: /s/David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc, and Warner-Lambert Company*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 4, 2006.

                                                /s/David B. Chaffin