UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MECIJA, individually ) | MDL DOCKET NO.: 1629 |
| and as guardian ad litem for ) | LEAD CASE NO.: 1:04-CV-10981-PBS |
| JHOANNE MECIJA, a minor, and ) | CIVIL ACTION NO: 8:06-cv-293 |
| JEFFREY MECIJA, all individually ) | DIST. OF MA NO.: 1:06-cv-11445-PBS |
| and as successors in interest to ) | JUDGE PATTI B. SARIS |
| ESTATE OF HENRY C. MECIJA, ) | MAGISTRATE LEO T. SOROKIN |
| ) | |
| Plaintiffs, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| PFIZER INC., PARKE-DAVIS, a ) | |
| division of Warner-Lambert ) | |
| Company and Warner-Lambert ) | |
| Company LLC, WARNER- ) | |
| LAMBERT COMPANY LLC, ) | |
| WARNER-LAMBERT COMPANY, ) | |
| JAMES P. HALL, D.O., and Does 1- ) | |
| 100, ) | |
| ) | |
| Defendants. ) | |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for Defendant JAMES P. HALL, D.O. ("Dr. Hall") in the above-captioned case. I will be appearing on behalf of Dr. Hall for hearing on

136014.1

his Motion for Remand set for December 12, 2006 at 10 a.m.

DATED: December 4, 2006    */s/ Julia P. Cheng*
**Attorneys for Defendant James Hall, D.O.**
BYRON J. BEAM, Bar No.: 35825
JULIA P. CHENG, Bar No.: 219771
**BEAM BROBECK WEST BORGES & ROSA LLP**
600 West Santa Ana BoulevardSuite 1000
Santa Ana, California 92701-4586
(714) 558-3944
(714) 568-0129
bbeam@bbwbrlawfirm.com
jcheng@bbwbrlawfirm.com

136014.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 4, 2006.

DATED: December 4, 2006   */s/ Julia P. Cheng*

**Attorneys for Defendant James P. Hall, D.O.**
BYRON J. BEAM, Bar No.: 35825
JULIA P. CHENG, Bar No.: 219771
**BEAM BROBECK WEST BORGES & ROSA LLP**
600 West Santa Ana Boulevard
Suite 1000
Santa Ana, California 92701-4586
(714) 558-3944
(714) 568-0129
bbeam@bbwbrlawfirm.com
jcheng@bbwbrlawfirm.com

136014.1

## SERVICE LIST

Donald S. Edgar, Esq.
Jeremy R. Fietz, Esq.
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
Telephone Number:		(707) 545-3200
Fax Number:			(707) 578-3040
***Attorneys for Plaintiffs Jennifer Mecija, individually and as guardian ad litem for Jhoanne Mecija, a minor, and Jeffrey Mecija, all individually and as successors in interest to Estate of Henry C. Mecija***


Thomas P. Hanrahan
Rebecca G. Goldstein
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone Number:		(213) 896-6000
Fax Number:			(213) 896-6600
***Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-lambert Company LLC***

Of Counsel:
Scott W. Sayler
Douglas B. Maddock, Jr.
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone Number:		(816) 474-6550
Facsimile:			(816) 421-5547
***Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-lambert Company LLC***

Tobias L. Millrood
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

136014.1

Eleanor Louise Poliemeni
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Adam S. Tolin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

136014.1