UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
In re:   NEURONTIN MARKETING, SALES PRACTICES,              :
         AND PRODUCTS LIABILITY LITIGATION                  :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   MDL Docket No. 1629
                                                            :
THIS DOCUMENT RELATES TO:                                   :   Master File No. 04-10981
                                                            :
ALL CLASS ACTIONS                                           :   Judge Patti B. Saris
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Magistrate Judge Leo T.
                                                                Sorokin
HARDEN MANUFACTURING CORPORATION;                           :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,                 :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;                      :
INTERNATIONAL UNION OF OPERATING ENGINEERS,                 :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL                :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and                 :
LORRAINE KOPA, on behalf of themselves and all others       :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT       :
COMPANY.                                                    :
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' ANSWER TO SECOND AMENDED CLASS ACTION COMPLAINT**

    Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants"), by their

undersigned counsel, answer Plaintiffs' Second Amended Class Action Complaint as follows: [1]

**NATURE OF THE CASE**

**I.    INTRODUCTION**

    1.    Deny the allegations in paragraph 1.

---

[1] Plaintiffs have included in their Second Coordinated Amended Complaint numerous allegations that relate to claims that have been dismissed and have reasserted claims that have been dismissed. Defendants have attempted to identify each such allegation and claim and to respond accordingly. To the extent Defendants have not succeeded in identifying every such allegation and claim, they deny any obligation to respond to any allegation that relates to a dismissed claim or to any dismissed claim and deny that any such allegation or claim is valid or at issue.

2.      Deny the allegations in paragraph 2, except admit Pfizer markets and sells Neurontin, that the FDA approved Neurontin for labelling as safe and effective for adjunctive therapy in the treatment of partial seizures in patients with epilepsy at dosages of 900 to 1800 milligrams per day, that in May 2002 the FDA also approved Neurontin for the management of postherpetic neuralgia, and that Warner-Lambert Company marketed and sold Neurontin until June 2000.

3.      Deny the allegations in the first sentence of paragraph 3.  The remainder of paragraph 3 are legal conclusions to which no response is required, and Defendants therefore deny such allegations.

4.      Deny the allegations in paragraph 4.

## II.     PARTIES

5.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5, and therefore deny same.

6.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6, and therefore deny same.

7.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7, and therefore deny same.

8.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8, and therefore deny same.

9.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and therefore deny same.

10.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10, and therefore deny same.

11.     Admit the allegations in paragraph 11.

12.     Deny the allegations in paragraph 12, except admit that Warner-Lambert Company was a Delaware corporation, that prior to its acquisition Warner-Lambert Company was headquartered in New Jersey, that Warner-Lambert Company received FDA approval to market Neurontin in the United States in 1993, and that Warner-Lambert Company marketed Neurontin in the United States until June 2000.

III.     **JURISDICTION AND VENUE**

13.     Paragraph 13 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 13.

14.     Paragraph 14 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 14.

15.     Paragraph 15 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 15.

IV.     **FACTUAL ALLEGATIONS**

A.     **Neurontin**

16.     Admit the allegations in paragraph 16.

17.     Deny the allegations in paragraph 17, except admit that the FDA approved Neurontin for labelling as safe and effective for adjunctive therapy in the treatment of partial seizures in patients with epilepsy at dosages of 900 to 1800 milligrams per day and that in May 2002 the FDA also approved Neurontin for the management of postherpetic neuralgia.

18.     Deny the allegations in paragraph 18.

B.     **Parke-Davis's Deliberate Decision To Avoid FDA Approval And Market Neurontin Off-Label**

19.     Deny the allegations in paragraph 19.

20.     Deny the allegations in paragraph 20, and refer to the patents for their contents.

21.     Deny the allegations in paragraph 21.

22.     Deny the allegations in paragraph 22.

23.     Deny the allegations in paragraph 23, and refer to the referenced document for its contents.

24.     Deny the allegations in paragraph 24, and refer to the referenced documents for their contents.

25.     Deny the allegations in paragraph 25, and refer to the referenced documents for their contents.

26.     Deny the allegations in paragraph 26, and refer to the referenced document for its contents.

27.     Deny the allegations in paragraph 27, and refer to the referenced document for its contents.

28.     Deny the allegations in paragraph 28, and refer to the referenced documents for their contents.

29.     Deny the allegations in paragraph 29, and refer to the referenced document for its contents.

30.     Deny the allegations in paragraph 30, and refer to the referenced document for its contents.

31.     Deny the allegations in paragraph 31.

**C.      Regulation Of Defendants' Marketing Practices And Restrictions
On Promotion Of "Off-Label" Uses For Prescription Drugs**

