UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :
In re:  NEURONTIN MARKETING,                                   :   MDL Docket No. 1629
        SALES PRACTICES AND                                    :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :   Judge Patti B. Saris
                                                               :   Magistrate Judge Leo T. Sorokin
                                                               :
---------------------------------------------------------------x
                                                               :
THIS DOCUMENT RELATES TO:                                      :
                                                               :
IRENE BARLOW v. PFIZER, INC.;                                  :
WARNER-LAMBERT COMPANY, L.L.C.,                                :
formerly known as WARNER-LAMBERT                               :
COMPANY, including its division                                :
PARKE-DAVIS and DR. JAY SEASTRUNK,                             :
M.D., REHABILITATION STAFFING                                  :
SERVICES, LTD. AND GERO-PSYCHIATRIC                            :
SERVICE OPPORTUNITY                                            :
                                                               :
---------------------------------------------------------------x

**IDENTIFICATION OF DISCOVERY PENDING BEFORE TRANSFER TO MDL 1629**
*Irene Barlow vs. Pfizer, Inc. Et. Al*
**Pursuant to Discovery Order No. 6 (Docket 550)**

TO THE HONORABLE COURT:

Now Comes Irene Barlow, Plaintiff in underlying cause number 1:05CV175SS, transferred to this Court in MDL 1629, and identifies herein the discovery she had sought to obtain and which was pending in the court below as of the date of transfer.

### I. Preliminary Statement of History of Litigation

*Barlow v Pfizer* was originally filed in the 200th District Court of Travis County, Texas, Cause Number GN402172, on July 31, 2004. (State Court I). Defendants removed the case to the United States District Court, W.D.Texas, Austin Division, Cause Number A-04-527-SS, on

August 13, 2004. (Federal Court I). The United States District Court granted Plaintiff's Motion to Remand on December 20, 2004.

Plaintiffs pursued pending discovery from defendants in the remanded case, 200th District Court of Travis County, Texas, Cause Number GN402172, (State Court II), filing a Motion to Compel in January 2005. A hearing to compel the discovery was scheduled on March 10, 2005. One day before the State court could rule the Defendants again removed the case to the United States District Court, W.D.Texas, Austin Division, Cause Number 1:05CV175SS (Federal Court II). Plaintiffs filed and there is pending a Motion to Remand that cause to the District Courts of Travis County, Texas. Before the United States District Court entered an order on that motion to remand the case was transferred to this Court pursuant to the Order of Transfer in MDL 1629.

## II. Identification of Pending Discovery

In compliance with Discovery Order No. 6 dated November 30, 2006, (Docket 550), Plaintiff Irene Barlow hereby identifies the following discovery requests submitted to Defendants in her product liability action prior to transfer to this District in MDL 1629:

1.  Requests for Discovery and Production to Defendants Pfizer, Inc., Warner-Lambert Company, L.L.C., formerly known as Warner-Lambert Company, including its division, Parke-Davis, dated August 31, 2004.

These Requests are the subject of a pending Motion to Compel, first filed November 2, 2004 (Federal Court I), refiled November 17, 2004 (Federal Court I). Only Request Number Two of the fifty-eight (58) Requests was responded to when in April 2005 Defendant Pfizer sent three computer disks of imaged documents identified as the discovery responses made by each defendant to any party in the case of *United States of America ex rel David Franklin v. Pfizer, Inc. and Parke-Davis Division of Warner-Lambert Company; Civil Action No. 96-11651-PBS;*

*United States District Court – Massachusetts.*

Defendants have not produced documents or information requested in Requests for Production Numbers 1 and 3 through 58 in compliance with Rule 34, F.R.C.P. or Rule196, Tex.R.Civ.Pro.

2. Rule 194 Requests for Disclosure.

Pursuant to Texas Rule of Civil Procedure, Plaintiffs submitted unobjectionable Requests for Disclosure Pursuant to Rule 194 on February 7, 2005. Defendants did not provide the names, addresses, or contact information of any person or provide any documents, stating that 'Discovery and investigation in this case have just begun.' That was almost two years ago.

3. Federal Rule of Civil Procedure Required Disclosures pursuant to Rule 26 (a) (1).

Defendants have twice invoked federal court jurisdiction over this case, via removal, but have yet to file a single required disclosure pursuant to F.R.Civ.Pro. 26 (a) (1).

4. Depositions:

Plaintiffs submitted a notice of persons to be deposed to Defendants on April 6, 2005. Defendants did not produce anyone for deposition and did not designate any representative witnesses pursuant to Rule 30 (b) (6).

### III. Template Discovery

5. Plaintiff Irene Barlow states that Defendants have not in this MDL produced adequate, timely, or complete responses to the Template Requests for Disclosure or Template Interrogatories.

Wherefore, Premises Considered, Plaintiff Irene Barlow identifies the above and foregoing pending discovery to Defendants and states that she does seek all such discovery herein, subject to her pending Motion to Remand to the District Court of Travis County, Texas,

pending when this matter was sent to this Honorable Court by transfer order in MDL 1629.

Dated: December 4, 2006

Respectfully submitted,

JACK W. LONDON & ASSOCIATES, P.C.
3701 Bee Cave Road, Suite 200
Austin, Texas 78746
(512) 478-5858 - telephone
(512) 478-1120 - facsimile

By: _____
Jack W. London
State Bar No. 12512500
jlondon@texas.net

Archie Carl Pierce
State Bar No. 15991500
WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
(512) 476-4600 - telephone
(512) 476-5382 - facsimile
cpierce@w-g.com - email

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 4, 2006

Dated: December 4, 2006

_____
Jack W. London