# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Todd S. Heyman
Theodore M. Hess-Mahan
Matthew L. Tuccillo
Adam M. Stewart
Robert E. Ditzion

December 4, 2006

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ted@shulaw.com

**VIA ECF**

Honorable Patti B. Saris
United States District Judge
United States District Court
 for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:   In re Neurontin Marketing, Sales Practices, and Products Liability Litigation
             MDL Docket No. 1629, Master File No. 04-10981-PBS

Dear Judge Saris:

    Submitted herewith for filing in the above action, please find declarations submitted on behalf of Coordinated Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals, Guardian Life Insurance Co. of America, and Aetna, Inc., in response to Your Honor's Electronic Order of September 27, 2006.

Sincerely,

Theodore M. Hess-Mahan

Enclosures (4)
cc:    Counsel of Record (via ECF)