UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

### Declaration of JoBeth Levy

1.      I, JoBeth Levy, am employed by Aetna as Business Systems Manager. I have been employed by Aetna and its predecessor entities for approximately 20 years.

2.      This declaration is submitted in response to the Court's request at the September 27, 2006 hearing and the Electronic Order of the same date.

3.      Using its computer claims systems, Aetna is unable to readily generate reports identifying the medical condition for Aetna adjudicated prescription claims for Neurontin.

4.      For Aetna to attempt to identify the medical condition for Neurontin prescriptions would be burdensome and require a significant expenditure of time and resources.

5.      Reporting a medical condition associated with a particular pharmacy claim in the manner requested is something outside the normal scope of operations at Aetna. Such request would involve review of patient medical data and attempting to link the timing of physician visits, claims and records with the payment of pharmacy claims.

6. To my knowledge Aetna has not previously attempted to create reports matching historical pharmacy claims and medical data in this fashion and accordingly cannot assume at this time that the procedure would be successful and create complete and accurate data.

_____
JoBeth Levy

Dated: December 1, 2006