UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

## DECLARATION OF MICHAEL SULLIVAN

I, Michael Sullivan, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am employed by The Guardian Life Insurance Company ("The Guardian") in my capacity as National Operations Specialist.

2. I submit this declaration in response to the Court's Electronic Order dated September 27, 2006, and I possess personal knowledge of the matters stated herein.

3. To require The Guardian to provide Neurontin prescription data that is segregated by the medical condition for which members were prescribed the drug would be unduly burdensome and require significant time and effort. The segregation of such data is not available on any one computer database and may have to be assimilated by hand from multiple data sources, cross checked against multiple data sources and would necessarily include the review of many thousands of individual handwritten patient records. Guardian would have to

1

request the individual patient records directly from the prescribing physicians. This effort would consume hundreds, if not thousands of hours of claim and data review.

Executed on: October 10, 2006

_____
(signature)