UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF ELIZABETH F. VILLALUZ

I, ELIZABETH F. VILLALUZ, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am a paralegal employed by Kaiser Foundation Health Plan, Inc. ("Kaiser"), in the Legal and Governmental Relations Department. I have held this position for approximately two years.

2. I submit this declaration in response to the Court's Electronic Order dated September 27, 2006.

3. I have personal knowledge of the matters stated herein.

4. Kaiser's collection of a breakdown of Neurontin prescriptions by the condition for which they were prescribed would be burdensome and require a significant expenditure of time

1

and effort. This breakdown is not readily available on any computer database and would have to be put together by hand from multiple data sources, including possibly the review of tens of thousands of individual handwritten patient records maintained at hundreds of distinct locations.

5.   Kaiser's regional divisions vary in how they record and store prescription claims data. However, none of the regions keep diagnosis information as part of their prescription claims data. In order to attempt to link Neurontin claims data to the conditions for which Neurontin was prescribed, Kaiser personnel would have to look through individual patient medical records and attempt to temporally link diagnosis codes from doctor visits recorded in the medical records with Neurontin prescriptions. This could take thousands of manpower hours and would raise the privacy and burdensome issues discussed in my prior affidavit, which is annexed hereto.

Executed on: October __4__, 2006

_Elizabeth F. Villaluz_
Elizabeth F. Villaluz