UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICE LITIGATION<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS, SANOFI-SYNTHELABO INC., BRISTOL-MYERS SQUIBB CO., and APOTEX CORPORATION,<br><br>Defendants. | MDL Docket No.: 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 84.4.3 and this Court's July 29, 2003 Case Management Order, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Steig D. Olson, Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 150 East 72nd Street, 30th Floor, New York 10022-6017, Tel: (212) 838-7797, Fax: (212) 838-7745, email: solson@cmht.com, to appear pro hac vice on behalf of Plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following.

1. Steig D. Olson was admitted to the bar of the State of New York in 2004.

2. There are no disciplinary proceedings pending against Mr. Olson.

3. Mr. Olson has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court of Massachusetts.

4. In further support of this motion, Mr. Olson has submitted herewith his Certificate of Good Standing as Required by Local Rule 85.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Olson be admitted to practice before this court *pro hac vice.*

Dated: December 6, 2006

        Respectfully submitted,

        **/s/Theodore M. Hess-Mahan**
        Theodore M. Hess-Mahan BBO#557109)
        **SHAPIRO HABER & URMY LLP**
        Exchange Place
        53 State Street
        Boston, Massachusetts 02109
        Tel: (617) 439-3939

        Attorneys for Plaintiffs Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 6, 2006.

        **/s/Theodore M. Hess-Mahan**
        Theodore M. Hess-Mahan