## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Steig D. Olson, hereby certify that:

1. I was admitted to the bar of the State of New York in 2004.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

>    Steig D. Olson
>    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
>    150 East 52nd Street, 30th Floor,
>    New York, NY 10022
>    Tel: (212) 838-7797
>    Fax: (212) 838-7745
>    solson@cmht.com

                                                                    _____
                                                                    Steig D. Olson

Dated: December 6, 2006