UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| ALL SALES AND MARKETING ACTIONS | |

**DECLARATION OF DEBORAH L. MACGREGOR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO RESPOND TO CERTAIN INTERROGATORIES**

DEBORAH L. MACGREGOR declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Defendants to Respond to Certain Interrogatories, filed December 6, 2006.

3. I have personal knowledge of the matters stated below and would testify to the same.

4. I have been actively involved in responding to plaintiffs' requests for discovery from defendants in the MDL. I personally participated in two meet-and-confer

1

sessions regarding Class and Non-Class Plaintiffs' First Set of Interrogatories. The first of these occurred on June 16, 2005. The second of these occurred telephonically on November 22, 2006.

5. At each of the meet-and-confer sessions, counsel for defendants conferred in good faith in an attempt to narrow the issues in dispute.

6. During the course of the telephonic meet-and-confer session regarding plaintiffs' interrogatories on November 22, 2006, defendants identified certain materials that they had already produced or were in the process of preparing for production that provided additional information responsive to some of the interrogatories.

7. At this meet-and-confer session, defendants also agreed to provide certain information in response to certain interrogatories relating purely to the Pfizer era, in light of the Court's order establishing May 31, 2001 as the cut-off for discovery.

8. At this meet-and-confer session, plaintiffs and defendants agreed that interrogatory number 22 seeks substantially the same information as interrogatory number 13.

9. Defendants have been unable to locate to date a central database or depository of information relating to Neurontin events or vendors, with the exception of certain speakers bureau information that defendants are producing. Defendants have told plaintiffs this in the past, including at the meet-and-confer session relating to plaintiffs' interrogatories that was held in June 2005.

10. Defendants were unaware that plaintiffs sought additional information about sales call databases, as plaintiffs did not mention this during the 2005 meet-and-confer session or the 2006 meet-and-confer session.

11. On July 8, 2005, defendants produced the Merlin and Pfoenix databases, which include, *inter alia*, requests from physicians for medical information or reports of adverse events. Certain fields of these databases were produced in redacted form, including the names of patients, whether they submitted the request to the company or whether their names were mentioned in the subject of the call.

12. Defendants have not identified any means to determine through the use of their human resource databases which of the many employees who left the company around the time of the merger between Pfizer and Warner-Lambert were "involved with" Neurontin.

13. Attached as Exhibit A is a complete copy of defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories, which was served on May 6, 2005.

14. Attached as Exhibit B is an excerpt from Class and Non-Class Plaintiffs' First Request for the Production of Documents, which was served on March 11, 2005.

15. Attached as Exhibit C is an excerpt from Class and Non-Class Plaintiffs' First Set of Interrogatories, which was served on April 6, 2005.

Dated: New York, New York
       December 6, 2006

                                    /s/ Deborah L. MacGregor
                                    Deborah L. MacGregor

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 6, 2006.

      /s/David Chaffin