# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2994/1.46

In re: NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

ALL ACTIONS

### CLASS AND NON-CLASS PLAINTIFFS' FIRST SET OF INTERROGATORIES

The Class and Non-Class Plaintiffs, pursuant to Fed. R. Civ. P. 33, request that the Defendants answer the following interrogatories separately, fully, in writing and under oath, within thirty (30) days of service:

#### Definitions and Instructions

#### Definitions

The definitions and instructions set forth in the Class and Non-Class Plaintiffs' First Request for Production of Documents and the definitions contained in Rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts are incorporated herein by reference. Additionally, the following definitions apply to these Interrogatories:

"Article" shall mean any article, manuscript, abstract, letter to the editor, written Case Report, text, paper, poster or writing of any description, whether published or otherwise.

"Identified Vendors" shall refer to the following companies:

1.  Cline Davis & Mann (including, but not limited to its Proworx division);

2.  Physicians' World (including, but not limited to, its Professional Postgraduate Services Division);

1

4/6/05

3. Sudler and Hennessy (including, but not limited to, its Intramed division);

4. Medical Education Programs, Ltd.

5. Medical Education Consultants, LLC

6. Medical Educational Services (MES)

7. CME, Inc.

8. Boron Lepore

9. AMM/Adelphi

10. Healthcare Communications, Inc. (HCC)

11. Ferguson 2000

"Payment" shall mean a payment of money or money's worth in goods or services, including but not limited to any form of remuneration, grant, honorarium, speaker fee, gift, free travel or accommodation, compensation or other benefit, and includes Indirect Payments and Indirect Funding.

## Instructions

1. Whenever any documents must be described or identified, all documents in the possession of or known to the Defendants are included. "Identify," "identity," and "identification," when used to refer to a document, means to state the following:

    (a) The subject of the document;

    (b) The title of the document;

    (c) The type of document;

    (d) The date of the document or the best approximation of such date;

    (e) The identity of the person or persons who wrote, contributed to, prepared or originated such document; and