**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| —————————————————— )<br>)<br>In re: NEURONTIN MARKETING, )<br>SALES PRACTICES, AND PRODUCTS )<br>LIABILITY LITIGATION )<br>—————————————————— )<br>)<br>THIS DOCUMENT RELATES TO: )<br>ALL MARKETING AND SALES )<br>PRACTICES ACTIONS )<br>—————————————————— | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**DECLARATION OF JEFFREY D. LERNER IN SUPPORT OF PLAINTIFFS' REPLY**
**MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO**
**COMPEL DEFENDANTS TO RESPOND TO CERTAIN INTERROGATORIES**

JEFFREY D. LERNER declares under penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney at law associated with the law firm Bernstein Liebhard & Lifshitz, LLP, one of the counsel for the proposed class plaintiffs in the above-captioned action.

2. I submit this declaration in support of the Class Plaintiffs' and Coordinated Third Party Payer Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion to Compel Defendants to Respond to Certain Interrogatories, filed December 8, 2006.

3. I have personal knowledge of the matters stated herein.

4. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Debbie MacGregor, Esq. to Ronald J. Aranoff, Esq., dated October 24, 2006.

5. Attached hereto as Exhibit 2 is a true and correct copy of "Bringing It All Back Home: Laura Kibbe of Pfizer," by Sue Reisinger, December 5, 2006, printed from http://www.inhousecounsel.com.

      6.     Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the deposition of Suzanne Doft taken on March 29, 2005 in <u>In re Neurontin</u>, United States District Court, Southern District of New York, 04-CV-6704 (JSR).

Dated: New York, New York
       December 8, 2006

                                      **<u>/s/ Jeffrey D. Lerner</u>**
                                        Jeffrey D. Lerner