Doft, Suzanne

```
 1              UNITED STATES DISTRICT COURT        SOUTHERN DI
 2              04-CV-6704 (JSR)
 3
 4   IN RE:           : VIDEOTAPE DEPOSITION OF:NEURONTIN    : S
 5                    :                          :
 6   - - - - - - - - - - -
 7
 8
 9
10           TRANSCRIPT of the stenographic notes of
11   the proceedings in the above-entitled matter, as
12   taken by and before LINDA M. HOFFMANN, a Certified
13   Shorthand Reporter and Notary Public, and Registered
14   Professional Reporter, held at the office of DAVIS
15   POLK & WARDWELL, ESQS., 450 Lexington Avenue, New
16   York, New York, on Tuesday, March 29, 2005,
17   commencing at 10:30 in the forenoon.
18
19
20
21
22
23
24
25
```

page 1
☐Doft, Suzanne

```
 1   A P P E A R A N C E S:
 2
 3        FINKELSTEIN & PARTNERS, LLP          436 Robinson Avenue
 4        Newburgh, New York 12550        BY:  KENNETH B. FROMSON, ESQ.
 5        Attorneys for Plaintiff
 6        DAVIS, POLK & WARDWELL, P.L.L.C.     450 Lexington Avenue
 7        New York, New York  10017       BY:  RONALD ROSENKRANZ, ESQ.
 8            KENNETH B. FROMSON, ESQ.         Attorneys for Defendants
 9        Parke-Davis, a division of           Warner-Lambert Company
10
11        Also attending: Daniel McClutchy,
12                        Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

page 2
☐Doft, Suzanne

```
 1                          INDEX
```

```
 5    try to work with that.
 6         Q.    Ma'am, could I have your age and date of
 7    birth?
 8         A.    I will be 35 next week; April 5th, 1970.
 9         Q.    Okay.
10               Ma'am, I'm going to ask you some
11    questions concerning this litigation.  If there's
12    anything you do not hear, anything you do not
13    understand, anything that you need rephrased, please
14    advise your attorney or myself.  Okay?
15         A.    Sure.
16         Q.    Also verbalize your answers.  I see you
17    nodding your head.  Verbalize your answers as opposed
18    to nodding your head, and wait for me to complete the
19    question before you answer.
20         A.    Okay.
21         Q.    Is that acceptable?
22         A.    Yes.
23         Q.    Okay.
24               Can you tell me your current address,
25    business and residential?
```

page 5
☐Doft, Suzanne

```
 1         A.    Business is 235 East 42nd Street, New
 2    York City.  And residential, 1111 Park Avenue, New
 3    York City.
 4         Q.    And are you currently employed?
 5         A.    I am.
 6         Q.    By whom are you currently employed?
 7         A.    By Pfizer.
 8         Q.    Okay?
 9               And in what capacity?  What is your
10    position with Pfizer?
11         A.    I am the director team leader of the
12    Lasofoxifene marketing team and of the Neurontin
13    team.
14         Q.    Okay.
15               There is a Neurontin team?
16         A.    The marketing team consists of me at
17    this point.
18         Q.    Okay.  All right.
19               When you say the marketing team consists
20    of you, are you part of a Marketing Department?
21         A.    I am.
22         Q.    Okay.
23               Could you describe that Marketing
24    Department for me?  How is it structured?
25         A.    I'm not exactly clear.
```

page 6
☐Doft, Suzanne

```
 1         Q.    Okay.
 2               Well, what is the makeup of the
 3    Marketing Department, besides yourself?  Who else is
 4    in the Marketing Department?
 5         A.    There are vice presidents.
 6         Q.    Okay.
 7         A.    There are marketing directors.
```

```
 2  WITNESS              DIRECT   CROSS   REDIRECT   RECROSS
 3  SUZANNE DOFT
 4  BY MR. ROSENKRANZ       4
 5
 6
 7                   E X H I B I T S
 8  NUMBER          DESCRIPTION                PAGE
 9
10  P-1     Notice to take deposition           21
11  P-2     Corporate Integrity Agreement      198
12  P-3     Multi-page fax from Department         of Health & Human Servi
13          Rockville, MD
14  P-4     21-page article from New York      212        Law Journal
15
16
17
18
19
20
21
22
23
24
25
```

page 3
☐Doft, Suzanne

