UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re:  NEURONTIN MARKETING,
       SALES PRACTICES AND PRODUCTS
       LIABILITY LITIGATION

---------------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

---------------------------------------------------------------- x

: MDL Docket No. 1629
: Master File No. 04-10981
: Judge Patti B. Saris
: Magistrate Judge Leo T. Sorokin

**JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER CONCERNING ACTIONS TRANSFERRED TO MDL 1629 AFTER DEFENDANTS' MOTION TO DISMISS THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES**

Defendants and plaintiffs in most of the products liability/personal injury actions in these proceedings respectfully move for the entry of the stipulation and order that is attached hereto as Exhibit 1 (the "Stipulation"). The grounds for this motion are:

1. Finkelstein & Partners, LLP represents the plaintiffs identified in the appendix that is Exhibit A to the Stipulation (the "Appendix").

2. On June 21, 2006, defendants filed a Motion to Dismiss the Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices ("Defendants' Motion to Dismiss").

3. On August 1, 2006, plaintiffs filed an Opposition to Defendants' Motion to Dismiss.

4. On September 15, 2006, defendants filed a Memorandum of Law in Further Support of Defendants' Motion to Dismiss.

5. The Judicial Panel on Multidistrict Litigation has transferred 15 actions, listed in the Appendix, that were consolidated for pretrial proceedings in MDL 1629 after June 21, 2006.

6. Each of the actions listed in the Appendix contains marketing-based claims that are substantially the same as those contained in the 105 actions listed in Appendix A to Defendants' Motion to Dismiss.

7. Finkelstein & Partners, LLP, and defendants have stipulated and agreed that Defendants' Motion to Dismiss, Plaintiffs' Opposition to Defendants' Motion to Dismiss, and Defendants' Memorandum in Further Support of Defendants' Motion to Dismiss are deemed filed as to each of the 15 actions listed in the Appendix.

8. They have also stipulated and agreed that any order on Defendants' Motion to Dismiss will apply equally to the actions listed in the Appendix as to the 105 actions listed in Appendix A to Defendants' Motion to Dismiss.

9. In order to implement the foregoing stipulations and agreements, defendants and Finkelstein & Partners, LLP, wish to have the Court endorse the Stipulation as an Order of this Court and respectfully request that it do so.

WHEREFORE, defendants and Finkelstein & Partners, LLP, respectfully request that the Court enter the Stipulation as an Order of this Court.

Dated: December 8, 2006

        DAVIS POLK & WARDWELL

        By: /s/ James P. Rouhandeh
              James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        - and -

        HARE & CHAFFIN

        By: /s/ David B. Chaffin
              David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants*

        FINKELSTEIN & PARTNERS, LLP

        By: /s/ Kenneth B. Fromson
              Kenneth B. Fromson

        436 Robinson Avenue
        Newburgh, NY 12550
        (800) 634-1212

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 8, 2006.

        /s/David B. Chaffin