# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND PRODUCTS
        LIABILITY LITIGATION

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:


PRODUCTS LIABILITY ACTIONS



------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**STIPULATION AND ORDER CONCERNING ACTIONS
TRANSFERRED TO MDL 1629 AFTER DEFENDANTS' MOTION TO
DISMISS THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED
UPON ALLEGEDLY IMPROPER MARKETING PRACTICES**

WHEREAS, Finkelstein & Partners, LLP represents the plaintiffs identified in the attached Appendix; and

WHEREAS, on June 21, 2006, Defendants filed a Motion to Dismiss the Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices ("Defendants' Motion to Dismiss"); and

WHEREAS, on August 1, 2006, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss; and

WHEREAS, on September 15, 2006, Defendants filed a Memorandum of Law in Further Support of Defendants' Motion to Dismiss; and

WHEREAS, the Judicial Panel on Multidistrict Litigation has transferred 15 actions, listed on the attached Appendix, that were consolidated for pretrial proceedings in MDL 1629 after June 21, 2006;

WHEREAS, each of the actions listed in the attached Appendix contains marketing-based claims that are substantially the same as those contained in the 105 actions listed in Appendix A to Defendants' Motion to Dismiss;

IT IS STIPULATED AND AGREED by and between Finkelstein & Partners, LLP, and Defendants, and ORDERED by the Court, as follows:

1. The parties agree that Defendants' Motion to Dismiss, Plaintiffs' Opposition to Defendants' Motion to Dismiss, and Defendants' Memorandum in Further Support of Defendants' Motion to Dismiss are deemed filed as to each of the 15 actions listed in the attached Appendix; and

2. It is further stipulated that any order on Defendants' Motion to Dismiss will apply equally to the actions listed in the attached Appendix as to the 105 actions listed in Appendix A to Defendants' Motion to Dismiss.

Dated: December 8, 2006

                    DAVIS POLK & WARDWELL

                    By:  /s/ James P. Rouhandeh
                          James P. Rouhandeh

                    450 Lexington Avenue
                    New York, New York 10017
                    (212) 450-4000

                    *Attorneys for Defendants*

                          - and -

                    HARE & CHAFFIN

                    By:  /s/ David B. Chaffin
                          David B. Chaffin

                    160 Federal Street
                    Boston, Massachusetts 02110
                    (617) 330-5000

                    *Attorneys for Defendants*

                    FINKELSTEIN & PARTNERS, LLP

                    By:  /s/ Kenneth B. Fromson
                          Kenneth B. Fromson

                    436 Robinson Avenue
                    Newburgh, NY  12550
                    (800) 634-1212

                    *Attorneys for Plaintiffs*

**SO ORDERED:**

_____

Dated: _____

# EXHIBIT A

Neurontin Marketing, Sales Practices & Products Liability Litigation

# Personal Injury Plaintiffs' Claims
# Subject to Defendants' Motion To Dismiss

| Number | Action | Case No. |
| --- | --- | --- |
| 1 | Tilley v. Pfizer Inc. | 1:06-cv-11773-PBS |
| 2 | Diana v. Pfizer Inc. | 1:06-cv-11774-PBS |
| 3 | Wendorf v. Pfizer Inc. | 1:06-cv-11398-PBS |
| 4 | Libby v. Pfizer Inc. | 1:06-cv-11482-PBS |
| 5 | Wolosonowich v. Pfizer, Inc. | 1:06-cv-11395-PBS |
| 6 | Blackwell v. Pfizer Inc. | 1:06-cv-11397-PBS |
| 7 | Fenelon v. Pfizer Inc. | 1:06-cv-11581-PBS |
| 8 | Shaw v. Pfizer, Inc. | 1:06-cv-11584-PBS |
| 9 | Campbell v. Pfizer Inc. | 1:06-cv-11483-PBS |
| 10 | Long v. Pfizer Inc. | 1: 06-cv-11583-PBS |
| 11 | Young v. Pfizer, Inc. | 1:06-cv-11446-PBS |
| 12 | Shelley v. Pfizer Inc. | 1:06-cv-11935-PBS |
| 13 | Farris v. Pfizer Inc | 1: 06-cv-12063-PBS |
| 14 | Johnson v. Pfizer Inc. | 1:06-cv-12073-PBS |
| 15 | Hogge v Pfizer Inc. | 1:06-cv-12049-PBS |