UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,             :
        SALES PRACTICES AND              :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris
                                         :
THIS DOCUMENT RELATES TO:                :  Magistrate Judge Leo T.
                                         :  Sorokin
                                         :
        PRODUCTS LIABILITY ACTIONS       :
                                         :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND PROPOSED ORDER REGARDING THE
SCHEDULE IN THE PRODUCT LIABILITY ACTIONS**

Pursuant to Discovery Order No. 6, dated November 30, 2006, the parties

respectfully submit this stipulation and proposed order regarding the schedule in the

product liability actions.  The parties intend to propose the same schedule to the Court in

the New York coordinated actions.  If either this Court or the New York Court declines to

enter the proposed schedule, the parties respectfully request that they be permitted to

withdraw this stipulation and proposed order and submit a revised schedule.

**SCHEDULE**

**December 29, 2006:**  Deadline for identification of ten (10) Track One plaintiffs
                       alleging suicide-related injuries.

**December 31, 2006:**  Deadline for defendants to produce source files related to
                       certain adverse events.

                       Deadline for defendants to produce a revised Rule 26(a)
                       disclosure.

Deadline for defendants to produce a list of witnesses, exclusive of the witnesses listed in defendants' revised Rule 26(a) disclosure, from whose custodial files they shall provide responsive documents.

**January 15, 2007:**    Deadline for all plaintiffs to respond to template discovery and provide medical and other authorizations in all cases on file as of November 15, 2006.[1]

Deadline for defendants to produce CMMS database, BETSY database, Sherlock database.

**April 16, 2007:**    Deadline for defendants to produce documents, answer interrogatories, and respond to other written discovery.

**April 30, 2007:**    Deadline for defendant to provide template discovery in Track One cases.

**May 1-**
**June 29, 2007:**    Depositions of defendants.

**June 29, 2007:**    Deadline for plaintiffs to complete all fact discovery of defendants, except for case-specific depositions of defendants associated with Track One cases.

**July 20, 2007:**    Last date for depositions of plaintiff, plaintiff's/decedent's spouse and plaintiff's prescribing physician(s) in Track One cases. Last date for depositions of defendants' sales representatives and medical liaisons in Track One cases. All other discovery in Track One cases and remaining cases may be, but is not required to be, taken.

**July 23, 2007:**    Deadline for identification of two (2) cases for trial, if any, from previously designated Track One plaintiffs. End date for fact discovery for these two cases shall be November 16, 2007.

**November 16, 2007:**    Deadline for fact discovery in the two (2) designated Track One cases.

---

[1] For tag-along actions, defendants will serve conditional transfer orders on product liability plaintiffs' steering committee. The steering committee shall serve, within 45 days from date of CTO or 30 days from date of JPML decision denying opposition to a CTO, template discovery on plaintiffs. Responses and authorizations will be due within 60 days of service.

**December 1, 2007:**    Deadline for plaintiffs' expert report(s) regarding general causation, as well as all of plaintiffs' remaining expert report(s) in the two (2) designated Track One cases.

**January 29, 2008:**    Deadline for plaintiffs to produce for deposition expert(s) regarding general causation and all remaining experts in the two (2) designated Track One cases, and completion of such deposition(s).

**February 15, 2008:**    Deadline for defendants' expert report(s) regarding general causation, as well as defendants' remaining expert report(s) in the two (2) designated Track One cases.

**March 14, 2008:**    Deadline for defendants to produce for deposition expert(s) regarding general causation and all remaining experts in the two (2) designated Track One cases, and completion of such deposition(s).

**March 28, 2008:**    Motions for summary judgment on general causation and preemption, <u>Daubert</u> motions, and other dispositive motions pertaining to the two (2) designated Track One cases.[2]

**April 28, 2008:**    Briefs in opposition to motions due.

**May 12, 2008:**    Reply briefs in support of motions due.

**May 19, 2008:**    Sur-Reply briefs in opposition to motions due.

**TBD:**    Hearing on summary judgment and <u>Daubert</u> motions

Dated: December 8, 2006

---

[2] The agreement as to the date for filing a general causation summary judgment motion is conditioned upon an order from New York State Supreme Court Justice Marcy S. Friedman setting a similar briefing schedule for a summary judgment motion on general causation in that proceeding. In the event the New York court declines to adjourn the briefing schedule for defendants' general causation summary judgment motion, the parties request that this stipulation and proposed order be withdrawn.

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
      James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants*

FINKELSTEIN & PARTNERS, LLP

By:   /s/ Kenneth B. Fromson
      Kenneth B. Fromson

436 Robinson Avenue
Newburgh, NY  12550
(800) 634-1212

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 8, 2006.

/s/David B. Chaffin