UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------- x
In re: NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION
----------------------------------------------------- x
THIS DOCUMENT RELATES TO:

    ALL SALES AND MARKETING ACTIONS

----------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin

## DEFENDANTS' PROPOSED ORDER REGARDING THE DISCOVERY SCHEDULE IN THE SALES AND MARKETING ACTIONS

Pursuant to Discovery Order No. 6, dated November 30, 2006, defendants respectfully submit this proposed order regarding the schedule for fact discovery in the sales and marketing actions.

### Background

In its November 30, 2006, Discovery Order No. 6, the Court ordered that fact discovery shall close for both sales and marketing actions and product liability actions on June 30, 2007. Discovery Order No. 6 (Dock. # 550), p. 1. The Court instructed the parties to confer and propose deadlines prior to this end date for the provision of responses to outstanding requests for paper discovery such that sufficient time will remain for depositions of witnesses. Id. at 1-2.

On December 8, 2007, counsel for defendants and counsel for the sales and marketing plaintiffs conferred in an attempt to reach an agreement on proposed dates. The parties were unable to agree.

Defendants currently believe that they can complete the production of paper discovery by April 16, 2007, provided that the scope of discovery is not further expanded, with materials being provided on a rolling basis up to that date. Depositions of defendants would occur thereafter, and be completed by June 29, 2007. Defendants are not able to complete the production of documents that they have agreed to produce in these actions prior to mid-April, 2007. Moreover, the reasonableness of this proposal is demonstrated by the fact that the product liability plaintiffs already have agreed to these dates in their actions.

While defendants believe that plaintiffs should be able to complete depositions of defendants by June 29, 2007, defendants note that under the current schedule the sales and marketing plaintiffs' expert disclosures are not due until September 30, 2007, three months following the completion of all fact discovery. Accordingly, there is sufficient room in the existing schedule to allow specific depositions to continue after June 29, 2007, for good cause shown.

Accordingly, defendants propose the following schedule subject to the foregoing:

### SCHEDULE

| | |
|---|---|
| **April 16, 2007:** | Deadline for the parties to produce documents, answer interrogatories, and respond to other written discovery |
| **June 29, 2007:** | Deadline for the completion of depositions |

Dated: December 8, 2006

                DAVIS POLK & WARDWELL

                By:  /s/ James P. Rouhandeh
                      James P. Rouhandeh
                      Deborah L. MacGregor

                450 Lexington Avenue
                New York, New York 10017
                (212) 450-4000

                      - and -

                HARE & CHAFFIN

                By:  /s/ David B. Chaffin
                      David B. Chaffin

                160 Federal Street
                Boston, Massachusetts 02110
                (617) 330-5000

                *Attorneys for Defendants Pfizer Inc. and*
                *Warner-Lambert Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 8, 2006.

/s/ David B. Chaffin