# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>ALL MARKETING AND SALES PRACTICES ACTIONS | |

## CLASS PLAINTIFFS' NOTICE OF SUPPLEMENTAL DOCUMENTS

In connection with this Court's deliberation concerning: (i) Class Plaintiffs' Motion to Compel Defendants to Respond to Certain Interrogatories (Docket No. 554), (ii) the Joint Report of Outstanding Disputes Regarding Document Production (Docket No. 557), and (iii) Sales and Marketing Plaintiffs' Motion to Compel Production of Documents from Non-Parties Sudler & Hennessey, Cline Davis & Mann, Ferguson, Adelphi, Inc., Current Medical Directions, Inc., Fallon Medica, and The Impact Group (Docket No. 549), and at the invitation of the Court at the Hearing relating to said matters that was held on December 12, 2006 to file certain additional documents, Class Plaintiffs hereby submit for this Court's consideration the following documents:

    A.    Class and Non-Class Plaintiffs' First Request for Production of Documents (including the "Definitions" section located at pages 1 – 8), a true and accurate copy of which is attached as Exhibit A;

    B.    Class and Non-Class Plaintiffs' First Set of Interrogatories (including the "Definitions" section located at pages 1 – 2, which incorporates by

reference the "Definitions" section of <u>Exhibit A</u>, referenced above), a true and accurate copy of which is attached as <u>Exhibit B</u>;

  C. 1998 Strategic Plan and A&P Allocation Grid, a true and accurate copy of which is attached as <u>Exhibit C</u>; and

  D. 1998 Neurontin Tactics, Prepared 7/30 97 By: Cline, Davis & Mann, a true and accurate copy of which is attached as <u>Exhibit D</u>.

         Respectfully Submitted,

Dated: November 30, 2006

       By: <u>/s/ Thomas Greene</u>
         Thomas Greene Esquire
         Greene & Hoffman
         125 Summer Street
         Boston, MA 02110

       By: <u>/s/ Barry Himmelstein</u>
         Barry Himmelstein, Esquire
         Lieff Cabraser Heimann &
         Bernstein, LLP
         Embarcadero Center West
         275 Battery Street, 30th Floor
         San Francisco, CA 94111-3339

       By: <u>/s/ Don Barrett</u>
         Don Barrett, Esquire
         Barrett Law Office
         404 Court Square North
         P.O. Box 987
         Lexington, MS 39095

       By: <u>/s/ Daniel Becnel</u>
         Daniel Becnel, Jr., Esquire
         Law Offices of Daniel Becnel, Jr.
         106 W. Seventh Street

       P.O. Drawer H
       Reserve, LA 70084

By: /s/ James Dugan
   James Dugan, Esquire
   Dugan & Browne
   650 Poydras St., Suite 2150
   New Orleans, LA 70130


By: /s/ Thomas M. Sobol
   Thomas M. Sobol
   Hagens Berman Sobol Shapiro LLP
   One Main Street, 4th Floor
   Cambridge, MA 02142

   ***Members of the Class Plaintiffs' Steering Committee***