## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL  Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

## CLASS AND NON-CLASS PLAINTIFFS' FIRST SET OF INTERROGATORIES

The Class and Non-Class Plaintiffs, pursuant to Fed. R. Civ. P. 33, request that the Defendants answer the following interrogatories separately, fully, in writing and under oath, within thirty (30) days of service:

### Definitions and Instructions

### Definitions

The definitions and instructions set forth in the Class and Non-Class Plaintiffs' First Request for Production of Documents and the definitions contained in Rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts are incorporated herein by reference. Additionally, the following definitions apply to these Interrogatories:

"Article" shall mean any article, manuscript, abstract, letter to the editor, written Case Report, text, paper, poster or writing of any description, whether published or otherwise.

"Identified Vendors" shall refer to the following companies:

1.       Cline Davis & Mann (including, but not limited to its Proworx division);

2.       Physicians' World (including, but not limited to, its Professional Postgraduate Services Division);

1

3.    Sudler and Hennessy (including, but not limited to, its Intramed division);

4.    Medical Education Programs, Ltd.

5.    Medical Education Consultants, LLC

6.    Medical Educational Services (MES)

7.    CME, Inc.

8.    Boron Lepore

9.    AMM/Adelphi

10.    Healthcare Communications, Inc. (HCC)

11.    Ferguson 2000

"Payment" shall mean a payment of money or money's worth in goods or services, including but not limited to any form of remuneration, grant, honorarium, speaker fee, gift, free travel or accommodation, compensation or other benefit, and includes Indirect Payments and Indirect Funding.

### Instructions

1.    Whenever any documents must be described or identified, all documents in the possession of or known to the Defendants are included. "Identify," "identity," and "identification," when used to refer to a document, means to state the following:

    (a) The subject of the document;

    (b) The title of the document;

    (c) The type of document;

    (d) The date of the document or the best approximation of such date;

    (e) The identity of the person or persons who wrote, contributed to, prepared or originated such document; and

2

(f) The present or last known location of the document or the

present address of the custodian of the document.

"Identify," "identity," and "identification," when used to refer to a natural person, means to state his

or her name, job title and description of each of his position(s) during the relevant time, and

present or last known residence and business addresses and telephone numbers. "Identify,"

"identity," and "identification," when used to refer to a person other than a natural person, means

to state the entity's name and address and principal place of business and telephone number.

2. All interrogatories relating to communications are intended to include oral and

written communications and call for names, present addresses, business positions, and occupations

of the parties involved in the communication, and the names and addresses of any other persons

present at the time of communication.

3. Pursuant to Rule 26.5 of the United States District Court Local Rules, interrogatories

shall be deemed continuing in nature and Defendant shall be required to supplement responses to

applicable interrogatories in the event new or additional information is obtained.

4. In the event any communication or documents sought to be identified by any

interrogatory is claimed to be privileged, each privileged communication or document should be

fully identified in writing, except the subjects thereof need not be described to the extent it is

claimed privileged. To identify a communication or document claimed to be privileged means to

state:

(a) the date on which the document was prepared or the
communication occurred;

(b) the author or authors of the document or the person or persons who were parties to
the communications;

(c) the addressee of the document, if any;

3

(d)     the title of the document;

(e)     the number of pages of the document; and

(f)     the substance of the communication or document to the extent it is not privileged.

5.     Unless otherwise indicated, the time period for these interrogatories shall be from January 1, 1994 to May 14, 2004 (the "relevant time period").

INTERROGATORIES

**INTERROGATORY NO. 1.:**

Please state the total amount of your Neurontin sales, in both number of scripts and in gross dollar amounts, for each quarter and year during the relevant time period.

**INTERROGATORY NO. 2.:**

Please state the amount of Neurontin sales, in both number of scripts and in gross dollar amounts, whether actual, partial, estimated or derived from data received from a third party that sells or otherwise makes such data available in the ordinary course of its business, broken down by indication and corresponding ICD-9 Code for each quarter and year during the relevant time period, identifying the source of such sales data and form (i.e. electronic, hardcopy, etc.) in which it was retrieved.

**INTERROGATORY NO. 3.:**

With respect to each indication listed in Schedule A, please state the amount of your Neurontin sales, in both number of scripts and in gross dollar amounts, whether actual, partial, estimated or derived from data received from a third party that sells or otherwise makes such data available in the ordinary course of its business, for each quarter and year during the relevant

time period, identifying the source of such sales data and form (i.e. electronic, hardcopy, etc.) in which it was retrieved.

