As submitted to Robbie — 8/11/97

Date: 8/11/97 4:57 PM

# 1998 Strategic Plan and A&P Allocation Grid
## Neurontin

| Topline Strategies / Tactics | A&P Cat# | Total | MOPS | HCM | CBUs |
|---|---|---|---|---|---|
| **1. Expand Neurontin use in epilepsy through the introduction of monotherapy.** | | | | | |
| Merritt-Putnam Speakers Bureau | 4 | | 400 | | (400) |
| AES Merritt-Putnam | 4 | | 400 | | (400) |
| Southern Clinical Supplement | 4 | | 100 | | (100) |
| NEF (Mgmt,Grants,Newltr,Forum) | 4 | | 650 | | (650) |
| Convention Displays | 2 | | 450 | | (450) |
| Internet Support Columbia | 4 | | 50 | | (50) |
| Staying in Touch Newsletter | 9 | | 100 | | (100) |
| Scholarship Program | 4 | | 100 | | (100) |
| Neurology for Non-neurologist | 4 | | 200 | | (200) |
| Patient Asst. program | 14 | | 600 | | (600) |
| Wilder Resident Program | 4 | | 300 | | (300) |
| EFA | 4 | | 800 | | (800) |
| Triple I/Cliniforms | 8 | | 100 | | (100) |
| Journal Advertising | 10 | | 1200 | | (1,200) |
| PDR | 9 | | 100 | | (100) |
| Direct Mail (3 series x 3 waves) | 8 | | 800 | | (800) |
| Convention Books | 4 | | 50 | | (50) |
| Convention Giveaways | 9 | | 100 | | (100) |
| Patient Ed. Brochures | 9 | | 100 | | (100) |
| Telesessions | 9 | | 1180 | | (1,180) |
| PCP/AAFP State Conv. Med. Ed. | 4 | | 300 | | (300) |
| Agency Fee | 7 | | 720 | | (720) |
| Market Research | 23 | | 400 | | (400) |
| | | | | | |
| Total Strategy: | | - | 9,200 | - | (9,200) |
| | | | | | |
| Unallocated | | | | | |

File: Strategy Tactics Grid 1998

V084086

CONFIDENTIAL                                                                                                 WLC_FRANKLIN_0000082618

Date: 8/11/97 4:57 PM

2. Conduct targeted promotional/CME efforts on high decile Neurologists & PCPs to increase their overall Neurontin usage.

CBU Tactics - TBD

Unallocated

Total Strategy:

File: Strategy Tactics Grid 1998

V084087

CONFIDENTIAL						WLC_FRANKLIN_0000082619

Date: 8/11/97 4:57 PM

| 3. | Continue to develop and leverage thought leader support throughout the community to maintain our leadership position and achieve our business potential. | | |
|---|---|---|---|
| | Mentorship Program | 4 | 500 | (500) |
| | Pharmacy speakers dev. | 4 | 300 | (300) |
| | Medical Directors Ed. Initiative | 4 | 400 | (400) |
| | Residents Video Case Studies | 9 | 300 | (300) |
| | Promotional Literature | 9 | 200 | (200) |
| | AAN Epilepsy Course | 4 | 100 | (100) |
| | CNS Residents' Course | 4 | 200 | (200) |
| | | Total Strategy: | 2,000 | - | (2,000) |
| | Unallocated | | | |

File: Strategy Tactics Grid 1998

V084088

CONFIDENTIAL                                                                                                                                       WLC_FRANKLIN_0000082620

**4. To maximize opportunities in the "emerging uses" through clinical trials, publications and educational events.**

| | | | |
|---|---|---|---|
| **PSYCHIATRY** | | | |
| Publications (Social Phobia, Bipolar, Acute Mania) | 4 | 100 | (100) |
| Public Relations Assoc. with publ. | 4 | 30 | (30) |
| APA Ad Board | 4 | 50 | (50) |
| APA Symposia | 4 | 50 | (50) |
| APA Market Research | 23 | 20 | (20) |
| APA Other | 4 | 50 | (50) |
| US Psych. & Mental Health Congress (symposium) | 4 | 100 | (100) |
| Other Meetings (Am. Assoc. Gerl. Psych., Am. Acad. Clinical Psychs, Am. College Neyropsychopharm) | | 200 | (200) |
| Dean Foundation - Gabapentin/Bipolar Booklet | | | |
| Psych Times Supplement | 4 | 50 | (50) |
| Psych Times Weekend Conferences (CME) | 4 | 150 | (150) |
| Dinner Meetings | 4 | 250 | (250) |
| Teleconferences | 4 | 300 | (300) |
| CME Monograph/Audiotape | 4 | 300 | (300) |
| Bipolar Treatment Guidelines | 4 | 150 | (150) |
| | 4 | 200 | (200) |
| **PAIN** | | | |
| Publications (DPN, PHN) | 4 | 100 | (100) |
| Public Relations Assoc. with publ. | 4 | 25 | (25) |
| Dannemiller CME (Seminars, Articles, Internet CME) | 4 | 200 | (200) |
| APS Educational Grant | 4 | 20 | (20) |
| APS Ad Board | 4 | 50 | (50) |
| APS Market Research | 23 | 20 | (20) |
| APS Other | 4 | 50 | (50) |
| AAN (pain section) | 4 | 50 | (50) |
| PCP CME monograph | 4 | 175 | (175) |
| Other Society Meetings | 4 | 150 | (150) |
| ADA CME Initiatives (ADA members, Educators) | 4 | 300 | (300) |
| Migraine AD Board | | 50 | (50) |
| Migraine Misc | | 50 | (50) |
| Grants/Misc | | 200 | (200) |
| **OTHER AREAS (RSD, ALS, etc)** | | | |
| Market Research | 23 | 60 | (60) |
| Grants/Misc | 4 | 100 | (100) |
| **Total Strategy:** | | 3,600 | (3,600) |
| **Total Neurontin** | | 14,800 | (14,800) |

File: Strategy Tactics Grid 1998

V084089

CONFIDENTIAL                                                                                             WLC_FRANKLIN_0000082621

Date: 8/11/97 4:57 PM

## Spending by Category

| A&P Category Description | A&P Cat# | Total | MOPS | HCM | CBUs |
|---|---|---|---|---|---|
| Direct-To-Consumer Advertising | 01 | - | - | - | - |
| Displays | 02 | - | 450 | - | (450) |
| CBU / SPE | 03 | - | - | - | - |
| Professional Education | 04 | - | 8,350 | - | (8,350) |
| National Speaker | 05 | - | - | - | - |
| Agency Fees | 07 | - | 720 | - | 720 |
| Direct Mail | 08 | - | 900 | - | (900) |
| Professional Promotional Literature | 09 | - | 2,080 | - | (2,080) |
| Medical Journal | 10 | - | 1,200 | - | (1,200) |
| Gratis Merchandise (CAP Program) | 14 | - | 600 | - | (600) |
| Samples | 15 | - | - | - | - |
| Pack / Ship | 16 | - | - | - | - |
| Market Research | 23 | - | 500 | - | (500) |
| **Total Neurontin:** | | - | 14,800 | - | (13,360) |

File: Strategy Tactics Grid 1998

V084090

CONFIDENTIAL    WLC_FRANKLIN_0000082622

**CRITERIA:**

| A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# | A&P Cat# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 | 05 | 07 | 08 | 09 | 10 | 14 | 15 | 16 | 23 | |

Date: 8/11/97 4:57 PM

File: Strategy Tactics Grid 1998

V084091

CONFIDENTIAL        WLC_FRANKLIN_0000082623