# 1998 NEURONTIN TACTICS

PREPARED 7/30 97
BY:  Cline, DAVIS & MANN

X005926

WLC_FRANKLIN_0000112124

## 1998 NEURONTIN TACTICS/STRATEGY GRID

| Tactics | Strategy #1 | Strategy #2 | Strategy #3 | Strategy #4 |
|---|---|---|---|---|
| Tnght Ldr Mentorship Pgm | | | | |
| Mono Speakers Bureau | X | | X | X |
| Diabetic Neuropathy CME | | X | X | X |
| Bipolar CME | | X | | |
| LTC Seizure Workshop | X | | X | |
| PCP Symposia | X | | X | |
| AIDS Neuropathy Ad Bd | | X | X | |
| Child Neurology Ad Bd | X | X | X | |
| Migraine Ad Bd | | X | X | X |
| Teledetal/DM Program | X | X | X | |
| Seizure Mgmt in a Box | X | | X | |
| CD ROM Details/tutorials | X | | X | X |
| Peer-Peer Case Studies | X | | X | X |
| MD Alert mailer | X | | X | X |
| Million patient celebration | X | | X | X |
| Patient Education Brochure | X | | X | |
| Triple I Rx Guide | X | | X | |
| Branded Msg pads/Post-Its | X | | X | |
| Branded Rx Pads | X | | X | |
| Phone Cards | X | | X | |
| SMP Violator | X | | X | X |
| SMP Shower Door | X | | | |
| Journal Advertising | X | | X | |

Strategy #1: Execute publications, educational activities, and promotional plan to expand Neurontin monotherapy use in epilepsy and seizure disorders

Strategy #2: Maximize opportunities in "emerging uses" market through publications, educational activities and clinical trials

Strategy #3: Leverage product attributes and leadership in neurology to expand prescriber base targeting the high decile general neurologist and selected PCPs

Strategy #4: Maximize relationship with key epileptologists to expand Neurontin usage with residents/Fellows, office-based neurologists, and selected PCPs

X005927

WLC_FRANKLIN_0000112125

## 1998 NEURONTIN TACTICS/AUDIENCE GRID

| Tactics | AUDIENCE | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HD Neuro | LD Neuro | HD PCP | Res | Psych | Geri | N Sur | C-HN | LTC Med Dir | LTC DON | MCO | Anes | Endo | DNE | IDS | Patients | Caregivers |
| Thght Ldr Mentorship Pgm | X | X | | | | | | | | | | | | | | | |
| Mono Speakers Bureau | X | | | | | | | | | | | | | | | | |
| Diabetic Neuropathy CME | | | | | | | | | | | | X | X | X | | | |
| Bipolar CME | | | | | X | | | | | | | | | | | | |
| LTC Seizure Workshop | | | | | | | | | X | | | | | | | | |
| PCP Symposia | | | X | X | | X | | | X | | | | | | | | |
| AIDS Neuropathy Ad Bd | | | | | | | | | | | | | | | | | |
| Child Neurology Ad Bd | | | | | | | | X | | | | | | | | | |
| Migraine Ad Bd | X | X | X | X | X | | X | | | | | | | | X | | |
| Teledetail/DM Program | X | X | X | | X | X | X | X | X | | | | | | | | |
| Seizure Mgmt in a Box | X | X | X | X | X | X | X | X | X | | | | | | | | |
| CD ROM Details/tutorials | X | X | X | X | | X | X | X | X | | | | | | | | |
| Peer-Peer Case Studies | X | X | X | | X | X | X | X | X | | | | | | X | | |
| MD Alert mailer | X | X | X | X | | X | X | X | X | | X | | | | | | |
| Million patient celebration | X | X | X | X | X | X | X | X | X | | X | | | | | | |
| Patient Education Brochure | | | | | | | | | | | X | | | | | | |
| Triple I Rx Guide | X | X | X | | X | X | X | X | X | | | | | | | X | X |
| Branded Msg pads/Post-Its | X | X | X | X | X | X | X | X | X | | | | | | | X | X |
| Branded Rx Pads | X | X | X | X | | X | X | X | X | | | | | | | | |
| Phone Cards | X | X | X | X | X | X | X | X | X | | | | | | | | |
| SMP Violator | | | | | | | | | | | X | | | | | | |
| SMP Shower Door | | | | | | | | | | | X | | | | | | |
| Journal Advertising | X | X | X | X | X | X | X | X | X | | | | | | | | |

X005928

WLC_FRANKLIN_0000112126

# Neurontin 1998 Tactical Plan

Title:           **Thought Leader Mentorship Program**

Objective:    To develop emerging thought leaders as advocates of Parke-Davis and its CNS products

Description: Through mutual agreement, emerging thought leaders will be paired with existing thought leaders to foster a collegial relationship, become familiar with the Parke-Davis epilepsy franchise, meet others supportive of Parke-Davis and its products, develop presentation skills, etc.

