UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| In re: NEURONTIN MARKETING AND ) SALES PRACTICES LITIGATION ) | MDL Docket No. 1629 |
| _____) ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO ) ALL ACTIONS ) ) _____) | Judge Patti B. Saris |

## NOTICE OF CHANGE OF ADDRESS

    COMES NOW Joshua J. Wright and Kathryn Harrington, as counsel for the Plaintiffs', in the above styled action and hereby notifies this Court and counsel of record of his change of address effective June 26, 2006 to:

**JOSHUA J. WRIGHT**
**HOLLIS & WRIGHT, P.C.**
**505 North 20th Street, Suite 1500**
**Birmingham, AL 35203**
**Joshw@hollis-wright.com**

    We are simply changing Suites so please ensure that your records reflect our new suite number. Please also be advised that our telephone and fax numbers will remain the same.

Respectfully submitted,

Dated: December 20, 2006

/s/ Josh J. Wright_____
**JOSH J. WRIGHT** (WRI045)
One of the Attorneys for Plaintiffs

/s/ Kathryn Harrington_____
**KATHRYN HARRINGTON** (SUM002)
One of the Attorneys for Plaintiffs

OF COUNSEL:

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
(205) 324-3600 (phone)
(205) 324-3636 (facsimile)

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have served on this the 20 day of December, 2006, via United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

**Eleanor Louise Polimeni**
Finkelstein & Partners
Finkelstein & PARTNERS
436 Robinson Avenue
Newburgh, New York 12550

**James P. Rouhandeh**
James P. Rouhandeh, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

/s/ Josh J. Wright
**OF COUNSEL**