UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
                                                                 :
In re:   NEURONTIN MARKETING, SALES PRACTICES,                   :
         AND PRODUCTS LIABILITY LITIGATION                       :
                                                                 :
---------------------------------------------------------------- x   MDL Docket No. 1629
                                                                 :
THIS DOCUMENT RELATES TO:                                        :   Master File No. 04-10981
                                                                 :
ALL CLASS ACTIONS                                                :
                                                                 :   Judge Patti B. Saris
                                                                 :
---------------------------------------------------------------- x   Magistrate Judge Leo T.
                                                                 :   Sorokin
HARDEN MANUFACTURING CORPORATION;                                :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,                      :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;                           :
INTERNATIONAL UNION OF OPERATING ENGINEERS,                      :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL                     :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and                      :
LORRAINE KOPA, on behalf of themselves and all others            :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT            :
COMPANY.                                                         :
                                                                 :
---------------------------------------------------------------- x

**MOTION FOR LEAVE TO FILE
49-PAGE MEMORANDUM IN OPPOSITION
TO MOTION FOR CLASS CERTIFICATION**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "defendants") respectfully move for leave to file a 49-page memorandum in opposition to the motion for class certification (the Motion for Certification"). A copy of defendants' proposed memorandum is attached hereto as Exhibit A.

The grounds for this motion are:

1.   Plaintiffs filed the Motion for Certification on August 8, 2005. (Docket No. 204.)

2. Plaintiffs filed a 40-page memorandum in support of the Motion for Certification. (Docket No. 206.)

3. Defendants cannot adequately address the many important issues raised by the Motion for Certification within the 20 pages permitted under Local Rule 7.1.

4. After the Motion for Certification was filed, the parties conducted discovery as to many of the issues it raises.

5. This discovery was very productive.

6. Indeed, Defendants firmly believe that it is critical that the Court have a full appreciation of the record that has been developed.

7. Accordingly, defendants' memorandum describes and discusses the evidence that developed in discovery.

8. Because it was filed before discovery was conducted, plaintiffs' 40-page memorandum contains no discussion of the evidence developed during discovery.

9. Defendants require nine pages more than plaintiffs utilized in order to address the issues at hand in light of the record that has been developed since plaintiffs filed their motion.

10. Plaintiffs have indicated that they have no objection to defendants' filing of a 40-page memorandum, but an attempt to confer with plaintiffs' counsel today concerning a 49-page memorandum was unsuccessful.

WHEREFORE, defendants respectfully request that the Court permit them to file a 49-page memorandum in opposition to the Motion for Certification.

Dated: December 22, 2006         DAVIS POLK & WARDWELL

By: /s/James P. Rouhandeh
James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

HARE & CHAFFIN

By: /s/David B. Chaffin
David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc, and Warner-Lambert Company*

### CERTIFICATE OF CONSULATION

I certify that I attempted today to confer and attempt in good faith to resolve or narrow the issue presented by this motion but was unsuccessful. I telephoned plaintiffs' liaison counsel and his associate this afternoon but was advised that neither was in the office. I left a message for liaison counsel.

/s/David B. Chaffin

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 22, 2006.

/s/David B. Chaffin