# EXHIBIT 1-13

**FILED UNDER SEAL**