# EXHIBIT 14

Case 1:04-cv-10981-PBS   Document 586-3   Filed 12/22/2006   Page 1 of 16

# In The Matter Of:

## GREGORY CLARK and LINDA MEASHEY, et al., v. PFIZER, INC., et al.,

---

### E. MICHAEL OKIN, M.D.
### August 30, 2005

---

**ELISA DREIER REPORTING CORP.**
780 THIRD AVENUE
NEW YORK, NY  USA  10017
(212) 557-5558

*Original File 0830CLAR.TXT, 89 Pages*
*Min-U-Script® File ID: 3853285424*

**Word Index included with this Min-U-Script®**

GREGORY CLARK and LINDA MEASHEY vs.
PFIZER, INC., et al.,

Case 1:04-cv-10981-PBS   Document 586-3   Filed 12/22/2006   Page 3 of 16

E. MICHAEL OKIN, M.D.
August 30, 2005

Page 1

[1]
[2]   IN THE COURT OF COMMON PLEAS
[3]   FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
[4]
[5]   GREGORY CLARK and LINDA           :
       MEASHEY, Individually             :
[6]   and on behalf of others            :
       similarly situated,               :
[7]           Plaintiffs                 :
[8]      vs.                         : NO. 01819
[9]   PFIZER, INC., et al.,              :
              Defendants                 :
[10]
[11]
[12]       Philadelphia, Pennsylvania
             Tuesday, August 30, 2005
[13]
[14]
[15]       Deposition of E. MICHAEL OKIN,
[16] M.D., taken pursuant to notice, at the
[17] offices of Dr. E. Michael Okin, 9140 Academy
[18] Road, Suite A, on the above date, beginning
[19] at approximately 3:40 p.m., before Cynthia
[20] A. Whyte, Notary Public.
[21]
[22]
[23]
[24]
[25]

Page 2

[1]
[2] APPEARANCES:
[3]    SACKS, WESTON, SMOLINSKY, ALBERT & LUBER
         510 Walnut Street, Suite 400
[4]      Philadelphia, PA 19106
[5]      On behalf of Plaintiffs
         BY: JOHN K. WESTON, ESQUIRE
[6]           CHARLES E. MANGAN, ESQUIRE
              JULIE C. PARKER, ESQUIRE
[7]
[8]    DAVIS POLK & WARDWELL
         450 Lexington Avenue
[9]      New York, NY 10017
[10]     On behalf of Defendants
         BY: CHARLES S. DUGGAN, ESQUIRE
[11]          CARTER H. BURWELL, ESQUIRE
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]      (INDEX at end of transcript.)

Page 3

[1]
[2]    MR. DUGGAN: Charles Duggan and
[3] Carter Burwell from Davis Polk & Wardwell
[4] for the defendants including Pfizer, Inc.
[5]    MR. WESTON: John Weston,
[6] Charles Mangan and Julie Parker for the
[7] plaintiffs.
[8]    ...E. MICHAEL OKIN, M.D.,
[9] having been duly sworn, was examined and
[10] testified as follows:
[11]             BY MR. DUGGAN:
[12]   Q: Doctor, we represent the defendants
[13] in this case. The plaintiffs including
[14] Gregory Clark have sued Warner-Lambert and
[15] Parke Davis and Pfizer, which acquired
[16] Warner-Lambert, and this case relates to the
[17] medicine Neurontin.
[18]   MR. DUGGAN: Counsel have
[19] stipulated that all objections except as
[20] to form will be preserved. Is that
[21] correct?
[22]   MR. WESTON: Well, they are
[23] waived at this deposition. They are
[24] preserved for later raising.
[25]   MR. DUGGAN: They will be

Page 4

[1] E. MICHAEL OKIN, M.D.
[2] preserved.
[3]   Q: A court order limits the scope of
[4] what we are permitted to go into today. That
[5] is at the plaintiff's request. And I'm going
[6] to read the relevant transcript, portion of
[7] the transcript, so that you are aware of the
[8] limits that are imposed on us.
[9]     (Okin Exhibit 1 was marked for
[10] identification.)
[11]   Q: The transcript has been marked as
[12] Exhibit 1, and this portion appears on Page
[13] 73, and this is the Court speaking.
[14]    "The two physicians who prescribed
[15] the medication to the named plaintiffs and the
[16] deposition inquiries shall not inquire into
[17] the named plaintiffs' medical condition absent
[18] approval by the named class representative or
[19] further order of the Court. And the deponent
[20] is to be told that no such questions will be
[21] asked at this deposition but that the
[22] defendants reserve the right to hold another
[23] deposition in the event permission is granted
[24] or the Court rules on the issues which have
[25] been reserved."

Page 5

E. MICHAEL OKIN, M.D.

A: Got it.

Q: Doctor, that is available for you if you care to consult it at any time.

A: Thank you.

Q: In view of that, I'm not going to ask you any questions about the plaintiff Gregory Clark, who we understand is your patient. I don't want to hear any patient names or any other identifying information about any other patients. Do you understand?

A: Correct.

Q: I'm also not going to ask for the contents of any communications you have had with Mr. Clark or for details about his medical condition.

A: Correct.

Q: Doctor, have you ever been deposed before?

A: Yes.

Q: And you are familiar with the basic rules for deposition?

A: Yes.

Q: If you need a break, just let me know.

Page 6

E. MICHAEL OKIN, M.D.

And if you don't understand the question, please let me know that you don't understand the question, and I will try to rephrase it in a way that you do understand.

A: Thank you.

Q: Doctor, have you been represented by counsel in connection with this matter?

A: No.

Q: Have you communicated with plaintiffs' counsel before?

A: You're plaintiffs' counsel? Yes.

MR. WESTON: That is Miss Parker that he is referring to.

THE WITNESS: Yes.

Q: Can you tell me when that was?

A: The same day you communicated with me, she, Miss Parker, communicated with me. She was in the morning and you are in the afternoon I believe. I don't remember the date.

Q: Apart from that communication with Miss Parker, have you had any other communications with plaintiffs' counsel?

A: No.

Page 7

E. MICHAEL OKIN, M.D.

Q: Very generally speaking, what was the substance of your conversation with Miss Parker?

A: She had been trying to get ahold of me for a number of months I guess and I finally called her back to find out what she wanted and she explained to me she represented a class action suit for Neurontin medication and that Gregory was a plaintiff and she wanted to interview me, speak to me. That's basically it.

And she stated that she requested that I don't depose I think, if I am correct on the subject, for whatever reason; and then you called the same day, and I said, "Well, you talk to Miss Parker and you guys work it out and then we will have a deposition." That's what transpired.

THE WITNESS: Am I correct? I'm trying to recollect it from memory.

Q: Is your recollection that you were asked not to participate in a deposition?

A: I'm not sure those are the correct words. I was — that may not have been

Page 8

E. MICHAEL OKIN, M.D.

exactly what transpired, but I'm just recollecting.

