GREGORY CLARK and LINDA MOSHEY, et al v. PFIZER, INC., et al.,  Case 1:04-cv-10981-PBS  Document 586-4  Filed 12/22/2006  Page 1 of 16

E. MICHAEL OKIN, M.D.
August 30, 2005

Page 57

[1] E. MICHAEL OKIN, M.D.
[2] conference or any event at which off-label
[3] uses of Neurontin were discussed?
[4]    A: No.
[5]    Q: Have you ever been asked to
[6] participate in a study related to Neurontin?
[7]    A: No.
[8]    Q: Have you ever read any studies
[9] related to Neurontin?
[10]    A: No.
[11]    Q: Have you ever written an article
[12] regarding a patient's use of any medicine?
[13]    A: I'm sorry?
[14]    Q: Have you ever written any article
[15] regarding the use by patients of any medicine?
[16]    A: No, no.
[17]    Q: Have you ever written a case report
[18] regarding any patient's use of any medicine?
[19]    A: No.
[20]    Q: Have you ever been asked to write an
[21] article regarding the use of any medicine?
[22]    A: No.
[23]    Q: Have you ever been asked to
[24] associate your name with an article regarding
[25] the use of medicine written by someone else?

Page 58

[1] E. MICHAEL OKIN, M.D.
[2]    A: No.
[3]    Q: Have you ever been asked to write a
[4] case report regarding any medicine?
[5]    A: No.
[6]    Q: And have you ever been asked to
[7] associate your name with a case report written
[8] by someone else?
[9]    A: No.
[10]    Q: Doctor, have you read case reports
[11] about medicines?
[12]    A: I'm sure I have in the course of
[13] 30-some odd years.
[14]    Q: Do you recall ever reading case
[15] reports about Neurontin?
[16]    A: No.
[17]    Q: Have you ever been offered any grant
[18] money to study any medicine?
[19]    A: No.
[20]    Q: Have you ever been offered funds to
[21] discuss any medicine?
[22]    A: No.
[23]    Q: Have you ever been asked to
[24] contribute patients to any study of off-label
[25] use of a medicine?

Page 59

[1] E. MICHAEL OKIN, M.D.
[2]    A: No.
[3]    Q: Doctor, have you ever been pressured
[4] by other doctors to prescribe Neurontin?
[5]    A: No.
[6]    Q: To your knowledge have you ever
[7] heard anything false from any physician about
[8] Neurontin?
[9]    A: No; I have not heard anything false.
[10]    Q: Has any physician ever told you that
[11] Neurontin had been proved through
[12] double-blind, placebo-controlled study to be
[13] safe and effective for any off-label use?
[14]    A: No.
[15]    Q: Has any physician ever told you that
[16] Neurontin had been proved through clinical
[17] studies to be effective for any off-label use?
[18]    A: No.
[19]    Q: Do you recall ever hearing any
[20] physician claim that Neurontin was safe and
[21] effective for any off-label use?
[22]    A: No.
[23]    Q: Doctor, have you ever pressured
[24] another physician to prescribe Neurontin?
[25]    A: No.

Page 60

[1] E. MICHAEL OKIN, M.D.
[2]    MR. DUGGAN: If we could take a
[3] two-minute break.
[4]    MR. WESTON: Yes.
[5]    (Short recess.)
[6]         BY MR. DUGGAN:
[7]    Q: You had identified three indications
[8] for which you had prescribed Neurontin for
[9] off-label uses?
[10]    A: Yes.
[11]    Q: Apart from those three that we went
[12] through, are there any other off-label uses
[13] for which you prescribe Neurontin?
[14]    A: No, I think that's it. If you
[15] consider a herniated disc entrapment, which it
[16] is, that would be the other one.
[17]    MR. DUGGAN: Then we have no
[18] further questions.
[19]    MR. WESTON: Off the record.
[20]    (Discussion off the record.)
[21]         BY MR. WESTON:
[22]    Q: Doctor, my name is John Weston, and
[23] I represent Greg Clark in this case, and I've
[24] got a few questions to ask you as followup.
[25]    Obviously you have been through

Page 61

[1] E. MICHAEL OKIN, M.D.
[2] depositions before. Any doctor, if you are
[3] experienced, would have been, but I want to
[4] just make sure that you know that if I ask a
[5] question that does not seem clear to you, you
[6] stop me and say clarify what you just said —
[7]   A: Uh-huh.
[8]   Q: — because otherwise we will assume
[9] that you knew what I was asking you.
[10]   A: Yes.
[11]   Q: Mr. Duggan threw out the term a
[12] number of times "independent professional
[13] judgment." And of course we all understand
[14] that doctors always use their independent
[15] professional judgment, but —
[16]   MR. DUGGAN: Sorry to interrupt
[17] you, but I don't know that that phrase —
[18] independent medical judgment.
[19]   MR. WESTON: Independent
[20] medical judgment, that's correct.
[21]   Q: Independent medical judgment is what
[22] I meant to say.
[23]     What I want to ask you sort of is,
[24] what are the sources that inform you for your
[25] independent medical judgment? And I will get

Page 62

[1] E. MICHAEL OKIN, M.D.
[2] more specific here.
[3]     We are talking about Neurontin. I
[4] believe you have already testified that you
[5] did not conduct any controlled studies of
[6] Neurontin; is that right?
[7]   A: That's correct.
[8]   Q: So when you prescribe Neurontin, you
[9] are relying on something to inform your
[10] independent medical judgment that Neurontin
[11] might work in this particular case; am I
[12] right?
[13]   A: That's correct.
[14]   Q: Let's go back. Neurontin has been
[15] on the market — do you remember when it first
[16] came on?
[17]   A: No.
[18]   Q: Let's assume that it was the
[19] mid-1990's, early to mid-1990's, that you
[20] could first prescribe Neurontin. Do you
[21] remember the first time you prescribed it for
[22] anyone?
[23]   A: Yes.
[24]   Q: Why was it that you chose Neurontin
[25] for that patient?

Page 63

[1] E. MICHAEL OKIN, M.D.
[2]   A: This patient requested it.
[3]   Q: The patient asked for Neurontin?
[4]   A: The patient was the one I alluded
[5] to. She was an RSD patient and wasn't
[6] responding to anything, had done research on
[7] the subject, came in and said she is part of
[8] an RSD support group and in the information
[9] she got in the literature they said this was a
[10] drug they were using and it seemed to help
[11] them.
[12]   Q: This patient was not Gregory Clark
[13] obviously because it was a woman?
[14]   A: No, it wasn't Gregory Clark. It was
[15] a woman.
[16]   Q: Was this patient a medical
[17] practitioner of some sort?
[18]   A: No; she was just a layperson who was
[19] pretty smart, got on the Internet and looked
[20] around and got into a support group because
[21] she wasn't getting better with any management.
[22]   Q: RSD is a condition, I think you
[23] would agree with me, that is remarkable
[24] because no one knows what causes it; is that
[25] right?

Page 64

[1] E. MICHAEL OKIN, M.D.
[2]   A: No one really knows the etiology of
[3] it, but it has been studied in great depth and
[4] there is a lot of theory about it, but there
[5] is no what you would say, quote, this is
[6] the — it's not a virus. We know what the
[7] symptom complex is. We know how it presents
[8] and we know how to try to treat it, but we
[9] don't know the exact causative event.
[10]   Q: And so this original patient had
[11] done her own research. Did she tell you what
[12] sources she had consulted?
[13]   A: She had consulted an RSD society,
[14] Reflex Sympathetic Dystrophy Society, and
[15] that's where she got her information. I think
[16] it was on the Internet that she got it.
[17]   Q: In addition to this patient asking
[18] you if you would prescribe Neurontin for her,
[19] did you consult any other sources before you
[20] prescribed it?
[21]   A: No, not really. And I — it was
[22] about the same time that the anesthesiologist
[23] who I had sent patients to who have back
[24] problems and sciatica would give the epidural
[25] and send the patient home on Neurontin. That

GREGORY CLARK and LINDA MEASHEY, et al., v.
PFIZER, INC., et al.,
E. MICHAEL OKIN, M.D.
August 30, 2005

Page 65

[1] E. MICHAEL OKIN, M.D.
[2] was about the same time span. I'm not sure
[3] when it was. It was sometime in the '90s.
[4] And then you talk with your colleagues and —
[5] Q: Were these anesthesiologists that
[6] you just referenced the same group of people
[7] all the time?
[8] A: Well, at that time basically I was
[9] only on staff at Frankford Hospital primarily,
[10] and we used the pain management specialists
[11] there. That was back in the '90s, early '90s.
[12] Q: Do you remember what group that was?
[13] A: Tom Zavitsanos and that group that
[14] worked there. He was primarily the pain
[15] management specialist there.
[16] Q: Is he still there?
[17] A: Yeah, still practicing.
[18] Q: Then because the anesthesiologists
[19] were prescribing Neurontin for their
[20] patients —
[21] A: For my patients.
[22] Q: — for your patients, you wanted to
[23] maintain your patients on that?
[24] A: No. Well, what happened is the
[25] patients — say I have a patient who had

Page 66

[1] E. MICHAEL OKIN, M.D.
[2] sciatica, say he had an operated back, he
[3] wasn't getting better. Obviously he had scar
[4] tissue. I would send him to pain management
[5] and they would do an epidural, and at the same
[6] time they would conjointly put him on
[7] Neurontin for the neurogenic type pain.
[8] And when it first became apparent
[9] they were doing that, I would call and say,
[10] "What is this all about?" And he explained to
[11] me what he was using it for.
[12] Q: Do you remember what he told you?
[13] A: No, I couldn't tell you verbatim.
[14] Q: Do you remember the substance of
[15] what he told you?
[16] A: That it — that's what they were
[17] using for neurogenic pain at that time for
[18] sciatica and it seemed to work. And that's
[19] basically it.
[20] And then eventually if I had a
[21] patient that came in and I saw that it was
[22] working in that particular instance in some
[23] cases, then I would try it. And for me that
[24] was a — for my own controlled study over a
[25] long period of time, you use it and it worked

Page 67

[1] E. MICHAEL OKIN, M.D.
[2] in some people and not in others, but to me it
[3] was, like I said, a no-brainer because I
[4] didn't see any major side effects. If the
[5] patient couldn't tolerate it, they would stop
[6] it.
[7] Q: So it was an easy drug to prescribe?
[8] A: It was a drug to prescribe for
[9] people who had a specific problem that wasn't
[10] getting better.
[11] Q: Now, in addition to your original
[12] RSD patient that you described and your pain
[13] management people at Frankford, did you have
[14] any other sources to inform you — and your
[15] own experience with the patients that you were
[16] following, did you have any other sources that
[17] persuaded you that Neurontin was a drug that
[18] you should prescribe for off-label use?
[19] A: No, not really. In fact, the
[20] patient who came in, the first lady I talked
[21] about, she brought in a book from the society
[22] that was an RSD book. I never read it, but
[23] that was in there too. But it was from the —
[24] Q: You looked at it enough to see that
[25] it said Neurontin?

