1 independent researcher has ever reached that conclusion
2 regarding the off-label uses of Neurontin.
3     A.   Okay.
4     Q.   If that's true, then wouldn't you agree that
5 the only reason you would have ever asked the question
6 about the off-label use of Neurontin is because that
7 marketing scheme had been successful and gotten to you?
8         MR. OUTLER:  Objection.
9     A.   What you say --
10        MR. OUTLER:  Argumentative.  Hold on just one
11 second, Doctor.
12        Object as argumentative, and also assumes a
13 great deal of facts also not in evidence.
14    Q.   Go ahead, Doctor.
15    A.   What you say is correct.  That's the only
16 reason I would have thought to ask to begin with.
17    Q.   And wouldn't you agree with me that it would be
18 an effective way to get around FDA's approval
19 requirements, is if you could get a groundswell going
20 of off-label use propaganda to the medical
21 community?
22        MR. OUTLER:  Objection.  Argumentative.  Also
23 leading.  Also assumes a great deal of facts not in
24 evidence.
25    Q.   Go ahead, Doctor.

1     A.   I guess if I wanted to do something like that,
2 that would not be a bad way of doing it, yeah.
3     Q.   And if there are memos that exist telling the
4 detailmen -- the sales guys that go to your office, they
5 are also called detailmen; right?
6     A.   Right.
7     Q.   The guys that go to your office, if there is
8 memos that exist telling them that when they contact
9 doctors to make sure that the next patient that the
10 doctor sees for pain gets Neurontin, would that be --
11        MR. OUTLER:  Objection.
12        MR. RIBBLE:  Just a moment, Counsel.
13        MR. OUTLER:  Sorry.
14    Q.   -- would that be an appropriate way for a
15 detail person to behave in your opinion?
16        MR. OUTLER:  Objection.  Argumentative,
17 improper hypothetical, assumes facts nowhere in evidence.
18    Q.   Go ahead, Doctor.
19    A.   No, I think that would be improper.
20    Q.   Would it be proper, in your opinion, Doctor,
21 for the companies to decide not to seek medical approval
22 for off-label uses when they -- when they had these ideas
23 of what they might be useful for, and instead of doing
24 that to go directly to doctors and sell it for off-label
25 use?

1         MR. OUTLER:  Same objections as before.
2     A.   I think, over a long period of time, we, as
3 physicians, have used a lot of medicines off-label and
4 continue to use a lot of medications off-label, and so I
5 see the drug company as wanting to make a profit, and I
6 see the FDA as being a conduit of safety, and I think
7 that if a drug has passed safety tests for one
8 indication, and somebody raises the issue, "Could this
9 medicine be used for another indication?" I don't see
10 that as entirely improper, only because, you know,
11 traditionally, we have used a lot of medications that
12 have been FDA approved, and thereby had their safety
13 confirmed, and then we used them for a different
14 indication.
15        Now, if we used them for three times the dose
16 that it was FDA approved for, or if the drug company
17 said, "Use it at three times the FDA-approved dose," then
18 I would take issue with that, but for most drugs that are
19 used off-label, they fall at or below the threshold of
20 the safety testing that's already been done.
21        So I think that it borders on impropriety to
22 have a detail person mention an off-label use of a
23 particular medication, but having that information become
24 available to us is not entirely inappropriate, because
25 the people, like myself who are taking care of patients

1 every day, need to know about as many different
2 possibilities as we have available to us, and if that's a
3 possibility that has been shown, through the FDA process,
4 to be safe, even though it's for another indication, then
5 I don't know that it's entirely inappropriate.
6     Q.   It would be safe for the purpose that it's been
7 approved?
8     A.   Right.
9     Q.   And the dosage that's been approved would be
10 hopefully efficacious for that purpose?
11    A.   Right.
12    Q.   But if you're using it for a different
13 off-label use -- strike that question.
14        Let me ask you this, Doctor:  Have you ever --
15 ever at any time in your practice -- taken an off-label
16 use for a drug with no science to back it up, no
17 recommendations from a co-worker, no recommendations in
18 the literature, and just decided to try that drug on
19 somebody?
20    A.   Yes.
21    Q.   Okay.  Did you do that with Neurontin?
22    A.   I probably did, yes.
23    Q.   And when would you have done this with
24 Neurontin, where you -- where nobody had told you that it
25 might have a safe or efficacious use -- am I saying that

12/07/2004 Barrett, Douglas, MD (Santullo)

1   last word right, efficacious use?

2   A.   Well, I wouldn't have used it without knowing
3   about its safety, but I might have used it without
4   knowing about its efficacy, because I would have tried it
5   to see if it was efficacious, and I might have done that
6   as early as 1995.

7   Q.   Okay.  And would this have been an idea that
8   just came to you out of the blue, or would you have had
9   some basis for this?

10  A.   No, I have very few original ideas, so I'm sure
11  it would have come from somebody else.

12  Q.   So you weren't experimenting purely?

13  A.   No.

14  Q.   So the answer is that you wouldn't just
15  take a drug that you don't have any idea what it might do
16  to a person and just give it to them without something
17  first?

18  A.   That has not been my practice in the past.  So
19  it would be very, very unlikely that I would have done
20  that.

21  Q.   So when you first started experimenting with
22  Neurontin to treat off-label use -- for people with
23  off-label uses, that would have been based upon something
24  coming to you from somewhere to indicate that it was safe
25  and possibly efficacious?

101

12/07/2004 Barrett, Douglas, MD (Santullo)

1   A.   That's correct.

2   Q.   So you would not have just -- I was afraid that
3   your earlier answer was that you'd experimented with
4   patients with Neurontin just to see if it would work or
5   not work.

6   A.   No, never -- never tried that.  When I had used
7   it for neuropathy, I would have known that it was a safe
8   and reasonably efficacious medicine for the treatment of
9   seizures, and so knowing that it was a safe medication, I
10  would have felt reasonably secure in using it for the
11  treatment of neuropathy, based not only on that, but
12  based on my experience with using other antiseizure
13  medications for the treatment of painful neuropathy.

14  Q.   And following up on that, you're not presenting
15  your testimony here today as a pharmacist or a
16  pharmacological expert, are you?

17  A.   No, I'm not.

18  Q.   And you're not an epidemiologist?

19  A.   I am not.

20  Q.   You've done no drug studies of any kind on any
21  drug?

22  A.   No, I have not.

23  Q.   You've never done a -- have you ever been asked
24  to participate in any kind of a drug study?

25  A.   No drug studies, no.

102

12/07/2004 Barrett, Douglas, MD (Santullo)

1   Q.   So all of your information, then, you would
2   have to glean from other sources other than your own?

3   A.   That's correct.

4   Q.   Now, you're well aware, aren't you, Doctor,
5   that -- I think you said you first started giving
6   patients off-labeled Neurontin about 1994?

7   A.   Or '95.

8   Q.   Or '95?

9   A.   Yeah.

10  Q.   Somewhere in that range?

11  A.   Yes, that would be correct.

12  Q.   And it was in that range you said that there
13  was a rather sudden -- and I don't want to use the
14  wrong words, but I think a rather sudden growth of
15  information and information available for off-label use
16  of Neurontin?

17  A.   Well, your earlier term, "groundswell," I
18  think, is not inaccurate, because it -- it strikes me, in
19  retrospect, that we had this medication, and then
20  suddenly it was a booming thing for neuropathic pain.  So
21  there was a groundswell of support that was coming from
22  some direction for the use of Neurontin for neuropathic
23  pain.

24  Q.   Did you ever -- I know you have a busy
25  practice, and it isn't necessarily something you do on a

103

12/07/2004 Barrett, Douglas, MD (Santullo)

1   daily basis of tracking down where groundswells of
2   information come from, but in this particular case, did
3   you have any idea where this groundswell of information
4   for off-label use was coming from?

5   A.   Well, I didn't think about it.  I didn't spend
6   a lot of time thinking about it, but I felt that it
7   probably came from a lot of the academic meetings and
8   medical literature that I've referred to earlier in this
9   deposition.

10  Q.   Would it also have come from meetings, like in
11  San Diego or someplace nice like in Florida, where they
12  would have a meeting and this off-label use would get
13  discussed and people would talk about it and the whole
14  thing would be funded by the drug company, but the
15  off-label use would be discussed?

16  MR. OUTLER:  Objection.  Argumentative, and I
17  think it misstates the doctor's earlier testimony.

18  Q.   You can answer, Doctor.

19  A.   Yeah, I don't remember ever going to a meeting
20  like that.  I've been to meetings like that, but I don't
21  remember any meetings like that specifically with respect
22  to Neurontin.

23  Q.   I wasn't actually suggesting that you'd been at
24  one, because I thought we kind of talked about that
25  earlier, but what I'm suggesting, is that the type of

104

1  source for these groundswells?
2      A.    Well, I think it could be.  I wouldn't disagree
3  with that.
4      Q.    So that could be at least in this case?
5      A.    I suppose it could, yes.
6      Q.    Do detail people -- when they come to your
7  office, they leave samples?
8      A.    Yes.
9      Q.    They leave all kinds of samples, right?
10     A.    Right.  As many as we can get.
11     Q.    As many as you can get.
12           And when they leave those samples, do they tell
13 you what you can use them for?
14     A.    No.
15     Q.    Have you ever had a medical representative,
16 call it a detail person, or whatever they call
17 themselves, suggest to you the dosage you ought to give a
18 drug at?
19     A.    They've never suggested a dose.  If a dose has
20 been talked about, they will generally refer to the
21 manufacturer's literature.
22     Q.    Which, in this case, would be the Neurontin PDR
23 or pocket insert?
24     A.    Right.  It would have been the dose suggested
25 for the treatment of epilepsy.

105

1      Q.    Have you ever dealt with bipolar disease?
2      A.    I do, but not in a primary sort of way.  I have
3  patients who have bipolar disease, so I know about it,
4  and I interact with the drugs that they use for bipolar
5  disease, but it's not something I take care of primarily.
6      Q.    Have you ever heard of using Neurontin to treat
7  bipolar disease?
8      A.    Yes.
9      Q.    And how did that information come to you?
10     A.    I just started seeing a lot of the
11 psychiatrists in the community begin to use Neurontin for
12 their bipolar patients.
13     Q.    Can you tell us the names of any of these
14 people who are giving their patients Neurontin for
15 bipolar disease?
16     A.    I remember Dr. Bull, Kenneth Bull.
17     Q.    Ken Bull?
18     A.    Yeah, being one of the psychiatrists that I
19 know has used Neurontin quite a bit for bipolar disease.
20     Q.    Ever discussed with him the efficacy of
21 Neurontin for bipolar disease?
22     A.    I have not, no.
23     Q.    And you ever heard of -- what do they call it?
24 -- jumpy leg syndrome?
25     A.    Restless leg syndrome.

106

1      Q.    Restless leg syndrome?
2      A.    Yes.
3      Q.    What is that neurological condition?
4      A.    It's an involuntary movement disorder in which
5  people will suddenly and inexplicably be overcome by the
6  need to move their legs.  It usually occurs when they are
7  at rest, and it often inhibits their ability to go to
8  sleep.  They usually have to get up and walk around, and
9  then in the untreated state, they eventually become so
10 tired that they just kind of fall asleep and get through
11 it, but it's quite disruptive for their ability to
12 function, usually in the late evening and early night
13 hours.
14     Q.    And as a neurologist, do you treat that
15 syndrome?
16     A.    I do.
17     Q.    And do you know what causes it?  I mean, is
18 there a theory as to the etiology on that?
19     A.    Well, there is a theory as to an alteration of
20 neurotransmitters in the central nervous system.  There
21 may be an imbalance in neurotransmitters, and there may
22 be a deficit in dopamine, for example, that responds
23 especially well to certain medication.
24     Q.    So this is a central nervous chemical problem?
25     A.    Yes, it is.

107

1      Q.    Is that treated with Neurontin?
2      A.    Some people treat it with Neurontin.
3      Q.    Do you?
4      A.    I don't.
5      Q.    Why not?
6      A.    I don't think it works terribly well for
7  restless leg syndrome.
8      Q.    Anybody ever suggest to you that that was an
9  appropriate off-label use for Neurontin?
10     A.    No.
11     Q.    How do you know that other doctors use it?
12     A.    I've seen people come to me with restless leg
13 syndrome being on Neurontin, and I say, "Why are you
14 taking the Neurontin?"  They say, "They prescribed it for
15 my restless leg syndrome."
16     Q.    And in your experience, does it do any good?
17     A.    I have not found it to be of benefit, no.
18     Q.    How about -- what's Lou Gehrig's disease?
19     A.    Lou Gehrig's disease is a degenerative disease
20 of the nervous system that specifically causes a loss of
21 motor neurons.  Motor neurons are the nerve cells that
22 operate muscles, and they reside in the spinal cord and
23 in the brainstem, but they also reside in the cerebral
24 cortex.
25           So Lou Gehrig's disease is a progressive,

108

1  degenerative disease in which there is an inexplicable
2  loss in motor neurons and that leads to progressive
3  paralysis and death in affected individuals.
4      Q.   And what's the medical name for that disease,
5  Doctor?
6      A.   Amyotrophic lateral sclerosis.
7      Q.   Thank you.
8           People who have Lou Gehrig's disease, do you
9  treat them?
10     A.   Yes.
11     Q.   And do you treat them with Neurontin?
12     A.   If they have pain, I have treated them with
13 Neurontin, but, mostly, the answer to that is no.
14     Q.   And why would you have given them Neurontin for
15 pain; and secondarily to that question, did it do them
16 any good?
17     A.   You know, I see so few people with ALS that
18 it's hard for me to give you a very good answer.
19          I choose Neurontin whenever somebody has what I
20 perceive as nerve origin pain, so if it's -- either from
21 the central nervous system or the peripheral nervous
22 system, and so if it's nerve origin pain, then I will
23 often give them a trial of Neurontin, you know, because I
24 believe that it's a safe and efficient way to treat pain
25 problems.

1           Pain is not a big issue with ALS, so it's not a
2  -- it's not a major issue for the use of Neurontin.
3      Q.   Do you treat patients who suffer from ADD?
4      A.   No, I leave that up to somebody else.
5      Q.   You aren't familiar with ADD?
6      A.   Yes, I am.
7      Q.   And that's attention deficit disorder?
8      A.   That's correct.
9      Q.   Are you aware of anybody that's treating ADD
10 with Neurontin?
11     A.   Not so far as I know.
12     Q.   Would that be an appropriate use for Neurontin,
13 in your opinion?
14     A.   I wouldn't think so.
15     Q.   Now, back on 2/26 of '03, you jumped his
16 Neurontin prescription from -- of course, we're back to
17 Mr. Santullo, the patient here --
18     A.   Right.
19     Q.   -- you jumped his prescription from 300
20 milligrams three times a day to 600 milligrams three
21 times a day.
22     A.   That's correct.
23     Q.   Upon what did you base those numbers?
24     A.   Personal experience.
25     Q.   And that personal experience is based on

1  writing Neurontin prescriptions for people with
2  polyneuropathy pain?
3      A.   Yes.
4      Q.   And the initial use of Neurontin to treat
5  polyneuropathic pain came to you from those sources we
6  discussed earlier?
7      A.   That's correct.
8      Q.   And "poly" just mean many, doesn't it?
9      A.   That's correct.
10     Q.   So polyneuropathy is many neuropathy?
11     A.   Right.
12     Q.   And that refers to a variety of actual nerves
13 that are involved, as opposed to just many symptoms of a
14 single nerve?
15     A.   That's correct.
16     Q.   How, if you know, does the action of Carbatrol
17 differ from the action of Neurontin?
18     A.   I don't know that, because the action of
19 Neurontin is really not well worked out.
20          Carbatrol inhibits a sodium-potassium APT-ace
21 pump in the nerve cell membrane and alters the electrical
22 stability of the nerve cell membrane via that mechanism.
23 I'm not aware that gabapentin does the same thing.
24          So I think that they work in different fashions
25 to stabilize the nerve membrane, but I can't tell you if

1  it's the same or different because, as far as I know, the
2  real mechanism of action of Neurontin is not clear.
3      Q.   But the action of Carbatrol is?
4      A.   It's a little clearer.
5      Q.   A little better, anyway?
6      A.   Right.
7      Q.   When you're putting a patient on a drug that
8  does not have FDA approval for its specific use -- that
9  is, an off-label use --
10     A.   Right.
11     Q.   -- do you tell the patient?
12     A.   Yes.
13     Q.   Did you tell at any time Mr. Santullo -- when
14 you upped his prescription, or when you discussed
15 Neurontin with him at any time, did you tell him he was
16 taking it for an off-label, non-FDA-approved use?
17     A.   I did not.
18     Q.   Should he have been told that by somebody?
19     A.   I think, by the time that he was put on it by
20 Dr. Robinson, this is a medicine that had been -- had
21 become widely accepted and the standard of care for
22 neuropathic pain that, in my opinion, that information
23 would have been superfluous and not necessary.
24     Q.   If I asked you the same question with regard to
25 Vioxx, would you say the same answer?

1    A.    I think, up until it was proved to be
2    detrimental to people's health, that if I was going to
3    use Vioxx for the treatment of pain -- if I was going to
4    use it for neuropathic pain, which would have been
5    unlikely, I may not have told them that it was an
6    off-label use.
7        Q.    When you prescribed -- is it Carbatrol?
8        A.    Carbatrol, right.
9        Q.    When you prescribed Carbatrol, did you go over
10   its non-FDA approved use?
11       A.    I believe what I would have told Mr.
12   Santullo -- and I don't -- I didn't document this, so it
13   turns out to be hearsay, but what I would have told
14   Mr. Santullo is that this is a medicine that began life
15   as an epilepsy drug, and it's very, very useful -- and,
16   actually, that's wrong -- began life as a use for the
17   treatment of trigeminal neuralgia and then became an
18   epilepsy drug, and it's very useful for the treatment of
19   some forms of neuropathic pain.
20       Q.    Now, his neuropathic pain was a sock-like
21   distribution in both feet?
22       A.    That's correct.
23       Q.    And trigeminal neuralgia refers to the
24   trigeminal nerve that runs into the face, correct?
25       A.    That's correct.

113

1        Q.    That's a long way from his feet.
2              Why would you think it was okay for one that
3    goes -- that helps a known -- does known help on a facial
4    nerve and try and use it on a man who is having problems
5    with the nerves in his feet?
6        A.    Because the mechanism of pain production is
7    likely to be similar in both conditions -- that is, a
8    destabilization of the nerve cell membranes, causing the
9    nerve cell membranes to fire inappropriately or
10   erratically or prematurely, and create the sensation of
11   pain.
12             So it helps with trigeminal neuralgia because
13   the -- because the trigeminal nerve is probably being
14   irritated by nearby structures.  It helps in diabetic
15   neuropathy because there is a disruption of the internal
16   mechanism of the nerve, but in both cases, the threshold
17   for firing has been altered, and that's what Carbatrol
18   does very well, is to -- is reduce the threshold for
19   firing.
20       Q.    And Carbatrol, the drug that actually the PDR
21   seems to know a little bit more about how it works,
22   worked for him, Mr. Santullo?
23       A.    Yes.
24       Q.    Whereas, Neurontin did not work for him?
25       A.    Not at the doses that we used, that's correct.

114

1        Q.    Would you have gone up on the dosage of
2    Neurontin?
3        A.    Yes.
4        Q.    How high would you have taken him?
5        A.    Probably up to 3,600 milligrams a day.
6        Q.    And what would you base that level on?
7        A.    Personal experience from doing the same thing
8    to other people in the past.
9        Q.    And what are the side-effect risks that you --
10   did you explain side-effect risks to Mr. Santullo?
11       A.    Not for Neurontin, I didn't.
12       Q.    But there are side-effect risks?
13       A.    There are side effects.
14       Q.    There is common side effects and there is rare
15   side effects, right?
16       A.    Right.
17             Could we take a quick break?
18             MR. RIBBLE:  Of course, Doctor.
19             (Recess held from 4:04 to 4:10 PM.)
20       Q.    (BY MR. RIBBLE)  Doctor, you indicated to me
21   earlier that you've never worked on clinical studies with
22   regard to any drug.
23       A.    Not with regards to drugs, no.
24       Q.    And have you ever worked on a clinical study
25   with regard to anything?

115

1        A.    Yes.
2        Q.    Okay.  What have you -- what kind of clinical
3    studies have you been involved with?
4        A.    The only one that I've been involved with is a
5    stent for a carotid artery disease, and this is a stent
6    that is placed into the carotid artery under guidance --
7    the carotid artery is dilated with a balloon, and then
8    the stent is put in place in the carotid disease, and
9    this has been an ongoing study at Presbyterian Hospital
10   and The Heart Hospital here since -- for about eight
11   years now, to look at the efficacy of carotid stenting
12   versus carotid endarterectomy for the treatment of
13   cerebral vascular disease.
14       Q.    And that follows under your neurological
15   purview, because it deals with the blood supply to the
16   brain?
17       A.    Right.
18       Q.    And if a piece of the carotid artery is
19   blocked, or a blood clot comes from that area, it can
20   cause significant central nervous damage?
21       A.    Right.
22       Q.    Is that how it ends up being in a neurological
23   purview even though we're talking about a vein or an
24   artery?
25       A.    That's exactly right.

116

1    Q.    Would you agree with me that when it comes to
2    the safety and efficacy of drugs that you would defer
3    your opinion to that of a pharmacology specialist?
4    A.    Yes.
5    Q.    Is Neurontin still under patent?  Is there a
6    generic of it out yet?
7    A.    There is a generic.
8    Q.    Is there?
9    A.    Yes.
10    Q.    Do you recall when that generic hit the market?
11    A.    A couple weeks ago.
12    Q.    I thought it was recent.
13          When you give Neurontin to people, do you give
14    the generic?
15    A.    Well, I haven't so far, but -- because I've not
16    had an opportunity to prescribe any since the generic
17    came on board, but -- so, to date, I have not.
18    Q.    Just so we're all clear on that, a generic is
19    the equivalent drug that is produced by somebody other
20    than the original patentor?
21    A.    Yes.
22    Q.    And that is generally cheaper?
23    A.    It seems to be, yes.
24    Q.    That is less expensive.  I don't mean cheaper,
25    but less expensive?

