M. ROSENTHAL

425

1   second.                          11:11:23
2   A. Okay.                         11:11:23
3   Q. You talked about sampling error?    11:11:23
4   A. Yes.                          11:11:25
5   Q. With regard to NAMCS, in view of the    11:11:25
6      potential for built-in sampling error, have    11:11:32
7      you devised some method to calculate    11:11:35
8      standard errors for frequencies, percents    11:11:36
9      and rates?                    11:11:39
10  A. Have I devised the method? In the NAMCS    11:11:42
11     they give you enough information to be able    11:11:45
12     to compute those confidence intervals,    11:11:48
13     standard errors. They have weights,    11:11:52
14     sampling weights.                11:11:54
15  Q. Did NAMCS have standard weights that they    11:11:55
16     provide for purposes --            11:11:59
17  A. They did, yes.                  11:12:00
18  Q. -- of your analysis?             11:12:00
19  A. Yes.                         11:12:00
20     (Discussion off the record.)        11:12:12
21     MR. POLUBINSKI: Let's mark the       11:12:20
22  next exhibit.                     11:12:20
23     (Exhibit No. 17, Document headed     11:12:21
24  "National Ambulatory Medical Care Survey,    11:12:21
25  2006 Patient Record," marked for       11:12:21

426

1   identification.)                  11:12:22
2   Q. Okay. We've just handed you a document    11:12:38
3      that's marked as Rosenthal Exhibit 17. Do    11:12:42
4      you recognize this?              11:12:45
5   A. I believe it's the data collection    11:12:45
6      instrument for the NAMCS.           11:12:47
7   Q. Which is to say that this is the document    11:12:48
8      that doctors would fill out to provide    11:12:53
9      information as part of the NAMCS survey?    11:12:56
10  A. That's my understanding, yes.       11:12:58
11  Q. Have you ever reviewed this before?    11:13:01
12  A. I have seen it before, but I have certainly    11:13:02
13     not reviewed it in detail recently.    11:13:07
14  Q. Let's look at Section 5. It's about    11:13:09
15     halfway down the page.            11:13:12
16  A. Okay.                        11:13:13
17  Q. You'll see three spaces for three different    11:13:14
18     diagnoses in letter A -- under letter A,    11:13:18
19     correct?                      11:13:22
20  A. Yes.                         11:13:22
21  Q. And under letter B you'll see sort of 15 or    11:13:23
22     20 additional boxes that a doctor could    11:13:27
23     check as additional conditions a patient    11:13:30
24     might have?                    11:13:32
25  A. Yes, I see that.                11:13:32

427

1   Q. And then if we look down at Section 10,    11:13:35
2      which reads "Medications & Immunizations."    11:13:38
3   A. Yes, I see that.                11:13:41
4   Q. You'll see that there are listed -- well,    11:13:43
5      there are eight spaces there under the    11:13:46
6      heading "Medications & Immunizations,    11:13:49
7      correct?                      11:13:51
8   A. Yes.                         11:13:51
9   Q. Is there any way that you can see to tie    11:13:52
10     individual medications prescribed back to    11:13:56
11     individual diagnoses on this record?    11:13:58
12  A. If there's more than one of either, then,    11:13:59
13     no, then you can't make that connection.    11:14:05
14     You're correct that one weakness of the    11:14:14
15     NAMCS is that the prescription is not    11:14:15
16     directly connected with the diagnosis code.    11:14:19
17  Q. Okay. So putting a little context on your    11:14:21
18     observation, in this case if a given record    11:14:28
19     contained a diagnosis for migraine,    11:14:33
20     assuming that migraine is one of the    11:14:35
21     indications that you run through your    11:14:37
22     model --                      11:14:38
23  A. Okay.                        11:14:39
24  Q. -- and also a diagnosis for epilepsy and it    11:14:39
25     contained a prescription for Neurontin as    11:14:42

428

1   well --                        11:14:44
2   A. Yeah.                        11:14:44
3   Q. -- you wouldn't have any way of knowing    11:14:44
4      whether that prescription was written for    11:14:46
5      an off-label use, correct?          11:14:47
6   A. If that were the case, I think the    11:14:48
7      conservative assumption would have to be to    11:14:51
8      categorize that as an on-label use.    11:14:54
9   Q. Okay. And with respect to the NDTI data    11:14:56
10     set, generally speaking, what's your source    11:15:13
11     of the -- or what's your understanding of    11:15:16
12     the source of the data that underlies that    11:15:18
13     data set?                     11:15:21
14  A. The underlying data set, I believe, is    11:15:25
15     collected in a similar way to the NAMCS.    11:15:27
16     Again, doctors are asked to fill out data    11:15:29
17     collection forms similar to this, my    11:15:32
18     understanding, for the NDTI.         11:15:35
19  Q. Have you ever seen a copy of the survey    11:15:37
20     form for NDTI?                   11:15:39
21  A. I have not, no.                 11:15:39
22  Q. Are you aware of whether it differs from    11:15:43
23     the NAMCS data set?               11:15:45
24  A. My understanding from having reviewed the    11:15:48
25     Argenbright report -- sorry, is that okay?    11:15:51

30 (Pages 425 to 428)

M. ROSENTHAL

429

1  Q. You can go ahead and answer. That was not        11:15:55
2     quite the question that I meant to ask, but      11:15:58
3     why don't you go ahead and give the answer.      11:16:00
4     Your understanding from the Argenbright --       11:16:00
5  A. My understanding from reviewing the             11:16:01
6     Argenbright report and the supporting           11:16:03
7     documents that he provided is that with the     11:16:05
8     NDTI there is a one-to-one link between          11:16:07
9     diagnosis and prescription, but I've not        11:16:11
10    verified that myself.                           11:16:16
11 Q. Okay. Do you know whether you'll have           11:16:17
12    access to individual survey forms when you      11:16:24
13    request data from IMS, the NDTI data?           11:16:27
14 A. Do you mean the model or the actual one         11:16:29
15    that was filled out?                            11:16:32
16 Q. I mean ones that were actually filled out.      11:16:33
17 A. I would not expect so. I would not expect       11:16:35
18    that one could get those from NAMCS either,     11:16:38
19    although the database is structured exactly      11:16:42
20    in the same way.                                11:16:45
21 Q. Okay. We can set this one aside, too.           11:16:46
22 A. Okay.                                           11:16:51
23    MR. NOTARGIACOMO: Is it time for                11:16:53
24    another five-minute break?                      11:16:53
25    MR. POLUBINSKI: If you'd like,                  11:16:54

430

1     that's fine with me.                            11:16:56
2     THE WITNESS: Is that okay? Just                 11:16:57
3     five minutes.                                   11:16:58
4     MR. POLUBINSKI: Of course, yeah.                11:16:59
5     THE VIDEOGRAPHER: The time is                   11:17:01
6     11:17. This is the end of Tape 2, and we        11:17:03
7     are off the record.                             11:17:07
8     (Recess taken.)                                 11:17:08
9     THE VIDEOGRAPHER: The time is                   11:28:45
10    11:28. This is beginning of Tape 3, and we      11:28:47
11    are back on the record.                         11:28:49
12 BY MR. POLUBINSKI:                                 11:28:50
13 Q. Professor Rosenthal, just to go back for        11:28:50
14    one second to Rosenthal Exhibit 15, there's     11:28:54
15    one issue I just want to make sure is           11:28:58
16    clear.                                          11:29:02
17 A. Okay.                                           11:29:02
18 Q. I may not have it clearly on the record.        11:29:02
19    Your testimony was that Mr. Sommers would       11:29:06
20    have done the aggregation or the groupings      11:29:09
21    that appear on this list, correct?             11:29:11
22 A. That's correct.                                 11:29:14
23 Q. Are you aware of whether somebody would         11:29:14
24    have instructed him about the different         11:29:18
25    categories into which to group the              11:29:20

431

1     individual costs?                               11:29:22
2  A. I believe -- as I stated, I believe that we     11:29:23
3     gave him the categories.                        11:29:26
4  Q. Okay.                                           11:29:28
5  A. I'm not absolutely sure of that, but I          11:29:28
6     believe that we did.                            11:29:31
7  Q. Terrific. That's the point I wanted to          11:29:32
8     clarify.                                        11:29:35
9  A. Okay.                                           11:29:35
10 Q. Okay. In Exhibit 1, your report, Paragraph      11:29:36
11    37, you propose to "introduce a                 11:29:44
12    contemporaneous comparator or control drug      11:29:50
13    that could serve as a yardstick" as a           11:29:54
14    further refinement of your equation; is         11:30:00
15    that correct?                                   11:30:02
16 A. That's correct.                                 11:30:02
17 Q. Have you done that analysis yet?                11:30:02
18 A. As we've discussed, I don't have the data       11:30:05
19    to do these analyses yet, so I have not         11:30:08
20    done that analysis, either.                     11:30:10
21 Q. What data would you use to do that              11:30:11
22    analysis?                                       11:30:14
23 A. The data that I would use to do that            11:30:14
24    analysis would be very similar to the data      11:30:18
25    that we've discussed already on the             11:30:21

432

1     quantity side, so perhaps the NDTI or the       11:30:25
2     NAMCS or that other Verispan data set that      11:30:28
3     we discussed.                                   11:30:32
4  Q. And I assume that the data that you would       11:30:33
5     use would both be Neurontin data and data       11:30:35
6     for whatever the proposed comparator would      11:30:38
7     be?                                             11:30:41
8  A. That's correct.                                 11:30:41
9  Q. Do you definitely plan on doing this            11:30:45
10    analysis with a contemporary comparator in      11:30:47
11    your model?                                     11:30:51
12 A. I guess I'm not entirely sure yet whether       11:30:57
13    the circumstances will make that                11:30:59
14    appropriate, so depending on exactly what       11:31:00
15    kinds of promotional activities we're           11:31:02
16    talking about, which indications we're          11:31:04
17    talking about, then it may be appropriate       11:31:07
18    to do that, but I guess it definitely is a      11:31:08
19    word that I feel is maybe a little too          11:31:13
20    strong, but I think in all likelihood I'll      11:31:17
21    look to comparator drugs, at least examine      11:31:19
22    their trends.                                   11:31:22
23 Q. And why would you anticipate you would do       11:31:24
24    that, in all likelihood?                        11:31:26
25 A. That's simply a good way of getting a           11:31:27

31 (Pages 429 to 432)

M. ROSENTHAL

433

1  better approximation of the true effect.   11:31:33
2  Q. If you weren't able to do this analysis,   11:31:41
3     would you still be able to get a reliable   11:31:44
4     approximation of the true effect?   11:31:50
5  A. Well, I guess I'm not sure why I wouldn't   11:31:52
6     be able to do the analysis, but if I   11:31:58
7     weren't for some reason able to do the   11:32:01
8     analysis, then it would depend on the   11:32:03
9     underlying circumstances, so a comparator   11:32:06
10    drug allows for breaking out essentially   11:32:10
11    other secular trends. If those secular   11:32:13
12    trends were unimportant, then it wouldn't   11:32:16
13    matter.   11:32:18
14 Q. But at this point you don't know; is that   11:32:21
15    correct?   11:32:23
16 A. At this point I couldn't say for sure.   11:32:23
17 Q. Do you plan on -- withdrawn.   11:32:27
18    Would you plan on using one drug   11:32:29
19    or more than one in your comparator   11:32:31
20    analysis?   11:32:33
21 A. At this point I can't really say for sure.   11:32:34
22    I would need to review the data and again   11:32:36
23    the clinical issues related to these   11:32:41
24    comparison drugs.   11:32:46
25 Q. How will you decide whether you use one or   11:32:47

434

1     more than one?   11:32:49
2  A. Well, I guess it would depend again on for   11:32:54
3     a particular indication how many drugs were   11:32:57
4     substitutes for Neurontin for that   11:33:00
5     indication.   11:33:02
6  Q. Would it depend on other things or just   11:33:04
7     that?   11:33:05
8  A. It might depend on other things as well,   11:33:06
9     but I would say that's sort of the first   11:33:08
10    thing that I would consider.   11:33:10
11 Q. Okay. You suggest in Paragraph 37 that   11:33:10
12    Dilantin --   11:33:20
13 A. Yes.   11:33:20
14 Q. -- might be an appropriate comparator drug?   11:33:20
15 A. It was a hypothetical, yes. As you know,   11:33:23
16    Dilantin is used for some of the same   11:33:25
17    indications.   11:33:27
18 Q. How confident are you that Dilantin might   11:33:28
19    be an appropriate comparator drug?   11:33:31
20 A. I'm not sure what you mean by "how   11:33:35
21    confident." I think it makes for a good   11:33:38
22    example, but in the ultimate analysis I   11:33:40
23    would look to, again, clinical input or   11:33:42
24    which drugs were being used for the same   11:33:45
25    indications, as well as the data   11:33:48

435

1     themselves.   11:33:49
2  Q. All right. Let's just use Dilantin as an   11:33:59
3     example for how you would do this analysis.   11:34:02
4  A. Okay.   11:34:04
5  Q. Would you have to look into the relative   11:34:08
6     efficacy of Dilantin for both its FDA-   11:34:10
7     approved use and for its off-label uses?   11:34:16
8  A. I don't believe that would be factor in the   11:34:20
9     analysis. Again, I would rely on some   11:34:21
10    clinical expertise as to the extent to   11:34:24
11    which Dilantin makes for a good comparison   11:34:27
12    for the particular indication in question,   11:34:29
13    so perhaps if I provide a little more   11:34:32
14    detail, it'll help. Then we can talk about   11:34:34
15    that. So imagine the following scenario:   11:34:38
16       Both Dilantin and Neurontin are   11:34:40
17    used for some off-label indication, I'm not   11:34:42
18    even sure what the right indication to   11:34:47
19    choose is here, but let's say there is one.   11:34:49
20    We observe that they were used by   11:34:51
21    neurologists for the same off-label use.   11:34:53
22    Perhaps it's a form of pain. And then I   11:34:56
23    could look over time at these allegedly   11:35:00
24    illegal activities related to Neurontin and   11:35:05
25    see if my model suggested they were having   11:35:06

436

1     an effect on Dilantin use for the same   11:35:09
2     off-label use.   11:35:11
3        If there -- if those -- the model   11:35:12
4     suggested there was an effect on Dilantin,   11:35:15
5     I would interpret that as the model picking   11:35:17
6     up some secular trend, and I could break   11:35:19
7     that out of the ultimate estimate.   11:35:22
8  Q. Maybe I'm misunderstanding your report, but   11:35:25
9     I'm assuming that what you would be doing   11:35:30
10    with the comparator drug, among other   11:35:32
11    things, is comparing trends and off-label   11:35:34
12    prescribing of that comparative drug --   11:35:36
13    comparator drug to the trends and off-label   11:35:38
14    prescribing with Neurontin, correct?   11:35:41
15 A. In the context of a regression model, but,   11:35:41
16    yes, you're correct.   11:35:44
17 Q. Right.   11:35:45
18 A. It's what's called a difference-in-   11:35:45
19    difference estimate.   11:35:48
20 Q. Sure. Wouldn't you agree that one of the   11:35:50
21    things that could impact the trends and   11:35:52
22    off-label prescribing of the comparator   11:35:54
23    drug would be that drug's efficacy in   11:35:56
24    treating the particular off-label use at   11:35:58
25    issue?   11:36:00

32 (Pages 433 to 436)

M. ROSENTHAL

437

1  A.  Yes, but you're assuming -- okay.  I'm not          11:36:00
2      sure if -- let me try to be really clear            11:36:04
3      about what I'm trying to estimate.  I'm             11:36:07
4      only trying to use Dilantin to pick up any          11:36:09
5      secular trends that may commonly affect             11:36:12
6      this class of drugs and their off-label             11:36:15
7      use.  If indeed Dilantin is not viewed as           11:36:18
8      an effective substitute -- well, first of           11:36:22
9      all, then it wouldn't make a very good              11:36:25
10      comparator.                                        11:36:28
11  Q.  That's my question.                                11:36:28
12  A.  Well, again, the choice of comparators will        11:36:29
13      be made on the basis of clinical                   11:36:31
14      substitutability for the condition.  So if         11:36:33
15      there's no off-label use for Dilantin for          11:36:35
16      this particular condition, for example,            11:36:37
17      because it's not believed to be                    11:36:39
18      efficacious, it wouldn't be a very good            11:36:41
19      comparator.                                        11:36:44
20  Q.  Fair enough.  I guess my question is, how          11:36:44
21      do you anticipate making that                      11:36:47
22      determination?                                     11:36:48
23  A.  I expect to get clinical input as to which         11:36:48
24      drug's to be used but also to look at the          11:36:51
25      data that break out use by diagnosis,              11:36:53

