| | | | |
|---|---|---|---|
| 12:00:52 460:15 | 12:03:12 462:11 | 12:05:38 464:10 | 12:08:02 466:6 |
| 12:00:56 460:16 | 12:03:15 462:12 | 12:05:44 464:11 | 12:08:04 466:7 |
| 12:00:59 460:17 | 12:03:16 462:13 | 12:05:45 464:12 | 12:08:06 466:8 |
| 12:01:01 460:18 | 12:03:19 462:14 | 12:05:50 464:13 | 12:08:10 466:9 |
| 12:01:03 460:19 | 12:03:23 462:15,16 | 12:05:53 464:14 | 12:08:16 466:10 |
| 12:01:06 460:20 | 12:03:25 462:17 | 12:05:54 464:15 | 12:08:18 466:11 |
| 12:01:08 460:21 | 12:03:27 462:18 | 12:05:57 464:16 | 12:08:22 466:12 |
| 12:01:27 460:22 | 12:03:32 462:19 | 12:06:01 464:17 | 12:08:25 466:13 |
| 12:01:29 460:23 | 12:03:35 462:20 | 12:06:03 464:18 | 12:08:26 466:14 |
| 12:01:31 460:24 | 12:03:38 462:21 | 12:06:07 464:19 | 12:08:29 466:15 |
| 12:01:34 460:25 | 12:03:41 462:22 | 12:06:12 464:20 | 12:08:31 466:16 |
| 12:01:36 461:1 | 12:03:43 462:23 | 12:06:16 464:21 | 12:08:33 466:17 |
| 12:01:38 461:2 | 12:03:47 462:24 | 12:06:19 464:22,23 | 12:08:35 466:18 |
| 12:01:40 461:3 | 12:03:57 462:25 | 12:06:21 464:24 | 12:08:38 466:19 |
| 12:01:41 461:4 | 12:03:58 463:1 | 12:06:24 464:25 | 12:08:39 466:20 |
| 12:01:47 461:5,6 | 12:03:59 463:2 | 12:06:25 465:1 | 12:08:42 466:21 |
| 12:01:49 461:7,8 | 12:04:25 463:3 | 12:06:27 465:2 | 12:08:45 466:22 |
| 12:01:51 461:9 | 12:04:28 463:4,5 | 12:06:29 465:3 | 12:08:48 466:23 |
| 12:01:54 461:10 | 12:04:29 463:6 | 12:06:31 465:4 | 12:08:49 466:24 |
| 12:01:57 461:11 | 12:04:37 463:7 | 12:06:33 465:5 | 12:08:51 466:25 |
| 12:02:03 461:12 | 12:04:40 463:8 | 12:06:34 465:6 | 12:08:56 467:1 |
| 12:02:04 461:13 | 12:04:43 463:9 | 12:06:37 465:7 | 12:08:57 467:2 |
| 12:02:08 461:14 | 12:04:45 463:10 | 12:06:40 465:8 | 12:08:59 467:3 |
| 12:02:11 461:15 | 12:04:47 463:11 | 12:06:44 465:9 | 12:09:02 467:4 |
| 12:02:14 461:16 | 12:04:50 463:12 | 12:06:46 465:10 | 12:09:05 467:5 |
| 12:02:16 461:17 | 12:04:52 463:13 | 12:06:47 465:11 | 12:09:06 467:6 |
| 12:02:18 461:18 | 12:04:55 463:14 | 12:06:48 465:12 | 12:09:09 467:7 |
| 12:02:19 461:19 | 12:04:57 463:15 | 12:06:51 465:13,14 | 12:09:11 467:8 |
| 12:02:23 461:20 | 12:05:00 463:16 | 12:06:53 465:15 | 12:09:14 467:9 |
| 12:02:26 461:21 | 12:05:01 463:17 | 12:06:55 465:16 | 12:09:17 467:10 |
| 12:02:28 461:22 | 12:05:03 463:18 | 12:06:59 465:17 | 12:09:19 467:11 |
| 12:02:29 461:23 | 12:05:05 463:19 | 12:07:02 465:18 | 12:09:21 467:12 |
| 12:02:34 461:24 | 12:05:08 463:20 | 12:07:05 465:19 | 12:09:23 467:13 |
| 12:02:35 461:25 | 12:05:11 463:21 | 12:07:08 465:20 | 12:09:24 467:14 |
| 12:02:39 462:1 | 12:05:14 463:22 | 12:07:12 465:21 | 12:09:30 467:15 |
| 12:02:40 462:2 | 12:05:15 463:23,24 | 12:07:15 465:22 | 12:09:32 467:16 |
| 12:02:41 462:3 | 12:05:22 463:25 | 12:07:18 465:23 | 12:09:34 467:17 |
| 12:02:45 462:4 | 12:05:24 464:1 | 12:07:22 465:24 | 12:09:35 467:18,19 |
| 12:02:46 462:5 | 12:05:25 464:2 | 12:07:26 465:25 | 12:09:37 467:20 |
| 12:02:53 462:6 | 12:05:26 464:3,4 | 12:07:28 466:1 | 12:09:38 467:21,22 |
| 12:02:59 462:7 | 12:05:29 464:5 | 12:07:30 466:2 | 12:09:42 467:23 |
| 12:03:01 462:8 | 12:05:31 464:6,7 | 12:07:38 466:3 | 12:09:44 467:24 |
| 12:03:08 462:9 | 12:05:34 464:8 | 12:07:39 466:4 | 12:09:46 467:25 |
| 12:03:10 462:10 | 12:05:37 464:9 | 12:08:00 466:5 | 12:09:48 468:1 |

