234

1 AWP, and those are the list prices that end up being
2 the basis for negotiated reimbursement rates in the
3 insurance contract, in the ...
4        MR. POLUBINSKI: Okay. It looks like we
5 have got just a few minutes left on the tape, and
6 this is as good a spot as any to change it, so why
7 don't we do that.
8        THE VIDEOGRAPHER: This is the end of
9 Tape 6. We're off the record at 4:23.
10       (Whereupon, a short recess was
11       taken.)
12       THE VIDEOGRAPHER: This is the beginning
13 of Tape 7. We are back on record at 4:36.
14 BY MR. POLUBINSKI:
15   Q.  All right. Dr. Hartman, you haven't
16 actually attempted to run your model in this case?
17 I think we've probably established that, correct?
18   A.  Correct.
19   Q.  And, in fact, there are large portions of
20 your model or really all of your model that you
21 haven't actually created as such yet; is that
22 correct?
23   A.  Well, the model is just a set of
24 arithmetic calculations. The data to implement the

236

1        And I want to make clear that to the
2 extent that Dr. Hartman supplements his opinions in
3 any way or to the extent that additional material is
4 produced that should have been produced prior to
5 this deposition, that we reserve the right to reopen
6 this.
7        THE WITNESS: Fine. I'm sorry, I thought
8 you wanted to continue to tomorrow. You said today.
9        MR. POLUBINSKI: Let's go off the record.
10       THE VIDEOGRAPHER: Okay. End of the
11 deposition. We're off the record at 4:38.
12       (Whereupon, the deposition was
13       concluded.)
14
15
16
17
18
19
20
21
22
23
24

235

1 numbers that would be in those calculations have yet
2 to be gathered and tabulated.
3   Q.  Okay. That was my next question.
4        And so you therefore don't know at this
5 point precisely what data you'll be able to collect;
6 is that correct?
7   A.  Well, I have no doubt that most of the
8 data that I've identified here I will gather in some
9 form or another since I have been able to in all
10 cases involving the pharmaceutical market to date.
11   Q.  But you haven't done it yet here?
12   A.  That's right.
13   Q.  And so you don't know what categories or
14 subcategories you might not be able to collect in
15 this case?
16   A.  I don't know precisely which single
17 elements may not be available or not or may be
18 available or not.
19       MR. POLUBINSKI: All right. I think
20 you're going to find this to be good news. That's
21 all the questions that I've got at this point for
22 today.
23       THE WITNESS: For today?
24       MR. POLUBINSKI: For today.

237

1 In Re Neurontin
2 04-10981
3
4        I hereby certify that I have read the
5 foregoing transcript of my deposition, given on
6 December 13th, 2006, at the place aforesaid,
7 consisting of pages 1 through 236, inclusive, and I
8 do again subscribe and make oath that the same is a
9 true, correct, and complete transcript of my
10 deposition so given as aforesaid, as it now appears.
11   Please check one:
12   _____ I made no corrections
13   _____ Number of errata sheets submitted
14
   (signed) _____
15       RAYMOND S. HARTMAN
16
   ALSO PRESENT: _____ · · · · _____
17
18
   SUBSCRIBED AND SWORN TO
19 before me this _____ day
   of _____ 2007.
20
21 Notary Public
22
23
24

238

```
1              CORRECTION PAGE
2
3 CASE NAME:   In Re Neurontin
4 DEPOSITION OF:  Raymond S. Hartman
5 DATE TAKEN:  December 13th, 2006
6
7 PAGE    LINE    CHANGE
8 _____   _____   _____
9 _____   _____   _____
10 _____  _____   _____
11 _____  _____   _____
12 _____  _____   _____
13 _____  _____   _____
14 _____  _____   _____
15 _____  _____   _____
16 _____  _____   _____
17 _____  _____   _____
18 _____  _____   _____
19 _____  _____   _____
20 _____  _____   _____
21 _____  _____   _____
22 _____  _____   _____
23 DATE:          _____
24 SIGNATURE:     _____
```

240

```
1 STATE OF ILLINOIS  )
2                    )  SS:
3 COUNTY OF C O O K  )
4        The within and foregoing deposition of the
5 witness, RAYMOND S. HARTMAN, was taken before GREG
6 S. WEILAND, CSR, RMR, CRR, Notary Public, at
7 Suite 3800, One South Dearborn Street, in the City
8 of Chicago, Cook County, Illinois, commencing at
9 9:19 o'clock a.m., on the 13th day of December,
10 2006.
11        The said witness was first duly sworn and
12 was then examined upon oral interrogatories; the
13 questions and answers were taken down in shorthand
14 by the undersigned, acting as stenographer and
15 Notary Public; and the within and foregoing is a
16 true, accurate and complete record of all the
17 questions asked of and answers made by the
18 aforementioned witness at the time and place
19 hereinabove referred to.
20        The signature of the witness was not
21 waived and the deposition was submitted to the
22 deponent as per copy of the attached letter.
23        The undersigned is not interested in the
24 within case, nor of kin or counsel to any of the
```

239

```
1              CORRECTION PAGE
2
3 CASE NAME:   In Re Neurontin
4 DEPOSITION OF:  Raymond S. Hartman
5 DATE TAKEN:  December 13th, 2006
6
7 PAGE    LINE    CHANGE
8 _____   _____   _____
9 _____   _____   _____
10 _____  _____   _____
11 _____  _____   _____
12 _____  _____   _____
13 _____  _____   _____
14 _____  _____   _____
15 _____  _____   _____
16 _____  _____   _____
17 _____  _____   _____
18 _____  _____   _____
19 _____  _____   _____
20 _____  _____   _____
21 _____  _____   _____
22 _____  _____   _____
23 DATE:          _____
24 SIGNATURE:     _____
```

241

```
1 parties.
2        Witness my official signature and seal as
3 Notary Public in and for Cook County, Illinois, on
4 this 14th day of December, 2006.
5
6
  _____
7 GREG S. WEILAND, CSR, RMR, CRR
  License No. 084-003472
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

61 (Pages 238 to 241)

242
```
1              INDEX
2  December 13th, 2006
3  RAYMOND S. HARTMAN
4                           PAGE
5  Examination by Mr. Polubinski ................  5
6
7         DEPOSITION EXHIBITS
8  NUMBER        DESCRIPTION        PAGE
9  Hartman 1  Expert Declaration of Raymond S.      5
10         Hartman in Support of Plaintiffs'
11         Motion for Class Certification, no
12         Bates labels, 41 pages
13 Hartman 2  Letter dated May 26, 2005, Bates      34
14         labeled GMA000002 through 000004
15 Hartman 3  Invoices, Bates labeled GMA000054     37
16         through 000074
17 Hartman 4  Invoices, Bates labeled GMA000289     37
18         through 000292
19 Hartman 5  Subpoena to Raymond S. Hartman,       84
20         6 pages
21 Hartman 6  Amended Class Action Complaint,       91
22         123 pages
23 Hartman 7  Second Amended Class Action           91
24         Complaint, 136 pages
```

243
```
1      DEPOSITION EXHIBITS (CONTINUED)
2  NUMBER        DESCRIPTION        PAGE
3  Hartman 8  Proposed Third Amended Class          91
4         Action Complaint, 160 pages
5  Hartman 9  Expert Declaration of Meredith B.    100
6         Rosenthal in Support of
7         Plaintiffs' Motion for Class
8         Certification, 33 pages
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

62 (Pages 242 to 243)

238

```
 1                      CORRECTION PAGE

 2

 3   CASE NAME:        In Re Neurontin

 4   DEPOSITION OF:    Raymond S. Hartman

 5   DATE TAKEN:       December 13th, 2006

 6

 7   PAGE        LINE        CHANGE

 8   ____        ____        _____

 9   ____        ____        _____

10   ____        ____        _____

11   ____        ____        _____

12   ____        ____        _____

13   ____        ____        _____

14   ____        ____        _____

15   ____        ____        _____

16   ____        ____        _____

17   ____        ____        _____

18   ____        ____        _____

19   ____        ____        _____

20   ____        ____        _____

21   ____        ____        _____

22   ____        ____        _____

23   DATE:                   _____

24   SIGNATURE:              _____
```

239

```
1                       CORRECTION PAGE

2

3    CASE NAME:      In Re Neurontin

4    DEPOSITION OF:  Raymond S. Hartman

5    DATE TAKEN:     December 13th, 2006

6

7    PAGE        LINE        CHANGE

8    _____      _____      _____

9    _____      _____      _____

10   _____      _____      _____

11   _____      _____      _____

12   _____      _____      _____

13   _____      _____      _____

14   _____      _____      _____

15   _____      _____      _____

16   _____      _____      _____

17   _____      _____      _____

18   _____      _____      _____

19   _____      _____      _____

20   _____      _____      _____

21   _____      _____      _____

22   _____      _____      _____

23   DATE:                   _____

24   SIGNATURE:              _____
```

