generate 117:13
  118:8 153:6 154:10
generated 51:14
  124:4 204:3 205:7
  210:10
generation 10:8
generic 14:20 50:9
  113:17 135:9 202:9
  232:12
generously 221:14
geographic 182:10
  198:11
geographical 185:11
geographically
  185:16
getting 71:13,14
  157:4 165:3,4
  178:10 186:14
  198:7 209:18,20
give 12:1 31:4 100:18
  157:14,22 161:6
  175:12 179:4 181:9
  181:10 183:11
  185:6 196:6 198:2
  199:8,24 200:22
  209:2 211:9 215:20
given 20:22 34:11
  57:23,23 69:6
  103:21 109:12
  111:6,16 126:24
  127:21 130:19
  132:14,16 134:21
  135:4,23,24 138:8
  139:3,11 140:7
  142:17 146:12
  147:5,11 148:4
  149:6 150:9 151:8
  151:11,12 152:15
  156:3 157:12,21
  159:1 174:15 177:6
  185:14 194:14
  197:11,13,24
  199:16,17 200:2
  203:20 237:5,10
gives 181:13 195:1
  204:15 209:5
giving 89:4
Glad 217:6
GMA 25:20,21 57:3

GMA000002 242:14
GMA000054 242:15
GMA000289 242:17
GMA54 60:10,11
  62:14
GMA55 65:21
GMA64 71:7,17
GMA71 73:16,20
go 9:23 12:6 13:10
  45:15 68:13,15
  73:14 82:21 105:2
  105:24 121:19
  125:13 138:12
  149:17 158:12,23
  159:8 165:22
  172:19 174:19
  188:21 191:21
  195:24 198:23
  201:20 203:8 208:9
  209:5,6,17 213:19
  222:15 226:1,10
  231:11 233:6 236:9
God 7:21
goes 120:5,22 218:2
  226:10 228:24
going 6:2 12:6 34:5
  35:23 41:12 45:11
  46:24 47:14 50:6
  54:12 57:6,10,12
  58:3 64:6,20 69:13
  88:11 114:2,3,9
  128:11 132:1
  134:24 135:7,8
  136:17,20 137:8
  138:5 142:11 143:8
  143:12,12 152:6
  154:12 157:15
  158:13 159:10,23
  167:9 169:13 170:5
  170:10 171:10
  172:13 173:18,21
  174:2 176:21
  186:22 192:16
  195:12 196:2,18,18
  197:3 199:24
  203:12 204:17
  209:2,5,14,19,20
  210:1,2 211:4,6,8
  211:16 212:7 213:4

  213:6,13,14 217:17
  218:4 222:20
  224:12 228:4,4,11
  229:8 230:13,17
  232:6 233:8 235:20
gold 142:24
good 5:10,11 17:1
  45:8,13 82:6 129:1
  143:22 148:1 179:2
  198:19,23 234:6
  235:20
gosh 53:12
gotten 173:19,19
  180:4 186:8,10,11
  186:12 223:20
government 17:5
  18:3 218:10,24
  219:9,19 220:1,9
governmental 130:10
  162:4 220:13,16,17
  222:11,21 230:4,5
governs 35:16
graduated 12:3
graduating 12:4
Grand 3:3
grandfather 36:22
granting 83:1
great 17:11 131:17
greater 157:1 163:8
  163:12 164:14,15
  177:24 196:13
  206:10
Green 36:7
Greg 1:16 4:21 5:3
  240:5 241:7
gregm@hbsslaw.c...
  2:8
GREGORY 2:7
Greylock 23:18 24:2
  24:7,11,16 25:5,23
  27:12 28:14 29:11
  29:15,22,24 30:16
  30:18 33:21 35:17
  38:9,22,24 44:7,16
  44:21,22 45:4 85:16
Griliches 113:12
group 29:8 40:4 95:2
  136:14 137:7
  138:15 147:2 148:8

  148:14 150:7 151:1
  151:18 197:17,17
  197:18,18 223:21
  225:16,17 231:5,15
grouped 153:22
  201:9
grouping 202:2,3,4
  202:11 203:4,24
groupings 201:11,22
  201:23 205:14
groups 46:21 94:14
  105:11,11 112:22
  113:3,24 137:19
  146:7,7 148:22
  153:22 160:11
  223:7 229:7
guess 18:10 20:17,21
  21:1 23:1 35:12
  36:19 39:13 43:11
  55:7 62:24 63:1
  66:21 72:24 73:5
  75:18 80:4 89:17
  100:8 101:3 131:9
  133:11 153:3
  162:20 166:11
  167:24 168:4,5
  172:8 173:14 179:1
  188:22 189:2,14
  193:8,13 196:21
  202:15 203:18
  209:2,9 210:7
  213:16 218:1
Guha 3:12 4:17,17
guy 217:7
guys 40:7 142:24

**H**

H 2:7
hadn't 60:24 128:8
Hagens 2:2 4:22 35:3
  36:5 39:24 41:4,6
  41:10,10,13 65:9,12
half 64:23 116:20
  152:19
hallway 163:5
hand 6:2 223:17
handed 34:19 37:9
  84:23 91:11
handing 100:12

| | | | |
|---|---|---|---|
| handled 137:11 146:8 | 189:16 217:21 220:10,10 223:14 | 30:6 38:5 63:14,17 65:19 | 240:1,8 241:3 illnesses 202:8 |
| happen 51:14 84:11 127:2 137:8 | 223:18 231:9 232:8 233:10 234:15,21 | hours/rate 63:11 hundred 39:18 | 208:13 211:12 imagine 117:7 119:2 |
| happened 57:8 62:8 64:11,14 79:11 | 235:11 HCFA 17:8 | hundreds 21:17 hydrochloride 41:5 | 206:1 impact 51:8 93:9 |
| happening 187:8 | head 45:14 111:24 | 47:5,8 | 97:22 99:10 102:9 |
| happens 188:17 | heading 8:11 177:13 | hypothesis 166:2 | 102:14,20 103:3,12 |
| hard 35:23 56:2 | heads 72:15 | 230:14 | 104:22 105:15 |
| 59:12,19 75:9 88:15 | health 32:9 42:4 | hypothetical 117:6 | 168:16 |
| 128:5 197:5,10 | 130:5,7 143:15 | 118:17 119:18,23 | impacted 102:24 |
| 198:6 | 148:12 163:5 | 120:10 121:3 | 103:9 132:15 |
| Hardy 3:2 4:20 | 176:24 177:1,2 | 205:23 | 136:11 |
| harm 103:16 | 184:18 217:18 | Hytrin 47:4 | impacts 51:5 |
| Hartman 1:16 4:4 | 219:23 223:9,21 | H-I-P 148:12 | implement 102:4 |
| 5:6,13,15,22 6:3 | healthcare 46:2,3,23 | | 234:24 |
| 8:12 24:21 34:16,20 | hear 93:18 221:4,8 | **I** | implementation |
| 37:6,10 46:14 60:5 | heard 34:6 | ICD-9 94:21 152:14 | 161:19 |
| 60:5,8 84:20 85:14 | hearing 8:12,18 | 153:1 155:5,8 | implemented 137:22 |
| 90:3 91:2,12,15,23 | 26:17 | 200:13,15 201:9,12 | implications 103:3 |
| 92:7,12,13 93:5 | heavily 206:2 | 201:13 203:6 | important 163:17 |
| 94:4,4 100:9,13 | heck 229:5 | ICD-9s 153:22 | imprecise 11:21 |
| 129:9,24 153:9 | held 122:8 | idea 7:13 199:17 | improper 117:13 |
| 199:7 220:24 | help 19:15 46:14 | 218:13 | 206:12 209:12 |
| 224:11 234:15 | 67:19 79:10 91:12 | identified 8:18 47:21 | improving 26:12 |
| 236:2 237:15 238:4 | 132:10 187:9 | 107:14 139:15 | IMS 54:14,16,19 |
| 239:4 240:5 242:3,9 | 193:13,16 205:3 | 146:24 153:10 | 56:17,22 61:16 |
| 242:10,13,15,17,19 | 217:6 220:1 226:23 | 190:8 200:24 | 63:20 65:22 66:3,5 |
| 242:19,21,23 243:3 | helpful 121:20 | 201:16 212:5 216:2 | 66:7,16,22 67:6,10 |
| 243:5 | helps 40:3 | 220:18 222:17 | 67:12,14 68:7,16 |
| Harvard 30:4 32:9 | hepatic 153:19 | 231:17 232:8 235:8 | 69:9 70:10 94:22 |
| 40:12 41:22,24 42:3 | hereinabove 240:19 | identifies 144:18 | 138:6,11 150:22 |
| 42:3,6,23 163:5 | here's 54:13 61:5 | 218:19 | 151:4,19,22 155:22 |
| Hatch-Waxman | 189:1 193:8 | identify 4:11,24 | 156:6 157:11 159:1 |
| 40:18 48:6 51:24 | hey 170:17 | 127:2 143:10,10 | 166:13,15 170:10 |
| 52:14 70:7 | he's 178:18 | 150:24 151:8 | 174:22 178:8,12 |
| Hausman 44:18 | high 126:7 127:13 | 166:10 192:24 | 179:15,23 180:2,4 |
| 113:12 | higher 116:15 124:6 | 207:21 220:1 | 181:22 182:6 194:8 |
| haven't 11:17 12:21 | Hillenbrand 47:2 | identifying 152:16 | 194:15,15,17 |
| 13:1 16:15,15 28:16 | HIP 148:11 | 177:5 216:3 | 218:20 227:20 |
| 43:20 92:5,20,23,23 | hit 45:14 | idiosyncratic 61:12 | inaccuracy 189:15 |
| 94:2 103:23 105:2 | hopefully 228:7 | III 2:16 | inaccurate 55:14 |
| 105:22 106:19 | horizon 36:4 | IJT 195:1 | incentives 126:3 |
| 108:22 112:13 | hour 30:22 31:5 | IJTs 195:6 | incentivize 191:24 |
| 113:7 128:13 | 36:12,15,24 64:23 | illegal 108:18 109:14 | incidentally 22:19 |
| 161:13 163:22 | hourly 27:13,15 28:4 | 117:23 123:12,24 | include 86:21 110:22 |
| 168:18 171:19 | 29:18 30:12 36:12 | 124:3,9 154:20 | 110:23,24 111:2 |
| 172:15 180:19 | 38:23 | 211:13 | 130:4 154:3 215:14 |
| 181:2 186:13 | hours 27:19 28:9 | Illinois 1:21 4:6 5:4 | 217:2,5 226:9 |

