**resumT** 45:24
**retail** 150:23,24
   158:21 177:20
   178:12,16 181:12
   182:4,9 194:17,18
   197:15 218:21
   222:6 227:20
   228:13,14 229:22
   230:15 233:18
**retailer** 226:11
**retailers** 186:12,12
   186:14
**retained** 8:1,17 15:23
   16:1 18:7 28:19
   34:10 39:19 40:5
   52:22 53:1 61:1
   105:3
**retention** 16:3 17:18
   31:23 32:9,11 34:21
   35:4,10 36:2 61:3
**retirees** 219:5 220:2
**return** 48:18 114:12
**returned** 11:16
**revenue** 27:8
**review** 67:17,18,20
   69:8,20,23 70:14
   72:1 74:4,16 80:13
   90:8 94:3,17 97:20
   102:13 169:23
   170:6 171:16
   188:16
**reviewed** 17:24 52:7
   52:20 55:12 59:11
   59:12 68:22 69:12
   74:21 75:9 76:18
   79:16,20 80:5,17
   81:5,11 83:4,14
   91:19 94:5,22,24
   97:6 98:9 110:2
   113:1 132:17
   161:13 179:19
   182:8 184:11
**reviewing** 31:2 59:6
   59:13
**reviews** 142:14 186:3
   192:17
**revised** 84:3,4,15,15
**rich** 142:19,21 144:8
   166:24 167:10

**Richard** 42:2,18
**richer** 181:14
**RICO** 47:23 48:7,8
   48:20 50:5 51:18
   90:9 95:15,22 96:17
   96:21 110:10
**right** 11:20 12:14,19
   14:10 15:21 16:14
   18:17 28:2 30:14,16
   37:9,15 43:1 48:1
   49:19 60:19 63:6
   66:13,24 69:11
   71:20,23 73:21 74:2
   75:23 82:18 85:4
   86:1,5 90:3 91:9
   93:1,11 95:6,10
   97:17,24 99:12,13
   99:17 100:4 101:4
   101:21 102:11
   104:10 105:7
   106:13 107:9
   108:12 109:2 111:5
   115:21 116:16
   120:7,24 122:16
   123:14 124:20,20
   139:4 140:6 142:10
   144:18 145:3
   147:13 150:17
   152:7,10 155:16
   161:21 163:24
   166:2 167:4 171:23
   175:15 179:18
   180:9 181:3,3
   182:11 186:8
   188:19 190:17,20
   192:3 196:21 198:8
   200:8 201:10,18,19
   202:1 203:16 208:1
   208:21 209:22
   210:6 213:24
   214:20 215:19,24
   216:11,19 217:9,13
   219:12 222:1
   224:23 225:1,19
   232:24 234:15
   235:12,19 236:5
**ripe** 172:14
**risky** 174:18
**RMOP** 174:22

   179:17 181:5 184:1
   184:2 215:17 216:3
**RMR** 1:16 240:6
   241:7
**Roberts** 29:2
**robust** 196:12,19
**rocket** 198:14
**role** 134:16
**roles** 131:19 134:20
   134:22
**rolled** 223:19
**rollout** 180:5
**rollouts** 18:2
**rose** 47:13
**Rosenthal** 42:7 51:8
   54:24 55:9 58:21
   59:17 62:2 72:9,18
   76:17,21 80:4 97:21
   98:9 99:11 100:1,20
   101:2,5 102:10
   103:4 104:23
   105:16 107:15,24
   108:7 110:1 154:23
   157:5,7 158:5
   160:16 161:1 199:8
   204:9 205:17
   207:10 208:6
   211:19,24 213:17
   214:2,4,10 224:10
   224:13 227:7
   229:20 243:6
**Rosenthal's** 72:7
   73:12 74:15 76:4
   98:13 99:15,16
   100:16 101:21
   102:19 118:6,12,23
   120:2 152:12
   160:23 161:14
   162:1 194:21,23
   203:22,22 208:22
   215:9,22 218:9
**Rubic** 195:10
**Rubics** 228:7
**Rudnick** 40:10,11,13
   40:23
**Rules** 1:17
**ruling** 83:14
**rulings** 93:7
**run** 71:3,3,21 213:7

   234:16
**running** 28:6 82:5
**runs** 134:14 173:2
**Rushnawitz** 24:14,16
   35:2 56:20 63:23
   88:2
**Rx** 181:19,20,21

---
**S**
---

**S** 1:15,16 5:6,13
   237:15 238:4 239:4
   240:5,6 241:7 242:3
   242:9,19
**safe** 127:17
**sake** 31:6
**salary** 27:15
**sale** 31:22 32:13
   156:6 169:4
**sales** 1:7 4:9 30:7,10
   31:14,18 32:1,4,5
   32:15,18 33:1,4,7
   50:16 94:20 108:18
   112:22 114:2 137:6
   151:19 156:7
   214:15 222:18
**sample** 158:23
   184:23
**samples** 48:16
**Sara** 74:12,18 75:4
   75:22 76:2,10
   112:24 113:11
**Saris** 83:14,17
**satisfy** 89:18
**save** 53:22 57:9,21
   58:3,9 59:9,23
   86:22
**saved** 77:5
**saw** 55:18,21 80:21
   184:5
**saying** 31:2,3 54:19
   119:10 120:5 128:5
   128:7,12 158:10
   189:2 190:10
   196:21 203:16,18
   209:4 210:7 219:15
   222:8
**says** 61:20 102:12
   109:13 158:19
   172:3 212:11 214:3

214:10 226:3
scene 29:2
Schedule 85:19,23
  86:4
scheduled 11:4 81:21
  82:15,21 84:1
scheduling 81:24
  82:3
scheme 124:5 126:4,5
school 12:7,21,22,24
  13:17 32:9 42:3
  163:5
science 198:14
Scott 74:19 77:14,19
screen 4:7 59:4,6
  205:4
script 138:14 155:21
  181:19 193:5
  228:20
scripts 154:18 155:19
  155:20 157:19
  181:11,23,24 182:9
  190:2,3 193:23
  206:18,23,23
  208:11 212:24
se 213:6
seal 241:2
second 61:22 65:20
  85:23 91:24 93:16
  95:14,21 97:19
  102:12 130:3 155:7
  164:5 167:14
  183:21 207:1
  212:12 214:1
  225:17 226:21
  242:23
secondary 170:19
section 54:14
see 9:4 37:14 38:13
  38:15 41:1 58:19
  59:4 61:14 62:16
  68:16 69:17 79:6
  81:1,1 85:5 91:4
  92:1,3,11 95:20,20
  96:1 135:8 138:13
  143:9 144:8 152:10
  154:22 155:23
  158:24 163:11
  164:4 166:9,24

