whether there was net harm or benefit.  Also, it is likely for at least some proposed

class members that the cost of Neurontin was lower and its efficacy greater than the

alternative so that they benefited from their consumption of Neurontin.  Since the

cost to the proposed consumer class member of Neurontin and its alternatives

depends on the specifics of his or her insurance coverage and whether the individual

has insurance coverage, and since the efficacy of Neurontin and its alternatives

depends on the characteristics of the individual, individual inquiry would be

required to determine if each proposed class member was harmed, and if so, to

determine the magnitude of the harm.

52.    It is well known that the effect of a drug can vary by individual.[70]  Thus, even a

drug that has received FDA approval may not be effective for a particular

individual.[71]  Likewise drugs that have not been shown to be effective through

stringent double-blind studies (because no such studies have been conducted) may

be effective for a particular individual.  In fact, even drugs where a double-blind

study has been conducted and the average effect has been shown to not be

statistically significant still may be effective for a particular individual.  The only

way of judging whether a drug is efficacious is an individualized inquiry by

reference to a number of sources, including the individual, the individual's

physician, and the individual's medical records [72]  Common evidence cannot be

used to assess whether a drug is efficacious for a given individual.  Neither plaintiffs

---

[70] See, for examples, Crawford, Gregory S., and Matthew Shum, "Uncertainty and Learning in
Pharmaceutical Demand," *Econometrica*, Vol. 73, No. 4 (July, 2005), 1137–1173; Huler Deposition, p. 30.
[71] See Dhaduk Deposition, pp. 17-18; Jan Deposition, pp. 9-10, 12.
[72] Professor Rosenthal agrees that questions about patients' clinical benefits when assessing potential
injuries are indeed a matter of individual inquiry.  However, her model provides means for estimating
aggregate effects only.  Rosenthal Deposition, pp. 270-272.

nor their experts have suggested a method based on common evidence to determine whether any proposed Consumer class member has been harmed or benefited from taking Neurontin for an off-label use.

53.     Professor Rosenthal concedes as much in her deposition. Professor Rosenthal has no reason to doubt the fact that regulatory agencies outside of the U.S. are committed to patient safety. Therefore, she agrees that the mere fact that Neurontin was not approved by the FDA for a given use does not mean that Neurontin was not effective for that use especially taking into account the drug's endorsement by authorities outside of the U.S.[73] In fact, although Professor Rosenthal claims to deal with harm in the abstract of her declaration, she nowhere mentions how harm would or even could be determined.

## IX. Professor Rosenthal Has Not Shown That Her Model Is Relevant or Would Provide Statistically Reliable Results

**Professor Rosenthal's proposed model fails to address plaintiffs' allegations.**

54.     Professor Rosenthal does not attempt to isolate the effect of the alleged fraudulent aspect of an off-label promotion from the effect of the off-label promotion itself. That is, her proposed model does not attempt to estimate the effect of the challenged *conduct* on Neurontin's unit sales, but attempts to estimate the effect of challenged *promotions*. The question is *not* whether a particular challenged off-label promotion affected Neurontin's sales, but whether the alleged fraudulent *aspect* of a challenged promotion affected Neurontin's sales. Professor Rosenthal's model takes an all-or-nothing approach with respect to separating improper promotional activities from proper ones (i.e., under her model, every

---

[73] Rosenthal Deposition, pp. 205, 512-513.

promotion must be categorized as *entirely* improper or proper). This failure to distinguish between challenged *promotions* and challenged *conduct* is a significant flaw because, for example, a particular challenged off-label promotion might have had the same effect on Neurontin's sales had the additional information plaintiffs claim should have been disclosed been disclosed or had the promotion not contained allegedly false information. Professor Rosenthal thus does not attempt to address plaintiffs' allegations regarding actionable conduct.

**Professor Rosenthal presents no support for her claim that her model would produce statistically reliable results.**

55.    Putting this fundamental problem aside, Professor Rosenthal's model is unlikely to produce statistically reliable estimates of the effect of the challenged promotions (compared to no promotions) on Neurontin's unit sales because (a) there are too many different types of promotions that took place at different times, (b) the effects of any given promotion will likely vary over time, (c) challenged promotions occurred along side promotions that are not challenged, and (d) it will be difficult to isolate the factors causing Neurontin's sales.

56.    My experience with models similar to that proposed by Professor Rosenthal suggests that Professor Rosenthal will have too few independent observations (degrees of freedom) to reliably estimate the effects of the challenged promotions. A related problem is that some explanatory variables may be correlated with her key challenged promotion variables, in particular, promotions that are not challenged, thus leading to multicolinearity, and, as she admits, difficulty in reliably estimating

the key coefficients of her model.[74]  A further difficulty that Professor Rosenthal admitted is the potential of endogenity of her key variables measuring the challenged promotions.[75]  That is, correlation does not show causation.  For example, promotions may be correlated with sales of Neurontin, but the correlation may be due, at least in part, to the fact that as Neurontin's sales grew, more was spent on promoting Neurontin.  I have serious doubts that Professor Rosenthal would be able to statistically control for endogeneity in a reliable manner.

57.     Although Professor Rosenthal acknowledged these many potential econometric problems in her deposition,[76] she has done no work to determine the extent of these problems and has made no effort to show that her proposed approach is feasible.

## X.    Dr. Hartman Does Not Propose a Method to Determine Aggregate Economic Damages, Let Alone Any Proposed Class Member's Damages

58.     Even if Professor Rosenthal could reliably estimate the effect of the challenged *conduct* (not challenged promotions) on aggregate off-label prescriptions of Neurontin, Dr. Hartman fails to put forward a method of determining aggregate economic damages.  Similarly, Dr. Hartman does not even discuss how he would determine whether any proposed class member was injured, and how he would measure that proposed class member's quantum of damages, if any.  Most notably,

---

[74] Rosenthal Deposition, pp. 463-470.

[75] Professor Rosenthal acknowledged potential endogeneity as an issue she would have to address in her model in order to obtain unbiased results. Endogeneity refers to the potential for explanatory variables to be determined within the system as opposed to being exogenously determined. When explanatory variables are endogenous, their estimated ordinary least squares coefficients do not represent unbiased estimates of their causal effects. Professor Rosenthal also acknowledged a potential simultaneity issue in the overall context of endogeneity problems she would have to address in her model in order to obtain meaningful results. Ibid., pp. 450-451.

[76] Professor Rosenthal acknowledged a number of potential problems with her model the way it is specified. For example, she agreed that issues related to multicolinearity, simultaneity/endogeneity, omitted variables, and degrees of freedom could result in her model providing biased results. Ibid., pp. 447-451, 463-470, 471-473.

Dr. Hartman fails to consider what the behavior of the proposed class members would be absent the challenged conduct, the first necessary step in an economic damage model. Dr. Hartman's model assumes that each of the prescriptions calculated by Professor Rosenthal is subject to damages equal to the average reimbursement rate for the particular diagnosis, dosage, and time period.[77] This is not a measure of economic damages because it fails to consider the economic impact of the challenged conduct, if any, on proposed class members. Dr. Hartman admitted in deposition that he did not even seek to measure economic damages, but instead based his measure of damages on instructions he had received from attorneys.[78]

59.     As explained above, the economic damages suffered by the TPP Subclass depends on the alternative treatment, if any, that would have been prescribed in lieu of the Neurontin prescription and the cost of that treatment to the TPP. A similar argument also applies to the proposed Consumer class members, only, as explained above, in addition to cost, Dr. Hartman would have to compare the efficacy of Neurontin to whatever alternative treatment each proposed class member would have received. The economic damages, if any, suffered by proposed Consumer class members are *not* their expenditures on Neurontin. Their damages, if any, depend on both the cost and efficacy of whatever alternative treatment that would have been provided absent the challenged conduct compared to the cost and efficacy

---

[77] Reimbursement rate is a synonym for price. Dr. Hartman's proposed model would require three different calculations for each dosage and time period: 1) reimbursement rate for TPPs, 2) co-pay amount for Consumers that purchased via TPPs and 3) reimbursement rate for Consumers that purchased without insurance. In his proposed methodology, for each of these categories, Dr. Hartman would calculate an average aggregate reimbursement rate.

