of her empirical model.[40] This is not scientifically correct if her theoretical model indicates that they are important predictors of off-label prescribing. In addition, omitting appropriate variables that are correlated with other included variables will result in biased coefficient estimates.[41]

66. Her declaration outlines a plan to replace the variables for which she has no data with linear and quadratic time trends.[42] This is clearly easier than finding appropriate data. However, it is extremely unlikely that the omitted variables happen to affect Neurontin prescribing in a smooth, regular way across the entire class period and can therefore be approximated with a time trend. Rather, the rate at which prescriptions grow will vary over the period as physicians learn of, among other things, new medical breakthroughs about Neurontin or substitute drugs' trials and approvals.

**D. Omitted factors**

67. There are many variables that Dr. Rosenthal does not mention in her declaration but which she agrees should be included in a model of off-label Neurontin prescriptions. For example, she does not consider that price or co-payments might affect Neurontin off-label prescriptions. In her deposition, she states that price effects are "hard to identify" in healthcare markets but agrees that relative price might in fact belong in her model.[43] Likewise, in her deposition, Dr. Rosenthal agrees that free samples of Neurontin and its competitors would affect off-label prescribing.[44] Dr. Rosenthal includes none of these factors in the model presented in her declaration. For reasons explained below in paragraphs 71-72 it is unlikely that from an empirical standpoint Dr. Rosenthal will have enough observations to

---

[40] Deposition of Meredith Rosenthal, pp. 340-341: "Q. … [W]ould you rely on your theory alone, then, to rule out whether to consider individual factors in running your model? A. Not alone, but in some cases I might rely alone on the theories… Q. … For purposes of those factors do you anticipate relying on the literature to exclude any of them from your analysis? A. I would anticipate relying on the literature and data where possible, but it does seem possible to me that I won't have data on every one of those factors, and then I would rely on theory and the literature as to whether it was an important factor."

[41] See Greene, W.H. (1997), Econometric Analysis, 3rd edition, Prentice-Hall, Inc, Upper Saddle River, NJ, p. 401.

[42] "…So certainly those factors would be considered and incorporated either explicitly or captured in the time trend, the secular trend." (Deposition of Meredith Rosenthal, p. 337)

[43] Deposition of Meredith Rosenthal, p. 332.

[44] Deposition of Meredith Rosenthal, p. 331.

include all these variables in her model.[45] The question arises as to how Dr. Rosenthal will decide which ones to include. Typically, the choice is guided by theory and the previous literature. In this case, it appears that data availability or ex-post statistical significance will guide the choice, since no theory or literature have been brought to bear on the problem either in her declaration or her deposition.[46] It is not a methodologically sound practice to choose what belongs in a regression after one has estimated it and seen what is statistically significant.[47]

## VIII.  There are numerous statistical barriers to estimating Dr. Rosenthal's model
### A.  Multicollinearity

68. Another problem Dr. Rosenthal will face in her model is multicollinearity. Since the promotional events included in Dr. Rosenthal's $X_{jt}$ and $X_{kdt}$ cost money, we expect the costs of $X_{jt}$ and $X_{kdt}$ to be components of $M_t$ and $O_{dt}$, Dr. Rosenthal's variables for promotional expenditures. Because of common components and trends, the promotional spending variables and the promotional event variables are likely to move together over time. This is called the problem of collinearity. When variables are collinear it is difficult to get an estimate of the effect of one separately from the effect of the other. As Dr. Rosenthal states in her deposition "…it can lead to, again, these very large standard errors. So it can make the situation where it's impossible to pull apart the effects of that – of the two highly correlated variables."[48]

---

[45] In total, Dr. Rosenthal was questioned about more than 40 factors in her deposition and agreed that all of them potentially could affect Neurontin prescriptions. These factors include, among many others, new articles in peer reviewed medical publications on the use of Neurontin for a particular condition, informal talks given by authorities in the field that address the use of Neurontin for a particular condition, FDA approval of a drug with a similar mechanism of action to Neurontin for a particular condition, provision of samples of competitor drugs, and insurance coverage of Neurontin.

[46] Deposition of Meredith Rosenthal, pp. 340-341, 344.

[47] The econometrician Daniel Rubinfeld writes, "[t]he large number of possible explanatory or control variables available tempts statisticians to run a large number of regressions. It can be dangerous, however, if the expert uses this approach to search for the best coefficient that he or she can find. 'Best' might mean a high t-value [statistical significance] on [one particular variable] if the expert is working for the plaintiff, and a low value if she is working for the defendant. After a search of this kind, reported t-values are no longer good indicators…." See p. 1073 in Rubinfeld, D. (1985), "Econometrics in the Courtroom," *Columbia Law Review*, Vol. 85, No. 5, pp. 1048-1097.

[48] Deposition of Meredith Rosenthal, p. 465.

69. Peter Kennedy, in his book <u>A Guide to Econometrics</u>, explains why the standard errors for the estimates grow large when two variables are correlated in this way:[49]

> When the regressors are highly correlated, most of their variation is common to both variables, leaving little variation unique to each variable. This means that the OLS procedure has little information to use in making its coefficient estimates, just as though it had a very small sample size, or a sample in which the independent variable did not vary much. Any estimate based on little information cannot be held with much confidence – it will have a high variance. The higher the correlation between the independent variables (the more severe the multicollinearity), the less information used by the OLS estimator to calculate the parameter estimates and thus the greater the variances.

70. Two standard choices used by many researchers when they desire to estimate a regression and variables are collinear are to remove one, or to add the two together to form one variable. Neither choice would provide a solution to this problem if the allegedly fraudulent promotional variables are correlated with non-fraudulent promotion variables. In her deposition, Dr. Rosenthal explains:

> Q. If there is multicollinearity between certain on-label variables and on-label promotional variables and off-label promotional variables on the other hand, you wouldn't simply be able to drop one set of the variables from your equation; is that right?
>
> A. Essentially in my view, in that situation I would have to not attribute the effect of – those two variables I couldn't separate them, right? So they have – they appear to have some common effect, but if I exclude one, there's bias. Generally in this model you do the best you can, but I wouldn't – so that is, you choose which one to exclude for the purposes of the model, but I wouldn't attribute – then attribute that effect to the allegedly illegal activities because I couldn't fully identify those.
>
> Q. Right. In other words, you wouldn't be able to account for what the relative effects were on Q?
>
> A. Right.[50]

Separating the effects of allegedly fraudulent and non-fraudulent promotions is the central purpose of the model she puts forth in her declaration. The inability to

---

[49] Kennedy, P. (1992), <u>A Guide to Econometrics</u>, 3rd edition, MIT Press, Cambridge, MA, p.178
[50] Deposition of Meredith Rosenthal, p. 469-70.

separate out the effects of the different kinds of promotions would fundamentally undermine the reliability of her model and estimation technique.

## B. Degrees of freedom

71. Dr. Rosenthal acknowledges that her model cannot include even just the measurable factors that affect prescribing because in that case she would have more explanatory variables than she has observations and would be unable to estimate the model. She notes in her deposition that the model requires degrees of freedom -- extra observations -- to be able to make a powerful test of the hypothesis that allegedly fraudulent promotions affect prescribing.[51] Dr. Rosenthal has a tight limit; she can collect a maximum of 156 monthly observations over the class period for each diagnosis.[52] Inclusion of all the journal articles about Neurontin (hundreds) or all the characteristics of competitor drugs (dozens) would completely exhaust the available degrees of freedom. As Dr. Rosenthal notes, "[a]s we continue to add variables, the standard errors are going to get larger and larger. And at some point it'll be hard to find a significant effect of any kind."[53] The inability to find a significant effect of any kind because of a lack of observations is a serious drawback to Dr. Rosenthal's empirical approach.

