# EXHIBIT 22

# EXPERT REPORT OF DR. SAMUEL POTOLICCHIO

## Background

I am a professor of Neurology at George Washington University and Director of the Epilepsy Unit and Sleep Disorders Center at the George Washington University Hospital. I have been in academic Neurology since 1980, first at Georgetown University, and since 1995, at George Washington University. My clinical and research interests are specifically related to the subspecialty areas of epilepsy and sleep medicine. I am a graduate of the University of Geneva Medical School in Switzerland. My training in Neurology was at Yale University and I have subspecialty training in EEG, epilepsy and sleep medicine. Over the past three decades I have been directly involved in the care of patients with epilepsy and sleep disorders. I have conducted a number of clinical drug trials related to epilepsy and restless legs syndrome. Attached to this report is my curriculum vita for review. Given my clinical experience and expertise, I have been asked to review pertinent literature related to the use of gabapentin in the treatment of partial and secondarily generalized epilepsy, both as adjunctive and monotherapy, as well as render an opinion on the use of gabapentin in the treatment of restless legs syndrome.

## Off-Label Use of Pharmaceuticals

This report addresses the off-label use of gabapentin. Before addressing the subject in detail, I think a few comments concerning physicians and their approach to the off-label use of drugs will be helpful. Physicians develop their expertise in off-label use of medications through the thorough evaluation of the literature, both peer-reviewed, as well as anecdotal; through continuing medical education at specialty conferences attended throughout the year; through their own clinical experience, and through the sharing of information among colleagues. In my experience information furnished by pharmaceutical companies is not the basis from which the clinician decides to use a drug off label.

## Gabapentin and Epilepsy

There are numerous clinical situations in which off-label use of drugs can occur, most often in medical conditions which are difficult to treat in general, and most often in medical conditions treated with various categories of drugs considered to be clinically successful. Several examples include drugs used for the treatment of depression, migraine headaches, pain syndromes, epilepsy, and sleep disorders. Depression can be treated with numerous categories of antidepressant drugs, but also anticonvulsants such as carbamazepine, lamotrigine, valproic acid, and gabapentin. Migraine headaches are treated with vascular-related drugs such as beta-blockers and calcium-channel blockers, antidepressants, and anticonvulsants, such as topiramate, valproic acid, and gabapentin. Pain syndromes do respond to anticonvulsant drugs and help prevent addiction to narcotics. Gabapentin is a key player in the treatment of nerve-related pain such as

1

post-herpetic neuralgia, trigeminal neuralgia, and diabetic neuropathy. Epilepsy can be very difficult to treat, particularly the partial epilepsies. Thirty percent of the epileptic population is uncontrolled with medication, which forces the physician to seek out any drug that could help, as long as it causes no harm. Sleep disorders, particularly insomnia and the restless legs syndrome, are paramount examples for off-label use of drugs. I use gabapentin frequently to treat epilepsy and the restless legs syndrome and I teach my residents to do the same.

Gabapentin, an amino acid, was pharmaceutically tailored as a structural analog to the inhibitory amino-acid neurotransmitter gamma-amino-butyric acid (GABA) naturally found in the brain. Unlike GABA, gabapentin can penetrate the blood-brain barrier and therefore it can exert an effect on the central nervous system when delivered in pill form. Gabapentin has significant anticonvulsant properties in many well recognized animal models for epilepsy, including pentylenetetrazol, strychnine, picrotoxin, bicuculline and electrical kindling. In humans, gabapentin has been shown to be a safe and effective add-on therapy for the treatment of partial seizures with and with out secondary generalization in studies carried out in the early 90's in the United Kingdom (UK Gabapentin Study Group) and in the United States (US Gabapentin Study Group). (See references). Marketing approval for the adjunctive use of gabapentin in partial seizures with or without secondary generalization has been received worldwide, including the United States. Gabapentin has an excellent safety profile. In a review of thousands of patient records, except for transient, dose-related somnolence, gabapentin is well tolerated by patients as adjunctive antiepileptic therapy. For this reason, gabapentin was well received by physicians for the treatment of epilepsy in the early nineties.

Since gabapentin is nearly 100 % eliminated by the kidneys in unchanged form and active metabolites are not found in plasma and urine, the drug is ideal as an add-on medication because drug-drug interactions are rare and interaction with drugs metabolized by the liver is not a concern. With such a pristine biochemical profile gabapentin was widely used for the treatment of epilepsy in the mid-nineties, not only for its indication for adjunctive therapy in partial seizures with and without secondary generalization, but also in patients with drug-refractory epilepsy in whom side effects from other well-recognized antiepileptic drugs prevailed. At that point physicians sought out the use of gabapentin in the treatment of epilepsy as monotherapy. The first double-blind trial of gabapentin monotherapy for newly diagnosed partial seizures was published in 1998 (Chadwick et al.). The study was designed to assess patients with newly diagnosed partial epilepsy who were drug-naïve with relatively low doses of gabapentin, up to 1800 mg daily. This study showed that patients tolerated the doses of gabapentin well, even better than patients exposed to carbamazepine, but the efficacy of the drug in control of partial seizures in monotherapy was not conclusive. Other studies, however, do show gabapentin to be effective in control of partial seizures (Bergey et al., Neurology 49: 739-745, 1997;Beydoun et al., Epilepsia 39(2):188-193, 1998; Heilbroner and Devinsky, J. Epilepsy 10: 220-224, 1997).

