# EXHIBIT 23

### *REPORT OF ALAN M. RAPOPORT, M.D.*

December 1, 2006

**Background**

I am a board certified neurologist, just transitioning from running a major headache center in Stamford, Connecticut, which I founded 27 years ago, to working in a headache center in Santa Monica, California.

I was born in Brooklyn, New York and attended public schools till I went to Dartmouth College where I majored in Zoology and graduated with a BA in 1962. After working at The New York Times for 6 months, I attended the State University of New York's Downstate Medical Center where I received my MD degree in 1966. I did my medical internship at Maimonides Medical Center in Brooklyn from 1966 to 1967 and my Neurology Residency and Chief Residency at The Mount Sinai Medical Center in New York from 1967-1970.

I then served two years in active duty in the armed services where I was a Surgeon in the Public Health Service stationed at The National Institutes of Health in Bethesda, Maryland doing medical neurology research in Neuromuscular Disease from 1970-1972.

In 1972 I went into private practice in neurology in Stamford and Greenwich, Connecticut which I did for 34 years. I spent 10 years as Director of Neurology at the Greenwich Hospital in Greenwich, Connecticut. In 1979 I started The New England Center for Headache in Greenwich, Connecticut along with Dr. Fred Sheftell.

For 27 years I concentrated on diagnosing and treating headache patients of all types. I taught physicians from all over the world how to treat headache patients. I set up an inpatient headache unit at Greenwich Hospital which operated for 12 years. It was one of only 3 dedicated headache units in the country.

I have co-authored and co-edited 8 books for doctors and patients on headache and been involved in writing over 200 articles and posters on headache, most of them for publication in peer reviewed journals and presentation at international meetings.

I am an editor of several peer reviewed journals and I have presented at scientific meetings around the world and the United States on several hundred occasions. I have been a director of The American Headache Society. I am the Educational Director of the International Headache Society, the immediate past President of the Fairfield County Neurology Society and the Founding President of the Headache Cooperative of New England, which is in its 17th year as the major headache teaching program for physicians and the public in the Northeast United States.

I was an Assistant Professor of Neurology at Yale University School of Medicine in New Haven, Connecticut for about 25 years and for the last 6 years have been a Clinical

Professor of Neurology at Columbia University College of Physicians and Surgeons in New York, where I taught medical students and residents about headache. I resigned 2 weeks ago to become a Clinical Professor of Neurology at the David Geffen School of Medicine of UCLA in Los Angeles, as I will be moving to California next year. I will be teaching medical students, interns, residents and fellows about headache, as I did at Columbia.

On October 1, 2006 I turned The New England Center for Headache over to my two partners as I will be moving to California. I will be seeing patients at The California Medical Clinic for Headache in Santa Monica, California beginning January, 2007. My education and professional experience is further detailed in my attached CV.

**Use of Gabapentin for Treatment of Migraine**

I have been asked to review the literature and employ my own experience and knowledge to evaluate whether gabapentin (Neurontin) is effective, tolerable and safe for migraine treatment and whether or not it is appropriate for physicians to prescribe it for migraine prevention.

I have reviewed several published studies on gabapentin (Neurontin) including one that I am second author on and helped to design (The Mathew Paper). These papers show the value of gabapentin as a daily preventive medication for migraine. Patients on this medication have fewer migraine attacks, fewer days of severe headache, more pain free days, less use of rescue medication and better quality of life than patients on placebo.

In the Mathew paper, 145 patients were treated at 7 headache centers. The primary efficacy variable was reduction in migraine attack rate and it was markedly improved in the patients on gabapentin versus placebo in a double-blind, controlled, trial with a statistically significant difference between treatment groups at the $p=0.006$ level. The responder rate (percentage of patients achieving at least a 50% reduction in headache rate) was 46% for those on active drug and only 16% for placebo, which was significant at the $p<.01$ level.

