EXHIBIT 34

# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005<br>——<br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br>——<br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br>——<br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br><br>212 450 4732 | MESSETURM<br>60308 FRANKFURT AM MAIN<br>——<br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br>——<br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br>——<br>3A CHATER ROAD<br>HONG KONG |

November 2, 2006

Re: **In re Neurontin Marketing & Sales Practices Litigation, MDL No. 1629**

Eric S. Pavlack, Esq.
Cohn & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204

Dear Eric:

I am writing regarding plaintiffs' failure to produce all relevant medical records regarding Mr. Smith's treatment with Neurontin. As you know, yesterday plaintiffs provided us with additional correspondence reflecting Mr. Smith's treatment by Dr. Huler, his Neurontin prescribing physician. Defendants also observed that Dr. Huler's medical file contains numerous other records, including prescription records and contemporaneous handwritten notes, regarding Mr. Smith's treatment with Neurontin.

Plaintiffs' failure to produce these records is, to say the least, problematic. Defendants did not have these records at the time of Mr. Smith's deposition on October 9, 2006, and defendants prepared for and conducted Dr. Huler's deposition without the benefit of advance review of these records.

As you are aware, the Sales and Marketing Scheduling and Discovery Order No. 4 that Magistrate Judge Sorokin issued on August 14, 2006 and that was entered on August 25, 2006 ordered plaintiffs to produce "either all of their medical records for the period beginning one year prior to his or her first Neurontin prescription and ending one year after the date of his or her last Neurontin prescription, or a medical release authorizing Defendants to obtain the same." On August 31, 2006, we repeated our request for these materials. On September 14, 2006, plaintiffs represented that Mr. Smith's production regarding Dr. Huler's treatment of Mr. Smith was complete, and presumably on that basis, Mr. Smith did not provide defendants with a medical release from Mr. Smith so that defendants could obtain records directly from Dr. Huler.

Eric S. Pavlack, Esq.                    2                    November 2, 2006

We appreciate your commitment yesterday to provide us with all of Dr. Huler's medical records immediately, and we expect to receive these records without delay. However, in light of Mr. Smith's failure to produce these records, and in order to evaluate defendants' proper course of action, defendants also request that you advise us of all the specific steps that were taken to collect Mr. Smith's medical records. In this regard, we note that, according to Dr. Huler, the materials in question were included in her files at the time that plaintiffs' counsel met with her and reviewed those files in 2005. Finally, please also note that defendants continue to reserve all their rights regarding any action related to plaintiffs' failure to produce all of Mr. Smith's medical records.

Very truly yours,

Carter Burwell

cc:     Ronald J. Aranoff, Esq. (via facsimile)

By Facsimile

# DAVIS POLK & WARDWELL

| Fax Transmittal | Sender | Sender E-mail Address |
|---|---|---|
| **450 Lexington Avenue**<br>**New York, New York 10017**<br>**(212) 450-4000** | **Carter Burwell** | **carter.burwell@dpw.com** |

| | Date | Number of Pages (this page included) |
|---|---|---|
| | **November 2, 2006** | **3** |

| | Sender Voice Number | If problems receiving this fax, call |
|---|---|---|
| | **212 450 4732** | **212 450 5277** |

| | Sender Fax Number | Reference |
|---|---|---|
| | **212 450 3732** | |

| To | Fax Number | Company | Recipient Phone Number |
|---|---|---|---|
| **Eric Pavlack** | **317-636-2593** | **Cohen & Malad** | **317-636-6481** |
| **Ronald Aranoff** | **212-779-3218** | **Bernstein Liebhard** | **212-779-1414** |

Message:

To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Confidentiality Note:** This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.

**Confirmation Report**

```
                              Page        : 001
                              Date & Time: Nov-02-06  08:50pm
                              Line 1      : 2124505046
                              Line 2      :
                              E-mail      : flowport@dpw.com
                              Machine ID  : room 2714
```

| Nbr. | Job | Date | Time | Duration | pgs | To | Dept.nbr | Account | Comm. code | Status |
|------|-----|------|------|----------|-----|-----|----------|---------|------------|--------|
| 119 | 231 | Nov-02 | 08:50pm | 00/53 | 003 | 16590014912127793218 | | | EC 613 | OK |

Confirmation Report

```
Page        : 001
Date & Time: Nov-02-06  08:49pm
Line 1      : 2124505046
Line 2      :
E-mail      : flowport@dpw.com
Machine ID  : room 2714
```

| Nbr. | Job | Date | Time | Duration | pgs | To | Dept.nbr | Account | Comm. code | Status |
|------|-----|------|------|----------|-----|-----|----------|---------|------------|--------|
| 118 | 230 | Nov-02 | 08:48pm | 00/41 | 003 | 16590014913176362593 | | | EC 612 | OK |