# EXHIBIT 25-33

**FILED UNDER SEAL**