# EXHIBIT 37-48

**FILED UNDER SEAL**