# EXHIBIT 60

Case 1:04-cv-10981-PBS    Document 586-58    Filed 12/22/2006    Page 1 of 3

pennsylvania    PA STATE AGENCIES    ONLINE SE

# Requirements for Prior Authorization of Oral Anticonvulsants

MEDICAL ASSISTANCE HANDBOOK
PRIOR AUTHORIZATION OF PHARMACEUTICAL SERVICES

**I. Requirements for Prior Authorization of Oral Anticonvulsants**

A. Prescriptions That Require Prior Authorization

Prescriptions for Oral Anticonvulsants that meet any of the following conditions must be prior authorized:

1. A prescription for a non-preferred Oral Anticonvulsant. See Preferred Drug List (PDL) Attachment 1 in the PDL Chapter for the list of preferred Oral Anticonvulsants.

2. A prescription for Lyrica, regardless of the quantity prescribed, or Topamax. See Quantity Limits Attachment 1 in the Quantity Limits Chapter for the list of drugs with quantity limits.

GRANDFATHER PROVISION: The Department will grandfather prescriptions for Felbatol for those recipients currently being prescribed Felbatol. The PROMISe Point-Of-Sale On-Line Claims Adjudication System will verify if the recipient has a record of a prescription for Felbatol within 90 days from the date of service of the new claim. If the recipient has a record of a prescription for Felbatol, a prescription or a refill for Felbatol will be automatically approved.

B. Review of Documentation for Medical Necessity

In evaluating a request for prior authorization of a prescription for a preferred or non-preferred Oral Anticonvulsant, the determination of whether the requested prescription is medically necessary will take into account the following:

1. For Lyrica, whether the recipient has one of the following:

a. A diagnosis of seizure disorders and

The recipient is taking at least one other anticonvulsant concomitantly

b. A diagnosis of postherpetic neuralgia or diabetic neuropathy and

A history of therapeutic failure of Gabapentin

2. For Topamax, whether the recipient has a history of:

a. Migraine headache and

b. Therapeutic failure of a two month trial of a beta blocker or

c. Contraindication to beta blockers for migraine prophylaxis

3. For Felbatol, whether the recipient has a history of therapeutic failure of at least four (4) preferred Oral Anticonvulsants

C. Clinical Review Process

Prior authorization personnel will review the request for prior authorization and apply the clinical guidelines in Section B. above, to assess the medical necessity of the request for a prescription for a preferred or non-preferred Oral Anticonvulsant.

If the guidelines in Section B are met, the reviewer will prior authorize the prescription. If the guidelines are not met, the prior authorization request will be referred to a physician reviewer for a medical necessity determination. Such a request for prior authorization will be approved when, in the professional judgment of the physician reviewer, the services are medically necessary to meet the medical needs of the recipient.

December 1, 2005