# EXHIBIT 61



# Provider Communication Bulletin

SPRING 2006

This bulletin informs group administrators of legal and regulatory requirements and Blue Shield of California's policy updates. You will find out how these changes affect Blue Shield plans and what action you should take.

## Announcing Our New Performance Rewards Program

In response to widespread interest expressed by capitated provider groups, we have introduced our Performance Rewards Program, a new pay-for-performance program designed to replace the current Shared Savings Program. The Performance Rewards Program is a member-focused, performance-based, utilization efficiency program designed to reward Blue Shield-contracted IPA/medical groups for managing healthcare utilization in accordance with clinically-validated standards.

All contracted IPA/medical groups who have returned an executed amendment deleting the old Shared Risk Program will be eligible to participate in the new Performance Rewards Program.

We have created two Performance Rewards Programs to customize for commercial and Medicare product lines. The Commercial Performance Rewards Program will replace the existing Commercial Shared Savings Program, evaluating provider groups on four performance criteria and metrics: Emergency Room Utilization, Outpatient Surgery Utilization at Ambulatory Surgery Centers, Inpatient Bed Days Utilization and Generic Drug Prescribing.

The Medicare Performance Rewards Program will replace only the pharmacy component of the existing Medicare Shared Savings Program, evaluating provider groups on the frequency they prescribe generic drugs.

Both the commercial and Medicare programs feature:

(1) Performance metrics aimed at enhancing efficiency without compromising clinically appropriate levels of care,

(2) Provider group-specific baseline data from which provider groups can gauge improvement during the measurement year,

(3) Periodic standardized reports to provider groups to support self-monitoring of progress toward meeting performance metrics, and

(4) Ongoing review of provider group utilization, grievance, member satisfaction and other data to ensure members' access to quality health care is in accordance with clinically-validated standards.

Each provider group's utilization in the measurement year (2006 will be the first year) will be compared to their baseline or prior year performance to determine rewards, which will be based on the cost savings generated from an improvement in utilization. The new Performance Rewards Program has been designed to make rewards more transparent and achievable by providing encouragement to manage healthcare services that provider groups can actually control.

We are looking forward to working with providers on this exciting new initiative to effectively manage healthcare utilization while providing quality healthcare services to our members.

If you have any questions or if your organization has not received documentation on the new Performance Rewards Program please contact your Blue Shield network manager.

## Newest Tools at Provider Connection Web Site Give You More Resources

A growing team of users, from providers of healthcare services and billing agents to management service organizations, have more than tripled the interaction at our Provider Connection Web site, **mylifepath.com/provider** during the past year. An expanding list of online features is making it easier than ever to access information crucial to providing and receiving reimbursement for healthcare services for Blue Shield members, other Blue Plan members or Federal Employee Program members.

Users are logging in to take advantage of easy access to benefit summaries and expanded databases that now includes other Blue Plans and Federal Employee Program members, a new online medical authorization system and more.

The benefit summary tool is one of the most popular features for IPAs and medical groups. It allows easy viewing and downloading of detailed benefit summaries on the most commonly requested inquiries.

*"We've received feedback that it's very convenient for groups to import the data directly into their own patient management systems, and format it to meet their needs,"* says Katherine Wait, our eBusiness senior manager. *"Providers used to have to call us to get this type of benefit summary."*

If you are a healthcare provider who serves **our** PPO plan members, the new online medical authorization system can save you time and effort. You can use an online form to submit requests at your convenience and receive a response online. You can also check the status of all your authorization requests, including those submitted by telephone or fax, by member, date range or case number, within one year. Access to an expanded database of members from Blue Shield, other Blue Plans and the Federal Employee Program makes it easy to check on eligibility, benefits and claims status all in one place, and using the new claims routing tool helps you quickly and easily identify where to send your BlueCard® claims.

