# EXHIBIT 62




Home About HNE Careers Search Pharmacy Provider Lookup Quality Management Healthy Directions

**PHARMACY**
Welcome
HNE Formulary
HNE Performance Formulary
Specialty Networks - CuraScript
Rx Review
Search Pharmacies
Prescription Drug Benefit
Mail Service
Pharmacy Benefit
Express Scripts
Drug Digest
Oral Contraceptives Comparison
Prior Authorization Forms
for Members
for Providers
for Employers
for Brokers

ABOUT HNE

Introduction / How To Use The List / Tier 1 / Tier 2 / Limitations / Brand/Non-Formulary

The formulary list was last updated on **09/13/06**, please be advised the information listed may not reflect the most current data and may be updated at any time without notice.

Please call HNE Member Services at **(413) 787-4000** or **(800) 310-2835** for assistance.

This section lists medications that are excluded, require prior authorizations, step therapy, or have quantity limitations. This is to ensure safe and appropriate use and to minimize potential waste of expensive medications. Only FDA maintenance indicator medications are allowed through mail-order. These lists are subject to change without notice.

### Excluded Medications

The following medications are currently NOT covered by Health New England.

| DRUG NAME | GENERIC NAME | USED FOR TREATMENT OF |
|---|---|---|
| Avage | tazarotene | Facial Wrinkles |
| Eldopaque Forte | hydroquinone | Skin Bleaching |
| Glyquin XM | hydroquinone | Skin Bleaching |
| Hydroquinone | hydroquinone | Skin Bleaching |
| Lustra | hydroquinone | Skin Bleaching |
| Melenex | hydroquinone | Skin Bleaching |
| Penlac | ciclopirox | Fungal Nails |
| Propecia | finasteride | Male Pattern Baldness |
| Provigil | modafinil | Covered to treat narcolepsy or fatigue associated with multiple sclerosis. Not covered for any other diagnosis. |
| Renova | trentinoin | Wrinkles |
| Rituxan | | Covered only for treatment of cancer. Will not be covered for the treatment of rheumatoid arthritis. |
| Rogaine | finasteride | Male Pattern Baldness |
| Singulair | montelukast | Will only be covered when prescribed to treat the diagnosis of asthma. It will not be covered when prescribed to treat allergies or any other conditions. |
| Solage | hydroquinone | Skin Bleaching |
| Solaquin Forte | tretinoin / mequirol | Skin Bleaching |
| Tri-Luma | hydroquinone | Skin Bleaching |

| | | |
|---|---|---|
| Vaniqa | eflornithine | Prevention of Facial Hair Growth in Women |
| Xyrem | sodium oxybate | Cataplexy |
| Newly Approved Drugs | various | Various |

**Prior Authorizations**

The following medications require HNE's prior approval. For more information, please contact our Member Services Department at 1-800-310-2835 or 787-4004, or visit our Web site @ hne.com for the appropriate form. **Only FDA maintenance indicator drugs are allowed through mail order.**

| TIER STATUS | DRUG NAME * shaded Rx rows = Maintenance Medications | USED FOR TREATMENT OF |
|---|---|---|
| 3 | Actiq** | Malignant Cancer Pain |
| 3 | Ambien CR ** | Insomnia |
| 2 | Antagon | See Ganirelix |
| 3 | Aranesp | Anemia |
| 2 | Arava | Rheumatoid Arthritis |
| 2 | Bravelle | Infertility |
| 2 | Celebrex** | Arthritis Pain |
| 2 | Cetrotide | Infertility |
| 2 | Enbrel** | Rheumatoid Arthritis |
| 2 | Enbrel** | Psoriasis |
| 2 | Epogen | Anemia |
| 3 | Fertinex | Infertility |
| 3 | Follistim | Infertility |
| 2 | Ganirelix | Previously named Antagon, Infertility |
| 3 | Gonal F | Infertility |
| 3 | Growth Hormone | Growth Hormone Deficiency |
| 2 | Humira** | Rheumatoid Arthritis |
| 3 | Kineret | Rheumatoid Arthritis |
| 3 | Leukine | Stimulate granulocyte production |
| 3 | Lunesta ** | Insomnia |
| 3 | Luveris | Infertility |
| 1 | meloxicam ** | Arthritis Pain |
| 3 | Menopur | Infertility |
| 3 | Meridia | Weight Loss |
| 3 | Mobic** | Arthritis Pain |
| 3 | Nexavar** | Treatment of Renal Cancer |
| 2 | Procrit | Anemia |
| 3 | Provigil | Narcolepsy, MS Fatigue |
| 3 | Raptiva | Psoriasis |
| 2 | Repronex | Infertility |
| 2 | Revatio | Pulmonary hypertension |

