# EXHIBIT 63



# Step Therapy Programs for ELCA Board of Pensions

**Step One Drugs**
Step-one drugs are less expensive drugs that are known to be safe and effective for most people. Most step-one drugs are generic drugs. (Generic drugs have the lowest copay.) Step therapy requires trial of a step-one drug before a step-two drug will be covered under the plan. If your medical condition warrants, share this list with your doctor and ask her/him to prescribe a step-one drug whenever possible.

**Step Two Drugs**
Step-two drugs will deny at the pharmacy without claims history of a step-one drug within the past 130 days. In certain situations, your doctor may contact Express Scripts to request authorization of coverage for a step-two drug without use of a step-one drug within the past 130 days.

Contact Express Scripts (800) 575-8090 with questions about specific drugs.

　* Indicates nonformulary drugs.

| CONDITION TREATED<br><br>*Drug Class* | STEP ONE DRUGS | STEP TWO DRUGS<br>Will deny at the pharmacy without trial of step-one drugs within the past 130 days. Prior authorization is required for use of step-two drugs without use of step-one drugs within past 130 days. |
|---|---|---|
| **HIGH BLOOD PRESSURE**<br><br>*ACE Inhibitors* | benazepril / benazepril HCT<br>captopril / captopril HCT<br>enalapril / enalapril HCT<br>lisinopril / lisinopril HCT<br>moexipril<br>fosinopril | Accupril*<br>Aceon*<br>Accuretic*<br>Altace<br>Capoten*<br>Capozide*<br>Lexxel*<br>Lotensin*<br>Lotensin HCT*<br>Lotrel<br>Mavik*<br>Monopril*<br>Monopril HCT*<br>Prinivil*<br>Prinzide*<br>Tarka*<br>Uniretic*<br>Univasc*<br>Vasotec*<br>Vaseretic*<br>Zestril,*<br>Zestoretic* |

| CONDITION TREATED<br><br>*Drug Class* | STEP ONE DRUGS | STEP TWO DRUGS<br>Will deny at the pharmacy without trial of step-one drugs within the past 130 days. Prior authorization is required for use of step-two drugs without use of step-one drugs within past 130 days. |
|---|---|---|
| **HIGH BLOOD PRESSURE**<br><br>*Angiotensin II Receptor Antagonists (ARBs or A2s)* | benazapril / benazapril HCT<br>benazapril-amlodipine<br>captopril / captopril HCT<br>enalapril / enalapril HCT<br>enalapril-diltiazem<br>enalapril-felodipine<br>fosinopril / fosinopril HCT<br>lisinopril / lisinopril HCT<br>moexipril / moexipril HCT<br>perindopril<br>quinapril / quinapril HCT<br>ramipril<br>trandolapril<br>trandolapril-verapamil | Atacand*<br>Atacand HCT*<br>Avalide*<br>Avapro*<br>Benicar*<br>Benicar HCT*<br>Cozaar<br>Diovan<br>Diovan HCT<br>Hyzaar<br>Micardis*<br>Micardis HCT*<br>Teveten*<br>Teveten HCT* |
| **HIGH BLOOD PRESSURE**<br><br>*Verapamil Products* | verapamil SR<br>verapamil IR | Covera-HS*<br>Verelan PM |
| **HIGH BLOOD PRESSURE**<br><br>*Dihydropyridines* | felodipine<br>nicardipine IR<br>nifedipine<br>nifedipine ER | Cardene SR<br>DynaCircCR<br>Norvasc<br>Sular |
| **HIGH BLOOD CHOLESTEROL**<br><br>*Statins – Group 1* | lovastatin 10, 20, 40mg<br>pravastatin 10, 20, 40mg<br>simvastatin 5, 10, 20, 40, 80mg | Crestor 5mg<br>Vytorin 10mg/10mg |
| **HIGH BLOOD CHOLESTEROL**<br><br>*Statins – Group 2* | Crestor 10, 20, 40mg<br>Vytorin 10/20, 10/40, 10/80mg | Caduet* 40 & 80mg<br>Lipitor* 40 & 80mg |

