# EXHIBIT 67



HEALTHY *Choices.*
BIG *Rewards..*

# Physicians plus

PROVIDER NEWSLETTER

Spring 2006, Edition 29

# New! GO-TO Rx Manager Helps Your Patients Manage Prescriptions

Physicians Plus implemented GO-TO in 2004 to help you work with us easily and effectively and to put our members — your patients — in control of their health plans. Now GO-TO Rx Manager takes it to the next level.

GO-TO Rx Manager is accessible through GO-TO and allows our members to review their prescription drug history, the Physicians Plus drug formulary and drug costs. They can even make direct comparisons of generic and brand name versions of the same drug, helping them choose lower-cost drugs to reduce out-of-pocket pharmacy costs.

We feel strongly that GO-TO Rx Manager will help Physicians Plus members make even better decisions about prescription drugs, so don't be surprised if one of your patients references GO-TO Rx Manager during an office visit soon!

# Diabetes Prevention Program Shows Great Success

Following a successful one-year pilot, Physicians Plus and UW Health Preventive Cardiology are pleased to continue their *Active Living and Learning for Diabetes Prevention* program for its second year. This year-long program helps prevent reverse Type 2 diabetes in people with borderline blood sugar levels or who were recently diagnosed with Type 2 diabetes.

The program consists of an initial personal evaluation and assessment, 12 weeks of educational group classes focused on diet, behavioral changes and exercise and continuous case management via e-mail and phone follow-up. The pilot program helped participants achieve 4% average weight loss, 6% loss in BMI and a 12% decrease in body fat. In addition, they charted 10% and 11% decreases in systolic and diastolic blood pressure, respectively. Overall, program participants showed a 32% decrease in their risk for acquiring diabetes.

To qualify, individuals must be Physicians Plus members with blood sugar readings greater than 100 mg/dL or be diagnosed with Type 2 diabetes in the past six months (but are not yet on blood sugar-controlling medication). All individuals must be ready and able to make lifestyle changes that will improve their health!

We hope to have another successful year helping our members prevent the development of Type 2 diabetes. And remember, Physicians Plus offers several programs for your patients who are at-risk or high-risk for chronic illnesses, including asthma, cardiovascular health, CHF and diabetes. Please visit *www.HealthyChoicesBigRewards. com/providers* and click "Population Health Management" for more information.

## In this issue

| | |
|---|---|
| *Update Your Credentials* | p. 2 |
| *New DME Authorization Rules* | p. 2 |
| *Formulary Update* | p. 3 |
| *Happy Anniversary to Us!* | p. 4 |

## Editor

Scott Shoemaker
E-mail: scott.shoemaker@pplusic.com

*The Provider Newsletter is dedicated to informing Physicians Plus providers about our organization's news and developments.*

P: 3827-0605

02

# Update Your Physicians Plus Credentials

Credentialing requirements are important to ensuring patient safety and providing the highest-quality care. Meriter, UW Hospital and Clinics and the Monroe Clinic manage credentialing for Physicians Plus. If you have privileges with one of these groups, your credentialing is likely performed there.

If you have a lapse in your reappointment cycle at the hospital, it's not just your privileges at that hospital that are affected; it may also impact your ability to treat Physicians Plus members in your clinic. Lapses in reappointment cycles can occur for many different reasons, such as returning your reappointment forms after the deadline or neglecting to comply with the TB testing requirements.

Please keep your reappointment cycle up to date and eliminate any extra work for you and your patients in the future!

# New DME Authorization Rules

We try hard at Physicians Plus Insurance Corporation to make health plan interactions clear and simple for both our members and the providers in our network. We are pleased to announce modifications to our Durable Medical Equipment (DME) and Supplies prior authorization requirements.

Effective March 28, 2006, we no longer require prior authorization for DME rentals. Additionally, the prior authorization requirement for DME purchases and supplies was changed from $730 per line item to $5,000 per line item. The process for prior authorization remains the same. Please note that approved authorizations do not guarantee payment, as payment is subject to member eligibility, availability of benefits and policy coverage at the time the service is provided.

