# EXHIBIT 68



Advantra®  
Care Management Resources  
Carelink Health Plans, Inc.  
CareNet  
Coventry Health Care plans  
Group Health Plan, Inc.  
HealthAmerica Pennsylvania, Inc.  

HealthAssurance Pennsylvania, Inc.  
HealthCare USA  
PersonalCare Insurance of Illinois, Inc.  
OmniCare  
Southern Health Services, Inc.  
WellPath Select, Inc.  

# LYRICA (pregabalin) PRIOR AUTHORIZATION FORM

*Coverage Policy:* Covered for members with *Epilepsy* as adjunct therapy, **or**
Covered for members with *Diabetic peripheral neuropathy* with documented failure of at least two of the following first-line agents (Failure is defined as intolerance or no clinical efficacy): Tricyclic Antidepressant, Gabapentin, Cymbalta *(requires prior authorization)*, **or**
Covered for members with *Post-herpetic neuropathy* with documented failure of at least two of the following first-line agents (Failure is defined as intolerance or no clinical efficacy): Tricyclic Antidepressant, Gabapentin, Lidoderm.
Approvals will be for 1 year.

**Non Coverage**
Lyrica is NOT indicated or considered experimental/investigational and therefore <u>NOT covered</u> for the following conditions
- Peripheral Neuropathy(s) (other than diabetic)
- Bipolar Disorder
- General Anxiety Disorder or Panic Disorder
- Fibromyalgia
- Post-operative pain

Other conditions not specified as a covered diagnosis

**PLEASE SEND COMPLETED FORM TO COVENTRY HEALTH CARE – PHARMACEUTICAL SERVICES**
**FAX:Q1 (866) 738-9682   PHONE: (877) 215- 4100**

| Requesting Physician: | Office Contact: |
|---|---|
| Call Center ID: | Plan ID:   Benefit: |
| Office Fax Number: | Phone Number: |

**MEMBER INFORMATION**

| Patient Name: | DOB: |
|---|---|
| Member ID#: | Date of Request: |

**MEDICATION INFORMATION**

| | |
|---|---|
| 1. | Please indicate patient's diagnosis:<br>☐ Epilepsy *(covered as adjunct therapy)*<br>☐ Diabetic Peripheral Neuropathy<br>☐ Post-Herpetic Neuropathy<br>☐ Other: _____ |
| 2. | Please list specific past treatment trials and submit progress notes related to the request:<br>**Tricyclic Antidepressants:**<br>  Drug/Dose:   Date(s) used:   Therapeutic Outcome:<br>  Drug/Dose:   Date(s) used:   Therapeutic Outcome:<br>  Drug/Dose:   Date(s) used:   Therapeutic Outcome:<br>**Gabapentin:**<br>  Dose:   Date(s) used:   Therapeutic Outcome:<br>**Other:**<br>  DrugDose:   Date(s) used:   Therapeutic Outcome: |
| 3. | Additional Comments: |

| Physician's Signature: |
|---|

CHCH 2007-1(12/05)

**Visit our Website at WWW.CVTY.COM**

Fax Confidentiality Notice: The information contained in this transmission is confidential, proprietary or privileged and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). The message is intended for the sole use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the attached material is strictly prohibited and may subject you to criminal or civil penalties. If you received this transmission in error please notify us immediately by telephone at 1-877-215-4100.