# EXHIBIT 70

Case 1:04-cv-10981-PBS   Document 586-68   Filed 12/22/2006   Page 1 of 13

# MEDIMPACT MEDCARE PLUS

# MEDICARE PART D FORMULARY STEP EDIT RESTRICTIONS

Copyright© 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

## SUMMARY

ANALGESICS, NARCOTICS ............................................................................................. 3
ANTICONVULSANTS* .................................................................................................... 4
ANTI-ULCER PREPARATIONS ....................................................................................... 5
B VERSUS D ADMINISTRATIVE STEP ......................................................................... 6
EYE ANTI-INFLAMMATORY AGENTS .......................................................................... 7
HEPATITIS B TREATMENT AGENTS ............................................................................ 8
HYPOGLYCEMICS, INSULIN-RESPONSE ENHANCER (N-S) .................................... 9
KETOLIDES ..................................................................................................................... 10
LEUKOTRIENE RECEPTOR ANTAGONISTS ............................................................. 11
NSAIDS, CYCLOOXYGENASE INHIBITOR-TYPE ..................................................... 12

**\* APPLIES TO NEW STARTS ONLY**

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

## ANALGESICS, NARCOTICS

Generic Name:            Morphine sulfate, 24-hour capsule

Brand Name:              Kadian

**STEP EDIT DESCRIPTION:**

Prior claim for morphine sulfate sustained action tablet (MS Contin) within the past 120 days.

---

Effective: 05/01/06

Created: 11/09/05          Updated: _____          Reviewed: _____

MedCare Plus                                         Page 3 of 12
Step Edit Restrictions                               April, 2006

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

## ANTICONVULSANTS

Generic Name:       Pregabalin

Brand Name:         Lyrica

**STEP EDIT DESCRIPTION**

Prior claim for gabapentin (Neurontin) within the past 120 days. This Step edit will apply to NEW STARTS ONLY and will not apply to beneficiaries transitioning to the plan on this medication.

---

Effective: 01/01/06

Created: 11/09/05          Updated: _____          Reviewed: _____

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS
# ANTI-ULCER PREPARATIONS

| | |
|---|---|
| Generic Name: | Esomeprazole magnesium trihydrate<br>Lansoprazole<br>Lansoprazole/naproxen<br>Omeprazole Powder for Oral Suspension<br>Pantoprazole sodium |
| Brand Name: | Nexium<br>Prevacid<br>Prevacid Naprapac<br>Zegerid<br>Protonix |

### STEP EDIT DESCRIPTION:

Prior claim for either Prilosec OTC or prescription (capsule) omeprazole within the past 120 days.

---

Effective: 01/01/06

Created: 09/2005            Updated:_____            Reviewed:_____

MedCare Plus                                                        Page 5 of 12
Step Edit Restrictions                                              April, 2006

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

# B VERSUS D ADMINISTRATIVE STEP

Generic Name:   Cyclophosphamide
                Methotrexate

Brand Name:     Cytoxan
                Rheumatrex

**STEP EDIT DESCRIPTION:**

Prior claim for a rheumatoid arthritis drug within the past 120 days.

---

Effective: 01/01/06

Created: 09/2005          Updated: _____          Reviewed: _____

MedCare Plus                                          Page 6 of 12
Step Edit Restrictions                                April, 2006

Copyright © 2005, Medimpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of Medimpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

# EYE ANTI-INFLAMMATORY AGENTS

Generic Name:     Bromfenac sodium

Brand Name:       Xibrom

**STEP EDIT DESCRIPTION:**

Prior claim for flurbiprofen sodium (Ocufen) within the past 120 days.

---

Effective: 05/01/06

Created: 11/09/2005          Updated: _____          Reviewed: _____

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

# HEPATITIS B TREATMENT AGENTS

Generic Name:     Entecavir

Brand Name:       Baraclude

**STEP EDIT RESTRICTION:**

Prior claim for Hepsera within the past 120 days.

---

Effective: 01/01/06

Created: 09/2005          Updated: _____          Reviewed: _____

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

# HYPOGLYCEMICS, INSULIN-RESPONSE ENHANCER (N-S)

| | |
|---|---|
| Generic Name: | Glipizide/metformin<br>Pioglitazone HCl<br>Pioglitazone/metformin<br>Rosiglitazone maleate<br>Rosiglitazone maleate/glimepiride<br>Rosiglitazone/metformin HCl |
| Brand Name: | Metaglip<br>Actos<br>Actoplus Met<br>Avandia<br>Avandaryl<br>Avandamet |

## STEP EDIT DESCRIPTION:

Prior prescription for metformin (Glucophage) within the past 120 days.

Effective: 01/01/06

Created: 09/2005          Updated: 02/09/06          Reviewed: _____

# KETOLIDES

MedCare Plus                                       Page 9 of 12
Step Edit Restrictions                              April, 2006

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

Generic Name:      Telithromycin

Brand Name:        Ketek

## STEP EDIT DESCRIPTION:

Prior use of a macrolide within the past 120 days.

---

Effective: 01/01/06

Created: 09/2005          Updated: _____          Reviewed: _____

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

# LEUKOTRIENE RECEPTOR ANTAGONISTS

Generic Name:    Montelukast sodium
                 Zafirlukast

Brand Name:      Singulair
                 Accolate

### STEP EDIT DESCRIPTION:

Prior prescription for a non-sedating antihistamine or asthma agent within the previous 120 days.

---

Effective: 01/01/06

Created: 09/2005          Updated: _____          Reviewed: _____

MedCare Plus                                              Page 11 of 12
Step Edit Restrictions                                    April, 2006

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

# MEDCARE PLUS
# STEP EDIT RESTRICTIONS

## NSAIDS, CYCLOOXYGENASE INHIBITOR-TYPE

Generic Name:	Celecoxib

Brand Name:	Celebrex

### STEP EDIT DESCRIPTION:

Prior prescription for two (2) separate non-steroidal anti-inflammatory agents within the past 120 days.

---

Effective: 01/01/06

Created: 09/2005	Updated: _____	Reviewed: _____

Copyright © 2005, MedImpact Healthcare Systems, Inc. All rights reserved. This document is confidential and proprietary and cannot be copied or reproduced without prior consent of MedImpact Healthcare Systems, Inc. All of the information in this document constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.