# EXHIBIT 71

## OUTPATIENT MEDICATIONS REQUIRING HEALTH SERVICES REVIEW

Certain medications require a health services review for determination of coverage. In these cases, clinical criteria based on current medical information and appropriate use must be met. Information must be provided before coverage is determined. Physicians may fax health services review requests to **(804) 354-2120 or 1-800-896-5125**. Members with questions pertaining to prescription drug prior authorization should contact their member service representative for more information using the member service telephone number on their identification card. The following drugs currently require prior authorization. Please note that this list is subject to change without notice and other benefit limitations may apply.

| CLASSIFICATION | MEDICATIONS |
|---|---|
| • Contraceptives | Contraceptives are generally only covered when prescribed to treat a medical condition, for non-HMO plans. Health Services Review is generally not required for HMO contracts. *Check benefits for specific plan limitations.* |
| • Dermatology | Amevive, Elidel*, Protopic*, Raptiva, (Avita and Retin-A if greater than age 35) |
| • Gonadotropin Releasing Hormone Analogs | Eligard, Lupron, Lupron Depot, Synarel, Trelstar LA & Depot, Vantas, Viadur, Zoladex |
| • Growth Hormones and Endocrine Agents | Genotropin, Geref, Humatrope, Increlex, IPLEX, Norditropin, Nutropin, Protropin, Saizen, Serostim, etc. |
| • All Hyaluronan Injections | Euflexxa, Hyalgan, Orthovisc, Supartz, Synvisc |
| • Immune Globulins | Gamimune N, Gammagard, Gammar-IV, Iveegam, Sandoglobulin, Venoglobulin, etc. |
| • Infertility Therapy | Clomiphene, Crinone, HCG, Humegon, Follistim, Gonal-F, Metrodin, Pergonal, etc |
| • Interferons | Actimmune, Infergen, Intron A, PEG-Intron, Pegasys, Rebetron, Roferon-A |
| • Miscellaneous Agents | Actiq, Botox, Cerezyme, Lamisil, Lyrica *, Myobloc, Penlac, Provigil, Sporanox, Topamax, Vfend |
| • NSAIDs/Cox-2 Inhibitors | Arthrotec, Celebrex*, Mobic* |
| • Oncology/Hematology Related Agents | Aranesp, Avastin, Eloxatin, Epogen, Erbitux, Ethyol, Gemzar, Gleevec, Leukine, Neulasta, Neupogen, Nexavar, Onxol, Paraplatin, Procrit, Revlimid, Rituxan, Sprycel, Sutent, Tarceva, Taxol, Taxotere, Thalomid, Xeloda, Zometa |
| • Pulmonary Hypertension | Flolan, Remodulin, Revatio |
| • Respiratory | RespiGam‡, Synagis‡, Xolair |
| • Rheumatoid Arthritis/Anti-TNF Therapy | Enbrel, Humira, Kineret, Orencia, Remicade |

*These medications will process at the pharmacy without a health services review if certain criteria are met. If the applicable criteria are not met, a health services review will be required.
‡ Note: Requires completion of specific RSV Form

## MEDICATIONS WITH QUANTITY LIMITATIONS

Drugs with quantity limitations require a health services review for amounts above the quantities listed below. Please note that this list is subject to change without notice and other benefit limitations may apply.

| MEDICATION | COVERAGE QUANTITY |
|---|---|
| **Dose Optimization** (ARBs, SSRIs, CCBs, Statins) | Total daily dose available as a single dose of a higher strength. |
| Actonel | Four-35mg tablets per month; or one-5mg/day; or one-30mg tablet/day |
| Actonel with Calcium | 28 tablets (4-Actonel plus 24-Caclium tablets) per 28 days |
| Actos | One tablet per day per month, all strengths |
| Aldara | Twelve packets per 28 days |
| Androderm | 60 systems-2.5mg, or 30 systems-5mg per month (standard packaging) |
| AndroGel | 60 packets-2.5gm, or 30 packets- 5gm per month (standard packaging) |
| **Antiemetics** | |
| • Anzemet | Five-100mg or ten-50mg tablets per 30 days |
| • Emend | Four-125mg, or eight-80mg, or four-therapy packs per 30 days, or one-40mg cap/fill |
| • Kytril | Eight-1mg tablets or 40ml-oral solution per 30 days |
| • Zofran | 48-4mg, or 24-8mg, or 8-24mg tabs or 240ml oral solution per 30 days |
| Avandamet | 120-1/500mg or 2/500mg tablets; or 60-2/1000mg, 4/500mg, or 4/1000mg tablets per month (standard packaging) |
| Avandia | Two-2mg or 4mg tablets per day; or one-8mg tablet per day |
| Boniva | One-150mg tablet per 28 days; or one-2.5mg tablet per day |

