# EXHIBIT 72

Case 1:04-cv-10981-PBS   Document 586-70   Filed 12/22/2006   Page 1 of 2

Pregabalin (Lyrica®) Prior Authorization Form



**Complete Patient and Physician information (PLEASE PRINT)**

**STEP 1**

Patient name: _____  Physician Name: _____
Address: _____  Address: _____
Member ID: _____  Phone #: _____
Member DOB: _____  Fax #: _____
If Applicable: Pharmacy Name: _____
Pharmacy Phone: _____

**Complete the Clinical Assessment:**

**STEP 2**

| | | |
|---|---|---|
| Diagnosis | ☐ Epilepsy<br>☐ Postherpetic Neuralgia<br>☐ Diabetic Peripheral Neuropathy | ☐ Other (please state): |
| Clinical Consideration | ☐ Previous trial of Neurontin (gabapentin) for neuropathic pain | |
| | ☐ Previous or current trial of any anticonvulsant Please indicate which anticonvulsant: | |
| | For Medicare Part D members: these criteria apply only to NEW STARTS, if the patient has received pregabalin in the months preceding coverage with RMHP then the prescription should automatically be approved for continuity of care as directed by CMS. | |
| Supporting Documentation | Diagnosis: ICD-9 Code #/ Description (required):<br><br>Please attach a copy of the prescription or provide ALL of the information below:<br>Pregabalin (Lyrica®)<br>Strength _____<br>Sig _____<br>Qty _____<br>Refills _____<br><br>Please attach all relevant medical records and test results.<br>**Incomplete forms will not be processed.** | |

**STEP 3**

I certify that the above is correct and accurate to the best of my knowledge (please sign and date).

_____                _____
Prescriber Signature                              Date

**STEP 4** Fax completed form to the Rocky Mountain Health Plans Pharmacy Help Desk:
**970-248-5034**

| Rocky Mountain Health Plans Use ONLY | | | | |
|---|---|---|---|---|
| Pharmacy Research Technician | Authorization Status:<br>☐ Approved  ☐ Denied  ☐ Deferred | | RMHP Representative | Date |
| Date request received | Rx Rider | Beat | LOB | Comments: |
| Clinical Pharmacist | Authorization Status:<br>☐ Approved  ☐ Denied | | RMHP Representative | Date |
| Comments: | | | | |
| Medical Director | Authorization Status: ☐ Approved  ☐ Denied | | Medical Director | Date |
| Comments: | | | | |

Confidentiality Notice:

This facsimile transmission (and/or documents accompanying it) may contain confidential information. This information is intended only for the use of the individual(s) named above. If you have received this transmission in error, or cannot identify the recipient for distribution purposes, please notify us immediately at 970-244-7760. Plans underwritten by Rocky Mountain HMO or Rocky Mountain HealthCare Options.                1/4/06