# EXHIBIT 73



*A member of Children's Hospital and Health System.*

**Prior Authorization Form (PA Form 9845)**
**Lyrica (pregabalin)**

## Step 1: Complete top section of form and please print.

| Date: | Physician Name: |
|---|---|
| Patient Name: | Physician Address: |
| Patient Address: | |
| Patient ID Number: | Telephone #: |
| Date of Birth: | Fax #: |

**(If Criteria Met – Allow 48 hours for processing)**

## Step 2: Required Criteria:
**Patient must meet the following criteria:**
- ☐ For the treatment of adult partial onset seizures.

- ☐ For treatment of diabetic peripheral neuropathic pain or post-herpetic neuralgia in patients who have failed:
    - ☐ Neurontin (gabapentin) at ≥ 2,400 mg/day for ≥ 4 weeks, **and**
    - ☐ Cymbalta (duloxetine) at ≥ 40 mg/day for ≥ 4 weeks, **or**
    - ☐ Elavil (amitriptyline) at ≥ 50 mg/day for ≥ weeks when patient is < 65 years of age

## Step 3: Requesting:

☐ Lyrica (pregabalin)

## Step 4: Please sign, then fax to: 920-735-5312

**Prescriber's Signature** _____

**Prescriber's DEA Number** _____

For Office Use Only:

_____ Approved  _____ Denied  _____ Redirected to _____  Reviewed by _____  Date _____

Rev 08/10/05