# EXHIBIT 74

**Pharmacy
Prior Authorization Form**
For Prior Authorization please fax to: 616 942-8206



PriorityHealth

Last Reviewed:
January 2006

For Commercial and Medicare

# Lyrica® (pregabalin)

Member Name: _____    Member #: _____

DOB: _____ Sex: __    Provider Phone: _____

Provider Name: _____    Provider Fax: _____

Provider Office Contact Name: _____    Date: _____

**Indications:** Lyrica is indicated for management of:

1. Neuropathic pain associated with diabetic peripheral neuropathy.

2. Post-herpetic neuralgia.

3. Lyrica is indicated as adjunctive therapy for adult patients with partial onset seizures.

**Precertification Requirement:**

☐ Documentation that the patient is taking other medications for seizure disorder.

☐ Documentation that the patient has used gabapentin (Neurontin or generic) for at least 2 months.

☐ Documentation that the patient has used gabapentin (Neurontin or generic) for any length of time at a dose greater than or equal to 2400mg/day for the same diagnosis.

☐ Documentation that the patient cannot tolerate gabapentin at any dose for any length of time due to adverse events.

*For Internal Use Only*
GRP#/Name: _____ Copay: _____
Date Entered in Argus: _____ Effective Date: _____ Fills: _____
Status: _____ Reviewed by: _____
NDC: _____

Date Last Reviewed:
November 2005