# EXHIBIT 75



**Dean**
HEALTH PLAN

<deancare.com>

**Coverage of any drug intervention discussed in a DHP prior authorization guideline is subject to the limitations and exclusions outlined in the member's benefit certificate.**

**Drug Prior Authorization Guideline**     PA9845
**Pregabalin (Lyrica)—**

**Description:** Anticonvulsant approved for the adjunctive treatment of adult partial onset seizures, diabetic peripheral neuropathy, and postherpetic neuralgia

**Dean Health Plan Approved Uses:**

1.0 For treatment of adult partial onset seizures

2.0 For treatment of diabetic peripheral neuropathic pain or post-herpetic neuralgia in patients who have failed:

    2.1 Gabapentin (Neurontin) at $\geq$ 2,400 mg/day for $\geq$ 4 weeks, and

    2.2 Duloxetine (Cymbalta) at $\geq$ 40 mg/day for $\geq$ 4 weeks, or

    2.3 Amitriptyline (Elavil) at $\geq$ 50 mg/day for $\geq$ 4 weeks when patient is < 65 years of age

**Comment(s):**

1.0 None.

|  | **Committee/Source** | **Date(s)** |
|---|---|---|
| **Originated:** | Utilization Management Committee/ DHP Drug Formulary Committee/ Navitus P&T Committee | March 28, 2006 |
| **Revised:** | | |
| **Reviewed:** | | |

*This document is published solely for the benefit of Dean Health Plan members, health care providers & pharmacy providers who render service to Dean Health Plan members. This criteria may not be used for any other purpose of any other party, nor may any part of this criteria be reproduced in any form except by the prior written permission of Dean Health Plan.*