| | |
|---|---|
| 1 | MICHAEL A. K. DAN (SBN 46383) |
| 2 | HENRY G. REED (SBN 234633 |
|   | MICHAEL A. K. DAN, A PROFESSIONAL CORPORATION |
| 3 | 1990 S. Bundy Drive, Suite 540 |
|   | Los Angeles, CA 90025 |
| 4 | Telephone (310) 979-0325 |
| 5 | Facsimile (310) 979-7329 |
|   | E-MAIL:   MDAN@MAKDLAW.COM |

FILED
IN CLERKS OFFICE
[stamp]
U.S. DISTRICT COURT
DISTRICT OF MASS.

Attorneys for Plaintiff(s)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARILYN LEWIS, HARRY LEWIS, | CIVIL ACTION NO.: 1:06-cv-11392-PBS (MDL No.: 1629) |
| Plaintiffs, | Master Docket No.: 1:04-10981-PBS |
| vs. | |
| JOHN BARRETT; THE HERTZ CORPORATION; PFIZER, INC; and DOES 1-300, Inclusive, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF JOINING DEFENDANTS' MOTION TO SEVER AND TRANSFER PLAINTIFFS' FIRST CAUSE OF ACTION OF PLAINTIFFS' COMPLAINT TO UNITED STATES DISTRICT COURT/CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

Plaintiffs, MARILYN AND HARRY LEWIS, hereby join in Defendants', JOHN BARRETT AND THE HERTZ CORPORATION, Motion to Sever and Transfer Plaintiffs' First Cause of Action of Plaintiffs' Complaint to the United States District Court, Central District of California, Western Division. A true and correct copy of said Motion is attached hereto as Exhibit 1 and is fully incorporated hereto by this reference.

DATED: December 14, 2006

MICHAEL A. K. DAN
A Professional Corporation

By: [signature]
MICHAEL A. K. DAN
HENRY G. REED
Attorneys for Plaintiffs