UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
                                                  :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                      :
        SALES PRACTICES AND                       :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION             :
------------------------------------------------- x  Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  :  Magistrate Judge Leo T.
                                                  :  Sorokin
        PRODUCTS LIABILITY ACTIONS                :
                                                  :
                                                  :
                                                  :
------------------------------------------------- x
```

## DEFENDANTS' MOTION FOR RANDOM SELECTION OF TRACK ONE PLAINTIFFS

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move the Court to randomly select, or direct the parties to randomly select, those personal injury, product liability plaintiffs denoted as "Track One" plaintiffs in this Court's December 20, 2006 Discovery Order No. 7.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court randomly select, or direct the parties to randomly select, those personal injury, product liability plaintiffs denoted as "Track One" plaintiffs.

Dated: January 4, 2007

                              DAVIS POLK & WARDWELL

                              By:  /s/ James P. Rouhandeh
                                    James P. Rouhandeh

                              450 Lexington Avenue
                              New York, New York 10017
                              (212) 450-4000

                                - and -

                              HARE & CHAFFIN

                              By:  /s/ David B. Chaffin
                                    David B. Chaffin

                              160 Federal Street
                              Boston, Massachusetts 02110
                              (617) 330-5000

                              *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                                  /s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 4, 2007.

                                                  /s/David B. Chaffin