# Exhibit A

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 0 2005

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| IN RE: : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY : | |
| LITIGATION : | ALL CASES |

## ORDER RE: BELLWETHER TRIAL SELECTION

After considering the numerous briefs submitted by both parties, hearing oral arguments, and conducting research, the following will be used in selecting the cases that will serve as bellwether trials.

The pool of potential trial cases will be composed of Plaintiffs who:

(1) are residents of Arkansas;

(2) filed complaints in either the Eastern or Western Districts of Arkansas;

(3) include Wyeth as a defendant (but not necessarily the only defendant);

(4) are alleging breast cancer as an injury (but not necessarily the only injury);

(5) have completed their fact sheets; and

(6) filed their complaints before April 22, 2005.

I will provide the parties a list of cases that involve Arkansas residents who have filed cases in Arkansas.[1] The parties will mark the cases on the list that meet the fourth and fifth criteria listed above and return the list to me within fourteen (14) days of the date of this order.

---

[1] Exhibit A. If my list is not complete, the parties must provide me with a supplementary list of additional cases that meet the criteria within fourteen (14) days from the date of this order.

671

From this list of cases, I will randomly draw from a hat (literally) fifteen cases. Upon designation of these cases as potential bellwether cases, initial scheduling orders will be issued and the parties must commence "full speed ahead" discovery.

After four (4) months of discovery in these cases,[2] the parties must "meet and confer" and, if possible, *together* select five (5) cases that: (1) are most likely to be ready by the July 31, 2006 trial date and (2) involve representative plaintiffs -- as nearly so as possible. If the parties can't agree or I feel that the proposed cases are not representative enough, I will review and select appropriate cases.

IT IS SO ORDERED this 20th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 6/21/05 BY _____

---

[2] This is a flexible time period, and at the request of either party could be pushed back.

2