Exhibit D

Westlaw.

Not Reported in F.Supp.                                                                    Page 1
Not Reported in F.Supp., 1996 WL 571535 (E.D.Tex.)
(Cite as: 1996 WL 571535 (E.D.Tex.))

# H

**Motions, Pleadings and Filings**

Only the Westlaw citation is currently available.

United States District Court, E.D. Texas, Beaumont
Division.
In re NORPLANT CONTRACEPTIVE PRODUCTS
LIABILITY LITIGATION.
**MDL No. 1038.**

Aug. 12, 1996.

*ORDER ON SELECTION OF PLAINTIFFS FOR
BELLWETHER TRIALS*

SCHELL, Chief Judge.

*1 On July 2, 1996, liaison counsel appeared before
the court for a telephonic conference regarding a
number of disputes in this case. After reviewing the
submissions from each side and hearing their
arguments, the court is of the opinion that the
following method should be used to select the
plaintiffs for the bellwether trials in this litigation.

The pool of potential bellwether trial plaintiffs shall
be composed of plaintiffs who (1) reside in the
Eastern District of Texas, Harris or Galveston
counties;    (2) are represented by Messrs. Parks,
Slack, or Dampier;  and (3) filed their actions in the
Eastern District of Texas.  From this pool, the parties
will randomly select a group of twenty-five plaintiffs.
After discovery, three groups of five women will be
selected from this group by the parties for three
bellwether trials.  The first of these bellwether trials
is scheduled to begin on February 24, 1997.

Not Reported in F.Supp., 1996 WL 571535
(E.D.Tex.)

**Motions, Pleadings and Filings (Back to top)**

• 1996 WL 33576547 (Trial Pleading) Second
Amended Master Class Action Complaint and
Demand for Jury Trial (Jan. 31, 1996)

• 1995 WL 17065793 (Trial Motion, Memorandum
and Affidavit) Plaintiffs' Response to the Court's

September 25, 1995 Order Regarding Medical
Monitoring (Nov. 30, 1995)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.