UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and AETNA, INC. v. PFIZER INC. | |

## SUBMISSION PURSUANT TO DISCOVERY ORDER NO. 7

Pursuant to Discovery Order No. 7 (Docket 582, Dec. 20, 2006), Defendants submit the following proposals to search for information responsive to Plaintiffs' interrogatories:

**"Neurontin Events and Articles"**

For the period January 1, 1994 through June 2000, Defendants will run search terms for each of the off-label indications that remains in this case across documents from the files of Warner-Lambert employees likely to have relevant information regarding events and articles. These employees include those with responsibility for both national and regional marketing of

Neurontin as well as medical liaisons and employees within the medical and clinical development departments with responsibility for Neurontin. For the period June 2000 through May 31, 2004, Defendants will run search terms for each of the relevant off-label indications across documents from marketing, medical and clinical development personnel.

Defendants will review the documents that these searches yield to identify documents that pertain to events or articles that Defendants sponsored or funded relating to relevant off-label indications for Neurontin. In response to Interrogatories 6 though 12, Defendants will identify by Bates range responsive documents, if any. Defendants believe that these searches are likely to identify information responsive to Plaintiffs' interrogatories relating to articles and events because the foregoing personnel are most likely to have such information.

**"Marketing Strategies"**

For the period January 1998 through June 2000, Defendants will run searches for responsive information across documents from the files of Warner-Lambert employees with responsibility for marketing Neurontin at headquarters and at each of the regional offices of the company, known as Customer Business Units. Defendants will identify by Bates range documents that contain information responsive to Interrogatory 19.

For the period June 2000 through May 31, 2004, Pfizer marketed Neurontin. At Pfizer the marketing function was run from headquarters and, unlike Warner-Lambert, Pfizer did not have regional offices at which persons had responsibility for marketing Neurontin. Information responsive to Interrogatory 21 will therefore exist, if at all, within the files of the national marketing team. Defendants previously indicated that they will search within those files for information responsive to Interrogatory 21.

Dated: January 4, 2007

                        DAVIS POLK & WARDWELL

                        By:   /s/ James P. Rouhandeh
                               James P. Rouhandeh

                        450 Lexington Avenue
                        New York, New York 10017
                        (212) 450-4000

                           - and -

                        HARE & CHAFFIN

                        By:   /s/ David B. Chaffin
                               David B. Chaffin

                        160 Federal Street
                        Boston, Massachusetts 02110
                        (617) 330-5000

                        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

     I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this submission and that the requirements of Local Rule 37.1 and Discovery Order No. 7 have been complied with.

                                          s/David B. Chaffin

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 4, 2007.

                                          /s/David B. Chaffin