## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS) | Master File No. 04-10981<br><br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF THEODORE M. HESS-MAHAN

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3(c), the undersigned counsel hereby withdraws his appearance on behalf of Plaintiffs Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals in the above-captioned matter. Plaintiffs will continue to be represented by the law firm of Shapiro Haber & Urmy LLP in this action. Please remove the above-named attorney from the docket as counsel of record in this action.

Dated: January 5, 2007                Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

*Attorneys for Plaintiff*

**Certificate of Service**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2007.

                                        **/s/Theodore M. Hess-Mahan**
                                        Theodore M. Hess-Mahan