UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------- x
                                                   :
In re:  NEURONTIN MARKETING, SALES PRACTICES,      :
        AND PRODUCTS LIABILITY LITIGATION          :
                                                   :
-------------------------------------------------- x   MDL Docket No. 1629
                                                   :
THIS DOCUMENT RELATES TO:                          :   Master File No. 04-10981
                                                   :
ALL CLASS ACTIONS                                  :
                                                   :   Judge Patti B. Saris
                                                   :
-------------------------------------------------- x   Magistrate Judge Leo T.
                                                   :   Sorokin
HARDEN MANUFACTURING CORPORATION;                  :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,        :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;             :
INTERNATIONAL UNION OF OPERATING ENGINEERS,        :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL       :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and        :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY.                                           :
                                                   :
-------------------------------------------------- x
```

**DEFENDANTS' ASSENTED-TO MOTION FOR ENLARGEMENT OF
TIME TO ANSWER THIRD AMENDED CLASS ACTION COMPLAINT**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants"), respectfully move, with the assent of plaintiffs, for a four-day enlargement of the time within which Defendants must answer Plaintiffs' Third Amended Class Action Complaint. The grounds for this motion are:

1. Defendants' answer to the Third Amended Class Action Complaint currently is due today.

2. Defendants require additional time to prepare their answer.

3. Defendants seek only a four-day enlargement, to January 12, 2007.

4. The enlargement will not delay these proceedings or prejudice any party.

5. Plaintiffs have assented to this motion.

WHEREFORE, Defendants respectfully request that the Court enlarge to January 12, 2007, the time within which they must answer the Third Amended Class Action Complaint.

Dated: January 8, 2007

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
      James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

**CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred and have resolved the issue presented by this motion.

/s/David B. Chaffin

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 8, 2007.

                                                        /s/David B. Chaffin