UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,              :
       SALES PRACTICES AND              :   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION   :
------------------------------------------------------------- x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:                 :
:   Magistrate Judge Leo T.
   ALL ACTIONS                            :   Sorokin
:
:
:
:
------------------------------------------------------------- x

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: December 29, 2006

/s/ Lori McGroder
Lori C. McGroder
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

## CERTIFICATE OF SERVICE

    I hereby certify that this document will be served pursuant to Case Management Order No. 3.

/s/David B. Chaffin