UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
In re: NEURONTIN MARKETING,           : MDL Docket No. 1629
       SALES PRACTICES AND            :
       PRODUCTS LIABILITY LITIGATION  : Master File No. 04-10981
                                      :
------------------------------------------------------------ x Judge Patti B. Saris
                                      :
THIS DOCUMENT RELATES TO:             : Magistrate Judge Leo T.
                                      : Sorokin
    ALL ACTIONS                       :
                                      :
                                      :
                                      :
------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Please enter my appearance as co-counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: December 28, 2006

James P. Muehlberger
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served pursuant to Case Management Order No. 3.

/s/David B. Chaffin