UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS) and | ) ) ) ) | Judge Patti B. Saris |
| AETNA, INC. v. PFIZER INC., et al., 04 CV 10958 (PBS) | ) ) ) ) ) | |

## NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective January 26, 2007, the law firm Lowey

Dannenberg Bemporad & Selinger, P.C. will change its name to Lowey Dannenberg Bemporad

Selinger & Cohen, P.C.  The office address has been changed to:

> LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
> White Plains Plaza
> 1 North Broadway, 5th Floor
> White Plains, NY  10601-2310

The telephone and facsimile numbers remain the same.

1825 / NOT / 00081040.WPD v1

Please use this new firm name and address on all pleadings, correspondence and other documents.

Dated:

By: _Richard Bemporad_

Richard Bemporad, Esq.
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
1 North Broadway, 5th Floor
White Plains, NY  10601-2310
Tel:  914-997-0500
Fax:  914-997-0035

1825 / NOT / 00081040.WPD v1