-----Original Message-----
**From:** Walker, Scott [mailto:swalker@dglaw.com]
**Sent:** Monday, December 11, 2006 12:53 PM
**To:** Jeff Gibson
**Cc:** Corcoran, Paul
**Subject:** RE:

I assume that as well, i.e., that your motion will be discussed at that conference. But I guess its ultimately the Court's decision as to what it will address.

Best regards,

Scott L. Walker
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
Tel. 212-468-4975
Direct fax. 212-974-6941
Mobile. 973-699-2816
swalker@dglaw.com

---

**From:** Jeff Gibson [mailto:jgibson@cohenandmalad.com]
**Sent:** Monday, December 11, 2006 12:53 PM
**To:** Walker, Scott
**Subject:**

Scott,

    I am in receipt of your response to Plaintiffs' Motion to Compel Production from Sudler & Hennessey, Cline Davis & Mann, Inc., Ferguson, Adelphi, Inc, Current Medical Directions, Inc, Fallon Medica, and The Impact Group. I assume the Court will address the outstanding document dispute at the 2 pm discovery conference tomorrow.

Jeff S. Gibson
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Phone: 317 636-6481
Fax: 317 636-2593

1/12/2007

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL AND/OR ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DELETE ALL ELECTRONIC COPIES OF THE MESSAGE AND ITS ATTACHMENTS. PLEASE DESTROY ANY HARD COPIES YOU MAY HAVE CREATED AND PLEASE NOTIFY US IMMEDIATELY.

THANK YOU.

---

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.  For more information please click on the following link: http://www.dglaw.com/circular/

This message contains confidential information and is intended only for jgibson@cohenandmalad.com, PCorcoran@dglaw.com. If you are not jgibson@cohenandmalad.com, PCorcoran@dglaw.com you should not disseminate, distribute or copy this e-mail. Please notify swalker@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.