UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :
In re:  NEURONTIN MARKETING AND        :
SALES PRACTICES LITIGATION           :  MDL Docket No. 1629
          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Master File No. 04-10981
          :
THIS DOCUMENT RELATES TO:         :
          :  Judge Patti B. Saris
THE GUARDIAN LIFE INSURANCE COMPANY OF  :
AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS) and  :  Magistrate Judge Leo T.
          :  Sorokin
AETNA, INC. v. PFIZER INC., et al., 04-CV-10958 (PBS)  :
          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' ANSWER TO THIRD COORDINATED AMENDED COMPLAINT

Defendants Pfizer Inc. ("Pfizer") and Warner-Lambert Company (together, Defendants"),

by their undersigned counsel, answer Plaintiffs' Third Coordinated Amended Complaint in the

actions specifically referenced above as follows:[1]

## I.  NATURE OF THE CASE

    1.    Deny the allegations in paragraph 1.

    2.    Deny the allegations in paragraph 2.

    3.    Deny the allegations in paragraph 3.

    4.    Deny the allegations in paragraph 4.

    5.    Deny the allegations in paragraph 5, and refer to the information, settlement

agreement, and voluntary compliance agreement for their contents.

---

[1] Plaintiffs have included in their Third Coordinated Amended Complaint numerous allegations that relate to claims that have been dismissed and have reasserted claims that have been dismissed.  Defendants have attempted to identify each such allegation and claim and to respond accordingly.  To the extent Defendants have not succeeded in identifying every such allegation and claim, they deny any obligation to respond to any allegation that relates to a dismissed claim or to any dismissed claim and deny that any such allegation or claim is valid or at issue.

## II.    PARTIES

6.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6, and therefore deny same.

7.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7, and therefore deny same.

8.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8, and therefore deny same.

9.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and therefore deny same.

10.     Admit the allegations in paragraph 10.

11.     Deny the allegations in paragraph 11, except admit that Warner-Lambert Company was a Delaware corporation; that prior to its acquisition by Pfizer in 2000, Warner-Lambert Company was headquartered in New Jersey; that Warner-Lambert Company received FDA approval to market Neurontin in the United States in 1993; and that Warner-Lambert Company marketed Neurontin in the United States until June 2000.

## III.    JURISDICTION AND VENUE

12.     Paragraph 12 asserts legal conclusions to which no responses are required, and Defendants therefore deny the allegations in paragraph 12.

13.      Paragraph 13 asserts legal conclusions to which no responses are required, and Defendants therefore deny the allegations in paragraph 13.

14.     Paragraph 14 asserts legal conclusions to which no responses are required, and Defendants therefore deny the allegations in paragraph 14.

## IV.     FACTUAL ALLEGATIONS

### A.     Neurontin

15.     Paragraph 15 asserts legal conclusions to which no responses are required, and Defendants therefore deny the allegations in paragraph 15.

16.     Deny except admit the allegations in the second and last sentences of paragraph 16.

17.     Defendants deny the allegations in paragraph 17, except admit that in May 2002 the FDA approved Neurontin for the management of postherpetic neuralgia and that the FDA has not approved Neurontin for other conditions.

18.     Deny the allegations in paragraph 18, except deny knowledge or information sufficient to form a belief as to the percentage of Neurontin prescribed for off-label conditions and therefore deny same.

### B.     Defendants' Deliberate Decision to Avoid Seeking FDA Approval and Promote Off-Label Uses for Neurontin Through the Publication of False And Misleading Scientific, Medical and Clinical Data

