UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | |
| | Magistrate Judge Leo T. Sorokin |

**JOINT MOTION FOR ENLARGEMENT OF CERTAIN DATES RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Class Plaintiffs involved in the Sales and Marketing Practices Actions, together with Defendants, respectfully move for the rescheduling of certain dates related to the briefing in opposition, reply, sur-reply and oral argument related to Plaintiffs' Motion for Class Certification. The rescheduling of dates is required in order to allow Plaintiffs sufficient time to digest and respond to the seven expert reports submitted by Defendants in opposition to Plaintiffs motion, conduct the necessary deposition of some of Defendants' experts prior to filing Plaintiffs reply and to allow ample time for Plaintiffs to adequately respond to an appendix of documents submitted by Defendants with their Opposition which contains thousands of pages.

Plaintiffs have conferred with Defendants and have agreed on a schedule for the necessary deposition of Defendants experts. The last of those depositions is scheduled for February 7, 2006. The proposed revised schedule set forth below would provide Plaintiffs two weeks from the date of the last deposition of Defendants' experts to file their reply. Defendants join in this Motion.

The requested revised schedule would also require a rescheduling of the oral argument on Plaintiffs' Motion for Class Certification, currently scheduled for March 8, 2007. The parties have conferred on the best available dates for oral argument and request that if the Court is inclined to grant this Motion, that the Court reschedule the hearing at the Court's earliest convenience, for either the week of April 16, 2007 or sometime after April 30, 2007.

Accordingly, the parties hereby respectfully request that the Court endorse the schedule agreed upon by the parties and set forth below and respectfully request a rescheduling of the hearing date of March 8, 2007.

| | |
|---|---|
| Opposition to Class Certification: | Filed on 12/22/06 |
| Reply: | 2/21/07 |
| Surreply: | 3/21/07 |
| Hearing on Class Certification | At the Court's earliest convenience either the week of April 16, 2007 or after April 30, 2007 |

Dated: January 22, 2007

By:  /s/ Thomas M. Sobol
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:  /s/Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

2

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs' Steering Committee*

By: **/s/ James P. Rouhandeh**
James P. Rouhandeh, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

By: **/s/ David B. Chaffin**
David B. Chaffin, Esquire
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

*Counsel for Defendants, Pfizer Inc., et al.*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 22, 2007.

                                                                      /s/Edward Notargiacomo