UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
                                                  :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                      :
        SALES PRACTICES AND                       :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION             :
------------------------------------------------- x  Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  :  Magistrate Judge Leo T.
                                                  :  Sorokin
        PRODUCTS LIABILITY ACTIONS                :
                                                  :
                                                  :
                                                  :
------------------------------------------------- x
```

## SUBMISSION PURSUANT TO DISCOVERY ORDER NO. 8

Pursuant to Discovery Order No. 8 (Docket No. 609, Jan. 17, 2007), the parties jointly submit the following numbered list of all Finkelstein Products Liability cases pending in the above-captioned matter:

| Number | Plaintiff | D. Mass. Docket No. |
|--------|-----------|---------------------|
| 1 | Brodsky, Stephen | 05-10828 |
| 2 | Huffman, Dan | 05-10829 |
| 3 | Paulsen, Patti | 05-10830 |
| 4 | Sumait, Rosalia | 05-10832 |
| 5 | Smith, Monica | 05-10833 |
| 6 | Owens, Darlene | 05-11017 |
| 7 | Whitehouse, James H. | 05-11018 |
| 8 | Vercillo, Frank, Jr. | 05-11019 |
| 9 | Lyman, Gary L. | 05-11020 |
| 10 | Minisquero, Mark | 05-11021 |
| 11 | James, Nicole Justine | 05-11022 |
| 12 | DiGiacomo, Jay | 05-11023 |
| 13 | Aronson, Avrill C. | 05-11024 |
| 14 | Dodson, Joy | 05-11025 |
| 15 | Kern, Dorothy | 05-11027 |
| 16 | Dees, John | 05-11028 |
| 17 | Veraas, Peter | 05-11029 |

| Number | Plaintiff | D. Mass. Docket No. |
|---|---|---|
| 18 | Populis, Theodore | 05-11030 |
| 19 | Wilson, Kathleen | 05-11031 |
| 20 | Montgomery, William | 05-11032 |
| 21 | Mendoza, Michael | 05-11033 |
| 22 | Hargrove, Johnnie | 05-11034 |
| 23 | Feyer, Shanan | 05-11035 |
| 24 | Retzer, Gregory | 05-11036 |
| 25 | Brown, Sidney | 05-11037 |
| 26 | Bel Bruno, Steven | 05-11153 |
| 27 | Jarosz, John | 05-11263 |
| 28 | Smith, Ruth | 05-11515 |
| 29 | Alsberge, Debra Johnson | 05-11699* |
| 30 | Briggs, Robin Stern | 05-11700† |
| 31 | Werner, Carole | 05-11994 |
| 32 | Henry, Nancy | 05-11995 |
| 33 | Colton, Peggy Ann | 05-11996 |
| 34 | Bentley, Joanna | 05-11997 |
| 35 | Dixon, Andre Lashall | 05-11998 |
| 36 | Wendorf, Amy | 05-11999* |
| 37 | Richey, Linda | 05-12000 |
| 38 | Roberson, Edna N. | 05-12001 |
| 39 | Dolgoff, Shirley | 05-12075 |
| 40 | White, Judy | 05-12127* |
| 41 | Christ, Lisa M. | 05-12128 |
| 42 | Acton, Albert | 05-12129 |
| 43 | Dane, Krystie | 05-12384 |
| 44 | Smith, Rosemary | 05-12386* |
| 45 | Marzolo, Paul | 05-12387 |
| 46 | Mosley, Thelma Juanita | 05-12388 |
| 47 | McGee, Oscar | 05-12593 |
| 48 | O'Bryan, Jr., Arnold | 05-12594 |
| 49 | French, Sandra | 05-12595 |

---

    * Plaintiffs will confer with defendants regarding voluntary dismissal of this action or will move to dismiss this action. The parties are including this case in this submission because it is, as of the date of this submission, pending in the above-captioned matter.

