UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | § | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: ALL ACTIONS | § § § § § | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

## NOTICE OF APPEARANCE

COME NOW Ricardo A. Garcia and Lino H. Ochoa of the law firm of Garcia & Karam, L.L.P., and hereby enter their appearance on behalf of Plaintiffs Maria Aranda, James Michael Burleson, Lilia Felici, Maria Fonseca, deceased, Jose Garcia, and Sulema Salinas, in the above-captioned litigation.

Dated: January 25, 2007.

**GARCIA & KARAM, L.L.P.**

By: /s/Lino H. Ochoa
RICARDO A. GARCIA
STATE BAR NO. 07643200
Federal ID No. 1095
LINO H. OCHOA
STATE BAR NO. 00797168
Federal ID No. 272425
820 South Main Street
McAllen, Texas 78501
956/630-2882 - Telephone
956/630-5393 - Facsimile
ric@garciakaram.com (e-mail)
lino@garciakaram.com (e-mail)