## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>ALL MARKETING AND SALES PRACTICES ACTIONS |  |

### PLAINTIFFS' MOTION FOR ENTRY OF AN
### ORDER GOVERNING THIRD-PARTY DISCOVERY

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37.1, the Class Plaintiffs and the Coordinated Third Party Payer Plaintiffs (collectively, "Plaintiffs") hereby move the Court for entry of an order governing third-party discovery, the specifics of which and the grounds for this motion are set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Entry of an Order Governing Third-Party Discovery. The Declaration of Jeffrey D. Lerner and attached exhibits are also submitted in support of this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter the order attached as Exhibit 1 to the Declaration of Jeffrey D. Lerner submitted herewith, and that the Court compel the production of all doctors' names as part of the IMS document production.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court and wish to be heard at the next discovery hearing on February 8, 2007.

## CERTIFICATE OF CONSULTATION

Plaintiffs hereby certify that we have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion, in compliance with Local Rule 37.1.

Dated: January 29, 2007                                          Respectfully Submitted,

By:   /s/ Thomas Greene
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:   /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:   /s/ Don Barrett
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:   /s/ Daniel Becnel
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:   /s/ James Dugan
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs' Steering Committee*

By: **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By: **/s/ Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By: **/s/ Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class Steering Committee*