## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | |

### DECLARATION OF JEFFREY D. LERNER IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER GOVERNING THIRD PARTY DISCOVERY

JEFFREY D. LERNER declares under penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Bernstein Liebhard & Lifshitz, LLP, one of the counsel for the proposed class plaintiffs in the above-captioned action.

2. I submit this declaration in support of the Class Plaintiffs', Products Liability Plaintiffs', and Coordinated Third Party Payer Plaintiffs' Motion for Entry of an Order Governing Third Party Discovery, filed herewith.

3. I have personal knowledge of the matters stated herein.

4. I have been actively involved in the process of obtaining discovery from defendants Pfizer, Inc. and Warner-Lambert Company ("Defendants"), and from IMS Health, Inc., Source Healthcare Analytics, Inc., and Verispan LLC (the "Third Party Vendors"). I have personal knowledge of three separate meet and confer sessions with defense counsel relating to the production of documents and information from the Third Party Vendors, which is the subject of the instant motion.

5. The first meet and confer took place telephonically on January 4, 2007. Participating at this meet and confer were Ronald J. Aranoff, Esq., Richard Shevitz, Esq., Ilyas J. Rona, Esq., Kenneth Fromson, Esq., Keith Altman, and Jeffrey D. Lerner, Esq. for the plaintiffs, and James Rouhandeh, Esq. and Debbie MacGregor, Esq. for the Defendants.

6. The second meet and confer took place telephonically on January 26, 2007. Participating at this meet and confer were Ronald J. Aranoff, Esq., Richard Shevitz, Esq., Ilyas Rona, Esq., Keith Altman, Kenneth Fromson, Esq., and Jeffrey D. Lerner, Esq. for the Plaintiffs, and Debbie MacGregor, Esq. for the Defendants.

7. The third meet and confer took place telephonically on January 29, 2007. Participating at this meet and confer were Ronald J. Aranoff, Esq. for the Plaintiffs, and Debbie MacGregor, Esq. for the Defendants.

8. At each of the meet and confer sessions, counsel for plaintiffs conferred in good faith with counsel for Defendants to narrow the areas of disagreement to the greatest possible extent. Issues that required further deliberation after the sessions ended were the subject of correspondence and conversations in the days and weeks following the sessions. Unfortunately, a number of unresolved issues remained at the conclusion of this process, prompting the instant motion.

9. Attached hereto as Exhibit 1 is a true and correct copy of the proposed Stipulation and Order Concerning Use of Third Party Data (the "Proposed Order"), which plaintiffs provided to defendants on January 10, 2007.

10. Attached hereto as Exhibit 2 is a true and correct copy of the Stipulated Protective Order signed by Judge Saris, dated January 10, 2005 (Docket #27).

3

11. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' red-line version of the Proposed Order, which Defendants provided to Plaintiffs on January 26, 2007.

Dated: New York, New York
January 29, 2007

/s/ **Jeffrey D. Lerner**
Jeffrey D. Lerner