UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | MDL Docket No. 1629 |
| IN RE NEURONTIN MARKETING AND    ) | |
| SALES PRACTICES LITIGATION          ) | Master File No. 04-10981 |
| ) | |
| THIS DOCUMENT RELATES TO:        ) | Judge Patti B. Saris |
| ) | |
| ALL ACTIONS                                ) | Magistrate Leo T. Sorokin |
| ) | |

## PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS

Sales and Marketing Plaintiffs, by counsel, hereby respectfully move the Court for an order compelling the Defendants to produce: (a) all responsive documentation to Request Nos. 18, 19, 20, 21, and 27 from the Third Request for Production of Documents; and (b) the custodial files of Suzan Carrington, Ellen Dukes, Joan Kaplan, John Marino, Marino Garcia, Paula Smith, and Kirk Taylor, called for in the Second Request for Production of Documents. In further support thereof, Plaintiffs contemporaneously file their Memorandum in Support of Plaintiffs Motion to Compel Defendants' Production of Documents.

Wherefore, the Plaintiffs, by counsel, and respectfully requests the Court Compel the Defendants to provide all responsive documents to Plaintiffs' Third Request for Production Documents.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court and wish to be heard at the next discovery hearing on February 8, 2007.

## <u>CERTIFICATE OF CONSULTATION</u>

Plaintiffs hereby certify that we have conferred and have attempted in good faith to

resolve or narrow the issues presented by this motion, in compliance with Local Rule 37.1.

Respectfully submitted,

| For the Plaintiffs: | Dated: January 29, 2007 |
| --- | --- |
| /s/ Thomas M. Sobol, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>Thomas M. Sobol, Esq. (BBO #471770)<br>Ed Notargiacomo, Esq. (BBO#567636)<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 | |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Barry Himmelstein, Esq.<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | |
| GREENE & HOFFMAN<br>Thomas Greene, Esq.<br>125 Summer Street<br>Boston, MA 02110 | |
| DUGAN & BROWNE<br>James Dugan, Esq.<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130 | |
| BARRETT LAW OFFICE<br>Don Barrett, Esq.<br>404 Court Square North<br>P.O. Box 987<br>Lexington, MS 39095 | |
| LAW OFFICES OF DANIEL BECNEL, JR.<br>Daniel Becnel, Jr., Esq.<br>106 W. Seventh Street<br>P.O. Drawer H | |

| | |
|---|---|
| Reserve, LA 70084 | |
| SHAPIRO HABER & URMY LLP<br>Thomas G. Shapiro, Esq. (BBO #454680)<br>53 State Street<br>Boston, MA 02109 | |
| COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>Linda P. Nussbaum, Esq.<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022 | |
| COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>Michael D. Hausfeld, Esq.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | |
| RAWLINGS & ASSOCIATES, PLLC<br>Mark D. Fischer, Esq.<br>Mark Sandmann, Esq.<br>325 W. Main Street<br>Louisville, KY 40202 | |
| JOEL Z. EIGERMAN, ESQ.<br>50 Congress Street, Suite 200<br>Boston, MA 02109 | |
| BERMAN DEVALERIO PEASE TABACCO BURT &<br>PUCILLO<br>Peter A. Pease, Esq. (BBO #392880)<br>One Liberty Square<br>Boston, MA 02109 | |
| LOWEY DANNENBERG BEMPORAD & SELINGER,<br>PC<br>Richard Bemporad, Esq.<br>Richard W. Cohen, Esq.<br>Peter St. Phillip, Jr., Esq.<br>Todd S. Garber, Esq.<br>The Gateway – 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714 | |
| BERMAN DEVALERIO PEASE TABACCO BURT & | |

| | |
|---|---|
| PUCILLO<br>Joseph J. Tobacco, Jr., Esq.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104-2205 | |
| JOHN F. INNELLI, LLC<br>John F. Innelli, Esq.<br>1818 Market Street, Suite 3620<br>Philadelphia, PA 19103 | |