UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | MDL Docket No. 1629 |
| IN RE NEURONTIN MARKETING AND ) | |
| SALES PRACTICES LITIGATION ) | Master File No. 04-10981 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ) | |
| ALL ACTIONS ) | Magistrate Leo T. Sorokin |
| ) | |

**DECLARATION OF ILYAS J. RONA
IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
<u>DEFENDANTS' PRODUCTION OF DOCUMENTS</u>**

Comes now the undersigned declarant, Ilyas J. Rona, who deposes and states as follows:

1. I am an associate at the law firm of Greene & Hoffman, one of the counsel for the proposed class plaintiffs in the above-captioned action.

2. I have personal knowledge regarding the matters stated below and would testify to the same.

3. On October 16, 2006, Plaintiffs served the Class and Non-Class Plaintiffs' Second Request for Production of Documents upon Defendants ("Second Request"). On November 13, 2006, Defendants served their Responses and Objections to Class and Non-Class Plaintiffs' Second Request for Production of Documents, a true and accurate copy of which is attached as <u>Exhibit A</u>.

4. On October 19, 2006, Plaintiffs served the Class and Non Class Plaintiffs' Third Request for Production of Documents upon Defendants ("Third Request").[1] On November 20, 2006, Defendants served their Responses and Objections to Class and Non-Class Plaintiffs'

---

[1] Plaintiffs served two separate and distinct documents that were both mistakenly entitled Plaintiffs' Third Request for Production of Documents. This error should not be relevant for this motion.

Third Request for Production of Documents, a true and accurate copy of which is attached as <u>Exhibit B</u>.

5. Defendants' main objections to the Requests are that the documents requested are not relevant, have previously been produced, or are not likely to lead to the discovery of admissible evidence.

6. Counsel for the parties engaged in extensive discussions concerning Defendants' objections to Plaintiffs' discovery requests pursuant to Fed. R. Civ. P. 37(a)(2)(B). The first meet and confer took place on January 11, 2007 via a phone conference.

7. During the initial meet and confer, the parties were able to resolve some of the discovery disputes. As to the remaining disputes, the parties held a second meet and confer on January 19, 2007.

8. During the second meet and confer, Defendants were clear in stating that there was certain documentation that it would not provide. Specifically, Defendants refuse to produce the custodial files of Suzan Carrington, Ellen Dukes, Joan Kaplan, John Marino, Marino Garcia, Paula Smith, and Kirk Taylor requested in the Second Request. In addition, Defendants refuse to produce responsive documentation to Request for Production Nos. 18, 19, 20, 21, 26, and 27 requested in the Third Request.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND ACCURATE TO THE BEST OF MY PERSONAL KNOWLEDGE AND BELIEF.

Dated: January 29, 2007                    /s/ Ilyas J. Rona
                                            Ilyas J. Rona