UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES   )
PRACTICES, AND PRODUCTS LIABILITY  )
LITIGATION                                  )
_____)
                                            )   MDL Docket No. 1629
THIS ORDER RELATES TO:             )   Master File No. 04-10981
                                            )   Judge Patti B. Saris
PRODUCTS LIABILITY ACTIONS         )   Mag. Judge Leo T. Sorokin
                                            )
_____)


ORDER ON RANDOM SELECTION
OF TRACK ONE CASES

January 25, 2007

SOROKIN, M.J.

On January 24, 2007, the parties jointly submitted to the Court a list of the ninety (90) cases brought by the law firm Finkelstein & Partners, LLP ("Finkelstein Products Liability Cases"). The Court has selected the six cases enumerated below at random to serve as Track One cases.

1. Owens v. Pfizer, Inc., et. al.        C.A. No. 05-11017

2. Vercillo v. Pfizer, Inc., et al.      C.A. No. 05-11019

3. Roberson v. Pfizer, Inc., et al.      C.A. No. 05-12001

4. McGee v. Pfizer, Inc., et al          C.A. No. 05-12593

5. Fenelon v. Pfizer, Inc., et al        C.A. No. 06-11581

6. Pursey v. Pfizer, Inc., et al         C.A. No. 07-10106

From the list of the 84 remaining Finkelstein Products Liability Cases, Plaintiffs shall choose two (2) cases and submit the names and civil action numbers to the Court no later than Wednesday, February 7, 2007. Thereafter, Defendants shall select their two (2) cases and submit the names and civil action numbers to the Court no later than Wednesday, February 14, 2007.

SO ORDERED.

/s/ Leo T. Sorokin

_____
UNITED STATES MAGISTRATE JUDGE