UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| ALL SALES AND MARKETING PRACTICES ACTIONS | |

**JOINT EMERGENCY MOTION TO POSTPONE DEADLINES
FOR THE FILING OF OPPOSITIONS AND REPLIES**

The parties to all Sales and Marketing Practices Actions respectfully move for a one-day postponement of the deadlines for the filing of oppositions and replies as to (1) Plaintiffs' Motion for Entry of an Order Governing Third-Party Discovery (Document 614) (the "Motion for Entry"), and (2) Plaintiffs' Motion to Compel Defendants' Production of Documents (Document 617) (the "Motion to Compel"). The grounds for this motion are:

1.  Under Discovery Order No. 7, the deadline for the filing of motions for the February 8 hearing was January 28, a Sunday. (Document 582 at 1.) Prior to January 28, the parties mutually agreed that any filing dates that fall out on weekends would be extended to the following Monday and that all opposition and reply dates would be adjusted accordingly. The parties also discussed filing a motion, similar to the instant

motion, as soon as practicable to alert the Court to this agreement and to ensure that the Court is amenable to this arrangement.

2. Plaintiffs filed a Motion for Entry and a Motion to Compel on January 29, the next business day after the January 28 deadline.

3. Under Discovery Order No. 7, the deadline for the filing of oppositions to the Motion for Entry and the Motion to Compel is February 1. (Document 582 at 1.)

4. Absent the relief requested, defendants' oppositions to the Motion for Entry and to Compel would be due only three business days after the motions were filed.

5. Defendants require, and respectfully request, one additional day to prepare their oppositions. Plaintiffs consent to this extension.

6. If defendants' deadline request is granted, Plaintiffs would require, and would request, a commensurate one-day postponement (to February 6) of the deadline for the filing of their replies to defendants' oppositions. Defendants consent to this extension.

7. This motion is made on an emergency basis because of the time constraints at issue.

WHEREFORE, the parties to all Sales and Marketing Practices Actions respectfully request a one-day postponement of the deadlines for the filing of oppositions and replies as to the Motion for Entry and the Motion to Compel.

Dated: January 31, 2007

By: **/s/ James P. Rouhandeh**
James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

By: **/s/ David B. Chaffin**
David B. Chaffin
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

*Counsel for Defendants, Pfizer Inc., et al.*

By: **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By: **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs' Steering Committee*

By: **/s/Richard Bemporad**
Richard Bemporad, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By: **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class Steering Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 31, 2007.

/s/David B. Chaffin