# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
:  MDL Docket No. 1629
In re: NEURONTIN MARKETING, SALES PRACTICES, :
AND PRODUCTS LIABILITY LITIGATION           :  Master File No. 04-10981
:
------------------------------------------------- x  Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:                          :  Magistrate Judge Leo T.
ALL ACTIONS                                        :  Sorokin

------------------------------------------------- x

**CERTIFICATION**

1. My name is _____. I reside at _____. I am employed as (state position) _____ by (state name and address of employer) _____.

2. I have been retained by plaintiffs in the above-captioned proceeding and have been provided documents, data and materials from a vendor(s) who is not a party to this litigation.

3. I understand that these documents, data and materials are being made available to me on an ATTORNEYS' and EXPERTS' EYES ONLY basis.

4. I shall not share or discuss these documents, data and materials with anyone else, except for attorneys for plaintiffs in the above-captioned proceeding who have also been provided these documents on the same ATTORNEYS' and EXPERTS' EYES ONLY BASIS.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of _____, _____.

_____