# EXHIBIT E

**ims**

IMS HEALTH

AMENDMENT # 3 TO
INFORMATION SERVICES AGREEMENT No. ISA02-PFIZER
DATED JANUARY 1, 2002
BETWEEN PFIZER INC. ("CLIENT")
AND IMS HEALTH INCORPORATED ("IMS")

This Amendment #3 ("Amendment"), effective as of the 1st day of December 2006 by and between IMS Health Incorporated, a corporation organized under the laws of the state of Delaware ("IMS") and Pfizer Inc., a corporation organized under the laws of the state of Delaware (referred to herein either as "CLIENT" or "Pfizer"), hereby modifies the above-referenced Information Services Agreement ("Agreement") as hereinafter set forth.

1.  **Products and Services**: The products and services and the associated fees set forth in the attached Schedule of Fees & Services are hereby deemed added to the Agreement and are included in the Data, Software and Services under the Agreement.

2.  **Amendment #2**: The provisions of Amendments #2 to the Agreement will be deemed to have expired and be no longer in force as of the close of business on December 31, 2006, except as required for the performance of services under that Amendment through the December, 2006 Data month and except to the extent preserved in this Amendment.

3.  **Sales Force Effectiveness (formerly, Sales Management) Services Details**: The provisions of this Section 3 will apply to the following Sales Force Effectiveness Services: (i) DDD™ Basic (Pfizer products only); (ii) DDD Competitive; (iii) DDD Class of Trade; (iv) Xponent Mail Order; (v) Xponent Long Term Care Sub-National; and (vi) DDD Hospital Class Index.

    A. CLIENT will have "open-access" to such Sales Force Effectiveness Services. The term "open access" means that CLIENT will not be charged any additional data fees for standard production data (i.e., data not requiring additional IMS services, such as formatting services or IMS custom delivery services) as a result of adding any new products to a current market or any new therapeutic markets (except as stated below) to this Agreement. However, notwithstanding the above, though there is no maximum on the number of markets that may be added for promoted products (i.e., products actively promoted by CLIENT through the efforts of its sales force personnel), CLIENT will receive services with respect to a maximum of fifteen (15) therapeutic markets on an on-going basis for non-promoted products under this Agreement (i.e., products with respect to which CLIENT does not use its sales force personnel to actively promote). Notwithstanding the foregoing, this provision does not apply to the Xponent Omnicare Data.

    B. IMS will provide to CLIENT the services of five (5) dedicated IMS full time employees (each an "FTE") (working from IMS locations) to support CLIENT's Sales Force Effectiveness Services deliverables. If additional such personnel are required, CLIENT will pay IMS fees for the additional personnel at a rate of $150,000.00 per FTE per year, prorated at $12,500 per FTE per month, at a minimum of $75,000.00 (i.e., six months of services) per FTE in any twelve-month period. Alternatively, additional IMS support resources will be provided at a rate of $200.00 per hour.

C.  **Ad-Hoc/On-going Reports:**
(i) Notwithstanding the provisions of Section 3.A. above, IMS will deliver ad-hoc reports and on-going deliverables for the above-listed services at no additional cost as long as no additional programming work by IMS in excess of six (6) hours per project or deliverable is required in order to do so.
(ii) Calculation of non-standard metrics (i.e., any non-standard IMS offering, non-production type calculations) will be provided to CLIENT at additional fees charged at IMS' then-current rates or at such other fees as IMS and CLIENT may agree upon. Listed below are the standard metrics that are defined for each audit:

**DDD:**
1.  Dollars
2.  Pack Units
3.  Extended/Volume Units
4.  Strength Units

**Xponent Mail Order/Long Term Care:**
1.  Dollars
2.  New Rx's
3.  Total Rx
4.  New Rx Quantity
5.  Total Rx Quantity

Note: For the customized Xponent Long Term Care feed for compensation, the only available metric is dollars.

**NPA, NSP, NDTI, IPS and Retail Method Of Payment:**
Refer to the standard metrics listed in the **IMS Information Services Manual 2002** for each of these audits.

(iii) IMS will deliver Therapeutic Class Reports and quota reports on a monthly basis.
(iv) IMS will deliver such services via EDT, Tapes, Cartridges and/or Excel spreadsheets, as CLIET directs.

