# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 1629 ) ) Master File No.: 1:04-cv-10981-PBS ) ) Judge Patti B. Saris ) Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | ) ) ) ) ) |

## DECLARATION OF RONALD J. ARANOFF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER GOVERNING THIRD PARTY DISCOVERY

RONALD J. ARANOFF declares under penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney at law and counsel to Bernstein Liebhard & Lifshitz, LLP, one of the counsel for the proposed class plaintiffs in the above-captioned action.

2. I submit this declaration in support of the Class Plaintiffs', Coordinated Third-Party-Payor Plaintiffs', and Products Liability Plaintiffs' Motion for Entry of an Order Governing Third Party Discovery (the "Motion"), filed January 29, 2007.

3. I have personal knowledge of the matters stated herein.

4. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Deborah L. MacGregor, Esq. to Ronald J. Aranoff, Esq., dated November 13, 2006.

Dated: New York, New York
       February 6, 2007

/s/ **Ronald J. Aranoff**
Ronald J. Aranoff

1