UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
        PRODUCTS LIABILITY ACTIONS                         :
                                                           :
-----------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS'**
**SELECTION OF TWO TRACK ONE CASES**

Pursuant to the Court's Order on Random Selection of Track One Cases, dated January 25, 2007 (ECF Doc. # 620), Products Liability Plaintiffs hereby select the following two Track One cases:

1. Ruth Smith v. Pfizer Inc., et al.     C.A. No. 05-11515
   (Richard Smith, deceased)

2. Joanna Bentley v. Pfizer Inc., et al. C.A. No. 05-11997
   (Steven Bentley, deceased)

Dated: February 7, 2007                  Respectfully submitted,

                                         *Members of Products Liability*
                                         *Plaintiffs' Steering Committee*

                                   By:   /s/ Andrew G. Finkelstein
                                         Andrew G. Finkelstein, Esquire
                                         Finkelstein & Partners, LLP
                                         436 Robinson Avenue
                                         Newburgh, NY  12550

2

By: **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 7, 2007.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire