# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In Re: NEURONTIN MARKETING AND
    SALES PRACTICES LITIGATION

THIS DOCUMENT RELATES TO:

ASSURANT HEALTH, INC., ET AL. v.
PFIZER, INC., ET AL., NO. 05-10535

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

## JOINT MOTION FOR ENLARGEMENT OF TIME
## TO SERVE INITIAL DISCLOSURES

The *Assurant* Plaintiffs and Defendants in the above-referenced matter, by their undersigned counsel, respectfully move for an enlargement of the time within which they must exchange initial disclosures pursuant to Fed. R. Civ P. 26(a), from Friday, February 9, 2007, to Thursday, March 15, 2007. The *Assurant* Plaintiffs have conferred with counsel for Defendants, who have asked to join the motion. The *Assurant* Plaintiffs and Defendants agree that an enlargement of time for both sides to exchange their respective Rule 26 disclosures will contribute to a just and efficient determination of this action.

WHEREFORE, the *Assurant* Plaintiffs and Defendants respectfully request that the Court enlarge the time to Thursday, March 15, 2007, for both parties to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a).

DATED: February 9, 2007.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:    **/s/ Annamarie A. Daley**
        Annamarie A. Daley (#158112)
        2800 LaSalle Plaza
        800 LaSalle Avenue
        Minneapolis, MN 55402-2015

Tel.: (612) 349-8500
Fax: (612) 339-4181

W. Scott Simmer (#460726)
Suite 1200
1801 K Street, N.W.
Washington, DC 20006
Tel.: (202) 736-2745
Fax: (202) 223-8604
***Attorneys for Assurant Plaintiffs***

and

By: **/s/ James P. Rouhandeh, Esq.**
James P. Rouhandeh, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

By: **/s/ David B. Chaffin**
David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

***Counsel for Defendants, Pfizer, Inc., et al.***

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 9, 2007.

**/s/ Annamarie A. Daley**