UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>PRODUCT LIABILITY ACTIONS | |

**DEFENDANTS' SELECTION OF TWO TRACK ONE CASES**

Pursuant to the Court's Order on Random Selection of Track One Cases, dated January 25, 2007 (Document # 620), defendants' hereby select the following two Track One cases:

1. Strickland, et al. v. Pfizer Inc., et al.     C.A. No. 06-10778

2. Mendoza v. Pfizer Inc., et al.     C.A. No. 05-11033


Dated: February 14, 2007

                    DAVIS POLK & WARDWELL

                    By:  /s/ James P. Rouhandeh
                          James P. Rouhandeh

                    450 Lexington Avenue
                    New York, New York 10017
                    (212) 450-4000

                          - and -

2

        HARE & CHAFFIN

        By:   /s/ David B. Chaffin
             David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and*
        *Warner-Lambert Company*

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 14, 2007.

        /s/David B. Chaffin

2