## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------
IN RE NEURONTIN MARKETING AND         )
SALES PRACTICES LITIGATION            )    MDL Docket No. 1629
                                      )
_____)    Master File No. 04-10981
THIS DOCUMENT RELATES TO:             )
                                      )    Judge Patti B. Saris
ALL ACTIONS                           )
                                      )    Magistrate Leo T. Sorokin
---------------------------------------------------------------

### CHANGE OF ADDRESS OF COUNSEL OF RECORD

Please take notice that the address of Charles Barrett, Esq. who is a counsel of record in this action for Plaintiff(s), has changed to:

**Charles F. Barrett**
**BARRETT & ASSOCIATES, P.A.**
**6518 Highway 100, Suite 210**
**Nashville, TN 37205**
**(615) 515-3393**
**(615) 515-3395 fax**
**cb@barrettandassociates.net**

The undersigned requests the Court to make this change of address in the Court's records and asks counsel for all other parties to direct all future correspondence to the new address.

Dated:  February 16, 2007.

                                            Respectfully Submitted,

                                            s/Charles Barrett
                                            Charles Barrett
                                            BARRETT & ASSOCIATES, P.A.
                                            6518 Highway 100, Suite 210
                                            Nashville, TN 37205

2

(615) 515-3393
(615) 515-3395 (fax)

## CERTIFICATE OF SERVICE

I Charles Barrett hereby certify that a true and correct copy of the foregoing was filed and served upon all counsel of record electronically using the Court's CM/ECF filing system on February 16, 2007.

s/Charles Barrett
Charles Barrett