UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
:  MDL Docket No. 1629
In re:   NEURONTIN MARKETING,       :
         SALES PRACTICES AND        :  Master File NO. 04-10981
         PRODUCTS LIABILITY LITIGATION :
------------------------------------x  Judge Patti B. Saris
                                    :
THIS DOCUMENT RELATES TO:           :  Magistrate Judge Leo T.
                                    :  Sorokin
JEFFREY FARIS and KATHERINE         :
FARRIS,                             :  Case No. 1:06-cv-12063-PBS
                                    :
         Plaintiffs,                :
                                    :
v.                                  :
                                    :
PFIZER, INC., et al.,               :
                                    :
         Defendants.                :
------------------------------------x

**STIPULATION AND ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time of Teva Pharmaceuticals USA, Inc. ("Teva") to respond to the Complaint in the above-captioned action is extended to and including March 5, 2007.

Teva intends to respond to said Complaint by moving to dismiss the action as to it on the same grounds as set forth in Teva's Motions to Dismiss *Marilyn Blackwell v. Pfizer, Inc., et al.*, Case No. 1:06-cv-11397-PBS, and *Lena Ramsey v. Pfizer, Inc., et al.*, Case No. 1:06-cv-12212-PBS, which motions are currently stayed, subject to resolution of plaintiffs' pending motions to remand said actions to the Court of Common Pleas of Philadelphia County, Pennsylvania. Accordingly,

IT IS HEREBY FURTHER STIPULATED AND AGREED that further briefing and hearing of Teva's Motion to Dismiss the instant action shall be adjourned to coincide with briefing and hearing of Teva's Motions to Dismiss in *Blackwell* and *Ramsey*, or until such time as the parties shall agree otherwise, or shall be directed otherwise by the Court.

Dated: February 15, 2007

| FINKELSTEIN & PARTNERS, LLP | GOODWIN PROCTER LLP |
|---|---|
| By: *Kenneth Fromson (RAO)* <br> Kenneth Fromson <br> 436 Robinson Avenue <br> Newburgh, NY 12550 <br> (800) 634-1212 | By: *Richard G. Oth* <br> Richard A. Oetheimer <br> Exchange Place <br> Boston, MA 02109 <br> (617) 570-1000 |
| Attorneys for Plaintiffs Jeffrey Farris and Katherine Farris | Attorneys for Defendant Teva Pharmaceuticals USA, Inc. |

SO ORDERED:

_____
U.S.D.J.