UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | Judge Patti B. Saris |

NOTICE OF APPEARANCE

Please enter the appearance of Ian Crawford on behalf of third party IMS Health Incorporated.

IMS HEALTH INCORPORATED

By its attorney,

/s/ Ian Crawford
Ian Crawford (BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
icrawford@toddweld.com

DATED: February 20, 2007