UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

### THIRD PARTY MOTION TO INTERVENE AND FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 24 and 26, IMS Health Incorporated ("IMS Health") moves for leave to intervene to seek modification of the protective orders entered in these actions, the specifics of which and grounds for which are set forth in detail in the accompanying Memorandum of Law in Support of IMS Health Incorporated's Motion to Intervene and for a Protective Order.

IMS HEALTH INCORPORATED

By its attorney,

/s/ Ian Crawford
Ian Crawford (BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

DATED: February 20, 2007

Of Counsel:

George J. Tzanetopoulos
Ethan Hastert
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7026