UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 1629
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

Master File No. 04-10981

Judge Patti B. Saris
------------------------------------------------------------x
ALL ACTIONS

Magistrate Judge Leo T. Sorokin
------------------------------------------------------------x

## SUBMISSION PURSUANT TO DISCOVERY ORDER NO. 9

Pursuant to Discovery Order No. 9 (Docket 632, Feb. 12, 2007), Pfizer Inc. and Warner-Lambert Company (together, "defendants") submit the following report regarding the status of their efforts to locate the so-called internal Neurontin website. Defendants have completed a reasonable search for the materials plaintiffs requested and have identified the following items.

Defendants have located a gabapentin bibliography website containing Neurontin articles. A copy of this website will be produced on or before March 23, 2007, assuming that it is not duplicative of information previously produced.[1]

In addition, defendants have determined that certain eRooms® relating to Neurontin existed during the relevant time frame.[2] An eRoom® is not an actual internet or intranet site, but

---

[1] On September 1, 2005, defendants produced the Neurontin Interactive Bibliography. Defendants are still in the process of determining whether the gabapentin bibliography website is duplicative of the Interactive Bibliography, and will produce the website only if it is not duplicative.

instead allows users to share documents in a virtual workspace where those given access can view and / or add or remove materials . Defendants will produce copies of these eRooms®, to the extent that archived versions exist, by March 23, 2007.

Dated: February 20, 2007

                                      DAVIS POLK & WARDWELL

                                      By:   /s/ James P. Rouhandeh
                                              James P. Rouhandeh
                                              Deborah L. MacGregor

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      (212) 450-4000

                                              - and -

                                      HARE & CHAFFIN

                                      By:   /s/ David B. Chaffin
                                              David B. Chaffin

                                      160 Federal Street
                                      Boston, Massachusetts 02110
                                      (617) 330-5000

                                      *Attorneys for Defendants Pfizer Inc. and*
                                      *Warner-Lambert Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 20, 2007.

                                                /s/ David B. Chaffin

---

[2] eRoom® is a registered trademark for a collaborative, web-based data sharing product published by EMC.