**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| _____ | ) | MDL DOCKET NO. 1629 |
|  | ) |  |
| In re: NEURONTIN MARKETING, | ) | Master File No.: 1:04-cv-10981-PBS |
| SALES PRACTICES, AND PRODUCTS | ) |  |
| LIABILITY LITIGATION | ) | Judge Patti B. Saris |
|  | ) | Mag. Judge Leo T. Sorokin |
| _____ | ) |  |
|  | ) |  |
| THIS DOCUMENT RELATES TO: | ) |  |
| ALL MARKETING AND SALES | ) |  |
| PRACTICES ACTIONS | ) |  |

**NOTICE OF REVISED DECLARATION OF ILYAS J. RONA FILED IN**
**SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

In connection with the Reply Memorandum of Law in Support of Plaintiffs' Motion for Class Certification (Document No. 642) ("Reply"), Class Plaintiffs filed the Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Motion for Class Certification (Document No. 644) ("Original Declaration"). The Original Declaration inadvertently omitted making reference to the reply declarations of Class Plaintiffs' experts, Professor Rosenthal and Dr. Hartman, which were intended to be attached as Exhibits I and J respectively, and which are cited in the Reply at pages 26 – 28, 34 – 36, and 41. The Original Declaration also attached a poor-quality copy of the journal article D. Radley, S. Finkelstein, et al., *Off-Label Prescribing Among Office-Based Physicians*, 166 Arch. Intern. Med. 1021 (May 8, 2006), which was attached as Exhibit H.

PLEASE TAKE NOTICE that a Revised Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Motion for Class Certification, which corrects those deficiencies, is filed herewith.

Respectfully Submitted,

Dated: February 22, 2007

By:    /s/ Thomas Greene
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:    /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:    /s/ Don Barrett
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:    /s/ Daniel Becnel
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:    /s/ James Dugan
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:    /s/ Thomas M. Sobol
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Members of the Class Plaintiffs' Steering Committee*