UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**REVISED DECLARATION OF ILYAS J. RONA FILED IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Ilyas J. Rona, do hereby state and depose, the following:

1.  I am an associate at the law firm Greene & Hoffman, P.C., and I am an attorney duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts. All statements made herein are based on facts personally known or represented to me, and if called upon, I could testify competently thereto.

2.  Attached at Exhibit A is a true and accurate copy of Pfizer_TMF_CRF_0015313, which is a string of email communications involving various Parke-Davis employees between April 20, 2000 and June 26, 2000 relating to Dr. Reckless and Study 945-224.

3.  Attached at Exhibit B is a true and accurate copy of Pfizer_LeslieTive_0020985, which is a string of email communications involving various Pfizer employees between September 26, 2000 and October 16, 2000 relating to Dr. Reckless and Study 945-224.

2

4. Attached at <u>Exhibit C</u> is a true and accurate copy of Pfizer_LeslieTive_0012730, which is a set of slides relating to a sales training meeting in held in Puerto Rico on April 4, 2001.

5. Attached at <u>Exhibit D</u> is a true and accurate copy of a report reflecting Pfizer's payments to Dr. Ahmad Beydoun, generated from the BETSY database.

6. Attached at <u>Exhibit E</u> is a true and accurate copy of Exhibit 27 to the Deposition of Lee Dorrill.

7. Attached at <u>Exhibit F</u> is a true and accurate copy of Exhibit 28 to the Deposition of Lee Dorrill.

8. Attached at <u>Exhibit G</u> is a true and accurate copy of Exhibit 2 to the Deposition of Kylene Huler, M.D.

9. Attached as <u>Exhibit H</u> is a true and accurate copy of D. Radley, S. Finkelstein, et al., *Off-Label Prescribing Among Office-Based Physicians*, 166 Arch. Intern. Med. 1021 (May 8, 2006).

10. Attached as <u>Exhibit I</u> is a true and accurate copy of the Reply Declaration of Professor Meredith Rosenthal.

11. Attached as <u>Exhibit J</u> is a true and accurate copy of the Reply Declaration of Dr. Raymond Hartman.

Signed under the pains and penalties of perjury this 22nd day of February 2007.

/s/ Ilyas J. Rona
Ilyas J. Rona

2