UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO:<br><br>ALL MARKETING AND<br>SALES PRACTICES ACTIONS ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |


**CLASS PLAINTIFFS' MOTION FOR PERMISSION TO FILE AN OVERSIZED REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Pursuant to United States District Court for the District of Massachusetts Local Rule 7.1(b)(4), the Class Plaintiffs (*Harden Manufacturing Corp., et al. v. Pfizer, Inc., et al.*) respectfully request leave of the Court to file the attached reply memorandum in support of their motion for class certification in excess of the 20-page limit set forth in Rule 7.1(b)(4). Plaintiffs are responding to an opposition brief of 49 pages filed by Defendants, which raises numerous complex issues of fact and law that cannot be responded to in 20 pages. Class Plaintiffs apologize for burdening the Court with such a lengthy proposed reply brief without having obtained prior permission, but Class Plaintiffs were unable to estimate the required length of their reply brief sufficiently in advance of its completion.

596044.1

Dated: February 21, 2007 Respectfully Submitted,

By: /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: /s/ Thomas Greene
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By: /s/ Don Barrett
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: /s/ Daniel Becnel
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: /s/ James Dugan
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By: /s/ Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Boston, MA 02110

*Members of the Class Plaintiffs'
Steering Committee*

596044.1                                  -2-