UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>PFIZER INC. and WARNER LAMBERT COMPANY. | Magistrate Leo T. Sorokin |

## **DECLARATION OF JAMES H. YOUNG**

I am an attorney with the firm of Young & Young located in Indianapolis, Indiana. I am familiar with the facts and circumstances set forth in this Declaration.

1. I represented Gerald E. Smith and Rhonda H. Smith in a personal injury action entitled Gerald E. Smith and Rhonda H. Smith v. Michael G. Jones and Raleigh E. Norris filed in the Montgomery Superior Court in Montgomery County, Indiana, under Case No. 54D01-0010-CT-319 (the "Personal Injury Action").

2.      The Personal Injury Action was resolved in December, 2002 for a total settlement in the amount of $225,000.

3.      Attached hereto as Exhibit "A" is a true and accurate copy of the Settlement Distribution Sheet prepared by my office setting forth the distribution of the proceeds of the settlement of the Personal Injury Action.

4       As set forth in Exhibit A, the plaintiffs in the Personal Injury Action received a lump sum payment in the amount of $120,095.97 after the payment of certain fees and expenses associated with the prosecution of that lawsuit. As further set forth in the Settlement Distribution Sheet, there was no separate itemization or allocation for the payments made by the plaintiffs to pay for the purchase of Neurontin or for any of the elements of their claims for damages in the Personal Injury Action.

I affirm under the penalties of perjury that the foregoing statements are true and correct.

Dated:  January _____, 2007

_____
James H. Young
Young & Young
126 N. Delaware Street
Indianapolis, IN 46204

# Exhibit A

Re: GERALD E. SMITH and RONDA H. SMITH vs.
MICHAEL G. JONES and RALEIGH E. NORRIS
Montgomery Superior Court - 54D01-0010-CT-319

## SETTLEMENT DISTRIBUTION SHEET

### 12/30/02

TOTAL SETTLEMENT $225,000.00

    Attorney Fees 1/3 (75,000) 150,000.00

    Litigation Expenses -
    (Young & Young)

| | |
|---|---:|
| The Mediation Group - | |
|    ½ Mediation Fee | 476.50 |
| Steve Couvillon - Consultation Fee | 500.00 |
| Federal Express - Transportation fee | 15.53 |
| David Kareken, PhD | 250.00 |
| Blankenship Vocational Services - | |
|    Consultation Fee | 360.00 |
| JWM Neurology - Consultation | 600.00 |
| Professional Psychological Services - | |
|    Consultation (Dr. Kareken) | 250.00 |
| Copying Expense (246 @ 15¢ ea.) | 36.90 |

                                                         (2,488.93)

    (Howard & Lawson)

| | |
|---|---:|
| Copies Nucor records (46 x 15¢ ea) | 6.90 |
| Copies of med.exp. (158 x 15¢ ea) | 23.70 |
| Postage to Faye Lacey | 6.08 |
| Clerk, Montgomery County - filing fee | 100.00 |
| Cert. postage to Clerk | 6.00 |
| BMV - copies driving transcript | 8.00 |
| BMV - copy of driving transcript | 4.00 |
| Postage re mailing to Clerk | 1.00 |
| Dr. Huler - copies medical records | 16.00 |
| Copies to J. Young (31 x 15¢) | 4.65 |
| Smart Corporation - Culver Union | |
|    Hospital records | 15.55 |
| Garry Fuller, D.C. - copies records | 42.50 |
| Copies to J. Young (130 x 15¢) | 19.50 |

Page 1 of 2

Smith v. Jones
Settlement Distribution
Page 2

| | | |
|---|---:|---:|
| Copies '96-'00 tax returns (115 x 15¢) | 17.25 | |
| Interview Dr. Huler | 250.00 | |
| AHC - copies Dr. Poe's records | 15.00 | |
| Copies to J. Young (36 x 15¢ ea) | 5.44 | |
| Postage mailing to Clerk, atty & client | 3.22 | |
| Copies of HCH records (14 x 15¢ ea) | 2.10 | |
| Parking re mtg w/Dr. Kareken | 2.25 | |
| Teleconf. w/Court & attys. | 19.91 | |
| Copies medical expense chart w/ attached copies bills (447 x 15¢ ea) | 67.05 | |
| Misc. LD phone calls | | |
| | ($636.10) | 146,874.97 |
| Subrogation Lien Worker's Comp - | | |
| Westfield Group | 12,000.00 | 134,874.97 |
| Anthem BC/BS | 400.00 | 134,474.97 |
| *Outstanding Medical Bills - | | |
| John P. Jackson DC | 1,945.00 | |
| Dr. Huler | 1,370.00 | |
| New Century Open Imaging | 671.00 | |
| Hendricks Community Hospital | 415.00 | |
| Emergency Medicine Specialists | 95.00 | |
| Garry T. Fuller D.C. | 1,883.00 | |
| | (6,379.00) | |

**\*\*NET SETTLEMENT TO GERALD E. SMITH AND RONDA SMITH**     $128,095.97

\*These are the only medical bills Young & Young will pay from the settlement proceeds out of its trust account. The Smiths may have other medical bills outstanding which are not being paid at this time.

\*\*Non-taxable under current State and Federal tax laws and regulations

Accepted and Approved:

_Gerald E. Smith_ (signature)
Gerald E. Smith

_Ronda K. Smith_ (signature)
Ronda H. Smith