# Group Health Care Plan



DEFENDANT'S EXHIBIT
28

# Harden Manufacturing Corporation



Blue Cross Blue Shield of Alabama

**Effective July 1, 2003**

HAR00148

HAR00148

# WELCOME

All of us at Blue Cross and Blue Shield of Alabama pledge to you we will provide the best service we can in the administration of your group health plan. The following information summarizes your group's benefits. It also summarizes conditions, limitations, and exclusions to those benefits There are sections explaining eligibility and defining certain words, too. Please be sure to read this information in its entirety. This information is a "summary plan description" or "plan" as defined by ERISA, the Employee Retirement Income Security Act of 1974 as amended.

Blue Cross and Blue Shield of Alabama is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of Independent Blue Cross and Blue Shield Plans. The Blue Cross and Blue Shield Association permits us to use the Blue Cross and Blue Shield service marks in the state of Alabama. Blue Cross and Blue Shield of Alabama is not acting as an agent of the Association. No representation is made that any organization other than Blue Cross and Blue Shield of Alabama and your employer will be responsible for honoring this contract. The purpose of this paragraph is for legal clarification; it does not add additional obligations on the part of Blue Cross and Blue Shield of Alabama not created under the original agreement.

If you have any questions which the person in your company who deals with employee benefits cannot answer, please contact the Blue Cross and Blue Shield of Alabama Customer Service Department

## Attention Please

This booklet contains a summary in English of your plan rights and benefits. If you have difficulty understanding any part of this booklet, contact Blue Cross and Blue Shield of Alabama's Customer Service Department at 1-800-292-8868 *(or the group's dedicated Customer Service number)*. Office hours for Customer Service are from 8:00 a.m. to 5:00 p m  Monday through Friday, CST (Central Standard Time). You may also contact your plan administrator or employer's benefit office for more information.

## *Atencion Por Favor – Spanish*

*Esta folleto contiene un resumen en Ingles de su beneficios y derechos del plan. Si usted tiene dificultad entendiendo cual quier parte de este informacion, por favor ponese en contacto con el Departmento de Servicio Cliente de Blue Cross y Blue Shield de Alabama a 1-800-292-8868, o al gratis numero del telefono localizado detras de su tarjeta de identificacion de Blue Cross y Blue Shield de Alabama. Las horas del officina son Lunes hasta Viernes, 8:00 a.m. hasta 5:00 p.m. central normal corriente tiempo, Tambien puede ponerse en contacto con su administrador del plan o la officina del beneficio de su patron para mas informacion.*

Group Number 42003/002

1

# TABLE OF CONTENTS

SUMMARY OF HEALTH BENEFITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ELIGIBILITY AND PRE-EXISTING CONDITION EXCLUSION PERIODS . . . . . . . . . . . . . 7

COBRA COVERAGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

BENEFIT CONDITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

HEALTH BENEFITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

COORDINATION OF BENEFITS (COB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

SUBROGATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

CLAIMS AND APPEALS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

GENERAL INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

HEALTH BENEFIT EXCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

STATEMENT OF ERISA RIGHTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

2

HAR00150

HAR00148

# SUMMARY OF HEALTH BENEFITS

This table is a summary of benefits and is subject to all other terms and conditions of the Plan.

**To maximize your benefits seek medical services from a Preferred Provider who participates in the BlueCard Preferred Provider Organization (PPO) Program. Please call 1-800-810-BLUE (2583) or access our website at www.bcbsal.org to find out if your provider is a PPO member.**

Please be aware that not all providers participating in the BlueCard PPO Program will be recognized by us as approved providers for the type of service or supply being furnished as explained more fully in paragraph 5 of "Benefit Conditions."

### INPATIENT HOSPITAL

| Benefit | PPO | Non-PPO |
|---|---|---|
| Coverage | 365 days of care during each confinement*; $200 deductible per admission** and a $50 copay for the 2nd through the 6th days; covered inpatient expenses paid at 100% of the PPO Allowance | 365 days of care during each confinement*; $300 deductible per admission** ; covered inpatient expenses paid at 80% of the Allowed Amount |
| Preadmission Certification | Required for all admissions except maternity; emergency admissions require notification within 48 hours of admission; for precertification call 1-800-248-2342 toll-free | |

\* If you are discharged from and readmitted to a hospital within 90 days, the days of each stay will apply toward your 365 day maximum. Inpatient hospital days are limited to a combined PPO and Non-PPO maximum of 365 days for each confinement

\*\* The deductible is due for each admission or readmission; however, only one deductible is due per pregnancy, during transfers from one hospital to another, or when two or more family members are admitted as inpatients as a result of injuries received in one accident

### OUTPATIENT HOSPITAL*

| Benefit | PPO | Non-PPO |
|---|---|---|
| Accidental Injury | 100% of the PPO Allowance, no deductible or copay applicable | 100% of the Allowed Amount when services are rendered within 72 hours of the accident; after 72 hours, 80% of the Allowed Amount, subject to the calendar year deductible |
| Surgery | 100% of the PPO Allowance, subject to a $100 facility copay | 80% of the Allowed Amount, subject to the a $100 facility copay |
| Medical Emergencies | 100% of the PPO Allowance, subject to a $100 facility copay | 80% of the Allowed Amount, subject to the calendar year deductible |
| Diagnostic Lab and X-ray, IV Therapy, Radiation Therapy and Chemotherapy | 100% of the PPO Allowance, no deductible | 80% of the Allowed Amount, subject to the calendar year deductible |

\* Benefits will be determined under "OTHER COVERED SERVICES" in the Summary of Health Benefits and Health Benefits sections of this booklet for (1) services in the emergency room if the patient's condition does not meet the definition of a Medical Emergency, and (2) outpatient services not listed in this table.

### PREFERRED HOME HEALTH AND HOSPICE BENEFITS

| Benefit | PPO | Non-PPO |
|---|---|---|
| Preferred Home Health* and Hospice Care Within the State of Alabama | 100% of the PPO Allowance, no deductible | Not covered |

3

HAR00151

HAR00148

4

| PREFERRED HOME HEALTH AND HOSPICE BENEFITS - Continued | | |
|---|---|---|
| Benefit | PPO | Non-PPO |
| Preferred Home Health* and Hospice Care Outside the State of Alabama | Services are only available when precertified through Managed Care | |

\* Covered expenses for Preferred Home Health Care apply toward the lifetime maximum.

