UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |
| ALL MARKETING AND SALES PRACTICES ACTIONS | Magistrate Judge Leo T. Sorokin |

**EXHIBIT G TO DECLARATION OF ILYAS J. RONA**

**FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**FILED UNDER SEAL**

**CONFIDENTIAL INFORMATION SUBJECT TO COURT ORDER**

This envelope contains documents which are filed under seal in this case by the Class Plaintiffs and, by Order of this Court, dated January 18, 2005, shall not be opened nor the contents displayed or revealed except as provided in that order or by further order of the Court.

Dated: February 21, 2007

*[signature]*
Ilyas J. Rona, Esq.
BBO # 642964
GREENE & HOFFMAN, P.C.
125 Summer Street., Suite 1410
Boston, MA 02110
(617) 261-0040

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the enclosed documents were served upon the attorney of record for the defendant via e-mail and regular mail on February 21, 2007.

*[signature]*
Ilyas J. Rona