**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE NEURONTIN MARKETING AND** | ) | |
| **SALES PRACTICES LITIGATION** | ) | MDL Docket No. 1629 |
| | ) | |
| | ) | Master File No. 04-10981 |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | Judge Patti B. Saris |
| *Blue Cross & Blue Shield of Alabama, et. al.* | ) | |
| *v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Comes now Kimberly R. West of Wallace, Jordan, Ratliff & Brandt, LLC, and pursuant to

Case Management Order ("CMO") No. 1, ¶ III(E), Dkt. 15 (12/16/2004), files this her Notice of

Appearance for Plaintiff Blue Cross and Blue Shield of Alabama in the above-styled case. Pursuant

to CMO No. 1, I certify that I am a member in good standing of the Bar of the Supreme Court of the

State of Alabama, and a member in good standing of the Bar of the United States District Court for

the Middle District of Alabama, from which this case was transferred after removal from the Circuit

Court of Montgomery County, Alabama. Pursuant to CMO No. 1, and in accordance with the

Court's Electronic Case Filing Administrative Procedure F, I also certify that I am mailing the filing

fee of $50.00 to the Clerk's Office, this date.

Respectfully submitted,


/s/ Kimberly R. West
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Telephone: (205) 874-0352
Facsimile:  (205) 871-7534
kw@wallacejordan.com

Attorney for Plaintiff Blue Cross and Blue Shield
of Alabama


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes Plaintiffs' Liaison Counsel and attorneys of record in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS, the only attorneys required to receive service of this document pursuant to Case Management Order No. 1, ¶ III(C), Dkt. 15 (12/16/2004).


Dated: February 27, 2007          /s/ Kimberly R. West
                                  Kimberly R. West
                                  Wallace, Jordan, Ratliff & Brandt, LLC
                                  800 Shades Creek Parkway, Suite 400
                                  Birmingham, Alabama 35209
                                  Telephone: (205) 874-0352
                                  Facsimile:  (205) 871-7534
                                  kw@wallacejordan.com

2