UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS | Judge Patti B. Saris |

**JOINT MOTION FOR LEAVE TO PROCEED WITH MOTION PRACTICE, FOR DECISION ON PLAINTIFFS' MOTION TO REMAND FILED IN THE TRANSFEROR COURT, AND FOR HEARING AT THE MARCH 13, 2007 MOTION HEARING**

Come now Plaintiffs, Blue Cross and Blue Shield of Alabama ("BCBS Alabama") and Municipal Workers Compensation Fund, Inc. ("MWCF"), and jointly move for leave to proceed with motion practice in this individual case, and for decision on their Motion to Remand, which was filed in the transferor court, the Middle District of Alabama, and which was fully briefed and ready for decision prior to transfer by the MDL Panel. Plaintiffs request that this Motion be heard at the Court's March 13, 2007 Motion Hearing.

In support of this motion, Plaintiffs state as follows:

1.     Plaintiffs have conferred with counsel for defendants, and are informed that defendants do not oppose this motion.

2.     This action was filed in the Circuit Court of Montgomery County, Alabama, against Defendants Pfizer, Inc., Warner-Lambert Company, LLC, Warner-Lambert Company, and Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company, LLC (collectively

"Pfizer") and Defendant David Reynolds Longmire ("Longmire") on May 12, 2006. It is not a class action.

3. On June 13, 2006, Pfizer removed the case to the Middle District of Alabama, claiming diversity as the only ground for original federal jurisdiction.

4. Defendant Longmire, like Plaintiffs, is a citizen of the State of Alabama, so complete diversity does not exist. Plaintiffs therefore maintain that there is no subject matter jurisdiction over this case.

5. Defendant Longmire did not join in the Notice of Removal, which was filed without all the documents required. For these reasons, Plaintiffs also maintain that the Notice of Removal was procedurally deficient.

6. Defendant Longmire is a physician who is referenced a number of times in Magistrate Judge Sorokin's January 31, 2006, Report and Recommendation on Defendants' Motions to Dismiss the Amended Class Complaint and the First Coordinated Amended Complaint ("R&R") (Dkt. 269), which this Court adopted on June 12, 2006 (Dkt. 356), as one of the physicians alleged to have been paid by Pfizer to assist in their off-label marketing scheme. *See, e.g.*, R&R at 8 ("Plaintiffs claim that at a consultants meeting in April of 1996 in Jupiter Beach, Florida, Dr. David Longmire said that Neurontin was effective for treatment of pain. He repeated the statement in May 1996 in Boston."); *id.* at 9 ("In April of 1996 at a conference in Jupiter Beach, Florida, Dr. Longmire stated that 'most [patients] do better as you raise [the dose] higher.'"). These and other allegations are made against Defendant Longmire in the subject matter. Yet, Pfizer claimed that Longmire was fraudulently joined.

7. On June 29, 2006, Plaintiffs filed their Motion to Remand (attached hereto as Exhibit 1), and Exhibit A thereto (attached hereto as Exhibit 2).

8. On July 24, 2006, Pfizer filed its Opposition to Plaintiffs' Motion to Remand (attached hereto as Exhibit 3), and Exhibits A through C thereto (attached hereto as Exhibits 4-6, respectively).

9. On July 31, 2006, Plaintiffs filed their Reply Brief in Further Support of Motion to Remand (attached hereto as Exhibit 7), and Exhibits A-F thereto (attached hereto as Exhibits 8-13, respectively).

10. On December 18, 2006, the district court in Alabama stayed proceedings pending a decision by the MDL Panel as to whether this action would be transferred to this Court.

11. Also on December 18, 2006, the MDL Panel entered an order transferring this case to MDL 1629.

12. On December 22, 2006, this case was docketed in this Court, and Magistrate Judge Sorokin's July 20, 2005, Order of Consolidation was entered in this case.

13. The Order of Consolidation provides that parties in individual cases must seek leave of court before proceeding with motion practice. Order of Consolidation ¶ 4, entered 12/22/06 in 1:06-cv-12295-PBS, Dkt. 20.

14. Therefore, Plaintiffs seek leave to proceed with motion practice, specifically for this Court to decide their Motion to Remand (including their request for attorneys' fees and costs for improvident removal), which has been pending now for over eight (8) months.

15. Plaintiffs believe that the grounds for remand are so clear and straightforward that review of the briefs attached hereto will suffice for the Court to grant Plaintiffs' Motion to Remand. However, if the Court determines that argument would aid it in its decision, Plaintiffs request that argument be scheduled at the Court's earliest convenience.

16.     Plaintiffs request that this unopposed motion be heard at the Court's March 13, 2007 Motion Hearing.

WHEREFORE, Plaintiffs move for leave to proceed with motion practice in this individual non-class case, and specifically, for this Court to decide their Motion to Remand. Plaintiffs further request that this Court hear this unopposed motion at its March 13, 2007 Motion Hearing.

Respectfully submitted,


/s/ Pamela B. Slate
Pamela B. Slate
Slate Kennedy LLC
Colonial Financial Center
One Commerce Street, Suite 850
Montgomery, Alabama 36104
Telephone:    (334) 262-3300
Facsimile:     (334) 262-3301
pslate@slatekennedy.com



/s/ Kimberly R. West
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Telephone: (205) 874-0352
Facsimile:  (205) 871-7534
kw@wallacejordan.com

Attorneys for Plaintiff
Blue Cross and Blue Shield of Alabama

/s/ Joshua J. Wright
Joshua J. Wright
Hollis & Wright, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
Telephone:   (205) 324-3600
Facsimile:   (205) 324-3636
joshw@hollis-wright.com

Attorney for Plaintiff
Municipal Workers Compensation Fund, Inc.

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes Plaintiffs' Liaison Counsel and counsel for Pfizer Defendants in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS, and further certify that this document has been served by electronic mail on counsel for Defendant Longmire. Plaintiffs' Liaison Counsel and counsel for Pfizer and Longmire are the only attorneys required to receive service of this document pursuant to Case Management Order No. 1, ¶ III(C), Dkt. 15 (12/16/2004).

Dated: February 27, 2007    /s/ Pamela B. Slate
Pamela B. Slate
Slate Kennedy LLC
Colonial Financial Center
One Commerce Street, Suite 850
Montgomery, Alabama 36104
Telephone:   (334) 262-3300
Facsimile:   (334) 262-3301
pslate@slatekennedy.com