UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION** ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *Blue Cross & Blue Shield of Alabama, et. al.* ) *v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Comes now Pamela B. Slate of Slate Kennedy LLC, and pursuant to Case Management Order ("CMO") No. 1, ¶ III(E), Dkt. 15 (12/16/2004), files this her Notice of Appearance for Plaintiff Blue Cross and Blue Shield of Alabama in the above-styled case. Pursuant to CMO No. 1, I certify that I am a member in good standing of the Bar of the Supreme Court of the State of Alabama, and a member in good standing of the Bar of the United States District Court for the Middle District of Alabama, from which this case was transferred after removal from the Circuit Court of Montgomery County, Alabama. Pursuant to CMO No. 1, and in accordance with the Court's Electronic Case Filing Administrative Procedure F, I also certify that I am mailing the filing fee of $50.00 to the Clerk's Office, this date.

        Respectfully submitted,


        /s/ Pamela B. Slate
        Pamela B. Slate
        Slate Kennedy LLC
        Colonial Financial Center
        One Commerce Street, Suite 850
        Montgomery, Alabama 36104
        Telephone:   (334) 262-3300
        Facsimile:    (334) 262-3301
        pslate@slatekennedy.com

        Attorney for Plaintiff Blue Cross and Blue Shield
        of Alabama


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes Plaintiffs' Liaison Counsel and counsel for Pfizer Defendants in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS, and further certify that this document has been served by electronic mail on counsel for Defendant Longmire. Plaintiffs' Liaison Counsel and counsel for Pfizer and Longmire are the only attorneys required to receive service of this document pursuant to Case Management Order No. 1, ¶ III(C), Dkt. 15 (12/16/2004).


Dated: February 27, 2007        /s/ Pamela B. Slate
                                         Pamela B. Slate
                                         Slate Kennedy LLC
                                         Colonial Financial Center
                                         One Commerce Street, Suite 850
                                         Montgomery, Alabama 36104
                                         Telephone:   (334) 262-3300
                                         Facsimile:    (334) 262-3301
                                         pslate@slatekennedy.com