UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION** | ) ) ) ) | MDL Docket No. 1629 |
|  | ) | Master File No. 04-10981 |
| **THIS DOCUMENT RELATES TO:** | ) ) | Judge Patti B. Saris |
| *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS | ) ) ) |  |

## NOTICE OF APPEARANCE

Comes now Josh J. Wright of Hollis & Wright, P.C., and pursuant to Case Management Order ("CMO") No. 1, ¶ III(E), Dkt. 15 (12/16/2004), files this his Notice of Appearance for Plaintiff Municipal Workers Compensation Fund, Inc. in the above-styled case. Pursuant to CMO No. 1, I certify that I am a member in good standing of the Bar of the Supreme Court of the State of Alabama, and a member in good standing of the Bar of the United States District Court for the Middle District of Alabama, from which this case was transferred after removal from the Circuit Court of Montgomery County, Alabama. Pursuant to CMO No. 1, and in accordance with the Court's Electronic Case Filing Administrative Procedure F, I also certify that I am mailing the filing fee of $50.00 to the Clerk's Office, this date.

Respectfully submitted,


/s/Josh J. Wright_____
Josh J. Wright
Hollis & Wright, P.C.
505 North 20th Street; Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 324-3600
Facsimile:  (205) 324-3636
joshw@hollis-wright.com
Attorney for Plaintiff Municipal Workers Compensation Fund, Inc.


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes Plaintiffs' Liaison Counsel and attorneys of record in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS, the only attorneys required to receive service of this document pursuant to Case Management Order No. 1, ¶ III(C), Dkt. 15 (12/16/2004).


Dated: February 27, 2007        /s/ Josh J. Wright
                                Josh J. Wright
                                Hollis & Wright, P.C.
                                505 North 20th Street; Suite 1500
                                Birmingham, Alabama 35203
                                Telephone: (205) 324-3600
                                Facsimile:  (205) 324-3636
                                joshw@hollis-wright.com