# HARE & CHAFFIN
ATTORNEYS AT LAW
160 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1701
(617) 330-5000
TELECOPIER (617) 330-1996

February 23, 2007

BY HAND

Robert Alba, Courtroom Clerk to
 The Honorable Patti B. Saris
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

    Re:    **In re Neurontin Marketing, Sales Practices, and Products Liability Litigation, MDL Docket No. 1629; Master File No. 04-10981 – Defendants' Memorandum in Opposition to the Class Plaintiffs' Motion for Class Certification (iBrief Interactive Brief)**

Dear Mr. Alba:

    Pursuant to our discussion some weeks ago, please find enclosed a CD containing an interactive version of Defendants' Memorandum in Opposition to the Class Plaintiffs' Motion for Class Certification, which was filed on December 22, 2006. This interactive brief ("iBrief") consists of a pdf copy of defendants' brief that has been hyperlinked such that all cites to legal authorities, exhibits, and court documents link to the appropriate target document and page. We hope that the Court will find this iBrief helpful in evaluating defendants' arguments.

    Should you have any questions or difficulties in accessing the iBrief, please do not hesitate to contact me.

    Very truly yours,

    David B. Chaffin

DBC:kgg
cc: Thomas M. Sobol, Esq.
354008.0223