UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc, et al.,*<br><br>Docket No. 1:06-cv-12295-PBS | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**RESPONSE TO JOINT MOTION FOR LEAVE TO PROCEED WITH MOTION PRACTICE ON PLAINTIFFS' MOTION TO REMAND FILED IN THE TRANSFEROR COURT, AND FOR HEARING AT THE MARCH 13, 2007 MOTION HEARING**

Defendants Pfizer Inc. and Warner-Lambert Company ("defendants") file this response to the joint motion submitted yesterday by Plaintiffs in the matter referenced above. Consistent with prior practice in this MDL, defendants believe that oral argument will benefit the Court on this issue and therefore respectfully request that the Magistrate Judge set a hearing date on plaintiffs' remand motion in April 2007 and that the parties be permitted to file supplemental briefing on plaintiffs' remand motion one week prior to the date of the hearing.

Dated: February 28, 2007

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
        James P. Rouhandeh
        Carter H. Burwell
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

                HARE & CHAFFIN

                By:   /s/ David B. Chaffin
                        David B. Chaffin

                160 Federal Street
                Boston, Massachusetts 02110
                (617) 330-5000

                *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2007.

                                       /s/David B. Chaffin