UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------x
                                                :
In re:  NEURONTIN MARKETING, SALES PRACTICES,   :
        AND PRODUCTS LIABILITY LITIGATION       :
                                                :     MDL Docket No. 1629
-----------------------------------------------x
                                                :     Master File No. 04-10981
THIS DOCUMENT RELATES TO:                       :
                                                :     Judge Patti B. Saris
-----------------------------------------------x
                                                :     Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION;               :     Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,     :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;           :
INTERNATIONAL UNION OF OPERATING ENGINEERS,     :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL    :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and     :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY.                                        :
                                                :
-----------------------------------------------x
                                                :
THE GUARDIAN LIFE INSURANCE COMPANY OF          :
AMERICA v. PFIZER INC. and                      :
                                                :
AETNA, INC. v. PFIZER INC.                      :
                                                :
-----------------------------------------------x
```

## DEFENDANTS' MOTION FOR LEAVE TO SERVE SUPPLEMENTAL INTERROGATORIES TO THE THIRD-PARTY PAYOR PLAINTIFFS

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move for leave to serve supplemental interrogatories to the third-party payor plaintiffs. The grounds for this motion are set forth in the accompanying memorandum of law in support of this motion.

WHEREFORE, Defendants respectfully request that the Court allow Defendants to serve supplemental interrogatories to the third-party payor plaintiffs.

Dated: February 28, 2007

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
      James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

### CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

/s/David B. Chaffin

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 28, 2007.

/s/David B. Chaffin