UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
IN RE NEURONTIN MARKETING, SALES          )
PRACTICES, AND PRODUCTS LIABILITY         )
LITIGATION                                )          MDL Docket No. 1629
_____)          Master File No. 04-10981
                                          )
THIS ORDER RELATES TO:                    )          Judge Patti B. Saris
                                          )          Mag. Judge Leo T. Sorokin
ALL ACTIONS                               )
_____)

Supplement to Discovery Order No. 9

March 1, 2007

SOROKIN, M.J.

On February 12, 2007, I resolved the two motions brought before the Court at the

February 8, 2007 Motion Hearing.  Discovery Order No. 9 (Docket # 632).  In one of the

motions (Docket #617), plaintiffs sought an Order compelling defendants to produce, among a

variety of things, the custodial file of Ellen Dukes, an employee of Pfizer.  Inadvertently, I

neither ordered the production of Ms. Dukes' custodial file nor denied the motion as it pertained

to Ms. Dukes' files.  Accordingly, I now resolve that portion of plaintiffs' motion.

I have reviewed the parties' filings regarding Ms. Dukes' files, as well as the transcript of

the hearing.  Plaintiffs' request that the Court order defendants to search the custodial file of

Ellen Dukes is ALLOWED.

SO ORDERED.

/s/ Leo T. Sorokin
_____

United States Magistrate Judge