# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ALL ACTIONS | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO SERVE SUPPLEMENTAL INTERROGATORIES TO THE THIRD-PARTY PAYOR PLAINTIFFS

Plaintiffs have received Defendants' Motion for Leave to Serve Supplemental Interrogatories to the Third-Party Payor Plaintiffs. Plaintiffs anticipate they will have supplemental discovery requests that they too will seek permission from the court to serve on defendants. While Plaintiffs have objections to the specific supplemental interrogatories served by Defendants, they do not object to the service of the supplemental interrogatories and will provide specific objections and other responses in accordance with F.R.Civ. P. 33.

For the Plaintiffs:
/s/ Thomas M. Sobol, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol, Esq. (BBO #471770)
Ed Notargiacomo, Esq. (BBO#567636)
One Main Street, 4th Floor
Cambridge, MA 02142

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Barry Himmelstein, Esq.
275 Battery Street, 30th Floor

Dated: March 5, 2007

MP3 20215711.1

San Francisco, CA 94111-3339

GREENE & HOFFMAN
Thomas Greene, Esq.
125 Summer Street
Boston, MA 02110

DUGAN & BROWNE
James Dugan, Esq.
650 Poydras Street, Suite 2150
New Orleans, LA 70130

BARRETT LAW OFFICE
Don Barrett, Esq.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

LAW OFFICES OF DANIEL BECNEL, JR.
Daniel Becnel, Jr., Esq.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

SHAPIRO HABER & URMY LLP
Thomas G. Shapiro, Esq. (BBO #454680)
53 State Street
Boston, MA 02109

COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
Linda P. Nussbaum, Esq.
150 East 52nd Street, 30th Floor
New York, NY 10022

COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
Michael D. Hausfeld, Esq.

MP3 20215711.1

1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005


RAWLINGS & ASSOCIATES, PLLC
Mark D. Fischer, Esq.
Mark Sandmann, Esq.
325 W. Main Street
Louisville, KY 40202


Joel Z. Eigerman, Esq.
50 Congress Street, Suite 200
Boston, MA 02109


BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO
Peter A. Pease, Esq. (BBO #392880)
One Liberty Square
Boston, MA 02109


LOWEY DANNENBERG BEMPORAD &
SELINGER, PC
Richard Bemporad, Esq.
Richard W. Cohen, Esq.
Peter St. Phillip, Jr., Esq.
Todd S. Garber, Esq.
The Gateway – 11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714


BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO
Joseph J. Tobacco, Jr., Esq.
425 California Street, Suite 2025
San Francisco, CA 94104-2205

JOHN F. INNELLI, LLC
John F. Innelli, Esq.
1818 Market Street, Suite 3620
Philadelphia, PA 19103


MP3 20215711.1