UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

## MOTION TO ADMIT PRO HAC VICE

Pursuant to Fed. R. Civ. P. 11, third-party IMS Health Incorporated by its attorney, Ian Crawford, moves this Court to admit George J. Tzanetopoulos of Mayer, Brown, Rowe & Maw LLP of 71 S. Wacker Drive, Chicago, Illinois 60606 pro hac vice for purposes of the above-captioned matter and states:

1. The undersigned is a partner with the law firm of Todd & Weld LLP and is a member in good standing of the Bar of the Commonwealth of Massachusetts.

2. Mr. Tzanetopoulos is a partner with the law firm of Mayer, Brown, Rowe & Maw LLP in Chicago, Illinois and has been retained by third-party IMS Health Incorporated to represent its interests in this action.

3. Mr. Tzanetopoulos is a member in good standing of the Bars of the State of Illinois, Illinois United States District Court for the Northern District of Illinois, United States District Court of Colorado, United States District Court for the Eastern District of Michigan, and United States Court of Appeals for the Seventh Circuit, as shown by his Application attached.

4. The undersigned will serve as local counsel for third-party IMS Health Incorporated in this matter.

5. The $50 filing fee for Mr. Tzanetopoulos has been paid.

WHEREFORE, third-party IMS Health Incorporated requests an Order admitting George J. Tzanetopoulos pro hac vice.

                      IMS HEALTH INCORPORATED

                      By its attorney,

                      /s/ Ian Crawford
                      Ian Crawford (BBO#544475)
                      Todd & Weld LLP
                      28 State Street
                      Boston, MA 02109
                      (617) 720-2626
                      icrawford@toddweld.com

DATED: March 6, 2007

## CERTIFICATE OF SERVICE

I, Ian Crawford, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2007.

                      /s/ Ian Crawford
                      Ian Crawford