UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) | Master File No. 04-10981 Judge Patti B. Saris |

APPLICATION OF GEORGE J. TZANETOPOULOS FOR
ADMISSION AS COUNSEL PRO HAC VICE

I, George J. Tzanetopoulos, request that I be admitted pro hac vice for purposes of this action. In support of this application, I declare that:

1. I am not a resident of the Commonwealth of Massachusetts, am not regularly employed in the Commonwealth of Massachusetts, and am not regularly engaged in substantial business, professional, or other activities in the Commonwealth of Massachusetts.

2. My current residence is in the State of Illinois.

3. I am a partner with the law firm of Mayer, Brown, Rowe & Maw LLP, 71 S. Wacker Drive, Chicago, Illinois 60606.

4. I am a 1985 graduate of University of Michigan Law School.

5. I am a member of good standing of the following bars:

   Illinois;
   United States District Court for the Northern District of Illinois;
   United States District Court of Colorado;
   United States District Court for the Eastern District of Michigan; and
   United States Court of Appeals for the Seventh Circuit.

6. I am not currently suspended, disbarred or under investigation by any court.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 6th day of March, 2007.

/s/ George J. Tzanetopoulos
George J. Tzanetopoulos