UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
In re:  NEURONTIN MARKETING AND  )
SALES PRACTICES LITIGATION       )    MDL Docket No. 1629
_____)
                                 )    Master File No. 04-10981
                                 )    Judge Patti B. Saris
THIS DOCUMENT RELATES TO:        )
                                 )
Blue Cross & Blue Shield of Alabama, et. al.)
v. Pfizer, Inc., et al., 1:06-cv-12295-PBS  )
                                 )
_____)
```

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant, David R. Longmire, in the above-entitled matter.

DAVID R. LONGMIRE
By his attorney,

/s/ Paul W. Shaw
Paul W. Shaw (BBO No. 455500)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel: 617-856-8200
Fax: 617-856-8201
Email: pshaw@brownrudnick.com

## CERTIFICATE OF SERVICE

I, Paul W. Shaw, hereby certify that on this 7th day of March, 2007, a true and accurate copy of the foregoing Notice of Appearance was served upon all counsel of record via ECF electronic filing.

/s/ Paul W. Shaw
Paul W. Shaw

# 1483041 v1 - SHAWPW - 026035/0001