# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| In re:   NEURONTIN MARKETING AND ) | |
| SALES PRACTICES LITIGATION          ) | MDL Docket No. 1629 |
| ) | |
| ) | Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:          ) | |
| ) | |
| *Blue Cross & Blue Shield of Alabama, et. al.* ) | |
| *v. Pfizer, Inc., et al., 1:06-cv-12295-PBS* ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant, David R. Longmire, in the above-entitled matter.

DAVID R. LONGMIRE
By his attorney,


           /s/ Benjamin M. Welch
Benjamin M. Welch (BBO No. BBO #663456)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel: 617-856-8200
Fax: 617-856-8201
Email: bwelch@brownrudnick.com

## CERTIFICATE OF SERVICE

I, Benjamin M. Welch, hereby certify that on this 7th day of March, 2007, a true and accurate copy of the foregoing Notice of Appearance was served upon all counsel of record via ECF electronic filing.

           /s/ Benjamin M. Welch
Benjamin M. Welch

# 1483669 v1 - SHAWPW - 026035/0001