UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION
------------------------------------------------- x

THIS DOCUMENT RELATES TO:

    ALL PRODUCTS LIABILITY ACTIONS

------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT, pursuant to the instructions of Associate Justice Marcy S. Friedman of the Supreme Court of the State of New York, a copy of Case Management Order No. 2 in *In re Neurontin Products Liability Litigation*, Index No. 765,000/05 (Feb. 6, 2007, New York Supreme Court, New York County), is filed herewith.

Dated: March 7, 2007

DAVIS POLK & WARDWELL

By:  /s/ James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 7, 2007.

/s/David B. Chaffin

2

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------- x
In re: NEURONTIN
PRODUCT LIABILITY LITIGATION
-------------------------------------------------- x   Index No. 765,000/05
                                                      RJI No.
THIS DOCUMENT APPLIES TO:
                                                      Hon. Marcy S. Friedman
ALL CASES

-------------------------------------------------- x

## PROPOSED CASE MANAGEMENT ORDER NO. 2

WHEREAS, on November 29, 2006 this Court ordered that, subject to the Court's order on the record on November 28, 2006, the schedule for the actions coordinated under the above caption "be aligned with that in the federal MDL unless otherwise amended by agreement of the parties or order of this Court";

WHEREAS the federal MDL court has set a schedule in the product liability actions pending in the United States District Court for the District of Massachusetts;

IT IS HEREBY ORDERED THAT the following Case Management Order No. 2 shall align the schedules of these coordinated actions with the schedule in the MDL:

| | |
|---|---|
| April 16, 2007: | Deadline for defendants to produce documents, answer interrogatories, and respond to other written discovery. |
| May 1-<br>June 29, 2007: | Depositions of defendants |
| June 29, 2007: | Deadline for plaintiffs to complete all fact discovery of defendants, except for case-specific discovery of defendants.[1] |

---

[1] Defendants' discovery of plaintiffs is not subject to this deadline and may be taken prior to June 29, 2007 or thereafter.

| | |
|---|---|
| October 1, 2007: | Deadline for plaintiffs' expert report(s) regarding general causation in all cases. |
| October 21, 2007: | Deadline for plaintiffs to produce for deposition expert(s) regarding general causation and completion of such deposition(s). |
| November 7, 2007: | Deadline for defendants' expert report(s) regarding general causation. |
| November 30, 2007: | Deadline for defendants to produce for deposition expert(s) regarding general causation and completion of such deposition(s). |
| December 15, 2007: | Motions for summary judgment on general causation and preemption, Daubert/Frye motions. |
| January 15, 2008: | Briefs in opposition to motions due. |
| February 7, 2008: | Reply briefs in support of motions due. |
| February 15, 2008: | Sur-Reply briefs in opposition to motions due, if permitted by the Court. |
| TBD: | Hearing on summary judgment and Daubert/Frye motions |

SO ORDERED:

_____
Hon. Marcy S. Friedman, A.J.S.C.

Dated: 2-6-07

2