UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) | MDL Docket No. 1629 |
| ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS ) ) ) |  |

**NOTICE OF FILING**

Come now Plaintiffs in the above-styled case, and in response to the Order entered March 5, 2007, by Magistrate Judge Leo T. Sorokin, file the following:

Exhibit A:   Notice of Removal filed June 13, 2006, in the Northern District of Alabama;

Exhibit B-1:  Part 1 of Exhibit A[1] to Notice of Removal - Summonses attached to Notice of Removal;

Exhibit B-2:  Part 2 of Exhibit A to Notice of Removal - Pages 1-35 of Plaintiffs' Complaint filed May 12, 2006 in the Circuit Court of Montgomery County, Alabama;

Exhibit B-3:  Part 3 of Exhibit A to Notice of Removal - Pages 36-70 of Plaintiffs' Complaint; and

---

[1] Exhibit A to the Notice of Removal is separated into three (3) parts to facilitate electronic filing.

Exhibit C:   Exhibit B to Notice of Removal - Complaint filed by Defendant Longmire against Defendants Pfizer, Inc. and Warner-Lambert Co., on May 12, 2006, in the Circuit Court of Franklin County, Alabama.

Respectfully submitted,

/s/ Pamela B. Slate
Pamela B. Slate
Slate Kennedy LLC
Colonial Financial Center
One Commerce Street, Suite 850
Montgomery, Alabama 36104
Telephone:   (334) 262-3300
Facsimile:    (334) 262-3301
pslate@slatekennedy.com

/s/ Kimberly R. West
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Telephone: (205) 874-0352
Facsimile:  (205) 871-7534
kw@wallacejordan.com

Attorneys for Plaintiff
Blue Cross and Blue Shield of Alabama

/s/ Joshua J. Wright
Joshua J. Wright
Hollis & Wright, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama  35203
Telephone:    (205) 324-3600
Facsimile:     (205) 324-3636
joshw@hollis-wright.com

Attorney for Plaintiff
Municipal Workers Compensation Fund, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes Plaintiffs' Liaison Counsel and Counsel for Defendants in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS, the only attorneys required to receive service of this document pursuant to Case Management Order No. 1, ¶ III(C), Dkt. 15 (12/16/2004).


Dated: March 7, 2007        /s/ Pamela B. Slate
                                     Pamela B. Slate