# EXHIBIT "A"

FORJ - Foreign Judgment

CV-06-1349

State of Alabama
Unified Judicial System

Form ARCivP-93   Rev. 5/99

# COVER SHEET
## CIRCUIT COURT - CIVIL CASE
### (Not For Domestic Relations Cases)

| Case Number | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C | V | | | | | | | | | |

Date of Filing:                    Judge Code:

| Month | Day | Year | | |
|---|---|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____Montgomery County_____, ALABAMA
*(Name of County)*

Blue Cross and Blue Shield of Alabama      Pfizer, Inc., et al
**Plaintiff**                                           **Defendant**
                                et.al

**First Plaintiff**   [X] Business   [ ] Individual   **First Defendant**   [X] Business   [ ] Individual
                      [ ] Government [ ] Other                               [ ] Government [ ] Other

**NATURE OF SUIT:**   Select primary cause of action, by checking box *(check only one)* that best characterizes your action:

**TORTS: PERSONAL INJURY**

- [ ] WDEA - Wrongful Death
- [ ] TONG - Negligence: General
- [ ] TOMV - Negligence: Motor Vehicle
- [ ] TOWA - Wantonness
- [ ] TOPL - Product Liability/AEMLD
- [ ] TOMM - Malpractice-Medical
- [ ] TOLM - Malpractice-Legal
- [ ] TOOM - Malpractice-Other
- [X] TBFM - Fraud/Bad Faith/Misrepresentation
- [ ] TOXX - Other: _____

**TORTS: PROPERTY INJURY**

- [ ] TOPE - Personal Property
- [ ] TORE - Real Property

**OTHER CIVIL FILINGS**

- [ ] ABAN - Abandoned Automobile
- [ ] ACCT - Account & Nonmortgage
- [ ] APAA - Administrative Agency Appeal
- [ ] ADPA - Administrative Procedure Act
- [ ] ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

- [ ] MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- [ ] CVRT - Civil Rights
- [ ] COND - Condemnation/Eminent Domain/Right-of-Way
- [ ] CTMP - Contempt of Court
- [ ] CONT - Contract/Ejectment/Writ of Seizure
- [ ] TOCN - Conversion
- [ ] EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- [ ] CVUD - Eviction Appeal/Unlawful Detainer
- [ ] FORJ - Foreign Judgment
- [ ] FORF - Fruits of Crime Forfeiture
- [ ] MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- [ ] PFAB - Protection From Abuse
- [ ] FELA - Railroad/Seaman (FELA)
- [ ] RPRO - Real Property
- [ ] WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- [ ] COMP - Workers' Compensation
- [ ] CVXX - Miscellaneous Circuit Civil Case

2006 MAY 12   3:49   FILED IN CIRCUIT COURT OF MONTGOMERY COUNTY

**ORIGIN** *(check one)*:   F [X] INITIAL FILING   A [ ] APPEAL FROM DISTRICT COURT   O [ ] OTHER:

R [ ] REMANDED   T [ ] TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   [X] YES   [ ] NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   [X] MONETARY AWARD REQUESTED   [ ] NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   | | | | | |   5/12/06   *Date*   _____ *Signature of Attorney/Party filing this form*

**MEDIATION REQUESTED:**   [ ] YES   [ ] NO   [X] UNDECIDED

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>CV-06-1349 |
|---|---|---|

IN THE ___Circuit___ **COURT OF** ___Montgomery___ **COUNTY**

**Plaintiff** Blue Cross and Blue Shield of Alabama **v. Defendant** Pfizer, Inc., et al.

DI

**NOTICE TO** Pfizer, Inc., c/o The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ___Pamela B. Slate, Slate Kennedy LLC___ WHOSE

ADDRESS IS ___166 Commerce Street, Suite 350, Montgomer, AL 36104___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of ___Plaintiff___ pursuant to the Alabama Rules of Civil Procedure.

