UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
: MDL DOCKET NO: 1629
In re: NEURONTIN MARKETING, SALES :
PRACTICES, AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION :
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:
------------------------------------- x
:
THIS DOCUMENT RELATES TO: :
:
*Anderson v. Pfizer Inc., et al.*, :
1:05-cv-10835-PBS :
:
*Cooper v. Pfizer Inc., et al.*, :
1:05-cv-10834-PBS :
:
*Farris v. Pfizer Inc., et al.*, :
1:06-cv-12063-PBS :
:
*Flanders v. Pfizer Inc., et al.*, :
1:06-cv-10913-PBS :
:
*Ellis v. Pfizer Inc., et al.*, :
1:06-cv-10914-PBS :
:
*Johnson v. Pfizer Inc., et al.*, :
1:06-cv-10309-PBS :
:
*Henderson v. Pfizer Inc., et al.*, :
1:06-cv-10956-PBS :
:
*Johnson v. Pfizer Inc., et al.*, :
1:05-cv-12073-PBS :
:
*McPherson v. Pfizer Inc., et al.*, :
1:05-cv-12076-PBS :
:

2363928v2

| | |
|---|---|
| *Shaw v. Pfizer Inc., et al.,* <br> 1:06-cv-11584-PBS | : |
| *Smith v. Pfizer Inc., et al.,* <br> 1:05-cv-11515-PBS | : |
| *Strickland v. Pfizer Inc., et al.,* <br> 1:05-cv-11993-PBS | : |

------------------------------- X

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINTS

Defendants Pfizer Inc. and Warner-Lambert Company LLC, formerly known as Warner-Lambert Company, on its own behalf and on behalf of its unincorporated division, Parke-Davis ("Defendants"), by their undersigned counsel, respectfully move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure that the time within which Defendants must answer the complaints in the above-referenced actions be enlarged to and including March 30, 2007.

In support of this Motion, Defendants state as follows:

1. On February 23, 2007, the Court allowed Defendants' Motion to Dismiss the Personal Injury Plaintiffs' Claims Based Upon Allegedly Improper Marketing Practices as to Plaintiffs' fraud claims and denied the motion as to Plaintiffs' remaining claims. As a result of this disposition, Defendants arguably may be required to file responsive pleadings in the above-referenced actions on or before March 9, 2007.

2. This Motion is timely. Defendants have not previously requested the Court to enlarge the time within which to submit responsive pleadings in the above-referenced actions.

2

3. In accordance with Local Rule 7.1(A)(2), counsel for Defendants have consulted with counsel for Plaintiffs and Plaintiffs consent to the requested extension.

4. Defendants require additional time to respond to the twelve separate complaints referenced above because of the complexities of the issues involved and the number of unique allegations.

5. This request for an extension of time is not submitted for any improper purpose. No party will be prejudiced by the Court granting this Motion and the resolution of these cases will not be delayed thereby.

WHEREFORE, Defendants request that the Court enlarge the time within which they must answer the complaints in the above-referenced actions to and including March 30, 2007.

Dated: March 8, 2007

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

-and-

HARE & CHAFFIN

By: /s/ David B. Chaffin
David B. Chaffin

160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

3

2363928v2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 8, 2007.

/s/David B. Chaffin

David B. Chaffin