## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                    :
        SALES PRACTICES AND                     :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                :
THIS DOCUMENT RELATES TO:                       :   Magistrate Judge Leo T.
                                                :   Sorokin
ROBIN STERNS BRIGGS, as Administratrix          :
of the Estate of ROBERT MERRILL BRIGGS,         :
Deceased,                                       :
                                                :
        Plaintiffs,                             :
                                                :
v.                                              :
                                                :
PFIZER, INC., et al.,                           :
                                                :
        Defendants.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 (a), please enter the appearance of U. Gwyn Williams of Goodwin Procter LLP, Exchange Place, Boston, MA 02109, as counsel on behalf of defendant Teva Pharmaceuticals USA, Inc. in the above-captioned matter.

Dated: March 12, 2007                   Respectfully Submitted,

                                        TEVA PHARMACEUTICALS USA, INC.

                                        By its attorneys,

                                        /s/ U. Gwyn Williams
                                        U. Gwyn Williams (BBO #565181)
                                        GOODWIN PROCTER LLP
                                        Exchange Place
                                        53 State Street
                                        Boston, Massachusetts 02109-2881
                                        (617) 570-1000
                                        GWilliams@goodwinprocter.com

LIBA/1764293.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 12, 2007.

                                                      /s/ U. Gwyn Williams