# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
　　　　SALES PRACTICES AND
　　　　PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

　　　　ROBIN STERNS BRIGGS, as Administratrix
　　　　of the Estate of ROBERT MERRILL BRIGGS,
　　　　Deceased,

　　　　　　　　Plaintiffs,

　　　　v.

　　　　PFIZER, INC., et al.,

　　　　　　　　Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:  MDL Docket No. 1629
:
:  Master File No. 04-10981
:
Judge Patti B. Saris
:
:  Magistrate Judge Leo T.
:  Sorokin
:
:
:
:
:
:
:
:
:
:
:
:
:

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Teva Pharmaceuticals USA, Inc. ("Teva") respectfully moves this Court for an Order dismissing the Complaint in the above-captioned action as to Teva in its entirety for failure to state a claim for relief, in that all claims pleaded in the Complaint as to Teva are preempted by the Supremacy Clause of the United States Constitution.  The grounds for this motion are set forth more fully in Teva's accompanying Memorandum of Law In Support of Its Motion to Dismiss the Complaint ("Memorandum of Law").

In support of its Motion, Teva relies upon the annexed exhibits and upon the Memorandum of Law.

WHEREFORE, Teva respectfully requests that the Court dismiss this action as to Teva in its entirety.

## REQUEST FOR ORAL ARGUMENT

Teva believes that oral argument may assist the Court and wishes to be heard. Teva therefore requests oral argument on this motion at such time and date as may be convenient to the Court.

Dated: March 12, 2007  
      Boston, Massachusetts

Respectfully submitted,

TEVA PHARMACEUTICALS USA, INC.

By its attorneys,

/s/ U. Gwyn Williams
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

-and-

Jonathan I. Price
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
212.818.8300

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 12, 2007.

/s/ U. Gwyn Williams