UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------ x
::
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES, AND PRODUCTS LIABILITY :
LITIGATION :
 Master File No. 04-
------------------------------------------ x 10981
::
THIS DOCUMENT RELATES TO: :
 Judge Patti B. Saris
------------------------------------------ x
::  Magistrate Judge Leo
ALL SALES AND MARKETING ACTIONS :: T. Sorokin


------------------------------------------ x

**DECLARATION OF DEBORAH L. MACGREGOR IN SUPPORT OF
DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS
TO DISCOVERY ORDER NO. 9**

DEBORAH L. MACGREGOR declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Response to Plaintiffs' Objections to Discovery Order No. 9, filed March 14, 2007.

3. Except where indicated, I have personal knowledge of the matters stated below and would testify to the same.

4. I have spoken with Pfizer employees who work in the areas most likely to have been involved in the creation of value analyses and have reviewed electronic documents. Based on these efforts, I understand that defendants did not perform

Neurontin value analyses, much less present such analyses to third party payors or pharmacy benefit managers.

5. I have reviewed documents produced by third-party payor plaintiffs and their pharmacy benefit managers, and have spoken with colleagues who have reviewed additional documents. The documents produced by plaintiffs and the pharmacy benefit managers contain nothing resembling value analyses, and nothing reflecting defendants' alleged efforts to convince pharmacy benefit managers to place Neurontin on formulary or the third party payors to reimburse for Neurontin prescriptions.

6. Attached as Exhibit A is a true and correct copy of Defendants' First Request for Production of Documents to Guardian Life Insurance, which was served May 2, 2005.

7. Attached as Exhibit B is a true and correct copy of the Subpoena in a Civil Case, dated July 27, 2005, which was served on Medco on July 29, 2005.

Dated: New York, New York
       March 14, 2007

                                                                  /s/ Deborah L. MacGregor
                                                                   Deborah L. MacGregor

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 14, 2007.

                                                                 /s/David B. Chaffin
                                                                 David B. Chaffin