# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  )
IN RE NEURONTIN MARKETING AND                     )
SALES PRACTICES LITIGATION                        )
                                                  )   MDL Docket No. 1629
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )
                                                  )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                         )
                                                  )   Judge Patti B. Saris
Blue Cross & Blue Shield of Alabama, et. al.      )
v. Pfizer, Inc., et al., 1:06-cv-12295-PBS        )
                                                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## JOINT MOTION FOR ENLARGEMENT OF TIME
## TO SERVE INITIAL DISCLOSURES

Plaintiffs and Defendants in the above-styled case respectfully request that the Court grant the parties an enlargement of time within which they must exchange initial disclosures, which are currently due March 22, 2007 under the July 20, 2005 Order of Consolidation, ¶ 3. By Order dated March 9, 2007, Plaintiffs' Motion to Remand has been scheduled for oral argument before Magistrate Judge Sorokin on April 17, 2007. The parties request that initial disclosures be exchanged within 45 days following any denial by the Court of Plaintiffs' Motion to Remand.

Respectfully submitted,

/s/ Pamela B. Slate
Pamela B. Slate
Slate Kennedy LLC
Colonial Financial Center
One Commerce Street, Suite 850
Montgomery, Alabama 36104
Telephone: (334) 262-3300
Facsimile:  (334) 262-3301
pslate@slatekennedy.com

/s/ Kimberly R. West
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Telephone: (205) 874-0352
Facsimile:  (205) 871-7534
kw@wallacejordan.com

Attorneys for Plaintiff
Blue Cross and Blue Shield of Alabama

/s/ Joshua J. Wright
Joshua J. Wright
Hollis & Wright, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
Telephone:    (205) 324-3600
Facsimile:    (205) 324-3636
joshw@hollis-wright.com

Attorney for Plaintiff
Municipal Workers Compensation Fund, Inc.


 and

/s/ James P. Rouhandeh
James P. Rouhandeh, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York  10017

/s/ David B. Chaffin
David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA  02110

Counsel for Defendants, Pfizer, Inc. et al.

and

/s/ Paul W. Shaw
Paul W. Shaw, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center, 18th Floor
Boston, MA  02111

/s/ Benjamin M. Welch
Benjamin M. Welch, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center, 18th Floor
Boston, MA  02111

Counsel for Defendant
David Reynolds Longmire, M.D.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes Plaintiffs' Liaison Counsel and Counsel for Defendants in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS, the only attorneys required to receive service of this document pursuant to Case Management Order No. 1, ¶ III(C), Dkt. 15 (12/16/2004).

Dated:   March 15, 2007          /s/ Pamela B. Slate
                                 Pamela B. Slate