UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
                                                  :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                      :
        SALES PRACTICES AND                       :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION             :
------------------------------------------------- x   Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  :   Magistrate Judge Leo T.
                                                  :   Sorokin
        PRODUCTS LIABILITY ACTIONS                :
                                                  :
                                                  :
                                                  :
                                                  :
------------------------------------------------- x
```

**DEFENDANTS' MOTION FOR RANDOM
SELECTION OF TWO TRACK ONE PLAINTIFFS**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "defendants") respectfully move the Court, pursuant to Section 2 of Discovery Order No. 7 (Docket # 582), to randomly select the two designated Track One cases from the six cases that the Court identified on January 31, 2007 (Docket # 620).

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, defendants respectfully request that the Court randomly select the two designated Track One cases from the six cases that the Court identified on January 31, 2007.

Dated: March 19, 2007

        DAVIS POLK & WARDWELL

        By:   /s/ James P. Rouhandeh
              James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        - and -

        HARE & CHAFFIN

        By:   /s/ David B. Chaffin
              David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

        /s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 19, 2007.

        /s/David B. Chaffin