UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------x
                                                         :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                             :
        SALES PRACTICES AND                              :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                    :
                                                         :    Judge Patti B. Saris
---------------------------------------------------------x
                                                         :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                :
                                                         :
        PRODUCTS LIABILITY ACTIONS                       :
                                                         :
---------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' AND DEFENDANTS' JOINT
SUPPLEMENTAL PROPOSAL FOR
<u>THE SELECTION OF THE TWO TRACK ONE TRIAL CASES</u>**

On March 19, 2007, Product Liability Plaintiffs (hereafter, "PL Plaintiffs") and Defendants each submitted proposals regarding the selection process for the two (2) designated Track One cases for trial. The parties have conferred on the issue and, with Defendants' consent, respectfully request that the parties be given the opportunity to present oral argument on this issue. Accordingly, the parties request that the Court reserve decision until the conference on April 17, 2007.

Dated: March 21, 2007                                    Respectfully submitted,

                                                         *Members of Products Liability
                                                         Plaintiffs' Steering Committee*

                                                By:      **/s/ Andrew G. Finkelstein**
                                                         Andrew G. Finkelstein, Esquire
                                                         Finkelstein & Partners, LLP
                                                         436 Robinson Avenue

                                                                              Newburgh, NY  12550

By:   **/s/ Jack W. London**
       Jack W. London, Esquire
       Law Offices of Jack W. London
         & Associates
       106 E. 6th Street, Suite 700
       Austin, TX  78701

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 21, 2007.

                                                  **/s/ Andrew G. Finkelstein**
                                                  Andrew G. Finkelstein, Esquire