UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> ROBIN STERN BRIGGS, as Administratrix of the Estate of DOUGLAS MERRILL BRIGGS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER INC., et al., <br><br> Defendants. | |

**PRODUCT LIABILITY PLAINTIFFS' UNOPPOSED
MOTION TO CONTINUE DEFENDANT TEVA
PHARMACEUTICALS USA, INC.'S MOTION TO DISMISS**

The Product Liability Plaintiffs in the above-referenced matter, by the undersigned counsel, respectfully move to continue Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss and Plaintiff Robin Stern Briggs's Opposition to the Motion, to correspond with the briefing and hearing schedule for dispositive motions for the ten and two designated Products Liability Plaintiffs Track One cases, as delineated in Discovery Order No. 7. Defendant Teva Pharmaceuticals USA, Inc., does not oppose the

motion. (See Stipulation to Continue Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss, annexed hereto as Exhibit A.)

In support thereof, Plaintiffs state that the issues raised by Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss are complex and will be similar, if not identical to issues that will be raised in the preemption motion that is expected to be interposed by Defendants named in the Products Liability Plaintiffs Track One cases. It will serve judicial economy and promote consistency in this litigation for Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss and the motions to expected to be filed by Defendants named in the Products Liability Plaintiffs' Track One cases to be briefed and heard at the same time.

WHEREFORE, the parties respectfully request that the Court order that Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss and Plaintiff's Opposition to the Motion, be continued to correspond with the briefing and hearing schedule for dispositive motions for the ten and two designated Products Liability Plaintiffs Track One cases, as delineated in Discovery Order No. 7, or until such time as the parties may agree otherwise, or may be directed otherwise by this Court.

Dated: March 22, 2007                                Respectfully submitted,

*Members of Products Liability*
*Plaintiffs' Steering Committee*

By:    **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein, Esquire
          Finkelstein & Partners, LLP
          436 Robinson Avenue
          Newburgh, NY  12550

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
    & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

## CERTIFICATE OF CONSULTATION

I hereby certified that counsel for Plaintiff Robin Stern Briggs has conferred in good faith with counsel for Defendant Teva Pharmaceuticals USA, Inc., concerning the foregoing motion, and the parties have agreed to the requested relief.

Dated:  March 22, 2007

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 22, 2007.

Dated:  March 22, 2007

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                              :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION         :
                                              :    Judge Patti B. Saris
------------------------------------------------------------x
                                              :    Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :
ROBIN STERN BRIGGS, as                        :
Administratrix of the Estate of               :
DOUGLAS MERRILL BRIGGS,                       :
Deceased,                                     :
                                              :
                     Plaintiff,               :
                                              :
v.                                            :
                                              :
PFIZER INC., et al.,                          :
                                              :
                     Defendants.              :
                                              :
------------------------------------------------------------x
```

## STIPULATION TO CONTINUE
## DEFENDANT TEVA PHARMACEUTICALS
## USA, INC.'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that Defendant TEVA PHARMACEUTICALS USA, INC.'s Motion to Dismiss, and Plaintiff ROBIN STERN BRIGGS's Opposition to the Motion, be continued to correspond with the briefing and hearing schedule for dispositive motions for the ten and two designated Products Liability Plaintiffs Track One cases, as

delineated in Discovery Order No. 7, or until such time as the parties may agree otherwise, or may be directed otherwise by the Court.

Dated:   March 22, 2007

| FINKELSTEIN & PARTNERS, LLP | GOODWIN PROCTER LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| Robin Stern Briggs | Teva Pharmaceuticals USA, Inc. |
| | |
| By: /s/ Andrew G. Finkelstein | By: /s/ Richard A. Oetheimer |
|    Andrew G. Finkelstein |    Richard A. Oetheimer |
| 436 Robinson Avenue | Exchange Place |
| Newburgh, NY 12550 | Boston, MA 02109 |
| (800) 634-1212 | (617) 570-1000 |

2