UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br>  ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br>  ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF DEADLINE TO FILE SUR-REPLY IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

Class Plaintiffs filed their motion for class certification on August 8, 2005. See Dkt Nos. 202, 204-06. Defendants had nearly *one and-a-half years* to draft their opposition, which they filed on December 22, 2006. Defendants' opposition brief was 49 pages long, accompanied by 76 exhibits running thousands of pages. See Dkt. Nos. 585-86. On February 21, 2007, Plaintiffs filed a proposed reply brief of 62 pages. Dkt. No. 642. On March 1, 2007, the Court ordered Plaintiffs to reduce the size of their reply brief to 40 pages.[1]

Pursuant to the Court's order, on March 19, 2007, Plaintiffs filed a reply brief of 40 pages. Plaintiffs simultaneously emailed a copy to counsel for Defendants, informing him

---

[1] Although the Court's Electronic Order is dated February 27, 2007, it was entered, and the parties were notified electronically, on March 1, 2007. The Electronic Order states that Plaintiffs' proposed reply brief was 75 pages long. However, this tally includes the caption, tables, signature pages, and preceding motion for leave to exceed the page limits. See Dkt. no. 642.

that:

> I assure you that (1) nothing new has been added (and specifically, no new arguments or authorities), and (2) virtually nothing of substance has been deleted. The brief is merely "tighter" than its predecessor, but should not require any revisions to your surreply (except any references to page numbers in our reply).

*See* Exh. A hereto.

As stated in the foregoing email message, while Plaintiffs' reply is shorter than its predecessor, it does not add a single authority or argument, or delete anything of substance, which Defendants have no doubt confirmed for themselves by now. Defendants have no doubt been working on their sur-reply since Plaintiffs' filing on February 21, 2007, and should require no more than a day or two to correct any page references to Plaintiffs' reply. Defendants certainly do not need an extra month to accomplish this, and Plaintiffs are concerned that if Defendants do not file their sur-reply until April 25, 2007, it may result in a further postponement of the May 4, 2007 hearing date.

The Spring Break period for New York City schools runs from Monday April 2 through Tuesday April 10. *See* Exh. B hereto. Accordingly, Plaintiffs respectfully suggest that Defendants be ordered to file their sur-reply by Friday, March 30, 2007, so that the Court has sufficient time to prepare for the May 4 hearing.

Dated: March 22, 2007

Respectfully Submitted,

By: /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: /s/ Thomas Greene
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By: /s/ Don Barrett
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: /s/ Daniel Becnel
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: /s/ James Dugan
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By: /s/ Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Boston, MA 02110

*Members of the Class Plaintiffs' Steering Committee*

# EXHIBIT A

# Himmelstein, Barry R.

**From:** Himmelstein, Barry R.
**Sent:** Monday, March 19, 2007 8:32 AM
**To:** 'rouhandeh@dpw.com'
**Cc:** 'Thomas M. Greene'
**Subject:** Class Cert Reply

Attached is our shortened reply brief in support of class certification, which was just filed. I assure you that (1) nothing new has been added (and specifically, no new arguments or authorities), and (2) virtually nothing of substance has been deleted. The brief is merely "tighter" than its predecessor, but should not require any revisions to your surreply (except any references to page numbers in our reply).

Barry R. Himmelstein
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
email: bhimmelstein@lchb.com

# EXHIBIT B

# NYC Department of Education

## March 2007

**Month At-A-Glance:**
Jan 2-Mar 9 for eligible special education students: New York State Alternate Assessment
Jan 22-March 2 for randomly selected Gr 4, 8, 12 Students; Nat'l Assessment of Ed Progress (NAEP) Tests in various subjects
March 26-April 13 for eligible gr. 3-8 students; ELL Periodic Assessments in English Language Arts/Proficiency & Spanish Language Arts
(Individual schools select date(s))

**Key:**
- Students
- Parents
- School Staff & Administration
- Public Meetings
- Holidays & Recesses

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 Gr 3-5 NYS Math Test | 7 Gr 3-5 NYS Math Test | 8 Gr 4 NYS Math Test | 9 | 10 SAT |
| 11 | 12 Early PreK Application Process and Kindergarten Registration Process start for September 2007 Admission | 13 Gr 6-8 NYS Math Test | 14 Gr 6-8 NYS Math Test | 15 District 75 School Programs Evening Parent-Teacher Conferences | 16 | 17 |
| 18 | 19 District 75 School Programs: Afternoon Parent-Teacher Conferences (early dismissal of District 75 School Program students) | 20 Elementary School Afternoon Parent-Teacher Conferences (early dismissal of elementary school students) | 21 Elementary School Evening Parent-Teacher Conferences / No Partners In Reading After-School Program for Grades 1-3 | 22 High School Evening Parent-Teacher Conferences | 23 Prekindergarten Non-Attendance Day (Parents will be notified of any change) / High School Afternoon Parent-Teacher Conferences (early dismissal of high school students) | 24 |
| 25 | 26 Early Grade 1 Registration Process starts for September 2007 Admission / Panel for Educational Policy Meeting 6 pm to 8 pm (52 Chambers Street) | 27 | 28 | 29 | 30 | 31 |

Printed on 2/18/2007

# NYC Department of Education

## April 2007

March 26-April 13 for eligible gr. 3-8 students: ELL Periodic Assessments in English Language Arts/Proficiency & Spanish Language Arts (individual schools select date(s))
April 11-30 for Early Childhood parents, students and staff; Citywide activities celebrating the young child (notifications forthcoming)
April 11-May 11 for Gr 4 & 8: NYS Science Performance Test (Individual schools select date(s))
April 11-May 31 for Gr. K-3: ECLAS-2 Literacy Testing & for Gr 1-3: El Sol Spanish Bilingual Literacy Testing
April 16-27 In all Gr 3-8 Schools: Round IV Periodic Assessments in ELA and Math (individual schools select date(s))
April 23-May 18 for K-12 students: NYSELAT Speaking Test (individual schools select date(s))

Key:
- Students
- Parents
- School Staff & Administration
- Public Meetings
- Holidays & Recesses

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 Central and Regional Offices are Open with limited Staff | 7 |
| 8 | 9 Spring Recess - No School - Central and Regional Offices are Open | 10 Spring Recess - No School - Central and Regional Offices are Open | 11 No Released Time Program for students of the Roman Catholic and Protestant faiths | 12 | 13 | 14 |
| 15 | 16 Panel for Educational Policy Meeting 6 pm to 8 pm (Queens) | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 Take Your Child to Work Day | 27 Prekindergarten Non-Attendance Day (Parents will be notified of any change) | 28 |
| 29 | 30 | | | | | |

Printed on 2/16/2007