# EXHIBIT 1

# NEURONTIN:
# 2000 SITUATION ANALYSIS

## I.  <u>EXECUTIVE SUMMARY</u>

- Neurontin has demonstrated strong market growth, achieving a NRx YTD share of 23.9% and a TRx YTD share of 19.3% through April 1999.

- Growth in the AED class continues to be fueled by uses outside of epilepsy, including uses in neuropathic pain, psychiatric disorders and migraine prophylaxis. Published clinical research on various agents, anecdotal reports in the medical literature  and the active promotion of Depakote's new indication for migraine prophalaxis and bipolar disorders are creating added interest and confidence in using AED drugs outside Epilepsy.

- Neurontin's growth mirrors the overall expanding role of AEDs, with the majority of its 1999 growth coming primarily through increased prescribing for neuropathic pain and bipolar disorders.

- Epilepsy now represents only 18.1% of total Neurontin uses (March 1998 MAT YTD). On a dollar basis, this figure is expected to be closer to 30% given the higher average mg dose/day vs. other uses.

- Efforts are currently underway to secure the 6-month Pediatric extension for Neurontin. It is assumed we will be successful with this submission. This will extend the market exclusivity assumption to July 2000.

- Neurontin is currently on track to become the number one AED in terms of NRx share and audited sales by year end 1999.

- Since 1997, Gabitril and Topamax have entered the AED market with little success. Currently, Topamax has captured 1.2% of the total prescriptions and Gabitril has only secured a 0.4% share.

- The 600mg and 800mg Tablets are on schedule to be launched in Sept'99. This is a very important launch for Neurontin. The goal is to convert at least 10% of Neurontin Trxs to Tablets (50% of dose compatible patients). This will allow us to have approximately $100MM in a non-AB rated form, providing  a franchise benefit in the post-market exclusivity enviroment. The key will be to have MDs write Tablets and DAW on all prescriptions.

Pfizer_NMancini_0011631

# NEURONTIN PERFORMANCE OVERVIEW

## A. *MARKET SNAPSHOT*

- The AED market grew by 28% in dollar sales during 1998 and is expected to grow another 22% in 1999 to reach $2.2B. If Neurontin continues to track at its current growth rate, sales should reach $800MM in 1999 ( June LE). With this, it would be the largest $ AED, with approximately 36% of the $ AED market.

- The AED market growth overall is strongly driven by non-epilepsy volumes.

| | 1997 | % +/- vs. '96 | 1998 | %+/- vs. '97 | June LE 1999 | %+/- vs. '98 |
|---|---|---|---|---|---|---|
| Market $ | $1.4 B | +27% | $1.8 | +28% | $2.2 B | +22% |
| Market TRx | 26.8 MM | +12% | 30.2 MM | +13% | 34.6 MM | +15% |
| NEURONTIN $ | $272.1 MM | 60% | $504.6 MM | 85% | $818MM | 62% |
| NEURONTIN TRx | 2.74 MM | 75% | 4.47 MM | +63% | 7.2 MM | 61% |

SOURCES: 1998 – IMS DATA

Pfizer_NMancini_0011632

NEURONTIN PERFORMANCE OVERVIEW

## B. *ACTUAL VS. PLAN*



*1999 TRx Share of Neurontin*
ACTUAL/LE vs. PLAN

| TRx Share | Jan-99 | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Original Plan** | 17.8 | 18.5 | 19.0 | 19.4 | 19.8 | 20.1 | 20.3 | 20.6 | 20.9 | 21.0 | 21.1 | 21.2 |
| **Actual/  LE** | 18.1 | 19.0 | 19.6 | 20.2 | 20.5 | 20.8 | 21.1 | 21.4 | 21.7 | 22.0 | 22.4 | 22.7 |

❖  Neurontin continues to experience TRx share growth, consistently exceeding plan.

Pfizer_NMancini_0011633

NEURONTIN PERFORMANCE OVERVIEW

## C.  NRX & TRX SHARE WITH NEW COMPETITIVE AEDS

The newer AEDs have shown modest or flat growth over the past year.  Lamictal received a monotherapy indication in late 1998 and has exhibited some modest share growth as a result. Neurontin continues to dominant both NRX and TRX share/volume growth among the newer AEDs.



*1998-1999 AED NRx Share*
(New AEDs)



*1998-1999 AED TRx Share*
(New AEDs)

Pfizer_NMancini_0011634

NEURONTIN PERFORMANCE OVERVIEW (Cont'd.)

## C. NRx & TRx volume with New Competitive AEDs (cont'd)



**1998-1999 AED NRx Volume**
(New AEDs)

Volume (000)

Legend: —◆— Neurontin  ⋯☐⋯ Lamictal  —▲— Topamax  —✕— Gabitril  —✱— Carbatrol



**1998-1999 AED TRx Volume**
(New AEDs)

Volume (000)

Legend: —◆— Neurontin  ⋯☐⋯ Lamictal  —▲— Topamax  —✕— Gabitril  —✱— Carbatrol

Pfizer_NMancini_0011635

## D. NRX & TRX SHARE WITH ESTABLISHED COMPETITIVE AEDS

Neurontin NRx and TRx share continues to grow. New prescription share increased from 16.8% in April 1998 to 25.1% in April 1999. Total prescription share increased from 13.5% in April 1998 to 20.2% in April 1999.

- Neurontin is the fastest growing AED, both on a Trx and volume basis.

- Neurontin is clearly on track to be the # 1 NRx AED by year end 1999.



* Total Carbamazepine includes Tegretol, Tegretol XR, Carbatrol, Generic Carbamazepine

Pfizer_NMancini_0011636

# D. NRX & TRX VOLUME WITH ESTABLISHED COMPETITIVE AEDS (CONT'D)

New Rx volume is second only to Depakote and will surpass it by year end, while total Rx volume is a close 4th to total carbamazepine.



**1998-1999 AED NRx Volume**
(Established AEDs)



**1998-1999 AED TRx Volume**
(Established AEDs)

\* Total Carbamazepine – includes Tegretol, Tegretol XR, Carbatrol, Generic Carbamazepine

Pfizer_NMancini_0011637

## E.  *SHARE OF NEW PATIENT STARTS AMONG AEDS*

Neurontin new patient starts exhibited growth in late 1998 and is now clearly the leader in new patient starts.  The significant growth in new patient starts correlates with the increases in patient starts seen with Psychs and IM/FPs.

