# EXHIBIT 2

# NEURONTIN in Managed care



**NEURONTIN**
(gabapentin)

Overview of 2002 Operating Plan

Summary of Ad Boards and Managed Care
Research

Summary of where Opportunities lie and
where Threats can strategically be overcome

Other opportunities to explore

*Source: Field Reported: 1/01*

*for Internal Use Only*

EXHIBIT

7

1

zcr_CGrogan_0004242



2

PS~cr_CGrogan_0004243



3

CGrogan_0004244



4



**NEURONTIN**
*(gabapentin)*

◆ Health plans do not manage neuropathic pain aggressively

◆ Measurements of management success: decreased cost, improved care

What Makes a Disease a High Management Priority?

| HIGH COST | ABILITY TO IMPROVE OUTCOMES |
|---|---|
| • The disease is a high cost to the plan, employer, or PBM<br><br>• The costs to treat the disease, including pharmacy, are significantly increasing<br><br>• The plan perceives there is an opportunity to manage utilization of medical services, and therefore a measurable improvement in costs (including pharmacy) | • There is a perceived opportunity to improve the health of its member population by managing the disease<br><br>• There is an opportunity to improve HEDIS or NCQA scores |

*for Internal Use Only*

5

CGrogan_0004246

## NP Lacks Multiple Triggers for Disease Management



**NEURONTIN**
*(gabapentin)*

◆ Multiple factors contribute to managed care customer's lack of attention to neuropathic pain
- Inability to define the appropriate patients
- Inability to objectively measure a clinical endpoint
- Lack of a "gold standard" or national guideline for NP care
- Lack of knowledge of the true cost of treating neuropathic pain
  - Few plans are able to link medical and pharmacy claims
- Unwillingness of MCOs to tackle management of an area where the chances of success are low

*for Internal Use Only*

6

## Formulary Management Directions



**NEURONTIN**
*(gabapentin)*

◆ Managed care plans use two primary formulary management strategies to manage pharmacy budgets
  • Decrease or control utilization
  • Maximize rebates by shifting share to preferred products

◆ <u>The overall philosophy today is to shift costs and responsibility for product choice to consumers</u>
  • <u>This reduces the use of PA and medical review by payers</u>

◆ The trend in pharmacy management is to mange via benefit design, rather than via formulary management

*Implication for Pfizer:* Customers will be forced to look for creative solutions to curb Neurontin utilization for NP, and likely will look to cost sharing approaches

*for Internal Use Only*

7

er_CGrogan_0004248



CGrogan_0004249

## Short Term: Neurontin Will Retain Broad Formulary Access

**NEURONTIN**
(gabapentin)

◆ Neurontin is an anticonvulsant, and plans want easy access to anticonvulsants for epilepsy patients

◆ Neurontin will not be re-reviewed when it receives its NP indication except by VA and possibly DOD
  • Neurontin is currently on most formularies
  • Neurontin is perceived as both safe and efficacious
  • Plans recognize Neurontin is already used heavily off-label for NP
    – The NP indication will validate off-label use
    – Some customers believed off-label use is so high that they questioned whether the new indication will notably expand the market

*for Internal Use Only*

9

cr_CGrogan_0004250

## Long Term: Neurontin Utilization Will Gain Attention

**NEURONTIN**
(gabapentin)

◆ What will trigger increased MCO interest in managing Neurontin?
  • Significant increases in Neurontin utilization
    − Movement to "Top 20" lists
    − Increase share of voice in the field
  • Successful cost containment in other high priority classes due to generic entrants (SSRIs, PPIs, prescription antihistamines)
  • Definitive proof that NP patients are costly
  • Higher costs per RX due to increased dosing for NP
  • Recognition that they stand to benefit from cost control efforts with continued shifts to the fee-for-service reimbursement models      *for Internal Use Only*

10

Pfizer_CGrogan_0004251

## Opportunities and Threats for Neurontin



**NEURONTIN**
(gabapentin)

◆ Opportunities
- Standard educational materials targeting Employers
- A more effective screening tool
- Increase awareness that pain is treatable
- Help patients develop reasonable expectations for pain
- A conclusive outcomes study in preparation for dossier requests from NHO
- Appropriate use stragegy prepared for launch
- Using LMT's to maximize easy access targets

