# EXHIBIT 3

PAGE 37/41 • RCVD AT 3/21/2007 5:17:04 PM [Central Daylight Time] • SVR:MP-RIGHTFAX/2 • DNIS:612 • CSID:6152444224 • DURATION (mm-ss):14-36



PARKE-DAVIS

# Brainstorming for Better Health
## *A Partnership for Positive Thinking on Epilepsy*

# New 12-Month Educational Program
## for Patients with Epilepsy
## and
## Seizure Disorders

X001930

EXHIBIT

tabbies®

6

WLC_FRANKLIN_0000108282

PAGE 38/41 * RCVD AT 3/21/2007 5:17:04 PM [Central Daylight Time] * SVR:MP-RIGHTFAX/2 * DNIS:612 * CSID:6152444224 * DURATION (mm-ss):14-36



# Enrollment

## MCO Offers Enrollment to Members and /or Physicians

**Patient mailing**
Letter and
Enrollment Brochure
with BRC

**Physician mailing**
Letter and
Program Guide
10 Enrollment Brochure/Cards
Report To Physicians
Guide To Treating Patients
Patient Material Samples

PARKE-DAVIS

X001931

2

WLC_FRANKLIN_0000108283

PAGE 39/41 • RCVD AT 3/21/2007 5:17:04 PM [Central Daylight Time] • SVR:MP-RIGHTFAX/2 • DNIS:612 • CSID:6152444224 • DURATION (mm-ss):14-36



PARKE-DAVIS

# Brainstorming for Better Health

## *Therapy Management Program*

### Program Description:

- Targets MCO, their physicians, and members who use Dilantin (Phenytoin), NEURONTIN® (Gabapentin Capsules), or other antiepileptic drugs (AEDs)

- Targets MCO physicians, pharmacists, and nurses who treat patients affected by epilepsy and seizure-related disorders

- Works to improve patient–physician communication to identify patients who may require changes in treatment regimens

- Automatically enrolls patients in Brainstorming for Better Health

- Provides both medical and nonmedical resources including a results tracking report that uses an optional patient phone-in evaluation response program

X001932

3

WLC_FRANKLIN_0000108284

PAGE 40/41 • RCVD AT 3/21/2007 5:17:04 PM [Central Daylight Time] • SVR:MP-RIGHTFAX/2 • DNIS:612 • CSID:6152444224 • DURATION (mm-ss):14-36



PARKE-DAVIS

# Physician Mailing



- **Introduction Physician Letter Signed by MCO Medical Director**
- **Program Guide**
- **Four issues of EpiGrams Newsletter**
- **Treatment Guidelines Mongraph**
- **If You Experience Seizures: What Type of Patient Are You?**
- **Enrollment Brochures with Enrollment Reply Cards**

X001933

PAGE 41/41 • RCVD AT 3/21/2007 5:17:04 PM [Central Daylight Time] • SVR:MP-RIGHTFAX/2 • DNIS:612 • CSID:6152444224 • DURATION (mm-ss):14-36

# Patient Enrollment from Database*

- **Non-Personalized Introduction Letter**
- **Enrollment Pamphlet with BRC**

\*Requires patient dbase from MCO (or can be mailed out by the MCO)



**YES!** Please enroll me in the **FREE 12-month program, Brainstorming for Better Health**

(You must sign and return this postage-paid reply card to enroll yourself)

Name: _____
Address: _____
City, State Zip: _____
Physician Name: _____
Your Signature: _____

X001934

WLC_FRANKLIN_0000108286

PAGE 2/23 * RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] * SVR:MP-RIGHTFAX/4 * DNIS:612 * CSID:6152444224 * DURATION (mm-ss):07-32



# First Patient Mailing

*Introduction and General Information*





- Non-personalized welcome letter
- First Issue of EpiGrams newsletter
- Living With Seizures Brochure
- Booklet: "What Type of Patient Are You?"
- Six-Month Diary with Sheet of Reminder Stickers

X001936

WLC_FRANKLIN_0000108288

PAGE 3/23 * RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] * SVR:MP-RIGHTFAX/4 * DNIS:612 * CSID:6152444224 * DURATION (mm-ss):07-32



PARKE-DAVIS

# Enhance Patient Compliance

**Each quarterly patient mailing will reinforce the need for patients to maintain an adequate supply of their Rx**

**To help patients, we have included a sheet of calendar Reminder Stickers in the 1st mailing**

8

X001937

WLC_FRANKLIN_0000108289

PAGE 4/23 * RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] * SVR:MP-RIGHTFAX/4 * DNIS:512 * CSID:6152444224 * DURATION (mm-ss):07-32

