UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Dkt. No. 1629

Master File No. 04-10981

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

---

HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY.

---

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and

AETNA, INC. v. PFIZER INC.

---

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE
TO DISCOVERY ORDER NO. 9**

# EXHIBITS 4 – 7
# FILED UNDER SEAL