# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS LIABILITY     :   MDL Dkt. No. 1629
        LITIGATION

-----------------------------------------------------------------------x   Master File No. 04-10981

THIS DOCUMENT RELATES TO:                    :   Judge Patti B. Saris

-----------------------------------------------------------------------x   Magistrate Judge Leo T.
                                             :   Sorokin

HARDEN MANUFACTURING CORPORATION;
LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, dba BLUECROSS/BLUESHIELD OF
LOUISIANA; INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL NO. 68
WELFARE FUND; ASEA/AFSCME LOCAL 52
HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA, on behalf of themselves and all
others similarly situated, v. PFIZER INC. and
WARNER-LAMBERT COMPANY.

-----------------------------------------------------------------------x

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC. and

AETNA, INC. v. PFIZER INC.

-----------------------------------------------------------------------x

## MOTION TO FILE DOCUMENTS UNDER SEAL

The Plaintiffs respectfully submit this motion to file, under seal, certain exhibits

attached to Plaintiffs' Reply to Defendants' Response to Discovery Order No. 9

("Reply"), which Defendants have designated as "Confidential," as well as an unredacted

version of the Reply, which makes reference to those exhibits.  As grounds for filing

these documents under seal, the Plaintiffs state the following:

Pursuant to the Stipulated Protective Order entered in this case by the Court on or about January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes…" The Plaintiffs are filing with their Reply to Defendants' Response to Discovery Order No. 9 seven documents produced by Defendants herein, which have been designated by the Defendants as Confidential Information and are therefore subject to the terms of the Stipulated Protective Order.

In support of their Reply, Plaintiffs wish to attach seven exhibits.  Four of those exhibits—Exhibits 4 – 7—have been designated confidential.  By submitting this Motion, the Plaintiffs are not taking the position that Exhibits 4 – 7 are in fact confidential, or that the Defendants' designations of confidentiality with respect to these exhibits are in fact proper.  In fact, Plaintiffs expressly reserve their right to challenge those designations in accordance with Section 8 of the Stipulated Protective Order, and this motion should not be construed as a waiver of that right.  Should the Court deny leave to file these documents under seal, Plaintiffs respectfully request that they be allowed to file these documents electronically via the ECF filing system.

WHEREFORE, in order to comply with the terms of the Stipulated Protective Order, the Plaintiffs hereby request that they be permitted to file under seal Exhibits 4 – 7, as well as an unredacted version of the Reply that refers to those exhibits. Alternatively, should the Court deny this Motion, the Plaintiffs request leave to file these documents electronically.

RESPECTFULLY SUBMITTED,

| For the Plaintiffs: | Dated: March 27, 2007 |
|---|---|
| /s/ Thomas M. Sobol, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>Thomas M. Sobol, Esq. (BBO #471770)<br>Ed Notargiacomo, Esq. (BBO#567636)<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 | |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Barry Himmelstein, Esq.<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | |
| GREENE & HOFFMAN<br>Thomas Greene, Esq.<br>125 Summer Street<br>Boston, MA 02110 | |
| DUGAN & BROWNE<br>James Dugan, Esq.<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130 | |
| BARRETT LAW OFFICE<br>Don Barrett, Esq.<br>404 Court Square North<br>P.O. Box 987<br>Lexington, MS 39095 | |
| LAW OFFICES OF DANIEL BECNEL, JR.<br>Daniel Becnel, Jr., Esq.<br>106 W. Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | |

| | |
|---|---|
| SHAPIRO HABER & URMY LLP<br>Thomas G. Shapiro, Esq. (BBO #454680)<br>53 State Street<br>Boston, MA 02109 | |
| KAPLAN FOX & KILSHEIMER LLP<br>Linda Nussbaum, Esq.<br>805 Third Avenue<br>New York, NY 10022 | |
| COHEN, MILSTEIN, HAUSFELD &<br>TOLL, PLLC<br>Michael D. Hausfeld, Esq.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | |
| RAWLINGS & ASSOCIATES, PLLC<br>Mark D. Fischer, Esq.<br>Mark Sandmann, Esq.<br>325 W. Main Street<br>Louisville, KY 40202 | |
| Joel Z. Eigerman, Esq.<br>50 Congress Street, Suite 200<br>Boston, MA 02109 | |
| BERMAN DEVALERIO PEASE<br>TABACCO BURT & PUCILLO<br>Peter A. Pease, Esq. (BBO #392880)<br>One Liberty Square<br>Boston, MA 02109 | |

| | |
|---|---|
| LOWEY DANNENBERG BEMPORAD & SELINGER, PC<br>Richard Bemporad, Esq.<br>Richard W. Cohen, Esq.<br>Peter St. Phillip, Jr., Esq.<br>Todd S. Garber, Esq.<br>The Gateway – 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714 | |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>Joseph J. Tabacco, Jr., Esq.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104-2205 | |
| JOHN F. INNELLI, LLC<br>John F. Innelli, Esq.<br>1818 Market Street, Suite 3620<br>Philadelphia, PA 19103 | |

**CERTIFICATE OF SERVICE**

I, Ilyas J. Rona, hereby certify that a copy of the above document was served upon counsel of record for all parties via the Court's ECF system on this 27th day of March, 2007.

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq.