UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No.: 1629<br>Master File No. 04-10981 (PS) |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard J. Kilsheimer of the law firm of Kaplan Fox & Kilsheimer LLP, 805 Third Avenue, New York, NY 10022, telephone: (212) 687-1980, hereby enters his appearance as counsel for plaintiff Guardian Life Insurance Company of America in the above-referenced matter. All future pleadings should be served upon Kaplan Fox & Kilsheimer LLP at the referenced address, in addition to all other counsel who have previously appeared on behalf of Guardian Life Insurance Company of America.

Dated: March 16, 2007

Yours, etc.

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Richard Kilsheimer
Richard J. Kilsheimer (RK-6228)
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
E-mail: rkilsheimer@kaplanfox.com

*Counsel for Plaintiff Guardian Life
Insurance Company of America*

## Certificate of Service

I, Wilfred Gomes, hereby certify that I caused the foregoing NOTICE OF APPEARANCE to be served via First Class Mail to the following:

**Terry P Abeyta**
Abeyta Nelson
1102 West Yakima Avenue
Yakima, WA 98902-3029
US

**Scott William Anderson**
Shook Hardy & Bacon, L.L.P
100 N. Tampa Street
Suite 2900
Tampa, FL 33602
US

**Bradley Douglas Becnel**
Law offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
PO Drawer H
Reserve, LA 70084

**Catherine Marie Valerio Barrad**
Sidley Austin, LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
US

**Thomas F. Basile**
The Calwell Practice
PO Box 113
Charleston, WV 25321-0113
US

**Jeffrey R. Baker**
PO Box 650
Jackson, MS 39205-0650
US

**Daniel E. Becnel, Jr.**
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

**Robert M. Becnel**
Law Offices of Robert M. Becnel
425 W. Airline Highway
Laplace, LA 70068

**George S. Bellas**
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068

**Leslie A Benitez**
Clark Thomas et al
PO Box 1148
Austin, TX 78767
US

**Pavel Bespalko**
Law Office of Joel Eigerman
50 Congress Street
Suite 200
Boston, MA 02109

**Levi Boone, III**
Boone Law Firm
PO Box 1772
Cleveland, MS 38732-1772

**Rainey Cawthon Booth**
Littlepage & Booth

**Derek T. Braslow**
Cuneo, Pogust, & Manson LLP

331 E. Romana Street
Pensacola, FL 32502
US

**William L Bross**
Heninger, Garrison & Davis, LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
US

**Carol D. Browning**
Stites & Harbison
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352

**W. Stuart Calwell**
The Calwell Practice
PO Box 113
Charleston, WV 25321-0113
US

**Kathleen C. Chavez**
1110 Appleton Lane
Geneva, IL 60134

**Kimberly H. Clancy**
Sidley Austin Brown & Wood LLP
555 West Fifith Street
Suite 4000
Los Angeles, CA 90013-1010
US

**Daniel M. Cohen**
Cuneo Gilbert & LaDuca
507 C Street, NE
Washington, DC 20002
US

**W. Lloyd Copeland**
Taylor, Martino & Hedge, P.C.

161 Washington Street
Suite 1520
Conshohocken, PA 19428
US

**David L. Browne**
Dugan & Browne, PLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

**Stephanie M. Bruno**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

**Prince C. Chambliss, Jr.**
Stokes, Bartholomew, Evans, & Petree, P.A.
1000 Ridgeway Loop Road
Memphis, TN 38120

**Dane S. Ciolino**
Dane S. Ciolino, Attorney at Law
P.O. Box 850848
New Orleans, LA 70185-0848

**Robert A. Clifford**
Clifford Law Offices, P.C.
120 North LaSalle Street
Chicago, IL 60602

**John A. Commerford**
Meyers Taber & Meyers PC
2415 E Camelback Road
Suite 900
Phoenix, AZ 85016
US

**S. Tessie Corbin**
1717 Arch Street

Post Office Box 894
Mobile, AL 36601

4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793
US

**Sarah G. Cronan**
Stites & Harbison, PLLC
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352

**Rebecca Cunard**
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

**Jeanne F. D'Esposito**
Lowey Dannenberg Bemporad & Selinger, P.C.
The Gateway - 11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714

**Michael A K Dan**
Michael A K Dan Law Office
1990 South Bundy Drive
Suite 540
Los Angeles, CA 90210
US

**Timothy C Davis**
Heninger, Garrison & Davis, LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
US

**Samuel J. DeMaio**
Girards Law Firm
10000 N Central Expwy
Suite 750
Dallas, TX 75231

**Dimple Harendra Desai**
Law Office of Dimple H. Desai
5216 Westshire Lane
Dallas, TX 75287
US

**Charles H. Dodson, Jr.**
Sims, Graddick & Dodson, P.C.
PO Box 1908
Mobile, AL 36633-1908

**Thomas Marshall Donnell, Jr.**
Stewart, Estes & Donnell
Sun Trust Center
424 Church Street
14th Floor
Nashville, TN 37219
US

