UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION** ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *Blue Cross & Blue Shield of Alabama, et. al.* ) *v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

**NOTICE OF FILING**

Come now Plaintiffs in the above-styled case, and in response to the Order entered March 27, 2007, by Magistrate Judge Leo T. Sorokin, file Page 63 of Plaintiffs' Complaint (attached as Exhibit A hereto), which was missing from the copy of the Complaint filed with the Notice of Removal June 13, 2006, in the Northern District of Alabama, and submitted to this Court on March 7, 2006, in response to an Order dated March 5, 2007.

Respectfully submitted,

/s/ Pamela B. Slate
Pamela B. Slate
Slate Kennedy LLC
Colonial Financial Center
One Commerce Street, Suite 850
Montgomery, Alabama 36104
Telephone:    (334) 262-3300
Facsimile:    (334) 262-3301
pslate@slatekennedy.com

/s/ Kimberly R. West
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Telephone: (205) 874-0352
Facsimile:  (205) 871-7534
kw@wallacejordan.com

Attorneys for Plaintiff
Blue Cross and Blue Shield of Alabama


/s/ Joshua J. Wright
Joshua J. Wright
Hollis & Wright, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama  35203
Telephone:   (205) 324-3600
Facsimile:   (205) 324-3636
joshw@hollis-wright.com

Attorney for Plaintiff
Municipal Workers Compensation Fund, Inc.


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes Plaintiffs' Liaison Counsel and Counsel for Defendants in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS, the only attorneys required to receive service of this document pursuant to Case Management Order No. 1, ¶ III(C), Dkt. 15 (12/16/2004).


Dated: March 29, 2007         /s/ Pamela B. Slate
                              Pamela B. Slate