UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| ALL SALES AND MARKETING PRACTICES ACTIONS | |

**JOINT EMERGENCY MOTION TO POSTPONE DEADLINES
FOR THE FILING OF OPPOSITIONS**

The parties to all Sales and Marketing Practices Actions respectfully move for a one-day postponement of the deadlines for the filing of oppositions as to discovery motions filed by either party on April 5, 2007. The grounds for this motion are:

1. Under Discovery Order No. 7, the deadline for the filing of motions for the April 17, 2007 hearing is April 5, 2007. (Docket 582 at 1.)

2. Under Discovery Order No. 7, the deadline for the filing of oppositions to such motions is Monday, April 9, 2007. (Docket 582 at 1.)

3. Absent the relief requested, the parties' oppositions to motions filed would be due only two business days after the motions were filed, one of which one of which (April 6, 2007) is Good Friday, a holiday for many of the counsel involved.

4. The parties require, and respectfully request, one additional day to prepare their oppositions.

5. The parties do not request a change to the date for the filing of reply briefs, and such briefs would remain due on Friday, April 13, 2007.

6. This motion is made on an emergency basis because of the time constraints at issue.

WHEREFORE, the parties to all Sales and Marketing Practices Actions respectfully request a one-day postponement of the deadlines for the filing of oppositions as to discovery motions filed on April 5, 2007.

Dated: April 5, 2007

By: **/s/ Neal A. Potischman**
Neal A. Potischman
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

By: **/s/ David B. Chaffin**
David B. Chaffin
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

*Counsel for Defendants, Pfizer Inc., et al.*

By: **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By: **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs'
Steering Committee*

By: **/s/Richard Bemporad**
Richard Bemporad, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By: **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class
Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on April 5, 2007.

/s/David B. Chaffin