# BERNSTEIN LIEBHARD & LIFSHITZ, LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET

NEW YORK, NEW YORK 10016

(212) 779-1414

FAX: (212) 779-3218

www.bernlieb.com

February 27, 2007

**VIA FACSIMILE**

Debbie MacGregor, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

RE: *In re Neurontin Marketing and Sales Practices Litigation*
MDL No. 1629

Dear Debbie:

Pursuant to our teleconference from yesterday, I write to follow up on Defendants' position regarding the existence and production of an internal Neurontin website. On February 20, 2007, Defendants made a Submission, pursuant to Discovery Order No. 9 ("Submission"), pertaining to a Neurontin website. According to the Submission, Defendants identified the following information: (1) a "gabapentin bibliography website containing Neurontin articles"; and (2) certain "eRooms® relating to Neurontin." On February 22, 2007, you sent me a letter that seemed to imply that the above items are the only internal websites that are responsive to our requests. If this is incorrect, please let me know immediately.

Against that backdrop, we have some issues that we would like to raise: As an initial matter, it is difficult for us to discern much, if anything, from the information that was contained in Defendants' Submission. We therefore request that you promptly provide us with a URL or file path directory of all content relating to Neurontin that has been posted on Pfizer servers and was available, whether internally or externally, via a web browser. For example, currently, Pfizer maintains information about Neurontin at the following locations:

> http://www.pfizer.com/pfizer/main.jsp
> http://www.pfizer.com/pfizer/download/uspi_neurontin.pdf
> http://www.neurontin.com/[1]
> http://www.neurontin.com/information/

---

[1] It would be helpful if you could identify when the www.neurontin.com website was launched, and identify any the external website(s) for Neurontin that preceded that website. For example, if there was a www.neurontin.pfizer.com website or a www.pfizer.com/neurontin, please let us know. If there was such a site, please identify the URL or file path directories and site maps for those websites as well.



BERNSTEIN LIEBHARD & LIFSHITZ, LLP

Debbie MacGregor, Esq.
February 27, 2007
Page 2 of 4

http://www.neurontin.com/information/dosing.asp
http://www.neurontin.com/information/dosing.asp#neuralgia
http://www.neurontin.com/information/dosing.asp#adults
http://www.neurontin.com/information/dosing.asp#children
http://www.neurontin.com/information/side_effects.asp
http://www.neurontin.com/information/side_effects.asp#phn
http://www.neurontin.com/information/side_effects.asp#adult
http://www.neurontin.com/information/side_effects.asp#children
http://www.neurontin.com/information/what_to.asp
http://www.neurontin.com/pain_after_shingles/
http://www.neurontin.com/pain_after_shingles/differentiation.asp
http://www.neurontin.com/pain_after_shingles/assessment.asp
http://www.neurontin.com/pain_after_shingles/diary.asp
http://www.neurontin.com/pain_after_shingles/caregivers.asp
http://www.neurontin.com/talk_with_doctor/
http://www.neurontin.com/talk_with_doctor/before.asp
http://www.neurontin.com/talk_with_doctor/during.asp
http://www.neurontin.com/talk_with_doctor/after.asp
http://www.neurontin.com/partial_seizures/
http://www.neurontin.com/faq/
http://www.neurontin.com/faq/index.asp
http://www.neurontin.com/faq/pain.asp
http://www.neurontin.com/faq/partial.asp
http://www.neurontin.com/professionals/
http://www.neurontin.com/professionals/education.asp
http://www.neurontin.com/professionals/differentiation.asp
http://www.neurontin.com/professionals/assessment.asp
http://www.neurontin.com/professionals/diary.asp

I am told that it is standard procedure to maintain this type of information in the ordinary course of business and thus, it should be readily available to Defendants. Moreover, we would also like copies of any site maps, which, I am told, are also readily accessible. For example, the site map for the neurontin.com website is:

NEURONTIN Information
  Dosing
  Side Effects
  What to Expect From Therapy

About Pain After Shingles
  Overview of Tools
  Pain Differentiation Tool
  Pain Assessment Tool
  Pain Diary Tool

Frequently Asked Questions
  Pain After Shingles
  Partial Seizures

Talking With Your Doctor
  Before Your Visit
  During Your Visit
  After Your Visit

