# DAVIS POLK & WARDWELL

| | 450 LEXINGTON AVENUE | |
|---|---|---|
| 1300 I STREET, N.W. | NEW YORK, N.Y. 10017 | MESSETURM |
| WASHINGTON, D.C. 20005 | 212 450 4000 | 60308 FRANKFURT AM MAIN |
| | FAX 212 450 3800 | |
| 1600 EL CAMINO REAL | | MARQUÉS DE LA ENSENADA, 2 |
| MENLO PARK, CA 94025 | | 28004 MADRID |
| | WRITER'S DIRECT | |
| 99 GRESHAM STREET | | 1-6-1 ROPPONGI |
| LONDON EC2V 7NG | 212 450 4853 | MINATO-KU, TOKYO 106-6033 |
| 15, AVENUE MATIGNON | | 3A CHATER ROAD |
| 75008 PARIS | | HONG KONG |

March 5, 2007

Re: **In re Neurontin Marketing, Sales Practices and Products Liability Litigation, MDL No. 1629**

Ronald J. Aranoff, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, New York 10016

Dear Ron:

    I write in response to your February 27, 2007 letter regarding the existence and production of an internal Neurontin website. Defendants appreciate the fact that plaintiffs are now providing us with specific information relating to the materials they are seeking, something defendants have requested since plaintiffs first raised this issue. The materials identified in your letter, however, are far beyond the scope of any request plaintiffs have served.

    As you know, plaintiffs first requested the so-called "internal Neurontin website" by letter dated October 16, 2006. In our October 24, 2006 response, defendants noted that such request had not been made in the past and the parties had not met and conferred relating to this issue. Despite this fact, plaintiffs included this request in the November 30, 2006 Joint Report of Outstanding Disputes Regarding Document Production. In that submission, plaintiffs described what they sought as "an internal website for Neurontin and its off-label uses," which plaintiffs alleged defendants used "to organize relevant information relating to Neurontin, including journal articles, research reports, and internal reports." Plaintiffs attempted to tie this issue to the document requests from plaintiffs' first request for production that sought "all documents relating to the efficacy or inefficacy" of various off-label conditions. Defendants noted that they would attempt to locate such an internal website and would produce it if such a thing existed.

Mr. Ronald J. Aranoff, Esq.                2                           March 5, 2007

      The items you describe in your recent letter bear little, if any, resemblance to the website plaintiffs described in the joint report to the Court, or to the document requests which plaintiffs cited in that submission. Indeed, as your letter appears to recognize, you now are seeking the production of *external* websites relating to Neurontin – *i.e.*, those that were accessible to the general public with no password protection. Such external websites are clearly not what defendants agreed to produce. Any of the URLs that are identified in your letter and begin with "www" are external websites, and defendants (a) do not believe such materials have been requested by plaintiffs, and (b) object to providing such materials on the grounds, *inter alia*, that they are not relevant to this litigation, do not relate to off-label uses of Neurontin, and would cause defendants to incur an undue burden.[1]

      In addition to external websites, you describe a number of other sites in your letter which, again, do not match either what plaintiffs requested in the past or what defendants agreed to produce. Rather than providing defendants with information about the specific website plaintiffs sought in their December submission, it appears plaintiffs now are seeking any website that is referenced within the documents produced to date.

      Defendants have operated under the belief that the internal website sought by plaintiffs was the one described in their submission to the Court. Defendants conducted a search to locate a site that matched plaintiffs' description and identified the materials included in the February 22, 2007 submission to the Court. Plaintiffs now seek, apparently, every website, internal eRoom, database, central server, or the like that might contain any reference to Neurontin. This is overly broad, unduly burdensome, and seeks information irrelevant to this litigation.

      Finally, please note that you identify several different sources of information that relate to published articles. Defendants have already provided thousands of published articles relating to Neurontin to plaintiffs, and will supplement that production. Requesting publications from more than one source is duplicative and cumulative. These requests are particularly troubling in light of the fact that published articles are available in the public domain.

---

[1] Defendants disagree with your assertion that it is "standard procedure" to maintain this type of information in the ordinary course of business and that site maps are "readily accessible." While the current version of any external websites could be easily accessed, such versions are outside the time frame for discovery in this litigation (and are equally accessible to plaintiffs).

Mr. Ronald J. Aranoff, Esq.　　　　　3　　　　　　　　March 5, 2007

    Defendants are happy to discuss any questions you have relating to the above.

                                    Sincerely,

                                    Deborah L. MacGregor

cc:　Thomas Greene, Esq.
　　　Richard Shevitz, Esq.
　　　Ed Notorgiacomo, Esq.
　　　Kenneth Fromson, Esq.

<u>By Facsimile & Mail</u>

## DAVIS POLK & WARDWELL

| Fax Transmittal | Sender | Sender E-mail Address |
|---|---|---|
| 450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000 | **Deborah MacGregor** | **deborah.macgregor@dpw.com** |
| | Date | Number of Pages (this page included) |
| | **March 5, 2007** | **4** |
| | Sender Voice Number | If problems receiving this fax, call |
| | **212 450 4853** | |
| | Sender Fax Number | Reference |
| | **212 450 3853** | **16590/014** |

| To | Fax Number | Company | Recipient Phone Number |
|---|---|---|---|
| **Ronald J. Aranoff, Esq.** | **212-779-3218** | | |
| **Thomas M. Greene, Esq.** | **617-261-3558** | | |
| **Richard Shevitz, Esq.** | **317-636-2593** | | |
| **Edward Notorgiacomo, Esq.** | **617 482-3003** | | |
| **Kenneth Fromson, Esq.** | **845-562-3492** | | |

Message:

To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Note: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.