## BERNSTEIN LIEBHARD & LIFSHITZ, LLP
### ATTORNEYS AT LAW
### 10 EAST 40TH STREET
### NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

March 21, 2007

**VIA FACSIMILE**
Debbie MacGregor, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

    RE:    *In re Neurontin Marketing and Sales Practices Litigation*
                *MDL No. 1629*

Dear Debbie:

    I am in receipt of your letter to me dated March 5, 2007. Quite frankly, Plaintiffs are perplexed by the position that your client has taken with respect to the Neurontin internal (or intranet) website(s). As you recall, for months, your client claimed that it had no idea whether a Neurontin intranet existed, even though the evidence shows that the most rudimentary conversation with a minimally qualified person in the Pfizer IT Department would have discovered the existence of numerous internal websites that contain information relating to the marketing of Neurontin. This information includes, at a bare minimum, all information that is or has been posted at:

        http://gaba.pfizer.com
        http://gmi.pfizer.com:8083/usmil/
        http://home.pfizer.com
        http://home.pfizer.com/cpws/gmi
        http://neurontin.pfizer.com
        http://neurontinus.pfizer.com
        http://neuroscience.pfizer.com
        http://ppgonline.pfizer.com/doc/NEURONTIN/
        http://sdi.pfizer.com
        http://sparc.pfizer.com

    When your client repeatedly professed to be unable to locate a Neurontin internal website, we were at a loss to understand why your client could not have determined the existence of this information over a span of several months, when it took us a much shorter amount of time to review your client's documents and find the various references to the internal Neurontin website(s). Accordingly, we raised this issue with Magistrate Sorokin, who ordered your client to identify the content of the Neurontin intranet website. For reasons unknown to us, your client



BERNSTEIN LIEBHARD & LIFSHITZ, LLP

Debbie MacGregor, Esq.
March 21, 2007
Page 2

chose to identify the previously produced Neurontin bibliography as well as certain eRooms, but not the entire Neurontin intranet website(s).[1] When we pointed out the deficiency of your Court filing, we were met with a response that once again failed to identify any relevant, new information.[2]

In addition, we have recently learned that Pfizer posted a Neurontin marketing tool at the Pfizer home page (http://home.pfizer.com), which was known as "PPG On-Line." PPG On-Line contained information that is highly relevant to this litigation, including: a list of all Neurontin colleagues, important marketing events and CME programs for neuropathic pain, promotional materials and market research results, a medical history of Neurontin, including available reprints, and a compendium of all existing outcomes research data. It is our position that we should have learned of the existence of PPG On-Line and the entire Neurontin intranet website(s) from your client months ago, and not from a need to conduct a time-consuming review of the documents.[3]

Given the tight discovery schedule and the approaching next filing date for discovery motions (April 5th), we need to bring this issue to a close promptly. Accordingly, we propose that we conduct a telephonic meet and confer on March 26, 2007 at 11am covering the internal Neurontin website issue, PPG On-Line as well as the existence of any external websites that contain Neurontin marketing tactics and strategies for which documents ought to be produced. Please let us know promptly if that date and time work for Defendants. Should we be unable to resolve this issue, Plaintiffs plan to file an appropriate motion on April 5th.

Very truly yours,

Ronald J. Aranoff

cc: Thomas Greene, Esq.
    Richard Shevitz, Esq.

---

[1] No explanation was given why the Bibliography, which you concede was already produced, and the eRooms could not have been identified sooner. In fact, the existence of an online repository of Neurontin articles was widely known at Pfizer.

[2] Your response also chose not to provide us with readily available site maps or file directories, which could have narrowed the issues between us and perhaps eliminated the need for further litigation.

[3] A perhaps unintended consequence of your client's delay in producing the Neurontin intranet website(s) is that it has led us to learn about the existence of additional unknown *external* websites which purport to be unaffiliated with Pfizer. To the extent that such external websites contain marketing tactics or strategies, it is our position that they are responsive to our outstanding discovery requests and should be produced.

# BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218

## FAX TRANSMISSION

| TO: | FROM: | PHONE: | FAX: |
|---|---|---|---|
| Debbie MacGregor, Esq. | | | (212) 450-3853 |
| Thomas M. Greene, Esq. | | | (617) 261-3558 |
| Richard Shevitz, Esq. | | | (317) 636-2593 |

FROM: Ronald J. Aranoff, Esq.

DATE: March 21, 2007

RE: Neurontin Marketing & Sales Practices Litigation, MDL No. 1629

PAGES INCLUDING COVER SHEET: 3

..................................................................

Comments: Please see attached.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR IS OTHERWISE PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY READING, DISSEMINATION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE ABOVE BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO THE ABOVE ADDRESS VIA THE UNITED STATES MAIL. THANK YOU.