UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

**MOTION FOR ENTRY OF CASE MANAGEMENT
ORDER NO. 5, RELATING TO DEPOSITIONS**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move for entry of Case Management Order No. 5 ("CMO5"), relating to depositions.

The grounds for this motion are set forth in the accompanying memorandum. A copy of proposed CMO5 is Exhibit A to the memorandum.

WHEREFORE, Defendants respectfully request that the Court enter CMO5, relating to depositions.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: April 5, 2007

        DAVIS POLK & WARDWELL

        By:  /s/ Neal A. Potischman
              Neal A. Potischman

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        SHOOK, HARDY & BACON L.L.P.

        By:  /s/ Scott W. Sayler
              Scott W. Sayler
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        (816) 474-6550

          - and -

        HARE & CHAFFIN

        By:  /s/ David B. Chaffin
              David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

        s/David B. Chaffin

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on April 5, 2007.

        /s/David B. Chaffin

2