# EXHIBIT B



Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

*Accredited CLE Provider*

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Aizugaray (NY & NJ)

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

REFER TO OUR FILE #: 200599

April 3, 2007

Erik Zissu
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Dear Erik:

Please find attached the names and purported job titles or subject-areas for witnesses we intend to depose in the Neurontin litigation. Consistent with MDL Discovery Order No. 2, kindly review the list and contact me as soon as is practical so that we can agree upon dates/times/locations for the witnesses below. I did not place proposed dates for each witness because I have no idea as to the witness's availability; however, these depositions should be scheduled so as to begin and finish during the discovery phase set forth in MDL Discovery Order 7 (5/1/07 – 6/29/07). To the extent any witness is available earlier than 5/1/07, please let me know. Additionally, I am enclosing a *draft* 30(b)6 deposition notice regarding records retention policies. I would ask that you review the notice with an eye towards producing an appropriate witness and selecting a date together; formal notices for depositions can be served thereafter.

I am presuming that you have provided --- or intend to do so before April 16, 2007 --- any documents from these witnesses' custodial files that are responsive to Plaintiffs' demands. May I suggest that we discuss the subject matter of this letter on April 10, 2007, prior to the currently scheduled conference in the New York Coordinated Litigation. I look forward to hearing from you so as to confirm your availability.

Very truly,

Kenneth B. Fromson
(845) 562-0203 x 2755

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

Deponents List

| | |
|---|---|
| Altevogt, Rudi | Regulatory, R & D - PMP Team |
| Arena, Philip | Safety Evaluation and Epidemiology - PMP Team |
| Brunel, Sylvie Anne | European Drug Safety - PMP Team |
| Campbell, Michael | Safety Evaluation & Epidemiology - PMP Team |
| Clary, MD, Catherine | Medical Information |
| Dickens, Annette | Worldwide Safety |
| Dieck, Gretchen | Drug Safety Risk Management - PMP Team |
| Doft, Suzanne | US Core Publication Subcommittee - Sr. Marketing Manager |
| Dong, Mi | Sr Prod Mgr, Global Project Mgr |
| Duda-Racki, Helen | Medical Information |
| Fannon, Allison | Chair, US Core Publication Subcommittee - Sr. Marketing Manager, Marketing Director A2Delta Team |
| Feldman, Alan | Safety Evaluation and Epidemiology - PMP Team |
| Feltner, Douglas | Medical & Scientific Affairs |
| Fitzhenry, Paul | Media Relations - Spokesman |
| Garcia, Marino | Neurontin Worldwide Team - PMP Team |
| Garrity, Andrea | Director, Regulatory Affairs |
| Glanzman, Robert | Medical - WW Team - PMP Team; Review Committee |
| Gribko, Gregory | Drug Safety Risk Management - PMP Team |
| Grogan, Christine | Marketing Manager |
| Hall, Nicky | Neurontin Worldwide Team - PMP Team |
| Haskins, Bryant | Media-Relations Spokesman |
| Hauben, Manfred | Safety Eval & Epidemiology - PMP Team |
| Ho, Tina | Drug Safety and Risk Management - PMP Team |
| Johansen, Joel | Neurontin WW Team |
| Johansen-Neil, Erica | (MAC) Committee; VP Client Services |
| Lange, Carolyn | A2Delta Marketing Team, Sr. Mgr; |
| Luczak, Elizabeth | Drug Safety & Risk Management |
| Luise de, Cynthia | Safety Evaluation & Epidemiology - PMP Team |
| Mancini, Nancy | Neurontin Worldwide Team - PMP Team |
| Marino, John | Neurontin Worldwide Team |
| Molina, Esperanza | Drug Safety Risk Management |
| Morris, Naomi | European Drug Safety - PMP Team |
| Pacella, Chris | Safety Evaluation & Epidemiology - PMP Team |
| Pande, Atul | Research Assistant |
| Parsons, Bruce | Medical Director; Review Committee |
| Patel, Manini | Regulatory Strategy - PMP Team; Review Committee |
| Petchel, Kashia | European Drug Safety - PMP Team |
| Preston, Holley | Clinical Development – PMP Team |
| Probert, David | US Core Publication Subcommittee |
| Reich, Lester | Med Dir., Team Ldr, Safety Evaluation |
| Rocchi, John | Medical Information - Neurology Team |
| Siegler, Kathy | Drug Safety & Risk Management |
| Sigler, Cathy | Safety Evaluation and Epidemiology - PMP Team |
| Sigmund, William | VP Med Scientific Affairs |
| Su (Esq.), Julie | Sr, Manager, Medical Information |

| | |
|---|---|
| Sumulak, Kay | Postmarketing Safety |
| Taneja, Deepak | Medical Director |
| Taylor, Charles | Clinical R&D |
| Thacker, Kim | European Drug Safety - PMP Team |
| Tive, Leslie | Medical Director; Neurontin Worldwide Team;PMP; Review Committee; Risk Management Working Group |
| Vega, Adrian | Medical Information - Sr, Pain Team |
| Wesche, David | Clinical Development – PMP Team |
| Whalen, Ed | Biometrics |
| Wohlhuter, Claire | Medical |
| Womer, Dan | US Core Publication Subcommittee |
| Yoder, Meg | Neurontin WW Team  - PMP Team – US Team Leader |
| Zornberg, Gwen | Medical Dir., Depression/Anxiety WW Team |

