# EXHIBIT G



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 9 2004

JAMES W. McCORMACK, CLERK
By_____
                                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

In re:                                    :
                                          :          **MDL Docket No. 4:03CV1507 WRW**
**PREMPRO PRODUCTS LIABILITY**            :
**LITIGATION**                            :          **ALL CASES**
                                          :

## ORDER

Pending is Wyeth's motion to amend Practice and Procedure Order No. 2 [Docket No. 310]. The Court, having heard arguments in support of and in opposition thereto, orders that Wyeth's motion is GRANTED in part and denied in part and paragraph 8 of Practice and Procedure Order No. 2 [Docket No. 18] is hereby amended as follows:

H.    **Potential Deposition Exhibits.** At least forty-eight (48) hours prior to a deposition, deposing counsel will provide deponent's counsel with copies of all documents he/she expects to mark as exhibits or otherwise question the deponent about, except that deposing counsel is not required to disclose in advance of the deposition documents that he/she intends to use solely to impeach the deponent or to test the deponent's recollection. In such case, the deponent need not be shown the document so used. Where the deponent is an employee of a defendant, deposing counsel may furnish deponent's counsel with a list of the Bates numbers for such documents instead of actual copies of the documents.

IT IS SO ORDERED this _9th_ day of September, 2004.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON _9/10/04_ BY _____

_____
UNITED STATES DISTRICT JUDGE
Wm. R. Wilson, Jr.

333