UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                          :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,              :
        SALES PRACTICES AND               :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION     :
                                          :   Judge Patti B. Saris
-----------------------------------------------------------x
                                          :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                 :
                                          :
        PRODUCTS LIABILITY ACTIONS        :
                                          :
-----------------------------------------------------------x
```

**JOINT EMERGENCY MOTION TO POSTPONE DEADLINES
FOR THE FILING OF OPPOSITIONS**

        The parties to all Products Liability Actions respectfully move for a one-day

postponement of the deadlines for the filing of oppositions as to discovery motions filed

by either party on April 5, 2007.  The grounds for this motion are:

        1.      Under Discovery Order No. 7, the deadline for the filing of motions for

the April 17, 2007 hearing is Thursday, April 5, 2007.  (Docket 582 at 1.)

        2.      Under Discovery Order No. 7, the deadline for the filing of oppositions to

such motions is Monday, April 9, 2007.  (Docket 582 at 1.)

        3.      Absent the relief requested, the parties' oppositions to motions filed would

be due only two business days after the motions were filed, one of which (April 6, 2007)

is Good Friday, a holiday for many of the counsel involved.

        4.      The parties require, and respectfully request, one additional day to prepare

their oppositions.

5.      The parties do not request a change to the date for the filing of reply briefs, and such briefs would remain due on Friday, April 13, 2007.

6.      This motion is made on an emergency basis because of the time constraints at issue.

7.      A similar Joint Emergency Motion to Postpone Deadlines for the Filing of Oppositions was filed earlier on April 5, 2007, by the parties to all Sales and Marketing Actions.  (Docket 713.)

8.      However, the earlier Joint Emergency Motion expressly relates only to "ALL SALES AND MARKETING PRACTICES ACTIONS," and was filed prior to the filing of Defendants' Motion for Entry of Case Management Order No. 5, Relating to Depositions.  (Docket 715.)

9.      An electronic Order has just been entered this morning of April 6, 2007, granting the Joint Emergency Motion filed by all parties to the Sales and Marketing Practices Actions.  (Docket 715.)

10.     The instant Joint Emergency Motion is therefore being filed so as to request similar relief with respect to the deadline for the filing of oppositions to Defendants' Motion for Entry of Case Management Order No. 5, Relating to Depositions (Docket 715), which relates to "ALL ACTIONS", including the Products Liability Actions.

WHEREFORE, the parties to all Products Liability Actions respectfully request a one-day postponement of the deadlines for the filing of oppositions as to discovery motions filed on April 5, 2007.

Dated:  April 6, 2007                           Respectfully submitted,

**_Attorneys for Defendants_**                  **_Members of Product Liability_**
                                                **_Plaintiffs' Steering Committee_**


By:   /s/ Neal A. Potischman           By:   /s/Andrew G. Finkelstein
      Neal A. Potischman                     Andrew G. Finkelstein
      Davis Polk & Wardwell                  Finkelstein & Partners, LLP
      450 Lexington Avenue                   436 Robinson Avenue
      New York, NY  10017                    Newburgh, NY  12550


By:   /s/Scott W. Sayler                By:   /s/Jack W. London
      Scott W. Sayler                         Jack W. London
      Shook, Hardy & Bacon L.L.P.            Law Offices of Jack W. London
      2555 Grand Boulevard                     & Associates
      Kansas City, MO  64108                 106 E. 6th Street, Suite 700
                                             Austin, TX  78701


By:   /s/David B. Chaffin
      Hare & Chaffin
      160 Federal Street
      Boston, MA  02110


## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 6, 2007.

Dated:  April 6, 2007                           /s/Andrew G. Finkelstein
                                                Andrew G. Finkelstein