UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE

You are hereby notified that COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C., hereby withdraws its appearance as attorneys of record for Plaintiffs The Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals. This Notice is effective for Marlene Gibbons and Steig Olson. Withdrawal of counsel will not cause any prejudice to plaintiffs, as Linda P. Nussbaum, formerly of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. will remain counsel for Plaintiffs, and all future pleadings and correspondence should be sent to Ms. Nussbaum at the following address:

> Linda P. Nussbaum, Esq.
> Kaplan Fox & Kilsheimer LLP
> 805 Third Avenue
> 22nd Floor
> New York, New York 10022
> Telephone No.: (212) 687-1980
> Facsimile No.: (212) 687-7714
> Email Address: lnussbaum@kaplanfox.com

1

                    Yours, etc.

                    COHEN, MILSTEIN, HAUSFELD
                        & TOLL, P.L.L.C.

                    By: _____
                        Steig D. Olson
                    150 East 52nd Street
                    30th Floor
                    New York, NY  10022
                    Tel.: 212-838-7797
                    Fax: 212-838-7745

DATED: April 6, 2007