UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**CERTIFICATE OF SERVICE**

I hereby certify that I, Theresa Graham, caused on April 6, 2007, a true and correct copy of the Notice of Withdrawal of Appearance to be filed by electronic filing and served via first class mail upon the following counsel of record not being electronically notified.

| | |
|---|---|
| Terry P. Abeyta<br>Abeyta Nelson<br>1102 West Yakima Avenue<br>Yakima, WA 98902 | Scott William Anderson<br>Matthew J. Moore<br>Paul W. Rebein<br>Shook Hardy & Bacon, L.L.P<br>100 N. Tampa Street<br>Suite 2900<br>Tampa, FL 33602 |
| Jeffrey R. Baker<br>PO Box 650<br>Jackson, MS 39205-0650 | Catherine Marie Valero Barrad<br>Sidley Austin LLP<br>555 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90013 |
| Thomas F. Basile<br>The Callwell Practice<br>PO Box 113<br>Charleston, WV 25321-0113 | Bradley Douglas Becnel<br>Daniel E. Becnel, Jr.<br>Law offices of Daniel E. Becnel, Jr.<br>106 W. Seventh Street<br>PO Drawer H<br>Reserve, LA 70084 |

| | |
|---|---|
| Robert M Becnel<br>Law offices of Robert M. Becnel<br>425 W. Airline Highway<br>Laplace, LA 70068 | George S. Bellas<br>Bellas & Wachowski<br>15 Northwest Highway<br>Park Ridge, IL 60068 |
| Leslie A Benitez<br>Clark Thomas et al<br>PO Box 1148<br>Austin, TX 78767 | Pavel Bespalko<br>Law office of Joel Eigerman<br>50 Congress Street<br>Suite 200<br>Boston, MA 02109 |
| Levi Boone, III<br>Boone Law Firm<br>P.O. Box 1771<br>Cleveland, OH 38732-1772 | Rainey Cawthon Booth<br>Littlepage & Booth<br>331 E. Romana Street<br>Pensacola, FL 32502 |
| Derek T. Braslow<br>Cuneo, Pogust & Manson LLP<br>161 Washington Street<br>Suite 1520<br>Conshohocken, PA 19428 | William L. Bross<br>Heninger, Garrison & Davis, LLC<br>2224 First Avenue North<br>P.O. Box 11310<br>Birmingham, AL 35202 |
| David L. Browne<br>Dugan & Browne, PLC<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 | Carol D. Browning<br>Sarah G. Croan<br>Stites & Harbison. PLLC<br>400 W. Market Street<br>Suite 1800<br>Louisville, KY 40202-3352 |
| Stephanie M. Bruno<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113 | W. Stuart Calwell<br>The Calwell Practice<br>P.O. Box 113<br>Charleston, WV 25321-0113 |
| Prince C. Chambliss, Jr.<br>Stokes, Bartholomew, Evans,<br>  & Petree, P.A.<br>1000 Ridgeway Loop Road<br>Memphis, TN 38120 | Kathleen C. Chavez<br>1110 Appleton Lane<br>Geneva, IL 60134 |

| | |
|---|---|
| Dane S. Ciolino<br>Dane S. Ciolino, Attorney At Law<br>P.O. Box 850848<br>New Orleans, LA 70185-0848 | Kimberly H. Clancy<br>Sidley Austin Brown & Wood LLP<br>555 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90013-1010 |
| Robert A. Clifford<br>Clifford Law Offices, P.C.<br>120 North LaSalle Street<br>Chicago, IL 60602 | Daniel M. Cohen<br>Cuneo Gilbert & LaDuca<br>507 C. Street, NE<br>Washington, DC 20002 |
| John A. Commerford<br>Meyers Taber & Meyers PC<br>2415 E. Camelback Road<br>Suite 900<br>Phoenix, AZ 85016 | W. Lloyd Copeland<br>Taylor, Martino & Hedge, P.C.<br>Post Office Box 894<br>Mobile, AL 36601 |
| S. Tessie Corbin<br>1717 Arch Street<br>4000 Bell Atlantic Tower<br>Philadelphia, PA 19103-2793 | Rebecca Cunard<br>Cunard Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 |
| Jeanne F. D'Esposito<br>Lowey Dannenberg Bemporad<br>  & Selinger, P.C.<br>The Gateway – 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714 | Michael A. K Dan<br>Douglas A. Rothschild<br>Michael A K Dan Law Office<br>1990 South Bundy Drive<br>Suite 540<br>Los Angeles, CA 90210 |
| Timothy C. Davis<br>Heninger, Garrison & Davis, LLC<br>2224 First Avenue North<br>P.O. Box 11310<br>Birmingham, AL 35202 | Samuel J. DeMaio<br>Mike Ramsey<br>Girards Law Firm<br>10000 N Central Expressway<br>Suite 750<br>Dallas, TX 75231 |

