**HARE & CHAFFIN**
ATTORNEYS AT LAW
101 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1832
(617) 330-5000
TELECOPIER (617) 330-1996

## TELECOPY COVER SHEET

TO: __Maria__

LOCATION: __(617) 748-9096__

FROM: __Alexander Hood__

WE ARE TRANSMITTING A TOTAL OF __4__ PAGES, INCLUDING THIS COVER LETTER.

DATE: __April 10, 2007__

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE ADVISE US AS SOON AS POSSIBLE.

COMMENTS: Attached please find a list of attorneys to be removed from the Harden Manufacturing Corporation v. Pfizer, Inc. et al docket (04-10981). Thank you for your attention to this matter.

*************************************************************************

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

**Consolidated Defendant**
Pfizer, Inc.

Lyn Peeples Pruitt
Thomas Marshall Donnell, Jr.

**Defendant**
Pfizer, Inc.

Aaron D. Van Oort
Ann Michele Scarlett
Anne Lester Pointer
Carol D. Browning
Charles D. Miller
Christopher M. Tompkins
David C. Campbell
David E. Wilks
Dennis E. Glazer
Dimple Harendra Desai
George D. Sax
Graeme EM Hancock
Henri Wolbrette, III
Jeffrey R. Baker
Joel T. Galanter
John C. Aisenbrey
John E. Caruso
John Gerard Stretton
Joseph J. Leghorn
Joseph M. Price
Joseph Michael Price
Kathleen Ann Manning
Kenneth James Reilly
Lori Anne Higuera
Lowell Steven Fine
Lyn Peeples Pruitt
Marc L. Zaken
Matthew J. Moore
Meghan Marie Thomsen
Michelle M. Fujimoto
Mindy Brickman Patron
Paul R. Duden
Paul W. Rebein
Peter J. Goss
Prince C. Chambliss, Jr.

Ralph Streza
Richard Mark Eldridge
Richard G. Placey
Robert Burkart Ellis
Robert H. Shultz, Jr.
S. Tessie Corbin
Sarah G. Cronan
Scott William Anderson
Scott E. Ortiz
Thomas E. Steichen
Walter T. Johnson

### Defendant
### Parke-Davis
*a division of Warner-Lambert Company*

Ann Michele Scarlett
Christopher M. Tompkins
David C. Campbell
David E. Wilks
Dennis E. Glazer
Dimple Harendra Desai
John C. Aisenbrey
John E. Caruso
John Gerard Stretton
Joseph J. Leghorn
Joseph M. Price
Kenneth James Reilly
Lyn Peeples Pruitt
Marc L. Zaken
Meghan Marie Thomsen
Paul R. Duden
Paul W. Rebein
Richard Mark Eldridge
Richard G. Placey
Robert H. Shultz, Jr.
S. Tessie Corbin
Scott William Anderson
Thomas Marshall Donnell, Jr.
Thomas E. Steichen

### Defendant
### Warner-Lambert Company

Christopher M. Tompkins
David E. Wilks
Joseph M. Price
Lyn Peeples Pruitt
Paul R. Duden
Richard Mark Eldridge
Robert H. Shultz, Jr.
S. Tessie Corbin
Scott William Anderson
Thomas Marshall Donnell, Jr.
Thomas E. Steichen

### Defendant
### Warner-Lambert Company LLC

Cedric E. Evans
Christopher M. Tompkins
David E. Wilks
Joseph M. Price
Lyn Peeples Pruitt
Paul R. Duden
Paul W. Rebein
Richard Mark Eldridge
Robert H. Shultz, Jr.
S. Tessie Corbin
Scott William Anderson
Thomas Marshall Donnell, Jr.
Thomas E. Steichen

US v. Walker

# 07-1097

Cert states they will not seek detention + wants to have the deft released.

Springfield apartment
Cranston

Cert wishes attaching the house

not released until apt is established

at the apartment

Could keep deft here at home