UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
                                     :   MDL DOCKET NO: 1629
In re:  NEURONTIN MARKETING, SALES   :
        PRACTICES, AND PRODUCTS      :   Master File No. 04-10981
        LIABILITY LITIGATION         :
                                     :   Judge Patti B. Saris
                                     :
                                     :   Magistrate Judge Leo T. Sorokin
                                     :
------------------------------------ x
                                     :
THIS DOCUMENT RELATES TO:            :
                                     :
  Allied Services Division Welfare Fund v. :
  Pfizer Inc., et al.,               :
  1:04-cv-12617-PBS                  :
                                     :
------------------------------------ x
```

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Rule 83.5.2(c) of the Local Rules for the United States District Court for the District of Massachusetts, Robert B. Ellis, P.C. and George D. Sax of the law firm of Kirkland & Ellis LLP hereby move this Court for an order granting their leave to withdraw their appearances as counsel on behalf of Defendants Pfizer Inc and Warner-Lambert Company in these MDL proceedings. In support of this motion, Messrs. Ellis and Sax state as follows:

1. On September 10, 2004, Messrs. Ellis and Sax filed appearances as attorneys of record for Pfizer Inc and Warner-Lambert Company in a lawsuit titled *Allied Services Division Welfare Fund v. Pfizer, Inc. et al.*, No. 04 CV 4467, then pending in the U.S. District Court for the Northern District of Illinois.

2. Subsequently, the *Allied Services* case was transferred to this Court by the Judicial Panel on Mulitdistrict Litigation for consolidation and coordination with the other cases that comprise MDL 1629. Defendants Pfizer Inc and Warner-Lambert Company are and will

continue to be represented in MDL 1629 by attorneys other than Messrs. Ellis and Sax, including attorneys at the law firms of Shook Hardy & Bacon LLP, Davis Polk & Wardwell, and Hare & Chaffin.

3. Accordingly, Mr. Ellis and Mr. Sax wish to be removed from the list of counsel for these MDL proceedings and removed from the parties' service list.

4. Movants are not registered for electronic filing with this Court via CM/ECF, and therefore have arranged for hard copies of this motion to be hand delivered to the Court for filing today.

WHEREFORE, Robert B. Ellis, P.C. and George D. Sax hereby request that the Court enter an order granting permission to withdraw as counsel for Defendants Pfizer Inc and Warner-Lambert Company in these MDL proceedings.

Dated: April 6, 2007                                Respectfully submitted,

                                                    _____
                                                    Robert B. Ellis, P.C.
                                                    George D. Sax
                                                    Kirkland & Ellis LLP
                                                    200 East Randolph Drive
                                                    Chicago, Illinois 60601
                                                    (312) 861-2000 (tel.)
                                                    (312) 861-2200 (fax)

2

## CERTIFICATE OF SERVICE

I, George Sax, hereby certify that, on April 6, 2007, I caused a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL** to be served upon the following counsel of record, and addressed to the following counsel of record. The undersigned also certifies that he is not registered for electronic filing with this court via CM/ECF, and therefore has arranged for hard copies of this document to be served on the foregoing individuals by via Federal Express, overnight delivery:

Art Sadin
Provost Umphrey Law Firm, LLP
Suite 355
1560 West Bay Area Boulevard
Friendswood, TX 77546

Christopher Seeger
Seeger Weiss LLP
One William Street
New York, NY 10004

James R. Dugan, II
Dugan & Browne
3500 North Hullen Street
Metairie, LA 70002

Robert A. Clifford
Clifford Law Offices, P.C.
31st Floor
120 North LaSalle Street
Chicago, IL 60602

George S. Bellas
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068

*Counsel for plaintiff Allied Services Division Welfare Fund*

_____
George D. Sax