# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA ASSOCIATED GENERAL CONTRACTORS, INC.; AUTOMOTIVE AFTERMARKET FUND; WORKERSFIRST COMPFUND; THE ALABAMA SELF-INSURED WORKER'S COMPENSATION FUND; THE HEATHCARE WORKERS COMPENSATION SELF-INSURANCE FUND; THE ALABAMA WORKERS' COMPENSATION SELF-INSURANCE FUND; ALABAMA TRUCKING ASSOCIATION WORKER'S COMPENSATION SELF-INSURANCE FUND; and ASSOCIATION OF COUNTY COMMISSIONS SELF-INSURANCE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., successor in interest to WARNER-LAMBERT COMPANY; DAVID REYNOLDS LONGMIRE; jointly and individually,<br><br>Defendants. | CIVIL ACTION NO. 2:06cv523-MHT |

## CONSENT TO REMAND

COMES NOW Defendant Pfizer Inc. ("Pfizer"), in response to the Court's order of June 16, 2006 (doc. # 4) and Plaintiffs' Motion to Remand (doc. # 7), and consents to the remand of this action to the Circuit Court of Montgomery County for the following reason:

1. In their Motion to Remand, filed on June 26, 2006, Plaintiffs first provided Pfizer with specific information relating to the business form and citizenship of the Alabama Self-Insured Workers' Compensation Fund. Based upon the representations of Plaintiffs and the

1

affidavit of Ms. Freda Bacon, it now appears to Pfizer that complete diversity of citizenship does not exist between the parties.

2. This information was not known to Pfizer at the time the removal was filed. Prior to the receipt of Plaintiffs' Motion to Remand and the affidavit of Ms. Freda Bacon, Pfizer could only rely upon the allegations of Plaintiffs' Complaint and Pfizer's counsel's research relating to the business form and citizenship of Plaintiffs. Neither source of information suggested that Plaintiffs were citizens of any state other than Alabama.

3. Pfizer's removal of this action to this Court was in good faith and was based on the information available to it at the time of removal.

WHEREFORE, PREMISES CONSIDERED, Defendant Pfizer Inc. consents to the remand of this action to the Circuit Court of Montgomery County.

Respectfully submitted,

s/Brian A. Wahl
Brian A. Wahl (ASB-3819-A59W)
One of the Attorneys for Pfizer Inc.

**OF COUNSEL:**

Fred M. Haston III
Andrew B. Johnson
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFFS**

Steven A. Martino
W. Lloyd Copeland
TAYLOR MARTINO KUYKENDALL
Post Office Box 894
Mobile, Alabama 36601-0894

Charles H. Dodson
Joseph D. Steadman
DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908

Gregory C. Cook
BALCH & BINGHAM, LLP
1901 6th Avenue North
Suite 2600
Birmingham, Alabama 35203

Robert R. Riley, Jr.
Riley & Jackson, P.C.
1744 Oxmoor Road
Birmingham, Alabama 35209

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**ATTORNEYS FOR DAVID REYNOLDS LONGMIRE, M.D.**
Paul W. Shaw
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Robert A. Griffith
Garguilo/Rudnick LLP
66 Long Wharf – 4th Floor
Boston, MA 02110

3

                                                  s/ Brian A. Wahl
                                                  Brian A. Wahl
                                                 Bradley Arant Rose & White LLP
                                                 One Federal Place
                                                 1819 Fifth Avenue North
                                                 Birmingham, AL 35203-2104
                                                 Telephone: (205) 521-8000
                                                 Facsimile: (205) 521-8800
                                                 E-mail: bwahl@bradleyarant.com