UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) ) | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**EMERGENCY MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE DOCUMENT PRODUCTION**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move for an enlargement, to April 30, 2007, of the time within which they must produce certain documents. The grounds for this motion are:

1. In Discovery Order No. 7 (Docket # 582), the Court set April 15, 2007 (a Sunday) as the deadline for all interrogatory responses and production of documents.

2. Defendants have been working very hard to meet the deadline but have been unable to meet it as to the few categories of documents/requests described below.

3. Defendants have just located certain additional materials from the files of one custodian and are processing those materials for review.

4. Certain custodians' files were collected and processed for review early in this litigation, and defendants have produced responsive documents from those collections. Defendants are processing and reviewing additional, more recent and

recently-located materials from a small number of these custodians to determine if any are responsive to the product liability plaintiffs' cases.

5. At the request of counsel for the product liability plaintiffs, defendants are verifying that no additional responsive documents from the Warner-Lambert period are located in the custodial files of the few Warner-Lambert employees identified in Defendants' Rule 26(a) disclosures who took positions with Pfizer or an affiliate after Pfizer's acquisition of Warner-Lambert.

6. It has taken defendants longer to identify the representative set of Pfizer sales representative training materials than anticipated.

7. Defendants will complete the searches, processing, and/or production described above on or before April 30, 2007.

8. Counsel for the products liability plaintiffs do not oppose the production of materials described above after the April 15 deadline.

9. Counsel for the sales and marketing plaintiffs take no position with respect to this motion.

WHEREFORE, Defendants respectfully request an enlargement, to April 30, 2007, of the time within which to complete the production described above.

Dated: April 16, 2007

                                        DAVIS POLK & WARDWELL

                                        By:  /s/ James P. Rouhandeh
                                               James P. Rouhandeh
                                             Neal A. Potischman

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        (212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
    Scott W. Sayler
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

- and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
    David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on April 16, 2007.

/s/David B. Chaffin

3