UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

Discovery Order No. 11

April 20, 2007

SOROKIN, M.J.

The Court hereby makes the following rulings and orders on the matters before the Court at the April 17, 2007 Motion Hearing.

1. Selecting the First Two Cases for Trial

The date for selecting the two cases for trial remains unchanged at July 23, 2007. Plaintiff shall pick one case from the previously identified group of ten and Defendants shall pick one case from the previously identified group of ten.

2. Motion for Remand (Docket #637)

The Motion for Remand remains under advisement. A separate Report and Recommendation on this Motion will issue.

3. Motion to Compel and for Sanctions (Docket #714)

This Motion is DENIED except that Defendants shall produce the responsive documents contained on the backup tape by April 30, 2007. Defendants shall report to the Court on the

1

status of the tape restoration and review process as well as the production of responsive documents from the backup tape by the date for filing Motions for the May hearing.

    4.    <u>Motion for Entry of Case Managment Order No. 5 (Docket #715)</u>

The Motion for Entry of Case Management Order No. 5 is ALLOWED IN PART AND DENIED IN PART. The Court is entering a revised CMO No. 5 in a separate document issued today.

    5.    <u>Emergency Motion for Enlargement of Time (Docket #733)</u>

This Motion is ALLOWED. The deadline for Defendants' document production and interrogatory responses is extended to April 30, 2007. The date for starting depositions is continued to May 29, 2007 and the date for concluding the depositions is continued to July 13, 2007 for all actions.

    SO ORDERED.

    /s/ Leo T. Sorokin
    _____
    United States Magistrate Judge