## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No. 04-10981 Judge Patti B. Saris Magistrate Judge Leo T. Sorokin |

**NOTICE OF FILING OF UNREDACTED COPY OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO DISCOVERY ORDER NO. 9 AND EXHIBITS**

In light of Judge Saris's Order, dated April 13, 2007, regarding Plaintiffs' Motion to File Documents Under Seal regarding Plaintiffs' Objections to Discovery Order No. 9 [Docket No. 691], Plaintiffs submit unredacted copies of the following pleading and exhibits:

1. Unredacted copy of Plaintiffs' Reply to Defendants' Response to Discovery Order No. 9 (redacted copy was originally filed as Docket No. 690);

2. Exhibits 1 – 3 (which were attached to the redacted copy); and

3. Exhibit 4 – 7 (which were attached to the motion to file under seal [Docket No. 691].

| For the Plaintiffs: | Dated: April 20, 2007 |
|---|---|
| /s/ Thomas M. Sobol, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>Thomas M. Sobol, Esq. (BBO #471770)<br>Ed Notargiacomo, Esq. (BBO#567636)<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 | |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Barry Himmelstein, Esq. | |

| | |
|---|---|
| 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | |
| GREENE & HOFFMAN<br>Thomas Greene, Esq.<br>Ilyas Rona, Esq.<br>125 Summer Street<br>Boston, MA 02110 | |
| DUGAN & BROWNE<br>James Dugan, Esq.<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130 | |
| BARRETT LAW OFFICE<br>Don Barrett, Esq.<br>404 Court Square North<br>P.O. Box 987<br>Lexington, MS 39095 | |
| LAW OFFICES OF DANIEL BECNEL, JR.<br>Daniel Becnel, Jr., Esq.<br>106 W. Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | |
| SHAPIRO HABER & URMY LLP<br>Thomas G. Shapiro, Esq. (BBO #454680)<br>53 State Street<br>Boston, MA 02109 | |
| KAPLAN FOX & KILSHEIMER LLP<br>Linda Nussbaum, Esq.<br>805 Third Avenue<br>New York, NY 10022 | |
| COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>Michael D. Hausfeld, Esq. | |

| | |
|---|---|
| 1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | |
| RAWLINGS & ASSOCIATES, PLLC<br>Mark D. Fischer, Esq.<br>Mark Sandmann, Esq.<br>325 W. Main Street<br>Louisville, KY 40202 | |
| Joel Z. Eigerman, Esq.<br>50 Congress Street, Suite 200<br>Boston, MA 02109 | |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>Peter A. Pease, Esq. (BBO #392880)<br>One Liberty Square<br>Boston, MA 02109 | |
| LOWEY DANNENBERG BEMPORAD & SELINGER, PC<br>Richard Bemporad, Esq.<br>Richard W. Cohen, Esq.<br>Peter St. Phillip, Jr., Esq.<br>Todd S. Garber, Esq.<br>The Gateway – 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714 | |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>Joseph J. Tabacco, Jr., Esq.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104-2205 | |
| JOHN F. INNELLI, LLC<br>John F. Innelli, Esq.<br>1818 Market Street, Suite 3620<br>Philadelphia, PA 19103 | |

## **CERTIFICATE OF SERVICE**

      I, Ilyas J. Rona, hereby certify that I have served this document on April 20, 2007 via the ECF system.

                                                                        /s/ Ilyas J. Rona
                                                                      Ilyas J. Rona, Esq.