# EXHIBIT 2

# NEURONTIN in Managed care



**NEURONTIN**
*(gabapentin)*

Overview of 2002 Operating Plan

Summary of Ad Boards and Managed Care
Research

Summary of where Opportunities lie and
where Threats can strategically be overcome

Other opportunities to explore

*Source: Field Reported: 1/01*                                    *for Internal Use Only*

1

_Pfizer_CGrogan_0004242

EXHIBIT

7

03/20/2007  10:44    6153139965                     LCHB NASHVILLE                          PAGE  07/54



PAGE 7/54 * RCVD AT 3/20/2007 11:33:25 AM [Central Daylight Time] * SVR:MP-RIGHTFAX/0 * DNIS:612 * CSID:6153139965 * DURATION (mm-ss):09-48

PS-cr_CGrogan_0004243



3

_CGrogan_0004244



gr_CGrogan_0004245



5

CGrogan_0004246

## NP Lacks Multiple Triggers for Disease Management



**NEURONTIN**
*(gabapentin)*

◆ Multiple factors contribute to managed care customer's lack of attention to neuropathic pain
  - Inability to define the appropriate patients
  - Inability to objectively measure a clinical endpoint
  - Lack of a "gold standard" or national guideline for NP care
  - Lack of knowledge of the true cost of treating neuropathic pain
    – Few plans are able to link medical and pharmacy claims
  - Unwillingness of MCOs to tackle management of an area where the chances of success are low

*for Internal Use Only*

6

er_CGrogan_0004247

## Formulary Management Directions


NEURONTIN
(gabapentin)

◆ Managed care plans use two primary formulary management strategies to manage pharmacy budgets
  • Decrease or control utilization
  • Maximize rebates by shifting share to preferred products

◆ <u>The overall philosophy today is to shift costs and responsibility for product choice to consumers</u>
  • <u>This reduces the use of PA and medical review by payers</u>

◆ The trend in pharmacy management is to mange via benefit design, rather than via formulary management

*Implication for Pfizer:* Customers will be forced to look for creative solutions to curb Neurontin utilization for NP, and likely will look to cost sharing approaches

*for Internal Use Only*

7

er_CGrogan_0004248



**RX Cost Management Options**

NEURONTIN
(gabapentin)

| PHARMACY COST MANAGEMENT APPROACHES | |
|---|---|
| **Formulary Design** | **Benefit Design** |
| * Decrease utilization<br>  – MCOs don't want to control Neurontin<br>  – MCOs don't know the DX for the Neurontin RX<br>  – MCOs don't like PA<br>* Shift share to preferred products<br>  – Customers desire broad formulary options for anticonvulsants<br>  – Customers desire broad formulary options for anticonvulsants<br>  – No alternative product for NP | * Customer preferences can be driven through non-coverage, differential copays, and/or dollar limits<br><br>* Benefit restrictions can be placed on drug classes (e.g., oral contraceptives) |
| *MCO ISSUE:* Puts plans in medical management role | *MCO ISSUE:* Plans must sell the design to customers |

◆ Both benefit design approaches may be used for Neurontin: the key is differentiating the diagnosis
    • Differentiation based on dosage is most likely

*for Internal Use Only*

8

CGrogan_0004249

## Short Term: Neurontin Will Retain Broad Formulary Access

**NEURONTIN**
(gabapentin)

◆ Neurontin is an anticonvulsant, and plans want easy access to anticonvulsants for epilepsy patients

◆ Neurontin will not be re-reviewed when it receives its NP indication except by VA and possibly DOD
  • Neurontin is currently on most formularies
  • Neurontin is perceived as both safe and efficacious
  • Plans recognize Neurontin is already used heavily off-label for NP
    – The NP indication will validate off-label use
    – Some customers believed off-label use is so high that they questioned whether the new indication will notably expand the market

*for Internal Use Only*

9

cr_CGrogan_0004250

## Long Term: Neurontin Utilization Will Gain Attention

**NEURONTIN**
(gabapentin)

◆ What will trigger increased MCO interest in managing Neurontin?
- Significant increases in Neurontin utilization
  - Movement to "Top 20" lists
  - Increase share of voice in the field
- Successful cost containment in other high priority classes due to generic entrants (SSRIs, PPIs, prescription antihistamines)
- Definitive proof that NP patients are costly
- Higher costs per RX due to increased dosing for NP
- Recognition that they stand to benefit from cost control efforts with continued shifts to the fee-for-service reimbursement models

*for Internal Use Only*

10

Pfizer_CGrogan_0004251

## Opportunities and Threats for Neurontin



**NEURONTIN**
(gabapentin)

◆ Opportunities
  • Standard educational materials targeting Employers
  • A more effective screening tool
  • Increase awareness that pain is treatable
  • Help patients develop reasonable expectations for pain
  • A conclusive outcomes study in preparation for dossier requests from NHO
  • Appropriate use stragegy prepared for launch
  • Using LMT's to maximize easy access targets

