# EXHIBIT 4

# <u>FILED UNDER SEAL</u>

CONFIDENTIAL



*CLINE, DAVIS & MANN, INC.*

# Neurontin War Games

## Summary Report

### April 3, 1996

V046875

CLINE, DAVIS & MANN, INC.

**Executive Summary**    CONFIDENTIAL

On March 1, 1996, a multidisciplinary group assembled for the day at the Sheraton Tara for the purpose of conducting an intensive competitive analysis of the oral antiepileptic marketplace. The overall goal was to assess the current positioning and strategic direction for Neurontin in light of the purported relaunch of Lamictal and the pending US approval of Topamax.

The group reviewed the US and international markets, as well as in-depth corporate profiles of both Johnson & Johnson and Glaxo Wellcome. Additionally, the group reviewed recent market research regarding customer attitudes and perceptions of the available AEDs to better assess the market's current needs. At this point, two teams were formed to conduct the war games exercises. One team assumed the posture of the Lamictal marketing team, the other role-played for Topamax. Following presentations from each team on proposed strategies and positioning, the group as a whole discussed the insights gained and applied the learning to Neurontin. Current Neurontin positioning and strategies were reviewed and refinements were made based on the day's learning.

**Key Learning:**

As the leading new AED in the US marketplace, it is assumed that Neurontin will be the obvious target of both J&J and the GlaxoWellcome counter detailing efforts. It is also assumed that both Lamictal, and especially Topamax, will define their positioning based on their efficacy profiles, since neither product can match Neurontin in terms of safety. J&J and GlaxoWellcome will seek to convince physicians that the goal of antiepileptic therapy is control and that efficacy is an unment need in the marketplace.

In the current marketplace, efficacy stands well behind safety in terms of desired attributes of an AED. Most physicians believe most of their patients are "well-controlled" with monotherapy. However, the group believes that there is disparity between a physician's definition of "well-controlled" and a patient's definition. Correcting this disparity represents an opportunity for all of the new AEDs, which are currently only indicated for add-on therapy. Added to the efforts of Parke-Davis, the launch of Topamax and the introduction of the Cerenex field force behind Lamictal should have the effect of raising the overall noise level regarding the benefits of combination therapy. Over time we would expect to see a substantial change in clinical practice with substantial growth in the use of combination therapy beyond highly refractory patients who are treatment failures on monotherapy.

V046876

CONFIDENTIAL

CLINE, DAVIS & MANN, INC.

The opportunity exists for Neurontin, as the leading new AED, to define itself as the ideal new treatment standard because in combination with older therapies Neurontin offers the greatest potential for control with the lowest potential for side effects and toxicities. No other new AED can confidently claim the same.

The challenge to Parke-Davis will be to maintain a competitive share of voice as the overall noise level increases, and to prevent competitors from undermining the perception of Neurontin's efficacy. It is assumed that they will point out to physicians the high dose and the large number of pills per day needed to achieve equal efficacy with Neurontin. They will claim greater potency. And they will also point to issues of convenience, compliance and the high daily cost to the patient when Neurontin is prescribed at adequate doses.

Parke-Davis has already begun emphasizing that the safety of Neurontin allows physicians to titrate liberally to achieve desired efficacy. The link between safety and efficacy must be strengthened even further to offset competitive pressure: Only Neurontin offers the safety profile that allows physicians the dosing flexibility to titrate to the maximum effect without compromising safety.

Both Topamax and Lamictal have potentially significant drug interactions with older AEDs. There is an opportunity to focus physicians understanding on how these drug interactions can impact safety. Neurontin's lack of drug interactions reduces the potential to complicate or compromise therapy. This issue can help slow the adoption, particularly of Topamax which interacts with both Dilantin and Tegretol. Topamax should be reserved for second or third line add-on therapy when all else fails.

Balancing the need for safety and efficacy will also be key to gaining acceptance as monotherapy. There is an opportunity to educate physicians on the potential benefit of titrating the older, less tolerable, first-line agent down, once control has been established with Neurontin add-on therapy. This should potentially improve the tolerability of combination therapy, and may be the first step for many physicians towards the adoption of Neurontin as monotherapy.

