# EXHIBIT 5

# **<u>FILED UNDER SEAL</u>**

4. **Product Lifecycle Management**
   a. Situational Analysis - With the maturation of our current products it is imperative that we seek the advice of the NCCBU thought leaders on lifecycle management. We will solicit advice on future directions for each product and address any new questions or concerns regarding our current products.
   b. Strategy                                                                    Total = $300,000
      (1) Conduct Product Lifecycle Management Discussions                        $300,000
         (a) Tactics
            i) Hold Neurontin in Pain Advisory Discussions                        $250,000
            ii) Hold Neurontin in Psychiatry Advisory Discussions                 $ 50,000

5. **Assisted Living**
   a. Situational Analysis - The Assisted Living Communities are a customer that has not been approached. It is vital that we investigate the possible use of Cognex at these communities and the best way of delivering the Cognex sales message to the decision makers within these communities.
   b. Strategy                                                                    Total = $ 45,000
      (1) Create Viable Sales Procedures                                          $ 45,000
         (a) Tactics
            i) Hold Assisted Living Community Influential Personnel Advisory Meetings  $ 25,000
            ii) Hold Assisted Living Community Cognex Speaker Programs            $ 20,000

6. **Long Term Care (LTC)**
   a. Situational Analysis - An important customer for all of our current products and will continue to be vital in the success of our new products. With continued growth in this sector it is important that we maintain strong relationships with these customers.
   b. Strategy
      (1) To personalize the current selling messages to the LTC setting
         (a) Tactics
            i) Conduct a Consultant Pharmacist Meeting (paid by HCS)

7. **Managed Health Care**
   a. Situational Analysis - Managed Care is critical to the success of our current products and is absolutely vital to gain access for our new products. We must precede the launch of our new products with the acceptance of our new products on all MHC Formularies.
   b. Strategy
      (1) Pave the way for MHC Formulary acceptance of new products
         (a) Tactics
            i) Develop a "Formulary Kit" for MHC for each New Product
            ii) Incorporate MHC Research Clinicians in Ann Arbor Meetings

EXHIBIT 3
tabbies

W 002185

CONFIDENTIAL
PAGE 21/23 * RCVD AT 3/21/2007 5:31:37 PM [Central Daylight Time] * ID:6152444224 * DURATION (mm-ss):07-32

WLC_FRANKLIN_0000095631