# EXHIBIT 6

# **FILED UNDER SEAL**

**CONFIDENTIAL**

# 1996
# EPILEPSY BUSINESS PLAN

## V. STRATEGIES BY CUSTOMER SEGMENT (cont'd)

**2. Direct to Consumer Strategy**
- Drive new patients into physicians' offices by launching EASE to 100,000 self identified epilepsy patients.

**3. Managed Care Strategies**
- Position Dilantin as First Choice, First Line and Neurontin as First Choice Add-on.
- Develop and communicate models that document the cost effectiveness of Parke-Davis programs and products.
- Improve patient compliance with Neurontin and Dilantin/Neurontin by utilizing EPIQS.
- Implement treatment guidelines within managed care
- Key Customers:
  - Harvard
  - Caremark
  - Cigna
  - Coventry
  - Humana
  - Pacificare
  - Foundation Health

V039947

EXHIBIT 4

WLC FRANKLIN_0000038591

PAGE 24/54 * RCVD AT 3/20/2007 11:33:25 AM [Central Daylight Time] * ... :6153139965 * DURATION (mm-ss):09-48