**EXHIBIT 7**

**FILED UNDER SEAL**



NEURONTIN
gabapentin capsules

HCM
healthcare management

1998 Business Plan

Managed Markets

WL 06546

**CONFIDENTIAL**

**Neurontin: Managed Care Business Plan**
**November 7, 1997 Draft**

**I.    Executive Summary**

Significant opportunities exist for Neurontin in three managed segments: HMO/PBMs, long term care/rehabilitation hospitals and physician practice management companies/medical groups.

In general, formulary access is not an issue for Neurontin so share building programs can be carried out unrestricted.

The overall strategy for Neurontin will be to increase share in the HMO, LTC and PPM segments by focusing on the Neurontin managed care benefit statement: Neurontin is the ideal choice for the primary care physician, physician's assistance and RN due to its efficacy, safety and simple dosage titration. The older patient will be a primary focus in managed market segments. Increased awareness of emerging indications will be a key objective.

Tactics stress professional education, patient and caregiver support, and therapy management leading to favorable modification of practice guidelines.

The ability of the new Neurology field force to reach managed care physicians will be a critical success factor.

WL 06547

**CONFIDENTIAL**

## II.    Market Segment Analysis

### A.    Current usage and share

The breakout of Neurontin among retail and the managed markets is shown below on the basis of treatment months of therapy. Retail 3rd party usage includes HMOs and card programs operated by PBMs.

Neurontin usage by segment, YTD 6/97

| Segment | TMOTs | % of Total Usage | Managed Market Breakout |
|---|---|---|---|
| Retail 3rd Party | 828,006 | 47.9% | 58.1% |
| Retail Medicaid | 265,015 | 15.3% | 18.6% |
| Mail Order | 134,603 | 7.8% | 9.5% |
| LTC | 96,574 | 5.6% | 6.8% |
| Hospital | 79,768 | 4.6% | 5.6% |
| Staff HMO | 20,768 | 1.2% | 1.5% |
| Total | 1,424,734 | 82.4% | 100% |

Source: IMS

The size of the anti-convulsant market, Neurontin sales and share of category are shown below for managed markets along with the data for the total retail market for comparison.

Sales by segment, 12 months ending 7/97

| Segment | Anti-convulsants ($000) | Neurontin ($000) | Dollar Share |
|---|---|---|---|
| HMO: All models* | $ 193,135 | $ 25,061 | 12.98% |
| Long term care | $ 137,193 | $ 15,326 | 11.17% |
| Non-Federal Hospitals | $ 107,380 | $ 10,845 | 10.10% |
| Staff model HMO | $ 20,120 | $ 2,997 | 14.90% |
| All retail | $ 1,007,391 | $ 193,692 | 19.23% |

Source: IMS Provider Perspective, Martin Miller        *12 months ending 6/97

*Neurontin HCM Marketing Business Plan*        *Draft: November 7, 1997*        *Page 2*

WL 06548

**CONFIDENTIAL**

## B. *Segment summary*

### HMOs

- HMO enrollment continues to grow at an accelerating rate reaching 70 million in 1997 and an estimated 110 million by the year 2000, fueled by Medicaid, Medicare and military transitions to managed care. The rate of growth has been increasing since 1990.
- Development and use of **disease state management** programs are up significantly.
- Neurology consults are being limited by managed care organizations to reduce costs. Fewer workups are being allowed which is favorable to Neurontin due to its ease of use. Evaluation, add on of Neurontin and adjustment of other anti-convulsants can be done within 3 visits.
- MCOs are being squeezed between the requirement to hold down premiums due to competition and rising provider costs. They must maintain quality but also must reduce office visits, ER visits and hospitalizations. Neurontin can help do this but there is little pharmacoeconomic data to support cost savings.
- Pacificare and Oxford and others are marketing to increase their share of the Medicare risk population. These HMOs and others like them such as Kaiser and Humana are key targets for Neurontin.
- **Availability on formulary is virtually 100%.** Anti-convulsant products currently fall "below the radar screen" for formulary and utilization controls, although MCOs are interested in reducing ER visits and hospitalizations that may result when patients are inadequately controlled.
- This segment is the primary focus for Neurontin in managed markets.

