UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
::::::::
In re: NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION
::::::::
------------------------------------------------------------- x   MDL Docket No. 1629

THIS DOCUMENT RELATES TO:                                        Master File No. 04-10981

ALL CLASS ACTIONS                                                Judge Patti B. Saris

------------------------------------------------------------- x   Magistrate Judge Leo T. Sorokin

HARDEN MANUFACTURING CORPORATION;
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,
dba BLUECROSS/BLUESHIELD OF LOUISIANA;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL
52 HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA, on behalf of themselves and all others
similarly situated, v. PFIZER INC. and WARNER-LAMBERT
COMPANY.

------------------------------------------------------------- x

**DECLARATION OF MATTHEW B. ROWLAND**

MATTHEW B. ROWLAND declares upon penalty of perjury in accordance with 28

U.S.C. § 1746 as follows:

1.    I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for

Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2.    I submit this declaration in support of Defendants' Sur-Reply Memorandum of

Law in Further Opposition to the Class Plaintiffs' Motion for Class Certification, filed on April

25, 2007.

3.  Except where indicated, I have personal knowledge of the matters stated below and would testify to the same.

4.  The jurisdiction of the "Major Markets Team" at Pfizer encompasses the worldwide market excluding the United States. As demonstrated by Ex. 16 below, the April 4, 2001 meeting at which the presentation *Dosing Messages for Improved Efficacy in Pain and Epilepsy* (attached to the Declaration of Ilyas J. Rona, dated February 22, 2007 as Ex. C) was presented was sponsored by the Major Markets Team for Neurontin. Furthermore, this meeting was not a sales training meeting, nor were sales representatives invited to attend—rather, this meeting was for Neurontin PM/PPs, who are the product managers and product physicians for each country.

## Deposition Transcripts

5.  Attached at Exhibit 1 is a true and correct copy of the transcript of the deposition of Saba Habtom, taken February 15, 2007.

6.  Attached at Exhibit 2 is a true and correct copy of the transcript of the deposition of Dr. Meredith B. Rosenthal, taken March 6, 2007.

## Expert Reports

7.  Attached at Exhibit 3 is a true and correct copy of the supplemental expert declaration of Dr. Andrew E. Slaby, dated April 24, 2007.

8.  Attached at Exhibit 4 is a true and correct copy of the rebuttal declaration of Dr. Michael C. Keeley, dated April 23, 2007.

9.  Attached at Exhibit 5 is a true and correct copy of the reply declaration of Dr. Fiona Scott Morton, dated April 23, 2007.

10. Attached at Exhibit 6 is a true and correct copy of the reply declaration of Dr. Pradeep K. Chintagunta, dated April 23, 2007.

### Documents Produced By Defendants

11. Attached at Exhibit 7 is a true and correct copy of a submission cover letter with attachments from Beate Roder to the journal DIABETIC MEDICINE, dated February 14, 2002, and bates stamped Pfizer_LeslieTive_0020880-0020921.

12. Attached at Exhibit 8 is a true and correct copy of a submission cover letter with attachments from Beate Roder to the journal DIABETOLOGIA, dated October 21, 2002, and bates stamped Pfizer_LeslieTive_0020840-0020879.

13. Attached at Exhibit 9 is a true and correct copy of a presentation titled *Neurontin and pregabalin Global Programs*, dated May 21, 2003, and bates stamped Pfizer_LKnapp_0013366-0013390.

14. Attached at Exhibit 10 is a true and correct copy of a Periodic Safety Update Report for Gabapentin (CI-0945) for the time period February 1, 2000 to July 31, 2000, and bates stamped Pfizer_MPatel_0073599-0073710.

15. Attached at Exhibit 11 is a true and correct copy of a spreadsheet bates stamped Pfizer_MPatel_0077082-0077112.

16. Attached at Exhibit 12 is a true and correct copy of an email from Jennifer Stampo to a number of individuals with the subject "Puerto Rico CNS PM/PP Follow up," and bates stamped Pfizer_RGlanzman_0004567-0004568.

**Documents Produced By Non-Parties**

17.     Attached at Exhibit 13 is a true and correct copy of a Drug Limitation for Neurontin, produced by non-party Caremark Rx, Inc., and bates stamped CARE/NEU001605-001609.

**Other Documents**

18.     Attached at Exhibit 14 is a true and correct copy of Backonja, M. and R.L. Glanzman, *Gabapentin Dosing for Neuropathic Pain:  Evidence from Randomized, Placebo-Controlled Clinical Trials*, CLINICAL THERAPEUTICS 2003; 25:81-104.

19.     Attached at Exhibit 15 is a true and correct copy of CIGNA Corp., *Anticonvulsants for Chronic Pain*, http://www.cigna.com/healthinfo/ty7635.html (last visited April 25, 2007).

20.     Attached at Exhibit 16 is a true and correct copy of CIGNA Corp., *Anticonvulsants for Restless Leg Syndrome*, http://www.cigna.com/healthinfo/ue4969.html (last visited April 25, 2007).

21.     Attached at Exhibit 17 is a true and correct copy of CIGNA Corp., *Anticonvulsants for Chronic Low Back Pain*, http://www.cigna.com/healthinfo/tn9237.html (last visited April 25, 2007).

Dated:  New York, New York
        April 25, 2007

                                /s/ Matthew B. Rowland_____
                                Matthew B. Rowland

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

                                                      /s/David B. Chaffin