# EXHIBIT 6

*In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*

**REPLY DECLARATION OF PRADEEP K. CHINTAGUNTA**

I. **Introduction.**

1. My name is Pradeep K. Chintagunta. I am the Robert Law Professor of marketing at the University of Chicago. I previously submitted a declaration in this litigation that described my qualifications and therefore, I will not repeat them here. An updated copy of my curriculum vitae is included as Appendix A to this declaration. A list of additional documents considered in preparation of this declaration is included as Appendix B.

2. I have been asked by counsel for defendants to examine the reply declarations of Drs. Rosenthal and Hartman.[1] My reactions to these reply declarations are described below.[2]

II. **Physician differences in their exposure and responsiveness to marketing activities have a direct bearing on whether or not a patient took Neurontin as a result of the allegedly fraudulent marketing.**

3. Dr. Rosenthal acknowledges that physicians differ both in their exposure to and in the extent to which they respond to marketing activities of

---

[1] Reply Declaration of Raymond S. Hartman, 2/21/07, ("Hartman Reply Declaration") and Reply Declaration of Professor Meredith Rosenthal, 2/21/07, ("Rosenthal Reply Declaration"); both *In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981.
[2] My report is limited to certain areas of disagreement and any omission of discussion of other issues is not meant to suggest agreement with the points made by Drs. Rosenthal and Hartman. None of the opinions I expressed in my original report have changed as a result of their reply declarations.

1

pharmaceutical companies.[3] Despite this acknowledgement, she does not recognize the import of such heterogeneity among physicians on the measurement of the true impact, if any, of the allegedly fraudulent marketing. Because physicians differ in their exposure and responsiveness to marketing activities, the allegedly improper marketing activity in this case would not have had an effect on prescriptions at least for a subset of physicians. This has a direct bearing on determining whether or not a patient took Neurontin as a result of the allegedly fraudulent marketing activity. Since what causes a prescription depends on who the physician is, and since different physicians treat different patients, it is critical to understand who was influenced and who was not influenced by the allegedly fraudulent marketing activity (which differs across physicians) rather than ascribe an average value to all physicians, and consequently to all patients.

## III. Contrary to Dr. Rosenthal's assertion, there are no standard means of accounting for aggregation bias.

4. One of the problems that I previously identified with aggregate analysis such as the one proposed by Dr. Rosenthal is the potential existence of an "aggregation bias." This problem exists in addition to the various problems identified and summarized in reports by Dr. Keeley and by Dr. Scott Morton. I do not repeat a discussion of those other problems here,

---

[3] Deposition of Meredith B. Rosenthal, Ph.D., *In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981, 10/24/06 ("Rosenthal Deposition, 10/24/06"), pp. 240, 243-244. See also Rosenthal Reply Declaration, ¶37.

2

but rather focus on Dr. Rosenthal's assertion that there are standard means of accounting for aggregation bias.

5. When an aggregate model (such as the one proposed by Dr. Rosenthal) is used to estimate the aggregate or average effect of promotion that has varying individual effects (i.e., in the presence of heterogeneity), the estimate derived from the model may differ from the true aggregate or average effect because of the phenomenon of "aggregation bias."[4] More specifically, aggregation bias may arise in an aggregate model of prescription drug promotion if: (1) physicians are exposed to different levels of marketing activities; (2) there is heterogeneity in the responsiveness to these activities; and (3) the number of prescriptions written by a physician does not change in a linear fashion with the levels of marketing activities. Dr. Rosenthal does not dispute that all of these conditions may hold here,[5] or that aggregation bias may be present in the model she proposes.

6. Instead, Dr. Rosenthal implies that she could address aggregation bias through "standard means" that she believes are suggested by the Christen

---

[4] Christen, M. et al. (1997), "Using Market-Level Data to Understand Promotion Effects in a Nonlinear Model," *Journal of Marketing Research*, Vol. 34, No. 3, pp. 322-334.

[5] Dr. Rosenthal has stated that conditions (1) and (2) hold in this context. (See footnote 3.) As for condition (3), Dr. Rosenthal does not dispute that promotion may have a non-linear effect on a physician's prescribing behavior and in fact cites an article making this point in her original declaration. ("The Economics of Off-Label Promotion and Estimation of Impact on the Class of Neurontin Endpayers," Declaration of Meredith Rosenthal, *In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981, 8/8/05 ("Rosenthal Declaration"), ¶27; Manchanda, P. and P.K. Chintagunta (2004), "Responsiveness of Physician Prescription Behavior to Salesforce Effort: An Individual Level Analysis," *Marketing Letters*, Vol. 15, No. 2-3, pp. 129-145.)

