# EXHIBIT 7

# Submission of 945-224 results to Diabetic Medicine

CONFIDENTIAL

Pfizer_LeslieTive_0020880

31.03.2003 09:46Roder, Beate

## Roder, Beate

**Von:**        ScholarOneMailer@ScholarOne.com
**Gesendet:**   Montag, 13. Mai 2002 14:17
**An:**         beate.roder@pfizer.com
**Betreff:**    Diabetic Medicine DME-2002-00105

Re Gabapentin in painful diabetic neuropathy: a randomised, double-blind, placebo-controlled study

Dear Dr. Roder

Thank you for submitting your paper to Diabetic Medicine. I regret that it has not been accepted for publication as it stands.

I attach the reports of the associate editor and two reviewers. You can see that they find your manuscript of interest but have raised significant concerns which would need to be addressed.

If you feel able to respond to the reviewers' comments then we will give careful consideration to a resubmitted paper. I should emphasise that we are certainly not guaranteeing acceptance at this stage. A decision will be based on whether you can meet the reviewers' concerns.

Your responses to each point made by the reviewers should be made at http://dme.manuscriptcentral.com through your Author Centre by clicking the appropriate button. Please then submit your revised manuscript by clicking its title. You will prompted to upload the file(s).

Any revised paper should be submitted to the Diabetic Medicine site within two months of your receipt of this letter.

Thank you for submitting to Diabetic Medicine.

Yours sincerely

  Dr Simon Heller
Editor, Diabetic Medicine

Associate Editor comments:

In this multicentre controlled trial Reckless and coworkers evaluated the efficacy and safety of gabapentin (600, 1200, 2400 mg/day) compared with placebo treatment in 325 diabetic patients with painful neuropathy over 7 weeks. A subgroup of 67 patients received the drug in a subsequent 4-month open-label period. After 7 weeks the primary outcome measure (weekly mean pain score) was not improved in favor of gabapentin. In contrast, several secondary endpoints did show improvement in excess of placebo. The authors conclude that while gabapentin did not demonstrate significant effects on the primary endpoint, the improvements of some secondary endpoints indicate an overall benefit from gabapentin in painful diabetic neuropathy. This manuscript has been reviewed by two referees and a statistical advisor. Both reviewers felt that although this trial deals with an important problem in diabetic patients, they identified numerous points of critique regarding data analysis and interpretation that need to be carefully addressed. As stated by the statistical advisors, the quality of the statistics appears to be poor, and hence, the conclusions are not justified. In summary, this large controlled trial addresses an important area of patient care. However, as the present study could not demonstrate significant effects on the primary endpoint, it contrasts with the results of a previously published US trial. The authors are advised to perform an appropriate statistical analysis which should allow them to draw a less biased interpretation given the evidence indicating that gabapentin had no effect on the weekly mean pain score.

1                              1

CONFIDENTIAL                                    Pfizer_LeslieTive_0020881

31.03.2003 09:46Roder, Beate
Reviewer comments:

Reviewer 1 Comments:
    This is an important paper about a common problem, painful diabetic neuropathy,
but needs rewriting. I have several concerns about the paper. First, I believe that
the stat section should use the Bonferroni correction, given the multiple comparisons
made on the same data set. This would require a final p value of p<0.01 or even p
<0.005, depending on the calculation of the correction, to be considered significant.
With this redo of the data, it is probable that NO statistical measures were postive.
Thus, the trial would be considered a failure and the paper rewritten accordingly.
Second, the issue is why this trial failed when the US trial of 3600 mg was so
positive. This is an important issue esp if the hightened expectations of patients and
MDs contributed to the large placebo effect. This needs more explanation along with
other possible factors. Third, even with the high placebo effect the negative trial
does not fit with the US trial as the mean effective dose in th!
at trial was 1800 mg. Is there no dose response curve? Luckily, the FDA is not asked
to consider this in looking at Neurontin. Third, there are many areas of company bias
that need elimination. For example, only carbemazipine is discussed but many other
drugs have favorable trials.

Reviewer 2 Comments:
    GBP in PDN by Reckless J et al submitted to Diabetic Medicine


This study investigated the efficacy of gabapentin (GBP) at 3 doses in relieving the
pain of painful diabetic neuropathy when compared to placebo. In addition to the
primary outcome of pain ratings authors used secondary outcomes such as sleep
interference and quality of life (QoL) assessment tool. After 7 weeks of double-
blinded treatment it was established that GBP was not different from placebo in its
primary outcome. Only significant effects of GBP were: the middle 1200mg/day dose as
clinical global impression of change and in some QoL measures, and at 1200mg/day and
2400mg/day dose in alleviating sleep interference due to pain. The interpretation was
that the placebo effect was so high due to expectation on the part of physicians and
patients.

There are many aspects of this study that need to be addressed.

The results are intriguing in many regards. The most "effective" dose, in the sense
that it showed significant results in secondary outcomes was the middle dose, which
was also the dose that was associated with least adverse events among GBP doses and
with the lowest the dropout rate, even less than placebo, though apparently that was
not statistically significant. But lower rate of adverse effects alone could not
provide the explanation for middle dose to be "more effective" than the higher
2400mg/day dose since published literature (US studies) demonstrated that most
patients were able to tolerate higher, 3600mg/day dose with clearly superior pain
relief. Is there a president in the literature where the middle dose was more
effective than the higher dose? I am not aware of any.

The issue of the highest dose selected for this study brings us to the statement on
page 11, second paragraph, last sentence: "The underlying assumption was that pain
relief obtained from at least 1 of the doses used in this study (600, 1200 and
2400mg/day) would be in the same order of magnitude as that seen with 3600mg/day
gabapentin in the United States study" – this statement defies logic since only one
dose, 2400mg/day, was the only one that was higher than what was suggested by US study
to be effective dose of 1800mg/day or higher. Were the authors looking for the least
effective dose? If so, that should be stated as such. Also, what was the reason that
authors did not use 3600mg/day when that was shown to be safe and effective dose, even
if they were looking for least effective dose? Please explain.

Most puzzling of all was the effect of the lowest dose of 600mg/day fared much worse
in all outcomes including adverse events, even worse than placebo. Authors did not
provide information whether any of that was significant? Did these patients experience
all the adverse effects without any benefits so that is why they came out worse than
any other group? Is small dose GBP pro-nociceptive? Please explain.

Authors are requested to present the pain rating (means) data over the duration of the
study as line graph. It should be instructive.

It is unlikely that adverse events were the cause for such a high placebo response
rate. However, one way to monitor the possible influence of unmasking investigators

2                                    2

CONFIDENTIAL

Pfizer_LeslieTive_0020882

31.03.2003 09:46Roder, Beate
are advised to ask each of their patient at the conclusion about their impression what
treatment they thought they received. Was this done in this study?

