# EXHIBIT 8

**Submission of 945-224 results to Diabetologia**

CONFIDENTIAL

15/11/2002  16:12   +43-1-40400-2728      DIABETOLOGIA         S.   01

# Diabetologia

Journal of the European Association for the Study of Diabetes (EASD)
Editor-in-Chief
Werner Waldhäusl M.D, Vienna
**Tel: 0043 1 404002727 Fax: 0043 1 40400 2728**
**e-mail: diabetologia@akh-wien.ac.at**

Dr. Beate Roder,
Pfizer GmbH

Editorial office
P.O. Box 27
1097 Vienna,
Austria

Mooswaldallee 1
79090 Freiburg
Germany

**Fax-No.:+ 49 761 518 3073**

14th November 2002

**Re:Diabet/2002/000754 John Reckless et al.,** ' *Gabapentin in painful diabetic neuropathy: a randomised, double-blind, placebo-controlled study* '
**Received: 22nd October 2002**

Dear Dr. Beate Roder,

Your above-referenced manuscript has been read by two experts in the field but I regret to inform you that we are not able to offer publication in *Diabetologia*. This decision is based on the evaluation of the referees, whose reports are enclosed, as well as on priorities set by the Editorial Board.

Unfortunately we are not able to publish all the manuscripts that receive positive comments. The severe competition for space in the journal forces us to reject quite a few manuscripts which are of sound scientific quality but which are not allocated top priority for publication in *Diabetologia* by the editorial board.

I hope that the referees' evaluations will be helpful if you plan to revise the manuscript for submission to another journal.

I am sorry that I could not be more positive on this occasion but hope we can look forward to other contributions from you in the future. Thank you very much for allowing us to review your manuscript for *Diabetologia*.

Yours sincerely,

Werner Waldhäusl M.D
Editor-in-Chief

CONFIDENTIAL

15/11/2002  16:12  +43-1-40400-2728          DIABETOLOGIA                S.    02



# Diabetologia

---

Manuscript reference: **Diabet/2002/000754** John Reckless et al

Received: 22nd October 2002

Date sent: 30th October 2002                                    Referee code: A

Referee recommendation (Please do **not** give advice as to acceptance/rejection on this form)

---

The authors report a randomized trial assessing the efficacy and tolerability of Gabapentin in painful diabetic neuropathy.

1. I am not sure as to the need for a trial such as this as there are already a number of controlled trials in the literature looking at Gabapentin in diabetic neuropathy.

2. The authors, indeed, state that they wanted to confirm previous positive findings, but then seem to forget that the mean dose for adequate pain relief is previous trials was much higher than the first two doses in this present trial.

3. What is really needed is comparative trials of Gabapentin versus other known treatments for diabetic neuropathies. It is surprising, therefore, that the authors fail to refer to the previous trial of Gabapentin versus Amitriptyline published by Morello et al., in the *Archives of Internal Medicine* two years ago.

4. The entry criteria for neuropathy are poorly stated. Table 1 is completely unacceptable and looks like a table extracted directly from a pharmaceutical company protocol.

5. The authors state that neuropathy is defined according to the San Antonio criteria: Did they really do detailed autonomic and peripheral nervous function testing?

6. If they only permitted analgesia in the screening and trial period with paracetamol, I am concerned as to whether these patients really did have significant painful neuropathy.

7. Why did the authors elect to do a 7-week study which seems rather short?

8. My concern that this is a pharmaceutical house prepared paper seems to be confirmed by my observation that reference 6 is even listed as a Parke-Davis study!

CONFIDENTIAL

Pfizer_LeslieTive_0020842

15/11/2002  16:12   +43-1-40400-2728     DIABETOLOGIA                    S.    03

# Diabetologia

Manuscript reference: **Diabet/2002/000754** John Reckless et al
Received: 22nd October 2002
Date sent: 24th October 2002                         Referee code: **B**

Referee recommendation (Please do **not** give advice as to acceptance/rejection on this form)

Reckless et.al. provide the results of the largest randomised, double blind, placebo controlled study assessing the effects of Gabapentin on painful diabetic neuropathy to date.

The data from this trial clarifies some misconceptions of the supposed efficacy of Gabapentin and enables clinicians treating patients with painful diabetic neuropathy to evaluate the potential of this drug.

Important lessons to be learnt from this study:

1) For pain scores Gabapentin is not effective.
2) If it is effective then 600mg Gabapentin does not work which should allow us to start at a more effective dose.
3) There is no apparent dose response curve as there was no difference between 1200 and 2400mg. Perhaps 1200mg may be the optimal dose but even this is not significantly different from placebo.

No change in VAS or PPI normally gold standard measures of therapeutic efficacy in clinical trials of pain.

There is a benefit on sleep scores, is this as a consequence of the side effect of somnolence?

Surprisingly some components of the SF-36 QoL improved but not compared to placebo and in the lowest 600mg and highest 2400mg dose and not with 1200mg. Does this suggest other, none analgesic related benefits of Gabapentin.

Why did only 67 patients continue in the open-label study? If the drug is truly effective would you not expect more patients to have gone to open label.

We need some details on proportion that were on therapy for their pain prior to study entry and groups of medications they were on (tricyclics etc.)

Dizziness and somnolence the most commonly reported adverse events occur in a large proportion of patients (24.3%) confirming day to day clinical experience.

What is the NNT for this study?

CONFIDENTIAL

Pfizer_LeslieTive_0020843

Pfizer GmbH
Mooswaldallee 1
79090 Freiburg · Germany
Telephone (+49 761) 518-0
Telefax (+49 761) 518-3072



**Pfizer GmbH**

October, 21ˢᵗ, 2002

W. Waldhäusl, M.D.
c/o *Diabetologia* Editorial Office
Lazarettgasse 14/BT 81
A-1090 Wien
Austria

Dear Dr. Waldhäusl,

Enclosed are four copies of our manuscript, "Gabapentin in painful diabetic neuropathy: a randomized, double-blind, placebo-controlled study," for submission to *Diabetologia* for consideration for publication. Each copy contains the complete text of the manuscript as well as all accompanying tables and figures.

Patients with diabetes often develop neuropathy that gives rise to substantial chronic pain. Such painful diabetic neuropathy significantly impacts quality of life and increases the potential for further complications. The study reported in this manuscript examined the efficacy, dose-response characteristics, and tolerability of gabapentin for the symptomatic relief of painful diabetic neuropathy. The results obtained reveal that gabapentin has significant beneficial effects on responder rate, weekly mean sleep interference score, Clinical Global Impression of Change, and several domains of quality of life. These results are consistent with those seen in previous trials and further establish gabapentin as a useful and well-tolerated treatment option for painful diabetic neuropathy. Therefore, we believe that this manuscript would be of great interest to the readers of *Diabetologia* and merits consideration as a regular article.

None of the material contained in this manuscript has been published previously or is being considered for publication elsewhere. With respect to potential conflicts of interest, I would like to disclose that one of the authors (P.M.) is an employee of Pfizer GRD and that I am an employee of Pfizer GmbH.

