# EXHIBIT 9



Pfizer_LKnapp_0013366



Pfizer_LKnapp_0013367



3

Pfizer_LKnapp_0013368





4

Pfizer_LKnapp_0013369



## NEURONTIN: 4th Fastest Growing Blockbuster World Wide

| $ Billions | | Sales MAT 2001* | % Change YGO | | $ Billions | | Sales MAT 2001 | % Change YGO |
|---|---|---|---|---|---|---|---|---|
| 1. | Lipitor | 7.5 | 29% | | 11. | Vioxx | 2.6 | 24% |
| 2. | Prilosec | 5.8 | -5% | | 12. | Epogen | 2.6 | 21% |
| 3. | Zocor | 5.5 | 27% | | 13. | Claritin | 2.4 | 10% |
| 4. | Norvasc | 3.6 | 12% | | 14. | Pravacol | 2.2 | 22% |
| 5. | Prevacid | 3.5 | 9% | | 15. | Risperdal | 2.2 | 22% |
| 6. | Zyprexa | 3.4 | 31% | | 16. | Augmentin | 2.1 | 11% |
| 7. | Celebrex | 3.2 | 17% | | 17. | *NEURONTIN* | 2.0 | 32% |
| 8. | Procrit | 3.1 | 36% | | 18. | Glucophage | 1.9 | -1% |
| 9. | Paxil | 3.0 | 20% | | 19. | Plavix | 1.8 | 61% |
| 10. | Zoloft | 2.7 | 18% | | 20. | Fosamax | 1.8 | 49% |

Source: IMS Global/MAT Sales Through April 2002

5

NEURONTIN

5

Pfizer_LKnapp_0013370





Pfizer_LKnapp_0013371





Pfizer_LKnapp_0013372

## Global 2003 Neurontin Performance
## Outstanding Growth

| | AP 05 2003 ($MM) | % Budget Rep | % Growth Rep |
|---|---|---|---|
| International | $182.8 | 108% | 53% |
| EUCAN | $149.6 | 107% | 54% |
| JAALA | $33 | 114% | 52% |
| Asia | $15.7 | 126% | 115% |
| AfME | $6 | 125% | 115% |
| Latin America | $11.4 | 96% | (3)% |

Source: AP 05 Flash Sales

8

NEURONTIN

Pfizer_LKnapp_0013373





## NEURONTIN is not Prescribed at Optimal Doses

- ◆ The average daily dose in countries is around 1,000 mg/day (IMS)
- ◆ Target maintenance daily dose is 1,800 mg/day

**MDs Perception of NTN Max Dose (mg/day)**

Source: Nep Patient Flow Study, 2002

**Mean Weeks to Titrate**
(for all physicians, including PCPs)

10

Pfizer_LKnapp_0013375

10





11

Pfizer_LKnapp_0013376



12