



13

Pfizer_LKnapp_0013378





## NEURONTIN's Future

- gabapentin Generics are imminent
  - Generics in some major markets (Canada, Australia, etc)
  - Most European markets lose exclusivity in 2003
  - US anticipated to lose exclusivity 2004-2007

- pregabalin is Pfizer's new Epilepsy and NeP treatment
  - EU and US launches anticipated in 4Q2004
  - Other markets will launch in 2005 and beyond
  - Promotional efforts will be redirected to pregabalin (except Japan)

- Minimal NEURONTIN Development Planned for the West
  - Minimal activities (scored tabs, independent medical grants)
  - Only one clinical study on-going (US DPN Study)

> Could this study help the
> Japan NeP program?

14

Pfizer_LKnapp_0013379



Pfizer_LKnapp_0013380

I think of the anxiety data like this, but realize that for strategic reasons you may want to present as original



16

Pfizer_LKnapp_0013381





17

Pfizer_LKnapp_0013382



## Robust Pregabalin Neuropathic Pain Program

| Indication | Pivotal Studies | Outcome |
|---|---|---|
| DPN | 4/5 Fixed Dose Studies<br>3/4 TID Positive<br>1/1 BID Positive | Support Global Filing Package |
|  | 1 BID Flex Dose Study<br>Positive at all doses | Support Regulatory Queries |
| PHN | 3/4 Fixed Dose Studies<br>2/3 TID Positive<br>1/1 BID Positive | Support Global Filing Package |
|  | 1 BID Flex Dose Study<br>Positive at all doses | Support Regulatory Queries |
| Broad NeP | BID Spinal Cord<br>Injury Ongoing | Support Broad NeP Claim |



18

Pfizer_LKnapp_0013383

## Study Results Neuropathic Pain

| | | 150 mg | 300 mg | 600 mg | PGIC | CGIC | Sleep | SF-MPQ |
|---|---|---|---|---|---|---|---|---|
| DPN | 1008-014 | | ✓ | ✓* | ✓* | ✓* | ✓ | ✓* |
| | 1008-029 | | ✓ | | ✓ | ✓* | ✓ | ✓ |
| | 1008-040 | | | | | ✓* | ✓ | ✓* |
| | 1008-131 | | ✓ | | ✓† | ✓ | ✓ | |
| | 1008-149 | | | ✓* | ✓* | ✓* | ✓ | ✓* |
| PHN | 1008-030 | | | | | | | |
| | 1008-045 | ✓ | ✓ | ✓ | ▲* | ✓* | ✓* | ✓ |
| | 1008-127 | ✓ | ✓ / ✓ | ✓ | | ✓* | ✓ | ✓ |
| | 1008-196 | | ✓ | ✓ | | | | ✓†* |

* 600mg only, ✓ 150mg/300mg only

Pfizer_LKnapp_0013384



| | Sleep | Onset of Action | Tolerability | Ease of Use | Efficacy | Broader Usage | QoL. |
|---|---|---|---|---|---|---|---|
| Cervical Radiculopathy (Mixed Pain Model) | ✓ | ✓ | | | ✓ | ✓ | ✓ |
| NeP Associated with Cancer | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| Time to Onset in Pain | | ✓ | | ✓ | | | |
| Effects on Sleep in NeP | ✓ | | | | ✓ | ✓ | |

**Establishing the Optimal Profile in NeP via Clinical Program**

20



## AALA DPN Study Design

- AALA DPN Study
  - Evaluation of the Safety and Efficacy of 150mg-600mg/day BID in Patients with Painful Diabetic Neuropathy (DPN)
  - Start 4Q 2005
  - Data availability 1Q05
  - 9 Asian countries participating
- Study Design
  - 14 weeks; 565 patients screened, 450 Patients Randomized using 2:1 randomization
  - Double-Blind, Placebo-controlled, Single-Blind Run in, Multicenter Study
  - A Flexible, Optimal Dose Schedule will be utilized
- Primary Endpoints
  - Efficacy of PGB vs Placebo
- Secondary and Tertiary Endpoints
  - Safety, Tolerability, Effects on Sleep Interference and Patient Reported Outcomes
  - Use of Concomitant Pain Medications

Could this study help the Japan NeP program?

21

Pfizer_LKnapp_0013386



22

Pfizer_LKnapp_0013387





23

Pfizer_LKnapp_0013388



EUCAN % contribution



Pregabalin: Key Contributor to Pfizer's Future

**2003 CPP Forecasts**
($ Millions)

■ EUCAN ☐ AALA ☐ US

| Sales by Area | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| EUCAN | 13% | 16% | 21% | 21% |
| AALA | 6% | 3% | 5% | 4% |
| US | 81% | 81% | 74% | 75% |

$129    $819    $1,228    $1,923

506%    50%    57%    146%    146%    146%

CAGR

24

Pfizer_LKnapp_0013389



25

Pfizer_LKnapp_0013390