32.     Paragraph 32 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 32.

33.     Paragraph 33 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 33.

34.     Paragraph 34 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 34.

35.     Paragraph 35 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 35.

36.     Paragraph 36 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 36.

37.     Paragraph 37 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 37.

38.     Paragraph 38 asserts legal conclusions to which no response is required and Defendants therefore deny the allegations in paragraph 38.

39.     Deny the allegations in paragraph 39.

40.     Deny the allegations in paragraph 40.

41.     Paragraph 41 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 41.

42.     Deny the allegations in paragraph 42.

**D.     The Promotion Enterprise**

43.     Paragraph 43 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 43.

44.     Deny the allegations in paragraph 44, except admit the allegations in the first sentence of paragraph 44.

    1.      **Peer Selling Sub-Enterprise**

45.     Paragraph 45 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 45.

46.     Paragraph 46 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 46.

47.     Paragraph 47 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 47, except deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning the percentage of Neurontin prescribed for off-label conditions and therefore deny same.

48.     Paragraph 48 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 48.

49.     Paragraph 49 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 49.

50.     Paragraph 50 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 50.

### a.    The Role of Medical Marketing Firms

51.    Paragraph 51 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 51.

52.    Paragraph 52 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 52.

53.    Paragraph 53 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 53.

54.    Paragraph 54 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 54.

55.    Paragraph 55 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 55.

56.    Paragraph 56 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 56.

57.    Paragraph 57 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 57.

58.     Paragraph 58 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 58.

59.     Paragraph 59 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 59.

60.     Paragraph 60 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 60.

### (1)     Cline Davis

61.     Paragraph 61 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence in paragraph 61 and deny the remaining allegations in paragraph 61.

62.     Paragraph 62 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 62.

63.     Paragraph 63 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 63.

64.     Paragraph 64 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 64.

65.     Paragraph 65 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 65.

66.     Paragraph 66 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 66.

## (2)     Thompson Physicians World

67.     Paragraph 67 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence of paragraph 67 and deny the remaining allegations in paragraph 67.

68.     Paragraph 68 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 68.

69.     Paragraph 69 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 69.

70.     Paragraph 70 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 70.

71.     Paragraph 71 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 71.

72.     Paragraph 72 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 72.

73.     Paragraph 73 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 73.

74.     Paragraph 74 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 74.

75.     Paragraph 75 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 75.

76.     Paragraph 76 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 76.

(3)    **Sudler & Hennessey**

77.    Paragraph 77 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 77 and deny the remaining allegations in paragraph 77.

78.    Paragraph 78 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 78.

79.    Paragraph 79 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 79.

80.    Paragraph 80 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 80.

81.    Paragraph 81 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 81.

82.    Paragraph 82 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 82.

### (4)    **MEDED/MEDCON**

83.     Paragraph 83 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, and last sentences of paragraph 83 and deny the remaining allegations in paragraph 83.

84.     Paragraph 84 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 84.

85.     Paragraph 85 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 85.

86.     Paragraph 86 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 86.

87.     Paragraph 87 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 87.

### (5)    **MES**

88.     Paragraph 88 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth

the allegations in the first, second, fourth, and fifth sentences of paragraph 88 and deny the remaining allegations in paragraph 88.

89.     Paragraph 89 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 89.

90.     Paragraph 90 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 90.

91.     Paragraph 91 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth the allegations in the first sentence of paragraph 91 and deny the remaining allegations in paragraph 91.