```
 1              THE VIDEOGRAPHER:  Good morning.  My
 2  name is Daniel McClutchy of Nationwide Video
 3  Productions located in Roseland, New Jersey.  The
 4  date today is March 29th, 2005.  The time is
 5  approximately 10:30 a.m.
 6              This deposition is being held in the
 7  office of Davis Polk, 450 Lexington Avenue, in New
 8  York, New York.
 9              The caption of this case is In Re
10  Neurontin, in the U.S. District Court, Southern
11  District of New York.  Case Number 04-CV-6704 (JSR.)
12              The name of the witness is Suzanne Doft.
13              At this time, the attorneys will
14  identify themselves and the parties they represent;
15  after which our court reporter, Linda Hoffmann, will
16  swear in the witness and we can proceed.
17              MR. ROSENKRANZ:  Ronald Rosenkranz,
18  Finkelstein and Partners, for the plaintiffs.
19              MR. MURRAY:  James Murray, from Davis,
20  Polk & Wardwell, for the witness and for the
21  defendants.
22  S U Z A N N E    D O F T, 1111 Park Avenue, New York
23  City, New York, having been duly sworn by the Notary,
24  testifies as follows:
25  DIRECT EXAMINATION BY MR. ROSENKRANZ:
```

page 4
☐Doft, Suzanne

```
 1              MR. ROSENKRANZ:  Before we begin, my
 2  apologies to any of the jurors that might be
 3  listening to my voice.  It's more nasal than even
 4  usual because I'm just getting over a cold, but we'll
```

```
 8        Q.      Okay.
 9                Who are the marketing directors?
10        A.      For all of Pfizer, or for a specific
11   product?  I'm not exactly clear.
12        Q.      Well, you are the only person that is
13   involved in the marketing of Neurontin right now?
14        A.      And there is a vice president who I
15   report to for that.
16        Q.      And who is that vice president?
17        A.      Terri Natalicchio.
18        Q.      How long have you been part of the
19   Neurontin marketing team yourself?
20        A.      I've been on the team since 2001.
21        Q.      Okay.
22                And the person to whom you report, how
23   long have they been involved in the -- in the
24   Neurontin marketing team?
25        A.      She has been involved since 2003.

page 7
Doft, Suzanne

 1        Q.      Okay.
 2                And what is the position -- what is your
 3   title exactly?
 4        A.      Currently?
 5        Q.      Yes.
 6        A.      I am the director/team leader.
 7        Q.      Okay.  And was there a director/team
 8   leader prior to you?
 9        A.      Yes.
10        Q.      And who was that person?
11        A.      Meg Yoder.
12        Q.      Okay.
13                And how long was Meg Yoder the team
14   leader for Neurontin?
15        A.      Since -- from 2000 to 2003.
16        Q.      Okay.
17                Was there a team leader prior to her?
18        A.      That was prior to Pfizer time.
19        Q.      Okay.
20                I understand that was prior to Pfizer
21   time.  Do you know who the person was, if there was a
22   team leader?
23        A.      I do not know the structure.
24        Q.      Okay.
25                MR. MURRAY:  And I object, and say she's

page 8
Doft, Suzanne

 1   designated for the Pfizer area.
 2                MR. ROSENKRANZ:  I understand that.
 3        Q.      You know, if you know a name.  Okay.
 4                The vice president, you said she became
 5   vice president for the Neurontin team in 2003?
 6        A.      Correct.
 7        Q.      And who was her predecessor?
 8        A.      Her predecessor was John Krayacich.
 9        Q.      Okay.
10                And when did he become the vice
```

```
11    president?
12         A.    In 2000.
13         Q.    Okay.
14               Is he still employed by Pfizer?
15         A.    He is not.
16         Q.    Okay.
17               And again, the same question I asked you
18    earlier, do you have any idea who the vice president
19    in charge of the Neurontin marketing team was prior
20    to 2000; understanding that it wasn't Pfizer at that
21    time.
22               MR. MURRAY:  Same objection.
23         A.    I do not.
24         Q.    Okay.
25               Do you have any persons that work under

page 9
Doft, Suzanne

1     you on this Neurontin marketing team?
2          A.    Not currently.
3          Q.    Okay.
4                Was there a time that there was somebody
5     that worked under you?
6          A.    Yes.
7          Q.    Was it one person, or more than one
8     person?
9          A.    More than one.
10         Q.    Okay.
11               And what time frame are we talking
12    about?
13         A.    From 2003 till the end of 2004.
14         Q.    Okay.
15               And how many persons are we talking
16    about?
17         A.    Three.
18         Q.    Okay.
19               Could you tell me who the three people
20    were?
21         A.    Yes.  Andrea Zeuscher Malone, David
22    Probert and Avanish Mishra.
23         Q.    Okay.
24               And what were their respective titles?
25         A.    David Probert, a manager; Avanish

page 10
Doft, Suzanne

1     Mishra, senior manager; Andrea Zeuscher Malone,
2     senior manager.
3          Q.    Okay.
4                And could you tell me, what does the
5     marketing team do, the Neurontin marketing team?
6     What do you do?
7          A.    I set strategies and direction for the
8     brand.
9          Q.    Okay.
10               Is there currently a strategy for the
11    brand?
12         A.    There is not.
13         Q.    Okay.
```