## INTERROGATORY NO. 4.:

With respect to each indication listed in Schedule A, identify all Clinical Trials, Medical Studies or Case Reports relating to the use of Neurontin for said indications, regardless of whether the results of said Clinical Trials, Medical Studies or Case Reports were published or not, and regardless of whether said Clinical Trials, Medical Studies or Case Reports were conducted inside or outside the United States, and regardless of whether the Clinical Trials, or Medical Studies were suspended or terminated. For each Clinical Trial, Medical Study or Case Report identified, please set forth:

(a)    the indication reviewed, studied or analyzed;

(b)    the name and number (if any) of the protocol;

(c)    the name(s) and address(es) and hospital and/or university affiliation of the investigator(s) or physician conducting the Clinical Trial, Medical Study or making the Case Report;

(d)    whether the Clinical Trials, Medical Studies or Case Reports were double-blind, open-label or otherwise;

(e)    whether the Clinical Trials, Medical Studies or Case Reports were placebo-controlled or otherwise;

(f)    the duration prior to completion, suspension, or termination of the Clinical Trials, Medical Studies or Case Reports;

(g)    the number of subjects involved in the Clinical Trials, Medical Studies or Case Reports;

(h)    the results of the Clinical Trials, Medical Studies or Case Reports;

(i)    the statistical significance of the results of the Clinical Trials, Medical Studies or Case Reports;

(j)    the date upon which Defendants became aware of the completion, suspension, or termination of the Clinical Trials, Medical Studies or Case Reports;

(k)    the date upon which the Defendants became aware of the results of the Clinical Trials, Medical Studies or Case Reports; and

(l)    identification of the documents which contain the design of the Clinical Trials, Medical Studies or Case Reports , the data results, as well as any publications that summarize, discuss or contain the data of said Clinical Trials, Medical Studies or Case Reports.

## INTERROGATORY NO. 5.:

With respect to each indication listed in Schedule A, please state whether Neurontin is an effective, ineffective, or possibly effective treatment, identifying all publications, Clinical Trials, Medical Studies, and/or Case Reports which support Neurontin's classification as an effective, ineffective, or possibly effective treatment for said indication, regardless of whether the results of said Clinical Trials, Medical Studies or Case Reports were published or not, and regardless whether said Clinical Trials, Medical Studies or Case Reports were conducted in the United States or otherwise, and identifying further the earliest date upon which such a classification was made.

## INTERROGATORY NO. 6.:

Please identify every Event between January 1, 1993 and May 14, 2004 sponsored or funded by the Defendants, whether in whole or in part, and whether directly or indirectly, where the use of Neurontin for one or more Off-Label Uses was discussed.  For each Event, please set forth:

(a)    the name of the Event;

(b)    the type of Event;

6

(c)   the location of the Event;

(d)   the date of the Event;

(e)   the identity of the accrediting or sponsoring CME Provider, if any, for the Event;

(f)   the identity of the Third Party Vendor(s) who organized or logistically planned or managed the Event;

(g)   the identity of all speakers or moderators of the Event;

(h)   the identity of all physicians who were invited to the Event;

(i)   the identity of all physicians who attended the Event;

(j)   the topics discussed at the Event;

(k)   the content of the discussions and/or presentations, including any slides, syllabi, abstracts, posters or articles that were presented at the Event, and including an audio recording, video recording, or transcription of statements made at the Event; and

(l)   the feedback, statements or comments received by Defendants from physicians who attended or otherwise participated in the Event relating to discussions and/or presentations relating to Neurontin, including but not limited to any feedback, statements or comments made by physicians who were consultants or advisory board members for the Event.

## INTERROGATORY NO. 7.:

Please Identify each Speakers Bureau or Speakers Training meeting or session between January 1, 1993 and May 14, 2004 sponsored or funded by Pfizer or Warner-Lambert, whether in whole or in part, and whether directly or indirectly, where Neurontin was discussed.  For each Event, please set forth:

(a)   the name of the Speakers Bureau or Speakers Training meeting or session;

(b)   the location of the Speakers Bureau or Speakers Training meeting or session;

(c)   the date of the Speakers Bureau or Speakers Training meeting or session;

(d)    the identity of the Third Party Vendor(s) who organized or logistically planned or managed the Speakers Bureau or Speakers Training meeting or session;

(e)    the identity of all speakers or moderators of the Speakers Bureau or Speakers Training meeting or session;

(f)    the identity of all physicians who were invited to the Speakers Bureau or Speakers Training meeting or session;

(g)    the identity of all physicians who attended the Speakers Bureau or Speakers Training meeting or session;

(h)    the topics discussed at the Speakers Bureau or Speakers Training meeting or session;

(i)    the content of the discussions and/or presentations, including any slides, syllabi, abstracts, posters or articles that were presented at the Speakers Bureau or Speakers Training meeting or session, and including any audio recordings, video recordings, or transcriptions of statements made at the Speakers Bureau or Speakers Training meeting or session; and

(j)    the feedback, statements or comments received by Defendants from physicians relating to the discussions and/or presentations relating to Neurontin, including but not limited to any feedback, statements or comments made by physicians who were consultants or advisory board members for the Speakers Bureau or Speakers Training meeting or session.

**INTERROGATORY NO. 8.:**

Please identify all Vendors, including but not limited to the Identified Vendors, which were retained by or which received payments, directly or indirectly, from Pfizer or Warner-Lambert between January 1, 1993 and May 14, 2004 to organize or logistically manage an Event where the use of Neurontin for one or more Off-Label Uses was discussed. For each Vendor, please set forth:

(a)    the name of each Event organized or logistically managed by the Vendor;

(b)    the type of each Event (i.e. consultants meeting, advisory board, speakers bureau, dinner meeting, etc.);

8

(c)     the location of each Event;

(d)     the date of each Event; and

(e)     the amounts paid to the Vendor in connection with each Event.