Audience:    Neurologists, Psychiatrists, Geriatricians, Child Neurologists

X005929

WLC_FRANKLIN_0000112127

## Neurontin 1998 Tactical Plan

Title:       **Monotherapy Speakers Bureau**

Objective:   To use peer to peer influence to increase Neurontin monotherapy
             usage in epilepsy

Description: Speakers will be available will be available to speak at national,
             regional, or rep-organized local events

Audience:    Neurologists, PCPs

X005930

WLC_FRANKLIN_0000112128

## Neurontin 1998 Tactical Plan

**Title:**      **Diabetic Neuropathy CME**

Objective:    To increase awareness of Neurontin's efficacy in the treatment of
diabetic neuropathy

Description: CME programs discussing treatment options for diabetic neuropathy
with presentation of evidence of Neurontin's efficacy.  Programs to be
held at ADA, DNE, and APS meeting

Audience:    Endocrinologists, Diabetic Nurse Educators, Anesthesiologists

X005931

# Neurontin 1998 Tactical Plan

**Title:**   **Bipolar CME**

Objective:   To increase awareness of Neurontin's efficacy in the treatment of
bipolar disorders

Description: CME programs discussing treatment options for bipolar disorders with
presentation of evidence of Neurontin's efficacy to be held at national
or regional APA meetings.  Emphasis will be placed on Neurontin's
lack of pharmacokinetic interactions.

Audience:   Psychiatrists, Psychiatry Residents/Fellows

X005932

WLC_FRANKLIN_0000112130

# Neurontin 1998 Tactical Plan

**Title:**      **Long Term Care Seizure Workshop**

Objective:   To create awareness and usage of Neurontin in the LTC market

Description: A discussion of the types of seizures seen most frequently in the LTC
setting and the therapeutic choices available.  Workshops may be held
at local or national meetings

Audience:   LTC Medical Directors/Nursing Directors, Consultant Pharmacists

X005933

WLC_FRANKLIN_0000112131

# Neurontin 1998 Tactical Plan

**Title:**      *PCP Symposia*

Objective:   To educate PCPs on commonly presenting neurological disorders and their treatment.  Seizure disorders and treatment will be emphasized to encourage PCPs to treat newly diagnosed patients

Description: Symposia at regional and state PCP meetings moderated jointly by a neurologist and a PCP, both knowledgeable in the area of epilepsy

Audience:   PCPs, Residents

X005934

WLC_FRANKLIN_0000112132

# Neurontin 1998 Tactical Plan

**Title:**        **AIDS Neuropathy Advisory Board**

Objective:    To increase awareness of Neurontin's efficacy in the treatment of
              neuropathy related to AIDS

Description: Convene thought leaders to discuss treatment protocols, therapy
             options, and drug selection decision criteria.  Examine dosing and
             administration of Neurontin

Audience:    Infectious Disease Specialists, Pain Management Specialists

X005935

WLC_FRANKLIN_0000112133

## Neurontin 1998 Tactical Plan

**Title:**          **Child Neurology Advisory Board**

Objective:   To increase child neurologists' comfort level with using Neurontin in the aged 12-18 group

Description: Convene thought leaders to discuss treatment options and decision criteria in selecting an AED for pediatric/adolescent use then develop programs to incorporate Neurontin into their treatment plans

Audience:    Child Neurologists

X005936

WLC_FRANKLIN_0000112134

## Neurontin 1998 Tactical Plan

Title:     **Migraine Advisory Board**

Objective:   To increase awareness of Neurontin's efficacy in the treatment of migraines

Description: Convene thought leaders to discuss treatment protocols, therapy options, and drug selection decision criteria.  Examine dosing and administration of Neurontin

Audience:   Neurologists, Pain Management Specialists

X005937

# Neurontin 1998 Tactical Plan

**Title:**          **Teledetailing/Direct Mail Program**

Objective:   To increase call coverage to high decile PCPs and under called-on
             neurologists

Description: Physicians will receive a telephone detail, a follow up letter and any
             other information or service they may have requested (e.g. samples, in-
             service, medical affairs assistance, etc.).   Professional Telemarketing
             Inc. (PTI) is willing to provide us with a pilot program to evaluate the
             effectiveness of such a program

Audience:   Neurologists, High decile PCPs, Psychiatrists

X005938

WLC_FRANKLIN_0000112136

# Neurontin 1998 Tactical Plan

**Title:**       **Seizure Management in a Box**

Objective:    To increase non-epileptologists' comfort level with treatment of
seizure disorders

Description: Box to include slimjims from "Seizure Management" series, EFA
video "How to Recognize and Classify Seizures and Epilepsy",
promotional literature on Neurontin, 1-800 number to Medical Affairs
for more information, BRC to request rep visit and samples

Audience:    Community Neurologists, High Decile PCPs, Geriatricians, LTC
Medical Directors/Nursing Directors