Q: And did Miss Parker ask you about information relating to the plaintiff?

A: Not really. I think I volunteered information regarding the plaintiff.

Q: And I don't want to know what that information is —

A: I understand that.

Q: — but did you and Miss Parker exchange information about the plaintiff?

A: We exchanged some information that I had that I didn't think she was aware of.

Q: Apart from discussing information specifically relating to the plaintiff, did you discuss other topics?

A: No.

Q: Did you talk about Neurontin generally?

A: No.

Q: Part from that one conversation, you have not had other conversations with counsel for the plaintiff?

A: I have had no conversations with

GREGORY CLARK and LINDA HERSHEY, et al. v. PFIZER, INC., et al., Case 1:04-cv-10981-PBS Document 586-3  Filed 12/22/2006  Page 5 of 16

E. MICHAEL OKIN, M.D.
August 30, 2005

Page 9

[1] E. MICHAEL OKIN, M.D.
[2] anybody. I spoke with you once and I spoke
[3] with Miss Parker once.
[4]   Q: Just for the record, it was not me,
[5] but it was —
[6]   A: It was someone representing you.
[7]   Q: Okay.
[8]   A: Okay.
[9]   Q: Doctor, I would now like to ask you
[10] some general questions about your background
[11] practice.
[12]       How would you describe your
[13] practice?
[14]   A: I'm in a general orthopedic
[15] practice. I do just about all facets of
[16] orthopedic surgery. I have been doing it
[17] since 1973. I'm active. I was a
[18] traumatologist at Frankford Torresdale until
[19] about three years ago on the trauma service,
[20] and I do a fair amount of reconstructive
[21] orthopedic surgery, a fair amount of sports
[22] medicine surgery, a lot of arthroscopic
[23] surgery, some spine surgery. I see lots of
[24] patients here.
[25]   Q: The trauma service that you referred

Page 10

[1] E. MICHAEL OKIN, M.D.
[2] to in your answer?
[3]   A: Frankford Torresdale.
[4]   Q: Was that something you did in
[5] conjunction with your private practice?
[6]   A: Yeah; it was part of my obligation
[7] at the time with the hospital. It's a trauma
[8] center.
[9]   Q: And are there other doctors that
[10] practice with you?
[11]   A: Dr. Stein, Herbert Stein.
[12]   Q: And over time have there been other
[13] doctors that practice with in the practice
[14] group?
[15]   A: Yes; there was a Dr. Gary Muller and
[16] a Dr. George Tropea.
[17]   Q: And did they also practice in the
[18] same area?
[19]   A: They practiced as part of the same
[20] practice, yes.
[21]   Q: And did they generally treat the
[22] same conditions that you treated?
[23]   A: Yes.
[24]   Q: As part of your practice I take it
[25] you write prescriptions?

Page 11

[1] E. MICHAEL OKIN, M.D.
[2]   A: That is correct.
[3]   Q: And are you generally familiar with
[4] the role that the FDA plays in approving new
[5] medications?
[6]   A: I am somewhat familiar with it, yes.
[7]   Q: Do you understand that
[8] pharmaceutical companies seeking to offer new
[9] medications must seek FDA approval?
[10]   A: That I know, yes.
[11]   Q: Do you understand that FDA approval
[12] can be sought in connection with one or more
[13] specific uses of a drug?
[14]   A: I understand that, yes.
[15]   Q: And do you understand that after a
[16] new drug is approved doctors may legally
[17] prescribe that drug for other non-FDA-approved
[18] uses?
[19]   A: Yes, that is correct. I'm familiar
[20] with that.
[21]   Q: And are you familiar with
[22] terminology that refers to those non-FDA uses
[23] as off-label uses?
[24]   A: Yes, I am familiar with that.
[25]   Q: Is it fair to say that doctors

Page 12

[1] E. MICHAEL OKIN, M.D.
[2] commonly prescribe certain medications for
[3] indications that are not approved by the FDA?
[4]   MR. WESTON: Object as leading.
[5]   A: Yes.
[6]   Q: Was that also true in 2001?
[7]   A: I didn't answer your first question.
[8]   Q: Oh, I thought you did. I will
[9] restate it.
[10]      Is it fair to say that doctors
[11] commonly do prescribe certain medications for
[12] indications not approved by the FDA?
[13]   MR. WESTON: Same objection.
[14]   A: Yes.
[15]   Q: And was that also true in 2001?
[16]   A: Yes.
[17]   Q: Have you yourself ever prescribed
[18] medications for an indication not approved by
[19] the FDA?
[20]   A: Yes.
[21]   Q: And had you done so prior to 2001?
[22]   A: Yes.
[23]   Q: Doctor, where did you attend medical
[24] school?
[25]   A: University of Michigan.

Page 13

[1] E. MICHAEL OKIN, M.D.
[2] Q: And did part of that education at
[3] the University of Michigan include training
[4] that qualifies you to prescribe medications?
[5] A: Yes.
[6] Q: What training specifically?
[7] A: One-year course in pharmacology.
[8] Plus we had — you know, throughout your
[9] medical school you go through the different
[10] kinds of clinical clerkships where you
[11] prescribe medication to patients, and
[12] throughout our entire career you're always
[13] learning. You are always prescribing
[14] medication based on what you learn.
[15] Q: That actually touches on some
[16] questions I will be asking you in a moment.
[17] Where did you do your residency?
[18] A: University of Pennsylvania.
[19] Q: Did your residency contribute to the
[20] training that qualifies you to prescribe
[21] medications?
[22] A: Yes.
[23] Q: And, Doctor, you are
[24] Board-certified; is that correct?
[25] A: That is correct.

Page 14

[1] E. MICHAEL OKIN, M.D.
[2] Q: Can you explain, since this will be
[3] potentially presented to a jury at some point,
[4] what Board-certification means?
[5] A: Board-certification means that you
[6] are certified by the American — in this case
[7] the American Board of Orthopedic Surgery; and
[8] in order to do that, you have to complete an
[9] accredited residency program and training, go
[10] through medical school, internship, and a
[11] number of years in residency training.
[12] I think they have limited internship
[13] now, so present day you would go through —
[14] say orthopedic residency is five years. It
[15] would be one year basically internship and
[16] four years of residency. You would complete
[17] that and then you would sit for a written
[18] examination one year after completion of your
[19] residency program and then you would sit, at
[20] the same time would sit, for an oral exam.
[21] Now they have changed it and made it
[22] first year is written, second year oral.
[23] Before that it was a combination.
[24] Those are qualifying exams by your
[25] peers. If you pass that examination, you

Page 15

[1] E. MICHAEL OKIN, M.D.
[2] become Board-certified.
[3] Q: And does any part of the examination
[4] that you take to be Board-certified pertain to
[5] your training in prescribing medications?
[6] A: I believe there's some questions
[7] about medications that are included.
[8] Q: Prior to your current practice,
[9] Doctor, did you practice elsewhere?
[10] A: No.
[11] Q: Doctor, has your experience as a
[12] practicing doctor contributed to your
[13] qualifications to prescribe medications?
[14] A: Yes; as I said before, you are
[15] constantly learning in this profession.
[16] Q: It is fair to say then that your
[17] experience in prescribing particular
[18] medications contributes to your qualifications
[19] to continue to prescribe medication; is that
[20] correct?
[21] A: Your knowledge base increases.
[22] Q: Doctor, now I'm going to ask you
[23] several general questions and I'm going to ask
[24] you at the end if your answer would be any
[25] different for the near 2001.