Page 68

[1] E. MICHAEL OKIN, M.D.
[2] A: Yeah, but I didn't really read the
[3] book because I didn't have time, but she left
[4] me the book and she said this is one of the
[5] sources. I never read the book.
[6] Q: Now, in the years since — and we
[7] are talking roughly ten years now — do you as
[8] a physician read journals?
[9] A: All the time.
[10] Q: What journals do you read regularly?
[11] A: Regularly? JB — preface it this
[12] way: At my stage of the game I read what I
[13] want to read because it's — I have read a lot
[14] over the course of the years. I get about
[15] five or six different journals and I pick and
[16] choose the articles that I read that are
[17] pertinent to what I do.
[18] I read Arthroscopy Journal every
[19] month religiously. I do a lot of
[20] arthroscopies.
[21] Q: You do a lot of arthroscopies.
[22] A: I get the JBJS, and I will pick out
[23] the articles that are pertinent to me.
[24] I get Clinical Orthopedics and
[25] Related Research. They have a lot of

Page 69

[1] E. MICHAEL OKIN, M.D.
[2] symposiums. The ones that are pertinent to my
[3] practice I will read.
[4]     I get the journal of Trauma. I use
[5] to read that religiously up until I stopped
[6] doing trauma. Now I take it and I read the
[7] articles that I think are pertinent to what I
[8] do today and I read those that are
[9] interesting.
[10]     What other journals do I get? I pay
[11] for them. I should know what I get.
[12]     I get Clinical Orthopedics of North
[13] America. Again, they have nice symposiums and
[14] I will read those.
[15]     And the other things I do is I go to
[16] a lot of meetings. I'm on the board of the
[17] orthopedic society and I go to all of their
[18] meetings.
[19]     Q: Let me ask you about that. What
[20] kind of meetings are we talking about?
[21]     A: Orthopedic meetings, orthopedic
[22] continuing education meetings.
[23]     Q: These meetings are held?
[24]     A: They are held — Pennsylvania
[25] Orthopedic Society holds one in-state meeting

Page 70

[1] E. MICHAEL OKIN, M.D.
[2] and one out-of-state meeting a year. We have
[3] a number of clinical faculty in the state that
[4] present orthopedic topics and we invite
[5] professors from other states to come and talk.
[6]     Q: And there are speakers at these
[7] meetings of course?
[8]     A: Yes.
[9]     Q: But I believe you have already said
[10] that none of these — you don't recall ever
[11] having heard a speaker talk about Neurontin?
[12]     A: No, never.
[13]     Q: Then moving back, I guess, to where
[14] I was originally going with this, your sources
[15] for using Neurontin are confined to your
[16] original RSD woman, your Frankford Hospital
[17] pain management group recommendation —
[18]     A: Yes.
[19]     Q: — and your own subsequent
[20] observations regarding patients?
[21]     A: Yes.
[22]     Q: And there is nothing else that has
[23] ever persuaded you that Neurontin either is a
[24] good or a bad thing to prescribe?
[25]     A: No; just my own clinical experience.

Page 71

[1] E. MICHAEL OKIN, M.D.
[2]     Q: You have not then, I assume, read
[3] anything in journals about the Neurontin
[4] testing that has been conducted over the past
[5] ten years?
[6]     A: I know nothing about that at all.
[7]     Q: Okay.
[8] Doctor, how many patients do you
[9] suppose you have treated in the past ten
[10] years?
[11]     A: We are on patient No. 65,000
[12] something.
[13]     Q: How many of those do you think would
[14] have been yours?
[15]     A: I do two-thirds of the work; my
[16] partner does one-third.
[17]     Q: Do you really?
[18]     A: Yes; it has been that way ever since
[19] we started.
[20]     Q: 65,000?
[21]     A: 65,000 or 70,000 now we are up to.
[22]     Q: Not just in the past ten years?
[23]     A: No; since 1973.
[24]     Q: Since 1973.
[25] How many of those would you

Page 72

[1] E. MICHAEL OKIN, M.D.
[2] estimate —
[3]     A: Actually it is not since '73. It is
[4] actually since we got computerized, which is
[5] '79, because that's when we started putting
[6] the numbers in the computer.
[7]     Q: Of the $65,000 patients since 1979,
[8] how many of those do you suppose you have
[9] treated since 1995?
[10]     A: I see about 200-some odd patients a
[11] week. So multiply that times — I take six
[12] weeks off a year. So 250 patients a week.
[13]     Q: You're the scientist. I'm not doing
[14] the math.
[15]     A: In other words, I work 46 weeks a
[16] year times 200.
[17]     Q: That's the total number of visits
[18] that you have. I'm wondering how many
[19] different patients you have.
[20]     A: Oh, okay, how many patients. Okay.
[21] I really couldn't tell you. I don't
[22] know. I see patients all day. I get here —
[23] yesterday I got here at — I started at 6:30.
[24] I had surgery until 12:30. I came to the
[25] office and I got home at 9:30 and I don't take

GREGORY CLARK and LINDA MEASHEY, et al., v.
PFIZER, INC., et al.,
Case 1:04-cv-10981-PBS    Document 586-4    Filed 12/22/2006    Page 5 of 16
E. MICHAEL OKIN, M.D.
August 30, 2005

Page 73

[1] E. MICHAEL OKIN, M.D.
[2] lunch.
[3]  Q: If we say from 1975 to 2005 is 30
[4] years —
[5]  A: Right.
[6]  Q: — and you have had 65,000 patients
[7] in the practice in those 30 years —
[8]  A: Yes.
[9]  Q: — has there been a surge during
[10] that 30-year period of time when you had a
[11] whole bunch of patients, that you didn't, or
[12] has it been a fairly constant thing?
[13]  A: Pretty constant really.
[14]  Q: Let's assume that works out to about
[15] 20,000 patients per year.
[16]  A: Yeah; and I see two-thirds of those.
[17]  Q: And you see two-thirds of those,
[18] whatever that would be, and of those patients
[19] you have prescribed —
[20]  MR. MANGAN: I'm sorry. 20,000
[21] a year? Do you want to clarify that?
[22]  A: 20,000 visits a year, not 20,000
[23] patients; visits a year.
[24]  Q: Okay.
[25] So how many patients would that be?

Page 74

[1] E. MICHAEL OKIN, M.D.
[2]  A: I don't know. I really never — I
[3] could do a computer search for you, but I
[4] can't tell you that. But I would say we see
[5] about four — probably around three to five
[6] new patients a day that we have hours.
[7]  Q: A day?
[8]  A: That we have hours.
[9]  Q: And that has been consistent over
[10] the past ten years?
[11]  A: Yeah; and I don't see patients every
[12] day.
[13]  Q: How many days do you see patients?
[14]  A: I have hours on Monday, Tuesday,
[15] Wednesday and Friday and occasionally on
[16] Thursday, but some of them are half sessions
[17] and some are full sessions.
[18]  Q: Four days a week, three to five new
[19] patients a day?
[20]  A: Probably, yeah, the days that I have
[21] patients.
[22]  Q: Over the past ten years?
[23]  A: Yeah. You do the math.
[24]  Q: No; that's why I brought these other
[25] people along with me so that they can do the

Page 75

[1] E. MICHAEL OKIN, M.D.
[2] math.
[3]  You have prescribed Neurontin for
[4] three conditions: RSD, entrapment neuropathy,
[5] and peripheral neuropathy?
[6]  A: Correct.
[7]  Q: What did you use for peripheral
[8] neuropathy as a prescription drug before
[9] Neurontin?
[10]  A: What did I use before that? I used
[11] to try Vitamin B12 and stuff like that.
[12] Sometimes beriberi would give you peripheral
[13] neuropathy. You can get peripheral neuropathy
[14] from Vitamin B12 deficiency, pernicious
[15] anemia. I had one person that came out of the
[16] prison camp and came out with pernicious
[17] anemia and neuropathy, also had other things
[18] going with it, but it was unusual. I used
[19] Dilantin.
[20]  Q: Dilantin?
[21]  A: I remember using Dilantin in the
[22] past.
[23]  Q: Was Dilantin an anti —
[24]  A: It's an anticonvulsant. Somewhere
[25] along the lines somebody said that worked on

Page 76

[1] E. MICHAEL OKIN, M.D.
[2] peripheral neuropathy. I don't know who said
[3] it, but we tried it, but the problem with the
[4] Dilantin is people get their gums overgrown
[5] and stuff like that, so it wasn't a very —
[6] people didn't want to do that.
[7]  What else did we prescribe for
[8] peripheral neuropathy?
[9]  It was based on diabetes, to try to
[10] get their diabetes under control, but there
[11] wasn't a whole lot.
[12]  Q: Now, Dilantin as an anti —
[13]  A: Elavil was another thing that people
[14] used I think. It was off-label if I remember
[15] correctly. I'm pulling my memory out.
[16]  Q: Was that an anticonvulsant?
[17]  A: It was an antidepressant more than
[18] an anticonvulsant.
[19]  Q: Do you consider that all
[20] anticonvulsant drugs work on people the same
[21] way?
[22]  A: No.
[23]  Q: Do you know how Neurontin works?
[24] Did anyone ever tell you?
[25]  A: I think I may have read once, but I

Page 77

E. MICHAEL OKIN, M.D.
[2] don't know how it works on the peripheral
[3] nervous system. I have no idea. I just know
[4] it works. I know it's an anticonvulsant, most
[5] likely suppresses your focuses in the brain
[6] that cause — that is how most anticonvulsants
[7] work.
[8] Q: Right. So you're assuming that
[9] Neurontin work the same way as other
[10] anticonvulsants work?
[11] A: But not on the peripheral nervous
[12] system. I don't know how it works. I have no
[13] idea what the mechanism is. I know with the
[14] central nervous system, going back to
[15] pharmacology, you try to suppress the abnormal
[16] focus in the brain with anticonvulsants. If
[17] one didn't work, you try two or three together
[18] and use phenobarb. They had a lot of things
[19] that we used in the past.
[20] Q: But we don't know what the mechanism
[21] of action for Neurontin is?
[22] A: I don't know and you don't know.
[23] Q: You don't know and certainly I don't
[24] know, that's right.
[25] Those three conditions that you have

Page 78

[1] E. MICHAEL OKIN, M.D.
[2] prescribed Neurontin for, the two neuropathies
[3] and the RSD, you are prescribing that for what
[4] you categorized twice by my count as the
[5] patient perceives as pain?
[6] A: Pain is always perceived.
[7] Q: It's a subjective symptom?
[8] A: It is a subjective symptom.
[9] Q: You are reliant, are you not, on the
[10] patient being accurate when he says I feel
[11] pain?
[12] A: Yeah. I think the other thing that
[13] you rely on more than that RSD is a complex,
[14] okay? Usually the patient's skin is very
[15] hypersensitive. The patients have — if they
[16] are an operative patient or had an injury,
[17] their pain is way out of proportion to what
[18] this symptom would normally — the complex
[19] would normally present with. It is something
[20] that the patient has an extraordinary amount
[21] of pain or discomfort or burning or
[22] dysesthesias as you would expect the patient
[23] to have under a normal circumstance with a
[24] similar problem.
[25] Q: With RSD you actually get objective

Page 79

[1] E. MICHAEL OKIN, M.D.
[2] symptoms sometimes. You can get skin
[3] discoloration —
[4] A: Yeah, you get skin disorders, but
[5] usually it's — say you are operating on
[6] somebody's ankle, they had a broken ankle, and
[7] they come out and they have excruciating pain
[8] when they come out of the cast. They have
[9] RSD. It is way out of proportion to what you
[10] would expect. They have changes on the bone
[11] or osteoporosis. They have a lot of things
[12] that go along with it. It is not just pain.
[13] And then you treat that complex.
[14] Q: And they are saying to you, I feel
[15] pain, and that's why you are treating them?
[16] A: Well, it is usually a certain kind
[17] of pain, a burning pain, dysesthetic pain, and
[18] that's what you would use it for.
[19] Q: You wouldn't expect a drug company
[20] to put out false information, would you,
[21] Doctor?
[22] A: Would I?
[23] Q: Yes.
[24] A: I read everything discerningly when
[25] I read about it.