117

1    A.    Less expensive.
2    Q.    When you get a generic drug on the market that
3    is supposed to be the same as one of the patented drugs,
4    do you receive any information with regard to its safe
5    usage?
6    A.    Not as a rule, no.
7    Q.    For instance, the generic was it gamma --
8    Neurontin is gamma --
9    A.    Gabapentin.
10    Q.    Gabapentin, thank you.
11          So the generic, gabapentin, would it be
12    required to follow the same FDA-approval rules that
13    Neurontin follows?
14    A.    I don't know.  That's a good question.
15    Q.    Okay.
16    A.    I haven't a clue, honestly.
17    Q.    Were you aware that Warner-Lambert, one of the
18    companies that we've been discussing in this matter, pled
19    guilty to two counts of felony in violations of FDA rules
20    and regs with regards to its sales and marketing of
21    Neurontin?
22    A.    I wasn't aware of that, no.
23    Q.    So you're not aware of the basis of those
24    charges -- those felony charges?
25    A.    I can assume, but I have not read this

118

1    information in any kind of detail, so I really don't know
2    the answer.
3    Q.    Okay.  In the course of your discussions with
4    co-workers or others regarding Neurontin, has it been
5    mentioned to you by anyone that the attorneys general of
6    the various states sued Warner-Lambert for the costs that
7    they incurred in prescriptions -- off-label prescriptions
8    for Neurontin?
9    A.    That was unknown to me.  I don't believe that
10    it's widely known in the medical community, to be
11    perfectly honest.  I've never had this discussion with
12    anybody.
13    Q.    You didn't receive any information, say, from
14    Pfizer indicating that they had pled guilty to a felony
15    with regard to their marketing of Neurontin?
16    A.    Not that I recall, no.
17    Q.    That would be -- would be a pretty unusual
18    piece of paper for you to get?
19    A.    Yeah, I think that would have captured my
20    attention.
21    Q.    I would think.
22          So would it be fair to say that if a company,
23    like the companies we're dealing with here, including
24    Pfizer, were to have improperly created a market
25    off-label for one of their drugs and was found guilty of

119

1    doing that, and then didn't retract or let the community
2    know why, that marketing success would still be ongoing,
3    wouldn't it?
4    MR. OUTLER:  Objection.  Improper hypothetical
5    very much misstates the record both here and elsewhere,
6    and assumes facts not in evidence.
7    Q.    Go ahead, Doctor.
8    A.    Can you say the question again?  I'm terribly
9    sorry.
10    Q.    Let me rephrase.
11    A.    Okay.
12    Q.    I want you to assume for me for a minute that
13    Warner-Lambert, a division now of Pfizer, one of the
14    companies we've been talking about, pled guilty to a
15    felony-level offense --
16    A.    Right.
17    Q.    -- violating FDA regulations in its marketing
18    and labeling of Neurontin because of pushing off-label
19    use.
20    A.    Right.
21    Q.    I want you to assume that's true.
22          If they have not retracted those off-label
23    uses, then their marketing -- whether they are continuing
24    to do it or not, if it's still being used by you doctors
25    off-label for the -- for that reason, then their

120

1  marketing is still a success?

2        MR. OUTLER:  Same objections.

3        A.  Well, I think that's a reasonable assumption,

4  yes.

5        Q.  Okay.  Tell me, if you would, Doctor, how

6  Neurontin works with regard to its approved use as an

7  adjunct to epilepsy seizures.

8        A.  The exact biochemical mechanism is not well

9  worked out.  The way that it was found to be efficacious

10  is that, in epileptic trials, they have a number of

11  animal models of epilepsy and electric shock model,

12  several different kind of drugs that are applied to the

13  cortex, and that sort of thing, and so they induce

14  seizures in animals and then give them drugs and,

15  basically, by trial and error, figure out which drugs

16  work well.

17        So they found, based on that experimental

18  evidence, that Neurontin was useful for -- for the

19  treatment of seizures.  And then for human clinical

20  trials, as I understand it, they introduced it as add-on

21  therapy, and I'm to understand from my colleagues that do

22  this sort of thing that that's the way that antiepileptic

23  medications are usually introduced, is they are

24  introduced as add-on therapy to other traditional or

25  well-established antiepileptic medications until enough

121

1  clinical information is accrued to suggest whether or not

2  they may be good as monotherapy.

3        Q.  Okay.

4        A.  That's the way of the world as I know it.

5        Q.  Has any literature ever come to your attention,

6  or any statements or comments come to you, that indicates

7  that Neurontin has ever been approved for use as a

8  monotherapy in epilepsy?

9        A.  I don't believe that it has been, no.

10        Q.  And in your opinion, would Neurontin be

11  efficacious has a monotherapy for epilepsy?

12        A.  Well, I haven't found to it be terribly

13  efficacious as either a monotherapy or an add-on therapy,

14  but I've used it for both, and occasionally it helps.

15        Q.  It helps, but would you use it -- do you

16  currently prescribe it as a monotherapy?

17        A.  I don't anymore, no.

18        Q.  So you tried it at some point and were

19  unsuccessful?

20        A.  Right.

21        Q.  Is it a successful adjunct therapy for

22  epilepsy?

23        A.  I've not been especially impressed with that,

24  either.

25        Q.  So for its FDA-approved use, the first primary

122

1  use as an adjunct therapy, you wouldn't prescribe it?

2        A.  I'm not currently in the habit of prescribing

3  it, that's correct.

4        Q.  Have you ever prescribed it for its secondary

5  use, for postshingles pain?

6        A.  Yes.

7        Q.  And does it work at all for that?

8        A.  It helps.  It doesn't completely eliminate

9  postshingles pain, but I don't believe anything does

10  eliminate postshingles pain.

11        Q.  Are there other medications available besides

12  Neurontin to treat postshingles pain?

13        A.  Yes.

14        Q.  Give us a list off of your head -- the top of

15  your head, if you would?

16        A.  Well, the things that I normally use is I start

17  with Neurontin.  If that doesn't work, I will then

18  perhaps go to carbamazepine, something like Carbatrol.

19  If that doesn't work, then I would use something like

20  amitriptyline, goes by the brand name Elavil.  If that

21  doesn't work, then I -- at the same time I may try

22  Lidoderm patches, which is a patch containing a drug

23  called lidocaine that's applied to the skin in the

24  affected areas.

25        Q.  That's a topical anesthetic?

123

1        A.  Exactly, right.

2        Q.  It's like novocaine for teeth?

3        A.  Right.  Exactly.

4        Q.  Okay.

5        A.  And if that doesn't work, I may send them to an

6  anesthesiologist for nerve blocks.

7        Q.  And that could be a pretty difficult pain to

8  treat, then, I take it?

9        A.  Yes.

10        Q.  I'm going to ask you to look at something and

11  just tell me if you agree with it.

12        Counsel, it's a page out of the Merck Manual.

13  I'm just going to ask him to read it.

14        MR. OUTLER:  The Merck Manual?

15        MR. RIBBLE:  Yes.

16        Q.  (BY MR. RIBBLE)  Doctor, I'd like you to take a

17  look at -- that is an excerpt from the Merck Manual, page

18  1070 and 1071.

19        Calling your attention to the second page,

20  1070, the paragraph marked with the capital A.

21        A.  Okay.

22        Q.  I've put some yellow there, too, as well.

23        A.  Sure.

24        Q.  Would you read that and tell me whether or not

25  you agree?

124

1    A.    "A bilateral, comparatively symmetric, distal

2    polyneuropathy (predominantly sensory) is the most

3    frequent form of diabetic neuropathy.  Symptoms generally

4    appear earlier and more severely in the feet,

5    occasionally with sensory loss in a 'glove and stocking'

6    distribution or with the appearance of painless

7    penetrating plantar ulcers.  Nerve involvement may be

8    characterized by lancinating pain in the distribution of

9    a single dermatome, or the posterior columns of the

10   spinal cord may be affected, producing a loss of position

11   sense and deep tendon reflexes with a positive Romberg

12   sign.  Major nerve trunks may be involved, with pain,

13   sensory loss, motor weakness, and deprivation of

14   sympathetic innervation in the distribution of a major

15   spinal or cranial nerves.  The third and sixth cranial

16   nerves are most often involved."

17   Q.    Thank you.  That should take care of it,

18   Doctor.

19         Now, I presume you're familiar with the manual,

20   the Merck Manual?

21   A.    I am.

22   Q.    Doctor, the part you just read to us from that

23   manual, does that accurately describe the condition you

24   were treating Mr. Santullo for?

25   A.    Well, roughly.  His is not comparatively

125

1    symmetric, his is a little asymmetric, but in every other

2    regard, it's exactly the same.

3    Q.    So the condition -- asymmetric in what sense?

4    A.    He began with more symptoms in his right foot

5    and leg and right hand than he did on the left side, so

6    it wasn't completely balanced.  But they are saying

7    comparatively symmetric, so I may just be quibbling with

8    terms.  It's both sides are affected, and, in essence,

9    this talks about what he has.

10   Q.    And would it be fair to say that what you're

11   treating, when you're treating this polyneuropathy for

12   Mr. Santullo, is you're actually just trying to treat the

13   symptom of an underlying disease?

14   A.    That's what I'm doing.  That's correct.  Yes.

15   Treatment of the condition is treatment of the diabetes.

16   So treatment of the pain is treatment of the symptoms,

17   that's correct.

18   Q.    In your role as a neurologist and dealing with

19   people with this type of polyneuropathy, do you ever make

20   suggestions to the general care practitioners as to what

21   they can do to better or more aggressively treat the

22   underlying diabetes?

23   A.    No, I usually defer that to them.  The people

24   that are treating the diabetes are generally more expert

25   than I at that, so I don't make those recommendations.

126

1    Q.    So it would be fair to say that by giving

2    Mr. Santullo Neurontin or Carbatrol that you were really

3    just trying to alleviate the symptoms?

4    A.    That's correct.

5    Q.    There wasn't any expectation here that you were

6    going to cure him?

7    A.    No, no.  The medicine does not change the

8    natural history of the disease or in any way mitigate the

9    effect of diabetes on the nerves.

10   Q.    Do you have a long-term prognosis for

11   Mr. Santullo?

12   A.    I think that he's going to do pretty well.

13   He's been wonderfully aggressive in controlling his

14   diabetes, and I think his chances of getting to old age,

15   without a wheelchair or a walker, are pretty good.

16   Q.    And in your treatment of Mr. Santullo, has he

17   been a good, cooperative patient?

18   A.    He's been superb.

19   Q.    And followed your orders?

20   A.    Yes.

21   Q.    Is there anything about his lifestyle or

22   medications he's taking that you think contribute to his

23   -- contribute to the condition you're treating?

24         MR. OUTLER:  Object to the --

25   A.    Not that I know of, yes.

127

1    Q.    Obviously, aside from the diabetes.

2    A.    No, I don't -- I don't think -- I don't know

3    anything about his lifestyle that would have a negative

4    impact on his diabetes, and certainly the preponderance

5    of evidence that he brings me is that his diabetes is

6    wonderfully well controlled.

7    Q.    And he does that by his own efforts?  He's not

8    taking medications?

9    A.    That's correct.  It's all diet control, that's

10   correct.

11   Q.    Do you have any estimate -- do you have any

12   prognosis, Doctor, with regard to how long it will be

13   necessary for Mr. Santullo to take Carbatrol?

14   A.    Potentially, it could be a lifelong drug.  Many

15   people go through a phase where they have a lot of pain

16   associated with their neuropathy and then sort of evolve

17   out of that.

18         So he's probably going to need to be on some

19   form of medicines at a minimum for another five or six

20   years, after which he may be able to get off of the

21   neuropathic pain-suppressing medications.  It may happen

22   that way, or, alternatively, I could be dead wrong about

23   this and he's going to need to be on them for the rest of

24   his life.

25   Q.    Sure.

128

12/07/2004 Barrett, Douglas, MD (Santullo)

1   And that's very individualistic?
2   A.   Right.
3   Q.   And just your best opinion on the facts as you
4   have them today?
5   A.   Right.
6   MR. RIBBLE:  I understand.  Thank you, Doctor.
7   I think that's all I have for now.  Pass him
8   back.
9   MR. OUTLER:  Okay.  Thank you, Counsel.  I have
10  just a few quick questions, Doctor.
11  REDIRECT EXAMINATION
12  BY MR. OUTLER:
13  Q.   How much, roughly, in the reason -- you
14  do continue to prescribe Neurontin to your patients
15  today?
16  A.   That's correct.
17  Q.   To what extent is the reason you do that based
18  on your own professional experience in treating patients
19  in the past with Neurontin?
20  A.   Basically, all of it.
21  Q.   Would that have been true at the time that you
22  were treating Mr. Santullo as well?
23  A.   Yes.
24  Q.   Okay.  It's your own positive experiences with
25  the efficacy and, I guess, safety profile of Neurontin in

129

12/07/2004 Barrett, Douglas, MD (Santullo)

1   your own patients that would lead you to continue
2   prescribing it to other patients?
3   A.   That's correct.
4   Q.   And you're not treating -- no one was treating,
5   as far as you know, Mr. Santullo for bipolar disease; is
6   that right?
7   A.   Not so far as I know, no.
8   Q.   Okay.  He wasn't being treated for restless leg
9   syndrome?
10  A.   No.
11  Q.   Or Lou Gehrig's disease?
12  A.   No.
13  Q.   Or ADD?
14  A.   No.
15  Q.   As far as you understand, the only condition
16  for which he was receiving Neurontin, as a potential
17  treatment, was the polyneuropathy?
18  A.   That's correct.
19  Q.   Is that right?
20  A.   (Witness nods head.)
21  Q.   And he wasn't being treated for epilepsy as
22  well?
23  A.   No.
24  Q.   I believe you stated that the Carbatrol was --
25  it seemed to be somewhat effective for Mr. Santullo, but

130

12/07/2004 Barrett, Douglas, MD (Santullo)

1   it wasn't completely alleviating the symptoms?
2   A.   That's right.  Originally -- initially, he
3   seemed to derive benefit from the 200 milligrams three
4   times a day dose -- or twice a day dose, sorry, and then
5   when he came back to see me --
6   Q.   I think it was August of '04, right?
7   A.   That's correct.  When he came back to see me on
8   August 25th, 2004, he mentioned at that time that there
9   was some break-through pain, he'd had some episodes of
10  pain that would vacillate somewhat in intensity, so
11  that's why we went ahead and increased the Carbatrol to
12  300 milligrams twice a day at that point.
13  Q.   What will be the course if Mr. Santullo
14  presents again with the same kind of break-through pain
15  that he's described already, even with the increased
16  dosage of Carbatrol?
17  A.   If he is continuing to not have any side
18  effects from the Carbatrol, then I'll likely push ahead
19  with the Carbatrol.
20  Q.   Okay.  At even a higher dose?
21  A.   Yes.
22  MR. OUTLER:  I think that's all I've got.
23  Thank you very, very much for your time.
24  THE WITNESS:  You bet.
25

131

12/07/2004 Barrett, Douglas, MD (Santullo)

1   RECROSS EXAMINATION
2   BY MR. RIBBLE:
3   Q.   Just one final thought, and it's really
4   something I forgot to ask you earlier.
5   What are the primary side effects you look for
6   when you prescribe Neurontin?
7   A.   Sedation and cognitive compromise.  People may
8   experience impaired concentration, impaired attention,
9   impaired memory.  Some people experience some behavioral
10  problems, the most frequent of which is probably
11  irritability or agitation.  But sleepiness -- just simple
12  sedation is probably right at the top of the list.
13  Q.   Would that be accurately described as
14  somnolence?
15  A.   Somnolence, yes.
16  Q.   How about dizziness and nausea?
17  A.   That can occur, no doubt about it.  I've not
18  seen that happen very much, but it's -- that would be
19  something to look for as well, sure.
20  Q.   Would you prescribe Neurontin for patients
21  under 12 years old?
22  A.   I have, yes.
23  Q.   For what conditions?
24  A.   Epilepsy.
25  MR. RIBBLE:  Okay.  That's all I have.

132

12/07/2004 Barrett, Douglas, MD (Santullo)

1    MR. OUTLER:  Great.  Thank you.
2         MR. BRANCH:  I think as a housekeeping matter,
3    we need to see if --
4         MR. OUTLER:  Do you want to do this on the
5    record?
6         MR. BRANCH:  Yes, I do.
7         Do you want to read and sign?
8         THE WITNESS:  Yes, I do.
9         (Deposition concluded at 4:35 PM.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

133

---

12/07/2004 Barrett, Douglas, MD (Santullo)

1    FIRST JUDICIAL DISTRICT COURT
     COUNTY OF SANTA FE
2    STATE OF NEW MEXICO
     Case No. CV-03-01377
3
4    MICHAEL SANTULLO, On His Own Behalf
     and On Behalf of All Similar Situated
5    Individuals,
6         Plaintiff,
7         vs.
8    PFIZER, INC., et al.,
9         Defendants.
10
11        CERTIFICATE OF COMPLETION OF DEPOSITION
12        I, KATHY TOWNSEND, RPR-CP, CCR No. 23, DO HEREBY
13   CERTIFY that on December 7, 2004, the deposition of
14   DOUGLAS BARRETT, MD, was taken before me at the request
15   of, and sealed original thereof retained by:
16             RODEY, DICKASON, SLOAN, AKIN & ROBB, PA
               201 Third Street, Northwest
17             Suite 2200
               Albuquerque, New Mexico  87102
18        By:  MR. TOM OUTLER
19        I FURTHER CERTIFY that copies of this certificate
20   have been mailed or delivered on _____, 2004, with
21   changes, if any, by the witness appended, to the
22   following counsel and parties not represented by counsel
23   appearing at the taking of the deposition:
24        MR. TURNER W. BRANCH
          2025 Rio Grande, Northwest
25        Albuquerque, New Mexico  87104

134

---

12/07/2004 Barrett, Douglas, MD (Santullo)

1         I FURTHER CERTIFY that examination of this
2    transcript and signature of the witness was requested by
3    the witness and all parties present.
4         On          a letter was mailed or a copy of the
5    deposition was delivered to the witness regarding
6    obtaining signature.
7         I FURTHER CERTIFY that the recoverable cost of the
8    original and one copy of the deposition, including
9    exhibits, to MR. TOM OUTLER is $
10        I FURTHER CERTIFY that I did administer the oath to
11   the witness herein prior to the taking of this
12   deposition; that I did thereafter report in stenographic
13   shorthand the questions and answers set forth herein, and
14   the foregoing is a true and correct transcript of the
15   proceeding had upon the taking of this deposition to the
16   best of my ability.
17        I FURTHER CERTIFY that I am neither employed by nor
18   related to nor contracted with (unless excepted by the
19   rules) any of the parties or attorneys in this case, and
20   that I have no interest whatsoever in the final
21   disposition of this case in any court.
22
23
24             KATHY TOWNSEND
               CCR License Number:  23
25             Expires:  12/31/04

135

---

12/07/2004 Barrett, Douglas, MD (Santullo)

1    MICHAEL SANTULLO vs. PFIZER, INC., et al.
2        DEPONENT SIGNATURE/CORRECTION PAGE
3        If there are any typographical errors to your
         deposition, indicate them below.
4
5    PAGE   LINE
6              Change to
7              Change to
8              Change to
9              Change to
10       Any other changes to your deposition are to be
11       listed below with a statement as to the reason
         for such change.
12   PAGE     LINE       CORRECTIONS    REASON FOR CHANGE
13
14
15
16
17
18
19       I, DOUGLAS BARRETT, MD, do hereby certify that I
20   have read the foregoing pages of my testimony as
     transcribed, and that the same is a true and correct
21   transcript of the testimony given by me in this
     deposition, taken on December 7, 2004, except for the
     changes made.
22
23
24             DOUGLAS BARRETT, MD
25
               DATE

136

```
 1    DATE DELIVERED\MAILED _____
 2
      DR. DOUGLAS BARRETT
 3    Southwest Medical Associates, Inc.
      6100 Pan American Freeway, Northeast
 4    Suite 100
      Albuquerque, New Mexico  87109
 5
 6    RE:  MICHAEL SANTULLO vs. PFIZER, INC., et al.
 7    DEAR DR. BARRETT:
 8             INSTRUCTIONS ON READING, CORRECTING AND
                     SIGNING YOUR DEPOSITION
 9
           1.  Read your copy of the deposition carefully.
10
11         2.  The attached page to this instruction sheet is
           from the ORIGINAL transcript.  Make any and all
           corrections to your testimony that you feel are
12         necessary and indicate such corrections on the
           attached page.
13
           3.  When you have read the deposition and made your
14         corrections, sign your name on the indicated line at
           the bottom of the page.
15
           4.  In order to comply with the statutes, or due to
16         trial on _____, you must return the
           completed page no later than_____ to
17         Kathy Townsend Court Reporters at 110 Twelfth
           Street, NW, Albuquerque, New Mexico, 87102, so
18         that it may be included with the ORIGINAL
           transcript.
19
20    Your immediate attention to this matter will be
      appreciated.  If you have any questions, please call us
      at (505) 243-5018.
21
22                      _____
                        KATHY TOWNSEND COURT REPORTERS
23
24
25
```

**12/07/2004  Barrett, Douglas, MD (Santullo)**

**0**

**03** [1:] [110:15] [134:]
**04** [131:6]

**1**

**1** [3:12] [6:5,6,7] [137:]
**1,800** [20:16]
**1:25** [1:14]
**10** [60:2]
**100** [137:4]
**10017** [2:]
**1070** [124:18,20]
**1071** [124:18]
**11** [60:2]
**110** [1:24] [137:17]
**11th** [38:8]
**12** [132:21]
**12/31/04** [135:25]
**129** [3:5]
**132** [3:6]
**134** [3:7]
**136** [3:8]
**17th** [23:16,23] [26:7] [31:1]
**1993** [46:12] [47:8] [57:21]
**1994** [47:15] [49:24] [50:22] [94:12] [103:6]
**1995** [101:6]
**1996** [75:5,25] [76:4,9]
**1997** [76:12,15]
**19th** [75:25]

**2**

**2** [3:13] [9:4,5,11] [14:22] [24:1,2] [30:19] [41:13] [137:]
**2/26** [110:15]
**2:50** [68:16]
**20** [6:22] [51:20]
**20/20** [90:20]
**200** [37:4] [131:3]
**2002** [9:18] [11:25]
**2003** [19:18] [20:4] [23:10,15 ,17,23] [25:1] [26:7] [30:15 ,21] [90:22]
**2004** [1:] [34:14] [36:3] [37:19] [38:4] [41:9] [131:8] [134:13,20] [136:21]
**201** [2:] [134:]
**2025** [1:] [2:4] [134:]
**21st** [9:18]
**2200** [2:11] [134:17]
**22nd** [76:12]
**23** [1:23] [134:12] [135:]
**24** [55:24] [56:2]
**243** [137:]
**2435018** [137:]
**243-5018** [137:]
**24th** [76:12]
**25** [30:5]
**25th** [41:8] [131:8]
**26th** [19:17] [23:15] [76:4]
**27th** [23:15] [30:15,21]

**28th** [30:24]

**3**

**3** [137:]
**3,600** [115:5]
**3:01** [68:16]
**30** [51:20] [65:22]
**300** [19:22] [20:12] [36:24] [110:19] [131:12]

**4**

**4** [3:3] [137:]
**4:04** [115:19]
**4:10** [115:19]
**4:35** [133:9]
**450** [2:14]
**48** [51:13]

**5**

**505** [137:]

**6**

**6** [3:12]
**600** [20:14] [22:4,12] [110:20]
**600milligram** [22:4]
**600-milligram** [22:4]
**6100** [137:]

**7**

**7** [1:] [134:13] [136:21]
**7/28/2003** [30:19]
**7th** [76:15]

**8**

**80** [6:23] [45:17]
**83** [3:4]
**8405** [2:7]
**87102** [1:] [2:] [134:] [137:]
**87104** [1:15] [2:] [134:25]
**87109** [137:]
**87122** [2:]