438

1      and -- but nonetheless, I think it's              11:36:58
2      important to put in context your question.        11:37:00
3      So imagine the Dilantin is used sometimes         11:37:02
4      but that most physicians view it as               11:37:05
5      inferior.                                         11:37:07
6          Well, that's not really the                   11:37:08
7      problem.  I'm trying to look at breaking          11:37:11
8      out its trend.  If indeed its trend is not        11:37:13
9      coinciding with these off-label events,           11:37:16
10      there will be no real effect there.  There       11:37:18
11      will be nothing to break out.  But if            11:37:20
12      Dilantin use seems to be going up at the         11:37:23
13      same time as Neurontin use, then that's a        11:37:25
14      measure of some other factor that I'm not        11:37:28
15      capturing, and that can be netted out of         11:37:30
16      the estimate, the quantity induced by the        11:37:32
17      off-label promotion.  That's sort of the         11:37:34
18      purpose of a difference-in-difference            11:37:37
19      analysis is to prove your identification.        11:37:38
20  Q.  Right.  I guess let me try to ask the            11:37:46
21      question by reference --                          11:37:47
22  A.  Okay.                                             11:37:49
23  Q.  -- to a different possibility.  Would you        11:37:49
24      need to conduct analysis in deciding which       11:37:51
25      comparator drug to use and to what the side      11:37:57

439

1      effect profile is of that comparator drug,        11:37:58
2      so Dilantin in the example that we've been        11:38:01
3      talking about?                                    11:38:04
4  A.  So let me be clear again.  Only to the            11:38:05
5      extent that there are changes over time in        11:38:09
6      that side effect profile or the knowledge         11:38:11
7      about that side effect profile that               11:38:13
8      coincide with the off-label promotion.  So        11:38:16
9      there's not -- I didn't write down a model        11:38:19
10      here so I can understand how it's not            11:38:21
11      entirely clear from the general way that         11:38:23
12      I've talked about it, but what's key here        11:38:25
13      is there -- we'd looked to see if the model      11:38:29
14      predicted an impact on Dilantin or some          11:38:31
15      other drug's use from the off-label              11:38:36
16      promotions related to Neurontin.  And we         11:38:38
17      would assume, make a conservative                11:38:42
18      assumption that any effects we see are           11:38:44
19      really from something else in the                11:38:46
20      environment and that we should separate          11:38:49
21      those and not attribute those to the             11:38:51
22      allegedly illegal activities.                    11:38:58
23          And so that would be the purpose             11:38:58
24      here, and so cross-sectional differences in      11:38:59
25      effectiveness or side effect profiles,           11:39:01

440

1      they're irrelevant to that piece of              11:39:04
2      information.  They don't -- there's no --         11:39:05
3      doesn't confound that estimate.                   11:39:07
4  Q.  That's because you're looking at changes in       11:39:08
5      the trend as opposed to the trend itself?         11:39:10
6  A.  I'm looking at changes in the trend               11:39:12
7      particularly as they relate to the               11:39:15
8      allegedly illegal promotional activities,         11:39:18
9      not just -- I'm not just comparing trends         11:39:20
10      side by side.  This is all in the context        11:39:22
11      of this regression model, so an interaction      11:39:23
12      effect.                                          11:39:27
13  Q.  Okay.  I guess a more general question, how      11:39:33
14      confident are you that a sufficiently            11:39:44
15      similar comparator drug actually exists for      11:39:45
16      Neurontin?                                       11:39:48
17  A.  I think this would vary by indication, and       11:39:48
18      I guess I don't feel comfortable making a        11:39:51
19      blanket statement.                               11:39:55
20  Q.  Okay.  In Paragraph 38 of your report you        11:39:56
21      write that you might further refine your         11:40:06
22      model by seeking to make "contemporaneous        11:40:08
23      comparisons across geographical or clinical      11:40:13
24      submarkets"?                                     11:40:16
25  A.  Yes.  I see that.                                11:40:26

33 (Pages 437 to 440)

M. ROSENTHAL

441

1  Q. Right. And I believe that you also write          11:40:27
2     that your analysis here will be "informed         11:40:33
3     by a detailed understanding of the                11:40:35
4     institutional context affecting prescribing       11:40:37
5     behavior" -- or "prescription behavior"?          11:40:40
6  A. Uh-huh.                                            11:40:42
7  Q. What does that mean?                               11:40:43
8  A. Let me just see in what sentence that              11:40:44
9     appears.                                           11:40:53
10 Q. Sure. That was --                                  11:40:53
11 A. Yeah.                                               11:40:54
12 Q. It appears in the second paragraph of              11:40:54
13    Paragraph 38.                                      11:40:56
14 A. Okay. Great. Let me just read it for a             11:40:57
15    sec to make --                                     11:41:01
16 Q. Sure.                                              11:41:03
17 A. -- so I don't --                                   11:41:03
18        (Witness reviews document.)                    11:41:04
19 A. I think the general notion that I was              11:41:12
20    thinking about there in particular, we're          11:41:14
21    talking about clinical submarkets, thinking        11:41:17
22    about, for example, by specialty, so where         11:41:20
23    some of the activities may be focused on           11:41:23
24    particular specialties, as we may have             11:41:26
25    discussed yesterday, the specialties differ        11:41:28

442

1  in terms of, excuse me, the extent to which          11:41:31
2  they may go to different meetings, they may          11:41:34
3  have different practice settings, and so if          11:41:38
4  there's an opportunity to get some                   11:41:40
5  identification there, particularly if some           11:41:41
6  of the defendants' documents suggest                 11:41:45
7  marketing specific to certain geographic             11:41:48
8  areas, certain specialties, that may be              11:41:51
9  another way of doing the same kind of                11:41:54
10 difference-in-difference analysis.                    11:41:56
11 Q. So what you're saying, though, is that             11:41:58
12    prescribing behavior may well differ              11:42:00
13    depending on those different factors that          11:42:03
14    you've just outlined in your last answer?          11:42:05
15 A. Right. So cross-sectionally it may, and if         11:42:07
16    there's evidence of the promotional                11:42:10
17    activities targeting one of those areas,           11:42:12
18    geographic is obviously the easiest one to         11:42:14
19    describe. We have evidence of a big                11:42:17
20    meeting in Boston. We might seek to try to         11:42:18
21    identify its effect. We're looking at              11:42:21
22    Boston physicians prescribing versus              11:42:22
23    California physicians prescribing.                 11:42:25
24 Q. Uh-huh. Where do you anticipate your               11:42:27
25    information would come from to enable you          11:42:29

443

1  to do this analysis?                                  11:42:31
2  A. Well, again, I would say this is -- as you         11:42:32
3     can tell the way the model moves along             11:42:34
4     through the paragraphs, this is the part           11:42:36
5     that -- I mean, it's not clear to me that          11:42:38
6     there are databases where one can look at          11:42:40
7     both geography and specialty and diagnosis.        11:42:42
8     IMS Health does have databases where one           11:42:47
9     can look at prescribing overall by                 11:42:50
10    geography and where one can look at                11:42:52
11    prescribing by specialty.                          11:42:54
12        I can certainly imagine the                    11:42:58
13    defendants track those kinds of data in            11:42:58
14    their own work. But I haven't seen                 11:43:02
15    detailed data that I'm certain would               11:43:05
16    support this kind of analysis. So it's the         11:43:07
17    kind of thing that I would like to explore         11:43:09
18    though, if possible.                               11:43:11
19 Q. Okay. But you haven't yet done that?               11:43:12
20 A. I have not done that.                              11:43:12
21 Q. And you're not aware of whether the data           11:43:13
22    would exist yet to enable you to do it?            11:43:16
23 A. There are certainly -- again, there are            11:43:18
24    data by geography and specialty, and there         11:43:19
25    are data by diagnosis. I'm not sure               11:43:22

444

1  whether the two things can be linked                 11:43:23
2  effectively. I mean, certainly in the                11:43:25
3  NAMCS they can because it's a patient level          11:43:28
4  database. In the NAMCS one could look                11:43:30
5  certainly by specialty and then by                   11:43:32
6  diagnosis.                                            11:43:34
7  Q. You're familiar with the concept of               11:43:35
8     endogeneity in the context of regression          11:43:44
9     analysis?                                          11:43:46
10 A. I am.                                              11:43:46
11 Q. Is it correct to say that endogeneity             11:43:47
12    occurs when one or more independent               11:43:51
13    variables is correlated with the error            11:43:53
14    term?                                              11:43:55
15 A. Yes.                                               11:43:56
16 Q. And that a specific kind of endogeneity           11:43:57
17    might occur when dependent and independent        11:44:01
18    variables are jointly determined?                 11:44:04
19 A. Yes.                                               11:44:06
20 Q. Just to help me make sure I understand            11:44:06
21    this, what I'll do is give you a                   11:44:10
22    hypothetical, and I'll ask you if you can          11:44:13
23    tell me if it'll present an endogeneity            11:44:14
24    problem.                                           11:44:18
25 A. Okay.                                              11:44:18

34 (Pages 441 to 444)

M. ROSENTHAL

445

1  Q. Imagine that your dependent variable is          11:44:19
2     violent behavior, your independent variable      11:44:23
3     is watching violent television shows.            11:44:26
4  A. Okay.                                            11:44:29
5  Q. You want to run a regression to test the         11:44:29
6     hypothesis that watching violent television      11:44:32
7     shows causes violent behavior. You might         11:44:35
8     imagine further that some people have an         11:44:38
9     underlying propensity towards -- to engage       11:44:39
10    in violent behavior which might also cause       11:44:42
11    them to watch more violent television            11:44:45
12    shows. Is my hypothetical clear?                 11:44:48
13 A. I understand perfectly.                          11:44:52
14 Q. If the hypothetical model didn't account         11:44:53
15    for the underlying propensity to engage in       11:44:55
16    violent behavior, would there be an              11:44:57
17    endogeneity problem?                             11:45:01
18 A. Yes.                                             11:45:03
19 Q. And would it likely tend to overestimate         11:45:03
20    the degree to which watching violent             11:45:06
21    television shows causes violent behavior?        11:45:10
22 A. Yes.                                             11:45:12
23 Q. Why is that?                                     11:45:12
24 A. You mean in layman's terms?                      11:45:12
25 Q. That would be great, since you're speaking       11:45:19

446

1     to lay people, yeah.                             11:45:20
2        MR. NOTARGIACOMO: Or English.                 11:45:21
3  A. Essentially there's this omitted factor          11:45:23
4     that causes both things, causes the TV           11:45:26
5     watching and the violent behavior. So it's       11:45:28
6     the kind of -- endogeneity, generally it         11:45:31
7     can be considered a form of omitted              11:45:33
8     variable bias, too. There's this omitted         11:45:36
9     factor or third factor that causes both,         11:45:39
10    and now you've attributed the causal effect      11:45:42
11    of that factor to the factor that you have       11:45:44
12    included on the right-hand side.                 11:45:46
13 Q. What are the consequences of leaving             11:45:48
14    possible endogeneity like the endogeneity        11:45:51
15    that we just talked about in a regression        11:45:53
16    model unaddressed?                               11:45:55
17 A. Well, essentially it causes a bias either        11:45:55
18    up or down.                                      11:46:00
19 Q. Okay. The results wouldn't be reliable,          11:46:02
20    correct?                                         11:46:04
21 A. The term "reliable" has other statistical        11:46:04
22    meanings, so can we say that they would be       11:46:07
23    biased?                                          11:46:09
24 Q. Sure. Why don't you tell me what you think       11:46:10
25    biased means just so --                          11:46:13

447

1  A. Either too large or too small.                   11:46:14
2  Q. Okay. And I guess to, you know, maybe put        11:46:16
3     it in a slightly more technical way, it          11:46:23
4     would mean the coefficients that you're          11:46:26
5     trying to estimate would be overestimated        11:46:28
6     or underestimated, correct?                      11:46:30
7  A. That's correct.                                  11:46:31
8  Q. Now, here's a question. Failure to address       11:46:39
9     the endogeneity of one variable could            11:46:41
10    adversely affect the reliability of the          11:46:43
11    estimates for coefficients of other              11:46:45
12    variables even if those variables aren't         11:46:47
13    endogenous; is that correct? Is my               11:46:51
14    question --                                      11:46:52
15 A. If they're correlated with the omitted           11:46:53
16    variable as well.                                11:46:55
17 Q. Okay. Now, as they're written in this            11:46:55
18    simple form in your declaration here,            11:46:59
19    neither equation one nor equation two            11:47:01
20    addresses on its face at least the               11:47:04
21    possibility that off-label promotion is          11:47:06
22    endogenous, correct?                             11:47:09
23 A. Neither of the equations explicitly address      11:47:10
24    endogeneity. Obviously the timing of these       11:47:16
25    interventions is intended to do so, and I        11:47:18

448

1     believe, but I would have to check, that         11:47:21
2     there's a footnote about exploration of IV       11:47:23
3     modeling, but --                                 11:47:27
4  Q. Why don't --                                     11:47:27
5  A. -- of the models themselves.                     11:47:28
6  Q. Sure. Why don't we -- why don't we check         11:47:30
7     the footnote that I've been able --              11:47:30
8  A. Okay.                                            11:47:30
9  Q. -- to find at least --                           11:47:33
10 A. Okay. That's good.                               11:47:33
11 Q. -- which is Footnote 63 on Page 16.              11:47:34
12 A. Excellent.                                       11:47:37
13 Q. Are you there?                                   11:47:39
14 A. Yes.                                             11:47:40
15 Q. Okay. You write that "I will further             11:47:40
16    explore and address through statistical          11:47:44
17    tests and alternative specifications the         11:47:47
18    possible endogeneity of off-label                11:47:49
19    promotion."                                      11:47:53
20       Did I read that correctly?                    11:47:53
21 A. Yes, you did.                                    11:47:54
22 Q. So you would agree that off-label promotion      11:47:55
23    in your model is possibly endogenous,            11:47:58
24    correct?                                         11:48:02
25 A. Possibly, yes.                                   11:48:02

35 (Pages 445 to 448)

M. ROSENTHAL

449

1  Q. Is it possible that on-label promotion          11:48:03
2     could also be endogenous?                        11:48:11
3  A. On-label promotion could be endogenous to        11:48:13
4     off-label use?                                   11:48:16
5  Q. Yes.                                             11:48:17
6  A. I suppose -- I would need to think about it      11:48:17
7     for a minute. So what's the omitted             11:48:21
8     variable there? Well --                          11:48:24
9  Q. You're going to have to help me.                 11:48:29
10 A. One could perhaps always construct a             11:48:31
11    scenario in which there's an omitted            11:48:35
12    variable, so on-label promotion, one of the     11:48:37
13    ways to try to fully specify the effects of      11:48:43
14    on-label use on off-label use is to put in       11:48:48
15    that on-label promotion, because otherwise       11:48:52
16    that would be an omitted variable, and also      11:48:55
17    time to put in variables like time since         11:48:57
18    the launch of the drug which captures the        11:49:00
19    natural diffusion of on-label and off-label      11:49:02
20    uses.                                            11:49:05
21         And so in a model you could always          11:49:06
22    construct a scenario in which there was          11:49:09
23    some omitted factor that was correlated and      11:49:11
24    then therefore some endogeneity here. But        11:49:14
25    I can't think of a mechanism.                    11:49:17