| | | | |
|---|---|---|---|
| 12:09:50 468:2 | 12:11:42 469:24 | 12:14:19 472:1 | 12:16:31 473:24 |
| 12:09:55 468:3 | 12:11:43 469:25 | 12:14:21 472:2 | 12:16:33 473:25 |
| 12:09:58 468:4 | 12:11:44 470:1 | 12:14:28 472:3 | 12:16:36 474:1 |
| 12:10:00 468:5 | 12:11:46 470:2 | 12:14:30 472:4 | 12:16:39 474:2 |
| 12:10:03 468:6 | 12:11:48 470:3 | 12:14:32 472:5 | 12:16:44 474:3 |
| 12:10:06 468:7 | 12:11:49 470:4,5 | 12:14:34 472:6,7 | 12:16:46 474:4 |
| 12:10:09 468:8 | 12:12:08 470:6 | 12:14:40 472:8 | 12:16:49 474:5 |
| 12:10:10 468:9 | 12:12:13 470:7,8,9 | 12:14:42 472:9 | 12:16:50 474:6 |
| 12:10:14 468:10 | 12:12:41 470:10 | 12:14:46 472:10 | 12:16:53 474:7,8 |
| 12:10:16 468:11 | 12:12:42 470:11 | 12:14:49 472:11 | 12:16:57 474:9 |
| 12:10:18 468:12,13 | 12:12:43 470:12 | 12:14:52 472:12 | 12:16:59 474:10 |
| 12:10:20 468:14 | 12:12:46 470:13 | 12:14:55 472:13 | 12:17:01 474:11 |
| 12:10:23 468:15 | 12:12:51 470:14 | 12:14:56 472:14 | 12:17:07 474:12,13 |
| 12:10:25 468:16 | 12:12:53 470:15,16 | 12:15:00 472:15 | 12:17:14 474:14 |
| 12:10:27 468:17 | 12:12:55 470:17 | 12:15:03 472:16 | 12:17:17 474:15,16 |
| 12:10:29 468:18 | 12:12:58 470:18 | 12:15:05 472:17 | 12:17:20 474:17 |
| 12:10:31 468:19 | 12:13:02 470:19 | 12:15:06 472:18 | 12:17:23 474:18 |
| 12:10:33 468:20 | 12:13:04 470:20 | 12:15:08 472:19,20 | 12:17:28 474:19 |
| 12:10:35 468:21 | 12:13:07 470:21 | 12:15:12 472:21 | 12:17:32 474:20 |
| 12:10:40 468:22 | 12:13:09 470:22 | 12:15:13 472:22 | 12:17:35 474:21 |
| 12:10:42 468:23 | 12:13:11 470:23,24 | 12:15:15 472:23 | 12:17:39 474:22 |
| 12:10:46 468:24 | 12:13:15 470:25 | 12:15:18 472:24 | 12:17:42 474:23 |
| 12:10:49 468:25 469:1,2 | 12:13:16 471:1 | 12:15:23 472:25 | 12:17:44 474:24 |
| | 12:13:19 471:2 | 12:15:26 473:1 | 12:17:47 474:25 |
| 12:10:53 469:3,4 | 12:13:21 471:3,4 | 12:15:31 473:2 | 12:17:48 475:1 |
| 12:10:56 469:5 | 12:13:23 471:5 | 12:15:33 473:3 | 12:17:51 475:2 |
| 12:10:57 469:6 | 12:13:24 471:6 | 12:15:36 473:4 | 12:17:52 475:3 |
| 12:10:59 469:7 | 12:13:27 471:7 | 12:15:40 473:5 | 12:17:54 475:4 |
| 12:11:03 469:8 | 12:13:29 471:8 | 12:15:42 473:6 | 12:17:57 475:5 |
| 12:11:06 469:9 | 12:13:32 471:9 | 12:15:44 473:7 | 12:17:59 475:6 |
| 12:11:07 469:10 | 12:13:35 471:10 | 12:15:47 473:8 | 12:18:02 475:7 |
| 12:11:11 469:11 | 12:13:37 471:11 | 12:15:50 473:9 | 12:18:06 475:8 |
| 12:11:14 469:12 | 12:13:41 471:12 | 12:15:52 473:10 | 12:18:09 475:9 |
| 12:11:16 469:13 | 12:13:43 471:13 | 12:15:57 473:11 | 12:18:12 475:10 |
| 12:11:18 469:14 | 12:13:47 471:14 | 12:15:59 473:12 | 12:18:13 475:11 |
| 12:11:20 469:15 | 12:13:51 471:15 | 12:16:02 473:13,14 | 12:18:17 475:12 |
| 12:11:24 469:16 | 12:13:56 471:16,17 | 12:16:04 473:15 | 12:18:22 475:13 |
| 12:11:26 469:17 | 12:14:01 471:18 | 12:16:06 473:16 | 12:18:28 475:14 |
| 12:11:29 469:18 | 12:14:03 471:19 | 12:16:09 473:17 | 12:18:32 475:15 |
| 12:11:31 469:19 | 12:14:05 471:20 | 12:16:11 473:18,19 | 12:18:33 475:16 |
| 12:11:34 469:20 | 12:14:06 471:21 | 12:16:18 473:20 | 12:18:34 475:17 |
| 12:11:37 469:21 | 12:14:09 471:22 | 12:16:21 473:21 | 12:18:37 475:18 |
| 12:11:39 469:22 | 12:14:13 471:23,24 | 12:16:24 473:22 | 12:18:39 475:19 |
| 12:11:40 469:23 | 12:14:14 471:25 | 12:16:28 473:23 | 12:18:40 475:20 |

Page 62

| | | | |
|---|---|---|---|
| 12:18:42 475:21 | 12:20:52 477:16,17 | 12:22:32 479:13 | 13:14:02 482:1 |
| 12:18:45 475:22 | 12:20:54 477:18 | 12:22:33 479:14,15 | 13:14:06 482:2 |
| 12:18:48 475:23 | 12:20:57 477:19 | 12:22:38 479:16 | 13:14:08 482:3 |
| 12:18:51 475:24 | 12:21:01 477:20 | 12:22:45 479:17 | 13:14:10 482:4 |
| 12:18:53 475:25 | 12:21:05 477:21 | 12:22:54 480:1 | 13:14:11 482:5 |
| 476:1 | 12:21:08 477:22 | 13:12:27 480:2 | 13:14:14 482:6 |
| 12:18:54 476:2 | 12:21:10 477:23 | 13:12:30 480:3,4,5,6 | 13:14:17 482:7 |
| 12:18:55 476:3 | 12:21:11 477:24,25 | 13:12:32 480:7,8 | 13:14:21 482:8 |
| 12:18:56 476:4 | 12:21:13 478:1 | 13:12:33 480:9 | 13:14:23 482:9 |
| 12:18:59 476:5 | 12:21:16 478:2 | 13:12:39 480:10 | 13:14:26 482:10 |
| 12:19:01 476:6 | 12:21:17 478:3 | 13:12:41 480:11 | 13:14:30 482:11 |
| 12:19:04 476:7 | 12:21:19 478:4 | 13:12:42 480:12 | 13:14:32 482:12 |
| 12:19:05 476:8 | 12:21:21 478:5 | 13:12:43 480:13,14 | 13:14:34 482:13 |
| 12:19:13 476:9 | 12:21:23 478:6 | 13:12:45 480:15 | 13:14:36 482:14 |
| 12:19:15 476:10 | 12:21:26 478:7 | 13:12:48 480:16 | 13:14:39 482:15,16 |
| 12:19:16 476:11 | 12:21:28 478:8 | 13:12:49 480:17,18 | 13:14:41 482:17 |
| 12:19:21 476:12 | 12:21:32 478:9 | 13:12:53 480:19 | 13:14:42 482:18 |
| 12:19:24 476:13 | 12:21:36 478:10 | 13:12:55 480:20,21 | 13:14:43 482:19 |
| 12:19:26 476:14 | 12:21:38 478:11 | 13:12:59 480:22 | 13:14:45 482:20 |
| 12:19:30 476:15 | 12:21:40 478:12 | 13:13:01 480:23 | 13:14:46 482:21 |
| 12:19:40 476:16 | 12:21:42 478:13 | 13:13:03 480:24 | 13:14:48 482:22 |
| 12:19:42 476:17 | 12:21:45 478:14 | 13:13:07 480:25 | 13:14:50 482:23 |
| 12:19:44 476:18 | 12:21:48 478:15 | 13:13:09 481:1 | 13:14:53 482:24 |
| 12:19:50 476:19 | 12:21:49 478:16 | 13:13:11 481:2,3 | 13:14:56 482:25 |
| 12:19:57 476:20 | 12:21:54 478:17 | 13:13:16 481:4 | 483:1 |
| 12:19:59 476:21 | 12:21:55 478:18 | 13:13:20 481:5 | 13:15:00 483:2 |
| 12:20:04 476:22 | 12:21:58 478:19 | 13:13:21 481:6 | 13:15:01 483:3 |
| 12:20:05 476:23 | 12:22 479:16 | 13:13:22 481:7 | 13:15:03 483:4 |
| 12:20:07 476:24 | 12:22:01 478:20 | 13:13:25 481:8 | 13:15:05 483:5 |
| 12:20:09 476:25 | 12:22:02 478:21 | 13:13:27 481:9 | 13:15:06 483:6 |
| 12:20:15 477:1 | 12:22:04 478:22 | 13:13:28 481:10 | 13:15:08 483:7 |
| 12:20:18 477:2 | 12:22:06 478:23 | 13:13:30 481:11 | 13:15:11 483:8 |
| 12:20:19 477:3 | 12:22:07 478:24 | 13:13:32 481:12 | 13:15:16 483:9 |
| 12:20:20 477:4 | 12:22:08 478:25 | 13:13:33 481:13,14 | 13:15:18 483:10 |
| 12:20:28 477:5,6 | 12:22:09 479:1 | 13:13:37 481:15 | 13:15:21 483:11 |
| 12:20:31 477:7 | 12:22:13 479:2 | 13:13:39 481:16,17 | 13:15:25 483:12 |
| 12:20:32 477:8 | 12:22:17 479:3 | 13:13:40 481:18 | 13:15:27 483:13 |
| 12:20:33 477:9 | 12:22:20 479:4 | 13:13:46 481:19 | 13:15:28 483:14 |
| 12:20:37 477:10 | 12:22:22 479:5 | 13:13:49 481:20 | 13:15:31 483:15,16 |
| 12:20:39 477:11 | 12:22:24 479:6 | 13:13:50 481:21 | 13:15:36 483:17 |
| 12:20:40 477:12 | 12:22:26 479:7 | 13:13:53 481:22 | 13:15:38 483:18,19 |
| 12:20:41 477:13 | 12:22:27 479:8 | 13:13:56 481:23 | 13:15:41 483:20 |
| 12:20:43 477:14 | 12:22:29 479:9,10 | 13:13:57 481:24 | 13:15:42 483:21 |
| 12:20:49 477:15 | 12:22:30 479:11,12 | 13:14:00 481:25 | 13:15:44 483:22 |