## A

**ability** 177:5 232:7
**able** 69:4 105:5
    133:21 136:15
    157:7,8,8 159:15
    166:10,13 167:16
    169:12,13 177:17
    182:14,15,18 183:8
    190:9 211:6 219:20
    232:18 235:5,9,14
**absence** 123:21
    127:10 128:3 189:3
**absent** 50:17 122:19
    123:2,3 189:9,14
**Absolutely** 92:9
**abstract** 123:15
    124:24
**academic** 30:2,3,17
**accepted** 12:7
**accommodate** 188:14
**accompanying**
    155:12
**account** 108:23 109:6
    137:13,18,24 193:7
    224:16 228:10
**accounting** 62:21
**accurate** 7:2 8:22,23
    60:21 146:21
    161:18 183:17,18
    187:17,23,23 188:4
    188:4,19,22 190:6
    198:13 224:5
    240:16
**acquired** 66:11 71:2
**act** 20:4
**acting** 197:16 240:14
**action** 11:23 21:2
    90:19 91:16,24
    92:14 93:4,16 98:6
    146:19 153:10
    242:21,23 243:4
**actionable** 204:6
    205:10,16 208:24
    209:4,21,22 210:14
    211:1 214:16,16
**actions** 1:12 103:15
**active** 30:15 165:7
**actively** 30:23 31:12

**activities** 43:10 49:18
    50:14 61:9 96:6
    97:3 101:14 122:23
    122:24 123:2,4
    153:24 154:21
    202:5,13 203:2
    207:18 212:5
**activity** 35:13 66:18
    117:23 123:24
    124:4,9 126:10
    206:6 209:12
    211:23 212:1
**actual** 10:17,18 14:13
    18:12 107:6 122:22
    125:18 126:12,18
    128:9,18,19,21
    135:1 171:17
**ad** 187:5
**add** 9:3
**addition** 30:11 136:2
    145:3
**additional** 120:9
    220:9 230:1 236:3
**address** 5:14 111:3,4
    143:14 185:12
**addressed** 103:23
    132:24 146:8
**addressing** 53:20
    72:10 103:12
**add-on** 135:11
**adjunct** 42:8
**adjunctive** 151:16
    153:15 205:13
**administer** 130:9
**administration** 147:2
**administrator** 130:9
    131:11,23 132:2
    197:19
**administrators** 131:4
    131:15
**adults** 153:16
**adverse** 53:2,2
**advice** 42:12
**advisor** 132:4
**affairs** 110:10
**affect** 101:11
**affidavit** 202:21
**affiliated** 33:24
**affiliates** 30:2,3,17

**31:**22 44:9,16,19
    61:24 87:10
**affiliate's** 31:2
**aforementioned**
    240:18
**aforesaid** 237:6,10
**afternoon** 221:18
**after-the-fact** 18:10
**agency** 17:8
**aggregate** 19:7 102:2
    103:10 104:5,18
    105:9,14 106:6
    112:16,16,22
    137:18 138:4,5,6,18
    143:21 146:19,21
    150:6 152:5 157:9
    161:2 168:17 194:5
    201:8 204:15 209:3
    209:5,16 210:11
**aggregation** 150:11
    150:16,19 152:9
    155:9
**aggregations** 157:1
**ago** 9:21 19:2 114:17
    170:8
**agree** 6:9 111:6
    123:17 130:17,21
    145:9 175:10
    196:22
**agreed** 147:14
**agreement** 34:21
    35:15
**agreements** 50:8
**ahead** 95:12 159:8
    168:19 201:20
**AIJT** 194:11
**aimed** 26:12
**al** 42:14
**allegations** 22:19
    93:3,15 94:10,11,17
    94:20,24 95:5 97:23
    98:4,5 101:10
    152:22 207:8
**alleged** 10:21 48:12
    48:14 51:5 90:9
    95:15,22 96:20
    97:14 122:20,23
    123:22 127:10
    128:4 153:8,23

**206:**4
**allegedly** 48:9 49:9
    49:24 95:9 107:2
    117:13 154:20
    200:2 206:12
    209:12 214:6,16
**allocable** 144:2
**allocate** 192:14
**allocated** 146:23
**allocation** 104:17
    105:10 106:19
**allow** 142:8 144:7,11
    150:10,24 151:8,13
    151:17,20 158:11
    167:8 169:1 170:20
    171:14 176:21
    178:22 180:17
    182:21 183:17
    184:22 190:5
    191:12 192:20
    200:14,16 201:14
    219:17 230:11,12
**allowable** 232:5
**allowance** 110:3
**alternative** 111:17
    112:20 113:15,16
    114:16,18,23 115:5
    115:11,15 116:2,8
    116:14
**Ambulatory** 68:18
**amend** 83:22
**amended** 90:18 91:15
    91:16,24 92:14
    93:16 98:6 153:10
    242:21,23 243:3
**amount** 20:19,23
    21:17 30:7 31:8
    33:6,8 44:17 63:10
    101:13 104:12
    106:2,24 107:13,18
    107:22 108:5,8
    110:3 117:2 118:17
    119:8 132:15 136:2
    136:12 139:18
    140:7 141:12
    143:15 145:9,21
    146:12 148:3
    149:18 164:16
    177:1,3,7,7 184:18

184:20 193:6
196:24 207:21
209:11 211:5,7
215:4 225:13 226:4
226:12,19 227:2,3
227:12 228:2,17,20
233:3
**amounts** 107:7
113:20 142:3 149:5
157:4 164:18
166:19 184:23
195:16 197:22,23
198:4 210:24
215:15 219:8 222:8
225:21 227:21
**analogous** 9:13
**analogy** 179:1
**analyses** 27:1,1 52:8
67:16 69:7 70:7
103:2 112:16 141:7
173:18 222:24
**analysis** 16:4,5 18:11
26:24,24 51:10
53:20 55:1,2 57:20
57:21 61:18,20
62:10 63:22 64:18
64:18 66:16 67:11
81:9 93:10 99:16
101:21 102:6
103:14 105:23
106:6 107:11
109:17,24 110:8
112:17 115:2
116:17 118:1,3
121:11 128:14
146:15 152:12
159:16 168:8
170:23 171:6,22
172:19,22,22
173:12,22 180:13
182:16,17,21 183:5
184:15 191:15
192:2,6 193:10
201:24 203:1
207:11,13,15,16
208:9,22 209:1
210:8 211:18,21
213:20 214:2,18
218:3 219:14 222:1

224:3 227:1
**analytic** 112:21
**analyze** 112:8,11,22
125:11
**analyzed** 49:23 51:19
52:7 66:12 112:13
219:7 220:22
221:17
**analyzing** 10:16 51:8
101:12 136:23
154:23
**ANDA** 52:1,10
**ANDAs** 52:4
**Andrew** 56:21 63:21
88:1
**and/or** 115:23 158:24
162:2
**Ann** 47:7
**annually** 151:23
**answer** 41:20 43:23
44:2 50:22 51:2
69:17 70:24 95:3
106:17 125:3
143:24 170:4 174:6
188:2 210:1,2 215:3
221:10
**answered** 42:21
217:4
**answering** 106:14
**answers** 65:4,5 66:10
92:4 121:13 184:10
193:12 240:13,17
**anticipate** 11:2 157:4
160:22 164:9,23
165:12,23 168:7,12
168:20 183:22
193:14,15 224:2
**anticompetitive** 48:9
50:11
**anticonvulsants**
154:15
**anticonvulsive**
207:19
**antipsychotic** 163:7
208:12
**antisubstitution**
14:22
**antitrust** 47:7,21,21
48:1 50:5,7 51:18

124:1 125:13,14
141:24 143:18
189:22
**anxiety** 215:5
**anybody** 78:16
**anymore** 43:17
**appealed** 124:13
**appear** 85:11 153:17
169:19
**appearance** 96:11
**appeared** 77:17
**appears** 37:21,22
60:15,19 74:1 91:21
150:18 237:10
**applicable** 111:8
115:12 116:7 136:4
**application** 96:23
136:22
**applications** 140:19
**applied** 12:23
**apply** 102:3
**applying** 229:18
**approach** 196:23
**approaches** 101:8,17
161:2
**appropriate** 104:12
105:6,19 106:11,23
107:19 126:2
174:15 217:13
220:17 224:4 225:7
**appropriately** 198:15
**approval** 51:23 52:1
52:3,9,16,18 154:2
154:8
**approved** 52:2,3
154:1,3
**approximate** 182:21
**approximately** 24:15
27:7,8 123:20 127:9
128:2 129:9
**approximating**
213:12
**approximation**
182:22,24 223:23
**April** 60:11 61:23
**area** 26:14 46:12
168:2
**areas** 26:13 202:14
**aren't** 169:5 181:16