**included** 65:6 117:20
  216:21 222:24
  226:6
**includes** 225:10
**including** 86:8
  130:11
**inclusive** 237:7
**incorporated** 212:22
  213:9
**incorrect** 189:7
**increase** 208:23
**increased** 36:21
  107:14 123:12
  209:11
**increases** 94:20
  206:18
**increment** 154:22
**incremental** 233:5
**incrementally** 189:5
**incur** 224:18
**incurred** 98:20
  102:16 103:20
  115:12,13
**indemnity** 140:13,18
  140:22 141:11
  142:3 144:2,21
  149:17
**independent** 94:8
  97:13 102:19
  148:19 160:19
**Index** 151:5 242:1
**indicate** 63:13,16
  183:10,18 192:19
**indicated** 4:7 155:3
**indicates** 155:14
  206:5
**indication** 120:2
  153:14,18,18
  163:10 179:5 206:6
  206:11,20
**indications** 101:12
  108:3 112:2 123:5
  154:7,8,9 163:13
  205:13 206:21
  207:1
**indirect** 15:23
**indirectly** 18:17
**individual** 20:15
  27:20 78:1,12,17,21

79:5,6,17,18,21
  81:13 103:9 104:13
  105:6 106:3,11
  111:7 113:19
  115:18,18 117:17
  146:14,15 147:8,9
  147:10 148:18
  158:12 203:7
**individually** 21:15
  133:13 135:3,16
**individuals** 81:7
  105:12 113:4,4
  162:2
**Indonesia** 26:9
**induced** 101:14 204:6
  205:10
**industrial** 26:13,22
**industries** 46:2
  189:23
**industry** 17:18,22
  26:10,12 46:4,24
  66:15 143:1 146:6
  188:15,24 189:23
  189:24 190:1
**information** 18:4
  52:21 58:6 68:19
  69:17 142:24
  143:11 147:5
  157:10,19 167:10
  173:21 174:6 175:2
  175:13 176:9
  179:11 189:22
  192:8 195:18,18,19
  195:21 196:15,16
  196:17 200:23
  204:9 215:11,21
  216:11,23 219:6
  222:16,21 227:19
  230:10,11 231:15
  232:4 233:2,4,5
**informed** 168:5
**infrastructure** 26:13
**infringement** 44:12
**ingredient** 141:12
  165:8 226:4,7,19
  228:2
**initial** 78:5 79:8
**injured** 102:24 103:9
**injury** 97:23 98:20

102:16,20 103:16
  103:20,21,22
**input** 42:12 160:15
**inputs** 51:13 99:10
  99:22 100:24
**inquiry** 111:15 112:6
  112:12
**instances** 45:23,24
  47:15
**instructions** 89:5,21
**insufficient** 93:5
**insurance** 16:9 20:11
  130:5,7 147:23
  220:3 223:9 234:3
**insured** 132:23
  148:22 175:5
  176:22 177:3
  184:20 223:22
  226:10 227:13
  228:16
**insureds** 133:4 148:5
  149:4,4,11 164:19
  225:16,17 228:2,12
**insurer** 147:22
  227:15
**insurers** 226:1
**intend** 7:5 101:23
  146:10
**intended** 100:21
**interact** 178:5,8
**interaction** 54:21
**interchangeably**
  96:10
**interest** 61:19 63:19
  64:24
**interested** 26:18
  53:18 63:8 182:13
  186:17 195:20
  240:23
**interesting** 22:14,20
  62:16 83:16
**interim** 73:8 77:5
**interpolate** 174:13
  187:9
**interpolating** 187:2
**interpolation** 191:20
**interpret** 64:4 159:20
  204:18 214:18
**interpretation**

126:13 183:19
**interpreting** 96:20
**interrogatories**
  240:12
**interrupt** 200:7
**interrupted** 95:3
**introducing** 213:5
**investigate** 163:20
**investigation** 94:9
  163:22
**investor** 11:13
**invoice** 38:14 61:13
  61:23 71:11 73:17
  156:20 171:11
**invoices** 37:11,12,22
  38:1,5,7 61:7,22
  242:15,17
**involve** 16:16 40:24
  49:8 126:17 171:10
  213:12
**involved** 15:15 16:9
  23:15 30:19,23,24
  31:9,11,16,20,22
  32:11,16 37:24 40:8
  40:17 41:3 46:23
  47:21,23 48:15 49:2
  49:16 83:17 88:24
  141:24 200:11
**involvement** 17:6
  30:21 86:10 88:4
  89:12
**involves** 50:14 135:7
**involving** 49:24
  52:17 70:9 205:13
  219:2 235:10
**in-house** 233:7
**irrelevant** 112:4
  173:11
**isn't** 21:11 81:20
  159:16 167:6
  207:13
**issue** 72:10 80:6 81:4
  97:3 105:3 110:22
  110:24 111:3,3,4
  123:10 143:21
  152:24 182:11,12
**issued** 82:24
**issues** 36:8 39:17
  51:22 52:1,5,19

| | | | |
|---|---|---|---|
| 53:19 59:15 76:22 | 176:1,15,21 177:5 | 36:20 38:13 39:8,8 | 20:2,2 21:13 26:8 |
| 78:9 79:10 84:11 | 178:6,14 181:14,14 | 39:9,13 40:5 41:16 | 26:15 31:24 32:19 |
| 104:16 105:10 | 181:21,24 182:2,8 | 42:8,24 44:10 45:5 | 34:6 36:18 37:9 |
| 124:1 132:19 | 188:22 189:12,21 | 45:13,14 46:12 | 39:14 42:7 44:1 |
| 163:19 175:18 | 192:13,13 193:9 | 49:14 51:7,9,15 | 45:7 46:16 47:1 |
| 179:10 | 195:8,10,23 196:17 | 53:16 62:10 63:1,7 | 49:11 51:11,19 52:4 |
| **it's** 9:9,9,15,23 10:11 | 196:18 198:6,6,8,8 | 63:8 64:17,20 66:6 | 52:7,7 56:15 59:12 |
| 10:16,16 15:7 19:11 | 198:11,12,14 | 70:18 71:9,13,13 | 62:18 64:19 68:11 |
| 20:3,13 21:16 22:16 | 200:21 202:3,10,20 | 73:20 75:2 78:3 | 68:24 69:24 80:19 |
| 23:20 24:6,19,21,24 | 203:17 204:10,10 | 85:10,11 86:1,1,3 | 83:10 89:23 93:7 |
| 25:3,15,17 26:11 | 207:15 210:21,22 | 92:12 93:18,24 | 94:21 97:5,6,6 |
| 27:15,15,18 29:1 | 210:22 212:16 | 95:18 96:19 97:16 | 102:8,13,14 103:22 |
| 32:11 33:18 35:23 | 215:16 216:12 | 100:12 103:5,11 | 104:3,15,16,17,21 |
| 37:4 38:14 41:14,15 | 217:2,12,13,15,17 | 104:23 105:2 | 104:22 105:12,13 |
| 42:14 44:14 46:13 | 217:19 219:19,23 | 108:20 111:2,23 | 105:21 106:22 |
| 49:4 50:19 51:17 | 220:9 222:4 223:22 | 112:7 120:21 | 107:16,20 108:15 |
| 55:24 57:10 59:22 | 224:4,5 229:1 230:4 | 121:10,18 123:9,15 | 108:16,16 110:2 |
| 61:12,15 62:16 63:1 | 230:22 232:5 | 123:15 126:19,20 | 112:4,7 115:1 |
| 63:24 64:15,16 69:2 | 233:19,24 | 128:12 131:8 138:5 | 121:17 126:24 |
| 69:4,5,14,19 70:13 | **I'd** 9:23 14:16 24:22 | 141:7,8 142:11,12 | 128:21,22,23 131:8 |
| 70:16,17 71:15 | 30:18 33:18 36:2 | 143:8,18 145:14 | 132:17 136:22 |
| 89:11,15 90:22,23 | 41:11 47:16 56:21 | 147:21 148:5,7,10 | 139:15 140:19,20 |
| 90:23 91:21 96:13 | 57:11 74:12 94:1 | 148:17 150:19 | 141:6,23 142:20 |
| 104:10 106:18 | 99:19 108:10 | 152:18 155:21,22 | 143:7,9,17 145:2 |
| 108:21 112:7,14 | 121:23 163:19 | 157:3 158:10,16,17 | 152:20 153:10,22 |
| 113:11 114:5,17 | 164:4 166:23 | 159:10 165:9 166:2 | 157:10 158:9 159:9 |
| 115:4 117:19 | 167:24 169:3 183:1 | 167:13 170:9,19 | 159:10 166:9 168:1 |
| 119:19 121:4,5,16 | 183:11 221:2 | 172:11 173:12 | 168:16 171:22 |
| 121:17 123:8 | **I'll** 6:7 16:16 26:15 | 175:24 178:10 | 172:3,11,24,24 |
| 124:11,16 125:22 | 50:21 54:22 59:5,5 | 181:19 190:10 | 173:18,19,19 |
| 126:13,14,14,23 | 59:6 65:2 70:10,11 | 191:6 194:24 195:1 | 176:14,20 178:20 |
| 127:16,19 128:5,8 | 93:22 96:3 100:18 | 195:1,9,12,20,22 | 180:4,5,15 181:1 |
| 130:3 131:9 133:4 | 165:10 166:6 | 196:2,21 197:7 | 182:19 183:2,6,7 |
| 134:22 135:7 | 170:10,16 171:11 | 198:23 204:8,16 | 186:3,8,10,11,11 |
| 136:21,24 137:10 | 171:18 172:20 | 206:17 209:5,9,14 | 188:7,8,23 190:8 |
| 138:4,5,22,22,23 | 174:21 177:17 | 209:19,24 210:4,7,8 | 196:14,15,16 |
| 140:22,24,24 | 188:3,9 194:13,15 | 210:16 211:6,8 | 201:16 207:3 216:2 |
| 142:21,22 143:7,8,9 | 195:19 197:23 | 212:7,16 213:4,4,5 | 220:15 222:10,11 |
| 143:12,15 144:12 | 198:1 205:2 208:18 | 213:12,14 217:1,15 | 222:18 223:19 |
| 146:5,8 147:5 | 208:19 210:2 | 218:3 219:15 222:5 | 231:10,20,21,22 |
| 149:18 152:6,22,22 | 211:22 228:18,24 | 222:6,7 224:22 | 235:8,21 |
| 154:11,15,19,22 | 230:14 | 226:9 227:23 228:4 | **i.e** 162:3 207:23 |
| 155:4,5,6,21 158:7 | **I'm** 4:2 5:3 6:2,10 | 230:17 231:22 | |
| 158:17,18 159:4,4 | 11:4 15:4 16:23 | 232:6 233:4,5 236:7 | **J** |
| 162:5,9 163:4,4 | 17:22 19:6,6,13,18 | **I've** 8:23 11:16 13:15 | **J** 155:8,11 160:11 |
| 164:15 166:3 | 23:23 27:13,23 | 13:19 15:2,15,23 | 162:14 216:7 225:4 |
| 167:12 168:5,16 | 29:18 30:2,22,23,23 | 16:5 17:11,12,16,17 | **JAMES** 3:6 |
| 169:18 170:21 | 30:24 31:11,21 | 17:21,24 18:4,6,7 | **January** 82:17 84:1 |
| 173:9,10 174:21 | 32:12 34:3,4,6 35:6 | 18:13 19:13,14,16 | 85:6 130:14 173:2 |