172:10 174:14
  176:22 177:17
  186:13 187:2,5,5
  192:20 194:13,15
  196:7 200:15
  202:19,20 205:3,21
  207:4 208:18,19
  211:6,8,20 212:10
  212:11 213:13,21
  216:15 218:1 221:2
  221:14 222:14,16
  227:18 230:15
seeing 71:13 86:1
  136:21,24 165:9
  170:19 182:13
  230:4
seek 174:7
seeking 38:8
seen 15:3 18:4 55:21
  59:15 73:1 80:19,23
  85:1 92:5,20,23
  121:17 180:4,5
  207:3
segments 26:22
self-administered
  140:16 141:2
self-funded 130:6
  220:3
self-insured 149:9
  197:17 230:4
sell 48:16
selling 33:10 94:13
  170:16 194:14,16
  197:22
send 21:7 55:5,23,24
  56:1,2,3,23 142:15
  142:16 143:5
sense 61:13 113:10
  128:6 131:15 197:3
  204:22 206:9
  219:18 231:10
sent 35:11 37:18
  38:12 54:4 55:20
  56:19 59:12,16
  61:13 227:15
sentence 90:7,14,18
  95:8,14,21 96:5
  97:19,19 98:5,16,24
  102:12 130:3 155:7

175:11 214:1
  215:12 216:16
  221:6
sentences 54:18
separate 28:3 29:12
  29:13 144:1
separately 44:21
series 64:8 96:4
serious 38:17
seriously 53:24
serve 130:8 132:3
service 132:5
services 4:2 35:16
  38:21 132:13
  133:10
set 36:6 67:23 89:10
  94:3 99:1 104:11
  106:1 107:12
  121:23 126:3
  127:13 135:9
  139:17,22 140:11
  148:24 149:23
  150:4 163:8 179:17
  179:17 184:2,14
  195:9,11 202:21
  207:1 210:12 212:5
  216:9 230:22
  231:20 234:23
Seth 202:22
sets 104:4 176:10
  178:4,7,8 179:14,16
  181:5 182:14,15
  184:1
setting 26:21,21
  103:14 111:12
  126:6 221:22
settings 26:17
settlement 39:16
  106:19
seven 40:12 41:22
shape 137:9
Shapiro 2:2 4:22
  39:24
share 54:7 58:20
  232:1
shared 32:12,13,17
  32:23
shareholders 24:8
sharing 32:1 135:17

sheets 237:13
she's 120:17,24 121:1
  121:2 199:24 209:2
  211:24 212:6,21
Shield 148:9,13,23
  149:1
Shook 3:2 4:20
short 45:18 82:10
  111:14 112:12
  160:5 199:2 234:10
shorter 181:14
shorthand 240:13
shouldn't 108:21
  230:6
show 139:14 156:20
  171:17 198:2
showed 80:6
showing 207:7
shown 207:3
shows 133:18
Sidley 40:7
signature 6:16,19
  34:11 238:24
  239:24 240:20
  241:2
signed 6:22 9:1 34:24
  35:6,8,11,12,12,14
  173:4 237:14
significantly 206:2
silent 110:16
similar 10:11 74:24
  92:22
simple 117:9,11
simpler 143:23
simply 65:22
single 114:9 123:7
  134:11 145:16
  146:12 156:4
  235:16
single-source 191:4
sit 13:18 78:18 113:9
sites 10:8 217:13
sits 133:16
sitting 19:6 121:1
  197:4
situation 107:19
  124:17 125:13
  127:18,19 131:8
  147:11

situations 69:6
six 40:12 41:22
size 57:23 135:22
slightly 114:12
   127:22 134:6
   136:17 139:8
   197:22
small 148:16
smoother 6:11
Sobol 2:2 4:22 39:24
   40:10,13,15,15,22
   65:13,14,19
social 126:5
sold 31:21 32:19,19
   151:21 158:24
   159:3 194:17 198:5
   198:10 199:16
   206:23,23 211:7
   214:5
somebody 66:12 77:9
   146:13 203:9
somewhat 153:20
   205:22
sophistication 176:3
sorry 44:10 46:13
   71:9 86:1,3 93:18
   95:18 108:20 111:2
   150:19 181:19
   194:19,24 200:7
   227:23 236:7
sort 28:2,3,8 39:6
   57:2 69:7,7 80:3
   87:1,11 105:9 109:8
   115:2 136:19,21,21
   137:22 141:7
   143:18 147:12
   149:8 186:10
   188:18 193:10,13
   203:1 208:2,15
   231:23 232:12
sorts 125:5
sound 82:18 122:3
sounds 43:22
source 69:5 101:20
   142:21 167:24
   180:7 191:18
   219:23 220:11,12
sources 70:16,18
   138:10 170:11,19

177:15 180:20
   188:21 193:18,20
   197:11 198:1
   199:18 201:5
   219:17 220:1,7
   221:11,22,24 230:2
South 1:20 4:5 240:7
space 82:6
spanning 62:7
speak 159:4
speaking 27:2 161:20
   164:15
speaks 175:16
special 58:8,11 63:1,5
   63:6 86:20
specific 44:3 56:5
   61:23 64:7 70:2
   78:11,15 79:13
   80:16 81:3 87:4,5
   89:14,18 96:22 97:1
   128:3 131:21
   133:17 137:24
   232:8
specifically 17:12
   86:6 96:16 123:16
   135:22 137:24
   223:11
spelled 121:16,18
   122:13
spend 27:20 28:10
   30:22
spending 128:9 218:4
spends 119:17
spent 38:9 107:8,13
   119:8,19,24 152:16
   212:4 228:20
spikes 207:12
split 33:9
spoke 36:1
spoken 7:14
spot 234:6
spread 48:18
spreadsheet 194:10
   195:5
spring 206:24
spurt 206:20 208:10
spurts 206:6
squeezing 183:15
SS 240:2

staff 33:7,17 54:9,15
   54:21 59:13 64:3,21
   66:13 78:8,16 80:5
   80:14 87:15 88:9,19
   88:24 89:21
staffs 29:7
stage 7:6 55:18,18,20
   103:1 104:17 106:9
   137:17 146:20
   168:15 232:17
   233:11
stages 55:19
stamps 37:14
standard 10:7 57:17
   58:2,17 59:2 66:14
   69:5 73:7,13,14
   77:4 86:22 88:17
   98:18 99:7 101:7,17
   101:17,17 137:2,2,5
   137:11 141:11
   142:24 146:9 147:6
   159:22 170:22
   174:9 176:1 177:20
   187:20 207:16,18
   219:24 220:23
start 48:24 53:14
   102:5 156:22 171:1
   171:21 189:13
   212:12 218:4
   224:14 228:22
started 35:3 36:3
   40:14 41:16,17
   53:18 119:23
starting 12:2,5 19:1
   40:19 46:11 117:15
   117:18 201:4
   221:10
starts 212:11
state 5:12 17:7 40:9
   93:5 110:9 130:11
   219:5 223:7 224:15
   240:1
stated 179:10
statements 76:12
States 1:1,18
statistical 16:6 114:4
   137:2 146:9 152:4
   170:22
statistics 139:15