[78] Hartman Deposition, pp. 111–112, 122–127.

of Neurontin. Thus, determining economic damages of each proposed TPP or Consumer class member requires individual inquiry.

## XI. Neither Professor Rosenthal nor Dr. Hartman Addresses Whether Proposed Class Members' Alleged Injury or Damages Could Be Assessed with Common Evidence

60.     Neither Professor Rosenthal nor Dr. Hartman even addresses injury, economic damages, or whether the alleged injury or damages of each proposed class member can be proved with common evidence. Instead, Professor Rosenthal purports to be able to estimate the effect of the challenged off-label promotions on aggregate off-label use. Further she has no method to analyze harm, let alone any method to determine whether all proposed class members suffered harm. She admits that her analysis cannot be used to assess whether any individual proposed class members were harmed or to assess their alleged damages.[79] Likewise, Dr. Hartman fails to put forward a method of estimating aggregate damages because he simply assumes damages equal actual expenditures.

## XII. Neither Plaintiffs nor Their Experts Have Put Forth a Credible Theory of Why Alleged Fraud Could Have the Lasting and Pervasive Effects They Claim

61.     Prescription drugs are generally regarded as experience goods.[80] If a particular drug fails to work, consumers will quit taking it and switch to another drug. Likewise physicians will not continue to prescribe a drug if their patients widely report dissatisfaction. This would be especially true for drugs that deal with chronic diseases like pain and migraine headaches.

---

[79] Rosenthal Deposition, pp. 132-136, 267-271, 287-292, 514-515, and 535.
[80] See, for examples, Berndt, "Why Major Growth In Times Of Cost Containment?"; Azoulay, "Do Pharmaceutical Sales Respond to Scientific Evidence?"; Coscelli, et al., "Patient Spillovers in New Drug Entry"; Ching, et al., "Prescribing Decisions under Quality Uncertainty."

62.    Professor Rosenthal claims that a drug like Neurontin is a "credence" good,[81] that is, a good that consumers take because of its established reputation. While it might be plausible that some consumers and physicians could be influenced to try a particular drug based on promotion, it is implausible that a drug could continue to be successful over such a long period of time if at least a significant fraction of physicians and patients did not find that in their experience Neurontin addressed their symptoms. Moreover, Dr. Hartman and Professor Rosenthal fail to explain why Neurontin's sales continued to grow and did not decline after the allegations of the fraudulent off-label promotions were made public in 2000 and 2002.[82]

## XIII.  Conclusions

63.    For all of the reasons discussed above, alleged causation, injury, and damages of each proposed class member cannot be determined using common evidence. Instead, individual inquiry would be required.

---

[81] In her declaration, Professor Rosenthal argues that prescription drugs are "credence goods." Unlike experience goods, it is impossible for the consumer to determine the value of a credence good even after consuming the good. By attempting to define prescription drugs as credence goods (in direct contrast to numerous published academic studies), Dr. Rosenthal erroneously argues that the challenged conduct perpetuated not because of the inherent value of Neurontin, but rather because both patients and physicians were unable to determine the value of Neurontin.

[82] As Dr. Hartman notes in footnote 22 of his report, Neurontin sales increased from $1.2 billion in 2000 to $2.5 billion in 2004. This substantial sales growth occurred despite disclosures related to the alleged fraudulent off-label promotions in 2000 and 2002.

## XIV.  Signature

I declare under penalty of perjury that this Declaration is true and correct.

Dated:  December 21st, 2006

Michael C. Keeley, Ph.D.

# Exhibit A

## MICHAEL C. KEELEY, Ph.D.
### Senior Vice President

**Cornerstone Research**
mkeeley@cornerstone.com

| **Business** | **Home** |
|---|---|
| 1000 El Camino Real • Menlo Park, CA 94025 | 2290 Stockbridge Avenue • Woodside, CA 94062 |
| 650.470.7120 • fax 650.324.9204 | 650.368.7944 • fax 650.364.4185 |

## ACADEMIC BACKGROUND

| 1974 | **University of Chicago** | Chicago, Illinois |
|---|---|---|
| | *Ph.D., Economics* | |
| 1971 | **University of Chicago** | Chicago, Illinois |
| | *M.A., Economics* | |
| 1969 | **Massachusetts Institute of Technology** | Cambridge, Massachusetts |
| | *S.B., Mathematics* | |

## RANGE OF EXPERIENCE

Expert in economics, econometrics, and finance. Provided consulting and expert testimony in antitrust, intellectual property, breach of contract, and securities matters. Provided business consulting on pricing, auction design, and strategy.

## PROFESSIONAL EXPERIENCE

1989 – Present  **Cornerstone Research**                                          Menlo Park, California
*Senior Vice President*

Developed the firm's antitrust practice. Cases involved issues of alleged price fixing, monopolization, predatory pricing, price discrimination, tying and mergers and acquisitions.

Developed the firm's intellectual property practice. Addressed issues of damages in patent, copyright and trade dress infringement matters, commercial success in a patent liability matter and the economics of technology sharing agreements.

Testified in several prominent cases, such as the Long Beach crude oil price fixing case, the Mercedes-Benz tying cases, *Verdin v. R & B Falcon et al.*, *Aguilar v. Atlantic Richfield et al.*, and the *AMD v. Intel* litigation. Served as the expert in a number of other antitrust and intellectual property matters.

Managed a number of prominent cases, including the *High Fructose Corn Syrup Antitrust Litigation*, the *Lotus v. Borland* copyright litigation, and the Wyoming Tight Sands Antitrust Cases, in which affiliated experts served as the testifying experts. Responsible for defining the scope of research and analysis, managing project teams, coordinating work with attorneys and experts and presenting research findings.

### MICHAEL C. KEELEY, Ph.D.
#### Senior Vice President

**PROFESSIONAL EXPERIENCE (CONT.)**

Consulted on issues of auction design and bidding strategy. Work has included consulting on the PCS spectrum auctions and helping to design an auction in the petrochemical industry.

Consulted or testified in a variety of other types of cases, including securities fraud, breach of contract, fraudulent conveyance, usury, piercing the corporate veil, transfer pricing and wrongful termination.

Cases have involved a variety of industries, including telecommunications, oil and gas, automotive, chemical, health care, pharmaceutical, software, semi-conductor, banking, insurance and retailing.

1983 – 1989     **Federal Reserve Bank of San Francisco**        San Francisco, California
*Research Officer*
Contributed to the development of the Bank's policy on regulatory, banking and financial issues.

Conducted research and published articles on banking and financial regulation and deregulation. (See **Journal Articles** and **Weekly Letters**.)

Analyzed the competitive effects of bank mergers and acquisitions in conjunction with the Bank's regulatory activities.

1983 – 1989     **Michael C. Keeley, Consulting**
*Sole Proprietor*
Provided expert testimony and litigation consulting. Work involved primarily economic and statistical analysis of damage claims.

1975 – 1983     **SRI International**        Menlo Park, California
*Manager, Antitrust Economics Consulting Group*
Started up and managed SRI's Antitrust Economics Consulting Group, which provided economic research, statistical analysis and expert testimony.

*Project Director and Principal Investigator, The Labor-Market Evaluation of the Employment Opportunity Pilot Projects (EOPP)*
Developed study design and was awarded a multi-million dollar contract to conduct an evaluation of EOPP. Managed in-house staff and two sub-contracting firms.

*Principal Investigator of a Study of the Labor-Market Performance of Small Business*
Developed study plan and was awarded funding to analyze turnover, new hiring, and flows between large and small business.

*Senior Economist, Regulatory Economics Program*
Conducted series of published studies of market-oriented approaches to regulation funded by the Presidential Task Force on Regulatory Relief. (See **Government Publications**.)

*Task Leader of Studies of the Seattle and Denver Income Maintenance Experiment*
Developed new approach for evaluating the behavioral effects and costs of alternative welfare programs. (See **Books and Monographs**, **Journal Articles** and **SRI Publications**.)