72. Dr. Rosenthal notes that some explanatory variables might have a different effect depending on the levels of other explanatory variables; this is called an interaction effect.[54] For example, detailing might be *more* effective when a new journal article has just been published because the detailing representative can discuss the new article during his or her visit. This issue is mentioned in Dr. Rosenthal's declaration but no specifics are included in her model. Research on pharmaceutical promotional expenditure finds empirical support for the idea that

---

[51] "Q. To what extent do the number of observations limit the number of independent variables that you can use in your analysis? A. There is a natural limit there in terms of what's called degrees of freedom…the number of independent variables cannot exceed the number of observations." (Deposition of Meredith Rosenthal, p. 471.)

[52] Neurontin was launched in January of 1994. Assuming Dr. Rosenthal can collect monthly data from 1994 through 2006, this would result in 156 observations (13 yrs *12 months = 156 obs). In her deposition, Dr. Rosenthal describes separate regressions by diagnosis (Deposition of Meredith Rosenthal, pp. 144-145). If she carries out this plan, she will have total observations equal to 156 * number of diagnoses, provided there are available data during all those months for each diagnosis. However, as she would run separate regressions for each diagnosis, each individual regression still would have at most 156 observations.

[53] Deposition of Meredith Rosenthal, p. 473.

[54] Declaration of Meredith Rosenthal, p. 15.

the impact of one kind of promotion (e.g., detailing) can depend on the amount of another factor (e.g., journal articles).[55] Accounting for this type of effect would require adding yet more explanatory variables to the model, which would further exacerbate the degrees of freedom problem.

## C. The precision of measuring prescriptions by diagnosis

73. In her declaration and deposition, Dr. Rosenthal proposes to use NDTI data to estimate her model.[56] The NDTI data are based on a sample of physicians; therefore estimates from the NDTI data may not be accurate because the sample is not representative of the overall population of physicians. IMS recognizes this fact and has supplied precision tables that provide a confidence interval for estimates based on NDTI data. The confidence interval is a function of the number of times a drug is seen in the data, with larger numbers having smaller confidence intervals in percentage terms. Because Dr. Rosenthal will likely divide Neurontin sales into separate diagnoses, the confidence intervals on the estimates of the number of Neurontin prescriptions for each diagnosis are likely to be quite large. For example, if the NDTI figure for the number of annual Neurontin prescriptions for a particular diagnosis is one million, with 95% confidence, Dr. Rosenthal would be able to state that the true number of prescriptions is between 0.72 million and 1.28 million.[57] Such imprecision in her dependent variable will reduce even further her ability to say anything meaningful with her model.

## D. Physicians' prescriptions flow over time; knowledge accumulates over time

74. Prescribing behavior depends on the stock of knowledge the physician has about the efficacy and uses of Neurontin as well as other drugs. This stock of knowledge is built up while the physician is in medical school, and continues to build through clinical practice and CME. The knowledge likewise decays over time at a rate determined by the physician's memory and the state of medical progress and change in the subject area. Dr. Rosenthal's model does not consider this critical aspect of physician learning at all. She is attempting to use a monthly

---

[55] Narayanan S., R. Desiraju, and P.K. Chintagunta (2004), "Return on Investment Implications for Pharmaceutical Promotional Expenditures: The Role of Marketing-Mix Interactions," *Journal of Marketing*, Vol. 68, pp. 90-105.
[56] Declaration of Meredith Rosenthal, p. 20; Deposition of Meredith Rosenthal, p. 148.
[57] IMS Health (2006), National Disease and Therapeutic Index[TM], Drug, Vol. 1, IMS Health Inc., Plymouth Meeting, PA, pp. 13-14.

change in the amount of promotional events – for example, a few CME events attended by a group of physicians – to predict the national change in total off-label Neurontin prescriptions that month. It is much more likely that any effect of the promotion would be spread out across months and years as the knowledge gained at the event is used later in the physician's career. It is tremendously challenging to develop a model that specifies at what future date(s) the effects of promotions will appear in prescriptions. The slower the effects diffuse, the more difficult they are to measure.

75. In her deposition Dr. Rosenthal describes a few methods through which one could attempt to account for the long-lived nature of pharmaceutical promotions. She suggests including previous periods' promotions as additional explanatory variables for the current month's prescriptions.[58] Note however, that this both restricts the sample, because only periods with substantial lags in the dataset can be used, and adds yet more explanatory variables to the estimation. Both of these consequences further exacerbate the existing degrees of freedom problem. A second suggestion Dr. Rosenthal makes is to use the discounted sum of promotions as an explanatory variable.[59] This method also limits the number of observations to those with lagged data available, but does not add more explanatory variables. Thus, accounting correctly for the way in which promotions affect physician knowledge and prescribing makes the task of estimating Dr. Rosenthal's model even more difficult.

**E. Lack of variation in the data**

76. As noted above, Dr. Rosenthal uses monthly data on promotional spending and events, which I expect would vary considerably from month to month, to explain variation in monthly data on prescriptions.[60] The path of prescriptions over time, however, is likely to be smooth across months since medical knowledge and practice change slowly. Thus Dr. Rosenthal faces the challenge of using a rapidly

---

[58] Deposition of Meredith Rosenthal, pp. 475-476.
[59] Deposition of Meredith Rosenthal, pp. 473-474.
[60] Both the Second Amended Complaint and Dr. Rosenthal mention examples of promotions, such as "expensive dinners and conferences at luxury hotels" which suggest monthly variation in the level of allegedly fraudulent promotions. (Declaration of Meredith Rosenthal, p. 6; See also, Second Amended Class Action Complaint, In re: Neurontin Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1629, Master File No. 04-10981, June 30, 2006, pp. 94-96.)

changing measure to explain a smoothly growing measure. There may not be enough variation in the prescription data to obtain statistically significant estimates of the effect of promotions. Furthermore, if she interpolates data on promotions so that it is also smooth, there will be little variation besides a trend in either variable, and so identifying any causal relationship between them would become extremely difficult. Yet identifying the nature of the relationship between promotions and prescriptions is the crux of the empirical task.

**F.   Large confidence intervals due to instrumental variables**

77. I discussed the problem of endogeneity in section V of this declaration, and noted that Dr. Rosenthal and I both agree that the solution of instrumental variables estimation would be the correct one in this circumstance. As I stated above, I believe it will be difficult to find enough valid instruments to perform IV estimation on Dr. Rosenthal's model. Even if Dr. Rosenthal does find instruments that satisfy the necessary conditions, it is likely that the IV estimation will increase the confidence intervals around the estimated coefficients and reduce her ability to draw meaningful conclusions from her model. It is very common in empirical work to find that IV estimation reduces the precision of all or some of the resulting estimated coefficients. For example, in a search of *Journal of Health Economics* and *Health Economics* for articles using both OLS and the instrumental variables technique, 15 out of 16 articles reported less precise IV estimates relative to OLS estimates.[61]