Gabapentin is regularly used in patients with partial seizures as monotherapy. Off label use of gabapentin for the treatment of patients with partial seizures is an effective therapeutic modality primarily because of the excellent side effect profile of the drug and the basic understanding among neurologists that partial seizures are the most difficult to control seizures in the general population.

In addition to the studies cited, there are anecdotal data suggesting that certain epileptics with partial epilepsy can be controlled with gabapentin in monotherapy. In the study published by Heilbroner and Devinsky certain patients do respond to gabapentin in monotherapy for partial seizures though this study did not satisfy the stringent requirements of the FDA given the retrospective design and limited number of patients.

Gabapentin remains an effective anticonvulsant medication with an excellent side effect profile. The drug will continue to be used as an anticonvulsant because of its superb side-effect profile, recognized by most neurologists. Even though gabapentin may appear not to control partial seizures in patients with drug-refractory epilepsy it does remain an excellent adjunctive, and in certain situations, an appropriate drug for use in patients with side effects to other anticonvulsant drugs, or complaints of drug-drug interactions, the latter most often seen in the elderly population.

## Gabapentin and Restless Legs Syndrome

Another neurological clinical situation in which gabapentin has been regularly used is the restless legs syndrome. Restless legs syndrome (RLS) is a movement disorder documented to affect 5-10% of the general population. RLS is a sensorimotor disorder defined by an uncontrollable urge to move the legs and arms, usually associated with sensory symptoms of tingling or severe discomfort of the limbs. The symptoms of RLS often are most prevalent at night before sleep and a primary cause of sleep-onset insomnia or maintenance insomnia. Patients with RLS also experience motor symptoms. These include rhythmic movements of the legs called periodic leg movements during wakefulness, usually prior to initiation of sleep, as well as periodic leg movements which continue during sleep. These movements are repetitive and highly stereotyped and involve extension of the great toe, flexion of the ankle and knee, and sometimes of the hip. RLS is now treated with dopaminergic drugs such as levadopa, Requip, Mirapex and other anti-Parkinsonian drugs. Other drugs used in the treatment of RLS include benzodiazepines, anticonvulsants including gabapentin, phenytoin and carbamazepine, and opiates. Given the drug-refractory nature of the disorder, quite similar to epilepsy, many of these drugs have been used off label with successful outcome. With gabapentin's excellent side effect profile there is no hesitation among physicians to use gabapentin to control the restless legs/periodic leg movement disorder.

In a double-blind, cross-over study of gabapentin in the control of restless legs syndrome in 2002 (see reference from Garcia-Borreguero) gabapentin showed a reduction in periodic leg movements and symptoms of restless legs, as compared to placebo. With the use of polysomnography, a quantitative reduction in periodic leg movements was seen as compared to placebo. In addition, treatment with gabapentin resulted in an improvement of the main sleep outcomes. These outcomes included improved total sleep time, sleep efficiency, and overall total slow wave sleep. This study showed that higher doses of gabapentin were necessary to achieve favorable outcomes. In this study gabapentin was not associated with the common side effects of augmentation (worsening of the the sensory symptoms of leg discomfort during the day) with gabapentin as compared to the dopaminergic drugs such as levadopa, Requip, and Mirapex. Gabapentin is still considered an important drug treatment for restless legs syndrome. Additional

3

studies support the use of gabapentin in the treatment of restless legs syndrome ( Hening et al., Mellick et al.).

    A list of the studies and abstracts reviewed for this report is attached. My billing rate for the generation of this report is $500/hour.

December 8, 2006

Dr. Samuel J. Potolicchio
Professor of Neurology
Director, Epilepsy Unit and Sleep Disorders Center
George Washington University Hospital

# CURRICULUM VITAE

Samuel J. Potolicchio, Jr., M.D.
5214 Albermarle Street
Bethesda, MD 20816
301-229-6071 Home
202-741-2715 Work

**DATE OF BIRTH:** March 7, 1945
**SOCIAL SECURITY:**
**CURRENT TITLE:** Professor of Neurology
The George Washington University Medical Center
Director of Clinical Neurophysiology
George Washington University Hospital

## EDUCATION

| Years | Degree | Institution |
|---|---|---|
| 1964-1968 | BSEE | Polytechnic Institute, New York, NY |
| 1968-1974 | MD | University of Geneva Medical School, Geneva, Switzerland |