Other papers and abstracts, some open studies and some randomized and controlled and even cross over studies, also show a good response with limited adverse events to gabapentin. One randomized, placebo-controlled study on Chronic Daily Headache, a very severe type of headache with many days of migraine and other headaches each month, showed the tremendous value of gabapentin in this most difficult to treat set of patients.

In my own treatment of headache patients who need daily preventive medications for migraine, for a variety of reasons (such as frequency of attacks, degree of disability, lack of response to acute care medications, etc), I use off label medications more often than FDA approved medications for migraine. It is common to use off label medication in my field of expertise as a neurologist and headache specialist as so few medications are FDA approved. In deciding which medication to use for a patient, physicians use a variety of

2

sources as well as their personal experience and the word of trusted colleagues. We often depend on the literature, reviewing well documented and less well documented case reports, anecdotal reports, word of mouth, randomized trials, open trials, double blind controlled randomized trials, controlled cross-over trials and information gleaned from text books, symposia, supplements to journals and courses we have taken.

A significant reason that we have to look beyond what is approved by the FDA is that only 4 medications approved by the FDA are available for migraine prevention. Two are beta blockers and there are many adverse events and contraindications to the use of beta blockers. More importantly, most of my new patients have already been tried on between one and three beta blockers, one or more of which are not approved by the FDA, and could either not tolerate the adverse events or did not improve.

There are also 2 anticonvulsants approved by the FDA for migraine prevention. Divalproex sodium is an effective drug which has to be given cautiously to women of child bearing potential as it can cause spinal cord defects if a woman becomes pregnant on the drug. It can also cause significant weight gain, endocrine problems, hair loss and tremor, so most women will not want to take it and it is difficult to prescribe. The fourth drug is topiramate, which is effective but can cause cognitive and psychological problems, paresthesias, weight loss, kidney stones and glaucoma amongst other side effects and is not for every patient.

That leaves many other antiepileptics, such as gabapentin and zonisamide, calcium channel blockers, antidepressants, vitamins, minerals and herbs, botulinum toxin-A, angiotensin receptor blockers and others which I use frequently off label.

When a physician has to decide on which preventive medication to use on a patient, he or she must take a careful history of what has been tried, whether it worked or not and if there were any adverse events. Also comorbid illnesses may dictate what could be very helpful or what should not be used. If those on label medications have been tried and either did not work or caused too many side effects, then an off label drug should be tried. Even if the on label drugs have not all been tried, there may be good reasons to try an off label drug. Comorbid illness often dictates what we should use. For instance, if I have a patient with diabetes and hypertension who had a kidney stone and who is thinking of getting pregnant, I would not give her a beta blocker for her hypertension (as it should not be given in diabetes) or divalproex sodium for her migraine (it should not be used if there is a chance of pregnancy), or topiramate (as it can cause kidney stones) and would probably opt for an angiotensin receptor blocker which will lower her blood pressure, may help her migraine and probably would be no problem if she became pregnant.

When gabapentin (Neurontin) became available, I tried it in many patients as it had fewer adverse events than the only approved antiepileptic divalproex sodium and less chance of a serious problem if a patient becomes pregnant compared with divalproex. I noticed that it helped close to half of the patients I put on it, and the rare patient who had to stop it did so because of drowsiness or weight gain, but never a more serious problem. Many patients tolerated the minor adverse events if it worked well. Later when topiramate

became available, I used that off label even more than gabapentin as it seemed to work a bit better in some patients. I will still use gabapentin in my difficult cluster and migraine patients who have failed other medications as it can work well with limited adverse events.

In summary, it is my opinion that off label use of gabapentin (Neurontin) for migraine prevention is appropriate, effective, tolerable and safe for use by physicians and qualified nurses.

I am being compensated for my time at $800 per hour. A list of the materials I reviewed prior to preparing this report is attached.


_____
Alan M. Rapoport, M.D.
Clinical Professor of Neurology
The David Geffen School of Medicine at UCLA
Los Angeles, California

Founding Director
The New England Center for Headache
Stamford, Connecticut

4