Blue Shield plans to continue developing new tools and services to better serve your needs, and we welcome your feedback. Visit **mylifepath.com/provider** today and let us know how our online tools work for you. If you have any questions about these online services, or how to start an account at Provider Connection, please call our Web Help Desk at (877) 932-3375.

## Joint Operating Meetings to Become Regional in 2006

On November 3, 2005, we hosted a pilot Regional IPA/medical group Round Table in Orange County. The goal of the pilot was to determine the effectiveness of a joint meeting facilitated in a regional setting, versus the previous individual group Joint Operation Meetings. The pilot was very successful in providing a great communications venue for us to interact with multiple IPA/medical groups within a specific region. We received positive feedback from the participating IPA/medical groups, who appreciated both the regional forum and tactical agenda topics.

As a result of this successful pilot, we have decided to transition from our individual JOM format to Regional IPA/medical group Round Tables for all IPA/medical groups in 2006. We have selected 12 California regions where these meetings will be held:

- San Bernardino/Riverside
- Sacramento
- Los Angeles
- San Jose
- San Francisco/North bay
- Central Valley
- Central Coast/Conejo Valley
- San Diego
- East Bay
- Orange County
- Long Beach
- San Fernando Valley

Additionally, we would like to encourage you to contact your IPA/medical group's assigned Provider Relations coordinator at Blue Shield of California to provide us with items you would like to see on your region's meeting agenda.

We look forward to seeing you at these meetings in 2006!

# Pharmacy Update

## Changes to Our Drug Formulary

We are committed to covering safe and effective medications, so we continually review and update our drug formulary. Our Pharmacy and Therapeutics Committee meets four times a year to recommend changes based on the latest medical literature, consultation with physicians and information from the Food and Drug Administration. The Committee is made up of a group of practicing physicians and pharmacists from our provider network who have expertise in pharmacology and therapeutics. Here are changes made during their meeting in December 2005.

## Drugs Added to the Formulary

- Atrovent®HFA: For treatment of bronchospasm associated with COPD, chronic bronchitis, and emphysema.
- Aptivus®: For treatment of HIV-1 infected adults, who are resistant to multiple protease inhibitors, when used concurrently with ritonavir. **Prior therapy with a protease inhibitor and concurrent therapy with ritonavir required.**
- Fortical®: For treatment of post-menopausal osteoporosis. **Requires prior authorization.**

## New Edits Added to Formulary Agents

- Arimidex®: For treatment of post-menopausal women with breast cancer. **Restricted to females over 45 years of age.**
- Femara®: For treatment of post-menopausal women with breast cancer. **Restricted to females over 45 years of age.**

## Edits Removed from Formulary Agents

- Accutane®: For treatment of recalcitrant cystic acne vulgaris (nodular acne). **Removed limitation of five months therapy.**
- Diflucan®: For treatment of fungal infections. **Removed quantity limits.**

## Drugs Removed from the Formulary

If you have a Blue Shield patient who was on a drug that was removed from the formulary, they can continue to have coverage for the drug as long as you continue to prescribe it. However, higher non-formulary copayments may apply.

- Miacalcin® Nasal Spray: For treatment of post menopausal osteoporosis. Requires prior authorization.