| | | |
|---|---|---|
| 3 | Revlimid** | Myelodyplastic syndrome |
| 3 | Rozerem** | Insomnia |
| 2 | Singulair | Will only be covered when prescribed to treat the diagnosis of asthma. It will not be covered when prescribed to treat allergies or any other conditions. |
| 3 | Sutent ** | Advanced Renal Cancer, Gastrointestinal Stromal Tumor |
| 3 | Tracleer | Primary Pulmonary Hypertension |
| 3 | Ventavis | Pulmonary hypertension |
| 3 | Vfend (Antifungal) | Infectious Disease |
| 3 | Xenical | Weight Loss |
| 3 | Zorbtive | Short bowel syndrome |
| 3 | Zyvox (Antibiotic) | Infectious Disease |

**Medical Drugs requiring prior approval**

| | |
|---|---|
| **Amevive** | Plaque psoriasis |
| **Botox** | Various indications |
| **Cerezyme** | Gaucher's Disease |
| **Fabrazyme** | Fabry's Disease |
| **Flolan** | Pulmonary Hypertension |
| **Remicade** | Rheumatoid Arthritis or Crohn's |
| **Remodulin** | Pulmonary Hypertension |
| **Xolair** | Severe Asthma |

**Only FDA maintenance indicator drugs are allowed through mail order**
**\*\* See quantity limitation list**
Note: This list is subject to change.

Generally a maintenance drug can be described as a medication that is used for the treatment of a chronic condition (i.e.: diabetes, asthma, arthritis and heart disease) taken to stabilize the illness or symptoms of the illness AND that has been classified by FDB (industry standard classifier) as a maintenance medication.

Only maintenance medications will be available through mail order. Health New England excludes the following medications from mail order. Narcotic/Opiate, quantity limitation, prior authorization and injectable medications.

**When to use the mail service prescription drug benefit (\*if you have the mailorder benefit):**

- You have verified that your medication is a true maintenance medication: all medications are classified as "Maintenance" according to their approved FDA indications for use.
- You have obtained at least 2 refills at Retail and have not had an adverse reaction.
- To take advantage of lower co-payments for your generic and formulary maintenance medications.
Note: The co-payments for non-formulary medications will not change.

- To plan ahead when you are going on an extended vacation.

**How to use the mail service prescription drug benefit:**

- We recommend obtaining 2 prescriptions one to be used for a preliminary 30-day supply to be filled by your local in network retail pharmacy. The second prescription will be for up to a 90- day supply plus refills for up to one year.
- Complete the mailorder member profile and submit following directions on the form.
- For faster service you can order refills on line as indicated on invoice received from mailorder (this only applies to prescriptions with refills and does not apply to any initial orders)

**Step Therapy**

Step therapy is an approach to medication management and is part of our Prior Authorization (PA) program. This program is designed to make the use of your prescription drugs more affordable, and we will work with your physician to provide you an appropriate drug treatment. Before claims will process and coverage is allowed, it is required that you meet the first line protocol for some or all of these medications; as indicated below. To obtain proper forms, please contact our Member Services Department at 1-800-310-2835 or 787-4004, or visit our website @ hne.com .