| CONDITION TREATED<br>*Drug Class* | STEP ONE DRUGS | STEP TWO DRUGS<br>Will deny at the pharmacy without trial of step-one drugs within the past 130 days. Prior authorization is required for use of step-two drugs without use of step-one drugs within past 130 days. |
|---|---|---|
| **HIGH BLOOD CHOLESTEROL**<br>*Statins – Group 3* | -Requires use of two drugs-<br><br>One of the following:<br>lovastatin 10, 20, 40mg<br>pravastatin 10, 20, 40mg<br>simvastatin 5, 10, 20, 40, 80mg<br><br>AND<br><br>One of the following:<br>Crestor 10, 20, 40mg<br>Vytorin 10/20, 10/40, 10/80mg | Advicor<br>Altoprev* 10, 20, 40, 60mg<br>Caduet* 10 & 20mg<br>Lescol* 20 & 40mg<br>Lescol XL* 80mg<br>Lipitor* 10 & 20mg<br>Pravachol* 10,20,40,80mg<br>Zocor* 5, 10, 20, 40, 80mg |
| **HIGH BLOOD CHOLESTEROL**<br>*Non-Statins* | Altoprev* ≥ 40mg<br>Caduet* ≥ 5/40mg, ≥ 5/80mg, ≥ 10/40mg, ≥ 10/80mg, ≥ 2.5/40mg<br>Crestor ≥ 20mg<br>Lescol* ≥ 40mg<br>Lescol XL* ≥ 80mg<br>Lipitor* ≥ 40mg<br>lovastatin ≥ 40mg<br>pravastatin ≥ 40mg<br>simvastatin ≥ 40mg | Zetia |
| **STOMACH ACID REDUCTION**<br>*Proton Pump Inhibitors (PPI)* | cimetidine<br>nizatidine<br>omeprazole<br>ranitidine | Aciphex*<br>Nexium<br>Prevacid<br>Prilosec*<br>Protonix* |
| **PAIN AND INFLAMMATION**<br>*Nonsteroidal Anti-Inflammatory Drugs (NSAIDs)* | diclofenac<br>etodolac<br>fenoprofen<br>flurbiprofen<br>ibuprofen<br>indomethacin<br>ketoprofen<br>ketorolac<br>meclofenamate<br>nabumetone<br>naproxen<br>EC naproxen<br>oxaprozin<br>piroxicam<br>sulindac<br>tolmetin | Arthrotec*<br>Celebrex<br>Mobic*<br>Ponstel*<br>Prevacid NapraPac |

| CONDITION TREATED<br>*Drug Class* | STEP ONE DRUGS | STEP TWO DRUGS<br>Will deny at the pharmacy without trial of step-one drugs within the past 130 days. Prior authorization is required for use of step-two drugs without use of step-one drugs within past 130 days. |
|---|---|---|
| **PAIN AND INFLAMMATION**<br>*Neuropathic (Nerve) Pain* | Gabapentin | Lyrica* |
| **DEPRESSION**<br>*Selective Serotonin Reuptake Inhibitors (SSRI)* | citalopram<br>fluoxetine<br>fluvoxamine<br>paroxetine | Celexa*<br>Lexapro<br>Luvox*<br>Paxil*<br>Paxil CR*<br>Prozac*<br>Prozac Weekly*<br>Zoloft |
| **DEPRESSION**<br>*Other Antidepressants – Group 1* | citalopram<br>fluoxetine<br>fluvoxamine<br>paroxetine | Cymbalta<br>Effexor<br>Effexor XR |
| **DEPRESSION**<br>*Other Antidepressants – Group 2* | bupropion SR<br>Wellbutrin SR* | Wellbutrin XL |
| **SKIN INFLAMMATIONS**<br>*Topical Immunomodulators* | betamethasone<br>clobetasone<br>Cloderm*<br>Elocon*<br>fluticasone<br>triamcinolone<br>Ultravate*<br>other generic topical steroids | Elidel<br>Protopic* |
| **ATTENTION DEFICIT DISORDER** | Adderall XR<br>Adderall*<br>amphetamine<br>Concerta<br>Desoxyn*<br>Dexedrine*<br>Metadate CD<br>Metadate ER<br>Methylin ER<br>Methylphenidate<br>pemoline<br>Ritalin SR*<br>Ritalin* | Strattera |

| CONDITION TREATED<br>*Drug Class* | STEP ONE DRUGS | STEP TWO DRUGS<br>Will deny at the pharmacy without trial of step-one drugs within the past 130 days. Prior authorization is required for use of step-two drugs without use of step-one drugs within past 130 days. |
|---|---|---|
| **DIABETES**<br>*Oral Diabetes Medications* | metformin | Fortamet ER *<br>Glucophage XR*<br>Riomet* |
| **ASTHMA**<br>*Leukotrienes* | Astelin nasal spray<br><br>Nasal Corticosteroids<br>Beconase AQ*<br>Flonase<br>Nasacort AQ<br>Nasarel*<br>Nasonex<br>Rhinocort AQ*<br><br>Antihistamines/Decongestant Comb.<br>Allegra<br>Allegra-D<br>Clarinex<br>Zyrtec *<br>Zyrtec-D* | Accolate*<br>Singulair |
| **VIRAL INFECTIONS**<br>*Anti-Virals* | Acyclovir | Famvir*<br>Valtrex |