Thank you for consistently providing our members with the highest quality medical supplies and care available. If you have any questions about these changes, please contact Provider Service at (608) 282-8900 or (800) 545-5015.



## Formulary Update

The Physicians Plus prescription drug formulary is the preferred list of prescription drugs developed by our Pharmacy & Therapeutics Committee and is continually updated through additions, deletions and status changes. Formulary drugs are covered under all of our prescription drug plans. Drugs not on the formulary are covered only by our three-tier drug plans. Prior Authorization (PA) medications require prescribers to submit a PA request form to Physicians Plus. The form must be submitted before the prescription is filled at a pharmacy. If PA is not obtained or is denied, members with two-tier coverage are responsible for 100% of the medication cost, and members with three-tier plans are responsible for 50% coinsurance. In addition, a change in formulary status may affect a member's out-of-pocket expense. Please contact the Pharmacy Services department at (608) 260-7803 with any questions.

### Key

Tier 1 Formulary low copay. Tier 2 Formulary moderate copay. Tier 3 Non-Formulary (prescription drugs available at 50% coinsurance for some benefit plans). PA Prior Authorization required. QL Quantity Limits are in place. TS Voluntary Tablet Splitting Program medication. Members electing to use #15 tablets per month will receive a half-copay or coinsurance reduction depending on their drug benefit.

Physicians Plus Insurance Corporation Provider Newsletter: Spring 2006, Edition 29                                                                03

| Drug Additions | Comments |
|---|---|
| ActoPlus Met (pioglitazone/metformin) | Combination tablet indicated to improve glycemic control in patients with type 2 diabetes mellitus who use combination pioglitazone and metformin, are not adequately controlled on metformin or are not adequately controlled on pioglitazone. |
| Allegra-D ST (Fexofenadine/ Pseudoephedrine) | Step Therapy requirement for a prescription claim for either OTC-Loratadine or Fexofenadine for Allegra-D to be covered at Tier 2. Without a step therapy prescription, Allegra-D is covered at Tier 3. |
| Byetta PA QL- (Exenatide) | Exenatide is indicated as adjunctive therapy to improve glycemic control in patients with type 2 diabetes who are taking metformin, a sulfonylurea, or a combination of metformin and a sulfonylurea. Prior authorization criteria include:<br>1. Certified Diabetic Educator scheduled to educate patient about Exenatide.<br>2. Failure/contraindication to maximum doses of two therapeutic classes biguanides, sulfonylureas and/or thiazolidinediones.<br>3. Quantity limit 1.2 mL per month for 5 mcg strength and Quantity limit of 2.4 mL per month for 10 mcg strength |
| Fosrenol (Lanthanum Carbonate) | Indicated for the treatment hyper-phosphatemia in patients with end-stage kidney disease that requires dialysis treatment. |
| Lyrica-PA QL-120 (Pregabilin) | Lyrica is a Category V controlled substance indicated for adjunctive therapy for partial onset seizures and management of neuropathic pain.<br>Prior Authorization Criteria:<br>1. Epilepsy—DEA pass-through for neurologists<br>2. Diabetic peripheral neuropathy/post-herpetic neuralgia—Failed therapeutic trial of the following:<br>a. Antidepressants (amitriptyline, nortriptyline, desipramine or paroxetine)<br>b. Anti-epileptic drugs (valproic acid, carbamazepine, oxcarbazepine or gabapentin) |
| Nevanac (Nepafenac) | Ophthalmic indicated for the treatment of ocular pain and inflammation associated with cataract surgery. |
| OTC-Loratadine Reditab | Non-sedating antihistamine rapid-dissolve tablet. |
| OTC-Loratadine-D 12 hour, 24 hour | Non-sedating antihistamine and pseudoephedrine. |
| Tamiflu QL-2 Influenza Rxs/year (Oseltamivir) Relenza QL-2 Influenza Rxs/year (Zanamivir) | The CDC recommends that neither amantadine nor rimantadine be used for the treatment or prophylaxis of influenza A in the United States for the remainder of the 2006 influenza season. During this period, Tamiflu and Relenza were added to the formulary at Tier 2 with a quantity limit of two influenza antiviral prescriptions per member per year. |
| Zemplar (Paricalcitol) | Indicated for the prevention and treatment of secondary hyper-parathyroidism associated with stage 3 or 4 chronic kidney disease. |
| Status Change | Comments |
| Ketek | Removed the prior authorization requirement for Ketek. Now available at formulary Tier 2. |
| Tablet splitting Zetia TS (Ezetimibe), Vytorin-TS (Simvastatin/Ezetimibe) | Added Zetia and Vytorin to the voluntary tablet-splitting program. |
| TNF Inhibitors (Enbrel-PA, Humira-PA, Kineret-pA) | Added Crohn's disease prior authorization criteria to existing criteria for Rheumatoid Arthritis and Psoriasis. Prior Authorization Criteria addition: Gastroenterology request or consult with Crohn's Disease diagnosis and documentation of failure/contraindications to at least one agent in the following: 1) Prednisone, Entocort EC and 2) Azathioprine. |
| Removals | Comments |
| Levlen (Ethinyl Estradiol/ Levonorgestrel) | Brand oral contraceptive moved to Tier 3. Formulary generic equivalents at Tier 1: Levora and Portia. |
| Levlite (Ethinyl Estradiol/ Levonorgestrel) | Brand oral contraceptive moved to Tier 3. Formulary generic equivalents at Tier 1: Aviane, Lessina and Lutera. |
| Mircette (Ethinyl Estradiol/Desogestrel) | Brand oral contraceptive moved to Tier 3. Formulary generic equivalent at Tier 1: Kariva. |
| Ortho Tri-Cyclen (Ethinyl Estradiol/ Norgestimate) | Brand oral contraceptive moved to Tier 3. Formulary generic equivalents at Tier 1: Trinessa, Tri-Sprintec and Tri-Previfem. |
| Ortho-Cept (Ethinyl Estradiol/ Desogestrel) | Brand oral contraceptive moved to Tier 3. Formulary generic equivalents at Tier 1: Apri, Reclipsen and Solia. |