**THIS LISTING IS NOT INCLUSIVE OF ALL GROUP AND INDIVIDUAL BENEFITS AND MAY BE SUBJECT TO CHANGE.
SOME CONTRACTS MAY INCLUDE OR EXCLUDE COVERAGE FOR ADDITIONAL MEDICATIONS.**
*Revised 10/01/2006*

| | |
|---|---|
| **Byetta** | One prefilled pen per 30 days |
| **Celebrex** | 60 -100 mg or 200 mg tablets per 30 days; or 30 - 400 mg tablets per 30 days |
| **Enbrel** | Eight vials 25mg per 28 days or four vials 50mg per 28 days (standard packaging) |
| **Erectile dysfunction** | *Contractual exclusion for most HMO contracts. Check benefits for specific plan limitations.* |
| ▪ Caverject/Edex/Muse | Up to six dosage units per 30 days |
| ▪ Cialis/Levitra/Viagra | Up to six tablets per 30 days |
| **Forteo** | One pen per 28 days (standard packaging) |
| **Fosamax** | Four-35mg or 70mg tablets per month; or 30-5mg; 10mg or 40mg tablets per month |
| **Fosamax D** | Four tablets per 28 days |
| **Humira** | Two vials every 28 days (standard packaging) |
| **Insomnia Therapy** | |
| ▪ Ambien CR | |
| ▪ Lunesta | One tablet per day |
| ▪ Rozerem | |
| **Miacalcin** | One bottle (3.7mL) per month |
| **Migraine Medications** | |
| ▪ Amerge | |
| ▪ Axert | |
| ▪ Frova | |
| ▪ Imitrex | Any combination, not to exceed twelve dosage units per rolling 30 days |
| ▪ Maxalt | |
| ▪ Relpax | |
| ▪ Zomig | |
| ▪ Migranal Nasal | Six ampuls per 30 days |
| **Mobic** | One tablet per day |
| **Narcotics** | |
| ● Actiq | Four units per day or 120 units per 30 days (*health services review* also required) |
| ● Avinza | 120 capsules – 30mg, 60mg, or 90mg per 30 days; 180 capsules – 120mg per 30 days |
| ● Combunox | Four tablets per day with a maximum of 28 tablets per fill; not to exceed a 7 day supply per fill |
| ● Duragesic | 15 systems – 12.5mcg , 25mcg, or 50mcg per 30 days; 30 systems – 75mcg or 100mcg per 30 days |
| ● Kadian | 120 – 20mg, 30mg, 50mg, or 60mg capsules per 30 days; 180 – 100 mg capsules per 30 days |
| ● MS Contin | 120 – 15mg, 30mg, or 60mg tablets per 30 days; 180 – 100mg or 200mg tablets per 30 days |
| ○ Oramorph SR | 120 – 15mg, 30mg, or 60mg tablets per 30 days; 180 – 100mg tablets per 30 days |
| **Neulasta** | Up to two injections per 28 days (*health services review* also required) |
| **Non-Sedating Antihistamines (NSA)** | |
| ● Allegra, Allegra D | Allegra 180mg: One tablet per day; Allegra-D 24-hour: one tablet per day; Two-30mg; 60mg or Allegra-D 12 hour tablets per day |
| ● Clarinex, Clarinex-D | One tablet or Reditab or Clarinex-D per day; 300mLs Syrup per month |
| ● Zyrtec, Zyrtec D | One-5mg or 10mg (including chewables) per day; Two-Zyrtec-D tablets per day; 300ml syrup per month |
| | |

**THIS LISTING IS NOT INCLUSIVE OF ALL GROUP AND INDIVIDUAL BENEFITS AND MAY BE SUBJECT TO CHANGE.
SOME CONTRACTS MAY INCLUDE OR EXCLUDE COVERAGE FOR ADDITIONAL MEDICATIONS.**
*Revised 10/01/2006*

| | |
|---|---|
| **Ophthalmics**<br>▪ Alamast<br>▪ Alocril<br>▪ Alomide<br>▪ Crolom<br>▪ Elestat<br>▪ Emadine<br>▪ Livostin<br>▪ Opticrom<br>▪ Optivar<br>▪ Patanol<br>▪ Zaditor | One bottle per month |
| **Proton Pump Inhibitors (PPIs)**<br>▪ Aciphex<br>▪ Nexium<br>▪ Prevacid<br>▪ Brand Prilosec<br>▪ Protonix<br>▪ Zegerid | A *health services review* may be required for length of therapy greater than 90 days. PPI quantity limit of one tablet, capsule, or unit per day. |
| **Quinolone antibiotics (per Rx)** | Up to: #56-Ciprofloxacin IR or Ofloxacin; #42-Noroxin; #7-Factive; #21-Levaquin, Maxaquin, Tequin, or Avelox; #3-Cipro XR 500mg; #14-Cipro XR 1000mg |
| **Relenza/Tamiflu** | Tamiflu: Ten capsules or 75ml per Rx; Relenza: One inhaler per Rx. |
| **Revatio** | Three tablets per day |
| **Singulair** | One unit per day, all strengths |
| **Stadol Nasal Spray** | One canister per 30 days |
| **Subutex** | #12 of the 2mg tablets or #11 of the 8mg tablets per 90 days |
| **Testim** | One tube per day |
| **Test Strips** | 200 per 30 days *(HMO, Healthkeepers Plus and PHC contract retail quantity limits still apply). Check benefits for specific plan limitations.* |
| **Toradol** | 20-10mg tablets per month; or Four-15mg ; or two-30mg; or one-60mg injection(s) per month |
| **Ultram ER** | One tablet per day |
| **Zetia** | One tablet per day |
| **Zithromax** | Up to Ten tablets and/or 10 days supply per copayment |