19.     Deny the allegations in paragraph 19.

20.     Deny the allegations in paragraph 20.

21.     Deny the allegations in paragraph 21, and refer to the patents for their contents.

22.     Deny the allegations in paragraph 22.

23.     Deny the allegations in paragraph 23, and refer to the referenced document for its contents.

24.     Deny the allegations in paragraph 24, and refer to the referenced document for its contents.

25.    Deny the allegations in paragraph 25, and refer to the referenced documents for their contents.

26.    Deny the allegations in paragraph 26, and refer to the referenced documents for their contents.

27.    Deny the allegations in paragraph 27.

**C.    Implementation of the "Publication Strategy"
and Creation of the Promotion Enterprise**

28.    Deny the allegations in paragraph 28, and refer to the referenced document for its contents.

29.    Deny the allegations in paragraph 29, and refer to the referenced document for its contents.

30.    Deny the allegations in paragraph 30, and refer to the referenced documents for their contents.

31.    Deny the allegations in paragraph 31.

32.    Deny the allegations in paragraph 32.

33.    Paragraph 33 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 33.

**D.    The Promotion Enterprise**

34.    Paragraph 34 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 34.

35.    Paragraph 35 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 35.

36.    Paragraph 36 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 36.

37.    Paragraph 37 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 37.

38.    Paragraph 38 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 38.

39.    Paragraph 39 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 39.

40.    Paragraph 40 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 40.

41.    Paragraph 41 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 41.

42.    Paragraph 42 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 42.

43.    Paragraph 43 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 43.

### 1.    The Role of Medical Marketing Firms — The Vendor Participants

44.    Paragraph 44 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 44.

45.    Paragraph 45 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 45.

46.    Paragraph 46 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 46.

47.    Paragraph 47 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 47.

48.    Paragraph 48 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 48.

(a)    **Cline Davis**

49.    Paragraph 49 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny knowledge or information sufficient to form a belief to the truth of the allegations in the first sentence of paragraph 49 and deny the remaining allegations in paragraph 49.

50.    Paragraph 50 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 50.

51.    Paragraph 51 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 51.

52.    Paragraph 52 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 52.

53.    Paragraph 53 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 53.

54.    Paragraph 54 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 54.

55.     Paragraph 55 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 55.

### (b)    Thompson Physicians World

56.     Paragraph 56 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 56 and deny the remaining allegations in paragraph 56.

57.     Paragraph 57 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 concerning the identity of the alleged division and concerning accreditation and deny the remaining allegations in paragraph 57.

58.     Paragraph 58 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 58.

59.     Paragraph 59 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 59, and refer to the referenced document for its contents.

60.     Paragraph 60 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 60, and refer to the referenced document for its contents.

61.    Paragraph 61 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 61, and refer to the referenced document for its contents.

62.    Paragraph 62 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 62.

63.    Paragraph 63 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 63, and refer to the referenced document for its contents.

64.    Paragraph 64 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 64.

65.    Paragraph 65 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 65.

66.    Paragraph 66 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 66.

(c)     **Sudler & Hennessey**

67.     Paragraph 67 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 67 and deny the remaining allegations in paragraph 67.

68.     Paragraph 68 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 68.

69.     Paragraph 69 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 69.

70.     Paragraph 70 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 70.

71.     Paragraph 71 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 71.

72.     Paragraph 72 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 72.

(d)    **MEDED/MEDCON**

73.    Paragraph 73 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences and the last sentence of paragraph 73 and deny the remaining allegations in paragraph 73.

74.    Paragraph 74 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 74.

75.    Paragraph 75 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 75.

76.    Paragraph 76 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 76, and refer to the referenced articles for their contents.

77.    Paragraph 77 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 77.

78.    Paragraph 78 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 78.

        **(e)**     **MES**

79.     Paragraph 79 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, and fourth sentences of paragraph 79 and deny the remaining allegations in paragraph 79.

80.     Paragraph 80 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 80.

81.     Paragraph 81 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 81.

82.     Paragraph 82 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 82, and refer to the referenced articles for their contents.

83.     Paragraph 83 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 83 and refer to the referenced article for its contents.

84.     Paragraph 84 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further

answering, Defendants deny the allegations in paragraph 84, and refer to the referenced article for its contents.

85.    Paragraph 85 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 85.

### (f)    HCC

86.    Paragraph 86 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 86 and deny the remaining allegations in paragraph 86.

### (g)    AMM/Adelphi

87.    Paragraph 87 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 87 and deny the remaining allegations in paragraph 87.

88.    Paragraph 88 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 88, and refer to the referenced articles for their contents.

89.    Paragraph 89 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further

answering, Defendants deny the allegations in paragraph 89, and refer to the referenced articles for their contents.

90.    Paragraph 90 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 90.

### 2.    The Role of Physicians — The Physician Participants

91.    Paragraph 91 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 91.

92.    Paragraph 92 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 92.

93.    Paragraph 93 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 93.

94.    Paragraph 94 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 94.

95.    Paragraph 95 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 95.

96.    Paragraph 96 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 96, and refer to the referenced articles for their contents.

97.    Paragraph 97 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 97.

98.    Paragraph 98 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 98.

99.    Paragraph 99 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 99.

### 3.    Participation and Knowledge of the Vendor and Physician Participants

100.    Paragraph 100 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 100.

101.    Paragraph 101 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 101.

### E. Defendants' Use of the Promotion Enterprise to Fraudulently Promote Neurontin — The Misrepresentations

#### 1. Introduction

102.     Paragraph 102 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 102.

103.     Paragraph 103 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 103.

#### 2. False and Misleading Statements Regarding Pain

104.     Paragraph 104 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 104.

105.     Paragraph 105 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 105, and refer to the referenced complaint for its contents.