    † In the event the Court randomly selects this action as a Track One case, plaintiffs reserve the right to argue that it should be replaced with a second action recently commenced by Finkelstein & Partners on behalf of the same plaintiff against defendants and Teva Pharmaceuticals USA, Inc., in the United States District Court for the Southern District of New York, as to which a tag-along letter will be sent to the Judicial Panel on Multidistrict Litigation concerning transfer of that action to this Court for consolidation in the above captioned matter. Defendants reserve all rights.

| Number | Plaintiff | D. Mass. Docket No. |
|---|---|---|
| 50 | Spears, Christy Poe | 06-10108 |
| 51 | Belongie, Jr., Gerald W. | 06-10109 |
| 52 | Montgomery, Maralyn | 06-10110 |
| 53 | Sizemore, Algina | 06-10111 |
| 54 | George, Lanny | 06-10112 |
| 55 | Scott, Kim E. | 06-10253 |
| 56 | Haddock, Larry | 06-10254 |
| 57 | Lutz, Dallas Mae | 06-10255 |
| 58 | Sims, Donna | 06-10419 |
| 59 | Smith, Rosemary | 06-10535 |
| 60 | Cascio, Joseph | 06-10536 |
| 61 | Cailor, Lore J. | 06-10537 |
| 62 | Keegan, Kevin | 06-10538 |
| 63 | Adkins, Donna Joyce | 06-10539 |
| 64 | Cook, Earl Richard | 06-10777 |
| 65 | Strickland, Bernard | 06-10778 |
| 66 | Burke, Sharon | 06-10779 |
| 67 | Morris, Judy | 06-10780 |
| 68 | Flanders, Jennifer | 06-10913 |
| 69 | Ellis, Howard | 06-10914 |
| 70 | Alsberge, Debra Johnson | 06-10957 |
| 71 | White, Judy (Ryan) | 06-11021 |
| 72 | Mustafa, Fazila | 06-11394 |
| 73 | Wolosonowich, Dennis | 06-11395 |
| 74 | Blackwell, Marilyn | 06-11397 |
| 75 | Wendorf, Amy | 06-11398 |
| 76 | Young, Brent D. | 06-11446 |
| 77 | Libby, Dawn M. | 06-11482 |
| 78 | Campbell, Nicole Y. | 06-11483 |
| 79 | Fenelon, Jamie | 06-11581 |
| 80 | Long, Patti | 06-11582 |
| 81 | Shaw, Joy M. | 06-11584 |
| 82 | Tilley, Kelly A. | 06-11773 |
| 83 | Diana, Amanda Marie | 06-11774 |
| 84 | Johnson, Daniel | 06-11882 |
| 85 | Shelley, Larry A. | 06-11935 |
| 86 | Hogge, Sean | 06-12049 |
| 87 | Farris, Jeffrey | 06-12063‡ |
| 88 | Ramsey, Lena | 06-12212 |

---

‡ Defendants have not yet been served in this action.

| Number | Plaintiff | D. Mass. Docket No. |
|---|---|---|
| 89 | Beckworth, Dorothy | 06-12213 |
| 90 | Pursey, Mitzi | 07-10106 |

Dated: January 24, 2007

                      DAVIS POLK & WARDWELL

                      By:  /s/ James P. Rouhandeh
                           James P. Rouhandeh

                      450 Lexington Avenue
                      New York, New York 10017
                      (212) 450-4000

                         - and -

                      HARE & CHAFFIN

                      By:   /s/ David B. Chaffin
                            David B. Chaffin

                      160 Federal Street
                      Boston, Massachusetts 02110
                      (617) 330-5000

                      *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

                      FINKELSTEIN & PARTNERS, LLP

                      By:   /s/ Kenneth B. Fromson
                            Kenneth B. Fromson

                      436 Robinson Avenue
                      Newburgh, NY  12550
                      (800) 634-1212

                      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 24, 2007.

                                                      /s/David B. Chaffin