D  **Sales Force Effectiveness Services Not Included In This Agreement**:  The following services are not included in this Agreement:
(i)      Weekly information for DDD, Xponent Mail Order and Xponent Long Term Care.
(ii)     The following Pfizer Reports: Hospital Targeting Reports; Verification Reports; and VISN Reports.
(iii)    Historical information beyond twenty-three (23) months of the current month for any service.
(iv)     Xponent, Xponent Puerto Rico, Early View and Doctor Level Medco Mail Order services.

4. **Market Research/Managed Care Services Details:** The provisions of this Section 4 will apply to the Market Research/Managed Care Services identified in the Market Research Services Schedule of Services section of the attached Schedule of Fees & Services.

   A. **Dataview Usage:** CLIENT will have unlimited Dataview usage for the following market research audits under this Agreement (NPA, NPA 7, RPP, NDTI, IPS). Additional provisions regarding Dataview are set forth in the attached Updated Data, Software and Services Rider for Dataview.

   B. **Affiliate Fees:** This Amendment covers the use of the U.S. Market Research audits for CLIENT, CLIENT's un-incorporated divisions and wholly-owned subsidiaries located in the United States, and CLIENT's Affiliate (as "Affiliate" is defined below), Agouron Pharmaceuticals ("Agouron") for use at any location of Agouron and such divisions and wholly-owned subsidiaries in the United States, subject to the license terms set forth in Section 1 of the Agreement and further subject to the other terms set forth in the Agreement and the restrictions set forth below. Agouron and CLIENT's said divisions and wholly-owned subsidiaries are authorized to receive only those Market Research Services deliverables listed in the Schedule of Fees & Services. CLIENT shall be responsible for any fees resulting from Agouron's and such subsidiaries' Dataview usage, including any fees for copies of the Market Research deliverables described above. For the avoidance of doubt, IMS shall not have any obligation to provide any service or support (i.e. Data delivery commitments, etc.) to Agouron or to the said divisions or subsidiaries.

   For purposes of this Agreement, the term "Affiliate" shall mean any person, corporation, company, partnership, joint venture or other entity controlling, controlled by or under common control with the applicable party. For such purpose, the term "control" means the holding of 50% or more of the common voting stock or ordinary shares in, or the right to appoint 50% or more of the directors of, such corporation, company, partnership, joint venture or entity.

   Such license grants with respect to Agouron are conditional upon Agouron remaining an Affiliate of CLIENT, and such license grants with respect to Agouron and the aforesaid divisions and subsidiaries are conditional upon all such entities' agreement in writing with CLIENT to be bound under terms and conditions which are substantially the same in all material respects as the terms and conditions applicable to CLIENT in this Agreement with respect to the provisions regarding the use, disclosure, restrictions on use and disclosure, and the protection of the other rights and interests of IMS in the Data, including, without limitation, the terms of Paragraphs 4, 6, 7, 8, 9, and 10 of the Agreement. CLIENT hereby guarantees the performance of and compliance with such aforesaid provisions all such entities.

   The price applicable to IMS' U.S. syndicated Market Research Services (those services listed in the Schedule of Fees & Services attached hereto) applicable to any Affiliate (including the aforesaid subsidiaries) of CLIENT other than Agouron shall be IMS' list price less a thirty percent (30%) discount, and CLIENT or each such applicable Affiliate shall be charged and shall pay such fees for such services. For the avoidance of doubt, the discount referenced above shall not apply to any enhancements, modifications or new versions of the IMS Market Research Services identified above.

C. **Market Research Services Not Included In This Agreement**: The following services are not included in this Agreement:

(i) IMS will deliver the market research information in Microsoft Excel spreadsheets. If custom formatting and/or calculations are required, IMS will provide them at additional fees to be at IMS' then-current standard fees or such other fees upon which the parties may agree.

(ii) If any new metric or custom metric that is not available in the standard IMS audits is required (example – Co-Pay, Age/Gender), IMS will provide them at additional fees to be at IMS' then-current standard fees or such other fees upon which the parties may agree.

5. **Merger/Acquisition Clause**: In the event that CLIENT is a party to any Transaction (as such term is defined below) involving another organization in the pharmaceutical industry within the top twenty (20) of such organizations (defined by moving annual total sales of such other organization's products for all channels in IMS National Sales Perspectives at the time of announcement of such Transaction), the "open-access" for sales management information will not apply with respect to any additional markets required for the merged/successor or acquired organization that are not listed in the list of 2007 SALES MANAGEMENT MARKETS in the attached SCHEDULE OF FEES & SERVICES, and CLIENT will pay additional fees to IMS for such markets at IMS' then-current list prices less a 30% discount. "Transaction" as used herein shall refer to any merger, acquisition, reorganization, or sale of assets involving another pharmaceutical manufacturer.