| PHYSICIAN SERVICES | | |
|---|---|---|
| Benefit | PPO | Non-PPO |
| Surgery and Anesthesia, In-Hospital Visits, Second Surgical Opinions and Inpatient Consultations | 100% of the PPO Allowance, no deductible | 80% of the Allowed Amount, subject to the calendar year deductible |
| Diagnostic X-Rays and Lab Exams | 100% of the PPO Allowance, no deductible | 80% of the Allowed Amount, subject to the calendar year deductible |
| Office Care Services, Emergency Room Services and Outpatient Consultations | 100% of the PPO Allowance, subject to the $20 office copayment | 80% of the Allowed Amount, subject to the calendar year deductible |

| PREVENTIVE CARE SERVICES | | |
|---|---|---|
| Benefit | PPO | Non-PPO |
| In-Hospital Routine Newborn Care | 100% of the PPO Allowance, no deductible or copayment | Not covered |
| Routine Well Child Care | 100% of the PPO Allowance, subject to the $20 copayment; includes coverage for nine visits during the first two years and one visit per year thereafter through age six | Not covered |
| Routine Immunizations | 100% of the PPO Allowance, no deductible or copayment | Not covered |
| Routine Pap Smears | 100% of the PPO Allowance with no deductible; limited to one per year for females | Not covered |
| Routine Mammogram | 100% of the PPO Allowance with no deductible; limited to one exam for women between the ages of 35 and 39 and one per year for women ages 40 and over    These limits may not apply if you have a family history of breast cancer | Not covered |
| Routine Prostate Specific Antigen | 100% of the PPO Allowance, limited to one exam per year for males ages 40 and over | Not covered |

4

HAR00152

HAR00148

## NON-PPO PHYSICIAN BENEFITS IN ALABAMA

| Benefits | |
|---|---|
| Emergency Room Care | 50% of the PPO Fee Schedule subject to the $400 calendar year deductible |
| Office Visit and Outpatient Consultations | |
| Surgery and Assistant Surgery | |
| Anesthesia | |
| Laboratory and Pathology | |
| X-rays | |
| Chemotherapy and Radiation Therapy | |
| Second Surgical Opinion | |
| In-Hospital Medical Care | |
| In-Hospital Consultation | |

## GENERAL PROVISIONS

| | |
|---|---|
| Calendar Year Deductible | $100 per person per calendar year, three deductibles per family* |
| Annual Out-of-Pocket Maximum | $400 per person (applicable to Other Covered Services) plus the calendar year deductible; covered expenses paid at 100% of the Allowed Amount thereafter for the remainder of the calendar year** |
| Lifetime Maximum | $1,000,000 lifetime maximum for each covered member, applies only to Other Covered Services, Non-PPO Outpatient Hospital Services, and Non-PPO Physician Services, unless otherwise stated*** |

\* Only one deductible is required when two or more family members have expenses resulting from injuries received in one accident. When covered charges are paid to meet the deductible for services rendered in October, November, or December, the deductible will not be required the following year. The deductible will be applied to claims in the order in which they are processed regardless of the order in which they are received. Once the maximum number of family members specified above has met the full deductible, no additional covered expenses will be applied toward any family member's individual deductible for the rest of the calendar year; however, all charges applied toward individual deductibles until that point are non-refundable

\*\* Non-covered expenses do not apply toward the Annual Out-of-Pocket Maximum.

\*\*\* Expenses for accidental injury rendered within 72 hours of the accident in the outpatient department of a Non-PPO facility do not apply toward the Lifetime Maximum

## OTHER COVERED SERVICES

| Benefit | |
|---|---|
| Durable Medical Equipment (DME)** | Preferred DME Supplier in Alabama: 80% of the Preferred DME Supplier Fee Schedule; subject to the calendar year deductible |
| | Non-Preferred DME Supplier in Alabama: 80% of the Allowed Amount; subject to the calendar year deductible |
| | DME Supplier Outside of Alabama: 80% of the Allowed Amount as determined by Blue Cross and Blue Shield of that state; subject to the calendar year deductible |

5

HAR00153

HAR00148

| OTHER COVERED SERVICES - Continued | |
|---|---|
| **Benefit** | |
| Physical Therapy** | Preferred Physical Therapist in Alabama: 80% of the Preferred Physical Therapist Fee Schedule; subject to the calendar year deductible |
| | Non-Preferred Physical Therapist in Alabama: 80% of the Allowed Amount; subject to the calendar year deductible |
| | Physical Therapist Outside of Alabama: 80% of the Allowed Amount as determined by Blue Cross and Blue Shield of that state; subject to the calendar year deductible |
| Ambulance Service | 80% of the Allowed Amount, subject to the calendar year deductible |
| Chiropractic Services | 80% of the Allowed Amount, subject to the calendar year deductible |
| Occupational Therapy Services for the Hand and/or Treatment of Lymphedema** | Preferred Occupational Therapist in Alabama: 80% of the Preferred Occupational Therapist Fee Schedule; subject to the calendar year deductible |
| | Non-Preferred Occupational Therapist in Alabama: 80% of the Allowed Amount, subject to the calendar year deductible |
| | Occupational Therapist Outside of Alabama: 80% of the Allowed Amount as determined by Blue Cross and Blue Shield of that state; subject to the calendar year deductible |
| Allergy Testing and Treatment | 80% of the Allowed Amount, subject to the calendar year deductible |
| Routine Vision Care | 100% of the Allowed Amount, no deductible or copay; limited to one routine exam and a maximum payment of $50 per member each calendar year |

\*  See Other Covered Services in the Health Benefits section for additional services. Most Other Covered Services are paid at 80% of the Allowed Amount after the calendar year deductible is met.

\*\*  When using a Preferred or Participating Provider, the provider will bill us and we will pay him or her directly. If you see a Non-Preferred or Non-Participating Provider, you may have to file your claim and you will be responsible for charges in excess of the Allowed Amount.

| PRESCRIPTION DRUGS | | |
|---|---|---|
| **Benefit** | PPO | Non-PPO |
| Prescription Drugs | Generic -100%, no deductible | Generic -100%, no deductible |
| | Brand Name -80%, subject to the calendar year deductible | Brand Name -80%, subject to the calendar year deductible |

| INDIVIDUAL CASE MANAGEMENT | |
|---|---|
| **Benefit** | |
| Individual Case Management | Services available through Comprehensive Managed Care; see the Individual Case Management section for details |

6

HAR00154

HAR00148

# ELIGIBILITY AND PRE-EXISTING CONDITION EXCLUSION PERIODS

## Who Is Eligible for This Plan?

You are eligible to enroll in this plan if all of the following requirements are satisfied:

1. you are an employee of your employer and are treated as an employee (as opposed to an independent contractor) by your employer;

2. you work 30 or more hours per week (including vacation and certain leaves of absence that are discussed in the section below dealing with termination of coverage);

3. you are in a category or classification of employees that is covered by the plan;

4. you meet any other eligibility or participation rules established by us or your employer; and,

5. you satisfy any applicable waiting period, as explained below.

You must continue to meet these eligibility conditions for the duration of your participation in the plan.