Date ___05/23/06___           _Melissa Rittenour_           By: ___
                              Clerk/Register

☒ Certified Mail is hereby requested.           _Pamela B. Slate_
                                                **Plaintiff's/Attorney's Signature**

| U.S. Postal Service<br>**CERTIFIED MAIL RECEIPT**<br>(Domestic Mail Only; No Insurance Coverage Provided) | this office on _____ |
|---|---|

OFFICIAL USE

of the Summons and Complaint to _____

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 7.04 | |

in _____ County,

Server's Signature

Sent To  Pfizer, Inc
Street, Apt. No.; or PO Box No.  2000 Interstate Park Dr. 204
City, State, ZIP+4  Montg AL 36109-5431

Type of Process Server

PS Form 3800, May 2000          See Reverse for Instructions

| State of Alabama<br>Unified Judicial System | **SUMMONS**<br>**- CIVIL -** | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | CV-06-1349 |

IN THE ___Circuit___ COURT OF ___Montgomery___ COUNTY

**Plaintiff** Blue Cross and Blue Shield **v. Defendant** Pfizer, Inc., et al.
of Alabama, et al.

**NOTICE TO** Warner-Lambert Company LLC, c/0 The Corporation Company
2000 Interstate Park Drive, Suite 204, Montgomery, AL 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT.  A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ___Pamela B. Slate, Slate Kennedy LLC___ WHOSE ADDRESS IS ___166 Commerce Street, Suite 350, Montgomery, AL 36104___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of
___Plaintiff___ pursuant to the Alabama Rules of Civil Procedure.

Date ___05/23/06___    _Melissa Rittenour_    By: ___
Clerk/Register

☒ Certified Mail is hereby requested.    _Pamela B. Slate_
Plaintiff's/Attorney's Signature

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ 7.04 |

Sent To Warner-Lambert Co LLC
Street, Apt. No.; or PO Box No. 2000 Interstate Park Drive Ste 204
City, State, ZIP+4 Mntc AL 36109

PS Form 3800, May 2000    See Reverse for Instructions

in this office on ___
                    (Date)
of the Summons and Complaint to ___
___ in ___ County,

___
Server's Signature

___
Type of Process Server

| State of Alabama Unified Judicial System | **SUMMONS** | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | **- CIVIL -** | CV-06-1349 |

IN THE __Circuit__ _____ COURT OF __Montgomery__ _____ COUNTY

**Plaintiff** Blue Cross and Blue Shield of Alabama, et al.    **v. Defendant** Pfizer, Inc., et al.

D3

**NOTICE TO** Warner-Lambert Company, 235 East 42nd Street, New York, NY 10017

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Pamela B. Slate, Slate Kennedy LLC _____ WHOSE

ADDRESS IS 166 Commerce Street, Suite 350, Montgomery, AL 36104

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of __Plaintiff__ _____ pursuant to the Alabama Rules of Civil Procedure.

Date ___05/23/06___

Clerk/Register    Melissa Rittenour    By: Kr

---

☒ Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature    Pamela B Slate

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.04 |

Sent To Warner-Lambert Co.
Street, Apt. No.; or PO Box No. 235 East 42nd Street
City, State, ZIP+4 New York, NY 10017

PS Form 3800, May 2000    See Reverse for Instructions

...this office on _____ (Date)

...if the Summons and Complaint to _____ in _____ County,

Server's Signature _____

Type of Process Server _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>CV-06-1349 |
|---|---|---|

**IN THE** ___Circuit___ **COURT OF** ___Montgomery___ **COUNTY**

**Plaintiff** Blue Cross and Blue Shield **v. Defendant** Pfizer, Inc., et al.
of Alabama, et al.

D4

**NOTICE TO** Parke-Davis, a Division of Warner Lambert Company LLC and
Warner Lambert Company, 235 East 42nd Street, New York, NY 10017

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ___Pamela B. Slate, Slate Kennedy LLC___ WHOSE ADDRESS IS ___166 Commerce Street, Suite 350, Montgomery, AL 36104___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of ___Plaintiff___ pursuant to the Alabama Rules of Civil Procedure

Date ___05/23/06___          _Melissa Pittman_          By___
                                    Clerk/Register

☒ Certified Mail is hereby requested.