### Neurontin New Patient Starts by Specialty
#### Share of Total Neurontin New Patient Starts



Source:  NDC

| | 1998 | | | | | | | | 1999 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **May** | June | July | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | **Apr** |
| **Neuro/ Child Neuro** | **24.7%** | 25.5% | 25.2% | 23.5% | 22.5% | 24.4% | 22.7% | 21.8% | 20.1% | 18.7% | 19.1% | **18.4%** |
| **Ped** | **0.3%** | 0.4% | 0.4% | 0.5% | 0.5% | 0.4% | 0.9% | 0.5% | 0.6% | 0.4% | 0.4% | **0.6%** |
| **Psych/ Child Psych** | **13.4%** | 11.9% | 12.4% | 14.6% | 14.7% | 14.4% | 14.9% | 15.1% | 13.7% | 15.4% | 15.8% | **16.4%** |
| **Emergency Med** | **0.8%** | 0.6% | 0.9% | 0.6% | 0.5% | 0.8% | 0.4% | 0.5% | 0.4% | 0.4% | 0.5% | **0.5%** |
| **IM** | **15.3%** | 13.6% | 14.3% | 15.7% | 14.5% | 14.7% | 13.1% | 15.1% | 16.1% | 16.3% | 15.7% | **17.1%** |
| **GP** | **1.1%** | 1.2% | 1.5% | 1.1% | 1.1% | 0.7% | 1.6% | 1.1% | 1.3% | 2.0% | 1.3% | **1.5%** |
| **FP** | **6.9%** | 6.5% | 6.8% | 7.4% | 5.8% | 7.1% | 7.3% | 9.7% | 9.1% | 9.7% | 9.5% | **9.7%** |
| **DO** | **6.9%** | 6.8% | 6.5% | 6.8% | 7.2% | 5.8% | 5.5% | 6.9% | 6.1% | 6.6% | 6.5% | **6.4%** |
| | | | | | | | | | | | | |
| **Anesthesiology** | **8.3%** | 10.0% | 8.8% | 7.3% | 9.1% | 7.4% | 8.6% | 7.0% | 8.8% | 7.1% | 6.7% | **7.1%** |
| **Anesthesiology/ Pain Mgt.** | **1.3%** | 2.1% | 1.7% | 1.6% | 1.8% | 2.1% | 1.7% | 1.8% | 1.3% | 1.5% | 1.5% | **1.9%** |
| | | | | | | | | | | | | |
| **Total** | **79.0%** | 78.6% | 78.5% | 79.1% | 77.7% | 77.8% | 76.7% | 79.5% | 77.5% | 78.1% | 77.0% | **79.6%** |

Note: May not add to 100%. Data for additional specialties on file and available by request.
Source: NDC New Patient Start Data

Pfizer_NMancini_0011638

## F.  PATIENT PERSISTENCY DATA

- A Neurontin patient persistency analysis, which tracked therapy continuance over an 18-month period, was conducted.  The study found a significant decline in persistency between the second and third months of therapy, with a drop from 97.4% to 44.1%. Neurontin persistency fell further to 37.3% by mth 4, with approximately 20% of patients remaining on Neurontin at month 12.

Pfizer_NMancini_0011639



- It should be noted that this study included patients receiving Neurontin without



**Patient Persistency: % of Patients on Neurontin**
**August 1997 Starts**

Pfizer_NMancini_0011640

Pfizer_NMancini_0011641

- It should be noted that Neurontin persistency rates mirror very closely to Dilantin. At months 4 and 12, Dilantin persistency rates were 37.8% and 25.3% respectively.

Source: NDC

Pfizer_NMancini_0011642

NEURONTIN PERFORMANCE OVERVIEW

## G. *SHARE OF VOICE*

- **Details**

  Depakote has the majority of details for the AED market with 76.5% of these details going to psychiatrists.  Neurontin detailing efforts were divided primarily between neurologists and psychiatrists.

  a. Market-Whole

**SHARE OF VOICE: DETAILS**



Source: Scott-Levin PSA

b. By Specialty

**Details and Share by Specialty – MAT March 1999**

| | Neuro | | PCP | | Psych | | Ped | | All Others | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (000) | % | (000) | % | (000) | % | (000) | % | (000) | % |
| Depakote/ne | 22 | 14.9 | 8 | 22.9 | 104 | 70.0 | 0 | 0 | 2 | 8.3 |
| Neurontin | 31 | 20.9 | 18* | 51.4 | 27 | 18.1 | 2 | 66.7 | 15* | 62.5 |
| Lamictal | 18 | 12.2 | 4 | 11.4 | 10 | 6.7 | 0 | 0 | 2 | 8.3 |
| Carbatrol | 23 | 15.5 | 1 | 2.9 | 5 | 3.6 | 1 | 33.3 | 2 | 8.3 |
| Topamax | 23 | 16.5 | 2 | 5.7 | 1 | 0.7 | 0 | 0 | 1 | 4.2 |
| Tegretol | 1 | 0.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tegretol XR | 12 | 8.1 | 1 | 2.9 | 0 | 0 | 0 | 0 | 1 | 4.2 |
| Gabitril | 18 | 12.2 | 1 | 2.9 | 2 | 1.3 | 0 | 0 | 0 | 0 |
| Total | 148 | 100% | 35 | 100% | 149 | 100% | 3 | 100% | 23 | 100% |

Source: Scott-Levin PSA
   *Dec. WLF *JAMA* dissemination may account for a high number of calls to these specialties.

Pfizer_NMancini_0011643

c. <u>By Samples Extended Units</u>

Sampling in this market is dominated by Depakote/Depakene and Neurontin. Sampling activity is impacted by the spread of detailing across physician specialties. Depakote sampling is focused on psychiatrists, while Neurontin sampling expanded to psychiatrists in October 1998 following the launch of Celexa.

**SHARE OF VOICE: SAMPLES**
**EXTENDED UNITS**



Source: Scott-Levin PSA

d. <u>By Journal</u>
   Most AED J.Ads are declining in recent months except for Topamax and Lamictal.

***Share of Voice:  Journal*** Source:



Source:  IMS National Journal Audit

Pfizer_NMancini_0011644

## H.  RX & PROMOTIONAL MIX BY QUARTER

Strong 4Q98 activity levels may have helped us achieve rapid growth through 1Q99.