◆ Threats
- MCOs may edit based on dose to segment epilepsy patients they do not want to manage from NP patients they do want to manage
- Plans may try to categorize Neurontin as a "Quality of Life" product to move to 3rd or 4th tier (shift cost to patient)
- Lack of interest in disease management programs inhibits traditional managed care approaches
- Speculative threat: would customers move Neurontin to 3rd tier, and permit easy approval for epilepsy patients at 2nd tier?          *for Internal Use Only*

11

er_CGrogan_0004252



**NEURONTIN**
*(gabapentin)*

Opportunities in Long Term Care
Each institution has approx $67K of opportunity
Speaker training for LTC consultant pharmacists and medical directors

Research
Opportunities in Prisons which have $51K of opportunity

*for Internal Use Only*

12



**NEURONTIN**
(gabapentin)

# APPENDIX

*for Internal Use Only*

13

Pfizer_CGrogan_0004254



14

T_CGrogan_0004255

# Management of Neurontin via Benefit Design



**NEURONTIN**
*(gabapentin)*

tier copay structure
- 2nd tier: preferred brands
- 3rd tier: non-preferred brands
- 4th tier: quality of life type products
  - The noise level of 4-tier benefit is greater than the actual shift of lives (<5% lives in 4 tier design currently; but 57% of plans are considering)

◆ HMOs might use different reasons to assign Neurontin to a tier

| Reasons HMOs Might Use to Assign Neurontin to Different Tiers | |
|---|---|
| **2nd Tier Copay**<br>REASON: Ensure availability of Neurontin and anticonvulsants for epilepsy patients | **3rd or 4th Tier Copay**<br>REASON: Control Utilization of Neurontin for NP patients |
| * Previous failure of another anticonvulsant | * Concomitant use of insulin or OAD |
| * Concomitant use of another anticonvulsant | * Daily dosage > 1800 mg |
| * Diagnosis of epilepsy for payers with Dx claims | * Prescribing by specialist other than neurologist |
| | * Diagnosis of NP for payers with Dx claims |

*for Internal Use Only*

15

Pfizer_CGrogan_0004256

## Glossary of Key Terms

**NEURONTIN**
(gabapentin)

| | |
|---|---|
| ◆ NDC Blocks | NDC = National Drug Code |
| | Typically, consists of 5 digits - 4 digits - 2 digits (e.g. (49867-0369-21) |
| | The first 5 digits represent the manufacturer.  Second 4 represent both the product name and strength (e.g. Inderal 10mg).  The final 2 are the package size. |
| | |
| | Plans that don't want to cover a specific drug will "block" the NDC number in the prescription claims processing system which verifies drug coverage for prescriptions at the point-of-sale.  Dosing systems use NDC numbers to determine formulary or prior auth status.  Blocking can occur in several manners that reject the prescription and are removed the dispensing pharmacist as well as NOT paid on |
| ◆ Prior Authorizations | Procedures established by the insurer, such as documentation from a prescribing physician drugs by certain authorizations to control the utilization of certain drugs because a plan considers them appropriate only for certain groups of patients. |

*For internal Use Only*

16

## Advisors Represented



**NEURONTIN**
*(gabapentin)*

◆ Health Plans (January 2002)
  • CIGNA
  • CommunityCare
  • Intermountain Healthcare
  • Ochsner Health Plan
  • Sentara Health Plan
  • Providence Health Plan
  • Regence Group
  • Universal Care
  • University of Pittsburgh
    Medical Center Health Plan

◆ Employer (January 2002)
  • Commonwealth Health
    Benefits

◆ PBMs (March 2002)
  • ACS Consultec
  • Caremark
  • Express Scripts
  • FirstHealth
  • MedImpact
  • Merck Medco
  • NCS HealthCare
  • Northwest Pharmacy
    Services
  • Walgreens Health Initiative
  • Wellpoint Pharmacy
    Management

◆ Government (March 2002)
  • Department of Defense
    (Texas)
  • VA Medical Center (Denver)

*for Internal Use Only*

17

CGrogan_0004258

03/20/2007  10:44     6153139965                    LCHB NASHVILLE                           PAGE  23/54



18

CGrogan_0004259