# Second Patient Mailing

*Improving Communication Between Patients
and Their Physicians*



- **Non-personalized persistency and compliance letter**
- **Second Issue of EpiGrams newsletter**
- **EFA pamphlet: Talk to Your Doctor About Seizure Disorders**
- **EFA pamphlet: A Guide to Medical Tests (English and/or Spanish version)**
- **EFA Wallet Card: First Aid Tips**

X001938

WLC_FRANKLIN_0000108290

PAGE 5/23 * RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] * SVR:MP-RIGHTFAX/4 * DNIS:612 * CSID:6152444224 * DURATION (mm-ss):07-32

# Third Patient Mailing

*Enhancing Medication Compliance for a Better Quality of Life*



- **Non-personalized persistency and compliance letter**
- **Third Issue of EpiGrams with related articles on quality of life**
- **Lifestyle Index Questionnaire**
- **Pamphlet: Epilepsy: Questions & Answers About Seizure Disorders**

X001939

10

WLC_FRANKLIN_0000108291

PAGE 6/23 · RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] · SVR:MP-RIGHTFAX/4 · DNIS:612 · CSID:6152444224 · DURATION (mm-ss):07-32



# Fourth Patient Mailing

*First Aid for Seizures*

- **Non-personalized persistency and compliance letter**
- **Fourth Issue of EpiGrams newsletter**
- **EFA pamphlet: Seizure Recognition, and First Aid**
- **And, an optional Program Evaluation…**

X001940

WLC_FRANKLIN_0000108292

PAGE 7/23 * RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] * SVR:MP-RIGHTFAX/4 * DNIS:612 * CSID:6152444224 * DURATION (mm-ss):07-32

# Optional Patient Evaluation

*An incentive program for receiveing feedback from patients*



- Patient calls an 800 number and answers brief program evaluation questions

- Patient signs and mails in the evaluation BRC as instructed, qualifying the patient for *either*

  – Popular EFA book: "A Manual of Legal Rights,"
  *or*

  – Award-winning EFA video: "Understanding Seizure Disorders."

- Evaluation report generated based on patient responses

X001941

12

WLC_FRANKLIN_0000108293

PAGE 8/23 * RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] * SVR:MP-RIGHTFAX/4 * DNIS:612 * CSID:6152444224 * DURATION (mm-ss):07-32



PARKE-DAVIS

# Preparing a Program Budget

## Steps:

1.  Number of Patients Sent the Enrollment Offer Mailing
2.  Number of Physicians Sent the Enrollment Offer Mailing
3.  Number of Patients Likely to Enroll in the Program
4.  Number of Patients Likely to Complete Program
5.  Number of patients who will complete the final Phone-In
    Evaluation and request the Incentive Offer

13

X001942

WLC_FRANKLIN_0000108294

PAGE 9/23 * RCVD AT 3/21/2007 5:31:37 PM [central Daylight Time] * SVR:MF-RIGHTFAX/4 * DNIS:612 * CSID:6152444224 * DURATION (mm-ss):07-32



PARKE-DAVIS

# Next Steps

- **Finalize all details of your program**
- **Letter of Intent is drafted and signed**
- **Member/provider databases are sent to vendor**
- **Logo/Medical Director signature sent to vendor to customize program pieces**

X001943

14

WLC_FRANKLIN_0000108295

PAGE 10/23 • RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] • SVR:MF-RIGHTFAX/4 • DNIS:612 • CSID:6152444224 • DURATION (mm-ss):07-32



PARKE-DAVIS

# Implementation Timeline

## Total Time Required: 90 days

### Setup Needed

- **Your Database**
  - members who have epilepsy and seizure disorders matched to their providers
- **Your logo**
  - corporate PMS colors graphic standards
- **Your Medical Director's signature**
- **Your review of program letters**

### Customization

- Customize program letters
- Organize inventory
- Imprint and customize materials
- Check fulfillment systems
- Implementation

15

X001944

WLC_FRANKLIN_0000108296

PAGE 11/23 · RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] · SVR:MP-RIGHTFAX/4 · DNIS:612 · CSID:6152444224 · DURATION (mm-ss):07-32

**PARKE-DAVIS**

## Program Benefits

- Facilitates communication between members/physicians
- Identifies members appropriate for therapy
- Enhances self-management
- Enhances medication compliance
- Phone-in evaluation and report to MCO at program completion
- Helps to enhance patient compliance with medication(s)
- May improve compliance with HEDIS 3.0 requirements; may assist with NCQA accreditation

X001945

16

WLC_FRANKLIN_0000108297

PAGE 12/23 • RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] • SVR:MP-RIGHTFAX/4 • DNIS:612 • CSID:6152444224 • DURATION (mm-ss):07-32



PARKE-DAVIS

# Brainstorming for Better Health
## A Partnership for Positive Thinking on Epilepsy

# Questions?



X001946

17

WLC_FRANKLIN_0000108298