**James R. Dugan, II**
Dugan & Brown, PLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

**James T. Dulin**
Dulin & Dulin
PO Box 820
Gulfport, MS 39502
US

**J Blake Dutcher, Jr**
Godlove Joyner Mayall Dzialo Dutcher & Erwin
PO Box 29
Lawton, OK 73502
US

**Tony W. Edwards**

**Wanda Jean Edwards**

P.O. Box 1369
McAlester, OK 74502

**Richard Mark Eldridge**
Eldridge Cooper Steichen & Leach PLLC
P.O. Box 3566
Tulsa, OK 74101

**Kenneth J Ferguson**
Clark Thomas et al
PO Box 1148
Austin, TX 78767
US

**Lowell Steven Fine**
Alebik Fine & Callner
SunTrust Plaza, 37th FL
303 Peachtree Street, NE
Atlanta, GA 30308
US

**Mark D. Fisher**
Rawlings & Associates, P.L.L.C.
325 W. Main Street
Louisville, KY 40202

**Robert M. Foote**
Foote, Meyers et al
13 South Seventh Street
Geneva, IL 60134

**Michelle M. Fujimoto**
Shook, Hardy & Bacon
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546
US

**W. Lewis Garrison, Jr.**
Heninger, Garrison & Davis, LLC
2224 first Avenue North
PO Box 11310
Birmingham, AL 35203

Fayard & Honeycutt
519 Florida Boulevard
Denham Springs, LA 70726

**Robert Burkart Ellis**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Kenneth T. Fibich**
Fibich Hampton & Leebron
1401 McKinney
Suite 1800
Houston, TX 77010
US

**Andrew G. Finkelstein**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

**Christopher E. Fitzgerald**
Fitzgerald & Associates, PLLC
2113 Government St.
Ocean Springs, MS 39564
US

**Kenneth B. Fromson**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

**Wanda Garcia**
Hagens Berman LLP
One Main Street
4th Floor
Cambridge, MA 02142

**James W. Gewin**
Bradley, Arant, Rose & White
PO Box 830709
Birmingham, AL 35283-0709

**Marlene F. Gibbons**
Cohen Milstein Hasufeld & Toll
West Tower, Suite 500
1100 New York Avenue, NW
Washington, DC 20005

**Mark K. Gray**
Gray, Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202

**David E. Gross**
Finkelstein & Partners, LLP
50 Park Place
10th Floor
Newark, NJ 07102

**Darolyn Yoshie Hamada**
Shook, Hardy & Bacon
Jamboree Center
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546

**Graeme EM Hancock**
Fennemore Craig PC
3003 N Central Ave.
Suite 2600
Phoenix, AZ 85012-2913

**David Hughes Harris**
Goldstein Buckley Cechman Rice & Purtz P.A.
1515 Broadway
Ft. Myers, FL 33901

**Chad Patrick Hemmat**
Anderson, Hemmat & Levine, LLC
1490 Lafayette Street
Denver, CO 80218

**Barbara L. Hosford**
1910 South 72nd Street
Omaha, NE 68124

**Dennis E. Glazer**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**William Arthur Green**
William Arthur Green Law Office
PO Box 70306
3511 Rivers Ave
North Charleston, SC 29405

**Asa Groves, III**
Groves and Verona PA
7385 SW 87th Avenue
Suite 400
Miami, FL 3317-33565

**Charles Keith Hamilton**
Bainbridge, Mims, Rogers & Smith
PO Box 530886
Birmingham, AL 35253

**Thomas P. Hanrahan**
Sidley & Austin
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

**Jeff Heinrichs**
McLeod & Heinrichs
2900 City Center Square
1100 Main Street
Kansas City, MO 64105

**Michael DeWitt Hickman**
Taylor Martino & Hedge
61 Saint Joseph Street
Suite 1600
Mobile, AL 36602

**Kristin M. Houser**
Schroeter, Goldmark & Bender
810 3rd Ave.

<div style="column-count:2">

Suite 500
Seattle, WA 98104

**Michael B. Hyman**
Much, Shelist, Freed, Denenberg, Ament,
Bell & Rubenstein
200 North LaSalle Street
2100
Chicago, IL 60601