Healthcare Professionals

BERNSTEIN LIEBHARD & LIFSHITZ, LLP

Debbie MacGregor, Esq.
February 27, 2007
Page 3 of 4

    For Caregivers
      Online Resources                Patient Education Materials
                                              Pain Differentiation Tool

    About Partial Seizures             Pain Assessment Tool
      Partial Seizures in Adults       Pain Diary Tool
      Partial Seizures in Children
      What is Adjunctive Therapy?
      Online Resources

       Although we are interested in receiving the above information and think it will lead to an expedited resolution of this issue, we are nevertheless concerned that Defendants' Submission is lacking certain relevant information. For example, we have seen numerous references to Neurontin "websites," some of which were password accessible only to Pfizer employees and other authorized personnel, some of which were of mixed accessibility, and some of which were open to the public (this includes Neurontin websites that were ostensibly maintained by third parties but were funded in any part by Pfizer). For example, the following is a non-exhaustive sampling of the references that we have seen:

        www.pfizer.com
        home.pfizer.com/cpws/gmi
        http://gaba.pfizer.com/
        http://gmi.pfizer.com:8083/usmil/
        http://neuroscience.pfizer.com/neuroscience/application?pageid=2
            003%20PMPP
        http://qualitystandards.pfizer.com/HomePage/
        http://qualitystandards.pfizer.com/SOPs/ppg.main.asp
        http://reg-affairs.pfizer.com/depts/index.htm
        http://repositories.pfizer.com
        neurontin.com
        neurontin.pfizer.com, which at one point contained "Most key
            Neurontin publications"
       "Information Center website," which contained the "Pfizer
            Product Information database" that offers "a broader
            review of the published literature."
        "NE159643 'unbranded website'"
        "Neurontin Publications Bibliography Website," which was meant
            to "Provide Product Physicians, Product Managers with
            instant access to all published studies with
            Neurontin…Develop searchable database of all published
            Neurontin literature…[and deliver] A fully populated,
            searchable, web-based database containing all published
            literature on Neurontin."
        Outcomes Research Website or the Neurontin Outcomes Research
            Website, which "Contains Data, Programs and Tools to

BERNSTEIN LIEBHARD & LIFSHITZ, LLP

Debbie MacGregor, Esq.
February 27, 2007
Page 4 of 4

        improve access/reimbursement and support the differential
        Value of NEURONTIN"
PPG Library website, which contained among other things a
        "moiety calendar"
PPG Regulatory Affairs, which contained among other things
        reports (under Worldwide Safety/Evaluation and
        Epidemiology/Risk Assessment/Safety Reports)
www.painaftershingles.com
http://A2D.pfizer.com

    It is difficult for us to reconcile the lists that we have compiled with the information in Defendants' Submission. While it appears that you may have identified one of the items on the list, most of the other items cannot be accounted for in Defendants' Submission. Thus, as I mentioned to you yesterday, I would appreciate it if you could get back to us on this issue promptly so that if we are unable to reach an accord, we can seek relief from the Court on the next discovery filing date, March 1, 2007.

    If you have any questions about the foregoing, please do not hesitate to contact me.

Very truly yours,

Ronald J. Aranoff

cc:    Thomas Greene, Esq.
        Richard Shevitz, Esq.
        Ed Notargiacomo, Esq.
        Kenneth Fromson, Esq.

## BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218

### FAX TRANSMISSION

| TO: | FIRM: | PHONE: | FAX: |
|---|---|---|---|
| Debbie MacGregor, Esq. | | | (212) 450-3853 |
| Thomas M. Greene, Esq. | | | (617) 261-3558 |
| Richard Shevitz, Esq. | | | (317) 636-2593 |
| Kenneth Fromson, Esq. | | | (845) 339-5825 |
| Ed Notargiacomo, Esq. | | | (617) 482-3003 |

**FROM:** Ronald J. Aranoff, Esq.

**DATE:** February 27, 2007

**RE:** Neurontin Marketing & Sales Practices Litigation, MDL No. 1629

**PAGES INCLUDING COVER SHEET:** 5

***************************************************************************

**Comments:** Please see attached.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY READING, DISSEMINATION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE ABOVE BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO THE ABOVE ADDRESS VIA THE UNITED STATES MAIL. THANK YOU.