*Draft 30b6 Deposition Notice*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                         MDL Docket No. 1629
---------------------------------------------------------x         Master File No. 04-10981
THIS DOCUMENT RELATES TO:
PRODUCTS LIABILITY ACTIONS                                         Judge Patti B. Saris
                                                                   Magistrate Leo T. Sorokin
---------------------------------------------------------x

PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the deposition upon oral examination of the employee, officer or agent ("person most knowledgeable") of defendants PFIZER INC., PARKE-DAVIS, a division of Warner Lambert Company, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC. (hereafter, "Defendants") most knowledgeable regarding the issues described below, whose current addresses are known to Defendants, before a person authorized to administer oaths. The testimony shall be recorded by sound-and-visual and by stenographic means, as indicated below:

| DEPONENT | DATE / TIME | LOCATION |
|---|---|---|
| Person Most Knowledgeable | | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |

*Definitions:*

The term "document" or any similar term is used in its broadest possible sense and shall include, but not be limited to any original, reproduction or copy, and non-identical copy (i.e., copy with marginal notes, deletions, etc.) of any kind of written, printed, typed, electronically created or stored, or other graphic matter of any type, documentary material, or drafts thereof, including, but not limited to, any correspondence, memoranda, interoffice or intra-office communications, notes, diaries, journals, calendars, contract documents, publications, calculations, estimates, vouchers, minutes of meetings, invoices, reports, studies, computer tapes, computer disks, computer cards, computer files, e-mails, photographs, negatives, slides, dictation belts, voice tapes, telegrams, notes of telephone conversations and notes of any oral communications.

*Issues:*

1. The designated person or persons must be knowledgeable on the Defendants' document retention policies and procedures and be prepared to discuss the following topics:

    a. Identify and describe in detail (as used by each department or division) any standard operating procedures or polices regarding document retention, collection and management that would encompass documents relating to Neurontin;

    b. Identify and describe in detail (as used by each department or division) the manner in which Defendants have actually retained, collected and managed documents relating to Neurontin;

    c. To the extent not already encompassed by issue 1(a), identify and describe in detail (as used by each department or division) any standard operating procedures or policies regarding document retention, collection and management that existed at the time of the merger between Pfizer and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin.

    d. To the extent not already encompassed by issue 1(b), identify and describe in detail (as used by each department or division) the manner in which Defendants actually retained, collected and managed documents relating to Neurontin that existed at the time of the merger between Pfizer and Warner Lambert in approximately June, 2000;

    e. To the extent not already encompassed by issue 1(b), identify and describe in detail (as used by each department or division) the depository, if any, in which Defendants actually retained, collected and managed documents relating to Neurontin;

    f. To the extent not already encompassed by issue 1(a), identify and describe in detail (as used by each department or division) any standard operating procedures or policies regarding integration of documents from Warner Lambert to Pfizer resulting from the merger between Pfizer and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin;

    g. To the extent not already encompassed by issue 1(b), identify and describe in detail (as used by each department or division) the manner in which Defendants have actually integrated

documents from Warner Lambert to Pfizer resulting from the merger between Pfizer and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin.

2. The designated person or persons must be knowledgeable on the Defendants' design, implementation, and maintenance of computer systems and be prepared to discuss the following topics:

   a. Identify and describe in detail (as used by each department or division) any computer or computer system used by Defendants relating to Neurontin;

   b. Identify and describe in detail software and database systems used by Defendants relating to Neurontin;

   c. Identify and describe in detail backup procedures used by Defendants to preserve data relating to Neurontin;

   d. Identify and describe in detail computer system upgrades installed by Defendants relating to Neurontin;

   e. Identify and describe in detail the policies and procedures of Defendants for use of e-mail by employees or agents relating to Neurontin;

   f. Identify and describe in detail computers, laptops and database or software programs used by sales representatives of Defendants to record information about Neurontin;

3. Identify and describe in detail policies or procedures of Defendants to produce documents and electronic data in this Multi-District Litigation.

Dated: March 5, 2007

                                              Andrew G. Finkelstein
                                              FINKELSTEIN & PARTNERS
                                              *Attorneys for Products Liability Plaintiffs*
                                              436 Robinson Avenue
                                              Newburgh, NY 12550
                                              (845) 562-0203

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___day of March 2007, I caused to be served a true and correct copy of the foregoing Notice of Deposition by email PDF and first class U.S. Mail, postage prepaid, to:

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Rouhandeh@dpw.com


David Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000
dchaffin@hare-chaffin.com

*Attorneys for Defendants Pfizer, et uno*


Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tom@hbsslaw.com

*Attorneys for Plaintiff Harden Manufacturing Corporation
and Plaintiffs' Liaison Counsel*



_____
Andrew G. Finkelstein