| | |
|---|---|
| Dimple Harendra Desai<br>Law Office of Dimple H. Desai<br>5216 Westshire Lane<br>Dallas, TX 75287 | Thomas Marshall Donnell, Jr.<br>Steward, Estes & Donnell<br>Sun Trust Center<br>424 Church Street, 14th Floor<br>Nashville, TN 37219 |
| James R. Dugan, II<br>Dugan & Brown, PLC<br>650 Poydray Street<br>Suite 2150<br>New Orleans, LA 70130 | James T. Dulin<br>Dulin & Dulin<br>P.O. Box 820<br>Gulfport, MS 39502 |
| J. Blake Dutcher, Jr.<br>Godlove Joyner Mayall Dzialo Dutcher & Erwin<br>P.O. Box 29<br>Lawton, OK 73502 | Tony W. Edwards<br>P.O. Box 1369<br>McAlester, OK 74502 |
| Wanda Jean Edwards<br>Fayard & Honeycutt<br>519 Florida Blvd<br>Denham Springs, LA 70726 | Richard Mark Eldridge<br>Eldridge Cooper Steichen & Leach PLLC<br>P.O. Box 3566<br>Tulsa, OK 74101 |
| Robert Burkart Ellis<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Cedric E. Evans<br>Clark, Thomas & Winters<br>P.O. Box 1148<br>Austin, TX 78767-1148 |
| Kenneth J. Ferguson<br>Clark Thomas et al<br>P.O. Box 1148<br>Austin, TX 78767 | Kenneth T. Fibich<br>Fibich Hampton & Leebron<br>1401 McKinney<br>Suite 1800<br>Houston, TX 77010 |
| Lowell Steven Fine<br>Alebik Fine & Callner<br>SunTrust Plaza, 37th Floor<br>300 Peachtree Street, NE<br>Atlanta, GA 30308 | Andrew G. Finkelstein<br>Finkelstein & Partners LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |

| | |
|---|---|
| Mark D. Fisher<br>Rawlings & Associates, P.L.L.C.<br>325 W. Main Street<br>Louisville, KY 40202 | Christopher E. Fitzgerald<br>Fitzgerald & Associates, PLLC<br>2113 Government Street<br>Ocean Springs, MS 39564 |
| Robert M. Foote<br>Foote, Meyers et al<br>13 South Seventh Street<br>Geneva, IL 60134 | Kenneth B. Fromson<br>Finkelstein & Partners LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |
| Michelle M. Fujimoto<br>Shook, Hardy & Bacon<br>5 Park Plaza<br>Suite 1600<br>Irvine, CA 92614-2546 | Wanda Garcia<br>Hagens Berman LLP<br>One Main Street<br>4th Floor<br>Cambridge, MA 02142 |
| W. Lewis Garrison, Jr.<br>Heninger, Garrison & Davis, LLC<br>2224 First Avenue North<br>P.O. Box 11310<br>Birmingham, AL 35203 | James W. Gewin<br>Bradley, Arant, Rose & White<br>P.O. Box 830709<br>Birmingham, AL 35283-0709 |
| Dennis E. Glazer<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Mark K. Gray<br>Gray, Weiss & White<br>500 W. Jefferson Street<br>Suite 1200<br>Louisville, KY 40202 |
| William Arthur Green<br>William Arthur Green Law Office<br>P.O. Box 70306<br>3511 Rivers Avenue<br>North Charleston, SC 29405 | David E. Gross<br>Finkelstein & Partners, LLP<br>50 Park Place<br>10th Floor<br>Newark, NJ 07102 |
| Asa Groves, III<br>Groves and Verona PA<br>7385 SW 87th Avenue<br>Suite 400<br>Miami, FL 3317-33565 | Darolyn Yoshie Hamada<br>Shook, Hardy & Bacon<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614-2546 |