◆ Threats
  • MCOs may edit based on dose to segment epilepsy patients they do not want to manage from NP patients they do want to manage
  • Plans may try to categorize Neurontin as a "Quality of Life" product to move to 3rd or 4th tier (shift cost to patient)
  • Lack of interest in disease management programs inhibits traditional managed care approaches
  • Speculative threat: would customers move Neurontin to 3rd tier, and permit easy approval for epilepsy patients at 2nd tier?     *for Internal Use Only*

11

CGrogan_0004252



**NEURONTIN**
*(gabapentin)*

Opportunities in Long Term Care
Each institution has approx $67K of opportunity
Speaker training for LTC consultant pharmacists and medical directors

Research
Opportunities in Prisons which have $51K of opportunity

*for Internal Use Only*

12

er_CGrogan_0004253



**NEURONTIN**
(gabapentin)

# APPENDIX

*for Internal Use Only*

13

er_CGrogan_0004254



14

T_CGrogan_0004255

## Management of Neurontin via Benefit Design



**NEURONTIN**
*(gabapentin)*

tier copay structure
- 2nd tier: preferred brands
- 3rd tier: non-preferred brands
- 4th tier: quality of life type products
  - The noise level of 4-tier benefit is greater than the actual shift of lives (<5% lives in 4 tier design currently; but 57% of plans are considering)

◆ HMOs might use different reasons to assign Neurontin to a tier

| Reasons HMOs Might Use to Assign Neurontin to Different Tiers | |
|---|---|
| **2nd Tier Copay**<br>REASON: Ensure availability of Neurontin and anticonvulsants for epilepsy patients | **3rd or 4th Tier Copay**<br>REASON: Control Utilization of Neurontin for NP patients |
| * Previous failure of another anticonvulsant | * Concomitant use of insulin or OAD |
| * Concomitant use of another anticonvulsant | * Daily dosage > 1800 mg |
| * Diagnosis of epilepsy for payers with Dx claims | * Prescribing by specialist other than neurologist |
| | * Diagnosis of NP for payers with Dx claims |

*for Internal Use Only*

15

Pfizer_CGrogan_0004256

# Glossary of Key Terms

| | |
|---|---|
| ◆ NDC Blocks | NDC = National Drug Code **NEURONTIN** (gabapentin)<br>Typically, consists of 5 digits - 4 digits - 2 digits<br>(49867-0369-21)<br>The first 5 digits represent the manufacturer.  Second 4 represent both the product name and strength (e.g. Inderal 10mg).  The final 2 are the package size.<br><br>Plans that don't want to cover a specific drug will "block" the NDC number in the prescription claims processing system which verifies drug coverage for prescriptions at the point-of-sale.  Dispensing systems also determine formulary or non-formulary status.  Blocking an NDC number guarantees that the plan will not pay for certain NDC-based dispensing.  Plans use NDC blocks to prevent access to certain drugs by formulary omissions |
| ◆ Prior Authorizations | Pre-approvals which specify under what circumstances a health plan or insurance company will cover the cost of certain drugs.  Such authorizations may require that the prescribing physician provide certain documentation, such as evidence of a diagnosis, to be eligible for the drug to be covered based on certain criteria established by the insurer, such as documentation from a prescribing physician.<br><br>Plans use prior authorizations to control the utilization of certain drugs because a plan considers them appropriate only for certain groups of patients. |

for Internal Use Only

16

r_CGrogan_0004257

## Advisors Represented



NEURONTIN
(gabapentin)

◆ Health Plans (January 2002)
  • CIGNA
  • CommunityCare
  • Intermountain Healthcare
  • Ochsner Health Plan
  • Sentara Health Plan
  • Providence Health Plan
  • Regence Group
  • Universal Care
  • University of Pittsburgh
    Medical Center Health Plan

◆ Employer (January 2002)
  • Commonwealth Health
    Benefits

◆ PBMs (March 2002)
  • ACS Consultec
  • Caremark
  • Express Scripts
  • FirstHealth
  • MedImpact
  • Merck Medco
  • NCS HealthCare
  • Northwest Pharmacy
    Services
  • Walgreens Health Initiative
  • Wellpoint Pharmacy
    Management

◆ Government (March 2002)
  • Department of Defense
    (Texas)
  • VA Medical Center (Denver)

for Internal Use Only

17

CGrogan_0004258



## Confirmed Attendees for June Panel

**NEURONTIN**
*(gabapentin)*

- Anthem BC BS (CT)
- ConnectiCare
- Coventry Healthcare (DE)
- Preferred Care
- Harvard Pilgrim Healthcare
- Optimum Choice/MAMSI
- Independence BC BS (PA)

- Oxford Health Plans
- HealthCore
- John Hopkins Health Plan

*for Internal Use Only*

18

CGrogan_0004259