Neurontin's strong safety image makes it the ideal AED for primary care. This may provide an advantage in the managed care market as "gatekeepers" become more comfortable with Neurontin and MCOs seek to minimize specialist involvement. At some point in the future, particularly with the introduction of the monotherapy indication, this may become a solid, self-sustaining image for the product since primary care physicians overall do write a large portion of the prescriptions for AEDs. However individual PCPs are far less productive than specialists.

Therefore, in the short-term we must be wary of a potential competitive strategy to niche Neurontin in the minds of the specialists as a "primary care drug". This strategy would attempt to undermining the perception of Neurontin's efficacy with the specialists. Specialists drive the adoption of new AEDs; they are the high volume writers; and they currently view Neurontin very favorably.

V046877



CONFIDENTIAL
*CLINE, DAVIS & MANN, INC.*

Specialist support will be critical to maintaining and accelerating the Neurontin growth curve. Parke-Davis has enjoyed strong support of this group for many years. We must be proactive in maintaining their support in the face of intense competitive attention that will be paid to this group.

The group concluded that with minor adjustments, the current positioning ("Add Neurontin First. Titrate to maximum effect.") and strategic direction of Neurontin should be maintained. The link between safety and efficacy needs to be strengthened for the titration story to achieve its maximum potential. As the leading new AED, there are opportunities to proactively define treatment guidelines for combination therapy and to establish the appropriate parameters to assess quality of life. Awareness that the market dynamics are about to undergo significant change is the first step to preempting and/or proactively addressing these changes.

V046878



CONFIDENTIAL

CLINE, DAVIS & MANN, INC.

### Current Customer Perceptions

To gain insight into current customer perceptions, two recently conducted image studies were reviewed: the MMI AED Market Syndicated Study (July 1995), and the Migliari Kaplan Study (June 1995).

Both of these studies measured the most important attributes of AEDs , as ranked by neurologists. Dilantin Tegretol, Depakote, Neurontin and Lamictal were ranked relative to each of these key attributes. The rankings of existing products vs key attributes were reviewed prior to the War Game exercises. According to the image studies, the most important attributes of AEDs are

<u>Adult and Pediatric</u>

Low incidence of side effects
Rarely reaches toxicity before seizures are controlled
No drug-drug interactions with other AEDs
Effective as monotherapy
Very efficacious for complex partial seizures <u>with</u> secondary generalizations
(Not) Associated with cognitive problems
(Not) Associated with psychosis
Very efficacious for complex partial seizures <u>without</u> secondary generalizations
Low out of pocket cost for patient
Very convenient dosing schedule

<u>Adult:</u> Very efficacious for tonic/clonic seizures

<u>Pediatrics</u>: Indicated for pediatrics

The MMI study also offered insights into attributes of AEDs that neurologists considered well-fulfilled in the current market. These included:

1. Efficacy on tonic/clonic seizures
2. Low incidence of renal impairment
3. Available as monotherapy
4. Efficacy in partial seizures (with secondary generalization)
5. Effective as adjunctive therapy.

Attributes of AEDs considered <u>not </u>well-fulfilled currently are:

1. Low cost to patient
2. Control of Lennox-Gastaut
3. Is not hepatically metabolized
4. No need to adjust dose with combination therapy
5. No major drug to drug interactions

V046879

CONFIDENTIAL

*CLINE, DAVIS & MANN, INC.*

## Johnson & Johnson Corporate Profile

Johnson & Johnson had estimated total sales of $18 billion in 1995. It ranked fourth on Fortune's 1996 list of "Most Admired" companies (up from #17). It has a diversified product line, lacking dependence on any single product. Its OTC strengths and broad market experience are important assets. Six sales divisions (McNeil, Ortho Pharmaceutical, Ortho/McNeil, Janssen, Ortho Dermatology, and Ortho Biotech) offer tremendous flexibility in detailing. From a managed care prospective, J&J is able to "bundle" across a full range of products through its Health Care Systems group.

Pharmaceuticals represent close to one-third of J&J sales and an even larger share of overall profits (56.5% in 1994). The CNS category represented approximately 6% of pharmaceutical sales in 1994. Risperdal, an anti-psychotic launched in 1994, achieved the highest total dollar volume in 1995, with $363,293,000 in sales (12.6% share of J&J pharmaceutical sales). Risperdal is marketed by the Janssen division, which is the largest contributor of pharmaceutical sales and is developing over half of the compounds in clinical trials.