### Pharmacy Benefit Managers (PBMs)

- The total number of lives covered by PBM services rose to 161 million in 1997 with the top ten firms accounting for 90% of lives. The PBM industry is at risk for pharmaceutical cost for about 15 to 25 million lives in 1997. This is expected to grow to 30 to 40 million by 2000. PBMs remain an important target for manufacturers.
- **Disease state management** programs are a high priority for PBMs
- PCS, Medco and Wellpoint are key targets for Neurontin in this segment.

*Neurontin HCM Marketing Business Plan*                    *Draft: November 7, 1997*

*Page 3*

WL 06549

**CONFIDENTIAL**

**Seniors/Long Term Care**

- The consulting pharmacy industry continues to consolidate. The top 8 companies handle about 55% of LTC beds and most of these use formularies.
- Broader Seniors market opportunity is presented by assisted living facilities (ALFs), CCRCs, and AARP via marketing efforts with AMDA, ASCP and ALFA.
- Medicare Prospective Payment Systems (PPS), scheduled for implementation in July 1998, offer an opportunity for greater drug coverage but will require greater cost justification.
- The elderly are especially well suited to Neurontin therapy due to its safety and lack of drug interactions.
- Field coverage in this market is minimal, given the level of competitive resources.
- Key customers to be targeted are Omnicare, Vitalink, PCA/Capstone and NCS. None of these providers are known to have any alliances with other manufacturers for anti-convulsants.
- The key audiences in this segment are nursing home medical directors, heads of clinical programs at consulting pharmacy companies and consultant pharmacists.

**Integrated Healthcare Systems/Hospitals**

- **24 million lives are estimated to be under capitation** in integrated systems, moving to 55 million by 2003. About 42% of IHS lives are capitated for the pharmacy benefit.
- This segment has embraced **disease state management** with about 60% of systems having at least one program in place.
- Key audiences are medical directors and directors of pharmacy.
- A study with Managed Care Resources on rehabilitation hospitals has been done. About 250 hospitals have the majority of the rehab beds and provide rehabilitation and workman's compensation for recently diagnosed seizures.
- Rush Presbyterian Hospital is working with Parke-Davis to determine why the hospital is not receiving referrals from the area for seizures.

WL 06550

**CONFIDENTIAL**

CONFIDENTIAL                                    WLC_FRANKLIN_0000165637

**Physician Practice Management/Provider Groups**

- About 5 million lives are managed at risk by PPMs for the pharmacy benefit. This is expected to grow to over 25 million in the next five years.
- **National formularies are expected to appear in 1998.** This is seen as a first step to gain compliance to a national strategy/decision process for PPMs.
- Use of **disease state management** is high in this segment
- The focus of Parke-Davis is Medpartners/PhyCor. The SMS disease state management program has been launched with MedPartners in southern California. Medpartners has 13,000 affiliated physicians nationwide. The objective is to get on to their seizure protocol.
- Carve-out neurology companies that contract with MCOs are another target. An example is the statewide IPA of neurologists in New York, Neuro Network.
- Target audiences in this segment are the medical director, quality assurance coordinator, and DSM coordinator for therapy management programs.
- The opportunity with these organizations is that a few neurologists have significant influence over a large number of primary care physicians.

WL 06551

**CONFIDENTIAL**

III.    Competitive Analysis

A.    *Sales and share*

Summary of dollar share by segment:  Anti-convulsants

| | Staff HMO | All HMOs* | Non-Fed Hospitals | LTC |
|---|---|---|---|---|
| Size and growth | $20MM +21% | $193 MM 22% | $107 MM +62% | $137MM -8% |
| Neurontin | Share up to 15.6% YTD through July | Share up to 14.5% (2nd Q 1997) | Steady at 10% YTD | Share up slightly to 11.8% YTD |
| Dilantin | Share fluctuating around 23% YTD | Share slightly down to 11%. | Slightly down to 12% | Down slightly to 25% |
| Depakote/ Depakene | Share steady at 35% | Share slightly up to 27% | Down significantly to 30% | Up slightly to 37% |
| Tegretol and XR | Decreased slightly to 14% | Share slightly down to 9% | Down to about 8% | Down to 13% |
| Lamictal | Up slightly to 6.3% | Share up to 5.2% | Share is flat at 3.7% | Up slightly to 4.4% |
| Cerebyx | | | Up significantly to 21% YTD | |

IMS and M. Miller (all HMO) audits    Annual and YTD figures are through July for all except "All HMO" which is June.