3

et al. study cited in my previous report.[6] However, the de-biasing method suggested in that paper depends critically on the availability of disaggregate data to create "de-biasing equations." Obtaining de-biasing equations specific to the Neurontin case would require the analysis to be first carried out at the individual physician level, rendering the aggregate analysis proposed by Dr. Rosenthal moot. Further, even with individual data, the de-biasing equations would reduce but not completely eliminate the bias.

## IV. Recent research shows that pharmaceutical products are experience goods and that patient satisfaction is an important predictor of physician prescription switching behavior.

7. In contrast with Dr. Rosenthal's view that pharmaceutical products are more credence than experience goods,[7] there is evidence from a patient panel that an important predictor of a physician's switching a patient from one medication to another is that patient's past experience with the drug. Using data on patients' Cox-2 and other painkiller prescriptions from the U.S. market, Chintagunta, Jiang and Jin (2007)[8] find that a low level of satisfaction with a particular medication influences the physician to switch the patient to an alternative drug. Importantly, this analysis also includes other factors that might influence the switch such as physician detailing by pharmaceutical companies, direct-to-consumer advertising as well as

---

[6] Rosenthal Reply Declaration, ¶37.
[7] Rosenthal Declaration, ¶15; Rosenthal Reply Declaration, ¶34.
[8] Chintagunta, P.K. et al. (2007), "Information, Learning and Drug Diffusion: the Case of Cox-2 Inhibitors," University of Chicago Working Paper.

articles published about these drugs in U.S. newspapers, magazines, as well as in domestic and international journals. In terms of statistical significance, patient satisfaction has the strongest effect across all these factors on switching the patient to an alternative medication.

8. Given that a patient's level of satisfaction reflects that patient's experience with a drug, the above evidence suggests that pharmaceutical products are experience rather than credence goods. It also demonstrates that factors other than pharmaceutical promotion, such as the degree of patient satisfaction, influence the physicians' prescribing decision. Indeed, as mentioned above, the Chintagunta et al. study finds patient satisfaction to have the strongest statistical effect on physician prescription switching behavior.

I declare under penalty of perjury that this Declaration is true and correct.

Pradeep K. Chintagunta                                    Date

_____                                   4/23/07
                                                          _____

5

# APPENDIX A

## PRADEEP K. CHINTAGUNTA

## ADDRESS

5807 S. Woodlawn Avenue, Chicago, IL 60637

Tel: (773) 702 8015, Fax: (773) 702 0458

e-mail: pradeep.chintagunta@chicagogsb.edu

## EMPLOYMENT

Robert Law Professor of Marketing, Graduate School of Business, University of Chicago, Chicago, IL 60637

July 2004 -, Director, PhD program, Graduate School of Business, University of Chicago, Chicago, IL 60637

July 1995 -, Professor of Marketing, Graduate School of Business, University of Chicago, Chicago, IL 60637

September 2002 – December 2002, Thomas Carroll Ford Foundation Visiting Professor of Marketing, Harvard Business School, Boston, MA 02163

July 1994 - July 1995, Associate Professor of Marketing, S. C. Johnson Graduate School of Management, Cornell University, Ithaca, NY 14853

July 1990 - July 1994, Assistant Professor of Marketing, S. C. Johnson Graduate School of Management, Cornell University, Ithaca, NY 14853

## EDUCATION

1986-1990, Northwestern University, Evanston, Illinois, Doctor of Philosophy (Field of Marketing)

1984-1986, Indian Institute of Management, Ahmedabad, India, Post Graduate Diploma in Management

1979-1984, Institute of Technology, Banaras Hindu University, India, Bachelor of Technology (Mechanical Engineering)

## PUBLICATIONS

The Role of Self Selection, Usage Uncertainty and Learning in the Demand for Local Telephone Service (with Sridhar Narayanan and Eugenio Miravete), *Quantitative Marketing and Economics*, forthcoming

Learning and Exit of New Entrant Discount Airlines From City-Pair Markets (with Ashutosh Dixit), *Journal of Marketing*, forthcoming

A Discrete/Continuous Model for Multi-Category Purchase Behavior of Households (with Inseong Song), *Journal of Marketing Research*, forthcoming