In the Patients and Method section under Safety Evaluation it is stated that physical
examination, including sensory neurological examination was performed but symptoms and
signs which define any neuropathic pain, including painful diabetic neuropathy was not
analyzed and discussed as one of the outcomes. That is most surprising since a few of
the participating authors are recognized experts in the area of neuropathic pain.
Please provide the information about neurological sensory examination. This may
especially be important for the group that did the worst, 600mg/day.


Statistical Advisor Comments:

On page 13 it is not correct to report both endpoint scores and change in pain score.
The same applies to sleep interference scores.  Repeated measures analysis of variance
should be used to analyse data collected sequentially.

What was compliance?  Were table counts done?

In sleep interference score were 1200 and 2400 mg groups combined?  Should reported
measures ANOVA of 4 groups have been done and then a predetermined tend test across 3
levels of medication?

Figure 3 should be cumulative block charts.  Why were 'very much' and 'much improved'
groups combined?  A chi-squared test for trend should have been done, not ANOVA, this
is ranked categorical data, not continuous data.

p = 0.0414 (page 15) cannot really  be considered significant in the light of the
number of tests performed. Was a Bonferronni correction discussed?

Tests for trend should be done on data in table 5.

What were the nervous system adverse events?

3

3

CONFIDENTIAL

Pfizer_LeslieTive_0020883

Diabetic Medicine                                                    Seite 1 von 1

**Successful Submission Confirmation**     11 Mar
2002 04:42

Your manuscript has been successfully uploaded to
Diabetic Medicine. You will receive future
communications via e-mail.

Your manuscript number is: **DME-2002-00105**

Please make note of your manuscript number. You
will receive an e-mail from DME within 24 hours of
the end of this process, confirming receipt of your
submission.





Log Out

Manuscript Central™ v1.51 (patent pending). Copyright © ScholarOne, Inc., 2002. All Rights Reserved.
Manuscript Central is a trademark of ScholarOne, Inc. Terms and Conditions of Use
ScholarOne Privacy Policy

Pfizer GmbH
Mooswaldallee 1
79090 Freiburg · Germany
Telephone (+49 761) 518-0
Telefax (+49 761) 518-3072



**Pfizer GmbH**

February 14, 2002

Professor Simon Heller
c/o *Diabetic Medicine* Editorial Office
Blackwell Science Ltd.
25 John Street
London, WC1N 2BS
United Kingdom

Dear Professor Heller:

Enclosed are four copies of our manuscript, "Gabapentin in painful diabetic neuropathy: a randomized, double-blind, placebo-controlled study," for submission to *Diabetic Medicine* for consideration for publication. Each copy contains the complete text of the manuscript as well as all accompanying tables and figures.

Patients with diabetes often develop neuropathy that gives rise to substantial chronic pain. Such painful diabetic neuropathy significantly impacts quality of life and increases the potential for further complications. The study reported in this manuscript examined the efficacy, dose-response characteristics, and tolerability of gabapentin for the symptomatic relief of painful diabetic neuropathy. The results obtained reveal that gabapentin has significant beneficial effects on responder rate, weekly mean sleep interference score, Clinical Global Impression of Change, and several domains of quality of life. These results are consistent with those seen in previous trials and further establish gabapentin as a useful and well-tolerated treatment option for painful diabetic neuropathy. Therefore, we believe that this manuscript would be of great interest to the readers of *Diabetic Medicine* and merits consideration as an original article.

None of the material contained in this manuscript has been published previously or is being considered for publication elsewhere. With respect to potential conflicts of interest, I would like to disclose that one of the authors (P.M.) is an employee of Pfizer GRD and that I am an employee of Pfizer GmbH.

If anything further is required, please do not hesitate to contact me.

Thank you for your consideration.

Sincerely,

*B. Roder*

Beate Roder, PhD
Pfizer GmbH
Mooswaldallee 1, 79090
Freiburg, Germany
Telephone ++49 761 518 2146
Fax ++49 761 518 3072
beate.roder@pfizer.com

Managing Dir.: Werner D. Soukup, Peter Erdmann, Walter Köbele, Dr. Jürgen Werani · Chairman Supervisory Board: Bernt A. Humpert
Commercial Reg.: Karlsruhe HRB 285

CONFIDENTIAL

**WARNER-LAMBERT COMPANY**

Publisher - Transfer of Copyright Agreement

The copyright interest of Warner-Lambert Company, 201 Tabor Road, Morris Plains, New Jersey 07950, in the work, which is a "work for hire:"

TITLE: _Gabapentin In painful diabetic neuropathy: a randomized, double-blind, placebo-controlled study_

AUTHOR(S): _J. Reckless, B. Roos, P. Maisonobe_

is hereby transferred to _Blackwell Science_

hereinafter referred to as "The Publisher", effective if and when the work is accepted for publication.

PUBLICATION IN: _Diabetic Medicine – Journal of Diabetes UK_

DATE (IF KNOWN): _____

However, the following rights are reserved:

1.  All rights other than the copyright, such as patent rights;

2.  The Publisher shall not unreasonably refuse to Warner-Lambert the right to incorporate all or part of this work in future works prepared by or on behalf of the Warner-Lambert Company. The Publisher shall have the right to charge for this permission.

3.  The Publisher shall retain the exclusive right to prepare reprints of the article for the Warner-Lambert Company and/or the author of the article, and to sell them to the Warner-Lambert Company and/or the author at rates established by The Publisher. In the event that The Publisher is unable or unwilling to sell said reprints, then Warner-Lambert and/or the author shall be free to prepare such reprints themselves.

WARNER-LAMBERT COMPANY

By: _____

Sharon Lehman, Authorized Agent
as Attorney-In-Fact for
Dr. Peter Corr, President,
Warner-Lambert Company
2800 Plymouth Rd.
Ann Arbor, MI  48105

Dated: _____

CONFIDENTIAL

Pfizer_LeslieTive_0020886

## Blackwell Science Copyright Assignment Form

**By signing this form you certify that your contribution is your original work, has not been published before and is not being considered for publication elsewhere; that you have obtained permission for and acknowledged *the source of any excerpts from other copyright works; that to the best of your knowledge your paper contains no statements which are libelous, unlawful or in any way actionable and that you have informed any co-authors of the terms of this agreement and are signing on their behalf.**

Then print out the form and complete parts 1 and 2. If you do not own the copyright to your article, please complete part 1 and get the copyright holder to complete and sign part 3. Return the form to the address below and keep a duplicate for your records.