If anything further is required, please do not hesitate to contact me.

Thank you for your consideration.

Sincerely,

*B. Roder*

Beate Roder, PhD
Pfizer GmbH
Mooswaldallee 1,
79090 Freiburg, Germany
Telephone ++49 761 518 2146
Fax ++49 761 518 3072
beate.roder@pfizer.com

Managing Dir.: Werner D. Soukup, Peter Erdmann, Walter Köbele, Dr. Jürgen Werani · Chairman Supervisory Board: Bernt A. Humpert

CONFIDENTIAL

# Submission form for Diabetologia

Please type all requested information: a cover letter is not necessary

Type of manuscript: ☐ Review
☐ Article
  ☒ Regular
  ○ Short Communication
  ○ Rapid
☐ For Debate
☐ Letter

Area ☐ Epidemiology
☒ Clinical Trials & Care
☐ Aetiology and Pathophysiology
☐ Metabolism
☐ Immunology
☐ Islets of Langerhans
☐ Diabetes & Associated Complications
☐ Genetics
☐ Methodology
☐ Miscellaneous

Corresponding author: Dr. Beate Roder
Mailing address (institution): Pfizer GmbH, Mooswaldallee 1, 79090 Freiburg, Germany
Phone no: +49-761-518-2446     Fax no: +49-761-518-3072     E-mail: beate.roder@pfizer.com

**Checklist (failure to complete will delay processing of the manuscript)**

☒ Abstract size: 250 words or less
☒ Ten keywords provided after Abstract (MeSH-MEDLINE major subject headings preferred)
☒ All listed authors have seen and approved at least a pre-final version of the manuscript (please sign signature statement on reverse of this form)
☒ All acknowledgements, personal communications and unpublished observations are approved by the person(s) cited
☒ Four copies of all "in press" manuscripts cited accompany the submission ☒ not applicable
☒ Contents of the manuscript have not been previously published and are not currently submitted elsewhere
☒ Any conflicts of interest or financial interests are revealed (see *Instructions to Authors*) ☐ not applicable
☒ All human and animal studies are approved by an Institutional Review Board ☐ not applicable
☒ The full version of *Instructions to Authors* (in the January and July issues) have been read and complied with

Please list up to five potential reviewers (not recent co-authors or collaborators)

Name/complete address/Fax

1. John Tooke, Exeter, UK
2. Henry Connor, Hereford, UK
3. Mike Edmonds, Kings, London, UK
4.
5.

Please list any reviewers you wish to exclude     Reason(s)

1. Andrew Boulton, Manchester, UK
2.
3.

*Manuscripts will not be returned after review. If the manuscript is rejected or returned for revision, do you wish the glossy or colour figures to be returned? Yes ( ) No (☒)*

Special requests (use separate sheet if necessary)

**Please mail one original and three complete copies of the manuscript by first class mail to:**

W. Waldhäusl, M. D., Editor-in-Chief, Diabetologia, P. O. Box 27, A-1097 Wien, Austria

**For courier or registered mail only please use:**

W. Waldhäusl, M. D., Editor-in-Chief
Diabetologia Editorial Office, Lazarettgasse 14/BT 81, A-1090 Wien, Austria

A33

CONFIDENTIAL

## Statement to be signed by all authors

[In the absence of special circumstances agreed with the Editor-in-Chief a maximum of eight authors for regular manuscripts and two for Review and For Debate articles is permitted]

**I. Authorship and publication declaration**

We approve the submission of this paper to Diabetologia for publication. We confirm that neither the manuscript submitted nor any part of it has been published nor is being considered for publication elsewhere in any language or any form (abstracts < 300 words excepted). We understand that this also applies to tables and figures as well as the publication of symposia, proceedings, preliminary communications, books and invited articles. We also confirm that our (co-)authorship is based upon the following conditions:

1) *Each author has participated sufficiently in the work represented by the article to take public responsibility for the content. Participation has included conception or design of the work presented by the article and/or drafting the article or revising it for critically important content, and final approval of the version to be published.*
2) Authorship has not been justified solely by collection of data, or other evidence, or by obtaining financial resources.
3) Each part or the content of an article to its main conclusions and each step in the work that led to the publication is attributable to at least one author.
4) Persons who have contributed intellectually to the article but whose contributions do not justify authorship are named and their particular contribution described. Such persons have given their permission to be named.
5) The given sequence of authors is the consensus of all contributors.

**II. Conflict of interest declaration**

We and each one of us declare the following current or past (within the last 12 months) interest in relationship with a company/organisation[1] which could financially benefit from the publication of the data in our manuscript (each author must tick at least one of the boxes below). The signatures below signify agreement with items I (*Authorship and publication declaration*) and II (*Conflict of interest declaration*):

1. Employment/consultancy ☒ honorary ☐ grant ☐ lecture/other fees ☐ shareholding ☐ none ☐
   **Author's name**                                        signature
   Dr. Beate Roder                         *Roder*

2. Employment/consultancy ☐ honorary ☐ grant ☒ lecture/other fees ☒ shareholding ☐ none ☐
   **Author's name**                                        signature
   Dr. John P.D. RECKLESS                  *J. Recklas*

3. Employment/consultancy ☒ honorary ☐ grant ☐ lecture/other fees ☐ shareholding ☐ none ☐
   **Author's name**                                        signature
   Pascal MAISONOBE                        *Maisonobe*

4. Employment/consultancy ☐ honorary ☐ grant ☐ lecture/other fees ☐ shareholding ☐ none ☐
   **Author's name**                                        signature

5. Employment/consultancy ☐ honorary ☐ grant ☐ lecture/other fees ☐ shareholding ☐ none ☐
   **Author's name**                                        signature

6. Employment/consultancy ☐ honorary ☐ grant ☐ lecture/other fees ☐ shareholding ☐ none ☐
   **Author's name**                                        signature

7. Employment/consultancy ☐ honorary ☐ grant ☐ lecture/other fees ☐ shareholding ☐ none ☐
   **Author's name**                                        signature

8. Employment/consultancy ☐ honorary ☐ grant ☐ lecture/other fees ☐ shareholding ☐ none ☐
   **Author's name**                                        signature

[1] *Please explain the interest/relationship on a separate sheet of paper where appropriate.*

A 34

CONFIDENTIAL

**Gabapentin in painful diabetic neuropathy: a randomised, double-blind, placebo-controlled study**

J Reckless[1] on behalf of the Gabapentin Diabetic Neuropathic Pain Study Group[2], B Roder[3], P Maisonobe[4]

J Reckless et al.: Gabapentin for painful diabetic neuropathy

[1]The Wolfson Centre, Royal United Hospital, Combe Park, Bath BA1 3NG, UK

[2]France: N Attal, O Blin, F Boureau, G Chazot, P Denise, D Kong-A-Siou, M Lantéri-Minet, J Latarjet, B Laurent, G Mick, C Minello, L Rambaud, G Said, P Tajfel. Germany: M Anders, E Austenat, F Best, J Beyer, U Böckmann, W Hüning, M Huptas, C Jaursch-Hancke, V-F Lindner, C Metzger, M Plum, IA Röhrig, T Scholten, R Wörz. Italy: S Caronna, M Farinelli, R Giorgino, G Masotti, C Messina, F Rasi, M Trovati, P Zagnoni. South Africa: LA Distiller, LI Robertson. Spain: J de Andrés Ibáñez, ML Franco Gay, JL Madrid, MA Quesada García, MV Ribera Canudas, G Roca Amatria, J Serra i Catafau. United Kingdom: MS Chong, RJC Guy, AB Johnson, RW Johnson, D Kerr, JP O'Hare, V Patel, JPD Reckless, DD Sandeman, HCR Simpson.