### (6)     HCC

92.     Paragraph 92 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 92.

### (7)     CME, Inc.

93.     Paragraph 93 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth the allegations in paragraph 93.

94.     Paragraph 94 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 94.

**(8)     Boron LePore & Associates**

95.     Paragraph 95 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth the allegations in paragraph 95.

96.     Paragraph 96 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 96.

**(9)     CoMed**

97.     Paragraph 97 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth the allegations in paragraph 97.

98.     Paragraph 98 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 98.

99.     Paragraph 99 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 99.

100.    Paragraph 100 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 100.

101.    Paragraph 101 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 101.

b.    **The Role of Physicians**

102.    Paragraph 102 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 102.

103.    Paragraph 103 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 103.

104.    Paragraph 104 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 104.

105.    Paragraph 105 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 105.

106.    Paragraph 106 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 106.

107.    Paragraph 107 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 107.

108.    Paragraph 108 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 108.

109.    Paragraph 109 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 109.

110.    Paragraph 110 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 110.

2.    **Publication Sub-Enterprise**

a.    **Introduction**

111.    Paragraph 111 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 111.

112.    Paragraph 112 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 112.

113.    Paragraph 113 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 113.

###### b.    MES and AMM/Adelphi

114.    Paragraph 114 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 114.

115.    Paragraph 115 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 115.

116.    Paragraph 116 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 116.

117.    Paragraph 117 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 117.

118.    Paragraph 118 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 118.

119.    Paragraph 119 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 119.

120.    Paragraph 120 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 120.

       **c.**     **<u>MAC</u>**

121.    Paragraph 121 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 121.

122.    Paragraph 122 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 122.

123.    Paragraph 123 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 123.

124.    Paragraph 124 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 124.

125.    Paragraph 125 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 125

126.    Paragraph 126 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 126.

127.    Paragraph 127 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 127.

128.     Paragraph 128 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 128.

129.     Paragraph 129 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 129.

**d.     Misrepresentations And Misleading Statement In Articles Created Or Controlled By The Publication Enterprise**

130.     Paragraph 130 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 130

131.     Paragraph 131 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 131, and refer to the referenced article for its contents.

132.     Paragraph 132 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 132.

133.     Paragraph 133 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 133, and refer to the referenced draft for its contents.

134.     Paragraph 134 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 134, and refer to the referenced abstract for its contents.

135.     Paragraph 135 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 135, and refer to the citation published in the Drugdex Drug Information System for its contents.

136.     Paragraph 136 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 136.

137.     Paragraph 137 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 137.

### E.     Defendants' Use Of The Entire Off-Label Promotion Enterprise To Make False Statement To Physicians

#### a.     Introduction

138.     Paragraph 138 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants state that, to the extent paragraph 138 asserts legal conclusions, no response is required, and Defendants therefore deny same.  Defendants deny any remaining allegations in paragraph 138.

139.     Paragraph 139 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 139.  To the extent paragraph 139

asserts legal conclusions, no response is required, and Defendants therefore deny same. Defendants deny any remaining allegations in paragraph 139.

140.    Paragraph 140 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 140.

141.    Paragraph 141 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 141.  Paragraph 141 asserts legal conclusions to which no response is required, and Defendants therefore deny the allegations in paragraph 141.

142.    Paragraph 142 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 142.

## 2. **False and Misleading Statements About Pain, Including Non-Neuropathic Pain and Neuropathic Pain (Other Than Postherpetic Neuralgia)**

143.    Paragraph 143 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 143, and refer to the referenced manual for its contents.

144.    Paragraph 144 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 144.

145.    Paragraph 145 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 145.

146.    Paragraph 146 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 146, and refer to the referenced documents for their contents.

147.    Paragraph 147 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 147.

148.    Paragraph 148 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 148, and refer to the referenced results and report for their contents.

149.    Paragraph 149 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 149.

150.    Paragraph 150 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 150.

151.    Paragraph 151 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 151, and refer to the referenced amended application for its contents.

152.     Paragraph 152 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 152, and refer to the referenced documents for their contents.