## INTERROGATORY NO. 9.:

Please identify all CME Providers that received a grant or Payment from Pfizer or

Warner-Lambert between January 1, 1993 and May 14, 2004 to sponsor or host an Event where

the use of Neurontin for one or more Off-Label Uses was discussed. For each CME Provider,

please set forth:

(a)     the name of each Event sponsored or hosted;

(b)     the location of each Event;

(c)     the date of each Event;

(d)     the amount of the grant paid to the CME Providers in connection with each Event;
        and

(e)     the name of the Vendor that was used by the CME Provider to manage or
        otherwise coordinate each event.

## INTERROGATORY NO. 10.:

Please identify each Article, written Case Report, or letter to the editor, published

between January 1, 1994 and May 14, 2004, which discusses the use of Neurontin for Off-Label

Uses, where the preparation or technical writing of said journal article, case report, or letter to

the editor, or the research underlying the results, was funded or otherwise paid for, whether in

whole or in part, by a grant or Payment, including any Indirect Payments and Indirect Funding,

by Pfizer or Warner-Lambert. For each Article, written Case Report, or letter to the editor,

please set forth:

(a)     the title;

(b)     author(s) and citation of the article;

(c)     the amount of the grant or Payment;

(d)     the recipient of the grant or Payment; and

(e)     the identity of any Vendor or third party, including but not limited to the
        Identified Vendors, which assisted in the preparation or technical writing of the
        Article, written Case Report or letter to the editor.

## INTERROGATORY NO. 11.:

Please identify all Articles, written Case Reports, or letters to the editor published during

the relevant time period, concerning or relating to an Off-Label Use of Neurontin, which were

obtained, reviewed, or edited by the Defendants prior to publication, either directly or indirectly

through a Vendor retained to assist in the drafting, editing or technical writing process, in any

form including drafts, manuscripts, abstracts, or Case Reports.

## INTERROGATORY NO. 12.:

Please identify all Vendors, including but not limited to the Identified Vendors, which

were retained by or which received payments, directly or indirectly, from Pfizer or Warner-

Lambert between during the relevant time period to prepare, write, draft, edit, perform or manage

technical writing services in connection with a journal article, abstract, case report, or letter to

the editor, published during the relevant time period, which discusses the use of Neurontin for

Off-Label Indications, setting forth the title, author(s) and citation of each  journal article,

abstract, case report, or letter to the editor, the amount of any Payments received by the Vendor

in connection therewith, and the amount of any Payments received by the author(s).

10

**INTERROGATORY NO. 13.:**

Please identify each committee, board, council, team, group, working group, or other collection of employees which between June 2000 and the present, whether in whole or in part, was charged with the responsibility of or was authorized to engage in, formulating marketing plans, marketing strategies, marketing tactics, marketing development strategies, conducting indication decision analysis, making recommendations whether to seek regulatory approval, and setting or allocating marketing budgets for Neurontin, setting forth the name of said committee, board, council, team, group, working group, or other collection of employees, the identity of each person who was a member thereof, and the location of the meeting minutes, reports, analyses, marketing plans, and/or budgetary plans which were produced thereby.

**INTERROGATORY NO. 14.:**

Please identify each database that records, maintains or stores data relating to sales calls, sales visits or detailing of physicians relating to Neurontin, setting forth the name of the database, the fields of data stored in the database, and the manner in which an electronic copy can be obtained.

**INTERROGATORY NO. 15.:**

Please identify each database that records, maintains or stores data relating to communications between Defendants and physicians (whether during sales calls, sales visits, detailing or otherwise) relating to Neurontin, setting forth the name of the database, the fields of data stored in the database, and the manner in which an electronic copy can be obtained.

**INTERROGATORY NO. 16.:**

Please identify each database that records, maintains or stores data relating to payments to physicians relating to Neurontin, setting forth the name of the database, the fields of data stored in the database, and the manner in which an electronic copy can be obtained.

**INTERROGATORY NO. 17.:**

Please identify each database that records, maintains or stores data relating to Neurontin prescription data, tracking data, or trending data, setting forth the name of the database, the fields of data stored in the database, and the manner in which an electronic copy can be obtained.

**INTERROGATORY NO. 18.:**

Please identify all national marketing strategies adopted, pursued, formulated, planned, and/or implemented by Defendants for Neurontin between January 1, 1998 and June 19, 2000, setting forth:

  (a)    the title of each strategy;

  (b)    a description of the goals of each strategy;

  (c)    the expected, estimated or forecasted cost of implementing each strategy;

  (d)    the expected, estimated or forecasted profit for implementing each strategy; and

  (e)    the amounts budgeted at the national, CBU and regional levels to pursue each
         strategy.

**INTERROGATORY NO. 19.:**

With respect to each marketing strategy identified in response to Interrogatory No. 18 ("Identified Strategy"), please identify all national, CBU or regional marketing strategies and tactics adopted, pursued, formulated, planned, and/or implemented by Defendants between

12

January 1, 1998 and June 19, 2000 in order to execute, pursue or implement said Identified

Strategy, setting forth:

      (a)    the title of the marketing strategies and tactics;

      (b)    a description of the goals of the marketing strategies and tactics;

      (c)    the expected, estimated or forecasted cost of implementing the marketing strategies and tactics;

      (d)    the expected, estimated or forecasted profit for implementing the marketing strategies and tactics; and

      (e)    the amounts budgeted at the national, CBU and regional levels to pursue the marketing strategies and tactics.