X005939

WLC_FRANKLIN_0000112137

# Neurontin 1998 Tactical Plan

**Title:**        **CD ROM Detail/Tutorial**

Objective:    To bring the thought leaders to the audience

Description: CD ROM presentations on the reps computers featuring various
thought leaders discussing the benefits of Neurontin

Audience:    Neurologists, High Decile PCPs, Residents, Geriatricians, Child
Neurologists

X005940

WLC_FRANKLIN_0000112138

# Neurontin 1998 Tactical Plan

**Title:**          **Peer-Peer Case Studies**

**Objective:**     To use peer to peer influence to give non-users reassurance of
Neurontin's efficacy and tolerability.
To increase TM's rapport and working relationship with community
neurologists, regional thought leaders and high prescribing PCPs

**Description:** TMs to identify and work with high prescribing physician in
developing a real case history where Neurontin was an integral part of
successful seizure control. A series of cases will show a range of patient
types treated by various physician types. Cases can be used as direct
mail pieces or can be delivered by the TMs

**Audience:**     Neurologists, High Decile PCPs, Residents, Geriatricians

X005941

WLC_FRANKLIN_0000112139

# Neurontin 1998 Tactical Plan

Title:          **MD Alert Mailer**

Objective:    To increase awareness of Neurontin monotherapy indication

Description: Single sponsored or coop mailer announcing new monotherapy
                indication could include BRC for sample requests

Audience:    Neurologists, PCPs, Psychiatrists, Geriatricians, Child Neurologists

X005942

WLC_FRANKLIN_0000112140

# Neurontin 1998 Tactical Plan

**Title:**           **Million Patient Celebration**

**Objective:**    To increase awareness of Neurontin's safety and tolerability as confirmed by exposure in over one million patients in the US

**Description:** Journal advertising and direct mail piece emphasizing safety and tolerability of Neurontin
A million patient "event" at AES

**Audience:**    Neurologists, Psychiatrists, High Decile PCPs, Geriatricians, Long Term Care Medical Directors/Director of Nursing, Residents

X005943

# Neurontin 1998 Tactical Plan

**Title:**         **Patient Education Brochure**

Objective:   To increase awareness of Neurontin's efficacy and tolerability to seizure
patients

Description: Patient oriented brochures defining epilepsy/seizure disorders and
treatment options.  Emphasis will be placed on Neurontin's safety and
tolerability.  Include 1-800 number for disease management programs

Audience:   "Switch", Newly Diagnosed, and Current Neurontin Patients

X005944

WLC_FRANKLIN_0000112142

## Neurontin 1998 Tactical Plan

**Title:**          **Triple I Prescribing Guide**

Objective:    To provide a Neurontin reminder in a value added medium

Description: Pocket sized reference to prescription drugs with Neurontin
             advertising

Audience:    Neurologists, High Decile PCPs, Psychiatrists, Geriatricians

X005945

WLC_FRANKLIN_0000112143

## Neurontin 1998 Tactical Plan

Title:          **Branded Prescription Pads**

Objective:   Neurontin Reminder

Description: Personalized prescription pads with Neurontin ad inserts

Audience:    Neurologists, Child Neurologists, Psychiatrists

X005946

WLC_FRANKLIN_0000112144

# Neurontin 1998 Tactical Plan

**Title:**      **Branded Message Pads/Post-It Notes**

Objective:    Neurontin reminder

Description: Premiums with Neurontin logo to appear on each page

Audience:    Neurologists, High Decile PCPs, Geriatricians, LTC Medical Directors/
Nursing Directors

X005947

WLC_FRANKLIN_0000112145

# Neurontin 1998 Tactical Plan

**Title:**       **Phone Cards**

Objective:    Neurontin reminder

Description: Pre-paid long distance calling card which plays a taped Neurontin monotherapy reminder when card is used. A premium item which can be distributed to all registrants at the AES. May also be used at other conventions or dinner symposia

Audience:    Neurologists, High Decile PCPs, Residents. Geriatricians

X005948

WLC_FRANKLIN_0000112146

## Neurontin 1998 Tactical Plan

**Title:**     **SMP Violator/Shower Door**

Objective:     To enhance the synergistic benefits of CNS managed care programs and
products by creating a promotional tie-in

Description: A violator to appear on Neurontin and Cerebyx ads which briefly
announce the availability of the Parke-Davis Seizure Management
Programs with the 1-800 number.
A shower door display at conventions attended by Cerebyx and
Neurontin advertising the disease management programs.  Program
brochures should be available a the booth

Audience:     Managed Care Influencers

X005949

WLC_FRANKLIN_0000112147

# Neurontin 1998 Tactical Plan

**Title:**        **Journal Advertising**

Objective:    To provide a product reminder which reinforces Neurontin features
and benefits

Description: Four color ads in appropriate specialty journals

Audience:    Neurologists, PCPs, Residents, Psychiatrists, Geriatricians,
Neurosurgeons, Child Neurologists, LTC Medical Director/Nursing
Director

X005950

WLC_FRANKLIN_0000112148