Page 16

[1] E. MICHAEL OKIN, M.D.
[2] When you consider how to treat a
[3] patient, does that consideration involve an
[4] exercise of your independent medical judgment?
[5] A: Yes.
[6] Q: Are you obligated as a doctor to
[7] exercise your judgment in treating patients?
[8] MR. WESTON: I didn't
[9] understand the last part of your
[10] question.
[11] Q: Let me rephrase.
[12] Are you obligated as a doctor in
[13] treating patients to exercise your own
[14] independent medical judgment?
[15] A: Yes.
[16] Q: And you do that in your practice; is
[17] that correct?
[18] A: Every day.
[19] Q: And do you exercise your independent
[20] medical judgment in prescribing medications
[21] for your patients?
[22] A: Yes.
[23] Q: And as part of that exercise of your
[24] independent medical judgment do you weigh the
[25] potential benefits against the potential risks

GREGORY CLARK and LINDA MEASHEY et al. v.
PFIZER, INC., et al.,
Case 1:04-cv-10981-PBS    Document 586-3    Filed 12/22/2006    Page 7 of 16
E. MICHAEL OKIN, M.D.
August 30, 2005

Page 17

[1] E. MICHAEL OKIN, M.D.
[2] of particular prescriptions?
[3]   A: Always.
[4]   Q: And would the answer to any of those
[5] questions be different for the year 2001?
[6]   A: No.
[7]   Q: In your practice today, Doctor, do
[8] you commonly prescribe drugs for off-label
[9] uses?
[10]   A: At times. It's not a frequent
[11] occurrence but at times.
[12]   Q: Could you tell me how frequently?
[13]   A: Maybe .25 percent of my practice.
[14]   Q: And very generally can you tell us
[15] why you would prescribe a drug for an
[16] off-label use?
[17]   A: If the patient has a problem, a
[18] clinical problem that would respond to a
[19] specific off-label use that I have known other
[20] doctors to use that is accepted in the
[21] community, then I would use it.
[22]   Q: Can you identify drugs other than
[23] Neurontin that you prescribe for off-label
[24] uses in your practice today?
[25]   A: I think Effexor is one drug I

Page 18

[1] E. MICHAEL OKIN, M.D.
[2] prescribe for off-label use. That is about
[3] the only two that I can of
[4]   Q: Can you spell that?
[5]   A: E-F-F-E-X-O-R.
[6]   Q: Can you tell me with respect to
[7] Effexor what is the primary off-label
[8] indication that you prescribe it for?
[9]   A: Fibromyalgia.
[10]   Q: Can you describe in layman's terms
[11] what fibromyalgia is?
[12]   A: It's a patient that has a symptom
[13] complex of severe aching in the muscles and
[14] joints that doesn't — in the course of the
[15] medical workup it doesn't show like an
[16] autoimmune type of phenomenon but presents
[17] that way, and patients seem to respond to
[18] Effexor.
[19]   Q: And, very briefly, why would you
[20] prescribe Effexor?
[21]   A: Because it does work in that
[22] particular problem, particular entity; and it
[23] is the only thing I know that has some
[24] efficacy in that particular problem.
[25]   Q: Are there FDA drugs that are

Page 19

[1] E. MICHAEL OKIN, M.D.
[2] approved for that indication?
[3]   A: I don't think so.
[4]   Q: When you prescribe Effexor for
[5] patients for that particular indication, do
[6] you inform them that it is an off-label
[7] prescription?
[8]   A: I did, yes.
[9]   Q: And have you always done so?
[10]   A: Probably not all the time. I would
[11] say that a majority of the time I would say it
[12] is an off-label — I wouldn't say it is
[13] off-label. I would say this drug is used for
[14] other things, in this case with
[15] psychotherapeutic drugs, I would tell the
[16] patient, but it does have an effect on your
[17] problem and it seems to work well.
[18]   I think in most instances I wouldn't
[19] use that terminology because most patients
[20] would not know what off-label means. If I use
[21] Neurontin, I would say this drug is used for
[22] seizures, but it has been used in the past for
[23] neurologic problems, peripheral neuopathies,
[24] and has a benefit and let's try it. And
[25] that's how I would put it.

Page 20

[1] E. MICHAEL OKIN, M.D.
[2] But I would not say specifically
[3] this is an off-label use. This is another use
[4] for the drug that wasn't originally meant for
[5] it, but it does work on your particular
[6] problem.
[7]   Q: Is your own experience prescribing a
[8] drug an important factor for you to consider
[9] when you prescribe drugs for subsequent
[10] patients?
[11]   A: I don't understand your question.
[12]   Q: When you prescribe drugs for
[13] patients, you observe how they react to the
[14] drug; is that correct?
[15]   A: Correct.
[16]   Q: And the observations that you see in
[17] prescribing a drug for one patient then become
[18] a factor that you consider in prescribing the
[19] same drug to subsequent patients?
[20]   A: Yes; it's a learning curve, yes, of
[21] course. If you find the drug works in a
[22] similar situation, you would try it again.
[23]   Q: And in addition to the experience of
[24] your own observations, would you consider the
[25] experience of your colleagues —

Page 21

[1] E. MICHAEL OKIN, M.D.
[2] A: Yes.
[3] Q: — in treating patients?
[4] A: Yes; there are meetings that people
[5] present papers that show that a certain drug,
[6] even though it is off-label, has a positive
[7] effect. Yes, I would consider that.
[8] Q: Other doctors in your practice,
[9] would you consider their experiences?
[10] A: Yes.
[11] Q: And is it fair to say that when you
[12] prescribe Effexor for the indications that you
[13] mentioned that that decision reflects the
[14] exercise of your own independent medical
[15] judgment?
[16] A: Correct.
[17] Q: Doctor, apart from Effexor, are
[18] there other drugs that you commonly prescribe
[19] off-label in your practice?
[20] A: Not really. Orthopedic surgeons
[21] don't prescribe that many medications.
[22] Q: Understood. Okay.
[23] Whenever you prescribe a medication
[24] for your patients, on-label or off-label, do
[25] you tell them that that medication is certain

Page 22

[1] E. MICHAEL OKIN, M.D.
[2] to be effective for them?
[3] A: Is certain? No; never.
[4] Q: In fact, would you agree that no
[5] medication is effective for everyone who takes
[6] it?
[7] A: I agree with that statement.
[8] Q: Would you agree that different
[9] people have different responses to particular
[10] medications?
[11] A: I agree with that statement too.
[12] Q: So you don't promise a particular
[13] patient that a particular medication will be
[14] effective when you prescribe it?
[15] A: I don't promise a patient anything.
[16] Q: To put it another way: Have you
[17] ever guaranteed to a patient that a
[18] medication, whether on-label or off-label,
[19] would be effective?
[20] A: No, I would never guarantee that.
[21] Q: Have you ever prescribed Neurontin?
[22] A: Yes.
[23] Q: And are you familiar with the
[24] FDA-approved indications for Neurontin?
[25] A: Yes.