Page 80

[1] E. MICHAEL OKIN, M.D.
[2] Yes, I would — I can expect some
[3] false information to come along after seeing
[4] the papers recently, yes.
[5] Q: You say after seeing the papers
[6] recently. What do you have in mind, the Vioxx
[7] litigation?
[8] A: There has been — there has been a
[9] lot of things — I can't recall each one — in
[10] the Wall Street Journal. I read that. That
[11] is another journal I read.
[12] Q: But if we went back ten years, you
[13] would not have expected that you would be
[14] getting false information from the drug
[15] companies?
[16] A: No; I would expect to get
[17] information that would try to market their
[18] drugs and give me the reasons why — if
[19] something was wrong with the drug, they
[20] wouldn't always come out and say there is
[21] something wrong with it right away, you know.
[22] Q: You have samples of Neurontin in
[23] your office, don't you?
[24] A: No.
[25] Q: The drug companies have never given

GREGORY CLARK and LINDA MEASHEY et al., v. PFIZER, INC., et al.,
Case 1:04-cv-10981-PBS Document 586-4 Filed 12/22/2006 Page 7 of 16
E. MICHAEL OKIN, M.D.
August 30, 2005

Page 81

[1] E. MICHAEL OKIN, M.D.
[2] you a sample?
[3] A: Never had a sample of Neurontin.
[4] Q: You're sure of that?
[5] A: Never had a rep come in about
[6] Neurontin. I'm absolutely sure about that.
[7] Q: Would there be any particular
[8] reason, Doctor, why a patient from this office
[9] that you treated would have Dr. Stein's name
[10] on his or her prescription label?
[11] A: Occasionally — the way this office
[12] works is that I see my patients, he sees his.
[13] Over the last five years he no longer
[14] operates, so that I — on many occasions I
[15] will see a patient of his because he needs
[16] surgery and I will operate on the patient and
[17] he may see the patient back. Or if I'm on
[18] vacation, he will see my patient. So there is
[19] cross-activity there, and that has been that
[20] way for the last 30 years.
[21] When patients are in the hospital, I
[22] will see the patient; he will see the patient.
[23] He will discharge the patient; he will write
[24] the prescriptions. There is cross-activity
[25] there.

Page 82

[1] E. MICHAEL OKIN, M.D.
[2] Q: You wouldn't happen to have that RSD
[3] society book that your patient gave you?
[4] A: I may. I will look in my closet and
[5] see next door. We did a move, a lot of our
[6] stuff, and threw out a lot of stuff. It might
[7] not be here anymore. I could look upstairs
[8] for you.
[9] Q: Doctor, just to clarify, you have
[10] already said you have 150 hours every —
[11] A: Minimum. I usually get 225, 250
[12] hours every three years.
[13] Q: That's not just these orthopedic
[14] society meetings that you are talking about?
[15] A: It is all orthopedic meetings. I
[16] have to go to — I go to the Academy of —
[17] American Academy has a meeting every year.
[18] You get 35 credits. That is usually in
[19] different — sometimes it is in New Orleans.
[20] That is the major meeting. I always go to
[21] that.
[22] I always go to — there's two
[23] Pennsylvania Orthopedic Society meetings a
[24] year. I go to those.
[25] And then every three years I have to

Page 83

[1] E. MICHAEL OKIN, M.D.
[2] go to the Arthroscopy Association of North
[3] America meeting, which is a long meeting. And
[4] I go to other meetings if a new technology
[5] comes out or something and wherever I can get
[6] continuing education. I go to the
[7] Philadelphia Orthopedic Society. They have a
[8] meeting once a month down there. And if a
[9] meeting is around the country that is
[10] interesting to me, I will go.
[11] MR. WESTON: I'm done with you.
[12] BY MR. DUGGAN:
[13] Q: I have just one or two followups.
[14] Doctor, you testified about the
[15] patient for whom you first prescribed
[16] Neurontin who suffered from RSD?
[17] A: Yes.
[18] Q: Would you in your practice prescribe
[19] a drug to a patient simply because they asked
[20] for it?
[21] A: This patient researched the subject
[22] very well and today patients are empowered,
[23] and she came to me and she said, "I've done my
[24] research and I found this drug that seems to
[25] work for other people with the entity that I

Page 84

[1] E. MICHAEL OKIN, M.D.
[2] have. Would you prescribe it for me?"
[3] And I said, "Well, let me check it
[4] out." And I had nothing else to offer her. I
[5] said, "Yeah."
[6] Q: Did she tell you that other people
[7] suffering from her condition had found it to
[8] be effective?
[9] A: Yes; that's why she asked me to do
[10] it.
[11] Q: And do you know whether she was
[12] familiar with the particular individuals who
[13] had found it to be effective?
[14] A: I think she probably met these
[15] individuals on the Internet and I think she
[16] also probably got the literature.
[17] Today you can be very knowledgeable
[18] on a subject very quickly. Just go on the
[19] Internet and dial in the National Library of
[20] Medicine. I had a grandson who was born with
[21] muscular dystrophy and my daughter and
[22] son-in-law became experts in congenital
[23] muscular dystrophy. Within about three weeks
[24] they knew more than the doctors.
[25] Q: But do I understand correctly that

Page 85

[1] E. MICHAEL OKIN, M.D.
[2] she had told you that other people suffering
[3] from the same condition had told her that it
[4] was effective for them as patients?
[5]   A: That is correct.
[6]   Q: Doctor, you also mentioned that the
[7] pain management specialists at the hospital
[8] had been prescribing Neurontin for their
[9] patients?
[10]   A: For my patients and their patients.
[11]   Q: They were co-patients effectively?
[12]   A: Yes. Other orthopedic surgeons and
[13] neurosurgeons would refer patients to them and
[14] they would come back on that medication.
[15]   Q: They told you that they were using
[16] Neurontin?
[17]   A: Yes.
[18]   Q: Did they tell you that they had
[19] observed that Neurontin was beneficial to the
[20] patients to whom they prescribed it?
[21]   A: Yes.
[22]   Q: You had mentioned the book that you
[23] had?
[24]   A: I remember — I never read the book.
[25]   Q: You had to have the book shown to

Page 86

[1] E. MICHAEL OKIN, M.D.
[2] you by your patient?
[3]   A: She gave me the book.
[4]   Q: Do you know whether or not that book
[5] in its discussion of Neurontin said that its
[6] safety and effectiveness had been proved?
[7]   A: I can't quote you because I don't
[8] think I ever read the book. I know I didn't
[9] read the book. It was one of the low
[10] priorities on my list of things to do.
[11]   MR. DUGGAN: I don't have any
[12] other questions. Thank you.
[13]         BY MR. WESTON:
[14]   Q: I have two more.
[15] What is JBJS?
[16]   A: Journal of Bone and Joint Surgery.
[17]   Q: I would be remiss if I didn't ask
[18] this sometime today.
[19]     The defendants have scheduled this
[20] deposition. Have they arranged for payment of
[21] your time here, Doctor?
[22]   A: Yes, they did.
[23]   Q: How much are you being paid?
[24]   A: $4,000.
[25]   Q: $4,000 for this deposition?

Page 87

[1] E. MICHAEL OKIN, M.D.
[2]   A: That's my normal fee for any
[3] deposition.
[4]   MR. WESTON: I'm done.
[5]         BY MR. DUGGAN:
[6]   Q: Sir, is it correct that you have
[7] made yourself available for our questions on
[8] your calendar for this deposition?
[9]   A: Yes; I put aside the time.
[10]   Q: Is it correct that that payment is
[11] for your reimbursement of productive time lost
[12] as a doctor?
[13]   A: Yes.
[14]   MR. DUGGAN: Thank you.
[15]     (Witness excused.)
[16]     (The deposition concluded at
[17] 5:10 p.m.)
[18]
[19]
[20]
[21]   E. MICHAEL OKIN, M.D.
[22] Subscribed and sworn to before me
[23] This _____ day of ___, 2005

Page 88

[1]
[2]       INDEX
[3] WITNESS:                Page
[4] E. MICHAEL OKIN, M.D.
[5]   By Mr. Duggan           3
[6]
[7]     OKIN EXHIBITS
[8] No.    Description        Page
[9] 1    Transcript           4

[1]
[2]       CERTIFICATE
[3]       I HEREBY CERTIFY that the
[4] proceedings, evidence and objections are
[5] contained fully and accurately in the
[6] stenographic notes taken by me on Tuesday,
[7] August 30, 2005, and that this is a true
[8] and correct transcript of same.
[9]
[10]
[11]
[12]
[13]
[14]
[15]       Cynthia A. Whyte, RPR
[16]
[17]
[18]       (The foregoing certification of
[19] this transcript does not apply to any
[20] reproduction of the same by any means,
[21] unless under the direct control and/or
[22] supervision of the certifying reporter.)
[23]
[24]
[25]

GREGORY CLARK and LINDA MEASHEY, et al., v.
PFIZER, INC., et al.,
E. MICHAEL OKIN, M.D.
August 30, 2005
Case 1:04-cv-10981-PBS   Document 586-4   Filed 12/22/2006   Page 10 of 16

## $

$4,000 86:24, 25
$65,000 72:7

## 1

1 4:9, 12
12:30 72:24
150 55:16; 82:10
1967 50:23
1973 9:17; 71:23, 24
1975 73:3
1979 72:7
1994 25:21; 55:14
1995 25:21; 46:13; 72:9
1996 25:21
1998 56:14, 18

## 2

20,000 73:15, 20, 22, 22
200 33:3; 72:16
200-some 72:10
2000 50:15; 51:19
2001 12:6, 15, 21; 15:25; 17:5; 26:2, 3, 5; 36:5; 41:18, 19; 46:12, 16; 50:6, 10; 55:15
2005 73:3; 87:23
225 82:11
25 17:13
250 72:12; 82:11

## 3

30 73:3, 7; 81:20
30-some 58:13
30-year 73:10
300 33:6
35 82:18

## 4

40 42:6
46 72:15

## 5

50 42:6
5:10 87:17

## 6

65,000 71:11, 20, 21; 73:6
68 50:24
6:30 72:23

## 7

70,000 71:21
73 4:13; 72:3
79 72:5

## 9

90s 65:3, 11, 11
9:30 72:25

## A

abnormal 77:15
abruptly 33:14
absent 4:17
absolutely 81:6
Academy 82:16, 17
accepted 17:20
accommodations 54:16; 55:23
accredited 14:9
accurate 78:10
aching 18:13
acquired 3:15
action 7:9; 77:21
active 9:17
actually 13:15; 23:20; 72:3, 4; 78:25
addition 20:23; 64:17; 67:11
advance 32:20
advise 33:11
AEDs 28:2, 5
affect 51:4
affected 23:23
affects 24:12
afternoon 6:20
again 20:22; 28:16; 47:6; 69:13
against 16:25
ago 9:19; 28:23
agree 22:4, 7, 8, 11; 63:23
ahold 7:5
airfare 54:15
alluded 63:4
along 74:25; 75:25; 79:12; 80:3
alternative 37:2; 44:12
although 48:21
always 13:12, 13; 17:3; 19:9; 61:14; 78:6; 80:20; 82:20, 22
America 69:13; 83:3
American 14:6, 7; 82:17
amount 9:20, 21; 78:20
anecdotal 29:20; 38:24
anemia 75:15, 17
anesthesiologist 64:22
anesthesiologists 30:7; 65:5, 18
anesthetic 43:22
anesthetics 43:18
ankle 79:6, 6
anti 75:23; 76:12
anticonvulsant 28:11; 31:14; 75:24; 76:16, 18, 20; 77:4
anticonvulsants 27:24; 28:13, 18; 77:6, 10, 16
anticonvulsive 27:4
antidepressant 76:17
antiepileptic 27:23; 28:9, 10, 13, 18; 31:14
anymore 82:7
Apart 6:22; 8:15; 21:17; 60:11
apparent 66:8
appears 4:12
appropriate 34:8; 39:10; 45:3; 47:17; 53:17, 22
approval 4:18; 11:9, 11
approved 11:16; 12:3, 12, 18; 19:2; 27:7; 36:7; 41:21; 43:16, 19, 22; 44:4, 6, 9; 47:12
approving 11:4
approximately 36:10; 42:3
arc 25:7
area 10:18
areas 24:11
around 25:5, 7, 7, 8; 63:20; 74:5; 83:9
arranged 86:20
arthroscopic 9:22
arthroscopies 68:20, 21
Arthroscopy 68:18; 83:2
article 57:11, 14, 21, 24
articles 68:16, 23; 69:7
aside 87:9
associate 57:24; 58:7
Association 83:2
assume 44:2; 61:8; 62:18; 71:2; 73:14
assuming 77:8
attend 12:23; 54:11; 55:11, 24; 56:12, 16
attended 54:6; 55:18; 56:20, 25
attending 54:17
autoimmune 18:16
autonomic 42:24
available 5:3; 87:7
avoid 38:3
aware 4:7; 8:14; 26:5; 36:6; 41:20
away 33:4; 80:21
axons 23:19