**9**

**9** [3:13]
**90** [45:17]
**90s** [65:9]
**93** [57:22] [67:15]
**95** [103:7,8]
**97** [75:5]

**A**

**aberrant** [28:18]
**abilities** [31:17]
**ability** [107:7,11] [135:16]
**able** [21:17] [128:20]
**absolutely** [25:18] [58:3]
**abstracts** [59:6,19] [61:21] [69:7] [93:7]

**academic** [17:1] [49:16] [77:9] [104:7]
**academicians** [96:18]
**academy** [47:14] [48:13] [49:5,9] [74:25] [93:8] [94:12] [96:16]
**accept** [57:20]
**accepted** [64:1] [112:21]
**accepting** [48:15]
**access** [90:7] [96:8]
**accommodations** [75:13]
**according** [61:25]
**accrued** [19:5] [122:1]
**accumulated** [22:25]
**accurately** [125:23] [132:13]
**acquired** [56:8]
**acquisition** [8:19]
**across** [95:1]
**action** [4:14] [39:18,22] [111:16,17,18] [112:2,3]
**actual** [62:13] [111:12]
**actually** [13:17] [16:16] [27:14] [36:2,20] [48:11] [56:20] [72:19] [86:9] [104:23] [113:16] [114:20] [126:12]
**add** [46:21] [84:15] [110:3,5 ,9] [121:20,24] [122:13] [130:13]
**added** [87:25]
**additional** [12:11] [87:25]
**addon** [84:15] [121:20,24] [122:13]
**add-on** [84:15] [121:20,24] [122:13]
**adjunct** [16:23] [84:4] [85:20] [86:20] [87:13] [121:7] [122:21] [123:1]
**adjunctive** [46:18] [84:25]
**adjunctively** [47:1]
**adjuvant** [81:4]
**administer** [135:10]
**adult** [6:23] [7:1]
**adults** [7:2]
**adverse** [39:2,10] [40:1]
**advertising** [89:7]
**advised** [22:12]
**affect** [92:5]
**affected** [7:12] [10:13,18] [109:3] [123:24] [125:10] [126:8]
**affects** [17:7]
**afraid** [102:2]
**afternoon** [4:6]
**again** [4:7] [5:21] [9:24] [18:23] [23:7] [34:12] [36:6,13] [37:6,11] [40:4] [53:13] [55:14] [63:11] [69:14] [73:23] [74:2,13] [79:17] [80:21] [86:12] [93:4,6] [120:8] [131:14]
**against** [39:18,19] [90:17]
**age** [127:14]
**agent** [53:12] [84:10]
**aggressive** [127:13]
**aggressively** [126:21]

**agitation** [132:11]
**ago** [29:20] [48:6] [63:11,14] [90:21] [91:14] [117:11]
**agree** [44:7] [97:4,17] [117: 1] [124:11,25]
**ahead** [9:3] [22:2] [87:3] [89:21] [96:4] [97:14,25] [98:18] [120:7] [131:11,18]
**aids** [80:7]
**akin** [2:] [134:16]
**al** [1:] [134:8] [136:1] [137:6]
**alabama** [79:25] [80:22]
**albuquerque** [1:15,] [2:] [56:3] [134:25] [137:]
**alleged** [4:19,21]
**alleging** [4:17]
**alleviate** [127:3]
**alleviating** [131:1]
**allow** [5:11]
**allowed** [8:14]
**almost** [57:11]
**along** [5:25] [90:20] [91:9]
**already** [12:3,14,17] [18:9,19 ,24] [19:4] [26:2] [27:20] [63:5] [93:2] [99:20] [131:15]
**als** [109:17] [110:1]
**alter** [15:23] [18:15]
**alteration** [107:19]
**altered** [15:8] [37:8] [114:17]
**altering** [28:19]
**alternative** [25:15]
**alternatively** [128:22]
**alternatives** [25:24]
**alters** [28:14] [111:21]
**although** [53:6]
**always** [43:21] [53:6] [57:24]
**am** [55:14] [71:17] [89:8] [100:25] [102:19] [110:6] [125:21] [135:17]
**american** [47:14] [48:13] [49:4,9] [74:25] [93:8] [94:12] [137:]
**amitriptyline** [23:21] [25:11] [29:16,17,18] [30:4,9,12,16 ,20,23] [31:9] [123:20]
**among** [66:3] [74:22]
**amounts** [48:16]
**amyotrophic** [109:6]
**analgesic** [81:4]
**analysis** [79:19] [80:2,16,20 ,24]
**anecdotal** [17:17,20] [49:19] [83:6]
**anesthesiologist** [124:6]
**anesthetic** [123:25]
**animal** [121:11]
**animals** [121:14]
**ankles** [11:5]
**annoying** [52:9]
**annual** [49:10]
**answer** [5:20] [65:13,18] [66:20] [79:1] [86:25] [87:1] [89:21] [92:22] [101:14] [102:3] [104:18] [109:13,18] [112:25] [119: 2]

**12/07/2004  Barrett, Douglas, MD (Santullo)**

answered [69:16] [93:2]
answering [79:2]
answers [135:13]
anticonvulsant [78:3]
anticonvulsants [59:4]
antidepressant [27:6,13]
[29:18,21,23]
antiepileptic [31:23] [84:9,23]
[121:22,25]
antiepileptics [76:7,8]
antiseizure [16:23] [28:25]
[31:22] [41:22] [42:2,12]
[46:22] [102:12]
anxious [25:25]
anybody [70:6] [78:17,18]
[84:7,11] [108:8] [110:9]
[119:12]
anymore [53:14] [122:17]
anyone [40:10] [41:1] [70:3]
[74:4] [82:6] [119:5]
anything [14:25] [24:4,20]
[36:18] [42:17] [48:7]
[50:4] [64:20] [66:9] [71:4,5
,24] [73:24] [75:15,16]
[115:25] [123:9] [127:21]
[128:3]
anyway [112:5]
apart [40:25] [70:1,2] [74:2]
appear [125:4]
appearance [125:6]
appearing [134:23]
appendages [11:9,11]
appended [134:21]
application [85:7] [86:14]
applied [121:12] [123:23]
applies [83:11]
apply [28:15]
appointed [95:23]
appreciated [137:20]
approached [73:9,11,14]
approaches [88:9]
appropriate [15:14,20]
[18:2,3] [19:11] [20:24]
[21:2] [23:4] [28:8] [29:7,13]
[50:25] [83:15] [98:14]
[108:9] [110:12]
approval [86:19] [97:18]
[98:21] [112:8]
approve [85:11]
approved [24:17] [29:24]
[30:2,6] [32:1,4,6] [43:14]
[44:4] [45:25] [53:13]
[61:19] [85:19] [86:10]
[92:8] [99:12,16] [100:7,9]
[113:10] [121:6] [122:7]
apt [111:20]
aptace [111:20]
apt-ace [111:20]
archaic [67:13]
area [116:19]
areas [83:25] [123:24]
arent [103:4] [110:5]
argue [95:24]
argumentative [93:18]
[96:14] [97:10,12,22]
[98:16] [104:16]

arms [11:1]
around [17:23] [47:21]
[63:12] [64:3] [97:18]
[107:8]
art [88:19]
artery [116:5,6,7,18,24]
article [59:21] [81:7] [90:22]
articles [16:25]
articulate [13:25]
ascertained [8:15]
ascertaining [15:12]
ascertainment [43:21]
aside [128:1]
ask [6:1,10] [18:17] [50:13]
[54:24] [59:10] [60:13,20]
[61:16] [62:8] [75:22]
[79:16] [89:7] [90:25]
[91:2,3,24] [96:25] [97:16]
[100:14] [124:10,13] [132:
4]
asked [21:19] [31:1] [34:12]
[36:6] [38:5] [71:17] [73:19]
[74:9] [78:6,24] [81:25]
[91:1,6,9] [96:11] [97:5]
[102:23] [112:24]
asking [5:3] [38:23] [63:8]
[75:8] [93:4]
asks [87:24]
asleep [107:10]
aspects [11:4]
aspirin [12:8]
associated [65:1] [80:7]
[128:16]
associates [137:3]
association [11:20]
assume [7:25] [96:25]
[118:25] [120:12,21]
assumes [95:19] [97:12,23]
[98:17] [120:6]
assumption [95:13] [121:3]
asymmetric [126:1,3]
atlanta [80:8]
attached [137:]
attaching [70:12]
attempt [32:9]
attend [55:2] [75:13] [76:1]
[82:5] [89:15]
attendance [78:9]
attended [50:17] [74:12]
attending [16:25] [50:15]
[74:19]
attention [43:15] [48:20]
[49:2] [110:7] [119:20]
[122:5] [124:19] [132:8]
[137:]
attorney [1:] [2:]
attorneys [2:10,] [40:10,25]
[119:5] [135:19]
attributed [33:6]
attrition [64:11]
atypical [13:21]
august [9:18] [11:25] [23:9
,15] [30:15,21] [36:2] [37:6]
[41:8] [131:6,8]
available [53:10] [89:6]
[99:24] [100:2] [103:15]

[123:11]
avails [64:5]
avenue [2:14]
aware [46:7] [74:12] [81:6]
[90:10] [92:18,24] [94:4]
[103:4] [110:9] [111:23]
[118:17,22,23]

___

**B**

___

babbling [69:9]
back [7:9] [11:16] [17:23]
[18:1] [23:9,20] [28:22]
[30:22] [34:12] [43:13]
[46:14] [52:10] [57:4]
[65:9] [68:5,17] [70:19]
[86:22] [87:6,22,24] [88:9,12]
[100:16] [110:15,16] [129:
8] [131:5,7]
background [6:8] [29:11]
bad [23:17] [24:10] [25:5]
[54:6] [98:2]
badge [55:18]
badges [94:20]
balanced [126:6]
balloon [116:7]
barbiturate [44:21]
barrett [1:] [3:2,11] [4:1]
[6:6] [9:5] [134:14] [136:19
,24] [137:7]
base [110:23] [115:6]
based [13:15] [18:18] [27:3]
[85:19] [86:12,14] [89:12]
[101:23] [102:11,12] [110:
25] [121:17] [129:17]
basically [90:7] [94:23]
[95:1] [121:15] [129:20]
basis [7:14] [88:24] [89:2,4
,19] [101:9] [104:1] [118:23]
bear [33:17]
became [33:5] [67:1,17]
[113:17]
become [99:23] [107:9]
[112:21]
becomes [63:25] [64:7]
beforehand [14:5]
began [16:22] [17:4,17]
[70:19] [113:14,16] [126:4]
begin [82:25] [97:16] [106:11]
beginning [20:10] [37:1]
behalf [1:4,] [134:4,]
behave [98:15]
behavior [54:6] [61:11,12]
behavioral [132:9]
behind [85:8]
belabor [25:10]
belaboring [39:21]
believe [4:10] [11:14] [24:22]
[29:12] [32:4,6] [46:9]
[56:20] [63:10,11] [69:11]
[70:25] [72:13] [79:5]
[83:14] [87:4] [93:5,6]
[109:24] [113:11] [119:9]
[122:9] [123:9] [130:24]
believed [37:19] [50:25]
[70:14]

bells [80:12]
below [11:5] [99:19] [136:]
beneficial [17:2] [88:11]
[92:12]
benefit [20:13] [22:16,17]
[27:12] [30:14,15,22]
[47:3] [53:8] [108:17]
[131:3]
besides [8:6] [86:20] [123:11]
best [24:16] [25:21] [40:22]
[60:4] [129:3] [135:16]
bet [57:19] [73:6] [131:24]
beth [81:4]
better [32:21] [53:10] [112:
5] [126:21]
beyond [72:1] [88:2] [90:23]
[96:17]
bias [49:17]
biased [96:17]
big [7:6] [65:20] [110:1]
biggest [34:24]
bilateral [125:1]
biochemical [45:4] [121:8]
bipolar [80:17] [106:1,3,4,7
,12,15,19,21] [130:5]
biscayne [76:14]
bit [9:24] [17:24] [19:5]
[25:22] [45:2] [54:2] [60:13]
[83:8] [106:19] [114:21]
black [35:6,21]
blackbox [35:6,21]
black-box [35:6,21]
blatantly [95:25]
blind [85:7]
blocked [116:19]
blocks [124:6]
blood [12:5,8] [35:1] [116:15
,19]
blue [101:8]
board [7:17,22] [95:23]
[117:17]
body [10:17,20] [32:22]
bone [34:25] [35:2]
booming [103:20]
booths [94:19]
borders [99:21]
boston [76:11]
bottom [137:]
boulevard [1:]
brain [10:4,6] [116:16]
brainstem [108:23]
branch [2:3,5] [7:15] [38:21]
[40:8] [41:17,19] [133:2,6]
[134:24]
brand [27:6] [123:20]
brandnew [27:6]
brand-new [27:6]
break [5:24] [68:14] [77:1,19]
[115:17] [131:9,14]
breakout [77:1,19]
break-out [77:1,19]
breakthrough [131:9,14]
break-through [131:9,14]
brett [80:14]
briefly [32:18]
bright [13:24]

**12/07/2004  Barrett, Douglas, MD (Santullo)**

bring [58:17] [64:12]
bringing [58:19]
brings [128:5]
brought [6:3,4] [8:23] [9:1,2
,13] [24:1] [90:17]
bull [106:16,17]
bunch [53:10]
buoyed [23:1]
bureau [74:10]
burn [68:19]
busy [103:24]
buy [77:10] [94:22]

C

california [8:8] [76:9]
call [14:3,5] [25:18] [29:16]
[74:4] [105:16] [106:23]
[137:20]
called [7:10] [9:22] [23:16,19]
[24:9] [30:17,19,22] [32:20]
[37:16] [69:2] [76:6] [77:14]
[98:5] [123:23]
calling [21:25] [124:19]
calls [25:12] [86:23]
candid [30:1] [44:18]
candor [22:7]
cannot [81:15]
cant [24:13] [43:24] [58:21]
[60:24] [61:22] [71:4]
[79:5] [92:22] [94:10]
[111:25]
capital [124:20]
captured [119:19]
carbamazepine [46:21]
[48:2] [123:18]
carbatrol [30:24] [31:19,22]
[34:17,22,24] [35:7,12,13]
[36:24] [45:7] [48:2] [111:16
,20] [112:3] [113:7,8,9]
[114:17,20] [123:18] [127:
2] [128:13] [130:24] [131:11
,16,18,19]
care [7:4] [64:1,8,14] [65:7]
[99:25] [106:5] [112:21]
[125:17] [126:20]
cared [33:24]
careful [58:19] [60:15,18]
carefully [137:]
carolina [79:21] [80:4]
carotid [116:5,6,7,8,11,12,18]
carpal [7:8]
case [1:] [4:9,15,16] [14:4,6
,7] [27:17] [40:8,12] [41:1]
[81:3,8,11,14,17] [82:24]
[83:5] [104:2] [105:4,22]
[134:] [135:19,21]
cases [114:16]
cash [71:7,13] [72:20]
[75:13]
cast [96:19]
casual [68:9]
categorize [6:19]
categorized [62:18]
cause [12:25] [34:25] [52:19]
[116:20]

caused [86:3,4]
causes [107:17] [108:20]
causing [33:11] [114:8]
cavalier [43:16]
ccr [1:23] [134:12] [135:]
cell [28:13,15] [111:21,22]
[114:8,9]
cells [35:1] [108:21]
central [10:7] [28:17,22]
[107:20,24] [109:21] [116:
20]
cerebral [6:25] [7:3] [108:23]
[116:13]
certain [107:23]
certainly [96:17] [128:4]
certainty [47:9]
certificate [3:7] [134:11,19]
certified [7:17,23]
certify [134:13,19] [135:1,7
,10,17] [136:19]
chances [127:14]
change [46:6] [127:7] [136:
6,7,8,9,11,12]
changes [134:21] [136:10,]
characterized [125:8]
charges [65:1] [90:17]
[118:24]
chart [3:13] [8:24] [9:2]
[13:9] [14:18,20] [21:23]
[38:3] [80:16]
chat [68:9]
cheaper [117:22,24]
check [71:20] [77:11]
chemical [107:24]
chicago [76:3]
chide [60:13]
chief [95:22]
children [6:25] [54:8]
choose [109:19]
chronic [80:13,25]
circuitous [72:5]
circumstance [26:17]
[77:6]
circumstances [72:22]
city [81:1]
civil [1:]
claim [39:3] [71:5]
claiming [39:2,9] [85:8]
claims [39:23,25] [40:5]
[41:2] [71:2]
clarify [17:20]
class [28:24] [39:17,22]
[41:22] [42:2] [45:12]
[47:24]
clear [33:5] [54:17] [67:21]
[83:25] [112:2] [117:18]
clearer [112:4]
clearly [82:24]
clinical [115:21,24] [116:2]
[121:19] [122:1]
clog [64:3]
close [58:3]
clot [116:19]
clue [118:16]
cme [93:7,16]
co [100:17] [119:4]

cognitive [31:17] [54:9]
[132:7]
cold [74:4]
colleagues [66:18,22]
[90:3,25] [91:2] [121:21]
columns [125:9]
comfort [23:1]
coming [52:10] [77:12]
[101:24] [103:21] [104:4]
comment [38:13]
comments [122:6]
common [27:14] [31:13]
[86:1] [115:14]
commonly [15:21] [16:11]
communication [38:7]
[70:10]
community [15:22] [16:12]
[47:11] [66:4] [96:13]
[97:21] [106:11] [119:10]
[120:1]
companies [48:21] [55:8]
[58:25] [60:6] [61:12,13]
[69:6] [74:5,14] [76:16]
[77:24] [86:15,16,17]
[88:18] [89:16] [90:13]
[92:21] [93:1] [95:13]
[96:6] [98:21] [118:18]
[119:23] [120:14]
company [49:1] [55:16]
[56:7] [59:14] [62:15,23]
[68:24] [71:14,20,21]
[72:21] [73:17] [74:13,14]
[77:1] [87:24] [88:18]
[90:6] [91:15] [92:14]
[93:9,13,17] [96:12,22]
[99:5,16] [104:14] [119:22]
companysponsored [74:13
,14]
company-sponsored
[74:13,14]
comparatively [125:1,25]
[126:7]
complaining [10:21]
completed [137:]
completely [79:2] [123:8]
[126:6] [131:1]
completion [3:7] [134:11]
complicated [14:4]
comply [137:]
compromise [132:7]
concentration [132:8]
concerned [34:22]
concerns [34:21]
concluded [133:9]
conclusion [84:5] [97:1]
conclusions [71:16]
condition [10:22] [11:9]
[12:16] [15:15] [16:9]
[26:9] [33:15] [42:22]
[43:22] [45:13,25] [86:10]
[107:3] [125:23] [126:3,15]
[127:23] [130:15]
conditions [16:20] [17:3,19]
[19:9] [65:6] [114:7] [132:23]
conduit [90:8] [99:6]
conference [48:8,13] [49:10

,24] [50:15,21] [72:7] [74:15]
[76:6,11] [78:9] [93:22]
conferences [50:1,17]
[93:16]
confirm [9:11]
confirmed [99:13]
confused [53:24] [54:3]
[59:24]
confusing [56:25]
confusion [54:4]
consider [70:20] [71:1]
[72:4]
considerations [42:13]
considered [23:3] [73:25]
consistent [36:9] [61:12]
constrained [71:23]
consultants [76:17] [77:12
,15,16] [78:10]
consultative [13:22]
contact [98:8]
containing [123:22]
contest [5:25]
context [10:11] [55:12]
[73:19] [78:18]
continue [99:4] [129:14]
[130:1]
continuing [21:3,17] [24:19]
[74:19] [75:1,14] [120:23]
[131:17]
contracted [135:18]
contraindicated [34:7,10]
contravention [73:2]
contribute [81:25] [127:22,23]
control [52:6] [53:4] [128:9]
controlled [46:23] [128:6]
controlling [127:13]
conversation [13:17] [15:10]
[25:6] [26:6,7] [27:18,20]
[31:1] [38:12,13] [39:1]
[91:7]
cooperative [127:17]
copies [9:9] [134:19]
copy [6:4] [8:23] [9:1,6,7,12]
[64:19] [65:11] [96:2]
[135:4,8] [137:]
cord [10:4,7] [43:4] [108:22]
[125:10]
correct [8:25] [9:14] [11:12]
[12:1] [16:14] [17:22]
[21:14] [23:8,11,24] [29:10
,14] [31:20] [32:11] [33:16]
[34:8,15,18] [35:15] [36:4,15]
[37:2] [41:10] [44:6] [50:22
,23] [55:9] [59:15] [72:10]
[78:7,12] [81:10] [85:13,21
,25] [86:10] [87:17,20]
[88:1] [94:3] [97:15] [102:1]
[103:3,11] [110:8,22]
[111:7,9,15] [113:22,24,25]
[114:25] [123:3] [126:14,17]
[127:4] [128:9,10] [129:16]
[130:3,18] [131:7] [135:14]
[136:20]
correcting [137:8]
corrections [136:12] [137:12
,14]

correctly [96:6]
correspondence [40:15]
cortex [108:24] [121:13]
cost [65:4] [135:7]
costs [119:6]
couldnt [47:9] [60:1]
counsel [96:1] [98:12]
[124:12] [129:9] [134:22]
count [92:15]
country [4:22]
counts [92:2] [118:19]
county [1:] [134:]
couple [53:23] [77:18]
[91:14] [92:2] [117:11]
course [5:9] [18:2,4] [23:4]
[36:9] [46:6] [62:10] [65:12]
[75:24] [110:16] [115:18]
[119:3] [131:13]
court [1:1,] [134:1] [135:21]
[137:17,]
cover [30:25] [69:10] [70:11]
covers [7:13]
coworker [100:17]
co-worker [100:17]
coworkers [119:4]
co-workers [119:4]
cranial [125:15]
crazy [73:23]
create [114:10]
created [92:4] [119:24]
critical [25:24]
cross [3:4] [83:23]
cull [63:24] [64:8]
culled [65:3]
cure [127:6]
current [6:13,15]
currently [16:7] [122:16]
[123:2]
curriculum [3:12]
cv [1:] [6:4,13] [134:]
cv0301377 [1:] [134:]
cv-03-01377 [1:] [134:]