450

1  Q. Okay.  Let me ask -- describe, you know, a       11:49:19
2     generic example here.                            11:49:26
3  A. Okay.                                            11:49:28
4  Q. Endogeneity could well occur here because a      11:49:29
5     drug company might adjust its level of           11:49:31
6     promotional spending activities in response      11:49:33
7     to the quantity of the drug sold; is that        11:49:36
8     right?                                           11:49:40
9  A. It addresses -- I'm sorry, it adjusts the        11:49:40
10    quantity of spending on on-label promotion       11:49:44
11    due to the quantity of -- that it sells.         11:49:47
12 Q. Just for purposes of the example, let's not      11:49:50
13    even worry about on-label versus off-label.      11:49:52
14    We could talk about it -- why don't we talk      11:49:55
15    about off-label promotion just to make it        11:49:57
16    simple.  Let me just spin out the question       11:49:59
17    again.                                           11:50:05
18 A. Okay.                                            11:50:05
19 Q. That endogeneity might well occur because a      11:50:05
20    manufacturer might adjust its level of           11:50:09
21    promotional spending or other activities         11:50:11
22    related to off-label uses in response to         11:50:13
23    the quantity of the drug sold for those          11:50:15
24    off-label uses?                                  11:50:18
25 A. Well, if we weren't distinguishing on-label      11:50:19

451

1     and off-label, then certainly there is an        11:50:22
2     argument that promotional spending responds      11:50:25
3     to the level of sales.                           11:50:28
4  Q. And so endogeneity might well occur in a         11:50:30
5     circumstance like that?                          11:50:32
6  A. It might well, but I think we're just            11:50:33
7     trying to distinguish here between on- and       11:50:37
8     off-label.                                       11:50:40
9  Q. Okay. Fair enough. And I guess I'm happy         11:50:40
10    at this point to leave the on-label/             11:50:44
11    off-label distinction.                           11:50:47
12 A. Okay.                                            11:50:48
13 Q. Now, just referring again just to the            11:50:48
14    off-label uses, failure to account for the       11:50:50
15    sort of endogeneity that I described in my       11:50:53
16    last question would likely produce too high      11:50:55
17    an estimate of the impact of off-label           11:51:00
18    promotion, correct, failure to account for       11:51:02
19    that endogeneity?                                11:51:06
20 A. If that endogeneity proves to be, you know,      11:51:07
21    statistically shown, then, yes, that's           11:51:11
22    right.                                           11:51:13
23 Q. Here's another general question:                 11:51:13
24 A. Okay.                                            11:51:19
25 Q. Is it possible that your model could omit a      11:51:19

452

1     variable that affects both drug demand and       11:51:25
2     drug promotion?                                  11:51:29
3  A. Certainly it's always possible. I will try       11:51:30
4     to consider all the important variables          11:51:34
5     that might affect certainly my left-hand-        11:51:36
6     side variable.                                   11:51:40
7  Q. Okay. Would that be an endogeneity              11:51:41
8     problem, just terminologically, or would it      11:51:43
9     be something else?                               11:51:45
10 A. Well, omitted variable bias to the extent        11:51:46
11    that we worry about it, it's because it's        11:51:49
12    causing -- it has a correlation with the         11:51:52
13    variable that you care about, here the           11:51:55
14    allegedly illegal activities, and with the       11:51:57
15    left-hand side variables, so they're the         11:52:00
16    same thing for our purposes here.                11:52:03
17 Q. Okay.                                            11:52:06
18 A. Unless we're -- I'm sorry, unless we're          11:52:10
19    talking about the simultaneity that you          11:52:12
20    mentioned before, but I think we were            11:52:16
21    talking about a third variable, yes?             11:52:17
22 Q. I think that's right. Let's move on to --        11:52:18
23 A. Okay.                                            11:52:22
24 Q. -- another part of -- or I guess another         11:52:22
25    piece of this sentence in Footnote 63 --         11:52:26

M. ROSENTHAL

453

1  A.  Okay.                                        11:52:30
2  Q.  -- in which you say that you "will further   11:52:31
3      explore and address through statistical      11:52:35
4      tests and alternative specifications         11:52:37
5      possible endogeneity."                       11:52:40
6          What statistical tests do you have       11:52:45
7      in mind?                                     11:52:47
8  A.  Well, there's the Hausman test for          11:52:47
9      endogeneity.  Excuse me.  That's the        11:52:49
10     principal test for endogeneity.             11:52:54
11 Q.  Can you tell me what the Hausman test is?   11:52:56
12 A.  Well, I can't tell you exactly what goes    11:52:57
13     into the test.  I'd have to say I would     11:52:59
14     have to look at the test itself, but it     11:53:01
15     essentially looks for that correlation you  11:53:02
16     talked about in the residuals and the       11:53:05
17     variable that -- of interest.  So if --     11:53:07
18     those error terms, they have to do with the 11:53:13
19     correlation of the residuals.  I actually   11:53:16
20     don't know the exact math on the test.  I   11:53:18
21     can look it up, but...                      11:53:21
22 Q.  Have you ever used it before?               11:53:22
23 A.  Sure.                                       11:53:25
24 Q.  In what context?                            11:53:28
25 A.  Well, as an example, in my work on direct   11:53:29

454

1      consumer advertising.                       11:53:32
2  Q.  Any other context that you can think of?    11:53:34
3  A.  No, but it's a pretty common test.  I'm     11:53:37
4      sure I've used it in other contexts.        11:53:41
5  Q.  Okay.  Any other statistical tests other    11:53:45
6      than the Hausman test that you talked about 11:53:53
7      that you might run, or is that the one that 11:53:56
8      you would expect you would use?             11:53:58
9  A.  That's the main test, but of course this    11:54:00
10     will all be in the context of a larger set  11:54:02
11     of specification tests about -- excuse me.  11:54:04
12     You want to correctly specify the time      11:54:07
13     relationships, in particular in this model  11:54:11
14     with regard to lags, with regard to whether 11:54:14
15     it's a linear trend or a quadratic trend,   11:54:16
16     these specification issues are important    11:54:20
17     for getting good estimates as well.         11:54:21
18 Q.  Now, the specification issues that you      11:54:24
19     talked about, are those the alternative     11:54:26
20     specifications that you referred to in this 11:54:27
21     sentence, or is it something else?          11:54:30
22 A.  The alternative specifications that I       11:54:31
23     referred to in the sentence include         11:54:33
24     different ways of modeling time itself, as  11:54:35
25     well as potentially examining instrumental  11:54:38

455

1      variables analysis, which is a two-stage    11:54:41
2      model where one predicts the variable of    11:54:44
3      interest here, the allegedly illegal        11:54:49
4      promotions and uses that predicted value    11:54:52
5      instead of the number itself.               11:54:54
6          So to address your earlier concern      11:54:55
7      about the simultaneity between promotional  11:54:58
8      spending and the quantity of the drug       11:55:02
9      prescribed, for example, you could use an   11:55:05
10     instrumental variables analysis there.      11:55:08
11     That may be appropriate depending on what   11:55:10
12     the data show.                              11:55:12
13 Q.  Okay.  So in terms of the -- I just want to 11:55:12
14     make sure I have a complete sense of the    11:55:23
15     different approaches that you might use to   11:55:24
16     address endogeneity.  Is there anything     11:55:26
17     else other than what you've just described, 11:55:29
18     the Hausman test, the specification test    11:55:30
19     that you discussed an answer or two ago,    11:55:32
20     the work that you would do that you just    11:55:37
21     described as being -- falling within the    11:55:39
22     category of alternative specifications?     11:55:42
23 A.  I haven't considered all the possibilities, 11:55:45
24     but I would say those are probably among    11:55:48
25     the most important.  And clearly in this    11:55:50

456

1      context, understanding the timing of the    11:55:52
2      specific events and spending relative to    11:55:56
3      the use and modeling that timing            11:55:59
4      appropriately is really a critical part of  11:56:03
5      this question.                              11:56:05
6          In your example of violent              11:56:09
7      behavior, part of the problem is we don't   11:56:12
8      know which came first.  And here in many    11:56:14
9      cases we know when the median was relative  11:56:16
10     to the use.                                 11:56:20
11 Q.  If you can't tell which came first, does    11:56:23
12     that make it impossible to unravel an       11:56:24
13     endogeneity problem?                        11:56:28
14 A.  It doesn't make it impossible.  Using       11:56:31
15     instrumental variables analysis for example 11:56:33
16     doesn't rely on timing.                     11:56:41
17 Q.  Are there any other ways other than         11:56:42
18     instrumental variable analysis that you     11:56:44
19     could -- that you don't rely on timing to   11:56:46
20     unwind an endogeneity problem?              11:56:49
21 A.  Instrumental variables would be sort of the 11:56:51
22     chief candidate.                            11:56:55
23 Q.  Okay.                                       11:56:57
24 A.  To the extent that the endogeneity problem  11:56:57
25     relates to observables one can also do some 11:57:00

37 (Pages 453 to 456)

VERITEXT/NEW YORK REPORTING COMPANY

M. ROSENTHAL

457

1    kind of propensity score matching.    11:57:03
2    Q. Some what?    11:57:05
3    A. Some kind of matching. If we had two    11:57:06
4    groups again, a group of doctors that    11:57:08
5    should be effected and a group that    11:57:11
6    shouldn't, we could do some matching    11:57:12
7    between those and look at the difference in    11:57:14
8    the effects and estimate that as the    11:57:17
9    impact.    11:57:20
10   Q. Doing the sort of matching that you just    11:57:21
11   described would require getting data from    11:57:23
12   individual doctors though, I take it?    11:57:25
13   A. Or, again, if we looked at submarkets or    11:57:26
14   subgroups of specialties so not initially    11:57:31
15   individual doctors but groups.    11:57:36
16   Q. And you'd need to be able to -- well, I'll    11:57:39
17   withdraw the question.    11:57:41
18   A. Okay.    11:57:42
19   Q. So one of the things that you've just been    11:57:42
20   discussing is instrumental variable    11:57:47
21   analysis?    11:57:49
22   A. Uh-huh.    11:57:51
23   Q. For clarity of the record and for my own    11:57:51
24   edification, could you tell me what an    11:57:56
25   instrumental variable is?    11:57:58

458

1    A. An instrumental variable is something    11:57:59
2    that's correlated with the variable of    11:58:02
3    interest, let's call it promotional    11:58:05
4    spending for argument, but is not other    11:58:07
5    than through the variable of interest    11:58:10
6    correlated with your outcome of interest,    11:58:12
7    use. So it predicts promotional spending    11:58:16
8    but only to the extent that through    11:58:21
9    promotional spending does it predict the    11:58:23
10   outcome itself. It doesn't have any    11:58:26
11   independent effect on the outcome.    11:58:28
12   Q. Is it correct to say that an instrumental    11:58:29
13   variable must be uncorrelated with the    11:58:34
14   error term?    11:58:35
15   A. Instrumental variable must be uncorrelated    11:58:36
16   with the error term in the primary    11:58:41
17   regression or in the logistic regression    11:58:45
18   that it's in.    11:58:49
19   Q. Can you explain to me what that means in --    11:58:56
20   A. Well, the instrumental variable itself, if    11:58:58
21   we -- I mean, there are two ways of    11:59:01
22   thinking about instrumental variables,    11:59:03
23   whether it's going to -- you're talking    11:59:04
24   about a two-step regression or putting the    11:59:05
25   instrument directly into the regression,    11:59:08

459

1    let's assume that there's this first model    11:59:10
2    you develop that says there's some    11:59:12
3    characteristics that you control for    11:59:16
4    everything that predicts promotional    11:59:17
5    spending, including for this instrumental    11:59:20
6    variable which again has the    11:59:22
7    characteristics of not being correlated    11:59:23
8    with the outcome of interest. It doesn't    11:59:25
9    cause the outcome of interest, so it    11:59:28
10   shouldn't be correlated with the residuals,    11:59:30
11   either.    11:59:32
12        And so that's sort of a -- that's    11:59:32
13   how you choose your instrumental variable.    11:59:34
14   And then you take that model and you    11:59:37
15   predict something, and then the second    11:59:38
16   model you predict -- take that predicted    11:59:39
17   value plus all those other control    11:59:41
18   variables but not -- not now your    11:59:44
19   instrument. Your instrument is excluded    11:59:46
20   from the second stage.    11:59:48
21        And so by selection the variable    11:59:50
22   that you choose to use in the first stage    11:59:53
23   and not the second stage, your instrument,    11:59:55
24   should not be correlated with the residuals    11:59:58
25   in the first -- in the second stage.    12:00:00

460

1    Q. Okay. Is the equation that you do in the    12:00:08
2    first stage the equation that will actually    12:00:15
3    generate the results at the end of the day    12:00:17
4    that you'll use in your model, or is it the    12:00:19
5    second stage --    12:00:21
6    A. It's the second stage.    12:00:21
7    Q. Okay.    12:00:22
8    A. You can think of the first stage as a way    12:00:26
9    to try to remove the bias.    12:00:27
10   Q. Okay. Putting it another way, setting    12:00:33
11   aside the questions, I think, about the    12:00:41
12   error term, you want a variable that is not    12:00:43
13   correlated with the dependent variable but    12:00:46
14   is as highly correlated as possible with    12:00:49
15   the endogenous or suspect variable?    12:00:52
16   A. Not correlated except again through. So    12:00:56
17   some variable that will predict promotion    12:00:59
18   will be correlated with the outcome of    12:01:01
19   interest, but only through promotion and    12:01:03
20   not through a different channel, okay?    12:01:06
21   Q. Okay. Insofar as you use instrumental    12:01:08
22   variables to try to identify or correct for    12:01:27
23   endogeneity, would you need an instrumental    12:01:29
24   variable for each component of the X    12:01:31
25   variable, you know, promotional activities,    12:01:34

38 (Pages 457 to 460)

M. ROSENTHAL

461

1   as well as an instrumental variable for          12:01:36
2   each -- or for the O variable, the               12:01:38
3   promotional spending?                            12:01:40
4   A. Potentially they would be different           12:01:41
5   variables, yes.                                  12:01:47
6   Q. When you say "potentially," what do you       12:01:47
7   mean?                                            12:01:49
8   A. I guess if you show that there's              12:01:49
9   endogeneity for each of those X variables,       12:01:51
10  then we would have to look for an                12:01:54
11  instrumental variable for each of them, but      12:01:57
12  it's not necessarily clear that they have        12:02:03
13  to be different instrumental variables.          12:02:04
14  They may have some similar set of                12:02:08
15  instruments and multiple instruments.            12:02:11
16  Q. What analysis, if any, have you already       12:02:14
17  undertaken at this point to determine            12:02:16
18  whether instrumental variables could be          12:02:18
19  used in your model to address endogeneity?       12:02:19
20  A. I haven't -- again, I don't have the data     12:02:23
21  to do this analysis yet, so I haven't            12:02:26
22  determined that instrumental variables is        12:02:28
23  needed, and I certainly haven't begun to         12:02:31
24  develop those models.                            12:02:34
25  Q. So I take it you haven't identified           12:02:35

462

1   possible instrumental variables yet?             12:02:39
2   A. No. There are some that have been used in     12:02:40
3   the literature, as you may know.                 12:02:41
4   Q. What are the ones that you have in mind?      12:02:45
5   A. For detailing and sampling the literature     12:02:46
6   has used, I believe, variables having to do      12:02:53
7   with staffing in the pharmaceutical              12:02:59
8   companies for advertising, media prices.         12:03:01
9   Sort of the category of instruments that         12:03:08
10  people often look to, not the only               12:03:10
11  category, but a category of instruments          12:03:12
12  that people often look to are the supply         12:03:15
13  prices for whatever you're trying to get at      12:03:16
14  here, so this is essentially a demand            12:03:19
15  model.                                           12:03:23
16  So you can put in what it costs to               12:03:23
17  do the advertising instead of the                12:03:25
18  advertising itself. Those are commonly           12:03:27
19  used, as well as other measures. We used         12:03:32
20  one having to do with the order of entry of      12:03:35
21  the drug in that case across all conditions      12:03:38
22  in a therapeutic class, but in this case it      12:03:41
23  would be for a particular condition.             12:03:43
24  Q. Were there any others that you can think      12:03:47
25  of?                                              12:03:57