| | | | |
|---|---|---|---|
| 13:15:47 483:23 | 13:18:15 485:19 | 13:21:07 487:19 | 13:23:10 489:15 |
| 13:15:49 483:24 | 13:18:18 485:20 | 13:21:10 487:20 | 13:23:13 489:16 |
| 13:15:53 483:25 | 13:18:22 485:21 | 13:21:13 487:21 | 13:23:15 489:17 |
| 13:15:54 484:1 | 13:18:24 485:22 | 13:21:14 487:22 | 13:23:17 489:18 |
| 13:15:56 484:2 | 13:18:28 485:23 | 13:21:17 487:23 | 13:23:19 489:19 |
| 13:15:58 484:3 | 13:18:31 485:24 | 13:21:22 487:24 | 13:23:21 489:20 |
| 13:16:01 484:4 | 13:18:34 485:25 | 13:21:25 487:25 | 13:23:23 489:21 |
| 13:16:03 484:5 | 13:18:35 486:1 | 13:21:27 488:1 | 13:23:27 489:22 |
| 13:16:04 484:6 | 13:18:39 486:2 | 13:21:28 488:2 | 13:23:31 489:23 |
| 13:16:07 484:7 | 13:18:40 486:3 | 13:21:30 488:3 | 13:23:33 489:24 |
| 13:16:09 484:8 | 13:18:47 486:4 | 13:21:32 488:4 | 13:23:36 489:25 |
| 13:16:14 484:9 | 13:18:50 486:5 | 13:21:35 488:5 | 490:1 |
| 13:16:17 484:10,11 | 13:18:53 486:6 | 13:21:37 488:6 | 13:23:38 490:2 |
| 13:16:19 484:12 | 13:18:55 486:7,8 | 13:21:39 488:7 | 13:23:42 490:3 |
| 13:16:21 484:13 | 13:19:22 486:9,10 | 13:21:41 488:8 | 13:23:44 490:4 |
| 13:16:27 484:14 | 486:11,12,13 | 13:21:48 488:9 | 13:23:48 490:5 |
| 13:16:30 484:15 | 13:19:23 486:14 | 13:21:50 488:10 | 13:23:50 490:6 |
| 13:16:33 484:16 | 13:19:28 486:15 | 13:21:54 488:11 | 13:23:51 490:7 |
| 13:16:36 484:17 | 13:19:33 486:16 | 13:21:55 488:12 | 13:24:10 490:8,9,10 |
| 13:16:40 484:18 | 13:19:35 486:17 | 13:21:58 488:13 | 13:24:11 490:11 |
| 13:16:42 484:19 | 13:19:40 486:18 | 13:22:00 488:14 | 13:24:13 490:12 |
| 13:16:53 484:20 | 13:19:46 486:19,20 | 13:22:01 488:15,16 | 13:24:14 490:13,14 |
| 13:16:55 484:21 | 486:21 | 488:17 | 13:24:18 490:15 |
| 13:16:58 484:22 | 13:19:51 486:22 | 13:22:03 488:18 | 13:24:20 490:16 |
| 13:17:01 484:23 | 13:19:53 486:23 | 13:22:07 488:19 | 13:24:22 490:17 |
| 13:17:02 484:24 | 13:19:56 486:24 | 13:22:10 488:20 | 13:24:24 490:18 |
| 13:17:05 484:25 | 13:20:00 486:25 | 13:22:15 488:21 | 13:24:27 490:19 |
| 13:17:09 485:1 | 13:20:02 487:1 | 13:22:17 488:22 | 13:24:30 490:20 |
| 13:17:22 485:2 | 13:20:06 487:2 | 13:22:19 488:23 | 13:24:32 490:21 |
| 13:17:24 485:3 | 13:20:08 487:3 | 13:22:21 488:24 | 13:24:34 490:22 |
| 13:17:25 485:4 | 13:20:13 487:4 | 13:22:24 488:25 | 13:24:36 490:23 |
| 13:17:28 485:5 | 13:20:15 487:5 | 13:22:28 489:1 | 13:24:38 490:24 |
| 13:17:30 485:6 | 13:20:21 487:6 | 13:22:30 489:2 | 13:24:40 490:25 |
| 13:17:35 485:7,8 | 13:20:26 487:7 | 13:22:33 489:3 | 13:24:41 491:1 |
| 13:17:43 485:9 | 13:20:34 487:8 | 13:22:35 489:4 | 13:24:46 491:2 |
| 13:17:48 485:10 | 13:20:37 487:9,10 | 13:22:36 489:5 | 13:24:48 491:3 |
| 13:17:52 485:11 | 13:20:42 487:11 | 13:22:46 489:6 | 13:24:51 491:4 |
| 13:17:55 485:12 | 13:20:45 487:12 | 13:22:51 489:7 | 13:24:54 491:5,6 |
| 13:17:59 485:13 | 13:20:48 487:13 | 13:22:54 489:8,9 | 13:24:57 491:7,8 |
| 13:18:02 485:14 | 13:20:50 487:14 | 13:22:57 489:10 | 13:25:04 491:9 |
| 13:18:06 485:15 | 13:20:52 487:15 | 13:22:59 489:11 | 13:25:06 491:10 |
| 13:18:08 485:16 | 13:20:54 487:16 | 13:23:01 489:12 | 13:25:08 491:11,12 |
| 13:18:10 485:17 | 13:20:58 487:17 | 13:23:04 489:13 | 13:25:09 491:13 |
| 13:18:12 485:18 | 13:21:02 487:18 | 13:23:07 489:14 | 13:25:10 491:14 |