**arguments** 47:18
**arisen** 10:12,20
**arises** 29:9 146:5
**arithmetic** 234:24
**Arnold** 42:17
**arose** 50:10
**arrangements** 135:16
136:10 145:5
147:16
**arrive** 101:23
**Arthur** 43:14
**article** 113:15
**Asia** 26:9
**aside** 17:14 52:11,14
56:8 94:3 148:24
154:6 159:13
175:10 221:22
**asked** 7:8,11 14:16
26:8 29:6 35:10
43:18 64:3 80:7
90:8 97:5,6,20
98:17 102:13,14
103:18 104:15,16
104:17 105:8,13,14
105:22 106:20
108:16,22 112:4,8
112:10 113:7 115:1
126:20 128:14,21
139:15 168:16,18
173:1,12 182:19
183:2 188:7 203:15
203:16 218:2
240:17
**asking** 15:4 106:14
112:18 114:2
117:18 123:15,15
126:18 128:6
142:12 159:14
210:8
**asks** 62:5
**aspect** 47:17
**aspects** 94:23 109:18
183:11
**ASPs** 156:21 169:4
169:10,12,18
170:24 171:6,14,14
**assemble** 179:6
**assertions** 75:21
76:15

asserts 129:15
assess 233:6
assessing 102:14
assessment 233:10
assign 203:21 215:10
  215:22
assigning 160:23
  214:7
assignment 51:4
  102:9
assignments 41:12
  46:20 215:15
associate 13:17
associated 30:18
Associates 23:19,21
  25:23
association 4:2
assume 6:24 7:1 8:21
  13:4 16:15,23 19:10
  20:5 21:18 25:22,24
  33:1 34:11,13 35:6
  35:8,11 38:11 44:2
  59:16 64:19 65:11
  66:17 70:2 75:13
  87:19 89:10,11 90:9
  91:22 95:3 97:5,6
  98:11 99:18 102:22
  103:13 106:4,23
  107:19 111:14
  112:4 116:12
  117:12 126:21
  129:12 139:21
  158:18 159:14
  172:13 173:1
  175:20 205:24
  210:9 218:13 227:6
assumed 90:23
  143:23
assumes 107:12
  108:13 109:12
assuming 27:22
  28:23 76:1 99:24
  118:22 157:3 176:3
  203:23 204:8,16,19
  213:17 215:6
assumption 64:13
  108:15 109:3 154:6
  172:18 204:2 205:6
assumptions 105:2

115:2 183:13 213:8
asterisk 62:13 73:18
asterisked 62:22
astronomical 57:22
attached 88:5 240:22
Attachment 8:4,6
  68:3
attachments 6:6
attempted 234:16
attended 12:21,22
attention 21:4 22:4,6
attorney 40:8 41:19
attorneys 4:11
attributable 200:1,2
  200:5 204:11,12
  207:22,22,23
  208:23
attributes 49:10 50:2
  214:15
Audit 56:23 157:11
  157:18 158:20
  181:8 182:5
August 6:20 34:12
  35:24 71:11,16,18
  173:8
Augustine 56:20
  63:21 88:1
Austin 40:7
Authority 9:14 10:3
available 70:17 80:8
  143:20 152:7
  173:20 187:1
  189:10 190:5
  217:19 219:16
  235:17,18
Avenue 2:13
average 113:3 137:19
  138:7,11,13,17
  140:22 155:20
  164:22 169:4
  177:10,12 185:2
  191:9,10,13 194:1
  194:10 196:4 198:3
  198:3,13,16 219:8
  228:5
averages 137:2,18
  138:11 141:23
  157:1 185:15 198:1
award 39:7 109:1

224:24
aware 20:5 22:8 23:4
  23:6 35:16 38:7
  44:6 45:2 55:9
  82:23 83:18,21 85:7
  93:1,2,7,12,14
  112:11 131:8
AWP 9:8,19 10:23
  41:13 47:12 80:24
  132:21 133:22,23
  135:8,9,9 169:14,16
  177:19 187:14
  191:4,8,9,12,16
  196:1 233:23 234:1
AWPs 71:3 165:21
  169:12 177:16
  187:12,13
AWP/WAC 174:24
  190:16
a.m 1:22 4:6 240:9

**B**
B 68:3 133:8 158:19
  180:7 243:5
back 9:24 12:8 13:10
  33:15 45:21 46:24
  49:5 50:23 53:4
  57:7,10,12,12 58:3
  60:4 67:3 69:13
  70:22 82:13 84:1
  91:9 111:20 122:10
  129:6 134:24 160:8
  173:17,18 174:3
  183:20 184:8 193:5
  199:5 203:12
  204:22 213:19
  221:1 222:15
  232:22 234:13
background 12:2
backup 62:5
backward 173:21
backwards 174:18
BACON 3:2
balancing 20:3
Bank 26:5
banking 12:12,13
banter 221:18
base 26:17 114:4
based 30:6 32:10

64:12,13,15,16 81:3
  107:6 109:23,23
  118:4,9 124:21
  147:12 149:11
  155:8 168:1 208:24
  219:20 229:17
baseline 205:19
basic 149:24
basis 27:13 29:19
  38:23 49:24 102:20
  130:12 140:23
  141:18 165:17
  234:2
bat 167:4
batches 37:18
Bates 242:12,13,15
  242:17
Bechtel 56:21 63:21
  88:1
becoming 138:23
beginning 17:17
  45:20 82:12 122:9
  153:13 160:7
  173:10 174:3,12
  199:4 234:12
begins 85:19
begun 53:11
behalf 2:9,20 3:8
  77:8
behavior 48:9 50:11
  112:17 206:4,14,15
  207:5,19 214:16,17
believe 55:13,16
  114:6 116:13 163:1
  179:7 188:23
beneficiaries 139:19
benefit 16:19,22
  21:10,11 130:6
benefits 130:10,12
  132:4,10 133:3
  219:24 223:8,21
Berman 2:2 4:22
  35:3 36:5 39:24
  41:4,6,10,10,13
  65:9,12
best 16:10,14 49:21
  53:10 113:23 175:8
better 123:10 128:16
  134:10

**beyond** 15:3 57:19
   59:4 81:17 117:24
   154:2
**big** 206:22
**bigger** 230:13
**hill** 227:14
**billed** 31:8 37:22
**bit** 70:24 93:24
   134:10 149:17
   174:18 176:3
   179:14 221:17
   230:7
**black** 193:10 196:22
**blocks** 178:20,21
   179:1,3,6
**blood** 190:1
**Blue** 148:9,13,23
   149:1
**bonus** 28:8,11,12
**Book** 56:16 68:19
   189:9 233:1
**books** 194:14
**Boston** 42:2,5
**bottom** 37:14
**bought** 11:14
**Boulevard** 3:3
**box** 193:10 196:23
**Boy** 73:18
**brand** 17:19 46:22
   176:23
**branded** 135:7
**breach** 10:7,12,21
   50:5
**break** 45:10,11 122:1
   129:1 150:22,23
   160:1 191:1 198:22
   201:1 218:21 223:3
   228:19 230:18
**breakdown** 166:20
**breaking** 141:8
   230:23
**breakout** 157:22
   166:21 181:10
   227:9
**breakouts** 228:18
**breaks** 151:6,19
   192:23 218:23
   229:23
**brief** 29:3 84:7

129:14
**brings** 132:23
**broadly** 96:19
**broken** 199:9
**brought** 41:19
**Brown** 40:10,11,13
   40:23
**bucket** 195:8 196:5,5
   203:8
**buckets** 152:2 195:7
   195:7,9,11 201:9
   228:8 230:23
**bucks** 193:4,5
**building** 178:20,21
   179:1,3,6
**built** 183:3
**bullet** 41:3 142:20
   158:19 162:13,17
   171:14,15 186:4
   192:9 222:16
**bullets** 174:24
**bunch** 197:20
**bundle** 132:24
**business** 5:14
**Buspirone** 47:7
**buttress** 183:5
   196:18
**but-for** 10:18,18
   121:8,10,11 122:12
   122:14,17,22
   123:19 124:2,7,22
   125:6,11,18 126:13
   126:17,22 127:2
   128:17,18,21
**b-u-t** 121:16
**b-u-t-t** 121:18

---
**C**

C 240:3
**Cabreser** 40:16,17
**calculate** 99:8 100:3
   101:4 104:5,18
   105:9,14 117:16
   125:14,15 127:2
   137:17 138:18
   150:1 169:2 174:7
   175:2,13 180:17
   184:22 196:9 214:4
   214:21

**calculated** 100:20
   107:24 108:7
   109:23 122:14,16
   124:21 126:12
   205:17
**calculates** 101:2
   109:16
**calculating** 10:18
   51:17 101:7,13
   107:6 123:18
   146:21 154:23
   164:6 168:13,17
   188:20 190:22
   195:2 204:17 214:5
**calculation** 117:21
   169:6 187:22 188:3
   190:6 218:15 224:5
**calculations** 109:22
   117:1 150:6 160:24
   169:22 170:1 215:9
   234:24 235:1
**calculator** 197:10
**calibrate** 187:17
**California** 13:16
**call** 16:21 54:16
   66:24 84:9 169:3
   224:8
**called** 43:15 94:12
**Cambridge** 2:5 5:17
**camera** 4:3
**cancelled** 87:19,22
**can't** 29:3 55:4 62:8
   63:2 67:15 72:14,19
   78:7 80:7 82:1
   137:11 167:3,19
   179:22,23 189:13
   190:6 196:20
   206:19 213:21
**capacity** 17:4,9 25:12
   66:16
**CapAnalysis** 28:19
**capitated** 130:12
**captioned** 4:8 91:15
**care** 68:18 227:16
**carving** 229:13
**case** 4:8 5:18 9:8,9,10
   9:14,15 10:23 11:9
   15:8 20:6,16,19,24
   29:6 30:13 33:3,11