261

Case 1:04-cv-10981-PBS    Document 586-24    Filed 12/22/2006    Page 5 of 15

Japan 12:13
Jerry 44:18
Jim 4:19
jmuehlberger@sh...
   3:7
job 175:9
Joe 42:7
jog 40:3
Joseph 42:19
journal 113:14
journals 113:1
judge 82:23 83:14,17
   159:5,14
judge's 83:5
judging 143:23
judgment 172:16
   212:18
Julia 29:2
July 71:15,21,22
   72:23
jump 206:22
June 92:2
junk 58:7

**K**

K 240:3
Kaiser 223:6,20
Kansas 3:4
keep 19:24 45:11
   57:18 73:8,18 75:24
   127:17,17 142:13
   142:24 143:2,4
   156:23 186:2,5,16
   189:23 210:1,2
keeping 190:1
keeps 217:16
kept 192:12
kin 240:24
kind 16:4 18:4 20:12
   39:1 71:13 140:20
   141:4 181:20
   185:17 205:19
   206:2 217:7 219:7
   220:13
kinds 52:19 59:15
   113:21 129:20
   133:5 167:22
   179:10 180:3
   187:20 200:23

   220:3 222:23
King 42:18 62:1,1
knew 217:7
know 7:9 8:20,22
   11:12 13:18 14:18
   14:18 16:22 21:16
   21:17 22:8 23:3
   28:21 30:12 31:3
   34:2 35:18 36:18,24
   38:14 40:6 41:11
   44:13,14 50:6 54:14
   54:15 56:18,21
   57:10,11,11,19 58:1
   58:3,7 59:19 60:22
   60:23 62:7,16,17,23
   63:3 65:3,14,15,17
   66:3,19 67:18 68:21
   69:22 72:8,15 75:21
   83:10,11,16 84:8
   87:15,22 88:10,19
   89:24 93:22 111:14
   113:13 114:21
   116:18,21 117:19
   121:22 128:11
   129:9 131:7 133:2
   133:14,22 135:19
   143:12 144:23
   149:14,21 152:23
   153:5,8 159:9,12
   162:9 166:3 167:9
   168:6 170:9 171:23
   172:15,15 173:5,15
   174:1 176:23 178:7
   178:8 180:3 181:21
   185:5 188:2 189:12
   193:16,17 204:16
   208:21 209:21
   211:17 222:4,8,15
   222:19 229:8
   231:11 232:17,20
   235:4,13,16
knowledge 28:24
   78:15 94:8
known 188:14 191:2
knows 88:20 181:20
   215:2

**L**

labeled 242:14,15,17

labels 242:12
lack 208:17
laid 101:6
Landefeld 202:22
large 48:2 132:12
   148:16 149:1
   186:12 234:19
larger 43:14 78:6
late 206:24 221:17
Latin 148:1
laude 12:4
laundry 70:16 133:6
law 12:7,22 13:11,14
   13:15,16 28:19 29:1
   29:4,7 40:6 109:12
   109:14,15 123:9
   124:12 127:5,5,5
   128:12
lawful 207:17
lawfulness 97:13
laws 14:22,22 17:7
   48:17
lawsuit 11:6
lawyer 12:8 118:8
lawyers 13:19 36:7
layer 120:9
laying 54:13
lays 155:4,11
lead 11:22 40:7 41:5
   41:18,18 76:6
leader 87:17,23
leading 31:23 32:11
   108:17
leads 50:15 224:4
leave 49:3
led 41:5 42:16 124:6
   189:21
left 12:5 45:8 121:23
   160:2 234:5
legal 117:19,21
   124:17 126:24
   127:4 137:22 173:6
legally 232:5
legend 163:4,5
Leif 40:16,17
length 134:9,13
   143:24 177:24
letter 35:4,10 61:3
   67:3 99:17,18,24

   155:2 160:11,15
   240:22 242:13
let's 8:4 9:4 15:16
   32:6 34:14 45:15
   46:18 48:24 53:4
   60:4 68:10 70:8
   71:6 73:16 84:18
   90:3,5 95:7,12
   97:17,19 98:16
   100:5 106:21
   114:12 117:6,9,11
   118:2,4 129:23
   135:8 148:7,11,12
   148:24 149:22
   151:11,12 161:7,17
   165:10 168:19
   174:19 179:13,15
   191:21 206:19
   207:20 210:18,20
   210:20,21 211:8,12
   212:11 213:24
   218:7 227:6 229:23
   230:6 231:2 232:24
   236:9
level 30:8 47:13
   103:4 118:2 137:18
   143:21 150:7,12,23
   153:2 156:23
   177:11 183:10
   188:12 194:5
   216:11 228:14
levels 152:9 154:4
   188:13
Lexington 2:13
liability 1:8 105:3
   117:14 153:6
   154:10 214:24
License 241:7
licensed 14:5,9
licenses 14:1
life 43:9 190:1
limit 15:16 124:5
limited 87:8 130:4
line 220:20 228:19
   238:7 239:7
lined 73:4
lines 114:16
list 9:3 42:15,16
   46:17 64:19 70:16

80:9 133:1,6 135:11
176:10 179:14
180:10 234:1
**listed** 9:14 26:7 40:19
68:9,17 69:14 85:19
145:1 150:22 180:7
**litigation** 1:9 4:9
15:15,16 17:19 22:9
22:22 23:7,16,20
25:6,10,15,18,19
26:2 27:4,9 29:8
30:6,15 31:24 32:21
32:22 33:1,3 40:8
40:21 41:5,17 44:11
44:24 46:23 47:7,10
47:11,24 52:16,17
67:15 137:17
179:24
**litigation-related**
16:13 27:6 51:22
**little** 37:14 38:17
43:14 54:11 63:7
93:24 134:10
149:17 179:14
181:14 228:9 230:1
230:7
**lives** 132:23 219:18
219:21 223:22
**LLP** 2:2
**local** 219:5 223:8
**locate** 87:6
**lodgings** 94:14
**long** 19:3,7 43:10
159:5 176:19
**look** 6:4 8:4 18:5
26:15 42:13 49:2,3
53:4 54:10 56:15,22
68:1 71:6 73:16
80:10,10 86:6 88:10
90:3,5 95:7 96:4
97:17,19 98:16
106:21 113:18,19
113:20 119:1 123:1
124:2 128:7 129:23
138:6 144:24
149:22 151:13
155:6 158:9,19
166:6,7 169:20
170:15,18 171:18

172:12 174:14
179:15 180:2
181:13 189:17,18
191:16 193:20
196:14 209:19
213:24 216:20
218:7 220:21 222:8
223:7 227:19,22,24
230:2,14 231:2
232:24
**looked** 6:5 18:7 60:7
70:12 88:7 89:19
92:23 94:19 153:9
168:5 180:15 182:5
183:7 196:15,16
203:1 208:14
**looking** 18:1 36:11
41:11 46:16 71:15
78:3 96:16 123:19
123:24 124:2,6
125:20 127:16
136:23 155:23
158:16 197:5 203:2
203:7 211:24
212:16 217:15
219:13 221:21
**looks** 6:6 14:21 51:11
92:22 100:15 156:5
156:6 213:13 234:4
**loss** 119:7
**lot** 16:6,7 32:8 42:9
121:14 176:2
185:17 198:15
206:17 229:5
**lots** 64:22 116:11
186:16 218:4
223:18
**love** 121:23
**lower** 124:7
**lunch** 122:2 129:1,4
**Lupron** 41:9 47:11
48:10,13,19 49:15
49:21 70:8
**L.L.P** 3:2