217:18 219:24
stay 121:24
stays 134:21
Steiman 202:19,22
stenographer 240:14
stents 52:19
step 201:11
stipulate 146:3
stock 11:14
storage 57:22
straight 104:3
straightforward
   159:7 211:21 216:2
strategic 16:4,6 26:23
street 1:20 2:3 228:12
   228:15 240:7
strength 151:19,22
   152:14 157:13,20
   184:22 194:3
   195:11,13 197:24
strengths 152:6
   154:4 155:24 156:3
strict 166:1
strike 43:5 50:22
strikes 63:24
struck 60:10
students 42:2
studied 17:11
studies 76:16 94:14
study 72:11 75:5,6
   101:8 208:16
   211:18 213:6
studying 14:19
stuff 57:13 58:7
   228:24
subcategories 235:14
subclass 15:12,14,18
   15:19 16:12 20:16
   104:13 105:7,20
   106:4,12 129:11,19
   130:2 144:4,15,16
   147:9 162:3 164:10
   168:21 175:4,6
   177:14 180:18
   184:16 190:23
   215:10 224:17,18
   225:3,9,10 229:11
   229:12,12
subclasses 98:20

104:6,7 105:11
144:19 146:24
160:24 177:13
215:15,23,23
216:18 225:1 227:9
**subject** 10:4,6 12:10
12:11 22:22 23:13
23:16 87:14 88:22
120:2 123:5 153:23
154:24 195:6
211:15 214:23
220:4 230:19,19
**submit** 186:5
**submitted** 38:2,8
47:1,5,16 48:22
77:7,10 187:21
188:3 192:19 226:2
237:13 240:21
**submitting** 53:13
84:3
**subpoena** 85:3,8,14
87:14 88:5 242:19
**subscribe** 237:8
**SUBSCRIBED**
237:18
**subscript** 155:1
**subset** 70:20 143:20
144:3 209:19,21
**substance** 75:20
**substantial** 168:3
233:3
**substantially** 31:20
32:16
**substitutes** 113:17,17
**substitution** 14:22,23
**succeeds** 187:24
188:5
**successful** 20:24
**successfully** 189:20
**suffered** 119:6
**sufficient** 150:11
152:5 159:12,22
195:21 198:10,11
**sufficiently** 126:7
179:8
**suggested** 66:10
**Suite** 1:20 5:16 240:7
**sum** 226:18
**summaries** 17:24

**summarize** 167:11
**summarizes** 113:5
138:7 158:20
176:21 178:9
209:17
**summarizing** 156:6
192:10
**summary** 7:2 139:14
172:16 212:18
**summed** 196:7
**superscript** 194:11
225:4,10,12 226:7
228:23
**supplement** 7:11
**supplemental** 233:8
**supplements** 236:2
**supplied** 87:18
**supply** 139:2
**support** 5:19 23:20
25:6,10 26:2 27:4,9
29:8 30:6 31:24
33:7 45:1 46:5
129:14 242:10
243:6
**supporting** 80:3
87:12 158:9
**suppose** 151:10
157:17 190:24
191:2,6 197:11,12
197:12 199:15
212:9 229:24
**sure** 15:4 19:18 33:16
34:3 35:6 36:20
45:5 62:10 66:6
87:17 91:10 93:24
104:3 122:4 131:22
131:22 145:14
152:18 167:19
175:24 183:8
189:11 195:9 198:7
198:8,9 209:24
221:9 222:12
223:13 224:23
225:20 233:4
**surprise** 55:21 220:8
221:19
**surprised** 38:13
**surprises** 220:20,21
220:24 221:15,16

**surrebuttal** 175:22
**surrounding** 64:11
**survey** 68:18 138:9
150:23 151:6
166:13,15 170:20
194:18 200:21,22
223:6
**swear** 4:24
**switch** 121:24
**sworn** 5:5,7 237:18
240:11
**symptoms** 153:16
**systems** 26:8

**T**

**T** 122:13 155:9,11
216:8 225:4
**table** 53:16 132:23
**tabulated** 235:2
**tabulation** 38:4
**Taft-Hartley** 197:18
**take** 6:4 18:24 19:11
40:6 45:11 51:6
55:1 60:24 62:10
67:20 68:1 73:10
81:23 83:13 91:18
92:20 99:9,22,23
100:24 101:1 105:1
105:8 108:23 109:6
110:11 122:22
127:1 133:7 135:13
141:23 148:13
156:24 159:15,24
163:23 167:7 171:3
171:19 174:5
177:10 178:22
188:1 193:7 198:1
198:21 204:14
215:8 217:21 218:7
220:13,14 228:10
**taken** 1:16 4:5 13:7
13:13 18:19 45:19
82:11 129:5 160:6
199:3 201:10
234:11 238:5 239:5
240:5,13
**takes** 225:4
**talk** 6:7 126:20 157:2
179:13