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

## PROFESSIONAL EXPERIENCE (Cont.)

1982 – 1983    **University of Santa Clara**                                    Santa Clara, California
*Visiting Associate Professor*
Taught courses in managerial economics and microeconomics in the Graduate School of
Business and Department of Economics.

1976 – 1977    **University of Santa Clara**                                    Santa Clara, California
*Lecturer*
Taught courses in managerial economics in the Graduate School of Business.

1973 – 1975    **General Electric, TEMPO, Center for Advanced Studies**
*Economist*
Developed economic-demographic simulation models and conducted research on the
relationships between economic and demographic variables.  Research culminated in
book on economic development.  (See **Books and Monographs** and **Journal Articles**.)

## AWARDS AND SERVICES

Four-year full fellowship, University of Chicago; selected for inclusion in Who's Who in Economics,
Who's Who in the West, Who's Who in Finance and Industry, and the International Biographical
Dictionary; reviewer for the National Science Foundation, the Hoover Institution and the Pacific
Institute; invited speaker for the Garn Institute, the Cato Institute, the Lowe Institute, Urban Land
Institute, the National League of Cities, the Chicago Bank Structure Conference, the Municipal
Finance Officers Association, The Law and Society Association, and the Bank Administration
Institute; awarded the Garn prize for paper on bank risk-taking.

## REFEREEING ACTIVITY

Referee for:  *American Economic Review; The Journal of Political Economy; The Journal of
Economic Literature; The Journal of Law and Economics; The Journal of Banking and Finance; The
Journal of Financial Services Research; The Journal of Money, Credit and Banking; Demography;
Economic Inquiry; International Economic Review; The Quarterly Journal of Economics; The Review
of Economics and Statistics; The Journal of Human Resources; Public Finance Quarterly; Behavioral
and Brain Sciences; Economic Development and Cultural Change; Land Economics; Eastern
Economic Review;* and *Federal Reserve Bank of San Francisco's Economic Review.*

## PUBLICATIONS

### Books and Monographs

*Labor Supply and Public Policy:  A Critical Review,* New York, New York:  Academic Press, June
1981, 196 pp.

*Population, Public Policy, and Economic Development,* ed., New York, New York:  Praeger, 1976,
259 pp.

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

PUBLICATIONS (CONT.)

**Journal Articles**

"Uniform Gasoline Price Regulation: Consequences for Consumer Welfare," with K. Elzinga, *International Journal of the Economics of Business*, Volume 10, No. 2, July 2003, pp. 157-168.

"Infringement: Valuing IP for Damages," *les Nouvelles*, Volume XXXIV No. 4, December 1999, pp. 172-175.

"Deposit Insurance, Risk and Market Power in Banking," *American Economic Review*, Volume 80, 1990, pp. 1183–1200.

"A Reexamination of Mean-Variance Analysis of Bank Capital Regulation," with F. Furlong, *Journal of Banking and Finance*, Volume 14, 1990, pp. 69–84.

"Capital Regulation and Bank Risk-Taking: A Note," with F. Furlong, *Journal of Banking and Finance*, Volume 13, 1989, pp. 883–891.

"Estimating the Fisher Effect and the Stochastic Money Growth Process," with M. Hutchinson, *Economic Inquiry*, Volume XXVII, April 1989, pp. 219–239.

"The Stock Price Effects of Bank Holding Company Security Issuance," *Economic Review*, Federal Reserve Bank of San Francisco, Winter 1989, pp. 3–19.

"Bank Capital Regulation in the 1980s: Effective or Ineffective," *Economic Review*, Federal Reserve Bank of San Francisco, Winter 1988, pp. 3–20.

"Bank Capital Regulation and Asset Risk," with F. Furlong, *Economic Review*, Federal Reserve Bank of San Francisco, Spring 1987, pp. 20–40.

"Policy Coordination and Financial Intermediaries: The 1986 Fall Academic Conference of the Federal Reserve Bank of San Francisco," with C. Walsh, *Economic Review*, Federal Reserve Bank of San Francisco, Winter 1987, pp. 31–46.

"The Effects of Experimental Negative Income Tax Programs on Marital Dissolution: Evidence from the Seattle and Denver Income Maintenance Experiments," *International Economic Review*, Volume 28, No. 1, February 1987, pp. 241–257.

"Deposit Rate Deregulation and the Demand for Transactions Media," with G. Zimmerman, *Economic Review*, Federal Reserve Bank of San Francisco, Summer 1986, pp. 47–62.

"Bank Regulation and the Public Interest," with F. Furlong, *Economic Review*, Federal Reserve Bank of San Francisco, Spring 1986, pp. 55–71.

"The Regulation of Bank Entry," *Economic Review*, Federal Reserve Bank of San Francisco, Summer 1985, pp. 5–13.

"Determining Geographic Markets for Deposit Competition in Banking," with G. Zimmerman, *Economic Review*, Federal Reserve Bank of San Francisco, Summer 1985, pp. 25–45.

"Job Search for the Duration of Unemployment," with P.K. Robins, *Journal of Labor Economics*, July 1985, pp. 337–362.

"Competition for Money Market Deposit Accounts," with G. Zimmerman, *Economic Review*, Federal Reserve Bank of San Francisco, Spring 1985, pp. 5–27.

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

## PUBLICATIONS (CONT.)

### Journal Articles (cont.)

"Cyclical Unemployment and Employment: Effects of Labor-Force Entry and Exit," *Economic Review*, Federal Reserve Bank of San Francisco, Summer 1984, pp. 5–25.

"The Economics of Firm Size: Implications from Labor-Market Studies," *Economic Review*, Federal Reserve Bank of San Francisco, Winter 1984, pp. 5–21.

"A Review of the Evidence on Labor-Supply Response from the Income Maintenance Experiments," *Social Science Forum*, Volume 4, No. 1, 1981–1982, pp. 23–37.

"The Effects of a Negative Income Tax on Migration," *The Journal of Human Resources*, Volume VI, No. 4, Fall 1980, pp. 480–498.

"The Effects of a Negative Income Tax on Fertility," *The Journal of Human Resources*, Volume VI, No. 4, Fall 1980, pp. 675–694.

"Experimental Design, The Conlisk-Watts Assignment Model, and the Proper Estimation of Behavioral Response," with P.K. Robins, *The Journal of Human Resources*, Volume VI, No. 4, Fall 1980, pp. 695–706.

"An Analysis of the Age Pattern of First Marriage," *International Economic Review*, Volume 20, No. 2, June 1979, pp. 421–438.

"Work Incentives and the Negative Income Tax," with P.K. Robins, *Challenge*, Volume 22, No. 1, March/April 1979, pp. 52–56.

"The Estimation of Labor-Supply Models Using Experimental Data," with P.K. Robins, R.G. Spiegelman and R.W. West, *The American Economic Review*, Volume 68, No. 5, December 1978, pp. 873–887.

"The Economics of Family Formation: An Investigation of the Age of First Marriage," *Economic Inquiry*, April 1977, pp. 238–250.

"A Comment on an Interpretation of the Economic Theory of Fertility," *Journal of Economic Literature*, Volume XIII, No. 2, June 1975, pp. 461–468.

### Chapters in Books

"Potential Damages Facing Auditors in Securities Fraud Cases," with William H. Beaver and James K. Malernee, in *Accountants' Liability: The Need for Fairness*, Washington, D.C.: National Legal Center for the Public Interest, 1994.

"Interest on Business Checking Accounts," in *Readings in Money, the Financial System and Monetary Policy*, N.Y.: Prentice Hall, 1990.

"Troubled Banks and Thrifts," in *Financial Institutions and Markets in a Changing World*, Business Publications, Fall 1989.

"Reforming Deposit Insurance," in *Financial Institutions and Markets in a Changing World*, Business Publications, Fall 1989.

# MICHAEL C. KEELEY, Ph.D.
## Senior Vice President

**PUBLICATIONS (CONT.)**

**Chapters in Books (cont.)**

"A Cashless Society?" in *Macroeconomics*, Guildford, Conn.: Dushkin Publishing Group, Inc., Fall 1989; Also in *Readings in Money, the Financial System and Monetary Policy*, N.Y.: Prentice Hall, 1990.