---

[61] The search was limited to two prominent healthcare journals, *Journal of Health Economics* and *Health Economics* in the years covered by the Econlit database (1969-present). The search criterion was "instrumental variables" in the abstract of the article. The following articles were found: Auld, M.C. and P. Grootendorst (2004), "An Empirical Analysis of Milk Addiction," *Journal of Health Economics*, Vol. 23, pp. 1117–1133; Brown III, H.S., J.A. Pagán and E. Bastida (2005), "The Impact of Diabetes on Employment: Generic IVs in a Bivariate Probit," *Heath Economics*, Vol. 14, pp. 537-544; Cawley, J., D.C. Grabowski and R.A. Hirth (2006), "Factor Substitution in Nursing Homes," *Journal of Health Economics*, Vol. 25, pp. 234-247; Chatterji, P. (2006), "Illicit Drug Use and Educational Attainment," *Health Economics*, Vol. 15, pp. 489-511; Dusheiko, M., H. Gravelle and R. Jacobs (2004), "The Effect of Practice Budgets on Patient Waiting Times: Allowing for Selection Bias," *Health Economics*, Vol. 13, pp. 941-958; Ettner, S.L. (1996), "New Evidence on the Relationship Between Income and Health," *Journal of Health Economics*, Vol. 15, pp. 67-85; Ettner, S.L. and R.C. Hermann (2001), "The Role of Profit Status Under Imperfect Information: Evidence From the Treatment Patterns of Elderly Medicare Beneficiaries Hospitalized for Psychiatric Diagnoses," *Journal of Health Economics*, Vol. 20, pp. 23-49; Fox, M. (2003), "Medical Student Indebtedness and the Propensity to Enter Academic Medicine," *Health Economics*, Vol. 12, pp. 101-112; Gowrisankaran, G. and R.J. Town (1999), "Estimating the Quality of Care in Hospitals Using Instrumental Variables," *Journal of Health Economics*, Vol. 18, pp. 747-767; Grabowski, D.C. and R.A. Hirth (2003), "Competitive Spillovers Across Non-Profit and For-Profit Nursing Homes," *Journal of Health Economics*, Vol. 22,

### G. Conclusion

78. In my experience, standard errors would be expected to increase in settings with more of the following characteristics: shortage of observations, multicollinearity, little variation in the dependent variable, imprecisely measured dependent variable, and use of instrumental variables estimation rather than OLS.

79. Because Dr. Rosenthal has not actually collected much of her data, nor has she estimated anything, she can propose in her declaration and deposition various possible additions and techniques she might use without needing to confront the non-existence of data or the imprecision of the results that we would likely see if the empirical exercise had actually been carried out.

80. My opinion as an academic experienced in estimating models of this form is that, considering the range of statistical and other problems discussed above, I do not believe she can successfully estimate her model of off-label prescriptions.

## IX.     Other papers that study the effect of promotion on prescriptions

81. It becomes easy to see that Dr. Rosenthal's proposal is unlikely to successfully determine the causal effect of promotion on prescriptions by examining the existing literature. There are a number of academic papers that explore the impact of different types of promotions on prescriptions or sales of prescription drugs. The studies in this area typically have some advantage over Dr. Rosenthal's proposal in that they have data at the physician level, more observations, a simpler model, or some combination of the above.

---

pp. 1-22; Graves, N., D. Weinhold and J.A. Roberts (2005), "Correcting for Bias When Estimating the Cost of Hospital-Acquired Infection: An Analysis of Lower Respiratory Tract Infections in Non-Surgical Patients," *Health Economics*, Vol. 14. pp. 755-761; McNamee, P. (2004), "A Comparison of the Grade of Membership Measure with Alternative Health Indicators in Explaining Costs for Older People," *Health Economics*, Vol. 13, pp. 379-395; Meer, J., D.L. Miller and H.S. Rosen (2003), "Exploring the Health-Wealth Nexus," *Journal of Health Economics*, Vol. 22, pp. 713-730; Mullahy, J. and P.R. Portney (1990), "Air Pollution, Cigarette Smoking, and the Production of Respiratory Health," *Journal of Health Economics*, Vol. 9, pp. 193-205; Norton, E.C., R.C. Lindrooth and S.T. Ennett (1998), "Controlling for the Endogeneity of Peer Substance use on Adolescent Alcohol and Tobacco Use," *Health Economics*, Vol. 7, pp.439-453; Vera-Hernández, A.M. (1999), "Duplicate Coverage and Demand for Health Care. The Case of Catalonia," *Health Economics*, Vol. 8, pp. 579-598.

82. An example of a simpler model is contained in Chintagunta and Desiraju (2005).[62] This paper studies the effect of promotional activities on sales of antidepressants using aggregate data similar to Dr. Rosenthal's. Unlike Dr. Rosenthal, the authors explicitly model the likely endogeneity of two of their explanatory variables, price and detailing expenditure. Their model is considerably simpler than Dr. Rosenthal's because they include only one promotional variable, namely expenditures on detailing. Recall that Dr. Rosenthal includes both measures of events and expenditures, for both on-label and off-label promotion. Then they explain their empirical strategy for estimating unbiased coefficients in the presence of endogeneity, which is instrumental variables. They use current and lagged data measuring a variety of costs of drug manufacturers as instruments for price, and current and lagged indices of wage costs as instruments for detailing. They find that detailing positively affects product market shares of antidepressants, but the effect is statistically significant in only three out of the five countries.

83. An example of a paper with much better data, data at the level of the individual physician, is Manchanda et al (2004).[63] The authors have data from one drug over two years. However, they can track monthly prescriptions at the level of the individual physician. They also have monthly detailing counts for each physician and a measure of how many free samples the physician was given in the month. Their dataset ends up comprising 24 months of data for 1000 physicians, for a total of 24,000 observations. Clearly these authors use a vastly larger number of observations than Dr. Rosenthal would have available. However, more importantly, they measure variation in detailing at the individual physician level, and then the response to detailing at the physician level. The many different physicians in the data, all facing slightly different promotional conditions, give the researchers tremendous power in estimating the causal effect of detailing on prescribing.

---

[62] Chintagunta, P.K. and R. Desiraju (2005), "Strategic Pricing and Detailing Behavior in International Markets," *Marketing Science*, Vol. 24, pp. 67-80.
[63] Manchanda, P., P.E. Rossi, and P.K. Chintagunta (2004), "Response Modeling with Nonrandom Marketing-Mix Variables," *Journal of Marketing Research*, Vol. 41, pp. 467-478.

### X.    Conclusion

84. The analysis Dr. Rosenthal proposes is estimation of a simple model of the causal effect of allegedly fraudulent promotion on off-label prescriptions of Neurontin. However, Dr. Rosenthal has failed to address a large number of identification, data, and statistical problems which are likely to arise when she attempts to estimate her model.

85. Because she has not yet estimated anything or even decided on exactly what data she will use, I cannot quantify the effects of the problems described in her declaration. How little she has done is reflected in the following passage from her deposition:

> Q. So, Professor Rosenthal, I think you testified that you have not actually attempted to run a version of your model yet, correct?
>
> A. That's correct.
>
> Q. And you haven't yet collected all of the data that you wouldn't need to do so; is that correct, too?
>
> A. That's correct...
>
> Q. But you do -- you would need to collect additional data beyond what you've already seen in order to run your model, correct?
>
> A. I would say that's true. I certainly need additional data on the allegedly illegal activities...
>
> Q. And you also haven't identified yet all of the possible variables that may impact prescription behavior?
>
> A. That's correct.
>
> Q. And you don't yet know what endogeneity problems you might encounter in the course of your work?
>
> A. Without the data I can't again run those tests and examine the data, no, so I don't – I can't see that yet...
>
> Q. And you don't know precisely what multicollinearity problems you may encounter in the course of your work?
>
> A. That's correct.
>
> Q. And you don't know whether the estimates that you ultimately reach based on the data that you're able to collect will be statistically significant, correct?
>
> A. That's correct.