**Internship**
1975-1976    Rutgers Medical School Affiliated Hospitals, New Brunswick, New Jersey, Medical Intern

**Residency**
1977-1980    Yale University School of Medicine, Connecticut, Neurology Resident and Post-Doctoral Fellow

**Fellowship**
1976-1977 (EEG)    Geneva Catonal Hospital, Geneva, Switzerland, EEG Research Assistant

1980 (EEG)    Montreal Neurological Institute, Montreal, Quebec, EEG Research Fellow

## BOARD CERTIFICATION

| | |
|---|---|
| 05-83 | Electroencephalography (American Board Qualification in EEG) |
| 10-84 | Neurology (American Board of Psychiatry and Neurology) |
| 04-87 | Sleep Medicine (ASDC) |

## FACULTY APPOINTMENTS
The George Washington University Medical Center, Washington, DC
1995-Present          Professor of Neurology

Georgetown University Medical Center, Washington, DC
1986-1995             Associate Professor of Neurology
1980-1986             Assistant Professor of Neurology
1985-1995             Faculty Lecturer in Neurobiology

## PROFESSIONAL EXPERIENCE
| | |
|---|---|
| 2001-2003 | Co-Chair, Institute of Medicine Committee on Health Effects from Exposure to Pesticides and Solvents in the Gulf War |
| 1999-2001 | Member, Institute of Medicine Committee on Health Effects of Sarin, Pyridostigmine, Vaccines and Depleted Uranium in the Gulf War |
| 1996-Present | Northeaster Regional Co-Chair, Accreditation Committee, American Sleep Disorders Association |
| 1996-Present | Sleep Medicine Committee Member, American Academy of Neurology |
| 1995-Present | Sleep Section Member, Society for Clinical Neurophysiology |
| 1995-Present | Education Subcommittee, Sleep Disorder Research Advisory Board, National Institutes of Health |
| 1995-Present | Director, The George Washington University Medical Center, Neurological Institute, Clinical Neurophysiology |
| 1995-Present | Co-Director, The George Washington University Medical Center, Neurological Institute, Epilepsy Center |
| 1995-Present | Director, The George Washington University Medical Center, Neurological Institute, Sleep Center |
| 1995-Present | Member, Sleep Section, Society for Clinical Neurophysiology |
| 1995-Present | Member, Sleep Section, Academy of Neurology |
| 1988-1994 | Associate Editor *(Neurology Journal of American Family Physician)* |
| 1986-1995 | Senior Examiner, American Board of Psychiatry and Neurology |
| 1986-1994 | Chairman, Professional Advisory Board, Epilepsy Foundation of the Washington Metropolitan Area |
| 1985-1991 | Member, The American Board of Registration of Electroencephalographic Technologist, Inc. |
| 1985-1990 | Chairman, Practice Committee, American EEG Sleep Disorders Centers |
| 1983-1995 | Director, Georgetown University Sleep Disorders Center |
| 1980-1995 | Director, EEG Laboratory, Georgetown University Hospital |
| 1980-1995 | Director, Clinic for Convulsive Disorders, Georgetown University Hospital |

## HONOR SOCIETIES
American Society for Cybernetics
American Medical Association
1985-Present          Associate of Sleep Disorders Centers
1985-Present          Clinical Sleep Society
1985-Present          American EEG Society

2

| | |
|---|---|
| 1979-Present | New York Academy of Sciences |
| 1978-Present | American Academy of Neurology |
| 1973-Present | Society of Neuroscience |
| 1973-Present | American Association for the Advancement of Science |
| 1968-Present | Institute of Electrical and Electronic Engineers |
| 1968-Present | Eta Kappa Nu (honorary society of electrical engineers) |

## ADMINISTRATIVE DUTIES

| | |
|---|---|
| 1995-Present | Faculty Appointments Committee |
| 1995-Present | Faculty Senate |
| 1995-Present | Psychiatry Search Committee, Department Chair |
| 1995-Present | Chairman, Appointment Promotions and Tenure Committee, Neurology |
| 1993-1995 | Georgetown University Sleep Advisory Board |
| 1991-1994 | Library Committee |
| 1991-1994 | Georgetown University Faculty Senate |
| 1990-1995 | Patient Care Information System Steering Committee |
| 1988-1995 | Integrated Academic Information Management System Steering |
| 1988-1995 | Neurology Preceptor for Ambulatory Care Medicine |