## Drugs that Were Reviewed but Not Added to Formulary

- Ambien CR™: For treatment of insomnia. Quantity limit: 1 tablet/day. **Prior therapy with Ambien required.** Formulary alternatives: Ambien, estazolam, oxazepam, temazepam, triazolam.
- BiDil®: For adjunctive treatment of heart failure in self-identified black patients. Quantity limit: 6 tablets/day. Formulary alternatives: Isosorbide Dinitrate used with Hydralazine.
- Megace ES®: For treatment of anorexia, cachexia or unexplained significant weight loss in patients with acquired immunodeficiency syndrome (AIDS). Formulary alternative: Megestrol Acetate.
- Lyrica®: For treatment of neuropathic pain associated with diabetic peripheral neuropathy and postherpetic neuralgia. Also for the treatment of partial seizure. **Quantity limit: 3 capsules/day for 25mg, 50mg, 75mg, 100mg strengths; 2 capsules/day for 150mg strength; 1 capsule/day for 200mg, 225mg, 300mg strengths. Prior therapy with gabapentin required and restricted to maximum of 300mg/day.** Formulary alternatives for neuropathic pain: amitriptyline, carbamazepine, desipramine, doxepin, gabapentin, imipramine, Lamictal, mexiletine, nortriptyline, phenytoin, Vivactil. Formulary alternatives for partial seizure: carbamazepine, clorazepate, Depakote, gabapentin, Gabitril, Keppra, Lamictal, phenobarbital, phenytoin, primidone, Topamax, Trileptal, valproic acid, Zonegran.
- Revatio®: For treatment of pulmonary arterial hypertenstion (PAH) classified in WHO group 1 to improve exercise ability. **Requires prior authorization.**
- Rozerem®: For treatment of insomnia. **Quantity limit: 1 tablet/day. Prior therapy with Ambien required.** Formulary alternatives: Ambien, estazolam, oxazepam, temazepam, triazolam

## New Edit Added to Non-Formulary Agents

- Allegra®, Allegra-D®: For treatment of allergic rhinitis and chronic idiopathic urticaria. **Prior therapy with either nasal steroid or Astelin required.** Formulary alternatives: Flonase, Nasarel, Nasonex, Astelin.
- Clarinex®, Clarinex-D®: For treatment of allergic rhinitis and chronic idiopathic urticaria. **Prior therapy with either nasal steroid or Astelin required.** Formulary alternatives: Flonase, Nasarel, Nasonex, Astelin.
- Zyrtec®, Zyrtec-D®: For treatment of allergic rhinitis and chronic idiopathic urticaria. **Prior therapy with either nasal steroid or Astelin required.** Formulary alternatives: Flonase, Nasarel, Nasonex, Astelin.

*continued on next page*

## Pharmacy Update *continued from previous page*

You can access the most recent formulary information in the Pharmacy section of mylifepath.com or you can download the Blue Shield Drug Formulary to your handheld device at www.epocrates.com. Enhancements to the Pharmacy section of mylifepath.com include drug information, a drug interaction checker and a much broader drug database.

If you need to request a prior authorization, you can obtain prior authorization forms for the most commonly requested oral/topical drugs, and now for home self-administered injectables, on mylifepath.com. You don't have to be logged in to access the information or the forms. Simply go to mylifepath.com and click on 'Drug Formulary' then click on 'Prior Authorization Procedures'.

You can fill out the form online but you will need to print it and then fax to Pharmacy Services to the 888 number listed on the form.

## Medicare Update

### Part D Fraud, Waste and Abuse

The Medicare Prescription Drug benefit was implemented by the Centers for Medicare & Medicaid Services (CMS) on January 1, 2006 to allow all Medicare beneficiaries access to prescription drug coverage. Delmarva Foundation (Health Integrity, LLC, a wholly owned subsidiary) will be responsible for monitoring for fraud, waste or abuse in the new Medicare Prescription Drug benefit program.

Health Integrity, LLC has been authorized by CMS to monitor the new prescription drug program and to investigate any beneficiary complaints related to the Medicare prescription drug benefit.

Health Integrity, LLC is interested in receiving reports of potential fraud, waste or abuse from Medicare beneficiaries. Examples of these types of complaints may include:

- An individual or organization pretends to represent Medicare and/or Social Security and asks the beneficiary for their Medicare or Social Security number, bank account number, credit card number, money, etc.
- Someone asks the beneficiary to sell their Medicare prescription drug card
- Someone asks the beneficiary to get drugs for them using their Medicare prescription drug card
- The beneficiary feels a Medicare prescription Drug Plan has discriminated against them, including not letting them sign up for a specific plan because of their age, health, race, religion or income
- The beneficiary was encouraged to disenroll from their current health plan
- The beneficiary was offered cash to sign up for a Medicare prescription drug plan
- The beneficiary was offered a gift worth more than $15 to sign up for a Medicare prescription drug plan
- The beneficiary's pharmacy did not give them all of their drugs
- The beneficiary was billed for drugs that they didn't receive
- The beneficiary believes they have been charged more than once for their premium costs
- The beneficiary's Medicare prescription drug plan did not pay for their covered drugs
- The beneficiary received a different drug than their doctor ordered