**Please note:** The use of samples does not satisfy the requirements of documented usage of a First Line drug of medical necessity for a Step Therapy drug. If it is medically necessary for you to use a Step Therapy drug before trying a First Line drug, then your doctor can contact HNE to request a Pharmacy review. Only

**FDA maintenance indicator drugs are allowed through mail order.**

| Step Therapy Drug | Indications | First Line protocol (no form required) | Process when protocol is not met |
|---|---|---|---|
| Anti-depressants: (Cymbalta, Effexor, Effexor XR, Lexapro, Paxil CR, Pexeva, Prozac weekly, venlafaxine HCL, Wellbutrin XL, Zoloft | Depression | • Must have tried and failed at least one of the following generic drugs within the previous 180 days, before claim will process: bupropion, bupropion SR, citalopram HBR, fluoxetine | Medication Review form must be submitted by the requesting physician. |

| | | | |
|---|---|---|---|
| | | HCL., fluvoxamine maleate, mirtazapine. paroxetine HCL, sertraline.<br>• Does not apply members who are 18 and under. | |
| **Cardiovascular Medications:**<br><br>Advicor, Altoprev, Caduet, Crestor, Lescol, Lescol XL, Lipitor, Mevacor, Pravachol, Pravigard, Vytorin, Zocor | Hypercholesterolemia | • Must have tried and failed at least one of the following generic drugs within the previous 180 days before the claim will process: lovastatin, pravastatin, simvastatin.<br>• Does not exceed quantity limit ( please reference quantity limitation list)<br>• Does not apply members who are 18 and under. | Medication Review form must be submitted by the requesting physician. |
| Arava | Rheumatoid Arthritis | Must have filled at least one prescription written by an In-Plan Rheumatologist within a 12 month period. | PA form must be submitted by requesting physician. |
| Celebrex | Rheumatoid Arthritis, Osteoarthritis or Acute Pain | • Age greater than 60 or<br>• Filled prescription for at least 2 different anti-inflammatory drugs within the previous 180 days or | PA form must be submitted by requesting physician |

| | | | | |
|---|---|---|---|---|
| | | | <ul><li>Filled one prescription for an oral corticosteroid within the previous 180 days or</li><li>Filled one prescription for a anticoagulant or antiplatelet agent within the previous 90 days.</li><li>Does not exceed quantity limit (please reference quantity limitation list)</li></ul> | |
| | Emend | Nausea and vomiting associated with chemotheapy | <ul><li>Prescription is written by an In-Plan Oncologist/ Hematologist or</li><li>All other specialties: Does not exceed quantity limit (please reference quantity limitation list)</li></ul> | Medication Review form must be submitted by the requesting physician. |
| | Enbrel | Rheumatoid Arthritis | Must have filled at least one prescription written by an In-Plan Rheumatologist within a 12 month period. | PA form must be submitted by requesting physician |
| | **Please Note:** | | | |

| | | | |
|---|---|---|---|
| | For the diagnosis of **psoriasis** prior authorization is required and step therapy does not apply. | Please reference quantity limitation list | |
| **Humira** | Rheumatoid Arthritis | • Must have filled at least one prescription written by an In-Plan Rheumatologist within a 12 month period.<br>• Does not exceed quantity limit ( please reference quantity limitation list) | PA form must be submitted by requesting physician |
| **Kineret** | Rheumatoid Arthritis | Must have filled at least one prescription written by an In-Plan Rheumatologist within a 12 month period. | PA form must be submitted by requesting physician |
| **Lyrica** | Diabetic Neuropathy | Must have filled at least one prescription, for one of the following or a combination of within the previous 180 days before claim will process….. Depakote, Dilantin, Felbatol, Gabitril, generic gabapentin, Lamictal, Keppra, Neurontin, Tegretol, Topamax, Zonegran | Medication Review form must be submitted by the requesting physician |
| **Meloxicam** | Osteoarthritis Arthritis | • Age greater than 60 or<br>• Filled prescription for at least 2 different anti- | PA form must be submitted by requesting physician |