04

# Happy Anniversary ... To Us!

Founded on a cold, snowy day in 1986 (not really, but it makes for a better story!), Physicians Plus celebrates its 20th Anniversary this year. A group of doctors with a vision and dedication to serving the community started this health plan 20 years ago, and Physicians Plus is what it is today because of that same commitment.

It's been our privilege to help you serve patients in southern Wisconsin during the past 20 years, and we look forward to working with you to provide even more of our neighbors with the best health plan available in the years to come!

## Provider Network Management Contacts

**President and Chief Executive Officer**
Martin A. Preizler
(608) 260-7011
E-mail: martin.preizler@pplusic.com

**Vice President and Chief Medical Officer**
Ron Parton, MD
(608) 260-7044
E-mail: ron.parton@pplusic.com

**Director of Clinical Quality Improvement**
Marcia Hladilek
(608) 260-7115
E-mail: marcia.hladilek@pplusic.com

**Director of Contracting**
Cliffe Connor
(608) 260-7170
E-mail: cliffe.connor@pplusic.com

**Director of Provider Network Management**
Mary D. Strasser
(608) 260-7026
E-mail: maryd.strasser@pplusic.com

**Credentialing Supervisor**
Sarah Linda
(608) 260-7163
E-mail: sarah.linda@pplusic.com

**Provider Service Representatives/ Integrated Voice Response (IVR) System**
(608) 282-8511
(888) 291-8235

**Provider Network Liaisons**
Mark Bennehoff
(608) 260-7179
E-mail: mark.bennehoff@pplusic.com

Traci Schaefer
(608) 260-7077
E-mail: traci.schaefer@pplusic.com

Jean Ziegler
(608) 260-7027
E-mail: jean.ziegler@pplusic.com

**Provider Network Management Fax**
(608) 258-1911

## Physicians Plus Provider Network Web Site

*www.HealthyChoicesBigRewards.com/providers*

Presorted Standard
U.S. Postage
PAID
Madison, WI
Permit #2675

Physicians Plus
INSURANCE CORPORATION
22 EAST MIFFLIN STREET
SUITE 200
MADISON, WI 53703