## MEDICATIONS WITH STEP THERAPY

Coverage for these medications may be contingent upon a trial of preferred medications within a specific time period. In some situations, if certain criteria are met, these medications may process at the pharmacy without a health services review. If the applicable criteria are not met, a health services review will be required. Please note that this list is subject to change without notice and other benefit limitations may apply.

| MEDICATION | COVERAGE CRITERIA |
|---|---|
| | *Additional criteria may be required. Some edits list specific drug categories instead of specific drugs where drug names are too numerous to list. Please discuss specific drugs with physician.* |
| **Aranesp** | Prior trial of Procrit |
| **Byetta**\*\* | Currently on metformin, sulfonylurea or thiazolidinedione |
| **Dermatology**<br>▪ Amevive<br>▪ Raptiva<br>▪ Other biologics for psoriasis | Prior systemic therapy or light therapy *(health services review* also required*)* |
| **Elidel/Protopic** | Trial of topical steroid in the past 120 days **and** > 2 years of age |
| **Epogen** | Prior trial of Procrit |
| **Growth Hormones** | Trial of Genotropin, Humatrope, and Nutropin/ AQ in past 180 days |
| **Insomnia Therapy**\*\* | |
| ▪ Ambien CR | Trial of two prescription hypnotics in the past 180 days (including regular Ambien) |
| ▪ Lunesta | Trial of two prescription hypnotics in the past 180 days |
| ▪ Rozerem | Trial of two prescription hypnotics in the past 180 days or history of substance abuse |
| **Lyrica** | For non-seizure FDA approved indications - Trial of tricyclic antidepressant or anticonvulsant **and** trial of gabapentin |
| **Non-Steroidal Anti-Inflammatories (NSAIDSs)** | Trial of two traditional prescription NSAIDs or salicylates in the past 180 days |

**THIS LISTING IS NOT INCLUSIVE OF ALL GROUP AND INDIVIDUAL BENEFITS AND MAY BE SUBJECT TO CHANGE.**
**SOME CONTRACTS MAY INCLUDE OR EXCLUDE COVERAGE FOR ADDITIONAL MEDICATIONS.**
*Revised 10/01/2006*

| | |
|---|---|
| • Arthrotec<br>• Celebrex**<br>• Mobic** | |
| **Proton Pump Inhibitors (PPIs)*** | |
| • Aciphex<br>• Nexium<br>• Brand Prilosec<br>• Zegerid | Trial of at least two of the following in the past 180 days: omeprazole, Prevacid. Protonix |
| **Rheumatoid Arthritis/Anti-TNF Therapy*** | |
| • Enbrel<br>• Remicade | Health services review and quantity limits also apply. Coverage for some indications may require prior trial of conventional therapy or DMARD. |
| • Humira<br>• Kineret (RA only) | Trial of a DMARD **and** a trial of either Enbrel or Remicade. Health services review and quantity limits also apply. |
| • Orencia (for RA)<br>• Rituxan (for RA) | Trial of a DMARD **and** a trial of Remicade **and** Enbrel. Health services review also applies. |
| **Statin Therapy*** | |
| • Crestor | Adequate trial of simvastatin *and* Lipitor in the past 180 days |
| • Vytorin | Adequate trial of simvastatin in the past 180 days |
| • Zetia | Adequate trial of any statin (lovastatin, Lipitor, simvastatin, pravastatin, etc.) in the past 180 days |
| Test Strips | Lifescan (One Touch product line; Fast Take; Induo and Sure Step) and Roche products (Accu-Chek) |

**These medications also have a quantity limit requirement

**THIS LISTING IS NOT INCLUSIVE OF ALL GROUP AND INDIVIDUAL BENEFITS AND MAY BE SUBJECT TO CHANGE. SOME CONTRACTS MAY INCLUDE OR EXCLUDE COVERAGE FOR ADDITIONAL MEDICATIONS.**
*Revised 10/01/2006*