106.     Paragraph 106 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 106.

107.     Paragraph 107 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 107.

108.    Paragraph 108 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 108.

109.    Paragraph 109 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 109.

110.    Paragraph 110 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 110.

### 3.    False and Misleading Statements Regarding Diabetic Peripheral Neuropathy

111.    Paragraph 111 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 111.

112.    Paragraph 112 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 112, and refer to the referenced document for its content.

113.    Paragraph 113 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 113, and refer to the referenced article for its contents.

114.    Paragraph 114 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 114, and refer to the referenced

Drugdex Drug Information System for its contents.

115.    Paragraph 115 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 115.

### 4.    False and Misleading Statements Regarding Restless Leg Syndrome

116.    Paragraph 116 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 116.

117.    Paragraph 117 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 117.

118.    Paragraph 118 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 118.

119.    Paragraph 119 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 119.

120.    Paragraph 120 contains allegations that relate to a claim or claims that have been

dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 120.

121.    Paragraph 121 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 121.

122.    Paragraph 122 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 122.

123.    Paragraph 123 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 123.

### 5.    False and Misleading Statements Regarding Bipolar Disorder

124.    Paragraph 124 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 124.

125.    Paragraph 125 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 125.

126.    Paragraph 126 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 126.

127.    Paragraph 127 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 127.

128.     Paragraph 128 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 128.

129.     Paragraph 129 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 129.

**6.      False and Misleading Statements Regarding Social Phobia**

130.     Paragraph 130 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 130.

131.     Paragraph 131 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 131.

132.     Paragraph 132 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 132, and refer to the published results of the clinical trial for their contents.

133.     Paragraph 133 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 133, and refer to the published results of the clinical trial for their contents.

**7.    False and Misleading Statements Regarding Panic Disorder**

134.    Paragraph 134 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 134.

135.    Paragraph 135 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 135.

136.    Paragraph 136 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 136.

**8.    False and Misleading Statements Regarding Migraine**

137.    Paragraph 137 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 137.

138.    Paragraph 138 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 138.

139.    Paragraph 139 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 139.

140.    Paragraph 140 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 140.

141.    Paragraph 141 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 141.

142.    Paragraph 142 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 142.

143.    Paragraph 143 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 143.

144.    Paragraph 144 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 144.

**9.    False and Misleading Statements Regarding Monotherapy for Epilepsy**

145.    Paragraph 145 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 145, and refer to the published results of clinical trial 945-82 for their contents.

146.    Paragraph 146 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 146, and refer to the results of the clinical trials for their contents.

147.     Paragraph 147 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 147.

148.     Paragraph 148 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 148, and refer to the NDA submitted on September 13, 1996 for its contents and refer to the August 26, 1997 letter for its contents.

149.     Paragraph 149 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 149.

150.     Paragraph 150 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 150.

### 10.     False and Misleading Statements Regarding Dosages Above the FDA-Approved Maximum

151.     Paragraph 151 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 151.

152.     Paragraph 152 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 152.

153.     Paragraph 153 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 153, and refer to the results of the clinical trials for their contents.

154.    Paragraph 154 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 154.

155.    Paragraph 155 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 155.

156.    Paragraph 156 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 156.

157.    Paragraph 157 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 157.

158.    Paragraph 158 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 158.

159.    Paragraph 159 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 159.

160.    Paragraph 160 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 160.

161.    Paragraph 161 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 161.

162.    Paragraph 162 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 162, and refer to the FDA letter dated August 26, 1997 for its contents.

163.    Paragraph 163 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 163, and refer to the FDA letter dated August 26, 1997 for its contents.

164.    Paragraph 164 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 164.

165.    Paragraph 165 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 165.

### 11.    <u>False and Misleading Statements Regarding the Lack of Side Effects</u>

166.    Paragraph 166 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 166.

167.    Paragraph 167 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 167.

168.    Paragraph 168 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 168.

169.    Paragraph 169 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 169.

170.    Paragraph 170 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 170.

171.    Paragraph 171 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 171.

### 12.    **False and Misleading Statements Regarding Other Indications**

172.    Paragraph 172 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 172.

### F.    **Alternative Treatments Cheaper than Neurontin**

173.    Deny the allegations in paragraph 173.

174.    Deny the allegations in paragraph 174.

175.    Deny the allegations in paragraph 175.

176.    Deny the allegations in paragraph 176.

**G.    Alternative Sub-Enterprises**

177.    Deny the allegations in paragraph 177.

**H.    The Unlawful Conduct Continues Following The Pfizer Merger
With Warner-Lambert And Through At Least December 2004**

178.    Paragraph 178 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Paragraph 178 asserts a legal conclusion to which no response is required, and Defendants therefore deny the allegations in paragraph 178, except admit that Pfizer acquired Warner-Lambert in June 2000.