6. **Termination of Services As Uncompetitive**: If CLIENT believes that any Service provided to CLIENT under the Agreement is uncompetitive in the marketplace and CLIENT desires to terminate such Service for that reason, CLIENT must document to IMS in writing the specific reasons therefore and the particular Service claimed to be uncompetitive. For purposes of this provision, the term "uncompetitive" shall refer to the lack of a feature, function, or characteristic in projection methodology, universe composition, sample design, data elements or delivery which is material to the needs of CLIENT and which feature, function or characteristic is included in a commercially available service or product from a competitor third party, which is similar in feature, function or characteristic to the applicable IMS Service, at a price which is equal to or lower than the applicable Service or product provided by IMS. Such lack of a feature, function, or characteristic is material to the needs of CLIENT if such lack has a material adverse impact on CLIENT's intended use of the service for sales compensation or for purposes of market research, as applicable. CLIENT will provide IMS with advance written notice of its intention to terminate the subject Service together with reasonable details documenting the lower accuracy of the Data provided under such Service. IMS will have ninety (90) days after receipt of such documentation within which to submit a Plan of Action to CLIENT to address the issues raised by such documentation. CLIENT may choose to accept or reject the IMS Plan of Action. If CLIENT rejects the Plan of Action, IMS' receipt of written notice from CLIENT of such rejection shall trigger a thirty (30) day period in which CLIENT may terminate the subject Service effective upon not less than thirty (30) days advance written notice to IMS, and, effective as of the date of such termination, the fees payable under this Agreement will be reduced (and prorated for the current year) to eliminate that portion of the fees attributable to the terminated Service. Notwithstanding the foregoing, however, this <u>Termination of Services As Uncompetitive</u> provision does not apply to the HCPS services.

7. **Data Coverage and Quality Provisions.** The parties hereto agree to comply with the provisions of the <u>Xponent Mail Order Data Coverage and Xponent Long Term Care Data Quality Rider</u> attached hereto.

8. The following is added as a new subparagraph d. under Paragraph 1, entitled "LICENSE":

"d. **USE RESTRICTIONS**
Notwithstanding anything to the contrary in this Agreement, no license or right is granted under this Agreement to CLIENT to use or copy the Data, Software, or Services, and under no circumstances shall CLIENT use or copy or permit any other person or entity to use or copy the Data, Software, or Services, or any information derived therefrom, including but not limited to Masterfile Data, in any manner:
(i) which would result in the disclosure to any third party of information regarding the algorithms, formulas, processes, or projection or statistical methods used by IMS to produce any of the Data; or
(ii) which would aid CLIENT, for itself or for any other party, in the design, development, enhancement or modification of any product or service, which product or service, as the case may be, is in competition with any products or services of IMS, without IMS' prior written approval."

9. Subparagraph b. of Paragraph 4, entitled "CONFIDENTIALITY" is deemed deleted, and the following is inserted in its place:

"b. CLIENT may furnish all or any part of the Data to its consultants and independent contractors for use solely for the direct benefit of CLIENT in accordance with the provisions of this Agreement; provided, however, any use or possession of Data by consultants and/or independent contractors shall first require the full execution of an IMS Third Party Access Agreement or other appropriate IMS agreement by each such consultant and contractor and the other required signatory parties. Notwithstanding the foregoing, nothing herein shall prevent CLIENT from permitting access to Data by temporary employees under the direct supervision and control of CLIENT that work in offices or facilities occupied and controlled by CLIENT; provided such temporary employees are bound in writing under terms and conditions relating to restricted use and confidentiality which are substantially the same in all material respects as the terms and conditions contained in this Agreement and that CLIENT guarantees such temporary employees' compliance with such terms and conditions and will be liable to IMS for any breach thereof by any such temporary employee. The use or disclosure of any Data or any information derived from the Data for or in any litigation or administrative proceeding is governed by and subject to IMS' then-current policy for such use or disclosure, a copy of which will be provided to CLIENT upon request."

Except as herein modified and/or supplemented, all other terms and conditions of the Agreement remain the same and in full force and effect.

**IMS Health Incorporated:**     **Pfizer Inc.:**

By: _____     By: _____

Name: _____     Name: _____

Title _____    Title: _____

Date: _____     Date: _____