## Is There a Waiting Period Under the Plan?

There is a waiting period under the plan. This means that you may enroll in the plan after a specified number of days of continuous employment. Please contact your group administrator to determine the number of days applicable to you. If you are a new employee, the waiting period begins to run on the first day that you report to active duty. Thereafter, days of employment include days during which you are unable to report to work because of an illness or injury. Coverage will begin on the date specified below under "When Does Coverage Begin?" Coverage may also be subject to a pre-existing condition exclusion. See the section below called "Will I be Subject to a Pre-Existing Condition Exclusion Period?"

## How Do I Apply for the Plan?

Fill out an application form completely and give it to your employer or group. You must name all eligible dependents to be covered on the application. Your employer or group will collect all of the employees' applications and send them to us.

## Which of My Dependents Is Eligible?

Your eligible dependents are:

1. your spouse (of the opposite sex);

2. an unmarried child under age 19;

3. an unmarried child age 19 to 23 while a full-time student in a state accredited school, not working full-time and chiefly depending on you for support; and,

4. an incapacitated child who is not able to support himself and who depends on you for support, if the incapacity occurred before age 19 (or 23 if a "full-time student")

The child may be:

1. a natural child;

2. a stepchild residing in the household of the eligible employee;

7

HAR00155

HAR00148

3.  a legally adopted child;

4.  a child placed for adoption; or,

5.  any other unmarried child for whom the employee has permanent legal custody and who depends solely on the employee for support and regularly and permanently resides with the employee in a parent-child relationship

A grandchild is only eligible if he or she meets all of the following guidelines: (1) under 19 years of age; (2) unmarried; (3) chiefly dependent on the employee for support; (4) resides in the same household full-time with the employee in a parent-child relationship, and (5) is not employed on a regular full-time basis. The grandchild's parent may not be covered by the employee's contract, unless the grandchild has been adopted by the grandparents and the parent meets all of the other conditions to be covered as a dependent.

## When Does Coverage Begin?

*Regular Enrollment:*

If you apply within 30 days after the date on which you meet the plan's eligibility requirements (including any applicable waiting periods), your coverage will begin as of the date thereafter specified by your group (generally the first day of the month after you have met the eligibility requirements and applied). If you are a new employee, coverage will not begin earlier than the first day on which you report to active duty. An employee who enrolls under this paragraph is called a "regular enrollee."

*Late Enrollment:*

You may also enroll as a "late enrollee" during your group's annual open enrollment period. Your coverage will begin on the date specified by your group following your enrollment. A late enrollee is any member who doesn't enroll during the regular enrollment period or during a special enrollment period. Late enrollees are subject to longer pre-existing condition exclusion periods than regular and special enrollees. See the discussion below on pre-existing condition exclusions for more information about this.

*Special Enrollment Period for Individuals Losing Other Coverage:*

An employee or dependent (1) who doesn't enroll during the first 30 days of eligibility because the employee or dependent has other coverage, (2) whose other coverage was either COBRA coverage that was exhausted or coverage by other health plans which ended due to "loss of eligibility" (as described below) or failure of the employer to pay toward that coverage, and (3) who requests enrollment within 30 days of the exhaustion or termination of coverage, may enroll in the plan. Coverage will be effective as of the date on which the other coverage ended. A member who enrolls under this paragraph is called a "special enrollee."

Loss of eligibility with respect to a special enrollment period includes loss of coverage as a result of legal separation, divorce, death, termination of employment, reduction in the number of hours of employment, and any loss of eligibility that is measured by reference to any of these events, but does not include loss of coverage due to failure to timely pay premiums or termination of coverage for cause (for example, making a fraudulent claim or intentional misrepresentation of a material fact).

*Special Enrollment Period for Newly Acquired Dependents:*

If you have a new dependent as a result of marriage, birth, placement for adoption, or adoption, you may enroll yourself and/or your spouse and your new dependent as special enrollees provided that you request enrollment within 30 days of the event. The effective date of coverage will be the date of marriage, birth, placement for adoption, or adoption. A member who enrolls under this paragraph is also called a "special enrollee."

8

HAR00148

HAR00156

If we accept your application, you will receive an identification card. If we decline your application, all the law requires us to do is refund any fees paid.

## Will I be Subject to a Pre-Existing Condition Exclusion Period?

Yes, unless you have enough prior creditable coverage to completely eliminate the plan's pre-existing condition waiting period.

*In General:*

As a general rule, for the first 9 months (270 days) after your "enrollment date" (as defined below), there are no benefits for pre-existing conditions. If you are a late enrollee, there are no benefits for the first 18 months (546 days) after your enrollment date for pre-existing conditions. If you are a regular enrollee, your enrollment date is the earlier of the first day of any waiting period or the first day on which you become covered. If you are a special or late enrollee, your enrollment date is the first day on which you become covered.

The 9 or 18-month pre-existing condition exclusion periods are reduced by any credit you receive for prior creditable coverage (as described below).

A pre-existing condition is any condition, no matter how caused, for which you received medical advice, a diagnosis, or care, or for which treatment was recommended or received during the six-month period preceding your enrollment date. Even if your condition is not diagnosed until after your enrollment date, we will treat your condition as pre-existing if treatment was recommended or received during the six-month period preceding your enrollment date for symptoms that are consistent with the presence of your condition.

Pre-existing conditions do not apply to newborns enrolled within 30 days of birth or children under age 18 who are enrolled within 30 days of the date of adoption or placement for adoption. Pre-existing conditions do not apply to pregnancy.

*Credit for Prior Creditable Coverage:*

If you were covered by another plan before becoming covered by this plan, we'll credit the time toward the 9 (270 days) or 18 (546 days) month pre-existing conditions exclusion period, if:

a    there is no greater than a 63-day break in coverage, and

b    the last coverage was "creditable coverage," i.e., under an individual or group health plan including COBRA, Medicare, Medicaid, U.S. Military, Champus, Federal Employee Program, Indian Health Service, Peace Corps Service, a State risk pool or a public health service.

If necessary, we will assist in obtaining a certificate from any prior employer, insurer, or Health Maintenance Organization (HMO)

## Will the Plan Cover a Child if Required to do so by Court Order?

If the employer (the plan administrator) receives an order from a court or administrative agency directing the plan to cover a child, the employer will determine whether the order is a Qualified Medical Child Support Order (QMCSO)  A QMCSO is a qualified order from a court or administrative agency directing the plan to cover the employee's child regardless of whether the employee has enrolled the child for coverage. The employer has adopted procedures for determining whether such an order is a QMCSO. You have a right to obtain a copy of those procedures free of charge by contacting the employer at the address shown near the end of this summary.

9

HAR00157

HAR00149

The plan will cover an employee's child if required to do so by a QMCSO.