          _Pamela B Slate_
          Plaintiff's/Attorney's Signature

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ 7.04 |

Sent To Parke-Davis
Street, Apt. No.; or PO Box No. 235 E 42nd Street
City, State, ZIP+4 NY 10017-5703

PS Form 3800, May 2000          See Reverse for Instructions

_in this office on ___

_(Date)_

_of the Summons and Complaint to ___
___ in ___ County,_

Server's Signature ___

Type of Process Server ___

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number<br><br>CV-06 - 1349 |
|---|---|---|

**IN THE** Circuit _____ **COURT OF** Montgomery _____ **COUNTY**

**Plaintiff** Blue Cross and Blue Shield of Alabama, et al.   **v. Defendant** Pfizer, Inc., et al.

DS

**NOTICE TO** David B. Longmire, M.D., 13150 Highway 43, Russellville, AL, 35653-4558

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT.  A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY  Pamela B. Slate, Slate Kennedy, LLC _____ WHOSE

ADDRESS IS 166 Commerce Street, Suite 350, Montgomery, AL. 36104

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of Plaintiff _____ pursuant to the Alabama Rules of Civil Procedure.

Date ___05/23/06___          _Melissa Rittenour_          By _____
                             Clerk/Register

---

☒ Certified Mail is hereby requested.

_Pamela B Slate_
Plaintiff's/Attorney's Signature

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| Postage | $ |
|---|---|
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.74 |

Sent To  David B. Longmire MD
Street, Apt. No.; or PO Box No. 13150 Highway 43
City, State, ZIP+4 Russellville AL 35653

PS Form 3800, May 2000       See Reverse for Instructions

... on this office on _____ (Date)
... of the Summons and Complaint to _____ in _____ County,

Server's Signature _____

Type of Process Server _____

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
05/24/2006
Log Number 511184796

**TO:**     Allen P Waxman
Pfizer Inc.
M.S. 150/02/14, 235 East 42nd Street
New York, NY, 10017-5755

**RE:**     **Process Served in Alabama**

**FOR:**    Warner-Lambert Company LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Blue Cross & Blue Shield of Alabama, Plff. vs. Pfizer, Inc., et al. including Warner-Lambert Co., LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Montgomery County Circuit Court, AL  Case # CV 06 1349 |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Violation of federal law, fraudulent marketing & sales schemes to promote sales |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/24/2006 postmarked on 05/12/2006 |
| **APPEARANCE OR ANSWER DUE:** | 30 days |
| **ATTORNEY(S) / SENDER(S):** | Pamela B. Slate  Slate & Kennedy, LLC  166 Commerce Street  Suite 350  Montgomery, AL, 36104 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790442014148 |
| **SIGNED:** | The Corporation Company |
| **ADDRESS:** | 2000 Interstate Park Drive  Suite 204  Montgomery, AL, 36109 |
| **TELEPHONE:** | 334-387-7680 |



DAILY INTAKE

MAY 30 2006

PFIZER LITIGATION GROUP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>CV-06 - 1349 |
|---|---|---|

**IN THE** Circuit **COURT OF** Montgomery **COUNTY**

**Plaintiff** Blue Cross and Blue Shield **v. Defendant** Pfizer, Inc., et al.
of Alabama, et al.
                 Warner-Lambert Company LLC, c/0 The Corporation Company
                 2000 Interstate Park Drive, Suite 204, Montgomery, AL 36109
**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Pamela B. Slate, Slate Kennedy LLC WHOSE

ADDRESS IS 166 Commerce Street, Suite 350, Montgomery, AL 36104

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN   30   DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date ___05/23/06___       _Melissa Rittenour_ By: _____
                          Clerk/Register

☒ Certified Mail is hereby requested.     _Pamela B. Slate_
                          Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____
                                                 (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
                         in _____ County,

Alabama on _____
                  (Date)