**NEURONTIN NRx & Promotional Mix**

| | 1Q98 | 2Q98 | 3Q98 | 4Q98 | 1Q99 |
|---|---|---|---|---|---|
| Detail Share | 13.7 | 20.7 | 21.2 | 28.8 | 23.8 |
| Sample Share | 15.2 | 33.1 | 15.9 | 34.2 | 35.9 |
| Journal Spend | 25.8 | 32.2 | 29.3 | 49.9 | 23.5 |
| NRx Share | 15.5 | 17.4 | 19 | 20.9 | 23.5 |

Source:  IMS NPA, IMS National Journal Audit, Scott-Levin, PSA

## I.  SHARE OF USES BY DX

Neurontin's share of uses by diagnosis has the broadest utility of all AEDS.  Its use for epilepsy is 18.1% of total uses with 36.0% used for monotherapy and 64.0% adjunctive. Bipolar disorder represents 12.8% of Neurontin uses and is a growing use for the brand as well as for the AED market overall. This diagnosis is now also being treated with Depakote, Tegretol/XR, Lamictal, and to a limited extent, Topamax. (Scott Levin PDDA).Only Depakote presently has the indication.

Each diagnosis listed under "All Others" accounts for approximately 1 to 2 percent of the total 35.7%.  Examples of other uses include: psychosis, encephalopathy, postconcussion syndrome, backache, tremor, spasticity, lumbago, restless leg syndrome, ethanol withdrawal, and refractory reflex sympathetic dystrophy (RSD).



**AEDs Share of Uses by Diagnosis MAT 3/99**

| | Total | Dilantin | Neurontin | Depakote | Tegretol/XR | Lamictal | Topamax | Gabitril |
|---|---|---|---|---|---|---|---|---|
| Epilepsy/Convulsions | 42.4% | 86.3% | 18.1% | 18.5% | 58.4% | 64.0% | 88.2% | 80.1% |
| Neuropathic Pain | 6.1% | 0.7% | 28.4% | 0.4% | 7.9% | 0.5% | 1.3% | 9.0% |
| Migraine | 3.2% | 0.5% | 6.0% | 5.2% | 1.0% | 0.8% | 0.0% | 6.4% |
| Bipolar Disorders | 21.5% | 0.0% | 12.8% | 41.8% | 12.1% | 27.2% | 2.4% | 0.0% |
| All Others | 26.8% | 12.5% | 33.7% | 33.7% | 20.6% | 7.5% | 8.7% | 4.5% |

Source: Scott-Levin PDDA

Pfizer_NMancini_0011645

## J. TRX SHARE OF AED MARKET BY COMPETITIVE PRODUCT AND SPECIALTY

|  | TRxs | GP/FP/DOs | IMs | Neuros | Psychs | All Others |
|---|---|---|---|---|---|---|
| Total AED Market | 2.7 Mil | 0.5 Mil | 0.3 Mil | 0.8 Mil | 0.5 Mil | 0.5 Mil |
| Neurontin | 20.0% | 16.4% | 20.4% | 25.2% | 17.4% | 30.1% |
| Depakote | 25.8% | 16.7% | 11.4% | 22.7% | 61.9% | 19.3% |
| Generic Dilantin | 2.1% | 3.3% | 3.9% | 1.2% | 0.2% | 2.6% |
| Carbamazepine | 9.2% | 11.6% | 10.8% | 6.2% | 10.4% | 9.3% |
| Tegretol | 6.2% | 6.1% | 5.8% | 8.8% | 2.8% | 6.0% |
| Tegretol XR | 4.7% | 2.8% | 2.0% | 10.1% | 1.3% | 3.6% |
| Lamictal | 2.5% | 0.9% | 0.6% | 4.4% | 3.0% | 2.0% |
| Dilantin | 23.1% | 36.7% | 39.7% | 21.0% | 1.4% | 21.7% |
| Topamax | 1.4% | 0.4% | 0.3% | 3.0% | 0.9% | 1.2% |
| Carbatrol | 0.8% | 0.2% | 0.1% | 1.9% | 0.4% | 0.6% |
| Gabitril | 0.4% | 0.1% | 0.1% | 0.9% | 0.1% | 0.3% |

Source: IMS NPA, Scott-Levin PSA
*Columns do not add up to 100% due to less significant competitors not being included.

## K. DECILE BY SPECIALTY

Average TMOTS per physician should be viewed with caution given the small number of physicians who prescribe AEDs in some of these specialty groups.

### AVG. NO. OF TMOTS PER PHYSICIAN FOR NEURONTIN:
#### BY SPECIALTY AND DECILE (MAT 2/99)

| Decile | Neuros | PCP | Psych | Pain | Anesth | Ped | TOTAL |
|---|---|---|---|---|---|---|---|
| 10 | 598.7 | 575.0 | 2238.0 | 0.0 | 0.0 | 184.0 | 625.9 |
| 9 | 421.1 | 550.7 | 760.0 | 0.0 | 2608.0 | 74.3 | 433.2 |
| 8 | 303.6 | 391.8 | 377.7 | 0.0 | 1438.1 | 118.3 | 320.7 |
| 7 | 191.7 | 179.1 | 153.3 | 676.8 | 796.5 | 70.0 | 200.5 |
| 6 | 116.4 | 78.4 | 67.0 | 481.0 | 432.7 | 32.0 | 99.4 |
| 5 | 68.7 | 39.7 | 34.2 | 246.2 | 253.7 | 16.6 | 50.8 |
| 4 | 46.2 | 23.8 | 19.5 | 161.7 | 156.7 | 9.3 | 29.0 |
| 3 | 28.7 | 14.7 | 12.3 | 103.1 | 101.0 | 5.0 | 17.7 |
| 2 | 15.1 | 8.1 | 7.2 | 65.3 | 57.1 | 2.7 | 10.2 |
| 1 | 2.6 | 2.1 | 1.7 | 13.2 | 6.8 | 0.6 | 2.1 |

Source: IMS Xponent Data
* TMOTS are based on the average number of capsules that a physician writes per year for Neurontin.

Pfizer_NMancini_0011646

## L.  *TRX OF TOTAL AED MARKET BY SPECIALTY*

Neurologists are high volume prescribers of epilepsy, pain and migraine therapies and as such have high AED volume overall. Primary care physicians generally do not diagnose these conditions and often prescribe AEDs for maintenance therapy. Psychiatrist's prescription behavior reflects the increasing use of AEDs for the treatment of bipolar disorders.