**John F. Innelli**
John F. Innelli, LLC
1818 Market Street
Suite 3620
Philadelphia, PA 19103

**Mark R. Ireland**
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

**Alexander Jamiolkowski**
Egan & Jamiolkowski
428 Forbes Avenue
Pittsburgh, PA 15219

**Alice S. Johnston**
Obermayer, Rebmann, Maxwell & Hippel,
LLC
1617 John F. Kennedy Boulevard
One Penn Center
19th Floor
Philadelphia, PA 19103-1895

**Andrew S. Johnston**
Minor & Johnston, P.C.
124 East Market Place
Somerville, TN 38068

**Justine J. Kaiser**
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower
Suite 500
Washington, DC 20005

**Aizar J Karam, Jr.**
820 S Main Street
McAllen, TX 78501

**Christopher J. Kervick**
Law Office of J. Christopher Kervick
100 Paul Drive,
P.O. Box 875
Windsor Locks, CT 06096

**Neal H. Klausner**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

**Hal Jon Kleinman**
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

**Barry A. Knopf**
Cohn, Lifland, Pearlman, Herrmann &
Knopf, Esqs
Park 80 Plaza West One
Saddle Brook, NJ 07662

**Jeffrey L. Kodroff**
Spector & Roseman
1818 Market Street

**Paul A. Koerber**
Paul A Koerber, Attorney
PO Box 12805

</div>

Suite 2500
Philadelphia, PA 19103

**T. Matthew Leckman**
Pogust, Braslow Law Firm
161 Washington Street
Conshohocken, PA 19428

**Glen J. Lerner**
Law Offices of Glen J. Lerner &
Associates
4795 S Durango
Las Vegas, NV 89147

**Theodore M. Lieverman**
Spector & Roseman
1818 Market Street
Suite 2500
Philadelphia, PA 19103

**Steven Lim**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

**Daniel J. Lyne**
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

**Douglas B Maddock, JR**
Shook Hardy and Bacon
2555 Grand Boulevard
Kansas City, MO 64108

**Kathleen Ann Manning**
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, LA 70130-3477

**Drew Masse**
Williams, Jilek, Lafferty, Gallagher &

Jackson, MS 39236-2805

**Gano D. Lemoine, III**
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

**Stephen N. Leuchtman**
Ravid Assoc. (Southfield)
23855 Northwestern Highway
Southfield, MI 48075-7713

**Jeffrey R. Lilly**
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767

**John W. Lowe**
Lowe, Mobley & Lowe
1210 21st St.
P.O. Box 576
Haleyville, AL 35565

**Paul F. Macri**
Berman & Simmons
129 Lisbon Street
Lewiston, ME 04243-0961

**Robert L. Manard, III**
Robert L. Manard, PLC
1100 Poydras Street
Suite 2610
New Orleans, LA 70163

**Steven A. Martino**
Taylor, Martino & Hedge, P.C.
Post Office Box 894
Mobile, AL 36601

**Craig Ruvel May**
Wheeler, Trigg, Kennedy, LLP

Scott
416 North Erie Street
Toledo, OH 43624

**Paul Edward Mayeaux**
Robert L. Manard, PLC
1100 Poydras Street
Suite 2610
New Orleans, LA 70163

**Manuel H. Miller**
Law Offices of Manuel H Miller
5530 Corbin Ave.
Suite 210
Tarzana, CA 91356

**Tobias Millrood**
Schiffrin & Barroway
280 King of Prussia Road
Radnor, PA 19087

**Matthew B. Moreland**
Law Offices of Daniel E Becnel, Jr.
PO Drawer H
Reserve, LA 70084

**James E. Murray**
**Patrick J. Murray**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Charles Andrew O'Brien, III**
Charles Andrew O'Brien, Attorney at Law
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, LA 70898-9029

**Julie Christine Parker**
Sacks & Weston
114 Old York Road
Jenkintown, PA 19046

**Gale D. Pearson**
Pearson, Randall & Schumacher, PA
400 S 4th Street

1801 California Street
Suite 3600
Denver, CO 80202

**Charles D. Miller**
Garan Lucow (Detroit)
1000 Woodgridge Street
Detriot, MI 48207-3192

**Peter A. Miller**
Law Office of Peter Miller
1601 South Broadway
Little Rock, AR 72206

**Matthew J. Moore**
Shook Hardy & Bacon, L.L.P.
100 N. Tampa Street
Suite 2900
Tampa, FL 33602

**Patrick James Mulligan**
Law Office of Patrick J. Mulligan
2911 Turtle Creek Boulevard
Dallas, TX 75219

**Stephen Barnett Murray**
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

**Scott E. Ortiz**
Williams Porter Day & Neville
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602

**Mindy Brickman Patron**
McGlinchey Stafford PLLC
643 Magazine Street
New Orleans, LA 70130-3477

**Archie Carl Pierce**
Wright & Greenhill
221 W. 6th Street

Suite 1012
Minneapolis, MN 55415

**Anne Lester Pointer**
McGlinchey Stafford
1811 Tower Drive
Monroe, LA 71201

**Lyn Peeples Pruitt**
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capitol Ave.
Suite 1800
Little Rock, AR 72201