5

| | |
|---|---|
| Charles Keith Hamilton<br>Bainbridge, Mims, Rogers & Smith<br>P.O. Box 530886<br>Birmingham, AL 35253 | Thomas P. Hanrahan<br>Sidley & Austin<br>555 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90013 |
| David Hughes Harris<br>Goldstein Buckley Cechman Rice<br>  & Purtz, P.A.<br>1515 Broadway<br>Ft. Myers, FL 33901 | Jeff Heinrichs<br>McLeod & Heinrichs<br>2900 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105 |
| Chad Patrick Hemmat<br>Anderson, Hammat & Levine, LLC<br>1490 Lafayette Street<br>Denver, CO 80218 | Michael DeWitt Hickman<br>Taylor Martino & Hedge<br>61 Saint Joseph Street<br>Suite 1600<br>Mobile, AL  36602 |
| Barbara L. Hosford<br>1910 South 72nd Street<br>Omaha, NE 68124 | Kristin M. Houser<br>Schroeter, Goldmark & Bender<br>810 3rd Avenue<br>Suite 500<br>Seattle, WA 98104 |
| Michael B. Hyman<br>Much, Shelist, Freed, Denenberg,<br>  Ament, Bell & Rubenstein<br>200 North LaSalle Street<br>Suite. 2100<br>Chicago, IL  60601 | John R. Innelli<br>John F. Innelli, LLC<br>1818 Market Street<br>Suite 3620<br>Philadelphia, PA 19103 |
| Mark R. Ireland<br>Robins, Kaplan, Miller & Ciresti LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015 | Alexander Jamiolkowski<br>Egan & Jamiolkowski<br>428 Forbes Avenue<br>Pittsburgh, PA 15219 |

| | |
|---|---|
| Alice S. Johnston<br>Obermayer, Rebmann, Maxwell<br> & Hippell, LLC<br>1617 John F. Kennedy Blvd<br>One Penn Center<br>19th Floor<br>Philadelphia, PA 19103-1895 | Andrew S. Johnston<br>Minor & Johnston, P.C.<br>124 East Market Place<br>Somerville, TN 38068 |
| Aizer J. Karam, Jr.<br>820 S. Main Street<br>McAllen, TX 78501 | Christopher J. Kervick<br>Law Office of J. Christopher Kervick<br>100 Paul Drive<br>P.O. Box 875<br>Windsor Locks, CT 06096 |
| Neal H. Klausner<br>Paul, Weiss, Rifkind, Wharton<br> & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Hal Jon Kleinman<br>Tobias Millrood<br>Benjamin J. Sweet<br>Schriffin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Barry A. Knopf<br>Cohn, Lifland, Pearlman, Herrmann<br> & Knopf<br>Park 80 Plaza West One<br>Saddle Brook, NJ 07662 | Jeffrey L. Kodroff<br>Spector & Roseman<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 |
| Paul A. Koerber<br>Paul A. Koerber, Attorney<br>P.O. Box 12805<br>Jackson, MS 39236-2805 | T. Matthew Leckman<br>Pogust, Braslow Law Firm<br>161 Washington Street<br>Conshohecken, PA 19428 |
| Gano D. Lemoine, III<br>Stephen Barnett Murray<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112 | Glen J. Lerner<br>Law Offices of Glen J. Lerner<br> & Associates<br>4795 S. Durango<br>Las Vegas, NV 89147 |