In 1994, J&J ranked first among major US pharmaceutical companies in terms of R&D with of expenditures $767 million. While the cardiovascular category has the largest number of compounds in development (12), psycho-therapeutics is the major area of R&D concentration within the CNS category. Six compounds are currently in late stages of development., including three antiepileptic agents: topiramate, sabeluzole (profile similar to carbamazepine), and loreclezole (effective for tonic/clonic seizures) .

J&J has a field force of 2029 reps (220 hospital reps). Although they accumulated a total of 2.5 million details in 1995, only 11,000 of those details were to neurologists. These were mostly for Ultram and mostly from the McNeil sales division. The company has created a number of co-promotional agreements. For example, within the Janssen division there is a psychiatric specialty force of 75 reps in place to co-promote Risperdal (schizophrenia) and Paxil (depression) with Smith Kline & Beecham. It is thought that this group has the potential to be transformed into a CNS specialty force.

V046880

CONFIDENTIAL

CLINE, DAVIS & MANN, INC.

### Glaxo Wellcome Corporate Profile

The merger of Glaxo & Burroughs-Wellcome formed the number one pharmaceutical company worldwide. They have a 5.5% share of the total market, with one of the broadest portfolios in the industry. This increases their competitive opportunities to effectively "bundle" products to manage care.

Glaxo Wellcome has stated that it will spend approximately $1.9 billion in R&D in 1996 with an aggressive strategy to bring three new drugs to market each year. Their efforts are focused on seven key areas: respiratory, CNS, gastro-intestinal, anti-viral, cancer, cardiovascular, and immunology. They have formed alliances with NeuroSearch and Regeneron for the purpose of developing agents to treat CNS disorders.

Glaxo Wellcome has 2,482 sales reps (230 hospital). In 1995, Lamictal was detailed predominantly by Dupont Pharmaceutical (55%) and Burroughs-Wellcome (35%). This mix is expected to change in 1996 when the Cerenex division (approximately 450 reps) is expected to take a larger role. Their priorities are: Imitrex (#1 dollar volume, Nrxs, TRxs), Zantac, Wellbutrin (#2 dollar volume, NRxs, TRxs), and Lamictal (#3 NRxs, TRxs). The Cerenex sales force delivered 9% of the total industry details to anesthesiologists in 1995 and 6% of the total details to neurologists. Neurologists recently ranked the Cerenex field force second in overall quality, behind Parke-Davis.

V046881

CONFIDENTIAL

*CLINE, DAVIS & MANN, INC.*

**1996 AED Marketplace
War Games**

**Team Breakouts**

| **Lamictal** | **Topamax** |
|---|---|
| L. Magnus Miller | E. Guerrero |
| J. Knoop | S. Phillips |
| J. Hall | J. Rizzo |
| M. LaBonte | T. Albright |
| G. Shimoun | L. Hayes |
| C. Dago | S. Miller |
| M. Friedman | E. Wise |
| J. Prince | L. Ciancio |
| | J. Boris |

V046882

CONFIDENTIAL

CONFIDENTIAL

*CLINE, DAVIS & MANN, INC.*

### War Games Breakout Sessions

The group then broke out to their respective teams. Each team was given approximately two hours to work through the discussion guide, role-playing as competitive product managers

1. **Complete product attribute worksheet**

    Taking into consideration how the market currently views existing products, what rating does your team feel is desirable and achievable for your product?

2. **Conduct a SWOT analysis for your product**

    -Strengths and weaknesses relative to the product and the corporation

    -Opportunities and threats relative to:
    the product or corporate strengths
    market trends or changing needs
    competitive weaknesses

3. **Define your product positioning**

4. **Develop marketing objectives**

5. **Develop strategies and top line tactics to achieve objectives**

6. **Explore Neurontin counter-detailing strategies**

A review of each teams' SWOT analysis, strategy and positioning follows.