*Neurontin HCM Marketing Business Plan*                                    *Draft: November 7, 1997*

*Page 6*

WL 06552

**CONFIDENTIAL**

B.    *Neurontin information*

- Indication: Add-on therapy where seizures are not controlled. Neurontin has a more favorable safety profile than competitors with fewer drug interactions.    Special patient groups being targeted are adults over 55 and women.
- Neurontin is above plan for share and Rxs in the total market but below plan through July on dollar sales due to reduction of pipeline stocks.
- Two new products have been launched recently for epilepsy.
- About 50% of utilization is in emerging uses.    There is some usage in psychiatric areas such as bipolar disorder.    Studies in pain management in diabetic neuralgia and post hepatic neuralgia have shown significant results.    Publications will be available in early 1998.    There may be opportunities to  piggyback with diabetes.
- Data for monotherapy approval have been submitted with a possibility for having the indication within the next 6 months.
- There is a perception of the drug as lacking efficacy due to insufficient dosage titration. The product is very safe and can be titrated to 1800 mg in a few days. Many physicians are not dosing high enough.  Some patients require 2400 to 3600 per day to control seizures.

WL 06553

**CONFIDENTIAL**

CONFIDENTIAL

WLC_FRANKLIN_0000165640

*C.    Competitor initiatives*

General:

- No specific products are targeted for substitution by Neurontin. However, a Tegretol strategy is being considered
- The cannabalization of Dilantin sales by Neurontin is considered somewhat acceptable.
- Topamax does not appear to be threatening.
- Lamictal share growth continues at a very slow pace.
- Depakote has proved to be vulnerable in the hospital market
- Parke-Davis has a very strong position in the neurology/epileptology field.

HMO segment:

- Novartis and Lovelace have teamed up to develop guidelines and potentially a DSM program.
- Novartis still devoted 15% of its promotional effort in managed care to Tegretol and Tegretol XR in the Scott Levin audit
- Glaxo-Wellcome had no contact mentions for Lamictal in the Fall 1996 audit.
- Abbott had no contact mentions for its anti-convulsants in the audit.

PBMs:

- No programs for seizure management other than the Parke-Davis program have been identified.

WL 06554

**CONFIDENTIAL**

CONFIDENTIAL                                        WLC_FRANKLIN_0000165641

## IV. Strategic Analysis

Factors that affect prescribing and formulary access for Rezulin are shown in the table below.

### Strategic factors

| Factor | Impact on formulary access | Impact on prescribing |
|---|---|---|
| Efficacy | Formulary access is not an issue. Formulary approval is virtually 100%. Emerging use prescribing may generate a DUE letter. | There is a perception of lack of efficacy due to insufficient dosage titration. |
| Safety | | Excellent safety, allowing rapid dosage titration. |
| Standards of care | | Goal is to be used as first add-on |
| Product value | | Not quantified. High cost but can avoid ADR treatment costs and lab tests. |
| On plan's formulary | | Not an issue |
| Participated in clinical study | | Not an issue |
| Peer pressure and provider pressure | | Neurologists can influence primary care physicians |
| Value added services | | Can be important |
| Disease management | | Can help promote Neurontin usage |
| Portfolio value | | Parke-Davis has an excellent reputation in this therapeutic category. |
| Relationship with TM | | 130 field reps dedicated to Neurology for Neurontin and Cerebyx. Have not had dedicated force since 1994. Opportunity to build product. Neurontin is unrestricted so should be able to get into MHC physicians. Use FFS story and add in key MHC benefits |

WL 06555

**CONFIDENTIAL**

CONFIDENTIAL                                    WLC_FRANKLIN_0000165642

## V.     Objectives

### A.     *Short Term*

- Market share:  The brand is targeting a 20% increase, that is, from 13% to 16% on new RXs.  The goal for HCM is to double this increase in the three targeted managed care segments, that is, a 40% increase in share for the HMO, Seniors (LTC) and PPM segments.
- Maintain product and field force access in all key segments.
- Increase the prevalence of Neurontin in seizure control guidelines.
- Increase the use of therapy management programs within 3 to 5 key customers.