Measuring Marketing-Mix Effects in the Video-Game Console Market (with Harikesh Nair), *Journal of Applied Econometrics*, forthcoming

Assessing the Economic Value of Distribution Channels: An Application to the PC Industry (with Junhong Chu and Naufel Vilcassm), *Journal of Marketing Research*, forthcoming

Endogeneity and Simultaneity in Competitive Pricing and Advertising: A Logit Demand Analysis (with Vrinda Kadiyali and Naufel J. Vilcassim), *Journal of Business*, forthcoming

Structural Modeling in Marketing: Review and Assessment (with Tulin Erdem, Peter Rossi and Michel Wedel), *Marketing Science*, 25, 6, 604-616

Effects of Brand Preference, Product Attributes, and Marketing Mix Variables in Technology Product Markets (with S. Sriram and Ramya Neelamegham), *Marketing Science*, 25, 5, 440-456

Measuring Cross-Category Price Effects Using Aggregate Store Data (with Inseong Song), *Management Science*, 52, 10, October 2006, 1594-1609

Sole Entrant, Co-optor or Component Supplier: Optimal End-Product Strategies for Manufacturers of Proprietary Component Brands (with R. Venkatesh and Vijay Mahajan), *Management Science*, 52, 4, 613-622

The Effects of Banner Advertising on Consumer Inter-purchase Times and Expenditures in Digital Environments (with J-P Dube, Puneet Manchanda and Khim-Yong Goh), *Journal of Marketing Research*, 43 (February) 98-108

Understanding Store Brand Purchase Behavior Across Categories (with Vishal Singh and Karsten Hansen), *Marketing Science*, 25, 1, 75-90

Accounting for Primary and Secondary Demand Effects with Aggregate Data (with Harikesh Nair and Jean-Pierre Dube), *Marketing Science*, 24, 3, 2005, 444-460
http:/bear.cba.ufl.edu/centers/mks/articles/243/af1778fa79_article.pdf

Temporal Differences in the Role of Marketing Communication in New Product Categories (with Sridhar Narayanan and Puneet Manchanda), *Journal of Marketing Research*, XLII, 3, August, 2005

Estimating an SKU-level Brand Choice Model Combining Household Panel Data and Store Data (with J-P Dube), *Journal of Marketing Research*, XLII, 3, August, 2005

Beyond the endogeneity bias: The effect of unmeasured brand characteristics on household-level brand choice models (with Jean-Pierre Dube and Khim-Yong Goh), *Management Science*, 51(5), 832-849

Recovering SKU-level Preferences and Response Sensitivities from Market Share Models Estimated on Item Aggregates (with David Bell and Andre Bonfrer), *Journal of Marketing Research*, Vol. XLII, 169-182, May 2005

Time Varying Competition (with K. Sudhir and Vrinda Kadiyali), *Marketing Science*, 24, 1, 96-109

Strategic Pricing and Detailing Behavior in International Makets (with Ramarao Desiraju), *Marketing Science*, 24, 1, 67-80

Diffusion of New Pharmaceutical Drugs in Developing and Developed Nations (with Ramarao Desiraju and Harikesh Nair), *International Journal of Research in Marketing*, 21, 4, 341-358

Response Modeling with Non-Random Marketing Mix Variables (with Puneet Manchanda and Peter Rossi), *Journal of Marketing Research*, XLI, 4 (November 2004),

ROI Implications for Pharmaceutical Promotional Expenditures: The Role of Marketing Mix Interactions (with Sridhar Narayanan and Ramarao Desiraju), *Journal of Marketing*, 68, 4 (October), 90-105

Responsiveness of Physician Prescription Behavior to Salesforce Effort: An Individual Level Analysis (with Puneet Manchanda), *Marketing Letters*, 2004, 15:2-3, 129-145

Modeling and Forecasting the Sales of Technology Products (with Ramya Neelamegham), *Quantitative Marketing & Economics*, September 2004, 2, 3, 195-232.

Store brands: Who buys them and what happens to retail prices when they are introduced? (with Andre Bonfrer), *Review of Industrial Organization*, 24, 2, 195-218 (2004)

Structural Models of Competition: A Marketing Strategy Perspective, Chapter 5 in *Assessing Marketing Strategy Performance*, Christine Moorman and Donald Lehmann, editors, The Marketing Science Institute, 2004.