### 1  *To be completed in all cases*

Name:  Dr. Beate Roder

Address: Pfizer GmbH
International Medical Research
Mooswaldallee 1
79090 Freiburg, Germany

Journal Title: Diabetic Medicine – Journal of Diabetes UK

Article Title: Gabapentin in painful diabetic neuropathy: a randomised, double-blind, placebo-controlled study

### 2  *To be filled in if the copyright belongs to you*

In consideration of the publication of my contribution in the above journal, I hereby warrant:

(a)  that in the case of joint authorship I have been authorised by all co-authors to sign this agreement on their behalf, and references to the singular shall include the plural as appropriate;

(b)  that this article is the author(s)' original work, has not been previously published elsewhere either in printed or electronic form (including World Wide Web home pages, discussion groups and other electronic bulletin boards), and is not under consideration for publication elsewhere;

(c)  that this article contains no violation of any existing copyright or other third party right or any material of an obscene, libellous or otherwise unlawful nature, and that I will indemnify and keep indemnified the Editor and Blackwell Science Ltd against all claims and expenses (including legal costs and expenses) arising from any breach of this warranty and the other warranties on my behalf in this agreement;

(d)  that I have obtained permission for and acknowledged the source of any illustrations, diagrams or other material included in the article of which I am not the copyright owner.

In consideration of the publication of my contribution in the above journal, I hereby assign to Blackwell Science Ltd (acting as agent for the owner of copyright in the journal where different) the present and/or future copyright throughout the world in any form and in any language (including without limitation on optical disk, transmission over the internet and other communications networks, and in any other electronic form)

Signed:  *Beate Roder*

Date:  15- Feb - 2002

(to be signed by corresponding or senior author on behalf of all authors)

CONFIDENTIAL

Pfizer_LeslieTive_0020887

**3  *To be filled in if the copyright does not belong to you***

Please provide the complete and full title of the copyright holder. This will be printed on the copyright line on each page of the article. It is the author's responsibility to provide the correct information.

(a)    Name and address of copyright holder (if not the author) :

(b)    The **copyright holder** hereby grants Blackwell Science *Ltd* non-exclusive rights to deal with requests from third parties in the manner specified in paragraphs 4 and 6 of the notes.

**Signed:**

**Date:**

**PLEASE RETURN ONE SIGNED COPY OF THIS FORM AND KEEP A DUPLICATE**

CONFIDENTIAL

## Notes on the Assignment of Copyright

1   The journal's policy is to acquire copyright for all contributions. There are two reasons for this:

    (a)   ownership of copyright by one central organisation tends to ensure maximum international protection against infringement;

    (b)   it also ensures that requests by third parties to reprint a contribution, or part of it, are handled efficiently and in accordance with a general policy which is sensible both to any relevant changes in international copyright legislation and to the general desirability of encouraging the dissemination of knowledge.

2   The author retains his or her moral rights in the article including the right to be identified as the author whenever and wherever the article is published, under the terms of the UK Copyright Designs and Patents Act 1988.

3   In assigning your copyright you are not forfeiting your rights to use your contribution elsewhere. This you may do after obtaining our permission (only withheld in exceptional circumstances) provided that the journal is acknowledged as the original source.

4   All requests to reprint your contribution, or a substantial part of it, or figures, tables or illustrations from it in another publication (including publications of Blackwell Science) will be subject to your approval (which we will assume is given if we have not heard from you within thirty days of your approval being sought).

5   The journal is registered with the Copyright Licensing Agency (London) and the Copyright Clearance Center (New York), non-profit making organizations which offer centralized licensing arrangements for photocopying. Any income received through these arrangements will be used to further the interests of the journal.

6   It is understood that in some cases copyright will be held by the contributor's employer (for instance the British or US Government). If so, the journal requires non-exclusive permission to deal with requests from third parties, on the understanding that any requests it receives from third parties will be handled in accordance with paragraph 4 above (i.e. you and your employer will be asked to approve the proposed use). If you are or were a UK Crown servant and the contribution is made in that capacity, the article must be submitted for clearance by the Permanent Head of the Department concerned. If you are or were a US Government employee and the contribution is made in that capacity, assignment applies only to the extent allowable by US law. In all cases, the Publishers must be informed as soon as the article is accepted for publication so that the appropriate arrangements can be made with the contributor's employer.

7   In addition to reproduction in conventional printed form your article may be stored electronically and then printed out (e.g. from CD-ROM under the ADONIS document delivery scheme) to meet individual requests. Your assignment of copyright signifies your agreement to the journal making arrangements to include your paper in such document delivery services and electronic journal databases.

8   **By signing this form you certify that your contribution is your original work, has not been published before and is not being considered for publication elsewhere; that you have obtained permission for and acknowledged the source of any excerpts from other copyright works; that to the best of your knowledge your paper contains no statements which are libelous, unlawful or in any way actionable and that you have informed any co-authors of the terms of this agreement and are signing on their behalf.**

CONFIDENTIAL

**Gabapentin in painful diabetic neuropathy: a randomised, double-blind, placebo-controlled study**

J Reckless[1] on behalf of the Gabapentin Diabetic Neuropathic Pain Study Group[2], B Roder[3], P Maisonobe[4]

[1]The Wolfson Centre, Royal United Hospital, Combe Park, Bath BA1 3NG, UK

[2]France: N Attal, O Blin, F Boureau, G Chazot, P Denise, D Kong-A-Siou, M Lantéri-Minet, J Latarjet, B Laurent, G Mick, C Minello, L Rambaud, G Said, P Tajfel. Germany: M Anders, E Austenat, F Best, J Beyer, U Böckmann, W Hüning, M Huptas, C Jaursch-Hancke, V-F Lindner, C Metzger, M Plum, IA Röhrig, T Scholten, R Wörz. Italy: S Caronna, M Farinelli, R Giorgino, G Masotti, C Messina, F Rasi, M Trovati, P Zagnoni. South Africa: LA Distiller, LI Robertson. Spain: J de Andrés Ibáñez, ML Franco Gay, JL Madrid, MA Quesada García, MV Ribera Canudas, G Roca Amatria, J Serra i Catafau. United Kingdom: MS Chong, RJC Guy, AB Johnson, RW Johnson, D Kerr, JP O'Hare, V Patel, JPD Reckless, DD Sandeman, HCR Simpson.

[3]Pfizer GmbH, Mooswaldallee 1, 79090 Freiburg, Germany

[4]Pfizer GRD, 3-9 rue de la Loge, 94265 Fresnes Cedex, France

Correspondence to: Dr Beate Roder, Pfizer GmbH, Mooswaldallee 1, 79090 Freiburg, Germany. Telephone ++49 761 518 2146, fax ++49 761 518 3072, beate.roder@pfizer.com

Running title: Gabapentin for painful diabetic neuropathy

1

Word count (excluding abstract, references, figure legends etc.): 3,430

2

CONFIDENTIAL

## Abstract

**Aims** This international, multicentre, randomised, controlled trial evaluated the efficacy and tolerability of 3 doses of the anticonvulsant gabapentin compared with placebo in painful diabetic peripheral neuropathy.