[3]Pfizer GmbH, Mooswaldallee 1, 79090 Freiburg, Germany

[4]Pfizer GRD, 3-9 rue de la Loge, 94265 Fresnes Cedex, France

Correspondence to: Dr Beate Roder, Pfizer GmbH, Mooswaldallee 1, 79090 Freiburg, Germany. Telephone ++49 761 518 2146, fax ++49 761 518 3072, beate.roder@pfizer.com

1

 Pfizer_LeslieTive_0020847

Word count—abstract: 250

Word count—text: 3,405

2

CONFIDENTIAL

Pfizer_LeslieTive_0020848

## Abstract

**Aims** This international, multicentre, randomised, controlled trial evaluated efficacy and tolerability of gabapentin vs placebo in painful diabetic peripheral neuropathy.

**Methods** 325 patients were randomised to gabapentin 600, 1200, or 2400 mg/day or placebo in a 7-week, parallel-group trial, with a 3-week titration period and a 4-week fixed-dose period. A subset of 67 patients entered a subsequent 4-month, open-label period, in which gabapentin was titrated to a maximum of 2400 mg/day. Subjects recorded episodes of pain and a weekly mean pain score was calculated.

**Results** None of the gabapentin doses was significantly more effective than placebo with regard to the primary outcome, improvement in weekly mean pain score. However, gabapentin 1200 mg was significantly more effective than placebo for several secondary endpoints: responder rate (40.2% vs 24.7% respectively, $p = 0.0414$), the CGIC ($p = 0.0395$), and 5 of the 8 domains of the SF-36 Quality of Life questionnaire. Gabapentin 1200 mg/day and 2400 mg/day were significantly more effective than placebo with regard to weekly mean sleep interference score ($p = 0.001$ and $p = 0.01$, respectively). Six patients receiving gabapentin became pain-free, vs zero taking placebo. Further improvements were seen later in mean pain scores, mean sleep interference scores, and most SF-36 domains. Gabapentin was well tolerated; the most common treatment-related adverse events were somnolence and dizziness.

3

CONFIDENTIAL

Pfizer_LeslieTive_0020849

**Conclusions** While treatment with gabapentin did not demonstrate significant effects on the primary endpoint, statistically significant evidence for improvements in some secondary endpoints demonstrates overall benefit for patients with painful diabetic neuropathy.

Keywords: gabapentin, anticonvulsants, analgesia, pain, diabetic neuropathy

Abbreviations: SF-MPQ: Short Form-McGill Pain Questionnaire; VAS: visual analogue scale; PPI: present pain intensity; CGIC: Clinical Global Impression of Change; PGIC: Patient's Global Impression of Change; ANCOVA: analysis of covariance; ANOVA: analysis of variance.

4

Pfizer_LeslieTive_0020850

## Introduction

Many pharmacological agents have been used to treat the pain associated with diabetic neuropathy, including non-narcotic analgesics, opiates, antidepressants, anticonvulsants, nonsteroidal anti-inflammatory agents, muscle relaxants, local anaesthetics, capsaicin, and antiarrhythmics [1,2]. Tricyclic antidepressants are widely used, and there is good evidence for their efficacy [3], although their poor tolerability may pose a problem [3,4]. Furthermore, they are unlicensed for the treatment of neuropathic pain in the United Kingdom.

Another agent commonly used is the anticonvulsant carbamazepine. Systematic reviews have also shown this agent to be effective in treating diabetic neuropathy and other types of neuropathic pain [3,5]. However, the anticonvulsant most extensively investigated for the treatment of neuropathic pain conditions is gabapentin, the only anticonvulsant specifically licensed in the United Kingdom for this indication. The use of gabapentin in neuropathic pain is supported by evidence from 3 large randomised trials: 1 in diabetic neuropathy [6] and 2 in postherpetic neuralgia [7,8].

In a double-blind, placebo-controlled clinical trial in the United States [6], gabapentin was shown to be effective and well tolerated in the treatment of painful diabetic neuropathy. At individually titrated doses of up to 3600 mg/day, gabapentin significantly reduced pain (as measured by daily pain diaries and other outcome measures) and improved quality of life.

5

This multicentre, international study was conducted to confirm these positive findings and to evaluate a range of fixed doses of gabapentin. This randomised, double-blind, placebo-controlled trial compared the efficacy, dose-response characteristics, and tolerability of gabapentin 600, 1200, or 2400 mg/day with placebo, for the symptomatic relief of painful diabetic peripheral neuropathy.

6

Pfizer_LeslieTive_0020852

## Subjects, materials, and methods

*Patients*

The study included men or women ≥18 years, of any race, with Type 1 or Type 2

diabetes mellitus (haemoglobin $A_{1C}$ levels ≤10%; stable on appropriate medication). All

patients had suffered from distal, symmetrical symptoms of diabetic sensorimotor

polyneuropathy (according to San Antonio criteria [9]) for 1 to 5 years.

Table 1 lists the inclusion and exclusion criteria used to recruit patients to this study.

The study was conducted in accordance with the Declaration of Helsinki and Good

Clinical Practice Guidelines, and approved by Institutional Review Boards or Ethics

Committees for each centre. All patients provided written informed consent.

*Patient demographics and baseline characteristics*

Of 432 screened patients, 325 were randomised and received study medication:

gabapentin 600 mg/day (n = 82), 1200 mg/day (n = 82), or 2400 mg/day (n = 84), or

placebo (n = 77). Of the 107 patients who were not randomised, 84 did not meet the

inclusion/exclusion criteria, 4 experienced an adverse event during screening phase, and

19 were not randomised due to other or administrative reasons (e.g. patient withdrew

informed consent). There were no statistically significant differences among groups in

treatment withdrawals (Figure 1). Adverse events were the most common reason for

withdrawal in all groups.