153.     Paragraph 153 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 153.

154.     Paragraph 154 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 154.

155.     Paragraph 155 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 155.

156.     Paragraph 156 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 156.

157.     Paragraph 157 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 157.

158.    Paragraph 158 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 158.

3.    **Representations Regarding Restless Leg Syndrome (RLS)/Periodic Limb Movement Syndrome (PLMS)**

159.    Paragraph 159 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 159.

160.    Paragraph 160 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 160.

161.    Paragraph 161 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 161.

162.    Paragraph 162 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 162.

163.    Paragraph 163 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 163.

164.    Paragraph 164 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 164.

165.    Paragraph 165 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 165.

166.    Paragraph 166 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 166.

167.    Paragraph 167 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 167.

168.    Paragraph 168 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 168.

### 4.    Representations Regarding Bipolar Disorder And Other Mood Disorders

169.    Paragraph 169 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 169.

170.    Paragraph 170 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 170.

171.    Paragraph 171 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 171.

172.    Paragraph 172 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 172.

173.    Paragraph 173 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 173.

174.    Paragraph 174 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 174.

175.    Paragraph 175 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 175.

176.    Paragraph 176 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 176.

**5.      Representations Regarding Anxiety Disorders, including Panic Disorder, Social Phobia, and Generalized Anxiety Disorder**

177.    Paragraph 177 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 177, and refer to the referenced manual for its contents.

178.    Paragraph 178 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 178, and refer to the referenced manual for its contents.

179.    Paragraph 179 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 179.

180.    Paragraph 180 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 180.

181.    Paragraph 181 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 181.

182.    Paragraph 182 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 182, and refer to the referenced results for their contents.

183.    Paragraph 183 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 183.

184.    Paragraph 184 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 184.

185.    Paragraph 185 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 185.

186.    Paragraph 186 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 186.

        **6.      Representations Regarding Monotherapy**

187.    Paragraph 187 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 187.

188.    Paragraph 188 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 188.

189.    Paragraph 189 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 189, and refer to the published results of Clinical Trial 945-82 for their contents.

190.    Paragraph 190 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 190, and refer to the results of the clinical trials for their contents.

191.    Paragraph 191 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 191, and refer to the NDA submitted on September 13, 1996 for its contents.

192.     Paragraph 192 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 192.

193.     Paragraph 193 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 193.

**7.     <u>Representations Regarding Migraine And Various Forms Of Headache</u>**

194.     Paragraph 194 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 194.

195.     Paragraph 195 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 195.

196.     Paragraph 196 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 196.

197.     Paragraph 197 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 197.

198.    Paragraph 198 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 198.

199.    Paragraph 199 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 199.

200.    Paragraph 200 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 200.

201.    Paragraph 201 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 201.

202.    Paragraph 202 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 202.

**8.    False Statement About Other Indications**

203.    Paragraph 203 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 203.

**9.    Representations Regarding Dosages Above The FDA-Approved Maximum**

204.    Paragraph 204 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 204.

205.    Paragraph 205 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 205.

206.    Paragraph 206 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 206.

207.    Paragraph 207 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 207, and refer to the published results of Clinical Trial 945-82 for their contents.

208.    Paragraph 208 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 208, and refer to the published results of Clinical Trial 945-82 for their contents.

209.    Paragraph 209 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 209, and refer to the published results of Clinical Trial 945-77 for their contents.

210.    Paragraph 210 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 210.

211.    Paragraph 211 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 211.

212.    Paragraph 212 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 212.

213.    Paragraph 213 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 213.

214.    Paragraph 214 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 214.

215.    Paragraph 215 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 215.

216.    Paragraph 216 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 216, and refer to the FDA letter dated August 26, 1997 for its contents.

217.    Paragraph 217 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 217, and refer to the FDA letter dated August 26, 1997 for its contents.

218.     Paragraph 218 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 218.

219.     Paragraph 219 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 219.

## 10.     <u>Representations Concerning Lack of Side Effects</u>

220.     Paragraph 220 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 220, and refer to the published results of Clinical Trial 945-77 for their contents.

221.     Paragraph 221 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 221, and refer to the referenced publication for its contents.

222.     Paragraph 222 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 222.

223.     Paragraph 223 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 223.

224.    Paragraph 224 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 224.

225.    Paragraph 225 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 225.

226.    Paragraph 226 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 226.

227.    Paragraph 227 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 227.

**11.    Misrepresentation of Promotional Nature of Events**

228.    Paragraph 228 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 228.

**F.    Defendants' Use of Medical Liaisons To**
**Promote Off-Label Uses for Neurontin**

229.    To the extent paragraph 229 asserts legal conclusions, no response is required, and Defendants therefore deny same.  Defendants deny any remaining allegations in paragraph 229.