**INTERROGATORY NO. 20.:**

Please identify all national marketing strategies adopted, pursued, formulated, planned,

and/or implemented by Defendants for Neurontin between June 20, 2000 and May 14, 2004,

setting forth:

      (a)    the title of each strategy;

      (b)    a description of the goals of each strategy;

      (c)    the expected, estimated or forecasted cost of implementing each strategy;

      (d)    the expected, estimated or forecasted profit for implementing each strategy; and

      (e)    the amounts budgeted at the national, CBU and regional levels to pursue each strategy.

**INTERROGATORY NO. 21.:**

With respect to each marketing strategy identified in response to Interrogatory No. 20

("Identified Strategy"), please identify all national, CBU or regional marketing strategies and

tactics adopted, pursued, formulated, planned, and/or implemented by Defendants between June

20, 2000 and May 14, 2004 in order to execute, pursue or implement said Identified Strategy,

setting forth:

(a)    the title of the marketing strategies and tactics;

(b)    a description of the goals of the marketing strategies and tactics;

(c)    the expected, estimated or forecasted cost of implementing the marketing strategies and tactics;

(d)    the expected, estimated or forecasted profit for implementing the marketing strategies and tactics; and

(e)    the amounts budgeted at the national, CBU and regional levels to pursue the marketing strategies and tactics.

## INTERROGATORY NO. 22.:

For each committee, team, or group of Warner-Lambert set forth below ("Listed

Committees"), please identify the committee, team, or group within Pfizer which, with respect to

Neurontin, assumed or possessed some or all of the same or similar duties, functions, or roles of

the Listed Committees between June 20, 2000 and May 14, 2004, setting forth the name of said

committee, team, or group, and the identity and title of each person who was a member thereof:

(a)    New Product Committee;

(b)    Epilepsy Disease Team;

(c)    Neurontin Extended Disease Team;

(d)    Neurontin Development Team;

(e)    Core Marketing Team;

(f)    Indication Decision Analysis Group;

(g)    Marketing Council;

(h)    Portfolio Management;

(i)     Parke-Davis Management Team; and

(j)     OOC

## INTERROGATORY NO. 23.:

Please identify each employee, executive, or officer of Pfizer who directed, managed, supervised, reviewed, assessed, or had authority or managerial responsibility over the development, design, formulation, creation, or review of Pfizer's national marketing strategy for Neurontin, or the creation, allocation, determination or forecasting of budgeting in connection therewith, setting forth the full name and title of said employee, executive, or officer, his or her residential and business addresses, and the department he or she worked in.

## INTERROGATORY NO. 24.:

Please identify each employee, executive, or officer of Pfizer who directed, managed, supervised, reviewed, assessed or had authority or managerial responsibility over the decision whether to seek FDA approval for Off-Label Uses of Neurontin, setting forth the full name and title of said employee, executive, or officer, his or her residential and business addresses, and the department he or she worked in.

## INTERROGATORY NO. 25.:

Please identify each employee, executive, or officer of Pfizer who directed, managed, supervised, reviewed, assessed or had authority or managerial responsibility over Neurontin's development, portfolio management, portfolio development, life-cycle management, life-cycle maintenance, or defense from generic competition, setting forth the full name and title of said

employee, executive, or officer, his or her residential and business addresses, and the department he or she worked in.

**INTERROGATORY NO. 26.:**

Please identify each employee, executive, or officer of Pfizer who directed, managed, supervised, reviewed, assessed or had authority or managerial responsibility over Pfizer's due diligence, review, or assessment of Neurontin's marketing, development, portfolio management, portfolio development, life-cycle management, life-cycle maintenance, defense from generic competition, or net present value, either prior to, during, or in connection with the merger between Pfizer and Warner-Lambert, or as part of any prospective or subsequent transition or integration effort between the companies, setting forth the full name and title of said employee, executive, or officer, his or her residential and business addresses, and the department he or she worked in.

**INTERROGATORY NO. 27.:**

Please identify all policies, procedures, steps, rules, guidelines or practices implemented by Pfizer which terminated, abandoned, caused to be discontinued, or materially altered or modified any policies, procedures, steps, rules, guidelines or practices of Warner-Lambert which related to the manner in which Neurontin was marketed, sold, advertised, or promoted, the manner in which Events were conducted, authorized, or approved, the manner in which medical or scientific information concerning Off-Label Uses was disseminated to physicians, and/or the manner in which grants and funding relating to Clinical Trials, Medical Studies, Case Reports, or the publication of articles were approved.

16

**INTERROGATORY NO. 28.:**

Please identify all Warner-Lambert employees who were sales representatives, territory

managers, medical liaisons, or who worked within a CBU, who were involved in the marketing,

sales, advertising, promotion, development, communications with physicians, or dissemination

of medical information relating to Neurontin, and who were terminated or laid off as a result of,

or ceased to be employed for any reason within 12-months before or after, the merger with

Pfizer, setting forth the full name and title of said employees, their residential and business

addresses, and the CBU they worked in.