Page 23

[1] E. MICHAEL OKIN, M.D.
[2] Q: How do you come to that
[3] understanding?
[4] A: How do I come to the understanding?
[5] I believe I read the FDA booklet once or
[6] twice.
[7] Q: When you say that, do you mean —
[8] A: The PDR. And I know it is for
[9] seizure disorders primarily. It is a seizure
[10] medication.
[11] Q: What conditions have you prescribed
[12] Neurontin to treat for your patients?
[13] A: Peripheral neuropathy, entrapment
[14] neuropathies, RSD. I think those are the
[15] indications that I find use for it.
[16] Q: Can you describe in more general
[17] layman's terms what peripheral neuropathy is?
[18] A: Peripheral neuropathy is a disease
[19] entity which involves the axons of the nerves
[20] or the nerve — actually the nerve fibers
[21] going down to like the muscle or to pain
[22] fibers and myelin within that sheath gets
[23] affected. The example would be diabetes. It
[24] doesn't get — it doesn't have a good blood
[25] supply and you get degenerative changes in the

Page 24

[1] E. MICHAEL OKIN, M.D.
[2] nerve sheaths and the conduction doesn't
[3] conduct the way it is supposed to and it is
[4] perceived by the patient sometimes as pain,
[5] and so you prescribe it there.
[6] Q: Can you describe similarly what
[7] entrapment neuropathy is?
[8] A: Entrapment neuropathy is people who
[9] are familiar with carpal tunnel syndrome or
[10] ulnar nerve entrapment, it's where nerves pass
[11] through constricted areas and you get the same
[12] effect. It affects the myelin and
[13] conductivity of the nerve and the pain fibers
[14] then go back to the brain and register as
[15] pain, and Neurontin seems to work in that
[16] specific instance.
[17] Q: And the third indication you
[18] mentioned is something called RSD?
[19] A: RSD is an entity called reflex
[20] sympathetic dystrophy or regional pain
[21] syndrome. It has had a number of different
[22] names throughout the course of history. And
[23] what that entity is believed to be is a
[24] short-circuited nervous system and it is
[25] usually started when somebody has a pain

Page 25

[1] E. MICHAEL OKIN, M.D.
[2] syndrome of some kind of an injury, many times
[3] a nerve injury, and the patient perceives
[4] pain; and then what happens is you get a
[5] reflex from the sense organ around to the
[6] central nervous system and back. It's a
[7] reflex arc that goes around and around and
[8] around and the brain perceives it as severe
[9] burning pain, and Neurontin is known to help
[10] in the treatment of that to break up that
[11] cycle.
[12]    Q: I have a few specific questions that
[13] I would like to ask you about Neurontin for
[14] each of those three indications for which you
[15] prescribe it.
[16]    Do you recall the first time that
[17] you prescribed Neurontin for peripheral
[18] neuropathy?
[19]    A: The first time? No.
[20]    Q: Could you say in general terms was
[21] it 1994, 1995, 1996 or some subsequent years?
[22]    A: I couldn't pick you a year. I
[23] really couldn't.
[24]    Q: Do you know whether you would have
[25] prescribed Neurontin for peripheral neuropathy

Page 26

[1] E. MICHAEL OKIN, M.D.
[2] before 2001?
[3]    A: I think I used it before 2001.
[4]    Q: And at the time that you prescribed
[5] it in 2001 or whenever it was, were you aware
[6] that the treatment of peripheral neuropathy
[7] was not an FDA-approved indication for
[8] Neurontin?
[9]    A: Correct.
[10]    Q: Do you still prescribe Neurontin for
[11] peripheral neuropathy?
[12]    A: Yes.
[13]    Q: And how frequently do you prescribe
[14] Neurontin for the treatment of peripheral
[15] neuropathy?
[16]    A: Well, considering I'm an orthopedic
[17] surgeon and I don't see that many peripheral
[18] neuropathies, once a year maybe, twice a year.
[19]    Q: How commonly do you prescribe it for
[20] patients who suffer from peripheral
[21] neuropathy?
[22]    A: Once or twice a year.
[23]    Q: Are there other medications, Doctor,
[24] that you prescribed for peripheral neuropathy
[25] in the past?

Page 27

[1] E. MICHAEL OKIN, M.D.
[2]    A: There is another medication whose
[3] name is not — I can't bring to mind. It is
[4] also an anticonvulsive medication, but I can't
[5] think of what it is now.
[6]    Q: Do you know whether or not that drug
[7] has been approved by the FDA for the treatment
[8] of diabetic neuropathy?
[9]    A: I don't think it is.
[10] And there is another drug that I
[11] haven't used but other people have used called
[12] Topamax, that I have not used for peripheral
[13] neuropathy but neurologists have used that. I
[14] don't know if that is labeled or off-label.
[15] I'm not familiar with the drug.
[16]    Q: Is there a particular reason that
[17] you prescribe Neurontin for peripheral
[18] neuropathy instead of the two other drugs that
[19] you mentioned?
[20]    A: Familiarity with it.
[21]    Q: Doctor, are you familiar with a
[22] subset of drugs commonly known as
[23] antiepileptic drugs?
[24]    A: Yes; and anticonvulsants.
[25]    Q: Would they also be referred to as

Page 28

[1] E. MICHAEL OKIN, M.D.
[2] AEDs?
[3]    A: It sounds right.
[4]    Q: You don't commonly refer to them as
[5] AEDs in your practice?
[6]    A: As I say, orthopedic surgeons don't
[7] commonly use those kinds of drugs very often.
[8]    Q: Do you know whether or not Neurontin
[9] is an antiepileptic drug?
[10]    A: It's — antiepileptic and
[11] anticonvulsant in my vernacular is the same.
[12]    Q: Are there certain characteristics of
[13] anticonvulsants or antiepileptic drugs that
[14] make them a type of drug that you believe is
[15] useful for the treatment of neuropathic —
[16]    A: Say that again.
[17]    Q: Are there characteristics of
[18] antiepileptic drugs or anticonvulsants, as you
[19] refer to them, that in your view make that
[20] class a class of drugs that may be effective
[21] for the treatment of peripheral neuropathy?
[22]    A: Yes, because I remember — if I
[23] recall back, many years ago they used to use
[24] Dilantin for that, as an off-label use for the
[25] same thing, and the Neurontin had less

E. MICHAEL OKIN, M.D.
August 30, 2005

GREGORY CLARK and LINDA MEASHEY, et al., v. PFIZER, INC., et al.