## B

B12 75:11, 14
back 7:7; 24:14; 25:6; 28:23; 30:14, 17; 33:9, 13, 14; 38:14; 50:20, 23; 62:14; 64:23; 65:11; 66:2; 70:13; 77:14; 80:12; 81:17; 85:14
background 9:10
bad 37:20; 70:24
ballpark 37:3
base 15:21; 39:5
based 13:14; 34:7; 39:8; 42:20; 45:2; 46:21, 25; 47:21, 25; 76:9
basic 5:21
basically 7:12; 14:15; 39:4; 65:8; 66:19
basis 38:8; 48:7, 9
Beach 56:14, 22
bear 32:11, 14
became 66:8; 84:22
become 15:2; 20:17
beer 42:16
begin 48:22
behavior 51:5
beneficial 85:19
benefit 19:24; 40:23; 53:7
benefits 16:25; 49:22
beriberi 75:12
besides 31:2
better 37:24, 25; 38:14; 49:23; 63:21; 66:3; 67:10
block 42:16, 17; 43:6, 7, 25; 44:3, 8
blocking 44:6
blocks 30:9; 42:15; 43:21
blood 23:24; 43:2
Board 14:7; 69:16
Board-certification 14:4, 5
Board-certified 13:24; 15:2, 4
body 31:18
bone 43:12; 79:10; 86:16
book 67:21, 22; 68:3, 4, 5; 82:3; 85:22, 24, 25; 86:3, 4, 8, 9
booklet 23:5
books 41:13
born 84:20
Boston 56:18, 23
brain 24:14; 25:8; 32:6; 77:5, 16
break 5:24; 25:10; 43:3; 60:3
breaks 43:5
briefly 18:19; 49:16
bring 27:3
broken 79:6
brought 67:21; 74:24

## C

bunch 73:11
bureau 54:21, 25; 55:5
burning 25:9; 78:21; 79:17
Burwell 3:3

calendar 87:8
call 37:19; 54:2; 66:9
called 7:7, 16; 24:18, 19; 27:11
came 31:6; 41:11; 42:10; 62:16; 63:7; 66:21; 67:20; 72:24; 75:15, 16; 83:23
camp 75:16
Can 6:16; 11:12; 14:2; 17:14, 22; 18:3, 4, 6, 10; 23:16; 24:6; 30:22; 33:24; 34:12; 39:13; 42:22; 43:8; 45:6; 49:3, 16; 54:23; 74:25; 75:13; 79:2; 80:2; 83:5; 84:17
care 5:4
career 13:12; 39:5
Carlton 56:18, 23
carpal 24:9; 36:23
carrier 48:17, 18
Carter 3:3
case 3:13, 16; 14:6; 19:14; 57:17; 58:4, 7, 10, 14; 60:23; 62:11
cases 66:23
cash 53:7; 55:23
cast 79:8
categorized 78:4
causative 64:9
cause 77:6
causes 43:12; 63:24
center 10:8
central 25:6; 77:14
certain 12:2, 11; 21:5, 25; 22:3; 28:12; 30:20; 32:20; 79:16
certainly 77:23
certified 14:6
changed 14:21; 49:12
changes 23:25; 79:10
characteristics 28:12, 17; 30:20; 31:23
Charles 3:2, 6
check 84:3
choose 68:16
chose 62:24
circumstance 78:23
claim 48:5, 8, 11, 16; 52:18; 59:20
clarify 61:6; 73:21; 82:9
Clark 3:14; 5:8, 15; 47:5, 11, 16, 18; 48:4, 15; 60:23; 63:12, 14
class 4:18; 7:9; 28:20, 20
clear 38:17; 61:5

clerkships 13:10
clinical 13:10; 17:18; 52:13; 59:16; 68:24; 69:12; 70:3, 25
clinically 35:6; 40:5; 45:19
closet 82:4
co-patients 85:11
cold 54:2
colleagues 20:25; 29:21, 25; 38:25; 46:25; 65:4
combination 14:23
commonly 12:2, 11; 17:8; 21:18; 26:19; 27:22; 28:4, 7
communicated 6:10, 17, 18
communication 6:22
communications 5:14; 6:24; 47:8
community 17:21
comp 48:17, 18
companies 11:8; 48:23, 25; 49:12, 25; 55:3; 80:15, 25
company 49:18; 53:8; 55:8; 56:13, 17, 22; 79:19
compensation 48:5, 8, 16
competitor's 49:23
complete 14:8, 16
completely 44:14
completion 14:18
complex 18:13; 64:7; 78:13, 18; 79:13
complications 29:2
computer 72:6; 74:3
computerized 72:4
computers 50:20
concluded 87:16
condition 4:17; 5:16; 29:23; 34:9; 37:13; 47:8, 9; 63:22; 84:7; 85:3
conditions 10:22; 23:11; 75:4; 77:25
conduct 24:3; 62:5
conducted 71:4
conduction 24:2
conductivity 24:13
conference 54:12, 17; 55:9; 56:12, 16, 21; 57:2
conferences 55:3
confined 70:15
congenital 84:22
conjointly 66:6
conjunction 10:5
connection 6:8; 11:12; 48:11, 15
cons 49:21
consider 16:2; 20:8, 18, 24; 21:7, 9; 29:9, 20; 38:18, 24; 44:19; 60:15; 76:19
consideration 16:3;
31:19; 32:10, 15; 38:8
considering 26:16; 29:12
consistent 74:9
constant 73:12, 13
constantly 15:15
constricted 24:11
consult 5:4; 64:19
consultants 56:3
consultation 30:14
consulted 64:12, 13
contacts 48:20
contents 5:14
continue 15:19; 34:17; 37:9; 39:13
continuing 55:11, 18, 24; 69:22; 83:6
contribute 13:19; 58:24
contributed 15:12
contributes 15:18
control 76:10
controlled 62:5; 66:24
conversation 7:3; 8:22
conversations 8:23, 25
correctly 76:15; 84:25
Counsel 3:18; 6:8, 11, 12, 24; 8:23
count 78:4
country 83:9
couple 34:3
course 13:7; 18:14; 20:21; 24:22; 58:12; 61:13; 68:14; 70:7
courses 44:12, 13
court 4:3, 13, 19, 24; 40:23
credits 82:18
cross-activity 81:19, 24
current 15:8
curve 20:20
cycle 25:11; 43:4, 5

**D**

date 6:21
dates 36:4
daughter 84:21
Davis 3:3, 15; 48:21; 50:5, 10, 11, 13; 51:11, 15; 54:2, 7, 13, 18
day 6:17; 7:16; 14:13; 16:18; 33:6, 8, 17, 17, 18; 49:8, 9; 72:22; 74:6, 7, 12, 19; 87:23
days 33:3, 7, 13, 18, 18; 74:13, 18, 20
deciding 38:20
decision 21:13; 32:11
defendants 3:4, 12; 4:22; 86:19
deficiency 75:14
degenerative 23:25
dentist 43:24
depends 36:14
deponent 4:19
depose 7:14
deposed 5:18
deposition 3:23; 4:16, 21, 23; 5:22; 7:18, 23; 86:20, 25; 87:3, 8, 16
depositions 61:2
depth 64:3
describe 9:12; 18:10; 23:16; 24:6; 49:16
described 67:12
details 5:15
diabetes 23:23; 76:9, 10
diabetic 27:8
dial 84:19
different 13:9; 15:25; 17:5; 22:8, 9; 24:21; 32:22; 68:15; 72:19; 82:19
Dilantin 28:24; 29:2; 75:19, 20, 21, 23; 76:4, 12
dilatation 43:2, 3, 12
dinner 56:8
disc 60:15
discerningly 79:24
discharge 81:23
discogenic 36:19
discoloration 79:3
discomfort 78:21
discuss 8:17; 49:21; 58:21
discussed 51:9, 21; 54:9; 55:20; 57:3
discussing 8:15
Discussion 53:4; 60:20; 86:5
disease 23:18
disorders 23:9; 79:4
Doctor 3:12; 5:3, 18; 6:7; 9:9; 12:23; 13:23; 15:9, 11, 12, 22; 16:6, 12; 17:7; 21:17; 26:23; 27:21; 31:9; 35:24; 41:3; 42:3; 45:5; 46:7; 47:4; 48:19, 24; 51:5, 17; 52:4, 22; 53:6, 25; 54:11, 20; 55:11; 56:5, 12, 25; 58:10; 59:3, 23; 60:22; 61:2; 71:8; 79:21; 81:8; 82:9; 83:14; 85:6; 86:21; 87:12
doctors 10:9, 13; 11:16, 25; 12:10; 17:20; 21:8; 37:18; 59:4; 61:14; 84:24
done 12:21; 19:9; 63:6; 64:11; 83:11, 23; 87:4
door 82:5
dose 33:2, 5
double-blind 34:25; 39:24; 45:14; 52:6; 59:12
down 23:21; 31:7, 10, 16; 33:13, 14; 83:8
Dr 10:11, 15, 16; 81:9
drug 11:13, 16, 17; 17:15,
25; 19:13, 21; 20:4, 8, 14, 17, 19, 21; 21:5; 27:6, 10, 15; 28:9, 14; 29:13; 31:11, 14, 14, 15; 32:12; 33:20, 24; 37:25; 38:2, 14, 23; 42:10; 63:10; 67:7, 8, 17; 75:8; 79:19; 80:14, 19, 25; 83:19, 24
drugs 17:8, 22; 18:25; 19:15; 20:9, 12; 21:18; 27:18, 22, 23; 28:7, 13, 18, 20; 31:5; 76:20; 80:18
DUGGAN 3:2, 2, 11, 18, 25; 53:5; 60:2, 6, 17; 61:11, 16; 83:12; 86:11; 87:5, 14
duly 3:9
during 73:9
dysesthesias 78:22
dysesthetic 79:17
dystrophy 24:20; 64:14, 84:21, 23