D

daily [104:1]
damage [116:20]
dan [2:6]
data [27:3] [61:23] [80:2]
date [85:22] [86:9] [117:17]
[136:] [137:1]
david [79:24] [80:3,21]
davis [2:13]
day [19:22] [20:12,14,16,18]
[22:13] [23:19] [36:25]
[37:5] [66:8] [100:1] [110:20
,21] [115:5] [131:4,12]
days [30:17] [77:7]
dc [80:14]
dead [128:22]
deal [59:19] [91:10] [95:19]
[97:13,23]
dealing [119:23] [126:18]
deals [116:15]
dealt [106:1]
dear [137:7]

death [109:3]
december [1:] [134:13]
[136:21]
deceptive [49:14]
decide [98:21]
decided [100:18]
decision [22:23] [52:20]
[89:9,11,19] [90:1]
deductive [48:5]
deep [125:11]
defendants [1:] [2:] [4:9,14]
[134:9]
defer [117:2] [126:23]
deficit [107:22] [110:7]
degenerative [108:19]
[109:1]
delineated [16:8]
delivered [134:20] [135:5]
deliveredmailed [137:1]
dementia [7:3]
dentist [52:10]
department [58:25] [59:5,14]
[61:2,3]
depends [26:17,18]
deponent [136:2]
deposition [1:18] [3:7]
[5:16] [6:5] [41:15] [56:14]
[104:9] [133:9] [134:11,13
,23] [135:5,8,12,15] [136:10
,21] [137:]
deprivation [125:13]
derive [131:3]
dermatome [125:9]
describe [6:14] [26:22]
[27:2] [125:23]
described [11:19] [13:8]
[35:10] [131:15] [132:13]
describing [32:17]
description [75:1]
desk [87:12]
despite [21:3]
destabilization [114:8]
detail [40:5] [89:15] [90:24]
[98:15] [99:22] [105:6,16]
[119:1]
detailing [62:14]
detailmen [98:4,5]
details [48:8]
detrimental [113:2]
develop [54:6]
developed [26:24]
diabetes [33:1,4,6,8,10,21,24]
[34:5] [126:15,22,24]
[127:9,14] [128:1,4,5]
diabetic [32:15] [33:5,6,14]
[34:11] [59:9] [76:11] [114:14]
[125:3]
diagnosis [34:4]
dickason [2:] [134:16]
didactic [77:7]
didnt [18:15] [20:8,11]
[25:6,10] [33:4] [34:5]
[38:7,14] [39:7] [40:4]
[49:17,20] [55:2] [72:23]
[73:3] [90:23] [91:2,24]
[93:9] [104:5] [113:12]

[115:11] [119:13] [120:1]
diego [94:12] [104:11]
diet [128:9]
differ [111:17]
different [23:21] [29:21]
[32:16] [44:7,8,16] [45:5]
[57:4] [77:18] [99:13]
[100:1,12] [111:24] [112:1]
[121:12]
differently [44:8] [45:5]
difficult [124:7]
dilantin [41:25] [42:19]
[46:21] [48:4]
dilated [116:7]
diminish [28:20,21]
dinner [82:5]
direct [3:3] [4:4] [72:20]
[84:2]
direction [103:22]
directly [14:17,24] [61:4]
[93:9] [98:24]
disagree [105:2]
disappointed [84:9]
disclaimers [48:10]
discomfort [11:15]
discovered [33:13]
discovery [4:24] [33:17]
discuss [66:3] [81:22]
discussed [50:3] [66:21]
[73:12] [74:17,21] [75:3]
[82:7] [104:13,15] [106:20]
[111:6] [112:14]
discussing [118:18]
discussion [5:15] [47:17]
[67:5,12] [119:11]
discussions [20:3] [41:12]
[50:12] [70:2] [119:3]
disease [7:3] [12:7] [15:24]
[32:22,25] [36:12,13]
[62:18] [76:23] [86:3]
[106:1,3,5,7,15,19,21]
[108:18,19,25] [109:1,4,8]
[116:5,8,13] [126:13]
[127:8] [130:5,11]
diseased [28:18]
disorder [17:7] [43:4] [80:17]
[107:4] [110:7]
disorders [7:4,10] [16:24]
disorientation [54:4]
disoriented [54:3]
disposition [135:21]
disruption [114:15]
disruptive [107:11]
distal [80:6] [125:1]
distribute [88:13]
distribution [113:21] [125:
6,8,14]
district [1:1] [134:1]
disturbance [10:2,10,12]
disturbances [54:9]
diuretic [12:8]
divide [10:6]
division [56:7,9] [120:13]
dizziness [132:16]
doctor [4:6] [65:16] [68:17]
[83:18,21] [87:3] [89:18,21]

[90:10] [92:17] [96:4] [97:11
,14,25] [98:10,18,20] [100:
14] [103:4] [104:18] [109:5]
[115:18,20] [120:7] [121:5]
[124:16] [125:18,22] [128:
12] [129:6,10]
doctors [78:17] [98:9,24]
[104:17] [108:11] [120:24]
document [23:25] [113:12]
documentation [22:8]
doesnt [44:23] [53:6] [79:22]
[111:8] [123:8,17,19,21]
[124:5]
doing [4:23] [14:12] [34:3]
[61:25] [72:11,14] [75:8]
[91:23] [98:2,23] [115:7]
[120:1] [126:14]
don [80:25]
done [18:21] [33:21] [34:3]
[39:23] [71:15] [72:13]
[77:17,24,25] [99:20]
[100:23] [101:5,19] [102:20
,23]
dont [5:7,10] [15:3,9] [20:7]
[21:24] [22:2,7] [24:22,23]
[25:19] [27:17] [30:1]
[32:4,6] [35:19,20] [38:2,11
,17,25] [39:5] [42:10] [45:9]
[47:8] [48:11,18] [50:4,16]
[52:1,16] [53:9,14] [54:17,21]
[55:16] [56:5,24] [57:25]
[61:6] [64:2] [65:16] [66:24]
[69:21,25] [70:6] [71:5,25]
[75:7,9] [76:7] [79:13,15,18]
[80:9,15] [81:13] [83:3,11]
[86:22] [87:8] [89:11] [92:9,15
,22] [93:6,11] [96:15] [99:9]
[100:5] [101:15] [103:13]
[104:19,20] [108:4,6]
[111:18] [113:12] [117:24]
[118:14] [119:1,9] [122:9,17]
[123:9] [126:25] [128:2]
dopamine [107:22]
dorothy [41:19]
dosage [19:23] [20:15,20,24]
[21:8,15] [22:17,23] [37:3,15]
[100:9] [105:17] [115:1]
[131:16]
dose [15:8] [19:21,22]
[20:1,12,14] [21:1,3,5,12,13
,19] [22:3,12] [36:24] [37:8]
[54:2] [99:15,17] [105:19,24]
[131:4,20]
doses [114:25]
double [21:5,19] [22:2]
[88:20]
doubleblind [88:20]
double-blind [88:20]
doubt [93:21] [132:17]
douglas [1:] [3:2] [4:1]
[134:14] [136:19,24] [137:
]
down [104:1]
downside [54:9]
dr [4:25] [9:19] [12:2] [13:13
,18] [14:7,19,21] [18:10,12

**12/07/2004  Barrett, Douglas, MD (Santullo)**

,19] [19:24] [20:2] [21:18]
[32:14] [33:22,25] [41:4]
[52:20] [106:16] [112:20]
[137:7]
draw [71:16]
dressed [57:16]
drive [2:7]
drop [26:1]
dropped [25:11] [63:1]
drowsiness [31:10,11]
[54:4]
drowsy [53:23]
drug [4:15] [13:8] [16:6]
[17:2] [23:21] [26:18,19,22
,23] [29:17] [31:21] [32:9]
[33:18] [34:6] [39:3,10]
[42:24] [45:14,15] [47:25]
[52:25] [55:14,16,23]
[56:21,23] [57:12,23,25]
[58:2,24] [61:3] [62:23]
[64:4] [67:22] [69:6] [71:14
,24,25] [72:4] [73:16,21,25]
[76:25] [77:2] [78:1] [84:3]
[85:6,7,11] [87:24,25]
[88:17,24] [89:1,3] [90:1,6]
[91:1,3,4,16,20] [93:16]
[94:7,16] [95:1,8,9,15]
[96:22] [99:5,7,16] [100:16
,18] [101:15] [102:20,21,24
,25] [104:14] [105:18]
[112:7] [113:15,18] [114:20]
[115:22] [117:19] [118:2]
[123:22] [128:14]
drugs [14:2] [26:13] [41:21]
[42:2,20] [43:17,18] [44:3]
[45:20] [55:15] [61:6]
[66:2] [77:23] [78:1] [95:2]
[99:18] [106:4] [115:23]
[117:2] [118:3] [119:25]
[121:12,14,15]
due [33:4] [137:]
duly [4:2]
duped [49:22]
dysfunction [33:11]

**E**

earlier [4:20] [5:15] [24:23]
[31:1] [37:19] [38:17]
[102:3] [103:17] [104:8,17
,25] [111:6] [115:21] [125:4]
[132:4]
earliest [47:13]
early [38:18] [67:14] [79:1]
[101:6] [107:12]
easy [64:17] [66:7]
edges [47:21] [63:12]
education [74:20] [75:2,14]
[85:4]
educational [6:8]
effect [4:20] [31:13,16]
[39:2,10] [40:1] [127:9]
effective [17:12] [37:15]
[42:3] [44:3] [47:24] [53:2,4
,5] [67:18] [97:18] [130:25]
effectively [18:25]

effectiveness [20:5] [54:13]
[71:2]
effects [15:2] [20:6,8] [25:3]
[27:3] [30:20,23] [31:3,8]
[34:21] [53:20] [54:5,13,18]
[115:13,14,15] [131:18]
[132:5]
efficacious [100:10,25]
[101:1,5,25] [102:8] [121:9]
[122:11,13]
efficacy [101:4] [106:20]
[116:11] [117:2] [129:25]
efficient [109:24]
efforts [128:7]
eight [19:4] [63:14] [65:8]
[116:10]
either [26:25] [40:11] [41:16]
[46:5] [54:12] [55:1,4]
[57:13] [64:7] [71:6] [78:17]
[81:6,22] [87:1] [93:11]
[109:20] [122:13,24]
elavil [123:20]
elbows [94:22]
electric [121:11]
electrical [111:21]
electrophysiologic [36:11
,21]
eliminate [123:8,10]
else [10:7] [24:4] [41:1]
[42:17] [43:19] [44:22,24]
[47:7] [54:15] [66:9] [72:2]
[101:11] [110:4]
elsewhere [47:4] [120:5]
embarrassed [55:14]
emerged [67:3]
emergence [67:23]
empirical [27:1]
employed [135:17]
enclosed [14:22]
encouraged [82:15,20,22]
[83:3]
encouragement [83:11]
end [41:7] [66:8] [77:11]
endarterectomy [116:12]
ends [116:22]
endurance [5:24]
enough [8:21] [14:7] [22:14]
[40:6] [121:25]
entirely [72:8] [89:12] [99:10
,24] [100:5]
entirety [38:11]
entities [56:16] [57:19]
entity [57:3] [62:18]
entry [80:2]
epidemiological [88:23]
[92:19]
epidemiologist [102:18]
epilepsies [53:9]
epilepsy [6:25] [7:2] [28:11]
[46:4,17,19] [54:8] [67:21,23]
[71:18] [75:25] [84:4,13]
[86:20] [87:14] [105:25]
[113:15,18] [121:7,11]
[122:8,11,22] [130:21]
[132:24]
epileptic [85:20] [121:10]

episodes [131:9]
equivalent [117:19]
equivocal [47:2] [48:3]
[53:8]
era [90:22]
erratically [114:10]
error [44:25] [68:10] [121:15]
errors [136:3]
escalate [21:6]
escaped [46:2]
especially [50:7] [107:23]
[122:23]
essence [126:8]
essentially [4:18]
estimate [128:11]
et [1:] [134:8] [136:1] [137:6]
etiology [15:12] [107:18]
evaluate [9:21]
evaluation [14:8]
even [29:21] [30:9] [39:3]
[52:9] [66:1] [72:23] [75:13]
[77:2] [84:24] [92:14]
[100:4] [116:23] [131:15,20]
evening [107:12]
event [56:24]
events [75:23]
eventually [107:9]
ever [24:24] [50:24] [51:4]
[58:13,15] [60:5] [62:3]
[66:24] [67:4] [68:21]
[70:13,24,25] [71:4,7]
[73:18,19,24] [74:2,4,9,12
,19] [75:12] [76:17] [78:13,21
,24] [79:3] [81:21,25] [82:5
,15] [84:11,14] [90:16]
[95:7] [97:1,5] [100:14,15]
[102:23] [103:24] [104:19]
[105:15] [106:1,6,20,23]
[108:8] [115:24] [122:5,7]
[123:4] [126:19]
every [58:3] [100:1] [126:1]
everybody [51:17] [72:2]
everything [10:7] [44:10]
everywhere [94:16]
evidence [27:1] [95:20,22]
[97:13,24] [98:17] [120:6]
[121:18] [128:5]
evolve [128:16]
exact [28:11] [45:17] [121:8]
exactly [5:12] [35:11] [36:17]
[45:4] [47:9] [53:18] [65:10]
[75:8] [85:15] [86:8] [88:16]
[116:25] [124:1,3] [126:2]
exaggerated [71:1,5,6]
exam [84:2]
examination [3:3,4,5,6]
[4:4] [15:6,9,11] [36:21]
[83:23] [129:11] [132:1]
[135:1]
examinations [15:7]
examining [14:18]
example [29:20] [59:8]
[63:25] [69:1,5] [74:25]
[107:22]
excellent [44:11]
except [5:9] [136:21]

excepted [135:18]
excerpt [124:17]
exclusively [77:22]
excuse [78:10]
exhibit [3:11] [6:5,6,7]
[9:4,5,11] [14:22] [24:1,2]
[30:19] [41:13]
exhibits [135:9]
exist [10:3] [98:3,8]
expectation [127:5]
expensive [117:24,25]
[118:1]
experience [11:17] [18:19,24]
[19:2,3,5,8] [20:10] [22:25]
[37:9] [42:9] [44:25] [48:1]
[51:18] [52:24] [53:2]
[84:8] [92:10,11] [102:12]
[108:16] [110:24,25] [115:
7] [129:18] [132:8,9]
experienced [11:18,20]
[22:16,17] [37:5]
experiences [49:19] [83:6]
[129:24]
experiencing [10:17] [11:14]
[15:16] [19:1] [22:20]
[25:3] [31:3,9] [32:3,7]
[51:15]
experiment [84:19]
experimental [121:17]
experimented [84:20]
[102:3]
experimenting [101:12,21]
expert [102:16] [126:24]
expertise [86:24] [88:2]
expires [135:25]
explain [15:19] [16:4] [26:24]
[28:2] [32:18] [115:10]
explained [9:23] [27:10]
explanation [14:5]
expose [90:12] [91:14]
extension [87:6]
extent [11:6] [72:6] [86:23]
[89:18] [129:17]

**F**

face [13:18] [17:8] [52:11]
[113:24]
facetoface [13:18]
face-to-face [13:18]
facial [114:3]
fact [23:9] [26:8] [34:4]
[35:6] [52:16,19] [73:2]
[94:25]
facts [95:19,21] [97:13,23]
[98:17] [120:6] [129:3]
failing [34:1]
failure [54:2,12]
fair [8:21] [19:10] [22:14]
[35:12] [40:6] [66:23]
[92:17] [119:22] [126:10]
[127:1]
fairly [66:7]
fall [41:22] [99:19] [107:10]
falls [28:25]
false [70:17,22] [71:1]

**12/07/2004  Barrett, Douglas, MD (Santullo)**

[73:20,25]
familiar [5:18] [79:22] [85:2] [110:5] [125:19]
far [5:7] [30:8] [33:19] [34:6] [39:20] [44:6] [69:17] [88:4] [92:23] [110:11] [112:1] [117:15] [130:5,7,15]
fashion [27:13] [41:24] [43:2]
fashions [111:24]
fda [16:8] [24:17] [30:2,6] [43:8,14] [45:23,25] [46:3] [58:20] [61:19] [85:2,5,10,19] [86:9,22,24] [87:12,19,23,24] [88:10,25] [89:4,13,24] [92:7] [99:6,12,16,17] [100:3] [112:8,16] [118:12 ,19] [120:17] [122:25]
fdaapproval [118:12]
fda-approval [118:12]
fdaapproved [43:8] [45:23] [87:12] [89:24] [99:17] [122:25]
fda-approved [43:8] [45:23] [87:12] [89:24] [99:17] [122:25]
fdas [97:18]
fe [1:] [134:]
february [19:17] [20:4] [23:15] [34:14] [37:11]
fee [77:12]
feel [12:15] [24:18] [35:20] [49:12] [64:13] [82:15,19] [137:]
feeling [63:16] [70:14]
feet [10:25] [11:4] [113:21] [114:1,5] [125:4]
felony [92:2,14] [118:19,24] [119:14] [120:15]
felonylevel [120:15]
felony-level [120:15]
felt [10:24,25] [11:3] [28:1] [37:6] [62:5] [81:17] [102:10] [104:6]
few [68:19] [83:21] [90:21] [101:10] [109:17] [129:10]
figure [40:5] [45:2] [121:15]
figured [50:11]
figures [15:17]
file [62:13,14,16,17,20] [63:2,5,6,21,24] [64:3,6,8] [66:17] [79:8] [81:19]
filed [4:9] [24:20]
files [64:19]
filing [38:21]
fill [58:23] [59:13] [60:25] [75:1]
final [132:3] [135:20]
finally [8:15]
financial [95:22]
find [25:15] [37:14]
finding [17:1,9]
fine [9:9]
fingers [11:6] [63:1]
finish [5:20]
fire [28:14,19,21] [114:9]

firing [28:18] [114:17,19]
firm [2:3] [37:25] [38:7,22] [40:15,16] [41:17,18,19]
first [1:1] [4:2] [9:15,18] [12:10,12] [15:5,9,11] [16:22] [18:5,12,15] [33:25] [35:14,17,21] [40:13] [43:20] [46:8,16,17] [47:6] [51:2,25] [53:11,25] [95:15] [101:17,21] [103:5] [122:25] [134:1]
firstline [53:11]
first-line [53:11]
five [45:6] [56:18] [128:19]
flap [91:10]
flip [66:16]
florida [76:15] [104:11]
focused [15:11]
follow [60:18,21] [96:7] [118:12]
followed [127:19]
following [23:19] [102:14] [134:22]
follows [4:3] [116:14] [118: 13]
foot [126:4]
forearms [11:7]
foregoing [135:14] [136:]
forgetting [72:18]
forgive [50:21]
forgot [132:4]
form [13:16] [22:4] [33:7] [59:13] [92:18] [125:3] [128:19]
format [12:20]
forms [17:8] [27:9] [113:19]
forth [135:13]
forthright [49:18]
found [17:1] [47:2,4,11] [92:12] [108:17] [119:25] [121:9,17] [122:12]
fraction [19:8] [51:14]
frame [37:12] [75:5]
frankly [43:15] [45:1]
free [75:12,13]
freeway [137:]
frequent [125:3] [132:16]
frequently [51:8]
front [50:14]
frontiers [76:6,8]
full [21:22] [59:21]
fully [6:7]
function [10:3] [79:24] [107:12]
funded [104:14]
further [134:19] [135:1,7,10 ,17]
fuzzy [47:20] [63:12]

**G**

gabapentin [50:10] [59:8] [75:3] [111:23] [118:9,10,11]
gabitril [42:15,19]
gamma [118:7,8]
gave [93:23] [94:9]

gehrigs [108:18,19,25] [109:8] [130:11]
general [5:5,7] [6:14,16,20] [7:7] [21:4] [50:5] [62:14] [78:16] [119:5] [126:20]
generally [17:11] [44:18] [53:14] [58:17] [61:15] [105:20] [117:22] [125:3] [126:24]
generic [117:6,7,10,14,16,18] [118:2,7,11]
georgia [80:8]
gets [98:10]
getting [90:8] [127:14]
give [5:11] [36:12] [45:16] [61:1] [71:17] [96:16] [101:16] [105:17] [109:18,23] [117:13] [121:14] [123:14]
given [21:2,4] [22:3] [39:14] [47:24] [49:16] [66:6] [109:14] [136:]
giving [49:18] [71:21] [103: 5] [106:14] [127:1]
glad [64:25]
glean [103:2]
glove [125:5]
go [5:7] [9:3] [18:1] [22:2] [43:13] [58:6] [63:6] [66:11 ,12,17,18] [68:17] [69:14] [77:6] [86:22] [87:3] [89:21] [94:25] [95:4] [96:4] [97:14 ,25] [98:4,7,18,24] [107:7] [113:9] [120:7] [123:18] [128:15]
goes [69:17] [87:24] [114:3] [123:20]
going [5:3] [17:23] [25:14] [32:22] [36:10] [44:22] [45:1] [46:13] [54:24] [55:1] [61:18] [65:9,15] [67:25] [72:17] [75:22] [86:19] [88:25] [95:1,2] [97:19] [104:19] [113:2,3] [124:10,13] [127:6,12] [128:18,23]
gone [77:18,19] [86:15] [115:1]
good [4:6] [5:22] [19:5] [27:2] [39:13] [42:25] [48:1] [83:1] [96:11] [108:16] [109:16,18] [118:14] [122: 2] [127:15,17]
gotten [24:15] [69:5] [83:12] [97:7]
grande [1:] [2:4] [134:]
grant [81:21]
great [67:10] [95:19] [97:13 ,23] [133:1]
griego [41:19]
groundswell [97:19] [103:17 ,21] [104:3]
groundswells [104:1] [105:1]
group [6:18] [7:10] [44:2,4] [65:20,25] [66:2]
groups [10:6]

growth [103:14]
guarantee [45:10]
guess [16:11] [37:10] [38:4 ,6] [41:21] [43:13] [51:5] [62:6] [71:16] [72:3] [77:15] [78:16] [83:10] [98:1] [129:25]
guessing [94:14]
guidance [116:6]
guilty [92:2] [118:19] [119:14 ,25] [120:14]
guinea [45:2]
guys [98:4,7]
gwenn [9:19]

**H**

habit [123:2]
hadnt [60:2]
half [55:16]
hand [9:10] [59:20] [93:16] [126:5]
handed [95:5,7]
handling [33:21]
handmaidens [93:16]
hand-maidens [93:16]
hands [10:25] [11:5]
hang [58:5]
hans [79:20]
hansen [79:20]
happen [45:8] [57:24] [58:2] [77:6] [93:19,20,21] [128:21] [132:18]
happened [22:1,9] [70:1] [73:7]
hard [54:2] [109:18]
hasnt [37:16] [64:10]
hate [39:21]
havent [58:21] [74:1] [78:8] [117:15] [118:16] [122:12]
having [4:2,18] [6:10] [20:6 ,7,9] [24:20] [27:18] [30:23] [35:14] [66:5] [74:12] [81:11] [99:23] [114:4]
head [29:4] [31:12] [49:6] [123:14,15] [130:20]
health [21:4] [113:2]
hear [76:23,24]
heard [23:17] [24:10,13] [25:5] [50:18] [68:21] [76:17] [82:24] [93:7] [95:15] [106:6,23]
hearing [47:21]
hearsay [113:13]
heart [116:10]
hed [24:15] [27:20] [131:9]
held [68:16] [115:19]
help [25:15] [52:13] [114:3]
helping [77:12]
helps [114:3,12,14] [122:14 ,15] [123:8]
hereby [134:12] [136:19]
herein [13:11,13]
hes [34:16] [93:2] [127:12,13 ,18,22] [128:7,18,23] [131: 15]