463

1   A. Those are some examples.                      12:03:58
2   Q. Okay. All right. Let's turn back to Page      12:03:59
3   16, Footnote 63.                                 12:04:25
4   A. Okay.                                         12:04:28
5   Q. And look at the second-to-last sentence       12:04:28
6   there. It reads, "Likewise, it is possible       12:04:29
7   that multicollinearity among independent         12:04:37
8   variables may be found, since promotional        12:04:40
9   effects" -- "since promotional efforts,"         12:04:43
10  excuse me, "are often intentionally              12:04:45
11  coordinated. While multicollinearity can         12:04:47
12  complicate estimation of the model and           12:04:50
13  produce large estimated standard errors,         12:04:52
14  alternative specifications can be                12:04:55
15  developed."                                      12:04:57
16  You refer in these sentences to                  12:05:00
17  multicollinearity, correct?                      12:05:01
18  A. Yes, that's right.                            12:05:03
19  Q. And by "multicollinearity," am I right that   12:05:05
20  you mean a situation in which two or more        12:05:08
21  of the independent variables are highly          12:05:11
22  correlated with one another?                     12:05:14
23  A. That's correct.                               12:05:15
24  Q. And you would agree that in your model it's   12:05:15
25  possible that multicollinearity among            12:05:22

464

1   independent variables may be found,              12:05:24
2   correct?                                         12:05:25
3   A. That's correct.                               12:05:26
4   Q. Have you done any analysis to determine       12:05:26
5   whether such multicollinearity in fact           12:05:29
6   exists?                                          12:05:31
7   A. No, I have not. Again, I do not have the      12:05:31
8   data yet to do these analyses.                   12:05:34
9   Q. How would you determine when you have the     12:05:37
10  data whether variables in your model were        12:05:38
11  multicollinear?                                  12:05:44
12  A. Essentially one can look at a first pass at   12:05:45
13  the correlation matrix across independent        12:05:50
14  variables, correlation of --                     12:05:53
15  Q. Can you tell me what that means, please?      12:05:54
16  A. Well, the correlation is essentially the      12:05:57
17  extent to which these variables co-vary          12:06:01
18  over time, and so if there's a high degree       12:06:03
19  of correlation, for example, in two of the       12:06:07
20  right-hand side variables, this leads to,        12:06:12
21  again, this problem with the standard            12:06:16
22  errors.                                          12:06:19
23  And generally sort of looking at                 12:06:19
24  those covariates there's a matrix. Imagine       12:06:21
25  that, you know, there's a list of your           12:06:24

39 (Pages 461 to 464)

M. ROSENTHAL

| | | 465 |
|---|---|---|
| 1 | independent variables across the top and | 12:06:25 |
| 2 | across the bottom, and there's a | 12:06:27 |
| 3 | correlation coefficient that goes with each | 12:06:29 |
| 4 | one. In that correlation coefficient, | 12:06:31 |
| 5 | usually people look for -- if there's a | 12:06:33 |
| 6 | correlation of .8 or above, then that's | 12:06:34 |
| 7 | deemed to be a problem. That's sort of a | 12:06:37 |
| 8 | rule of thumb rather than a precise number, | 12:06:40 |
| 9 | but one can also look at linear | 12:06:44 |
| 10 | combinations of variables in the | 12:06:46 |
| 11 | correlations there. | 12:06:47 |
| 12 | Q. When you say "a correlation of Point A or | 12:06:48 |
| 13 | above" -- | 12:06:51 |
| 14 | A. I'm sorry, .8. | 12:06:51 |
| 15 | Q. Oh, I see. Okay. | 12:06:53 |
| 16 | A. I beg your pardon. | 12:06:55 |
| 17 | Q. Not at all. I'm sorry I misheard. What | 12:06:59 |
| 18 | are the consequences of not addressing | 12:07:02 |
| 19 | multicollinearity in a regression model? | 12:07:05 |
| 20 | A. Well, if it's extreme, many software pages | 12:07:08 |
| 21 | will simply drop the variables, they won't | 12:07:12 |
| 22 | be able to estimate the model at all. And | 12:07:15 |
| 23 | otherwise, it can lead to, again, these | 12:07:18 |
| 24 | very large standard errors. So it can make | 12:07:22 |
| 25 | the situation where it's impossible to pull | 12:07:26 |

| | | 466 |
|---|---|---|
| 1 | apart the effects of that -- of the two | 12:07:28 |
| 2 | highly correlated variables. All of these | 12:07:30 |
| 3 | effects depend on the type of model as | 12:07:38 |
| 4 | well. | 12:07:39 |
| 5 | Q. Now, it's correct that one reason that | 12:08:00 |
| 6 | multicollinearity may be found in your | 12:08:02 |
| 7 | model is that promotional efforts are often | 12:08:04 |
| 8 | intentionally coordinated; is that correct? | 12:08:06 |
| 9 | A. I mean, that seems like a reasonable | 12:08:10 |
| 10 | assumption that they may be coordinated. | 12:08:16 |
| 11 | Q. Right. I think -- | 12:08:18 |
| 12 | A. When you say "often," I just don't have any | 12:08:22 |
| 13 | data, so often coordinated, but -- | 12:08:25 |
| 14 | Q. The reason I use the terminology -- | 12:08:26 |
| 15 | A. Did I say "often"? | 12:08:29 |
| 16 | Q. -- that's what you say in the second-to- | 12:08:31 |
| 17 | last sentence of Footnote 63. | 12:08:33 |
| 18 | A. I believe that they can certainly be | 12:08:35 |
| 19 | coordinated. | 12:08:38 |
| 20 | Q. Would you disagree with what you wrote here | 12:08:39 |
| 21 | as to the possibility that -- or the fact | 12:08:42 |
| 22 | that promotional efforts are often | 12:08:45 |
| 23 | intentionally coordinated? | 12:08:48 |
| 24 | A. No, I'm sorry, I don't disagree with that | 12:08:49 |
| 25 | statement. | 12:08:51 |

| | | 467 |
|---|---|---|
| 1 | Q. Now, what that means is that there could be | 12:08:56 |
| 2 | multicollinearity between some of the | 12:08:57 |
| 3 | on-label promotional variables on the one | 12:08:59 |
| 4 | hand and some of the off-label promotional | 12:09:02 |
| 5 | variables on the other hand, correct? | 12:09:05 |
| 6 | A. I believe it's possible. I guess I was | 12:09:06 |
| 7 | thinking more in terms of if you have an | 12:09:09 |
| 8 | event, then you follow up with free samples | 12:09:11 |
| 9 | or something. The coordination of | 12:09:14 |
| 10 | off-label and on-label, I guess it would | 12:09:17 |
| 11 | sort of depend on what exactly we were | 12:09:19 |
| 12 | talking about, but it seems possible that | 12:09:21 |
| 13 | they could be coordinated. | 12:09:23 |
| 14 | Q. Right. And so that -- all right. Well, | 12:09:24 |
| 15 | let's assume for purposes of these | 12:09:30 |
| 16 | questions that multicollinearity does exist | 12:09:32 |
| 17 | between -- | 12:09:34 |
| 18 | A. Okay. | 12:09:35 |
| 19 | Q. -- on-label and off-label promotional | 12:09:35 |
| 20 | variables in your model. | 12:09:37 |
| 21 | A. Yes. | 12:09:38 |
| 22 | Q. How would you address that? | 12:09:38 |
| 23 | A. Well, I do think, as I mentioned, it might | 12:09:42 |
| 24 | be necessary to selectively eliminate some | 12:09:44 |
| 25 | variables, and in this context I would do | 12:09:46 |

| | | 468 |
|---|---|---|
| 1 | so in the most conservative way. So if | 12:09:48 |
| 2 | there were events closely timed, just as an | 12:09:50 |
| 3 | example, events closely timed for on- and | 12:09:55 |
| 4 | off-label promotion and I couldn't separate | 12:09:58 |
| 5 | them in the model, I would have to trade | 12:10:00 |
| 6 | that all to be on-label use. | 12:10:03 |
| 7 | Q. Now, when you talk about selectively | 12:10:06 |
| 8 | eliminating some variables, that would be | 12:10:09 |
| 9 | simply dropping one of the two | 12:10:10 |
| 10 | multicollinear variables in order to | 12:10:14 |
| 11 | address the problem. Is that a correct | 12:10:16 |
| 12 | understanding? | 12:10:18 |
| 13 | A. Essentially, yes. | 12:10:18 |
| 14 | Q. And that's typically sort of the easiest | 12:10:20 |
| 15 | way of addressing this problem? | 12:10:23 |
| 16 | A. So either dropping variables or changing | 12:10:25 |
| 17 | specification in some way. You can imagine | 12:10:27 |
| 18 | in some examples changing the way those | 12:10:29 |
| 19 | variables were specified would reduce the | 12:10:31 |
| 20 | collinearity. | 12:10:33 |
| 21 | Q. Okay. Now, if there was multicollinearity | 12:10:35 |
| 22 | between certain on-label promotional | 12:10:40 |
| 23 | activities on the one hand and off-label | 12:10:42 |
| 24 | promotional activities on the other hand -- | 12:10:46 |
| 25 | well, why don't I withdraw the question -- | 12:10:49 |

40 (Pages 465 to 468)

M. ROSENTHAL

469

1  A. Okay.                                     12:10:49
2  Q. -- and state it more precisely.          12:10:49
3      If there is multicollinearity           12:10:53
4  between certain on-label variables and      12:10:53
5  on-label promotional variables and          12:10:56
6  off-label promotional variables on the      12:10:57
7  other hand, you wouldn't simply be able to  12:10:59
8  drop one set of those variables from your   12:11:03
9  equation; is that right?                    12:11:06
10 A. Essentially, in my view, in that situation 12:11:07
11 I would have to not attribute the effect    12:11:11
12 of -- those two related variables I couldn't 12:11:14
13 separate them, right? So they have -- they  12:11:16
14 appear to have some common effect, but if I 12:11:18
15 exclude one, there's bias. Generally in     12:11:20
16 this model you do the best you can, but I   12:11:24
17 wouldn't -- so that is, you choose which    12:11:26
18 one to exclude for the purposes of          12:11:29
19 model, but I wouldn't attribute -- then     12:11:31
20 attribute that effect to the allegedly      12:11:34
21 illegal activities because I couldn't fully 12:11:37
22 identify those.                             12:11:39
23 Q. Right. In other words, you wouldn't be   12:11:40
24 able to account for what the relative       12:11:42
25 effects were on Q?                          12:11:43

470

1  A. Right. So I would have to assume -- to be 12:11:44
2  conservative, I would have to assume that   12:11:46
3  they were all coming from the illegal       12:11:48
4  activities.                                 12:11:49
5  Q. And in such a circumstance you would     12:11:49
6  potentially -- well, I'll withdraw that     12:12:08
7  question.                                   12:12:13
8  A. Okay.                                     12:12:13
9  Q. All right. How many observations do you  12:12:13
10 think you'll have for purposes of           12:12:41
11 estimating the models that you propose?     12:12:42
12 A. I can't say how many observations I'll have 12:12:43
13 at this point. You mean the underlying      12:12:46
14 data from the NDTI or the --                12:12:51
15 Q. Yeah.                                     12:12:53
16 A. I don't know at this point what will be the 12:12:53
17 basis for that. The way this is described,  12:12:55
18 this time series model, essentially they'll 12:12:58
19 use an aggregated monthly data on the       12:13:02
20 left-hand side. That will be based on a     12:13:04
21 different sample size depending on which    12:13:07
22 data source appears to be the most          12:13:09
23 appropriate.                                12:13:11
24 Q. Okay. But in terms of the number of      12:13:11
25 observations, what we would be talking      12:13:15

471

1  about, I guess, would be one observation    12:13:16
2  per month for the length of the class       12:13:19
3  period?                                     12:13:21
4  A. That's essentially what an aggregate model 12:13:21
5  looks like, yes.                            12:13:23
6  Q. Right. And so that's -- without actually  12:13:24
7  sitting down and doing the math, would that 12:13:27
8  be a reasonable way of coming up with the   12:13:29
9  number of observations that you would       12:13:32
10 imagine using in your model?                12:13:35
11 A. Right. So there are -- there's as many    12:13:37
12 observations as there are months and        12:13:41
13 diagnose -- times diagnoses, right?         12:13:43
14 Q. Okay.                                     12:13:47
15 A. And potentially dosages. But essentially  12:13:51
16 you're right.                               12:13:56
17 Q. Okay. To what extent do the number of    12:13:56
18 observations limit the number of            12:14:01
19 independent variables that you can use in   12:14:03
20 your analysis?                              12:14:05
21 A. There is a natural limit there in terms of 12:14:06
22 what's called degrees of freedom, so at     12:14:09
23 some --                                     12:14:13
24 Q. What is -- go ahead.                      12:14:13
25 A. Well, so degrees of freedom have to do with 12:14:14

472

1  the number of observations and the number   12:14:19
2  of -- sorry, observations and variables and 12:14:21
3  you're right, the number of observations -- 12:14:28
4  certainly the number of independent         12:14:30
5  variables cannot exceed the number of       12:14:32
6  observations.                               12:14:34
7  Q. So is that the natural limit that you     12:14:34
8  described in your first answer?             12:14:40
9  A. That's the extreme limit, but clearly     12:14:42
10 sooner than that you would run out of power 12:14:46
11 to test anything within reasonable bounds.  12:14:49
12 And so it's a matter of how much power      12:14:52
13 you're looking for.                         12:14:55
14 Q. When you say "sooner than that," you mean 12:14:56
15 when the number of independent variables    12:15:00
16 approaches but doesn't yet reach --         12:15:03
17 A. That's right.                             12:15:05
18 Q. -- the total number of observations?     12:15:06
19 A. That's right.                            12:15:08
20 Q. Okay. And that the one-to-one ratio is an 12:15:08
21 extreme limit?                              12:15:12
22 A. Very extreme.                             12:15:13
23 Q. What's a less extreme limit?             12:15:15
24 A. I think it's really going to depend here on 12:15:18
25 what kinds of power we're looking for in    12:15:23

VERITEXT/NEW YORK REPORTING COMPANY

212-267-6868                                                  516-608-2400

M. ROSENTHAL

473

1    the analysis. Generally speaking, of          12:15:26
2    course, we're going to look for more          12:15:31
3    degrees of freedom than just one or two,      12:15:33
4    so, you know, I can't really say what's a     12:15:36
5    less extreme limit. There will be a           12:15:40
6    natural limit. As we continue to add          12:15:42
7    variables, the standard errors are going to   12:15:44
8    get larger and larger. And at some point      12:15:47
9    it'll be hard to find a significant effect    12:15:50
10   of any kind.                                  12:15:52
11 Q. Is that what you mean when you refer to the  12:15:57
12   power of the analysis that we're looking      12:15:59
13   for?                                          12:16:02
14 A. Yes. And so that's a function of the         12:16:02
15   number of variables you include but also of  12:16:04
16   the underlying variability in the dependent   12:16:06
17   variable, as well as the variability of the   12:16:09
18   independent variables.                        12:16:11
19 Q. Okay. How, if at all, would you account      12:16:11
20   for continuing effects of promotional         12:16:18
21   spending and activities beyond the month in   12:16:21
22   which they occur in your model?               12:16:24
23 A. There are a couple possible ways. A simple   12:16:28
24   approach is to include what's called the      12:16:31
25   stock of promotional activities, and so       12:16:33

474

1    that's a discounted sum of, say,              12:16:36
2    promotional spending over time. So imagine    12:16:39
3    you have in your model current spending       12:16:44
4    plus a discounted sum of all previous         12:16:46
5    spending.                                     12:16:49
6  Q. How would you arrive at the discount if you  12:16:50
7    are using a stock?                            12:16:53
8  A. It can be estimated, and there are           12:16:53
9    depreciation rates available in the           12:16:57
10   literature that have been fairly commonly     12:16:59
11   used. But it can be estimated in the model    12:17:01
12   itself.                                       12:17:07
13 Q. Is it the case that the effects of           12:17:07
14   off-label promotion would diminish over       12:17:14
15   time?                                         12:17:17
16 A. It's been found for other promotional        12:17:17
17   efforts that there is this pattern of         12:17:20
18   diminishing effects over time, so they        12:17:23
19   don't disappear between Month 1 and Month     12:17:28
20   2, but they depreciate. So I would expect     12:17:32
21   them to last over time at a diminishing       12:17:35
22   rate, yes.                                    12:17:39
23 Q. The literature that you referred to, does    12:17:42
24   it refer to a constant rate across            12:17:44
25   different prescription drugs, or does it      12:17:47