| | | | |
|---|---|---|---|
| 13:25:14 491:15 | 13:27:51 493:14 | 13:30:18 495:16 | 13:32:48 497:16 |
| 13:25:16 491:16 | 13:27:54 493:15,16 | 13:30:22 495:17 | 13:32:51 497:17 |
| 13:25:22 491:17 | 13:28:01 493:17 | 13:30:28 495:18 | 13:32:55 497:18 |
| 13:25:24 491:18 | 13:28:02 493:18 | 13:30:30 495:19 | 13:32:58 497:19 |
| 13:25:29 491:19 | 13:28:05 493:19 | 13:30:34 495:20 | 13:33:00 497:20 |
| 13:25:31 491:20 | 13:28:06 493:20,21 | 13:30:38 495:21,22 | 13:33:02 497:21 |
| 13:25:35 491:21 | 13:28:08 493:22 | 13:30:41 495:23 | 13:33:03 497:22 |
| 13:25:37 491:22 | 13:28:16 493:23,24 | 13:30:44 495:24,25 | 13:33:06 497:23 |
| 13:25:39 491:23 | 13:28:17 493:25 | 13:30:46 496:1 | 13:33:08 497:24 |
| 13:25:49 491:24 | 13:28:19 494:1 | 13:30:47 496:2 | 13:33:11 497:25 |
| 13:25:51 491:25 | 13:28:21 494:2 | 13:30:49 496:3 | 13:33:13 498:1 |
| 13:25:53 492:1 | 13:28:23 494:3 | 13:30:52 496:4 | 13:33:15 498:2 |
| 13:25:59 492:2 | 13:28:26 494:4 | 13:30:57 496:5 | 13:33:19 498:3 |
| 13:26:03 492:3 | 13:28:29 494:5,6 | 13:31:01 496:6 | 13:33:21 498:4 |
| 13:26:06 492:4 | 13:28:35 494:7 | 13:31:04 496:7 | 13:33:22 498:5 |
| 13:26:09 492:5 | 13:28:36 494:8 | 13:31:07 496:8 | 13:33:26 498:6 |
| 13:26:11 492:6 | 13:28:39 494:9,10 | 13:31:10 496:9 | 13:33:29 498:7,8,9 |
| 13:26:16 492:7 | 13:28:42 494:11 | 13:31:13 496:10 | 13:33:33 498:10 |
| 13:26:19 492:8 | 13:28:45 494:12 | 13:31:15 496:11,12 | 13:33:37 498:11 |
| 13:26:21 492:9 | 13:28:47 494:13 | 13:31:18 496:13 | 13:33:39 498:12 |
| 13:26:24 492:10 | 13:28:50 494:14 | 13:31:23 496:14 | 13:33:40 498:13,14 |
| 13:26:26 492:11 | 13:28:51 494:15 | 13:31:25 496:15,16 | 13:33:41 498:15 |
| 13:26:30 492:12,13 | 13:28:52 494:16 | 13:31:28 496:17,18 | 13:33:42 498:16 |
| 13:26:39 492:14 | 13:28:56 494:17 | 13:31:39 496:19 | 13:33:46 498:17 |
| 13:26:42 492:15 | 13:28:58 494:18 | 13:31:40 496:20 | 13:33:49 498:18,19 |
| 13:26:44 492:16 | 13:29:01 494:19 | 13:31:42 496:21 | 13:33:53 498:20 |
| 13:26:45 492:17 | 13:29:04 494:20 | 13:31:46 496:22 | 13:33:56 498:21 |
| 13:26:49 492:18 | 13:29:07 494:21,22 | 13:31:48 496:23,24 | 13:34:00 498:22 |
| 13:26:55 492:19,20 | 13:29:30 494:23 | 13:31:52 496:25 | 13:34:01 498:23 |
| 13:26:58 492:21 | 13:29:31 494:24,25 | 13:31:53 497:1 | 13:34:10 498:24 |
| 13:27:02 492:22 | 13:29:36 495:1,2 | 13:31:56 497:2 | 13:34:11 498:25 |
| 13:27:04 492:23,24 | 13:29:39 495:3 | 13:31:58 497:3 | 13:34:18 499:1 |
| 13:27:11 492:25 | 13:29:40 495:4 | 13:32:06 497:4 | 13:34:21 499:2 |
| 13:27:13 493:1 | 13:29:41 495:5 | 13:32:08 497:5 | 13:34:26 499:3 |
| 13:27:15 493:2,3 | 13:29:46 495:6 | 13:32:15 497:6 | 13:34:29 499:4 |
| 13:27:17 493:4 | 13:29:48 495:7 | 13:32:19 497:7 | 13:34:31 499:5 |
| 13:27:20 493:5 | 13:29:50 495:8 | 13:32:23 497:8 | 13:34:38 499:6 |
| 13:27:24 493:6 | 13:29:53 495:9 | 13:32:26 497:9 | 13:34:42 499:7 |
| 13:27:29 493:7 | 13:29:55 495:10 | 13:32:29 497:10 | 13:34:45 499:8 |
| 13:27:32 493:8 | 13:29:56 495:11 | 13:32:30 497:11 | 13:34:46 499:9 |
| 13:27:38 493:9 | 13:30:09 495:12 | 13:32:36 497:12 | 13:34:49 499:10 |
| 13:27:41 493:10,11 | 13:30:11 495:13 | 13:32:39 497:13 | 13:34:52 499:11 |
| 13:27:45 493:12 | 13:30:12 495:14 | 13:32:44 497:14 | 13:34:55 499:12 |
| 13:27:49 493:13 | 13:30:15 495:15 | 13:32:46 497:15 | 13:34:57 499:13 |

M. ROSENTHAL

Page 65

| | | | |
|---|---|---|---|
| 13:34:59 499:14 | 13:40:16 501:14 | 13:42:32 503:10 | 13:45:06 505:6 |
| 13:35:00 499:15 | 13:40:20 501:15,16 | 13:42:33 503:11 | 13:45:07 505:7 |
| 13:35:03 499:16 | 13:40:23 501:17 | 13:42:37 503:12 | 13:45:09 505:8,9 |
| 13:35:06 499:17,18 | 13:40:26 501:18,19 | 13:42:40 503:13 | 13:45:17 505:10 |
| 13:35:07 499:19 | 13:40:29 501:20 | 13:42:43 503:14 | 13:45:18 505:11 |
| 13:35:10 499:20,21 | 13:40:31 501:21 | 13:42:45 503:15 | 13:45:21 505:12 |
| 13:35:12 499:22 | 13:40:38 501:22 | 13:42:48 503:16 | 13:45:26 505:13 |
| 13:35:14 499:23 | 13:40:41 501:23 | 13:42:49 503:17 | 13:45:28 505:14 |
| 13:35:17 499:24 | 13:40:42 501:24 | 13:42:56 503:18 | 13:45:29 505:15 |
| 13:35:19 499:25 | 13:40:47 501:25 | 13:42:59 503:19 | 13:45:30 505:16 |
| 13:35:23 500:1 | 13:40:49 502:1 | 13:43:05 503:20 | 13:45:31 505:17 |
| 13:35:25 500:2 | 13:40:51 502:2 | 13:43:08 503:21 | 13:45:35 505:18 |
| 13:35:30 500:3 | 13:40:53 502:3 | 13:43:12 503:22,23 503:24 | 13:45:36 505:19 |
| 13:35:31 500:4 | 13:40:54 502:4 | | 13:45:38 505:20 |
| 13:35:33 500:5 | 13:40:57 502:5 | 13:43:21 503:25 | 13:45:40 505:21 |
| 13:35:34 500:6 | 13:40:58 502:6 | 13:43:25 504:1 | 13:45:42 505:22 |
| 13:35:36 500:7 | 13:41:01 502:7 | 13:43:27 504:2 | 13:45:44 505:23 |
| 13:35:38 500:8 | 13:41:05 502:8 | 13:43:28 504:3 | 13:45:47 505:24,25 |
| 13:35:43 500:9 | 13:41:06 502:9 | 13:43:33 504:4 | 13:45:49 506:1 |
| 13:35:45 500:10 | 13:41:07 502:10 | 13:43:37 504:5 | 13:45:53 506:2 |
| 13:35:48 500:11 | 13:41:10 502:11 | 13:43:39 504:6 | 13:45:55 506:3 |
| 13:38:53 500:12 | 13:41:14 502:12 | 13:43:43 504:7 | 13:45:57 506:4 |
| 13:38:57 500:13 | 13:41:20 502:13 | 13:43:44 504:8 | 13:45:59 506:5,6 |
| 13:39:01 500:14 | 13:41:23 502:14 | 13:43:50 504:9 | 13:46:07 506:7 |
| 13:39:02 500:15,16 | 13:41:25 502:15 | 13:43:53 504:10 | 13:46:10 506:8 |
| 13:39:05 500:17 | 13:41:27 502:16 | 13:43:56 504:11 | 13:46:12 506:9 |
| 13:39:07 500:18 | 13:41:29 502:17 | 13:43:57 504:12 | 13:46:15 506:10 |
| 13:39:10 500:19,20 | 13:41:30 502:18 | 13:44:00 504:13 | 13:46:17 506:11 |
| 13:39:14 500:21 | 13:41:35 502:19 | 13:44:02 504:14 | 13:46:21 506:12 |
| 13:39:31 500:22 | 13:41:40 502:20 | 13:44:07 504:15 | 13:46:23 506:13 |
| 13:39:32 500:23 | 13:41:42 502:21 | 13:44:09 504:16 | 13:46:26 506:14 |
| 13:39:34 500:24 | 13:41:45 502:22 | 13:44:10 504:17 | 13:46:27 506:15 |
| 13:39:35 500:25 | 13:41:49 502:23 | 13:44:13 504:18 | 13:46:28 506:16 |
| 13:39:37 501:1 | 13:41:54 502:24 | 13:44:15 504:19 | 13:46:31 506:17 |
| 13:39:42 501:2 | 13:41:56 502:25 | 13:44:19 504:20 | 13:46:34 506:18 |
| 13:39:44 501:3 | 13:41:57 503:1 | 13:44:23 504:21 | 13:46:37 506:19 |
| 13:39:46 501:4 | 13:42:04 503:2 | 13:44:26 504:22 | 13:46:41 506:20 |
| 13:39:48 501:5,6 | 13:42:07 503:3 | 13:44:28 504:23,24 | 13:46:46 506:21 |
| 13:39:52 501:7 | 13:42:09 503:4 | 13:44:29 504:25 | 13:46:48 506:22 |
| 13:39:54 501:8,9 | 13:42:11 503:5 | 13:44:36 505:1 | 13:46:51 506:23 |
| 13:39:57 501:10 | 13:42:18 503:6 | 13:44:54 505:2 | 13:46:52 506:24 |
| 13:40:04 501:11 | 13:42:20 503:7 | 13:44:56 505:3 | 13:46:59 506:25 |
| 13:40:09 501:12 | 13:42:22 503:8 | 13:44:59 505:4 | 13:47:00 507:1 |
| 13:40:11 501:13 | 13:42:24 503:9 | 13:45:05 505:5 | 13:47:02 507:2 |