33:12 34:5,10 35:3
   35:17,21,22 38:23
   39:3,20 40:1 41:13
   49:22,24 50:3,19
   52:23 56:5 57:15,16
   58:9,12,16,18 61:19
   63:23 65:2 69:11
   70:4,5 71:14 76:14
   77:8 78:2,13,17,21
   79:1,18,22 80:18
   81:7,13,16,22 82:24
   83:5 85:8 86:11
   89:14,18,24 90:20
   91:20 93:3,9 99:1
   105:19 115:17
   117:14 118:16
   119:16 120:15
   123:3,16 124:1
   125:22 127:4,4
   134:7,11 135:15
   138:23 141:1 142:2
   143:7,8,9 147:24
   149:14 152:24
   153:5 154:10
   161:10 163:2,11
   166:3 174:2 179:20
   179:22 180:15
   181:2 188:17,23,24
   189:22 193:9 195:4
   207:9 213:11
   214:22 217:22,23
   218:2 223:14 224:3
   234:16 235:15
   238:3 239:3 240:24
**cases** 6:10 9:2,13,16
   10:3,15,15 15:24
   21:6,8 29:15 32:7
   36:22 40:1,2,16
   41:4 42:10 46:6
   47:20 48:4 49:7
   50:7,19 53:1 57:24
   58:13 64:22 80:21
   80:23 115:21 116:2
   116:8,16 125:24
   131:1,22 132:3,6
   141:24 143:18
   145:1 146:6 147:24
   152:21 168:1
   173:23,24 176:2

180:5,16 187:20
189:19 219:1,14
223:3 233:24
235:10
**cash** 115:23 151:2
175:4,15 181:11
216:4 218:22
225:11,12 227:21
228:15,16,20
229:24 230:9
**catch** 126:8
**categories** 201:13,16
201:24 202:17
203:3 235:13
**category** 50:4 189:3
190.14 202:9
**cause** 189:14 209:11
224:18
**caused** 97:23 103:16
117:12 204:6
205:10 206:11
210:14
**CDC** 217:15,18
**cell** 197:1,1,6 198:8
**Center** 217:18
**cents** 133:4
**cephalosporins**
113:12,16
**certain** 26:24 36:22
75:21 76:14 84:10
94:13,15,20,21 97:5
110:3 123:4 141:9
141:10 154:17
169:17 177:19
182:19 183:11
206:2 212:4 219:20
220:1
**certainly** 14:19 15:22
18:4 32:7 42:14
43:19 48:10,15
51:24 53:12 54:9
60:14 61:2,2 68:14
69:8,12 70:13 75:15
86:17 91:21 94:11
108:8 111:11
114:18,22 123:24
140:13,14 143:8,9
144:24 156:19,22
164:13,17 170:24

184:17 188:17
194:3 202:3 206:13
211:10 213:1
218:19 230:20
232:5 233:19
**certification** 5:20
7:12 46:6 47:6 49:8
52:24 53:3 84:5
129:15 145:2
242:11 243:8
**certified** 218:3,6
229:4
**certify** 237:4
**cetera** 108:3
**chain** 171:2
**chaired** 42:3
**champion** 22:5
**champions** 94:12,13
**Champus** 219:16
**chance** 92:8 189:17
**change** 45:9 82:7
134:23 160:1
198:20 234:6 238:7
239:7
**changed** 36:24 54:20
101:10 131:1
134:17 139:10
140:8
**changes** 56:22 182:6
230:16
**characterization**
140:15
**characterize** 65:16
138:17
**characterized** 96:21
135:18 137:1
211:23 212:2,6
**characterizes** 177:19
**charge** 30:13 149:4
**charged** 145:20
**Charles** 42:18 62:1,1
**chatted** 76:21
**check** 9:24 32:23
33:19 57:11 166:24
167:8,18 169:16
177:16 217:3
237:11
**checking** 59:3
**checklist** 133:2

**chemical** 165:8
**Chicago** 1:21 4:5 5:3
240:8
**children's** 153:17
**Chren** 202:24
**chronic** 18:22 19:14
151:15 202:7
203:21,23 208:11
211:2
**chronological** 37:13
**Cipro** 41:4
**ciprofloxacin** 47:8
**circumstances**
112:20 114:10
**citation** 91:5
**cite** 171:5,7
**cited** 90:23 177:22
202:20
**citing** 91:7
**City** 1:20 3:4 240:7
**Civil** 1:18
**claim** 93:6 133:4
143:2 177:6 183:5
226:2
**claims** 17:23 18:1,2
18:13,14 47:22 48:2
48:2,7,8 51:5,6,7,17
52:8,9 130:8 131:23
132:2 136:24
141:12,19,20 142:6
142:16 147:2
176:21 186:10
196:15 197:14,20
**claim-by-claim**
142:21
**clarification** 14:17
121:20
**clarify** 69:16 210:3
**clarifying** 11:21
**Clark** 76:6,13 77:8
98:10
**class** 2:9 5:19 7:12
11:9,15,18,19,22
21:2 39:8,11,12,14
46:6 47:6,9,10,11
47:11,12 49:8 52:23
53:2 81:15 84:5
90:18 91:16,24
92:14 93:4,16 98:6

98:20 102:23 103:8
104:7,19 105:11
106:24 107:1,8,12
109:5,9 111:7
114:14 115:12,18
115:18 116:1 117:2
129:15 130:23
131:5 134:9,13,18
138:20 139:12
144:10 145:2
146:19 151:1
153:10,13 163:14
167:5 168:17
171:17 173:2,7
174:3 181:10
186.20 195.15,15
218:3,5 220:4,5
223:11 228:11
230:6,19 231:5
242:11,21,23 243:3
243:7
**classes** 53:2 229:4
230:20
**classification** 200:18
**classify** 200:17
**class-wide** 39:6 49:24
97:22 99:10 102:20
103:2 104:18,22
105:14 168:16
**clear** 70:17 76:20
91:10 170:22
187:22 222:4 236:1
**clearer** 53:21
**clearly** 46:11 47:2
75:4 128:7 155:4
222:12
**client** 18:6 32:20
52:23 62:5 144:9
223:2
**clients** 31:1 43:16
53:15,17
**clogged** 57:13
**close** 53:13 55:22
56:1 149:19 228:7
**closely** 208:14
**CMS** 17:8
**Cockburne** 113:13
**code** 152:14 200:14
201:22 214:8

**codes** 94:21 155:5,8
200:15 201:9,12,13
203:6,8
**coinsurance** 140:14
141:15,21
**colleagues** 40:4 42:4
**collect** 189:17 235:5
235:14
**collected** 219:13
223:14
**collection** 70:3
**college** 12:2
**collegial** 178:6
**column** 63:10 133:7,8
**combination** 174:23
**combinations** 166:8
**come** 10:19 32:10
49:5 52:2 77:15
128:17,18,19 137:7
137:19 178:23
180:1 190:5 191:12
193:11 195:19
196:11 198:16
202:16 208:8,20
213:18 228:5
**comes** 53:13 130:1
211:3
**coming** 26:18 144:1
144:13 178:13
194:20,22 196:11
201:7 229:16
**commence** 212:15
**commencing** 1:21
240:8
**commented** 75:17
**comments** 31:3 75:14
75:20 76:23
**commercial** 26:22
**commissions** 26:17
**commodity** 165:20
**common** 139:4
157:24 233:22
**communicate** 56:9
79:5
**communicated** 56:13
57:4 77:24 78:8,12
78:16,20,23 81:15
**communication** 79:9
**communications**

88:22 89:1
**companies** 16:8,9
43:20 44:18 130:5
**company** 24:22 43:8
44:4,8 45:3 130:7
**compare** 128:17
**compelling** 193:21
**compensated** 27:11
27:13,23 28:1,4
29:14,16 147:18
**compensation** 27:18
28:3,5 30:5
**compensatory**
124:15
**competing** 48:17
**competition** 14:20,21
**competitive** 27:1
**complaint** 15:7 49:15
83:19,22 90:8,17,19
90:19 91:5,16,18,24
92:14 93:4 94:5,10
96:22 97:15 98:6
101:15 130:2 153:9
153:10 154:16
173:1 202:12 203:5
212:6 242:21,24
243:4
**complaints** 93:17
**complete** 10:24 70:16
179:8 195:24
196:19 229:21
237:9 240:16
**completeness** 31:6
**complicated** 159:6
**computer** 57:12 59:7
88:7 197:10 198:7
**computerize** 143:4
**concept** 195:10
**concepts** 127:6,24
**concerned** 210:4
**conclude** 211:13
**concluded** 236:13
**conclusions** 183:16
189:21
**condition** 18:21,22
114:20
**conditions** 213:1
**conduct** 90:10 95:16
95:23 97:14 117:13

127:11 204:6,12,12
205:10 206:12,14
207:11 208:24
209:4 210:14
214:16 222:1 227:1
**confidence** 183:12
196:13
**confirm** 92:24 94:16
**confirming** 169:17
**confirms** 194:16
**conflict** 44:23
**connected** 28:20
30:24 156:12
**connection** 38:10
39:2 70:3 84:4 86:9
91:19 131:5
**consent** 153:15
**conservative** 182:24
183:12,19
**consider** 69:9 102:23
103:1,7
**considerable** 44:17
**considerably** 125:16
127:4
**considered** 69:12
93:8 167:6
**consistent** 225:18
**consisting** 237:7
**consonance** 207:6
**consort** 213:7
**conspiracies** 50:7
**conspiracy** 124:5
**constituent** 230:24
**constitute** 156:4
**constrained** 173:7
**consultations** 26:16
**consulted** 17:20
44:11 46:1 47:16
48:23
**consulting** 17:15 25:6
25:11,14 42:10
43:10,15 46:19,20
46:21 49:3 66:16,22
**consumer** 20:16
104:13 105:7,20
112:18 115:18
124:3,8,18 144:16
147:9 175:4,5
195:15 224:18