---
**M**

**magistrate** 82:23
83:4
**magna** 12:4

**mailings** 11:13 21:2,4
**Main** 2:3
**major** 148:19 202:13
**making** 124:3 225:20
**Mama** 24:21
**man** 21:9 208:19
217:8
**management** 58:6
63:23 133:3
**Manager** 16:19
**Managers** 16:22
**mandatory** 14:21
**manufacturer** 135:23
142:12,17 143:6
156:19 158:24
167:21 169:1,14
171:1,4,7,10 173:15
178:11 186:2 187:6
187:7,9 188:12
192:8 194:7,13
195:18 196:1,16
206:1
**manufacturers** 44:12
114:1 137:5,6
142:13 147:7
171:13 186:5,9
192:14 211:7
222:17
**manufacturer's**
178:17
**manufacturing**
192:17 194:13
**March** 60:19 61:8,14
61:14,15,16 62:9,11
63:14 65:22 66:1
69:10
**mark** 34:14 37:2,5
84:18 90:24
**marked** 5:22 34:16
34:20 37:6,10 60:5
71:7 84:20,23 91:3
91:12,14 100:9,12
**market** 14:20 26:22
26:24 50:16 52:2
112:17,19 113:22
136:15,18 137:9
187:8 221:17
235:10
**marketing** 1:7 4:9

16:5 48:11 49:9,16
50:1 95:9 97:2
107:2 110:11 214:6
**Massachusetts** 1:2
2:5 5:17 40:9
148:13
**Master** 1:5 4:9
**Master's** 12:6,10,11
12:15
**match** 183:6
**material** 73:9 88:8
236:3
**materials** 74:5,7,13
74:17 75:10,17,24
76:14,20 77:5 88:15
88:20 92:11 223:1
**math** 215:5
**mathematical** 210:17
**matriculating** 13:22
**matter** 7:2 9:19 10:4
10:6 15:20 23:11
34:1,2,22 36:16,17
36:19 38:10 41:3
47:4,5,8,8,12 48:10
48:13 49:15,21
50:14 51:4,15 54:3
56:10 73:15 74:24
74:24 76:4,6,9 77:4
77:21,22 80:24 82:2
82:2,16,17 83:17
84:16 90:5 94:6
98:10 99:9 100:16
102:9 106:24
109:14,15 124:12
128:12 137:22
146:18 148:12
154:24 184:13
186:15 192:18
193:2 217:15
223:12
**matters** 10:5 15:22
16:2 21:2 30:15
33:20,23 35:23
36:23 40:18,23
41:15 44:12 49:8
50:4,5,9 51:24
52:15 70:8,8,9 71:2
77:17 195:14
231:23

**Matthews** 2:7 4:21
  4:21 21:24 58:10
  67:2
**McGuire** 42:6,19
**McKinnon** 23:18
  24:2,7,11,16 25:5
  25:23 27:12 28:14
  29:11,15,22,24
  30:16,18 33:21
  35:17 38:9,22,24
  44:7,16,21,22 45:4
  85:16
**MDL** 1:4
**mean** 11:12 22:16,24
  23:16 25:22 26:3
  30:22 33:4,24 34:2
  35:9 36:19 38:11
  42:20 44:10 45:13
  55:18,22 57:19 59:5
  61:8 62:15 69:2,9
  75:18 79:6,18 85:10
  86:17 88:17 112:1
  116:19 124:14
  125:22 128:11
  137:6 138:8,22
  141:5 149:17
  150:14,15,20 152:6
  152:8 155:17
  167:19 171:13
  172:6 178:7,7 187:3
  188:16 189:4
  193:21 195:8
  196:20 207:13
  210:16 211:21
  212:4 213:9,11,23
  214:12 217:13
  224:22 225:2 229:3
  229:6
**Meaning** 17:8
**meaningful** 43:21,23
**means** 99:22 100:24
  107:21 109:20
  110:14,19 141:6
  157:3 175:18
**meant** 11:22
**measure** 10:20
  104:22 106:23
  108:18 109:15
  124:12 126:11,12

126:15,15 138:18
  146:21 177:12
  212:21 225:7
**measured** 126:23
**measures** 26:19 55:2
  99:10 125:12
  128:20 137:8,20
  138:6,12 141:23
  211:22
**measuring** 10:16
**Medicaid** 130:11
  151:2 162:3 163:6,9
  181:11 216:4
  218:10,22 220:15
  222:6,10,19 229:23
  230:13
**medical** 12:18,21,23
  44:11,14 46:3 52:18
  68:18 132:10
  148:19 181:21
  203:11
**medication** 14:10
  19:17 119:9 135:24
  145:5 163:7
**medications** 19:15,16
  20:3 21:22
**medicine** 13:2 14:6
**meeting** 53:14,15,17
  62:9 64:1
**meetings** 36:6 78:6
  79:8 94:14 212:3
**member** 11:15,18,19
  15:11,13,18 20:15
  39:8,11,12,13 42:24
  102:23 103:8,9
  104:13 105:7,20
  106:3,12 111:7
  115:12 116:1 117:2
  148:18 176:24
  177:4 184:20
  225:15
**members** 16:12 54:4
  54:15 81:16 104:20
  105:11 107:1,8,12
  109:5,10 114:14
  115:18,19 144:10
  162:2 167:5 171:17
  175:5 176:23
  181:10 218:11

222:7 223:11
**Memorial** 5:16
**memory** 40:3
**mention** 176:17
  184:7 190:15
  216:10 220:6
  221:11,23
**mentioned** 9:10
  22:12 32:2 36:2
  48:7 60:7 65:4,20
  68:16,18,20 77:9
  154:15,16 184:9
  186:4,13 222:18
**menu** 133:6
**Meredith** 42:7 97:21
  243:5
**merely** 38:3 49:16
  51:9 102:15 104:17
  105:13 108:16
  184:17 196:18
  227:13 229:2
**method** 150:24 151:1
  181:12 182:4,8,9
  203:13 215:21
  216:24 218:21
  222:6,17 227:20
  228:13 229:22
  230:15
**methodological**
  175:18
**methodologies** 70:6
  98:19 99:8,9 102:4
  103:19 137:12
**methodology** 69:18
  69:19 101:18
  102:18 103:19
  104:4 105:5 188:8
  188:13 189:18
**methods** 68:24 75:6,7
  137:5 146:9 173:21
  174:9
**metrics** 137:2
**Michael** 56:20 63:21
  88:1 202:22
**mid** 46:24
**middle** 174:11
**midway** 95:14
**migraines** 151:15
  202:8

**milligrams** 156:8,8
  157:23
**millions** 18:1 141:20
**mind** 65:8 77:15
  166:15 185:8
**minute** 170:17
**minutes** 45:8 64:23
  121:22 160:2 234:5
**mirrors** 70:5
**misheard** 150:19
**Mishkin** 2:17 4:15,15
**missed** 8:23 162:5
**missing** 174:10,11,16
  187:4,9 191:6,19
  196:20 197:8
**Missouri** 3:4
**MIT** 12:5,8,16 30:4
**mix** 19:13,17,18,20
  21:22 25:16 118:14
  147:1 178:22
  185:24
**model** 51:11 72:10
  99:14 101:20 102:6
  102:17 104:10,19
  105:4,9 106:1
  108:13 109:3,9,12
  109:19,22 110:14
  110:16,18,21
  113:21 114:7
  117:16 119:5 120:3
  137:13,16,16,21,23
  138:4,5 139:16
  204:17 212:22
  213:9 234:16,20,20
  234:23
**modeling** 51:16 65:1
  68:12,13,15,23 69:3
  74:21 75:6,7 102:6
  109:24 110:2
  140:20 141:4
  157:14 161:1,8
**models** 51:11,14
  98:18 103:5,19
  112:21 113:22,24
  114:4 123:1 127:1
  157:17
**molecule** 165:5,10
**moment** 16:8 28:21
  49:19 118:13 170:8