**talked** 83:11 97:18
228:6 233:16
**talking** 6:10 16:23
39:9 46:15 63:18
75:23 76:1 114:9
121:18 122:12
124:21 125:7 127:7
136:19 137:20
140:5 147:20,21
211:2 222:5,7 227:8
229:18
**talks** 155:5 214:1
216:17
**tape** 45:8,17,21 82:6
82:9,13 121:23,24
122:6,10 160:2,4,8
198:18 199:1,4
234:5,9,13
**task** 220:14
**taught** 13:15
**team** 54:5,8 56:10
58:22 87:12,16,23
89:5
**Ted** 4:13
**tell** 36:20 54:15,16,16
56:24 63:2,7 93:22
158:14 159:20
163:15 172:12
181:17 187:7
196:14 199:13,15
200:9,12 205:2
207:10 209:6,10
221:24 223:2
**telling** 87:12
**tells** 195:22
**tempted** 13:12
**ten** 43:19 140:16
**tendencies** 113:3
**Tennessee** 9:14 10:3
**tens** 141:20
**tentative** 202:2
**tenured** 42:6
**terazosin** 41:4 47:5
**term** 15:6 16:18
121:8 226:21
**terms** 12:14 13:19,21
16:3 26:3,6 38:4
45:10 46:11 50:11
63:23 64:10 96:10

| | | | |
|---|---|---|---|
| 97:7 104:22 130:24 | 101:22 102:21 | therapeutic 101:11 | 186:23 224:7 |
| 132:23 133:17 | 103:3,22 104:21 | 111:11 113:16 | things 6:11 14:24 |
| 155:14 182:2,9 | 105:1,23 106:6,7 | 151:5 | 23:9 28:24 43:18 |
| 185:12 210:17 | 107:10,18,19 | therapy 151:16 | 47:18 48:3 54:17 |
| 212:3 218:20 | 108:22 109:2,15 | 153:16 205:13 | 57:18 58:3 59:3 |
| terrain 64:1,2 | 111:4 115:5,16 | therefrom 122:15 | 67:21 84:12 89:22 |
| terrible 40:5 | 117:5 118:19 | thereof 103:3 | 97:5 100:8 117:9,11 |
| Terrific 6:7,14 92:13 | 120:16 121:20 | there's 8:22 14:17,24 | 132:11,12,24 146:4 |
| testified 5:7 7:15,24 | 125:4 126:24 | 19:16 26:6,23 28:5 | 159:21 161:20,22 |
| 8:17 9:7,11,18 49:8 | 128:11,12,13,23,24 | 28:11 30:7 32:1 | 167:22 169:17 |
| 49:11,13 55:10 68:7 | 131:2,13,16 133:6 | 33:6,24 41:11,14 | 172:17 176:6 180:3 |
| 102:7 135:2 160:10 | 134:15 136:17 | 44:23 46:19 50:6 | 180:11 185:16 |
| 160:14 199:7 | 137:21 139:4,4 | 57:19,19 62:13 | 224:10 229:5 |
| testify 11:4 21:6 | 140:6,10 141:13 | 70:15 71:7 73:21 | 231:13 233:13 |
| 212:7 | 142:19 145:8,18 | 74:19 89:8 94:13 | think 7:22 8:23 9:8 |
| testifying 11:2 17:15 | 146:8 148:8 149:19 | 110:3 112:5 113:21 | 9:22 11:21 19:22 |
| 25:11 46:22 47:2 | 150:3 151:4 152:7,8 | 124:14,15,16 | 21:8,11 23:4 24:20 |
| 85:4,9 | 152:16,17 157:10 | 125:11,19 126:5,7 | 27:10,22,24 32:23 |
| testimony 8:11 10:14 | 157:15 158:23 | 129:24 132:17 | 33:18,23 34:4,6 |
| 10:23,24 23:14 46:1 | 159:2 160:17,21 | 133:2 135:11 | 36:3,6 38:18 42:20 |
| 46:5,15,16 47:1,6 | 161:16,21 162:19 | 136:17,18,20 | 44:1 46:15 56:4 |
| 47:17 48:22,24 49:2 | 162:22,24 163:10 | 141:13,14,16 | 61:12,16 63:4 65:10 |
| 55:12,14 81:6,12 | 163:11,16,24 164:8 | 146:20,24 149:23 | 66:10 74:11,12,14 |
| 161:14 | 165:8 167:9,14 | 151:10 154:11,17 | 75:3,3 76:2 94:12 |
| Thailand 26:9 | 168:4,23 169:15 | 157:10,24 163:3 | 102:7 103:17 104:2 |
| Thank 11:21 91:14 | 170:3,9 171:1,9,23 | 165:6 167:13,22 | 121:4,6 123:23 |
| 121:20 175:10 | 172:20 173:24 | 177:22 183:3 185:5 | 124:20 128:24 |
| that's 6:21 7:4,19 8:3 | 174:4 177:8,13,14 | 186:22,23,24 | 130:3 135:2 140:1 |
| 9:10 12:20 13:6 | 177:22 178:12 | 188:21 190:8 | 140:24 143:22 |
| 14:11 15:5,5,21 | 181:3,3 186:8 187:6 | 192:12,16 195:4,7,8 | 146:18 150:9,11,17 |
| 16:14 18:15,18 | 187:22 188:14,23 | 197:9 208:10 | 153:19 154:16 |
| 19:17,21 20:21 | 189:19 190:17,20 | 209:19 211:11 | 155:6 159:5 160:10 |
| 22:14,20 25:8 26:13 | 192:12 195:6,22 | 212:4 214:23 228:4 | 162:24 165:4 167:3 |
| 27:17,17,21 28:9 | 196:6 197:16,18 | they'd 147:13 | 175:16 178:2 |
| 29:18,23 30:7,8,11 | 198:14 199:9,12 | they're 8:23 10:10 | 182:10 184:9 |
| 30:14 32:12,13 33:2 | 200:8 201:10 | 17:23 26:18 29:17 | 190:13 197:9 |
| 34:2,2 36:10,14 | 202:11 204:1,16,17 | 42:11 58:4 88:10 | 200:15 202:1,18 |
| 38:13 43:1 44:5,13 | 204:18 207:13 | 90:1 94:12 107:7 | 206:4,20 209:24 |
| 44:14 45:5 47:12 | 208:23 209:3 211:4 | 114:3 144:23 | 217:9 225:18 228:6 |
| 55:4 58:2,7,7 60:17 | 211:5 212:19,21 | 149:12 156:9,12 | 231:8 232:22 |
| 60:20 61:2,2 63:6 | 213:9 214:9 215:13 | 158:8 172:13 178:6 | 233:16 234:17 |
| 63:12 64:5,6,15 | 217:2,9 218:12,16 | 178:12 194:14,16 | 235:19 |
| 65:16,23 66:2,20 | 222:1 224:7 225:7 | 196:7 197:22 211:3 | thinking 12:6 31:4 |
| 69:16 71:17,23 | 225:12,12 228:22 | 226:1 232:3 | 44:10 53:20 79:4 |
| 72:14,20 74:3,6,16 | 229:8,8 231:7,22 | they've 54:20 107:18 | 128:14 163:18 |
| 74:24 79:15 90:22 | 232:19 233:10,12 | 147:4 225:22 | 185:9 197:5 198:6 |
| 91:14,18,23 92:6,19 | 235:12,20 | thing 6:10 73:3 76:2 | third 36:11 81:1 |
| 93:11 95:6,24 97:11 | theory 126:1,14 | 113:18 147:6 | 85:19 92:14 93:16 |
| 98:7 99:13,24 | 127:12 | 160:22 164:5 178:9 | 168:15 176:12 |