"The Thrift Insurance Crisis," with J. Neuberger, in *Financial Institutions and Markets in a Changing World*, Business Publications, Fall 1989.

"International Coordination of Regulation: Comment," in *Proceedings of a Conference of Governing Banking's Future*, The Cato Institute, 1989.

"Regulating Bank Capital," with F. Furlong, in *Macroeconomics*, Guildford, Conn.: Dushkin Publishing Group, Inc., Fall 1988.

"Money and the Fisher Effect," with M. Hutchinson, in *Macroeconomics*, Guildford, Conn.: Dushkin Publishing Group, Inc., Fall 1988.

"Bank Capital Regulation: Effective or Ineffective?" in *Proceedings of a Conference on Bank Structure and Competition*, Federal Reserve Bank of Chicago, 1988.

"Uniting Investment and Commercial Banking," with R. Pozdena, in *Current Readings on Money, Banking and Financial Markets*, edited by James Wilcox, Boston, Mass.: Little, Brown & Co., 1988.

"Interest Checking," with G. Zimmerman, in *Current Readings on Money, Banking and Financial Markets*, edited by James Wilcox, Boston, Mass.: Little, Brown & Co., 1987.

"Regulation of Bank Entry," in *Financial Institutions and Markets in a Changing World, Business Publications*, Spring 1986.

"The Search for Financial Stability," with F. Furlong, in *The Search for Financial Stability: The Past 50 Years*, Federal Reserve Bank of San Francisco, 1986.

"Competition for Money Market Deposit Accounts," with G. Zimmerman, in *Proceedings of a Conference on Bank Structure and Competition*, Federal Reserve Bank of Chicago, 1985.

"Unemployment vs. Employment," in *Macroeconomics 85/86*, edited by John Pisciotta, Guildford, Conn.: Dushkin Publishing Group, Inc., 1985.

"The Design of Social Experiments: A Critique of the Conlisk-Watts Assignment Model," with P. Robins, in *Research in Labor Economics*, Volume 3, edited by Ronald G. Ehrenberg, Greenwich, Conn.: JAI Press, 1980.

"A Design for Evaluating the Labor-Market Effects of the Employment Opportunity Pilot Projects," with J. Bishop, G. Farkas, E. Stromsdorfer and P. Robins, in *Evaluation Studies Review Annual*, Volume 5, edited by Ernst W. Stromsdorfer and George Farkas, Beverly Hills, Calif.: Sage Publications, 1980, pp. 759–800.

"The Design of an Income Maintenance Experiment," Chapter I, with R.G. Spiegelman and R.W. West, in *A Guaranteed Annual Income: Results from an Income Maintenance Experiment*, edited by P. Robins, R.G. Spiegelman, S. Weiner, and J.G. Bell, New York, New York: Academic Press, 1980, pp. 3–32.

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

**PUBLICATIONS (CONT.)**

**Chapters in Books (cont.)**

"Migration," Chapter XI, in *A Guaranteed Annual Income: Results from an Income Maintenance Experiment*, edited by P. Robins, R.G. Spiegelman, S. Weiner, and J.G. Bell, New York, New York: Academic Press, 1980, pp. 241–262.

"The Demand for Children," Chapter XVI, in *A Guaranteed Annual Income: Results from an Income Maintenance Experiment*, edited by P. Robins, R.G. Spiegelman, S. Weiner, and J.G. Bell, New York, New York: Academic Press, 1980, pp. 207–220.

"Migration as Consumption: The Impact of Alternative Negative Income Tax Programs," in *Research in Population Economics*, Volume 2, edited by Julian Simon and Julie DaVanzo, Greenwich, Conn.: JAI Press, 1979, pp. 401–432.

"A Neoclassical Analysis of Economic-Demographic Simulation Models," Chapter I, in *Population, Public Policy, and Economic Development*, Praeger, edited by M.C. Keeley, 1976, pp. 25–45.

**Other Publications**

"An Economic Evaluation of the California Energy Commission's 2005 Integrated Energy Policy Report and an Alternative Blueprint for California Transportation Fuel Policy," Sacramento, California: California Chamber of Commerce, May 10, 2006.

**Cornerstone Research Publications**

"Estimating Damages in Patent Infringement Cases: An Economic Perspective," 1999.

"Stock Trading Behavior and Damage Estimation in Securities Cases," with William H. Beaver and James K. Malernee, 1993.

"Bank Charter Values and Risk Taking," 1990.

**Weekly Letters, Federal Reserve Bank of San Francisco**

"Reforming Deposit Insurance," April 21, 1989.

"The Thrift Insurance Crisis," with J. Neuberger, March 31, 1989.

"Banks' Cost of Capital," March 17, 1989.

"Bank Charter Values and Risk," February 24, 1989.

"States Take the Lead," with G. Zimmerman, September 9, 1988.

"Corporate Separateness," with B. Bennett, June 3, 1988.

"A Cashless Society?" April 15, 1988.

"Legislation to Expand Bank Powers," (with B. Bennett), March 19, 1988.

"Troubled Banks and Thrifts," January 29, 1988.

"Bank Capital Regulation in the Early 1980s," January 22, 1988.

"Subordinated Debt as Bank Capital," with F. Furlong, October 23, 1987.

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

### PUBLICATIONS (CONT.)

#### Weekly Letters, Federal Reserve Bank of San Francisco (cont.)

"Money and the Fisher Effect," with M. Hutchinson, August 7, 1987.

"A Deposit Insurance Puzzle," with F. Furlong, July 3, 1987.

"Uniting Investment and Commercial Banking," with R. Pozdena, June 19, 1987.

"Regulating Bank Capital," with F. Furlong, May 22, 1987.

"Interest Checking and M1," with G. Zimmerman, November 21, 1986.

"Monetary Policy in a Deregulated World," August 22, 1986.

"Bank Runs," with F. Furlong, July 25, 1986.

"Are Banks Special?" with F. Furlong, July 18, 1986.

"Interest on Business Checking Accounts?" May 2, 1986.

"The Health of Banks and Thrifts," February 21, 1986.

"Geographic Deposit Competition," with G. Zimmerman, September 1985.

"Bank Entry and Deregulation," August 1985.

"Interest Sensitivity of MMDAs," with G. Zimmerman, June 1985.

"The Big Switch," with G. Zimmerman, June 1985.

"Western Banking Turnaround," with G. Zimmerman, April 1985.

"Unemployment vs. Employment," September 1984.

"Deregulation and Bank Profitability," with G. Zimmerman, July 1984.

"Interest–Rate Deregulation," January 1984.

### Government Publications

"Monetary Incentives: A Practical Guide to the Use of Fees, Subsidies and Cost Internalization as Regulatory Techniques," with J. Daly, U.S. Government publication, 1981.

"Marketable Rights in Regulatory Programs: A Practical Guide," with D. Downing, U.S. Government publication, 1981.

### SRI Publications

"Earnings Mobility, Program Participation, and the Labor-Supply Response to a Negative Income Tax Program," with H.S. Wai, Research Memorandum, 1981.

"A Simultaneous Model of the Marital Stability and Labor-Supply Response to a Negative Income Tax Program," Research Memorandum, 1980.

"Labor-Supply Response to a Permanent Negative Income Tax Program," with H.S. Wai, Research Memorandum, 1980.

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

## PUBLICATIONS (CONT.)

### SRI Publications (cont.)

"The Effects of a Negative Income Tax Program on Work in the Home: A Study of Nonmarket Time," with K. Yaeger, Research Memorandum, 1980.

"The Effects of Alternative Negative Income Tax Programs on Marital Dissolution," Research Memorandum, 1980.

"Taxes, Transfers, and Subsidies and the Demand for Children: The Impact of Alternative Negative Income Tax Programs," Research Memorandum No. 65, June 1979.

"The Destination Choices and Earnings of Migrants: The Impact of Negative Income Tax Programs," Research Memorandum No. 64, May 1979.

"Final Report: Design of the Labor-Market Impacts of the Employment Opportunity Pilot Projects," with John Bishop and George Farkas, co-principal investigators, prepared for the U.S. Department of Labor, December 1979.