86. Dr. Rosenthal has made an ambitious proposal to estimate the causal impact of allegedly fraudulent promotions on prescribing. There are, however, conceptual problems (causality), practical problems (identifying fraudulent events and measuring other data), and many statistical problems (multicollinearity, degrees of freedom, lack of variation) that stand in the way of her achieving that goal.

87. Because of all these problems, and the fact that they likely interact and exacerbate one another, I have severe doubts that she can carry out this analysis to the standard the economics profession demands, and obtain any meaningful answer that reflects the causal effect of allegedly fraudulent promotions on off-label prescribing.

I declare under penalty of perjury that this Declaration is true and correct.

Fiona Scott Morton                                Date

_21 Dec 2006_

**Appendix A**

# Fiona M. Scott Morton

School of Management
Yale University
P.O. Box 208200
New Haven, CT 06520-8200

++1.203.432.5569 voice
++1.203.432.6974 fax
fiona.scottmorton@yale.edu

**Employment:**

| | |
|---|---|
| 2006 - present | Senior Associate Dean for Faculty Development, Yale School of Management |
| 2002 - present | Professor of Economics, Yale School of Management |
| 2005 - 2006 | Adam Smith Visiting Fellow in Economics, University of Edinburgh, Scotland |
| 2000 - 2002 | James L. Frank '32 Associate Professor of Private Enterprise and Management, Yale School of Management |
| 1999 - 2000 | Associate Professor of Economics and Strategy, Yale School of Management |
| 1997 - 1999 | Assistant Professor of Economics and Strategy Graduate School of Business, University of Chicago |
| 1994 - 1997 | Assistant Professor of Strategic Management Graduate School of Business, Stanford University |
| 1991 - 1992 | Instructor for Economics 10, Prof. Martin Feldstein, Harvard University |

**Education:**

| | |
|---|---|
| 1994 | Massachusetts Institute of Technology, PhD. Economics |
| 1989 | Yale University, B.A. Economics, *magna cum laude* |

**Peer-reviewed Articles:**

"Entry and Predation: British Shipping Cartels 1879-1929"
  *Journal of Economics & Management Strategy*:6:4:679-724, 1997
"The Strategic Response by Pharmaceutical Firms to the Medicaid Most-Favored-Customer Rules"
  *The RAND Journal of Economics*:28:2:269-290, 1997
"The Interaction Between a Most-Favored-Customer Clause and Price Dispersion: An Empirical Examination of the Medicaid Rebate Rules of 1990"
  *Journal of Economics & Management Strategy*:6:1:151-174, 1997
"Misclassification of the Dependent Variable in a Discrete-Response Setting"
  Joint with Jerry Hausman, MIT, and Jason Abrevaya, University of Chicago
  *Journal of Econometrics*:87:2:239-269, 1998
"Social Status, Entry, and Predation: The Case of British Shipping Cartels 1879-1929"
  Joint with Joel Podolny, Yale SOM
  *The Journal of Industrial Economics*:47:1:41-67, 1999
"Barriers to Entry, Brand Advertising, and Generic Entry in the US Pharmaceutical Industry"
  *International Journal of Industrial Organization*:18:7:1085-1104, 2000
"Entry Decisions in the Generic Pharmaceutical Industry"
  *The RAND Journal of Economics*:30:3:421-440, 1999
"Love or Money? The Effects of Owner Motivation in the California Wine Industry"

**Appendix A**

# Fiona M. Scott Morton

       Joint with Joel Podolny, Yale SOM
       *The Journal of Industrial Economics*:50:4:431-456, 2002

"Horizontal Integration between Brand and Generic Firms in the Pharmaceutical Industry"
       *Journal of Economics & Management Strategy*:11:1:135-168, 2002

"Internet Car Retailing"
       Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside
       *The Journal of Industrial Economics*:49:4, 2001

"The Strategic Positioning of Store Brands in Retailer-Manufacturer Negotiations"
       Joint with Florian Zettelmeyer, UC Berkeley
       *Review of Industrial Organization*:24:2:161-194, 2004

"Consumer Information and Discrimination: Does the Internet Affect the Pricing of New Cars to Women and Minorities?"
       Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UCLA
       *Quantitative Marketing and Economics*:1:1:65-92, 2003

"Behavioral Biases Meet the Market: the Case of Magazine Subscription Prices"
       Joint with Sharon Oster, Yale SOM
       *Berkeley Electronic Journals in Economic Analysis & Policy Advances*:5:1, 2005

"The Distortionary Effects of Government Procurement: Evidence from Medicaid Prescription Drug Purchasing"
       Joint with Mark Duggan, University of Maryland
       *Quarterly Journal of Economics*:121:1, 2006

"The Role of the Internet in Lowering Prices: Evidence from Matched Survey and Auto Transaction Data"
       Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside
       *Journal of Marketing Research*, May 2006

"State Casket Sales Restrictions: a Pointless Undertaking?"
       Joint with Judy Chevalier, Yale SOM
       Forthcoming in *The Journal of Law and Economics*, February 2008

## Working Papers:

"Cowboys or Cowards: Why are Internet Car Prices Lower?"
       Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside

"A Test of Bargaining Theory in the Auto Retailing Industry"
       Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside

"Scarcity Rents in Car Retailing"
       Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside

## Research in Progress:

"Technology Adoption and Organizational Change in the Retail Auto Industry"
       Joint with Florian Zettelmeyer, UC Berkeley and Jorge Silva-Risso, UC Riverside

"The Effect of the Medicare Drug Benefit on Pharmaceutical Prices"
       Joint with Mark Duggan, University of Maryland

"The Endowment Effect in a Real Market"
       Joint with Sharon Oster, Yale SOM

**Appendix A**

# Fiona M. Scott Morton

"The Reasons for Asset Reallocation: Efficiency or Agency?
    Joint with Gavin Kretzschmar, Univ of Edinburgh
"Dying for a Discount"
    Joint with Judy Chevalier, Yale SOM, and David Harrington, Kenyon College

**Other Publications:**

"Why Economics has been Fruitful for Strategy"
    *Financial Times*, Mastering Strategy Series, 4 Oct 1999
"Strategic Complements and Substitutes"
    *Financial Times*, Mastering Strategy Series, 8 Nov 1999
"The Problems of Price Controls"
    *Regulation*:24:1, Spring 2001
"Consumer Benefit from Use of the Internet"
    *NBER Innovation Policy and the Economy*:6, 2005

**Awards:**

| | |
|---|---|
| 2005 - 2008 | National Science Foundation Research Grant 0518858 "The Effect of Government Procurement of Pharmaceuticals" Joint with Mark Duggan, University of Maryland |
| 2001 - 2003 | National Science Foundation Research Grant 0111885 "The Effect of Internet Car Shopping on Prices and Discrimination" Joint with Florian Zettelmeyer, UC Berkeley |
| 1998 - 2002 | National Science Foundation Research Grant 9810178 "Studies of Competition" |
| 1995 | Distinguished Teaching Commendation: One of three "second prizes" given by Stanford MBA students for excellence in teaching during the academic year 1994-1995 |
| 1993 - 1994 | Program on the Pharmaceutical Industry, MIT, grant for full tuition and stipend |