## PUBLICATIONS
Published 26 Journals
3 Book Chapters
36 Abstracts

## GRANTS

| | |
|---|---|
| 2003-Present | Restless Legs Syndrome Trial (Mirapex), 248.543 Boehringer Ingelhrim Pharmaceutical $30,000 |
| 2000-2002 | Provigil Clinical Trial in Narcolepsy, Carter-Wallace $25,000 |
| 1999-2002 | Clinical Neurophysiological Studies in Veterans with Gulf War Illness, Department of Veterans Affairs $200,000 |
| 1997-Present | Hypoclossal Nerve Stimulation in Sleep Apnea Patients, Cyberonics, Inc. $50,000 |
| 1996-Present | Lamictal Protocol SCAA4001 (GlaxoWellcome) $50,000 |
| 1996-Present | Lamictal Protocol 105-133 (GlaxoWellcome) $30,000 |
| 1995-Present | Tigabine Study, McNeil Pharmaceutical<br>Role: Principal Investigator |
| 1994-1995 | Vigabatrin Study #101, Merrill-Dow Company<br>Initial Funding: $100,000<br>Role: Principal Investigator |

3

| | |
|---|---|
| 1992-1993 | Project NIH for Regional Cerebral Glucose Metabolism and Blood Flow in Sleep Apnea Syndrome<br>Initial Funding: $10,000<br>Role: Principal Investigator |
| 1992-Present | Project NIH for Regional Cerebral Glucose Metabolism and Blood Flow in Sleep Apnea Syndrome<br>Initial Funding: $10,000<br>Role: Principal Investigator |
| 1992-Present | Topiramate Study Extension, McNeil Pharmaceutical Company<br>Initial Funding: $10,000<br>Role: Principal Investigator |
| 1989-1992 | Topiramate Study in Uncontrolled Epileptics, McNeil Pharmaceutical Company<br>Initial Funding: $35,000<br>Role: Principal Investigator |
| 1986-1987 | U.S. Army Natick Research to Study Effects of Hypoxia on Memory in Sleep Apnea Patients<br>Initial Funding: $13,500<br>Role: Principal Investigator |
| 1986-1987 | STORZ Instrument Company Grant to Develop an Importable Sensor/Stimulator Device to Treat Sleep Apnea Patients<br>Initial Funding: $40,000<br>Role: Principal Investigator |
| 1985-Present | Flory Trust for Study of Aphasia<br>Initial Funding: $13,000<br>Role: Principal Investigator |
| 1984-1986 | Private Industry Council Training Grant for Electrodiagnostic Technologists<br>Initial Funding: $70,000<br>Role: Principal Investigator |
| Pending | Vagus Nerve Stimulation Study for Uncontrolled Epilepsy, Cyberonics Company<br>Role: Principal Investigator |

4

**PEER REVIEWED JOURNALS**

1. Bernston GG, Potolicchio SJ Jr, Miller NE: Evidence for higher functions of the cerebellum: eating and grooming elicited by cerebellar stimulation in cats. *Proc Nat AcadSci USA*, 70:2497-2499, 1973.

2. Matakas F, V. Waechter R, Knuplin R, Potolicchio SJ Jr: Increase in cerebral perfusion pressure by arterial hypertension in brain swelling. A mathematical model of the volume-pressure relationship. *J Neurosurg*, 42:282-289, 1975.

3. Cuypers J, Matakas F, Potolicchio SJ Jr: Increase in cerebral perfusion pressure by arterial hypertension in brain swelling. A mathematical model of the volume-pressure relationship. *J Neurosurg*, 45:473, 1977.

4. Chernigovskaya NV, Zukerman A. Potolicchio SJ Jr: Directed human alpha rhythm using feedback. (Russian), *Zhurnal Vyasshei nervnio Deiatelnosti Imeni IP Pavlova*, 18 3:548-556, 1978.

5. Potolicchio SJ Jr, Zukerman AS, Chernigovskaya NV: Feedback control of human alpha rhythm from the central areas. *Biofeedback and Self-Regulation*, 4(3):211-219, 1979.

6. Beuamanior A, Nahoury A, Potolicchio SJ Jr: Indication for EEG telemetry and simultaneous video-monitoring in the study of higher cognitive functions in the epileptic child. *Fre Rev EEG Neurophysiol*, 12:315-318, 1982.

7. Kattach JC, Potolicchio SJ Jr, Kotz HL, Kolsky MP: Ictal cortical blindness and nystagmus secondary to cisplatinum therapy. *Pro Neuro-opth*, pp. 75-81.

8. Kwentus J, Katytah J, Koppicar M. Potolicchio SJ Jr: Complicated migraine and cerebral angiography: A report of an unusual adverse reaction. *Headache*, 25:240-245, 1985.

9. Harnik E, Hoy G, Potolicchio SJ Jr, Steward D, Siegelman R: Spinal anesthesia in premature infants recovering from respiratory distress syndrome. *Anesthes*, 64:95-99, 1986.

10. Richert JR, Potolicchio SJ Jr, Garagusi VF, Manz HJ, Coahan SL, Hartman DP, Johnson RT: Cytomegalovirus encephalitis associated with episodic neurological deficits and OKT-8+pleocytosis. *Neurol*, 37(1):149-152, 1987.