Providers should advise Medicare beneficiaries to contact Health Integrity, LLC at (877) 772-3379 to report complaints about any of these types of fraud, waste and abuse issues or a related complaint. Health Integrity, LLC may also be contacted via fax at (410) 819-8698 or at their web site at www.healthintegrity.org.

# Healthy Families Program

## New Medicare Interest Rate

There has been a recent change in the interest rate for Medicare claims. Effective January 1, 2006, the new interest rate for late Medicare 30-day claims is 5.125 percent.

The interest rate, which applies to claims paid during the first half of this calendar year, has been published in the Federal Register, available at www.publicdebt.treas.gov/opd/opdprmt2.htm.

The daily rate is derived by dividing 0.05125 by 365. The daily interest multiplier is 0.000140.

Here is an example of the new interest rate: A 30-day claim is paid in 63 calendar days from the oldest date stamp and the payable amount is $650. The interest to be paid is 33 x $650 x 0.000140, or $3.

## Administering Care for Healthy Families Program Members

### Frequently Asked Questions

We find that providers often have questions on how to accurately administer benefits for Blue Shield Healthy Families Program (HFP) members, as well as related questions about the coverage available to both HFP members and commercial members through the California Children's Services (CCS).

Below the Blue Shield Healthy Families Team addresses frequently asked questions about the Healthy Families program.

Q. If an IPA/medical group participates in the Healthy Families Program (HFP) can a Primary Care Physician (PCP) decline to see Healthy Families' members?

A. If an individual provider wishes to continue seeing Blue Shield commercial members, he or she must also see HFP members, unless the physician specializes in geriatrics. Only those providers who specialize in geriatrics are not required to see HFP members.

Q. Can a PCP continue to see existing HFP members, and not accept new Healthy Families members?

A. Yes. A PCP can decide to no longer accept new HFP members but still continue to provide care for his or her existing Healthy Families members. However, the physician must also choose to no longer accept new commercial members.

Q. Are Healthy Families members' benefits different from commercial members' benefits?

A. No. However, the party responsible for payment may differ due to California Children's Services' (CCS) role in the program. As always, HFP covers preventive and routine care, however for certain catastrophic coverage HFP members are referred to CCS.

Q. How can the IPA/medical groups identify their HFP membership?

A. IPA/medical groups can identify their HFP members in four different ways:
   1. HFP members have their own coverage levels, A15 and A16. These codes are indicated in your eligibility reports.
   2. HFP members have their own group number, which is sent on the Employer Group file separate from the Eligibility file.
   3. HFP members' identification numbers begin with the number 9, and end with a letter. For example: 91234567D Note: The letter may be A, B, C, D or E.
   4. HFP members' identification cards have 'Healthy Families Program' printed on the front of their card.

Q. Where can we get a listing of the CCS providers?

A. To find a list of CCS providers, go to: www.dhs.ca.gov/pcfh/cms/ccs/paneled.htm. You may also contact your local county program for a current listing.

If you need clarification on Blue Shield's Healthy Families Program coverage or information on how to appropriately refer patients to CCS, we're here to help. Contact the Blue Shield Healthy Families Program Team at (415) 229-5549 or (415) 229-5851.