| | | | |
|---|---|---|---|
| | | inflammatory drugs within the previous 180 days or<br>• Filled one prescription for an oral corticosteroid within the previous 180 days or<br>• Filled one prescription for a anticoagulant or antiplatelet agent within the previous 90 days.<br>• Does not exceed quantity limit (please reference quantity limitation list) | |
| Mobic | Osteoarthritis Arthritis | • Age greater than 60 or<br>• Filled prescription for at least 2 different anti-inflammatory drugs within the previous 180 days or<br>• Filled one prescription for an oral corticosteroid within the previous 180 days or<br>• Filled one prescription for a anticoagulant or antiplatelet agent within the previous 90 days.<br>• Does not exceed quantity limit (please | PA form must be submitted by requesting physician |

|  |  | reference quantity limitation list) |  |
|---|---|---|---|
| Singulair | Asthma | Must have filled at least one prescription within the previous 180 days used for the treatment of Asthma. | PA form must be submitted by requesting physician |
| Vfend | Antifungal | Prescription is written by an In-Plan Oncologist/ Hematologist or Infectious Disease. | PA form must be submitted by requesting physician |

**Self-Administered Injectable Medications**
Some injectable medications may be injected by properly trained medical staff only. These medications are covered in full when provided during a Covered Service. Other injectable medications are available at retail pharmacies, and may be self administered, that is, injected by the patient him- or herself. These medications are covered under HNE's pharmacy benefit even if injected by an In-Plan Provider. If your pharmacy coverage is not provided by HNE, HNE will not cover injectable drugs that may be self administered. For a list of self-administered injectable medications, please contact HNE Member Services.

If you so choose to send your prescriptions, you can take advantage of a $0 copay for all specialty injectable medications (A deductible may apply if you have a prescription benefit that has a yearly deductible).

Curascript's order forms are available on our Web site or can be faxed to your provider by calling Health New England's Member Services Department at 1-800-310-2835.

**Please note:**
Attention Deficit Disorder Medications that are classified as a controlled substance (CII & CIII): can now be filled for up to a 60 day supply at an In-Plan Retail Pharmacy (this is subject to the stores internal policy). One co-payment applies for each 30-day supply. This applies to the state of Massachusetts pharmacies only. All other states are subject to their own state laws and internal store policies.

**Quantity Limitations / Quantity-based Co-payments**
The following medications have quantity limitations or have quantity-based co-payments (that is, one co-payment is charged for the quantity shown below).