179.    Paragraph 179 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 179 and refer to the results of the referenced trials for their contents.

180.    Paragraph 180 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 180.

181.    Paragraph 181 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 181.

182.    Paragraph 182 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 182.

183.     Paragraph 183 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 183, and refer to the results of the referenced study for their contents.

### 1.    Articles Sponsored by Pfizer

184.     Paragraph 184 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 184, except deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning the legal status of MAC and Fallon Medica.

185.     Paragraph 185 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 185.

186.     Paragraph 186 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 186.

187.     Paragraph 187 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 187, except admit the topics mentioned in the second, third, fourth, fifth, and sixth sentences appear in two draft or final power point presentations and refer to these presentations for their contents.

188.    Paragraph 188 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 188.

189.    Paragraph 189 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 189, and refer to the referenced grid and November 6, 2002 email for their contents.

190.    Paragraph 190 contains allegations that relate to a claim or claims that have been dismissed and contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 190.

191.    Paragraph 191 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 191, and refer to the referenced article for its contents.

192.    Paragraph 192 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 192, and refer to the referenced article, study, and memorandum for their contents.

193.    Paragraph 193 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 193, and refer to the referenced article for its contents.

194.    Paragraph 194 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 194, and refer to the referenced article for its contents.

195.    Paragraph 195 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 195, and refer to the referenced article and study for their contents.

196.    Paragraph 196 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 196, and refer to the referenced article for its contents.

2.    **Presentations and Marketing Events Sponsored By Pfizer That Promoted the Same Misleading Key Messages as the MAC and Fallon Medica Articles**

197.    Paragraph 197 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 197.

198.    Paragraph 198 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 198 and refer to the results of the referenced studies for their contents.

199.    Paragraph 199 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further

answering, Defendants deny the allegations in paragraph 199, and refer to the results of the referenced studies for their contents.

200.    Paragraph 200 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 200.

201.    Paragraph 201 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 201, and refer to results of the referenced studies for their contents.

202.    Paragraph 202 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 202.

203.    Paragraph 203 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 203, and refer to the referenced clinical trial data for their contents.

204.    Paragraph 204 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 204, and refer to the results of the referenced clinical trial and study for their contents.

205.    Paragraph 205 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further

answering, Defendants deny the allegations in paragraph 205, and refer to the results of the referenced study for their contents.

206.    Paragraph 206 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 206.

207.    Paragraph 207 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 207, and refer to the results of the referenced study for their contents.

208.    Paragraph 208 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 208, and refer to the results of the referenced clinical trial for their contents.

209.    Paragraph 209 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 209, and refer to the results of the referenced clinical trials for their contents.

210.    Paragraph 210 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 210.

211.    Paragraph 211 contains allegations that relate to a claim or claims that have been dismissed and contains allegations of event that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny

the allegations in paragraph 211, and refer to the results of the referenced studies for their contents, except deny knowledge or information sufficient to form a belief as to the truth of the allegation concerning Current Medical Directions, Inc.'s status as a subsidiary of Sudler & Hennessey, and therefore deny same.

212.     Paragraph 212 contains allegations that relate to a claim or claims that have been dismissed and contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 212.

### I.     The Continuing Impact of Defendants' Fraudulent Off-Label Promotion

213.     Deny the allegations in paragraph 213.

214.     Paragraph 214 contains allegations of events that occurred after May 31, 2004, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 214, except deny knowledge or information sufficient to form a belief as to the truth of the allegation concerning the percentage of off-label prescriptions.

215.     Deny the allegations in paragraph 215.

216.     Deny the allegations in paragraph 216, and refer to the referenced letter dated July 1, 2002 for its contents.

### J.     Related Government Actions

217.     Deny the allegations in paragraph 217, and refer to the complaint and to the referenced Court orders for their contents.

218.     Deny the allegations in paragraph 218, and refer to the referenced complaint, information, settlement agreement, and press release for their contents.

219.    Deny the allegations in paragraph 219, and refer to the referenced Assurance of Voluntary Compliance for its contents.