If the employer determines that an order is a QMCSO, Blue Cross will enroll the child for coverage effective as of a date specified by the employer, but not earlier than the later of the following:

1   If we receive a copy of the order within 30 days of the date on which it was entered, along with instructions from the employer to enroll the child pursuant to the terms of the order, coverage will begin as of the date on which the order was entered.

2.   If we receive a copy of the order later than 30 days after the date on which it was entered, along with instructions from the employer to enroll the child pursuant to the terms of the order, coverage will begin as of the date on which we receive the order. We will not provide retroactive coverage in this instance.

Coverage may continue for the period specified in the order up to the child's attainment of age 19 or age 23 if a "full-time student " if the employee is required to pay extra to cover the child, the employer may increase the employee's payroll deductions  During the period the child is covered under the plan as a result of a QMCSO, all plan provisions and limits remain in effect with respect to the child's coverage except as otherwise required by federal law. For example, a child covered by a QMCSO may be subject to a pre-existing condition exclusion.

While the QMCSO is in effect Blue Cross will provide benefits directly to the child or the child's custodial parent or legal guardian. Blue Cross will also provide sufficient information and forms to the child's custodial parent or legal guardian to allow the child to enroll in the plan. Blue Cross will also send claims reports directly to the child's custodial parent or legal guardian.

## If I Work after Age 65 or Become Eligible for Medicare, Am I Still Covered?

*Groups With 20 or More Employees*

If your group employs 20 or more employees and if you continue to be actively employed when you are age 65 or older, you and your spouse will continue to be covered for the same benefits available to employees under age 65  In this case, your group benefits plan will pay all eligible expenses first  If you are enrolled in Medicare, Medicare will pay for Medicare eligible expenses, if any, not paid by the group benefits plan.

If both you and your spouse are over age 65, you may elect to disenroll completely from the plan and purchase a Medicare Supplement contract. This means that you will have no benefits under the plan. In addition, the employer is prohibited by law from purchasing your Medicare Supplement contract for you or reimbursing you for any portion of the cost of the contract.

If you are age 65 or older, considering retirement, and think you may need to buy COBRA coverage after you retire, you should read the section below dealing with COBRA coverage - particularly the discussion under the heading "I Am Age 65 or Older and about to Retire. Can I Have Medicare and COBRA Coverage at the Same Time?"

*Other Medicare Rules*

Disabled Individuals:  If you or your spouse is eligible for Medicare due to disability and is also covered under the plan by virtue of your current employment status with the employer, Medicare will be considered the primary payer (and the plan will be secondary) if your group employs fewer than 100 employees. If your group employs 100 or more employees, the plan will be primary and Medicare will be secondary.

End-Stage Renal Disease:  If you are eligible for Medicare as a result of End-Stage Renal Disease (permanent kidney failure), the plan will generally be primary and Medicare will be secondary for the first 30 months of your Medicare eligibility (regardless of the size of the employer). Thereafter, Medicare will be primary and the plan will be secondary.

10

HAR00158

HAR00148

If you have any questions about coordination of your coverage with Medicare, please contact your group administrator for further information.

## When Will Coverage Terminate?

Plan coverage ends as a result of the first to occur of the following (generally, coverage will continue to the end of the month in which the event occurs):

1. the date on which the employee fails to satisfy the conditions for eligibility to participate in the plan, such as termination of employment or reduction in hours (except during vacation or as otherwise provided in the leave of absence rules below);

2. for spouses, the date of divorce or other termination of marriage;

3. for children, the date a child ceases to be a dependent;

4. for the subscriber and his or her dependents, the date of the subscriber's death;

5. your group fails to pay us the amount due within 30 days after the day due;

6. upon discovery of fraud or intentional misrepresentation of a material fact by you or your group;

7. when none of your group's members still live, reside or work in Alabama; or,

8. on 30 days advance written notice from your group to us.

In all cases the termination occurs automatically and without notice. All the dates of termination assume that payment for coverage for you and all other employees in the proper amount has been made to that date. If it has not, termination will occur back to the date for which coverage was last paid.

## Will I Lose My Coverage During a Leave of Absence?

If your employer is covered by the Family and Medical Leave Act of 1993 (FMLA), you may retain your coverage under the plan during an FMLA leave, provided that you continue to pay your premiums. In general, the FMLA applies to employers who employ 50 or more employees. You should contact your employer to determine whether leave qualifies as FMLA leave.

You may also continue your coverage under the plan for up to 30 days during an employer-approved leave of absence, including sick leave. Contact your employer to determine whether such leaves of absence are offered. If your leave of absence also qualifies as FMLA leave, your 30-day leave time runs concurrently with your FMLA leave. This means that you will not be permitted to continue coverage during your 30-day leave time in addition to your FMLA leave.

If you are on military leave covered by the Uniformed Services Employment and Reemployment Rights Act of 1994, you should see your employer for information about your rights to continue coverage under the plan.

11

HAR00159

HAR00148

# COBRA COVERAGE

## What is COBRA; Does It Apply to Me?

COBRA is the Consolidated Omnibus Budget Reconciliation Act of 1985 (Public Law 99-272, Title X). If COBRA applies, you may be able to continue coverage under the plan beyond the point at which coverage would otherwise end.

Not all group health plans are covered by COBRA. As a general rule, COBRA applies to all employer sponsored group health plans (other than church plans) if the employer employed 20 or more full or part-time employees on at least 50% of its typical business days during the preceding calendar year.

You must contact your employer to determine whether this plan is covered by COBRA. Blue Cross is not your plan administrator.

COBRA coverage can be particularly important for several reasons. First, it will allow you to continue group health care coverage beyond the point at which you would ordinarily lose it. Second, it can prevent you from incurring a break in coverage (persons with 63-day breaks in creditable coverage may be required to satisfy pre-existing condition exclusion periods if they obtain health coverage elsewhere). And third, it could allow you to qualify for coverage under the Alabama Health Insurance Program (AHIP). See the discussion below under "What Happens When My COBRA Coverage Ends?" for more information about this. You do not have to demonstrate evidence of insurability in order to qualify for COBRA coverage

You will have to pay for COBRA coverage. Your cost will equal the full cost of the coverage plus a two percent administrative fee. Your cost may change over time, as the cost of benefits under the plan changes. If the employer stops providing health care through Blue Cross, Blue Cross will stop administering your COBRA benefits. You should contact your employer to determine if you have further rights under COBRA.

## What Are My COBRA Rights If I Am a Covered Employee?

If you are a covered employee and you would otherwise lose coverage under the plan because of your termination of employment or reduction in hours (except terminations for gross misconduct on your part), you may elect to buy COBRA coverage. Coverage will continue for up to 18 months from the date of your termination of employment or reduction in hours, assuming you pay your premiums on time. If, apart from COBRA, your employer continues to provide coverage to you after your termination of employment or reduction in hours (regardless of whether such extended coverage is permitted under the terms of the plan), the extended coverage you receive will ordinarily reduce the time period over which you may buy COBRA benefits.