_____
Date

_____
Address of Server

_____
Server's Signature

_____
Type of Process Server

# CT CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
05/24/2006
Log Number 511184787

**TO:**  Allen P Waxman
Pfizer Inc.
M.S. 150/02/14, 235 East 42nd Street
New York, NY, 10017-5755

**RE:**  **Process Served in Alabama**

**FOR:**  Pfizer Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Blue Cross & Blue Shield of Alabama, Pltf. vs. Pfizer, Inc., et al. Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Montgomery County Circuit Court, AL<br>Case # CV 06 1349 |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Violation of federal law, fraudulent marketing & sales schemes to promote sales |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/24/2006 postmarked on 05/12/2006 |
| **APPEARANCE OR ANSWER DUE:** | 30 days |
| **ATTORNEY(S) / SENDER(S):** | Pamela B. Slate<br>Slate & Kennedy, LLC<br>166 Commerce Street<br>Suite 350<br>Montgomery, AL, 36104 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790442014148 |
| **SIGNED:**<br>**ADDRESS:** | The Corporation Company<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL, 36109 |
| **TELEPHONE:** | 334-387-7680 |



DAILY INTAKE

MAY 30 2006

PFIZER LITIGATION GROUP

Page 1 of 1 / CT

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

| State of Alabama<br>Unified Judicial System | **SUMMONS**<br>**- CIVIL -** | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | CV- 06 - 1349 |

**IN THE** __Circuit__ **COURT OF** __Montgomery__ **COUNTY**

**Plaintiff** Blue Cross and Blue Shield of Alabama  **v. Defendant** Pfizer, Inc., et al.

D1

**NOTICE TO** Pfizer, Inc., c/o The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY Pamela B. Slate, Slate Kennedy LLC WHOSE

ADDRESS IS  166 Commerce Street, Suite 350, Montgomer, AL 36104

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____30_____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of __Plaintiff__ pursuant to the Alabama Rules of Civil Procedure.

Date __05/23/06__          _Melissa Pittman_ **By:** _____
                          **Clerk/Register**

☒ **Certified Mail is hereby requested.**          _Pamela B. Slate_
                          **Plaintiff's/Attorney's Signature**

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____
                                                              (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
   in _____ County,

Alabama on _____
              (Date)

_____          _____
**Date**                           **Server's Signature**

_____          _____
**Address of Server**              **Type of Process Server**

DAILY INTAKE

JUN 12 2006

PFIZER LITIGATION GROUP

| State of Alabama Unified Judicial System | **SUMMONS** **- CIVIL -** | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | CV-06-1349 |

IN THE   Circuit   COURT OF   Montgomery   COUNTY

**Plaintiff**  Blue Cross and Blue Shield   **v. Defendant**   Pfizer, Inc., et al.
of Alabama, et al.

D3

**NOTICE TO**  Warner-Lambert Company, 235 East 42nd Street, New York, NY 10017

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY  Pamela B. Slate, Slate Kennedy LLC   WHOSE

ADDRESS IS   166 Commerce Street, Suite 350, Montgomery, AL 36104

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN   30   DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of
   Plaintiff   pursuant to the Alabama Rules of Civil Procedure.

Date   05/23/06   _____   By: ____
                    Clerk/Register

☒ Certified Mail is hereby requested.   _____
                    Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____
                    (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
   in _____ County,

Alabama on _____
           (Date)

_____          _____
Date                     Server's Signature

_____          _____
Address of Server        Type of Process Server

DAILY INTAKE

| State of Alabama Unified Judicial System | SUMMONS - CIVIL - | Case Number |
|---|---|---|
| Form C-34  Rev 6/88 | JUN 2 2006 | Cv-06-1349 |

IN THE **Circuit** ~~PFIZER LITIGATION GROUP~~ ~~COURT OF~~ ~~Montgomery~~ COUNTY

**Plaintiff** Blue Cross and Blue Shield of Alabama, et al. **v. Defendant** Pfizer, Inc., et al.

D4

**NOTICE TO** Parke-Davis, a Division of Warner Lambert Company LLC and Warner Lambert Company, 235 East 42nd Street, New York, NY 10017

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Pamela B. Slate, Slate Kennedy LLC** WHOSE ADDRESS IS **166 Commerce Street, Suite 350, Montgomery, AL 36104**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of **Plaintiff** pursuant to the Alabama Rules of Civil Procedure.

Date **05/23/06** _Melissa Pittman_ By _____
Clerk/Register

☒ Certified Mail is hereby requested. _Pamela B Slate_
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____.
(Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ .
(Date)

_____  _____
**Date**  **Server's Signature**

_____  _____
**Address of Server**  **Type of Process Server**