*AED Market: Average Number of TRxs per Physician by Specialty: April 1999*

|  | TRxs | No. of Physicians | Rxs per Physician |
|---|---|---|---|
| GP/FP | 372,524 | 95,968 | 3.9 |
| IM | 347,521 | 95,865 | 3.6 |
| Neuro | 787,236 | 10,939 | 72.0 |
| Psych | 493,840 | 37,429 | 13.2 |

Source: IMS, NPA, Clark O'Neill

*Neurontin: Average Number of TRxs per Physician by Specialty: April 1999*

|  | TRxs | No. of Physicians | Rxs per Physician |
|---|---|---|---|
| GP/FP | 54208 | 95,968 | 0.6 |
| IM | 71013 | 95,865 | 0.7 |
| Neuro | 135656 | 10,939 | 12.4 |
| Psych | 85876 | 37,429 | 2.3 |

Source: IMS, NPA, Clark O'Neill

Pfizer_NMancini_0011647

## II.    NEURONTIN MARKET OVERVIEW

### A. *EPILEPSY*

#### 1. Current Market

Current indication: Adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy.

Monotherapy indication will not be pursued.

a.    Demographics

Approximately 1% of the U.S. population is diagnosed with epilepsy. According to Scott-Levin (PDDA Audit), physicians report that 3.3 million patients are being treated for epilepsy/convulsions. Approximately 40% of epilepsy patients are not well controlled on one agent and must have a second agent added to their regimen. This is the arena of patients for which Neurontin has an indication.

b.    Target Audience

Overall, greater than 340,000 prescribers make-up the anticonvulsant market with the top 13,000 (3.8%) of these physicians, deciles 6 through 10, generating 50% of the total AED business. The neurologist is the primary target within these deciles, representing over 6,500 of the 6 through 10. Targeting has not been limited to neurologists as some CBUs have sought to grow the business by including some of the 2,500 PCPs who qualify as top decile prescribers. Little variance from this epilepsy targeting strategy exists however, some CBUs are reaching into the lower deciling ranks more than others.

c.    Treatment
  i.    Current available treatments:
- **Depakote®/Depakene®** (divalproex sodium/valproate; Abbott Laboratories)
- **Dilantin®** (phenytoin; Parke-Davis)
- **Neurontin®** (gabapentin; Parke-Davis)
- **Tegretol®/Tegretol XR®** (carbamazepine; Novartis)
- **Lamictal®** (lamotrigine; Glaxo)
- **Topamax®** (topiramate; Johnson and Johnson)
- **Gabitril®** (tiagabine; Abbott Laboratories)
- **Carbatrol®** (twice daily carbamazepine; Elan/Athena Neuroscience)
- **Felbatol®** (felbamate, Wallace)
  ii.    Future treatments:
- **Sabril®** (vigabatrin; Hoescht Marion Roussel) Note: Some thought leaders believe that this drug is unlikely to be approved by the FDA due to visual field adverse events.)
- **Zonagran®** (zonisamide; Elan/Athena Neuroscience)
- **Oxcarbamazepine** (Novartis)

Pfizer_NMancini_0011648

## 2. **Pediatric Market**

Filing for the pediatric add-on therapy indication for Neurontin is slated for 4Q99 with anticipated approval during 4Q00. While the pediatric indication will be an important addition for the medical community, only small volume is expected.

a. Demographics

Patients less than 12 years of age account for less than 4% of all AED uses for seizure disorders. However, pediatric patients, along with the elderly, account for the patient segment with the highest onset of seizures/epilepsy, usually leading to long-term chronic therapy.

b. Target Audience

General neurologists, child neurologists, selected pediatricians and neonatologists.

c. Treatments
   i.     Current
   1st Line

    a) **phenobarbital** (various)
    b) **Tegretol®** (carbamazepine; Novartis)
    c) **Dilantin®** (phenytoin; Parke-Davis)
    d) **Depakote®** (divalproex sodium/valproate; Abbott Laboratories)
    e) **Zarontin®** (ethosuximide; Parke-Davis) Note: Zarontin should not be a direct competitor to Neurontin, as it is indicated for only absence seizures and not partial seizures.

    2nd Line

    a) **Neurontin®** (gabapentin; Parke-Davis)
    b) **Lamictal®** (lamotrigine; Glaxo)
    c) **Topamax®** (topiramate; Johnson and Johnson)

   ii.    Future
   1st Line additions

    a) **Neurontin®** (gabapentin; Parke-Davis)
    b) **Lamictal®** (lamotrigine; Glaxo)
    c) **Topamax®** (topiramate; Johnson and Johnson)

Pfizer_NMancini_0011649

A couple of interesting observations about the pediatric epilepsy market: diagnosing the specific epilepsy seizure type is very difficult in young children.  In fact, one estimate states that 90% of the diagnoses given to children 12 years and under is generalized tonic-clonic.  The literature (Hauser) states that 2-12 year olds should have the same proportion of general to partial seizures as do adults.  0-2 year olds should be diagnosed with partial seizures, almost exclusively.  Since pediatricians and neurologists, to some extent, have misconceptions about the relative frequency of partial seizures in children and may have some deficiencies in making accurate diagnoses, the tendency to over prescribe a broad spectrum AED exists.  Since Neurontin is considered a narrow spectrum AED (effective in partial seizures), success in this market will be dependent on more accurate diagnoses of seizures by confident clinicians.  To aid physicians in improving their ability to diagnose, medical education initiatives will be of primary importance.  As the chart below indicates, broad spectrum AEDs are used more readily in this patient population.

**Drug Uses and Share of Drug Uses in Children <12 years**

| Product | Drug Uses (000) | Share of Uses (%) |
|---------|-----------------|-------------------|
| Dilantin | 75 | 13 |
| Tegretol | 146 | 25.3 |
| Depakote/ene | 142 | 24.6 |
| Neurontin | 26 | 4.5 |
| Tegretol XR | 20 | 3.4 |
| Lamictal | 10 | 3.0 |
| Topamax | 2 | 0.4 |

# B.  *FUTURE MARKET – NON EPILEPSY*

Over the past few years, the AED class has experienced a significant increase in reported drug uses for various non-epilepsy conditions.  Currently, over half of all reported drug uses of AEDs are in areas outside of epilepsy (PDDA YTD 4/99).