**L. Vincent Ramunno**
Ramunno & Ramunno
903 North French Street
Wilmington, DE 19801

**Paul W. Rebein**
Shook, Hardy & Bacon, LLP
100 N. Tampa Street
Suite 2900
PO Box 0898
Tampa, FL 33602-5810

**Lisa J. Rodriguez**
Rodriguez & Richards, LLC
3 Kings Highway East
Haddonfield, NJ 08033

**Ezra D. Rosenberg**
Dechert LLP
PO Box 5218
Princeton, NJ 08543

**Douglas A. Rothschild**
Michael A K Dan
1990 South Bundy Drive
Suite 540
Los Angeles, CA 90025

**Art Sadin**

Austin, TX 78701

**Joseph M. Price**
Faegre & Benson
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402

**Mike Ramey**
Girards Law Firm
10000 N Central Expwy
Dallas, TX 75231

**Stephen J. Randall**
Pearson, Randall & Schumacher
400 S 4th Street
Suite 1012
Minneapolis, MN 55415

**Kenneth James Reilly**
Shook Hardy & Bacon
201 South Biscayne Boulevard
Suite 2400
Miami, FL 33131-4332

**Bruce F. Rogers**
Bainbridge, Mims, Rogers & Smith
PO Box 530886
Birmingham, AL 35253

**Ronald Rosenkranz**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

**James P. Rouhandeh**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Marc A. Saggese**

Provost Umphrey Law Firm, LLP
1560 West Bay Area Boulevard
Friendswood, TX 77546

**George D. Sax**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Christopher Seeger**
Seeger, Weiss, LLP
One William Street
New York, NY 10004

**Lindsay R. Skibell**
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

**Peter J. Stubbs**
Law Offices of Peter J. Stubbs
777 Campus Commons Road
Suite 200
Sacramento, CA 95825

**Joseph J. Tabacco, Jr.**
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
8th Floor
Boston, MA 02109

**Thomas P. Thrash**
1101 Garland Street
Little Rock, AR 72201-1214

**Fletcher V. Trammell**
Law Office of Paul J. Dobrowski
1010 Lamar
Suite 1350
Houston, TX 77002

**R. Michael Vagnucci**

Saggese & Associates
3960 Howard Hughes Parkway
Suite 850
Las Vegas, NV 89109

**David Scott Scalia**
Bruno & Bruno
855 Baronne Street
New Orleans, MA 70113

**Robert H. Shultz, Jr.**
Heyl, Royster
103 West Vandalia Street
PO Box 467
Edwardsville, IL 62025

**Thomas E. Steichen**
Eldridge Cooper Steichen & Leach PLLC
P.O. Box 3566
Tulsa, OK 74101

**Benjamin J. Sweet**
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

**Jason J. Thompson**
Charfoos & Christensen
5510 Woodward Avenue
Detroit, MI 48202

**Adam S. Tolin**
Dechert LLp
2929 Arch Street
Philadelphia, PA 19104-2808

**George J. Tzanetopoulos**
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

**Scott L. Walker**

Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

**Michael W. Weinstock**
Michael W. Weinstock Law Offices
9107 Wilshire Blvd.
Suite 600
Beverly Hills, CA 90210

**John S. Wilder, Sr.**
Wilder & Sanders
108 E. Court Square
Somerville, TN 38068-1436

**David E. Wilks**
Reed Smith LLP
1201 Market Street
Wilmington, DE 19801

**Henri Wolbrette, III**
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, LA 70130-3477

**Corrie Johnson Yackulic**
Schroeter, Goldmark & Bender
810 3rd Ave
Suite 500
Seattle, WA 98104

Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019

**Matthew L. White**
Gray, Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202

**Robert N Wilkey**
Pogust, Braslow Law Firm
161 Washington Street
Suite 1520
Conshohocken, PA 19428

**Michael L. Williams**
Williams Love O'Leary Craine & Powers, PC
9755 SW Barnes Road
Portland, OR 97225-6681

**Mary Ellen Wright**
Finkelstein & Partners LLP
436 Robinson Avenue
Newburgh, NY 12550

March 16, 2007

/s/ Wilfred Gomes
Wilfred Gomes