| | |
|---|---|
| Stephen N. Leuchtman<br>Ravid Assoc. (Southfield)<br>23855 Northwestern Highway<br>Southfield, MI 48075-7713 | Theodore M. Lieverman<br>Spector & Roseman<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 |
| Jeffrey R. Lilly<br>Clark Thomas & Winters<br>P.O. Box 1148<br>Austin, TX 78767 | Steven Lim<br>Finkelstein & Partners, LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |
| John W. Lowe<br>Lowe, Mobley & Lowe<br>1210 21st Street<br>P.O. Box 576<br>Haleyville, AL 35565 | Daniel J. Lyne<br>Hanify & King<br>Professional Corporation<br>One Beacon Street<br>Boston, MA  02108-3107 |
| Paul F. Marci<br>Berman & Simmons<br>129 Lisbon Street<br>Lewiston, ME 04243-0961 | Douglas B. Maddock, Jr.<br>Shook Hardy and Bacon<br>2555 Grand Blvd<br>Kansas City, MO 64108 |
| Robert L. Manard, III<br>Robert L. Manard, PLC<br>1100 Poydras Street<br>Suite 2610<br>New Orleans, LA  70163 | Kathleen Ann Manning<br>McGlinchey Stafford, PLLC<br>643 Magazine Street<br>New Orleans, LA 71030-3477 |
| Steven A. Martino<br>Taylor, Martino & Hedge, P.C.<br>Post Office Box 894<br>Mobile, AL 36601 | Drew Masse<br>Williams, Jilek, Lafferty, Gallagher<br>  & Scott<br>416 North Erie Street<br>Toledo, OH 43624 |
| Craig Ruvel May<br>Wheeler, Trigg, Kennedy, LLP<br>1801 California Street<br>Suite 3600<br>Denver, CO  80202 | Paul Edward Mayeaux<br>Robert L. Manard, PLC<br>1100 Poydras Street<br>Suite 2610<br>New Orleans, LA 70163 |

| | |
|---|---|
| Charles D. Miller<br>Garan Lucow (Detroit)<br>1000 Woodridge Street<br>Detroit, MI 48207-3192 | Manuel H. Miller<br>Law Offices of Manuel H. Miller<br>5530 Corbin Avenue<br>Suite 210<br>Tarzana, CA 91356 |
| Peter A. Miller<br>Law Office of Peter Miller<br>1601 South Broadway<br>Little Rock, AR 72206 | Patrick James Mulligan<br>Law Office of Patrick J. Mulligan<br>2911 Turtle Creek Blvd<br>Dallas, TX 75219 |
| Matthew J. Moore<br>Shook Hardy & Bacon, L.L.P.<br>100 N. Tampa Street<br>Suite 2900<br>Tampa, FL 33602 | Stephen Barnett Murray<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112 |
| Matthew B. Moreland<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>Reserve, LA 70084 | James E. Murray<br>James P. Rouhandeh<br>Lindsay R. Skilbell<br>R. Michael Vagnucci<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Charles Andrew O'Brien, III<br>Charles Andrew O'Brien,<br>  Attorney At Law<br>5525 Reitz Avenue<br>P.O. Box 98029<br>Baton Rouge, LA 70898-9029 | Scott E. Ortiz<br>Williams Porter Day & Neville<br>159 North Wolcott<br>Suite 400<br>P.O. Box 10700<br>Casper, WY 82602 |
| Julie Christine Parker<br>Sacks & Weston<br>114 Old York Road<br>Jenkintown, PA 19046 | Mindy Brickman Patron<br>McGlinchey Stafford PLLC<br>643 Magazine Street<br>New Orleans, LA 70130-3477 |
| Gale D. Pearson<br>Pearson, Randall & Schumacher, PA<br>400 S 4th Street<br>Suite 1012<br>Minneapolis, MN 55415 | Archie Carl Pierce<br>Wright & Greenhill<br>221 W. 6th Street<br>Austin, TX 78701 |