V046883

CONFIDENTIAL

CONFIDENTIAL

*CLINE, DAVIS & MANN, INC.*

| 10 Most Important Attributes | Dilantin | Depakote | Tegretol | Neurontin | | | Lamictal | | | | Topamax | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Add-on Currently | Monotherapy Currently | Desired | Add-on Currently | Monotherapy Currently | Add-on Desired | Monotherapy Desired | Desired | Desired |
| Low incidence of side effects | 18 | 10 | 12 | 53 | 56 | 60 | 17 | 23 | 25 | 30 | 36 | 38 |
| Rarely reaches toxicity before seizures are controlled | 30 | 32 | 27 | 45 | 50 | 100 | 21 | 34 | maintain | maintain | 65 | 66 |
| No drug-drug interactions with other AEDs | 1 | 3 | 2 | 77 | 30 | 100 | 4 | 7 | 10 | ns | 10 | 10 |
| Effective as monotherapy | 97 | 93 | 94 | 6 | 59 | 75 top/btm | 1 | 39 | 66 | 70 | 50 | 50 |
| Very efficacious for complex-partial seizures with secondary generalization | 69 | 47 | 78 | 57 | 45 | 65 | 49 | 38 | 70 | 50 | 75 | 75 |
| Associated with cognitive problems | 72 | 32 | 56 | 25 | 24 | 10 | 21 | 21 | maintain | maintain | 36 | 36 |
| Associated with psychosis | 21 | 9 | 15 | 1 | 2 | 1 | 2 | 2 | maintain | maintain | 1 | 1 |
| Very efficacious for complex-partial seizures without secondary generalization | 69 | 49 | 95 | 65 | 51 | 66 | 59 | 45 | 70 | 80 | 75 | 75 |
| Low out of pocket cost for patient | 72 | 4 | 19 | 1 | 3 | 1 | 1 | 5 | maintain | maintain | 36 | |
| Very convenient dosing schedule | 94 | 15 | 12 | 22 | 21 | 21 | 24 | 32 | maintain | 60 | 25 | 20 |
| Very efficacious for tonic clonic seizures | 93 | 71 | 59 | 13 | 14 | 13-14 | 9 | 11 | 60 | 20 | 60 | 60 |
| Indicated for pediatrics | 74 | 70 | 77 | 45 | 38 | 50 | 20 | 18 | maintain | maintain | 25 | 25 |

V046884

CONFIDENTIAL

**Topamax**

*CLINE, DAVIS & MANN, INC.*

| Strengths | Opportunities |
|---|---|
| • Strong efficacy data<br> - twice as effective as Neurontin at the starting dose<br>• Multiple mechanisms of action<br> - combines best of old AEDs as well as the best of new<br>• Low Dose<br> - minimizes titration problems<br>• Improved convenience<br> - BID dosing<br>• Improved compliance<br> - low cost<br> - fewer pills per day<br>• J&J has a strong marketing culture<br>• 2000 + Reps<br>• Potential DTC focus based on the strength of J&J OTC experience<br>• Deep pockets to fund promotional efforts | • Develop relationship with EFA<br>• Develop "Young Turks", i.e. up-and-coming thought leaders<br> -with the understanding that Parke-Davis own the "old guys"<br>• Develop relationships with community neurologists<br> -Parke-Davis is concentrating of epileptologists<br>• Take advantage of Parke-Davis's concentration of cardiovascular<br> -particularly with imminent launch of atorvastatin<br>• Rapidly secure monotherapy indication<br>• Create a centralized CNS Sales Force<br>• Explore managed care potential (bundling)<br>• Maximize impact of existing hospital sales force<br>• Push of Phase IV studies defining the <u>lowest</u> effective dose<br> -reduces associated side effects and costs<br> -supports product's image as highly potent and effective agent<br> -directly opposed to Neurontin's strategy with the STEPS trial |
| **Weaknesses** | **Threats** |
| • Side effects include cognition problems and kidney stones<br>• Known drug interactions with Dilantin and Tegretol<br>• Limited patient exposure relative to Neurontin and older AEDs<br>• Third entrant into new AED class<br>• Lack of long-standing neurology experience | • Potency image may cause it to be perceived as a new "Felbamate"<br>• Managed care formularies may be less interested in the third entrant<br> - may restrict usage due to potency<br>• Adverse event profile less favorable than Neurontin and Lamictal<br> -Side effects are still seen even at relatively low doses<br>• Neurontin will probably receive monotherapy indication first<br>• Lamictal and Neurontin both of better quality of life data |