### B.     *Long Term*

- Increase awareness of emerging uses via appropriate channels.

## VI.     Strategies

- Build on the premise that Neurontin is the "efficacious and safe drug for managed care"
- Expand emerging uses of Neurontin
- Employ value added programs for leveraging business opportunities
- Develop and implement therapy management programs
- Provide education and support programs for the caregiver and patient

WL 06556

**CONFIDENTIAL**

CONFIDENTIAL

## VII.    Managed Care Benefit Statement

### A.    *Brand Position statement*

The primary positioning is "The first drug to add on for rational polypharmacy". The secondary positioning is monotherapy pending approval of the indication. Neurontin is ideal for the older patient producing no drug metabolites and having no drug interactions. Efficacy is on a par with other products that carry greater safety risk.

### B.    *Managed care benefit statement*

The brand positioning will be used together with specific benefits for managed care:

- Drug therapy may be initiated with fewer neurology workups
- Titration can be done quickly and safely
- Neurontin is the ideal choice for the primary care physician, physician assistant and RN due to efficacy, safety and ease of use

## VIII.    Critical Success Factors/Barriers to Success

| Critical success factors | Barrier |
|---|---|
| • Ability of Neurology force (130) to reach managed care physicians with supporting programs. <br> • Support of NAMs and HCM directors to coordinate programs in key MCOs and to gain access for TMs and MLs. <br> • Ability to show value in Seniors/Long Term Care market to assure usage under prospective payment systems (PPS) starting July 1998. | • Allocation of sufficient personal and non-personal resources to key segments and customers. |

WL 06557

**CONFIDENTIAL**

## IX.    Tactical Plan

The tactics are based upon the following strategies. The table shows the link between each tactic and strategy.

| Brand Strategies | HCM Strategies | Neurontin Managed Care Strategies |
|---|---|---|
| 1. Execute publication/educational plan and clinical trials program in emerging uses. | 1. Use disease and therapy management to promote business development opportunities with major customers in core therapeutic areas. Expand Seizure Management System; Targeting Good Health (Lipitor); Take Command (Rezulin); and new programs (Provider groups, retail pharmacy) supported by the disease teams and others. | 1. Build on the premise that Neurontin is the "efficacious and safe drug for managed care" |
| 2. Execute publication/educational promotional plan to expand earlier Neurontin use for epilepsy (i.e., monotherapy launch, STEPS, etc). | 2. Promote access and sales opportunities through programs and services that bring value to key customers. Examples of new initiatives include: Best Practices Programs; Medicaid/Medicare Programs, customized communications programs, and Seniors Programs. | 2. Expand emerging uses of Neurontin |
| 3. Focus significant promotional efforts on decile 6 through 10 office and hospital-based neurologists. | 3. Position clinical studies and outcomes research to gain improved access and pull-through that results in increased sales/market share. Example include: LTAP Extension, Switch Study; Rezulin managed Care Study/HbA1c Study | 3. Employ value added programs for leveraging business opportunities |
| 4. Leverage key epileptologist influence to expand Neurontin usage with residents/fellows and office based neurologists. | 4. Secure preferred positioning for P4D products by supporting customer accreditation and attainment of nationally recognized disease goals. Examples include: NCQA, Hedis, FACT, ADA guidelines, NCEP goals | 4. Develop and implement therapy management programs |
| | 5. Create alliances/partnerships with key customer groups, service organizations, and voluntary health associations, via advisory boards, educational programs, and support of public policy/legislative initiatives that increase sales. Targets include: Consultant Pharmacy, AMGA; National MCO Organization, State Agencies; and Health Coalitions. | 5. Provide education and support programs for the caregiver and patient |
| | 6. Utilize technology that transforms customer data into actionable information and programs that increase ROI and sales. Examples include: electronic treatment guidelines, improved order management/chargeback systems, Internet Marketing and electronic formulary kits. | |

Other classifications on tactics grid:

A= provide access      V= value added program          Inno = innovative tactic
S= share building      O= other                        Trad = traditional tactic