The Augmented Latent Class Model: Incorporating Additional Heterogeneity in the Latent Class Model for Panel Data (with Sajeev Varki), *Journal of Marketing Research*, XLI, May 2004, 226-233.

Empirical Analysis of Indirect Network Effects in the Market for Personal Digital Assistants (with Harikesh Nair & J-P Dube), *Quantitative Marketing & Economics*, 2, 1, 23-58 (2004).

A Micromodel of New Product Adoption with Heterogeneous and Forward-Looking Consumers: Application to the Digital Camera Category (with Inseong Song), *Quantitative Marketing & Economics*, 1, 4, 371-407 (2003).

Comment: Bayesian Analysis of Simultaneous Demand and Supply by Yang, Chen and Allenby (with J-P Dube), *Quantitative Marketing & Economics*, 1, 3, 293-298 (2003).

Balancing Profitability and Customer Welfare in a Supermarket Chain (with J-P Dube and Vishal Singh), *Quantitative Marketing & Economics*, Inaugural Issue, March 2003, 1, 1, 111-147

Semiparametric Estimation of Brand Choice Behavior (with Richard Briesch and Rosa Matzkin), *Journal of the American Statistical Association (JASA)*, 97, 460, 973-983

The Proportional Hazard Model for Purchase Timing: A Comparison of Alternative Specifications, *Journal of Business & Economic Statistics*, 21, 3, 368-382

Investigating the Effects of Store Brand Introduction on Retailer Demand and Pricing Behavior (with Andre Bonfrer and Inseong Song), *Management Science*, 48, 10, 2002

Structural Applications of the Discrete Choice Model (with J-P Dube, et. al.) *Marketing Letters*, 13:3, 207-220, 2002

Investigating Category Pricing Behavior in a Retail Chain, *Journal of Marketing Research*, 2002, 39, no. 2 (May 2002): p. 141-154

Endogeneity and Heterogeneity in a Probit Demand Model: Estimation Using Aggregate Data (2001), *Marketing Science*, 20, 4, 442-456 http://bear.cba.ufl.edu/centers/MKS/articles/777691.pdf

Market Structure Across Stores: An Application of a Random Coefficients Logit Model with Store Level Data (with J-P Dube and Vishal Singh), *Advances in Econometrics*, Volume 16, 2002, PH Franses and A Montgomery, editors.

A Panel Data Analysis of Household Brand Choices, *Journal of Econometrics*, 103 (2001), 111- 153 (with Ekaterini Kyriazidou and Josef Perktold)

Power in Manufacturer-Retailer Interactions: An Empirical Investigation of Pricing in a Local Market, *Marketing Science*, Spring 2000, 127-148 (with Vrinda Kadiyali and Naufel J. Vilcassim) http://bear.cba.ufl.edu/centers/MKS/articles/856834.pdf

Investigating Household State Dependence Effects Across Categories, *Journal of Marketing Research*, November 1999, 488-500 (with Andrew Ainslie and P.B. Seetharaman)

A Bayesian Model to Forecast New Product Performance in Domestic and International Markets, *Marketing Science*, 18, 2, 115-136 (with Ramya Neelamegham) http://bear.cba.ufl.edu/centers/MKS/articles/684541.pdf

Investigating Dynamic Multi-firm Market Interactions in Price and Advertising, *Management Science*, 45, 4, April 1999, 499-518 (with Vrinda Kadiyali & Naufel Vilcassim)

Variety Seeking, Purchase Timing and the "Lightning Bolt" Brand Choice Model, *Management Science*, 45, 4, April 1999, 486-498.

Inertia and Variety Seeking in a Model of Brand Purchase Timing, *Marketing Science*, 17, 3, 1998, 253-270 http://bear.cba.ufl.edu/centers/MKS/articles/820524.pdf

Product Line Extensions and Competitive Market Interactions:An Empirical Analysis, *Journal of Econometrics*, 89, March / April 1999, 339-364 (with Vrinda Kadiyali and Naufel J. Vilcassim)

Measuring the Effects of New Brand Introduction on Inter-Brand Strategic Interaction, *European Journal of Operational Research*, 118, 2, 315-331.

Representing Heterogeneity in Consumer Response Models, *Marketing Letters*, 8,3, July 1997 (with W deSarbo and others).