**Methods** 325 patients were randomised to receive gabapentin (600, 1200, or 2400 mg/day) or placebo in a 7-week, parallel-group trial, with a 3-week titration period and a 4-week fixed-dose period. A subset of 67 patients entered a subsequent 4-month, open-label period, in which gabapentin was titrated to a maximum of 2400 mg/day. Subjects recorded episodes of pain in a daily pain diary and a weekly mean pain score was calculated.

**Results** None of the gabapentin doses was significantly more effective than placebo with regard to the primary outcome, improvement in weekly mean pain score. However, gabapentin 1200 mg was significantly more effective than placebo for several secondary endpoints: responder rate (40.2% vs 24.7% respectively, $P = 0.0414$), the Clinical Global Impression of Change ($P = 0.0395$), and 5 of the 8 domains of the SF-36 Quality of Life questionnaire. Gabapentin 1200 mg/day and 2400 mg/day were significantly more effective than placebo with regard to weekly mean sleep interference score ($P = 0.001$ and $P = 0.01$, respectively). Six patients receiving gabapentin became pain-free, vs none in the placebo group. Further improvements were seen in mean pain scores, mean sleep interference scores, and most of the SF-36 domains in the 4-month, open-label phase.

3

CONFIDENTIAL

Pfizer_LeslieTive_0020892

Gabapentin was well tolerated in all phases of the trial, with the most common treatment-related adverse events being somnolence and dizziness.

**Conclusions** While treatment with gabapentin did not demonstrate significant effects on the primary endpoint of this study, statistically significant evidence for improvements in some secondary endpoints demonstrates an overall benefit from gabapentin for patients with painful diabetic neuropathy.

Keywords: gabapentin, anticonvulsants, analgesia, pain, diabetic neuropathy.

Abbreviations: SF-MPQ: Short Form-McGill Pain Questionnaire; VAS: visual analogue scale; PPI: present pain intensity; CGIC: Clinical Global Impression of Change; PGIC: Patient's Global Impression of Change.

4

CONFIDENTIAL

## Introduction

Many pharmacological agents have been used to treat the pain associated with diabetic neuropathy, including non-narcotic analgesics, opiates, antidepressants, anticonvulsants, nonsteroidal anti-inflammatory agents, muscle relaxants, local anaesthetics, capsaicin, and antiarrhythmics [1,2]. Tricyclic antidepressants are widely used, and there is good evidence for their efficacy [3], although their poor tolerability may pose a problem [3,4]. Furthermore, they are unlicensed for the treatment of neuropathic pain in the United Kingdom.

Another agent commonly used is the anticonvulsant carbamazepine. Systematic reviews have also shown this agent to be effective in treating diabetic neuropathy and other types of neuropathic pain [3,5]. However, the anticonvulsant most extensively investigated for the treatment of neuropathic pain conditions is gabapentin, the only anticonvulsant specifically licensed in the United Kingdom for this indication. The use of gabapentin in neuropathic pain is supported by evidence from 3 large randomised trials: 1 in diabetic neuropathy [6] and 2 in postherpetic neuralgia [7,8].

In a double-blind, placebo-controlled clinical trial in the United States [6], gabapentin was shown to be effective and well tolerated in the treatment of painful diabetic neuropathy. At individually titrated doses of up to 3600 mg/day, gabapentin significantly reduced pain (as measured by daily pain diaries and other outcome measures) and improved quality of life.

5

CONFIDENTIAL

This multicentre, international study was conducted to confirm these positive findings and to evaluate a range of fixed doses of gabapentin. This randomised, double-blind, placebo-controlled trial compared the efficacy, dose-response characteristics, and tolerability of gabapentin 600, 1200, or 2400 mg/day with placebo, for the symptomatic relief of painful diabetic peripheral neuropathy.

6

Pfizer_LeslieTive_0020895

### Patients and methods

*Patients*

The study included men or women ≥18 years, of any race, with Type 1 or Type 2

diabetes mellitus (haemoglobin $A_{1C}$ levels ≤10%; stable on appropriate medication). All

patients had suffered from distal, symmetrical symptoms of diabetic sensorimotor

polyneuropathy (according to San Antonio criteria [9]) for 1 to 5 years.

Table 1 lists the inclusion and exclusion criteria used to recruit patients to this study.

The study was conducted in accordance with the Declaration of Helsinki and Good

Clinical Practice Guidelines, and approved by Institutional Review Boards or Ethics

Committees for each centre. All patients provided written informed consent.

*Patient demographics and baseline characteristics*

Of 432 screened patients, 325 were randomised and received study medication:

gabapentin 600 mg/day (n = 82), 1200 mg/day (n = 82), or 2400 mg/day (n = 84), or

placebo (n = 77). Of the 107 patients who were not randomised, 84 did not meet the

inclusion/exclusion criteria, 4 experienced an adverse event during screening phase, and

19 were not randomised due to other or administrative reasons (e.g. patient withdrew

informed consent). There were no statistically significant differences among groups in

treatment withdrawals (Figure 1). Adverse events were the most common reason for

withdrawal in all groups.

7

Pfizer_LeslieTive_0020896

Treatment groups were well matched with regard to all baseline parameters except for sex, with a trend toward a higher proportion of women in the placebo group than in the gabapentin groups (Table 2). Eighty-five percent of all patients had Type 2 diabetes. The duration of diabetes and the distribution of neuropathic pain were similar in all treatment groups: All patients had neuropathic pain in the lower extremities (toe, foot, calf, or thigh) and 31-39% had neuropathic pain in the upper extremities (finger, hand, or forearm). Patients who had symptoms due to distal diabetic polyneuropathy in only their hands were not eligible for this study. The baseline mean pain score was similar in all groups.

*Study design*

All analgesics except paracetamol had to be washed out prior to screening, and were not allowed once treatment began. After a 1-week screening phase, patients fulfilling the inclusion criteria were randomised to gabapentin 600 (n = 82), 1200 (n = 82), or 2400 (n = 84) mg/day, or placebo (n = 77) (Table 2). Study medication was administered as 2 capsules three times daily. The 7-week, double-blind treatment phase consisted of a 3-week titration period followed by a 4-week, fixed-dose period: Patients receiving 600 mg gabapentin started on the full dose on Day 1; the 1200-mg dose was titrated over 1 week; and the 2400-mg dose was titrated over 3 weeks.