CONFIDENTIAL

Pfizer_LeslieTive_0020853

Treatment groups were well matched with regard to all baseline parameters except for sex, with a trend toward a higher proportion of women in the placebo group than in the gabapentin groups (Table 2). Eighty-five percent of all patients had Type 2 diabetes. The duration of diabetes and the distribution of neuropathic pain were similar in all treatment groups: All patients had neuropathic pain in the lower extremities (toe, foot, calf, or thigh) and 31%-39% had neuropathic pain in the upper extremities (finger, hand, or forearm). Patients who had symptoms due to distal diabetic polyneuropathy in their hands only were not eligible for this study. The baseline mean pain score was similar in all groups.

*Study design*

All analgesics except paracetamol had to be washed out prior to screening, and were not allowed once treatment began. After a 1-week screening phase, patients fulfilling the inclusion criteria were randomised to gabapentin 600 (n = 82), 1200 (n = 82), or 2400 (n = 84) mg/day, or placebo (n = 77) (Table 2). Study medication was administered as 2 capsules three times daily. The 7-week, double-blind treatment phase consisted of a 3-week titration period followed by a 4-week, fixed-dose period: Patients receiving 600 mg gabapentin started on the full dose on Day 1; the 1200-mg dose was titrated over 1 week; and the 2400-mg dose was titrated over 3 weeks.

8

Patients were assessed at screening, at randomisation, and after 1, 3, and 7 weeks on double-blind study medication, and were contacted twice weekly to be reminded to record their results in daily pain diaries.

A subset of 67 patients entered a 4-month, open-label phase at the conclusion of the initial 7 weeks. Patients—regardless of which group they had been assigned to during the double-blind phase of the trial—were started with 600 mg/day gabapentin at the crossover visit of the 2 phases (Visit 5) and study medication was then increased to a maximum of 2400 mg/day during the next 4 weeks. (Patients' doses were titrated until they obtained at least the same pain relief that they had perceived at the end of the double-blind treatment phase.) The dosage reached at the end of the titration phase (Visit 8) remained unchanged for the following 3 months. The weekly mean pain score and the weekly mean sleep score were recorded for each week of the open-label phase.

*Efficacy evaluation*

The primary efficacy criterion was the weekly mean pain score from the patient's daily diary. Pain was measured on an 11-point Likert scale ranging from 0 (no pain) to 10 (worst possible pain). The primary endpoint was defined as the mean of the last 7 available pain scores while on study medication.

Secondary efficacy outcomes included: the Mean Sleep Score from the Daily Sleep Interference Diary, rated on an 11-point Likert scale (0 = did not interfere to 10 = unable to sleep because of pain); the CGIC, rated on a 7-point scale (1 = very much improved to

9

Pfizer_LeslieTive_0020855

7 = very much worse); the similar PGIC; and the SF-36 Quality of Life Questionnaire [10].

A further secondary outcome was the SF-MPQ, which includes a VAS (rating pain over the past week from 0 mm = no pain to 100 mm = worst possible pain), and a PPI scale (rating present pain from 0 = no pain to 6 = excruciating pain). Data were also gathered for a third component: pain descriptors. However, because the questionnaires were not validated for pooling across languages, these data could only be analysed descriptively on a country-by-country basis.

Patients were classified as responders if they had at least a 50% reduction in mean pain score compared with baseline, did not withdraw from the study due to lack of efficacy, and did not take any forbidden medication during the study days included in the endpoint calculation. Patients with an endpoint diary pain score of 0.0 were classified as pain free and those with a score of 0-1.0 as virtually pain free.

Pain diary scores, sleep diary scores, and the SF-MPQ were evaluated at screening (Week -1), at randomisation (Week 0), and at Weeks 1, 3 and 7. The SF-36 QoL was evaluated at Week 0 and Week 7; other efficacy outcomes were evaluated at Week 7.

10

*Safety evaluation*

Safety evaluation included physical, neurological, and peripheral sensory examinations, collection of adverse event data and evaluation of clinical laboratory variables (serum pregnancy test at study entry for female patients of childbearing potential, and hemoglobin A1c and serum creatinine for all patients).

*Statistical analyses*

Sample size estimation was based on a previous study of gabapentin 3600 mg vs placebo [6], in which the between-group difference in weekly mean pain scores was 1.3, and the standard deviation was 2.35. In order for the study to have 90% power to detect a difference of this magnitude ($\alpha = 0.05$, 2-sided), it was calculated that 73 patients would be required per group. Thus, the target for enrollment was 80 patients per group (total 320). The underlying assumption was that pain relief obtained from at least 1 of the doses used in this study (600, 1200, or 2400 mg/day) would be in the same order of magnitude as that seen with 3600 mg/day gabapentin in the United States study [6].

All efficacy analyses were performed on the intent-to-treat population (patients who were randomised, had received at least 1 dose of study medication, and had undergone at least 1 observation for the primary outcome). Mean pain score at termination was analysed using ANCOVA, with treatment and cluster as main effects and the baseline mean pain scores as a covariate. This was followed by the Williams procedure [11] to determine the minimal effective dose of gabapentin. Mean sleep interference scores and the SF-MPQ were analysed using ANCOVA. CGIC and PGIC were analysed using a Cochran-Mantel-

11

Haenszel test based on modified ridit scores [12], and an ANOVA was also performed. The domains of the SF-36 were compared by ANCOVA.

The safety analysis was based on all patients who received at least 1 dose of study medication. Rates of clinically relevant adverse events were compared using confidence intervals of odds ratios (Cornfield method) or Fisher's exact test.

12

**Results**

*Efficacy evaluation for the double-blind phase*

Only 1 randomised patient was excluded from the intent-to-treat analysis (no value for

the primary efficacy outcome). The primary efficacy parameter, mean pain score,

decreased in all groups from baseline to endpoint (Table 3). However, there were no

statistically significant differences among any of the gabapentin groups and the placebo

group for endpoint mean pain score ($p > 0.05$ for each dose group vs placebo by

ANCOVA; $p = 0.1221$ using the Williams procedure for pooled 1200 mg/2400 mg

groups vs placebo). The smallest mean change in pain score from baseline to endpoint

was seen in the gabapentin 600-mg group (-1.4 vs -1.7 for placebo). The greatest

improvement was seen in the 2 higher-dose gabapentin groups (-2.2 for 1200 mg, -2.1 for

2400 mg). Nevertheless, there was no statistically significant difference between any

gabapentin dose and placebo for any timepoint during the trial (the lowest $p$-value was

achieved by 1200 mg/day gabapentin at Week 4, $p = 0.0545$).

At baseline, mean sleep interference scores were similar in all groups: in all groups,

scores decreased during the study (i.e. showed an improvement in sleep). The change

from baseline to endpoint was similar in the placebo and in the 600-mg gabapentin group,

with no significant difference in endpoint values (3.85 for gabapentin 600 mg vs 3.87 for

placebo, 95% CI for the difference [-0.667, 0.639], $p = 0.967$). However, there were

statistically significant differences between the 1200- and 2400-mg gabapentin groups

13

CONFIDENTIAL

and the placebo group starting at Week 1 of treatment and continuing throughout the study (Figure 2). For gabapentin 1200 mg the mean endpoint score was 2.80 vs 3.87 for placebo (95% CI for the difference [-1.721, -0.419], $p = 0.001$). For gabapentin 2400 mg the mean endpoint score was 3.01 vs 3.87 for placebo (95% CI for the difference [-1.503, -0.202], $p = 0.01$).