230.    Paragraph 230 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 230.

231.    Paragraph 231 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 231.

**G.    Parke-Davis's Systematic Payments To Doctors**
**For The Purpose Of Increasing Neurontin Prescriptions**

232.    Paragraph 232 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 232.

233.    Paragraph 233 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 233.

234.    Paragraph 234 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 234.

**1.    Consultants' Meetings**

235.    Paragraph 235 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 235.

236.    Paragraph 236 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 236.

237.    Paragraph 237 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 237.

238.     Paragraph 238 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 238 and refer to the referenced document for its contents.

239.     Paragraph 239 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 239.

240.     Paragraph 240 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 240.

241.     Paragraph 241 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 241, and refer to the referenced documents for their contents.

242.     Paragraph 242 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 242.

243.     Paragraph 243 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 243.

244.     Paragraph 244 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 244.

## 2.      Medical Education Seminars

245.     Paragraph 245 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 245, and refer to the referenced documents for their contents.

246.     Paragraph 246 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 246.

247.     Paragraph 247 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 247.

## 3.      Grants and "Studies"

248.     Paragraph 248 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 248.

249.     Paragraph 249 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 249, except denying knowledge or information sufficient to form a belief as to the truth of the allegation that grants were charged to the Neurontin marketing budget, and therefore deny same.

250.     Paragraph 250 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 250.

251.     Paragraph 251 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 251, and refer to the referenced letter for its contents.

252.     Paragraph 252 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 252, except admit that in 1995 and 1996 Parke-Davis conducted a Phase IV trial, known as STEPS, that involved titration of Neurontin.

253.     Paragraph 253 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 253, except deny knowledge or information sufficient to form a belief as to the truth of the allegations as to how physicians were compensated, and therefore deny same.

254.     Paragraph 254 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 254.

255.     Paragraph 255 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 255, and refer to the referenced documents for their contents.

**H.     Illegal Off-Label Promotion Has Continued As**
**        Has The Continuing Impact Of The Earlier Misconduct**

256.    Deny the allegations in paragraph 256.

257.    Paragraph 257 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 257, except deny knowledge or information sufficient to form a belief as to the truth of the allegation concerning the percentage of prescriptions written for off-label uses, and therefore deny same.

258.    Paragraph 258 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 258.

259.    Paragraph 259 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 259, and refer to the referenced letter dated July 1, 2002 for its contents.

260.    Deny the allegations in paragraph 260, and refer to the referenced text for its contents.

261.    Paragraph 261 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 261.

I.      **Government and Other Actions Concerning
        <u>Defendants' Off-Label Promotion</u>**

262.    Deny the allegations in paragraph 262, and refer to the referenced complaints and

orders for their contents.

263.    Deny the allegations in paragraph 263, and refer to the referenced information and

Settlement Agreement for their contents.

264.    Deny the allegations in paragraph 264.

265.    Deny the allegations in paragraph 265, and refer to the referenced Settlement

Agreement for its contents.

266.    Deny the allegations in paragraph 266, and refer to the referenced Settlement

Agreement and Assurance of Voluntary Compliance for their contents.

V.      **FRAUDULENT CONCEALMENT AND
        <u>TOLLING OF STATUTES OF LIMITATIONS</u>**

267.    Paragraph 267 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 267.

268.    Paragraph 268 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 268.

269.    Paragraph 269 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 269.

## VI.    DEFENDANTS' MOTIVES AND CAUSATION OF DAMAGE

270.    Paragraph 270 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 270.

271.    Paragraph 271 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 271.

272.    Paragraph 272 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 272.

273.    Paragraph 273 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 273.

274.    Paragraph 274 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 274.

## VII.    USE OF THE MAILS AND WIRES

275.    Paragraph 275 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 275.

276.    Paragraph 276 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 276.

277.    Paragraph 277 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 277.

## VIII.  SCOPE OF THE ALLEGATIONS

### A.    Time

278.    Paragraph 278 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 278.

### B.    Geographic Scope

279.    Paragraph 279 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 279.

## IX.    CLASS ACTION ALLEGATIONS

280.    Paragraph 280 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

281.    Paragraph 281 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

282.    Paragraph 282 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

283.     Paragraph 283 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

284.     Deny the allegations in paragraph 284.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

285.     Deny the allegations in paragraph 285.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

286.     Deny the allegations in paragraph 286.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

287.     Deny the allegations in paragraph 287.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

288.     Deny the allegations in paragraph 288.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

**FIRST CLAIM FOR RELIEF**
**VIOLATION OF 18 U.S.C. § 1962(C)**

289.     Defendants incorporate herein their responses to paragraphs 1 through 288 of Plaintiffs' Second Amended Class Action Complaint as if fully set forth herein.