**INTERROGATORY NO. 29.:**

Please identify all Warner-Lambert employees who worked within the Strategic

Planning/Information Management, Neurontin Marketing, Portfolio Management, Parke-Davis

Management Team, Advertising and Promotion, Product Planning, Medical and Scientific

Affairs, Forecasting, Training and Development, Healthcare Management, or Public Relations

departments, who were involved in the marketing, sales, advertising, promotion, development,

communications with physicians, or dissemination of medical information relating to Neurontin,

and who were terminated or laid off as a result of, or ceased to be employed for any reason

within 12-months before or after, the merger with Pfizer, setting forth the full name and title of

said employees, their residential and business addresses, and the department they worked in.

**INTERROGATORY NO. 30.:**

Please identify all physicians, physician's offices, hospitals, practice groups, or health care providers, including but not limited to the Identified Physicians, who received a Payment during the relevant time period, to write, edit, or contribute to an Article, which discussed or was expected to discuss the Off-Label Use of Neurontin, setting forth the name and business address of the physician, physician's office, hospital, practice group, or health care provider and the date and amount of each instance of Payment.

**INTERROGATORY NO. 31.:**

Please identify all physicians, including but not limited to the Identified Physicians, who received a Payment between during the relevant time period to speak at or moderate an Event where the Off-Label Use of Neurontin was discussed, setting forth the name and business address of the physician, physician's office, hospital, practice group, or health care provider, the date and amount of each instance of Payment, the name of the Event, the location of the Event, and the date of the Event.

**INTERROGATORY NO. 32.:**

Please identify all physicians, including but not limited to the Identified Physicians, who received a Payment during the relevant time period, to attend or participate in an Event where the Off-Label Use of Neurontin was discussed, setting forth the name and business address of the physician, physician's office, hospital, practice group, or health care provider, the date and amount of each instance of Payment, the name of the Event, the location of the Event, and the date of the Event.

**INTERROGATORY NO. 33.:**

Please identify all physicians, physician's offices, hospitals, practice groups, or health care providers, including but not limited to the Identified Physicians, who received a Payment between during the relevant time period, to investigate, study, research, review, or to participate or prepare a Clinical Trial, Medical Study or Case Report relating to an Off-Label Use of Neurontin, setting forth the name and business address of the physician, physician's office, hospital, practice group, or health care provider, the date and amount of each instance of Payment, the title and or protocol number, if any, of the investigation, Clinical Trial, Medical Study or Case Report, the Off-Label Use that was the subject of the investigation, Clinical Trial, Medical Study or Case Report, the identity of the person or person employed by the Defendants who approved the Payment, and the departmental or CBU budget from which the Payment came or against which the Payment was counted.

**INTERROGATORY NO. 34.:**

Please identify each Article or other document relating to Neurontin submitted by Defendants to the FDA in accordance with, to comply with, or seeking the protections or advantages of the FDA Modernization Act of 1997 ("FDAMA"), including but not limited to all applications, certifications, articles, or semiannual lists of articles, setting forth the date that each Article or document was submitted, and the Off-Label Use(s) addressed or discussed therein.

**INTERROGATORY NO. 35.:**

Please identify every case, lawsuit, or legal proceeding since June 28, 1993 in which any of the Defendants have filed a motion ( including but not limited to a motion to dismiss, motion for summary judgment, motion in limine, so-called "Daubert" motion, or any other motion

19

seeking to strike expert testimony) asserting that an opposing party's evidence that any of the Defendants' drugs caused a medical condition or result was not sufficient or admissible due to the opposing party's failure to present sufficient "scientific" evidence, such as clinical studies, by providing:

    (a)    the name of the parties and the caption to the case, lawsuit, or legal proceeding;

    (b)    the Court in which the case, lawsuit, or legal proceeding was pending; and

    (c)    the docket number of the case, lawsuit, or legal proceeding.

## INTERROGATORY NO. 36.:

For each case, lawsuit, or legal proceeding identified in response to Interrogatory No. 36, please provide:

    (a)    the title of the motion which challenged the opposing party's evidence that any of the Defendants' drugs caused a medical condition or result;

    (b)    the court's ruling on the motion (e.g. granted, denied, granted in part, etc.);

    (c)    the date the motion was acted upon;

    (c)    the date and result of any appellate ruling based on the motion, if any; and

    (d)    the citation of any published opinion which relates to the motion or any appeal of a ruling on the motion.