Page 29

E. MICHAEL OKIN, M.D.
complications than the Dilantin as far as hypertrophy of the gums and things like that. So that's probably why I started using Neurontin.

Q: Have you prescribed Neurontin for peripheral neuropathy more than once?

A: Yes.

Q: And do you consider your own past experience in treating patients with peripheral neuropathy with Neurontin prescriptions in considering whether or not to prescribe that drug to subsequent patients?

A: Yes. Orthopedists see more entrapment neuropathies than peripheral.

Q: I will get to entrapment neuropathy in a moment, but would it be true for peripheral neuropathy as well?

A: Yes.

Q: Do you consider anecdotal reports from your colleagues that they had success in treating patients with Neurontin for that condition in forming your own medical judgment as to how to treat them?

A: Not necessarily my colleagues, but

Page 30

E. MICHAEL OKIN, M.D.
the pain management people that we use often prescribe Neurontin for neuropathic pain.

Q: When you refer to the pain management people that we use, who do you mean by that?

A: Usually they are anesthesiologists that are trained in pain management, epidurals and nerve blocks and things of that nature. They use Neurontin very frequently.

Q: And when you say that you use them —

A: They see my patients in consultation; the patient comes back.

Q: You would refer patients to them?

A: Right; and I will see the patient come back and they will be on Neurontin for that kind of problem.

Q: Now I would like to ask you whether or not certain characteristics of — strike that question.

Can you explain why it is that you prescribe Neurontin for the treatment of peripheral neuropathy?

A: Just peripheral neuropathy? Because

Page 31

E. MICHAEL OKIN, M.D.
nothing works besides that that I know of —

Q: Does the —

A: — that I'm familiar with. There are some newer drugs off that also have off-label use for that. A patient came in today and told me one. I have it written down on a prescription pad. It's new. His pain management doctor who he sees prescribed that, so I wrote it down to look it up.

Q: You're not familiar with that drug?

A: I never saw it before in my life.

Q: Do you know whether it's an antiepileptic drug or anticonvulsant drug?

A: I'll give you the name of the drug. I have it written down.

Q: Is the way in which Neurontin metabolizes in the body part of the consideration that you give to prescribing Neurontin for patients?

A: I don't know.

Q: Are you familiar with the characteristics of Neurontin in terms of interactions with other medications?

A: Usually when I prescribe it I have a

Page 32

E. MICHAEL OKIN, M.D.
little palm pilot and I open the palm pilot and in the palm pilot it says what to take it with and what not to take it with, so I usually use that. I don't personally up in my brain have that information at hand.

Q: And are you familiar with the side effects from Neurontin?

A: Some of them.

Q: And does consideration of the side effects bear on your decision whether or not to prescribe the drug?

A: It does.

Q: How does it bear on that consideration?

A: Well, there is fluid retention. Some people can't tolerate it. They get headaches, but usually the side effects that will prevent a patient from taking it, I usually warn the patient in advance of certain things. If anything happens that is different, nausea. I tell them if they have had a history of seizures, I usually don't give it because a quick withdrawal may precipitate a seizure.

GREGORY CLARK and LINDA MEASHEY, et al., v.
PFIZER, INC., et al.,
Case 1:04-cv-10981-PBS   Document 586-3   Filed 12/22/2006   Page 11 of 16
E. MICHAEL OKIN, M.D.
August 30, 2005

Page 33

E. MICHAEL OKIN, M.D.
I usually start them on a low dose,
200 milligrams, one or two days. If they have
no problems with it and if the pain goes away,
that's the dose they will stay on. Then I
will up it to 300 milligrams twice a day for
two days. If they have no problems with that,
they stay on two times a day and I will see
them back in two weeks and see how they are
doing on it. I may have to up it at that
point, but I advise them once they get started
on the medication after the first two or three
days, that they have to back down. They can't
just abruptly stop. They have to back down in
the same pattern.
  So if they are on one three times a
day, then they will go to one twice a day for
two days, one once a day for two days and then
one and then stop them.
  Q: Do you regard Neurontin as a drug
with many side effects or relatively few side
effects?
  A: I have not found many side effects
with the drug. Most of my patients can
tolerate it. If they can't tolerate it, they

Page 34

E. MICHAEL OKIN, M.D.
usually can't tolerate it within the first
couple weeks. A lot of them get sleepy on it
and they say they can't take it.
  Q: When you prescribe Neurontin for the
treatment of peripheral neuropathy, it was
based on your independent medical judgment
that it was an appropriate treatment for that
condition?
  A: Yes.
  Q: And did you believe that Neurontin
can be or could be safe and effective
treatment for the treatment of peripheral
neuropathy?
  A: I believe so. That's why I'm using
it.
  Q: And you continue to believe that?
  A: Yes.
  Q: And did you ever guarantee a patient
that Neurontin would be safe and effective for
the treatment of peripheral neuropathy?
  A: No, I never did.
  Q: Did anyone ever tell you that
Neurontin had been proved through a
double-blind, placebo-controlled study to be

Page 35

E. MICHAEL OKIN, M.D.
safe and effective treatment for the treatment
of peripheral neuropathy?
  A: No.
  Q: Did anyone ever tell you that
Neurontin was clinically proven to be safe and
effective for the treatment of peripheral
neuropathy?
  A: No.
  Q: Did anyone ever tell you that
Neurontin was safe and effective for the
treatment of peripheral neuropathy?
  A: No.
  Q: I take it no one guaranteed to you
that it would be effective for the treatment
of peripheral neuropathy?
  A: No.
  Q: To your knowledge were you ever told
anybody false with respect to the safety and
effectiveness of Neurontin for the treatment
of peripheral neuropathy?
  A: No; I was never told anything about
it.
  Q: Doctor, if we could talk about
entrapment neuropathy for a moment, do you

Page 36

E. MICHAEL OKIN, M.D.
recall the first time you prescribed Neurontin
for entrapment neuropathy?
  A: My dates kind of float together. It
is before 2001.
  Q: And at that time were you aware that
Neurontin had not been approved by the FDA for
the treatment of entrapment neuropathy?
  A: Yes.
  Q: And approximately how many patients
have you treated for entrapment neuropathy
with Neurontin?
  A: I think a fair number. To give
you — I guess it depends where you go for the
entrapment neuropathy. If you go up through
the spine, they have like spinal stenosis, I
have tried it in that and it works in older
people. I've tried it with — sometimes
people have discogenic sciatic pain and
epidural doesn't work. It may work. I have
tried it with people who have ulnar nerve
neuropathy entrapment, and occasional times I
have tried it with carpal tunnel but not
usually. If it's mild, I will try it. Lots
of times if a patient is a surgical risk, it