**E**

E 3:8; 4:1; 5:1; 6:1; 7:1; 8:1; 9:1; 10:1; 11:1; 12:1; 13:1; 14:1; 15:1; 16:1; 17:1; 18:1; 19:1; 20:1; 21:1; 22:1; 23:1; 24:1; 25:1; 26:1; 27:1; 28:1; 29:1; 30:1; 31:1; 32:1; 33:1; 34:1; 35:1; 36:1; 37:1; 38:1; 39:1; 40:1; 41:1; 42:1; 43:1; 44:1; 45:1; 46:1; 47:1; 48:1; 49:1; 50:1; 51:1; 52:1; 53:1; 54:1; 55:1; 56:1; 57:1; 58:1; 59:1; 60:1; 61:1; 62:1; 63:1; 64:1; 65:1; 66:1; 67:1; 68:1; 69:1; 70:1; 71:1; 72:1; 73:1; 74:1; 75:1; 76:1; 77:1; 78:1; 79:1; 80:1; 81:1; 82:1; 83:1; 84:1; 85:1; 86:1; 87:1, 21
E-F-F-E-X-O-R 18:5
early 62:19; 65:11
easy 67:7
education 13:2; 55:12, 19, 24; 69:22; 83:6
effect 19:16; 21:7; 24:12
effective 22:2, 5, 14, 19; 28:20; 34:12, 20; 35:2, 7, 11, 15; 39:14, 19, 25; 40:6, 10, 14; 45:6, 10, 16, 20, 23; 52:7, 13, 18; 59:13, 17, 21; 84:8, 13; 85:4
effectively 85:11
effectiveness 35:20; 40:19; 46:3; 86:6
effects 32:8, 11, 18; 33:21, 22, 23; 37:21; 67:4
Effexor 17:25; 18:7, 18, 20; 19:4; 21:12, 17
efficacious 38:23
efficacy 18:24
either 52:19; 56:22; 70:23
Elavil 76:13
electrocardiogram 50:18; 51:3
electrocardiograms 51:8
eliminate 42:23
else 57:25; 58:8; 70:22; 76:7; 84:4
elsewhere 15:9
employees 49:24
empowered 83:22
end 15:24
enough 39:6; 67:24
entire 13:12
entity 18:22; 23:19; 24:19, 23; 83:25
entrapment 23:13; 24:7, 8, 10; 29:15, 16; 35:25; 36:3, 8, 11, 15, 22; 37:5, 10, 16; 38:5, 13, 19; 39:2, 8, 14, 20; 40:2, 7, 11, 15, 22; 52:8, 15, 20; 60:15; 75:4
entrapped 38:16
epidural 36:20; 43:6; 64:24; 66:5
epidurals 30:8
equation 42:25
estimate 72:2
etiology 64:2
even 21:6
event 4:23; 54:6; 57:2; 64:9
eventually 66:20
everyone 22:5
exact 64:9
exactly 8:2
exam 14:20
examination 14:18, 25; 15:3
examined 3:9
example 23:23
exams 14:24
except 3:19
exchange 8:12; 53:8; 54:16
exchanged 8:13
excruciating 79:7
excused 87:15
exercise 16:4, 7, 13, 19, 23; 21:14
Exhibit 4:9, 12
expect 78:22; 79:10, 19; 80:2, 16
expected 80:13
experience 15:11, 17; 20:7, 23, 25; 29:10; 38:7, 18, 22; 39:6, 6; 46:22; 47:25; 67:15; 70:25
experienced 61:3
experiences 21:9; 38:25; 44:20; 47:2

GREGORY CLARK and LINDA MEASHEY, et al., v.
PFIZER, INC., et al.,
Case 1:04-cv-10981-PBS   Document 586-4   Filed 12/22/2006   Page 12 of 16
E. MICHAEL OKIN, M.D.
August 30, 2005

experts 84:22
explain 14:2; 30:22; 42:22; 54:23
explained 7:8; 66:10
extraordinary 78:20
extremity 43:11, 13

**F**

facets 9:15
fact 22:4; 67:19
factor 20:8, 18
faculty 70:3
fair 9:20, 21; 11:25; 12:10; 15:16; 21:11; 36:13; 46:7, 11, 15; 47:15, 20, 23
fairly 73:12
fall 38:14
false 35:19; 40:18; 46:2; 52:24; 59:7, 9; 79:20; 80:3, 14
familiar 5:21; 11:3, 6, 19, 21, 24; 22:23; 24:9; 27:15, 21; 31:4, 11, 22; 32:7; 54:20; 84:12
Familiarity 27:20
familiarize 49:19
far 29:2
FDA 11:4, 9, 11; 12:3, 12, 19; 18:25; 23:5; 27:7; 36:7; 41:21; 43:16
FDA-approved 22:24; 26:7; 44:5
fee 87:2
feel 78:10; 79:14
few 25:12; 33:21; 47:4; 48:20; 60:24
fibers 23:20, 22; 24:13
Fibromyalgia 18:9, 11
filed 48:5
finally 7:7
financial 53:12
find 7:7; 20:21; 23:15
fine 38:2
finish 40:24
first 12:7; 14:22; 25:16, 19; 33:12; 34:2; 36:2; 41:7, 9; 44:15; 62:15, 20, 21; 66:8; 67:20; 83:15
five 14:14; 49:15; 68:15; 74:5, 18; 81:13
float 36:4
Florida 56:14, 22
fluid 32:16
focus 77:16
focuses 77:5
following 67:16
follows 3:10
followup 60:24
followups 83:13
food 54:16
form 3:20

forming 29:23
found 33:23; 83:24; 84:7, 13
four 14:16; 49:15; 74:5, 18
Frankford 9:18; 10:3; 65:9; 67:13; 70:16
free 55:22, 23, 23
frequency 49:10
frequent 17:10
frequently 17:12; 26:13; 30:10; 49:3, 13
Friday 74:15
full 74:17
funds 58:20
further 4:19; 60:18
future 38:9; 51:6

**G**

game 68:12
ganglion 43:10, 11
Gary 10:15
gave 50:20; 82:3; 86:3
general 9:10, 14; 15:23; 23:16; 25:20; 42:7; 48:22
generally 7:2; 8:20; 10:21; 11:3; 17:14
generic 49:5
George 10:16
gets 23:22; 37:21, 24, 25
given 48:10; 80:25
goes 25:7; 33:4
good 23:24; 70:24
gradually 46:19
grandson 84:20
grant 58:17
granted 4:23
great 64:3
Greg 60:23
Gregory 3:14; 5:8; 7:10; 63:12, 14
group 10:14; 41:12; 63:8, 20; 65:6, 12, 13; 70:17
guarantee 22:20; 34:19; 39:18; 40:13; 45:9
guaranteed 22:17; 35:14; 37:23
guess 7:6; 36:14; 70:13
gums 29:3; 76:4
guys 7:17

**H**

half 74:16
hand 32:6
happen 82:2
happened 65:24
happens 25:4; 32:21
headaches 32:18
hear 5:9

heard 49:24; 56:2; 59:7, 9; 70:11
hearing 59:19
held 69:23, 24
help 25:9; 63:10
Herbert 10:11
herniated 60:15
hired 55:2
history 24:22; 32:23
hold 4:22
holds 69:25
home 64:25; 72:25
hospital 10:7; 65:9; 70:16; 81:21; 85:7
hotel 54:16
hours 55:16; 74:6, 8, 14; 82:10, 12
hundred 37:8; 38:4
hypersensitive 78:15
hypertrophy 29:3

**I**

idea 77:3, 13
identification 4:10
identified 60:7
identify 17:22
identifying 5:10
important 20:8
imposed 4:8
in-state 69:25
inadvertently 44:8
Inc 3:4
incentive 53:13
include 13:3
included 15:7
including 3:4, 13
increased 46:9
increases 15:21
independent 16:4, 14, 19, 24; 21:14; 34:7; 39:9; 45:2; 47:21, 24; 61:12, 14, 18, 19, 21, 25; 62:10
indication 12:18; 18:8; 19:2, 5; 24:17; 26:7; 38:12; 41:4
indications 12:3, 12; 21:12; 22:24; 23:15; 25:14; 60:7
individual 38:7
individuals 84:12, 15
inform 19:6; 61:24; 62:9; 67:14
information 5:10; 8:5, 7, 9, 12, 13, 15; 32:6; 46:18, 21, 24; 48:14; 52:23; 63:8; 64:15; 79:20; 80:3, 14, 17
inject 43:8, 11
injection 44:17
injury 25:2, 3; 78:16
inquire 4:16
inquiries 4:16

instance 24:16; 66:22
instances 19:18
instead 27:18
interactions 31:24
interesting 69:9; 83:10
internet 63:19; 64:16; 84:15, 19
internship 14:10, 12, 15
interrupt 61:16
interview 7:11
into 4:4, 16; 49:6; 63:20
intravenous 42:17
invasive 44:16, 17
invite 70:4
involve 16:3
involves 23:19
issues 4:24

**J**

JB 68:11
JBJS 68:22; 86:15
John 3:5; 60:22
Joint 86:16
joints 18:14
Journal 68:18; 69:4; 80:10, 11; 86:16
journals 68:8, 10, 15; 69:10; 71:3
judgment 16:4, 7, 14, 20, 24; 21:15; 29:23; 34:7; 39:9; 45:2; 47:22, 25; 61:13, 15, 18, 20, 21, 25; 62:10
Julie 3:6
Jupiter 56:14, 22
jury 14:3

**K**

kind 25:2; 30:18; 36:4; 69:20; 79:16
kinds 13:10; 28:7
knew 46:11, 12; 47:11; 61:9; 84:24
knowledge 15:21; 35:18; 40:17; 45:25; 46:5, 8; 52:22, 25; 54:25; 59:6
knowledgeable 84:17
known 17:19; 25:9; 27:22
knows 63:24; 64:2

**L**

label 81:10
labeled 27:14
lady 67:20
last 16:9; 42:9; 49:15; 81:13, 20
later 3:24
layman's 18:10; 23:17

layperson 63:18
leading 12:4; 39:16
learn 13:14
learning 13:13; 15:15; 20:20
left 68:3
legally 11:16
less 28:25; 44:16
liaisons 50:2
Library 84:19
lidocaine 43:23
life 31:12
likely 77:5
limited 14:12; 48:23
limits 4:3, 8
lines 75:25
list 86:10
listen 56:5, 9
literature 51:14, 24; 63:9; 84:16
litigation 80:7
little 32:2; 50:19
long 37:6; 66:25; 83:3
longer 81:13
look 31:10; 82:4, 7
looked 63:19; 67:24
lost 87:11
lot 9:22; 34:3; 41:12; 44:16; 51:7; 64:4; 68:13, 19, 21, 25; 69:16; 76:11; 77:18; 79:11; 80:9; 82:5, 6
lots 9:23; 36:24; 37:24
low 33:2; 86:9
lunch 73:2

**M**

M.D 3:8; 4:1; 5:1; 6:1; 7:1; 8:1; 9:1; 10:1; 11:1; 12:1; 13:1; 14:1; 15:1; 16:1; 17:1; 18:1; 19:1; 20:1; 21:1; 22:1; 23:1; 24:1; 25:1; 26:1; 27:1; 28:1; 29:1; 30:1; 31:1; 32:1; 33:1; 34:1; 35:1; 36:1; 37:1; 38:1; 39:1; 40:1; 41:1; 42:1; 43:1; 44:1; 45:1; 46:1; 47:1; 48:1; 49:1; 50:1; 51:1; 52:1; 53:1; 54:1; 55:1; 56:1; 57:1; 58:1; 59:1; 60:1; 61:1; 62:1; 63:1; 64:1; 65:1; 66:1; 67:1; 68:1; 69:1; 70:1; 71:1; 72:1; 73:1; 74:1; 75:1; 76:1; 77:1; 78:1; 79:1; 80:1; 81:1; 82:1; 83:1; 84:1; 85:1; 86:1; 87:1, 21
machine 50:19
maintain 65:23
major 67:4; 82:20
majority 19:11
management 30:2, 5, 8; 31:9; 47:3; 63:21; 65:10,