**12/07/2004  Barrett, Douglas, MD (Santullo)**

hey [66:9]
high [45:16] [115:4]
higher [21:12] [131:20]
histories [81:3]
history [14:1,23] [26:23] [127:8]
hit [117:10]
hold [97:10]
home [22:4]
honest [9:8] [25:10] [30:5] [49:3] [119:11]
honestly [39:7] [118:16]
honorarium [71:21] [72:7,19] [73:15,16,18]
honorariumspeaking [72:19]
honorarium-speaking [72:19]
hopefully [100:10]
hospital [116:9,10]
hotel [77:10]
hottest [67:22]
hours [107:13]
housekeeping [133:2]
however [48:24]
human [121:19]
hypothetical [18:18] [95:18] [98:17] [120:4]

I

id [32:12] [36:7] [64:17] [68:13] [124:16]
idea [36:12] [51:8] [94:9] [101:7,15] [104:3]
ideas [98:22] [101:10]
identify [5:8,11]
ill [5:19,20] [9:10] [11:15] [26:21] [30:1] [71:15] [83:20] [96:3] [131:18]
illegal [91:18]
illegally [95:14]
illinois [76:4]
im [5:3] [6:16] [7:22] [9:9] [11:16] [17:23] [26:21] [38:5,17] [44:18] [45:16] [46:1,7] [48:17] [54:24] [55:19] [56:25] [66:5,20] [67:4] [68:25] [69:9] [71:23] [72:1,18] [75:8,22] [80:11] [81:6] [88:19] [91:23] [93:4] [94:14] [101:10] [102:17] [104:25] [111:23] [120:8] [121:21] [123:2] [124:10,13] [126:14]
imbalance [107:21]
immediate [137:]
immune [48:15]
impact [92:15] [128:4]
impaired [132:8,9]
impossible [96:23]
impressed [122:23]
impression [32:13] [39:9] [87:11]
improper [89:20] [91:17] [95:18] [98:17,19] [99:10]

[120:4]
improperly [119:24]
impropriety [99:21]
impulses [28:22]
inaccurate [49:13] [96:1] [103:18]
inappropriate [99:24] [100:5]
inappropriately [114:9]
inc [1:] [134:8] [136:1] [137:3,6]
incentive [71:8,9,13,25] [72:4]
include [22:18] [35:22] [41:4] [63:7] [82:9]
included [137:18]
includes [7:7]
including [119:23] [135:8]
incompletely [46:23]
incorporate [38:14]
incorporated [4:13]
increase [20:15,20] [21:8] [22:12,23] [37:3]
increased [20:13,24] [21:15] [22:17] [36:24] [37:15] [131:11,15]
increasing [21:1]
incurred [119:7]
independent [19:10] [20:23] [69:24] [81:13] [83:13] [97:1]
independently [20:7]
indicate [101:24] [136:] [137:12]
indicated [46:18] [53:13] [84:15,24] [115:20] [137:14]
indicates [122:6]
indicating [119:14]
indication [27:8,9] [45:23] [87:19] [88:11] [89:5] [91:16] [99:8,9,14] [100:4]
indications [26:13] [46:3,5] [58:20] [67:23] [89:24]
individual [66:6]
individualistic [129:1]
individuals [1:] [52:14] [54:11] [84:16] [109:3] [134:5]
induce [121:13]
industry [48:16]
ineffective [64:7]
inexplicable [109:1]
inexplicably [107:5]
influence [22:23] [29:6]
information [5:11] [14:16] [49:12] [58:15,17,19] [59:5,11,14] [60:7] [61:17,21] [62:9] [63:17] [68:2,6] [69:2,4,5] [70:12,14,16,21] [83:12] [89:23,25] [90:5] [92:6,24] [93:12] [95:17] [96:7,9] [99:23] [103:1,15] [104:2,3] [106:9] [112:22] [118:4] [119:1,13] [122:1]
infrequently [55:22] [69:8,9] [71:17]

inhibits [107:7] [111:20]
initial [111:4]
initially [11:17,23] [33:4] [131:2]
injury [4:17]
innervation [125:14]
inquiries [68:7]
insert [105:23]
insidiously [73:12,14]
insofar [93:9]
instance [60:5] [92:2] [118:7]
instead [98:23]
instructed [23:6]
instruction [137:]
instructions [137:8]
intensity [131:10]
interact [106:4]
interactions [90:2]
interest [135:20]
interesting [64:12]
interferes [33:10]
interfering [31:15,17]
interim [23:14]
internal [7:18,19,21] [114:15]
internet [66:11,18] [68:5]
interpreted [28:23]
intervals [36:7]
introduce [4:7]
introduced [121:20,23,24]
invite [76:22]
involuntary [107:4]
involved [88:18] [111:13] [116:3,4] [125:12,16]
involvement [125:7]
irritability [132:11]
irritated [114:14]
irritating [52:12]
isnt [85:24] [86:13] [103:25]
issue [24:24] [25:10] [39:8] [72:19] [99:8,18] [110:1,2]
itself [64:5]
ive [8:18,19] [9:8,10] [13:17] [29:9] [30:4,6] [32:12,14] [40:19] [41:25] [43:15] [53:23] [54:6] [63:17] [64:23] [69:5,6] [70:18] [73:9,11,12] [76:21] [77:17,18,23,25] [83:19] [93:7] [94:15] [96:2] [104:8,20] [108:12] [116:4] [117:15] [119:11] [122:14,23] [124:22] [131:22] [132:17]

J

jackson [80:3]
january [37:11] [75:25] [76:4]
jersey [81:5]
job [31:15] [61:25]
jog [79:10]
joseph [80:7]
journal [16:25] [80:11]
journals [66:17] [89:14]
judgment [18:18] [19:11]

[20:23] [23:4] [73:2] [83:13]
judicial [1:] [134:1]
july [23:16,23] [25:1] [26:7] [30:24] [31:1]
jump [8:22]
jumped [110:15,19]
jumpy [106:24]
juncture [23:19]
june [76:12]

K

kathy [1:23,] [134:12] [135:24] [137:17,]
keep [39:21] [42:12] [62:11,14,15,17] [64:2,6,9]
ken [106:17]
kenneth [106:16]
kept [63:21,22] [64:19]
key [76:14]
kids [54:6]
kind [13:21] [18:8] [20:15,20] [28:24] [29:17,24] [31:21] [35:17] [38:2] [39:3] [47:2,10,24] [49:17] [51:18] [63:15] [64:25] [71:8,12] [78:9] [88:19] [92:19] [102:20,24] [104:24] [107:10] [116:2] [119:1] [121:12] [131:14]
kinds [105:9]
knee [11:5]
knew [25:7] [33:24] [38:8,17,19] [56:5] [65:13] [80:11] [91:24]
know [6:12] [8:22] [9:1] [15:1,3,18] [25:6,20] [26:23] [27:5] [30:1,8] [32:1] [33:4] [35:19] [37:23] [38:18,20] [43:9,12] [44:6] [45:3] [46:13] [47:13] [48:6,25] [49:21] [50:25] [51:10,20] [52:18] [54:1] [55:16,20] [56:5,18,19] [58:13] [60:11] [61:5,16,19] [63:13,16,17] [64:3] [65:18] [66:5,6,8,13,24] [67:8,9,17,22] [69:25] [72:1] [73:23] [76:7] [78:16,17] [79:9] [83:3,11] [86:24] [87:8] [88:5] [89:23] [90:10] [92:22] [93:9,11] [96:15,24] [99:10] [100:1,5] [103:24] [106:3,19] [107:17] [108:11] [109:17,23] [110:11] [111:16,18] [112:1] [114:21] [118:14] [119:1] [120:2] [122:4] [127:25] [128:2] [130:5,7]
knowing [67:20] [101:2,4] [102:9]
knowledge [18:24] [19:2] [60:4] [74:1] [86:12]
known [10:14] [67:1] [102:7] [114:3] [119:10]

L

A.7

label [35:7]
labeled [92:3]
labeling [120:18]
laboratory [14:21]
lancinating [125:8]
lapse [8:15]
large [7:10] [19:8] [48:15] [51:13] [66:7]
larger [10:1]
largest [10:9]
last [35:24] [41:9] [63:14] [68:19] [91:8] [101:1]
late [65:9] [107:12]
later [30:18] [85:22] [86:9] [95:24] [137:]
lateral [109:6]
lavern [80:14]
law [2:3,,,10,] [37:25] [40:15] [41:17] [61:25]
lawsuit [24:21,23,24] [37:19 ,20,21,23]
lead [130:1]
leaders [77:8]
leading [97:23]
leads [29:12] [109:2]
leap [48:5]
learned [24:22] [37:18] [56:11] [84:3]
learning [53:25] [83:5]
least [19:12] [28:20] [48:6] [51:1] [55:25] [56:1] [65:8] [83:15] [85:14] [105:4]
leave [105:7,9,12] [110:4]
leaves [86:6]
lecture [94:9]
lectures [77:8]
left [43:4] [126:5]
leg [11:5] [106:24,25] [107: 1] [108:7,12,15] [126:5] [130:8]
legality [91:24]
legs [10:25] [20:10] [107:6]
less [64:4,5] [117:24,25] [118:1]
let [4:7] [18:17] [21:20] [32:18] [56:5] [58:21] [60:2] [62:8] [79:16] [88:13] [90:12] [96:25] [100:14] [120:1,10]
lets [8:22] [9:3] [19:14] [25:21] [57:9] [68:17] [75:16] [86:14]
letter [14:5] [69:10] [70:11] [135:4]
level [85:5] [115:6]
lexington [2:14]
liability [4:16] [40:1]
liaison [68:22] [69:12,17,19]
liaisons [69:2]
license [8:19] [87:25] [135: ]
licensed [7:25] [8:5]
licenses [8:14]
lidocaine [123:23]
lidoderm [123:22]
life [26:23] [113:14,16]

[128:24]
lifelong [128:14]
lifestyle [127:21] [128:3]
likely [8:16] [22:9] [42:23] [45:15] [63:20] [73:1] [114:7] [131:18]
limbs [11:4]
limited [11:6] [87:13]
line [17:10] [33:25] [35:18] [90:20] [91:8] [136:5,12] [137:14]
list [59:18] [66:13] [123:14] [132:12]
listed [136:]
listen [5:19] [58:7] [77:8]
listened [77:18]
listening [47:17] [49:21]
literally [57:11]
literature [50:6,15] [59:7,19] [60:23] [61:21] [68:6] [90:2,7,9,16] [93:7] [95:5,7] [100:18] [104:8] [105:21] [122:5]
little [9:23] [17:24] [25:22] [37:5] [45:2] [49:2] [54:2] [55:14] [59:24] [60:13] [63:12] [94:19] [112:4,5] [114:21] [126:1]
liver [35:3]
living [58:8]
local [70:2] [74:3]
logic [26:25] [29:9]
long [25:6] [26:18] [46:13] [65:5] [99:2] [114:1] [127:10] [128:12]
longer [53:9]
longmire [79:24] [80:21]
longterm [127:10]
long-term [127:10]
look [21:22] [25:20] [43:13] [49:1] [50:6] [64:23] [69:14] [90:16,23] [96:20] [116:11] [124:10,17] [132:5,19]
looked [30:6] [32:21]
looking [70:19]
looks [23:25] [34:13] [36:2] [83:8]
loss [108:20] [109:2] [125:5 ,10,13]
lot [6:24] [7:2,4] [20:9] [26:21] [43:25] [53:22] [58:14] [64:2] [83:4,9] [92:12] [99:3,4,11] [104:6,7] [106:10] [128:15]
lou [108:18,19,25] [109:8] [130:11]
lower [21:3,12]
lucky [65:2]

_____

M

_____

machinery [33:11]
mail [37:25] [61:4]
mailed [134:20] [135:4]
major [54:5,9,12,13] [110:2] [125:12,14]

majority [7:13] [43:1,6]
making [23:1] [89:9]
man [114:4]
management [14:9]
manual [124:12,14,17] [125:19,20,23]
manufacturer [85:6,20] [95:8]
manufacturers [105:21]
mark [9:3]
marked [3:10] [6:3,4,6] [9:5,10] [124:20]
market [19:4] [57:12] [92:4] [117:10] [118:2] [119:24]
marketed [16:7] [77:3] [92:3] [95:14]
marketing [4:19] [90:14] [97:7] [118:20] [119:15] [120:2,17,23] [121:1]
marrow [34:25] [35:2]
matter [71:12] [88:15] [118:18] [133:2] [137:]
may [4:21] [14:4] [21:19] [38:12] [39:25] [44:14,23] [50:17] [54:25] [58:2] [59:7,8] [60:22] [64:6,8,9,10] [65:2] [66:6,8,11] [67:8,12] [69:16,21] [70:21] [72:2] [81:14] [87:8] [94:12] [96:20] [107:21] [113:5] [122:2] [123:21] [124:5] [125:7,10,12] [126:7] [128:20,21] [132:7] [137:18]
maybe [38:5,9] [45:25]
md [1:] [3:2] [4:1] [79:20,25] [80:3,8,14,18,21] [81:5] [134:14] [136:19,24]
meal [77:11]
meals [75:13]
mean [26:12] [28:4] [39:18,23] [48:1] [60:11] [64:24] [67:25] [74:13,22] [82:9] [88:15] [96:16] [107:17] [111:8] [117:24]
means [22:1] [37:1] [76:20] [78:8]
meant [89:2]
meat [69:15]
mechanism [28:12] [29:5] [63:18] [72:5] [111:22] [112:2] [114:6,16] [121:8]
mechanisms [66:16]
media [24:14] [90:12]
medical [7:1] [8:23] [9:3,12] [18:18] [19:11] [20:23] [38:12,14] [47:11] [50:15] [58:25] [59:5,7,14,19] [60:23] [61:2,3,20,21] [68:4,6,21] [69:2,7,12,17,18] [70:12] [73:2] [74:20] [75:1,14] [83:4,13] [90:2,7 ,8] [93:7] [96:12] [97:20] [98:21] [104:8] [105:15] [109:4] [119:10] [137:3]
medically [29:7]
medicated [79:23]

medication [24:19] [25:14] [27:7,20] [28:25] [29:18,22] [31:22,23] [40:2] [44:19] [45:6] [46:24] [58:20] [72:21,23] [89:10,12] [92:16] [99:23] [102:9] [103:19] [107:23]
medications [12:3,11,13,17 ,18] [34:3] [35:20] [41:22] [42:12] [43:5,6,8] [44:8] [52:2] [54:10] [59:3,4] [96:20] [99:4,11] [102:13] [121:23,25] [123:11] [127: 22] [128:8,21]
medicine [7:18,19,22] [12:4] [15:21] [17:18] [25:17,20,21] [27:2,4,10] [42:15] [44:10,20,21] [46:20,21,22] [54:14] [58:22] [86:13] [89:24] [92:10,11,12] [99:9] [102:8] [112:20] [113:14] [127:7]
medicines [12:24] [13:2] [43:14,25] [77:21] [99:3] [128:19]
meeting [47:14,22] [74:25] [75:2] [76:18,23] [94:11,25] [95:4] [104:12,19]
meetings [17:1] [68:4] [75:4] [77:16] [78:9,10] [82:5] [89:15] [94:14,15,17] [96:17] [104:7,10,20,21]
membrane [111:21,22,25]
membranes [28:11,14,16] [42:14] [114:8,9]
memory [38:16] [50:13] [63:12] [67:14] [68:1] [79:10] [132:9]
memos [98:3,8]
mendocino [2:7]
mention [6:12] [69:3] [99:22]
mentioned [11:10] [12:13] [22:15] [37:18] [41:20] [46:8] [54:19] [77:24] [84:2] [90:11] [119:5] [131:8]
mentioning [40:14]
merck [124:12,14,17] [125: 20]
merritt [75:24] [76:3,14]
merrittputnam [76:3,14]
merritt-putnam [76:3,14]
message [24:3] [30:18]
messages [24:3]
met [40:19] [62:3] [64:11]
metabolic [33:10]
mexico [1:2,15,,] [2:] [8:1,6] [134:2,,25] [137:]
meyer [80:3]
michael [1:4] [2:15] [4:8,10] [134:4] [136:1] [137:6]
michigan [81:1]
mid [65:9]
migraine [6:25] [7:2] [71:18] [78:1]
migraines [61:18]

**12/07/2004 Barrett, Douglas, MD (Santullo)**

milligrams [19:22] [20:12,14
,16] [22:13] [36:24] [37:5]
[110:20] [115:5] [131:3, 12]
mind [12:25] [53:8] [88:14]
mine [27:16]
minimum [128:19]
minute [29:20] [120:12]
mischaracterizes [89:18]
misleading [70:17,22]
[73:20,25]
misstatement [30:22]
misstates [104:17] [120:5]
mitigate [15:23] [37:8]
[127:8]
mitigating [13:3]
model [121:11]
models [121:11]
moment [46:2] [98:12]
monetary [71:8]
money [48:16] [72:2] [81:22]
monitor [35:4] [36:8]
monotherapy [84:12,16]
[85:1] [122:2,8,11,13,16]
months [23:7] [34:13,19]
[36:7]
mostly [52:14] [77:10]
[109:13]
motor [108:21] [109:2]
[125:13]
mouth [83:6]
move [19:14] [44:24] [107:6]
movement [107:4]
mr [1:20] [2:5,6,12,15]
[3:3,4,5,6] [4:5,17] [5:2,5,9]
[7:15] [8:24] [9:6,7,10,13,16
,17,20] [10:11,21] [12:3,11
,20,22] [13:1,9,13,16,19,25]
[14:6,8,16] [16:16] [17:24]
[18:4,20] [19:1,12,15]
[20:4,25] [22:19,24] [23:6,16]
[24:5,7,9] [26:3,8] [27:17]
[29:8] [30:9] [32:2,7,10]
[33:13] [34:23] [35:13,25]
[40:8,11] [41:2,9] [46:6]
[50:21,24] [51:1,24] [52:20]
[54:18] [56:22,23,24]
[65:12,15,20] [68:13,17]
[83:18,20,21,24] [86:23]
[87:1,5] [88:2] [89:17,20]
[90:4] [91:19,20] [92:1]
[93:2,4,11,18] [95:18,21,25]
[96:2,10,14] [97:8,10,22]
[98:11,12,13,16] [99:1]
[104:16] [110:17] [112:13]
[113:11,14] [114:22] [115:
10,18,20] [120:4] [121:2]
[124:14,15,16] [125:24]
[126:12] [127:2,11,16,24]
[128:13] [129:6,9,12,22]
[130:5,25] [131:13,22]
[132:2,25] [133:1,2,4,6]
[134:18,24] [135:9]
multi [6:18]
multiple [7:2,11] [9:9]
[10:12,16,18] [12:20]
[22:25] [77:23] [78:1]

multispecialty [6:18]
multi-specialty [6:18]
muscles [108:22]
myself [4:7] [90:7] [99:25]

**N**

name [4:8] [5:8] [50:10]
[55:17] [94:20] [109:4]
[123:20] [137:14]
names [80:11] [106:13]
narcessian [81:4]
narcotic [44:20]
narcotics [43:7,9]
national [17:1]
natural [127:8]
nausea [132:16]
nearby [114:14]
necessarily [103:25]
necessary [88:22] [112:23]
[128:13] [137:12]
neck [7:9]
need [21:16] [25:18] [65:16]
[72:24] [73:3] [100:1]
[107:6] [128:18,23] [133:3]
needed [28:1]
negative [25:3,8] [128:3]
neither [135:17]
nerve [7:5] [10:2,21] [15:23]
[17:3,7,8,19] [19:9] [27:9]
[28:10,13,15,22] [33:11]
[42:14] [43:4] [86:6] [108:21]
[109:20,22] [111:14,21,22
,25] [113:24] [114:4,8,9,13
,16] [124:6] [125:7,12]
nerves [7:9,12] [10:3,12,18]
[28:18] [33:1] [111:12]
[114:5] [125:15,16] [127:9]
nervous [10:6,7,8,10]
[28:16,17,22] [107:20,24]
[108:20] [109:21] [116:20]
net [28:13]
neuralgia [17:7] [27:7]
[28:8] [32:5] [46:1,2,4]
[50:9] [113:17,23] [114:12]
neuralgias [53:6,7]
neurological [10:22] [107:3]
[116:14,22]
neurologist [16:12] [107:14]
[126:18]
neurologists [6:17] [10:5]
[48:15] [49:5,7,16] [65:23,24]
neurology [6:16,19,20,23,24]
[7:7,22,23,24] [15:22]
[47:14] [48:13] [49:7,8,9]
[74:25] [93:8] [94:13]
neurons [108:21] [109:2]
neurontin [4:15] [5:2,5]
[12:5] [13:2,9,14] [14:12,17
,23] [15:1,4,8,15] [16:2,16,17
,21,22] [18:3,8,20] [19:3,6,11
,20,21] [20:5,12] [21:3,9,16
,24] [22:4] [23:12,18,20]
[24:10,16] [25:4,8,11,23]
[26:4,9] [27:24] [28:10,25]
[29:6] [31:2,24] [34:17]