475

1    vary from drug to drug, from promotion to     12:17:48
2    promotion?                                    12:17:51
3  A. You know, I would have to double-check, but  12:17:52
4    my recollection of the literature is that     12:17:54
5    generally they estimate one depreciation      12:17:57
6    rate for the whole class of drugs that        12:17:59
7    they're looking at: So I'm thinking of        12:18:02
8    Professor Berndt's paper, which I believe     12:18:06
9    looks at proton pump inhibitors, a specific   12:18:09
10   class of drugs. I think they have one         12:18:12
11   depreciation rate for all the drugs.          12:18:13
12 Q. Okay. You had mentioned that one way of      12:18:17
13   doing this would be through stock analysis,   12:18:22
14   stock variable. Are there other ways that     12:18:28
15   you can think of through which you could do   12:18:32
16   this analysis?                                12:18:33
17 A. You could actually put the lagged values on  12:18:34
18   the right-hand side.                          12:18:37
19 Q. What does that mean?                         12:18:39
20 A. It means not only putting this month's       12:18:40
21   spending but last month's spending,           12:18:42
22   spending from the month before and estimate   12:18:45
23   explicitly those coefficients for each one.   12:18:48
24 Q. So in other words, making them separate      12:18:51
25   independent variables?                        12:18:53

476

1  A. That's right.                                12:18:53
2  Q. Each month's spending?                       12:18:54
3  A. That's right.                                12:18:55
4  Q. And the same would be true of each month's   12:18:56
5    promotional activities, if that's the         12:18:59
6    way -- you know, if you ended up using        12:19:01
7    lagged values on the right-hand side?         12:19:04
8  A. If one chose to do that, yes.                12:19:05
9  Q. Will you use a similar lag structure for     12:19:13
10   the M variable?                               12:19:15
11 A. Potentially all of these variables, as you   12:19:16
12   know, are -- they vary over time, and it      12:19:21
13   may be appropriate to include either lags     12:19:24
14   or some estimate of the stock of prior        12:19:26
15   activities, so but possibly.                  12:19:30
16 Q. Would you use a similar lag structure for    12:19:40
17   the XJT variable as well?                     12:19:42
18 A. It would depend on the specific variable we  12:19:44
19   were talking about, but potentially, yes.     12:19:50
20   I don't know that -- I mean, we certainly     12:19:57
21   look for these kinds of effects over time     12:19:59
22   for each of the variables. I don't know       12:20:04
23   that there's data to suggest that they        12:20:05
24   exist for all types of promotion, but we      12:20:07
25   would investigate that.                       12:20:09

42 (Pages 473 to 476)

M. ROSENTHAL

477

1  Q.  Can I direct your attention to Paragraph        12:20:15
2     34b) --                                          12:20:18
3  A.  Okay.                                           12:20:19
4  Q.  -- of your declaration.  It's on Page 15.       12:20:20
5  A.  Yes.                                            12:20:28
6  Q.  And I want to look specifically at the          12:20:28
7     first bullet point.                              12:20:31
8  A.  Okay.                                           12:20:32
9  Q.  If you read the tail end of the paragraph       12:20:33
10    before the bullet point, it reads, "It may       12:20:37
11    be necessary to --                               12:20:39
12 A.  Uh-huh.                                          12:20:40
13 Q.  -- "experiment with non-linear versions of      12:20:41
14    Equation 1."  What types of non-linear           12:20:43
15    versions of Equation 1 do you plan on            12:20:49
16    experimenting with?                              12:20:52
17 A.  So, for example, it may be appropriate to       12:20:52
18    suggest that the underlying trend in             12:20:54
19    off-label use of Neurontin is not linear         12:20:57
20    but quadratic or CORDIC or something else.       12:21:01
21    As you can imagine, a diffusion curve for a      12:21:05
22    drug, a natural diffusion curve would --         12:21:08
23    might not be linear.                             12:21:10
24 Q.  Maybe you could imagine that.                   12:21:11
25 A.  So there --                                     12:21:11

478

1  Q.  I was an English major, so it's harder for      12:21:13
2     me to imagine that.                              12:21:16
3  A.  There are early adopters, and then people       12:21:17
4     start learning about a specific drug, and        12:21:19
5     so it picks up in the rate.  And so that         12:21:21
6     might be more consistent with either a           12:21:23
7     quadratic, which would include a squared         12:21:26
8     term, or a cubic, which would include a          12:21:28
9     third degree term.  So you could put in          12:21:32
10    literally time and time squared.                 12:21:36
11 Q.  Sure.  Sure.  Is there any reason why you       12:21:38
12    wouldn't conduct the same experiments with       12:21:40
13    Equation 2 in addition to Equation 1?            12:21:42
14 A.  In either one they both have an underlying      12:21:45
15    time trend.                                      12:21:48
16 Q.  Okay.  But there's no reason why the            12:21:49
17    statement that's in this first bullet point      12:21:54
18    wouldn't also apply with respect to              12:21:55
19    modifications that you might make to the         12:21:58
20    model in Equation 2?                             12:22:01
21 A.  No.  Perhaps the text is unclear, but these     12:22:02
22    were intended to be broader issues that          12:22:04
23    would apply to all models.                       12:22:06
24 Q.  That makes sense to me.                         12:22:07
25 A.  Okay.                                           12:22:08

479

1  Q.  I just wanted to be clear about it.             12:22:09
2     MR. POLUBINSKI:  Now, I'm at a                   12:22:13
3  decent stopping point for a break now.  We         12:22:17
4  can either break for lunch, or I'm happy to        12:22:20
5  keep going for a little while, whatever            12:22:22
6  your preference is.                                12:22:24
7     THE WITNESS:  This is a good time                12:22:26
8  for me, I guess, as opposed to going               12:22:27
9  another hour, so...                                12:22:29
10    MR. POLUBINSKI:  Sure.  Okay.                    12:22:29
11 Let's break then.                                   12:22:30
12    THE WITNESS:  Okay.                              12:22:30
13    MR. POLUBINSKI:  Go off the                      12:22:32
14 record.                                             12:22:33
15    THE VIDEOGRAPHER:  The time is                   12:22:33
16 12:22, and we are off the record.                   12:22:38
17    (Lunch recess taken.)                            12:22:45
18
19
20
21
22
23
24
25

480

1     AFTERNOON SESSION                                12:22:54
2     THE VIDEOGRAPHER:  The time is                   13:12:27
3  1:12 p.m., and we are back on the record.           13:12:30
4                                                       13:12:30
5  (MEREDITH B. ROSENTHAL, Ph.D., Resumed.)            13:12:30
6  DIRECT EXAMINATION, Continued                        13:12:30
7                                                       13:12:32
8  BY MR. POLUBINSKI:                                   13:12:32
9  Q.  So, Professor Rosenthal, I think you            13:12:33
10    testified that you have not actually             13:12:39
11    attempted to run a version of your model         13:12:41
12    yet, correct?                                    13:12:42
13 A.  That's correct.                                 13:12:43
14 Q.  And you haven't yet collected all of the        13:12:43
15    data that you would need to do so; is that       13:12:45
16    correct, too?                                    13:12:48
17 A.  That's correct.                                 13:12:49
18 Q.  So you don't yet know for certain precisely     13:12:49
19    what data you will be able to collect; is        13:12:53
20    that correct?                                    13:12:55
21 A.  That's correct beyond the examples that         13:12:55
22    I've shown you and mentioned in my               13:12:59
23    declaration of data sources that I've seen.      13:13:01
24 Q.  Right.  But you do -- you would need to         13:13:03
25    collect additional data beyond what you've       13:13:07

43 (Pages 477 to 480)

M. ROSENTHAL

481

```
1    already seen in order to run your model,        13:13:09
2    correct?                                        13:13:11
3 A. I would say that's true.  I certainly need      13:13:11
4    additional data on the allegedly illegal        13:13:16
5    activities.                                      13:13:20
6 Q. Okay.  So therefore you don't know whether      13:13:21
7    there are any possible deficiencies or any      13:13:22
8    deficiencies in the data that you would          13:13:25
9    claim to collect?                                13:13:27
10 A. I don't know what the deficiencies in the      13:13:28
11    data that I haven't seen yet are, no.           13:13:30
12 Q. Precisely.                                      13:13:32
13 A. Yes.                                            13:13:33
14 Q. And you also haven't identified yet all of     13:13:33
15    the possible variables that may impact          13:13:37
16    prescription behavior?                          13:13:39
17 A. That's correct.                                 13:13:39
18 Q. And you don't yet know what endogeneity        13:13:40
19    problems you might encounter in the course      13:13:46
20    of your work?                                   13:13:49
21 A. Without the data I can't again run those       13:13:50
22    tests and examine the data, no, so I            13:13:53
23    don't -- I can't see that yet.                  13:13:56
24 Q. Right.  So you don't know for sure whether     13:13:57
25    you'll be able to address or correct them?      13:14:00
```

482

```
1 A. I know that there are standard approaches       13:14:02
2    available for correcting those problems,         13:14:06
3    for addressing those problems.  I guess I'm      13:14:08
4    not sure what you mean.                          13:14:10
5 Q. Right.  You don't know the extent to            13:14:11
6    which those standard methods will enable         13:14:14
7    you to create a sufficiently reliable model      13:14:17
8    because you haven't done it yet?                 13:14:21
9 A. I guess that may be true.  Again, I've run      13:14:23
10    models like this before and overcome            13:14:26
11    similar problems, and of course the rest of     13:14:30
12    the published literature has as well, so I      13:14:32
13    guess I feel fairly confident that the          13:14:34
14    tools are out there that will be able to do     13:14:36
15    that.                                           13:14:39
16 Q. But you haven't actually done it yet?          13:14:39
17 A. But I have not done that.                       13:14:41
18 Q. And you don't know precisely what              13:14:42
19    multicollinearity problems you may              13:14:43
20    encounter in the course of your work?           13:14:45
21 A. That's correct.                                 13:14:46
22 Q. And you don't know whether the estimates       13:14:48
23    that you ultimately reach based on the data     13:14:50
24    that you're able to collect will be             13:14:53
25    statistically significant, correct?             13:14:56
```

483

```
1 A. That's correct.                                 13:14:56
2 Q. Are you familiar with the concept of fit in     13:15:00
3    the context of a regression analysis?           13:15:01
4 A. Yes.                                             13:15:03
5 Q. What is fit?                                     13:15:05
6 A. Well, in very general terms it's how well       13:15:06
7    the model you've constructed actually           13:15:08
8    matches up with the data themselves, and        13:15:11
9    one measure of fit might be how well you        13:15:16
10    can predict the variables of interest.         13:15:18
11 Q. Okay.  And one way to describe it would be     13:15:21
12    to say the better the fit of a model is,       13:15:25
13    the better it describes reality?                13:15:27
14 A. That seems like a fair way to describe it,     13:15:28
15    yes.                                            13:15:31
16 Q. Okay.  And you don't know what the fit of      13:15:31
17    your model will be before you actually run     13:15:36
18    the regression, correct?                        13:15:38
19 A. Certainly not.                                  13:15:38
20 Q. And it's certainly possible that after         13:15:41
21    running the model you could discover it has    13:15:42
22    a poor fit?                                     13:15:44
23 A. I guess it would depend on what you mean by    13:15:47
24    "a poor fit."  There will be a range.  If      13:15:49
25    we were, for example, looking at a measure     13:15:53
```

484

```
1    like the R squared, which is the percent of     13:15:54
2    the variation that you explain,                 13:15:56
3    effectively, there are -- I can't predict       13:15:58
4    what that R squared is going to be right        13:16:01
5    now.                                            13:16:03
6 Q. Do you have an understanding now for what       13:16:04
7    an acceptable R squared would be?               13:16:07
8 A. It actually typically depends on the class     13:16:09
9    of model you're doing, right?  So --            13:16:14
10 Q. Sorry.                                          13:16:17
11 A. That's okay.                                    13:16:17
12    -- in certain models we expect to              13:16:19
13    find better fit than others, time series       13:16:21
14    models.  Generally, we can explain the fair    13:16:27
15    amount of the variation, so it would really    13:16:30
16    depend.  In the published literature you'll    13:16:33
17    see R squareds varying from, you know,          13:16:36
18    below .1 to much, much higher.                  13:16:40
19 Q. Is there a threshold beyond which -- a         13:16:42
20    threshold in terms of R squared beyond          13:16:53
21    which you would deem a model to be              13:16:55
22    insufficiently reliable for purposes of         13:16:58
23    your work in this case?                         13:17:01
24 A. At this point I certainly have not             13:17:02
25    considered such a threshold.                    13:17:05
```

44 (Pages 481 to 484)

M. ROSENTHAL

485

1  Q. All right. In Paragraph 41 of your          13:17:09
2     declaration, which is Exhibit 1 --         13:17:22
3  A. Okay.                              13:17:24
4  Q. -- you write at the beginning of the        13:17:25
5     paragraph that "Sufficient data exists to    13:17:28
6     implement and estimate these models."      13:17:30
7  A. I see that.                          13:17:35
8  Q. Based on what you've just told me, are you   13:17:35
9     certain that that's true?                13:17:43
10 A. Again, there are two sets of variables.     13:17:48
11    One relates to the utilization of           13:17:52
12    Neurontin, and not having looked at the     13:17:55
13    National Disease and Therapeutic Index      13:17:59
14    data, I'm aware of what's contained in the   13:18:02
15    National Ambulatory Medical Care survey, I  13:18:06
16    feel confident that these data are         13:18:08
17    available. On the promotional side I've      13:18:10
18    seen documents from defendants that show   13:18:12
19    representative data that I think would be    13:18:15
20    sufficient to estimate -- to model those     13:18:18
21    right-hand side variables, the on- and       13:18:22
22    off-label promotional meetings and events.   13:18:24
23        I have not seen a complete set of        13:18:28
24    them as relates to all the allegations that   13:18:31
25    I will ultimately be asked to estimate the    13:18:34

486

1     impart of, but what I've seen suggests that   13:18:35
2     those data exist.                      13:18:39
3  Q. At the time that you wrote the statement    13:18:40
4     you certainly hadn't collected obviously     13:18:47
5     all of the data that you would envision      13:18:50
6     using in your model, correct?            13:18:53
7  A. That's correct.                       13:18:55
8  Q. Why don't we see if we can, you know, try   13:18:55
9     as best we can to isolate the specific      13:19:22
10    kinds of data here --                   13:19:22
11 A. Okay.                              13:19:22
12 Q. -- that we're talking about, and I think     13:19:22
13    what you write here is that in the third     13:19:22
14    sentence there are two key types of data    13:19:23
15    that are necessary for you to run your      13:19:28
16    analysis and that those two types of data   13:19:33
17    are "data on patterns of promotional       13:19:35
18    spending and data on use of Neurontin." Is  13:19:40
19    that correct?                        13:19:46
20 A. That's correct.                      13:19:46
21 Q. Let's look first at data on patterns of      13:19:46
22    promotional spending. Which data on       13:19:51
23    patterns of promotional spending would you  13:19:53
24    think are necessary for you to run your     13:19:56
25    model?                             13:20:00

487

1  A. So the data on promotional spending would   13:20:02
2     vary depending on the model, but generally   13:20:06
3     speaking, promotion by the type of         13:20:08
4     activity, so, for example, if there was     13:20:13
5     spending on consumer advertising versus     13:20:15
6     detailing overall for Neurontin, and then    13:20:21
7     as it relates to these allegations.         13:20:26
8  Q. What do you mean by "as it relates to these  13:20:34
9     allegations"?                        13:20:37
10 A. So, again, if we determined that spending    13:20:37
11    that's related to supporting research       13:20:42
12    projects for physicians, that this was      13:20:45
13    subject to the allegations -- there's some   13:20:48
14    allegations to that effect in the          13:20:50
15    complaint, as I recall -- that funds were    13:20:52
16    given to physicians to do these trials with   13:20:54
17    a purpose that was other than standard research 13:20:58
18    purposes. And so I would have the overall    13:21:02
19    promotional spending as well as spending on  13:21:07
20    those types of interpromotional activities,   13:21:10
21    if I can use that broad term, that are       13:21:13
22    allegedly illegal.                     13:21:14
23 Q. Would your data need to be broken down --    13:21:17
24    well, for the data on promotional spending   13:21:22
25    do you envision that it would be company    13:21:25