M. ROSENTHAL

Page 66

| | | | |
|---|---|---|---|
| 13:47:03 507:3 | 13:49:24 508:23 | 13:51:05 510:20 | 13:53:12 512:16 |
| 13:47:06 507:4 | 13:49:27 508:24 | 13:51:11 510:21 | 13:53:15 512:17 |
| 13:47:10 507:5 | 13:49:29 508:25 | 13:51:14 510:22 | 13:53:17 512:18 |
| 13:47:13 507:6 | 13:49:30 509:1 | 13:51:16 510:23 | 13:53:19 512:19,20 |
| 13:47:16 507:7 | 13:49:31 509:2 | 13:51:17 510:24 | 13:53:22 512:21 |
| 13:47:18 507:8 | 13:49:33 509:3 | 13:51:18 510:25 | 13:53:24 512:22 |
| 13:47:21 507:9 | 13:49:35 509:4 | 13:51:19 511:1 | 13:53:27 512:23 |
| 13:47:24 507:10 | 13:49:37 509:5 | 13:51:21 511:2 | 13:53:28 512:24 |
| 13:47:25 507:11 | 13:49:42 509:6 | 13:51:23 511:3 | 13:53:31 512:25 |
| 13:47:28 507:12 | 13:49:43 509:7 | 13:51:25 511:4 | 13:53:34 513:1 |
| 13:47:31 507:13 | 13:49:45 509:8 | 13:51:27 511:5 | 13:53:36 513:2 |
| 13:47:35 507:14 | 13:49:46 509:9 | 13:51:29 511:6 | 13:53:41 513:3 |
| 13:47:36 507:15 | 13:49:49 509:10 | 13:51:32 511:7 | 13:53:47 513:4 |
| 13:47:39 507:16 | 13:49:52 509:11 | 13:51:34 511:8 | 13:53:49 513:5 |
| 13:47:40 507:17 | 13:49:53 509:12 | 13:51:36 511:9 | 13:53:53 513:6,7,8 |
| 13:47:45 507:18 | 13:49:56 509:13 | 13:51:38 511:10 | 13:53:58 513:9 |
| 13:47:47 507:19 | 13:49:58 509:14 | 13:51:39 511:11 | 13:54:01 513:10 |
| 13:47:53 507:20 | 13:49:59 509:15 | 13:51:43 511:12 | 13:54:04 513:11 |
| 13:47:56 507:21 | 13:50:00 509:16 | 13:51:44 511:13 | 13:54:07 513:12 |
| 13:48:05 507:22 | 13:50:02 509:17 | 13:51:54 511:14 | 13:54:09 513:13,14 |
| 13:48:08 507:23 | 13:50:04 509:18 | 13:51:57 511:15 | 13:54:13 513:15,16 |
| 13:48:14 507:24 | 13:50:07 509:19 | 13:51:59 511:16 | 13:54:17 513:17,18 |
| 13:48:17 507:25 | 13:50:09 509:20 | 13:52:04 511:17 | 13:54:18 513:19 |
| 13:48:18 508:1 | 13:50:11 509:21 | 13:52:07 511:18 | 13:54:19 513:20 |
| 13:48:20 508:2 | 13:50:14 509:22,23 | 13:52:09 511:19 | 13:54:21 513:21 |
| 13:48:24 508:3 | 13:50:17 509:24 | 13:52:11 511:20 | 13:54:26 513:22 |
| 13:48:26 508:4 | 13:50:19 509:25 | 13:52:14 511:21 | 13:54:31 513:23 |
| 13:48:27 508:5 | 13:50:20 510:1 | 13:52:17 511:22 | 13:54:34 513:24 |
| 13:48:30 508:6 | 13:50:24 510:2 | 13:52:19 511:23 | 13:54:39 513:25 |
| 13:48:35 508:7 | 13:50:26 510:3 | 13:52:21 511:24 | 13:54:41 514:1 |
| 13:48:37 508:8 | 13:50:28 510:4 | 13:52:23 511:25 | 13:54:45 514:2 |
| 13:48:42 508:9 | 13:50:29 510:5 | 13:52:27 512:1,2 | 13:54:46 514:3 |
| 13:48:44 508:10 | 13:50:32 510:6 | 13:52:30 512:3,4 | 13:54:47 514:4 |
| 13:48:45 508:11,12 | 13:50:36 510:7 | 13:52:33 512:5 | 13:54:49 514:5,6 |
| 13:48:57 508:13 | 13:50:37 510:8 | 13:52:35 512:6 | 13:55:02 514:7 |
| 13:48:59 508:14 | 13:50:40 510:9 | 13:52:36 512:7 | 13:55:03 514:8 |
| 13:49:01 508:15 | 13:50:41 510:10 | 13:52:41 512:8 | 13:55:05 514:9 |
| 13:49:05 508:16 | 13:50:46 510:11,12 | 13:52:44 512:9 | 13:55:07 514:10,11 |
| 13:49:07 508:17 | 13:50:48 510:13 | 13:52:52 512:10 | 13:55:13 514:12 |
| 13:49:11 508:18 | 13:50:50 510:14,15 | 13:52:57 512:11 | 13:55:16 514:13 |
| 13:49:16 508:19 | 13:50:56 510:16 | 13:53:00 512:12 | 13:55:19 514:14 |
| 13:49:17 508:20 | 13:50:57 510:17 | 13:53:01 512:13 | 13:55:21 514:15 |
| 13:49:19 508:21 | 13:51:01 510:18 | 13:53:08 512:14 | 13:55:24 514:16 |
| 13:49:22 508:22 | 13:51:03 510:19 | 13:53:10 512:15 | 13:55:27 514:17,18 |