225:9
**consumers** 107:21
113:24 125:15
127:14,17,17
128:15 147:8,17
169:9 170:13 175:6
225:22 227:10,10
230:9
**consumes** 128:8
**consummate** 203:5
**contact** 35:20
**contains** 7:1 216:10
**contemplates** 144:13
150:5
**context** 66:22 67:15
69:10 96:24
**contexts** 66:6
**continual** 20:3
**continue** 53:21,22
58:2 236:8
**continued** 3:1 19:10
47:9 173:9 243:1
**continues** 19:4
**contract** 10:7,13,21
50:5 130:7 135:1,6
135:12,18 234:3
**contracts** 10:9 67:14
132:18,18 133:12
133:15
**contractual** 136:10
179:23
**contribution** 33:10
**convention** 61:20
62:3
**conventions** 61:6
**conversation** 22:21
65:16,18 79:13
86:14
**conversations** 35:2
38:17 63:10,14,17
63:20,22 64:8,12,21
64:21 65:3,5,6 84:2
84:6
**Cook** 1:21 240:8
241:3
**cooperate** 232:4
**cooperative** 231:22
**copay** 20:14 107:7,23
115:23 118:14

140:7,22 141:11,14
141:22 143:15
164:15,16 177:4,7
184:21 185:4
225:13 226:3,9,10
226:11,20,20 227:2
227:14
**copayment** 145:6
**copayments** 139:18
140:11 145:3,20
225:23,24
**copays** 21:16 115:19
139:23 140:21,22
141:3 175:5,15
224:19 225:17
227:19 228:3,24
**copies** 57:5 73:8,11
73:11
**copy** 35:8,12 54:7
56:2 59:13,20 72:21
73:6 75:9,10,16
77:3 88:15 240:22
**Cornerstone** 3:12
4:17 22:18 23:21
158:8
**corporate** 35:18
73:15 148:15
**corporation** 24:2
**corporations** 148:15
148:16,17
**correct** 5:20 6:17,20
6:21 7:3,4,16,19 8:2
8:3,7 9:8 12:20 13:6
14:11 15:8 16:19
18:15,18 19:21
20:16 25:7,8 27:17
27:17,21 29:18,22
33:1,2 36:13,14
44:5 46:2 47:22
54:5 59:14 60:16,17
60:20 61:1,4 63:11
63:12 65:23 66:2
69:15 71:22 72:5
73:22 74:3,6 78:13
79:15 81:21 85:16
90:22 92:2,6,15,19
93:10,17 98:6,7,23
101:22 102:8,21
104:6,14 106:7

107:10 108:1 109:1
109:21 110:15
111:10,18 113:23
114:20,24 115:7,14
115:16 116:10
117:4,5,15 118:10
118:19 119:9 121:9
122:13 125:3,4,8
127:11 129:21
131:1,2,6,12,13,20
132:16 133:14
134:5,15,18 138:21
139:3,7,12,20 140:4
140:10 144:17
145:7,8,12,17,18,23
145:24 147:19
150:2,3,8 155:2
157:6 160:12,13,16
160:17,20,21,24
161:15,16,20 162:4
162:14,19 164:7,8
164:10,24 168:14
168:22,23 169:2
170:8 173:24 174:3
174:4 176:11 178:5
179:6 184:4 186:7
189:5,17 190:16,19
199:11,12 201:6
204:1,20 206:3
207:15,16 208:17
214:8,9,22 215:3,12
215:13,19 218:11
218:12,16 223:15
231:6,7 232:10,18
232:19 233:11,12
234:17,18,22 235:6
237:9
**correction** 208:2
219:11 220:11
238:1 239:1
**corrections** 237:12
**correctly** 68:5 72:3
86:12 90:11 98:21
107:3 130:15 170:2
174:5 175:8 188:6
224:20
**correspond** 71:20
**correspondences**
208:17,17

**cost** 21:13 115:8,11
115:13 116:9,12,12
116:12 117:11
119:5 136:16
140:12 141:13
145:4,21 226:4,7,19
**costs** 115:10 165:6
228:3
**couldn't** 63:7 77:20
**counsel** 35:21 36:5,6
37:11 39:2,20,23
40:7 41:1,6,7,16,18
53:15 55:20,23,24
58:21 59:13 64:2
65:6,8,12 83:9 84:3
84:9 86:15 87:4
88:23 90:8 104:9
106:23 107:16
108:11,17 171:24
172:1,13 180:6
225:8 232:13
240:24
**countries** 26:9
**country** 10:9 185:15
**County** 1:21 240:3,8
241:3
**couple** 90:24
**course** 13:1 14:6,7
54:2 66:14,14
106:19 110:4
134:18 139:11
**courses** 13:7,13,19,22
**court** 1:1,18 4:23 5:2
5:3 34:19 93:2,15
104:8 105:5,18
106:10 146:13
158:14 159:18,20
159:23 175:12,24
176:4,7 179:9
187:19,19 193:9
195:10 196:14
220:19
**court's** 7:12 93:9
**cover** 139:19 148:15
**coverage** 147:12
152:3 182:2 219:4
**covered** 7:6 61:9
130:23 219:18
220:2

**covers** 223:22
**created** 30:8 234:21
**creating** 193:16
**credit** 30:7,10 31:14
31:18 32:1,4,15,18
32:24 33:4
**critical** 169:23 170:6
**critiqued** 76:18
**Cross/Blue** 148:9,13
148:23 149:1
**CRR** 1:17 240:6
241:7
**crunched** 198:15
**CSR** 1:16 240:6
241:7
**Cube** 195:10 228:7
**cubes** 196:3
**cum** 12:4
**Cunningham** 47:7
**curious** 23:4
**current** 33:21 168:11
**currently** 19:5
130:23
**curriculum** 8:6
**customers** 228:1
**cut** 42:20 93:23
194:19
**Cutler** 42:17
**CV** 8:10 26:7,15 40:3
40:19 43:11
**C-corp** 25:3
**C-h-r-e-n** 202:24

---
### D

**D** 43:14
**daily** 62:4 113:2
**damage** 55:2 64:17
64:18 67:11 70:6
72:1 81:9 117:21
137:21 169:6,22
170:23 171:22
172:19 173:18
183:5 187:21 188:3
218:3
**damaged** 104:20
127:15,18
**damages** 10:11,15,20
20:20,23 39:6 47:6
49:23 51:17 98:19

99:8 100:3 101:4
102:15 103:20
104:5,12,18 105:6,9
105:14,19 106:2,11
106:24 107:6
108:24 109:11
112:4 117:1,16
118:9,18 120:3
121:9 122:13,14,16
122:21 123:18
124:15,17,21 125:2
125:5,6 126:2,6,11
126:14 127:3,7,13
127:13 128:1
137:15,17 138:2,18
141:7 142:3 144:1
144:14 145:2
146:12,19,22,23
150:2,6 154:24
157:3 168:17
169:24 173:22
174:7 188:20 195:6
214:13 218:15
224:19,24 225:2
227:10
**data** 54:14 56:18,23
59:15 61:16,17,19
62:10 64:2,2 65:15
65:22 66:3,5,11,16
66:19,21 67:6,10,12
67:15,18,21 68:7,17
68:18 69:5,9 70:1,2
70:2,10,11,11,16
71:1 73:3 78:9 79:9
79:10 94:19,22
102:3 133:18 138:7
138:10,12,13,16
142:5,7,8,11,13,20
142:21 143:17,19
143:20 144:7,8,10
144:19,22,24
150:10,11,21,22,23
151:12,19,22 152:4
152:7,17,20 156:6,6
156:19,20 157:11
157:11,18 158:11
158:20 159:1,11
163:14 166:6,7,8,14
166:15,16,18,18

167:8,17,20,21,24
168:6 169:1,14,14
169:15.24 170:6,10
170:10,15,20 171:4
171:7,9,11,12,13,13
171:16,20,21
172:12,20 173:11
173:15,19,20 174:2
174:8,10,11,15,17
174:22,22,23 175:1
176:1,10,12,18,21
177:5,15,17,22
178:4,6,8,9,10,11
178:12,13,14,22,22
179:14,16,16,17,20
179:22,24 180:2,4,6
180:7,16,20 181:4,5
181:6,9,12 182:14
182:15,15,18,19,20
183:2,9,15,17,22
184:1,2,7,12,14,24
185:9,17,18,20,21
185:22,23 186:1,3,4
186:6,9,10,14,17
186:19,22,23,24
187:1,4,6,7,9,9,16
187:20 188:9,11,14
188:20,21 189:3,8,9
189:17 190:4,11,14
190:16,21 191:1,7,8
191:9,14,16,16,19
192:8,9,17 193:11
193:15,17,19,20
194:6,6,13,13,15,17
195:23 196:1,1,3
197:4,11 198:7,15
199:18 200:9,20,21
200:24 201:5,14
203:19 206:16
207:3,4,7,7 208:9
208:10,19,20 209:6
209:10,17,20
210:12 211:9,13
212:1 213:4,13
216:9,13,16,21,23
217:11,16 218:5,20
218:20,21,23 219:3
219:13,15,20,23,24
220:11,12 221:22