264

| | | | |
|---|---|---|---|
| Monday 11:4 | 143:14 165:5,10 | 211:20 214:20,24 | never 11:8 12:23 |
| monetize 98:19 | 176:23 185:12 | 222:2,20 224:16,23 | 13:10 18:16 62:18 |
| 102:15 103:19 | 238:3 239:3 | 231:11 233:4,8 | 89:23 185:8 188:23 |
| 110:12 112:8 | named 15:24 78:1,3,6 | needed 67:11 175:22 | new 2:14,14 36:23 |
| 128:20 | 78:9,12,17,20,24 | 176:5 224:5 | 83:19 148:10,11,12 |
| monetized 118:12,18 | 79:3,17,21,24 80:17 | negative 93:19 | 181:11,24 182:9 |
| 120:3 127:3 | 81:6 | negotiate 133:5,22 | Newhouse 42:19 |
| monetizing 101:16 | names 29:4 40:5 | 136:15 | news 235:20 |
| 103:6 104:23 | 42:14 219:22 | negotiated 132:18,22 | nice 223:4 |
| money 115:8,10 | NAPB 185:13 | 133:13 135:3,16 | Nick 3:11 4:1 |
| 119:19 218:4 | narrow 133:19 134:2 | 233:14,15,23 234:2 | nickel 143:2 |
| monotherapy 210:23 | 191:5 | negotiates 133:16 | nomenclature 181:22 |
| 210:24 | national 56:23 68:17 | negotiating 136:15 | nonactionable |
| month 38:2 58:4 | 151:4 157:11,18 | 233:17,18,20 | 207:11 |
| 61:21 62:7,12 63:17 | 158:20 181:8 182:5 | negotiation 132:19 | nonclass 162:22 |
| 177:7 | 217:14,18 | 133:18 | 218:11 222:7,19 |
| monthly 151:23 | nature 48:12,14 | negotiations 133:1 | 229:13 |
| 158:21 | NDA 52:10 | neither 125:5 184:2 | nonduplicatively |
| months 212:12 | NDAs 52:4 | net 117:2 136:11 | 224:24 |
| morning 5:10,11 | NDC 143:13 176:23 | 171:14 219:20 | noninsured 225:16 |
| Morton 74:19 77:14 | 184:21 | 223:10 230:6 | nonresponsive 50:22 |
| 77:19,19 | NDCs 71:4 | netted 220:18 | nonstop 17:22 |
| motion 5:19 83:1,6 | NDTI 56:18 151:3 | Neurontin 1:7 4:8 | non-final 73:11 |
| 84:5 129:15 212:18 | 166:16,18 180:6 | 18:19 19:5,6,8,20 | non-indemnity |
| 242:11 243:7 | 194:6 200:9,20 | 20:6,10 21:21 23:16 | 144:22 |
| mouthful 174:21 | 206:16 208:9,20 | 34:1 39:10 71:4 | non-price 49:9 50:1 |
| move 50:21 84:12 | 210:11 211:9 | 81:4 82:3 94:16 | normal 64:16 106:18 |
| 121:6 161:17 184:6 | 212:24 213:4 | 107:8,14 108:7,13 | 110:4 |
| moved 40:15 83:22 | 216:12,16,20,21,23 | 109:4,10,21 110:15 | normally 58:1 59:4,5 |
| movie 29:2 | 230:15 | 110:20 111:8,12,18 | 69:4 86:19 87:9 |
| moving 134:23 | necessarily 50:10 | 112:1 114:6,8,11,15 | 89:23 133:1 154:14 |
| Muehlberger 3:6 | 156:9 196:22 | 115:7,13,16 116:4,9 | 165:3 |
| 4:19,19 | necessary 88:12 | 116:15 117:4,7 | Notary 1:17 237:21 |
| multiple 40:2 130:18 | 152:5 170:21 175:1 | 119:3,10,20,24 | 240:6,15 241:3 |
| multiply 196:4 215:2 | 179:7 | 120:6,9,13,14,17,18 | note 61:22 |
| mutual 11:13 | need 14:18 54:14,14 | 120:21,23,24 121:2 | noticed 62:18 |
| | 56:15,16,17,17,17 | 128:8 130:14,20 | notion 30:21 108:23 |
| **N** | 65:1 68:23 69:17,18 | 131:6 138:14 | 122:21 |
| NAMCS 56:17 70:11 | 69:23 89:9 100:8 | 139:10 140:8 | notions 124:14,15 |
| 194:6 200:20,24 | 108:10 112:5 | 145:21 151:9 154:7 | November 74:1,2 |
| 201:14 206:16 | 146:14 150:10,13 | 155:15 163:24 | 92:18 |
| 207:7 208:9 210:12 | 150:15,18 152:8 | 180:19 188:11 | NPA 174:22 179:16 |
| 213:1 216:9,20 | 161:11,19 171:5 | 197:15 199:16,19 | 181:4 184:1,2 |
| 217:10,16 218:23 | 172:12 179:4 181:4 | 200:12 203:20 | 215:17 216:2 |
| 223:17,18,18,19 | 181:21 183:3 | 209:7 214:5 237:1 | 218:20 227:20 |
| name 5:2,12 17:19 | 184:15 185:10,18 | 238:3 239:3 | NRx 181:11,17,23 |
| 28:20 46:22 60:15 | 186:2,19,21 190:11 | Neurontin-related | 182:2 |
| 60:18 62:13 71:8,24 | 192:1 195:22,24 | 223:19 | NRxs 181:13 |
| 76:6 77:9,15 113:14 | 203:10 208:5 210:3 | neuropathic 117:8 | NTDI 207:7 |

nuclear 9:13 10:7,8
  10:17,19
nugget 103:17
number 4:10 7:24
  15:22 19:2 22:2
  27:19 28:9 30:1
  32:10 34:20 37:14
  40:2,16 41:12 43:16
  46:20 47:20 77:16
  86:7 87:8 107:23
  108:6 129:20
  139:23 143:14
  144:1 151:10
  155:20,24 167:12
  185:14 197:6
  198:10,16 199:9,22
  201:13 204:11,15
  204:16 214:21
  237:13 242:8 243:2
numbers 144:14
  155:18 156:7
  194:20 212:3 219:8
  219:21 229:19
  235:1
numbers-wise 32:3
numerical 99:15
numerically 33:5
nutshell 98:24

─────── O ───────

O 240:3,3
oath 7:15 237:8
Objection 21:24
  58:10
objections 83:15
obligations 179:23
observe 169:11
observed 211:22
observes 165:19
obtain 66:16 69:4
obtained 63:19
obtaining 184:17
obvious 158:18
obviously 11:12
  20:14 41:13 46:9
  58:3 69:2 72:16
  87:9 112:1 156:11
  159:21 169:7 176:5
  183:1 195:20

occasions 8:1,16
  39:21
occur 82:4 119:17
  154:14 185:7
occurred 38:5 50:16
  61:10 112:3 163:17
  213:3
occurrences 207:17
occurs 14:20,21
  110:4
offense 40:6
offer 7:6 132:9,11
  135:6 182:1 232:1
offered 132:14
  134:22 135:12
  140:1 141:10,17
offering 95:4 97:12
offerings 130:24
  182:6
offers 133:1 182:8,10
office 33:15 120:6,23
  151:6,14 200:10,10
  200:11 201:1
offices 209:6
office-based 151:5
  200:22
official 241:2
offset 193:3
offsets 171:11
off-label 20:7 33:22
  34:5 50:14 51:6,15
  72:12 97:9 108:14
  108:17,18 109:13
  110:4,5,6 111:1,8
  112:2 114:15 123:5
  154:12,12,19
  205:15 207:18
  212:20
off-the-record 122:7
oh 22:14,19,20 40:10
  46:12 53:12 54:13
  84:9 85:5 95:20
  96:14 150:17 153:1
  183:6 202:20 215:4
okay 8:16 9:1 10:22
  11:5,11 12:18 13:1
  13:13 15:5 18:16
  19:20 23:13,18 25:4
  27:24 28:8,13 29:20

32:14 34:8,14 45:7
  45:10 46:18 48:7
  49:6 50:21 52:11
  54:19 64:24 70:21
  71:18 73:20 76:8
  82:5 83:13 84:11,18
  85:18 86:2 87:2,13
  89:17 92:12 94:7
  96:14 97:12 98:4,12
  98:16 99:4,21
  100:18 102:7
  103:24 108:12,24
  111:6 118:2 119:2
  121:7 122:16
  123:14 125:10
  127:6 128:24
  129:14,19 131:10
  131:17 132:13
  134:7 135:7,14
  136:9 147:15
  148:11 149:16,20
  159:24 160:10,14
  160:22 161:13,17
  162:12,20 163:1
  164:1,5,21 168:19
  169:5 174:1 176:8
  179:13 183:20
  184:6 189:7 190:14
  191:21 200:7 201:6
  203:12 204:24
  206:8 210:5 212:13
  212:15 213:22
  217:17 226:3,23
  227:8 230:8 231:13
  232:12 234:4 235:3
  236:10
old 24:23,24
older 25:1
once 9:17 57:21
  110:8 118:24 122:1
ones 30:22 31:7,8
  32:3,17 37:15 46:9
  47:13 79:3 80:21
  154:3 232:18
ongoing 33:23
open 167:23
operations 10:17
operator 4:3
opiate 119:4,11,13,18

120:15 121:2
opinion 95:4 97:13
  112:15 116:18
  160:19
opinions 7:2,5,11
  67:22 68:8,11,12
  86:10 236:2
opportunity 21:13
  94:3
opposed 18:11 27:3
  29:15 103:10
opposing 52:23
opposition 77:11
  212:17
opt 144:9
optimum 126:5
option 133:9
options 133:6 135:11
opt-out 231:5,15,17
  231:21 232:9,20
opt-outs 231:24
  232:15
oral 76:24 240:12
order 10:19 37:13
  87:20 100:3 167:14
  179:23
ordinarily 89:22
organizations 130:13
organized 212:13
original 93:4 98:24
outcomes 133:20
  134:3
outline 53:19
outlined 215:11
  220:10
outs 144:9
Outside 14:2
out-of-pocket 107:23
  115:20,23 118:14
  118:17 225:11
overall 31:12 33:14
  187:8
overcharges 124:1,11
  125:15
oversee 87:15
oversight 215:16
overstating 215:4
owe 226:4
owns 24:7

o'clock 1:22 240:9

——— P ———
P 3:6 168:21 197:1
  214:21 228:9,22
page 3:11 4:1 6:15,16
  9:16 36:11 40:19,24
  41:2 42:15 46:12
  60:9,13,15 61:16
  65:21,21 68:3,4
  71:6,9,10,21 72:1
  73:16,22 74:1 85:20
  85:22,23 86:3,4
  90:6 92:10 95:13,19
  96:5 174:20 212:16
  238:1,7 239:1,7
  242:4,8 243:2
pages 8:9,10,19 40:23
  41:21 237:7 242:12
  242:20,22,24 243:4
  243:8
paginated 9:16 37:16
paid 17:23 18:2,3,3
  18:13 20:11,13
  29:17,18,21,23 30:2
  30:3 106:24 107:18
  108:20 109:1
  115:19,23 117:3,10
  118:14,17 130:10
  130:13 136:13
  141:13 143:15
  147:18,23 148:5
  164:18 175:3,3,5,14
  177:1,3,7 184:18,19
  184:20,23 185:2
  190:2 192:1,10,13
  192:14,20,21,22
  193:1,6 197:15,16
  197:21 225:15,24
  226:1,3,7,13,19
  227:21
pain 18:22 19:14
  117:8 151:15
  153:19 202:7
  203:21,23 208:11
  211:2 212:12,13
paper 12:11 72:2,6
  72:13,17,22 73:11
  74:10 86:23