202:24 243:3
**third-party** 15:6,12
  15:14,18,19,24 16:1
  16:3,11,12 18:3,6
  18:14 20:13 78:24
  79:7 80:1,18,19
  81:2,7,18 106:3,12
  108:4 118:15
  129:10,10,19 130:2
  130:8,18 131:3,4,10
  131:11,14,18
  132:15,20,22
  133:13,16 134:8,11
  134:17 135:1,6,13
  135:15 136:4,11,12
  136:23 138:8,9,12
  138:16,19 139:3,17
  139:24 140:4,4,8,11
  140:21 141:8,9,19
  142:1,6,14,23 143:1
  143:11 144:3,15,20
  145:11,11,16,19,23
  146:13,16 147:1,7
  147:15,18 148:3,6,7
  149:1,3 151:2
  164:13,20 167:10
  167:16 168:14
  169:9 170:11,12
  171:16 175:14
  176:18 177:6,8,21
  178:10 183:22
  184:7,24 185:3,19
  185:21,22,24 186:1
  186:3,9,11,19 187:3
  187:10 188:12
  190:11 191:3,7,14
  191:15 192:21
  193:3 195:2,14,17
  195:21,23 196:14
  197:12,13,19 216:4
  218:22 219:4,18
  224:17 225:3,21
  226:8,13,18 227:9
  227:22 228:23
  229:1,17,24 230:3,7
  230:10 232:20
  233:17,19
**thought** 20:22 21:9
  21:13 76:10,19
77:10 159:12 179:8
  194:19 224:12
  236:7
**thoughts** 112:14
**thousands** 129:16
**three** 28:17 96:8
  121:22 126:9 133:7
  133:7 152:9 157:24
  158:1 160:2 191:7
  195:7 196:11
  212:12
**three-dimensional**
  195:9
**tied** 28:9
**tier** 133:23
**tiers** 139:23
**tight** 198:3
**time** 8:21 9:1,7 11:15
  19:1,3 21:14,18
  22:1 25:13 28:15,16
  31:8,13 37:21 38:2
  38:4,8 45:9 51:13
  53:12 54:20 61:14
  62:4 63:10 64:23,23
  65:2 71:21 81:20,24
  82:6 83:2,19,24
  85:6 90:20 96:3
  127:15 130:19
  138:15 140:9
  145:16 146:2,17
  147:11,13 148:4
  149:7 150:7 151:20
  152:12,16 153:12
  155:9 157:15 160:1
  165:13,21 168:11
  172:14,21 178:23
  180:18 181:15
  185:6 193:24 194:3
  195:12,14 196:8
  198:5,20 200:10
  202:6 206:5,7,9
  211:11 212:20
  214:12,14 215:14
  215:17 216:7,7
  240:18
**times** 7:20,21,22,23
  25:14,15 43:15
  56:14 84:8 104:16
  105:8,12,21 167:20
181:1 196:5 215:2
  223:2 225:5 228:8
  232:1
**timing** 84:11
**titled** 91:24 92:13
**tobacco** 40:8,21
  41:17
**today** 78:18 85:4,5
  89:10 93:2 113:9
  235:22,23,24 236:8
**told** 19:23 24:21 36:4
  85:10 107:18
  128:22 158:7
  203:19 231:20,21
  231:22,23 232:22
  233:5
**Tom** 40:10 42:6,19
  65:13,14,19
**tomorrow** 236:8
**top** 60:13 71:10 92:1
  174:20
**total** 23:24 104:5
  113:20 114:2
  140:12 145:4,21
  148:2 151:9,10,12
  151:21,21 152:2
  157:12,15,15,17,19
  158:20,22,24 162:5
  181:9,22 193:22
  194:7 196:6 204:10
  211:3 214:5 222:9
  227:5 230:18
**totally** 117:8
**totals** 158:12 159:1,2
  196:6
**touch** 33:21
**touting** 94:15
**TPA** 197:16 219:19
**TPAs** 131:15 220:3
**TPP** 116:1 134:21
  136:6,6 174:23
  225:15 226:20
  227:24 231:3,4
**TPPs** 175:3,7 181:10
  192:1 220:4 231:5
  231:15,17,21 232:6
  232:9
**track** 141:12 142:13
  143:2 147:5 187:12
187:12 190:1
  227:21 228:1,14
**tracked** 147:5
**tracks** 167:21
**trained** 90:1
**training** 203:11
**transactions** 227:17
**transcript** 41:21
  237:5,9
**transcripts** 81:5,11
  121:17
**translate** 50:12
**travel** 39:4
**treat** 119:6 135:10
**treating** 114:20
**treatment** 139:10
**trends** 174:14 187:5
  191:17
**trial** 7:18,22 8:12,18
  9:5,12,17,19 10:24
  47:14
**Tricare** 219:17
**tried** 19:15,17 22:3,6
  29:21
**Trilogy** 47:2
**trouble** 121:5 210:16
**true** 20:21 42:23 45:6
  88:15 90:9,13 125:9
  125:10,23 163:11
  237:9 240:16
**truly** 146:11
**truncated** 173:10
**truth** 93:22 94:9 95:4
**TRx** 181:12,18,22
  182:3
**TRxs** 181:13
**try** 100:19 101:19
  117:6 118:2 123:19
  174:21 183:12
  193:13 210:2
  218:14
**trying** 49:14 110:6
  126:3 217:1
**tune** 170:20
**turn** 6:14 8:9 60:4
  184:8 192:8 219:11
**turned** 72:19
**turns** 134:2 157:14
  188:10

twice 116:20
two 8:9 31:5 37:4,17
    37:18 63:14,17
    65:18 80:20 85:12
    144:14,18 146:24
    161:20 179:15
    187:4,4,4 191:17
    196:3 199:18 201:5
    202:11,23 215:23
    224:24 226:21
    227:9,11
type 26:23 52:20 53:8
    59:14 73:9 116:6
    123:23 124:17
    141:8 151:6 152:13
    163:20,21 180:15
    200:21 211:21
    232:1
types 14:24 26:11,17
    50:4 52:4 67:12
    108:2 152:20
    189:21 207:18