"The Design of Social Experiments: A Critique of the Conlisk-Watts Assignment Model," with P.K. Robins, Research Memorandum No. 57, December 1978.

"The Impact of Income Maintenance on Fertility: Preliminary Findings from the Seattle and Denver Income Maintenance Experiments," Research Memorandum No. 49, February 1978.

"Impact of Income Maintenance on Geographical Mobility: Preliminary Analysis and Empirical Results from the Seattle and Denver Income Maintenance Experiments," Research Memorandum No. 47, October 1977.

"An Interim Report on the Work-Effort Effects and Costs of a Negative Income Tax Using Results of the Seattle and Denver Income Maintenance Experiments: A Summary," with P.K. Robins, R.G. Spiegelman and R.W. West, Research Memorandum No. 41, June 1977.

"The Labor-Supply Effects and Costs of Alternative Negative Income Tax Programs: Evidence from the Seattle and Denver Income Maintenance Experiments, Part II: National Predictions Using the Labor Supply Response Function," with P.K. Robins, R.G. Spiegelman and R.W. West, Research Memorandum No. 39, May 1977.

"The Labor-Supply Effects and Costs of Alternative Negative Income Tax Programs: Evidence from the Seattle and Denver Income Maintenance Experiments, Part I: The Labor Supply Response Function," with P.K. Robins, R.G. Spiegelman and R.W. West, Research Memorandum No. 38, May 1977.

"The Estimation of Labor-Supply Models Using Experimental Data: Evidence from the Seattle and Denver Income Maintenance Experiments, Part II: National Predictions Using the Labor Supply Response Function," with P.K. Robins, R.G. Spiegelman and R.W. West, Research Memorandum No. 29, August 1976.

# Exhibit B

# Dr. Michael C. Keeley's Prior Testimony Since 2002

I have given expert testimony in written testimony, deposition and/or at trial since 2002 as indicated below. I have indicated in bold the party by whom I was retained.

2006:  *Gary Yokoyama, et al. v.* ***Midland National Life Insurance Company*** (declaration)

— United States District Court District of Hawai'i, Civil No. CV 05-00303 JMS KSC

— Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572

— Class action alleging incomplete disclosures in the sale of fixed-index annuities. Assessment of whether common evidence can be used to address plaintiffs' claims and assessment of the validity of plaintiffs' expert's analysis.

2006:  *In the Matter of: Certain Incremental Dental Positioning Adjustment Appliances and Methods of Producing Same (retained by* ***Align Technology)*** (expert report, deposition)

— United States International Trade Commission, Washington, DC, Inv. No. 337-TA-562

— Paul, Hastings, Janofsky & Walker LLP, 875 15th Street, N.W., Washington, DC 20005

— Section 337 matter. Analysis of the domestic industry.

2006:  ***LG. Philips LCD Co., Ltd.*** *v. Tatung Co. of America, et al.* (expert report, deposition, trial testimony)

— United States District Court – Central District of California, Case No. CV-02-6775 CBM (JTLx)

— Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington, DC 20004

— Patent infringement matter. Assessment of plaintiff's damages.

2006:  *Saskia V.W. Hilton v. Children's Hospital San Diego;* ***San Diego Diagnostic Radiology Medical Group, Inc.; Lee Pinckney, M.D., Lee Harvey, M.D., Patrick Carey, M.D.; and Melvin Senac, M.D.*** (expert report)

— United States District Court – Southern District of California, Civil Action No. 02-CV-01080 L

— Sheppard, Mullin, Richter & Hampton LLP, 501 West Broadway, 19th Floor, San Diego, CA 92101

— Antitrust matter alleging Section I and Section II violations. Assessment of the validity of plaintiff's antitrust claims.

2006: *Power Integrations, Inc. v. **Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation***
(expert reports, deposition, trial testimony)

— United States District Court – District of Delaware, Civil Action No. 04-1371-JJF

— Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025-1015

 - Patent infringement matter. Assessment of the validity of plaintiff's damage claim and plaintiff's expert's analysis.

2005: *Spartanburg Regional Healthcare System v. **Hillenbrand Industries, Inc., et al.***
(declaration, affidavits, depositions)

— United States District Court – District of South Carolina, Civil Action No. 7 03 2141 20

— Boies, Schiller & Flexner LLP, 5301 Wisconsin Avenue, NW, Suite 800, Washington, D.C. 20015

— Class action alleging tying and attempted monopolization. Assessment of factors pertaining to class certification and assessment of the validity of plaintiff's experts' declarations.

2005: *Brunswick Bowling & Billiards Corporation v. **Shanghai Zhonglu Industrial Co. Ltd.***
(expert reports, testimony at arbitration)

--- Hong Kong International Arbitration Centre

— Williams, Kastner & Gibbs PLLC, Two Union Square, 601 Union Street, Suite 4100, Seattle, WA 98101-2380

— Assessment of damages resulting from Zhonglu's antitrust counterclaim alleging patent misuse. Assessment of the validity of Brunswick's breach of contract damage claim.

2005: *Central Valley Dairymen, Inc. v. **Sorrento Lactalis, Inc., fka Sorrento Cheese Company, Inc.*** (depositions, declaration, trial testimony)

— Superior Court of California County of Stanislaus, Case No. 331029

--- Hoge, Fenton, Jones & Appel, Inc., 60 South Market Street, Suite 1400, San Jose, CA 95113-2396

— Alleged breach of contract. Assessment of the validity of plaintiff's damage claim.

2004: *Klein and Klein v. North American Company for Life and Health Insurance, et al.*
(declarations, deposition)

— Superior Court of California County of Los Angeles – Central District, Case No. BC
257856

— Flemings & Phillips LLP, 1340 Treat Boulevard, Suite 630, Walnut Creek, CA 94597;
Pepper Hamilton, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia,
PA 19103-2799

— Alleged deceptive sales practices. Assessment of the validity of plaintiffs' expert's
claims regarding the predictability of interest rate changes.

2004: *Arleen Freeman, et al., v. San Diego Association of Realtors, et al.*
(expert report, deposition)

— United States District Court for the Southern District of California, Case No. 98-CV-
0139-WQH (JMA)

— Paul, Hastings, Janofsky & Walker LLP, 55 Second Street, 24th Floor, San Francisco,
CA 94105-3441

— Antitrust matter. Analysis of whether conduct at issue caused antitrust impact or
damages.

2004: *Medtronic Vascular, Inc., et al. v. Advanced Cardiovascular Systems, Inc., et al.* (expert
reports, deposition)

— United States District Court for the District of Delaware. Civil Action No. 98-80-SLR

— McDermott, Will & Emery, 18191 Von Karman Ave., Suite 400, Irvine California
92612-7107

— Matter alleging theft of trade secrets and patent infringement. Assessment of
Medtronic's trade secret damages. Assessment of the validity of Advanced
Cardiovascular Systems' patent damage claim.

2004: *Mattel, Inc. v. JAKKS Pacific, Inc., et al.* (declaration, deposition)

— Superior Court of the State of California for the County of Los Angeles, Case No. BC
244868

— Feder, Kaszovitz, Isaacson Weber, Skala, Bass & Rhine LLP, 750 Lexington Avenue,
23rd Floor, New York, NY 10022-1200

— Matter alleging theft of trade secrets. Assessment of the validity of plaintiffs' damage
claims.

2003: *Analysis of the MEIE Syndicate* (retained by the Australian Taxation Office) (expert report)

— Australian Taxation Office, 100 Market Street, Sydney NSW 2000 Australia

— Analysis of the licensing and funding of the MEIE Syndicate's transfer and development of technology.

2003: *KLA Tencor Corporation v. **Tokyo Seimitsu Co., Ltd.; and TSK America, Inc.,*** (expert reports, deposition)

— United States District Court, Northern District of California, Oakland Division, Case No. CV-01-2489 SBA

— Howrey Simon Arnold & White, LLP, 301 Ravenswood Avenue, Menlo Park, CA 94025

— Antitrust counterclaim in a patent matter. Assessment of the competitive effects of the alleged patent misuse.