**Teaching:**

*Competitive Strategy*: Elective MBA course covering topics in I.O. such as price and quantity
    competition, entry, and antitrust, as well as strategy concepts such as industry analysis,
    competitive advantage, and sustainability
*E-commerce Strategy:* Elective MBA course applying microeconomic principles to understand the
    sources of profit in information technology-based businesses

**PhD Students Supervised** (PhD institution, year; first placement):

Andrea Coscelli (Stanford GSB, 1998; University College London)
Brian Viard (University of Chicago GSB, 2000; Stanford GSB)
Paris Cleanthous (Yale, 2003; NYU Stern)
Juan Esteban Carranza (Yale, 2004; Wisconsin Madison)

3

**Appendix A**

## Fiona M. Scott Morton

Henry Schneider (Yale, 2006; Cornell Johnson School)

**Memberships and Professional Service:**

American Economics Association
NBER Research Associate, Industrial Organization
First Western Bancorp Inc. (now Sky Bank, Bowling Green, Ohio) Board of Directors (1998-1999)
StreamSage.com Advisory Board (2000-2004)
*Economic Policy* Panel (2002-2004)
*Review of Industrial Organization* Editorial Board (2002-2004)
*The Journal of Industrial Economics* Associate Editor (2003-2006)
*International Journal of Industrial Organization* Co-Editor (2005-present)
*BE Journal of Economics Analysis and Policy,* Editor (2006-present)

**Invited Research Presentations Given at:**

Dartmouth Econ, MIT Econ, Harvard Econ. Harvard Business School, Yale Econ, Yale Law, Columbia
Econ, Columbia Business School, NYU Stern, U. Penn Wharton School, Univ. of Maryland Econ,
Federal Trade Commission, Univ. of Delaware Econ, Duke Econ, Univ. of Virginia Econ, Carnegie
Mellon Heinz School, Northwestern Econ, Northwestern Kellogg GSM, Chicago Econ, Chicago GSB,
Purdue Econ, Univ. of Michigan Business School, Washington Univ. St. Louis Olin School, Iowa State
Econ, Univ. of Rochester Business School, Cornell Econ, Univ. of Texas at Austin, Univ. of Arizona,
Stanford GSB, Univ. of California at Berkeley Haas School, UCLA Econ, Univ. of Toronto Econ
(Canada), Univ. of British Columbia (Canada), Queens University (Canada), Univ. of Munich
(Germany), Univ. of Linz (Austria), London School of Economics (England), Office of Fair Trading
(England), Oxford University (England), Cambridge University (England), Edinburgh University
(Scotland), Stirling University (Scotland), European University Institute (Italy), IDEI Toulouse (France)

**Conferences (Presenter or Discussant):**

Boston University healthcare I.O. conference: 1995, 1999, 2004
Stanford Strategy Conference: 1996, 1997 (organizer), 1999, 2000
Harvard Business School Strategy Conference: 1999, 2004
Economic Policy Conference: 2002 spring and fall, 2003 fall, 2004 fall
American Economics Assn. Meetings: 2001, 2002, 2004, 2005
IO NBER Summer Institute: 1998, 2001 (organizer and presenter), 2003
IO NBER Winter Meetings: 1995, 1996, 2000, 2004
NBER e-commerce group conferences: 2000, 2001
NBER conference on non-profits: 2002
NBER conference on IO of healthcare: 1998
NBER conference on innovation policy: 2005
IDEI (Toulouse) e-commerce conference: 2001, 2003 (co-author presented), 2005
Univ. of British Columbia IO conference: 2004
WZB Institute Behavioral IO conference, Berlin, Germany: 2005
CEPR Applied IO conference: 2006

**Appendix A**

## Fiona M. Scott Morton

UCL Behavioral IO conference, England: 2006
NBER conference on intellectual property: 2006

**Referee for:**

*Review of Economic Studies, Quarterly Journal of Economics, The RAND Journal of Economics, The Journal of Industrial Economics, Journal of Economics & Management Strategy, Journal of Health Economics, Review of Industrial Organization, International Journal of Industrial Organization, American Economic Review,* National Science Foundation, *Journal of Law and Economics, Journal of Political Economy, Journal of Law, Economics, and Organization, Marketing Science, Management Science, Strategic Management Journal, Review of Economics and Statistics, Journal of Econometrics, European Economic Review, Berkeley Electronic Journals, The American Journal of Managed Care, Contemporary Economic Policy*

**Government Testimony:**

FTC hearings, Possible Anticompetitive Efforts to Restrict Competition on the Internet, Auto Panel, October 2002

**Media (major only):**

*New York Times,* April 24, 2003: G:8: col. 3
*Business Week,* May 13, 2002: 3782: p. 32
CNN TV News, January 2002
*New York Times,* December 6, 2001: C:2: col 1
*Wall Street Journal,* January 6, 1999: B1

**Personal:**

Date of Birth: 20 Feb 1967     Sex: Female     Citizenship: USA
Marital status:   Married to Stephen R. Latham;  three children

Updated: 1-Nov-2006

**Appendix B**

## List of Documents Considered by Fiona Scott Morton

**Case Materials**

Amended Class Action Complaint, <u>In re: Neurontin Marketing, Sales Practices and Products Liability Litigation</u>, MDL Docket No. 1629, Master File No. 04-10981, 2/1/2005.

Second Amended Class Action Complaint, <u>In re: Neurontin Marketing, Sales Practices and Products Liability Litigation</u>, MDL Docket No. 1629, Master File No. 04-10981, 6/30/2006.

Relator's Opposition to Defendants' Motion for Summary Judgment, <u>United States of America ex rel. David Franklin v. Parke-Davis and Pfizer, Inc.</u>, Civil Action No. 96-11651-PBS, 5/21/2003.

Amended Complaint, <u>Clark, et al. v. Pfizer Inc. and Warner-Lambert Company LLC</u>, No. 01819, 10/26/2004.

Defendants' Objections and Answers to Plaintiffs' First Set of Interrogatories, <u>Clark, et al. v. Pfizer Inc. and Warner-Lambert Company LLC</u>, No. 01819, 5/27/2005.

Deposition of James Parker, Jr.,5/20/2002

Deposition of John Boris, 9/16/2002

Deposition of John M. Knoop, 9/25/2002

Deposition of Kylene Huler, 11/1/2006

Deposition of Vithal Dhaduk, 11/12/2006

Deposition of Gerald Smith, 10/9/2006

Deposition of Lorraine Mary Kopa, 1/10/2006

Deposition of Saira A. Jan, 11/2/2006

Deposition of Meredith B. Rosenthal (with exhibits), 10/24/2006 and 10/25/2006

Affidavit of David Franklin, Ph.D., 5/19/2003

Affidavit of C. Seth Landefeld, M.D. and Michael Steiman, M.D., 5/19/2003

Declaration of Meredith B. Rosenthal, 8/8/2005

Declaration of Meredith Rosenthal, 8/31/2005

Declaration of Raymond S. Hartman, 8/8/2005

## Academic Articles

Arrow, K. (1963), "Uncertainty and the Welfare Economics of Medical Care," *The American Economic Review*, Vol. 53, pp. 941-973.

Auld, M.C. and P. Grootendorst (2004), "An Empirical Analysis of Milk Addiction," *Journal of Health Economics,* Vol. 23, pp. 1117-1133.

Avorn, J., M. Chen, and R. Hartley (1982), "Scientific Versus Commercial Sources of Influence on the Prescribing Behavior of Physicians," *American Journal of Medicine*, Vol. 73, No. 1, pp. 4-8.