11. Kattach JC, Potolicchio SJ Jr, Kotz HL, Kolsky MP, Thomas D: Cortical blindness and occipital lobe seizures induced by cisplatinum. *Neuro-Opth*, 7(2):99-104, 1987.

12. Waldhorn R, Herrick T, Nguyen M., O'Donnell A, Sodero J, Potolicchio SJ Jr: Long-term compliance with nasal continuous positive airway pressure therapy of obstructive sleep apnea. *Chest*, 97:33-38, 1990.

13. Potolicchio SJ Jr: Computerized polysomnographic analysis systems: CNS sleep systems. *J Clin Neurophys*, 7:145-146, 1990.

14. Potolicchio SJ: Practice parameters for the use of laser-assisted uvulopalatoplasty. *Sleep*, 17(8):744-778, 1994.

15. Standards of Practice Committee; Potolicchio SJ: Practice parameters for use of polysomnography in the evaluation of insomnia. *Sleep*, 18(1):55-57, 1995

16. Standards of Practice Committee; Potolicchio SJ: Practice parameters for the use of actigraphy in the clinical assessment of sleep. *Sleep*, 18(4):285-287, 1995.

17. Standards of Practice Committee; Potolicchio SJ: Parameters for the treatment of snoring and obstructive sleep apnea with oral appliances. *Sleep*, 18(5):55-57, 1995.

18. Successful temporal lobectomy in patients with complex partial seizures and extratemporal lesions, Abstract. *American Association of Neurological Surgeons*.

19. Excitatory and inhibitory amino acid neurotransmitter concentrations and receptor binding in hippocampus and temporal lobe are altered in patients with intractable epilepsy, Abstract. *American Association of Neurological Surgeons*.

20. Moussavian M, Potolicchio S, Jones R: The 14-3-3 brain protein and transmissible spongiform encephalopathy. *New England Journal of Medicine*, 336(12):873-874, 1997. Correspondence.

21. Locatelli ER, Varghese JP, Shuaib H, Potolicchio SJ: Cardial asystole and bradycardia as a manifestation of left temporal lobe complex partial seizure. *Annals of Internal Medicine*, 130:581-583, 1999.

22. Ales G, Lossing J, Potolicchio SJ: Drop attacks in the elderly: clinical case histories. *Abbott Publications*, Nov. 2000.

23. Mercader, MA, Varchese JP, Potolicchio SJ, Venkatraman OK, Lee SK: New insights into the mechanism of neurally mediated syncare. *Heart*, 88:217-221, 2002

24. Philbeck JW, Behmann M, Levy L, Potolicchio SJ, Caputy AJ: Path integration deficits during linear locomotion after human medical temporal lobectomy. *J of Cog Neuroscience*, (in press)

25. Mercader MA, Klein M, Potolicchio SJ, Vargnese JP: Percutaneous ablation of an epileptic focus: A non-surgical approach to cure epileptic seizures. *Neurology* (in press).

26. Levine PH, Richardson PK, Zolfaghari L, Cleary SD, Potolicchio SJ, Geist CE, Young HA, Simmens S, Schessel D, Williams K, Mahan CM, Kang HK: Clinical evaluation of Gulf War veterans with a possible deployment-related neurological syndrome and Gulf War era controls. *Neurology* (in press).

## ABSTRACTS

1. Potolicchio SJ Jr, Cervoc-Navarro J, Adhami H, Stoltenburg G: Quantitative approach to uremic polyneuropathy. In VIIth International Congress of Neuropathology Proceedings, St. Kourney, St. Tariska, Gosztonyi G (eds), *Excerpta Medica*, Amsterdam, pp. 249-256, 1975.

2. Deom A, Potolicchio SJ Jr, Beaumanoir A: Sodium di-n- propylacetate 4 (Depakene): effective serum levels and drug interactions with other anticonvulsants. *Electroenceph Clin Neurophysiol*, 43:472, 1977.

3. Potolicchio SJ Jr, Gut AM, Beaumanoir A: Alertness in epileptics: pharmacological and psychometric study. *Electroenceph Clin Neurophysiol*, 43:541, 1977.

4. Beaumanoir A, Potolicchio SJ, Nahory A: The importance of telemetric recording in the study of neuropsychological function in epileptics. *Electroenceph Clin Neurophysiol*, 43:541, 1977.

5. Potolicchio SJ Jr, Hu E, Miles R, Kahn B, Waldhorn R: Effect of chronic nasal CPAP therapy on slow wave sleep in patients with obstructive sleep apnea. *Sleep Res*, 18:287, 1989.

6. Potolicchio SJ Jr: Neurologist post-operative complications following open-heart surgery. Presented at the American Psychological Association Symposium, Open-Heart Surgery. *Clinical and Research Prospective*, New York, September 1979.