# USBHPC Offers PCP Consultation Line

The close coordination of care between a patient's psychiatrist and his or her other physicians is a major focus in healthcare quality organizations today. Good communication among treating clinicians helps increase the overall quality of patient care by:

- Minimizing potential adverse medication interactions for patients prescribed psychotropic medication
- Allowing better management of treatment and follow-up for patients with co-existing behavioral health and medical disorders
- Reducing risk of relapse for patients with substance abuse disorders

To help support primary care physicians (PCPs), U.S. Behavioral Health Plan, California (USBHPC), the behavioral health administrator for Blue Shield of California, provides a Primary Care Physician Consultation Line. This consultation line offers PCPs the opportunity to speak with a board certified psychiatrist about mental health or substance abuse issues affecting their patients, especially about issues related to the prescribing of psychotropic medications, increasing medication compliance, and coordination of care. While not intended to take the place of a direct examination of the patient, the PCP Consultation Line enables PCPs to receive guidance on patient management directly from a USBHPC medical director.

PCPs may contact USBHPC's Primary Care Physician Consultation Line by calling (877) 263-9870. When accessing the consultation line, you will be prompted with the following options:

- Indicate a convenient time for a telephone conference during regular business hours
- For an urgent situation, to be connected to USBHPC 24-hour intake staff

To schedule a time to talk with a USBHPC medical director, you can leave your telephone number and USBHPC will contact you to set up a convenient conference appointment.

With continuing collaborative efforts, USBHPC and Blue Shield of California look forward to finding ways to assist all of our network clinicians in providing the highest quality of care to the members we mutually serve.

### Updated Clinical Guidelines Now Online

We are committed to improving health with optimal outcomes. Clinical practice guidelines assist physicians by providing a summary of evidence-based recommendations for the evaluation and treatment of chronic conditions. The basis of these guidelines includes a variety of nationally recognized sources, evidence-based sources or expert consensus documents. Additional points have been included where medical literature and expert opinions are noted. The Blue Shield of California Clinical Practice Guidelines for Asthma, Diabetes and Congestive Heart Failure were recently revised and updated, and are available at **mylifepath.com/provider**.

# Provider Demographic Pilot Project Exceeds Provider Expectations

In early 2005, our Provider Services and Provider Relations teams reviewed the process in place to update provider demographics in our provider system databases. Provider demographics is the general term we use to describe a number of possible provider changes, such as provider additions, provider terminations, address changes, specialty changes and other miscellaneous provider changes.

We determined the process had opportunities for improvement. The established process needed to become more efficient, to simplify our business interactions with contracted provider groups and improve the overall accuracy and timeliness of file updates.

The teams gathered a workgroup of subject matter experts and implemented a pilot project to focus on creating the most reliable, straightforward and efficient process for contracted groups to communicate and submit their provider demographic changes directly to our Provider Services team, the group responsible for our maintenance of provider data.

Although this new process is still in its early testing phases, 17 groups were transitioned in to this pilot project in 2005:

- University of California, Davis (UCD)
- Sutter Medical Group
- Sutter Independent Physicians
- Sutter West Medical Group
- Sutter Gould Medical Group
- University of California, Irvine (UCI)
- University of California, Los Angeles (UCLA)
- University of California, San Francisco (UCSF)
- Camino Medical Group
- Palo Alto Medical Foundation
- Santa Cruz Medical Clinic
- Solano Regional Medical Group
- Sutter Delta Medical Group
- Sutter Medical Group of the Redwoods
- Sutter Medical Foundation North Bay
- University of Southern California (USC)
- University of California, San Diego (UCSD)

## How Does the Pilot Process Work?

The new provider demographic update process is actually easier than 1, 2, 3. Only two steps are necessary in the new process for provider demographic changes to take place.

**Step 1:** Groups submit their provider demographic changes to us through a designated e-mail address. Paper copies (provider profiles, W-9s, etc.) of provider changes are no longer necessary for these contracted groups.

**Step 2:** When we receive the e-mail, the provider update is processed into our internal systems. Currently, a confirmation e-mail is sent back to the group when the update has been completed. However, we are taking steps to develop standard automated reporting instead of an email confirmation to further streamline the process.