**PHARMACY BENEFIT HEALTH NEW ENGLAND QUANTIITY LIMITED DRUGS 2005**

| TIER STATUS | DRUG NAME *shaded Rx rows= Maintenance Medications | QUANTITY LIMITATIONS |
|---|---|---|
| 3 | Aciphex | 30 tablets per 30 day period |
| 3 | Actiq | 120 lozenges per 30 day period |
| 2 | Adderall XR 20mg | 60 capsules per 30 day period |
| 2 | Adderall XR 5, 10, 15, 25, 30 mg | 30 capsules per 30 day period |
| 3 | Advicor 1000/20, 750/20, 500/20, 1000/40 mg | 60 tablets per 30 day period |
| 3 | Allegra 180 mg | 30 tablets per 30 day period |
| 3 | Allegra 30, 60 mg | 60 tablets or capsules per 30 day period |
| 3 | Allegra D 12 hour | 60 tablets per 30 day period |
| 3 | Allegra D 24 hour | 30 tablets per 30 day period |
| 3 | Ambien 5, 10 mg | 14 tablets per 30 day period |
| 3 | Ambien CR 6.25, 12.5mg | 30 tablets per 30 day period |
| 3 | Amerge 1, 2.5 mg | 12 tablets per 30 day period |
| 3 | Anzemet 50, 100 mg | 2 tablets per 30 day period |
| 3 | Arixtra | 14 days supply per fill |
| 3 | Axert 6.25, 12.5 mg | 12 tablets per 30 day period |
| 1 | Buproban 150 mg | 90 day supply per calendar year |
| 2 | Byetta 5, 10 mcg | 1 pen per 30 day period |
| 3 | Cardura 1, 2, 4 mg | 30 tablets per 30 day period |
| 3 | Cardura XL 4, 8 mg | 30 tablets per 30 day period |
| 3 | Cardura 8 mg | 60 tablets per 30 day period |
| 2 | Catapres TTS | 4 patches in a 30 day period |
| 2 | Caverject 5, 10, 20, 40 MCG | 4 doses per 30 day period |
| 2 | Celebrex 100, 200, 400 mg | 60 capsules per 30 day period |
| 3 | Celexa 10, 20, 40 mg | 45 tablets per 30 day period |
| 3 | Cialis 5, 10, 20 mg | 4 tablets per 30 day period |
| 1 | citalopram 10, 20, 40 mg | 45 tablets per 30 day period |
| 3 | Clarinex | 30 tablets per 30 day period |
| 3 | Clarinex-D 12 hour | 60 tablets per 30 day period |
| 3 | Clarinex-D 24 hour | 30 tablets per 30 day period |
| 1 | clozapine 25, 100mg | 14 days supply per fill |
| 3 | Clozaril 25, 100 mg | 14 day supply per fill |
| 2 | Concerta 18, 27, 54 mg | 30 tablets per 30 day period |
| 2 | Concerta 36mg | 60 tablets per 30 day period |
| 3 | Crestor 5, 10, 20, 40 mg | 30 tablets per 30 day period |
| 3 | Cymbalta 20mg | 60 capsules per 30 day period |
| 3 | Cymbalta 30mg | 30 capsules per 30 day period |
| 3 | Cymbalta 60 mg | 30 capsules per 30 day period |

| | | |
|---|---|---|
| 1 | doxazocin 1, 2, 4 mg | 30 tablets per 30 day period |
| 1 | doxazocin 8 mg | 60 tablets per 30 day period |
| 2 | Edex 5, 10, 20, 40 MCG | 4 doses per 30 day period |
| 3 | Effexor (regular) 25, 37.5, 50, 75, 100 mg | 60 tablets per 30 day period |
| 2 | Effexor XR 37.5mg | 30 capsules per 30 day period |
| 2 | Effexor XR 75mg | 90 capsules per 30 day period |
| 2 | Effexor XR 150mg | 60 capsules per 30 day period |
| 3 | Emend 125 mg | 1 capsule per 30 day period |
| 3 | Emend 40, 80 mg | 2 capsules per 30 day period |
| 3 | Emend Tri-fold pack | 1 pack per 30 day period |
| 2 | Enbrel 50mg | 4 vials per 30 day period |
| 2 | Enbrel 25mg | 8 vials per 30 day period |
| 2 | Epi-pen | 1 kit per fill |
| 1 | fexofenadine 180 mg | 30 tablets per 30 day period |
| 1 | fexofenadine 30, 60mg | 60 tablets or capsules per 30 day period |
| 1 | fluoxetine 10mg | 90 tablets or capsules per 30 day period |
| 1 | fluoxetine 20mg | 90 tablets or capsules per 30 day period |
| 1 | fluoxetine 40mg | 60 tablets or capsules per 30 day period |
| 1 | fluvoxamine 25 mg | 45 tablets per 30 day period |
| 1 | fluvoxamine 50 mg | 60 tablets per 30 day period |
| 1 | fluvoxamine 100 mg | 90 tablets per 30 day period |
| 3 | Fragmin | 14 days supply per fill |
| 3 | Frova 2.5 mg | 12 tablets per 30 day period |
| 2 | Humira 40 mg / 0.8 ml | 2 injections per 30 day period |
| 2 | Humira Pen 40mg/0.8ml | 2 pre-filled syringes per 30 day period |
| 3 | Hytrin 1, 5 mg | 30 capsules or tablets per 30 day period |
| 3 | Hytrin 2, 10 mg | 60 capsules or tablets per 30 day period |
| 2 | Imitrex 25, 50, 100 mg | 12 tablets per 30 day period |
| 2 | Imitrex nasal spray 5, 20 mg | 6 units per 30 day period |
| 2 | Imitrex syringe | 1 kit (2 syringes) per 30 day period |
| 3 | Innohep | 14 days supply per fill |
| 3 | Kytril | 6 tablets per 30 day period |
| 3 | Kytril oral solution 30 ml | 1 bottle per 30 day period |
| 3 | Lamisil | 90 day supply per calendar year |
| 3 | Lescol 20, 40, mg; XL 80 mg | 30 capsules or tablets per 30 day period |
| 3 | Levitra 2.5, 5, 10, 20 mg | 4 tablets per 30 day period |
| 2 | Lexapro 5, 10, 20 mg | 45 tablets per 30 day period |
| 2 | Lipitor 10, 20, 40, 80 mg | 30 tablets per 30 day period |
| 3 | Lotronex 0.5, 1 mg | 60 tablets per 30 day period |
| 1 | lovastatin 10, 20, 40 mg | 30 tablets per 30 day period |
| 2 | Lovenox | 14 days supply per fill |
| 3 | Lunesta 1, 2, 3mg | 30 tablets per 30 day period |