220.    Deny the allegations in paragraph 220, and refer to the referenced information for its contents.

## V.    FRAUDULENT CONCEALMENT AND TOLLING OF STATUTES OF LIMITATIONS

221.    Paragraph 221 contains allegations that relate to claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 221.

222.    Paragraph 222 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 222.

223.    Paragraph 223 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 223.

## VI.    DEFENDANTS' MOTIVE

224.    Paragraph 224 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 224.

225.    Paragraph 225 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 225.

**VII.    USE OF THE MAILS AND WIRES**

226.    Paragraph 226 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 226.

227.    Paragraph 227 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 227.

228.    Paragraph 228 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 228.

**VIII.    SCOPE OF THE ALLEGATIONS**

**A.    Time**

229.    Paragraph 229 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 229.

**B.    Geographic Scope**

230.    Paragraph 230 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 230.

**IX.    CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**
**Violation of 18 U.S.C. § 1962(c) (The Promotion Enterprise)**

231.    Defendants incorporate herein their responses to paragraphs 1 through 230 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

232.    Paragraph 232 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 232.

233.    Paragraph 233 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 233.

234.    Paragraph 234 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 234.

235.    Paragraph 235 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 235.

236.    Paragraph 236 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 236.

237.    Paragraph 237 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 237.

238.    Paragraph 238 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 238.

239.    Paragraph 239 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 239.

240.    Paragraph 240 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 240.

241.    Paragraph 241 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 241.

242.    Paragraph 242 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 242.

243.    Paragraph 243 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 243.

## SECOND CLAIM FOR RELIEF
### Violation of 18 U.S.C. § 1962(c) (The Cline Davis Sub-Enterprise)

244.    Defendants incorporate herein their responses to paragraphs 1 through 243 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

245.    Deny the allegations in paragraph 245.

246.    Deny the allegations in paragraph 246.

247.    Deny the allegations in paragraph 247.

248.    Deny the allegations in paragraph 248.

249.    Deny the allegations in paragraph 249.

250. Deny the allegations in paragraph 250.

251. Paragraph 251 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 251.

252. Paragraph 252 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 252.

253. Deny the allegations in paragraph 253.

254. Deny the allegations in paragraph 254.

255. Deny the allegations in paragraph 255.

256. Deny the allegations in paragraph 256.

### THIRD CLAIM FOR RELIEF
**Violation of 18 U.S.C. § 1962(c) (The Physicians World Sub-Enterprise)**

257. Defendants incorporate herein their responses to paragraphs 1 through 256 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

258. Deny the allegations in paragraph 258.

259. Deny the allegations in paragraph 259.

260. Deny the allegations in paragraph 260.

261. Deny the allegations in paragraph 261.

262. Deny the allegations in paragraph 262.

263. Deny the allegations in paragraph 263.

264. Paragraph 264 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations. Further answering, Defendants deny the allegations in paragraph 264.

265.    Paragraph 265 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 265.

266.    Paragraph 266 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 266.

267.    Deny the allegations in paragraph 267.

268.    Deny the allegations in paragraph 268.

269.    Deny the allegations in paragraph 269.

### FOURTH CLAIM FOR RELIEF
**Violation of 18 U.S.C. § 1962(c) (The Sudler & Hennessey Sub-Enterprise)**

270.    Defendants incorporate herein their responses to paragraphs 1 through 269 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

271.    Deny the allegations in paragraph 271.

272.    Deny the allegations in paragraph 272.

273.    Deny the allegations in paragraph 273.

274.    Deny the allegations in paragraph 274.

275.    Deny the allegations in paragraph 275.

276.    Deny the allegations in paragraph 276.

277.    Paragraph 277 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 277.

278.     Paragraph 278 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 278.

279.     Paragraph 279 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 279.

280.     Deny the allegations in paragraph 280.

281.     Deny the allegations in paragraph 281.

282.     Deny the allegations in paragraph 282.

**FIFTH CLAIM FOR RELIEF**
**Violation of 18 U.S.C. § 1962(c) (The MEDED/MEDCON Sub-Enterprise)**

283.     Defendants incorporate herein their responses to paragraphs 1 through 282 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

284.     Deny the allegations in paragraph 284.

285.     Deny the allegations in paragraph 285.

286.     Deny the allegations in paragraph 286.

287.     Deny the allegations in paragraph 287.

288.     Deny the allegations in paragraph 288.

289.     Deny the allegations in paragraph 289.

290.     Paragraph 290 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 290.

291.    Paragraph 291 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 291.

292.    Paragraph 292 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 292.

293.    Deny the allegations in paragraph 293.

294.    Deny the allegations in paragraph 294.

295.    Deny the allegations in paragraph 295.

## SIXTH CLAIM FOR RELIEF
### Violation of 18 U.S.C. § 1962(c) (The MES Sub-Enterprise)

296.    Defendants incorporate herein their responses to paragraphs 1 through 295 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

297.    Deny the allegations in paragraph 297.

298.    Deny the allegations in paragraph 298.

299.    Deny the allegations in paragraph 299.

300.    Deny the allegations in paragraph 300.

301.    Deny the allegations in paragraph 301.

302.    Deny the allegations in paragraph 302.

303.    Paragraph 303 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 303.

304.    Paragraph 304 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 304.

305.    Paragraph 305 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 305.

306.    Deny the allegations in paragraph 306.

307.    Deny the allegations in paragraph 307.

308.    Deny the allegations in paragraph 308.

## SEVENTH CLAIM FOR RELIEF
### Violation of 18 U.S.C. § 1962(c) (The HCC Sub-Enterprise)

309.    Defendants incorporate herein their responses to paragraphs 1 through 308 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