If you are on a leave of absence covered by the Family and Medical Leave Act of 1993 (FMLA), and you do not return to work, you will be given the opportunity to buy COBRA coverage. The period of your COBRA coverage will begin when you fail to return to work following the expiration of your FMLA leave or you inform your employer that you do not intend to return to work, whichever occurs first.

You are not entitled to buy COBRA coverage if you are employed as a nonresident alien who received no U.S. source income, nor may your family members buy COBRA.

12

HAR00160

## What Are My COBRA Rights if I Am a Covered Spouse or Child?

If you are covered under the plan as a spouse or dependent child of a covered employee, you may elect to buy COBRA coverage if you would otherwise lose coverage under the plan as a result of any of the following events:

- the covered employee's termination of employment or reduction in hours (except terminations for gross misconduct);

- the covered employee's death;

- the covered employee's divorce or legal separation from his or her spouse;

- the covered employee's enrollment in Medicare; or

- a covered child's loss of dependent status under the plan.

The period of COBRA coverage will be 18 months in the case of a termination of employment or reduction in hours and 36 months in the case of other qualifying events, provided that premiums are paid on time.

For spouses and children receiving COBRA coverage, the 18-month period may be extended to 36 months if another qualifying event (death, divorce, enrollment in Medicare, or loss of dependent status) occurs during the 18-month period. The 36-month period will run from the date of the termination of employment or reduction in hours.

## Can COBRA Coverage be Extended if I Am Disabled?

Yes. In certain circumstances you can take advantage of a special disability extension.

If you or a covered member of your family is or becomes disabled under Title II (OASDI) or Title XVI (SSI) of the Social Security Act during the first 60 days after the employee's termination of employment or reduction in hours, the 18-month period may be extended to 29 months or the date the disabled individual becomes covered by Medicare, whichever occurs sooner. This 29-month period also applies to any non-disabled family members who are receiving COBRA coverage, regardless of whether the disabled individual elects the 29-month period for him or herself.

In order for this disability extension to apply, you must notify the plan administrator of Social Security's determination within 60 days after the date of the determination and before the expiration of the 18-month period. You must also notify the plan administrator within 30 days of any revocation of Social Security disability benefits.

The cost for COBRA coverage after the 18th month will be 150% of the full cost of coverage under the plan, assuming that the disabled individual elects to be covered under the disability extension. If the only persons who elect the disability extension are non-disabled family members, the cost of coverage will remain at 102% of the full cost of coverage.

For spouses and children, the disability extension may be further extended to 36 months if another qualifying event (death, divorce, enrollment in Medicare, or loss of dependent status) occurs during the 29-month period. The 36-month period will run from the date of the termination of employment or reduction in hours.

13

HAR00161

HAR00148

## Can I Add Newly Acquired Dependents to My COBRA Coverage?

Yes, but only under circumstances permitted under the health plan. In addition, except as explained below, any new dependents that you add to your coverage will not have independent COBRA rights. That means, for example, that if you die, they will not be able to continue coverage.

If you acquire a child by birth or placement for adoption while you are receiving COBRA coverage, then your new child will have independent COBRA rights. This means that if you die, for example, your child may elect to continue receiving COBRA benefits for up to 36 months from the date on which your COBRA benefits began.

If your new child is disabled within the 60-day period beginning on the date of birth or placement of adoption, the child may elect coverage under the disability extension. The election should be made on the child's behalf by the child's legal guardian.

## I Am Age 65 or Older and about to Retire. Can I Have Medicare and COBRA Coverage at the Same Time?

Yes, but there are a few things that you need to consider.

Most importantly, you should consider whether it is more beneficial to purchase a Medicare supplemental contract instead of COBRA coverage. After you retire, your COBRA coverage will be secondary to Medicare with respect to services or supplies that are covered, or would be covered upon proper application, under Parts A or B of Medicare. This means that, regardless of whether you have enrolled in Medicare, your COBRA coverage after retirement will not cover most of your hospital and medical expenses. Call the benefits coordinator at the employer for more information about this.

If you think you will need both Medicare and COBRA after your retirement, you should enroll in Medicare on or before the date on which you make your election to buy COBRA coverage. If you do this, COBRA coverage for your dependents will continue for a period of 18 months from the date of your retirement or 36 months from the date of your Medicare enrollment, whichever period ends last. Your COBRA coverage will continue for a period of 18 months from the date of your retirement. If you do not do this, your COBRA benefits will end when your Medicare coverage begins, and your covered dependents will have the opportunity to continue their own COBRA coverage for up to 36 months following the date of your retirement.

If you do not want both Medicare and COBRA for yourself, your covered family members will still have the option to buy COBRA when you retire.

## Are There Notice and Election Rules That Apply to COBRA?

Yes.

You have the responsibility to inform the employer of a divorce, legal separation, or a child losing dependent status under the group health plan. You must provide this notice within 60 days of the event or within 60 days of the date on which coverage would be lost because of the event, whichever is later. If this notice is not provided to the employer, you will not be permitted to buy COBRA coverage as a result of divorce, legal separation, or a child losing dependent status.

The employer is responsible for (i) notifying you that you have the option to buy COBRA, and (ii), sending you an application to buy COBRA coverage.

You have 60 days within which to elect to buy COBRA coverage. The 60-day period begins to run from the later of (i) the date you would lose coverage under the plan, or (ii), the date on which the employer notifies you that you have the option to buy COBRA coverage. An election to buy COBRA coverage will be considered made on the date sent back to the employer.

14

HAR00162

HAR00148

Once the employer has notified us that your coverage under the plan has ceased, we will retroactively terminate your coverage and rescind payment of all claims incurred after the date coverage ceased. If you elect to buy COBRA during the 60-day election period, and if your premiums are paid on time, we will retroactively reinstate your coverage and process claims incurred during the 60-day election period.

Because there may be a lag between the time your coverage under the plan ends and the time we learn of your loss of coverage, it is possible that we may pay claims incurred during the 60-day election period. If this happens, you should not assume that you have coverage under the plan. The only way your coverage will continue is if you elect to buy COBRA and pay your premiums on time.

## Can My COBRA Coverage Terminate Early?

Yes.

Your COBRA coverage will terminate early if any of the following events occurs

- the employer no longer provides group health coverage to any of its employees;

- you do not pay the premium for your continuation coverage on time,

- you become covered under another group health plan that does not contain any exclusion or limitation on any pre-existing condition you may have or you have sufficient creditable coverage to preclude application of the new plan's pre-existing condition exclusion period to you;

- you become enrolled in Medicare after your COBRA qualifying event; or,

- you are covered under the 29-month disability extension and there has been a final determination that the disabled individual is no longer disabled for Social Security purposes.