Historically, AEDs such as carbamazepine and phenytoin have been reported to be effective therapies for such conditions as neuropathic pain and bipolar disorder.  Within the past few years, Depakote has completed controlled clinical trials and has received FDA indications for both mania associated with bipolar disorder and for prophylactic treatment of migraine.  A number of the AED manufacturers are continuing to invest research dollars into various non-epilepsy areas.  Recent results of controlled clinical trials have shown Lamictal (Glaxo-Wellcome) to be an effective treatment in bipolar.  It is speculated that Glaxo-Wellcome will be filing a sNDA for a bipolar indication sometime during 4Q99.  Lamictal is also being investigated for its potential effectiveness in neuropathic pain, but results have been mixed to date.  Although two of the more recent entries into the AED market, Topamax and Gabitril, have performed poorly in the epilepsy marketplace, Johnson & Johnson and Abbott are investigating potential non-epilepsy uses for each of their respective products.

Neuropathic pain is the most commonly reported use for Neurontin outside of epilepsy.  Besides neuropathic pain, Neurontin has been reported to be used in many other conditions, including, but not limited to, psychiatric disorders, migraine, restless leg syndrome, ALS, and alcohol withdrawal.

Pfizer_NMancini_0011650

## C. *NEUROPATHIC PAIN*

The U.S. prescription pain market totaled $4.5 billion in 1998. Tricyclic antidepressants, NSAIDS and AEDS are the most common treatments for neuropathic pain the U.S. In the U.S. there were 3 million treated patient visits for neuropathy (1998) with over 4 million prescriptions written.

Neuropathic pain represents 6.1% of all AED uses (March 1999 MAT). In contrast, neuropathic pain represents 28.4% of all Neurontin uses. Neurontin has become the most commonly reported AED in the treatment of neuropathic pain with 69.8% of all AED uses for neuropathic pain attributed to Neurontin. Although Neurontin has a significant share of drug uses among AEDs, other agents, such as tricyclic antidepressants and NSAIDs, are still more commonly prescribed for neuropathic pain.

Neurologists and anesthesiologists remain the top specialists to which neuropathic pain patients see to treat their pain. Both physician groups account for close to 25% of Neurontin's new patient starts (March 1999 NDC data). However, of significant note, is the rise in the use of Neurontin by primary care physicians. Primary care physicians now account for close to 35% of Neurontin new patient starts (March 1999 NDC data). Market research suggests that most of these patient starts have been for use in neuropathic pain.

Market research results suggest that, due to the historic high use of generic drugs to treat pain (NSAIDs & TCAs), that Neurontin's use in this area will be more vulnerable to generic erosion than in the area of Epilepsy. This aside, the pain marketplace remains largely unsatisfied and Neurontin's use in neuropathic pain is expected to be a significant contributor to Neurontin's overall growth in 2000.

Pfizer_NMancini_0011651

# D. *PSYCHIATRY*

Use of Neurontin in psychiatric disorders has grown substantially over the past year. Although most of the growth has occurred in bipolar disorder, some of it can be attributed to other uses, including social phobia, generalized anxiety, panic disorder, OCD, and substance abuse withdrawal.

## 1. Bipolar Disorder

Bipolar disorder (also referred to as manic-depression) is a mental illness involving episodes of severe mania and depression. It is estimated that bipolar disorders afflict between 2 and 3 million people in the United States, resulting in personal loss of function and billions of dollars in both treatment costs and loss of productivity.

With the increasing recognition of lithium's inadequacy as an acute and prophylactic treatment for many patients with bipolar illness, the search for alternative agents has focused on other therapies, including anticonvulsants. Currently, 21.4% (PDDA MAT 03/99) of all AED uses are for bipolar disorders. Depakote by far leads the AED category in bipolar, with over 70% of the reported AED drug uses in this area. In 1997, Depakote became the most prescribed mood stabilizer by psychiatrists, helping to establish the AED class as an effective therapy for various psychiatric conditions. This familiarity of AEDs in psychiatry has prompted psychiatrists and other health care professionals to look beyond Depakote to other AEDs when treating various psychiatric conditions. Neurontin has benefited from its association with AEDs as the use among the class for bipolar disorder has risen to 10% from 1% a year earlier. The increased use comes despite the results of the "Gabapentin in Bipolar Disorder" trial (945-209) results, which showed no significant improvement when compared to placebo. Among psychiatric thought leaders, trial design shortcomings were responsible for the outcome.

## 2. Social Phobia

The Social Phobia trial (945-203) showed Neurontin to be a statistically and clinically superior treatment versus placebo in a population of patients with social phobia. The manuscript will be published in the July/August issue of the *Journal of Clinical Psychopharmacology*, which is one of the most widely read and respected journals among clinical psychiatrists. Although the condition of social phobia has not been a commonly recognized condition, diagnosing and treating this condition is expected to increase now that Paxil, an established SSRI, has received an official indication and and has begun promotion. Psychiatrists familiar with the Neurontin study espouse its superiority to the SSRIs and benzodiazepines, which are associated with sexual dysfunction and chemical

Pfizer_NMancini_0011652

dependence issues, respectively. Since receiving an indication in April of this year, PR for Paxil has heightened awareness among clinicians and patients about the availability of a treatment for "shyness." As the most prevalent among the anxiety disorders, social phobia is estimated to have a lifetime incidence of 13.3% and precedes substance abuse in approximately 60% of patients. Although high in prevalence, the number of patients actually diagnosed and treated remains very low to date. We are currently considering dissemination of the 945-203 study, in accordance with the Washington Legal Foundation provisions.

## 3. Panic Disorder

The original data analysis of the Panic Disorders trial (945-204) showed no gabapentin-placebo difference in the primary or secondary efficacy measures. Further analysis of the data, however, indicates that Neurontin showed a statistically significant treatment effect in patients with severe panic disorder. Publication is in the planning phase for later in 1999.

*Summary of Parke-Davis (Ann Arbor) placebo-controlled clinical trials in psychiatry:*

| Study | Parameters | Completed |
|-------|-----------|-----------|
| Bipolar disorders | 10 week randomized | Jun 1998 |
| Panic Disorders | 8 week randomized | Mar 1998 |
| Social Phobia | 14 week randomized | Dec 1997 |

## E. *MIGRAINE*

It is estimated that 25 to 30 million Americans are afflicted with migraines. Of the 25 million patients with migraine, 25% will suffer from more than 4 migraine attacks per month. These are patients generally considered for prophylactic migraine treatment. (Headache, 1995, 35: 479-487)

Two double-blind, placebo-controlled trials examining the effect of Neurontin as a prophylactic therapy for migraine have been completed. One trial examined a Neurontin dose of 2400mg/day divided t.i.d. while the other looked at Neurontin 1800mg/day divided b.i.d.