9

| | |
|---|---|
| Anne Lester Pointer<br>McGlinchey Stafford<br>1811 Tower Drive<br>Monroe, LA 71201 | Joseph M. Price<br>Faegre & Benson<br>2200 Norwest Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Lyn Peeples Pruitt<br>Mitchell, Williams, Selig, Gates<br>  & Woodyard<br>425 West Capitol Avenue<br>Suite 1800<br>Little Rock, AR  72201 | Stephen J. Randall<br>Pearson, Randall & Schumacher<br>400 S. 4th Street<br>Suite 1012<br>Minneapolis, MN 55415 |
| Paul W. Rebein<br>Shook, Hardy & Bacon, LLP<br>100 N. Tampa Street<br>Suite 2900<br>P.O. Box 0898<br>Tampa, FL 33602-5810 | Kenneth James Reilly<br>Shook Hardy & Bacon<br>201 South Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131-4332 |
| Lisa J. Rodriguez<br>Rodriguez & Richards LLC<br>3 Kings Highway East<br>Haddonfield, NJ 08033 | Bruce F. Rogers<br>Bainbridge, Mims, Rogers & Smith<br>P.O. Box 530886<br>Birmingham, AL 35253 |
| Ezra D. Rosenberg<br>Dechert LLP<br>P.O. Box 5218<br>Princeton, NJ 08543 | Ronald Rosenkranz<br>Finkelstein & Partners, LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |
| Douglas A. Rothschild<br>Michael A K Dan<br>1990 South Bundy Drive<br>Suite 540<br>Los Angeles, CA 90025 | James P. Rouhandeh<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Art Sadin<br>Provost Umphrey Law Firm, LLP<br>1560 West Bay Area Blvd<br>Friendswood, TX 77546 | Marc A. Saggese<br>Saggest & Associates<br>3960 Howard Hughes Parkway<br>Suite 850<br>Las Vegas, NV 89109 |

| | |
|---|---|
| David Scott Scalia<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, MA 70113 | Christopher Seeger<br>Seeger, Weiss, LLP<br>One William Street<br>New York, NY 10004 |
| Robert H. Shultz, Jr.<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025 | Thomas E. Steichen<br>Eldridge Cooper Steichen & Leach PLLC<br>P.O. Box 3566<br>Tulsa, OK 74101 |
| Kathryn Snapka<br>Snapka, Turman & Waterhouse<br>606 N. Carancahua<br>Corpus Christi, TX 78403 | Jason J. Thompson<br>Charfoos & Christensen<br>5510 Woodward Avenue<br>Detroit, MI 48202 |
| Peter J. Stubbs<br>Law Offices of Peter J. Stubbs<br>777 Campus Commons Road<br>Suite 200<br>Sacramento, CA 95825 | Adam S. Tolin<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, PA 19104-2808 |
| Joseph J. Tabacco, Jr.<br>Berman DeValerio Pease Tabacco Burt<br>  & Pucillo<br>One Liberty Square<br>8th Floor<br>Boston, MA 02109 | Gregory W. Turman<br>Law Offices of Kathryn Snapka<br>606 N. Caranachua<br>P.O. Box 23017<br>Corpus Christi, TX 78476 |
| Thomas P. Thrash<br>1101 Garland Street<br>Little Rock, AR 72201-1214 | Fletcher V. Trammell<br>Law Office of Paul J. Dobrowski<br>1010 Lamar<br>Suite 1350<br>Houston, TX 77002 |

| | |
|---|---|
| George J. Tzanetopoulos<br>Mayer, Brown, Rowe & Maw LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 | Richard Waterhouse<br>Snapka, Turman & Waterhouse<br>606 N. Carancahua<br>Corpus Christi, TX 78403 |
| Scott L. Walker<br>Davis & Gilbert, LLP<br>1740 Broadway<br>New York, NY 10019 | Matthew L. White<br>Gray, Weiss & White<br>500 W. Jefferson Street<br>Suite 1200<br>Louisville, KY 40202 |
| Michael W. Weinstock<br>Michael W. Weinstock Law Offices<br>9107 Wilshire Blvd<br>Suite 600<br>Beverly Hills, CA 90210 | Robert N. Wilkey<br>Pogust, Braslow Law Firm<br>161 Washington Street<br>Suite 1520<br>Conswhohocken, PA 19428 |
| John S. Wilder, Sr.<br>Wilder & Sanders<br>108 E. Court Square<br>Somerville, TN 38068-1436 | Michael L. Williams<br>Williams Love O'Leary Craine<br>  & Powers, PC<br>9755 SW Barnes Road<br>Portland, OR 97225-6681 |
| David E. Wilks<br>Reed Smith LLP<br>1201 Market Street<br>Wilmington, DE 19801 | Mary Ellen Wright<br>Finkelstein & Partners LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |
| Henri Wolbrette, III<br>McGlinchey Stafford, PLLC<br>643 Magazine Street<br>New Orleans, LA 70130-3477 | Corrie Johnson Yackulic<br>Schroeter, Goldmark & Bender<br>810 3rd Avenue<br>Suite 500<br>Seattle, WA 98104 |

_____
Theresa Graham