V046885

CONFIDENTIAL

CONFIDENTIAL

*CLINE, DAVIS & MANN, INC.*

## Topamax

### Positioning:

- Topamax is the first AED with a unique mechanism of action that delivers good efficacy at a low dose and low cost to the patient

### Marketing Objectives:

- Become the #1 detailed product to neurologists
- Achieve a 2% share of NRxs by end of year one
    -achieve a 4% share of NRxs by end-of year two
- Rapidly surpass other new AEDs to become the drug of choice for monotherapy (in actual usage, if not by indication)

### Strategy:

- Focus on efficacy as an unmet need in the new AED Marketplace
- Based on its strong efficacy image, make Topamax "the Specialists Drug"
    -Specialists are very interested in efficacy since they tend treat patients who are more difficult to control
    -Specialists are more likely to carefully titrate to achieve full efficacy while balancing side effects
- Emphasize slower titration, with rapid response
- Build experience with low dose
    -conduct Phase IV studies using lowest possible effective dose
    - document reduced side effects at lower doses
- Explore a pricing structure that discourages high dose usage
- Diffuse potential concern over cognitive impairment by communicating "no psychosis" and by tying cognition problems to higher doses
- Utilize thought leaders and investigators to establish credibility with target market
    -"Young Turks", teaching hospitals and community neurologists
- Capture managed care segment through disease management programs
    -Topamax achieve better control at much lower dose, therefore a much lower costs than Neurontin
- Develop a strong medical education program
- Create a dedicated CNS sales force from Janssen's psych sales force
- Conduct epilepsy preceptorships for sales force

### Neurontin Counter-detailing Strategy:

- Position Topamax as the specialists drug based on its efficacy, and Neurontin as a light weight drug for primary care based on its safety profile
- Stress the need for fewer pills to achieve better efficacy
    -therefore lower cost and better convenience/compliance

V046886

CONFIDENTIAL

**Lamictal**

*CLINE, DAVIS & MANN, INC.*

| **Strengths:** | **Opportunities:** |
|---|---|
| <ul><li>Glaxo Wellcome merger creates very deep pockets and introduces Cerenex sales force</li><li>Lamictal has dominant market share and broad experience in Europe</li><li>"Broad spectrum" of efficacy not limited to partial seizures</li><li>Good quality of life data</li><li>BID dosing with a well-defined range</li><li>Image as being safer than traditional AEDs</li></ul> | <ul><li>Monotherapy indication</li><li>Declining Neurontin sales support</li><li>European/Global experience (CME)</li><li>Deep pockets (Sales Force)</li><li>Changing Paradigm (Tegretol Add On)</li><li>Possible Co-Promotion with Ciba</li><li>Increased noise in market (due to Topamax launch)</li><li>Primary Care</li><li>Pediatric usage (Lenox-Gastaut)</li><li>Tegretol XR approval</li></ul> |
| **Weaknesses:** | **Threats:** |
| <ul><li>Rash</li><li>Drug interactions with Depakote</li><li>Slow titration period</li><li>High cost</li><li>Cerenex sales force has no experience in epilepsy market</li><li>Unfocused sales force with broad corporate portfolio to maintain</li><li>Playing catch-up with Neurontin in the US market</li><li>Dose-related toxicities</li></ul> | <ul><li>Topamax entry into market</li><li>Neurontin as Monotherapy</li><li>Slow FDA approval time</li><li>Depakote (CPS indication)</li><li>Development of other side effects (treatment emergent)</li><li>Glaxo Pipeline (diminished focus)</li><li>Cerebyx Launch</li></ul> |

V046887

CONFIDENTIAL

CLINE, DAVIS & MANN, INC.