WL 06558

**CONFIDENTIAL**

Tactics grid

| Description | A,S, V,O | Inno/Trad | Segment | Audience | Brand Strategy | HCM Strategy | HCM Neurontin Strategy | Cost $000 | Estimated Share Increase | Measures |
|---|---|---|---|---|---|---|---|---|---|---|
| Key customers: Market research | O | Traditional | LTC | MD | 1 | 6 | 4 | $25 | 40% | MCO Share |
| Market research | O | Innovative | PPM | MD | 1 | 2 | 4 | 36 | 40% | MCO Share |
| Managed care segment: Medical directors' monograph | S | Traditional | HMO/PBM | MD | 2 | 3 | 1 | 150 | 40% | Customer sales |
| Seizure management implementation | O | Innovative | HMO/PBM | MD | 2 | 1 | 2 | 100 | 40% | Customer sales |
| AMX/patients: Horizons targeted DTC | O | Innovative | HMO/PBM | Consumer | 2 | 2 | 1 | 75 | 50% | 800 # response |
| Brainstorming implementation | O | Innovative | HMO/PBM | MD | 2 | 1 | 2 | 75 | 40% | Customer sales |
| New treatment guidelines implementation | O | Innovative | HMO/PBM | MD | 2 | 1 | 2 | 70 | 40% | Customer sales |
| EPIQS continuation | O | Innovative | HMO/PBM | MD | 2 | 1 | 2 | 50 | 40% | Customer sales |
| LTC seizure management/Dallas | S | Innovative | LTC | PHARM | 2 | 6 | 2 | 70 | 60% | LTC share |
| AMDA: New seizure CE program | S | Innovative | LTC | MD | 2 | 1 | 2 | 50 | 40% | Customer sales |
| ASCP: New seizure CE program | S | Innovative | LTC | PHARM | 2 | 1 | 2 | 25 | 70% | Customer sales |
| NADONA: National meeting, and CE | S | Traditional | LTC | DON | 2 | 1 | 1 | 25 | 40% | Customer sales |
| Medpartners: Secure 100% formulary status at all Team Health/InPhyNet facil. | V | Innovative | PPM | MD | 2 | 1 | 3 | 100 | 60% | MD Mkt share |
| Medpartners: Launch elements of SMS for support of Neurontin monotherapy indication via speakers program | AS | Innovative | PPM | MD | 2 | 1 | 4 | 75 | 70% | MD Mkt share |
| SMS implementation/San Mateo | V | Innovative | PPM | MD | 2 | 1 | 3 | 50 | 80% | MD Mkt share |
| MCO Merritt Putnam speakers program | S | Traditional | HMO/PBM | MD | 4 | 2 | 5 | 175 | 40% | MD Mkt share |
| U. Hosp. Cleveland: Ongoing support/service and development of Neuro Mgmt System to be used nationally | S | Innovative | IHS | PHARM | 4 | 6 | 4 | 400 | 70% | Hospital sales |
| Rehab hospitals: Management of seizures | S | Traditional | IHS | MD | 4 | 2 | 2 | 280 | 40% | Customer sales |
| Key consulting pharmacy customers: Training for aides in seizures | S | Innovative | LTC | PHARM | 4 | 3 | 3 | 180 | 40% | Customer sales |
| Key customers: Best practices in senior seizure | V | Innovative | LTC | PHARM | 4 | 1 | 3 | 25 | 50% | Customer sales |
| Key customers: National advisory panel | O | Traditional | LTC | PHARM | 4 | 5 | 3 | 20 | N/A | Scott Levin |
| **Total** | | | | | | | | $2,056 | | |

*Neurontin HCM Marketing Business Plan*        *Draft: November 7, 1997*        *Page 13*

WL 06559

**CONFIDENTIAL**



WL 06560

**CONFIDENTIAL**

CONFIDENTIAL

WLC_FRANKLIN_0000165647



Neurontin spend by segment

HMO/PBM 34%

IHS 33%

PPM 13%

LTC 20%

WL 06561

CONFIDENTIAL



WL 06562

**CONFIDENTIAL**

CONFIDENTIAL                                                                                    WLC_FRANKLIN_0000165649



Neurontin spend by Access, Share build, Value- added and Other program types

Other 22%

Access 4%

Value-added 9%

Share build 65%

WL 06563

CONFIDENTIAL

CONFIDENTIAL

WLC_FRANKLIN_0000165650