Investigating Purchase Timing Behavior in Two Related Product Categories, *Journal of Marketing Research*, 35 (February 1998), 43-53 (with Sudeep Haldar)

A Model of Inertia and Variety Seeking, *International Journal of Research in Marketing*, 15 (1998), 1-17 (with P.B. Seetharaman).

Household Heterogeneity and State Dependence in a Model of Purchase Strings: Empirical Results and Managerial Implications, *International Journal of Research in Marketing*, 14 (1997), 341-357 (with

4

Sachin Gupta and Dick Wittink).

An Empirical Investigation of the "Dynamic McFadden" Model of Purchase Timing and Brand Choice: Implications for Market Structure, *Journal of Business and Economic Statistics*, 16, 1, 2-12 (with Alok R. Prasad).

Do Household Scanner Data Provide Representative Inferences from Brand Choices: A Comparison with Store Data, *Journal of Marketing Research*, November 1996 (with Sachin Gupta, Dick Wittink and Anil Kaul).

Investigating the Effects of a Line Extension / New Brand Introduction on Market Structure, *Marketing Letters*, 7, 4, 319-328, October 1996.

Empirical Analysis of Competitive Product Line Pricing Decisions: Lead, Follow or Move Together, *Journal of Business*, 69, 4, 459-488, October 1996 (with Vrinda Kadiyali & Naufel Vilcassim)

A Framework for Analyzing Habits, "Hand-of-Past," and Heterogeneity in Dynamic Brand Choice, *Marketing Science*, 1996, 15, 3, 280-299 (with Sudeep Haldar and Rishin Roy)

Pricing Strategies in a Dynamic Duopoly: A Differential Game Model, *Management Science,* November 1996 (with Vithala R. Rao).

Investigating Optimal Retailer Pricing Using Household Scanner Panel Data, *Journal of Retailing*, 71, 2, 103-128 (with Naufel J. Vilcassim).

Forecasting Restaurant Sales using Self-Selectivity Models, *Journal of Retailing and Consumer Services*, 4, 2, 117-128 (with Michael S. Morgan)

Investigating the Effects of Marketing Variables and Unobserved Heterogeneity in a Multinomial Probit Model, *International Journal of Research in Marketing* 1996, 13, 1-15 (with Bo E. Honore).

Empirical Implications of Unobserved Heterogeneity for Manufacturer and Retailer Pricing, *Journal of Retailing and Consumer Services*, 5, 1, 15-24 (with Naufel Vilcassim)

A Two-Period Repeated Game Advertising Investment Model for Oligopolistic Markets with an Application to the Beer Industry, *Decision Sciences* 1995, 26, 4 (with Naufel J. Vilcassim).

Dynamic Duopoly Models of Advertising Competition: Estimation and a Specification Tests, *Journal of Economics and Management Strategy,* 4,1, Spring 1995, 109-131. (with Dipak C. Jain).

Heterogeneous Logit Model Implications for Brand Positioning, *Journal of Marketing Research*, 31, May 1994, 304-312.

Marketing Investment Decisions in a Dynamic Duopoly: A Model and Empirical Analysis, *International Journal of Research in Marketing*, 11, 3, 1994, 387-306 (with Naufel J. Vilcassim).

Analyzing Household Brand Choice Behavior Using a Random Coefficients Logit Model, *Journal of Business and Economic Statistics*, 12, 3, 1994, 317-328 (with Dipak C. Jain and Naufel J. Vilcassim).

On Using Demographic Variables to Determine Segment Membership In Logit Mixture Models,

*Journal of Marketing Research*, 31, February 1994, 128-136 (with Sachin Gupta).

Investigating the Sensitivity of Equilibrium Profits to Advertising Dynamics and Competitive Effects, *Management Science*, 39(9), September 1993, 1146-1162.

Investigating Purchase Incidence, Brand Choice and Purchase Quantity Decisions of Households, *Marketing Science*, 12(2) 1993, 184-208.

Estimating a Multinomial Probit Model of Brand Choice Using the Method of Simulated Moments, *Marketing Science*, 11(4), 1992, 386-407.

Investigating Heterogeneity in Nested Logit Models: A Modeling Approach and Empirical Analysis, *International Journal of Research in Marketing*, 9, 1992, 161-175.

A Dynamic Model of Channel Member Strategies for Marketing Expenditures, *Marketing Science*, 11 (2), 1992, 168-188 (with Dipak C. Jain).