8

CONFIDENTIAL

Pfizer_LeslieTive_0020897

Patients were assessed at screening, at randomisation and after 1, 3, and 7 weeks on double-blind study medication, and were contacted twice weekly to be reminded to record their results in daily pain diaries.

A subset of 67 patients entered a 4-month, open-label phase at the conclusion of the initial 7 weeks. Patients—regardless of which group they had been assigned to during the double-blind phase of the trial—were started with 600 mg/day gabapentin at the crossover visit of the 2 phases (Visit 5) and study medication was then increased to a maximum of 2400 mg/day during the next 4 weeks. (Patients' doses were titrated until they obtained at least the same pain relief that they had perceived at the end of the double-blind treatment phase). The dosage reached at the end of the titration phase (Visit 8) remained unchanged for the following 3 months. The weekly mean pain score and the weekly mean sleep score were recorded for each week of the open-label phase.

*Efficacy evaluation*

The primary efficacy criterion was the weekly mean pain score from the patient's daily diary. Pain was measured on an 11-point Likert scale ranging from 0 (no pain) to 10 (worst possible pain). The primary endpoint was defined as the mean of the last 7 available pain scores while on study medication.

Secondary efficacy outcomes included: the Mean Sleep Score from the Daily Sleep Interference Diary, rated on an 11-point Likert scale (0 = did not interfere to 10 = unable to sleep because of pain); the Clinical Global Impression of Change (CGIC), rated on a 7-

9

CONFIDENTIAL

Pfizer_LeslieTive_0020898

point scale (1 = very much improved to 7 = very much worse); the similar Patient's
Global Impression of Change (PGIC); and the SF-36 Quality of Life Questionnaire [10].

A further secondary outcome was the SF-MPQ, which includes a visual analogue scale
(VAS) (rating pain over the past week from 0 mm = no pain to 100 mm = worst possible
pain), and a present pain intensity (PPI) scale (rating present pain from 0 = no pain to 6 =
excruciating pain). Data were also gathered for a third component: pain descriptors.
However, because the questionnaires were not validated for pooling across languages,
these data could only be analysed descriptively on a country-by-country basis.

Patients were classified as responders if they had at least a 50% reduction in mean pain
score compared with baseline, did not withdraw from the study due to lack of efficacy,
and did not take any forbidden medication during the study days included in the endpoint
calculation. Patients with an endpoint diary pain score of 0.0 were classified as pain free
and those with a score of 0-1.0 as virtually pain free.

Pain diary scores, sleep diary scores, and the SF-MPQ were evaluated at screening (Week
-1), at randomisation (Week 0), and at Weeks 1, 3 and 7. The SF-36 QoL was evaluated
at Week 0 and Week 7; other efficacy outcomes were evaluated at Week 7.

10

CONFIDENTIAL

*Safety evaluation*

Safety evaluation included physical, neurological, and peripheral sensory examinations, collection of adverse event data and evaluation of clinical laboratory variables (serum pregnancy test at study entry for female patients of childbearing potential, and hemoglobin A1c and serum creatinine for all patients).

*Statistical analyses*

Sample size estimation was based on a previous study of gabapentin 3600 mg vs placebo [6], in which the between-group difference in weekly mean pain scores was 1.3, and the standard deviation was 2.35. In order for the study to have 90% power to detect a difference of this magnitude ($\alpha = 0.05$, 2-sided), it was calculated that 73 patients would be required per group. Thus, the target for enrollment was 80 patients per group (total 320). The underlying assumption was that pain relief obtained from at least 1 of the doses used in this study (600, 1200, or 2400 mg/day) would be in the same order of magnitude as that seen with 3600 mg/day gabapentin in the United States study [6].

All efficacy analyses were performed on the intent-to-treat population (patients who were randomised, had received at least 1 dose of study medication, and had undergone at least 1 observation for the primary outcome). Mean pain score at termination was analysed using analysis of covariance (ANCOVA), with treatment and cluster as main effects and the baseline mean pain scores as a covariate. This was followed by the Williams procedure [11] to determine the minimal effective dose of gabapentin. Mean sleep interference scores and the SF-MPQ were analysed using ANCOVA. CGIC and PGIC

11

Pfizer_LeslieTive_0020900

were analysed using a Cochran-Mantel-Haenszel test based on modified ridit scores [12], and an analysis of variance (ANOVA) was also performed. The domains of the SF-36 were compared by ANCOVA.

The safety analysis was based on all patients who received at least 1 dose of study medication. Rates of clinically relevant adverse events were compared using confidence intervals of odds ratios (Cornfield method) or Fisher's exact test.

12

**Results**

*Efficacy evaluation for the double-blind phase*

Only 1 randomised patient was excluded from the intent-to-treat analysis (no value for the primary efficacy outcome). The primary efficacy parameter, mean pain score, decreased in all groups from baseline to endpoint (Table 3). However, there were no statistically significant differences among any of the gabapentin groups and the placebo group for endpoint mean pain score ($P > 0.05$ for each dose group vs placebo by ANCOVA; $P = 0.1221$ using the Williams procedure for pooled 1200 mg/2400 mg groups vs placebo). The smallest mean change in pain score from baseline to endpoint was seen in the gabapentin 600-mg group (-1.4 vs -1.7 for placebo). The greatest improvement was seen in the 2 higher-dose gabapentin groups (-2.2 for 1200 mg, -2.1 for 2400 mg). Nevertheless, there was no statistically significant difference between any gabapentin dose and placebo for any timepoint during the trial (the lowest $P$ value was achieved by 1200 mg/day gabapentin at Week 4, $P = 0.0545$).

At baseline, mean sleep interference scores were similar in all groups: in all groups, scores decreased during the study (i.e. showed an improvement in sleep). The change from baseline to endpoint was similar in the placebo and in the 600-mg gabapentin group, with no significant difference in endpoint values (3.85 for gabapentin 600 mg vs 3.87 for placebo, 95% CI for the difference [-0.667, 0.639], $P = 0.967$). However, there were statistically significant differences between the 1200- and 2400-mg gabapentin groups

13

and the placebo group starting at Week 1 of treatment and continuing throughout the study (Figure 2). For gabapentin 1200 mg the mean endpoint score was 2.80 vs 3.87 for placebo (95% CI for the difference [-1.721, -0.419], $P = 0.001$). For gabapentin 2400 mg the mean endpoint score was 3.01 vs 3.87 for placebo (95% CI for the difference [-1.503, -0.202], $P = 0.01$).

In the SF-MPQ, there was no statistically significant difference between any gabapentin group and placebo for the endpoint of the VAS and PPI scales. The pattern of changes in pain descriptor scores was inconsistent across countries, and no interpretation of these data was possible.