In the SF-MPQ, there was no statistically significant difference between any gabapentin group and placebo for the endpoint of the VAS and PPI scales. The pattern of changes in pain descriptor scores was inconsistent across countries, and no interpretation of these data was possible.

The percentage of patients evaluated as "very much or much improved" by the CGIC was higher in the 1200-mg and 2400-mg gabapentin groups than in the placebo or 600-mg gabapentin group (Figure 3). The difference was statistically significant for the gabapentin 1200-mg group vs placebo ($P = 0.0395$, ANOVA). For the PGIC, in all treatment groups, a substantial number of patients assessed their own status as "very much or much improved" (600 mg, 30.1%; 1200 mg, 44.5%; 2400 mg, 49.3%; placebo, 36.1%). Differences between treatment groups did not reach statistical significance for the PGIC, but the data mirrored the CGIC data.

At endpoint, the 1200 mg/day group, compared with placebo, showed significantly better scores for 5 of the 8 domains of the SF-36 QoL questionnaire: physical role limitations, social functioning, mental health, emotional role limitations, and vitality

14

($p < 0.05$ vs placebo) (Figure 4). For the gabapentin 2400 mg/day and 600 mg/day groups, there were no statistically significant differences compared with placebo for any domain.

The responder rate (Table 4) was highest in the 1200-mg gabapentin group, and significantly different from placebo (40.2% vs 24.7%, $p = 0.0414$, logistic regression). Totally pain-free patients were found in the gabapentin groups (1 patient in each of the 600- and 1200-mg groups, and 4 patients in the 2400-mg gabapentin group). No pain-free patients were found in the placebo group. Eight virtually pain-free patients were found in the placebo group, 4 in the gabapentin 600-mg group, 6 in the gabapentin 1200-mg group, and 12 in the gabapentin 2400-mg group. Calculation of odds ratios showed no statistically significant difference between the gabapentin groups and the placebo group in the percentage of pain-free or virtually pain-free patients.

*Efficacy evaluation for the open-label phase*

A total of 67 patients entered the open-label phase and 60 were included in the fixed-dose phase. During this phase, mean pain scores and mean sleep interference scores further decreased (mean pain score changed from 4.4 at the end of the double-blind phase to 3.3 at the end of the open-label phase; mean sleep interference score changed from 3.4 at the end of the double-blind phase to 2.4 at the end of the open-label phase), reflecting added pain relief and improvement of sleep. The SF-McGill VAS and PPI scores also showed an additional decrease. The patients themselves (PGIC) as well as the clinicians (CGIC)

CONFIDENTIAL

evaluated their status as further improved compared with the end of the double-blind treatment phase in more than 40% of patients.

*Safety evaluation*

Gabapentin was generally very well tolerated. There were no clinically relevant changes of hemoglobin A1c levels throughout the study. The most common adverse events considered by the investigators to be possibly associated with study medication were those affecting the nervous system (somnolence and dizziness, Table 5). The only statistically significant difference between gabapentin and placebo in the double-blind phase was found for somnolence, with the 2400-mg dose of gabapentin group vs placebo (Fisher's exact test, $p < 0.005$).

Thirty patients withdrew due to adverse events: 8/82 (9.8%) in the gabapentin 600-mg group; 3/82 (3.7%) in the 1200-mg group; and 11/84 (13.1%) in the 2400-mg group, compared with 8/77 (10.4%) in the placebo group. Eight patients were withdrawn from the gabapentin 2400-mg group due to nervous system adverse events. In contrast, only 1 patient was withdrawn for this reason in each of the 600-mg and 1200-mg gabapentin groups, and none in the placebo group.

In total, 14 patients experienced serious adverse events (5 on gabapentin 600 mg, 2 on 1200 mg, 3 on 2400 mg, and 4 on placebo). Only one of the serious adverse events (maculopapular rash) was considered possibly related to study medication. There were no deaths.

16

Pfizer_LeslieTive_0020862

Gabapentin remained well tolerated after the 4-month, open-label, extension phase; 24.3% of patients experienced adverse events that the investigators considered to be associated with the medication. Asthenia, dizziness, and somnolence were most frequently reported. There were no clinically relevant differences in any clinical laboratory measurements for any gabapentin group compared with placebo.

17

CONFIDENTIAL

Pfizer_LeslieTive_0020863

## Discussion

In this double-blind, randomised trial, the efficacy, dose-response characteristics, and tolerability of gabapentin 600, 1200, or 2400 mg/day were compared with placebo for the treatment of painful diabetic neuropathy. None of the gabapentin doses was significantly more effective than placebo with regard to the primary outcome measure, weekly mean pain score from the daily pain diary. Therefore, the minimum effective dose of gabapentin could not be defined in this study.

However, gabapentin 1200 mg/day was significantly more effective than placebo as measured by several secondary endpoints: responder rate, 5 of the 8 domains of the SF-36 (indicating an improvement in quality of life), weekly mean sleep interference score, and the CGIC.

Thus, the evidence from secondary endpoints indicates that patients receiving the 1200-mg dose of gabapentin experience an overall benefit from treatment despite the lack of a significant effect on pain diary scores. The significant difference in responder rates (40.2% for gabapentin 1200 mg vs 24.7% for placebo, $p = 0.0414$) is particularly encouraging, as the percentage of patients obtaining at least 50% pain relief is now widely used as the standard measure of outcome in studies on pain therapy [5]. Also encouraging is the fact that several patients became totally pain free on gabapentin treatment (1 patient each with gabapentin 600 and 1200 mg/day, and 4 patients with 2400 mg/day). No patients in the placebo group became totally pain free.

18

CONFIDENTIAL

At the end of the double-blind treatment phase there was a statistically significant difference between the gabapentin 1200 mg group and the placebo group for 5 of the 8 items of the SF-36: physical role limitations, social functioning, mental health, emotional role limitations, and vitality. These findings indicate a positive effect of gabapentin 1200 mg on quality of life. Treatment with gabapentin 600 or 2400 mg/day did not result in a statistically significant difference vs placebo in any of the items of the SF-36 questionnaire.

Gabapentin 2400 mg/day was significantly more effective than placebo only with regard to the weekly mean sleep interference score, although data from some other secondary outcomes (responder rate, CGIC, PGIC) also suggest a beneficial effect. The gabapentin 600-mg/day group consistently showed no significant difference compared with the placebo group.

The lack of statistically significant pain relief as measured by the primary outcome, pain diary scores, is surprising in view of the significant benefits demonstrated in the US study by Backonja et al [6], in an apparently similar patient population. One factor that may help to explain this discrepancy is the very high placebo effect in our study. A high placebo response is expected in pain studies [13] and has occurred in other trials on gabapentin [6-8]. However, the placebo effect in our trial was even higher than that in the comparable US study [6].