290.     Paragraph 290 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 290.

291.     Paragraph 291 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 291.

292.     Paragraph 292 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 292.

293.     Paragraph 293 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 293.

294.     Paragraph 294 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 294.

295.     Paragraph 295 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 295.

296.     Paragraph 296 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 296.

297.     Paragraph 297 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 297.

298.     Paragraph 298 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 298.

299.    Paragraph 299 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 299.

300.    Paragraph 300 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 300.

301.    Paragraph 301 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 301.

302.    Paragraph 302 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 302.

303.    Paragraph 303 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 303.

304.    Paragraph 304 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 304.

305.    Paragraph 305 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 305.

306.     Paragraph 306 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 306.

307.     Paragraph 307 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 307.

308.     Paragraph 308 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 308.

309.     Paragraph 309 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 309.

310.     Paragraph 310 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 310.

311.     Paragraph 311 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 311.

312.     Paragraph 312 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 312.

313.     Paragraph 313 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 313.

314.     Paragraph 314 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 314.

315.     Paragraph 315 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 315.

316.     Paragraph 316 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 316.

317.     Paragraph 317 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 317.

318.     Paragraph 318 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 318.

## SECOND CLAIM FOR RELIEF
### VIOLATION OF 18 U.S.C. § 1962(C)
### BY CONSPIRING TO VIOLATE 18 U.S.C. § 1962 (C)

319.     Defendants incorporate herein their responses to paragraphs 1 through 318 of Plaintiffs' Second Amended Class Action Complaint as if fully set forth herein.

320.    Paragraph 320 asserts a legal conclusion to which no response is required, and Defendants therefore deny the allegations in paragraph 320.

321.    Paragraph 321 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 321.

322.    Paragraph 322 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 322.

323.    Paragraph 323 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 323.

324.    Paragraph 324 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 324.

325.    Paragraph 325 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 325.

326.    Paragraph 326 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 326.

327.    Paragraph 327 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 327.

328.     Paragraph 328 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 328.

**THIRD CLAIM FOR RELIEF**
**VIOLATIONS OF THE NEW JERSEY CONSUMER FRAUD ACT**
**N.J.S.A. 56:8-1 ET SEQ.**

329.     Defendants incorporate herein their responses to paragraphs 1 through 328 of Plaintiffs' Second Amended Class Action Complaint as if fully set forth herein.

330.     Paragraph 330 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

331.     Paragraph 331 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 331.

332.     Paragraph 332 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 332.

333.     Paragraph 333 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 333.

334.     Paragraph 334 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 334.

## FOURTH CLAIM FOR RELIEF
## COMMON LAW FRAUD

335.    Defendants incorporate herein their responses to paragraphs 1 through 334 of Plaintiffs' Second Amended Class Action Complaint as if fully set forth herein.

336.    Paragraph 336 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

337.    Paragraph 337 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 337.

338.    Paragraph 338 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 338.

339.    Paragraph 339 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 339.

340.    Paragraph 340 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 340.

341.    Paragraph 341 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 341.

## FIFTH CLAIM FOR RELIEF
## UNJUST ENRICHMENT

342.    Defendants incorporate herein their responses to paragraphs 1 through 341 of Plaintiffs' Second Amended Class Action Complaint as if fully set forth herein.

343.    Paragraph 343 contains allegations to which no response is required, and Defendants therefore deny same.  Further answering, Defendants expressly deny the existence of any certifiable class or sub-class.

344.    Paragraph 344 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 344.

345.    Paragraph 345 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 345.

346.    Paragraph 346 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 346.

347.    Paragraph 347 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 347.

## GENERAL DENIAL

Defendants deny all allegations and/or legal conclusions set forth in Plaintiffs' Second Coordinated Amended Complaint that have not been specifically admitted, denied, or explained.