DATE: April 6, 2005                By the Plaintiffs' attorneys,

**Members of the Class Plaintiffs' Steering Committee**

By: _____
           Don Barrett, Esq.
           Barrett Law Office
           404 Court Square North
           P.O. Box 987
           Lexington, MS  39095

By:_____
      Daniel Becnel, Jr., Esq.
      Law Offices of Daniel Becnel, Jr.
      106 W. Seventh Street
      P.O. Drawer H
      Reserve, LA  70084


By:_____
      James Dugan, Esq.
      Dugan & Browne
      3500 N. Hullen Street
      Metairie, LA  70002


By: *Thomas M. Greene /sc*
      Thomas M. Greene, Esq.
      Greene & Hoffman, P.C.
      125 Summer Street, 14th Floor
      Boston, MA  02110


By:_____
      Barry Himmelstein, Esq.
      Lieff Cabraser Heimann & Bernstein
      Embarcadero Center West
      275 Battery Street, 30th Floor
      San Francisco, CA  94111-3339


By:_____
      Thomas M. Sobol, Esq.
      Hagens Berman LLP
      One Main Street, 4th Floor
      Cambridge, MA  02142

**Members of the Non-Class Plaintiffs'
Steering Committee**

By:_____
    Linda P. Nussbaum, Esq.
    Cohen, Milstein, Hausfeld
       & Toll PLLC
    150 East 52nd Street, 30th Floor
    New York, NY  10022


By:_____
    Richard W. Cohen, Esq.
    Lowey Dannenberg Bemporad
       & Selinger, P.C.
    The Gateway – 11th Floor
    One North Lexington Avenue
    White Plains, NY  10601

## SCHEDULE A

Alcohol detoxification
Alcohol withdrawal
syndrome
ALS
Antidepressant-induced
bruxism
Anxiety disorder
Attention deficit disorder
Attention deficit and
hyperactivity disorder
Behavior problems-
dementia related
Behavior dyscontrol
Bipolar disorder
Brachioradial pruritus
Back pain
Charles Bonnet Syndrome
Ciguatera Poisoning
Cluster headache
Cocaine dependency
Diabetic peripheral
neuropathy
Depression
Dosages in excess of 1800
mg per day
Dsytonia
Essential tremor
Failed back surgery
syndrome
Headache (SUNCT)
Headache
Hemifacial spasm
Hiccups
Lesch-Nyhan syndrome
Mania
Migraine prophylaxis
Mood stabilization
Multiple sclerosis
complications
Myalgias taxane induced
Neuropathic pain syndromes
Neuropathic cancer pain
Neuropathy HIV-related
Nicotine withdrawal

Nystagmus
Obsessive-compulsive
disorder
Orthostatic tremor
Pain-Postpoliomyelitis pain
Pain-RSD
Panic disorder
Partial seizures-adjunctive
therapy
Partial seizures-
monotherapy
Partial seizures-refractory
Phantom limb syndrome
Postherpetic neuralgia
Restless legs syndrome
Trigeminal neuralgia
Seizures – acute intermittent
porphyria
Seizures – brain tumor-
induced
Seizures – clozapine-
induced
Seizures – generalized
Seizures – status epilepticus
Schizophrenia
Social phobia
Spasticity
Convulsions
Epilepsy NOS
Partial Epilepsy NEC
Psychomotor Epilepsy
GEN Nonconvuls Epilepsy
GEN Convulsive Epilepsy
Infantile Spasm
Grand Mal Status
Migraine
Migraine NOS
Headache
Variants Migraine
Classical Migraine
Common Migraine
Mononeuritis NOS
Neuropathy in Diabetes

Idio Periph Neuropathy
NOS
Neuralgia/Neuritis NOS
General Symptoms NEC
Lumbosacral Neuritis NOS
Trigeminal Neuralgia
Pain in Limb
Lumbago
Reflex Sympath Dystrophy
Osteoarthrosis NOS
Backache NOS
Myalgia and Myositis NOS
Pain in Joint
Cervicalgia
Sciatica
Oth H Zoster Nerv Syst
Spinal Stenosis NEC
Syringomelia
Ulnar Nerve Lesion
Aut Neuropathy in Other
Disease
Cauda Equina Syndrome
Fasciitis NOS
Meralgia Paresthetica
Sciatic Nerve Lesion
Mononeuritis LEG NOS
Femoral Nerve Lesion NEC
Atypical Face Pain
Brachal Neuritis NOS
Plantar Nerve Lesion
Rheum Heart Dis NEC/NOS
AC Infect Polyneuritis
Adhesive Capsulit Shlder
Postlaminectomy Syndrom
Herpes Zoster NOS
Mononeuritis Leg NEC
Radial Nerve Lesion
Arthropathy NOS
Other Back Symptoms
Cervical Disc Displacement
Thor/Lum Spondyl W
Myelo
Rotator Cuff Syndr Et Al
Abdominal Pain

23

Spondylosis NOS
Herpes Zoster of Eye
Pseudotumor Cerebri
Scar & Fibrosis of Skin
Giant Cell Arteritis
Trigeminal Nerve Dis NOS
Enthesopathy of Ankle
Mononeuritis Arm NOS
Injury MLT Site/ Site NEC
Rheumatoid Arthritis
Disc Disorder NEC/NOS
Injury Ulnar Nerve
Enthesopathy of Elbow
Inflam/Tox Neuropathy NOS
Alcoholic Polyneuropathy
Neuropathy in Other Disease
Median Nerve Lesion NEC
Osteoarthrosis-Mult Site
Disorders of Sacrum
Nerve Root/Plexus Dis NOS
Contusion Upper Limb NOS
Contusion Ankle & Foot
Inflam/Tox Neuropathy NEC
Cerv Spondyl W Myelopathy
Injury to Nerve NEC
Disc Dis W Myelopathy
Sprain Shoulder/Arm NOS
Chest Pain
Injury Median Nerve
Tietze's Disease
Crush Inj Elbow/Forearm
Myoneural Disorders NOS
ACQ Spondylolisthesis
Disc Degeneration NOS
Psoriatic Arthropathy
Arthrodesis Status
Systemic Sclerosis
Bursitis NEC
Mononeuritis Multiplex
Trunk Injury NOS
Otalgia
Injury to Nerve NOS