Page 37

[1] E. MICHAEL OKIN, M.D.
[2] is a nice alternative if it works.
[3] Q: And could you ballpark how many
[4] patients you have prescribed Neurontin for
[5] entrapment neuropathy?
[6] A: In how long a period of time?
[7] Q: Ever.
[8] A: I would say a hundred or so.
[9] Q: And do you continue to prescribe
[10] Neurontin for entrapment neuropathy?
[11] A: Yes.
[12] Q: And are there other medications that
[13] you have prescribed for that condition?
[14] A: No.
[15] Q: Why did you prescribe Neurontin for
[16] entrapment neuropathy?
[17] A: Because it worked in the past for me
[18] and it is a nonsurgical. It is what doctors
[19] call a no-brainer, meaning that it is
[20] something that doesn't have terrific bad side
[21] effects and if it gets the patient through,
[22] you don't have to operate on the patient,
[23] surgery is never guaranteed; and so if a
[24] patient gets better — lots of times you
[25] prescribe the drug and the patient gets better

Page 38

[1] E. MICHAEL OKIN, M.D.
[2] and you stop the drug and they are fine, so
[3] you avoid an operation.
[4] Q: And in treating the hundred or so
[5] patients that you've treated for entrapment
[6] neuropathy with Neurontin, has your past
[7] experience in treating individual patients
[8] been a basis for your consideration of whether
[9] to treat future patients with it?
[10] A: Yes.
[11] I think there is one other
[12] indication. If you have operated on somebody
[13] for an entrapment neuropathy and they don't
[14] get better, it's a nice drug to fall back on
[15] to treat the pain that they are getting from
[16] the nerve being entrapped.
[17] Q: And just so the record is clear, you
[18] would consider your own experience in treating
[19] patients with Neurontin for entrapment
[20] neuropathy in deciding whether or not to treat
[21] another patient?
[22] A: Correct; what my experience with the
[23] drug has been, how efficacious it has been.
[24] Q: Would you consider the anecdotal
[25] experiences of your colleagues in treating

Page 39

[1] E. MICHAEL OKIN, M.D.
[2] patients with entrapment neuropathy with
[3] Neurontin?
[4] A: I think basically at this point in
[5] my career I would base it on my own
[6] experience. I have had enough experience.
[7] Q: When you prescribe Neurontin for
[8] entrapment neuropathy, is it based on your
[9] independent medical judgment that it is an
[10] appropriate treatment?
[11] A: Correct.
[12] Q: And you believed and I take it
[13] continue to believe that Neurontin can be a
[14] safe and effective treatment for entrapment
[15] neuropathy?
[16] MR. WESTON: Object as leading.
[17] A: Yes, I believe that.
[18] Q: Did you ever guarantee to a patient
[19] that Neurontin would be safe and effective for
[20] entrapment neuropathy?
[21] A: No.
[22] Q: Did anyone ever tell you that
[23] Neurontin had been proved through a
[24] double-blind, placebo-controlled study to be
[25] safe and effective for the treatment of

Page 40

[1] E. MICHAEL OKIN, M.D.
[2] entrapment neuropathy?
[3] A: No.
[4] Q: Did anyone ever tell you that
[5] Neurontin had been clinically proven to be
[6] safe and effective for the treatment of
[7] entrapment neuropathy?
[8] A: No.
[9] Q: Did anyone ever tell you that
[10] Neurontin was safe and effective for the
[11] treatment of entrapment neuropathy?
[12] A: No.
[13] Q: And did anyone ever guarantee to you
[14] that it would be safe and effective for the
[15] treatment of entrapment neuropathy?
[16] A: No.
[17] Q: To your knowledge were you ever told
[18] anything false about the safety and
[19] effectiveness of Neurontin as a treatment
[20] for —
[21] A: I was never told anything.
[22] Q: — entrapment neuropathy?
[23] For the benefit of the court
[24] reporter, if you could just let me finish the
[25] question.

Page 41

[1]   E. MICHAEL OKIN, M.D.
[2]   A: I thought you did. I'm sorry.
[3]   Q: Doctor, you mentioned that the third
[4] off-label indication for which you have
[5] prescribed Neurontin in the past is RSD?
[6]   A: Yes.
[7]   Q: Do you recall the first time you
[8] prescribed Neurontin for RSD?
[9]   A: I recall the first time but not the
[10] time, not temporally, but it was a patient who
[11] had RSD who came in and she was in an RSD
[12] support group and she said she read a lot of
[13] books and she was talking with other patients
[14] and she said this has worked in other
[15] patients; would I prescribe it for her, so I
[16] did.
[17]   Q: And do you know whether or not that
[18] was before or after 2001?
[19]   A: I believe it was before 2001.
[20]   Q: And at that time were you aware that
[21] Neurontin had not been approved by the FDA for
[22] the treatment of RSD?
[23]   A: Yes.
[24]   Q: Do you still prescribe Neurontin for
[25] the treatment of RSD?

Page 42

[1]   E. MICHAEL OKIN, M.D.
[2]   A: Yes.
[3]   Q: Doctor, approximately how many
[4] patients have you prescribed Neurontin for the
[5] treatment of RSD?
[6]   A: I would say about 40 or 50.
[7]   Q: And over what general time period
[8] have you prescribed it?
[9]   A: Say the last ten years, if that. I
[10] don't know when the drug came out, but I'm
[11] just saying.
[12]   Q: Are there other medications that
[13] you've prescribed for the treatment of RSD?
[14]   A: There is pain medication. There is
[15] sympathetic blocks. I haven't prescribed it,
[16] but some people use a beer block, which is an
[17] intravenous block. I think those are the only
[18] treatments I know of for it.
[19]   Q: Have any of those other —
[20]   A: They are all based on a
[21] sympathectomy, the other treatments.
[22]   Q: Can you explain what that means?
[23]   A: That means you eliminate the
[24] sympathetic nerve, the autonomic portion of
[25] the nervous system from the equation so you

Page 43

[1]   E. MICHAEL OKIN, M.D.
[2] get vascular dilatation, blood vessel
[3] dilatation, which seems to break up that —
[4] remember I told you about the cycle? It
[5] breaks up that cycle.
[6]       If you get an epidural block, a
[7] spinal block, that will give you a
[8] sympathetic — you can inject the sympathetic
[9] nerve. In the neck there is a stellate
[10] ganglion. If you have RSD of the upper
[11] extremity, you inject that ganglion, and it
[12] causes vascular dilatation of the bone,
[13] extremity.
[14]   Q: And any of those three medications
[15] that you have mentioned, have they been
[16] approved for that treatment by the FDA?
[17]   A: Those are not. Those are
[18] anesthetics.
[19]   Q: And they are approved for the
[20] treatment of RSD?
[21]   A: Well, sympathetic blocks are
[22] approved for the use of the anesthetic, which
[23] is lidocaine. It's one of the thing you use
[24] it for. It is like a — like the dentist puts
[25] a block in your mouth. It's the same thing.