15; 66:4; 67:13; 70:17; 85:7
Mangan 3:6; 73:20
manufacturers 50:14
many 21:21; 25:2; 26:17; 28:23; 33:21, 23; 36:10; 37:3; 42:3; 44:13, 14; 71:8, 13, 25; 72:8, 18, 20; 73:25; 74:13; 81:14
marked 4:9, 11
market 62:15; 80:17
math 72:14; 74:23; 75:2
matter 6:8
may 7:25; 11:16; 28:20; 32:24; 33:10; 36:20; 76:25; 81:17; 82:4
Maybe 17:13; 26:18; 49:8
meals 55:23
mean 23:7; 30:5
meaning 37:19; 49:15
means 14:4, 5; 19:20; 42:22, 23; 54:24
meant 20:4; 61:22
mechanism 77:13, 20
medical 4:17; 5:16; 12:23; 13:9; 14:10; 16:4, 14, 20, 24; 18:15; 21:14; 29:23; 34:7; 39:9; 45:2; 47:7, 22, 24; 50:2, 17, 21; 51:4; 53:17, 22; 55:12, 19, 24; 61:18, 20, 21, 25; 62:10; 63:16
medication 4:15; 7:9; 13:11, 14; 15:19; 21:23, 25; 22:5, 13, 18; 23:10; 27:2, 4; 33:12; 42:14; 44:3; 53:12; 85:14
medications 11:5, 9; 12:2, 11, 18; 13:4, 21; 15:5, 7, 13, 18; 16:20; 21:21; 22:10; 26:23; 31:24; 37:12; 42:12; 43:14; 49:20
medicine 3:17; 9:22; 49:22; 53:9, 15, 17; 57:12, 15, 18, 21, 25; 58:4, 18, 21, 25; 84:20
medicines 58:11
meeting 69:25; 70:2; 82:17, 20; 83:3, 3, 8, 9
meetings 21:4; 56:3; 69:16, 18, 20, 21, 22, 23; 70:7; 82:14, 15, 23; 83:4
memory 7:21; 76:15
mentioned 21:13; 24:18; 27:19; 41:3; 43:15; 85:6, 22
met 84:14
metabolizes 31:18
MICHAEL 3:8; 4:1; 5:1; 6:1; 7:1; 8:1; 9:1; 10:1; 11:1; 12:1; 13:1; 14:1; 15:1; 16:1; 17:1; 18:1; 19:1; 20:1; 21:1; 22:1; 23:1; 24:1; 25:1; 26:1; 27:1; 28:1; 29:1; 30:1;

31:1; 32:1; 33:1; 34:1; 35:1; 36:1; 37:1; 38:1; 39:1; 40:1; 41:1; 42:1; 43:1; 44:1; 45:1; 46:1; 47:1; 48:1; 49:1; 50:1; 51:1; 52:1; 53:1; 54:1; 55:1; 56:1; 57:1; 58:1; 59:1; 60:1; 61:1; 62:1; 63:1; 64:1; 65:1; 66:1; 67:1; 68:1; 69:1; 70:1; 71:1; 72:1; 73:1; 74:1; 75:1; 76:1; 77:1; 78:1; 79:1; 80:1; 81:1; 82:1; 83:1; 84:1; 85:1; 86:1; 87:1, 21
Michigan 12:25; 13:3
mid-1990's 62:19, 19
might 62:11; 82:6
mild 36:24
milligrams 33:3, 6
mind 27:3; 80:6
minimum 55:17; 82:11
Miss 6:13, 18, 23; 7:3, 17; 8:4, 11; 9:3
moment 13:16; 29:17; 35:25
Monday 74:14
monetary 53:7
money 58:18
month 68:19; 83:8
months 7:6
more 11:12; 23:16; 29:7, 14; 46:12, 16; 49:13, 14, 14; 55:16; 62:2; 76:17; 78:13; 84:24; 86:14
morning 6:19
most 19:18, 19; 33:24; 77:4, 6
mouth 43:25
move 82:5
moving 70:13
much 86:23
Muller 10:15
multiply 72:11
muscle 23:21
muscles 18:13
muscular 84:21, 23
must 11:9
myelin 23:22; 24:12

**N**

name 27:3; 31:15; 57:24; 58:7; 60:22; 81:9
named 4:15, 17, 18
names 5:10; 24:22
National 84:19
nature 30:9
nausea 32:22
near 15:25
necessarily 29:25
neck 43:9
need 5:24

needs 81:15
nerve 23:20, 20; 24:2, 10, 13; 25:3; 30:9; 36:21; 38:16; 42:24; 43:9; 44:3, 7, 8
nerves 23:19; 24:10
nervous 24:24; 25:6; 42:25; 77:3, 11, 14
neuopathies 19:23
neurogenic 66:7, 17
neurologic 19:23
neurologists 27:13
Neurontin 3:17; 7:9; 8:19; 17:23; 19:21; 22:21, 24; 23:12; 24:15; 25:9, 13, 17, 25; 26:8, 10, 14; 27:17; 28:8, 25; 29:5, 6, 11, 22; 30:3, 10, 17, 23; 31:17, 20, 23; 32:8; 33:20; 34:5, 11, 20, 24; 35:6, 11, 20; 36:2, 7, 12; 37:4, 10, 15; 38:6, 19; 39:3, 7, 13, 19, 23; 40:5, 10, 19; 41:5, 8, 21, 24; 42:4; 44:11, 15, 18, 20, 25; 45:6, 10, 13, 18, 22; 46:3, 8, 12; 47:11, 16; 50:14; 51:9, 14, 21, 25; 52:5, 12, 18, 24; 53:20; 54:4, 8; 55:20; 56:6, 10; 57:3, 6, 9; 58:15; 59:4, 8, 11, 16, 20, 24; 60:8, 13; 62:3, 6, 8, 10, 14, 20, 24; 63:3; 64:18, 25; 65:19; 66:7; 67:17, 25; 70:11, 15, 23; 71:3; 75:3, 9; 76:23; 77:9, 21; 78:2; 80:22; 81:3, 6; 83:16; 85:8, 16, 19; 86:5
neuropathic 28:15; 30:3
neuropathies 23:14; 26:18; 29:15; 78:2
neuropathy 23:13, 17, 18; 24:7, 8; 25:18, 25; 26:6, 11, 15, 21, 24; 27:8, 13, 18; 28:21; 29:7, 11, 16, 18; 30:24, 25; 34:6, 14, 21; 35:3, 8, 12, 16, 21, 25; 36:3, 8, 11, 15, 22; 37:5, 10, 16; 38:6, 13, 20; 39:2, 8, 15, 20; 40:2, 7, 11, 15, 22; 52:8, 9, 14, 15, 20, 20; 75:4, 5, 8, 13, 13, 17; 76:2, 8
neurosurgeons 85:13
new 11:4, 8, 16; 31:8; 74:6, 18; 82:19; 83:4
newer 31:5
next 82:5
nice 37:2; 38:14; 69:13
no-brainer 37:19; 67:3
non-FDA 11:22
non-FDA-approved 11:17
none 70:10
nonsurgical 37:18
normal 78:23; 87:2
normally 78:18, 19
North 69:12; 83:2

number 7:6; 14:11; 24:21; 36:13; 61:12; 70:3; 72:17
numbers 72:6

**O**

Object 12:4; 39:16
objection 12:13
objections 3:19
objective 78:25
obligated 16:6, 12
obligation 10:6
observations 20:16, 24; 70:20
observe 20:13
observed 85:19
Obviously 60:25; 63:13; 66:3
occasional 36:22
occasionally 74:15; 81:11
occasions 81:14
occurrence 17:11
odd 58:13; 72:10
off 31:5; 53:2, 4; 60:19, 20; 72:12
off-label 11:23; 17:8, 16, 19, 23; 18:2, 7; 19:6, 12, 13, 20; 20:3; 21:6, 19, 24; 22:18; 27:14; 28:24; 31:6; 41:4; 55:19; 57:2; 58:24; 59:13, 17, 21; 60:9, 12; 67:18; 76:14
offer 11:8; 49:20; 84:4
offered 58:17, 20
office 49:6; 72:25; 80:23; 81:8, 11
often 28:7; 30:2
OKIN 3:8; 4:1, 9; 5:1; 6:1; 7:1; 8:1; 9:1; 10:1; 11:1; 12:1; 13:1; 14:1; 15:1; 16:1; 17:1; 18:1; 19:1; 20:1; 21:1; 22:1; 23:1; 24:1; 25:1; 26:1; 27:1; 28:1; 29:1; 30:1; 31:1; 32:1; 33:1; 34:1; 35:1; 36:1; 37:1; 38:1; 39:1; 40:1; 41:1; 42:1; 43:1; 44:1; 45:1; 46:1; 47:1; 48:1; 49:1; 50:1; 51:1; 52:1; 53:1; 54:1; 55:1; 56:1; 57:1; 58:1; 59:1; 60:1; 61:1; 62:1; 63:1; 64:1; 65:1; 66:1; 67:1; 68:1; 69:1; 70:1; 71:1; 72:1; 73:1; 74:1; 75:1; 76:1; 77:1; 78:1; 79:1; 80:1; 81:1; 82:1; 83:1; 84:1; 85:1; 86:1; 87:1, 21
older 36:17
on-label 21:24; 22:18
once 9:2, 3; 23:5; 26:18, 22; 29:7; 33:11, 18; 49:8; 76:25; 83:8

one 8:22; 11:12; 14:15, 18; 17:25; 20:17; 31:7; 33:3, 16, 17, 18, 19; 35:14; 38:11; 43:23; 60:16; 63:4, 24; 64:2; 68:4; 69:25; 70:2; 75:15; 77:17; 80:9; 83:13; 86:9
one-third 71:16
One-year 13:7
ones 69:2
only 18:3, 23; 42:17; 47:3; 50:16, 22, 24; 65:9
open 32:2
operate 37:22; 81:16
operated 38:12; 66:2
operates 81:14
operating 79:5
operation 38:3
operative 78:16
oral 14:20, 22
order 4:3, 19; 14:8; 56:9
organ 25:5
original 64:10; 67:11; 70:16
originally 20:4; 70:14
Orleans 82:19
orthopedic 9:14, 16, 21; 14:7, 14; 21:20; 26:16; 28:6; 69:17, 21, 21, 25; 70:4; 82:13, 15, 23; 83:7; 85:12
Orthopedics 68:24; 69:12
Orthopedists 29:14
osteoporosis 79:11
others 67:2
otherwise 61:8
out 7:7, 18; 42:10; 61:11; 68:22; 73:14; 75:15, 16; 76:15; 78:17; 79:7, 8, 9, 20; 80:20; 82:6; 83:5; 84:4
out-of-state 70:2
over 10:12; 42:7; 46:9, 19; 49:12; 66:24; 68:14; 71:4; 74:9, 22; 81:13
overgrown 76:4
own 16:13; 20:7, 24; 21:14; 29:9, 23; 38:18; 39:5; 44:19; 47:21, 25; 64:11; 66:24; 67:15; 70:19, 25

**P**

p.m 87:17
pad 31:8
Page 4:12
paid 54:11; 55:7; 56:5; 86:23
pain 23:21; 24:4, 13, 15, 20, 25; 25:4, 9; 30:2, 3, 4, 8; 31:8; 33:4; 36:19; 38:15; 42:14; 47:3, 12; 65:10, 14; 66:4, 7, 17; 67:12; 70:17;