[35:22] [38:22] [39:14,19]
[41:2,23] [45:23] [46:3,9]
[47:18] [49:1] [50:3,7,11,18]
[51:4,14,21] [52:1,21,25]
[53:21] [54:7] [56:20]
[57:7,15,17,18] [58:3,16,18]
[59:3,7] [60:8,24] [63:9,18
,25] [64:13,20] [65:6] [66:1
,22] [67:6,9] [69:20] [70:5,20
,23] [71:2,10] [72:15] [74:5
,10,11,15,16,21] [75:3,15,20
,21] [77:25] [78:4,6,10,14,22]
[79:4,20] [80:2,6,10,13,17
,20,24] [81:4,8,12,23]
[82:3,6,17,21] [83:14]
[84:12] [85:17,18] [86:10]
[87:6] [90:14] [91:5,10]
[92:3,10,11,20,24] [93:10,23
,25] [96:1] [97:2,6] [98:10]
[100:21,24] [101:22] [102:
4] [103:6,16,22] [104:22]
[105:22] [106:6,11,14,19,21]
[108:1,2,9,13,14] [109:11,13
,14,19,23] [110:2,10,12,16]
[111:1,4,17,19] [112:2,15]
[114:24] [115:2,11] [117:5
,13] [118:8,13,21] [119:4,8
,15] [120:18] [121:6,18]
[122:7,10] [123:12,17]
[127:2] [129:14,19,25]
[130:16] [132:6,20]
neuropathic [7:8] [27:25]
[28:17] [30:5] [42:16]
[43:1,9,16] [44:13,19,22]
[45:21] [48:3,4] [49:20]
[50:10,19] [51:22] [53:12]
[80:10,13] [83:16] [91:11]
[103:20,22] [112:22] [113:
4,19,20] [128:21]
neuropathies [16:12] [17:5]
[19:1] [53:4] [60:24] [61:8]
[66:3] [67:19]
neuropathy [7:6] [9:22,25]
[10:1,9,17] [12:6] [13:4]
[14:9] [15:13] [16:1] [22:19]
[23:22] [24:17,18] [26:3]
[28:9] [29:24] [30:2,10]
[32:2,5,6,15,16,20] [33:3,14]
[34:1,7] [35:17] [36:14]
[41:24] [42:4,7,20] [43:3,20]
[44:4] [45:13] [47:6] [51:5,11
,17,19] [59:9] [62:21,25]
[64:2,14] [65:6] [66:12,22]
[67:24] [76:11] [94:1]
[102:7,11,13] [111:10]
[114:15] [125:3] [128:16]
neuropathytype [45:13]
neuropathy-type [45:13]
neurotransmitters [107:20
,21]
new [1:2,15,,] [2:] [7:25]
[8:6] [21:16] [44:12] [76:6,8]
[81:5] [85:6] [86:14] [134:2
,,25] [137:]
news [91:14]
newspaper [90:22]

next [19:15,17] [98:9]
nice [77:10] [104:11]
nicely [57:16]
niche [17:2,9] [45:3,4]
[47:4,11]
night [107:12]
no [1:23] [7:19] [8:18] [11:20]
[20:1] [23:14] [25:24]
[26:11] [28:3] [29:21]
[30:14,21] [31:4,7] [32:18]
[36:1,20] [38:6] [39:11]
[40:9,21,23] [41:3,6,13]
[46:1,7,16] [48:11] [49:15,25]
[52:22] [54:20,23] [57:2]
[60:9] [62:7,17] [65:24]
[70:7,10,18,24] [71:11]
[72:16,25] [73:9,22] [74:1,6
,8,11,18] [75:7] [76:2,5,10,13
,16] [78:15,19,20,23,25]
[79:15,22] [80:1,5,9,19,23]
[81:2,6,24] [82:2,4,8,12,13
,18] [87:18,19] [89:1] [90:24]
[91:1] [93:21] [96:25]
[98:19] [100:16,17] [101:10
,13] [102:6,17,20,22,25]
[105:14] [106:22] [108:10,17]
[109:13] [110:4] [115:23]
[118:6,22] [119:16] [122:9
,17] [126:23] [127:7] [128:2]
[130:4,7,10,12,14,23]
[132:17] [134:12] [135:20]
[137:]
nobody [100:24]
nods [29:4] [31:12] [49:6]
[130:20]
non [91:16,20] [112:16]
[113:10]
none [12:24] [70:24]
nonfda [91:16] [113:10]
non-fda [91:16] [113:10]
nonfdaapproved [112:16]
non-fda-approved [112:16]
nor [135:17,18]
normally [27:11] [52:17]
[123:16]
north [79:21] [80:4]
northeast [2:7] [137:]
northwest [1:24] [2:4,]
[134:]
norvasc [12:4]
notably [13:2]
notation [30:13]
note [11:19] [13:14] [30:21]
[36:23] [41:13,14] [65:16]
notes [11:16] [31:6] [41:11]
nothing [31:5] [43:18]
[45:7]
noting [16:15]
november [38:4,8] [40:17]
novocaine [124:2]
nowhere [98:17]
numbed [52:11]
number [1:] [15:22] [17:17]
[30:18,19] [45:17] [121:10]
[135:]
numbers [110:23]

A.9

**12/07/2004  Barrett, Douglas, MD (Santullo)**

numbness [10:23] [11:18] [20:9] [34:2] [51:3,6,17,23] [52:2,3,8]
nw [137:]

O

oath [4:2] [135:10]
object [89:17] [97:12] [127:24]
objection [12:21] [86:23] [87:2] [88:2] [89:20] [91:19] [93:18] [95:18,25] [96:14] [97:8,22] [98:11,16] [104:16] [120:4]
objections [99:1] [121:2]
objectively [36:12]
obtaining [135:6]
obviously [128:1]
occasion [9:15] [12:12] [19:15] [58:1] [62:3]
occasionally [72:3] [83:7] [122:14] [125:5]
occasions [35:3]
occur [132:17]
occurred [51:9] [91:7]
occurs [28:12] [107:6]
october [76:9]
off [16:2,5,6] [23:18,20] [26:4,9,13,19,22] [27:13] [28:5] [30:10,11] [31:2] [32:9] [34:16] [38:1] [41:23] [42:20,24] [43:2,6,18,25] [45:15,20] [46:15] [47:6,11] [50:2] [53:16] [59:12] [60:8] [61:7,8,14] [63:8,18] [64:21] [66:1,2,22] [70:4] [71:3,10] [74:5,10,15,16,21] [75:2] [78:14,22] [79:3] [81:12,22] [82:6,17,21] [91:21] [92:4] [94:2,6] [95:9,14,16] [96:11] [97:2,6,20] [98:22,24] [99:3,4,19,22] [100:13,15] [101:22,23] [103:6,15] [104:4,12,15] [108:9] [112:9,16] [113:6] [119:7,25] [120:18,22,25] [123:14] [128:20]
offended [73:4]
offense [120:15]
offered [72:20] [81:7,21]
offhand [42:18]
office [9:17] [22:3] [55:8,21,24] [57:24] [58:5] [66:4,7] [73:5] [91:5] [98:4,7] [105:7]
officer [95:23]
offlabel [16:2,5,6] [26:4,9,13,19,22] [27:13] [28:5] [30:10,11] [32:9] [41:23] [42:20,24] [43:2,6,18,25] [45:15,20] [46:15] [47:6,11] [50:2] [53:16] [59:12] [60:8] [61:7,8,14] [63:8,18] [64:21] [66:1,2,22] [70:4] [71:3,10] [74:5,10] [75:2] [78:14,22]

[79:3] [81:12,22] [82:6,17,21] [91:21] [92:4] [94:2,6] [95:9,14,16] [96:11] [97:2,6,20] [98:22,24] [99:3,4,19,22] [100:13,15] [101:22,23] [103:15] [104:4,12,15] [108:9] [112:9,16] [113:6] [119:7,25] [120:18,22,25]
offlabeled [74:15,16,21] [103:6]
off-labeled [74:15,16,21] [103:6]
often [43:5] [52:1] [84:22] [107:7] [109:23] [125:16]
oh [24:23] [37:24] [39:13] [44:9] [48:10] [57:11] [58:2] [68:25]
okay [5:15,23] [6:2,21] [7:16,20,24] [8:5,12] [9:15] [11:2,8,22,25] [12:13] [13:1,5,20] [14:10] [15:14,18,25] [17:9,16] [18:14] [19:7,19] [20:3] [21:7,11] [22:6,10] [24:4,25] [25:2] [26:12,20] [27:15] [30:3] [31:5] [32:8,19,23] [33:9,17] [34:9] [35:16] [37:10,18] [38:10] [39:6,12] [40:3,14] [41:7,16] [42:1,11] [43:11,23] [45:9,19] [46:25] [47:16,19] [48:6,12,19] [49:12] [50:1,20] [51:12,16] [52:7,16,24] [54:11,24] [55:3] [56:12] [57:9,18] [59:1,16] [60:10,16] [62:8,19,22] [63:3,23] [64:17] [65:5] [67:7,11,25] [68:8,10,13] [69:13,23] [70:1,13] [71:7] [72:14] [74:7] [75:18] [77:4] [78:2,21] [79:7,10,12] [80:10,16] [81:16,21] [82:5,9] [83:13,18,21] [84:6,12] [86:19] [87:9] [88:17] [90:4,10] [94:2] [96:25] [97:3] [100:21] [101:7] [114:2] [116:2] [118:15] [119:3] [120:11] [121:5] [122:3] [124:4,21] [129:9,24] [130:8] [131:20] [132:25]

old [127:14] [132:21]
older [54:1]
once [33:13] [36:6] [55:25] [56:1]
one [13:2] [18:11] [21:17,21] [22:12] [24:2,5,6] [29:19] [33:7] [36:2] [37:24] [40:13] [41:25] [44:9] [45:25] [51:10] [56:19] [57:19] [60:1,6] [64:10] [66:6,21] [69:18] [74:13] [77:15] [78:1,3] [80:9] [81:6] [84:1] [91:1,4] [94:15] [97:10] [99:7] [104:24] [106:18] [114:2] [116:4] [118:3,17] [119:25] [120:13] [130:4] [132:3] [135:8]
ones [53:16]
ongoing [14:8] [19:21] [116:9] [120:2]
onlabel [43:17]
on-label [43:17]
onset [44:17]
onto [55:17] [66:11]
operate [108:22]
opinion [29:7] [98:15,20] [110:13] [112:22] [117:3] [122:10] [129:3]
opportunity [117:16]
opposed [111:13]
orange [81:5]
order [36:9] [137:]
orders [127:19]
organization [48:14] [94:6]
origin [17:8] [33:8] [109:20,22]
original [9:2] [101:10] [117:20] [134:15] [135:8] [137:11,18]
originally [26:24] [27:4] [56:20] [131:2]
originating [92:21]
otherwise [37:17] [40:11] [44:9]
ought [95:9] [105:17]
outler [1:20] [2:12] [3:3,5] [4:5,8] [9:6,10] [12:22] [13:1] [24:9] [50:24] [56:23,24] [65:20] [68:13,17] [83:18] [86:23] [88:2] [89:17] [91:19] [93:2,18] [95:18,25] [96:14] [97:8,10,22] [98:1,11,13,16] [99:1] [104:16] [120:4] [121:2] [124:14] [127:24] [129:9,12] [131:22] [133:1,4] [134:18] [135:9]
outside [10:4]
overcome [107:5]
overt [73:13]
own [1:4] [19:3] [71:16] [83:7] [84:5,8,18] [88:14] [103:2] [128:7] [129:18,24] [130:1] [134:4]

P

pa [2:] [134:16]
pace [36:12]
page [3:1,8] [86:17,18] [124:12,17,19] [136:2,5,12] [137:]
pages [136:]
paid [43:15] [72:6] [73:16]
pain [11:13,17,20] [17:8] [20:10] [27:25] [28:17,23] [30:5] [34:2] [42:16] [43:3,4,8,9,17] [44:13,19,20,22] [45:21] [49:20] [50:6,10,19] [51:15,18,22,24] [52:15,18,19] [53:4,12] [79:20,23] [80:2,10,13,21,25] [83:16] [85:23] [86:6] [87:7,16] [91:11] [98:10] [103:20,23] [109:12,15,20,22,24] [110:1] [111:2,5] [112:22] [113:3,4,19,20] [114:6,11] [123:5,9,10,12] [124:7] [125:8,12] [126:16] [128:15,21] [131:9,10,14]
painful [17:2,5,19] [19:9] [37:8] [47:18] [52:3,10,11] [60:24] [66:14] [67:3] [94:1] [96:19] [102:13]
painless [125:6]
pains [37:6,7] [43:1] [48:3,4] [50:8]
painsuppressing [128:21]
pain-suppressing [128:21]
palsy [6:25]
pan [137:]
panacea [44:10]
panaceamycin [44:10]
panacea-mycin [44:10]
paper [60:25] [119:18]
paperwork [58:24]
paragraph [124:20]
paralysis [109:3]
parke [4:13,19] [39:19] [55:5,13,20] [56:6,9,22,23] [57:13] [61:5] [62:4] [69:19] [70:4,15] [71:9] [72:12] [73:8] [82:16] [86:16]
parkedavis [4:13,19] [39:19] [55:5,13,20] [56:6,9,22,23] [57:13] [61:5] [62:4] [69:19] [70:4,15] [71:9] [72:12] [73:8] [82:16] [86:16]
parke-davis [4:13,19] [39:19] [55:5,13,20] [56:6,9,22,23] [57:13] [61:5] [62:4] [69:19] [70:4,15] [71:9] [72:12] [73:8] [82:16] [86:16]
parkinsons [7:3]
part [7:6] [9:3] [14:20] [29:11] [74:9] [77:22] [78:13] [89:24] [125:22]
participate [102:24]
participated [76:21] [78:21]

A.10

**12/07/2004  Barrett, Douglas, MD (Santullo)**

particular [16:8] [17:10]
[19:23] [24:21] [25:3,14]
[26:9] [27:2,12] [39:2]
[40:12] [41:1] [42:22]
[44:13,19] [45:10] [48:8]
[49:24] [50:1,5] [55:11]
[58:1] [59:11] [62:6,15]
[63:9] [66:2,10] [72:7]
[73:21,25] [92:16] [99:23]
[104:2]

particularly [42:3] [43:10]
[53:20] [81:17] [84:4]

parties [134:22] [135:3,19]

partners [66:7]

parts [4:22] [10:20]

pass [83:20] [129:7]

passed [99:7]

passes [85:10]

past [8:7] [16:18,21] [20:21]
[21:7] [22:22] [48:2] [54:8]
[55:24] [56:13,18] [59:2]
[60:2] [63:10] [65:8] [78:3]
[85:17] [101:18] [115:8]
[129:19]

patch [123:22]

patches [123:22]

patent [117:5]

patented [118:3]

patentor [117:20]

patient [3:13] [4:11] [14:1]
[22:16] [25:12,15] [44:12]
[45:10] [51:2,5,11] [62:16]
[72:23] [73:3] [81:9] [83:15]
[84:20] [98:9] [110:17]
[112:7,11] [127:17]

patients [5:8,10] [13:23]
[16:17] [20:21] [21:7]
[22:16,18,22] [23:1] [25:2]
[26:14,16] [42:23] [44:7]
[45:12] [53:19] [58:9]
[61:9] [68:11] [79:19]
[80:17] [81:25] [99:25]
[102:4] [103:6] [106:3,12,14]
[110:3] [129:14,18] [130:1
,2] [132:20]

patientspecific [62:16]

patient-specific [62:16]

pay [48:20] [49:2] [64:25]

payment [71:7,13] [72:20]

pdr [30:6] [43:13] [85:16]
[87:11] [89:13,23] [105:22]
[114:20]

pediatric [6:22,24]

peers [66:4] [74:22]

penetrating [125:7]

people [7:5] [10:5] [25:18]
[43:2] [45:5,6] [46:22]
[51:21] [53:4,5,7,22,23,24]
[54:1] [55:20] [61:20]
[69:1] [92:13] [96:16]
[99:25] [101:22] [104:13]
[105:6] [106:14] [107:5]
[108:2,12] [109:8,17]
[111:1] [115:8] [117:13]
[126:19,23] [128:15] [132:
7,9]

peoples [113:2]

perceive [109:20]

percent [6:22,23] [45:16,17]
[51:20] [62:12] [64:9,10]

percentage [45:14]

perfectly [25:10] [43:12]
[45:7] [49:3] [119:11]

performed [92:20]

perhaps [24:15,23] [47:13,15]
[77:7] [123:18]

period [4:10] [8:8,9] [30:17]
[99:2]

periodically [35:5] [36:8,10]

peripheral [7:5,6,7,11]
[9:22,24] [10:1,2,3,8,9,10,12
,18] [11:4] [12:6] [13:4]
[14:9] [15:12,23] [16:1]
[17:3,5,7] [28:16] [32:2,6,20]
[33:1,3] [36:14] [43:3]
[51:10,19] [59:9] [62:20,24]
[64:2,14] [65:6] [67:24]
[94:1] [109:21]

persistently [25:25]

person [26:22] [27:8] [57:16]
[58:16] [67:10] [69:8]
[70:7] [91:6,12] [98:15]
[99:22] [101:16] [105:16]

personal [4:17] [110:24,25]
[115:7]

personally [47:5] [87:10]

personnel [76:25]

persons [89:15]

persontoperson [70:7]

person-to-person [70:7]

perspective [33:20]

pfizer [1:] [4:13] [39:18]
[55:4,12,21] [56:7,16]
[57:14] [61:6] [62:5] [69:19]
[70:4,15] [71:8] [72:11,13]
[73:7] [82:6,9,16] [86:14,16]
[87:5] [90:12,17] [92:1]
[95:12,13] [119:14,24]
[120:13] [134:8] [136:1]
[137:6]

pharmaceutical [48:16,21]
[55:7] [61:13,24] [62:4]
[68:24] [71:13,20,21]
[72:21] [76:18] [77:20]
[78:18]

pharmacist [102:15]

pharmacological [102:16]

pharmacologically [28:7]

pharmacology [26:25]
[29:6] [117:3]

pharmacy [22:1]

phase [128:15]

phone [14:5] [24:2,3] [26:7]
[29:16] [30:18]

physician [14:1,3] [82:23,25]

physicians [5:1] [13:24]
[17:11,21] [27:16] [65:22]
[68:1,9] [77:9] [82:19,20]
[87:12] [99:3]

picked [25:11]

piece [60:25] [116:18]
[119:18]

pig [45:2]

pinched [7:9] [43:3]

place [13:16] [41:8] [52:20]
[58:4] [94:20] [116:8]

placed [116:6]

places [10:16]

plaintiff [1:] [2:2] [134:6]

plan [36:23] [37:10]

plantar [125:7]

planted [96:12,21]

platelets [35:2]

play [32:25] [62:6]

plead [92:2,14]

please [75:9] [79:17] [137:20]

pled [95:22] [118:18] [119:14]
[120:14]

pm [1:14] [68:16] [115:19]
[133:9]

pocket [105:23]

point [19:3,25] [23:13]
[29:16] [31:18] [48:4]
[60:2] [64:15] [66:21]
[84:3] [87:5] [90:11] [92:9]
[122:18] [131:12]

polk [2:13]

poly [10:16] [111:8]

polyneuritis [10:15]

polyneuropathic [111:5]

polyneuropathies [7:11]
[17:6]

polyneuropathy [9:22]
[10:14] [32:21] [33:7]
[47:18] [66:15] [67:4]
[80:7] [96:19] [111:2,10]
[125:2] [126:11,19] [130:17]

portion [7:1]

position [125:10]

positive [125:11] [129:24]

possibilities [100:2]

possibility [100:3]

possible [38:11] [64:18]
[96:15]

possibly [12:15,16] [85:22]
[91:18] [101:25]

posterior [125:9]

postgraduate [75:24]

postherpetic [46:1,4] [50:8]
[53:6,7]

postshingles [87:7,16]
[123:5,9,10,12]

potential [12:25] [15:12]
[130:16]

potentially [67:18] [128:14]

practical [57:3] [88:15]

practice [6:13,15,17,20,22]
[7:1,14,25] [8:5,16,17]
[13:8,22] [27:14] [56:2]
[65:20] [70:19] [100:15]
[101:18] [103:25]

practiced [8:18,20]

practices [4:19,21] [5:6]
[7:7]

practitioner [89:6,8]

practitioners [88:13] [126:
20]

precisely [35:9] [44:4]

preclassification [4:24]

predominantly [10:24]
[11:3] [125:2]

prefer [43:18]

prematurely [114:10]

preparation [56:13] [85:16]

preponderance [128:4]

presbyterian [116:9]

prescribe [12:10] [52:17]
[71:9,14] [72:21] [82:17,21]
[117:16] [122:16] [123:1]
[129:14] [132:6,20]

prescribed [5:1] [12:6]
[15:15] [16:17,20] [18:20]
[46:8] [47:6] [51:4] [72:23]
[108:14] [113:7,9] [123:4]

prescribers [4:22]

prescribing [5:6] [21:24]
[70:20] [89:19] [123:2]
[130:2]

prescription [4:15] [18:3,8
,9,12] [21:16,25] [110:16,19]
[112:14]

prescriptions [111:1] [119:
7]

present [7:15] [135:3]

presentation [35:17] [71:18
,22] [73:19] [93:23] [94:5]

presentations [74:20]
[77:19] [96:16]

presented [51:2]

presenters [93:15]

presenting [102:14]

presents [44:13] [131:14]

press [24:13] [25:8] [39:14]

pressure [12:5,9]

presume [37:16] [125:19]

pretty [27:14,23,24] [38:17]
[39:13] [44:18] [45:16]
[48:5] [49:18] [53:3] [54:6]
[58:3] [60:12] [67:1] [119:17]
[124:7] [127:12,15]

previous [51:5]

previously [37:4]

primarily [15:11] [106:5]

primary [106:2] [122:25]
[132:5]

print [24:14] [90:12]

prior [14:18,20] [16:15]
[26:6] [135:11]

pro [58:10]

probably [6:13] [19:4]
[27:19] [28:18] [30:11]
[33:1] [41:16] [43:5] [45:9,17]
[51:10,13] [54:9,12] [55:6]
[65:16] [68:10] [79:5]
[100:22] [104:7] [114:13]
[115:5] [128:18] [132:10,12]

problem [9:21] [66:5] [107:
24]

problems [7:5,8] [27:9]
[34:24] [35:4] [96:19]
[109:25] [114:4] [132:10]

procedure [1:18]

proceeding [135:15]

process [4:23] [32:22]

[59:12] [60:21] [66:10]
[71:18] [76:23] [86:24]
[100:3]
processes [32:25]
produce [33:12,23] [35:3]
produced [28:18] [30:20]
[49:2] [117:19]
producing [10:13] [125:10]
product [4:18] [40:1] [76:24]
[94:22]
production [35:1] [114:6]
products [4:16]
professional [23:3] [48:14]
[52:24] [129:18]
profile [129:25]
profit [99:5]
prognosis [127:10] [128:12]
program [90:19,20]
programs [93:8]
progress [36:8]
progressive [108:25] [109:
2]
progressively [68:5]
prominently [50:11] [55:17]
proof [85:6]
propaganda [97:20]
proper [87:2] [98:20]
proportion [52:4]
proposed [85:6]
propriety [95:24]
protocol [60:18]
prototype [33:2]
proved [64:7] [113:1]
provide [14:1,2] [58:9]
[59:6,17] [69:1,4] [77:11]
[89:8]
provided [68:6] [93:12]
providing [91:5]
pseudomotor [79:24]
psychiatrists [106:11,18]
public [85:11] [94:6]
publish [81:8]
published [27:3]
pubmed [66:12]
pull [66:12]
pump [111:21]
pure [84:19]
purely [101:12]
purpose [90:18] [92:7]
[100:6,10]
purposes [57:4]
pursuant [1:]
pursue [40:4]
pursued [40:5]
purview [116:15,23]
push [39:7] [43:24] [131:18]
pushed [54:2] [95:14]
pushing [91:16,20] [120:18]
put [23:20] [51:14,21] [62:25]
[77:10] [90:12] [112:19]
[116:8] [124:22]
putnam [75:25]
putting [112:7]