488

1     data or publicly available data?           13:21:27
2  A. I believe it was a combination of company   13:21:28
3     data and publicly available data. If we     13:21:30
4     called the IMS Health -- that publicly      13:21:32
5     available data, which, as you know, there    13:21:35
6     is some issue about using those without     13:21:37
7     subpoena.                          13:21:39
8  Q. Right. Would you need -- would either one   13:21:41
9     by itself be sufficient, or would you need   13:21:48
10    both, both company data and third-party     13:21:50
11    data?                             13:21:54
12 A. If I only had the publicly available --      13:21:55
13        MR. NOTARGIACOMO: Go ahead.         13:21:58
14        THE WITNESS: It's okay to go         13:22:00
15    ahead?                            13:22:01
16        MR. NOTARGIACOMO: Yeah.            13:22:01
17 A. If I only had the publicly available data,    13:22:01
18    then I would need some other data to allow   13:22:03
19    me to allocate spending to the alleged      13:22:07
20    illegal activities versus the standard      13:22:10
21    legal promotional activities.             13:22:15
22 Q. And that data would be company data, is     13:22:17
23    what you're envisioning?                13:22:19
24 A. Perhaps company data. I'm not entirely      13:22:21
25    clear if it weren't company data where it    13:22:24

45 (Pages 485 to 488)

M. ROSENTHAL

489

1  would come from. It seems possible it                13:22:28
2  could come from third parties, for example,          13:22:30
3  from those companies that ran meetings and           13:22:33
4  events for the defendants.                           13:22:35
5  Q. For the sort of data that we were just            13:22:36
6  talking about would you need -- would you            13:22:46
7  need that broken down reliably by                    13:22:51
8  indication?                                          13:22:54
9  A. I would need to be able to attach it to an        13:22:54
10 indication. In some instances, as you               13:22:57
11 might imagine, there would be a natural             13:22:59
12 connection. So, for example, if there were          13:23:01
13 funds provided to a psychiatrist to do a            13:23:04
14 small case series on the use of Neurontin           13:23:07
15 for bipolar disorder, then that would be            13:23:10
16 clearly linked to the indication for                13:23:13
17 bipolar disorder. But in general, I would           13:23:15
18 need to be able to link it to the specific          13:23:17
19 indication or indications that were the             13:23:19
20 subject of the promotional activity.                13:23:21
21 Q. Would you also need this data on a monthly        13:23:23
22 basis?                                               13:23:27
23 A. It would not necessarily be true that every       13:23:31
24 variable needs to be on a monthly basis.            13:23:33
25 Q. Why not?                                          13:23:36

490

1  A. Well, for one thing, the spending might           13:23:36
2  just happen at a point in time, and I could          13:23:38
3  code it in for the month in which it                 13:23:42
4  happened, right? And for another, if there           13:23:44
5  were only annual spending available, I               13:23:48
6  could use annual data.                               13:23:50
7  Q. Now, if the data that you're describing           13:23:51
8  isn't available either in company documents          13:24:10
9  or in the sort of third-party documents              13:24:10
10 that you described for some point in time           13:24:10
11 during the class period, what impact would          13:24:11
12 that have on your ability to do your                 13:24:13
13 analysis?                                            13:24:14
14 A. It would sort of depend on exactly what           13:24:14
15 you're talking about. If I were missing,             13:24:18
16 say, one month in the middle of a longer             13:24:20
17 period, it might be possible to                      13:24:22
18 interpolate, so that is essentially to               13:24:24
19 assume a consistent trend between the point          13:24:27
20 before the data missing and the point               13:24:30
21 after. It would depend.                              13:24:32
22 Q. Okay. And if it were something more than          13:24:34
23 just a month in a larger period?                     13:24:36
24 A. It might not be possible to do the analysis       13:24:38
25 for that period of time.                             13:24:40

491

1  Q. Do you need data on each of the factors           13:24:41
2  that you hypothesize in XKT?                         13:24:46
3  A. Each of the factors that I decide are             13:24:48
4  relevant to put into XKT I would need data           13:24:51
5  for.                                                 13:24:54
6  Q. What sorts of data would you envision             13:24:54
7  collecting?                                          13:24:57
8  A. I guess, you know, those XKT events -- I          13:24:57
9  have to remember my own model. The KT are            13:25:04
10 the off-label promotional events.                   13:25:06
11 Q. You're welcome to --                              13:25:08
12 A. Yeah, thank you.                                  13:25:08
13 Q. -- refer to it if you like.                       13:25:09
14 A. Subscripts, they fade over time.                  13:25:10
15 Q. I'm glad it's not just me.                        13:25:14
16 A. Yeah, so those are -- the meetings, events        13:25:16
17 that are subject to the allegations. And             13:25:22
18 so, again, having seen some documents and            13:25:24
19 some documents in Franklin that show that            13:25:29
20 these events are tracked by the defendants,          13:25:31
21 those are the kinds of data I would imagine          13:25:35
22 would go into XKT.                                   13:25:37
23 Q. And I assume as we've discussed before that       13:25:39
24 the data for both promotional activities            13:25:49
25 and promotional spending will need to               13:25:51

492

1  distinguish between proper and improper             13:25:53
2  marketing? And for purposes of that                 13:25:59
3  question I think improper -- why don't we           13:26:03
4  just agree that "improper" means something          13:26:06
5  that would generate liability in this case?         13:26:09
6  A. Okay. Thank you. That's useful. Yes, as          13:26:11
7  we've discussed, I would need to be able to         13:26:16
8  distinguish them, and if there were such an         13:26:19
9  occasion at which I could not distinguish           13:26:21
10 in a particular case, I would need to               13:26:24
11 attribute that to proper promotional                13:26:26
12 activities.                                          13:26:30
13 Q. All right. The other category of data that        13:26:30
14 you say you need to collect is data on the          13:26:39
15 use of Neurontin?                                    13:26:42
16 A. Yes, that's right.                                13:26:44
17 Q. For that data were you envisioning that you       13:26:45
18 would need company data or third-party              13:26:49
19 data?                                               13:26:55
20 A. The third-party data I had in mind for that       13:26:55
21 would be the, for example, the National             13:26:58
22 Disease and Therapeutic Index data or the           13:27:02
23 NAMCS.                                               13:27:04
24 Q. Had you envisioned that you would also            13:27:04
25 collect company data, or would you rely             13:27:11

46 (Pages 489 to 492)

VERITEXT/NEW YORK REPORTING COMPANY

212-267-6868                                              516-608-2400

M. ROSENTHAL

493

1  exclusively on the third-party data that          13:27:13
2  you described?                                     13:27:15
3  A. The company data play a role, as you know,      13:27:15
4  in giving a total number of units sold, so         13:27:17
5  the company invoice data would be used to          13:27:20
6  get the universe by condition -- I mean,           13:27:24
7  sorry, not by condition, by dosage site.           13:27:29
8  Q. And the company data presumably would not       13:27:32
9  distinguish between off-label and on-label         13:27:38
10 prescriptions?                                     13:27:41
11 A. The company probably has data from IMS          13:27:41
12 again on those distinctions, but in their          13:27:45
13 own data systems I don't expect them to            13:27:49
14 track that, no, as opposed to data they            13:27:51
15 purchase.                                          13:27:54
16 Q. Okay. At least as far as the third-party        13:27:54
17 data goes, we discussed the need for those         13:28:01
18 data to be broken down reliably by                 13:28:02
19 indication, correct?                               13:28:05
20 A. That's correct.                                 13:28:06
21 Q. And would you need monthly data for each of     13:28:06
22 those, for whichever data set you end up           13:28:08
23 using?                                             13:28:16
24 A. No, not necessarily.                            13:28:16
25 Q. Why not?                                        13:28:17

494

1  A. Well, monthly is just one way of                13:28:19
2  categorizing this. If some of the data are         13:28:21
3  only available annually, we can only use           13:28:23
4  annual data and then interpolate across            13:28:26
5  months.                                            13:28:29
6  Q. If you needed to use annual data, wouldn't      13:28:29
7  that mean that you would have fewer                13:28:35
8  observations with which to conduct your            13:28:36
9  analysis?                                          13:28:39
10 A. If, for example, we're only using it for a      13:28:39
11 variable, what essentially you have is             13:28:42
12 you've reduced variation because you've            13:28:45
13 taken an annual variable and stretched it          13:28:47
14 across months. So in effect you're right,          13:28:50
15 you have reduced power.                            13:28:51
16 Q. Okay. And the consequences of reduced           13:28:52
17 power are?                                         13:28:56
18 A. Well, again, it may make the confidence         13:28:58
19 intervals basically around the estimates           13:29:01
20 larger, the harder to find a significant           13:29:04
21 event.                                             13:29:07
22 Q. All right. Let's look at 41a) in                13:29:07
23 particular --                                      13:29:30
24 A. Okay.                                           13:29:31
25 Q. -- Paragraph 41a) of your declaration.          13:29:31

495

1  A. Okay.                                           13:29:36
2  Q. I'm sorry, Paragraph 41a) of your               13:29:36
3  declaration, Exhibit 1.                            13:29:39
4  A. Okay. I'm with you now.                         13:29:40
5  Q. Great. You write here that "As a matter of      13:29:41
6  good business practice, companies such as          13:29:46
7  the Defendants' document marketing                 13:29:48
8  activities by product line and in extensive        13:29:50
9  detail"; is that correct?                          13:29:53
10 A. That's correct.                                 13:29:55
11 Q. Now, has your preliminary review suggested      13:29:56
12 to you that defendants in this case                13:30:09
13 maintain this data?                                13:30:10
14 A. In my review I've seen documentation,           13:30:12
15 again, like the strategic grid that we             13:30:15
16 discussed yesterday that is Footnote 71            13:30:18
17 here. And so information about this                13:30:22
18 promotional effectiveness system that's in         13:30:26
19 Footnote 70, that indicates the ability to         13:30:30
20 track some promotional activities and their        13:30:34
21 effects.                                           13:30:38
22 Q. Other than these two categories, can you        13:30:38
23 think of any other sorts of documents that         13:30:41
24 you've seen to date at least that was --           13:30:44
25 A. That than --                                    13:30:44

496

1  Q. -- in this category?                            13:30:46
2  A. Actually, I see the previous footnote as        13:30:47
3  well, but you're right, these categories           13:30:49
4  are promotional marketing strategy and             13:30:52
5  analyses of the effectiveness of marketing         13:30:57
6  as the major categories. I understand that         13:31:01
7  product profits -- excuse me, product              13:31:04
8  profit and loss statements are often               13:31:07
9  constructed as well, and so brand by brand         13:31:10
10 there will be promotional and sales                13:31:13
11 spending.                                          13:31:15
12 Q. Have you seen those documents in this case?     13:31:15
13 A. I confess I can't remember. I could check       13:31:18
14 my footnotes to see if I've noted one of           13:31:23
15 these here.                                         13:31:25
16 Q. You're welcome to take a look if you would      13:31:25
17 like.                                              13:31:28
18 A. Okay. There doesn't seem to be a reference      13:31:28
19 in this section at least. It's probably            13:31:39
20 profit and loss. I may have seen them for          13:31:40
21 other drugs.                                       13:31:42
22 Q. But you don't recall having seen them for       13:31:46
23 Neurontin?                                         13:31:48
24 A. I'm not certain, yeah. Footnote 68 talks        13:31:48
25 about documents that I can picture now             13:31:52

47 (Pages 493 to 496)

M. ROSENTHAL

|  | 497 |
|---|---|
| 1 | where they look at promotional spending for | 13:31:53 |
| 2 | Neurontin across the customer business | 13:31:56 |
| 3 | units, which is not quite the same as the | 13:31:58 |
| 4 | product profit and loss. | 13:32:06 |
| 5 | Q. Okay. How certain are you that there's a | 13:32:08 |
| 6 | complete set of documents containing all of | 13:32:15 |
| 7 | this data for all of the periods of time | 13:32:19 |
| 8 | that your model will cover? | 13:32:23 |
| 9 | A. Can I take that in pieces? | 13:32:26 |
| 10 | Q. Sure. | 13:32:29 |
| 11 | A. First, I know that sources like IMS Health | 13:32:30 |
| 12 | track promotional spending by category | 13:32:36 |
| 13 | routinely and that those data exist. | 13:32:39 |
| 14 | Second, I know, having looked at some of | 13:32:44 |
| 15 | these discovery documents, having consulted | 13:32:46 |
| 16 | with Professor King about whom we spoke | 13:32:48 |
| 17 | yesterday, Charles King, that companies do | 13:32:51 |
| 18 | track their marketing expenditures at the | 13:32:55 |
| 19 | very least and their effects generally as | 13:32:58 |
| 20 | routine matter of, as I say here, good | 13:33:00 |
| 21 | business practice. | 13:33:02 |
| 22 | So I feel quite confident that | 13:33:03 |
| 23 | these documents existed at one time. I | 13:33:06 |
| 24 | guess I can't say for sure that the | 13:33:08 |
| 25 | defendants can still produce those | 13:33:11 |

|  | 498 |
|---|---|
| 1 | documents, whether they existed. And what | 13:33:13 |
| 2 | I've seen in discovery suggests that the | 13:33:15 |
| 3 | discovery materials may yield some of these | 13:33:19 |
| 4 | data. | 13:33:21 |
| 5 | Q. Okay. Let me take your answer in pieces. | 13:33:22 |
| 6 | The first piece relates to the IMS data, | 13:33:26 |
| 7 | correct? | 13:33:29 |
| 8 | A. Yes. | 13:33:29 |
| 9 | Q. I think we discussed before how the IMS | 13:33:29 |
| 10 | data on promotional activity at least | 13:33:33 |
| 11 | wouldn't distinguish from indication to | 13:33:37 |
| 12 | indication -- | 13:33:39 |
| 13 | A. That's correct. | 13:33:40 |
| 14 | Q. -- is that correct? | 13:33:40 |
| 15 | A. Overall, yes. | 13:33:41 |
| 16 | Q. The second piece relates to your | 13:33:42 |
| 17 | conversations with Professor King, correct? | 13:33:46 |
| 18 | A. Yes. | 13:33:49 |
| 19 | Q. And that if I understand it correctly, | 13:33:49 |
| 20 | Professor King advised you that companies | 13:33:53 |
| 21 | as a general matter do tend to track | 13:33:56 |
| 22 | promotional spending; is that correct? | 13:34:00 |
| 23 | A. Pharmaceutical companies in particular. | 13:34:01 |
| 24 | Q. Okay. Does your conversation with | 13:34:10 |
| 25 | Professor King suggest to you that the | 13:34:11 |

|  | 499 |
|---|---|
| 1 | defendants necessarily would have done this | 13:34:18 |
| 2 | tracking of Neurontin by indication for | 13:34:21 |
| 3 | every period of time that's covered by the | 13:34:26 |
| 4 | class period? | 13:34:29 |
| 5 | A. That's a very comprehensive statement, and | 13:34:31 |
| 6 | I would say my understanding, again, having | 13:34:38 |
| 7 | seen selected documents in Franklin, | 13:34:42 |
| 8 | documents that form the basis of the | 13:34:45 |
| 9 | complaint, is that these data were tracked | 13:34:46 |
| 10 | extensively, and I can think of no reason | 13:34:49 |
| 11 | why there would be any point in time that | 13:34:52 |
| 12 | the defendants would have stopped tracking | 13:34:54 |
| 13 | them. I can't think of any reason why | 13:34:57 |
| 14 | there would be a gap. | 13:34:59 |
| 15 | Q. Could there be a point in time before which | 13:35:00 |
| 16 | they started tracking prescriptions by | 13:35:03 |
| 17 | indication -- | 13:35:06 |
| 18 | A. Possibly. | 13:35:06 |
| 19 | Q. -- promotional expenditures by indication? | 13:35:07 |
| 20 | A. That's possible. | 13:35:10 |
| 21 | Q. And you don't know whether the documents | 13:35:10 |
| 22 | would reflect that one way or the other? | 13:35:12 |
| 23 | A. I don't know whether I could establish that | 13:35:15 |
| 24 | with the documents I've reviewed yet. If | 13:35:17 |
| 25 | that were to be the case, then I guess | 13:35:19 |

|  | 500 |
|---|---|
| 1 | there would not be sufficient support for | 13:35:23 |
| 2 | analysis for those time periods. | 13:35:25 |
| 3 | MR. POLUBINSKI: Okay. Why don't | 13:35:30 |
| 4 | we take just a quick break to change the | 13:35:31 |
| 5 | tape? | 13:35:33 |
| 6 | THE WITNESS: Okay. I'll take | 13:35:34 |
| 7 | advantage so we don't have to break again. | 13:35:36 |
| 8 | MR. POLUBINSKI: The time is 1:35. | 13:35:38 |
| 9 | This is the end of Tape 2 -- Tape 3, excuse | 13:35:43 |
| 10 | me, and we're off the record. | 13:35:45 |
| 11 | (Recess taken.) | 13:35:48 |
| 12 | THE VIDEOGRAPHER: The time is | 13:38:53 |
| 13 | 1:39. This is the beginning of Tape 4, and | 13:38:57 |
| 14 | we're back on the record. | 13:39:01 |
| 15 | BY MR. POLUBINSKI: | 13:39:02 |
| 16 | Q. So, Professor Rosenthal, I'm going to ask | 13:39:02 |
| 17 | you to dig a document out of the stack of | 13:39:05 |
| 18 | exhibits that's sitting next to you. | 13:39:07 |
| 19 | A. Okay. | 13:39:10 |
| 20 | Q. If you could look for Rosenthal Exhibit 12, | 13:39:10 |
| 21 | that would be great. Can I help you find | 13:39:14 |
| 22 | it? | 13:39:31 |
| 23 | A. Okay. It's the promotional grid. Got it. | 13:39:32 |
| 24 | Thank you. | 13:39:34 |
| 25 | Q. The bottom of the stack, of course. | 13:39:35 |