| | | | |
|---|---|---|---|
| 13:55:28 514:19 | 13:57:48 516:15 | 13:59:43 518:10 | 14:01:44 520:9 |
| 13:55:39 514:20 | 13:57:51 516:16 | 13:59:48 518:11 | 14:01:46 520:10 |
| 13:55:41 514:21 | 13:57:53 516:17 | 13:59:50 518:12 | 14:01:50 520:11 |
| 13:55:43 514:22 | 13:57:56 516:18 | 13:59:51 518:13 | 14:01:53 520:12 |
| 13:55:45 514:23 | 13:57:57 516:19 | 13:59:54 518:14 | 14:01:56 520:13 |
| 13:55:47 514:24 | 13:57:58 516:20 | 13:59:57 518:15 | 14:01:59 520:14 |
| 13:55:50 514:25 | 13:58:02 516:21 | 138795 545:24 | 14:02:01 520:15 |
| 13:55:51 515:1 | 13:58:05 516:22 | 14:00:00 518:16 | 14:02:03 520:16 |
| 13:55:53 515:2 | 13:58:08 516:23 | 14:00:03 518:17,18 | 14:02:05 520:17 |
| 13:55:55 515:3 | 13:58:10 516:24 | 14:00:04 518:19 | 14:02:09 520:18 |
| 13:56:00 515:4 | 13:58:12 516:25 | 14:00:06 518:20 | 14:02:11 520:19 |
| 13:56:03 515:5 | 517:1 | 14:00:07 518:21 | 14:02:13 520:20 |
| 13:56:05 515:6 | 13:58:13 517:2 | 14:00:08 518:22 | 14:02:15 520:21 |
| 13:56:08 515:7 | 13:58:16 517:3 | 14:00:10 518:23 | 14:02:18 520:22 |
| 13:56:10 515:8 | 13:58:18 517:4 | 14:00:12 518:24,25 | 14:02:21 520:23 |
| 13:56:13 515:9 | 13:58:21 517:5 | 14:00:15 519:1,2 | 14:02:23 520:24 |
| 13:56:15 515:10 | 13:58:23 517:6 | 14:00:18 519:3,4 | 14:02:24 520:25 |
| 13:56:16 515:11 | 13:58:25 517:7 | 14:00:25 519:5 | 14:02:26 521:1 |
| 13:56:23 515:12 | 13:58:28 517:8 | 14:00:37 519:6,7 | 14:02:27 521:2 |
| 13:56:26 515:13 | 13:58:30 517:9 | 14:00:39 519:8 | 14:02:28 521:3 |
| 13:56:29 515:14 | 13:58:32 517:10 | 14:00:42 519:9 | 14:02:29 521:4 |
| 13:56:40 515:15 | 13:58:34 517:11 | 14:00:43 519:10 | 14:02:32 521:5 |
| 13:56:43 515:16 | 13:58:35 517:12 | 14:00:47 519:11 | 14:02:33 521:6 |
| 13:56:45 515:17 | 13:58:38 517:13 | 14:00:49 519:12 | 14:02:36 521:7 |
| 13:56:48 515:18 | 13:58:39 517:14 | 14:00:51 519:13 | 14:02:38 521:8 |
| 13:56:50 515:19 | 13:58:41 517:15 | 14:00:55 519:14 | 14:02:40 521:9 |
| 13:56:53 515:20,21 | 13:58:43 517:16 | 14:00:57 519:15 | 14:02:42 521:10 |
| 13:56:59 515:22 | 13:58:44 517:17,18 | 14:01:00 519:16 | 14:02:45 521:11 |
| 13:57:01 515:23 | 13:58:48 517:19 | 14:01:01 519:17 | 14:02:48 521:12 |
| 13:57:07 515:24 | 13:58:50 517:20 | 14:01:03 519:18 | 14:02:51 521:13 |
| 13:57:12 515:25 | 13:58:53 517:21 | 14:01:06 519:19 | 14:02:54 521:14,15 |
| 13:57:15 516:1 | 13:58:57 517:22 | 14:01:08 519:20,21 | 14:03:01 521:16 |
| 13:57:17 516:2,3 | 13:58:59 517:23 | 14:01:10 519:22 | 14:03:02 521:17 |
| 13:57:21 516:4 | 13:59:00 517:24 | 14:01:14 519:23 | 14:03:18 521:18,19 |
| 13:57:25 516:5 | 13:59:01 517:25 | 14:01:16 519:24 | 14:03:19 521:20 |
| 13:57:29 516:6 | 13:59:14 518:1 | 14:01:18 519:25 | 14:03:29 521:21 |
| 13:57:31 516:7 | 13:59:17 518:2 | 14:01:22 520:1 | 14:03:31 521:22 |
| 13:57:33 516:8 | 13:59:22 518:3 | 14:01:25 520:2 | 14:03:38 521:23 |
| 13:57:35 516:9 | 13:59:24 518:4 | 14:01:30 520:3 | 14:03:42 521:24 |
| 13:57:39 516:10 | 13:59:26 518:5 | 14:01:32 520:4 | 14:03:44 521:25 |
| 13:57:41 516:11 | 13:59:32 518:6 | 14:01:34 520:5 | 14:03:46 522:1 |
| 13:57:44 516:12 | 13:59:34 518:7 | 14:01:37 520:6 | 14:03:48 522:2 |
| 13:57:46 516:13 | 13:59:39 518:8 | 14:01:41 520:7 | 14:03:52 522:3 |
| 13:57:47 516:14 | 13:59:41 518:9 | 14:01:43 520:8 | 14:03:54 522:4 |