221:24 223:5,13,16
223:17,18,18,19,20
224:2 227:16,20,24
228:4,23 229:6,18
229:21 230:1,15,16
231:3,4,9 232:1,7,9
232:15,15,18 233:1
233:7 234:24 235:5
235:8
**DataBank** 56:16
68:19 69:22 70:1,11
71:1 233:1
**database** 63:19 69:5
151:4
**databases** 57:23
101:17 151:3
152:15,17 182:1
**date** 6:19,22 7:4,8
34:12 38:13 60:8,11
60:12,18,21 61:8,10
65:21,24 71:10,18
73:16,24 81:10,14
85:5 92:1,17 143:13
167:15 176:3,23
179:20 184:12
185:5 207:3 235:10
238:5,23 239:5,23
**dated** 61:23 91:22
242:13
**dates** 61:23 62:2
71:20
**dating** 173:17
**David** 42:17
**Davis** 2:12 4:14,15
**day** 1:22 59:8,8,8,8
178:21 196:2
237:19 240:9 241:4
**days** 141:1
**deal** 39:17 84:10
104:16 105:3,10
112:16 113:2
143:21,23 167:23
**dealing** 179:9 210:21
**deals** 227:16
**Dearborn** 1:20 4:5
240:7
**December** 1:22 4:6
73:17 237:6 238:5
239:5 240:9 241:4

242:2
**deceptive** 49:9 50:1
**decide** 135:13 159:19
227:2
**decided** 12:8 13:10
103:11
**deciding** 203:8
**decision** 7:12
**decisions** 93:9 173:6
189:21
**declaration** 5:18 6:6
6:8,23 7:7 8:5 9:2
25:4,11 46:10 53:5
53:6,13 54:4,10,12
54:23 67:23 68:2,9
68:12,17 72:2,7,20
73:12 74:11,14,15
76:3,4 77:7,10 80:2
84:4,15 90:4,6,21
91:20 94:6 95:13
97:21 99:2,11 100:6
100:16,24 102:14
104:4,11 106:1,22
129:23 142:10
144:13 158:3
169:21 175:11,16
179:4 190:19
212:16 214:1
215:20 218:17
220:6 221:10,23
226:24 242:9 243:5
**declarations** 31:1
98:9
**deductions** 220:9
**defendant** 9:12 193:1
**defendants** 2:20 3:8
4:14,16,20 17:20
77:8,18 83:2 103:15
122:24 125:21
170:16 175:12
180:1 191:24
192:11,18 193:2
202:6 206:4,12
212:2,17
**defibrillators** 52:19
**define** 30:21 155:14
**defined** 130:23 195:8
225:5
**definition** 103:21

130:1,3 155:22
**definitions** 155:12
  220:5
**degree** 12:6,18 13:4
  13:11 168:3
**degrees** 13:24
**delays** 172:16
**delighted** 94:1
**delineate** 193:23
**delineated** 104:8
  215:17
**deliver** 54:19
**delivery** 87:20
**demand** 113:12
**demands** 113:15
**demonstrated** 105:15
**demonstration** 50:15
  103:2
**denominator** 233:22
**denoted** 60:9 68:3
  99:16,18 155:2
  160:11
**denotes** 66:11 155:7
  155:8
**denoting** 63:1
**denying** 83:1
**department** 12:15,16
  12:17
**departure** 101:16
  102:2
**depend** 140:1 152:7
  157:16 167:9
  185:24 189:8,12,13
  229:21
**depending** 31:21
  33:10 101:8,9 116:6
  124:16 132:22
  142:22 144:7 148:1
  151:23 152:3 161:4
**depends** 25:13 44:23
  123:23
**deponent** 240:22
**deposed** 47:13,18
  89:9
**deposition** 1:15 4:4
  7:18,21 8:12,18 9:5
  9:11,18,23 81:6,12
  81:21,24 82:3,15,16
  82:21 83:24 84:24

89:16 121:13
  161:14 236:5,11,12
  237:5,10 238:4
  239:4 240:4,21
  242:7 243:1
**depositions** 1:19 9:17
**derive** 104:12 106:2
  160:18
**derived** 27:8 33:4
  125:6
**describe** 29:21 35:20
  54:11 64:16 98:18
  103:18 176:9,12
  178:3 179:3 182:23
  188:8 226:24
**described** 18:10 25:5
  25:10 30:11 31:10
  31:15,19 64:10 87:7
  90:10,14 95:3 99:11
  119:22 123:18
  133:14 155:18
  159:11,16 170:8
  177:24 178:20
  187:18 190:18
  196:23 210:23
**describes** 98:24
  175:17 231:3 233:1
**description** 63:9
  71:24 75:4 159:6,19
  159:21 175:19
  179:5 242:8 243:2
**descriptive** 15:1,2
**designations** 14:24
**designed** 188:14
**designing** 54:24
**desires** 139:21
**destroy** 57:18
**destroyed** 188:11
**detail** 17:11 65:17
  159:17 177:11
  179:15 218:17
**detailed** 169:14
**details** 49:14 72:14
  213:8
**deter** 126:9
**determination**
  103:10 146:11,22
  105:6 106:10 161:5

161:23
**determined** 30:9 93:3
  148:2 155:20
**determining** 102:19
  103:18 111:15
  114:23 137:14
  138:1 168:21
**deterrence** 126:8
**develop** 55:1 68:23
  127:1
**developed** 99:10
  114:1 195:17
**development** 26:6
**deviations** 137:3
**device** 22:5 44:12
  46:3
**devices** 44:14 52:18
**devoted** 25:10 27:4
**diagnoses** 94:21
  101:11 108:3
  152:23 153:5,6,21
  194:2 202:7 205:14
  209:8
**diagnosis** 150:7
  151:7,18 152:13
  155:8 160:11 161:7
  162:14,18,23,23
  163:20,20 165:24
  166:12,21 167:4,13
  167:17 168:3
  178:19,23 184:3
  190:12 193:24
  194:2,6 195:12,13
  199:9,18 200:17
  201:3,4,11,16,22
  204:4,7,10 205:8,11
  210:11,15 214:7,11
  214:13 215:10
  216:7,10 227:7
  229:15 230:12,16
  230:21
**didn't** 19:22,23 21:7
  23:5 35:13 57:21
  62:10 68:21,23
  69:21 70:2 82:21
  83:10,16 87:3 88:13
  89:11,24 93:18
  158:6 159:5 180:8,9
  180:10 186:13

217:2,4 220:13
**differ** 92:24 125:16
  135:20 136:4 139:7
  139:23 148:20
  162:22
**differed** 145:10,22
  146:1
**difference** 122:17
  123:9 125:17
  126:21 128:9,20
**differences** 113:18
  126:23 136:9
  137:14 138:1
**different** 16:8 19:15
  20:2 51:17 52:18
  54:11 71:4 85:7
  89:15 114:7,13
  115:22 117:3 119:8
  124:19 126:13,14
  126:15 127:8,16
  128:1 129:20
  130:19 131:10
  133:5 134:7,8
  141:17 145:11
  146:7 147:10,15,16
  148:16,21,22 152:2
  153:3,22 155:24
  156:11,13,16,16,18
  157:16 165:21
  178:4,13,14 179:14
  180:11,24 182:1,2
  183:7 193:18 195:7
  197:14,21,22 198:1
  201:9 202:5 205:22
  211:10 213:12,16
  215:15
**differentiate** 230:12
**differentiated** 140:20
  141:3
**differentiates** 157:12
**differently** 58:12
  127:23
**difficult** 111:23
**difficulties** 151:16
**digress** 121:19
**Dilantin** 154:17
  207:21
**direct** 17:5,13 27:19
  70:10 219:3 222:18

directed 106:22
  107:16 108:17
  123:10 225:7 226:9
direction 86:8 108:10
  112:14 126:24
directions 178:13
  186:18 196:13
directly 15:17 17:3
  18:16 28:9 29:14
  41:9 59:7 192:22
  217:20 228:11
director 23:23
disadvantage 124:4
disaggregate 142:3,7
  144:20 150:12
  152:11 156:14,15
  194:5,24 203:13
  208:5 229:7
disaggregated 101:9
  108:2 157:5 161:4
  193:22 204:15
  209:3 213:18 229:6
disaggregating 102:1
  157:2 168:7 228:9
  229:9,15 230:24
disaggregation
  150:14 151:17,21
  152:19 156:23
  158:5,6 161:6,12
  162:13,17 164:2
  197:2 199:10 208:1
  208:7 216:17 227:7
  229:2
disaggregations
  152:1
disagree 98:14
  129:17 139:9
discharges 10:19
discounts 132:20
  135:3 177:20
discovered 127:19
discovery 167:22
  223:1
discuss 22:15 23:13
  34:3 94:6 158:4
  168:20
discussed 20:1 22:11
  23:8,10 36:9 45:23
  54:23 67:10 70:15