papers 13:20
paragraph 25:5 90:5
  90:7 95:7,8,12,14
  95:18 96:5,18 97:18
  98:17 99:22 100:23
  102:13 106:21
  129:24 142:20,23
  144:14 149:22,23
  153:11 155:3,6,13
  158:19 161:17,18
  164:6 168:19,24
  171:5 172:23
  174:19,20,22,23,24
  175:1 176:14,17,19
  176:19,20 180:11
  183:2,20,21 184:8,9
  184:15 186:7
  190:15,16,19
  191:21,22 196:7
  201:17,18,19,23
  213:24 214:3 215:7
  215:8 216:10,17
  218:7,8 221:21,23
  222:5,12,16 224:15
  231:2,3 232:24
  233:14
paragraphs 176:15
parens 172:10
Parke-Davis 112:21
part 13:18 18:13
  19:19,20 21:22 28:6
  38:6 41:7 48:4
  49:15 80:13 81:9
  83:1,1 112:7 130:13
  135:12 142:15
  155:13 163:14
  170:9,23 171:22
  176:4 192:18 202:6
  211:17 212:23
  222:22 225:15,19
  230:6 233:24
participating 31:1
participation 18:12
  39:6
particular 28:10 48:5
  66:7 71:3 77:21
  80:6 87:12,16 94:12
  97:14 101:11 104:1
  111:11 123:3

125:22 145:5 167:1
  189:3 192:10,11,11
  196:17 197:2 204:4
  204:7 205:8 206:11
  210:10,15 214:11
  214:13
particularly 141:1
  154:15
parties 53:18 241:1
partner 35:1 40:11
partnership 25:2
parts 190:7 227:2,3
party 11:5 202:24
pass 136:3
passed 149:11
passing 29:16
patent 44:12 52:17
path 43:10
patient 111:16
  112:18 114:3,9
  115:6 117:7,10
  118:22 119:2,6,7
  123:11 126:22
patients 112:22
  113:19 147:10
patient-by-patient
  111:15 112:6,12
pattern 50:20 177:18
patterns 52:3 141:21
  169:11 191:24
  223:24
Paul 2:17 4:15
paul.mishkin@dav...
  2:19
pay 20:10 21:4 225:5
  227:12,13 228:2,12
  228:15,15,16
paying 18:14 149:12
  169:9
payment 30:9 38:8
  39:1 150:24 151:1
  181:12 182:4,8,10
  218:21,21 222:6,17
  227:21 228:14
  229:23 230:16
payments 107:6
  149:9 175:6 192:19
payor 15:7,12,14,18
  15:19 16:4,12 18:15

20:13 78:24 79:7
  80:1,19 81:2 106:3
  106:12 118:15
  129:10,19 130:2
  132:15,20,23
  133:13,16 134:12
  134:17 135:1,6,13
  135:15 136:4,12
  138:13 139:3,24
  140:4,4,8 141:9
  142:23 143:11
  144:3,15 145:17
  146:13,16 147:2,18
  148:3 149:1 164:13
  167:10,17 168:14
  176:18 177:6,8
  178:10 183:22
  184:7 185:19,21
  186:1,3,9,19 187:3
  188:12 191:7,14,15
  193:4 195:14,17,21
  195:23 196:15
  197:13 224:17
  225:3 226:8 228:23
  230:3
payors 15:24 16:1,12
  18:3,6 70:9 81:8,18
  108:4 129:10
  130:18 131:3,10,18
  134:8 136:11,23
  138:8,9,16,19
  139:17 140:11,21
  141:9,19 142:1,6,15
  143:1 144:21
  145:11,11,19,23
  147:7,15 148:6,7
  149:3 151:2,2
  164:20 169:9
  170:11,12 171:16
  175:4,14,15 177:21
  181:11 184:24
  185:3,22,24 186:11
  187:10 190:11
  191:3 192:21 195:3
  197:12 216:4,4
  218:10,22,23,24
  219:4,19 220:10,13
  220:16,17 222:11
  222:20,21 225:21

226:13,18 227:10
227:21,22 228:20
229:1,13,24,24
230:7,9,10 232:21
233:17,19
**payor's** 178:15
**PBM** 17:2 18:15
    131:12,22 132:1,14
    132:17 133:1,12,17
    134:12,21,23 135:2
    135:15,23,24,24
    136:3 138:12 140:1
    142:22 185:23
    196:15 197:13,16
    227:15,15
**PBMs** 16:22 18:2,5
    131:4,18,19 132:9
    134:8,16,20 135:5
    136:10,23 138:23
    139:1 141:10,20
    142:6,14 143:1
    144:10 147:7
    171:16 177:21
    186:10 192:22
    233:17,18,20
**peer** 22:4 112:24
    212:24
**peers** 94:13
**peer-reviewed** 42:16
**Pelican** 29:3
**pending** 74:24 76:5
**Pennsylvania** 34:1
    75:1,8 76:5 82:1
    98:10
**penultimate** 59:23
    60:2
**people** 11:14 32:10
    36:8 56:9,19 62:19
    62:21,21 74:20
    79:18 87:16 113:3
    125:24 158:8
    186:16 189:20
    228:15,16
**percent** 27:6 33:8,18
    41:14,15 133:22,23
    151:13 177:19
    191:5,11,11 203:20
    203:22 204:14
**percentage** 29:17,23

30:19 33:13,14
    140:12,23 141:14
    141:18 145:4,20,22
    149:18 154:18
    163:12 169:15
    187:14 201:7
    229:17,19
**percentages** 33:9,9
    134:1 208:19 211:9
    216:6 230:8,17,22
**perfectly** 109:4
    118:21 193:9
**perform** 161:12
    171:6 199:10
    200:18
**performed** 104:23
    162:14
**performing** 63:21
    76:16
**period** 11:15 19:1,3
    57:5 110:22 130:22
    130:23 131:5 134:9
    134:13,18 138:20
    139:12 148:4 149:7
    150:7 152:13
    153:13 155:9
    165:13 167:5
    172:21 173:2,7,12
    173:16 174:3,11,12
    178:23 181:14
    185:6 186:20
    193:24 194:1,3
    198:5 199:20 200:2
    201:21 203:21
    206:8 211:11
    214:12,14 215:14
    215:18 216:8
**periods** 144:23
    200:10
**permissible** 193:9
**permit** 144:20 182:18
**person** 24:9,10 31:21
    32:19 43:5,6 58:6
    75:23 117:22
**personal** 88:3
**personally** 20:24
    25:9,20 27:3 202:17
**person's** 118:5
**perspective** 125:20

125:21 178:15,16
    178:17,18
**perspectives** 178:15
**pertaining** 1:19
**Pfizer** 112:21
**pharmaceutical**
    16:19,22 17:6,14,18
    32:7 40:18 43:8,20
    44:4,8,13,18 45:3
    46:2,3 66:15 70:9
    77:16 114:1 115:9
    132:8 168:2 176:2
    189:19 219:7
    235:10
**pharmaceuticals**
    166:22 219:2
**pharmacies** 142:22
    185:14 197:21
    233:18
**pharmacology** 13:5,8
**pharmacy** 141:13
    143:14 177:2
    184:19,20 185:13
    226:1,2,3
**Philadelphia** 75:8
**phrases** 96:8
**physician** 151:5
    200:22
**physicians** 110:5
    207:5
**physician's** 200:11
**Ph.D** 3:12 12:9,16
    13:11 14:2
**piece** 47:16 183:1
**PIJT** 194:11
**piles** 86:23
**pill** 155:24 156:3,9
**pills** 155:18,21 156:4
    156:7
**pithy** 177:23 178:3
**place** 62:10 111:10
    129:1 171:3 237:6
    240:18
**placebo** 109:7
**plaintiff** 11:9,22 76:7
    123:20
**plaintiffs** 2:10 4:22
    5:19 15:7,11,24
    20:24 23:11 35:21

37:11 38:23 39:1,2
    39:20 41:7 58:21
    78:1,4,6,9,13,17,21
    78:24 79:3,5,7,17
    79:21 80:1,18 81:6
    81:12 83:9,18 84:3
    86:15 88:23 105:18
    106:10 122:18,19
    125:20 127:9 128:2
    129:14 232:13
    242:10 243:7
**plan** 20:11 130:24
    143:15 144:1
    146:15 148:8,19,19
    149:9 150:9 156:14
    156:15 176:24
    177:1,2 184:18
    192:5 211:18
    217:10
**planned** 150:1
**planning** 132:10,10
    137:6
**plans** 130:6,6,19
    132:9 140:13,19,22
    141:10,11 142:2,4
    144:2,21,22 148:14
    149:17 185:1 191:2
**plants** 10:17
**play** 175:18
**playful** 221:17
**pleading** 172:14
**please** 4:11,24 5:12
    6:14 8:9 12:1 30:21
    35:20 40:6 50:24
    68:2 70:22 85:22
    86:6 111:21 237:11
**pleasure** 45:12
**plus** 118:14 120:11
    225:6
**point** 16:11 31:13
    36:4,5 40:10,14
    41:21 53:24 55:14
    58:5 59:10,11,16
    61:1,18 70:12 98:3
    101:16 102:2
    117:15,18 123:16
    123:17 134:13
    137:23 144:12
    146:14,16 147:11