─────── U ───────
Uh-huh 37:20 48:21
    168:10
ultimately 101:12
    136:13 193:21
unclear 176:7
uncovered 126:4
underneath 60:18
undersigned 240:14
    240:23
understand 25:22
    79:11 103:4 112:3
    128:13 158:10
    159:4,23 179:10
    180:16 188:6 189:2
    193:14,17 219:12
    232:14
understanding 15:2
    21:20 29:20 64:1
    82:20 96:17,23 97:1
    97:4,11 105:17
    106:9 131:24
    154:11 163:4
    165:17 224:22
understands 175:17
understood 200:1

unfair 209:23
unfortunately 9:15
unimportant 121:5
uninsured 175:4,15
    227:11 228:21
union 130:5
unit 108:20 120:1
    156:4,5,7,10,10,13
    156:16,18 164:17
    164:19 214:15
United 1:1,18
units 107:1 151:10,21
    152:11 153:23
    155:15,17,22 156:2
    156:7,21 157:15,19
    157:21 158:21,22
    158:24 159:3 162:5
    162:11 163:12
    175:6 181:9 193:23
    193:23 194:7 196:5
    198:10 199:16,19
    199:20,20 200:4,7
    204:11 211:7 214:5
    214:7,23 216:3
    222:9,9 224:16
    225:4,14,14 226:12
    226:17 227:5
    230:18
universities 30:4
University 12:4
    13:16 41:24 42:2,5
unjust 124:10 125:2
    125:12,16 127:6,24
unlawful 72:11 90:10
    95:9,16,23 96:6
    97:3 107:2 110:11
    122:23 123:2,4
    126:10 153:24
    154:21 200:3,6
    204:12 205:20
    207:23 211:15
    213:2
unlawfulness 97:14
unrelated 208:24
untruthful 55:15,17
unusual 60:10
urban 163:3
usage 57:19
USDOE 10:10

use 29:7 33:22 57:23
    58:7 61:6 66:6
    67:12,13,15,16 69:3
    70:10,10,11 72:12
    96:17 97:9 99:19
    100:2 101:2 108:14
    110:4,6 111:8
    114:15 122:21
    131:11 137:5
    143:20 146:10
    149:12 150:1 159:1
    159:10 169:16,21
    169:23 176:1
    179:16,22,24
    180:12,22 182:20
    183:4 186:21 187:8
    187:12,13 188:9
    191:20 192:24
    195:19,24 196:2
    197:10,10 200:20
    201:24 203:13
    206:2 215:21 216:6
    219:6 221:24
    223:10,23 228:5
    229:6
uses 50:15 100:1,17
    211:10,10 212:4,10
    230:14
usually 25:16 62:4
    133:6 192:12,23
    225:24 233:22
utilities 10:10 26:20
utility 26:16
utilization 142:14
    171:15 186:3
    192:17

─────── V ───────
VA 222:18
validity 94:17 169:16
    169:23 170:6
Valley 9:14 10:3
value 99:23 101:1,23
    108:13,19,21,23
    118:8 120:22
    160:19 213:18
    214:24
values 99:23 101:1
    215:22 229:9

variables 113:6
variation 113:5,23
    133:19 135:21
    136:18,20,22,24
    137:1,4,10,20
    145:14,15 146:4,5,8
    163:16 182:11
    185:11 187:14
    230:22
variations 178:11
varied 165:20
varies 56:4
variety 26:7,16 30:3
    35:23 40:17 43:18
    66:5,6 74:20 87:10
    102:4 113:5 132:11
    132:12 146:4
    155:19 219:1,2
    229:3
various 10:8 11:14
    70:18 152:17
    170:11 186:17
    215:23 223:6
vary 113:4 127:4
    134:4 135:23
    136:17 139:8 140:3
    148:17 162:18
    164:2,10,24 165:13
    165:24 166:12
    167:3 168:2 194:2,3
    230:20
Veritext 4:2
version 58:16 149:24
versus 24:16 128:18
video 4:7,12
Videographer 3:11
    4:1,23 45:16,20
    82:8,12 122:5,9
    129:2,6 160:3,7
    198:19,24 199:4
    234:8,12 236:10
Videotaped 1:15
view 193:10
violation 48:16 96:17
    125:14
violations 48:5 51:18
    90:9 95:15,22 96:21
    110:10
visit 166:22 200:11

200:11
**visiting** 13:17
**visits** 151:6,14 166:21
  200:10 201:1
  205:15 209:18
**vitae** 8:6

---
**W**
---

**WAC** 177:17 233:24
**wait** 170:17
**waiting** 218:1
**waived** 240:21
**walk** 227:12,13
  228:12,15,16
**want** 19:23 34:3
  42:11,13 45:11,11
  46:24 65:16 67:12
  67:13 69:1 71:15
  80:10 100:6 126:6
  133:2,3 143:2
  163:10,20 169:7
  170:24 171:9,10,12
  175:24 182:13
  183:24 187:7
  198:21 210:3 221:3
  232:5,6,15,15 236:1
**wanted** 69:16 159:5
  170:3 220:8 221:13
  236:8
**wants** 31:3
**WARDWELL** 2:12
**Washington** 29:3
**wasn't** 22:17,18,23
  35:12 162:6
**waste** 10:8,19
**watch** 141:21
**way** 7:13 9:6 25:21
  31:9 43:1,21,23
  44:11 51:15 52:8
  54:8,22 55:8 63:1,2
  63:4 67:22 77:24
  78:20,23 89:3,21
  98:4,8 101:19,24
  104:12,20 106:2
  108:16 109:19
  111:14 112:11
  114:22 116:3,18
  119:21 123:7,14,18
  125:7 127:16

128:22 135:10
137:14,24 143:19
149:13,15 153:4
158:4 162:21 164:3
167:17 170:3
171:18 173:7 176:8
180:10,21 183:13
185:9 188:20 189:1
196:22 203:18
204:18 205:22
208:3 209:15,22
213:10,12 229:10
229:14 230:23
236:3
**ways** 101:6 147:4
  152:1 155:19
  169:16 170:21,22
  175:21 183:7 185:8
  187:2,20 196:9,11
**web** 217:13
**week** 59:1
**weeks** 53:23
**Weiland** 1:16 5:3
  240:6 241:7
**welfare** 130:5
**went** 12:3,5,8 80:14
  96:9,9
**weren't** 37:16 50:8
  93:2 167:16 182:14
  205:17
**we'd** 36:3
**we're** 43:4 45:17,21
  46:15 57:24 75:23
  76:1 82:5,13 87:11
  95:19 99:6 106:16
  121:4 122:6,10
  124:20 126:20
  128:11 129:6 135:8
  136:19,21 145:13
  146:20 160:4,8
  172:18 199:1,5
  211:2 218:1 219:20
  227:8 230:23,24
  231:11 233:6,8
  234:9 236:11
**we've** 22:3 34:20
  36:24 37:10,13,15
  38:12 60:5 71:7
  84:23 87:13 91:11