2003: *S&M Farm Supply Inc. v. **Pharmacia Corporation and Monsanto Company*** (expert reports, deposition)

— United District Court, Eastern District of Missouri, Eastern Division, Case No. 4:02CV518ERW

— Husch & Eppenberger, LLC, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105

— Class action price fixing matter. Assessment of factors pertaining to class certification. Assessment of the validity of plaintiff's expert's analysis.

2003: *Lawrence J. Knipp and Nykar Technologies, L.P. v. Raymond M. Galasso and **Thompson & Knight L.L.P.*** (expert report)

— In the District Court of Tarrant County, Texas, 153rd Judicial District, Case No. 153-191270-02

— Shannon, Gracey, Ratliff, & Miller, L.L.P., 777 Main St., 38th Floor, Fort Worth, TX 76102-5304

— Matter alleging negligence in patent prosecution. Assessment of the validity of plaintiffs' damage claims and plaintiff's expert's analysis.

2002: *In re **Retail Services, Inc. and Freebie, Inc.,** v. Freebies Publishing, Eugene F. Zannon, and Gail Zannon* (expert report, deposition)

— United States District Court for the Eastern District of Virginia, Civil No. 02-111-A

— Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306

— Assessment of plaintiff's trademark damage claims.

2002: *In re Pacific Gas and Electric Company, Debtor* (retained by **NCPA**) (expert report, trial testimony)

— United States Bankruptcy Court, Northern District of California, No. 01-30923 DM

— Brobeck Phleger & Harrison LLP, One Market Plaza, Spear Street Tower, San Francisco, CA 94123

— Antitrust and breach of contract claims in Bankruptcy Court. Assessment of the damages of certain NCPA members.

2002: *In the Matter of the Arbitration of The Venetian Casino Resort LLC dba Venetian Resort Hotel Casino and **ExxonMobil Corporation*** (expert report and testimony)

— American Arbitration Association, Case #181 00122 01 TMS

— Walther, Key, Maupin, Oats, Cox & LeGoy, Lakeside Professional Plaza, 3500 Lakeside Court, Reno, NV 89509

— Breach of contract matter. Assessment of the validity of plaintiffs' damage claims and plaintiffs' expert's analysis.

2002: *MacPherson's Inc., et al. v. **Windermere Real Estate Services Company, et al**.* (expert report)

— United States District Court, Western District of Washington at Seattle, No. C01-1885P

— Demco Law Firm, 5224 Wilson Avenue South, Seattle, WA 98118

— Real estate antitrust matter involving both Section I and Section II claims. Assessment of the validity of plaintiffs' antitrust claims.

2002: *Microblend, L.L.C. and GC Intermark Company, L.L.C. v. **Exxon Mobil Corporation, Mobil Oil Corporation and Mobil Corporation*** (expert report)

— United States District Court for the Eastern Division of Virginia, Civil Action No. 02-145-A

— Patton Boggs LLP, 2550 M Street, N.W., Suite 500, Washington, DC 20037-1350

— Breach of contract matter. Analyses and assessment of damage claims.

2002: ***Spirit Airlines, Inc.** v. Northwest Airlines* (expert reports, depositions)

— United States District Court, Eastern District of Michigan, Southern Division

— Kenny Nachwalter Seymour Arnold Critchlow & Spector, 1100 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131-4327

— Monopolization case alleging predatory pricing. Assessment of damages resulting from the predatory pricing.

2002:   *In re Sorbates Direct Purchaser Antitrust Litigation (retained by the **class**) (expert reports, deposition)*

— United States District Court for the Northern District of New York, Case No. C-98-04886 CAL

— Berman DeValerio Pease Tabacco Burt & Pucillo, P.C., 425 California Street, Suite 2025, San Francisco, CA 94104-2205

— Matter alleging price fixing of sorbates. Assessment of damages resulting from the price fixing.

# Exhibit C

# Documents Considered by Michael C. Keeley, Ph.D.

| Document Title, Bates Numbers | Document Date |
|---|---|
| **Legal Documents** | |
| Amended Class Action Complaint | February 01, 2005 |
| Coordinated Plaintiffs' Objections to Report and Recommendation of Magistrate Judge | March 03, 2006 |
| Defendants' Motion to Dismiss the Amended Complaint | March 17, 2005 |
| Electronic Order Denying Motion to Dismiss | September 29, 2006 |
| Joint Memorandum of Law of the Class and Coordinated Plaintiffs' in Opposition to Defendants' Motion to Dismiss and Appendix | March 29, 2005 |
| Joint Surreply Memorandum of Law of the Class and Coordinated Plaintiffs In Opposition to Defendants' Motions to Dismiss | June 03, 2005 |
| Memorandum and Order | June 12, 2006 |
| Memorandum of Law in Support of Plaintiffs' Motion for Class Certification | August 08, 2005 |
| Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Motion to Dismiss the Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices | September 15, 2006 |
| Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Opposition to Plaintiffs' Joint Objections and Coordinated Plaintiffs' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 | April 10, 2006 |
| Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Support of Their Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint | July 27, 2006 |
| Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 | January 31, 2006 |
| Objections of Defendants Pfizer Inc. and Warner-Lambert Company to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 | January 31, 2006 |

| | |
|---|---|
| Plaintiffs' Joint Memorandum of Law in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company's Motion to Dismiss the Second Amended Class Action Complaint and the Second Coordinated Amended Complaint | August 25, 2006 |
| Plaintiffs' Joint Objections to Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint | March 03, 2006 |
| Plaintiffs' Joint Response to Defendants' Memorandum of Law in Support of Their Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 | April 10, 2006 |
| Plaintiffs' Response to Defendants' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006 | April 10, 2006 |
| Reply Memorandum of Law of Pfizer Inc. and Warner-Lambert Company in Further Support of Their Motions to Dismiss the Amended Class Action Complaint and the First Coordinated Amended Complaint | May 16, 2005 |
| Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint | January 31, 2006 |
| Second Amended Class Action Complaint | June 30, 2006 |

**Depositions**

| | |
|---|---|
| Deposition of Gerald Smith | October 09, 2006 |
| Deposition of Kylene Huler, M.D. | November 01, 2006 |
| Deposition of Lorraine Mary Kopa | January 10, 2006 |
| Deposition of Vithal Dhaduk, M.D. | November 12, 2006 |
| Deposition of Saira A. Jan, M.S., Pharm. D. | November 02, 2006 |
| Deposition of K. Michael Okin, M.D. | August 30, 2005 |
| Deposition of Dr. Raymond Hartman | December 13, 2006 |
| Deposition of Meredith B. Rosenthal, Ph.D., Volume I | October 24, 2006 |
| Deposition of Meredith B. Rosenthal, Ph.D., Volume II | October 25, 2006 |
| Exhibits 1-17 for the Deposition of Meredith Rosenthal | |

**Declarations**

| | |
|---|---|
| The Economics of Off-Label Promotion and Estimation of Impact on the Class of Neurontin Endpayers, Declaration of Meredith Rosenthal, with Attachments A.1-A.2; PA-B | August 08, 2005 |

| | |
|---|---|
| Declaration of Keith E. Argenbright, M.D. | August 11, 2006 |
| Declaration of Meredith Rosenthal in Response to Defendants' Expert Keith E. Argenbright, M.D., with Attachment A | September 14, 2006 |
| Declaration of Patrick J. Murray | March 03, 2006 |
| Declaration of Patrick J. Murray | April 10, 2006 |
| Estimation of Class-Wide Damages, Declaration of Raymond S. Hartman, with Attachments A-B; PA-B | August 08, 2005 |

**Academic Articles**

Arrow, K., "Uncertainty and the Welfare Economics of Medical Care," The American Economic Review, 53:941; 973, 1963

Avorn, Jerry, Milton Chen and Robert Hartley, "Scientific versus Commercial Sources of Influence on the Prescribing Behavior of Physicians," The American Journal of Medicine, Volume 73, July 1982

Azoulay, Pierre, "Do Pharmaceutical Sales Respond to Scientific Evidence?," Journal of Economics & Management Strategy, Volume 11, Number 4, Winter 2002, 551-594