Azoulay, Pierre (2002), "Do Pharmaceutical Sales Respond to Scientific Evidence?" *Journal of Economics and Management Strategy*, Vol. 11, No. 4, pp. 551-594.

Berndt, E.R. (2001), "The U.S. Pharmaceutical Industry:  Why Major Growth in Times of Cost Containment?" *Health Affairs*, Vol. 20, No. 2, pp. 100-114.

Berndt, E.R., L. Bui, D. Reiley, and G. Urban (1995), "Information, Marketing and Pricing in the U.S. Anti-Ulcer Drug Market," *American Economic Review*, Vol. 85, No. 2, pp. 100-105.

Berndt, E.R. (Fall 2002), "Pharmaceuticals in U.S. Health Care: Determinants of Quantity and Price," *Journal of Economic Perspectives,* Vol. 16, No. 4, pp. 45-66.

Berndt, E.R., R.S. Pindyck, and P. Azoulay (2003), "Consumption Externalities and Diffusion in Pharmaceutical Markets: Antiulcer Drugs," *Journal of Industrial Economics*, Vol. LI, No. 2, pp. 243-270.

Bond, R. and D. Lean (1977), "Sales, Promotion, and Product Differentiation in the Prescription Drug Markets," in Staff Report to the FTC, pp. 169-194, US Government, Washington DC.

Bowman, M. and D. Pearle (1988), "Changes in Drug Prescribing Patterns Related to Commercial Company Funding of Continuing Medical Education," *Journal of Continuing Education in the Health Professions*, Vol. 8, pp. 13-20.

Brown III, H.S., J.A. Pagán, and E. Bastida (2005), "The Impact of Diabetes on Employment: Generic IVs in a Bivariate Probit," *Heath Economics*, Vol. 14, pp. 537-544.

Caves, R.E., M.D. Whinston, and M.A. Hurwitz (1991), "Patent Expiration, Entry, and Competition in the U.S. Pharmaceutical Industry:  An Exploratory Analysis," Brookings Papers on Economic Activity, pp. 1-66.

2

Cawley, J., D.C. Grabowski, and R.A. Hirth (2006), "Factor Substitution in Nursing Homes," *Journal of Health Economics*, Vol. 25, pp. 234-247.

Chatterji, P. (2006), "Illicit Drug Use and Educational Attainment," *Health Economics*, Vol. 15, pp. 489-511.

Chintagunta, P.K. and R. Desiraju (2005), "Strategic Pricing and Detailing Behavior in International Markets," *Marketing Science*, Vol. 24, No. 1, pp. 67-80.

Chren, M. and C. Landefeld (1994), "Physicians' Behavior and Their Interactions with Drug Companies: A Controlled Study of Physicians Who Requested Additions to a Hospital Drug Formulary," *The Journal of the American Medical Association*, Vol. 271, pp. 684-689.

Clayton, E. (2004), "'Tis Always the Season for Giving," CALPIRG Report, pp. 1-9.

Cochran, W.G. (1965), "The Planning of Observational Studies of Human Populations," *Journal of the Royal Statistical Society*, Ser. A(128), pp. 234-255.

Congressional Budget Office (1998), How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry.

Cutler, D.M., A.M. Epstein, R.G. Frank, R.S. Hartman, C. King, J.P. Newhouse, M.B. Rosenthal, and E.R. Vigdor (2000), "How Good a Deal Was the Tobacco Settlement? Assessing Payments to Massachusetts," *Journal of Risk and Uncertainty*, Vol. 21, Nos. 2-3, pp. 235-261.

Cutler, D.M., J. Gruber, R.S. Harman, M.E. Landrum, J.P. Newhouse, and M.B. Rosenthal (2001), "The Economic Impacts of the Tobacco Settlement," *Journal of Policy Analysis and Management*, Vol. 21, No. 1, pp. 1-19.

DeSarbo, W.S., A.M. Degeratu, M.J. Ahearne, and M. K. Saxton (2002), "Disaggregate Market Share Response Models," *International Journal of Research in Marketing*, Vol. 19, pp. 253-266.

Donohue, J.M., E.R. Berndt, M.B. Rosenthal, A.M. Epstein, and R.G. Frank (2004), "Effects of Pharmaceutical Promotion on Adherence to Guideline Treatment of Depression," *Medical Care*, Vol. 42, No. 12, pp. 1176-1185.

Dusheiko, M., H. Gravelle, and R. Jacobs (2004), "The Effect of Practice Budgets on Patient Waiting Times: Allowing for Selection Bias," *Health Economics*, Vol. 13, pp. 941-958.

Ellison, S.F., I. Cockburn, Z. Griliches, and J. Hausman (1997), "Characteristics of Demand for Pharmaceutical Products: An Examination of Four Cephalosporins," *Rand Journal of Economics*, Vol. 28, No. 3, pp. 426-446.

3

Ettner, S.L. (1996), "New Evidence on the Relationship Between Income and Health," *Journal of Health Economics*, Vol. 15, pp. 67-85.

Ettner, S.L. and R.C. Hermann (2001), "The Role of Profit Status Under Imperfect Information: Evidence From the Treatment Patterns of Elderly Medicare Beneficiaries Hospitalized for Psychiatric Diagnoses," *Journal of Health Economics*, Vol. 20, pp. 23-49.

Fox, M. (2003), "Medical Student Indebtedness and the Propensity to Enter Academic Medicine," *Health Economics*, Vol. 12, pp. 101-112.

Frank, R.G. and D.S. Salkever (1992), "Pricing, Patent Loss and the Market for Pharmaceuticals," *Southern Economic Journal*, Vol. 59, No. 2, pp. 165-179.

Frank, R.G. and M.B. Rosenthal (2001), "Plan Choice, Risk Bearing and Experience Rating:  Explaining the Demand for Risk Adjustment," *Inquiry*, Vol. 38, No. 3, pp. 290-298.

Frank, R.G. and D.S. Salkever (1997), "Generic Entry and the Pricing of Pharmaceuticals," *Journal of Economics and Management Strategy*, Vol. 6, pp. 75-90.

Fugh-Berman, A. (2005), "The Corporate Coauthor," *Journal of General Internal Medicine*, Vol. 20, No. 6, pp. 546-548.

Gonul, F., F. Carter, E. Petrova, and K. Srinivasan (2001), "Promotion of Prescription Drugs and Its Impact on Physicians' Choice Behavior," *Journal of Marketing*, Vol. 65, No. 3, pp. 79-90.

Gowrisankaran, G. and R.J. Town (1999), "Estimating the Quality of Care in Hospitals Using Instrumental Variables," *Journal of Health Economics*, Vol. 18, pp. 747-767.

Grabowski, D.C. and R.A. Hirth (2003), "Competitive Spillovers Across Non-Profit and For-Profit Nursing Homes," *Journal of Health Economics*, Vol. 22, pp. 1-22.

Grabowski, H.G. and J.M. Vernon (1992), "Brand Loyalty, Entry and Price Competition in Pharmaceuticals After the 1984 Drug Act," *Journal of Law and Economics*, Vol. 35, No. 2, pp. 331-350.

Grabowski, H.G. and J.M. Vernon (1996), "Longer Patents for Increased Generic Competition in the US:  The Waxman-Hatch Act After One Decade," *PharmacoEconomics*, pp. 110-123.

Grabowski, H.G. and J.M. Vernon (2000), "Effective Patent Life in Pharmaceuticals," *International Journal of Technology Management*, Vol. 19, Nos. 1-2, pp. 98-120.