7. Potolicchio SJ Jr: Somatosensory evoked responses in subcortical and cortical lesions. The Second International Evoke Potential Symposium, Cleveland, Ohio, October 18-20, 1982.

8. Potolicchio SJ Jr: Somatosensory responses in stroke. 55th Scientific Sessions of the American Heart Association, Dallas, Texas, November 15-18, 1982.

9. Potolicchio SJ Jr: Short-latency somatosensory evoke potential dementia. 108th Annual Meeting of the American Neurological Association, New Orleans, Louisiana, October 2-5, 1983.

10. Potolicchio SJ Jr: The effects of halothane concentration and hypotension on short-latency somatosensory evoked potentials during Harrington Rod procedure. Annual Meetings of the American Academy of Neurology, Boston, Massachusetts, April 1984.

11. Kattach JC, Potolicchio, SJ Jr, Kotz HL, Kolsky MP: Lictal cortical blindness a nystagmus secondary to cisplatinum therapy. Fifth Meeting International Neuro-Ophthalmology Society and Seventh Congress of Neurogenetics and Neuro-Ophthalmology, Antwerp, Belgium, May 14-18, 1984.

12. Harnik EV, Potolicchio SJ Jr, Steward DR, Hoy GR, Macnamara TE: Spinal anesthesia for inguinal hernia repair in the premature infant. Third Annual Meeting of the European Society of Regional Anesthesia, Vienna, Austria, September 12-15, 1984.

13. Dubois M, Lynch J, Goldberg J, Siegelman R, Potolicchio SJ Jr: Prudential nerve evoked responses during extensive pelvic surgery: an assessment of sexual function. International Symposium on Somatosensory Evoked Potentials, Kansas City, Kansas, September 22, 1985.

14. Potolicchio SJ Jr: Prognostic value of serial SEPs and BAEPs in cerebral anoxia. 110th Annual Meeting of the American Neurological Association, Chicago, Illinois, October 3, 1985.

15. Harnik E, Potolicchio SJ Jr, Langoh J: The effect of anesthesia techniques on sensory evoked potential monitoring during Harrington Rod procedure. *Pediatric Anesthesia*, November 1985.

16. Dicicco B, Waldhorn R, Potolicchio SJ Jr, Taveira DA, Sliva A: Nasal continuous positive airway pressure for the treatment of obstructive sleep apnea after unsuccessful uvulopalotopharyngoplasty. Meeting of the American College of Chest Physicians, November 1985.

17. Potolicchio SJ Jr: Laboratory procedures in the diagnosis of sleep disorders. Presented at the Annual Meetings of AAAS in symposium entitled "Snoring and Sleepiness: New Observations on Old Problems", Philadelphia, Pennsylvania, May 25, 1986.

18. Potolicchio SJ Jr, Crutchfield K, Lombeida J: EEG maturational changes and the infant sleep apnea syndrome. Presented at the Annual Meeting of American EEG Society, Seattle, Washington, November 1986.

19. Waldhorn RE, Herrick TW, Nguyen NC, O'Donnell AE, Sodero J, Potolicchio SJ Jr: Long-term compliance with nasal continuous positive airway pressure (CPAP) therapy of obstructive sleep apnea (OSA). Presented at the American Thoracic Society Meetings, May 1988.

20. Potolicchio SJ, Farley J, Chattergee C: Intensive EEG and video-monitoring in chronic epileptics with mental retardation. Presented at the 112th Annual Meeting of the American Academy of Neurology, April 1988.

21. Potolicchio SJ Jr, Hu EH, Kay G: Effects of hypoxia on neuropsychological tests in patients with obstructive sleep apnea. Presented at the 49th Annual Meeting of the American Academy of Neurology, April 1988.

22. Potolicchio SJ Jr, Hu EH, Farley J, Chattergee C: Anticonvulsant drug withdrawal in chronic epileptics with mental retardation. Presented at the 40th Annual Meeting of the American Academy of Neurology, April 1988.

23. Potolicchio SJ Jr, Kay G, Miles R: Minnesota multiphasic personality inventory (MMP) profiles in patients with psychogenic seizures. Presented at the American Academy of Neurology Annual Meeting, Chicago, Illinois, May 1989.

24. Potolicchio SJ Jr, Miles R: Intractable epilepsy and gray matter heterotopias. Presented at the American Academy of Neurology Annual Meeting, Chicago, Illinois, May 1989.

25. Potolicchio SJ Jr, et al: Effect of chronic nasal CPAP therapy on slow wave sleep in patients with obstructive sleep apnea. Presented at the Association of Professional Sleep Societies Meeting, Washington, DC, June 1989.

26. Potolicchio SJ Jr, Kay G, Starbuck V, Caputy A: Simultaneous EEG topographical mapping and neuropsychometric testing in temporal lobe epilepsy. Presented at the 42nd Annual Meeting of American Neurology, Miami, Florida, May 4, 1990.