## New Procedure, Improved Turnaround Times

We're excited to report the turnaround time for updating provider changes has increased significantly. Here is some feedback we've received so far:

*"Wow. I have been in this job over five years now, and I have never ever seen our requests processed so quickly,"* Lisa Phillips, credentialing specialist at Sutter Medical Foundation North Bay.

*"This process is wonderful; I really appreciate the quick turnaround time. Keep up the good work!"* says Bridget Parker, credentialing specialist at Sutter Medical Foundation.

Participants of the pilot at UCLA and USC have also commented on their positive experience with the new process, saying this procedure increases the ease of doing business with Blue Shield of California.

In 2006, we will evaluate how to best integrate these improved workflows and best practices to support our entire provider network for all lines of business. We will continue to communicate the latest developments of this process to you in future newsletters. If you have any questions regarding the pilot project or the new process, please contact your managed care coordinator.

# Our Provider Appeals Process

In an effort to give superior service to our contracted providers, we manage a comprehensive provider dispute resolution procedure that complies with Section 1300.71.38, Title 28 of the California Code of Regulations. Our two-level – initial and final – provider dispute system gives providers more options in the event they disagree with a claim determination, contract language, policy, or other Blue Shield process.

According to the state's regulations, for an item to meet the minimum requirements and to be considered an appeal, it must include the following:

- A clear identification of the disputed item, including the date(s) of service
- A clear explanation of the reason the provider is initiating an appeal, which can include:
  - An incorrectly paid or denied claim.
  - Unnecessary request for additional information.
  - Request for overpayment is incorrect.

An appeal must be submitted in writing to one of these designated Blue Shield addresses:

Blue Shield Initial Appeal Resolution Office
P.O. Box 272620
Chico, CA 95927-2620

Blue Shield Final Appeal Resolution Office
P.O. Box 629011
El Dorado Hills, CA 95762-9011

All hospital exception and transplant claims should be sent to:

Blue Shield of California Initial/Final Resolution Office
Attention: Hospital Exception and Transplant Team
P.O. Box 629010
El Dorado Hills, CA 95762-9010

## Avoid Processing Delays for Provider Appeals

To avoid delays in processing provider appeals, please submit appeals to the designated addresses and clearly identify the claim using the member identification number, date(s) of service and amount billed.

In addition, include a detailed letter explaining exactly what the provider believes was not processed correctly and include supporting rationale, which could be related documentation in support of the provider's position. Additional documentation may include medical records, claim forms, reports or laboratory results.

## Important Timelines for Provider Appeals

Initial appeals must be submitted within 365 days of the date of service. Final appeals must be submitted within 65 business days from our determination date on the initial appeal. Once the appeal is received, we will thoroughly research each case individually and respond to the submitting provider in writing within 45 business days for both initial and final appeals.

## Bundled Appeals

Often, it is more efficient to submit provider appeals in a bulk or bundled format. A bundled appeal is a list of two or more claims with similar problems which the provider is combining together and including in a single appeals submission.

Most commonly, a bundled appeal submission consists of a cover letter attached to a spreadsheet of claims. The attached list of claims should contain fields which will easily identify each individual claim. It is important to detail in the cover letter exactly what the problem is and how it pertains to the entire list of claims. In addition, the bundled appeal cover letter should include the expected outcome of the appeal.

We will review the bulk appeal along with any supporting documentation and respond to the provider in writing within 45 business days. Please note, claims tracer and accounts receivable lists do not qualify as appeals.

Further detail on our appeal process is available in Blue Shield of California *HMO IPA/Medical Group Procedures Manual* in Section 4 or by accessing Provider Connection at **mylifepath.com/provider**.

The *Provider Communication Bulletin* is published by:
Blue Shield of California
50 Beale Street
San Francisco, CA 94105

Managing Editor: Melissa Velez

Contributing Editors:
Catherine Spicer and Megan Boze

Please send questions or comments to melissa.velez@blueshieldca.com.