| | | |
|---|---|---|
| 3 | Maxalt / Maxalt MLT 5, 10 mg | 12 tablets per 30 day period |
| 1 | meloxicam 7.5, 15mg | 30 tablets per 30 day period |
| 3 | Mevacor 10, 20, 40 mg | 30 tablets per 30 day period |
| 3 | Mobic 7.5, 15 mg | 30 tablets per 30 day period |
| 2 | MUSE 125, 250, 500, 1000 MCG | 4 doses per 30 day period |
| 3 | Neulasta | 2 syringes every 30 days |
| 3 | Neupogen | 10 vials/ syringes every 30 days |
| 3 | Nexavar | 120 tablets per 30 day period |
| 3 | Nexium 20, 40 mg | 30 capsules per 30 day period |
| 1 | Nicotine patch 7, 14, 21 mg | 30 patches in a 30 day period; 90 day supply per calendar year |
| 3 | Nicotrol Inhaler | 168 units per fill; 90 day supply per calendar year |
| 3 | Nicotrol NS 10 mg | 4 bottles per fill; 90 day supply per calendar year |
| 2 | Norvasc 2.5, 5 mg | 45 tablets per 30 day period |
| 2 | Norvasc 10 mg | 30 tablets per 30 day period |
| 1 | omeprazole 10 mg | 30 tablets or capsules per 30 day period |
| 1 | omeprazole 20 mg | 60 tablets or capsules per 30 day period |
| 3 | Ortho- Evra patch | 3 patches per 30 day period |
| 1 | Oxycodone 10, 20, 40 & 80mg | 4 tablets per day or 120 tablets per 30 day period |
| 3 | Oxycontin 10, 20, 40, & 80mg | 4 tablets per day or 120 tablets per 30 day period |
| 2 | Oxycontin 160 mg | 4 tablets per day or 120 tablets per 30 day period |
| 1 | paroxetine 10, 40 mg | 45 tablets per 30 day period |
| 1 | paroxetine 20, 30 mg | 60 tablets per 30 day period |
| 3 | Paxil 10, 20, 30, 40 mg | 10mg & 40 mg (45 tablets per 30 day period); 20mg & 30mg (60 tablets per 30 day period) |
| 3 | Paxil CR 12.5 mg | 30 tablets per 30 day period |
| 3 | Paxil CR 25, 37.5 mg | 60 tablets per 30 day period |
| 3 | Pexeva 10, 40 mg | 45 tablets per 30 day period |
| 3 | Pexeva 20, 30 mg | 60 tablets per 30 day period |
| 3 | Pravachol 10, 20, 40, 80 mg | 30 tablets per 30 day period |
| 1 | pravastatin 10, 20,40mg | 30 tablets per 30 day period |
| 3 | Prevacid 15, 30 mg | 30 capsules per 30 day period |
| 3 | Prilosec 10, 20, 40mg | 30 capsules per 30 day period |
| 2 | Protonix 20, 40 mg | 30 tablets per 30 day period |
| 3 | Prozac 10mg | 90 tablets or capsules per 30 day period |
| 3 | Prozac 20mg | 90 tablets or capsules per 30 day period |
| 3 | Prozac 40mg | 60 tablets or capsules per 30 day period |
| 3 | Prozac 90 mg (weekly) | 4 capsules per 30 day period |