310.    Deny the allegations in paragraph 310.

311.    Deny the allegations in paragraph 311.

312.    Deny the allegations in paragraph 312.

313.    Deny the allegations in paragraph 313.

314.    Deny the allegations in paragraph 314.

315.    Deny the allegations in paragraph 315.

316.    Paragraph 316 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 316.

317.    Paragraph 317 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 317.

318.    Paragraph 318 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 318.

319.    Deny the allegations in paragraph 319.

320.    Deny the allegations in paragraph 320.

321.    Deny the allegations in paragraph 321.

## EIGHTH CLAIM FOR RELIEF
### Violation of 18 U.S.C. § 1962(c) (The AMM/Adelphi Sub-Enterprise)

322.    Defendants incorporate herein their responses to paragraphs 1 through 321 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

323.    Deny the allegations in paragraph 323.

324.    Deny the allegations in paragraph 324.

325.    Deny the allegations in paragraph 325.

326.    Deny the allegations in paragraph 326.

327.    Deny the allegations in paragraph 327.

328.    Deny the allegations in paragraph 328.

329.    Paragraph 329 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 329.

330.    Paragraph 330 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 330.

331.    Paragraph 331 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 331.

332.    Deny the allegations in paragraph 332.

333.    Deny the allegations in paragraph 333.

334.    Deny the allegations in paragraph 334.

## NINTH CLAIM FOR RELIEF
**Violation of 18 U.S.C. § 1962(c) (The Publication/Marketing/Physician Sub-Enterprise)**

335.    Defendants incorporate herein their responses to paragraphs 1 through 334 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

336.    Paragraph 336 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 336.

337.    Paragraph 337 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 337.

338.    Paragraph 338 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 338.

339.    Paragraph 339 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 339.

340.    Paragraph 340 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 340.

341.    Paragraph 341 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 341.

342.    Paragraph 342 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 342.

343.    Paragraph 343 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 343.

344.    Paragraph 344 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 344.

345.    Paragraph 345 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 345.

346.     Paragraph 346 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 346.

347.     Paragraph 347 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 347.

**TENTH CLAIM FOR RELIEF**
**Violation of 18 U.S.C. § 1962(c) by Conspiring to Violate 18 U.S.C. § 1962(c)**

348.     Defendants incorporate herein their responses to paragraphs 1 through 347 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

349.     Paragraph 349 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 349.

350.     Paragraph 350 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 350.

351.     Paragraph 351 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 351.

352.     Paragraph 352 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 352.

353.    Paragraph 353 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 353.

354.    Paragraph 354 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 354.

355.    Paragraph 355 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 355.

**ELEVENTH CLAIM FOR RELIEF**
**Violations of the California Unfair Competition Law**
**Cal. Bus. & Prof. Code § 17200**

356.    Defendants incorporate herein their responses to paragraphs 1 through 355 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

357.    Paragraph 357 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 357.

358.    Paragraph 358 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 358.

359.    Paragraph 359 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 359.

360.     Paragraph 360 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 360.

361.     Paragraph 361 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 361.

362.     Paragraph 362 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 362.

**TWELFTH CLAIM FOR RELIEF**
**Violation of the Consumer Protection Statutes of the Remaining 49 States,**
**The District of Columbia and the Commonwealth of Puerto Rico**

363.     Defendants incorporate herein their responses to paragraphs 1 through 362 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

364.     Paragraph 364 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 364.

365.     Paragraph 365 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 365.

366.     Paragraph 366 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 366.

367.    Paragraph 367 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 367.

**THIRTEENTH CLAIM FOR RELIEF**
**Insurance Fraud — Violation of 18 Pa. C.S. § 4117**

368.    Defendants incorporate herein their responses to paragraphs 1 through 367 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

369.    Paragraph 369 asserts a legal conclusion to which no response is required, and Defendants therefore deny the allegations in paragraph 369.

370.    Paragraph 370 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 370.

371.    Paragraph 371 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 371.

372.    Paragraph 372 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 372.

373.    Paragraph 373 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 373.

374.    Paragraph 374 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 374.

375.     Paragraph 375 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 375.

376.     Paragraph 376 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 376.

377.     Paragraph 377 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 377.

## FOURTEENTH CLAIM FOR RELIEF
### Restitution/Disgorgement for Unjust Enrichment

378.     Defendants incorporate herein their responses to paragraphs 1 through 377 of Plaintiffs' Third Coordinated Amended Complaint as if fully set forth herein.