In addition, COBRA coverage can be terminated if otherwise permitted under the terms of the plan. For example, if you submit fraudulent claims, your coverage will terminate.

If you are buying COBRA coverage and you become covered under a group health plan that contains a pre-existing condition limitation or exclusion that does apply to you (for example, you do not have enough creditable coverage to preclude application of the new plan's pre-existing condition exclusion period to you), you should discuss the situation with the sponsor of the new plan (usually the new employer) to determine whether it makes sense nonetheless for you to enroll in the new plan while continuing to pay for COBRA coverage at the same time. Since some plans limit the circumstances under which employees and their families may enroll, it is best to consult with the new employer concerning the interaction of COBRA and the new employer's group health coverage.

## Can COBRA Benefits Change?

Yes, as and when benefits under the group health plan change

By law, COBRA benefits are required to be the same as those made available to similarly situated active employees. If the employer changes the group coverage, coverage will also change for you

15

HAR00163

HAR00148

## When Must COBRA Premiums be Paid?

Your first COBRA premium payment must be made no later than 45 days after you elect COBRA coverage. That payment must include all premiums owed from the date on which COBRA coverage began. This means that your first premium could be larger than the monthly premium that you will be required to pay going forward.

There is a grace period of 30 days for all premium payments after the first payment.

Payment of your COBRA premiums is deemed made on the day sent.

## What Happens When COBRA Coverage Ends?

If you exhaust your COBRA coverage you may buy a conversion health contract from Blue Cross. Please contact Blue Cross to determine whether a conversion contract is available. Conversion contracts have more limited coverage than COBRA coverage.

You may also qualify for coverage under state law. In Alabama, you can continue coverage through the Alabama Health Insurance Plan (AHIP). You can reach AHIP by calling the State Employees' Insurance Board in Montgomery, Alabama. In other states, you should call the state insurance department. If you elect to buy a conversion contract instead of enrolling in AHIP, you will not be able to enroll at a later date in AHIP.

By contrast, if COBRA coverage ends because you stop paying for it, then you will not have any further coverage under the group health plan and you will not be eligible to buy conversion coverage (if available) and you may not qualify for continued coverage under any applicable state law program. For example, in Alabama, you would not qualify for continued coverage under AHIP.

If you have any further questions about COBRA or if you change marital status, or you or your spouse or child changes address, please contact the benefits coordinator at the employer through whom you are receiving COBRA. Additional information about COBRA can also be found at the web site of the Pension and Welfare Benefits Administration of the United States Department of Labor.

## CERTIFICATES OF CREDITABLE COVERAGE

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) creates a concept known as "creditable coverage." Your coverage under this plan is considered creditable coverage. If you have sufficient creditable coverage under this plan and you do not incur a break in coverage (63 continuous days of no creditable coverage), you may be able to reduce or eliminate the application of a pre-existing illness exclusion in another health plan. See the section of this summary dealing with pre-existing condition periods for an explanation of how this works.

At any time up to 24 months after the date on which your coverage ceases under the plan, you may request a copy of a certificate of creditable coverage. In order to request this certificate, you or someone on your behalf must call or write Customer Service

16

HAR00164

HAR00148

# BENEFIT CONDITIONS

To qualify as plan benefits, medical services and supplies must meet the following:

1. They must be furnished after your coverage becomes effective;

2. Services or supplies for any pre-existing condition must be furnished after the 9-month (270 days) or 18-month (546 days) pre-existing condition exclusion period;

3. We must determine before, during or after services and supplies are furnished that they are medically necessary;

4. PPO benefits must be furnished while you are covered by this plan and the provider must be a PPO Provider when the services or supplies are furnished to you;

5. Separate and apart from the requirement in paragraph 4 above, services and supplies must be furnished by a provider (whether a Preferred Provider or not) who is recognized by us as an approved provider for the type of service or supply being furnished. For example, we reserve the right not to pay for some or all services or supplies furnished by certain persons who are not Medical Doctors (M.D.s), even if the services or supplies are within the scope of the provider's license. Call Customer Service if you have any question whether your provider is recognized by us as an approved provider for the services or supplies you plan on receiving;

6. Services and supplies must be furnished when the plan and your coverage both are in effect and fully paid for. No benefits will be provided for services you receive after the plan or your coverage ends, even if they are for a condition which began before the plan or your coverage ends.

# HEALTH BENEFITS

All benefits are subject to all deductibles, conditions, limitations and exclusions of the plan.

**BEFORE YOUR HOSPITAL ADMISSION—CAUTION:** One of several requirements for hospital benefits is that we certify the medical necessity of your hospital stay in advance, except for emergencies and when you are admitted to a Concurrent Utilization Review Hospital by a Preferred Medical Doctor. Emergency admissions require notice to us within 48 hours and must also be certified by us as both medically necessary and as an emergency admission. You may appeal these decisions. Failure to obtain our certificate of medical necessity will result in no benefits being paid for your hospital stay or the admitting physician. Just because we certify a hospital admission as medically necessary does NOT mean we have decided to pay benefits for it. For example, the admission may be for a pre-existing condition or any other excluded condition.

## Inpatient Hospital Benefits in a PPO or Participating Hospital (in Alabama) or a PPO Hospital (Outside of Alabama)

1. Bed and board and general nursing care in a semiprivate room; **or**

2. Use of special hospital units such as intensive care or burn care and the hospital nurses who staff them; **and**

3. Use of operating, delivery, recovery, and treatment rooms and the equipment in them;

4. Administration of anesthetics by hospital employees and all necessary equipment and supplies;

17

HAR00165

5   Casts and splints, surgical dressings, treatment and dressing trays;

6   Diagnostic tests, including laboratory exams, metabolism tests, cardiographic exams, encephalographic exams, and x-rays;

7   Physical therapy, hydrotherapy, radiation therapy and chemotherapy;

8   Oxygen and equipment to administer it,

9   All drugs and medicines used by you and administered in the hospital;

10  Regular nursery care and diaper service for a newborn baby while its mother has coverage;

11. Blood transfusions administered by a hospital employee.

## Inpatient Hospital Benefits for Maternity

Group health plans and health insurance issuers offering group health insurance coverage generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under federal law, require that a provider obtain authorization from the plan or insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours)

Note: Newborns who remain hospitalized after the mother is discharged will require certification of medical necessity.

## Inpatient Hospital Benefits in a Non-Participating Hospital in Alabama

Benefits are $10 a day for room, board and nursing plus 75% of the hospital's charges for all other services and supplies. Benefits are paid only in cases of accidental injuries.