The results of the T.I.D. Study (Migraine Study 220) were positive. The primary measurement, mean reduction of headaches in the last four weeks of the trial and the 50% responder rate (responder rate is % of patients with a 50% reduction in headache frequency) were both in favor of Neurontin vs. placebo. The study was submitted to

Pfizer_NMancini_0011653

*Neurology* for potential publication in the beginning of the year 2000 and will be considered for dissemination via WLF guidelines.

The B.I.D. Study (Migraine Study 217) did not show statistical significance in mean reduction in headaches in the last four weeks of the trial nor in the 50% responder rate vs. placebo. Factors considered contributing to the negative results of the study are thought to have been a high placebo rate, the frequency of dosing and/or lower daily dosage than in the T.I.D. Study. This study will also be published.

Currently (March 1999 MAT), 3.2% of all AED uses are reported for migraine. Among AED usage in migraine, Neurontin currently holds a 23.3% share, Depakote a 65.4% share. Migraine represents only 5.2% of Neurontin's use and has been flat for most of 1999. Prophylactic treatment has been somewhat controversial due to past studies showing only minor positive results. Many headache experts consider this due to poor study design. However, due to this, prophylactic share in the migraine business is small in proportion to acute treatment options like triptans. Growth in this area of use in the year 2000 is expected to be only modest at best.

Pfizer_NMancini_0011654

# III.  COMPETITION

## A. *CURRENT COMPETITION*

| Product | Indication(s) | Positioning/Strategy |
|---|---|---|
| Depakote<br>TRx – 24.2<br>NRx – 28.2<br>%$ – 32.2 | • Mania<br>• Epilepsy – Monotherapy and adjunctive therapy in patients with partial seizures and multiple seizure types including absence<br>• Migraine (prophylaxis) | • Use continues to broaden since launch in early '80s (umbrella campaign)<br>• Effective AED for a wide range of seizure types, including absence<br>• Quality of life story implied in journal ads<br>• IV Depakote introduced |
| Dilantin/phenytoin<br>TRx – 25.1<br>NRx – 19.4<br>%$ – 10.2 | • Epilepsy – tonic-clonic and complex partial<br>• Seizures – preventative/treatment during or following neurosurgery | • Ease of use – once a day dosing option<br>• Low cost<br>• Broad seizure coverage |
| Tegretol/XR<br>Carbamazepine<br>TRx – 20.9<br>NRx – 18.7<br>%$ – 14.5 | • Trigeminal neuralgia<br>• Epilepsy – partial and generalized seizures<br>• First line monotherapy | • Strong quality of life "Achiever" campaign with real patients<br>• b.i.d convenience<br>• Low cognitive impairment/cosmetic side effects |
| Lamictal<br>TRx – 2.5<br>NRx – 2.5<br>%$ – 6.8 | • Epilepsy – adjunctive therapy in the treatment of partial seizures in adults | • First add-on after monotherapy failure |
| Topamax<br>TRx – 1.4<br>NRx – 1.4<br>%$ – 4.0 | • Epilepsy – adjunctive therapy in the treatment of partial seizures in adults | • Potent AED with a higher level of seizure control<br>• Convenience of b.i.d. dosing<br>• Proven safe in 100,000 patients |
| Gabatril<br>TRx – 0.4<br>NRx – 0.4<br>%$ – 0.8 | • Epilepsy – adjunctive therapy in adults and children 12 years and older in the treatment of partial seizures | • Unique mechanism of action for seizure control<br>• Well tolerated |

Pfizer_NMancini_0011655

# B. *NEW COMPETITION*

| Compound (Trade Name) | Manufacturer | Indication | Yr/Phase Approved | Launch | Positioning |
|---|---|---|---|---|---|
| Tiagabine (Gabitril) | Abbott | Epilepsy – Adjunct Tx | Approved – 10/96 | 4Q97 | New generation AED - novel mechanism of action |
| Carbamazepine (Carbatrol) | Athena Neuroscience | Epilepsy | Approved – 3/97 | 4Q97 | Convenience of b.i.d. Different delivery system – allows to be swallowed whole or sprinkled on food |
| Diazepam-rectal (Diastat) | Athena Neuroscience | Epilepsy | Approved – 3/97 | 4Q97 | cost effective, convenient |
| Vigabatrin (Sabril) | Hoechst | Epilepsy | Approvable letter – 12/96 | Indefinitely Unapproved | potent adjunctive therapy |
| Lamotrigine (Lamictal) | Glaxo | Bipolar Epilepsy- Mono tx | Filing - 4/98 Filed – 3/98 | 4Q98 | |
| Zonisamide (Zonagran) | Athena Neuroscience | Epilepsy | Approvable letter – 3/98 | 4Q99 | new sulfonamide class |
| Depakote ER | Abbott | Epilepsy | Awaiting Approval | | qd dosing convenience |
| Oxcarbazepine (Trileptal) | Novartis | Epilepsy | Phase III Filing – 4/98 | | fewer AE/interactions vs carb |
| Tiagabine (Gabitril) | Abbott | Epilepsy Monotherapy | Filing – 4Q'98 | | |
| Levetiracetam | UCB | Epilepsy | Phase III – filing 4Q'98 | Expected 4Q99-1Q00 | BID – safety w/efficacy |
| Topamax | J&J | Ped monotherapy For epilepsy | Phase III | | |
| CI-1008 | Parke-Davis | Epilepsy | Phase II & III | | |
| remacemide | RPR/Astra | Epilepsy/ Stroke | Phase II & III | | |
| 534 U87 | Glaxo | Epilepsy | Phase II | | |
| Ganaxolone | CoCensys | Epilepsy – Migraine; adult & pediatric | Phase I & II | | |
| SB204269 | SKB | Epilepsy | Phase I & II | | |
| 27,192 | Hoechst | Epilepsy | Phase I/II | | |
| | | | | | |
| AMPA antagonist I (LY300164) | Lilly | Epilepsy , Stroke Neuroprotection | Phase I | | |
| GP3269 | Genesia | Epilepsy Pain | Phase I | | |
| ADCI | Neurogen | Seizures | Preclinical | | |
| GABA-modulator | NeuroSearch | Epilepsy | Preclinical | | |
| GW273293 | Glaxo | Epilepsy Bipolar | Preclinical | | |
| NMDA | Sibia | Epilepsy Head trauma Pain/Stroke | Preclinical | | |
| SIB-1757 Series | Sibia | Epilepsy | Preclinical | | |
| SYM2206 | Symphony | Epilepsy Stroke | Preclinical | | |
| VGCC subtype Elective antagonists | Sibia | Epilepsy Chronic pain Stroke | Preclinical | | |
| NeuroCell-FE | Diacrin | Focal Epilepsy | | | |

Pfizer_NMancini_0011656

## IV.   REVIEW OF 1999 POSITIONING STRATEGIES

### A. *1999 POSITIONING STATEMENT*

Neurontin is an effective AED which offers an unsurpassed safety profile.  This allows for rapid and easy titration to individualized maximum therapeutic effect, making it a physician's ideal AED.