**Lamictal**

CONFIDENTIAL

**Positioning:**

1. First line add-on therapy to achieve complete control of partial seizure
2. Optimized seizure control when used with Tegretol

**Marketing Objectives:**

1. Become the ONLY add-on therapy to Tegretol
2. Prepare the market for monotherapy indication

**Strategy:**

- Overcome Neurontin's reputation for safety by shifting the current mindset away from safety as the #1 attribute and placing emphasis on the goal of being "seizure-free":
        The Goal is Control!
- Take this message directly to patient, emphasizing that true "quality of life" is having no seizures, not fewer seizures.
- Associate efficacy with Tegretol's efficacy
- Educate physician with treatment algorithm
- Co-promote with Ciba-Geigy
- Leverage world wide experience
- Expansion beyond office-base physicians into long term care  and developmental centers

**Tactics:**

- Develop Protocol
- CME (Off-Label Usage based on worldwide experience)
- Tegretol & Lamictal Quality of Life Clinical Program (Outcomes)
- Cost Sharing Program
- "Seizure Control Guarantee"
- Journal Ads/Direct Mail/Mediscripts Ads
- Target Tegretol Patients: Pay to send them to a neurologist if uncontrolled.
- Create Pharmacy Materials
- Create "T LC" -- Tegretol, Lamictal, Compliance Program

**Neurontin Counter Detailing Strategy:**

- Attack "Multiple" Pills and high dosing thresholds needed to achieve efficacy
- Hammer Non-Efficacy - Better Control with Lamictal
- Continue "Warm & Fuzzy" imagery used in current campaign
- Position Neurontin as "Add-on of last resort"

V046888

## Neurontin

*CLINE, DAVIS & MANN, INC.*

The entire group reviewed the Neurontin SWOT analysis conducted for the 1996 Operating Plan.   Additions are listed in bold face.

CONFIDENTIAL

| Strengths | Opportunities |
|---|---|
| • Leader in epilepsy<br>• Epilepsy thought leaders' support<br>• EFA Partnership<br>• Excellent safety profile<br>• 150,000 patient experience<br>• Minimal pressure to discount<br>• **Only new AED indicated for children age 12 and up**<br>• **Safety in elderly**<br>• **No drug-drug interactions with other AEDs**<br>• **Good quality of life data**<br>• **Established group of high-dose thought leaders** | • Neuropathic pain/migraine use<br>• Positive results of -88 monotherapy study<br>• Untapped demand at epilepsy patient level<br>• Abbott focusing on bipolar disorders and psychiatrists<br>• Ciba Geneva's minimal level of promotion<br>• Launch of fosphenytoin<br>• **Teens and elderly**<br>• **Plasma level data to reinforce titration becoming available**<br>• **Managed Care** |
| **Weaknesses** | **Threats** |
| • Limited to refractory patients<br>• Small prescriber base<br>• Slow growth of epilepsy market<br>• Perceived lack of efficacy<br>• Plasma level data not available<br>• Average dose is 1200 mg<br>• High dose formulation not available<br>• **High cost to achieve good efficacy**<br>• **Increased corporate demands in non-CNS/epilepsy categories** | • Results of -82 monotherapy study do not support a monotherapy indication<br>• Monotherapy NDA supplement submission moved to 3Q96<br>• Glaxo-Wellcome support of Lamictal<br>• **Topamax approval expected in 2Q/3Q96 perceived as a potent drug**<br>• **Epilepsy focus become diffused by pain usage & new PD pipeline**<br>• **Niching as ideal Primary Care drug by competition may undermine efficacy perception**<br>• **Two competitors slamming efficacy**<br>• **CBU priorities may not be aligned with those of epilepsy disease team**<br>• **Tegretol XR approval** |

V046889

CLINE, DAVIS & MANN, INC.

### Neurontin

The current Neurontin Positioning was also reviewed by the group and was determined to still be on target, with a slight modification to the secondary message (shown in bold) to strengthen the efficacy claim

**Current Neurontin Positioning**

The ideal next step after Tegretol or Dilantin -

**Primary Message**

"Add Neurontin First

**Secondary Message**

"Titrate to **Maximum** Effect"