An Empirical Investigation of Advertising Strategies in a Dynamic Duopoly, *Management Science*, 38 (9), September 1992, 1230-1244 (with Naufel J. Vilcassim).

Investigating Heterogeneity in Brand Preferences in Logit Models for Panel Data, *Journal of Marketing Research*, 33, November 1991, 417-428 (with Dipak C. Jain and Naufel J. Vilcassim).

Equilibrium Pricing and Advertising Strategies for Nondurable Experience Products in a Dynamic Duopoly, *Managerial and Decision Economics*, 14, 1993, 221-234 (with Vithala R. Rao, and Naufel J. Vilcassim).

A Study of Manufacturer-Retailer Marketing Strategies: A Differential Game Approach, *Lecture Notes in Control and Information Sciences*, Springer-Verlag (with Dipak Jain).

Understanding Customer Value in Business Markets: Methods of Customer Value Assessment, *Journal of Business-to-Business Marketing,* 1993, 1, 1, 3-30 (with J.C. Anderson and Dipak Jain).

**WORKING PAPERS**

Quantifying the Benefits of Individual Level Targeting In the Presence of Firm Strategic Behavior (with Xiaojing Dong and Puneet Manchanda)

A Comparison of Within Household Price Sensitivity Across Online and Offline Channels (with Junhong Chu and Javier Cebollada)

**COURSES TAUGHT**

Marketing Strategy, Marketing Management, Advanced Marketing Models

**HONORS**

Businessweek's top professors at the GSB, Chicago, 2002

Recipient of the Hillel Einhorn Award for Excellence in Teaching, EXP (Barcelona) Program, 1999 &

2000, XP (Chicago) Program, 2000, 2003, 2005

Finalist for the O'Dell award, 1996, 2001

Finalist for the Paul Green award, 1997

**OTHER**

Area Editor, *Marketing Science* http://bear.cba.ufl.edu/CENTERS/MKS/

Associate Editor, *Management Science, Quantitative Marketing & Economics, Journal of Marketing Research*

Member, Editorial Board: *Journal of Marketing, International Journal of Research in Marketing, Journal of Business-to-Business Marketing*

Doctoral dissertation committees Chicago – Hongju Liu, Xiaojing Dong (Santa Clara), Junhong Chu (National University of Singapore), Harikesh Nair (Stanford), Sridhar Narayanan (Stanford), Khim-Yong Goh (National University of Singapore), Inseong Song (HKUST), Andre Bonfrer (SMU), Nanda Kumar (UTD), Peter Boatwright (CMU), Andrew Ainslie (UCLA), Christie Nordhielm (Northwestern), Vaneet Sethi (ZS Associates); Cornell - Seetharaman Peruvemba (Rice), K. Sudhir (Yale), Sachin Gupta (Cornell), Alok Prasad (Merrill Lynch), Anil Kaul (AbsolutData), Harsh Soni (Fidelity) and Rahul Guha (Cornerstone Research), in Marketing; Karl Boehringer in Computer Science; Jenny Chin-Hua in Agricultural Economics, Joo Ho Kim in Consumer Economics.

Member INFORMS, ASA.

**Appendix B**

# List of Additional Documents Considered[1]

Third Amended Class Action Complaint, *In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation,* MDL Docket No. 1629, Master File No. 04-10981, 11/02/06.

Reply Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, *In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation,* MDL Docket No. 1629, Master File No. 04-10981, 2/22/07.

Reply Declaration of Professor Meredith Rosenthal, 2/21/07.

Reply Declaration of Raymond S. Hartman, 2/21/07.

Deposition of Meredith B. Rosenthal, 3/6/2007.

Chintagunta, P.K. et al. (2007), "Information, Learning and Drug Diffusion: the Case of Cox-2 Inhibitors," University of Chicago Working Paper.

Hickner, J. (2006), "A New Look at an Old Problem: Inappropriate Antibiotics for Acute Respiratory Infections," *Annals of Family Medicine*, Vol. 4, No. 6, pp. 484-485.

Radley, D.C., S.N. Finkelstein, R.S. Stafford, (2006) "Off-label Prescribing Among Office-Based Physicians," *Archives of Internal Medicine*, Vol. 166, pp. 1021-1026.

---

[1] The documents listed herein are in addition to other documents that I previously considered in connection with my original declaration. For a list of those documents, see Exhibit B of Declaration of Pradeep K. Chintagunta, December 21, 2006, *In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981.