The percentage of patients evaluated as "very much or much improved" by the CGIC was higher in the 1200-mg and 2400-mg gabapentin groups than in the placebo or 600-mg gabapentin group (Figure 3). The difference was statistically significant for the gabapentin 1200-mg group vs placebo ($P = 0.0395$, ANOVA). For the PGIC, in all treatment groups, a substantial number of patients assessed their own status as "very much or much improved" (600 mg, 30.1%; 1200 mg, 44.5%; 2400 mg, 49.3%; placebo, 36.1%). Differences between treatment groups did not reach statistical significance for the PGIC, but the data mirrored the CGIC data.

At endpoint, the 1200 mg/day group, compared with placebo, showed significantly better scores for 5 of the 8 domains of the SF-36 QoL questionnaire: physical role limitations, social functioning, mental health, emotional role limitations, and vitality

14

($P < 0.05$ vs placebo) (Figure 4). For the gabapentin 2400 mg/day and 600 mg/day groups, there were no statistically significant differences compared with placebo for any domain.

The responder rate (Table 4) was highest in the 1200-mg gabapentin group, and significantly different from placebo (40.2% vs 24.7%, $P = 0.0414$, logistic regression). Totally pain-free patients were found in the gabapentin groups (1 patient in each of the 600- and 1200-mg groups, and 4 patients in the 2400-mg gabapentin group). No pain-free patients were found in the placebo group. Eight virtually pain-free patients were found in the placebo group, 4 in the gabapentin 600-mg group, 6 in the gabapentin 1200-mg group, and 12 in the gabapentin 2400-mg group. Calculation of odds ratios showed no statistically significant difference between the gabapentin groups and the placebo group in the percentage of pain-free or virtually pain-free patients.

*Efficacy evaluation for the open-label phase*

A total of 67 patients entered the open-label phase and 60 were included in the fixed-dose phase. During this phase, mean pain scores and mean sleep interference scores further decreased (mean pain score changed from 4.4 at the end of the double-blind phase to 3.3 at the end of the open-label phase; mean sleep interference score changed from 3.4 at the end of the double-blind phase to 2.4 at the end of the open-label phase), reflecting added pain relief and improvement of sleep. The SF-McGill VAS and PPI scores also showed an additional decrease. The patients themselves (PGIC) as well as the clinicians (CGIC)

15

Pfizer_LeslieTive_0020904

evaluated their status as further improved compared with the end of the double-blind treatment phase in more than 40% of patients.

*Safety evaluation*

Gabapentin was generally very well tolerated. There were no clinically relevant changes of hemoglobin A1c levels throughout the study. The most common adverse events considered by the investigators to be possibly associated with study medication were those affecting the nervous system (somnolence and dizziness, Table 5). The only statistically significant difference between gabapentin and placebo in the double-blind phase was found for somnolence, with the 2400-mg dose of gabapentin group vs placebo (Fisher's exact test, $P < 0.005$).

Thirty patients withdrew due to adverse events: 8/82 (9.8%) in the gabapentin 600-mg group; 3/82 (3.7%) in the 1200-mg group; and 11/84 (13.1%) in the 2400-mg group, compared with 8/77 (10.4%) in the placebo group. Eight patients were withdrawn from the gabapentin 2400-mg group due to nervous system adverse events. In contrast, only 1 patient was withdrawn for this reason in each of the 600-mg and 1200-mg gabapentin groups, and none in the placebo group.

In total, 14 patients experienced serious adverse events (5 on gabapentin 600 mg, 2 on 1200 mg, 3 on 2400 mg, and 4 on placebo). Only one of the serious adverse events (maculopapular rash) was considered to be possibly related to study medication. There were no deaths.

16

Gabapentin remained well tolerated after the 4-month, open-label, extension phase; 24.3% of patients experienced adverse events that the investigators considered to be associated with the medication. Asthenia, dizziness, and somnolence were most frequently reported. There were no clinically relevant differences in any clinical laboratory measurements for any gabapentin group compared with placebo.

17

## Discussion

In this double-blind, randomised trial, the efficacy, dose-response characteristics, and tolerability of gabapentin 600, 1200, or 2400 mg/day were compared with placebo for the treatment of painful diabetic neuropathy. None of the gabapentin doses was significantly more effective than placebo with regard to the primary outcome measure, weekly mean pain score from the daily pain diary. Therefore, the minimum effective dose of gabapentin could not be defined in this study.

However, gabapentin 1200 mg/day was significantly more effective than placebo as measured by several secondary endpoints: responder rate, 5 of the 8 domains of the SF-36 (indicating an improvement in quality of life), weekly mean sleep interference score, and the CGIC.

Thus, the evidence from secondary endpoints indicates that patients receiving the 1200-mg dose of gabapentin experience an overall benefit from treatment despite the lack of a significant effect on pain diary scores. The significant difference in responder rates (40.2% for gabapentin 1200 mg vs 24.7% for placebo, $P = 0.0414$) is particularly encouraging, as the percentage of patients obtaining at least 50% pain relief is now widely used as the standard measure of outcome in studies on pain therapy [5]. Also encouraging is the fact that several patients became totally pain free on gabapentin treatment (1 patient each with gabapentin 600 and 1200 mg/day, and 4 patients with 2400 mg/day). No patients in the placebo group became totally pain free.

18

Pfizer_LeslieTive_0020907

At the end of the double-blind treatment phase there was a statistically significant difference between the gabapentin 1200 mg group and the placebo group for 5 of the 8 items of the SF-36: physical role limitations, social functioning, mental health, emotional role limitations, and vitality. These findings indicate a positive effect of gabapentin 1200 mg on quality of life. Treatment with gabapentin 600 or 2400 mg/day did not result in a statistically significant difference vs placebo in any of the items of the SF-36 questionnaire.

Gabapentin 2400 mg/day was significantly more effective than placebo only with regard to the weekly mean sleep interference score, although data from some other secondary outcomes (responder rate, CGIC, PGIC) also suggest a beneficial effect. The gabapentin 600 mg/day group consistently showed no significant difference compared with the placebo group.

The lack of statistically significant pain relief as measured by the primary outcome, pain diary scores, is surprising in view of the significant benefits demonstrated in the US study by Backonja et al [6], in an apparently similar patient population. One factor that may help to explain this discrepancy is the very high placebo effect in our study. A high placebo response is expected in pain studies [13] and has occurred in other trials on gabapentin [6-8]. However, the placebo effect in our trial was even higher than that in the comparable US study [6].