The positive results from the US trial [6] were presented to the investigators at the pre-trial investigators' meeting for our study and were published during our study; these may

19

Pfizer_LeslieTive_0020865

therefore have raised the investigators' expectations, and in turn those of the patients. This might explain why, according to the CGIC, 37.8% of placebo-treated patients in our study were considered to be very much or much improved by the investigators, compared with only 21.3% of patients in the US study. A recent publication showed that expectancy could have a major influence on placebo analgesia [14].

Another difference between our study and the US trial was that the good tolerability of gabapentin allowed about 70% of patients in the US study to be titrated up to the maximum dose of 3600 mg/day, compared with the maximum dose of 2400 mg/day used in our study. However, in the US study, pain relief started at average doses of 1800 mg/day during titration, and effects on sleep were already seen with 900 mg/day. Moreover, recent trials have shown efficacy for gabapentin at doses of 1800 mg/day and 2400 mg/day in postherpetic neuralgia [7].

The tolerability of the doses of gabapentin used in our study appears to be better than that seen with the higher dose used in the US study. For example, 62% of gabapentin-treated patients in the US trial experienced a treatment-related adverse event, compared with only 26% of those receiving placebo. In our study, treatment-related adverse events occurred in 23% to 36% of gabapentin-treated patients, compared with 21% of placebo-treated patients. Treatment-related adverse events appeared to be more common with the 2400-mg dose than the 1200-mg dose. Thus, there may be a balance to be struck between the efficacy and tolerability of gabapentin therapy in painful diabetic neuropathy, and the optimum dose may vary between patients. In general, the excellent tolerability of

20

CONFIDENTIAL

gabapentin was confirmed in our study, and titration up to a total daily dose as high as 3600 mg where needed seems feasible in view of the favourable adverse-event profile. The long-term treatment during the 4-month open-label period did not raise any safety concerns.

In conclusion, this randomised, placebo-controlled study showed that gabapentin, at doses of 600, 1200, and 2400 mg/day, had no statistically significant effect on the primary outcome, weekly mean pain score. However, compared with placebo, gabapentin 1200 mg/day had significant beneficial effects on responder rate, weekly mean sleep interference score, the CGIC, and several domains of quality of life. Thus, the overall findings of this study are consistent with previous trials establishing gabapentin as a useful and very well-tolerated treatment option for painful diabetic neuropathy.

21

CONFIDENTIAL

Pfizer_LeslieTive_0020867

## References

1. Greene DA, Sima AAF, Albers JW, Pfeifer MA (1990) Diabetic neuropathy. In: Rifkin H, Porte D (eds) Diabetes mellitus theory and practice. Elsevier, New York, pp 710-755

2. Anonymous (2000) Drug treatment of neuropathic pain. Drug Ther Bull 38: 89-93

3. Sindrup SH, Jensen TS (1999) Efficacy of pharmacological treatments of neuropathic pain: an update and effect related to mechanism of drug action. Pain 83: 389-400

4. Karlsten R, Gordh T (1997) How do drugs relieve neurogenic pain? Drugs Aging 11: 398-412

5. McQuay H, Carroll D, Jadad AR, Wiffen P, Moore A (1995) Anticonvulsant drugs for management of pain: a systematic review. BMJ 311: 1047-1052

6. Backonja M, Beydoun A, Edwards KR, et al (1998) Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. JAMA 280: 1831-1836 (Parke-Davis study number 945-210)

7. Rice AS, Maton S (2001) Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo controlled study. Pain 94: 215-224

8. Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L (1998) Gabapentin for the treatment of postherpetic neuralgia: a randomized controlled trial. JAMA 280: 1837-1842

9. Report and recommendations of the San Antonio conference on diabetic neuropathy. Consensus statement (1988) Diabetes 37: 1000-1004

10. Ware JEJ (1993) SF-36 Health Survey: Manual and interpretation guide. The Health Institute, New England Medical Center, Boston

22

11. Williams DA (1972) The comparison of several dose levels with a zero dose control. Biometrics 28: 519-531

12. SAS Institute Inc (eds) (1990) SAS stat user's guide version 6. 1: p 872

13. Turner JA, Deyo RA, Loeser JD, Von Korff M, Fordyce WE (1994) The importance of placebo effects in pain treatment and research. JAMA 271: 1609-1614

14. Price DD, Milling LS, Kirsch I, Duff A, Montgomery GH, Nicholls SS (1999) An analysis of factors that contribute to the magnitude of placebo analgesia in an experimental paradigm. Pain 83: 147-156

23

CONFIDENTIAL

Figure 1: Number of patients in the course of the study (screening and double-blind phase).



CONFIDENTIAL

Pfizer_LeslieTive_0020870

Figure 2: Change in weekly mean sleep interference score.



Intent-to-treat population—Observed cases data.

Note: According to the titration schedule specified in the protocol, patients were on 600
mg/day gabapentin starting on day 2, and on 1200 mg/day gabapentin at the beginning of
week 2. A total daily dosage of 2400 mg/day gabapentin was reached in the middle of
week 3.

Figure 3: Percentage of patients given gabapentin (600, 1200, or 2400 mg) or placebo with very much/much improved, minimally improved/no change, or worse CGIC scores.

*$p < 0.05$ compared to placebo (ANOVA).



Pfizer_LeslieTive_0020872

Figure 4: SF-36 Quality of Life at termination visit –ANCOVA results.

*$p < 0.05$ for comparison with placebo.



Table 1. Inclusion and exclusion criteria.

| Inclusion Criteria | Exclusion Criteria |
|---|---|
| • Men, or non-pregnant, non-lactating women who are postmenopausal or surgically sterilised or using barrier or hormonal contraception, any race, ≤18 years of age<br>• Diagnosis of diabetes mellitus (Type I or II); haemoglobin $A_{1C}$ levels of ≤10%; distal, symmetrical, symptoms of diabetic sensorimotor polyneuropathy for 1 to 5 years (must meet San Antonio criteria [9])<br>• At screening and randomisation, a score of ≥40 mm on the visual analogue scale of SF-MPQ<br>• Patients must have completed at least 4 pain diaries during the 7 days prior to randomisation, and have an average score of ≥4<br>• Patients receiving a stable bedtime dose of benzodiazepines (with no dosage changes within the last 30 days or during the study) must have an average score of ≥2 on the daily sleep interference diary during the 7 days prior to randomisation | • Previous treatment with gabapentin<br>• Creatinine clearance ≤60 mL/min<br>• Patients who are expected to change from oral diabetes medication to insulin during the study<br>• Serious hepatic, respiratory, or haematological illnesses, unstable cardiovascular disease, or symptomatic peripheral vascular disease<br>• Neurological disorders unrelated to diabetic neuropathy that, in the opinion of the investigator, might confuse the assessment of neuropathy-related pain<br>• Other potential causes of painful neuropathy, such a known existence of history of pernicious anaemia, untreated hypothyroidism history of chronic hepatitis B, hepatitis B within the past 3 months, or HIV<br>• Skin conditions in the area affected by the neuropathy that could alter sensation<br>• The use of analgesics other than paracetamol (total maximum daily dose ≤4 g) or aspirin (maximum daily dose ≤325 mg), and any other medication that might confuse assessment, including antidepressants, anticonvulsants and neuroleptics<br>• Other severe pain that may confound assessment or self-evaluation of the pain due to diabetic neuropathy<br>• Administration of any investigational drug within 30 days prior to screening<br>• Amputations other than toes<br>• Misuse of illicit drugs or alcohol within last year<br>• Serious or unstable medical or psychological conditions that, in the opinion of the investigator, would compromise participation in the study |