## AFFIRMATIVE AND SEPARATE DEFENSES

Without assuming the burden of proof of such defenses that they would not otherwise have, Defendants affirmatively assert the following defenses:

### FIRST AFFIRMATIVE DEFENSE

The Second Amended Class Action Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Pursuant to the Supremacy Clause of the United States Constitution, the claims set forth in the Complaint are preempted in whole or in part by federal law.

### THIRD AFFIRMATIVE DEFENSE

Any and all actions taken by Defendants with respect to any of the matters alleged in the Second Amended Class Action Complaint were taken in good faith and in accordance with established industry practice.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Defendants have complied with all applicable regulations of the federal and state governments.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendants did not make any false statements to Plaintiffs.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Defendants did not directly or indirectly conspire with any other entity or engage in any other conduct in violation of state or federal law.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to Plaintiffs' failure to properly allege a RICO enterprise as required by 18 U.S.C. § 1962(c).

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to their failure to plead facts showing that Defendants and the Marketing Firms are ongoing organizations whose members function as a continuing unit and share common purposes as required by *United States v. Turkette*, 452 U.S. 576, 583 (1981).

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to their failure to allege that Defendants conducted the affairs of the alleged enterprises as required by 18 U.S.C. § 1962(c).

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs lack standing to bring their RICO claims because they cannot show Defendants directly caused their alleged injuries as required by 18 U.S.C. § 1964(c);  *Holmes v. Securities Investor Prot. Corp.*, 503 U.S. 258, 265-66, 268 (1992); *Platten v. HG Berm. Exempted Ltd.,* 437 F.3d 118, 132 (1st Cir. 2006); and *George Lussier Enters. v. Subaru of New Eng., Inc.,* 393 F.3d 36, 51 (1st Cir. 2004).

## ELEVENTH AFFIRMATIVE DEFENSE

The claims set forth in the Second Amended Class Action Complaint are barred by the learned intermediary doctrine.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to recovery against Defendants because the conduct alleged in the Second Amended Class Action Complaint was not the proximate cause of any alleged loss suffered by the Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Second Amended Class Action Complaint are barred by the applicable statutes of limitation and/or repose.

## FOURTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Second Amended Class Action Complaint are barred under the doctrine of laches.

## FIFTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Second Amended Class Action Complaint are barred under the doctrine of unclean hands.

## SIXTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Second Amended Class Action Complaint are barred under the doctrine of estoppel.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Second Amended Class Action Complaint are barred under the doctrine of waiver.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs lack standing to bring this action.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the First and Fourteenth Amendments to the United States Constitution.

## TWENTIETH AFFIRMATIVE DEFENSE

The claims set forth in the Second Amended Class Action Complaint are barred because Plaintiffs' alleged injuries and damages, if any, were actually or proximately caused by the intervening or superseding conduct of persons or entities over which or whom Defendants had no control.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims of common law fraud are barred by reason of the Second Amended Class Action Complaint's failure to allege the factual circumstances constituting fraud with particularity.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery because the representations and actions alleged by Plaintiffs were not and are not material, in that they were not and are not likely to affect the decisions or conduct of Plaintiffs, or to have caused Plaintiffs to have chosen differently, but for such alleged representations or actions, and in that the alleged representations and actions were not likely to mislead Plaintiffs acting reasonably under the circumstances.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims of common law fraud are barred by reason of the Second Amended Class Action Complaint's failure to allege actual reliance on specific misstatements.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are precluded from recovery because the representations and actions alleged by

Plaintiffs were not intended to deceive Plaintiffs.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims under RICO are barred by reason of the Second Amended Class Action Complaint's failure to allege the factual circumstances constituting the elements of those claims with the heightened particularity required under the statute.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the law of the case doctrine to the extent that such claims have been dismissed by prior order of this Court and to the extent that Plaintiffs' claims rely upon allegations that have been ruled to be legally insufficient by prior order of this Court.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have not sustained any injury or damages compensable at law.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs may not recover on the claims pleaded in the Complaint because the damages sought are too speculative and remote.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for damages are barred, in whole or part, by Plaintiffs' failure to mitigate damages.