FX Tibia/Fibula NOS-Open
Glossopharyng Neuralgia
Arthropathy W Nerve Dis
Rheumatism NOS
Brachial Plexus Injry
Polymyalgia Rheumatica
Cervical Syndrome NEC
Sacroiliitis NEC
Shoulder/Upper Arm Injury NOS
Pelvic Fracture NOS-Clos
Sprain Hip & Thigh NOS
LAT Popliteal Nerve Les
Injured Nerve Shoulder/Arm NOS
Hered Periph Neuropathy
Lumbosacral Plex Lesion
Sprain Sacroiliac
Lower Leg Injury NOS
Syst Rheum Arthritis NEC
Burn NOS
Sprain of Wrist
Sprain of Ankle
Sprain of Back NOS
Somat Dysfunc Cervic Reg
Somat Dysfunc Lumbar Reg
Somat Dysfunc Sacral Reg
FX Lower Radius/Ulna-CL
Bipolar Affective NOS
Depr. Psych. Single Episod.
Anxiety States
Depressive Disorder NEC
Bipolar Affective, Mixed
Other Adjust Reaction
Other Personality Dis
Manic-Depressive NEC/NOS
Neurotic Depression
Phobic Disorders
Affect Psychoses NEC/NOS
Depr. Psych, Recur Episod.
Paranoid Schizophrenia
Schizoaffective Type
Manic Dis, Single Episode
Impulse Control Dis NEC
Drug Mental Disorder NOS

Bipolar Affective, Manic
Personality Disorder NOS
Affective Personality
Bipolar Affect, Depress
Oth Emotional Dis Child
Psychalgia
Tics
Psychosis NOS
Hyperkinetic Synd NOS
Hysteria
Organic Brain Synd NEC
Other Hyperkinetic Synd
Obsessive-Compulsive Dis
Unsocialized Aggression
Arteriosclerot Dementia
Organic Personality Synd
Nonpsychot Brain Syn NOS
Organic Brain Synd NOS
Antisocial Personality
Schizoid Personality
Conduct Disturbance NOS
Schizophrenia NOS
Alcoholic Dementia NEC
Paranoid State NOS
Special Symptom NEC/NOS
Neurotic Disorder NOS
Psychogenic Skin Disease
Residual Schizophrenia
Neurotic Disorders NEC
Mental/Behavior Prob NOS
Infantile Autism
Emotional Dis Child NOS
Early Child Psychoses NEC
Anorexia Nervosa
Adjust Reaction/Oth Emotion
Brief Depressive React
Skin Sensation Disturb
Joint Replacement Status
Extrpyrmidal Dis NEC/NOS
Sprain of Neck (pain?)
Lumbosacral Spondylosis
Malig NEO Brain NOS
Surgery Follow-up
Diab w Neurologic Manif

24

Female Climacteric State
ABN involun. Movement NEC
Cervical Disc Degen (pain?)
Cervical Spondylosis (pain?)
Sprain Thoracic Region (pain?)
Enthesopathy NOS (pain?)
Melanoma Skin NEC
Pathological Fracture
Tremor NEC
Syst Lupus Erythematosus
Open Wound Arm Mult/NOS
Sprain Lumbosacral
Sprain Lumbar Region (pain?)
Attention Deficid Dis (psych?)
Sprain of Sacrum (pain?)
Multiple Sclerosis
Malignant NEO Liver NOS
Oth Muscle/Ligament Dis
Diabetes Mellitus Uncomp
Hypertension NOS
Limb Problems NEC
Alcohol Abuse
Alcohol Depend NEC/NOS
B-Complex Deficiency NEC
2nd Degree Burn NOS
Dental Disorder NOS
Dizziness and Giddiness
Thoracic/Lumbar Disc Degen
Paralysis Agitans
Ben Neo Soft Tissue NOS
Cellulitis of Leg
Periph Vascular Disorder NOS
Tarsal Tunnel Syndrome
Sleep Disturbances
Meningitis NOS
Carpal Tunnel Syndrome
Paraplegia NOS
LT Eff Intracranial Injury