Page 44

[1]   E. MICHAEL OKIN, M.D.
[2] So I assume that's what the purpose of that
[3] medication is, to block the nerve, and that's
[4] what you are doing. So it is approved.
[5]   Q: FDA-approved for that use?
[6]   A: Well, it is approved for blocking
[7] the nerve, and the treatment for RSD is to
[8] block that nerve. So inadvertently it is
[9] approved.
[10]   Q: Are there reasons why you would
[11] prescribe Neurontin rather than pursuing those
[12] other alternative courses of treatment?
[13]   A: Many times those other courses of
[14] treatment didn't work completely. Many times
[15] I will try the Neurontin first because it's
[16] not invasive. Taking a pill is a lot less
[17] invasive than an injection.
[18]   Q: And in prescribing Neurontin for the
[19] treatment of RSD, did you consider your own
[20] past experiences in prescribing Neurontin —
[21]   A: Yes.
[22]   Q: — to prior patients with RSD?
[23]   A: Correct.
[24]   Q: And when you have prescribed
[25] Neurontin for the treatment of RSD, is it

E. MICHAEL OKIN, M.D.
August 30, 2005

GREGORY CLARK and LINDA MEASHEY, et al., v.
PFIZER, INC., et al.

Case 1:04-cv-10981-PBS    Document 586-3    Filed 12/22/2006    Page 14 of 16

Page 45

[1] E. MICHAEL OKIN, M.D.
[2] based on your independent medical judgment
[3] that it is an appropriate treatment?
[4]  **A:** Yes.
[5]  **Q:** Doctor, do you believe that
[6] Neurontin can be a safe and effective
[7] treatment for RSD?
[8]  **A:** Yes.
[9]  **Q:** Did you ever guarantee to a patient
[10] that Neurontin would be safe and effective for
[11] the treatment of RSD?
[12]  **A:** No.
[13]  **Q:** Did anyone tell you that Neurontin
[14] had been proved through a double-blind,
[15] placebo-controlled study to be safe and
[16] effective for the treatment of RSD?
[17]  **A:** No.
[18]  **Q:** Did anyone tell you that Neurontin
[19] had been clinically proved to be safe and
[20] effective for the treatment of RSD?
[21]  **A:** No.
[22]  **Q:** Did anyone tell you that Neurontin
[23] was safe and effective for treating RSD?
[24]  **A:** No.
[25]  **Q:** To your knowledge were you ever told

Page 46

[1] E. MICHAEL OKIN, M.D.
[2] anything false about the safety or
[3] effectiveness of Neurontin for the treatment
[4] of RSD?
[5]  **A:** To my knowledge I was never told
[6] anything.
[7]  **Q:** Doctor, would it be fair to say that
[8] your knowledge regarding Neurontin has
[9] increased over time?
[10]  **A:** Yes.
[11]  **Q:** Would it be fair to say you knew
[12] more about Neurontin in 2001 than you knew in
[13] 1995?
[14]  **A:** Yes.
[15]  **Q:** And would it be fair to say that you
[16] know more now than you did in 2001?
[17]  **A:** Yes.
[18]  **Q:** And the information that you have,
[19] has that come to you gradually over time?
[20]  **A:** Yes.
[21]  **Q:** And is that information based on
[22] your personal experience with patients?
[23]  **A:** Yes.
[24]  **Q:** And is any part of that information
[25] based on colleagues' reports to you about the

Page 47

[1] E. MICHAEL OKIN, M.D.
[2] experiences of their patients?
[3]  **A:** As I said, only the pain management.
[4]  **Q:** Doctor, I'm going to ask you a few
[5] questions that relate to Mr. Clark, the
[6] plaintiff, but, again, I want to ask you not
[7] to tell me anything about his medical
[8] condition or any communications you have had
[9] with him about his condition, okay?
[10] At the time that you prescribed
[11] Neurontin to Mr. Clark, you knew that it had
[12] not been approved for the treatment of pain;
[13] is that correct?
[14]  **A:** That is correct.
[15]  **Q:** And is it fair to say at the time
[16] you prescribed Neurontin to Mr. Clark you
[17] believed it was an appropriate treatment for
[18] Mr. Clark?
[19]  **A:** I did.
[20]  **Q:** And is it fair to say that you
[21] believe that based on your own independent
[22] medical judgment?
[23]  **A:** That was fair to say, yes.
[24]  **Q:** And was that independent medical
[25] judgment based on your own experience in

Page 48

[1] E. MICHAEL OKIN, M.D.
[2] treating other patients?
[3]  **A:** It was.
[4]  **Q:** Do you know whether or not Mr. Clark
[5] has filed a workers' compensation claim?
[6]  **A:** He has.
[7]  **Q:** Do you know the basis for his
[8] workers' compensation claim?
[9]  **A:** I know the basis for it, yes.
[10]  **Q:** Have you given any testimony in
[11] connection with his claim?
[12]  **A:** I'm not sure if I did or not. I
[13] can't answer that question. I don't remember.
[14]  **Q:** Have you provided any information to
[15] anyone other than Mr. Clark in connection with
[16] his workers' compensation claim?
[17]  **A:** His comp carrier. I provided to his
[18] comp carrier.
[19]  **Q:** Doctor, I would like to ask you a
[20] few questions about your contacts with Parke
[21] Davis and Warner-Lambert and Pfizer, although
[22] I want to begin with some general questions
[23] that are not limited to those companies.
[24] Doctor, are you visited by sales
[25] representatives of pharmaceutical companies?

GREGORY CLARK and LINDA MEASHEY et al., v.
PFIZER, INC., et al.,
Case 1:04-cv-10981-PBS   Document 586-3   Filed 12/22/2006   Page 15 of 16
E. MICHAEL OKIN, M.D.
August 30, 2005

Page 49

[1] E. MICHAEL OKIN, M.D.
[2] A: Yes.
[3] Q: Can you say how frequently you are
[4] visited by those sales representatives?
[5] A: You're saying a generic
[6] representative walking into my office?
[7] Q: Yes.
[8] A: Probably once a day, maybe once
[9] every other day.
[10] Q: Has the frequency with which you are
[11] visited by representatives of pharmaceutical
[12] companies changed at all over time?
[13] A: I believe it was more frequently
[14] more recently than in the past, more recently
[15] meaning the last five years or four years.
[16] Q: And briefly can you describe the
[17] purpose of these visits by pharmaceutical
[18] company representatives?
[19] A: To familiarize me as a practitioner
[20] with medications that they have to offer. And
[21] they discuss, you know, pros and cons and
[22] risks and benefits and why their medicine is
[23] better than the competitor's.
[24] Q: Have you ever heard of employees of
[25] pharmaceutical companies referred to as

Page 50

[1] E. MICHAEL OKIN, M.D.
[2] medical liaisons?
[3] A: No.
[4] Q: Do you recall ever being visited by
[5] a representative of Parke Davis or
[6] Warner-Lambert prior to 2001?
[7] A: No.
[8] Q: Do you know whether or not you have
[9] been visited by a representative of Parke
[10] Davis and Warner-Lambert prior to 2001?
[11] A: Parke Davis, what do they make?
[12] Not really.
[13] Q: Parke Davis and Warner-Lambert were
[14] the manufacturers of Neurontin in the period
[15] before 2000.
[16] A: The only thing I remember about
[17] Warner-Lambert is when I was in medical school
[18] they made an electrocardiogram syllabus in our
[19] teaching — like a little teaching machine
[20] back before computers, and they gave it to all
[21] the medical students.
[22] So that is the only way I know about
[23] Warner-Lambert. And that is back in 1967,
[24] '68. That is the only time I think I was
[25] visited by a rep from Warner-Lambert.