GREGORY CLARK and LINDA MEASHEY, et al., v.
PFIZER, INC., et al.,
E. MICHAEL OKIN, M.D.
August 30, 2005

78:5, 6, 11, 17, 21; 79:7, 12, 15, 17, 17, 17; 85:7
palm 32:2, 2, 3
papers 21:5; 80:4, 5
Parke 3:15; 48:20; 50:5, 9, 11, 13; 51:10, 15; 54:2, 7, 13, 18
Parker 3:6; 6:14, 18, 23; 7:4, 17; 8:4, 11; 9:3
Part 8:22; 10:6, 19, 24; 13:2; 15:3; 16:9, 23; 31:18; 46:24; 55:4; 63:7
participate 7:23; 57:6
particular 15:17; 17:2; 18:22, 22, 24; 19:5; 20:5; 22:9, 12, 13; 27:16; 62:11; 66:22; 81:7; 84:12
partner 71:16
pass 14:25; 24:10
past 19:22; 26:25; 29:9; 37:17; 38:6; 41:5; 44:20; 49:14; 71:4, 9, 22; 74:10, 22; 75:22; 77:19
patient 5:9, 9; 16:3; 17:17; 18:12; 19:16; 20:17; 22:13, 15, 17; 24:4; 25:3; 30:14, 16; 31:6; 32:19, 20; 34:19; 36:25; 37:21, 22, 24, 25; 38:21; 39:18; 41:10; 45:9; 53:16, 18, 21, 23; 62:25; 63:2, 3, 4, 5, 12, 16; 64:10, 17, 25; 65:25; 66:21; 67:5, 12, 20; 71:11; 78:5, 10, 16, 20, 22; 81:8, 15, 16, 17, 18, 22, 22, 23; 82:3; 83:15, 19, 21; 86:2
patient's 57:12, 18; 78:14
patients 5:11; 9:24; 13:11; 16:7, 13, 21; 18:17; 19:5, 19; 20:10, 13, 19; 21:3, 24; 23:12; 26:20; 29:10, 13, 22; 30:13, 15; 31:20; 33:24; 36:10; 37:4; 38:5, 7, 9, 19; 39:2; 41:13, 15; 42:4; 44:22; 46:22; 47:2; 48:2; 57:15; 58:24; 64:23; 65:20, 21, 22, 23, 25; 67:15; 70:20; 71:8; 72:7, 10, 12, 19, 20, 22; 73:6, 11, 15, 18, 23, 25; 74:6, 11, 13, 19, 21; 78:15; 81:12, 21; 83:22; 85:4, 9, 10, 10, 13, 20
pattern 33:15
pay 69:10
payment 86:20; 87:10
payments 53:7
PDR 23:8
peers 14:25
Pennsylvania 13:18; 69:24; 82:23
people 21:4; 22:9; 24:8; 27:11; 30:2, 5; 32:17; 36:18, 19, 21; 42:16; 65:6; 67:2, 9, 13; 74:25; 76:4, 6, 13, 20; 83:25; 84:6; 85:2

per 73:15
perceived 24:4; 78:6
perceives 25:3, 8; 78:5
percent 17:13
period 37:6; 42:7; 50:14; 51:19; 66:25; 73:10
peripheral 19:23; 23:13, 17, 18; 25:17, 25; 26:6, 11, 14, 17, 20, 24; 27:12, 17; 28:21; 29:7, 11, 15, 18; 30:24, 25; 34:6, 13, 21; 35:3, 7, 12, 16, 21; 52:8, 14, 19; 75:5, 7, 12, 13; 76:2, 8; 77:2, 11
permission 4:23
permitted 4:4
pernicious 75:14, 16
person 53:13; 75:15
personal 46:22
personally 32:5
persuaded 67:17; 70:23
pertain 15:4
pertinent 68:17, 23; 69:2, 7
Pfizer 3:4, 15; 48:21; 51:18, 22; 52:2; 54:3, 8, 13, 18
pharmaceutical 11:8; 48:25; 49:11, 17, 25; 53:8; 55:2, 8; 56:13, 17, 21
pharmacology 13:7; 77:15
phenobarb 77:18
phenomenon 18:16
Philadelphia 83:7
phrase 61:17
physician 59:7, 10, 15, 20, 24; 68:8
physicians 4:14; 55:2
pick 25:22; 68:15, 22
pill 44:16
pilot 32:2, 2, 3
place 56:14
placebo-controlled 34:25; 39:24; 45:15; 52:6; 59:12
plaintiff 5:7; 7:10; 8:5, 7, 12, 16, 24; 47:6
plaintiff's 4:5
plaintiffs 3:7, 13; 4:15, 17; 6:11, 12, 24
plays 11:4
please 6:3
Plus 13:8
point 14:3; 33:11; 39:4
Polk 3:3
portion 4:6, 12; 42:24
positive 21:6
potential 16:25, 25
potentially 14:3
practice 9:11, 13, 15; 10:5, 10, 13, 13, 17, 20, 24; 15:8, 9; 16:16; 17:7, 13, 24; 21:8, 19; 28:5;

69:3; 73:7; 83:18
practiced 10:19
practicing 15:12; 65:17
practitioner 49:19; 63:17
precipitate 32:25
preface 68:11
prescribe 11:17; 12:2, 11; 13:4, 11, 20; 15:13, 19; 17:8, 15, 23; 18:2, 8, 20; 19:4; 20:9, 12; 21:12, 18, 21, 23; 22:14; 24:5; 25:15; 26:10, 13, 19; 27:17; 29:13; 30:3, 23; 31:25; 32:12; 34:5; 37:9, 15, 25; 39:7; 41:15, 24; 44:11; 59:4, 24; 60:13; 62:8, 20; 64:18; 67:7, 8, 18; 70:24; 76:7; 83:18; 84:2
prescribed 4:14; 12:17; 22:21; 23:11; 25:17, 25; 26:4, 24; 29:6; 31:9; 36:2; 37:4, 13; 41:5, 8; 42:4, 8, 13, 15; 44:24; 47:10, 16; 53:11, 15, 20; 60:8; 62:21; 64:20; 73:19; 75:3; 78:2; 83:15; 85:20
prescribing 13:13; 15:5, 17; 16:20; 20:7, 17, 18; 31:19; 44:18, 20; 51:5; 53:9; 65:19; 78:3; 85:8
prescription 19:7; 31:8; 75:8; 81:10
prescriptions 10:25; 17:2; 29:12; 81:24
present 14:13; 21:5; 70:4; 78:19
presentation 56:6, 9
presented 14:3
presents 18:16; 64:7
preserved 3:20, 24; 4:2
pressured 59:3, 23
pretty 63:19; 73:13
prevent 32:19
primarily 23:9; 65:9, 14
primary 18:7
prior 12:21; 15:8; 44:22; 50:6, 10
priorities 86:10
prison 75:16
private 10:5
Probably 19:10; 29:4; 49:8; 74:5, 20; 84:14, 16
problem 17:17, 18; 18:22, 24; 19:17; 20:6; 30:18; 67:9; 76:3; 78:24
problems 19:23; 33:4, 7; 64:24
productive 87:11
profession 15:15
professional 61:12, 15
professors 70:5
program 14:9, 19
promise 22:12, 15
proportion 78:17; 79:9
pros 49:21

proved 34:24; 39:23; 45:14, 19; 52:5, 12; 59:11, 16; 86:6
proven 35:6; 40:5
provided 48:14, 17; 56:8
psychotherapeutic 19:15
pulling 76:15
purpose 44:2; 49:17
pursuing 44:11
put 19:25; 22:16; 66:6; 79:20; 87:9
puts 43:24
putting 72:5

Q 

qualifications 15:13, 18
qualifies 13:4, 20
qualifying 14:24
quick 32:24
quickly 84:18
quote 64:5; 86:7

R

raising 3:24
rather 44:11
react 20:13
read 4:6; 23:5; 41:12; 57:8; 58:10; 67:22; 68:2, 5, 8, 10, 12, 13, 13, 16, 18; 69:3, 5, 6, 8, 14; 71:2; 76:25; 79:24, 25; 80:10, 11; 85:24; 86:8, 9
reading 58:14
really 8:6; 21:20; 25:23; 50:12; 64:2, 21; 67:19; 68:2; 71:17; 72:21; 73:13; 74:2
reason 7:15; 27:16; 81:8
reasons 44:10; 80:18
recall 25:16; 28:23; 36:2; 41:7, 9; 50:4; 51:17; 58:14; 59:19; 70:10; 80:9
receipt 51:2
receive 51:24
received 51:13; 52:23; 53:6, 25; 54:15; 55:22
recently 49:14, 14; 80:4, 6
recess 60:5
recollect 7:21
recollecting 8:3
recollection 7:22
recommendation 70:17
reconstructive 9:20
record 9:4; 38:17; 53:2, 4; 60:19, 20
refer 28:4, 19; 30:4, 15; 85:13
referenced 65:6
referred 9:25; 27:25;

49:25
referring 6:14
refers 11:22
reflects 21:13
reflex 24:19; 25:5, 7; 64:14
regard 33:20
regarding 8:7; 46:8; 51:14, 25; 52:23; 54:3; 57:12, 15, 18, 21, 24; 58:4; 70:20
regional 24:20
register 24:14
regularly 68:10, 11
reimbursement 87:11
relate 47:5
related 57:6, 9; 68:25
relates 3:16
relating 8:5, 16
relatively 33:21
relevant 4:6
reliant 78:9
religiously 68:19; 69:5
rely 78:13
relying 62:9
remarkable 63:23
remember 6:20; 28:22; 43:4; 48:13; 50:16; 62:15, 21; 65:12; 66:12, 14; 75:21; 76:14; 85:24
remiss 86:17
rep 50:25; 51:10, 15, 22, 25; 81:5
rephrase 6:5; 16:11
report 57:17; 58:4, 7
reporter 40:24
reports 29:20; 46:25; 58:10, 15
represent 3:12; 60:23
representative 4:18; 49:6; 50:5, 9; 51:18; 52:4, 11, 17
representatives 48:25; 49:4, 11, 18
represented 6:7; 7:8
representing 9:6
request 4:5
requested 7:13; 63:2
research 63:6; 64:11; 68:25; 83:24
researched 83:21
reserve 4:22
reserved 4:25
residency 13:17, 19; 14:9, 11, 14, 16, 19
respect 18:6; 35:19
respond 17:18; 18:17
responding 63:6
responses 22:9
restate 12:9
result 53:12
retention 32:16
right 4:22; 28:3; 30:16;

62:6, 12; 63:25; 73:5; 77:8, 24; 80:21
risk 36:25
risks 16:25; 49:22
Ritz 56:18, 23
role 11:4
roughly 68:7
RSD 23:14; 24:18, 19; 41:5, 8, 11, 11, 22, 25; 42:5, 13; 43:10, 20; 44:7, 19, 22, 25; 45:7, 11, 16, 20, 23; 46:4; 52:9, 15, 20; 63:5, 8, 22; 64:13; 67:12, 22; 70:16; 75:4; 78:3, 13, 25; 79:9; 82:2; 83:16
rules 4:24; 5:22