Q

quality [85:10]
query [58:23] [70:16]
question [12:20] [13:16]
[15:19] [24:24] [38:6]
[42:25] [43:12] [59:20]
[60:20] [63:8] [66:20]
[72:18] [73:23] [91:9]
[92:22] [93:3] [96:5] [97:5]
[100:13] [109:15] [112:24]
[118:14] [120:8]
questioned [4:3]
questions [5:3,5,7,9,19,25]
[6:11] [14:2] [38:23] [54:25]
[60:13] [68:20] [83:22]
[129:10] [135:13] [137:20]
quibbling [126:7]
quick [115:17] [129:10]
quickly [67:3] [69:14]
quid [58:10]
quite [39:7] [43:15] [52:8]
[54:3] [57:11] [58:19]
[106:19] [107:11]
quo [58:10]
quote [79:5]

R

raises [99:8]
ralph [80:17]
range [103:10,12]
ranitidine [12:7]
rapidly [67:2]
rare [35:3] [115:14]
rather [21:5] [103:13,14]
re [137:6]
reach [5:10]
reached [52:3,4] [97:1]
read [24:13] [50:9] [54:25]
[63:4] [79:3] [81:11,16]
[89:14] [93:7] [96:3] [118:25]
[124:13,24] [125:22] [133:
7] [136:] [137:]
reading [81:14] [85:16]
[137:8]
real [54:25] [85:7] [112:2]
really [25:19] [49:2] [52:11]
[53:24] [54:3] [60:15]
[67:10] [85:5,23] [111:19]
[119:1] [127:2] [132:3]
reason [5:24] [25:13,25]
[42:3] [54:12] [96:10]
[97:5,16] [120:25] [129:13
,17] [136:12]
reasonable [48:5] [52:22]
[82:25] [121:3]
reasonably [53:5] [102:8,10]
reasons [14:12] [18:23]
[32:24] [35:9] [42:5] [54:14]
recall [13:19] [14:25] [20:3,7]
[27:17] [31:4,8] [38:23]
[40:21,22] [41:20,21]
[54:17,20] [58:13,14]
[60:5,9] [63:8] [69:17]
[70:3,6,8] [71:4] [72:11,14]
[73:18,19,22,24] [74:18,19]
[75:5] [78:13] [79:13,17]

[80:15] [81:11] [82:8] [91:6
,12] [93:6] [95:7,11] [117:10]
[119:16]
receive [59:13] [62:10]
[71:7,20] [74:4] [75:12]
[118:4] [119:13]
received [40:15] [63:17]
[70:21] [71:1,12] [72:20]
[74:2] [92:6]
receiving [37:24] [49:13]
[69:18] [130:16]
recent [8:19] [27:6] [117:12]
recently [27:6] [50:7] [56:11
,12] [65:3] [66:14] [90:22]
recess [68:16] [115:19]
recognized [13:8]
recollection [69:24] [80:1]
[81:13]
recommend [35:13]
recommendation [23:2]
recommendations [100:17]
[126:25]
record [4:7] [20:8] [21:24]
[22:22] [38:3,11] [68:18]
[120:5] [133:5]
records [8:23] [9:3,12]
[13:15] [32:14] [38:12,15]
[40:17] [54:21]
recoverable [135:7]
recross [3:6] [132:1]
recurrent [50:7]
red [35:1]
redirect [3:5] [129:11]
reduce [114:18]
reduced [35:2]
reduction [79:23]
reexamine [36:8]
refer [9:20] [11:8] [21:21]
[105:20]
reference [32:15] [87:12]
references [59:6]
referral [9:19] [12:2,14]
referred [9:17] [24:15]
[69:11] [104:8]
referring [13:23,25] [14:3]
[29:19] [73:15]
refers [10:11] [111:12]
[113:23]
refilled [18:9]
reflect [54:21]
reflected [31:5]
reflexes [125:11]
regard [41:8] [68:24] [72:14]
[73:7] [85:17] [92:5] [112:24]
[115:22,25] [118:4] [119:15]
[121:6] [126:2] [128:12]
regarding [15:1] [38:22]
[39:14,18,19] [41:11]
[61:14] [64:19] [69:20]
[70:22] [81:8,12] [82:3]
[86:24] [92:3,6,24] [97:2]
[119:4] [135:5]
regards [68:25] [92:15]
[115:23] [118:20]
regs [118:20]
regulations [120:17]

related [4:19] [5:4] [10:23]
[12:15,16] [13:6] [34:22]
[40:1] [41:2] [57:7,15,16]
[62:14] [74:10,15] [75:25]
[78:9,10,14,22] [79:3]
[85:23] [135:18]
relates [41:14]
relating [81:3]
relationship [76:18]
relatively [27:5]
release [67:15]
released [16:7,23] [57:12]
relevant [12:18,24]
relief [33:24]
rely [14:1]
remarkable [36:18]
remember [24:4,11,13,24]
[25:2] [38:19] [39:4,5]
[46:11,14] [47:5,10,20,21]
[48:7,18] [49:1,4] [50:2,4,16]
[53:19] [55:10] [57:6,9,10]
[67:20] [69:21] [71:5]
[75:9] [79:18] [80:9] [81:15]
[90:22] [94:10,11] [104:19
,21] [106:16]
remembrance [47:13]
remind [65:17]
renal [54:1]
rendition [49:19]
rep [57:25] [58:2] [91:3]
repeat [36:10]
rephrase [120:10]
report [31:2] [54:22] [81:8,17]
[135:12]
reported [1:23]
reporters [1:] [137:17,]
reporting [17:11] [53:19]
[54:18]
reports [17:18,20] [81:12,14]
represent [4:9,13] [6:7]
representative [55:11]
[57:14] [60:6] [61:4,16]
[62:4] [63:9] [105:15]
representatives [55:5,7,21]
[57:7,23] [58:16] [60:12]
[61:11,13,25] [70:3] [74:3]
[77:20] [78:18] [94:16]
represented [134:22]
representing [40:11]
reprint [62:17] [64:6] [66:17]
[79:8]
reprints [59:6] [64:2]
reps [55:15,23] [91:1,4]
request [40:17] [134:14]
requested [59:4] [69:6]
[135:2]
requesting [58:15] [60:7]
required [87:23] [118:12]
requirements [97:19]
requires [85:5]
rereading [11:16]
research [58:24] [59:22]
researcher [96:23] [97:1]
reside [108:22,23]
respect [62:1] [66:14] [71:6]
[104:21]

**12/07/2004  Barrett, Douglas, MD (Santullo)**

respond [44:7] [45:5,6]
responded [21:8] [37:4]
responding [21:11]
responds [107:22]
response [21:12] [48:3]
[51:19] [83:1]
responsible [89:9]
rest [107:7] [128:23]
restless [106:25] [107:1]
[108:7,12,15] [130:8]
resubmit [88:10]
result [4:18] [25:4] [28:13]
[45:10] [54:7] [70:15]
results [88:22]
retained [134:15]
retract [120:1]
retracted [120:22]
retrospect [103:19]
retrospective [80:16,20,24]
return [8:16] [36:6] [137:16]
ribble [2:6] [3:4,6] [9:7]
[12:20] [13:16] [24:5,7]
[50:21] [65:12,15] [83:20,21
,24] [87:1,5] [89:20] [90:4]
[91:20] [92:1] [93:4,11]
[95:21] [96:2,10] [98:12]
[115:18,20] [124:15,16]
[129:6] [132:2,25]
ridiculous [72:17]
right [7:18] [8:13,22] [9:8]
[13:7] [16:13] [18:5] [19:2]
[23:7] [25:16] [26:14]
[30:15] [34:20] [40:20]
[41:7] [42:18] [44:9,15]
[45:3] [48:10,23,25] [49:5]
[50:15,16] [52:1] [53:15]
[54:16] [55:8] [56:16,17,21]
[57:4] [58:12] [59:23]
[60:19,22] [61:9,10] [62:2]
[65:10,21] [67:16] [68:12]
[72:9] [77:17] [78:11]
[81:9] [82:11] [83:4] [85:3,9
,12,15] [86:2,11] [87:7,15,21]
[88:21] [89:22] [90:15]
[94:21,24] [95:3] [98:5,6]
[100:8,11] [101:1] [105:9,10
,24] [110:18] [111:11]
[112:6,10] [113:8] [115:15
,16] [116:17,21,25] [120:16
,20] [122:20] [124:1,3]
[126:4,5] [129:2,5] [130:6,19]
[131:2,6] [132:12]
ring [80:12]
rio [1:] [2:4] [134:]
risks [54:10] [115:9,10,12]
ritz [76:12]
ritzcarlton [76:12]
ritz-carlton [76:12]
robb [2:] [134:16]
robinson [4:25] [9:19]
[12:2] [13:13,18] [14:7,19,21]
[18:10,12,19] [19:24]
[20:2] [21:18] [33:22,25]
[41:4] [112:20]
robinsons [32:14] [52:20]
rodey [2:] [38:7] [40:15]

[134:16]
role [62:6] [126:18]
romberg [125:11]
roughly [47:5] [91:7] [125:25]
[129:13]
routine [5:18]
rpr [1:23] [134:12]
rprcp [1:23] [134:12]
rpr-cp [1:23] [134:12]
rubbing [94:22]
rule [29:3] [118:6]
rules [1:] [118:12,19] [135:19]
run [38:2] [95:1]
runs [63:15] [113:24]
russellville [79:25] [80:22]
rybeck [80:18]

———————————

S

safe [21:5] [45:9] [52:25]
[55:6] [57:18] [73:6] [100:4
,6,25] [101:24] [102:7,9]
[109:24] [118:4]
safer [35:20]
safety [71:2,6] [99:6,7,12,20]
[101:3] [117:2] [129:25]
sales [55:5,7,11] [57:6]
[70:2] [74:3] [98:4] [118:20]
salesmen [95:1]
samples [22:3] [58:9] [105:
7,9,12]
san [94:12] [104:11]
santa [1:] [134:]
santullo [1:4] [4:10,17]
[5:2,5,9] [8:24] [9:13,16,17
,20] [10:11,21] [12:3,11]
[13:9,19,25] [14:8,16]
[16:16] [17:24] [18:4,20]
[19:1,12,16] [20:5,25]
[22:19,24] [23:6,16] [26:8]
[27:17] [29:8] [30:9] [32:2,7
,10] [33:13] [34:23] [35:13,25]
[40:11] [41:9] [46:6] [51:1,24]
[52:20] [54:18] [110:17]
[112:13] [113:12,14] [114:
22] [115:10] [125:24] [126:
12] [127:2,11,16] [128:13]
[129:22] [130:5,25] [131:13]
[134:4] [136:1] [137:6]
santullos [13:13] [14:6]
[26:3] [41:2]
satisfied [87:14]
save [6:10]
saw [9:16] [13:9] [14:21]
[18:5] [19:15] [22:16]
[37:6] [51:24] [90:19]
say [5:24] [17:9] [19:10]
[24:20] [25:19,20] [30:19]
[35:12] [45:9,12] [47:11]
[55:6] [57:10] [58:7,18]
[60:17] [61:18] [63:7]
[66:8] [67:2] [69:4] [73:6,20]
[82:9,22] [86:15,17] [89:2]
[92:17] [97:9,15] [108:13,14]
[112:25] [119:13,22] [120:
8] [126:10] [127:1]

saying [17:11] [25:2] [30:21]
[31:8] [67:9] [73:24] [100:25]
[126:6]
says [11:20] [62:20]
schanz [80:25]
scheme [97:7]
science [85:8,11,19] [86:13]
[87:22] [88:9,12,13,19]
[89:6,7,8,12,13,17] [92:18
,19] [100:16]
scientific [47:22]
scientifically [83:8]
sclerosis [7:3] [77:23]
[78:1] [109:6]
scope [72:8]
sealed [134:15]
second [24:3] [52:19] [97:11]
[124:19]
secondarily [109:15]
secondary [33:14] [123:4]
secondguess [52:19]
second-guess [52:19]
secure [102:10]
sedation [54:8] [132:7,12]
seed [96:12,21]
seeing [106:10]
seek [98:21]
seem [15:14] [18:2]
seemed [18:9] [48:5] [67:23]
[82:25] [91:15] [130:25]
[131:3]
seems [114:21] [117:23]
seen [9:18] [32:12,14]
[41:9] [108:12] [132:18]
seizure [16:24] [85:20]
seizures [45:24] [47:3]
[102:9] [121:7,14,19]
sell [88:23] [89:1,3] [95:2]
[98:24]
selling [57:18] [90:13]
semantics [83:10]
seminar [75:14] [76:3]
seminars [55:1] [74:20]
[75:4]
send [28:21] [124:5]
sending [69:6] [70:11]
sensation [10:24] [11:15,19]
[114:10]
sensations [49:21]
sense [4:17] [5:13,14]
[10:1,9] [25:9] [33:15]
[39:13,15,22] [42:6] [47:23]
[49:15,17,18] [70:18]
[83:1] [125:11] [126:3]
sensory [125:2,5,13]
sent [13:23]
september [76:9,15]
sequence [84:1]
serendipitously [47:4]
serves [38:16]
sessions [77:1,7,20]
set [135:13]
setting [41:14]
seven [34:19] [63:14] [65:8]
several [8:8,10] [41:20]
[44:14] [121:12]

severely [125:4]
share [66:7]
sheet [137:]
shingles [85:23] [86:1,3]
[87:7]
shock [121:11]
short [30:16] [68:14]
shorthand [135:13]
shortly [16:22] [46:9]
show [91:14,15]
showed [36:20]
shown [100:3]
side [15:2] [20:5,8] [25:3]
[27:3] [30:20,23] [31:3,8,13]
[34:21] [53:20] [54:5,13,18]
[115:9,10,12,13,14,15]
[126:5] [131:17] [132:5]
sideeffect [115:9,10,12]
side-effect [115:9,10,12]
sides [126:8]
sign [32:22] [125:12] [133:7]
[137:14]
signature [135:2,6]
signature/correction [3:8]
[136:2]
signed [69:11]
significant [53:20] [81:18]
[116:20]
signing [137:]
similar [1:] [16:1] [21:8]
[65:6] [114:7] [134:]
simple [10:5] [67:12] [132:11]
simply [21:5,17,19] [43:17]
[66:11] [81:14]
simultaneously [7:12]
[10:13,19]
single [20:18] [111:14]
[125:9]
sit [92:23]
sitting [45:22] [55:10] [60:4]
[70:13] [79:6,13] [83:14]
situated [1:] [134:]
six [23:7] [34:13,19] [36:6,7]
[128:19]
sixmonth [36:7]
six-month [36:7]
sixth [45:7] [125:15]
size [21:4]
skin [123:23]
sleep [107:8]
sleepiness [132:11]
slip [58:21] [60:3]
sloan [2:] [134:16]
slowly [21:6]
socialize [58:6]
society [93:22]
sock [113:20]
socklike [113:20]
sock-like [113:20]
sodium [111:20]
sodiumpotassium [111:20]
sodium-potassium [111:20]
somebody [41:17] [52:4]
[65:16] [67:9] [69:11]
[83:7] [93:23] [99:8] [100:19]
[101:11] [109:19] [110:4]

[112:18] [117:19]
**somehow** [38:8] [65:13]
**someone** [13:24]
**someplace** [104:11]
**something** [13:15] [14:14,15 ,17] [16:1,10] [18:20] [19:23 ,24] [20:20] [24:12] [25:23] [26:12,16] [27:5] [28:1] [31:15] [33:21] [35:16] [37:24] [38:16] [44:21,24] [47:7] [48:17] [52:5,9,13] [53:14] [54:15] [59:24] [60:22] [61:1] [62:13,23] [63:4,20,25] [64:22] [66:3] [67:2] [69:7,18] [73:20] [76:8] [81:16] [83:2] [84:7,17] [90:20] [91:9,23] [96:22] [98:1] [101:16,23] [103:25] [106:5] [123:18,19] [124:10] [132:4,19]
**sometime** [47:8] [76:9] [91:8]
**sometimes** [10:14] [52:8] [60:13] [63:15] [77:2] [84:23] [86:5,6] [95:6]
**somewhat** [130:25] [131:10]
**somewhere** [74:16] [101:24] [103:10]
**somnolence** [132:14,15]
**sorry** [46:1] [69:9] [72:18] [75:7] [80:11] [98:13] [120:9] [131:4]
**sort** [10:21] [15:2] [16:13,20] [17:10] [23:1] [27:13] [37:25] [47:3] [49:13] [50:5] [52:12] [55:15] [58:5] [67:3,5] [71:19] [77:12] [106:2] [121:13,22] [128:16]
**sorts** [58:11]
**sound** [56:25] [72:17] [79:22]
**sounds** [5:15,22] [15:18] [30:14] [44:2] [62:10] [78:16]
**source** [92:25] [95:16] [96:6,8] [105:1]
**sources** [103:2] [111:5]
**southwest** [137:3]
**speak** [56:15] [72:7]
**speaker** [74:22,23]
**speakers** [74:10]
**speaking** [69:18] [70:3,6,8]
**specialist** [117:3]
**specific** [10:20] [25:4] [31:3] [32:15] [50:16] [54:25] [55:4,11] [75:22] [79:11,16] [81:11] [112:8]
**specifically** [5:4] [6:18] [11:8] [13:14] [15:4] [16:7] [46:18] [57:14] [58:13,15] [59:10] [62:24] [63:8] [69:22] [74:11,18] [75:21] [76:24] [77:1,3,14,21,25] [80:15] [104:21] [108:20]
**specifics** [24:11] [50:14] [75:6] [79:14] [93:6]

**spend** [104:5]
**spinal** [10:4,7] [43:4] [108:22] [125:10,15]
**spoken** [40:7,10,25] [41:1,6]
**sponsorship** [48:7]
**sponsorships** [48:21]
**spontaneously** [96:23]
**spreading** [68:1]
**stability** [111:22]
**stabilize** [28:10] [42:14] [111:25]
**stabilizes** [28:13]
**stable** [36:21,22]
**staff** [64:18]
**stand** [46:20]
**standalone** [46:20]
**stand-alone** [46:20]
**standard** [64:1,8,14] [65:7] [112:21]
**start** [5:21] [75:16] [123:16]
**started** [14:11] [18:1] [19:24] [46:16] [47:1] [59:12] [60:7] [79:1] [101:21] [103:5] [106:10]
**state** [1:2] [8:12,13] [21:4] [107:9] [134:2]
**stated** [18:24] [50:24] [89:19] [130:24]
**statement** [59:18] [96:1] [136:]
**statements** [122:6]
**states** [8:3,6,16] [77:9] [119:6]
**statesville** [79:20]
**statistical** [79:19]
**statutes** [137:]
**stayed** [30:16]
**stenographic** [135:12]
**stent** [116:5,8]
**stenting** [116:11]
**stick** [17:24]
**stocking** [125:5]
**stop** [5:19] [53:22] [54:14] [66:6] [68:20]
**stopped** [79:2]
**straightforward** [14:7]
**strange** [15:19]
**street** [1:24] [2:] [134:] [137:]
**strictly** [93:12]
**strike** [92:17] [100:13]
**strikes** [86:7] [103:18]
**stringent** [85:5]
**striving** [33:23]
**stroke** [43:5]
**struck** [70:24]
**structures** [114:14]
**studies** [14:21] [36:11,22] [79:3,6] [85:7] [87:23] [88:20,23] [92:19] [102:20 ,25] [115:21] [116:3]
**study** [78:21] [81:22] [82:1] [83:8] [102:24] [115:24] [116:9]
**stuff** [53:10] [61:2] [64:9,10] [65:3] [66:13]

**subject** [28:4] [50:2]
**submitted** [85:19]
**subsequent** [15:7]
**subsequently** [11:23] [16:25] [17:4] [20:13] [33:5] [49:23]
**substance** [69:15]
**success** [120:2] [121:1]
**successful** [97:7] [122:21]
**sudden** [103:13,14]
**suddenly** [24:18] [34:7] [103:20] [107:5]
**sued** [119:6]
**suffer** [110:3]
**suffering** [22:18]
**suggest** [34:5] [60:23] [105:17] [108:8] [122:1]
**suggested** [105:19,24]
**suggesting** [10:16] [104:23 ,25]
**suggestions** [126:20]
**suggests** [61:22]
**suit** [38:21] [39:18,22]
**suite** [2:11] [134:17] [137:4]
**summary** [116:13]
**superb** [127:18]
**superfluous** [63:5] [112:23]
**supply** [116:15]
**support** [103:21]
**supported** [93:10]
**suppose** [36:18] [37:14] [105:5]
**supposed** [85:14] [118:3]
**suppress** [15:23] [52:13]
**suppression** [34:25]
**sure** [12:22] [21:22] [24:8] [30:25] [36:9] [38:5,17] [45:16] [48:17] [54:17] [55:19] [56:6] [62:25] [64:23] [66:20] [67:4] [68:15,25] [75:17] [98:9] [101:10] [124:23] [128:25] [132:19]
**surprise** [51:20]
**survived** [79:8]
**swayed** [72:2,3]
**swear** [60:1]
**switched** [29:15] [30:24] [31:18]
**sworn** [4:2]
**symbiosis** [58:11]
**symmetric** [80:6] [125:1] [126:1,7]
**sympathetic** [125:14]
**sympathetically** [79:23]
**symposium** [76:14]
**symptom** [32:21] [33:23] [126:13]
**symptomatic** [34:2]
**symptomatology** [51:23]
**symptoms** [10:23] [11:11] [12:25] [13:4] [15:23] [21:2] [33:12] [44:1] [51:2,5] [52:14,17] [111:13] [125:3] [126:4,16] [127:3] [131:1]
**syndrome** [7:8] [10:13]

[106:24,25] [107:1,15] [108:7,13,15] [130:9]
**syndromes** [54:7] [80:14]
**system** [10:6,7,8,10] [28:16 ,17,22] [107:20] [108:20] [109:21,22]