48 (Pages 497 to 500)

M. ROSENTHAL

501

1  A. Yes, of course. Okay. I have it.                    13:39:37
2  Q. Rosenthal Exhibit 12 is the document that           13:39:42
3     we discussed yesterday that is cited in             13:39:44
4     Footnote 71, correct?                               13:39:46
5  A. That is correct.                                    13:39:48
6  Q. It's the 1998 Strategic Plan and A&P                13:39:48
7     Allocation Grid, right?                             13:39:52
8  A. Right.                                              13:39:54
9  Q. And that this is the document that you              13:39:54
10    identify in 41a) that you write permits you         13:39:57
11    to track spending on off-label promotions           13:40:04
12    in the form of speaking engagements and             13:40:09
13    consultancies; am I getting that right?             13:40:11
14 A. I'm sorry, can I just see where you're              13:40:16
15    reading?                                            13:40:20
16 Q. Yeah, of course. It's the language on the           13:40:20
17    carry-over sentence at the end of the page.         13:40:23
18 A. Okay.                                               13:40:26
19 Q. I'll read the sentence for you. It's                13:40:26
20    "Finally, I have seen numerous agreements           13:40:29
21    such as Bates-stamped document V084073 to           13:40:31
22    078 that track spending on off-label                13:40:38
23    promotion in the form of speaking                   13:40:41
24    engagements and consultancies."                     13:40:42
25 A. Right. So, for example, you'll see rows             13:40:47

502

1     that say "Physician honoraria and travel,"          13:40:49
2     "Speakers Bureau"?                                   13:40:51
3  Q. Where are you looking?                               13:40:53
4  A. Under "Local Tactics."                               13:40:54
5  Q. This is on the first page of the document?           13:40:57
6  A. On the first page, yes, sorry.                       13:40:58
7  Q. Okay. Just a general question about the              13:41:01
8     document. We did agree that this is a               13:41:05
9     prospective document, correct?                      13:41:06
10 A. Right. You indicated that, and I agree.             13:41:07
11    It makes sense. It's a strategic plan,              13:41:10
12    so...                                               13:41:14
13 Q. And just so that I'm square on this, can            13:41:20
14    you point to any documents that actually            13:41:23
15    demonstrate what defendants actually spent          13:41:25
16    on the promotion -- actually spent for              13:41:27
17    promotion of Neurontin?                             13:41:29
18 A. This grid, if in fact it is only a plan,            13:41:30
19    doesn't show that. Again, as I mentioned            13:41:35
20    before in the promotional effectiveness             13:41:40
21    system, those kinds of activity -- tracking         13:41:42
22    mechanisms look at actual events, spending          13:41:45
23    and their effects.                                  13:41:49
24 Q. Those are the documents that you referred           13:41:54
25    to in Footnote 70?                                  13:41:56

503

1  A. That's right. Let me just verify that, but          13:41:57
2     I believe that's right. Yes.                        13:42:04
3  Q. All right. Looking at this document and             13:42:07
4     again sort of just looking at the first             13:42:09
5     page, is there a way that you can discern           13:42:11
6     off-label promotional spending versus               13:42:18
7     on-label promotional spending just on the           13:42:20
8     basis of this document?                             13:42:22
9  A. Well, if we're looking at the planned               13:42:24
10    spending and taking that as representative          13:42:32
11    of what actually happened, as you see, the          13:42:33
12    heading on the first page says "Expend              13:42:37
13    Neurontin use on epilepsy through the               13:42:40
14    introduction of monotherapy." So that's             13:42:43
15    for a particular off-label use, and then            13:42:45
16    there's spending associated with it.                13:42:48
17 Q. I guess, didn't we agree that the                   13:42:49
18    physicians who would be targeted, for lack          13:42:56
19    of a better word, by the sorts of                   13:42:59
20    activities described in Section 1 here of           13:43:05
21    on the first page would be epileptologists,         13:43:08
22    correct?                                            13:43:12
23 A. That's correct.                                     13:43:12
24 Q. And that some amount of this activity could         13:43:12
25    well be directed to on-label uses of               13:43:21

504

1     Neurontin as adjunctive therapy for                 13:43:25
2     treatment of seizures?                              13:43:27
3  A. Well, in my view, this grid shows                   13:43:28
4     defendants' own estimate of the dollars to          13:43:33
5     be spent promoting monotherapy. Whether or          13:43:37
6     not it's for the same individuals, I'm not          13:43:39
7     sure that I understand your point.                  13:43:43
8  Q. Let me -- let's -- let me ask you this: Is          13:43:44
9     the spending that's envisioned in this              13:43:50
10    document organized annually or by monthly           13:43:53
11    outlays?                                            13:43:56
12 A. My understanding is that this is for the            13:43:57
13    entire year 1998.                                   13:44:00
14 Q. Would you be able to create a monthly               13:44:02
15    series of promotional expenditures using a          13:44:07
16    document like this?                                 13:44:09
17 A. Again, as I mentioned before, if some               13:44:10
18    variables are only available on an annual           13:44:13
19    basis, I would interpolate them, excuse me,         13:44:15
20    interpolate the monthly data and thereby            13:44:19
21    lose some power, but this is frequently             13:44:23
22    done in studies like this.                          13:44:26
23 Q. Okay.                                               13:44:28
24 A. Okay.                                               13:44:28
25 Q. You can set this one, too, aside.                   13:44:29

49 (Pages 501 to 504)

M. ROSENTHAL

505

```
 1  A.  Okay.  I'll leave it on the top.          13:44:36
 2  Q.  All right.  Let me direct your attention to   13:44:54
 3      Paragraph 7d) on Page 5 of your            13:44:56
 4      declaration, Exhibit 1 to your deposition.  13:44:59
 5  A.  I'm sorry?                                  13:45:05
 6  Q.  Paragraph 7d).                              13:45:06
 7  A.  70?                                         13:45:07
 8  Q.  Uh-huh.                                     13:45:09
 9  A.  And then -- okay.  I'm sorry.  I'm sorry,   13:45:09
10      Paragraph 70 of my --                       13:45:17
11  Q.  7d).                                        13:45:18
12  A.  7d), oh, sorry.  I thought I was losing it.  13:45:21
13  Q.  We're going backwards.                      13:45:25
14  A.  That's a shame.                             13:45:28
15  Q.  Yeah, well, not for long.                   13:45:29
16  A.  All right.                                  13:45:30
17  Q.  Okay.                                       13:45:31
18  A.  Okay.                                       13:45:35
19  Q.  So in this paragraph you write that         13:45:36
20      "Parke-Davis made the explicit calculation  13:45:38
21      that seeking FDA approval would not be      13:45:40
22      worthwhile, given the short remaining       13:45:42
23      patent life for Neurontin," correct?        13:45:44
24  A.  That's correct.                             13:45:47
25  Q.  What's the basis for that statement?        13:45:47
```

506

```
 1  A.  That comes -- and you'll see there are      13:45:49
 2      footnotes there in the documents, but       13:45:53
 3      essentially it's a summary of my            13:45:55
 4      understanding of what the complaint was     13:45:57
 5      saying.                                     13:45:59
 6  Q.  What's the extent of your knowledge about   13:45:59
 7      the process involved in a manufacturer      13:46:07
 8      seeking approval from the FDA for           13:46:10
 9      additional indications for an existing      13:46:12
10      drug?                                       13:46:15
11  A.  My knowledge is fairly rudimentary on that  13:46:17
12      subject, and my understanding is that       13:46:21
13      additional clinical trials need to be done.  13:46:23
14  Q.  Do you have any knowledge for how expensive  13:46:26
15      the process might be?                       13:46:27
16  A.  I understand that undertaking clinical      13:46:28
17      trials, particularly randomized control     13:46:31
18      double-blind trials, is very expensive in   13:46:34
19      general, and so I mean, it's well-known     13:46:37
20      that under the process of drug development,  13:46:41
21      that is, getting approval from the FDA, is  13:46:46
22      expensive and is essentially a barrier to   13:46:48
23      entry for new drugs.                        13:46:51
24  Q.  Do you have any knowledge of how long the   13:46:52
25      process can take of running the clinical    13:46:59
```

507

```
 1      trials and then seeking the approval from   13:47:00
 2      the agency?                                 13:47:02
 3  A.  Again, I've certainly seen discussions in   13:47:03
 4      the policy literature about how long it     13:47:06
 5      takes to get FDA approval.  There have been  13:47:10
 6      efforts, as you know, over the last decade  13:47:13
 7      or two to try to shorten that length of     13:47:16
 8      time, but so my understanding is that it's  13:47:18
 9      a substantial consideration, that it takes  13:47:21
10      quite a while.                              13:47:24
11  Q.  By "quite a while," are we talking years?   13:47:25
12  A.  It would be -- that would be my -- again,   13:47:28
13      my not terribly expert opinion on this is   13:47:31
14      that it would take a couple of years, and   13:47:35
15      it would represent a significant sum of     13:47:36
16      money to undertake.                         13:47:39
17  Q.  Would you agree with the assumption that    13:47:40
18      manufacturers of prescription drugs are by  13:47:45
19      and large rational economic actors?         13:47:47
20  A.  And if you mean profit-maximizing firms, I  13:47:53
21      would agree with that assumption.           13:47:56
22  Q.  And so based on that assumption, would you  13:48:05
23      say that it's also a reasonable assumption  13:48:08
24      that Parke-Davis, as you lay it out here    13:48:14
25      (indicating) in your declaration, that      13:48:17
```

508

```
 1      Parke-Davis made the implicit calculation   13:48:18
 2      that they wouldn't earn sufficient profit   13:48:20
 3      to make seeking an additional use           13:48:24
 4      worthwhile?                                 13:48:26
 5  A.  That is my understanding, that it was an    13:48:27
 6      explicit (sic) calculation, yes.            13:48:30
 7  Q.  All right.  Let me ask you a hypothetical   13:48:35
 8      question on this.  Assume the manufacturer  13:48:37
 9      had a drug whose patent will run out in     13:48:42
10      three years --                              13:48:44
11  A.  Okay.                                       13:48:45
12  Q.  -- and discovers that this drug which has   13:48:45
13      already been approved by the FDA for one    13:48:57
14      condition is almost surely effective for an  13:48:59
15      additional unapproved condition.  The       13:49:01
16      manufacturer estimates that it will cost    13:49:05
17      them $2 million and two years to complete   13:49:07
18      the studies they need to complete and to    13:49:11
19      end -- assuming that the results are        13:49:16
20      favorable in those studies, to secure the   13:49:17
21      FDA approval of that new use.               13:49:19
22          I have no sense for whether those       13:49:22
23      numbers -- they're probably low-balled in   13:49:24
24      a, you know, in a serious way, but for      13:49:27
25      purposes of this hypothetical let's use     13:49:29
```

50 (Pages 505 to 508)

M. ROSENTHAL

509

```
1    them.                              13:49:30
2         And then they estimate that the    13:49:31
3    potential profit for the drug over the one   13:49:33
4    year of its remaining patent life after the   13:49:35
5    two-year approval period is a million     13:49:37
6    dollars. What would you imagine the      13:49:42
7    manufacturer would choose to do in that    13:49:43
8    circumstance?                       13:49:45
9  A. I'm sorry, I think I lost some important    13:49:46
10   elements of the word problem. I need a    13:49:49
11   pencil, but what was the cost of the      13:49:52
12   clinical trials? It took two years to --     13:49:53
13 Q. Two years and 2 million, just so we keep   13:49:56
14   the numerals simple.                 13:49:58
15 A. That's right. Excellent. We're good.     13:49:59
16   Right. So, again, you know, I believe that   13:50:00
17   there's a math calculation. It's a simple    13:50:02
18   one. If the profits are a million dollars    13:50:04
19   and the cost is $2 million, no matter what   13:50:07
20   discount rate you use, you come to a      13:50:09
21   conclusion that it doesn't make sense to go  13:50:11
22   through the process.                  13:50:14
23 Q. Okay. And you wouldn't suggest the      13:50:14
24   manufacturer has done anything wrong by not  13:50:17
25   going through the process?             13:50:19
```

510

```
1  A. No.                              13:50:20
2  Q. Does it matter for purposes of your answer   13:50:24
3    whether the drug is or isn't effective for   13:50:26
4    the supplemental use?                13:50:28
5  A. For the calculation?                 13:50:29
6  Q. For the answer to your -- answer to the    13:50:32
7    last question, which is that they haven't    13:50:36
8    done anything wrong in not seeking approval  13:50:37
9    for the additional use.               13:50:40
10 A. Well, we're getting --               13:50:41
11      MR. NOTARGIACOMO: Economically,      13:50:46
12   morally, legally? Where are we now?       13:50:46
13      MR. POLUBINSKI: Professor           13:50:48
14   Rosenthal answered the question.         13:50:50
15 Q. What were you thinking when you answered   13:50:50
16   it?                              13:50:56
17 A. I believe I was trapped. But in the first   13:50:57
18   example I was speculating on the cost/     13:51:01
19   benefit comparison, and in no way did the   13:51:03
20   rightness of launching the drug for that    13:51:05
21   indication enter into my calculation. I    13:51:11
22   was merely comparing the $2 million to the  13:51:14
23   million dollars. That was a profit-       13:51:16
24   maximizing decision.                 13:51:17
25 Q. Sure.                           13:51:18
```

511

```
1  A. And if you want me to say something about   13:51:19
2    whether or not it's right if there's no     13:51:21
3    effectiveness, then I need to use some     13:51:23
4    other standard. I don't know what the      13:51:25
5    right standard to use is there.          13:51:27
6  Q. Okay. Are you aware of any standard, I    13:51:29
7    guess, under which it would be wrong for    13:51:31
8    them not to go and seek additional approval  13:51:34
9    for that use?                      13:51:36
10      MR. NOTARGIACOMO: Objection.        13:51:38
11 A. I'm not aware of any standard to evaluate   13:51:39
12   that decision.                     13:51:43
13 Q. Okay. Now, let me ask you also to assume   13:51:44
14   just for purposes of this question that     13:51:54
15   Neurontin is 100 percent effective for a    13:51:57
16   given off-label use. Could you imagine the  13:51:59
17   defendants making a rational economic      13:52:04
18   decision not to even pursue FDA approval    13:52:07
19   for that use based on the amount of time    13:52:09
20   left in the patent life of the drug?       13:52:11
21 A. Again, my response to your original      13:52:14
22   question didn't assume anything about      13:52:17
23   effectiveness. So the economic -- rational   13:52:19
24   economic decision was just one about costs   13:52:21
25   and benefits in terms of profitability --    13:52:23
```