Page 68

| | | | |
|---|---|---|---|
| 14:03:58 522:5 | 14:06:16 524:1 | 14:08:07 525:25 | 14:09:53 527:22 |
| 14:04:07 522:6 | 14:06:18 524:2 | 14:08:12 526:1 | 14:09:55 527:23 |
| 14:04:09 522:7 | 14:06:23 524:3 | 14:08:13 526:2 | 14:09:59 527:24 |
| 14:04:12 522:8 | 14:06:25 524:4 | 14:08:14 526:3 | 14:10:01 527:25 |
| 14:04:14 522:9 | 14:06:29 524:5 | 14:08:17 526:4 | 14:10:02 528:1 |
| 14:04:18 522:10 | 14:06:30 524:6 | 14:08:19 526:5 | 14:10:07 528:2 |
| 14:04:19 522:11 | 14:06:32 524:7 | 14:08:21 526:6 | 14:10:13 528:3 |
| 14:04:20 522:12 | 14:06:36 524:8 | 14:08:22 526:7 | 14:10:15 528:4 |
| 14:04:27 522:13 | 14:06:38 524:9 | 14:08:27 526:8 | 14:10:18 528:5 |
| 14:04:30 522:14 | 14:06:40 524:10 | 14:08:31 526:9,10 | 14:10:23 528:6 |
| 14:04:35 522:15,16 | 14:06:41 524:11 | 14:08:34 526:11 | 14:10:26 528:7 |
| 14:04:47 522:17 | 14:06:46 524:12 | 14:08:36 526:12 | 14:10:28 528:8 |
| 14:04:48 522:18 | 14:06:49 524:13 | 14:08:39 526:13,14 | 14:10:31 528:9 |
| 14:04:53 522:19 | 14:06:51 524:14 | 526:15 | 14:10:33 528:10 |
| 14:04:55 522:20,21 | 14:06:53 524:15 | 14:08:40 526:16 | 14:10:35 528:11 |
| 14:04:58 522:22 | 14:06:55 524:16 | 14:08:41 526:17 | 14:10:36 528:12 |
| 14:05:01 522:23 | 14:06:56 524:17 | 14:08:44 526:18 | 14:10:37 528:13 |
| 14:05:03 522:24 | 14:06:58 524:18 | 14:08:48 526:19 | 14:10:40 528:14 |
| 14:05:06 522:25 | 14:07:00 524:19,20 | 14:08:51 526:20 | 14:10:43 528:15 |
| 14:05:09 523:1 | 14:07:03 524:21 | 14:08:53 526:21 | 14:10:45 528:16 |
| 14:05:16 523:2 | 14:07:06 524:22,23 | 14:08:56 526:22 | 14:10:47 528:17 |
| 14:05:18 523:3 | 14:07:08 524:24 | 14:08:59 526:23 | 14:11:03 528:18,19 |
| 14:05:19 523:4 | 14:07:11 524:25 | 14:09:01 526:24 | 528:20 |
| 14:05:22 523:5 | 14:07:16 525:1 | 14:09:03 526:25 | 14:11:09 528:21 |
| 14:05:24 523:6 | 14:07:19 525:2,3 | 14:09:04 527:1 | 14:11:10 528:22 |
| 14:05:26 523:7 | 14:07:21 525:4 | 14:09:10 527:2 | 14:11:21 528:23 |
| 14:05:28 523:8 | 14:07:26 525:5 | 14:09:12 527:3 | 14:11:25 528:24 |
| 14:05:30 523:9 | 14:07:29 525:6 | 14:09:14 527:4 | 14:11:29 528:25 |
| 14:05:31 523:10 | 14:07:31 525:7 | 14:09:18 527:5 | 14:11:32 529:1,2 |
| 14:05:34 523:11 | 14:07:34 525:8 | 14:09:19 527:6 | 14:11:43 529:3 |
| 14:05:36 523:12 | 14:07:37 525:9 | 14:09:21 527:7 | 14:11:45 529:4 |
| 14:05:38 523:13 | 14:07:39 525:10 | 14:09:23 527:8 | 14:11:50 529:5 |
| 14:05:41 523:14 | 14:07:42 525:11 | 14:09:25 527:9 | 14:11:52 529:6 |
| 14:05:42 523:15 | 14:07:44 525:12 | 14:09:26 527:10 | 14:12:02 529:7 |
| 14:05:44 523:16 | 14:07:47 525:13 | 14:09:29 527:11 | 14:12:03 529:8 |
| 14:05:46 523:17 | 14:07:50 525:14 | 14:09:31 527:12 | 14:12:05 529:9 |
| 14:05:48 523:18 | 14:07:52 525:15 | 14:09:33 527:13,14 | 14:12:09 529:10 |
| 14:05:49 523:19 | 14:07:53 525:16 | 14:09:36 527:15 | 14:12:11 529:11 |
| 14:05:56 523:20 | 14:07:55 525:17 | 14:09:37 527:16 | 14:12:15 529:12 |
| 14:05:58 523:21 | 14:07:57 525:18,19 | 14:09:39 527:17 | 14:12:17 529:13 |
| 14:06:02 523:22 | 14:07:59 525:20,21 | 14:09:43 527:18 | 14:12:20 529:14 |
| 14:06:04 523:23 | 14:08:01 525:22 | 14:09:44 527:19 | 14:12:22 529:15 |
| 14:06:09 523:24 | 14:08:03 525:23 | 14:09:46 527:20 | 14:12:23 529:16 |
| 14:06:12 523:25 | 14:08:05 525:24 | 14:09:50 527:21 | 14:12:26 529:17 |

| | | | |
|---|---|---|---|
| 14:12:27 529:18 | 14:15:14 531:13 | 14:17:08 533:8 | 14:18:59 535:4 |
| 14:12:30 529:19 | 14:15:16 531:14 | 14:17:11 533:9,10 | 14:19:01 535:5 |
| 14:12:31 529:20 | 14:15:18 531:15 | 14:17:15 533:11 | 14:19:05 535:6 |
| 14:12:34 529:21 | 14:15:21 531:16 | 14:17:19 533:12 | 14:19:07 535:7,8 |
| 14:12:35 529:22 | 14:15:24 531:17 | 14:17:24 533:13 | 14:19:09 535:9 |
| 14:12:41 529:23 | 14:15:26 531:18 | 14:17:28 533:14 | 14:19:11 535:10 |
| 14:12:43 529:24 | 14:15:34 531:19 | 14:17:34 533:15 | 14:19:13 535:11 |
| 14:12:45 529:25 | 14:15:36 531:20 | 14:17:38 533:16 | 14:19:16 535:12,13 535:14 |
| 14:12:53 530:1 | 14:15:38 531:21 | 14:17:40 533:17 | |
| 14:12:55 530:2 | 14:15:40 531:22 | 14:17:42 533:18 | 14:19:24 535:15 |
| 14:12:57 530:3 | 14:15:42 531:23 | 14:17:43 533:19 | 14:19:25 535:16 |
| 14:12:59 530:4 | 14:15:46 531:24,25 | 14:17:49 533:20 | 14:19:27 535:17 |
| 14:13:03 530:5 | 14:15:47 532:1 | 14:17:51 533:21 | 14:19:28 535:18 |
| 14:13:05 530:6 | 14:15:48 532:2 | 14:17:58 533:22 | 14:19:35 535:19 |
| 14:13:07 530:7 | 14:15:51 532:3 | 14:17:59 533:23 | 14:19:36 535:20 |
| 14:13:10 530:8 | 14:15:52 532:4 | 14:18:00 533:24 | 14:19:38 535:21 |
| 14:13:33 530:9 | 14:15:54 532:5 | 14:18:01 533:25 | 14:19:40 535:22 |
| 14:13:37 530:10 | 14:16:00 532:6 | 14:18:04 534:1 | 14:19:43 535:23 |
| 14:13:40 530:11 | 14:16:01 532:7 | 14:18:08 534:2 | 14:19:47 535:24 |
| 14:13:42 530:12,13 | 14:16:02 532:8 | 14:18:10 534:3 | 14:19:49 535:25 |
| 14:13:43 530:14 | 14:16:04 532:9 | 14:18:12 534:4 | 14:19:51 536:1 |
| 14:13:47 530:15 | 14:16:10 532:10 | 14:18:15 534:5 | 14:19:52 536:2 |
| 14:13:51 530:16 | 14:16:13 532:11 | 14:18:17 534:6 | 14:19:54 536:3 |
| 14:13:54 530:17 | 14:16:14 532:12 | 14:18:22 534:7 | 14:19:55 536:4 |
| 14:13:57 530:18 | 14:16:16 532:13 | 14:18:24 534:8 | 14:19:59 536:5 |
| 14:14:00 530:19 | 14:16:20 532:14 | 14:18:25 534:9 | 14:20:02 536:6 |
| 14:14:03 530:20 | 14:16:22 532:15 | 14:18:28 534:10 | 14:20:04 536:7 |
| 14:14:06 530:21 | 14:16:24 532:16 | 14:18:29 534:11 | 14:20:07 536:8 |
| 14:14:11 530:22 | 14:16:26 532:17 | 14:18:31 534:12,13 | 14:20:09 536:9 |
| 14:14:15 530:23 | 14:16:28 532:18 | 14:18:32 534:14 | 14:20:22 536:10 |
| 14:14:18 530:24 | 14:16:31 532:19 | 14:18:33 534:15 | 14:20:24 536:11 |
| 14:14:21 530:25 | 14:16:35 532:20 | 14:18:35 534:16 | 14:20:26 536:12 |
| 14:14:22 531:1 | 14:16:36 532:21 | 14:18:36 534:17 | 14:20:28 536:13 |
| 14:14:26 531:2 | 14:16:40 532:22 | 14:18:37 534:18 | 14:20:30 536:14 |
| 14:14:28 531:3 | 14:16:44 532:23 | 14:18:39 534:19 | 14:20:34 536:15 |
| 14:14:29 531:4 | 14:16:47 532:24 | 14:18:41 534:20 | 14:20:36 536:16 |
| 14:14:32 531:5 | 14:16:49 532:25 | 14:18:44 534:21 | 14:20:39 536:17 |
| 14:14:35 531:6 | 14:16:51 533:1 | 14:18:46 534:22 | 14:20:41 536:18 |
| 14:14:36 531:7 | 14:16:53 533:2 | 14:18:49 534:23 | 14:20:42 536:19 |
| 14:14:39 531:8 | 14:16:55 533:3 | 14:18:50 534:24 | 14:20:44 536:20 |
| 14:14:43 531:9 | 14:16:57 533:4 | 14:18:53 534:25 | 14:20:45 536:21 |
| 14:14:45 531:10 | 14:16:59 533:5 | 14:18:54 535:1 | 14:20:46 536:22 |
| 14:14:49 531:11 | 14:17:05 533:6 | 14:18:56 535:2 | 14:20:47 536:23 |
| 14:14:53 531:12 | 14:17:06 533:7 | 14:18:58 535:3 | 14:20:49 536:24,25 |