79:12 114:17
  157:10 158:2 192:6
  222:13 231:8
discusses 96:6
discussing 97:22
  145:13
discussion 72:8 74:21
  84:14 87:4 122:8
discussions 55:3 83:8
disease 151:4 200:13
  200:13 201:13
diskettes 143:5
dismiss 83:2,6
dismissed 93:6
dispensed 143:13
  176:22 184:21
  185:6
dispenses 15:1
dispensing 108:9
  143:16 154:13
  177:3,9 184:19
  185:4,12 225:6
  226:5,8,20 227:4
disposed 60:3
dissertation 175:23
dissimilar 152:21
distinct 150:6 168:13
  185:13
distinguish 166:13
  184:3 190:12
distributions 216:5
District 1:1,2,18
diversity 198:11
divine 222:2
DOCKET 1:4
doctor 15:3 19:23
  20:1 21:21 22:8
  111:9 114:3 119:14
  119:20 120:6,8,23
  203:11
doctors 78:19,21
  79:22 81:13 110:6
  149:10 151:14
  154:13,19 205:15
  205:18,19 209:6,17
doctor's 120:5,22
  178:17
document 1:11 6:2,4
  53:22 54:1 55:5

58:23 59:1,6 60:8,9
  68:9 74:10 84:19
  85:20,24 87:7 88:5
  89:7 91:14,23
  202:23
documents 37:15
  60:4 68:4 69:14
  72:1 79:16,20,24
  80:5,8,9,17,20,22
  81:2 85:15,18 86:7
  86:22 87:7,13 89:20
  91:1,11 202:19,21
DOD 219:3,16
  222:18
doesn't 84:11 102:18
  109:20 110:14,18
  110:21,22,23,24
  111:2,3,4 120:23
  137:23 148:12
  156:10 161:11
  166:18 170:17
  175:12,20 178:3
  183:6 196:20
  207:10 208:6
  209:10 215:20
  216:24 220:6
  221:10,23,24
  226:10
doing 13:18 21:10,12
  23:6 32:12 42:11
  51:8,16 59:17 64:17
  64:17 67:11 68:13
  68:15 69:3 76:16
  102:10 103:5
  109:17 141:7 142:9
  152:20 158:17
  160:23 164:6
  167:18 172:11
  193:14 195:1 197:2
  198:17 201:7
  205:18 208:15
  209:1 211:18,19
  213:6 222:23
  225:20 229:13,16
DOJ 32:12
dollar 143:3 145:9
  228:20
dollars 21:18 33:6,8
  39:18 158:21 212:3

don't 7:9 12:18 13:4
  16:5,8 26:15 29:4
  31:6 32:22 34:1,6
  35:5,7,9 36:18,24
  38:6 39:13 42:20,22
  42:24 43:16 44:3,13
  44:14 49:1,11,18
  55:4 56:4,7 57:9,11
  57:17,18 58:1,2,19
  59:17,22 62:16,17
  62:22 63:2 64:19
  65:14,17,19 69:23
  70:12 72:13 73:5,6
  73:8,10,13,18 74:18
  75:2,7,8,11,12 77:1
  77:22 78:3,4,5,7,11
  79:12 80:15,20 81:2
  84:7,12 86:23 87:3
  87:15,20 89:2,3,4
  93:23 94:2 100:5,7
  101:23 103:7
  105:23 106:8
  111:14 113:13,19
  114:22 116:13,21
  117:24 131:7,21
  149:14 158:13,14
  159:24 160:18
  164:3 166:1,2,2
  167:2 168:6,12
  171:23 172:5,15
  173:5,15 174:1
  176:8,13 178:7
  179:4 183:2 185:10
  188:23 190:13
  196:22 197:3 205:2
  209:2,14 210:1,1
  215:14 216:15
  218:2 220:21
  225:21 229:4,8
  232:3,17,22,23
  234:7 235:4,13,16
dosage 138:14 150:7
  151:11,12,20,22
  152:14 155:1,8
  156:14,15,19 157:3
  157:5,13,20 158:22
  159:2,3 162:14
  164:2,24 165:7
  167:1 177:10

178:24 180:18
184:22 185:4
193:24 198:4
199:21,21 214:11
214:13 215:10
216:7 227:8
**dosages** 156:17 158:2
158:12 197:14
**dose** 165:5,6
**dosing** 154:2
**double** 93:19
**doubt** 47:15 54:6,23
57:6 61:15 73:14
75:18 76:20,21 79:4
80:12,13 113:8
190:4 221:15 235:7
**download** 217:12
**downloaded** 69:10
217:14,19
**Dr** 4:4 5:15 44:18
46:14 54:24 62:1
76:17 104:23 129:9
160:23 161:1 199:7
205:17 211:24
220:24 224:10,11
224:13 234:15
236:2
**draft** 53:14 54:3
55:10,18,19,22,22
59:9,11,21,21,24
72:6,13 86:21
**drafting** 53:11
**drafts** 54:4 58:15
59:8,20 60:2 73:8
73:12 86:8,15
**draw** 183:16
**drawing** 191:14
**drinking** 45:14
**Drive** 5:16
**drug** 17:19 18:24
19:24 46:23 50:15
94:12 97:8 108:19
110:7 111:9,13,17
114:16,18 115:6,8
115:11,15,22 116:3
116:5,9,14 117:3,8
117:22 118:21
119:16 120:11,12
130:9,12 138:8

141:2 147:12 151:7
154:14 157:12
170:16 181:24
185:3 192:15 206:1
223:24 227:12,14
**drugs** 22:2 33:22
40:18 48:5 52:2,2
114:6 116:11 135:4
135:7,10 140:16
142:17 147:4 191:4
192:11,13 207:19
233:21
**drug-specific** 223:23
**due** 32:18 53:23
110:5,6 205:20
209:3 223:11
**duly** 5:7 240:11

_____

**E**
**earlier** 35:4 37:19
46:13 69:13 81:24
82:15 121:12
172:24 173:19
184:10 199:7
**early** 34:12 41:20
61:17 72:6,8 140:14
**earned** 12:15 13:11
**ease** 37:16
**easier** 46:19 100:8
210:20
**easiest** 203:17
**econometric** 16:6
**econometrician**
112:15
**econometrician/sta...**
43:17
**econometrics** 73:3
**economic** 29:8 97:23
98:18,19 102:15
103:20,21,21
122:18,19 128:14
**economics** 12:17
13:16
**economist** 96:20
112:15 118:7 127:1
183:14
**economists** 99:19
113:2
**edit** 72:2

**edited** 72:22
**editing** 72:24
**edits** 73:4
**EDMUND** 2:16
**edmund.polubinsk...**
2:18
**educational** 12:1
**effect** 90:20 109:7
**effective** 19:11,18,19
19:22 109:5,21
114:19,24 117:8
118:21
**effectively** 144:12
**effects** 50:12
**efficacy** 94:15 109:8
118:24
**effort** 32:20 57:14
58:8,11 102:6
**efforts** 26:11 161:8
**eight** 31:19 32:2,15
**either** 13:2 25:11
32:10 35:17 47:16
59:12 75:11 78:1
79:17,21 87:24 89:3
92:21 106:4 116:22
118:13 131:11
144:9 162:3 166:13
167:10 170:18
194:4 197:15
217:15,17 227:6
230:19
**electric** 26:10,12
**electronic** 18:1 73:11
75:10
**electronically** 59:12
73:1 86:23
**element** 196:17
**elements** 177:24
230:24 235:17
**Ellison** 74:12,18,22
74:23 75:4,22 76:3
76:10,12,13,13 77:7
112:24 113:11
**else's** 65:2
**employed** 28:13
**employee** 24:10
**employees** 23:24 24:1
38:22 219:5 220:2
223:7,8,21 230:5,5

**Employment** 219:23
**enable** 208:16
**ended** 118:11
**ends** 57:9 124:12
171:18
**engagement** 87:23
**enrichment** 124:10
125:2,12,16 127:6
127:24
**enrolled** 176:24
**enter** 126:10 132:19
139:22
**entered** 10:9
**entire** 43:9 186:20
**entirely** 32:5,13,18
32:20
**entities** 129:20 130:4
130:6,10 137:7
162:2,22 192:12
219:9
**entitled** 20:19
**entity** 15:10 17:5
24:3 28:13 130:8,11
139:2 162:4
**entry** 50:9 61:9 63:9
65:20 66:11,20 71:7
71:21 73:21,24 74:4
74:7 124:5
**enumerable** 81:1
**envisioned** 107:5
**epilepsy** 151:16
153:16 205:14
210:21 211:5
**Epstein** 42:17
**equal** 156:10 214:11
**equation** 100:2 101:3
109:16 149:23
150:1,5,5 155:1
159:10,10,17
160:12,16 161:19
164:17 169:19
182:23 193:6,16,21
193:22 226:21,22
228:6,9,22 229:1
**equations** 100:2
101:3
**equity** 107:17 108:19
126:16 128:23
**ERISA** 197:17

**errata** 237:13
**errors** 76:19
**essentially** 27:16
  72:11 104:2 149:5,9
  152:11 153:12
  159:15 194:10,17
  214:3 224:23
  225:11 229:14
  230:17
**established** 234:17
**establishment's**
  178:16
**estimate** 129:17
  196:10,19 198:13
**estimated** 188:15
  194:12
**estimates** 194:4
  196:12 197:24
**estimating** 139:16
**et** 42:14 108:3
**eternity** 9:21
**evaluate** 26:8 174:14
**event** 72:10 75:5,6
  76:16 101:7 108:24
  117:1 207:16
  208:15 211:18
  213:6
**events** 67:16 110:5
  207:17
**exact** 61:10 72:13
  132:13 206:19
**exactly** 75:3 193:14
**Examination** 5:8
  242:5
**examine** 67:16
**examined** 52:4
  240:12
**examining** 212:23
**example** 66:17 80:24
  88:8 119:5 148:24
  154:17 158:14
  168:12 176:17
  178:4 203:17,18,19
  205:24
**examples** 17:10
**exams** 13:23
**Excel** 194:9 195:5
**exception** 49:20
**excess** 7:21,22 110:9