188:16 207:13
209:18 211:14
212:9 213:3 235:5
235:21
**policy** 35:19
**Polk** 2:12 4:14,15
**Polubinski** 2:16 4:13
4:13 5:9 6:1 22:7
34:14,18 37:2,8
45:7,22 50:21 51:20
58:14 66:24 67:4
70:21 71:5 82:5,14
84:18,22 90:24 91:8
100:11 111:20
112:9 122:11
128:24 129:8
159:24 160:9
198:17,21 199:6
205:1,5 221:5,9,20
224:7,9 234:4,14
235:19,24 236:9
242:5
**poorer** 189:23
**portion** 25:9 27:2,7
30:12 32:5,24 95:21
149:5 180:12
190:15 218:8
**portions** 161:23
218:14 234:19
**position** 23:22 122:18
122:19 123:20
127:9 128:2
**possession** 35:8
**possible** 49:20 81:18
114:18,21 131:9
140:24 144:19
156:24 202:10
220:11 230:21
231:5,16 232:3
**possibly** 70:19 78:10
138:22
**post** 153:19
**postponed** 47:19
**potential** 39:13
**potentially** 39:5
153:7 154:10
**power** 9:13 10:17
26:10,12
**practice** 14:5 48:18

57:17 58:17 59:2,23
73:7,13,15 77:4
86:22 88:17 139:5
220:23 222:23
**practices** 1:8 4:9
12:12,13 48:11
49:17 95:9 97:2
107:2 110:11
149:10,10
**precise** 146:11
183:11 189:4
215:21
**precisely** 30:2 67:6
171:8 200:4 210:17
235:5,16
**predetermined** 33:9
33:12,14
**predict** 114:2
**predicting** 113:2
**preliminary** 64:1
180:3 203:1 207:4
**premarked** 6:3
**premia** 147:20,22
148:1,5,16,17,21
**premiums** 147:22
148:1
**preparation** 37:24
38:3 54:2 91:20
**prepare** 62:22
**prepared** 5:18 35:13
62:19 74:13 86:7
**preparing** 38:4 61:6
**preponderance** 43:12
**prescribe** 14:9 120:6
120:23
**prescribed** 18:23
21:21 111:7,9,12,13
111:16 112:1
113:20 114:14,16
115:15 117:7 119:3
119:4,11,13,14,21
119:24 120:13,14
120:15,17,17,20,24
121:1,2 151:7 154:5
162:6 163:13 165:8
166:23 181:24
200:14 207:8
210:23 211:5
**prescribes** 120:8

**prescribing** 178:18
205:18,19 206:14
206:15 207:5 209:7
**prescription** 14:13
14:14,15,16 15:3
17:19 18:11 20:6,10
33:22 46:22 56:23
108:14 111:1 115:9
115:20 117:10,12
117:20 118:5,9,11
130:9,12,14 132:16
136:13 140:12
143:13 147:12
154:13 157:11,18
158:20 161:23
167:12 181:8,21
182:5 191:24
200:12 201:1
207:19 211:1
**prescriptions** 14:23
107:9,14,24 108:6
114:24 131:6 148:4
149:6,11 154:9
161:24 162:7,11
163:8 184:3 190:12
201:8 203:3,20
204:3,5 205:7,9
206:10 209:12
210:10,13 211:14
**present** 2:1 3:1,10
40:20,24 41:3 62:5
62:6 93:16 134:14
173:3,3,9,9 237:16
**preserve** 57:15
**president** 23:23
**presumably** 29:16
72:23 106:8
**presume** 104:19
159:19
**presumes** 109:9
**pretty** 10:11 45:5
222:4
**prevent** 14:23
**previous** 176:15
204:23 222:12
**price** 26:21 48:8 50:8
50:10 108:20,22
109:1 113:19
116:14,15 128:10

136:16 156:13
169:4,24 170:6,18
171:11 196:4
**prices** 50:12,16 124:6
124:7 156:11,16,18
164:17 165:19
169:2,3,5,19,22
180:17 227:18
234:1
**price-fixing** 48:2
124:5 126:4,5
**pricing** 26:24 49:17
**primary** 193:20
226:12
**Princeton** 12:3 217:8
**print** 56:2 58:15
59:10
**printed** 59:20
**printing** 59:2
**prior** 7:11 51:21
52:15 58:16 59:21
65:5 66:10 87:19
90:15 92:4 236:4
**private** 24:2,3,6
130:10
**pro** 135:6
**probably** 11:16 17:17
17:24 18:10 24:24
27:5 28:21 31:11
36:3 41:14 53:18,22
56:11 58:4 61:12,17
67:17 76:2 85:2
108:10 121:14
129:1 139:7 143:22
153:1 155:4 163:17
184:9 185:23
187:11 203:17
217:3 234:17
**problem** 19:14 31:4
**problems** 59:15
151:15 163:13
202:8
**procedure** 1:18 58:2
64:17 220:23
**procedures** 149:10
**proceed** 64:4
**proceeds** 151:22
**process** 14:13,14,15
14:17 17:14,16,24

18:8,12 52:8
produced 72:16
  86:24 89:19 171:24
  236:4,4
produces 88:21
product 49:10 50:2
  54:20 66:7 182:6
production 67:1
  224:8
productivity 26:19
  26:20
products 1:8 113:22
  176:22
professional 13:24
  26:3
professor 13:17 42:3
  42:6,8 51:8 55:9
  58:21 59:17 62:1,2
  72:7,9,9,18 73:12
  74:15 76:4,21 77:7
  77:19 80:4 97:21
  98:9,13 99:15,16
  100:1,16,20 101:2,5
  101:21 102:10,19
  103:4 105:16
  107:15,24 108:7
  110:1 118:6,12,23
  120:2 152:12
  154:23 157:5,7
  158:5 161:14 162:1
  194:21,23 199:8
  203:22 204:9
  207:10 208:6,22
  211:19 213:17
  214:2,4,10 215:9,22
  218:9 227:7 229:20
profoundly 43:6
program 13:15
  130:11
programs 141:17
project 28:10 87:17
projections 169:13
projects 26:6,7 27:20
proliferate 86:23
proliferating 59:8
prolix 71:1
promote 153:15
  206:1
promoted 97:8,9

207:2
promoting 48:15
  208:11 211:3
promotion 48:17
  50:18 51:15 72:11
  108:17 109:13
  110:5 123:6,13
  154:12 200:3,6
  205:20 207:24
  211:11,14,15,16
  212:20 213:2
promotional 22:5
  49:18 50:14 51:5
  96:6 97:3 153:24
  154:21 202:5 203:2
  207:17 211:22
promotions 212:4,14
proofread 58:23
properly 12:12
proportion 162:21
  204:2,5 205:6,9
  206:10 210:9,12,13
Proportionally 24:15
proportions 204:20
  208:18 210:4
propose 100:3 101:3
  102:18 105:18
  106:10 137:13,24
  142:9 175:13
  190:21 229:13,14
  229:16
proposed 76:17
  92:14 99:1 108:13
  116:24 142:11
  157:16 161:9 164:5
  188:19 243:3
proposes 137:16
  211:19
proposing 112:7
prosecuted 127:20
prove 51:4 102:9
proved 49:23
proven 105:15
provide 9:24 38:22
  46:5 87:13 102:18
  104:11 105:5 106:2
  109:20 110:14,19
  130:11 132:5,7
  133:3 138:10,11

166:18,24 175:1
  179:12 184:23
  208:2 216:23
  218:17 221:14
provided 38:19 46:1
  75:13 76:24 108:6
  161:1 180:21
providers 48:15
  132:7
provides 149:24
  157:18 166:20
provision 35:16
  144:9
Ps 178:23 195:16
  196:10 228:21
psychiatric 151:15
  163:13 202:8
  211:12 212:10,14
  230:14
psychotic 208:12
public 1:17 26:16
  32:9 42:4 163:5
  237:21 240:6,15
  241:3
publications 42:10
  42:15,17 112:23
publicly 217:19
publicly-traded 24:5
pull 70:2 88:19
pulled 87:18
pulling 80:2
pulls 88:21
punishment 126:7
punitive 124:15
  125:2 126:1,6,11
  127:7,12 128:1
purchase 186:14
  233:9
purchased 107:1
  147:4
purchaser 15:23
purchasers 70:10
  146:7
purchases 219:3
  223:10 225:10,11
purge 58:6
purport 117:2
purposes 142:18
  190:22 233:19

pursuant 1:17 85:3,8
  130:19
pursue 112:5
purview 44:15
pushed 206:22
put 37:13,15 51:10
  53:18 67:2 68:11,24
  69:18,21 72:15
  94:15 101:19
  112:14 123:19
  127:14 143:5 159:9
  159:21 162:21
  166:9 168:9 176:14
  180:6 197:1 202:22
  209:15
putative 11:9,22
putting 70:18 127:8
  128:2 147:3 197:6
  210:17
P1 226:6
P2 228:22

---

**Q**

QIJT 155:5 214:4
  215:9
QIJTs 216:6
Qs 109:23 110:9,11
  118:24 151:8 161:7
  194:4 195:5,11
  226:22 227:5
  228:18
qualify 15:11 43:23
  68:10 69:1
quantifiable 135:19
quantify 187:17
quantitative 183:14
quantities 50:12 51:7
  51:9 101:7 123:9
  126:23 185:7
quantity 99:20
  101:13 143:13,14
  167:11
quarter 155:10
  157:22 198:5
  199:17 212:12,15
quarterly 142:16
  151:23 152:13
question 11:20 16:17
  20:9 22:17 23:2