103:11 114:17
118:13 123:18
125:7 140:5 147:14
217:14 222:13
223:5,9,17 229:18
231:8,24 234:17
**what's** 5:14 10:4
  21:19 23:22 29:3
  33:12 45:12 56:22
  67:18 69:22 86:2
  90:14 97:10 100:12
  137:8 165:17
  172:15,16,21 180:4
  187:7 209:21 229:8
**whichever** 153:9
  201:17
**white** 72:2,6,17,22
  74:10
**wholesale** 17:20
  169:2,4,5,22 171:2
  194:16
**wholesaler** 17:20
**wholesalers** 18:5
**wide** 132:9 133:5
  167:23
**willing** 85:11 232:4
**winding** 43:10
**winter** 34:12 36:2
  37:19 38:16
**withdraw** 16:16
  52:13 66:9 93:12,23
  100:21 183:23
**withdrawn** 14:8
  21:19 56:8
**witness** 5:1,5 8:1 9:12
  22:1 45:13 51:2
  58:11 70:24 86:10
  91:4 111:23 198:23
  221:7,13 235:23
  236:7 240:5,11,18
  240:20 241:2
**witnesses** 77:18
**women** 77:17
**won't** 126:10 144:23
  188:2 208:15,21
  213:3 233:6
**word** 121:10 220:24
  221:18
**words** 29:22 31:7

33:4 115:8 120:22
144:3 158:9 162:20
199:23 206:17
214:21 226:17
227:1 229:15
**work** 6:12 13:2 15:10
  15:13,17 16:6,7,11
  16:13,16 17:1,15,15
  17:16,21 18:9 20:5
  23:6 25:9 26:1,3
  27:3,3,5 29:24 30:8
  31:2 32:12,20 35:22
  36:18 38:10 41:8,17
  42:7 43:7,13,15,24
  44:1,4,7,17,20 45:2
  52:6,14 57:16,21
  59:7 66:15 69:11
  70:3,5 75:6,7 81:16
  98:24 110:3,15
  118:7 146:18 183:9
**worked** 13:19 17:4
  17:12 18:14,16
  31:24 40:11,13 41:9
  43:13,14,20 110:20
  114:19 192:9
**worker** 85:11
**working** 17:21 23:10
  27:20 28:10 34:6
  40:14 41:16 46:11
  57:24 58:22
**works** 6:13 17:24
  18:8 44:9 109:11
  110:16 149:14
**world** 26:5 121:11,18
  122:17,22,22 123:1
  123:19 124:2,7,22
  125:7,12,18 126:13
  126:17,18,23 127:3
  128:17,19,19,21
**worlds** 10:18 122:14
**worry** 165:10
**worse** 123:11 128:16
**wouldn't** 21:4 35:19
  38:11 55:20 65:12
  73:7 77:5 88:19
  89:13,17 93:8
  104:11 105:4 106:1
  112:19 139:9
  199:23 208:2

213:19 221:16
**wrestling** 53:16
**write** 15:3 54:18 72:1
　95:15 99:7,21
　100:23 161:18
　162:16 169:1
　175:22 183:21
　191:23 218:8 229:5
**writing** 14:13,14,15
　14:17 30:24 54:12
　59:5 90:15
**written** 14:23 15:1
　17:23 35:5 57:16
　76:24 77:2 126:1
　154:18 201:2,2
　206:18 208:12
　212:24
**wrong** 34:9 102:8
**wrongdoing** 122:20
　123:22 128:4
**wrote** 53:6 90:21

**Y**

**Yale** 12:7
**yardsticks** 26:19
**yeah** 22:23 23:8,12
　24:12 32:17 38:18
　39:16 45:5 65:12
　71:18 85:13 88:17
　95:20 116:23
　120:20 125:22
　133:21 134:6
　135:20 136:20
　137:4,10 138:22,24
　155:3 167:4 168:6
　171:9 172:7 180:14
　201:10 202:21
　206:7 216:21
　220:10 221:4
　229:12
**year** 28:15 84:2 151:8
　155:9 165:22
　174:10 194:15
　197:13 199:17
　211:4
**years** 16:7 19:2,9,11
　19:14 24:24 25:17
　28:17 43:19 57:12
　58:3 80:20 140:17

165:20 187:4,13
190:24 191:8,10,13
191:15
**York** 2:14,14 148:10
　148:11,12
**younger** 21:9
**you'd** 49:2 59:4 65:4
　107:5 111:6 145:9
　150:5 159:15 176:9
　194:19 200:18
　201:7
**you'll** 16:22 25:22
　34:3 36:19 92:1
　93:24 104:5 179:3
　179:16 193:11,11
　224:23 227:1 235:5
**you're** 11:15 14:5,9
　15:4,6 16:18 19:5
　20:5,15 23:6 27:24
　28:4,23 29:14,21
　31:16,20 32:16
　35:15 55:7 63:4
　85:4,8 93:1,14
　94:18 95:4 97:12
　103:13 111:24
　117:18 119:10
　120:5 121:8 124:2,6
　125:19 126:3,18
　128:5,6,7 132:1
　137:20 143:12
　144:6 146:4 150:17
　158:13 159:14
　165:3,4 186:6 197:2
　197:3 198:9 203:16
　203:18 204:19
　209:1,4,18 210:18
　215:4 217:7 225:20
　229:9 230:3 235:20
**you've** 7:15,24 8:17
　9:7 11:8,14 16:11
　18:9,16 19:10 21:22
　31:7,19 38:12 45:23
　45:24 49:22 64:10
　80:23 90:13 98:8
　103:17 127:7
　133:14 135:2 141:3
　141:4 167:6 172:8
　173:16 179:21
　215:11 219:13

230:9

**Z**

**zero** 108:14 214:11
　215:2,3

**$**

**$100** 117:11,17 118:5
　118:9,18,18 119:5,7
　119:17 120:1,3
**$400** 36:12,15

**0**

**000004** 242:14
**000074** 242:16
**000292** 242:18
**02142** 2:5
**02420** 5:17
**0246** 5:17
**04-10981** 1:5 4:10
　237:2
**05** 173:8
**084-003472** 241:7