Berndt, E.R., L. Bui, D. Reiley and G. Urban, "Information, Marketing and Pricing in the U.S. Anti-Ulcer Drug Market," American Economic Review, Vol. 85, No. 2, pp. 100-105, May 1995

Berndt, Ernst R., "The U.S. Pharmaceutical Industry: Why Major Growth in Times of Cost Containment?," Health Affairs, Volume 20, No. 2, 2001

Berndt, Ernst R., Robert S. Pindyck and Pierre Azoulay, "Consumption Externalities and Diffusion in Pharmaceutical Markets: Antiulcer Drugs," The Journal of Industrial Economics, Volume LI, No. 2, June 2003, 0022-1821

Berndt, Ernst R., Robert S. Pindyck and Pierre Azoulay, "Network Effects and Diffusion in Pharmaceutical Markets: Antiulcer Drugs," Working paper 7024, NBER working paper series, 1999

Bhatia, Tulikaa, Puneet Manchanda and Harikesh Nari, "Asymmetric Peer Effects in Physician Prescription Behavior: The Role of Opinion Leaders," June 2006

Bond, R. and D. Lean, "Sales, Promotion, and Product Differentiation in the Prescription Drug Markets," in Staff Report to the FTC, Washington DC: U.S. Government, 1977

Bowden, Charles L., Gregory M. Asnis, Lawrence D. Ginsberg, Beth Bentley, Robert Leadbetter and Robin White, "Safety and Tolerability of Lamotrigine for Bipolar Disorder," Drug Safety, 2004; 27 (3): 173-184

Bowman, M. and D. Pearle, "Changes in Drug Prescribing Patterns Related to Commercial Company Funding of Continuing Medical Education," Journal of Continuing Education in the Health Professions, 8:13-20, 1988

Calvo, Cecilia B., and Adolfo Rubinstein, "Influence of New Evidence on Prescribing Patterns," JABFP, November-December 2002, Vol. 15, No. 6, pp. 457-460

Caves, Richard E., Michael D. Whinston and Mark A. Hurwitz, "Patent Expiration, Entry, and Competition in the U.S. Pharmaceutical Industry: An Exploratory Analysis," Brookings Papers on Economic Activity, 1991

Ching, Andrew, and Masakazu Ishihara, "The Effects of Detailing on Prescribing Decisions under Quality Uncertainty," Draft Paper, August, 2006

Chintagunta, Pradeep K., Renna Jiang and Ginger Z. Jin, "Patient Learning and Advertising in the Diffusion of Cox-2 Inhibitors," Working Paper, October, 2006

Chintagunta, Pradeep, Puneet Manchanda and Peter Rossi, "Response Modeling with Nonrandom Marketing-Mix Variables," Journal of Marketing Research, November 2004

Chren, M. and C. Landefeld, "Physicians' Behavior and Their Interactions with Drug Companies: A Controlled Study of Physicians Who Requested Additions to a Hospital Drug Formulary," The Journal of the American Medical Association, 271, 684-689, 1994

Christensen, Dale B., and Albert I. Wertheimer, "Sources of Information and Influence on new Drug Prescribing among Physicians in an HMO," Soc. Sci. & Med., Vol. 13A, pp. 313-322, 1979

Clayton, E., "'Tis Always the Season for Giving," CALPIRG Report, September 2004

Cochran, W.G., "The Planning of Observational Studies of Human Populations," Journal of the Royal Statistical Society, Ser. A(128): 234-255, 1965

Coscelli, Andrea, and Matthew Shum, "An Empirical Model of Learning and Patient Spillovers in New Drug Entry," Journal of Econometrics, 122 (2004) 213-246

Crawford, Gregory S., and Matthew Shum, "Uncertainty and Learning in Pharmaceutical Demand," Econometrica, Vol. 73, No. 4 (July, 2005), 1137-1173

DeMonaco, Harold J., Ayfer Ali, and Eric von Hippel, "The Major Role of Clinicians in the Discovery of Off-Label Drug Therapies," Pharmacotherapy, Volume 26, Number 3, 2006

Denig, P., F.M. Haaijer-Ruskamp, H. Wesseling, and A. Versluis: "Impact of Clinical Trials on the Adoption of New Drugs within a University Hospital," European Journal of Clinical Pharmacology, 1991: 41: 325-328

Denig, P., F.M.Haaijer-Ruskamp, H. Wesseling, and A. Versluis, "Drug Expectations and Drug Choices of Hospital Physicians," Journal of Internal Medicine, 234: 155-163, 1993

Dranove, David, Edward F. X. Hughes, and Mark Shanley, "Determinants of HMO Formulary Adoption Decisions," HSR: Health Services Research, 38:1, Part I (February 2003)

Editorial Staff, "Pharmaceutical Marketing to Physicians: Free Gifts Carry a High Price," American Medical News, 10 June 2002

Ellison, S.F., I. Cockburn, Z. Griliches, and J. Hausman, "Characteristics of Demand for Pharmaceutical Products: An Examination of Four Cephalosporins," Rand Journal of Economics, 28(3), 1997

Fendrick, A.M., R.A. Hirth, M.E. Chernew, "Differences Between Generalist and Specialist Physicians Regarding Helicobacter Pylori and Peptic Ulcer Disease," American Journal of Gastroenterology, Volume 91, No. 8, 1996

Frank, R.G. and D.S. Salkever, "Pricing, Patent Loss and the Market for Pharmaceuticals," Southern Economic Journal, Vol. 59(2), October 1992

Frank, Richard G. and David S. Salkever, "Generic Entry and the Pricing of Pharmaceuticals," Journal of Economics and Management Strategy, Vol. 6, Spring, 1997

Fugh-Berman, A., "The Corporate Coauthor," Journal of General Internal Medicine, 20(6): 546-548, June 2005

Gonul, F., F. Carter, E. Petrova and K. Srinivasan, "Promotion of Prescription Drugs and Its Impact on Physician Choice Behavior," Journal of Marketing, 65:3, pp. 79-90, 2001

Grabowski, Henry and John Vernon, "Longer Patents for Increased Generic Competition in the US: The Waxman-Hatch Act After One Decade," PharmacoEconomics, 1996

Grabowski, Henry G. and John M. Vernon, "Brand Loyalty, Entry and Price Competition in Pharmaceuticals After the 1984 Drug Act," Journal of Law and Economics, 35(2), 1992

Grabowski, Henry G. and John M. Vernon, "Effective Patent Life in Pharmaceuticals," International Journal of Technology Management, 19(1&2), 2000

Granger, C., "Investigating Causal Relations by Econometric Models and Cross-Spectral Methods," Econometrica, 37:3, pp. 424-438, 1969

Groves, Kent E.M., and Priti S. Flanagan, "Why Physicians Start or Stop Prescribing a Drug: Literature Review and Formulary Implications," Formulary, April 2002, Vol. 37, pp. 186-194

Hall, R.E. and V.A. Lazear, "Reference Guide of Estimation of Economic Losses in Damages Awards," Reference Manual on Scientific Evidence, Second Edition, 2000, West Group, pp. 277-332

Hodges, B., "Interactions with the Pharmaceutical Industry: Experiences and Attitudes of Psychiatry Residents, Interns and Clerks," Canadian Medical Association Journal, 1:153(5): 553-559, September 1995

Hurwitz, M. and R. Caves, "Persuasion or Information? Promotion and the Shares of Brand Name and Generic Pharmaceuticals," Journal of Law and Economics, 31, pp. 299-320, 1988

Hux, Janet E., and David C. Naylor, "Drug Prices and Third Party Payments: Do They Influence Medication Selection?," PharmacoEconomics, 5(4): 343-350, 1994

Jennings, M., "A Survey of Prescribing Variation in General Practice," British Journal of Medical Economics, 1996, 10: 79-82

Jones, Miren I., Sheila M. Greenfield, and Colin P. Bradley: "Prescribing New Drugs: Qualitative Study of Influences on Consultants and General Practitioners," BMJ, Volume 323, August 2001

Jong, Geert W., Arnold G. Vulto, Matthijs de Hoog, Kristen J.M. Schimmel, Dick Tibboel and John N. van den Anker, "Unapproved and Off-Label Use of Drugs in a Children's Hospital," Volume 343:1125, October 12, 2000, Number 15