Granger, C. (1969), "Investigating Causal Relations by Econometric Models and Cross-Spectral Methods," *Econometrica*, Vol. 37, No. 3, pp. 424-438.

Graves, N., D. Weinhold, and J.A. Roberts (2005), "Correcting for Bias When Estimating the Cost of Hospital-Acquired Infection: An Analysis of Lower Respiratory Tract Infections in Non-Surgical Patients," *Health Economics*, Vol. 14, pp. 755-761.

Hall, R.E. and V.A. Lazear (2000), "Reference Guide of Estimation of Economic Losses in Damages Awards," <u>Reference Manual on Scientific Evidence</u>, Second Edition, West Group, pp. 277-332.

Hodges, B. (1995), "Interactions with the Pharmaceutical Industry: Experiences and Attitudes of Psychiatry Residents, Interns and Clerks," *Canadian Medical Association Journal*, Vol. 153, No. 5, pp. 553-559.

Hurwitz, M. and R. Caves (1988), "Persuasion or Information? Promotion and the Shares of Brand Name and Generic Pharmaceuticals," *Journal of Law and Economics*, Vol. 31, pp. 299-320.

Huskamp, H.A., M.B. Rosenthal, R.G. Frank, and J.P. Newhouse (March-April 2000), "The Medicare Prescription Drug Benefit: How Will the Game Be Played?" *Health Affairs*, Vol. 19, No. 2, pp. 8-23.

Kaldor, N. (1950), "The Economic Aspects of Advertising," *Review of Economic Studies*, Vol. 18, pp. 1-27.

King III, C. (2000), "Marketing, Product Differentiation and Competition in the Market for Antiulcer Drugs," Harvard Business School Working Paper No. 01-014, Boston, MA.

Kucukarslan, Suzan (1996), "In Search of an Understanding of Pharmaceutical Prices," *Research in Pharmaceutical Economics*, Vol. 7, No. 1, pp. 73-88.

Leffler, K. (1981), "Persuasion or Information? The Economics of Prescription Drug Advertising," *Journal of Law and Economics*, Vol. 24, pp. 45-74.

Manchanda, P., P.E. Rossi, and P.K. Chintagunta (2004), "Response Modeling with Nonrandom Marketing-Mix Variables," *Journal of Marketing Research*, Vol. XLI, pp. 467-478.

McNamee, P. (2004), "A Comparison of the Grade of Membership Measure with Alternative Health Indicators in Explaining Costs for Older People," *Health Economics*, Vol. 13, pp. 379-395.

Meer, J., D.L. Miller, and H.S. Rosen (2003), "Exploring the Health-Wealth Nexus," *Journal of Health Economics*, Vol. 22, pp. 713-730.

Mello, M., M.B. Rosenthal, and P.J. Neumann (2003), "Direct-to-Consumer Advertising and Shared Liability for Pharmaceutical Manufacturers," *JAMA*, Vol. 289, No. 4, pp. 477-481.

Mizik, N. and R. Jacobson (2004), "Are Physicians 'Easy Marks'? Quantifying the Effects of Detailing and Sampling on New Prescriptions," *Management Science*, Vol. 50, No. 12, pp. 1704-1715.

Mullahy, J. and P.R. Portney (1990), "Air Pollution, Cigarette Smoking, and the Production of Respiratory Health," *Journal of Health Economics*, Vol. 9, pp. 193-205.

Narayanan, S., P. Manchanda, and P.K. Chintagunta (2005), "Temporal Differences in the Role of Marketing Communication in New Product Categories," *Journal of Marketing Research*, Vol. XLII, pp. 278-290.

Narayanan, S., R. Desiraju, and P.K. Chintagunta (2004), "Return on Investment Implications for Pharmaceutical Promotional Expenditures: The Role of Marketing-Mix Interactions," *Journal of Marketing*, Vol. 68, pp. 90-105.

Norton, E.C., R.C. Lindrooth, and S.T. Ennett (1998), "Controlling for the Endogeneity of Peer Substance use on Adolescent Alcohol and Tobacco Use," *Health Economics*, Vol. 7, pp. 439-453.

Peay, M.Y. and E.R. Peay (1988), "The Role of Commercial Sources in the Adoption of a New Drug," *Social Science & Medicine*, Vol. 26, pp. 1183-1189.

Richard, O. and L. Van Horn (2004), "Persistence in Prescriptions of Branded Drugs," *International Journal of Industrial Organization*, Vol. 22, pp. 523-540.

Rizzo, J. (1999), "Advertising and Competition in the Ethical Pharmaceutical Industry: The Case of Antihypertensive Drugs," *Journal of Law and Economics*, Vol. 42, No. 1, pp. 89-116.

Rosenbaum, P.R. (1984), "From Association to Causation in Observational Studies: The Role of Tests of Strongly Ignorable Treatment Assignment," *Journal of the American Statistical Association*, Vol. 79, No. 385, pp. 41-48.

Rosenthal, M.B. (1999), "Risk Sharing and Delegation in Managed Behavioral Health Care," *Health Affairs*, Vol. 18, No. 5, pp. 204-213.

Rosenthal, M.B. (2000), "Risk Sharing and the Supply of Mental Health Services," *Journal of Health Economics*, Vol. 19, No. 6, pp. 1047-1065.

Rosenthal, M.B. (2004), "Doughnut-hole Economics," *Health Affairs*, Vol. 23, No. 6, pp. 129-135.

Rosenthal, M.B. (2004), "Commentary on The economics of direct-to-consumer advertising of prescription-only drugs: prescribed to improve consumer welfare?" *Journal of Health Services Research and Policy*, Vol. 9, No. 1, pp. 39-42.

Rosenthal, M.B. and A. Milstein (2004), "Awakening Consumer Stewardship of Health Benefits: Prevalence and Differentiation of New Health Plan Models," *Health Services Research*, Vol. 39, No. 4, pp. 1055-1070.

Rosenthal, M.B. and J.M. Donohue (2005), "Direct-to-Consumer Advertising of Prescription Drugs: A Policy Dilemma," in Ethics, Public Policy, and the Pharmaceutical Industry in the 21st Century, ed. M. Santoro, Cambridge University Press, pp. 169-183.

Rosenthal, M.B. and J.P. Newhouse (2002), "Managed Care and Efficient Rationing," *Journal of Health Care Finance*, Vol. 28, No. 4, pp. 1-10.

Rosenthal, M.B. and N.B. Daniels (2006), "Beyond Competition: the Normative Implications of Consumer-Driven Health Plans," *Journal of Health Politics, Policy, and Law*, Vol. 31, No. 3, pp. 671-686.

Rosenthal, M.B. and R.G. Frank (2006), "What is the Empirical Basis for Quality-based Incentives in Health Care?" *Medical Care Research and Review*, Vol. 63, No. 2, pp. 135-157.

Rosenthal, M.B., B.E. Landon, and H.A. Huskamp (2001), "Managed Care and the Role of Physician Organizations in Four Markets," *Health Affairs*, Vol. 20, No. 5, pp. 187-193.

Rosenthal, M.B., C. Hsuan, and A. Milstein (2005), "A Report Card on the Freshman Class of Consumer-directed Health Plans," *Health Affairs*, Vol. 24, No. 6, pp. 1592-1600.

Rosenthal, M.B., E.R. Berndt, J.M. Donohue, A.M. Epstein, and R.G. Frank (June 2003), "Demand Effects of Recent Changes in Prescription Drug Promotion," in Frontiers in Health Policy Research, Vol. 6, David M. Cutler and Alan M. Garber, editors, MIT Press, pp. 1-26.