27. Potolicchio SJ Jr, Calderon ET, Richert J: Periodic limb movements of sleep and chronic fatigue in multiple sclerosis: correlation between diagnosis and treatment. Presented at the 43rd Annual Meeting of the American Academy of Neurology, Boston, Massachusetts, 1991.

28. Potolicchio SJ Jr, Kay G, Miles R: Minnesota multiphasic personality inventory (MMPC): profiles in patients with psychogenic seizures, Annual Meeting of the American Academy of Neurology, 1991.

29. Kerasidis H, Starbuck T, Kay GG, Potolicchio SJ Jr: Cognitive event related potentials in temporal lobe epileptics. Presented at the 44th Annual Meeting of the American Academy of Neurology, San Diego, California, 1992.

30. Starbuck VN, Bleiberg J, Potolicchio SJ, Kay GG: Dexedrine mediated enhancement of the P300 recovery from brain injury. Presented at the Seventh World Congress of the International Rehabilitation Medicine Association, Washington, DC, 1994.

31. Levy Lm, Starbuck VN, Kay GG, Lin CS, Kattach J, Martuza R, Potolicchio SJ, Makariou I, Schellinger D: Functional MRI memory: activation patterns with encoding and recognition in normal and impaired memory. Presented at the 95th Annual Meeting of the American Roentgen Ray Society, Washington, DC, April 30-May, 1995.

32. Bejjani G, Potolicchio SJ, Caputy A: Successful temporary lobectomy in patients with complex partial seizures and extra temporal lesions. American Association of Neurological Surgeons Annual Meeting, 4:12-17, 1997.

33. Bejjani G, Potolicchio SJ, Caputy A: Surgical anatomy of the mesiobasal temporal region: pre and post-choroidal segments. American Association of Neurological Surgeons Annual Meeting, 4:12-17, 1997.

34. Gonzalez G, Potolicchio SJ, Caputy AJ: Excitatory and inhibitory amino acid neurotransmitter concentrations and receptor binding in hippocampus and temporal lobe are altered in patients with intractable epilepsy. American Association of Neurological Surgeons Annual Meeting, Philadelphia, Pennsylvania, 1998.

35. Singh S, Potolicchio SJ, Caputy A: Factors influencing surgical outcome in patients with bitemporal epileptiform pattern. American Academy of Neurology Meetings, May 2000.
36. Henken R, Potolicchio SJ: Resetting CNS syncarony: a mechanism for inhibition of human seizures. FASEB meetings, February 2001.
37. Ales G, Potolicchio SJ: Sleep apnea and epilepsy. American Neurological Association Meetings, October 2001.
38. Burakgazi E, Potolicchio SJ, Richardson PK, Jones R, Caputy A: The correlation of histopathology to electrocorticographic patterns and post-operative outcome in temporal lobe epilepsy. *Annals of Neurology*, 54(7):855

**PUBLICATIONS IN PREPARATION**
1. Potolicchio S, Caputy A: Electrophysiological and biochemical mapping in epilepsy surgery, ongoing research project.
2. Potolicchio SJ Jr, Kay G, Miles R: Minnesota multiphasic personality inventory (MMPI): profiles in patients with psychogenic seizures.
3. Potolicchio SJ Jr, Kay G, Hu E, Waldhorn R: Effects of nocturnal hypoxia on memory in obstructive sleep apnea.
4. Potolicchio SJ Jr, Miller S: Periodic EEG changes in obstructive sleep apnea: correlations with clinical outcome after UPP surgery.
5. Potolicchio SJ Jr: Sleepless nights. *Fam Phys* (in press).
6. Potolicchio SJ Jr: Pediatric and adult neurological disorders and sleep related disturbances. *Integrate Psych*.

**MONOGRAPHS**
1. Potolicchio SJ Jr, Hylton J. Broering N, O'Doherty D: Enhancing investigation in neurology with a patient information system. Symposium on Computer Applications in Medical Care, November 1988.
2. Potolicchio SJ Jr: The sleep patient. *AAFP Home Study Assessments*, p. 132, May 1990.
3. Potolicchio SJ Jr: The insomnia patient. *AAFP Home Study Assessments*, p. 136, September 1990.
4. Kay GG, Starbuck VN, Heritage LA, Anderson D, Yegh R. Potolicchio SJ: The role of sleep apnea induced hypoxia on cognitive performance. Technical report submitted on Contract No. AAK60-89-M-2718, U.S. Army, Natick Research, Development and Engineering Center, Natick, Massachusetts, 1990.

5. Potolicchio SJ: Cognitive problems associated with excessive daytime sleepiness. National Commission of Sleep Disorders Medicine, 1990.

6. Potolicchio SJ: Polysomnography: standard polysomnography and daytime multiple latency testing. *American Academy of Neurology*, 44(4), May 1, 1994.

7. Potolicchio SJ: Obstructive sleep apnea syndrome and its management. *American Academy of Neurology*, 44(4), May 17, 1994.