| | | |
|---|---|---|
| 3 | Regranex gel | 1 tube in a 30 day period; 90 day supply (3 tubes) per calendar year |
| 3 | Relenza Disck Inhaler 5 mg | 1 kit per 30 day period; 2 kits per calendar year |
| 3 | Relpax 20, 40 mg | 12 tablets per 30 day period |
| 3 | Revlimid 5, 10, 15, 25mg | 30 tablets per 30 day period |
| 3 | Rozerem 8mg | 30 tablets per 30 day period |
| 3 | Sarafem 10, 20 mg | 90 capsules per 30 day period |
| 1 | sertraline 25, 50mg | 45 tablets per 30 day period |
| 1 | sertraline 100mg | 60 tablets per 30 day period |
| 1 | Simvastatin 5,10,20,40, 80mg | 30 tablets per 30 day period |
| 3 | Sonata 5, 10 mg | 14 capsules per 30 day period |
| 3 | Sporanox 100 mg | 90 day supply per calendar year |
| 3 | Straterra 10, 18, 25, 60 mg | 30 tablet per 30 day period |
| 3 | Straterra 40 mg | 60 tablets per 30 day period |
| 3 | Straterra 80 mg | 30 capsules per 30 day period |
| 3 | Straterra 100 mg | 30 capsules per 30 day period |
| 3 | Sutent | 30 tablets per 30 day period |
| 2 | Symlin | 4 vials per 30 day period |
| 3 | Tamiflu oral | 10 capsules per 30 day period; 20 capsules per calendar year |
| 3 | Tamiflu suspension | 3 bottles per 30 day period; 6 bottles per calendar year |
| 1 | terazosin 1, 5 mg | 30 capsules or tablets per 30 day period |
| 1 | terazosin 2, 10 mg | 60 capsules or tablets per 30 day period |
| 3 | Toradol 10 mg | 5 day supply per fill |
| 2 | Transderm-SCOP Patch | 1 box (4 patches) per co-pay |
| 1 | venlafaxine HCL 25, 37.5, 50, 75, 100mg | 60 tablets per 30 day period |
| 2 | Viagra 25, 50, 100 mg | 4 tablets per 30 day period |
| 3 | Xifaxan | 9 tablets per prescription, per 30 day period |
| 3 | Zelnorm 2, 6 mg | 60 tablets per 30 day period |
| 2 | Zetia | 30 tablets per 30 day period |
| 3 | Zocor 5, 10, 20, 40, 80 mg | 30 tablets per 30 day period |
| 2 | Zofran 4, 8 mg | 12 tablets per fill |
| 2 | Zofran 24 mg | 1 tablet per 30 day period |
| 2 | Zofran solution 4mg / 5ml | 1 day supply per 30 day period |
| 3 | Zoloft 25, 50 mg | 45 tablets per 30 day period |
| 3 | Zoloft 100 mg | 60 tablets per 30 day period |
| 2 | Zomig 2.5, 5 mg | 12 tablets per 30 day period |
| 2 | Zomig Nasal Spray 5 mg | 6 units per 30 day period |
| 3 | Zyban 150 mg | 90 day supply per calendar year |
| 3 | Zyrtec | 30 tablets per 30 day period |

| 3 | Zyrtec D | 60 tablets per 30 day period |

**Note: This list is subject to change.** For the most current list go to hne.com and click on the tab labeled Pharmacy.

Home About HNE Careers Search Pharmacy Provider Lookup
Quality Management Healthy Directions

**All contents Copyright ©2002, 2003 of Health New England®, Inc. • All Rights Reserved • Privacy Statement and Disclaimer**