379.     Paragraph 379 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 379.

380.     Paragraph 380 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 380.

381.     Paragraph 381 contains allegations that relate to a claim or claims that have been dismissed, and Defendants therefore have no obligation to respond to such allegations.  Further answering, Defendants deny the allegations in paragraph 381.

## GENERAL DENIAL

Defendants deny all allegations and/or legal conclusions set forth in Plaintiffs' Third Coordinated Amended Complaint that have not been specifically admitted, denied, or explained.

## AFFIRMATIVE AND SEPARATE DEFENSES

Without assuming the burden of proof of such defenses that they would not otherwise have, Defendants affirmatively assert the following defenses:

## FIRST AFFIRMATIVE DEFENSE

The Third Coordinated Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Pursuant to the Supremacy Clause of the United States Constitution, the claims set forth in the Third Coordinated Amended Complaint are preempted in whole or in part by federal law.

## THIRD AFFIRMATIVE DEFENSE

Any and all actions taken by Defendants with respect to any of the matters alleged in the Third Coordinated Amended Complaint were taken in good faith and in accordance with established industry practice.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Defendants have complied with all applicable regulations of the federal and state governments.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendants did not make any false statements to Plaintiffs.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Defendants did not directly or indirectly conspire with any other entity or engage in any other conduct in violation of state or federal law.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to Plaintiffs' failure to properly allege a RICO enterprise as required by 18 U.S.C. § 1962(c).

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to their failure to plead facts showing that Defendants and the Marketing Firms are ongoing organizations whose members function as a continuing unit and share common purposes as required by *United States v. Turkette*, 452 U.S. 576, 583 (1981).

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' RICO claims are barred, in whole or in part, due to their failure to allege that Defendants conducted the affairs of the alleged enterprises as required by 18 U.S.C. § 1962(c).

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs lack standing to bring their RICO claims because they cannot show Defendants directly caused their alleged injuries as required by 18 U.S.C. § 1964(c); *Holmes v. Securities Investor Prot. Corp.*, 503 U.S. 258, 265-66, 268 (1992); *Platten v. HG Berm. Exempted Ltd.,* 437 F.3d 118, 132 (1st Cir. 2006); and *George Lussier Enters. v. Subaru of New Eng., Inc.,* 393 F.3d 36, 51 (1st Cir. 2004).

## ELEVENTH AFFIRMATIVE DEFENSE

The claims set forth in the Third Coordinated Amended Complaint are barred by the learned intermediary doctrine.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to recovery against Defendants because the conduct alleged in the Third Coordinated Amended Complaint was not the proximate cause of any alleged loss suffered by the Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Third Coordinated Amended Complaint are barred by the applicable statutes of limitation and/or repose.

## FOURTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Third Coordinated Amended Complaint are barred under the doctrine of laches.

## FIFTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Third Coordinated Amended Complaint are barred under the doctrine of unclean hands.

## SIXTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Third Coordinated Amended Complaint are barred under the doctrine of estoppel.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The claims set forth in the Third Coordinated Amended Complaint are barred under the doctrine of waiver.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs lack standing to bring this action.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the First and Fourteenth Amendments to the United States Constitution.

## TWENTIETH AFFIRMATIVE DEFENSE

The claims set forth in the Third Coordinated Amended Complaint are barred because Plaintiffs' alleged injuries and damages, if any, were actually or proximately caused by the intervening or superseding conduct of persons or entities over which or whom Defendants had no control.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims of common law fraud are barred by reason of the Third Coordinated Amended Complaint's failure to allege the factual circumstances constituting fraud with particularity.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery because the representations and actions alleged by Plaintiffs were not and are not material, in that they were not and are not likely to affect the decisions or conduct of Plaintiffs, or to have caused Plaintiffs to have chosen differently, but for such alleged representations or actions, and in that the alleged representations and actions were not likely to mislead Plaintiffs acting reasonably under the circumstances.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims of common law fraud are barred by reason of the Third Coordinated Amended Complaint's failure to allege actual reliance on specific misstatements.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are precluded from recovery because the representations and actions alleged by

Plaintiffs were not intended to deceive Plaintiffs.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims under RICO are barred by reason of the Third Coordinated Amended Complaint's failure to allege the factual circumstances constituting the elements of those claims with the heightened particularity required under the statute.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the law of the case doctrine to the extent that such claims have been dismissed by prior order of this Court and to the extent that Plaintiffs' claims rely upon allegations that have been ruled to be legally insufficient by prior order of this Court.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have not sustained any injury or damages compensable at law.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs may not recover on the claims pleaded in the Third Coordinated Amended Complaint because the damages sought are too speculative and remote.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for damages are barred, in whole or part, by Plaintiffs' failure to mitigate damages.