## Outpatient Hospital Benefits in a Non-Participating Hospital in Alabama

The only outpatient services for which we pay Non-Participating Hospitals in Alabama are for services to treat an accidental injury

## PPO (Preferred Provider Organization) Outpatient Facility Benefits

1.  Emergency treatment of an accidental injury;

2.  Chemotherapy and radiation therapy,

3.  IV therapy,

4.  Hemodialysis;

5.  X-rays, lab and pathology services;

6.  Medical emergency (subject to copay);

7.  Surgery (subject to copay)

18

HAR00166

HAR00148

## Preferred Home Health Care

1.  Preferred Home Health Care benefits which are home IV therapy, intermittent home nursing visits by an R.N. or L.P.N. and home phototherapy for newborns. The services must be ordered by your physician and provided by a Preferred Home Health Care Provider. When these services are provided outside of Alabama, benefits are paid only if authorized in advance by our Managed Care nurses at 1-800-821-7231.

2.  Preferred Hospice benefits which are physician home visits, medical social services, physical therapy, inpatient respite care, home health aide visits from one to four hours, durable medical equipment and symptom management. The services and supplies must be furnished by a Preferred Hospice to a member certified by his physician to have less than six months to live. When these services are provided outside of Alabama, benefits are paid only if authorized in advance by our Managed Care nurses at 1-800-821-7231.

Note:  Private Duty Nursing Services are not covered under Preferred Home Health Care.

## PPO Physician Benefits

1.  Surgery, which includes preoperative and postoperative care, reduction of fractures and endoscopic procedures;

2.  Anesthesia by a PPO for a covered service;

3.  Second surgical opinion services by a PPO;

4.  Obstetrical care for childbirth, pregnancy, and the usual care before and after those services;

5.  Inpatient visits by a PPO while you're a hospital patient for other than surgery, obstetrical care, or radiation therapy except for an unrelated condition;

6.  Consultation for a medical, surgical or maternity condition by a specialty PPO but only one for each hospital stay;

7.  Diagnostic lab, x-ray and pathology services in a PPO's office when related to covered services but not allergy testing;

8.  Radiation therapy and chemotherapy by a PPO;

9.  Care by a PPO in the emergency room of a hospital for other than surgery or maternity (subject to copay);

10. Exam, diagnosis, and treatment for an illness or injury besides routine office visits and allergy treatment in a PPO's office (subject to copay).

Your PPO physician or other Preferred or Participating Provider may bill another group health plan for any difference between the amount we pay and his charge for any service which is a benefit of this plan.

19

HAR00167

HAR00148

## PPO Preventive Services

1. Routine immunizations to prevent diphtheria, tetanus, pertussis, polio, rubella, mumps, measles, Hib (meningitis, epiglottitis and joint infections), hepatitis B, chicken pox, and invasive pneumococcal disease in children during the first two years of life;

2. Inpatient visits by a PPO for routine newborn care;

3. One routine pap smear a year for females;

4. One baseline mammogram for females ages 35-39; one mammogram a year for ages 40 and over (limits may not apply if you have a family history of breast cancer);

5. One prostate specific antigen test each year for males ages 40 and over;

6. One PPO office visit a year when combined with a routine pap smear, mammogram or prostate screening (subject to copay);

7. Nine office visits for the first two years of a baby's life, annual exams for ages two through six (subject to copay).

## Other Covered Services

1. Semiprivate room and board, general nursing care, and all necessary hospital services and supplies when your inpatient hospital benefits are all used.

2. Outpatient hospital services.

3. Anesthesia for surgery or obstetrical care when given by other than the surgeon, obstetrician or hospital employee.

4. Physical therapy and hydrotherapy given by a licensed physical therapist. Preferred Physical Therapists may be required to precertify services during the course of your treatment. If so, the Preferred Physical Therapist will initiate the precertification process for you. If precertification is denied, you will have the right to appeal the denial.

5. Radiation therapy and chemotherapy.

6. Lab and x-ray exams and other diagnostic tests such as allergy testing

7. Drugs (including insulin) that require a written prescription by a physician and must be filled by a licensed pharmacist.

8. Artificial arms and other prosthetics; leg braces and other orthopedic devices.

9. Medical supplies such as oxygen, crutches, casts, catheters, colostomy bags and supplies, and splints.

10. Treatment of natural teeth injured by a force outside your mouth or body, if service is received within 90 days of the injury.

11. Professional ambulance service to the closest hospital that could treat the condition.

12. The less expensive for rental or purchase of durable medical equipment such as wheelchairs and hospital beds.

13. Hemodialysis services of a Participating Renal Dialysis Facility.

20

HAR00168

HAR00148

14. Physician's covered services. Surgery includes preoperative and postoperative care, reduction of fractures and endoscopic procedures, maternity deliveries and heart catheterization. The Allowed Amount and PPO fees for surgical care follow these rules:

    a. If two or more related surgical procedures are done in the same sessions, we allow for only the procedure with the largest fee. If the procedures are not related but done during the same session, we allow the full amount for the procedure with the largest fee and one-half of the fee for each of the others.

    b. For delivery of twins, triplets, etc., we allow the one largest fee, whatever the number of babies or how they are delivered.

    c. When two different specialists assist each other to operate in the same field as co-surgeons, we allow each 75% of the fee for the surgery. We won't allow them more for assisting at surgery, as they assisted each other.

15. Occupational therapy services when the following conditions are met:

    a. The services must be medically necessary and performed by a licensed occupational therapist.

    b. The services must be related to the hand and/or treatment of lymphedema, and must be of a type that we cover under our occupational therapy program. Call Customer Service at the number on the back cover to determine what specific diagnostic codes and procedures are covered.

    If you see a Preferred Occupational Therapist, the therapist will bill us and we will pay him or her directly. By contrast, if you see an occupational therapist who is not a Preferred Occupational Therapist, you may have to file your claim, and we will pay you directly.

    Preferred Occupational Therapists may be required to precertify services during the course of your treatment. If so, the Preferred Occupational Therapist will initiate the precertification process for you. If precertification is denied, you will have the right to appeal the denial.

16. Phase I therapy and exams for TMJ disorders according to the guides of the American Academy of Craniomandibular Disorders.

17. Chiropractic services.

18. Routine vision services.

## Individual Case Management

Unfortunately, some people suffer from catastrophic, long-term, and chronic illness or injury. If you have a catastrophic, long-term or chronic illness or injury, a Blue Cross Registered Nurse may assist you in accessing the most appropriate health care for your condition. The nurse case manager will work with you, your physician, and other health care professionals to design a treatment plan to best meet your health care needs. In order to implement the plan, you, your physician, and Blue Cross must agree to the terms of the plan. The program is voluntary to you and your physician. Under no circumstances are you required to work with a Blue Cross case management nurse. Benefits provided to you through Individual Case Management are subject to your benefit contract maximums. If you think that you may benefit from Individual Case Management, please call the Health Management division at (205)733-7067 or 1-800-821-7231

21

HAR00169

HAR00148

If you suffer from certain long-term, chronic, diseases or conditions you may qualify to participate in the Care Management Program. Care Management is designed for individuals whose long-term medical needs require disciplined compliance with a variety of medical and lifestyle requirements. If the manager of the Care Management Program determines from your claims data that you are a good candidate for Care Management, the manager will contact you and ask if you would like to participate. Participation in the program is completely voluntary. If you would like to obtain more information about the program, call Customer Service at the number on the back cover.