### B.  *1999 KEY STRATEGIES*

#### 1. Publication/Educational activities in emerging uses.

- COMED CME dinners (93) and grand rounds programs (140) scheduled and conducted across the country.
- Dannemiller CME pain supplements mailed to universe of Neurologists and Anesthesiologists
- Major CME satellite symposia held at AAN in April on AED utilization in the treatment of pain
- TID migraine prophylaxis study submitted to Neurology for publication in early 2000
- CME Inc, program entitled "New Frontiers in Anxiety, Substance Abuse and Bipolar Disorder" conducted in top 20 U.S. markets and 30 secondary markets.  Estimated attendance was 8500
- Social Phobia Study publication in *Journal of Clinical Psychopharmacology* in July/August 1999 Issue
- Dissemination of study to universe of psychiatrists under WLF ruling being considered for T3 1999

#### 2. Execute publication/educational/promotional plan to further expand use for Neurontin in  treating seizures

- Utilization of STEPS/NEON Study to reinforce Neurontin as add-on of first choice
- Neurontin STEPS safety and tolerability publication in 1999 summer issue of *Epilepsia*
- Southern CME Clinical Supplement
- National Merit-Putnam AES Satellite Symposia
- "Neurology for Non-Neurologists" CME Series conducted through MEC

Pfizer_NMancini_0011657

## 3. <u>Focus significant promotional efforts on decile 6 through 10 office and hospital-based neurologist</u>

- Launch of 600/800mg tablets to this audience will be extremely important. Neurologists prescribe the majority of the high dose patients and tablets fill a stated need by neurologists
- Promotion of new 900mg starting dose allows physicians to start patients at an effective dose
- Continued re-enforcement of STEPS and NEON studies to encourage proper titration. This fits well with the tablet conversion story

## 4. <u>Leverage key epileptologist influence to expand Neurontin usage with residents/fellows and office based neurologist</u>

- Conducted National Epi-Fellows speaker training meeting in June with top 50 epilepsy fellows
- Conducted Merrit-Putnam Residents Program in April with top 75 3rd and 4th year residents
- Funded CME satellite breakfast on "Treatment of Epilepsy in Special Populations" at AAN in April
- Merrit Putnam Speakers Bureau (2) & Regional CME Weekend Programs (5)

Pfizer_NMancini_0011658

## C. *PROMOTIONAL MIX*

| Category | 1999 | 1998 | $ +/- | % +/- |
|---|---|---|---|---|
| SPE | 2,386 | 830 | 1,556 | 187% |
| Prof. Of Ed. | 20,394 | 26,970 | (6,576) | (24%) |
| Speakers | 6,830 | 2,400 | 4,430 | 184% |
| Direct Mail | 1,280 | 1,600 | (320) | (20%) |
| Literature | 1,900 | 1,240 | 660 | 53% |
| Journals | 900 | 640 | 260 | 40% |
| Misc. | 0 | 2,230 | (2,230) | (100%) |
| Conv/Disp | 800 | 320 | 480 | 150% |
| Agency | 1,000 | 880 | 120 | 13% |
| Samples | 2,498 | 1,200 | 1,298 | 108% |
| Mkt. Rsch. | 540 | 640 | (100) | (15%) |
| Gratis | 1,020 | 950 | 940 | 98% |
| Pack & Ship | 572 | 0 | 572 | 0 |
| Phase IV | 180 | 0 | 180 | 0 |
| | | | | |
| Total | $40.3 | $39.9 | .4 | 1% |

# D. *CRITICAL SUCCESS FACTORS – LAST ½ OF 1999*

## 1. Continued support for Emerging Uses
- CME Grant Support
- WLF Initiatives
- Clinical trial grants and publications

## 2. Epilepsy Promotional Support
- Expanded CNS Sales Force
- Promotional Materials
- Samples
- Non-sales force promo.

## 3. Tablet Launch
- Strong Trimester 3 Promotional Efforts
- Adequate Retail Stocking
- Patient & Pharmacy Promo Programs
- MCO Formulary Acceptance
- MD's to write/specify tablets on Rx will be critical.

Pfizer_NMancini_0011659

# V.    2000 OUTLOOK

## A.  *TABLETS*

### 1. Strategies

Higher dose Neurontin in the form of tablets (600 and 800 mg) will be introduced in 3Q99. The highest business potential for the tablets will come from the large epilepsy patients because (1) epilepsy is a chronic disease (2) epilepsy patients are more likely to be on high doses of Neurontin. These physicians are also more likely to request brand name AEDs when treating epilepsy. This will make them a more valued physician group over the long term.

Our primary strategy is to (1) target physicians who are already high Neurontin prescribers, and (2) to aggressively convert current high dose patients Neurontin as soon as possible 3) To continue limited Tablet promotion post July2000 to capture new patients titrating up in dose. Increasing overall Neurontin patient volume and titration to higher doses are spillover benefits that may result from the availability of higher dose Tablets.

The launch of the Tablets will bring with it some unique market dynamics that we have not had to manage on the past. Each of which will be critical to the overall success of the launch program. These include:
   a)  To get the physician to specify "Tablets" and "DAW" on the script.
   b)  To have a physician be willing to convert eligible patients to tablets.
   c)  To get a pharmacist to be willing to suggest Tablets to the patient.
   d)  To get the patient actively involved in drug form selection.