CONFIDENTIAL

V046890

CONFIDENTIAL

CONFIDENTIAL

CLINE DAVIS & MANN INC

**Neurontin Communication Platform**

| Current Message | Modified Message | Benefit |
|---|---|---|
| **After first-line failure** | **When optimum control is not achieved with monotherapy** | Broadens potential base of patients |
| | | Doesn't limit therapy to most refractory patients |
| **Add Neurontin for Added Control** | **Neurontin helps more patients achieve their goal of control** | Raises/challenges the physician's standard of "well-controlled" |
| **Add Neurontin First** | **Add Neurontin First** | |
| -doesn't pharmacokinetically interact with first line agents | -Adds efficacy without adding real concerns over drug-drug interactions documented with newer AEDs | Establishes drug interactions of competitive agents as a potentially significant safety issue |
| | -Well-tolerated with a safety profile documented in over 150,000 patient starts | Strengthens overall safety/tolerability message |
| -Over 100,000 patient starts | -Only new AED indicated for patients age 12 and up | Halo effect for safety |
| **Titrate to Effect** | **Titrate Neurontin to Maximum Effect** | |
| | -Tolerability is maintained even at maximum doses | Encourages physicians to push dosing to achieve efficacy |
| | -Allows the flexibility to achieve individualized treatment goals | Tie safety/tolerability profile to efficacy |
| | **Titrate first-line therapy to optimize quality of life (CME only)** | Neurontin defines "quality of life" |
| | -Once optimum seizure control is achieved, physicians may choose to adjust the dosage of first-line agents to improve overall tolerability | First step toward monotherapy |

V046891

CLINE, DAVIS & MANN, INC.

**Neurontin**

CONFIDENTIAL

**Key Issues:**

1.  With the entry of Topamax into the market and the addition of the Cerenex sales force behind Lamictal, the competition will probably attempt to shift the debate toward efficacy as an unmet need in the marketplace. They will present efficacy as a relative strength of their products and as a relative weakness of Neurontin.

2.  New competition will raie the overall noise level in the market and impact the relative share of voice that Neurontin currently enjoys. Internal dynamics of new product launches may further impact share of voice if the emphasis of the Parke-Davis field force shifts away from neurology.

**Strategies:**

1.  Given the positive growth and momentum behind Neurontin, continue the current campaign while refining current positioning and communication platform to better highlight competitive advantages.

2.  Capitalize on (and defend) the existing market emphasis on safety while emphasizing Neurontin's image of safety

3.  Create a strong link between the safety of Neurontin and its efficacy: The safety profile allows physicians the unique flexibility to titrate to maximum effect without compromising safety and tolerability

4.  Challenge the definition of "well-controlled". Champion the benefit of add-on therapy not just for monotherapy treatment failures but also as an opportunity for more patients to achieve their goal of optimum control as they approach the point of diminishing returns with monotherapy (due to toxicity).

5.  Preemptively define quality of life as optimal control with optimal tolerability

V046892

CONFIDENTIAL

CLINE, DAVIS & MANN, INC.

**Neurontin**

**Tactics:**

CONFIDENTIAL

1.  Revisit sales presentations off of current visual aid to assess the potential to modify or adjust communication messages with minimal or no changes to existing materials.

2.  Develop adjunctive promotional materials that can help communicate a refined message without significant investment
    A.  Comparative drug interactions wall chart
    B.  150,000 patient starts safety flashcard
    C.  High dose tolerability flashcard
    D.  Weighing safety/efficacy trade-offs in achieving optimum control
    E.  "Well-controlled" from the patient's perspective
    F.  "Quality of Life" from the patient's perspective

3.  Review current journal ad to assess benefit of modifying message at this time.

4.  Enhance medical education opportunities in current speaker programs, CME film/monographs, and "white paper" publications to :
    A.  Redefine treatment goals
    B.  Define quality of life parameters and measurments
    C.  Develop guidelines for add-on therapy
    D.  Explore the complexitites of combination therapy

5.  Create feedback mechanisms to reinforce the positive impact of optimum control and quality of life on patients
    A.  Patient/physician survey vehicles
    B.  Patient testimonials (video and/or print series)

6.  Develop managed care program to position Neurontin as the ideal add-on therapy for managed care environment based on its safety profile
    A.  Define the impact uncontrolled patients on managed care
    B.  Define the value of add-on therapy to patients and physicians
    C.  Model potential cost of drug interactions with competitive agents
    B.  Create appropriate use guidelines for add-on therapy
    C.  Develop outcomes measures and assessment tools

7.  Develop new sales training backgrounders on Lamictal and Topamax

V046893

*CONFIDENTIAL*

**2    American Society of Consultant Pharmacists Dinner Symposium
Midyear Conference–San Diego, CA OR Annual Meeting–San Francisco, CA**

## OVERVIEW

Medical Education Systems, Inc. (MES) proposes to implement a dinner symposium entitled **"Implications of Using the Newer Antiepileptic Agents in the Elderly Patient - Debatable Issues"** at the Midyear Conference (San Diego, CA) or at the Annual Meeting (San Francisco, CA) of the American Society of Consultant Pharmacists (ASCP) under the sponsorship of PARKE-DAVIS. The program will accommodate a total of 250 pharmacists. The slides and workbooks from the Antiepileptic Inservice Programs will be used as program materials.