The positive results from the US trial [6] were presented to the investigators at the pre-trial investigators' meeting for our study and were published during our study; these may

19

CONFIDENTIAL

Pfizer_LeslieTive_0020908

therefore have raised the investigators' expectations, and in turn those of the patients. This might explain why, according to the CGIC, 37.8% of placebo-treated patients in our study were considered to be very much or much improved by the investigators, compared with only 21.3% of patients in the US study. A recent publication showed that expectancy could have a major influence on placebo analgesia [14].

Another difference between our study and the US trial was that the good tolerability of gabapentin allowed about 70% of patients in the US study to be titrated up to the maximum dose of 3600 mg/day, compared with the maximum dose of 2400 mg/day used in our study. However, in the US study, pain relief started at average doses of 1800 mg/day during titration, and effects on sleep were already seen with 900 mg/day. Moreover, recent trials have shown efficacy for gabapentin at doses of 1800 mg/day and 2400 mg/day in postherpetic neuralgia [7].

The tolerability of the doses of gabapentin used in our study appears to be better than that seen with the higher dose used in the US study. For example, 62% of gabapentin-treated patients in the US trial experienced a treatment-related adverse event, compared with only 26% of those receiving placebo. In our study, treatment-related adverse events occurred in 23% to 36% of gabapentin-treated patients, compared with 21% of placebo-treated patients. Treatment-related adverse events appeared to be more common with the 2400-mg dose than the 1200-mg dose. Thus, there may be a balance to be struck between the efficacy and tolerability of gabapentin therapy in painful diabetic neuropathy, and the optimum dose may vary between patients. In general, the excellent tolerability of

20

gabapentin was confirmed in our study, and titration up to a total daily dose as high as 3600 mg where needed seems feasible in view of the favourable adverse-event profile. The long-term treatment during the 4-month open-label period did not raise any safety concerns.

In conclusion, this randomised, placebo-controlled study showed that gabapentin, at doses of 600, 1200, and 2400 mg/day, had no statistically significant effect on the primary outcome, weekly mean pain score. However, compared with placebo, gabapentin 1200 mg/day had significant beneficial effects on responder rate, weekly mean sleep interference score, the CGIC, and several domains of quality of life. Thus, the overall findings of this study are consistent with previous trials establishing gabapentin as a useful and very well-tolerated treatment option for painful diabetic neuropathy.

21

CONFIDENTIAL

## References

1. Greene DA, Sima AAF, Albers JW, Pfeifer MA. Diabetic neuropathy. In: Rifkin H, Porte D, editors. *Diabetes mellitus theory and practice.* New York: Elsevier; 1990. p. 710-755.

2. Drug treatment of neuropathic pain. *Drug Ther Bull* 2000;**38(12);**89-93.

3. Sindrup SH, Jensen TS. Efficacy of pharmacological treatments of neuropathic pain: an update and effect related to mechanism of drug action. *Pain* 1999;**83;**389-400.

4. Karlsten R, Gordh T. How do drugs relieve neurogenic pain? *Drugs Aging* 1997;**11;**398-412.

5. McQuay H, Carroll D, Jadad AR, Wiffen P, Moore A. Anticonvulsant drugs for management of pain: a systematic review. *BMJ* 1995;**311;**1047-1052.

6. Backonja M, Beydoun A, Edwards KR, Schwartz SL, Fonseca V, Hes M, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. *JAMA* 1998;**280;**1831-1836. (Parke-Davis study number 945-210.)

7. Rice AS, Maton S. Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo controlled study. *Pain* 2001;**94;**215-224.

8. Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L. Gabapentin for the treatment of postherpetic neuralgia: a randomized controlled trial. *JAMA* 1998;**280;**1837-1842.

9. Report and recommendations of the San Antonio conference on diabetic neuropathy. Consensus statement. *Diabetes* 1988;**37;**1000-1004.

10. Ware JEJ. SF-36 Health Survey: Manual and interpretation guide. Boston, MA: The Health Institute, New England Medical Center; 1993.

22

11. Williams DA. The comparison of several dose levels with a zero dose control. *Biometrics* 1972;**28**;519-531.

12. SAS stat user's guide version 6. SAS Institute Inc, editors. 1990;**1**; 872.

13. Turner JA, Deyo RA, Loeser JD, Von Korff M, Fordyce WE. The importance of placebo effects in pain treatment and research. *JAMA* 1994;**271**;1609-1614.

14. Price DD, Milling LS, Kirsch I, Duff A, Montgomery GH, Nicholls SS. An analysis of factors that contribute to the magnitude of placebo analgesia in an experimental paradigm. *Pain* 1999;**83**;147-156.

23

Figure 1: Number of patients in the course of the study (screening and double-blind phase).



Figure 2: Change in weekly mean sleep interference score.



Intent-to-treat population—Observed cases data.

Note: According to the titration schedule specified in the protocol, patients were on 600

mg/day gabapentin starting on day 2, and on 1200 mg/day gabapentin at the beginning of

week 2. A total daily dosage of 2400 mg/day gabapentin was reached in the middle of

week 3.

Pfizer_LeslieTive_0020914

Figure 3: Percentage of patients given gabapentin (600, 1200, or 2400 mg) or placebo with very much/much improved, minimally improved/no change, or worse CGIC scores.

*$P < 0.05$ compared to placebo (ANOVA).



CONFIDENTIAL

Figure 4: SF-36 Quality of Life at termination visit –ANCOVA results.

*$P < 0.05$ for comparison with placebo.



Table 1. Inclusion and exclusion criteria.

| Inclusion Criteria | Exclusion Criteria |
|---|---|
| • Men, or non-pregnant, non-lactating women who are postmenopausal or surgically sterilised or using barrier or hormonal contraception, any race, ≤18 years of age<br>• Diagnosis of diabetes mellitus (Type I or II); haemoglobin $A_{1C}$ levels of ≤10%; distal, symmetrical, symptoms of diabetic sensorimotor polyneuropathy for 1 to 5 years (must meet San Antonio criteria [9])<br>• At screening and randomisation, a score of ≥40 mm on the visual analogue scale of SF-MPQ<br>• Patients must have completed at least 4 pain diaries during the 7 days prior to randomisation, and have an average score of ≥4<br>• Patients receiving a stable bedtime dose of benzodiazepines (with no dosage changes within the last 30 days or during the study) must have an average score of ≥2 on the daily sleep interference diary during the 7 days prior to randomisation | • Previous treatment with gabapentin<br>• Creatinine clearance ≤60 mL/min<br>• Patients who are expected to change from oral diabetes medication to insulin during the study<br>• Serious hepatic, respiratory, or haematological illnesses, unstable cardiovascular disease, or symptomatic peripheral vascular disease<br>• Neurological disorders unrelated to diabetic neuropathy that, in the opinion of the investigator, might confuse the assessment of neuropathy-related pain<br>• Other potential causes of painful neuropathy, such a known existence of history of pernicious anaemia, untreated hypothyroidism history of chronic hepatitis B, hepatitis B within the past 3 months, or HIV<br>• Skin conditions in the area affected by the neuropathy that could alter sensation<br>• The use of analgesics other than paracetamol (total maximum daily dose ≤4 g) or aspirin (maximum daily dose ≤325 mg), and any other medication that might confuse assessment, including antidepressants, anticonvulsants and neuroleptics<br>• Other severe pain that may confound assessment or self-evaluation of the pain due to diabetic neuropathy<br>• Administration of any investigational drug within 30 days prior to screening<br>• Amputations other than toes<br>• Misuse of illicit drugs or alcohol within last year<br>• Serious or unstable medical or psychological conditions that, in the opinion of the investigator, would compromise participation in the study |