CONFIDENTIAL

Table 2. Baseline characteristics of intent-to-treat population. Values are means (SD) except where otherwise stated.

| | Placebo | Gabapentin 600 mg/day | Gabapentin 1200 mg/day | Gabapentin 2400 mg/day |
|---|---|---|---|---|
| | (n = 77) | (n = 82) | (n = 82) | (n = 83) |
| Men, n (%) | 38 (49.4) | 45 (54.9) | 52 (63.4) | 49 (59.0) |
| Women, n (%) | 39 (50.6) | 37 (45.1) | 30 (36.6) | 34 (41.0) |
| Age (years) | 60.9 (9.9) | 60.4 (9.9) | 60.8 (10.0) | 59.8 (10.9) |
| Weight (kg) | 81.52 (14.72) | 88.14 (19.48) | 84.03 (14.66) | 81.84 (15.62) |
| Creatinine clearance (mL/min) | 86.5 (25.0) | 93.9 (33.4) | 89.4 (27.7) | 86.8 (25.1) |
| Type 1 diabetes, n (%) | 15 (19.5) | 9 (11.0) | 12 (14.6) | 14 (16.9) |
| Type 2 diabetes, n (%) | 62 (80.5) | 73 (89.0) | 70 (85.4) | 69 (83.1) |
| Duration of diabetes (years) | 12.2 (9.3)[*] | 12.4 (9.7) | 13.3 (9.9) | 12.9 (10.7) |
| Neuropathic pain, n (%) | | | | |
|   Lower extremities | 77 (100.0) | 82 (100.0) | 82 (100.0) | 83 (100.0) |
|   Upper extremities | 24 (31.2) | 39 (35.4) | 28 (34.1) | 32 (38.6) |
| Baseline mean pain score | 6.18 (1.68) | 6.30 (1.49) | 6.10 (1.58) | 6.23 (1.58) |

[*] n = 76.

CONFIDENTIAL

Pfizer_LeslieTive_0020875

Table 3. Mean daily diary pain scores: descriptive statistics (intent-to-treat population) at baseline and at endpoint (treatment groups: placebo or gabapentin 600, 1200, or 2400 mg/day).

| | Placebo | Gabapentin 600 mg/day | Gabapentin 1200 mg/day | Gabapentin 2400 mg/day |
|---|---|---|---|---|
| | (n = 77) | (n = 82) | (n = 82) | (n = 83) |
| Baseline* | | | | |
|     Mean (SD) | 6.2 (1.7) | 6.3 (1.5) | 6.1 (1.6) | 6.2 (1.6) |
|     Range | 1.0 – 10.0 | 3.1 – 10.0 | 3.1 – 10.0 | 3.7 – 10.0 |
| Endpoint† | | | | |
|     Mean (SD) | 4.5 (2.3) | 4.9 (2.3) | 3.9 (2.4) | 4.1 (2.5) |
|     Range | 0.1 – 9.4 | 0.0 – 9.4 | 0.0 – 9.0 | 0.0 – 9.1 |
| Change | | | | |
|     Mean (SD) | -1.7 (2.1) | -1.4 (2.0) | -2.2 (2.2) | -2.1 (2.5) |
|     Range | -7.3 – 1.9 | -7.0 – 3.0 | -7.0 – 3.3 | -9.7 – 3.0 |

*Scores from last 7 days before taking study medication, up to and including Day 0.

†Last 7 available scores.

SD = Standard deviation.

Pfizer_LeslieTive_0020876

Table 4. Responder rates at endpoint (treatment groups: placebo or gabapentin 600, 1200, or 2400 mg/day). Responders were defined as patients with at least 50% reduction in pain score from baseline to endpoint, who did not withdraw from the study due to lack of efficacy and did not take any forbidden medication during the study days included in endpoint calculation.

| | Placebo | Gabapentin 600 mg/day | Gabapentin 1200 mg/day | Gabapentin 2400 mg/day |
| | (n = 77) | (n = 82) | (n = 82) | (n = 83) |
|---|---|---|---|---|
| Responders, n (%) | 19  (24.7) | 13  (15.9) | 33  (40.2) | 25  (30.1) |
| Non-responders, n (%) | 58  (75.3) | 69  (84.1) | 49  (59.8) | 58  (69.9) |
| Total, n (%) | 77 (100.0) | 82 (100.0) | 82 (100.0) | 83 (100.0) |

CONFIDENTIAL

Table 5. Adverse events occurring in 5% of patients and considered by the investigators to be possibly, probably, or definitely associated with study medication.

| | Placebo (n = 77) | | Gabapentin 600 mg/day (n = 82) | | Gabapentin 1200 mg/day (n = 82) | | Gabapentin 2400 mg/day (n = 84) | |
|---|---|---|---|---|---|---|---|---|
| Body as a whole, n (%) | 6 | (7.8) | 11 | (13.8) | 4 | (4.9) | 6 | (7.1) |
| Headache, n (%) | 1 | (1.3) | 5 | (6.1) | 2 | (2.4) | 1 | (1.2) |
| Digestive system, n (%) | 5 | (6.5) | 10 | (12.2) | 5 | (6.1) | 10 | (11.9) |
| Nausea, n (%) | 4 | (5.2) | 1 | (1.2) | 1 | (1.2) | 4 | (4.8) |
| Nervous system, n (%) | 6 | (7.8) | 10 | (12.2) | 10 | (12.2) | 19 | (22.6) |
| Somnolence, n (%) | 1 | (1.3) | 4 | (4.9) | 3 | (3.7) | 11 | (13.1) |
| Dizziness, n (%) | 2 | (2.6) | 5 | (6.1) | 3 | (3.7) | 6 | (7.1) |
| All associated events, n (%) | 16 | (20.8) | 27 | (32.9) | 19 | (23.2) | 30 | (35.7) |

CONFIDENTIAL

Pfizer_LeslieTive_0020878

**Diabetologia**

## Instructions to Authors (see full version in January and July issues)

### GENERAL

The author(s) transfer(s) the copyright to his/their article to Springer-Verlag effective if and when the article is accepted for publication. The copyright covers the exclusive and unlimited rights to reproduce and distribute the article in any form of reproduction (printing, electronic media or any other form); it also covers translation rights for all languages and countries. For authors from the USA the copyright is transferred to the extent transferable.