## THIRTIETH AFFIRMATIVE DEFENSE

Defendants deny that Plaintiffs have valid consumer protection claims under the laws of the State of New Jersey or any other State, Commonwealth or District whose laws are or later become relevant in the course of this multidistrict litigation.  However, if such claims are found to exist, Defendants plead all available defenses under the Acts.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims under the New Jersey Consumer Fraud Act are barred in whole or in part because some of Plaintiffs are not "consumers" within the meaning of that statute and because that statute does not apply to non-residents with no relevant connections to New Jersey.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims for unjust enrichment are barred to the extent that Plaintiffs have an adequate remedy at law.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs may not maintain this action as described in the Complaint as a class action.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

Certain persons claimed to be members of the purported class may be barred, in whole or in part, from recovery based on one or more of the above affirmative defenses.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

Certain persons claimed to be members of the purported class may be barred, in whole or in part, from recovery based on the res judicata effect of prior judgments or the collateral estoppel effect of prior judgments.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because the claims of the named Plaintiffs are not typical of those of the purported class.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because Plaintiffs are not adequate class representatives.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because individual issues predominate over common issues with respect to the claims asserted in the Second Amended Class Action Complaint.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because a nationwide class is barred by inescapable and unmanageable variations in state laws.

### FORTIETH AFFIRMATIVE DEFENSE

This action may not proceed as a class action because class litigation against Pfizer and Warner-Lambert is not the superior means of addressing the challenged conduct.

### FORTY-FIRST AFFIRMATIVE DEFENSE

Inasmuch as the Second Amended Class Action Complaint does not describe the alleged underlying claims with sufficient particularity to enable Defendants to determine all of their potential defenses, Defendants reserve the right to amend and/or supplement the averments of this Answer to assert any and all defenses ascertained through further investigation and discovery in this matter.

### FORTY-SECOND AFFIRMATIVE DEFENSE

The Second Amended Class Action Complaint fails to state facts sufficient to sustain a claim for, or recovery of, punitive damages.

### FORTY-THIRD AFFIRMATIVE DEFENSE

To the extent that Plaintiffs seek punitive damages for the conduct which allegedly caused the injuries asserted in the Second Amended Class Action Complaint, such an award would, if granted, violate Defendants' state and federal constitutional rights.

## FORTY-FOURTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs seek punitive damages for an alleged act or omission of Defendants, no act or omission was malicious, willful, wanton, reckless, or grossly negligent and, therefore, any award of punitive damages is barred.

## FORTY-FIFTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs make a claim for punitive damages or multiples of actual damages, Defendants assert that Plaintiffs have not complied with federal and state statutory requirements to recover such damages.

## FORTY-SIXTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs claim punitive damages, such claims are barred by the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution.

## FORTY-SEVENTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs claim punitive damages, Defendants specifically incorporate by reference any and all standards or limitations regarding the determination and enforceability of punitive and exemplary damage awards which arose in the decisions of TXO Prod. Corp. v. Alliance Resources Corp., 509 U.S. 443 (1993), BMW of North America Inc. v. Gore, 517 U.S. 559 (1996), Cooper Industries, Inc. v. Leatherman Tool Group, 532 U.S. 424 (2001), and State Farm Mut. Auto. Ins. Co. v. Campbell, 538 U.S. 408 (2003).

## JURY DEMAND

Defendants demand a trial by jury as to all issues to triable.

WHEREFORE, Defendants respectfully request that the Court:

1.      Enter judgment in their favor on all claims alleged in the Second Amended Class Action Complaint;

2.      Award Defendants the costs, disbursements, and reasonable attorneys' fees incurred by them in connection with these proceedings; and

3.      Grant Defendants such other and further relief as the Court may deem just and proper.

Dated: December 4, 2006                    DAVIS POLK & WARDWELL


                                           By:  /s/James P. Rouhandeh
                                                James P. Rouhandeh

                                           450 Lexington Avenue
                                           New York, New York 10017
                                           (212) 450-4000

                                           HARE & CHAFFIN

                                           By:  /s/David B. Chaffin
                                                David B. Chaffin

                                           160 Federal Street
                                           Boston, Massachusetts 02110
                                           (617) 330-5000

                                           *Attorneys for Defendants Pfizer Inc, and Warner-Lambert Company*