Postconcussion Syndrome
Encephalopathy NOS
Motor Neuron Disease
Alter of Consciousness
Incontinence of Urine
Injury of Head Face Neck
Hyperlipidemia NEC/NOS
Myoclonus
Lumbar Spinal Cord Injury
Intracranial Abscess
Autonomic Nerve Disorder NEC
Phantom Limb (Syndrome)
Spinal Cord Disease
Myasthenia in Other Disorder
Oth Muscskel Symptoms Limb
Brachial Plexus Lesions
Chorea NEC
Spinal Cord Injury NOS
Other Diseases of Larynx
Perineal Muscle Atrophy
Brain Condition NEC
Multiple Myeloma
Back Disorder NOS
Fem Genital Symptoms NOS
Thiamine Deficiency NEC/NOS
Thoracic/Lumbar Disc Displace
Intestinal Disorder NOS
Mental Retardation (Psych?)
Injury Sciatic Nerve
Down Syndrome (Psych?)
HIV and Specific Infection
Other Rectal and Anal Disorder
HX Circulatory System Disorder
Brain Neoplasm NOS
Eye Disorders NOS
Syncope and Collapse
Torticollis NOS
Disc Displacement NOS

Sicca Syndrome
HX-Nerve Sys/Sens Org Dis
Hyperpotassemia
CVA
Surgical Complications NEC
Hypoglossal Nerve Dis
Hepatitis in Viral Dis
Benign Neoplasm Brain
Bell's Palsy
Acoustic Nerve Disorder
Paralytic Strabismus
Ideopat Torsion Dystonia
Lymphomas NEC
Degen Basal Ganglia NEC
Dermatoglyphic Anamolies
Facial Nerve Disorder NEC
Malaise and Fatigue
Chronic Renal Failure
Viral Infections NOS
Post Infect Encephalitis
Intracerebral Hemorrhage
Myelopathy NEC
Congenital Anamolies NEC
Meniere's Disease
Periph Vascular Anom NEC
Lack of Coordination
Brain Condition NOS
Arthropod-Borne Dis NEC
Stammering and Stuttering
Friedreich's Ataxia
Cerebral Palsy NOS
Enthesopathy of the Wrist
Nerve Root/Plexus Dis NEC
Primary Cerebellar Degen
Fracture of Rib-Closed
Edema
Hiccough
Neurofibromatosis
Chronic Ulcer Lower Limb
Other Fibromatoses
Alzheimer Disease (psych?)
Other Late Eff Cerebral Vasc
Leukemia-Unspec Cell NOS
Ben NEO Soft Tissue Leg

Routine Medical Exam
Lichenification
Myotonic Disorders
Late Amputations Complic
Intracranial Hemorrhage NOS
Hallucinations
Fragment Torsion Dystonia
Postoperative Infection
Musculoskel Anom NEC/NOS
Cranial Nerve Dis NOS
Circulatory Anom NEC
FX Tarsl/Metatars NEC-CL
Male Genital Dis NOS
Cerebrovasc Disease NOS
Shoulder Region Dis NEC
Surg Comp-Peri Vasc Syst
Contusion of Hip-Thigh
Other Conduct Disturb
Oth Sweat Gland Disorder
Spinal Enthesopathy
Encephalitis NOS
Acute Renal Failure NOS
Spinal Mucular Atrophy
Chronic Skin Ulcer NOS
Joint Derangement NEC
Cereb Degen in Child NEC
Tobacco Use Disorder
Aftercare-Dialysis NEC
Malignant Neoplasm NOS
Cervical Spinal Stenosis
Temporomandibular JT Dis
Eating Disorders NEC/NOS
Pruritic Disorder NOS
SEC Mal NEO Brain/Spine

Thrombophlebitis NOS
Symptoms in Breast
Basilar Artery Occlusion
Other CNS Disorders
Observ-Accident NEC
Disorder of Thyroid NOS
Visual Disturbances NEC
Malignant Neople Rectum
Tinnitus
Neurosyphilis NOS
Allergy, Unspecified
Irritable Colon
Arteritis NOS
Malign Neople Breast NOS
Diab W Renal Manifest
Mal Neo Soft Tissue
Routine Child Health Exam
Tabes Dorsalis
Paralysis NOS
Sex Chromosome Anom NEC
Drug Abuse NEC?NOS
Mal Neo Cerebral
Meningitis
Brain Injury NEC
Pterygium
Drug Dependence NOS
Cocaine Dependence
Enthesopathy of Hip (pain?)
Flat Foot
Blood Diseases NEC
Myopathy NOS (pain?)
Limb Amputation Status
Adv Eff Medi/Biol Sub NOS
CNS Disorder NOS

Hered Prog Musc Dystrophy
Bone Infect in Other Dis
Nerv/Musculskel Sym NEC
Inj Superf Nerv Head/Neck
Budd-Chiari Syndrome
Nephritis NOS
Visual Disturbance NOS
Dermatophytosis of Nail
Dis Porphyrin Metabolism
Malign Neopl Ovary
Spinal Cord Anomaly NEC
Diplopia
Obstruct Chr Bronchitis
Scoliosis
Hemiplegia NOS
Late Effect Acute Polio
Mal Neo Bronch/Lung NOS
Other Secondary Malig Neo
Issue Repeat Prescript
Pulmonary Valve Disorder
Abnormality of Gait
Complic Device/Graft NEC
Drug Withdrawal Syndrome
Dependent Personality
Counseling Marital Problems
Dislocation Foot-Closed
Neurohypophysis Dis NEC
Osteoporosis
Stress React, Emotional
Somatic Dysfunction NEC
Skin Disorders NEC
Toxic Effect Venom
Malig Neopl Kidney
Adjustment Reaction NOS
Family Disruption