Page 51

[1] E. MICHAEL OKIN, M.D.
[2] Q: Did your receipt of that
[3] electrocardiogram unit when you were in
[4] medical school in any way affect your
[5] prescribing behavior as a doctor in the
[6] future?
[7] A: No, but it taught me a lot about
[8] electrocardiograms.
[9] Q: Have you ever discussed Neurontin
[10] with any sales rep of Warner-Lambert or Parke
[11] Davis?
[12] A: No.
[13] Q: Have you ever received any
[14] literature regarding Neurontin from any sales
[15] rep of Warner-Lambert or Parke Davis?
[16] A: No.
[17] Q: Doctor, do you recall ever being
[18] visited by a representative of Pfizer in the
[19] period since 2000?
[20] A: Sure, yes.
[21] Q: Have you ever discussed Neurontin
[22] with any sales rep from Pfizer?
[23] A: No.
[24] Q: Did you ever receive any literature
[25] regarding Neurontin from any sales rep from

Page 52

[1] E. MICHAEL OKIN, M.D.
[2] Pfizer?
[3] A: No.
[4] Q: Doctor, did any sales representative
[5] ever tell you that Neurontin had been proved
[6] through double-blind, placebo-controlled
[7] studies to be safe and effective for the
[8] treatment of peripheral neuropathy, entrapment
[9] neuropathy or RSD?
[10] A: No.
[11] Q: Did any sales representative ever
[12] tell you that Neurontin had been proved
[13] through clinical studies to be effective for
[14] the treatment of peripheral neuropathy,
[15] entrapment neuropathy or RSD?
[16] A: No.
[17] Q: Did any sales representative ever
[18] claim that Neurontin was safe and effective
[19] for the treatment of either peripheral
[20] neuropathy, entrapment neuropathy or RSD?
[21] A: No.
[22] Q: Doctor, to your knowledge have you
[23] ever received any information regarding
[24] Neurontin that was false?
[25] A: No; to my knowledge, no.

Page 53

[1] E. MICHAEL OKIN, M.D.
[2]     MR. WESTON: Off the record for
[3] a second.
[4]     (Discussion off the record.)
[5]                 BY MR. DUGGAN:
[6]     Q: Doctor, have you ever received any
[7] cash payments or other monetary benefit from
[8] any pharmaceutical company in exchange for
[9] prescribing a medicine?
[10]    A: No.
[11]    Q: Have you ever prescribed any
[12] medication as a result of a financial
[13] incentive from a person asking you to do so?
[14]    A: No.
[15]    Q: Have you ever prescribed a medicine
[16] for any patient when you believed that
[17] medicine would not be an appropriate medical
[18] treatment for that patient?
[19]    A: Never.
[20]    Q: Have you ever prescribed Neurontin
[21] for any patient where you believed it would
[22] not be an appropriate medical treatment for
[23] that patient?
[24]    A: Never.
[25]    Q: Doctor, have you ever received a

Page 54

[1] E. MICHAEL OKIN, M.D.
[2] cold call from anyone at Parke Davis,
[3] Warner-Lambert or Pfizer regarding use of
[4] Neurontin?
[5]     A: No.
[6]     Q: Have you ever attended any event
[7] sponsored by Warner-Lambert, Parke Davis or
[8] Pfizer at which the use of Neurontin was
[9] discussed?
[10]    A: No.
[11]    Q: Doctor, were you ever paid to attend
[12] any conference sponsored by Warner-Lambert,
[13] Parke Davis or Pfizer?
[14]    A: No.
[15]    Q: Have you ever received any airfare
[16] or hotel accommodations or food in exchange
[17] for attending any conference sponsored by
[18] Warner-Lambert, Parke Davis or Pfizer?
[19]    A: No.
[20]    Q: Doctor, are you familiar with the
[21] term "speakers' bureau"?
[22]    A: Yes.
[23]    Q: Can you explain for us what that
[24] means?
[25]    A: From my knowledge, speakers' bureau

Page 55

[1] E. MICHAEL OKIN, M.D.
[2] are physicians who are hired by pharmaceutical
[3] companies to give conferences.
[4]     Q: Have you ever asked to be part of a
[5] speakers' bureau?
[6]     A: No.
[7]     Q: Have you ever been paid by a
[8] pharmaceutical company to speak at a
[9] conference?
[10]    A: No.
[11]    Q: Doctor, do you attend continuing
[12] medical education seminars?
[13]    A: Yes.
[14]    Q: And did you do so between 1994 and
[15] 2001?
[16]    A: 150 hours every three years. More
[17] than that, but that's the minimum.
[18]    Q: Have you ever attended a continuing
[19] medical education seminar where off-label uses
[20] of Neurontin were discussed?
[21]    A: No.
[22]    Q: Have you ever received free tuition,
[23] free accommodations, free meals, or cash to
[24] attend a continuing medical education seminar?
[25]    A: No.

Page 56

[1] E. MICHAEL OKIN, M.D.
[2]     Q: Have you ever heard of the term
[3] "consultants' meetings"?
[4]     A: No.
[5]     Q: Doctor, were you ever paid to listen
[6] to a presentation about Neurontin?
[7]     A: No.
[8]     Q: Were you ever provided dinner in
[9] order to have you listen to a presentation
[10] about Neurontin?
[11]    A: No.
[12]    Q: Doctor, did you attend a conference
[13] sponsored by a pharmaceutical company that
[14] took place in Jupiter Beach, Florida, in 1998?
[15]    A: No. I would like to do it, but no.
[16]    Q: Did you ever attend a conference
[17] sponsored by a pharmaceutical company at the
[18] Ritz Carlton in Boston in 1998?
[19]    A: No.
[20]    Q: Have you ever attended any
[21] conference sponsored by a pharmaceutical
[22] company in either Jupiter Beach, Florida, or
[23] the Ritz Carlton in Boston at any other time?
[24]    A: No.
[25]    Q: Doctor, have you attended any