**S**

safe 34:12, 20; 35:2, 6, 11; 39:14, 19, 25; 40:6, 10, 14; 45:6, 10, 15, 19, 23; 52:7, 18; 59:13, 20
safety 35:19; 40:18; 46:2; 86:6
sales 48:24; 49:4; 51:10, 14, 22, 25; 52:4, 11, 17
same 6:17; 7:16; 10:18, 19, 22; 12:13; 14:20; 20:19; 24:11; 28:11, 25; 33:15; 43:25; 64:22; 65:2, 6; 66:5; 76:20; 77:9; 85:3
sample 81:2, 3
samples 80:22
saw 31:12; 66:21
saying 42:11; 49:5; 79:14
scar 66:3
scheduled 86:19
school 12:24; 13:9; 14:10; 50:17; 51:4
sciatic 36:19
sciatica 64:24; 66:2, 18
scientist 72:13
scope 4:3
search 74:3
second 14:22; 53:3
seeing 80:3, 5
seek 11:9
seeking 11:8
seem 18:17; 61:5
seemed 63:10; 66:18
seems 19:17; 24:15; 43:3; 83:24
sees 31:9; 81:12
seizure 23:9, 9; 32:25
seizures 19:22; 32:23
seminar 55:19, 24
seminars 55:12
send 64:25; 66:4
sense 25:5
sent 64:23
service 9:19, 25
sessions 74:16, 17

several 15:23
severe 18:13; 25:8
shall 4:16
sheath 23:22
sheaths 24:2
Short 60:5
short-circuited 24:24
show 18:15; 21:5
shown 85:25
side 32:7, 10, 18; 33:21, 21, 23; 37:20; 67:4
similar 20:22; 78:24
similarly 24:6
simply 83:19
sit 14:17, 19, 20
situation 20:22
six 68:15; 72:11
skin 78:14; 79:2, 4
sleepy 34:3
smart 63:19
society 64:13, 14; 67:21; 69:17, 25; 82:3, 14, 23; 83:7
somebody 24:25; 38:12; 75:25
somebody's 79:6
someone 9:6; 57:25; 58:8
sometime 65:3; 86:18
sometimes 24:4; 36:18; 75:12; 79:2; 82:19
somewhat 11:6
Somewhere 75:24
son-in-law 84:22
sorry 41:2; 57:13; 61:16; 73:20
sort 61:23; 63:17
sought 11:12
sounds 28:3
sources 61:24; 64:12, 19; 67:14, 16; 68:5; 70:14
span 65:2
speak 7:11; 55:8
speaker 70:11
speakers 54:21, 25; 55:5; 70:6
speaking 4:13; 7:2
specialist 65:15
specialists 65:10; 85:7
specific 11:13; 17:19; 24:16; 25:12; 62:2; 67:9
specifically 8:16; 13:6; 20:2
spell 18:4
spinal 36:16; 43:7
spine 9:23; 36:16
spoke 9:2, 2
sponsored 54:7, 12, 17; 56:13, 17, 21
sports 9:21
staff 65:9
stage 68:12

start 33:2
started 24:25; 29:4; 33:11; 71:19; 72:5, 23
state 70:3
stated 7:13
statement 22:7, 11
states 70:5
stay 33:5, 8
Stein 10:11, 11
Stein's 81:9
stellate 43:9
stenosis 36:16
still 26:10; 41:24; 65:16, 17
stipulated 3:19
stop 33:14, 19; 38:2; 61:6; 67:5
stopped 69:5
Street 80:10
strike 30:20
students 50:21
studied 64:3
studies 52:7, 13; 57:8; 59:17; 62:5
study 34:25; 39:24; 45:15; 57:6; 58:18, 24; 59:12; 66:24
stuff 75:11; 76:5; 82:6, 6
subject 7:15; 63:7; 83:21; 84:18
subjective 78:7, 8
Subscribed 87:22
subsequent 20:9, 19, 25; 21; 29:13; 70:19
subset 27:22
substance 7:3; 66:14
success 29:21
sued 3:14
suffer 26:20
suffered 83:16
suffering 84:7; 85:2
suit 7:9
supply 23:25
support 41:12; 63:8, 20
suppose 71:9; 72:8
supposed 24:3
suppress 77:15
suppresses 77:5
sure 7:24; 48:12; 51:20; 58:12; 61:4; 65:2; 81:4, 6
surge 73:9
surgeon 26:17
surgeons 21:20; 28:6; 85:12
surgery 9:16, 21, 22, 23, 23; 14:7; 37:23; 72:24; 81:16; 86:16
surgical 36:25
sworn 3:9; 87:22
syllabus 50:18
sympathectomy 42:21
sympathetic 24:20;

42:15, 24; 43:8, 8, 21; 64:14
symposiums 69:2, 13
symptom 18:12; 64:7; 78:7, 8, 18
symptoms 79:2
syndrome 24:9, 21; 25:2
system 24:24; 25:6; 42:25; 77:3, 12, 14

**T**

talk 7:17; 8:19; 35:24; 65:4; 70:5, 11
talked 67:20
talking 41:13; 62:3; 68:7; 69:20; 82:14
taught 51:7
teaching 50:19, 19
technology 83:4
temporally 41:10
ten 42:9; 68:7; 71:5, 9, 22; 74:10, 22; 80:12
term 54:21; 56:2; 61:11
terminology 11:22; 19:19
terms 18:10; 23:17; 25:20; 31:23
terrific 37:20
testified 3:10; 62:4; 83:14
testimony 48:10
testing 71:4
theory 64:4
third 24:17; 41:3
though 21:6
thought 12:8; 41:2
three 9:19; 25:14; 33:12, 16; 43:14; 55:16; 60:7, 11; 74:5, 18; 75:4; 77:17, 25; 82:12, 25; 84:23
threw 61:11; 82:6
throughout 13:8, 12; 24:22
Thursday 74:16
times 17:10, 11; 25:2; 33:8, 16; 36:22, 25; 37:24; 44:13, 14; 61:12; 72:11, 16
tissue 66:4
today 4:4; 17:7, 24; 31:7; 69:8; 83:22; 84:17; 86:18
together 36:4; 77:17
told 4:20; 31:7; 35:18, 22; 40:17, 21; 43:4; 45:25; 46:5; 59:10, 15; 66:12, 15; 85:2, 3, 15
tolerate 32:17; 33:25, 25; 34:2; 67:5
Tom 65:13
took 56:14
Topamax 27:12
topics 8:17; 70:4
Torresdale 9:18; 10:3
total 72:17

touches 13:15
trained 30:8
training 13:3, 6, 20; 14:9, 11; 15:5
transcript 4:6, 7, 11
transpired 7:19; 8:2
trauma 9:19, 25; 10:7; 69:4, 6
traumatologist 9:18
treat 10:21; 16:2; 23:12; 29:24; 38:9, 15, 20; 64:8; 79:13
treated 10:22; 36:11; 38:5; 71:9; 72:9; 81:9
treating 16:7, 13; 21:3; 29:10, 22; 38:4, 7, 18, 25; 45:23; 48:2; 79:15
treatment 25:10; 26:6, 14; 27:7; 28:15, 21; 30:23; 34:6, 8, 13, 13, 21; 35:2, 2, 7, 12, 15, 20; 36:8; 39:10, 14, 25; 40:6, 11, 15, 19; 41:22, 25; 42:5, 13; 43:16, 20; 44:7, 12, 14, 19, 25; 45:3, 7, 11, 16, 20; 46:3; 47:12, 17; 52:8, 14, 19; 53:18, 22
treatments 42:18, 21
tried 36:17, 18, 21, 23; 76:3
Tropea 10:16
true 12:6, 15; 29:17
try 6:4; 19:24; 20:22; 36:24; 44:15; 64:8; 66:23; 75:11; 76:9; 77:15, 17; 80:17
trying 7:5, 21
Tuesday 74:14
tuition 55:22
tunnel 24:9; 36:23
twice 23:6; 26:18, 22; 33:6, 17; 78:4
two 4:14; 18:3; 27:18; 33:3, 7, 8, 9, 12, 18, 18; 77:17; 78:2; 82:22; 83:13; 86:14
two-minute 60:3
two-thirds 71:15; 73:16, 17
type 18:16; 28:14; 66:7

**U**

ulnar 24:10; 36:21
under 76:10; 78:23
Understood 21:22
unit 51:3
University 12:25; 13:3, 18
unusual 75:18
up 25:10; 31:10; 32:5; 33:6, 10; 36:15; 43:3, 5; 69:5; 71:21
upper 43:10

upstairs 82:7
use 17:16, 19, 20, 21; 18:2; 19:19, 20; 20:3, 3; 23:15; 28:7, 23, 24; 30:2, 5, 10, 11; 31:6; 32:5; 42:16; 43:22, 23; 44:5; 54:3, 8; 57:12, 15, 18, 21, 25; 58:25; 59:13, 17, 21; 61:14; 66:25; 67:18; 69:4; 75:7, 10; 77:18; 79:18
used 19:13, 21, 22; 26:3; 27:11, 11, 12, 13; 28:23; 65:10; 75:10, 18; 76:14; 77:19
useful 28:15
uses 11:13, 18, 22, 23; 17:9, 24; 55:19; 57:3; 60:9, 12
using 29:4; 34:15; 63:10; 66:11, 17; 70:15; 75:21; 85:15
usually 24:25; 30:7; 31:25; 32:5, 18, 20, 23; 33:2; 34:2; 36:24; 78:14; 79:5, 16; 82:11, 18

**V**

vacation 81:18
vascular 43:2, 12
verbatim 66:13
vernacular 28:11
vessel 43:2
view 5:6; 28:19
Vioxx 80:6
virus 64:6
visited 48:24; 49:4, 11; 50:4, 9, 25; 51:18
visits 49:17; 72:17; 73:22, 23
Vitamin 75:11, 14
volunteered 8:6

**W**

waived 3:23
walking 49:6
Wall 80:10
Wardwell 3:3
warn 32:20
Warner-Lambert 3:14, 16; 48:21; 50:6, 10, 13, 17, 23, 25; 51:10, 15; 54:3, 7, 12, 18
way 6:5, 18:17; 22:16; 24:3; 31:17; 50:22; 51:4; 68:12; 71:18; 76:21; 77:9; 78:17; 79:9; 81:11, 20
Wednesday 74:15
week 72:11, 12; 74:18
weeks 33:9; 34:3; 72:12, 15; 84:23
weigh 16:24
WESTON 3:5, 5, 22; 6:13;
12:4, 13; 16:8; 39:16; 53:2; 60:4, 19, 21, 22; 61:19; 83:11; 86:13; 87:4
Whenever 21:23; 26:5
wherever 83:5
whole 73:11; 76:11
whose 27:2
withdrawal 32:24
within 23:22; 34:2; 84:23
WITNESS 6:15; 7:20; 87:15
woman 63:13, 15; 70:16
wondering 72:18
words 7:25; 72:15
work 7:17; 18:21; 19:17; 20:5; 24:15; 36:20, 20; 44:14; 62:11; 66:18; 71:15; 72:15; 76:20; 77:7, 9, 10, 17; 83:25
worked 37:17; 41:14; 65:14; 66:25; 75:25
workers 48:5, 8, 16
working 66:22
works 20:21; 31:2; 36:17; 37:2; 73:14; 76:23; 77:2, 4, 12; 81:12
workup 18:15
write 10:25; 57:20; 58:3; 81:23
written 14:17, 22; 31:7, 16; 57:11, 14, 17, 25; 58:7
wrong 80:19, 21
wrote 31:10

**Y**

year 14:15, 18, 22, 22; 17:5; 25:22; 26:18, 18, 22; 70:2; 72:12, 16; 73:15, 21, 22, 23; 82:17, 24
years 9:19; 14:11, 14, 16; 25:21; 28:23; 42:9; 49:15, 15; 55:16; 58:13; 68:6, 7, 14; 71:5, 10, 22; 73:4, 7; 74:10, 22; 80:12; 81:13, 20; 82:12, 25
yesterday 72:23

**Z**

Zavitsanos 65:13