---

**T**

**taken** [1:20] [4:18] [5:16] [100:15] [115:4] [134:14] [136:21]
**taking** [7:4] [12:4,14,17,24] [13:3] [14:17,23] [16:16] [19:19] [23:12] [68:20] [78:13] [99:25] [108:14] [112:16] [127:22] [128:8] [134:23] [135:11,15]
**talk** [13:13] [26:16] [37:17] [55:15] [60:25] [61:23] [71:23,24] [77:1] [104:13]
**talked** [15:4,7] [20:11] [26:2,8] [33:12] [42:5] [63:19] [68:4] [77:20] [90:21] [93:25] [104:24] [105:20]
**talking** [4:24] [5:12,19,21] [25:9] [36:13] [50:14] [56:25] [58:14] [60:7] [90:23] [116:23] [120:14]
**talks** [49:16] [126:9]
**teeth** [124:2]
**teleconferences** [78:14]
**telephone** [13:19] [31:6] [41:11,13,14]
**television** [24:14] [90:11,19] [91:14]
**tell** [6:12] [9:15,24] [21:20] [22:7,11] [37:16] [44:17] [45:1] [47:9] [48:25] [58:21] [65:15] [68:13] [71:15] [75:9,10] [79:17,18] [80:12] [84:11] [105:12] [106:13] [111:25] [112:11,13,15] [121:5] [124:11,24]
**telling** [98:3,8]
**tells** [25:12]
**ten** [30:17] [48:6] [62:12] [63:11,13] [64:9]
**tend** [43:7] [48:20]
**tendency** [28:20,21]
**tendon** [125:11]
**tends** [53:3,5]
**term** [10:2] [68:21] [76:17] [86:1] [88:19] [89:17] [103:17]
**terms** [26:23] [48:10] [126: 8]
**terribly** [108:6] [120:8] [122:12]
**test** [64:11]
**testified** [4:3]
**testimony** [85:18] [102:15] [104:17] [136:] [137:]
**testing** [99:20]
**tests** [99:7]

**12/07/2004  Barrett, Douglas, MD (Santullo)**

texas [8:4,6,17,18,20]
thank [7:16] [24:7] [34:11]
[40:6] [82:14] [109:7]
[118:10] [125:17] [129:6,9]
[131:23] [133:1]
thats [4:9] [8:25] [11:12]
[12:1,20] [13:21] [16:14]
[17:22] [21:14] [23:8,11,24]
[24:1] [27:14] [28:11]
[29:9,10,11,14,19] [31:20]
[32:11,16] [33:16,25]
[34:3,8,15,18] [35:15]
[36:4,15,16] [37:2,7] [39:19]
[41:10] [42:7,25] [44:6,11,17
,21] [50:23] [55:9] [58:8]
[59:11,15] [62:17] [64:12]
[72:10] [73:6] [78:7,12,20]
[81:10] [83:2,4,18] [84:17]
[85:13,14,21,25] [86:3]
[87:4,17,19,21] [88:15]
[89:2,20] [91:17] [94:3]
[97:4,15] [99:20] [100:2,9]
[102:1] [103:3] [110:7,8,9,22]
[111:7,9,15] [113:16,22,25]
[114:1,17,25] [116:25]
[118:14] [120:21] [121:3,22]
[122:4] [123:3,23,25]
[126:14,17] [127:4] [128:9]
[129:1,7,16] [130:3,18]
[131:2,7,11,22] [132:25]
theme [50:7]
themselves [32:25] [89:16]
[105:17]
theoretical [26:25] [29:5]
[42:13]
theoretically [28:7]
theory [28:15,20] [107:18,19]
therapies [16:23] [84:24]
therapy [33:25] [84:4,15,25]
[85:20] [86:20] [87:13]
[121:21,24] [122:13,21]
[123:1]
thereafter [135:12]
thereby [99:12]
therefore [28:21]
thereof [134:15]
theyve [42:8] [55:19] [86:21]
[95:22] [105:19]
thing [15:2,3] [21:2,21]
[24:16] [35:3] [52:12,22]
[60:14] [71:19] [81:18]
[84:19] [103:20] [104:14]
[111:23] [115:7] [121:13,22]
things [22:8] [23:3,17]
[24:10] [25:5] [35:4,14]
[53:3] [54:25] [58:22]
[77:13] [87:13] [88:10]
[123:16]
think [9:2,7,8,23] [14:6,15]
[15:9] [17:17] [20:11]
[24:12] [25:17,21] [27:1]
[28:25] [36:10] [37:24]
[38:25] [42:5,7,17] [49:23]
[50:4,5,9] [65:2,5] [66:9]
[67:1,6,8] [68:3,19] [69:2,7
,16] [72:1] [73:11] [79:2]

[83:18] [86:21] [88:8,11]
[89:1,3] [90:19] [91:13]
[92:9,15] [95:9] [96:19]
[98:19] [99:2,6,21] [103:5,14
,18] [104:5,17] [105:2]
[108:6] [110:14] [111:24]
[112:19] [113:1] [114:2]
[119:19,21] [121:3] [127:12
,14,22] [128:2] [129:7]
[131:6,22] [133:2]
thinking [92:5] [104:6]
third [2:1] [125:15] [134:]
thorough [7:16]
though [84:24] [100:4]
[116:23]
thought [21:1,4] [27:11]
[39:17,25] [52:22] [63:4]
[71:4] [77:8] [97:16] [104:24]
[117:12] [132:3]
three [7:22] [19:22] [20:12,14]
[22:13] [30:18] [56:15,16,19
,25] [57:19] [70:22] [74:4,14]
[82:10] [86:15] [99:15,17]
[110:20] [131:3]
threshold [28:14,19] [99:19]
[114:16,18]
throughout [77:9]
thrown [73:5]
time [4:10,20] [5:2,23]
[11:15] [12:4] [13:10,16]
[15:5,9] [18:4,12,15] [19:3
,12,19,22] [20:10,25] [21:15]
[24:21] [25:7,19] [27:24]
[28:6] [29:23] [30:17]
[34:16] [36:5] [37:12,14,17]
[41:9] [45:18] [46:15]
[49:4,14] [50:9] [51:1,14,25]
[55:16,22] [56:18] [63:24]
[66:21] [67:21] [68:5,20]
[75:5] [84:1,14,15] [85:22]
[91:5] [94:4] [99:2] [100:15]
[104:6] [112:13,15,19]
[123:21] [129:21] [131:8,23]
times [19:22] [20:12,14]
[22:13] [26:21] [53:22]
[59:2] [77:18] [99:15,17]
[110:20,21] [131:4]
tingling [51:3,6,18,23]
[52:2,3,8]
tingly [49:21]
tipped [37:25]
tired [107:10]
titles [79:11,16] [80:12]
today [9:13] [40:19] [45:22]
[55:10] [60:5] [70:13]
[79:6,13] [83:14] [85:17]
[92:23] [102:15] [129:4,15]
together [38:2] [63:15]
[76:25]
told [19:25] [38:9] [74:24]
[82:23] [84:7,17] [93:23]
[100:24] [112:18] [113:5,11
,13]
tom [1:20] [2:12] [4:8] [134:
18] [135:9]
took [23:20] [39:20]

top [123:14] [132:12]
topic [17:23] [72:8]
topical [123:25]
total [20:16]
townsend [1:23,] [134:12]
[135:24] [137:17,]
tracking [104:1]
traditional [46:22,24] [121:
24]
traditionally [99:11]
training [7:21] [8:9,10]
[85:5]
transcribed [136:20]
transcript [96:2] [135:2,14]
[136:] [137:11,]
traverse [80:25]
travis [80:3]
treat [32:9] [36:16] [42:24]
[43:2] [87:7] [101:22]
[106:6] [107:14] [108:2]
[109:9,11,24] [110:3]
[111:4] [123:12] [124:8]
[126:12,21]
treated [79:19] [108:1]
[109:12] [130:8,21]
treating [16:12] [18:25]
[44:18] [45:13] [49:19]
[66:5] [110:9] [125:24]
[126:11,24] [127:23] [129:
18,22] [130:4]
treatment [5:4,10] [9:12]
[12:7,15,19] [16:24] [17:2,5
,6,10,14,18] [18:2,4] [19:9,11]
[23:4,21] [27:7,25] [28:8]
[29:8,13,25] [30:2,4] [34:2]
[35:18] [41:8,24] [42:3,7,16
,19] [43:8,20,21,25] [44:3]
[45:14,24] [46:3,4,6,17,19]
[47:18,24] [50:8,10,18]
[51:1,21] [53:12] [59:9]
[61:8,18] [62:21,24] [64:1,6
,14] [66:12,14] [67:3,18,20]
[80:21,25] [83:15] [94:1]
[102:8,11,13] [105:25]
[113:3,17,18] [116:12]
[121:19] [126:15,16] [127:
16] [130:17]
treatments [33:18] [34:5,6]
[44:16] [66:2]
trial [42:9] [44:24] [68:10]
[80:6] [109:23] [121:15]
[137:16]
trialand [44:24]
trial-and [44:24]
trialanderror [42:9]
trial-and-error [42:9]
trials [121:10,20]
tried [34:6] [35:14] [42:8]
[61:7] [67:9] [101:4] [102:6]
[122:18]
trigeminal [17:6] [27:7]
[32:5] [46:1] [113:17,23,24]
[114:12,13]
true [28:24] [35:7] [86:13]
[87:4,8] [97:4] [120:21]
[129:21] [135:14] [136:20]

trunks [125:12]
try [19:12] [20:24] [22:5]
[37:8] [44:14,22] [45:11]
[51:1] [52:5,13] [54:15]
[79:10] [83:2,7,15] [84:25]
[95:2,9] [100:18] [114:4]
[123:21]
trying [42:12] [45:2] [126:12]
[127:3]
tuition [75:12]
tunnel [7:8]
turn [58:9]
turner [2:5] [7:15] [134:24]
turns [77:23] [113:13]
twelfth [1:14] [137:17]
twice [36:24] [37:5] [131:4,12]
type [21:8] [32:1,5,7,16]
[42:22] [44:13] [81:18]
[87:23] [104:25] [126:19]
types [18:25] [22:19] [44:8,16]
[54:18] [75:4]
typically [26:16] [59:17]
[77:5]
typographical [136:3]
_____

U
_____

uh [20:19]
uhhuh [20:19]
uh-huh [20:19]
ulcer [12:7]
ulcers [125:7]
ultimately [42:8]
uncomfortable [24:18]
[25:13]
underlying [43:22] [126:13
,22]
underpinnings [33:8]
understand [4:25] [15:25]
[39:1] [45:22] [46:5] [56:6,10]
[57:2] [58:8] [61:24] [85:4]
[88:5,6] [121:20,21] [129:6]
[130:15]
understanding [13:12]
[16:4] [28:5,6] [29:5,12]
[42:1] [76:20] [88:4,17]
[91:17]
understood [12:7] [14:11,12]
[16:11] [26:2] [85:18]
[91:22] [96:5]
undertaking [33:18]
underwritten [71:19]
unethical [91:25]
united [77:9]
university [66:19]
unknown [119:9]
unless [25:17] [52:2] [55:17]
[135:18]
unlikely [101:19] [113:5]
unresponsive [43:17]
unsuccessful [122:19]
until [24:23] [38:7] [52:17,18]
[64:6] [113:1] [121:25]
untreated [107:9]
unusual [93:15] [119:17]
upon [12:2,14] [35:17]

**12/07/2004 Barrett, Douglas, MD (Santullo)**

[89:12] [101:23] [110:23]
[135:15]
**upped** [112:14]
**us** [9:11,23] [16:4] [24:1]
[36:12] [41:21] [58:9,23]
[59:6] [93:23] [99:24]
[100:2] [106:13] [123:14]
[125:22] [137:20]
**usage** [118:5]
**use** [5:4] [13:13] [14:25]
[15:25] [16:2,5,6] [17:4]
[21:17] [26:3,4,8,10] [28:5]
[30:8,10,11] [32:9] [34:22]
[35:12,13,16,19] [38:22]
[42:15,24] [43:5,6,7,14,18
,19] [45:14,15] [46:15]
[47:6,12] [50:2] [52:1,9,14
,25] [53:9,11,14,16,20,25]
[59:11,12] [60:8] [61:7]
[64:13,20] [65:5] [66:1,9,16
,22] [67:24] [70:4,22] [71:3
,10,25] [72:4,15] [74:5,10,15
,16,21] [75:2] [78:14,22]
[79:4] [80:17] [81:3,8,12,22]
[82:6] [84:9,11,12,16]
[85:11] [86:10,20,21]
[87:6,18,23,25] [89:10,11]
[90:1,8] [92:4,7,16,24]
[93:10,25] [94:2,6] [95:10,14
,15] [96:11] [97:6,20] [98:25]
[99:4,17,22] [100:13,16,25]
[101:1,22] [103:13,15,22]
[104:4,12,15] [105:13]
[106:4,11] [108:9,11]
[110:2,12] [111:4] [112:8,9
,16] [113:3,4,6,10,16]
[114:4] [120:19] [121:6]
[122:7,15,25] [123:1,5,16,19]
**used** [10:11] [13:3] [15:22]
[16:8,11] [17:18] [18:25]
[26:13,18] [27:4,6,11,12]
[29:9] [41:23,25] [44:10,21]
[46:14] [50:18] [54:7]
[58:22] [59:8] [61:7,20,22]
[64:5] [76:24] [84:14]
[86:21] [91:10] [99:3,9,11,13
,15,19] [101:2,3] [102:6]
[106:19] [114:25] [120:24]
[122:14]
**useful** [42:6] [43:10] [44:2]
[67:2] [84:4] [96:20] [98:23]
[113:15,18] [121:18]
**uses** [42:20] [44:5] [53:13,16]
[61:14] [63:9,18] [87:12]
[91:21] [92:20] [95:16]
[97:2] [98:22] [101:23]
[120:23]
**using** [16:22] [19:5,9] [24:15]
[26:21] [30:4] [45:20]
[46:16] [47:1] [54:7] [61:17]
[67:6] [88:19] [100:12]
[102:10,12] [106:6]
**usually** [13:24] [35:19]
[44:3] [53:11] [59:18]
[69:10] [107:6,8,12] [121:23]
[126:23]

**utilized** [77:2]

**V**

**vacillate** [131:10]
**vagnucci** [2:15] [4:8] [56:22]
**vaguely** [47:20,21]
**valid** [43:12] [88:22]
**variable** [51:19]
**variety** [6:19] [32:25] [59:3]
[111:12]
**various** [32:24] [55:7] [77:8]
[119:6]
**vascular** [7:4] [116:13]
**vast** [7:13]
**vein** [116:23]
**versus** [50:15] [116:12]
**via** [38:21] [40:1] [63:18]
[70:11] [72:4] [90:6] [93:8]
[111:22]
**vibrating** [10:24]
**vibratory** [11:18]
**view** [96:17]
**violated** [62:6]
**violating** [120:17]
**violations** [118:19]
**vioxx** [112:25] [113:3]
**virus** [86:4]
**visit** [12:10] [18:8,13,16]
[19:17] [20:4] [35:24]
[36:19,20] [41:9] [57:13]
**visits** [23:14] [55:4,11]
[57:6,10] [58:14] [74:3]
**vitae** [3:12]
**voice** [13:18] [70:7]
**voicetovoice** [13:18] [70:7]
**voice-to-voice** [13:18]
[70:7]
**volumes** [62:9]
**voluntarily** [8:14]
**vs** [1:] [134:7] [136:1] [137:
6]

**W**

**wait** [5:20]
**walk** [107:8]
**walker** [127:15]
**want** [5:8,23] [17:24] [21:22]
[25:19] [50:13] [52:5]
[54:24] [56:24] [65:11]
[71:24] [88:4] [89:3] [95:12]
[103:13] [120:12,21] [133:
4,7]
**wanted** [9:21] [14:8] [23:18]
[59:21] [62:25] [98:1]
**wanting** [99:5]
**wardwell** [2:13]
**warner** [4:14,20] [55:5,12,22]
[56:7,8,21] [57:14] [61:6]
[62:5] [69:19] [70:4,15]
[71:9] [72:12] [73:7] [82:16]
[86:16] [95:23] [118:17]
[119:6] [120:13]
**warnerlambert** [4:14,20]
[55:5,12,22] [56:7,8,21]

[57:14] [61:6] [62:5] [69:19]
[70:4,15] [71:9] [72:12]
[73:7] [82:16] [86:16]
[95:23] [118:17] [119:6]
[120:13]
**warner-lambert** [4:14,20]
[55:5,12,22] [56:7,8,21]
[57:14] [61:6] [62:5] [69:19]
[70:4,15] [71:9] [72:12]
[73:7] [82:16] [86:16]
[95:23] [118:17] [119:6]
[120:13]
**warning** [35:6]
**warnings** [35:21]
**washington** [8:9,12,13]
[80:14]
**wasnt** [8:16] [15:5,8] [24:17]
[28:1] [33:20] [83:25]
[84:3,7] [91:23] [104:23]
[118:22] [126:6] [127:5]
[130:8,21] [131:1]
**watching** [34:23]
**ways** [68:3]
**weakness** [125:13]
**wed** [44:9] [48:1,3]
**week** [51:11] [56:1] [58:3]
[63:15]
**weekend** [56:13]
**weekly** [7:14] [57:11,21]
**weeks** [51:13] [117:11]
**weissman** [80:7]
**well** [6:14] [7:4,5] [8:11,22]
[11:15] [12:23] [13:12]
[15:21] [22:25] [25:17,20]
[26:1] [27:19,23,24] [28:10
,12,16] [33:24] [37:4,17]
[38:4] [41:5] [42:5] [44:23]
[52:9,13] [56:9] [60:12]
[61:1,14] [64:4,25] [67:17]
[68:3] [69:1] [74:24] [76:21]
[84:5] [88:6] [93:5] [101:2]
[103:4,17] [104:5] [105:2]
[107:19,23] [108:6] [111:19]
[114:18] [117:15] [121:3,8
,16,25] [122:12] [123:16]
[124:22] [125:25] [127:12]
[128:6] [129:22] [130:22]
[132:19]
**wellestablished** [27:23,24]
[121:25]
**well-established** [27:23,24]
[121:25]
**wellknown** [64:4] [67:17]
**well-known** [64:4] [67:17]
**went** [131:11]
**werent** [21:11] [87:14]
[101:12]
**west** [81:5]
**weve** [6:4] [33:12] [54:7]
[68:3] [118:18] [120:14]
**whatever** [25:13] [89:13]
[105:16]
**whats** [6:13] [67:25] [76:20]
[91:10] [108:18] [109:4]
**whatsoever** [92:20] [135:20]
**wheelchair** [127:15]

**whenever** [109:19]
**whereas** [21:11] [114:24]
**whereby** [59:12]
**whether** [15:1] [24:14]
[37:15] [63:13] [70:16]
[89:9] [90:1] [92:6] [93:12]
[96:21,22] [120:23] [122:1]
[124:24]
**white** [35:1]
**whole** [53:10] [84:14] [104:
13]
**whom** [45:13]
**whose** [51:5]
**why** [9:20] [15:19] [22:2]
[27:1,10,11] [28:6] [36:5]
[37:3,7] [40:5] [42:8] [65:18]
[108:5,13] [109:14] [114:2]
[120:2] [131:11]
**wide** [6:19] [32:24] [59:2]
**widely** [64:5] [67:1] [112:21]
[119:10]
**will** [6:10] [26:22] [36:24]
[45:7] [58:17] [59:6] [60:12]
[65:17] [69:8,9] [71:20]
[77:5,6] [83:7] [84:23,25]
[86:17] [96:18] [105:20]
[107:5] [109:22] [123:17]
[128:12] [131:13] [137:]
**winston** [80:4]
**winstonsalem** [80:4]
**winston-salem** [80:4]
**wish** [80:11]
**without** [51:24] [60:6]
[98:24] [89:6] [101:2,3,16]
[127:15]
**witness** [12:23] [24:6,8]
[29:4] [31:12] [49:6] [50:23]
[65:13,18] [68:15] [87:4]
[88:3] [89:22] [91:22]
[93:5] [96:5] [130:20]
[131:24] [133:8] [134:21]
[135:2,3,5,11]
**wonder** [39:12] [64:18]
**wonderfully** [127:13] [128:
6]
**wont** [65:4]
**word** [24:15] [68:1] [83:4,5,10]
[101:1]
**words** [12:18] [103:14]
**work** [42:10] [44:23] [53:6]
[85:14] [102:4,5] [111:24]
[114:24] [121:16] [123:7,17
,19,21] [124:5]
**worked** [21:20] [28:12]
[42:9] [67:10] [88:16]
[111:19] [114:22] [115:21,24]
[121:9]
**working** [15:1,5,8]
**works** [28:10,11] [60:24]
[108:6] [114:21] [121:6]
**world** [122:4]
**worlds** [67:22]
**worth** [77:7]
**wouldnt** [27:19] [51:20]
[82:22] [93:15] [94:17]
[97:4,17] [101:2,14] [105:2]

**12/07/2004  Barrett, Douglas, MD (Santullo)**

[110:14] [120:3] [123:1]
**wrapped** [48:18]
**wrists** [11:6]
**write** [18:7,11] [21:16]
**writing** [21:25] [111:1]
**written** [66:14] [79:24]
  [81:7]
**wrong** [39:24] [103:14]
  [113:16] [128:22]

---

Y

---

**yeah** [83:3] [98:2] [103:9]
  [104:19] [106:18] [119:19]
**year** [24:23] [37:11] [38:17]
  [40:18] [51:13] [63:1]
  [91:8]
**years** [7:21,22] [8:8,10]
  [15:22] [19:4] [30:5] [48:6]
  [55:24] [56:2,19] [60:2]
  [62:10] [63:11,13,14]
  [65:8] [90:21] [91:14]
  [116:11] [128:20] [132:21]
**yellow** [124:22]
**yes** [4:12] [5:17] [8:2] [13:11]
  [15:17] [16:3,19] [17:13,15]
  [18:6,22] [19:13] [20:17,22]
  [21:1,10] [22:21] [23:5]
  [24:2] [26:5,15] [29:2]
  [30:12] [31:14,25] [35:8,23]
  [37:2,13,21,22] [39:25]
  [42:21] [44:17] [46:17]
  [48:1] [49:11] [51:7] [53:1,3
  ,22] [55:19,23] [56:4] [57:5
  ,8,22] [58:17] [59:15] [60:23]
  [61:15] [64:16] [65:12]
  [66:20] [67:20] [68:23]
  [69:1] [75:11,19] [76:19]
  [78:5,20] [81:20] [82:13]
  [83:17] [84:21] [94:8,18]
  [100:20,22] [103:11] [105:
  5,8] [106:8] [107:2,25]
  [109:10] [110:6] [111:3]
  [112:12] [114:23] [115:3]
  [116:1] [117:4,9,21,23]
  [121:4] [123:6,13] [124:9,15]
  [126:14] [127:20,25] [129:
  23] [131:21] [132:15,22]
  [133:6,8]
**yet** [8:20] [117:6]
**york** [2:]
**youd** [102:3] [104:23]
**youll** [37:14] [59:13]
**youre** [5:12,18] [7:17,25]
  [25:14] [36:13,16] [40:13]
  [45:13] [75:8] [85:2] [94:25]
  [100:12] [102:14,18] [103:
  4] [112:7] [118:23] [125:19]
  [126:10,11,12] [127:23]
  [130:4]
**yourself** [16:17] [18:7]
  [59:22]
**youve** [5:16] [8:22] [9:1,2]
  [13:7] [18:23] [24:1] [26:13]
  [32:16] [41:9,20] [45:4]
  [59:12] [61:7] [64:19]

[66:21] [70:25] [77:24]
  [78:5] [81:7] [82:15,20]
  [86:15] [102:20,23] [115:21]

---

Z

---

**zonegram** [61:17]