512

```
1  Q. And --                           13:52:27
2  A. -- and therefore I would respond the same   13:52:27
3    way.                            13:52:30
4  Q. Okay. And that they could in fact make a   13:52:30
5    rational economic decision not to even     13:52:33
6    sponsor a single clinical trial?          13:52:35
7  A. Yes, absolutely. The rational economic     13:52:36
8    decision is based only on profits.        13:52:41
9  Q. And their decision to do that or not to do   13:52:44
10   that wouldn't mean anything with regard to   13:52:52
11   whether Neurontin was or wasn't perfectly   13:52:57
12   effective for that use?               13:53:00
13 A. Again, I believe that one can abstract that   13:53:01
14   decision in terms of purely profits and     13:53:08
15   that it could be the same decision no      13:53:10
16   matter what the effectiveness is, and so I   13:53:12
17   think the answer is yes, but I believe I've   13:53:15
18   already answered it, unless I haven't been   13:53:17
19   clear.                           13:53:19
20 Q. No, that's fine -- right. I guess by       13:53:19
21   itself, then, the fact that Neurontin was    13:53:22
22   not approved by the FDA for a given use     13:53:24
23   doesn't mean that Neurontin wasn't        13:53:27
24   perfectly effective for that use?         13:53:28
25 A. By itself that does not indicate anything   13:53:31
```

51 (Pages 509 to 512)

513

1  about the true effectiveness of Neurontin,    13:53:34
2  no.    13:53:36
3  Q.  Okay.  All right.  You've said in your    13:53:41
4  model that you proposed to quantify the    13:53:47
5  effect of wrongful conduct on a class-wide    13:53:49
6  level, correct?    13:53:53
7  A.  Uh-huh.    13:53:53
8  Q.  I take it you'll -- that you expect to be    13:53:53
9  able to quantify the extent of the impact    13:53:58
10  suffered by each of the subclasses.  So in    13:54:01
11  other words, the consumer subclass as well    13:54:04
12  as the third-party payer subclass, correct?    13:54:07
13  A.  That's correct.    13:54:09
14  Q.  Do you know how large the third-party payer    13:54:09
15  subclass is?    13:54:13
16  A.  Can you tell me what you mean by "large"?    13:54:13
17  You mean number of members --    13:54:17
18  Q.  Yes.    13:54:17
19  A.  -- or number of dollars?    13:54:18
20  Q.  Number of members.    13:54:19
21  A.  I don't know the number of members.  If you    13:54:21
22  look at third-party payers, commercial    13:54:26
23  insurers generally, the number is in the    13:54:31
24  several hundred.  If you add in the Taft-    13:54:34
25  Hartley plans, there are probably another    13:54:39

514

1  hundred or so.  That's order of magnitude.    13:54:41
2  Q.  Are there others that you would have to    13:54:45
3  include?    13:54:46
4  A.  On the third-party payer side?    13:54:47
5  Q.  Yeah.    13:54:49
6  A.  I believe the commercial plans -- the Taft-    13:54:49
7  Hartley funds and the commercial plans are    13:55:02
8  the principal members of the third-party    13:55:03
9  payer subclass.  I could check the    13:55:05
10  complaint.    13:55:07
11  Q.  And I guess just adding up the two    13:55:07
12  categories that you've just described, I    13:55:13
13  guess we would agree that the, to the best    13:55:16
14  of your knowledge now, the third-party    13:55:19
15  payer subclass would be at least several    13:55:21
16  hundred entities large, possibly over a    13:55:24
17  thousand?    13:55:27
18  A.  Possibly.    13:55:27
19  Q.  Okay.  I assume that your model would seek    13:55:28
20  to determine aggregate impact on the third-    13:55:39
21  party payer subclass; is that correct?    13:55:42
22  A.  I have been asked to develop a model to    13:55:43
23  estimate aggregate impact, yes.    13:55:45
24  Q.  And that your model wouldn't purport to    13:55:47
25  determine whether each member, each    13:55:50

515

1  individual member of the third-party payer    13:55:51
2  subclass suffered an injury as a result of    13:55:53
3  the conduct at issue?    13:55:55
4  A.  Well, as you know, in sort of the context    13:56:00
5  of a class like this you're looking at    13:56:03
6  aggregate impact that is common to all the    13:56:05
7  class members, so -- but I don't identify    13:56:08
8  if what you mean is to look specifically at    13:56:10
9  Blue Cross/Blue Shield of Kansas City and    13:56:13
10  their effects.    13:56:15
11  Q.  Okay.  We've discussed before in your    13:56:16
12  declaration how physicians -- let's    13:56:22
13  actually look at Paragraph 12.    13:56:26
14  A.  12, thank you.  Okay.    13:56:29
15  Q.  We've discussed before how in your    13:56:40
16  declaration how physicians "face numerous    13:56:43
17  constraints, including limited time and    13:56:45
18  cognitive ability to digest the continuous    13:56:48
19  flow of information about new treatments"?    13:56:50
20  A.  Yes.    13:56:53
21  Q.  Will that statement be true of at least    13:56:53
22  some of the third-party payers as well?    13:56:59
23  A.  I'm not sure what you mean by that.    13:57:01
24  Q.  Would you agree that third-party payers do    13:57:07
25  process to some degree information about    13:57:12

516

1  the different treatments for which they    13:57:15
2  reimburse?    13:57:17
3  A.  I believe that third-party payers make    13:57:17
4  coverage decisions.  For example, they make    13:57:21
5  coverage decisions -- I don't know the    13:57:25
6  extent to which -- I know that they    13:57:29
7  incorporate some of this information that I    13:57:31
8  believe was referenced yesterday through    13:57:33
9  the Drugdex which tracks studies on    13:57:35
10  particular uses of particular drugs, and so    13:57:39
11  if that's what you mean by they sort of    13:57:41
12  incorporate new information in their    13:57:44
13  policies -- is that the kind of thing that    13:57:46
14  you had in mind?    13:57:47
15  Q.  Yeah.  And do -- third-party payers, I'd    13:57:48
16  assume to some degree at least, make    13:57:51
17  coverage decisions about whether they'll    13:57:53
18  reimburse for particular drugs for    13:57:56
19  particular uses, correct?    13:57:57
20  A.  To some degree they make those policies.    13:57:58
21  As you know, they don't tend to apply those    13:58:02
22  policies patient by patient.    13:58:05
23  Q.  Sure.  No, of course.    13:58:08
24  A.  So for example --    13:58:10
25  Q.  Of course.    13:58:12

52 (Pages 513 to 516)

M. ROSENTHAL

517

1  A.  Right.  Okay.                              13:58:12
2  Q.  But in the context of making decisions      13:58:13
3      about what to cover and what not to cover,   13:58:16
4      they do receive and process information      13:58:18
5      about various treatments?                    13:58:21
6  A.  I imagine that there's a function in the     13:58:23
7      third-party payers where they do this -- I   13:58:25
8      guess what I'm having a little trouble with  13:58:28
9      is I can see how this happens for an         13:58:30
10     initial coverage decision.  I don't know     13:58:32
11     the extent to which third-party payers       13:58:34
12     revisit existing drugs with regard to new    13:58:35
13     indications.                                 13:58:38
14 Q.  Could you imagine that the answer to that    13:58:39
15     question might vary from third-party payer   13:58:41
16     to third-party payer?                        13:58:43
17 A.  Perhaps.                                     13:58:44
18 Q.  That some of them might revisit this on      13:58:44
19     several occasions?                           13:58:48
20 A.  Again, since I'm not entirely sure the      13:58:50
21     extent to which this happens at all, I       13:58:53
22     could imagine that it would happen           13:58:57
23     differentially, so that's certainly in the   13:58:59
24     realm of possibility.                        13:59:00
25 Q.  All right.  Also in Paragraph 12 you write   13:59:01

518

1      the "Physicians are often not aware of the   13:59:14
2      latest scientific evidence on treatments     13:59:17
3      and rely heavily on commercial sources of    13:59:22
4      information, such as pharmaceutical company  13:59:24
5      promotional materials."                      13:59:26
6          In terms of awareness of the            13:59:32
7      latest scientific evidence, would your       13:59:34
8      statement as it's laid out here in your      13:59:39
9      declaration be true of third-party payers?   13:59:41
10 A.  Again, it's sort of a -- I'm having a        13:59:43
11     little trouble casting the third-party       13:59:48
12     payer as medical decision-makers because     13:59:50
13     they're so enormous, but would the medical   13:59:51
14     director of a third-party payer be aware of  13:59:54
15     the latest scientific evidence to some       13:59:57
16     degree?                                      14:00:00
17 Q.  Okay.                                        14:00:03
18 A.  I suppose.                                   14:00:03
19 Q.  And that degree would vary from third-party  14:00:04
20     payer to third-party payer?                  14:00:06
21 A.  I suppose.                                   14:00:07
22 Q.  There might be some third-party payers that  14:00:08
23     may not even have a medical director as      14:00:10
24     such?                                        14:00:12
25 A.  That, I have trouble believing.              14:00:12

519

1  Q.  Okay.                                        14:00:15
2  A.  But I can believe that medical directors     14:00:15
3      vary.                                        14:00:18
4  Q.  Okay.  All right.  You state in Paragraph    14:00:18
5      33 of your declaration -- actually Footnote  14:00:25
6      49.                                          14:00:37
7  A.  Okay.  49?                                   14:00:37
8  Q.  Yeah.                                        14:00:39
9          -- that "price plays a relatively       14:00:42
10     minor role here because most patients        14:00:43
11     receiving Neurontin are covered by           14:00:47
12     insurance so they only pay" -- "they only    14:00:49
13     face the co-payment amount."                 14:00:51
14         Does price play a similarly minor       14:00:55
15     role in decision-making on reimbursement by  14:00:57
16     third-party payers?                          14:01:00
17 A.  I think it would depend on the situation,    14:01:01
18     but clearly -- so can I be a little          14:01:03
19     specific here for a second?                  14:01:06
20 Q.  Please.                                      14:01:08
21 A.  So the price we're talking about in the      14:01:08
22     Rizzo model and in general is --             14:01:10
23 Q.  In the which model?                          14:01:14
24 A.  I'm sorry, in the Rizzo model in Footnote    14:01:16
25     49, R-I-Z-Z-O, is something like that AWP    14:01:18

520

1      price.  In all likelihood it's the AWP, the  14:01:22
2      list price for the drug.  And most of these  14:01:25
3      models are about overall consumption of the  14:01:30
4      drug.  So sort of looking at total units     14:01:32
5      consumed as a function of this list price,   14:01:34
6      the relationship is not all that clear,      14:01:37
7      because, again, the individuals pay          14:01:41
8      something out of pocket.                     14:01:43
9          So now you're asking, I think,          14:01:44
10     does that same list price affect a third-    14:01:46
11     party payer's coverage decision?  I think    14:01:50
12     it would depend -- for the most part         14:01:53
13     third-party payers cover -- open             14:01:56
14     formularies are the most common form, so     14:01:59
15     they cover all drugs.  They may put          14:02:01
16     differential co-payments in for certain      14:02:03
17     kinds of high cost drugs in cases where      14:02:05
18     they have lower cost substitutes in          14:02:09
19     general.  It'll depend on the class of       14:02:11
20     drugs, but you can imagine there's some      14:02:13
21     very high cross-biological drugs that don't  14:02:15
22     have high co-payments simply because there   14:02:18
23     aren't alternatives, and so using that kind  14:02:21
24     of co-payment mechanism doesn't make sense   14:02:23
25     for trying to get consumers to try a         14:02:24

53 (Pages 517 to 520)

M. ROSENTHAL

521

```
 1    different drug.                        14:02:26
 2 Q. All right. And different third-party   14:02:27
 3    payers, I take it, could make different 14:02:28
 4    decisions on this even with respect to the 14:02:30
 5    same drug; is that correct?            14:02:32
 6 A. In the cross-section there may be      14:02:33
 7    differences in co-payments. There      14:02:36
 8    certainly are differences in co-payments. 14:02:38
 9 Q. Okay. The third-party payers, generally 14:02:40
10    speaking, have a significant economic stake 14:02:42
11    in persuading or directing physicians not 14:02:45
12    to prescribe drugs for indications for   14:02:48
13    which they're known to be ineffective; is 14:02:51
14    that correct?                          14:02:54
15 A. Could you read that back? I just ---   14:02:54
16       MR. POLUBINSKI: If you could read   14:03:01
17    it, that would be great.               14:03:02
18       (Record read.)                      14:03:18
19       MR. NOTARGIACOMO: Objection.        14:03:18
20 A. I guess the way you phrase that, it's  14:03:19
21    certainly true that third-party payers  14:03:29
22    generally do better when spending is less, 14:03:31
23    and given that they want to constrict   14:03:38
24    spending, eliminating ineffective use makes 14:03:42
25    more sense than effective use, but that  14:03:44
```

522

```
 1    statement doesn't characterize very well 14:03:46
 2    what we know about how the market works in 14:03:48
 3    this area. There are lots of treatments  14:03:52
 4    that are known to be ineffective, low    14:03:54
 5    effectiveness that are covered.          14:03:58
 6 Q. Do third-party payers have different ways 14:04:07
 7    of affecting physician or patient decision- 14:04:09
 8    making with respect to drugs that they   14:04:12
 9    believe to be ineffective for treating   14:04:14
10    particular indications?                  14:04:18
11       MR. NOTARGIACOMO: Objection.        14:04:19
12 A. The --- yes, there are financial incentives, 14:04:21
13    pre-authorization requirements, for      14:04:27
14    example, and, of course, coverage        14:04:30
15    decisions.                               14:04:35
16 Q. Okay. Let's talk about some of these. All 14:04:35
17    right. How about a prior authorization   14:04:47
18    program; could you describe just briefly 14:04:48
19    how such a program would work in this    14:04:53
20    context?                                 14:04:55
21 A. A prior authorization program might, for 14:04:55
22    example, require that a physician supply 14:04:58
23    some clinical information about a patient 14:05:01
24    before the prescription drug would be    14:05:03
25    reimbursed.                              14:05:06
```

523

```
 1 Q. I think we agreed in some of the early   14:05:09
 2    questions that we did today that the     14:05:16
 3    implementation of a prior authorization  14:05:18
 4    program might impact prescription decisions 14:05:19
 5    in the aggregate. Am I correct on that?  14:05:22
 6 A. So it would depend on how the prior      14:05:24
 7    authorization program -- well, let's say, 14:05:26
 8    for example, it was for any patient getting 14:05:28
 9    Neurontin there had to be a prior        14:05:30
10    authorization. That would certainly affect 14:05:31
11    overall prescribing of any kind. If the  14:05:34
12    prior authorization were specific to     14:05:36
13    off-label use, then it would have that more 14:05:38
14    specific effect.                         14:05:41
15 Q. Will your model take into consideration all 14:05:42
16    of the occasions in which third-party    14:05:44
17    payers implemented prior authorization   14:05:46
18    programs for Neurontin?                  14:05:48
19 A. My model will again focus on the main    14:05:49
20    predictors of the use of Neurontin for   14:05:56
21    off-label uses, and in particular the    14:05:58
22    concern is with regard to those variables 14:06:02
23    that might occur with a pattern over time 14:06:04
24    identical to the allegedly illegal       14:06:09
25    activities. So to the extent that there -- 14:06:12
```

524

```
 1    that my research shows that there's a    14:06:16
 2    concern, there's a simultaneous effect of 14:06:18
 3    these kinds of formulary decisions or prior 14:06:23
 4    authorization programs, then I'll try to 14:06:25
 5    model it.                                14:06:29
 6       In reality, though, as you know,      14:06:30
 7    if, for example, you were to posit a story 14:06:32
 8    such as is follows: Defendants increase  14:06:36
 9    off-label promotions, third-party payers 14:06:38
10    make it harder and harder to get Neurontin 14:06:40
11    for off-label use, it'll just -- it'll bias 14:06:41
12    my estimate downwards if I don't model   14:06:46
13    those. It's really only -- if you can tell 14:06:49
14    a story, again, about they're being      14:06:51
15    correlated in time that it causes a      14:06:53
16    problem. And in this case that story would 14:06:55
17    really have to be one that would result in 14:06:56
18    a downward bias in the estimate of the   14:06:58
19    impact.                                  14:07:00
20 Q. Okay. Let's talk about financial         14:07:00
21    incentives, too. That was another --     14:07:03
22 A. Okay.                                    14:07:06
23 Q. -- category of ways in which third-party 14:07:06
24    payers might affect physician prescribing 14:07:08
25    decisions. What sorts of financial       14:07:11
```