| | | | |
|---|---|---|---|
| 14:20:50 537:1,2 | 14:23:13 538:21 | 14:25:21 540:16 | 14:34:47 542:12 |
| 14:20:53 537:3 | 14:23:15 538:22 | 14:25:23 540:17 | 14:34:49 542:13 |
| 14:20:59 537:4 | 14:23:18 538:23 | 14:25:28 540:18 | 14:34:51 542:14 |
| 14:21:01 537:5 | 14:23:21 538:24 | 14:25:30 540:19 | 14:34:53 542:15 |
| 14:21:04 537:6 | 14:23:25 538:25 | 14:25:32 540:20 | 14:34:54 542:16 |
| 14:21:07 537:7 | 14:23:31 539:1 | 14:25:37 540:21 | 14:34:55 542:17 |
| 14:21:11 537:8 | 14:23:34 539:2 | 14:25:39 540:22 | 14:34:59 542:18 |
| 14:21:14 537:9 | 14:23:37 539:3 | 14:25:41 540:23 | 14:35:04 542:19 |
| 14:21:15 537:10 | 14:23:42 539:4 | 14:25:45 540:24 | 14:35:05 542:20 |
| 14:21:18 537:11 | 14:23:44 539:5 | 14:25:47 540:25 | 14:35:07 542:21 |
| 14:21:21 537:12 | 14:23:46 539:6 | 14:25:49 541:1 | 14:35:08 542:22 |
| 14:21:26 537:13 | 14:23:49 539:7 | 14:25:50 541:2,3 | 14:35:09 542:23 |
| 14:21:28 537:14 | 14:23:50 539:8 | 14:25:54 541:4 | 14:35:14 542:24,25 543:1 |
| 14:21:29 537:15 | 14:23:53 539:9 | 14:25:57 541:5 | 14:35:15 543:2 |
| 14:21:34 537:16 | 14:23:56 539:10 | 14:26:05 541:6 | 14:35:17 543:3 |
| 14:21:38 537:17 | 14:23:58 539:11 | 14:26:07 541:7 | 14:35:18 543:4 |
| 14:21:42 537:18 | 14:24:01 539:12 | 14:26:10 541:8 | 14:35:19 543:5 |
| 14:21:44 537:19 | 14:24:03 539:13 | 14:26:12 541:9 | 14:35:22 543:6,7 |
| 14:21:52 537:20 | 14:24:05 539:14 | 14:26:17 541:10 | 14:35:24 543:8 |
| 14:21:55 537:21 | 14:24:08 539:15 | 14:26:22 541:11 | 14:35:29 543:9 |
| 14:21:56 537:22 | 14:24:11 539:16 | 14:26:24 541:12 | 14:35:32 543:10,11 |
| 14:22:00 537:23 | 14:24:13 539:17 | 14:26:27 541:13 | 14:35:36 543:12 |
| 14:22:02 537:24 | 14:24:15 539:18 | 14:26:29 541:14,15 | 15 315:8,20 391:21 392:1 398:9 |
| 14:22:06 537:25 | 14:24:20 539:19 | 14:26:38 541:16 | 402:22 403:9 |
| 14:22:09 538:1 | 14:24:24 539:20 | 14:26:39 541:17 | 407:21 426:21 |
| 14:22:14 538:2 | 14:24:29 539:21 | 14:26:41 541:18 | 430:14 477:4 |
| 14:22:18 538:3 | 14:24:31 539:22 | 14:26:43 541:19 | 16 315:10 390:21 |
| 14:22:21 538:4 | 14:24:33 539:23 | 14:26:46 541:20 | 410:22 411:1 |
| 14:22:25 538:5 | 14:24:36 539:24 | 14:26:47 541:21 | 448:11 463:3 |
| 14:22:28 538:6 | 14:24:39 539:25 | 14:26:53 541:22 | 160 313:9 316:13 |
| 14:22:30 538:7 | 14:24:41 540:1 | 14:26:56 541:23 | 1629 312:3 |
| 14:22:31 538:8 | 14:24:43 540:2,3 | 14:27:00 541:24 | 17 315:12,20 425:23 426:3 |
| 14:22:34 538:9 | 14:24:47 540:4 | 14:27:01 541:25 | 1990s 414:5 |
| 14:22:36 538:10 | 14:24:50 540:5 | 14:27:02 542:1 | 1994 346:24 |
| 14:22:38 538:11 | 14:24:52 540:6 | 14:27:03 542:2 | 1998 501:6 504:13 |
| 14:22:41 538:12 | 14:24:55 540:7 | 14:27:04 542:3 | |
| 14:22:43 538:13 | 14:24:57 540:8 | 14:27:05 542:4 | **2** |
| 14:22:45 538:14 | 14:25:03 540:9 | 14:34:30 542:5 | 2 374:24 430:6 |
| 14:22:48 538:15 | 14:25:06 540:10 | 14:34:35 542:6 | 474:20 478:13,20 |
| 14:22:49 538:16 | 14:25:09 540:11 | 14:34:38 542:7 | 500:9 509:13 |
| 14:22:52 538:17 | 14:25:11 540:12 | 14:34:39 542:8 | 2:27 542:3 |
| 14:23:00 538:18 | 14:25:12 540:13 | 14:34:41 542:9 | |
| 14:23:03 538:19 | 14:25:18 540:14 | 14:34:43 542:10 | |
| 14:23:09 538:20 | 14:25:19 540:15 | 14:34:45 542:11 | |

| | |
|---|---|
| **2:34** 542:6 | **49** 519:6,7,25 |
| **2:35** 312:25 543:8 543:12 | **5** |
| **20** 426:22 | **5** 426:14 505:3 |
| **2002** 380:12,24 381:5,10 382:25 383:16 385:16,22 | **546** 312:17 544:8 |
| **2005** 315:9 391:23 394:6 | **6** |
| | **617** 313:21 |
| | **62** 411:13,15 |
| **2006** 312:24 313:11 315:13 316:4 392:12 425:25 545:20 | **63** 410:7 411:6,12 411:23 414:9 448:11 452:25 463:3 466:17 |
| **212** 314:8 | **64** 390:22 398:22 |
| **25** 312:24 313:11 | **65** 410:7 411:6,24 414:10 |
| **25th** 316:4 | **68** 496:24 |
| **27b** 528:18 | |
| **27d** 528:20,22 | **7** |
| **3** | **7d** 505:3,6,11,12 |
| **3** 315:9 391:23 430:10 500:9 | **70** 495:19 502:25 505:7,10 |
| **3rd** 394:6 | **71** 495:16 501:4 |
| **30th** 545:19 | **72** 409:17,21 410:12 |
| **312** 312:17 | **73** 409:20 410:4 411:3,20 |
| **315** 315:4 | |
| **33** 519:5 | **8** |
| **34b** 477:2 | **8** 465:6,14 |
| **37** 431:11 434:11 | |
| **38** 440:20 441:13 | **9** |
| **391** 315:8 | **9:03** 312:25 313:12 316:5 |
| **4** | **96** 404:5 |
| **4** 500:13 543:8 | **97** 403:24 |
| **41** 485:1 | |
| **41a** 494:22,25 495:2 501:10 | |
| **410** 315:10 | |
| **425** 315:12 | |
| **43** 412:10,20,24 413:1,23 | |
| **450** 314:6 | |
| **450-4429** 314:8 | |
| **482-3700** 313:21 | |