124:11 154:1
  210:24
**exclude** 211:4 218:14
**excluded** 222:20
**excluding** 109:20
  110:14,19 222:5,7
**excuse** 53:15 153:11
  224:11
**exhibit** 5:22 6:3,11
  6:15 7:1 25:4 34:15
  34:16,20 36:11 37:3
  46:10 53:4 60:5,6,8
  65:21 68:2 71:6
  84:20,24 85:14 90:4
  91:12,15,23 92:7,12
  92:13 93:5 95:8
  100:9,13 129:24
**exhibits** 37:4,6,10
  91:2 242:7 243:1
**exist** 80:9 173:16
  174:7 188:15
**existed** 83:10
**existing** 152:15 174:8
**exists** 136:18 144:22
  150:11,21 174:2
  192:18 220:12
**expand** 53:24
**expanded** 176:6
**expect** 38:24 99:23
  101:1 139:13,14
  156:16,18 158:1
  160:15,18 164:1
  165:21 172:3
  206:13 207:4
  220:20
**expectation** 7:10
  127:15 164:3
**expecting** 143:18
**expense** 115:24
**expenses** 39:4 107:23
**experience** 14:12
  17:13 51:21 52:6,12
  52:15 179:9
**experimentation**
  154:19
**expert** 8:1,17 29:7
  46:22 47:2 52:22
  86:9,10 87:13 159:4
  175:20 181:16

220:14,19,22 242:9
  243:5
**experts** 31:23 33:7
  61:24 188:16
**explored** 36:8
**extant** 87:14 88:12,20
**extend** 202:11
**extended** 155:15,17
  155:22 156:2,4,5,10
  156:13,21 157:19
  158:22 193:23
  199:20
**extent** 50:13 68:22
  80:5,14 97:7,11
  140:18 142:5
  156:24 163:15
  166:12 169:11
  176:5 191:23 192:7
  192:22 193:1,2
  194:23 205:16
  230:21 236:2,3
**extract** 176:9,13
**extrapolate** 174:13
**extrapolating** 173:21
  174:8 187:3
**extrapolation** 174:18
  191:20
**e-mail** 2:8,18 3:7
  54:5 55:5,11 56:2
  56:10,13,19 57:4
**e-mails** 57:1,5,6,9,12
  57:15 58:4,9
**e.g** 222:19

_____
                F
_____
**face** 120:22 209:13
  209:16
**fact** 114:5 118:21
  121:12 123:12
  126:2 146:3 207:2
  218:19 224:16
  228:10 234:19
**factor** 192:5
**factored** 192:1
**factors** 207:23
**factual** 95:5
**faculty** 32:8 42:5
  43:1
**fails** 187:24 188:5

**fair** 18:9 39:15 85:7
  89:13 102:17
  103:13 105:4
  112:10 116:24
  118:16 121:15
  134:4,24 139:1
  140:3 144:12
  159:13 162:8,10
  173:14 180:14
  189:16 203:12
  206:8 209:22 215:1
  231:13
**fairly** 135:19 177:23
**faith** 159:15
**fall** 37:19 201:8
  227:2,3
**falls** 50:3
**familiar** 15:6 16:18
  17:22 18:8 121:8,10
**far** 41:1 57:6 60:21
  60:23 105:1 171:20
**fashion** 62:7 211:24
**FDA** 18:17 51:23
  52:1,3,7,16,18 97:7
  153:13 154:1,2,3,8
**February** 82:17 84:1
**federal** 1:17 17:7
  219:4,23 223:7,21
  230:5
**fee** 29:17,23 108:9
  143:16 145:6,10
  177:3,9 184:19
  185:4 225:6 226:5,8
  226:20 227:4
**feel** 46:9 71:14
**fees** 38:21 57:22
**felt** 159:22 216:1
**figure** 108:9
**file** 1:5 4:10 76:3
  192:12
**filed** 8:21 74:23
  83:18
**files** 88:11
**filing** 52:9 74:14 92:1
  92:17
**fill** 53:21
**filled** 131:19
**final** 54:1 55:19,22
  56:1 58:16,24 59:1

59:21
**finalized** 59:22
**finally** 98:17 139:22
187:21 188:3
**financials** 18:5
**find** 88:20 166:4,5
167:20 170:14
191:10 206:13
207:20 208:10
212:19,24 222:22
226:23 228:13
235:20
**finding** 111:23
117:22
**finds** 154:14
**fiue** 15:5,5 65:17
115:5 131:16
170:20 175:9 236:7
**finely** 218:24 228:10
**finished** 12:9
**Fiona** 74:19 77:14
**firm** 23:20 24:23 25:6
28:6,20 29:1,15
30:6,9 41:18,19
59:23 73:8 87:10
**firms** 26:24 29:5,7,19
31:24 40:6 41:6
43:15 45:1 62:4
**firm's** 27:3,5,8
**first** 5:7 8:10 17:17
35:20 39:12 49:22
50:19 51:13 56:16
60:7,9,13,15 68:19
69:22 70:1,11 71:1
81:20 83:24 90:5,7
95:2,8 96:11 97:18
161:22 162:13
168:24 172:23
173:1 179:15
202:16 206:20
212:20 221:6
225:16 226:21
233:1 240:11
**Fisher** 76:2
**fit** 50:19
**five** 25:17 31:19 32:2
32:15 140:16
153:22 197:12
201:11,15,22,23,23

202:16
**fixed** 27:15 28:3,5,7
**fixing** 48:9 50:8,10
**flag** 208:13
**flat** 141:14 145:6,10
164:15
**flip** 68:2 85:22 95:12
168:19
**Flipping** 183:20
**Floor** 2:4
**flow** 51:9 71:14
125:13,17
**flows** 190:2
**flurry** 35:13
**focus** 94:4 104:21
110:21 167:14
202:5,12
**focused** 202:13
**focusing** 48:1 109:17
202:7
**folks** 89:5
**follow** 39:17 84:13
177:18
**followed** 172:15
**following** 8:11 40:23
40:24 61:13 210:19
212:9 226:14
**follows** 5:7 68:11
**follow-up** 38:15
**footnote** 155:23
158:2,16 169:20
170:7 200:24
**footnotes** 91:5 155:12
**foregoing** 237:5
240:4,15
**forever** 57:10
**forget** 28:21 29:2
36:7 99:19 212:2,6
219:22
**form** 51:3 56:1
129:10 224:19
225:22 235:9
**forma** 135:6
**formal** 13:21 35:4
41:24 42:8,22 43:2
43:4,5,6
**formally** 60:24
**formatting** 59:14
**former** 42:1

**forms** 227:11
**formula** 32:1 229:7
**formulae** 159:6
**formulaic** 69:19 70:6
98:18 99:7,9 146:9
188:8,13
**formulaically** 30:9
**formularies** 138:20
139:6 185:1 191:3
**formulary** 133:23
139:2,9,11,24
**formulas** 102:4
**formulated** 113:22
**formulating** 67:22
68:8
**formulation** 86:9
187:18
**forth** 67:23 99:1
104:4,11 106:1
107:12 149:23
150:4 184:14
**forward** 68:11,24
69:18,21 80:14
82:21 147:3 159:9
159:21 166:9 168:9
172:19 176:14
202:22 218:2
231:11 233:6
**found** 76:17,18,19
109:14 110:8 141:9
143:8 188:23
206:15 231:24
**Foundation** 223:6,20
**four** 126:8 187:5
205:14
**fourth** 2:4 126:4
212:15
**frame** 25:13 53:13
**framed** 211:23
**Frank** 42:2,18 72:9
**frankly** 229:3
**Frank-Rosenthal**
72:2,5,22
**fraud** 48:12,14
**fraudulent** 48:11
49:16,17,18 50:18
51:5 101:14
**fraudulently** 214:6
**free** 46:9 48:16 115:7

**frequencies** 158:11
159:6 216:5
**frequency** 159:2
**frequently** 163:7
231:23
**friendships** 43:4
**front** 100:6 232:13
**FTC** 46:21
**full** 5:12 107:13,17
107:22 108:5
227:12
**fully** 175:20
**full-service** 132:7
**functioned** 131:23
**fundamentally** 114:7
**funded** 163:9 223:8
**funds** 11:13
**further** 22:15 168:7
191:6
**future** 146:14

**G**

**gabapentin** 165:4,9
**gap** 187:1
**gather** 11:3 13:10
54:3 57:14 90:17
92:4 93:1,14 98:8
130:1 161:13
222:22 235:8
**gathered** 64:2 66:12
66:22 178:12 219:3
219:21 222:22
223:5 235:2
**gathering** 88:11
218:4
**general** 10:4,6 12:14
40:9 50:4 61:11
89:21 124:24
133:11 222:23
**generalized** 149:24
**generally** 36:16
39:10 54:11 80:9
87:8 99:19 115:10
126:19,19 131:24
135:5 142:13
161:20 164:14
165:16 188:13
191:3 207:20
223:22 229:3