42:21 44:15 49:12
49:13 50:23 51:1
52:13 61:5 66:9
69:13 70:22,23
93:13,21 100:18,22
104:1 106:15
110:13 111:19,22
117:19 125:19
127:22 133:11
143:22 146:20
172:8 173:14
183:24,24 189:1
193:8 196:24 200:1
202:16 204:23
205:23 209:23
213:16 216:14
217:4 221:6,7,9
235:3
**questions** 24:20 64:3
73:2 96:4 114:17
121:24 235:21
240:13,17
**quick** 61:5
**quickly** 10:2,22 52:8
91:9 92:8 105:24
166:10
**quite** 15:4 170:17
180:8
**quote** 162:1 188:4
212:17
**Q1T** 226:17

_____
**R**
**Rahul** 3:12 4:17
**raise** 146:5
**raises** 216:14
**Rand** 113:14
**range** 62:2 132:9,13
133:5,19 134:2
177:20 191:5
**ranges** 135:19
**rate** 26:17,20,21
27:16 28:4 30:12
36:12,23 118:15
132:21 136:16
140:15 187:15
191:13 194:1 198:4
233:15,23
**rates** 36:22 134:2

138:14 164:7,10,14
164:24 165:13,23
168:8,13,21 169:8
170:12 171:17
175:2,3,14 177:14
177:18 180:18
184:16 185:2
187:11 190:22
195:2,13 225:5,6
233:14,20 234:2
**Raymond** 1:15 4:4
5:6,13 8:11 237:15
238:4 239:4 240:5
242:3,9,19
**reach** 150:6
**reached** 113:1
**reaction** 22:13
**read** 50:23 51:1
59:10 68:5 70:21,23
72:3 73:2 83:11
86:12 90:11 95:10
95:17,22 96:2 97:24
103:5 107:3 111:20
111:22 130:15
155:13 159:18
170:2 174:21 175:8
175:11 176:18
192:3 202:13 203:5
204:22 205:2
216:15 221:1,5,7,12
224:20 237:4
**reading** 59:3 202:18
**reads** 63:9,11 65:22
68:4 72:1 74:4 86:7
90:7 95:22 97:20
98:17 106:22 130:4
169:21
**ready** 55:19 172:19
231:11,24 233:6
**real** 17:18 109:7
**realistically** 183:16
**really** 9:24 22:16
63:7 65:14 74:18,19
75:2 77:20 83:11
84:12 87:20 113:18
128:6,9 146:6
149:14 173:5,11
183:6 197:5 229:4
230:4 234:20

**reason** 34:4 37:17
51:3 55:13,16
116:13 129:16
152:10 167:3 180:9
188:10 213:19
218:5
**reasonable** 122:3
175:19 177:18
183:17 188:22
**reasons** 21:21 84:13
207:8 209:7
**rebate** 135:16 136:2
143:3 171:12 192:7
192:9,12,19 193:5
**rebates** 135:14,17,22
142:17 171:15
190:2 191:22,23
192:1,5,10,21 193:1
**rebuttal** 74:4,13,14
74:17 75:10,16,24
76:14,19
**recall** 12:12 16:5,8
17:3 23:5 32:22
35:5,24 43:16 49:1
49:11,19 55:4 56:4
59:17 65:19 70:13
71:4 72:13,14,19
74:19 75:8 77:1,23
78:3,5,7 79:19,23
80:7,15 82:2 84:7
84:17 89:2,3,4
98:15 232:22,23
**receive** 20:19 21:2,3
21:3 28:2,8,11
29:23 31:14,18 32:4
32:14,24 38:24
39:18 86:18 87:10
171:21,23 172:4
193:18,19 204:9
217:10 227:6 232:4
**received** 27:18 37:11
55:10 61:15 111:17
115:6 153:14 154:7
171:19 179:19
184:11 225:22
**recess** 45:18 82:10
129:4 160:5 199:2
234:10
**recognize** 100:14

208:16
**recollection** 16:10
35:22 36:1,10 38:16
44:3 49:21 53:10
56:6 64:7,12 65:13
66:8 67:5,8 74:9,16
75:19 76:11 78:11
79:13 80:16 81:3,17
81:19 87:5 161:8
216:12
**recommendation**
82:24 83:5,15
**reconcile** 193:17
**record** 4:12 45:15,17
45:21 62:3 65:2
82:9,13 91:10 122:6
122:10 129:2,7
141:12 160:4,8
199:1,5 221:12
234:9,13 236:9,11
240:16
**records** 141:19 147:3
189:24
**recourses** 107:17
**recover** 20:23 107:13
107:22 108:5
109:11 225:21
**recovery** 20:18 21:15
108:19 109:15
124:10 126:15
**red** 56:16 68:19 73:4
189:9 233:1
**redo** 213:20
**redundancy** 183:3,4
190:9 191:19 208:8
**redundant** 176:16
**refer** 6:8,8 16:21
25:21 40:3 46:10
76:5 80:22 90:18
95:9 156:2
**reference** 37:16 66:7
125:6 148:2 216:16
**referenced** 125:2
**referred** 41:22 66:20
74:22 131:14 170:7
173:23 222:10
233:13 240:19
**referring** 66:4 74:7
75:24 186:6

refers 184:8
refills 181:23
refine 105:10
refined 202:3
reflect 64:6 100:21
reflected 36:12 43:11
    135:18 158:11
    201:14 202:4
    206:15 207:5
    210:11,13
reflection 27:19
reflects 41:17 68:14
    122:23
reframing 209:23
regard 94:22 108:15
    109:4 118:20
regardless 219:6
regroup 202:15
    203:6
regularly 69:23
    87:11 143:17 182:7
regulatory 26:8,11
    153:15
reimburse 116:3
    132:16 149:6 191:4
    233:21
reimbursed 116:2,5
    130:20 162:1,3,22
    164:18 175:7 177:8
    193:6 195:17
    197:23 216:3 218:9
    219:8 224:17
    226:18
reimbursement 17:6
    17:14 18:11 108:5,8
    116:6 118:15 131:5
    132:8,21 134:1
    136:16 138:7,13
    145:10,22 147:11
    163:6 164:7,9,14,19
    164:23 165:12,23
    166:19 168:2,8,13
    168:21 169:8,8,15
    170:12 171:17
    175:2,3,14 177:1,2
    177:14,18 180:17
    184:16,18 185:2
    187:11,15 190:22
    191:13,16 193:3
    194:1 195:2,13
    198:4 216:24
    224:18 225:5,6
    226:19 227:3 230:3
    233:14,15,23 234:2
reimbursements
    107:7 158:21
    167:11 171:2
    177:12 191:7,9,11
    196:10 225:14
reimburses 148:3
reimbursing 193:4
reiterate 176:13
reiterated 178:1
rejected 93:15
Relafen 41:2,10
    47:10
relate 79:17,21 187:6
    191:9 201:15
related 29:8 30:8
    33:6 46:1 48:8 49:9
    50:1 52:16 57:16
    80:17 147:3 151:14
    205:16 225:3,13
relates 1:11 144:15
    144:16 172:22
    191:22
relating 51:23 79:24
relationship 41:23
    42:9,22 43:2 136:5
    136:5
relationships 170:18
relative 204:19 210:4
relatively 27:2
    206:10
relators 212:17
relevant 24:19 44:15
    48:17 52:20 123:11
    144:23 145:1
    172:21 196:4
    203:23 214:7
reliable 113:24 189:5
reliance 89:20
relied 67:21 68:4,8
    68:14,22 69:1,14
    202:19
relief 126:15,20
rely 68:23 69:23 90:1
    139:16
remain 101:14
remaining 226:4
remedy 128:22
remember 29:4,4
    49:14 64:20 73:5
    75:3,12 77:20 80:21
    82:1 87:3,20 179:21
    206:19 217:1
remembering 40:5
remind 54:17
reminded 77:6
remove 10:7
Renee 24:14 35:2
    56:20 63:23 88:2
renegotiate 134:22
reopen 236:5
rep 54:16
repeat 111:19
rephrase 134:10
report 6:9 7:1 54:3,7
    55:10 58:15 74:22
    74:23 82:24 83:5,15
    84:4,15 86:16 90:4
    90:16 95:7 149:22
    222:3
reporter 4:24 5:2,3
    34:19
reporting 4:2 38:3
reports 42:16 94:15
    98:13
representative
    137:19 138:15
    198:9,12
representativeness
    152:4
representatives
    147:17 149:5
representing 198:9
    198:12
represents 197:1
request 37:12 61:17
    80:12 86:6 87:7,8
    88:5 89:7 172:2,6
    231:4,14,18,19
    232:13 233:9
requested 5:23 34:17
    37:7 38:12 84:21
    91:3 100:10 172:1,3
    172:6,9,11 173:16
    231:9,10 233:2
requests 85:15,18
    87:11 89:10 183:4
require 114:8
required 39:18 97:10
    179:11
requirement 87:1
requirements 97:7
    139:18
requires 143:6
reschedule 84:10
research 3:12 4:18
    13:20 26:5 42:9
    180:2
reserve 236:5
residential 26:21
respect 70:1 95:2
    96:8 135:4,14,24
    139:11 145:16,19
    147:8
respond 86:19 87:1
    88:12
responded 73:4
    86:24 87:21 89:11
responding 88:4 91:6
    126:19
response 37:12 68:10
    76:3 89:6 114:11
    207:2 221:6,8
responsible 207:12
responsive 88:8
    89:20
rest 171:12 222:2
    227:14
restrict 50:8
restructuring 26:10
    26:11
result 10:12,20 51:7
    105:15 107:1
    117:21,23 123:12
    124:3 154:20
    166:23 189:4
    194:12 205:18
    213:2 214:6,18
results 51:6 55:1,2
    99:15 102:5 160:23
    161:5 188:2
resummary 177:23
    178:3