**1**

**1** 5:22 6:3,11,15 7:1
　25:4,5 45:17 46:10
　53:4 68:2 73:17
　90:4 95:8 129:24
　130:14 133:23
　150:5 155:1 159:10
　159:17 161:19
　164:17 169:19
　171:14,15 173:2
　182:23 193:6 225:4
　226:7 228:6,9,11
　237:7 242:9
**1a** 193:21
**1st** 60:19 61:8,15,16
　62:9,11 63:14 65:22
　66:1 71:21 74:1
**1,000** 129:13 157:21
　199:16,19,20 200:4
　200:5
**1:26** 129:7
**10** 24:24 95:13,19
　174:20
**10a** 99:7,22 100:23
**10:16** 45:17

**10:25** 45:21
**100** 156:8,9 157:23
　193:4 243:5
**100,000** 197:24
**100-milligram** 165:6
**100-page** 175:23
**10017** 2:14
**11:21** 82:9
**11:26** 82:13
**12** 6:15,16 24:24
　153:11 155:3,6,13
　165:20 201:18,19
　201:23
**12:22** 122:6
**12:23** 122:10
**12:33** 129:3
**123** 242:22
**13** 95:7,8 96:13,14
　106:21 133:22
　149:22,23 191:5
**13th** 1:22 4:6 237:6
　238:5 239:5 240:9
　242:2
**136** 242:24
**14** 161:17,18 164:6
　191:11
**14b** 164:6
**14th** 241:4
**1410** 5:16
**15** 7:22 24:1 31:12,15
　33:18 64:22 91:5
　135:9 183:2 191:11
**15a** 142:20 171:7
　172:3,5 186:4 192:8
　222:16
**15b** 158:19 227:23
**15d** 142:23 143:11
　176:19,19 184:9,15
　186:7,8 227:24
　231:2
**15e** 177:17 190:19
　232:24 233:14
**15.a** 174:24
**15.b** 174:22
**15.d** 174:23
**15.e** 175:1
**16** 91:5,6 135:9
**16a** 168:19,20,24
　171:5,7 172:23

| | | | |
|---|---|---|---|
| 174:20 177:13<br>180:11 183:21<br>184:8 190:16<br>191:22<br>**16h** 95:12,14,19<br>  96:16,18 213:24<br>  215:8 216:10,17<br>  222:5<br>**160** 243:4<br>**1629** 1:4<br>**17** 133:23 212:16<br>  218:7,8 221:21,23<br>  224:15<br>**18** 144:14 191:5<br>  196:7<br>**19** 42:15 46:12 47:3<br>**19c** 96:5<br>**1965** 12:4<br>**1969** 12:4,5<br>**1970-71** 12:5<br>**1977** 12:9<br>**1994** 130:14,22<br>  134:14 173:2,17<br>**1995** 8:16<br>**1996-97** 46:12<br>**1998** 40:22<br>**1999** 40:22<br><br>---- **2** ----<br>**2** 34:16,20 36:11<br>  45:21 61:16 82:9<br>  86:7 87:8 171:15,15<br>  192:9 225:9,10,12<br>  228:23 242:13<br>**2A** 226:22 229:1<br>**2B** 226:21 228:22<br>**2nd** 71:11,18 92:18<br>**2.00** 63:11<br>**2:12** 160:4<br>**2:14** 160:8<br>**20** 7:22,23 19:14 24:1<br>  31:12,15 40:24<br>  41:15 151:13<br>  203:20,22 204:14<br>**200** 157:23<br>**2001** 40:19 41:2,3<br>**2002** 47:4 153:18<br>**2003** 47:9<br>**2004** 9:10 38:14,14 | 60:11,19 61:8 62:11<br>  63:15 65:22 66:1<br>  69:10<br>**2005** 6:20 8:20,24<br>  9:20 34:13 36:3<br>  38:16 57:10 71:11<br>  71:19,22,22 72:23<br>  73:17 74:1,2 174:17<br>  242:13<br>**2006** 1:23 4:6 35:24<br>  85:6 92:2,18 237:6<br>  238:5 239:5 240:10<br>  241:4 242:2<br>**2007** 237:19<br>**21** 40:19 41:2<br>**212** 2:15<br>**23** 155:23 158:2<br>**236** 237:7<br>**25th** 85:6<br>**250** 156:8 157:23<br>**2555** 3:3<br>**26** 242:13<br>**26th** 35:5 61:23<br>**28th** 60:11<br>**29** 200:24<br><br>---- **3** ----<br>**3** 37:6,10 60:5,8<br>  65:21 71:6 82:13<br>  85:22 86:4 122:6<br>  242:15<br>**3/1/2004** 61:21<br>**3:12** 199:1<br>**3:27** 199:5<br>**30** 16:7<br>**30th** 74:2 92:2<br>**300** 156:8<br>**31** 169:20 170:7<br>**31st** 71:22<br>**33** 243:8<br>**34** 242:13<br>**37** 242:15,17<br>**3800** 1:20 240:7<br><br>---- **4** ----<br>**4** 37:6,10 60:6 90:6<br>  122:10 142:20<br>  160:4 174:24 186:4<br>  242:17 | **4:23** 234:9<br>**4:36** 234:13<br>**4:38** 236:11<br>**40** 7:21 16:7<br>**400** 153:1 156:8<br>  200:15<br>**400-milligram** 165:5<br>**41** 242:12<br>**450** 2:13 36:23<br>**450-4000** 2:15<br>**474-6550** 3:5<br>**482-3700** 2:6<br><br>---- **5** ----<br>**5** 31:13 84:20,24<br>  85:14 160:8 174:24<br>  193:5 199:1 242:5,9<br>  242:19<br>**50** 30:18 41:14 133:4<br>**500** 129:12<br><br>---- **6** ----<br>**6** 91:2,12,13,15 93:5<br>  94:4 153:9 199:4<br>  234:9 242:20,21<br>**617** 2:6<br>**64** 71:10<br>**64108-2613** 3:4<br><br>---- **7** ----<br>**7** 91:2,13,23 94:4<br>  234:13 242:23<br>**71** 73:16<br><br>---- **8** ----<br>**8** 31:13 91:2,13 92:7<br>  92:12,13 94:4<br>  129:24 243:3<br>**8th** 6:20 34:12<br>**800-milligram**<br>  156:10<br>**816** 3:5<br>**84** 242:19<br>**85** 27:6<br><br>---- **9** ----<br>**9** 90:5,7 96:11 97:18<br>  98:17 100:9,13<br>  102:13 243:5<br>**9:19** 1:22 240:9 | **9:20** 4:6<br>**90s** 46:24<br>**91** 242:21,23 243:3<br>**95** 206:21,24<br>**96** 206:21 207:1<br>**97** 212:15 |