Kalb, Clifford C., "Psychological Motivations in Physician Prescribing Habits," MM&M, October 1978

Kaldor, N., "The Economic Aspects of Advertising," Review of Economic Studies, 18, 1-27, 1950

King III, C., "Marketing, Product Differentiation and Competition in the Market for Antiulcer Drugs," Boston MA: Harvard Business School Working Paper No. 01-014, 2000

Kucukarslan, Susan, "In Search of an Understanding of Pharmaceutical Prices," Research in Pharmaceutical Economics, 7(1), 1996

Leffler, K., "Persuasion or Information? The Economics of Prescription Drug Advertising," Journal of Law and Economics, 24, pp. 45-74, 1981

Maddala, G.S., Econometrics, McGraw Howell, 1977, Chapter 14 and W.H. Greene, Econometric Analysis, Fifth Edition, 2003, Prentice Hall, Chapter 13

Manchanda, Puneet, and Pradeep Chintagunta, "Responsiveness of Physician Prescription Behavior to Salesforce Effort: An Individual Level Analysis," Marketing Letters,15:2-3, 129-145, 2004

Manchanda, Puneet, Ying Xie and Nara Youn, "The Role of Targeted Communication and Contagion in Product Adoption," Working Paper, October 2006

Mellor, Phil, and Stuart Green, "A Novel Approach to Modeling the Prescribing Decision, Integrating Physician and Patient Influences," International Journal of Market Research, Vol. 44 Quarter 4, 2002

Narayanan, Sridhar and Puneet Manchanda, "Heterogeneous Learning and the Targeting of Marketing Communication for New Products," Working Paper, September 2006

Patsalos, Philip N., Walter Froscher, Francesco Pisani and Clementina M. van Rijn, "The Importance of Drug Interactions in Epilepsy Therapy," Epilepsia, 2002: 43(4), pp. 365-385

Peay, Marilyn Y., and Edmund R. Peay, "Patterns of Preference for Information Sources in the Adoption of New Drugs by Specialists," Soc. Sci. Med., Vol. 31, No. 4, pp. 467-476, 1990

Pitt, Leyland and Deon Nel, "Pharmaceutical Promotion Tools – Their Relative Importance," European Journal of Marketing, 22, 5

Poole, Susan G., and Michael J. Dooley, "Off-label Prescribing in Oncology," Support Care Cancer, 2004 12: 302-305

Reichert, Steven, Todd Simon and Ethan Halm, "Physicians' Attitudes About Prescribing and Knowledge of the Costs of Common Medications," Arch Intern Med. 2000; 160: 2799-2803

Rizzo, J., "Advertising and Competition in the Ethical Pharmaceutical Industry: The Case of Antihypertensive Drugs," Journal of Law and Economics, 42:1, pp. 89-116, 1999

Rosenbaum, P.R., "From Association to Causation in Observational Studies: The Role of Tests of Strongly Ignorable Treatment Assignment," Journal of the American Statistical Association, 79(385): 41-48, 1984

Rosenthal, M.B., E.R. Berndt, R.G. Frank, J.M. Donohue and A.M. Epstein, "Promotion of Prescription Drugs to Consumers," New England Journal of Medicine, 346(7): 498-505, February 2002

Rozek, Richard P. and Ruth Berkowitz, "The Costs to the U.S. Health Care System of Extending Marketing Exclusivity for Taxol," Journal of Research in Pharmaceutical Economics, 9(4), 1999

Rubin, D.B., "Estimating Causal Effects of Treatments in Randomized and Non-Randomized Studies," Journal of Educational Psychology, 66: 688-701, 1974

Rubinfeld, D.L., "Reference Guide on Multiple Regression," Reference Manual on Scientific Evidence, Second Edition, 2000, West Group, pp. 179-227

Sandberg, W., et al., "The Effect of Educational Gifts from Pharmaceutical Firms on Medical Students' Recall of Company Names and Products," Academic Medicine, 72: 916-918, 1997

Scherer, F.M., "Pricing, Profits, and Technological Progress in the Pharmaceutical Industry," Journal of Economic Perspectives, 7(3), 1993

Scherer, F.M., "The Pharmaceutical Industry," in eds. A.J. Culyer and J.P. Newhouse, Handbook of Health Economics, 2000

Schumock, Glen T., Surrey M. Walton, Hayley Y. Park, Edith A. Nutescu, Juan C. Blackburn, Jamie M. Finley and Richard K. Lewis. "Factors that Influence Prescribing Decisions," The Annals of Pharmacotherapy, April 2004

Segal, Richard, and Feng Wang, "Influencing Physician Prescribing," Pharm Pract Manage Q, 1999: 19(3), pp. 30-50

Stigler, G., "The Economics of Information," Journal of Political Economy, 71, pp. 213-225, 1961

Suh, Dong-Churl, Stephen W. Schondelmeyer, Willard G. Manning, Jr., Ronald S. Hadsall and John A. Nyman, "Price Trends before and after Patent Expiration in the Pharmaceutical Industry," Journal of Research in Pharmaceutical Economics, 9(2), 1998

Suh, Dong-Churl, Willard G. Manning, Jr., Stephen Schondelmeyer, and Ronald S. Hadsall, "Effect of Multiple-Source Entry on Price Competition after Patent Expiration in the Pharmaceutical Industry," Health Services Research, 35(2), 2000

Wang, Richard Y., and Mark V. Pauly, "Spillover Effects of Restrictive Drug Formularies on Physician Prescribing Behavior: Evidence from Medicaid," Journal of Economics and Management Strategy, Volume 14, Number 3, Fall 2005, pp. 755-773

Wazana, A., "Physicians and the Pharmaceutical Industry," The Journal of the American Medical Association, 283: 373-380, 2000

Weiss, Robin, Evan Charney, Rosemary A. Baumgardner, Pearl S. German, E. David Mellits, Elizabeth A. Skinner and John W. Williamson, "Changing Patient Management: What Influences the Practicing Pediatrician?," Pediatrics, 1990; 85: 791-795

White, Leslie, and Lester W. Johnson, "Relative Influence of Physicians and Patients in the Prescribing Decision," International Journal of Medical Marketing, Vol. 2, No. 2, pp. 143-158

Ziegler, M., P. Lew and B. Singer, "The Accuracy of Drug Information from Pharmaceutical Sales Representatives," The Journal of the American Medical Association, 273, pp. 1296-1298, 1995

**Other**

Bates Numbered Documents: *0008597-608; V034985-988; V036779; V037080; V040153-156; V040172-175; V042136-146; V042352-63; V043613-34; V047116-29; V053848-77; V057205; V057553-85; V057651-92; V082736-61; V084073-078; V086787-92; V089881-95; V090268; V090599-691; V090836-77; V091389; W003095-109; WL07520-47; X005384-86; X028920-24; X028957-62; X028965-69; X028970-75; X029017-25; X029226; X029227*

"NDCHealth Top 200 Drugs for 2004 by U.S. Sales," NDCHealth, March 2005

"Pfizer Announces Fourth Quarter Net Income Growth of 20 Percent to $1,756 Million," *PR Newswire*, January 24, 2001

Code of Federal Regulations, 21 CFR 202.1

Congressional Budget Office, *How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry*, July 1998

*Federal Register*, Vol. 61(193), October 3, 1996

Federal Trade Commission, Pharmacy Benefit Managers: Ownership of Mail-Order Pharmacies, August 2005, pp. 10-15

Food and Drug Administration Website:
http://www.fda.gov/cder/da/da1000.htm,
http://www.fda.gov/cder/da/da0502.htm

Kaiser Family Foundation, "Prescription Drug Trends — Update," October 2004, available at http://www.kff.org/rxdrugs/3057/03.cfm

Mathematica Policy Research, Inc. report for Henry J. Kaiser Foundation, "The Role of PBMs in Managing Drug Costs: Implications for a Medicare Drug Benefit," January 2000, p. 15

Pfizer, 2003 Financial Report

Prescription Drug Use and Expenditures in California: Key Trends and Drivers, 2001, California Health Care Foundation