Rosenthal, M.B., E.R. Berndt, R.G. Frank, J.M. Donohue, and A.M. Epstein (February 2002), "Promotion of Prescription Drugs to Consumers," *New England Journal of Medicine*, Vol. 346, No. 7, pp. 498-505.

Rosenthal, M.B., J.P. Newhouse, and A.M. Zaslavsky (2005), "The Geographic Distribution of Physicians Revisited," *Health Services Research*, Vol. 40, No. 6, Part I, pp. 1931-1952.

Rosenthal, M.B., R. Fernandopulle, H.R. Song, and B.E. Landon (2004), "Paying for Quality: Providers' Incentives for Quality Improvement," *Health Affairs*, Vol. 23, No. 2, pp. 127-141.

Rosenthal, M.B., R.D. Gerarty, R.G. Frank, and H.A. Huskamp (1999), "Psychiatric Provider Practice Management Companies: Adding Value to Behavioral Health?" *Psychiatric Services*, Vol. 50, No. 8, pp. 1011-1013.

Rosenthal, M.B., R.G. Frank, J.L. Buchanan, and A.M. Epstein (2001), "Scale and Structure of Capitated Physician Organizations in California," *Health Affairs*, Vol. 20, No. 4, pp. 109-119.

Rosenthal, M.B., R.G. Frank, J.L. Buchanan, and A.M. Epstein (2002), "Transmission of Financial Incentives to Physicians by Intermediary Organizations in California," *Health Affairs*, Vol. 21, No. 4, pp. 197-205.

Rosenthal, M.B., R.G. Frank, Z. Li, and A.M. Epstein (2005), "Early Experience with Pay-for-Performance: From Concept to Practice," *JAMA*, Vol. 294, No. 14, pp. 1788-1793.

Rosenthal, M.B., S. Minden, R. Manderscheid, and S. Henderson (2005), "A Typology of Organizational and Contractual Arrangements for Purchasing and Delivery of Behavioral Health Care," in Administration and Policy in Mental Health, pp. 461-469. Published Online.

Rozek, Richard P. and Ruth Berkowitz (1999), "The Costs to the U.S. Health Care System of Extending Marketing Exclusivity for Taxol," *Journal of Research in Pharmaceutical Economics*, Vol. 9, No. 4, pp. 21-41.

Rubin, D.B. (1974), "Estimating Causal Effects of Treatments in Randomized and Non-Randomized Studies," *Journal of Educational Psychology*, Vol. 66, pp. 688-701.

Rubinfeld, D. (1985), "Econometrics in the Courtroom," *Columbia Law Review*, Vol. 85, No. 5, pp. 1048-1097.

Rubinfeld, D.L. (2000), "Reference Guide on Multiple Regression," in Reference Manual on Scientific Evidence, Second Edition, West Group, pp. 179-227.

Sandberg, W., et al. (1997), "The Effect of Educational Gifts from Pharmaceutical Firms on Medical Students' Recall of Company Names and Products," *Academic Medicine*, Vol. 72, pp. 916-918.

Scherer, F.M. (1993), "Pricing, Profits, and Technological Progress in the Pharmaceutical Industry," *Journal of Economic Perspectives*, Vol. 7, No. 3, pp. 97-115.

Scherer, F.M. (2000), "The Pharmaceutical Industry," in Handbook of Health Economics, eds. A.J. Culyer and J.P. Newhouse, pp. 1297-1336.

Shankar, V., G.S. Carpenter, and L. Krishnamurthi (1998), "Late Mover Advantage: How Innovative Late Entrants Outsell Pioneers," *Journal of Marketing Research*, Vol. IIIV, pp. 54-70.

Stigler, G. (1961), "The Economics of Information," *Journal of Political Economy*, Vol. 71, pp. 213-225.

Suh, D.-C., S.W. Schondelmeyer, W.G. Manning, Jr., R.S. Hadsall, and J.A. Nyman (1998), "Price Trends Before and After Patent Expiration in the Pharmaceutical Industry," *Journal of Research in Pharmaceutical Economics*, Vol. 9, No. 2, pp. 17-32.

Suh, D.-C., W.G. Manning, Jr., S. Schondelmeyer, and R.S. Hadsall (2000), "Effect of Multiple-Source Entry on Price Competition After Patent Expiration in the Pharmaceutical Industry," *Health Services Research*, Vol. 35, No. 2, pp. 529-547.

Vera-Hernández, A.M. (1999), "Duplicate Coverage and Demand for Health Care. The Case of Catalonia," *Health Economics*, Vol. 8, pp. 579-598.

Wazana, A. (2000), "Physicians and the Pharmaceutical Industry," *The Journal of the American Medical Association,* Vol. 283, pp. 373-380.

Windmeijer, F., E. de Laat, R. Douven, and E. Mot (2006), "Pharmaceutical Promotion and GP Prescription Behavior," *Health Economics*, Vol. 15, pp. 5-18.

Zell, E.R., L.F. McCaig, B.A. Kupronis, R.E. Besser, and A. Schuchat (2000), "A Comparison of the National Disease and Therapeutic Index and the National Ambulatory Medical Care Survey to Evaluate Antibiotic Usage," *American Statistical Association*, pp. 840-845. Available: http://www.amstat.org/sections/srms/Proceedings/papers/2000_143.pdf

Ziegler, M., P. Lew, and B. Singer (1995), "The Accuracy of Drug Information from Pharmaceutical Sales Representatives," *The Journal of the American Medical Association*, Vol. 273, pp. 1296-1298.


## Books

Cohen, J. et al. (2003), Applied Multiple Regression: Correlation Analysis for the Behavioral Sciences, 3rd edition, Lawrence Erlbaum Associates, Mahwah, NJ.

Greene, W.H. (1997), Econometric Analysis, 3rd edition, Prentice-Hall, Inc, Upper Saddle River, NJ.

Kennedy, P. (1992), A Guide to Econometrics, 3rd edition, MIT Press, Cambridge, MA.

Wooldridge, J.M. (2002), Econometric Analysis of Cross Section and Panel Data, MIT Press, Cambridge, MA.


**Other**

NDCHealth (2005), "NDCHealth Top 200 Drugs for 2004 by U.S. Sales."

PR Newswire (1/24/ 2001), "Pfizer Announces Fourth Quarter Net Income Growth of 20 Percent to $1,756 Million."

IMS Health (2006), National Disease and Therapeutic Index$^{TM}$, Drug, Volume 1, 1Q 2006, IMS Health Inc., Plymouth Meeting, PA.

Code of Federal Regulations, 21 CFR 202.1.

American Medical News (6/10/2002), "Pharmaceutical Marketing to Physicians:  Free Gifts Carry a High Price."

Federal Register (10/3/1996), Vol. 61, No. 193.

Kaiser Family Foundation (2004), "Prescription Drug Trends — Update," available at http://www.kff.org/rxdrugs/3057-03.cfm.


**Bates Numbered Documents**

0008597-608

V034985-88

V036779

V037080

V040153-56

V040172-75

V042136-46

V042352-63

V043613-34

V046843-55

V047116-29

V053848-77

V057205

V057553-85

V057651-92

V082736-61

V084073-78

V086787-92

V089881-95

V090268

V090599-691

V090836-77

V091389

W003095-109

WL07520-47

X005384-86

X028920-24

X028957-62

X028965-69

X028970-75

X029017-25

X029226

X029227