## COMMUNITY AND PUBLIC SERVICES

| | |
|---|---|
| 1976-1977 | Coordinator, Center of Epilepsy, Geneva, Switzerland |
| 1980-1995 | Epileptologist, Great Oaks Center, Maryland |
| 1985-Present | Member, Board of the Epilepsy Foundation of Washington-Metropolitan Area |

# Reliance List of
# Dr. Samuel Potolicchio

1.  Bergey, GK., et al.. Gabapentin Monotherapy: An 8-Day, Double-Blind, Dose-Controlled, Multicenter Study in Hospitalized Patients with Refractory Complex Partial or Secondarily Generalized Seizures. *Neurology* 1997;49:739-745.

2.  Bergey, GK., et al.. MultiCenter, Double-Blind Study of Gabapentin (GBP; Neurontin®) Monotherapy in Hospitalized Patients with Refractory Epilepsy. *Epilepsia* 1995;36 (Suppl.4):68.

3.  Beydoun, A., et al.. Conversion to High Dose Gabapentin Monotherapy in Patients with Medically Refractory Partial Epilepsy. *Epilepsia* 1998;39(2):188-193.

4.  Beydoun, A., et al. Gabapentin Monotherapy: A 28-Week, Double-Blind, Dose-Controlled, Multicenter Study of Conversion from Polytherapy. *Neurology* 1997;49(Sep):746-752.

5.  Bourgeois, B., et al. Gabapentin (Neurontin) Monotherapy in Children with Benign Childhood Epilepsy with Centrotemporal Spikes (Bects): A 36-Week, Double-Blind, Placebo-Controlled Study. *Epilepsia* 1998;39(Suppl.6):163.

6.  Brodie, MJ., et al. Gabapentin Versus Lamotrigine Monotherapy: A Double-Blind Comparison. *Epilepsia* 2000;41(Suppl. Florence):138-139.

7.  Browne, TR. A Safety & Efficacy Study of Extended Open-Label Gabapentin Monotherapy Following a Double-Blind Study in Patients with Partial or Secondarily. *Toxline* 1995;138943.

8.  Chadwick, DW., et al. A Double-Blind Trial of Gabapentin Monotherapy for Newly Diagnosed Partial Seizures. *Neurology* 1998;51(Nov):1282-1288.

9.  Cochran, JW. and Williams LB. Restless Leg Syndrome. *JAMA* 1996;275(17 Jan):187.

10. Ehrenberg, BL., et al. Double-Blind Trial of Gabapentin for Periodic Limb Movements Disorder of Sleep: Preliminary Results. *Neurology* 1998;50(Apr)(Suppl.4):A276.

11. Serra, FP. Gabapentin Long-term Monotherapy in Refractory Partial Complex Epilepsy and Other Non-Epileptic Conditions. *Epilepsia* 1997;38 (Suppl.3):142.

12. Garafalo, EA., et al. An Open-Label Extension Study of Gabapentin (GBP); Neurontin®) Monotherapy in Patients with Medically Refractory Partial Seizures. *Epilepsia* 1995;36(Suppl.4):68.

13. Garcia-Borreguero, D., et al. Treatment of Restless Legs Syndrome With Gabapentin: A Double-Blind, Cross-Over Study. *Neurology* 2002;59(10)(26 Nov):1573-1579.

14. Happe, S., et al. Gabapentin vs. Ropinirole in the Treatment of Restless Legs Syndrome. *Mov Disord* 2002;17 (Suppl.5):S45-S46.

15. Heilbroner, PL. and Devinsky, O. Monotherapy with Gabapentin for Partial Epilepsy: A Review of 30 Cases. *J. Epilepsy* 1997;10:220-224.

16. Mellick, GA., et al. Successful Treatment of Restless Leg Syndrome With Gabapentin (Neurontin). *Neurology* 1995;45(Apr)(Suppl.4):A285-A286.

17. Partecke, et al. Gabapentin Attenuates Restless Leg Syndrome (RLS) and Pain Which Correlates With Amplitude of Sensory-Evoked Potential (SSEP; N-100) Following Rapid Opiate Detoxification (ROD). *Anesth Analg* 2002;94(2)(Feb)(Suppl.):Abstr S-244.

18. Thorp, ML., et al.. A Crossover Study of Gabapentin in Treatment of Restless Legs Syndrome Among Hemodialysis Patients. *Am J Kidney Dis* 2001;38(1)(Jul):104-108.

19. Trudeau, VL., et al. Gabapentin (GBP); Neurontin®) Monotherapy Compared With Carbamazepine (CBZ) Monotherapy and Combination GBP Plus CBZ (GBP/CBZ) Therapy in Patients with Medically Refractory Partial Seizures: A 3-Way Cross-Over Trial. *Epilepsia* 1995;36(Suppl.4):68.