## THIRTIETH AFFIRMATIVE DEFENSE

Defendants deny that Plaintiffs have valid consumer protection claims under the laws of the State of New Jersey or any other State, Commonwealth or District whose laws are or later become relevant in the course of this multidistrict litigation.  However, if such claims are found to exist, Defendants plead all available defenses under the Acts.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims under the New Jersey Consumer Fraud Act are barred in whole or in part because some of Plaintiffs are not "consumers" within the meaning of that statute and because that statute does not apply to non-residents with no relevant connections to New Jersey.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims under the California Unfair Competition Law are barred in whole or in part because that statute does not apply to non-residents with no relevant connections to California.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs claims under the state consumer fraud statutes of the fifty states, the District of Columbia, and Puerto Rico are barred in whole or in part by the terms and limitations of such statutes, including, but not limited to: the lack of, or severe limitations upon, private causes of action; restrictions upon the potential parties to, and subject matter of, consumer protection lawsuits, including the lack of availability of private causes of action to businesses; requirements of a pre-suit demand letter or written notice of claim; requirements that claims be alleged with specificity; and requirements of reliance and causation.  Defendants reserve the right to amend to include any and all defenses that may become applicable based on further discovery and investigation.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims under the state consumer fraud statutes of the fifty states, the District of Columbia and Puerto Rico are barred in whole or in part by the lack of allegations establishing a sufficient nexus to those states and the lack of allegations establishing that consumers in those states suffered any harm.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims under the Pennsylvania Insurance Fraud Statute are barred by the failure to plead that any false statements were "presented" to Plaintiffs as part of or in support of any insurance claim for Neurontin.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for unjust enrichment are barred to the extent that Plaintiffs have an adequate remedy at law.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

Inasmuch as the Third Coordinated Amended Complaint does not describe the alleged underlying claims with sufficient particularity to enable Defendants to determine all of their potential defenses, Defendants reserve the right to amend and/or supplement the averments of this Answer to assert any and all defenses ascertained through further investigation and discovery in this matter.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

The Third Coordinated Amended Complaint fails to state facts sufficient to sustain a claim for, or recovery of, punitive damages.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs seek punitive damages for the conduct which allegedly caused the injuries asserted in the Third Coordinated Amended Complaint, such an award would, if granted, violate Defendants' state and federal constitutional rights.

## FORTIETH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs seek punitive damages for an alleged act or omission of Defendants, no act or omission was malicious, willful, wanton, reckless, or grossly negligent and, therefore, any award of punitive damages is barred.

## FORTY-FIRST AFFIRMATIVE DEFENSE

To the extent that Plaintiffs make a claim for punitive damages or multiples of actual damages, Defendants assert that Plaintiffs have not complied with federal and state statutory requirements to recover such damages.

## FORTY-SECOND AFFIRMATIVE DEFENSE

To the extent that Plaintiffs claim punitive damages, such claims are barred by the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution.

## FORTY-THIRD AFFIRMATIVE DEFENSE

To the extent that Plaintiffs claim punitive damages, Defendants specifically incorporate by reference any and all standards or limitations regarding the determination and enforceability of punitive and exemplary damage awards which arose in the decisions of TXO Prod. Corp. v. Alliance Resources Corp., 509 U.S. 443 (1993), BMW of North America Inc. v. Gore, 517 U.S. 559 (1996), Cooper Industries, Inc. v. Leatherman Tool Group, 532 U.S. 424 (2001), and State Farm Mut. Auto. Ins. Co. v. Campbell, 538 U.S. 408 (2003).

## JURY DEMAND

Defendants demand a trial by jury as to all issues to triable.

WHEREFORE, Defendants respectfully request that the Court:

1.    Enter judgment in their favor on all claims alleged in the Third Coordinated Amended Complaint;

2.    Award Defendants the costs, disbursements, and reasonable attorneys' fees incurred by them in connection with these proceedings; and

3.    Grant Defendants such other and further relief as the Court may deem just and proper.

Dated: January 12, 2007                DAVIS POLK & WARDWELL

                                       By:  /s/James P. Rouhandeh
                                            James P. Rouhandeh

                                       450 Lexington Avenue
                                       New York, New York 10017
                                       (212) 450-4000

                                       HARE & CHAFFIN

                                       By:  /s/David B. Chaffin
                                            David B. Chaffin

                                       160 Federal Street
                                       Boston, Massachusetts 02110
                                       (617) 330-5000

                                       *Attorneys for Defendants Pfizer Inc, Parke-Davis, a division of Warner Lambert Company, and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 12, 2007.

                                       /s/David B. Chaffin