## Organ, Tissue and Bone Marrow/Cell Transplants

The organs and tissue for which there are benefits are: (1) heart; (2) liver; (3) lungs; (4) pancreas; (5) kidney; (6) heart-valve; (7) skin; (8) cornea; and (9) small bowel. Bone marrow transplants, which include stem cells and marrow to restore or make stronger the bone marrow function, are also included. The transplant must be performed in a hospital or other facility on our list of approved facilities for that type of transplant and it must have our advance written approval. When we approve a facility for transplant services it is limited to the specific types of transplants stated. Donor organ costs are limited to search, removal, storage and the transporting the organ and removal teams.

There are no transplant benefits for (1) any artificial or mechanical devices; (2) organ or bone marrow transplants from animals; (3) donor costs available through other group coverage, (4) if any government funding is provided; (5) the recipient if not covered by this plan; (6) recipient or donor room, food, or transportation costs we did not approve in writing; (7) a condition or disease for which a transplant is considered investigational; (8) transplants performed in a facility not on our approved list for that type or for which we have not given written approval in advance.

## Women's Health and Cancer Rights Act

As required by the Women's Health and Cancer Rights Act of 1998, a member who is receiving benefits in connection with a mastectomy will also receive coverage for:

1.  reconstruction of the breast on which a mastectomy was performed;

2.  surgery and reconstruction of the other breast to produce a symmetrical appearance;

3.  prostheses; and

4.  treatment of physical complications to all stages of the mastectomy, including lymphedema

This coverage will be provided in consultation with the attending physician and the patient, and will be subject to any applicable deductibles, coinsurance, and/or copayment provisions under the Plan

# COORDINATION OF BENEFITS (COB)

Plan benefits aren't payable to the amount they are provided by another group plan or if another plan is the "primary" plan. Which plan is primary is decided by the first rule below that applies:

1.  If the other plan has no COB provision, it is primary

2.  Employee/Dependent: The plan covering the patient as an employee is primary over the plan covering the patient as a dependent.

22

HAR00170

HAR00146

3.   Dependent Child/Parents Not Separated or Divorced: If both plans cover the patient as a dependent child, the plan of the parent whose birthday falls earlier in the year will be primary If the parents have the same birthday, the plan covering the patient longer is primary. If both plans don't use this "birthday rule" the other plan's rule will be used.

4.   Dependent Child/Separated or Divorced Parents: If two or more plans cover the patient as a dependent child of divorced or separated parents, benefits are determined in this order;

   a    first, the plan of the parent with custody;

   b.   then, the plan of the spouse of the parent with custody;

   c.   last, the plan of the parent without custody.

   If there is a court order that specifically states that one parent must provide the child's health expenses, that parent's plan is primary.

5.   Active/Inactive Employee or Dependent: The plan covering a person as an active employee is primary over a plan covering the person as laid off or retired.

6.   Longer/Shorter Length of Coverage: If none of the above rules determine the order of payment, the plan covering the patient the longer time is primary.

If this plan is secondary, it will not pay more than if it had been primary.

# SUBROGATION

## Right of Subrogation

If we pay or provide any benefits for you under this plan, we are subrogated to all rights of recovery which you have in contract, tort, or otherwise against any person or organization for the amount of benefits we have paid or provided. That means that we may use your right to recover money from that other person or organization.

## Right of Reimbursement

Besides the right of subrogation, we have a separate right to be reimbursed or repaid from any money you, including your family members, recover for an injury or condition for which we've paid plan benefits. This means that you promise to repay us from any money you recover the amount we've paid or provided in plan benefits. It also means that if you recover money as a result of a claim or a lawsuit, whether by settlement or otherwise, you must repay us. And, if you are paid by any person or company besides us, including the person who injured you, that person's insurer, or your own insurer, you must repay us. In these and all other cases, you must repay us.

We have the right to be reimbursed or repaid first from any money you recover, even if you are not paid for all of your claim for damages and you aren't made whole for your loss. This means that you promise to repay us first even if the money you recover is for (or said to be for) a loss besides plan benefits, such as pain and suffering It also means that you promise to repay us first even if another person or company has paid for part of your loss. And it means that you promise to repay us first even if the person who recovers the money is a minor. In these and all other cases, we still have the right to first reimbursement or repayment out of any recovery you receive from any source.

23

HAR00171

HAR00148

## Right to Recovery

You agree to furnish us promptly all information which you have concerning your rights of recovery or recoveries from other persons or organizations and to fully assist and cooperate with us in protecting and obtaining our reimbursement and subrogation rights in accordance with this section.

You or your attorney will notify us before filing any suit or settling any claim so as to enable us to participate in the suit or settlement to protect and enforce our rights under this section. If you do notify us so that we are able to and do recover the amount of our benefit payments for you, we will share proportionately with you in any attorney's fees charged you by your attorney for obtaining the recovery. If you do not give us that notice, our reimbursement or subrogation recovery under this section will not be decreased by any attorney's fee for your attorney.

You further agree not to allow our reimbursement and subrogation rights under this plan to be limited or harmed by any other acts or failures to act on your part. It is understood and agreed that if you do, we may suspend or terminate payment or provision of any further benefits for you under the plan.

# CLAIMS AND APPEALS

The following explains the rules under your group health plan for filing claims and appeals.

Remember that you may always call our Customer Service Department for help if you have a question or problem that you would like us to handle without an appeal. The phone number to reach our Customer Service Department is on the back of this booklet.

## In General

Claims for benefits under the plan can be post-service, pre-service, or concurrent. This section of your booklet explains how we process these different types of claims and how you can appeal a partial or complete denial of a claim.

The claims and appeal procedures are designed to comply with the requirements of the Employee Retirement Income Security Act of 1974 (ERISA). Even if your plan is not covered by ERISA, we will process your claim according to ERISA's standards and provide you with the ERISA appeal rights that are discussed in this section of your booklet.

You must act on your own behalf or through an authorized representative if you wish to exercise your rights under this section of your booklet. An authorized representative is someone you designate in writing to act on your behalf. We have developed a form that you must use if you wish to designate an authorized representative. You can get the form by calling our Customer Service Department. You can also go to our Internet web site at www.bcbsal.com and ask us to mail you a copy of the form. If a person is not properly designated as your authorized representative, we will not be able to deal with him or her in connection with the exercise of your rights under this section of your booklet.

For urgent pre-service claims, we will presume that your provider is your authorized representative unless you tell us otherwise in writing.

HAR00172

HAR00148