### 2. MD and Sales Force Tactics

- Target Neurontin prescribers with the CNS and Hospital sales forces.
- Ensure strong field force coverage of neurologists to gain maximal conversion in epilepsy patients.
- New journal/advertisement campaign to increase awareness of tablets, and emphasize the necessity of physicians writing "tablets" and "DAW" on the script.
- Direct Mail Campaign
- Samples (600 mg/800 mg)

Pfizer_NMancini_0011660

## 3. Direct to Patient Program

Epilepsy patients who are well controlled visit their neurologist only once or twice a year. In contrast, most refill their prescription every month at the pharmacy. Given the urgency we have to convert patients, one tactic is we will use is pharmacy mailings and point-of-sale information sheets that are targeted to current Neurontin patients. The information sheet will inform patients of the availability and benefits (decreased pill burden) of the tablets, and will direct them to take an active role in converting their prescription. A coupon will be offered to cash payers as an incentive to convert to tablets. In addition, a compliance and persistency initiative is being explored which will run concurrently (and synergistically) with the patient programs for the tablet launch.

## 4. HCM and Trade Issues

An advisory board determined that formulary acceptance of Neurontin tablets would not be an issue because they are a high dose formulation of a currently approved drug, and because of its use in treating epilepsy.

Trade stocking will begin in the August 1999. Advertising in pharmacy journals is also planned.

## B. *CBU SITUATIONAL AND BUSINESS NEEDS ASSESSMENT*

Relatively homogeneous market with most opportunities, issues, and tactics being similar for all CBUs; regional differences are noted below.

Key issues for all CBUs include:
- Limited reach and frequency
    - Unable to reach potential prescribers in mid-deciles due to small CNS sales force and large territories
    - Difficulty placing samples with prescribers (PCPs and mid-decile neurologists)
- Neurontin performance in the epilepsy market is declining
- New AEDs are being positioned in neuropathic pain (Topomax) and psychiatry (Lamictal) markets
- Many CNS TMs are relatively new and inexperienced

Opportunities in all CBUs are:
- CNS sales force expansion will allow increases in reach and frequency
- Emerging uses such as pain, psychiatry continue to expand.
- Continued sales force training of relatively new sales force
- PCP sales forces to deliver clinical materials (WLF) as appropriate.
- Tablet should have a lower substitution, if the form stated on the Rx.

Pfizer_NMancini_0011661

## 1. NE CBU

- Neurologists (24.2%), psychiatrists (24.7%), and GP/FP/IMs (45.8%) are responsible for the majority of Neurontin scripts.
- Major details to neurologists by CNS and hospital TMs are below plan.
- Psychiatrist market share% in the NE CBU is trending significantly above the national average (24.7% vs. 21.4%)
- PCP market share continues to increase as a result of various programs implemented in 3Q98 & 4Q98.  PC2 and PC3 field forces have been given sample allocations to fulfill PCP requests.
- Increased demand for samples by psychiatrists, pain specialists and PCPs have created a shortage of sample supply in the field.
- Major markets:  Boston, NYC, Philadelphia, Pittsburgh and Buffalo with high elderly populations in PA and RI.
- Opportunities to develop secondary markets

## 2. SE CBU

- Neurontin has become the #1 prescribed AED in the SECBU surpassing Depakote and Dilantin.
- Greatest NMOT share growth is occurring with psychiatrists followed by internists.
- Growth is occurring in deciles 1-8. Growth is declining in deciles 9 and 10.
- SE CBU has significant Neurontin support by major academic opinion leaders and clinical specialists.
- Future competitor, levetiracetam is gaining interest among SE opinion leaders.

## 3. NC CBU

- Neurologists (16.8%), psychiatrists (9.9%) and GP/FP/IMs (37.0%) are responsible for the majority of Neurontin scripts.
- Neurologists and psychiatrists receive the majority of details; psychiatrists receiving significantly more details than neurologists.
- Decile 8-10 physicians market share of 15% (all specialties) is a concern because the majority of high decile physicians are neurologists where typically there has been high reach and frequency.
- Strong thought leader support in the area of Epilepsy. Less support regarding the emerging AED use areas.
- 348 Speaker events to date (#1 in nation)
- Strong Markets:  Cleveland, Columbus and Indianapolis
- Areas for growth:  Milwaukee, S. Chicago, Cincinnati, Des Moines and Detroit
- Larger markets (Chicago, Detroit, and Minneapolis) have been slow to adopt the emerging applications of AED therapy.

Pfizer_NMancini_0011662

## 4. SC CBU

- Neurologists (23%), GP/FPs (19%),  psychiatrists (16%) and IMs (10%) have the highest business potential (% of AED TMOTS, Feb 99).
- Share growth in the FP/GP segment lags behind most of the other CBUs.
- As of December 98, the IM segment became the best performing segment. Neurology is the second best performing segment and continues to deliver a strong performance.
- Psychiatry is demonstrating strong growth, but still lags behind IM and Neurology.
- Primary markets: Dallas, Denver, Fort Worth, Houston, San Antonio and St. Louis
- Secondary markets:  Austin, Oklahoma City, El Paso, Albuquerque and Tulsa
- Opportunities to coordinate communication with TMs, NAMs and Medical Liaisons.

## 5. W CBU

- W CBU is ranked second of all CBUs in NMOT share (27.2%) and TMOT share (22.0%).
- NMOT shares: neurology (25%), psychiatry (23%), FP/GP (18-20%), and IMs (31%).
- IMs are growing Neurontin new share at the fastest pace.
- LTC represents 24% of all AED business, yet Neurontin share of LTC business is only 2%.  Have no coverage of long term care accounts.

## 6. HCM

- Managed care organizations are concerned about non-neurologists prescribing AEDs (for emerging uses) and the use of Neurontin for monotherapy by neurologists.
- Add-on therapy and high dosing of Neurontin leads to decreased compliance and higher cost.
- Highlight the potential savings on the average cost per patient in order to gain formulary placement (assuming tablets are discounted).
- Leverage the tablet formulation through rebate contracts.  Extend rebates only on tablets and not on capsules.
- Influence P & T committees toward inclusion of Neurontin on formulary by emphasizing cost savings (if tablets are discounted), compliance and safety.
- Expand market demand for this product while building brand loyalty and supporting research efforts.
- Opportunities include patient and retail pharmacist education, co-promotion with health plans and rebate programs
- Rebate programs could include parity price reduction, conversion incentives based on number of prescriptions, pharmacist education and counseling aids, or increased AWP
- Assess need for 600 & 800 mg tablets in health plans; Market all strengths;  Support decision making with clinical data.

Pfizer_NMancini_0011663

# VI.  <u>LIFECYCLE PLAN</u>



(Source: June '99 LE)

- Assumes 6 months pediatric extension exclusivity.

Pfizer_NMancini_0011664

## P&L

Pfizer_NMancini_0011665