Program promotional activities may include:

- one direct mailing (six weeks before the program) of a program announcement brochure to the entire membership of the ASCP (approximately 6,000)
- posters to be placed in the lobbies of convention hotels
- reminder flyers to be placed under the hotel-room doors of the consultant pharmacists the evening prior to the program

## PROGRAM SPECIFICS

**Date:**    Sunday, May 21 or Monday, May 22, 1995, San Diego, CA OR
Thursday, November 16 or Friday, November 17, 1995, San Francisco, CA

**Agenda:**    6:00 pm    Registration/Dinner
7:00 pm    Lecture
Proposed Faculty:    Gail Anderson, PhD
School of Pharmacy
University of Washington
8:30 pm    Question & Answer Session ** **This can be enhanced by using a hand-held computer to introduce the debatable issues.**
9:00 pm    Program Conclusion

**CE Credit:**    Two contact hours (0.2 CEUs) for pharmacists provided by Medical Education Systems, Inc.

**Handout Materials:**    Workbook containing a printed program introduction/abstract and hard copies of the program slides.

Medical Education Systems, Inc. – 1800 JFK Boulevard, Suite 1500 – Philadelphia, PA 19103 – (215) 665-1060

V046894



## BUDGET NARRATIVE

<u>Symposium Expenses</u>
| | |
|---|---|
| ASCP fees | $ 6,500 |
| Meal expense (Dinner for 250 attendees @ $40 per person) | $10,000 |
| Audio/visual rental (rear screen projection) | $ 1,500 |
| Printing of handout materials (250 workbooks containing a hard copy | |
|       of the slides from the live program) | $ 0 |
| Shipping of program materials to program location | $ 250 |
| **Hand-held computers (100) (optional)** | **$10,000\*\*** |

<u>Symposium Promotional Activities</u>
| | |
|---|---|
| Program announcement brochure (2-color, bi-fold, self-mailer | |
|       with business reply card, 6,000 copies) | $ 4,700 |
| Mailing labels of ASCP membership (6,000 labels) | $ 0 |
|       (included in ASCP fees) | |
| Postage for mailing program announcements via third class mail | |
|       ($0.13 per piece x 6,500 pieces) | $ 845 |
| Mail house fees ($65 per 1000 x 6.5) | $ 425 |
| Posters for hotel lobby/registration desk (3 on foam core, 2-color) | $ 600 |
| Creative development of all promotional materials | $ 4,500 |

<u>Continuing Education Accreditation</u>
| | |
|---|---|
| Provider fees (0.2 CEUs @ $1,000 per credit) | $ 2,000 |

<u>Speaker Honorarium/Travel and Lodging Expenses/Support Materials</u>
| | |
|---|---|
| Honorarium (1 speaker) | $ 750 |
| Travel and lodging for one evening (1 speaker) | $ 1,250 |
| Slides for 2 hour program (approximately 60 slides) | $ 0 |

| | |
|---|---|
| <u>HSI Staff (2) Travel and Lodging Expenses</u> | <u>$ 2,500</u> |
| | |
|          TOTAL DIRECT FEES | $44,570 |

<u>HSI Professional Services and Overhead</u>
Fees for program development, speaker recruitment, program
coordination, on-site supervision/registration staffing, etc.

| | |
|---|---|
|          TOTAL INDIRECT FEES | <u>$12,000</u> |
| | |
|          **TOTAL PROGRAM FEES** | **$56,570\*\*** |

Copyright© 1995. Medical Education Systems, Inc. - 1800 JFK Boulevard, Suite 1500 - Philadelphia, PA 19103 - (215) 665-1060

V046895