Table 2. Baseline characteristics of intent-to-treat population. Values are means (SD) except where otherwise stated.

|  | Placebo (n = 77) | Gabapentin 600 mg/day (n = 82) | Gabapentin 1200 mg/day (n = 82) | Gabapentin 2400 mg/day (n = 83) |
|---|---|---|---|---|
| Men, n (%) | 38 (49.4) | 45 (54.9) | 52 (63.4) | 49 (59.0) |
| Women, n (%) | 39 (50.6) | 37 (45.1) | 30 (36.6) | 34 (41.0) |
| Age (years) | 60.9 (9.9) | 60.4 (9.9) | 60.8 (10.0) | 59.8 (10.9) |
| Weight (kg) | 81.52 (14.72) | 88.14 (19.48) | 84.03 (14.66) | 81.84 (15.62) |
| Creatinine clearance (mL/min) | 86.5 (25.0) | 93.9 (33.4) | 89.4 (27.7) | 86.8 (25.1) |
| Type 1 diabetes, n (%) | 15 (19.5) | 9 (11.0) | 12 (14.6) | 14 (16.9) |
| Type 2 diabetes, n (%) | 62 (80.5) | 73 (89.0) | 70 (85.4) | 69 (83.1) |
| Duration of diabetes (years) | 12.2 (9.3)[*] | 12.4 (9.7) | 13.3 (9.9) | 12.9 (10.7) |
| Neuropathic pain, n (%) |  |  |  |  |
| Lower extremities | 77 (100.0) | 82 (100.0) | 82 (100.0) | 83 (100.0) |
| Upper extremities | 24 (31.2) | 39 (35.4) | 28 (34.1) | 32 (38.6) |
| Baseline mean pain score | 6.18 (1.68) | 6.30 (1.49) | 6.10 (1.58) | 6.23 (1.58) |

[*]n = 76.

Pfizer_LeslieTive_0020918

Table 3. Mean daily diary pain scores: descriptive statistics (intent-to-treat population) at baseline and at endpoint (treatment groups: placebo or gabapentin 600, 1200, or 2400 mg/day).

|  | Placebo | Gabapentin 600 mg/day | Gabapentin 1200 mg/day | Gabapentin 2400 mg/day |
|---|---|---|---|---|
|  | (n = 77) | (n = 82) | (n = 82) | (n = 83) |
| Baseline[*] |  |  |  |  |
| Mean (SD) | 6.2 (1.7) | 6.3 (1.5) | 6.1 (1.6) | 6.2 (1.6) |
| Range | 1.0 – 10.0 | 3.1 – 10.0 | 3.1 – 10.0 | 3.7 – 10.0 |
| Endpoint[†] |  |  |  |  |
| Mean (SD) | 4.5 (2.3) | 4.9 (2.3) | 3.9 (2.4) | 4.1 (2.5) |
| Range | 0.1 – 9.4 | 0.0 – 9.4 | 0.0 – 9.0 | 0.0 – 9.1 |
| Change |  |  |  |  |
| Mean (SD) | -1.7 (2.1) | -1.4 (2.0) | -2.2 (2.2) | -2.1 (2.5) |
| Range | -7.3 – 1.9 | -7.0 – 3.0 | -7.0 – 3.3 | -9.7 – 3.0 |

[*] Scores from last 7 days before taking study medication, up to and including Day 0.

[†] Last 7 available scores.

SD = Standard deviation.

CONFIDENTIAL                                                      Pfizer_LeslieTive_0020919

Table 4. Responder rates at endpoint (treatment groups: placebo or gabapentin 600, 1200, or 2400 mg/day). Responders were defined as patients with at least 50% reduction in pain score from baseline to endpoint, who did not withdraw from the study due to lack of efficacy and did not take any forbidden medication during the study days included in endpoint calculation.

| | Placebo (n = 77) | Gabapentin 600 mg/day (n = 82) | Gabapentin 1200 mg/day (n = 82) | Gabapentin 2400 mg/day (n = 83) |
|---|---|---|---|---|
| Responders, n (%) | 19  (24.7) | 13  (15.9) | 33  (40.2) | 25  (30.1) |
| Non-responders, n (%) | 58  (75.3) | 69  (84.1) | 49  (59.8) | 58  (69.9) |
| Total, n (%) | 77 (100.0) | 82 (100.0) | 82 (100.0) | 83 (100.0) |

CONFIDENTIAL

Pfizer_LeslieTive_0020920

Table 5. Adverse events occurring in 5% of patients and considered by the investigators to be possibly, probably, or definitely associated with study medication.

| | Placebo (n = 77) | | Gabapentin 600 mg/day (n = 82) | | Gabapentin 1200 mg/day (n = 82) | | Gabapentin 2400 mg/day (n = 84) | |
|---|---|---|---|---|---|---|---|---|
| Body as a whole, n (%) | 6 | (7.8) | 11 | (13.8) | 4 | (4.9) | 6 | (7.1) |
| Headache, n (%) | 1 | (1.3) | 5 | (6.1) | 2 | (2.4) | 1 | (1.2) |
| Digestive system, n (%) | 5 | (6.5) | 10 | (12.2) | 5 | (6.1) | 10 | (11.9) |
| Nausea, n (%) | 4 | (5.2) | 1 | (1.2) | 1 | (1.2) | 4 | (4.8) |
| Nervous system, n (%) | 6 | (7.8) | 10 | (12.2) | 10 | (12.2) | 19 | (22.6) |
| Somnolence, n (%) | 1 | (1.3) | 4 | (4.9) | 3 | (3.7) | 11 | (13.1) |
| Dizziness, n (%) | 2 | (2.6) | 5 | (6.1) | 3 | (3.7) | 6 | (7.1) |
| All associated events, n (%) | 16 | (20.8) | 27 | (32.9) | 19 | (23.2) | 30 | (35.7) |

CONFIDENTIAL