Diabetologia publishes reports of clinical and experimental work on all aspects of diabetes research and related subjects, provided they have scientific merit and represent an important advance in knowledge. Diabetologia does not publish material that has been printed previously or is under consideration for publication elsewhere. The Editor-in-Chief will consider papers from any country whether or not the author(s) is a member of the EASD. Manuscripts must be written in English (according to the Concise Oxford Dictionary). Page charges are not made.

### SUBMISSION OF PAPERS

Submissions should be sent to:
**For regular mail:**
W. Waldhäusl, M. D.
Editor-in-Chief
Diabetologia
P. O. Box 27,
1090 Vienna, AUSTRIA
**For registered or courier mail:**
W. Waldhäusl, M. D.
Editor-in-Chief
Diabetologia
Diabetologia Editorial Office, Lazarettgasse 14/BT 81
1090 Vienna, AUSTRIA
Fax: + 43 14 04 00 27 28, e-mail: diabetologia@akh-wien.ac.at

### DOCUMENTS TO BE SUBMITTED

1. **Four copies** of the manuscript (one original typed on one side of the sheet only plus three complete copies photocopied on both sides to keep postage charges to a minimum plus original figures) manuscripts must be typed in double spacing (1 cm between lines), on one side of the paper only and with 3 cm margins on the left-hand side of the page. Manuscripts (with the exception of glossy prints) will not be returned to the authors.
2. A submission form and signature statement which can be found in this issue of the journal. **It is mandatory for the signature form to be signed by all authors.**
3. Four copies of "in press" references, along with an acceptance letter, must also be included before the manuscript can be sent to reviewers.

Submission of diskettes is encouraged, but these should not be sent until any changes requested during the reviewing process have been entered and authors have been notified of acceptance for publication. Authors are requested to follow the instructions printed in the journal and e-mail on all correspondence. Please quote your telefax number and e-mail on all correspondence.

### PAPERS CONSIDERED FOR PUBLICATION

Full-length original papers: A maximum of 7500 words plus references, tables, figures and legends.
Short original communications: a maximum of 1500 words plus up to ten references and two illustrations (tables or figures or one of each). Otherwise in the same format as Full-length original papers.
Rapid communications: Applies to high priority, Full-length original papers and Short communications of immediate interest. Time for publication 10 weeks from final acceptance. **There appears to be given priority in the reviewing and publication process.**
Letters to the Editor, i. e. Comments or Observations: a maximum of 1000 words, plus 8 references and one table or one figure.
Reviews: usually solicited, a maximum of 8000 words plus up to 180 references. **Apart from special circumstances agreed with the Editor-in-chief a maximum of two authors is permitted for Reviews.**
For debate papers: a maximum of 4000 words plus references and two illustrations (tables or figures or one of each).
Supplements and Workshop reports: see Section 8 in full version of Instructions to Authors for details.

### ORGANISE ALL PAPERS AS FOLLOWS:

Title page: Title of paper (including species if appropriate); shortened version for page heading (not to exceed 70 letters and spaces, including first author's name,

initials, et al: (e. g. B. Marner et al.: Assay of islet cell antibodies); authors' names (initials only – no qualifications); institution of origin.
Abstract page: Provide a separate page with an abstract of not more than 250 words. The abstract should describe the background, the methods, the results and the conclusions reached. It should not contain abbreviations.
Keywords: Five to ten keywords (suitable for Index Medicus listing) should be provided at the end of the Abstract.
Abbreviations: Please list abbreviations used throughout the manuscript with definition after the keywords, excluding standard abbreviations listed in the full version of the Instructions.
Introduction: The Introduction should contain a clear statement of the aim and novelty of the study. It should include neither results nor conclusions.
Subjects, materials and methods: Sufficient information should be given to permit repetition of the experimental work. See full Instructions to Authors for details. A paper describing experimental work in humans must (a) indicate that informed consent has been obtained from patients where appropriate, (b) include a statement that the responsible ethics committee (institutional review board) has given approval and/or indicate that the reported investigations have been carried out in accordance with the principles of the Declaration of Helsinki as revised in 1996 [JAMA (1997); 277: 925–926]. Reports of animal experiments must state that the "Principles of laboratory animal care" [NIH publication no. 85–23, revised 1985] were followed.
Results: The results should be stated concisely without discussion and should not contain any references. The same data should not be presented in both a figure and a table. The desired position of figures and tables should be indicated in the margins of the manuscript.
Discussion: The discussion should deal with the interpretation of the results and not recapitulate them. It should deal with the relationship of the new information given in Results to the corpus of knowledge in that field and should be pertinent to the data presented. The main conclusions should be incorporated in a final paragraph. In Rapid and Short Communications the Results and Discussion sections may be combined.
References: In accordance with Springer-Verlag publishing policy, all references should be in the ELSE-Ciba style. References to the literature should be in numerical order in the text, the number being in parentheses on the line, and should be typed and numbered in the same order at the end of the manuscript on a separate sheet(s) in double spacing. There must be only one reference per number. See full Instructions for formats.
Tables: Tables should be typed each on a separate page and numbered with Arabic numerals. See full Instructions to Authors for details.
Figures: See full Instructions to Authors for details. Graphs and diagrams should be submitted as laser quality computer prints or sharp photographs on white paper. One set of original figures and four copies should accompany the manuscript. Sharp photographs only will be returned to the corresponding author upon request. Photographs for half-tone reproduction must be on white glossy paper and printed with best possible contrast. Four unmounted copies should be submitted (photocopies are inadvisable). Whenever possible, prints should be cropped to be one column width (8.6 cm), or be capable of being reduced to such size. Colour illustrations will be accepted; however, the authors will be expected to make a contribution towards the extra costs (approx. EURO 485.73 per article).
For further details of the format permitted for Letters to the Editor, Reviews and For debate papers, the full version of Instruction to Authors should be consulted. The full Instructions should also be consulted for the procedure for Supplements and Workshop reports.

### REVISED MANUSCRIPTS

Two copies of revised manuscripts and a diskette should be sent to the Editor-in-Chief. If a paper returned to the authors for revision is not received back in the Editorial Office within four weeks, it will be treated as a new article.

### PROOFS

An electronic (URL) proof is sent with one copy/edited manuscript to the author whose name is given for correspondence. Typographical errors only should be corrected. One corrected proof should be returned immediately with the manuscript to the Editorial Office by fax. If the proof is not returned within a reasonable length of time, papers will be published without author's corrections. Any changes to the text or figures are liable to be charged to the author.
Authors will receive 50 offprints free of charge. Order forms for extra offprints will be included with the proofs.

### APPROVED ABBREVIATIONS AND UNITS OF EXPRESSION FOR USE WITHOUT DEFINITION

See full Instructions to Authors for list.

A 6

CONFIDENTIAL

Pfizer_LeslieTive_0020879