Gabapentin Capsules & Tablets
December 2000 PSUR

### 6.10.4 Long-Term Treatment

There were only ten cases (2% of overall cases) with a treatment duration of one year or more. Due to the limited number of cases no formal analyses were done. There were only 23 adverse events reported for this population and these were diverse with two occurrences each of only two adverse events: abdominal pain and withdrawal syndrome.

Due to the limited sample size of cases reporting treatment duration of one year or longer, a summary of adverse events by length of treatment is not meaningful.

## 7    STUDIES

### 7.1    Company-Sponsored Studies

The seven clinical and/or postmarketing studies with gabapentin that have been identified as ongoing at the time of this PSUR are cited in Appendix 3. Fourteen studies were identified as completed or with a research report issued since the previous PSUR and these are also listed in Appendix 3. Safety findings in three of the research reports listed in Appendix 3 are discussed below.

Research report 720-04229 contains adverse event data similar to that in all of the reports issued in the current period. This report presents the results of a study completed in 1998 comparing the efficacy and safety of gabapentin versus carbamazepine in patients with partial epilepsy who are naïve to antiepileptic drugs or unresponsive to no more than one of these drugs. The frequently reported adverse events for either the gabapentin- or carbamazepine-treatment group were dizziness, headache, fatigue, somnolence, and nausea and/or vomiting; additional frequent adverse events for the carbamazepine-treatment group were ataxia and rash; most adverse events were mild or moderate in intensity. The single severe adverse event considered definitely related to gabapentin-treatment that resulted in a patient's withdrawal from the study was ataxia. This event is listed in the CDS.

Research report 720-04233 presents the results of a 4-month, multicenter, monotherapy double-blind, parallel-group trial to determine the efficacy and safety of gabapentin in newly diagnosed patients with partial epilepsy also completed in 1998. This study found that a dosage of 3600 mg/day was not more effective than 300 mg/day in this group of patients, but those taking the higher dosage were much less likely to experience an exit event (event resulting in withdrawal from the study). Although no new or unforeseen serious adverse events were reported, the adverse events in these patients occurred in higher frequencies than in patients in adjunctive gabapentin studies; the authors argue that this is possibly due to the fact that in contrast to most other studies, these patients were antiepileptic drug-naïve.

Research report 720-04362 has the results of an extended (four-year) open-label monotherapy trial that followed a double-blind study in pediatric patients with benign childhood epilepsy with centrotemporal spikes. The 191 patients entering the open-label treatment phase of this study ranged in age from four to 14 years. Serious adverse

Pfizer_MPatel_0073635

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

events were reported for only ten (5%) patients. Most adverse events were mild or moderate in intensity and those reported in more than 7% of patients included headache, pharyngitis, upper respiratory infection, viral infection, rhinitis, abdominal pain, fever, coughing, sinusitis, emotional lability, otitis media, dizziness and nausea and/or vomiting, events now included in the pediatric section of the CDS.

While no new safety issues were identified in the research reports issued during this research period, each study discussed here emphasizes safety and efficacy issues and the study of gabapentin treatment of antiepileptic drug-naïve patients raises important aspects for compliance.

## 7.2    Published Safety Data

Literature searches covering the period 01 February 2000 to 31 July 2000 identified 43 articles citing the drug gabapentin and having a discussion of efficacy and/or safety issues. Many of these papers presented data on results of gabapentin therapy for indications other than epilepsy: these indications included posttraumatic stress, pain from spinal cord injury, reversal of cortical hyperexcitability in ALS, for the reduction of impairment due to spasticity in multiple sclerosis, depression, geriatric population and geriatric chronic pain, postherpetic neuralgia, behavioral disorders in dementia, thalamic pain syndrome, chronic daily headache, muscle cramps and associated sleep disturbances, cancer pain (2), bruxism, sleep disorders (4), cerebrovascular diseases, thalamic pain syndrome, and bipolar disorder in women. The adverse events reported in these papers were mostly nonserious and/or in the CDS and no new safety issues were identified.

Several of the papers presented either single or multiple case reports, but most of these were for nonserious adverse events . One of these papers had information on the occurrence of myoclonus (see Section 6.7.3, Nervous System, Myoclonus) in patients (13 or 12.5%; n=104) receiving gabapentin for epilepsy. All patients were taking other antiepileptic drugs. The researchers suggest that the presence of diffuse brain damage or mental retardation may be risk factors for gabapentin-induced myoclonus. They conclude that gabapentin-associated myoclonus occurs relatively frequently, but it is usually mild and can easily be overlooked; discontinuation of therapy is not necessary in most cases. [Myoclonus associated with the use of gabapentin, Asconape J, Diedrich A, DellaBadia J, *Epilepsia* 2000;41:479-481]. One paper (from 1999 but not reviewed in last PSUR) discussed the suspected highest serum level of gabapentin (85 μgm/ml) in human (a 30-year-old woman with chronic renal failure; see Section 6.10.3, Patients with Compromised Renal Function) following an overdose of the drug. The patient experienced mild tremulousness and mild changes in cognition but the authors claimed that these probably resulted from the concomitant therapy with valproic acid since the patient recovered from these events following cessation of the valproic acid rather than the gabapentin. [A case of sustained massive gabapentin overdose without serious side effects. Verma A; St. Clair EW; Radtke RA *Therapeutic Drug Monitoring* 21: 615-617, 1999].

One study reported on gabapentin-induced mitogenic activity in rat pancreatic acinar cells concluded that this activity may not be detected in *in vivo* assays [Gabapentin-

induced mitogenic activity in rat pancreatic acinar cells. Dethloff L et al. *Toxicol Sci* 2000;55:52-9]; another reported on the use of gabapentin in a rat model of neuropathic pain to examine the mechanisms of spinal cord stimulation in neuropathic pain [Mechanisms of spinal cord stimulation in neuropathic pain. Meyerson BA and Linderoth B *Neurol Res* 2000;22:285-92]. Several clinical review articles were published during the current PSUR period. In particular one study of eight anticonvulsants including gabapentin found only sparse information for the effects of these drugs when used during pregnancy and breast feeding [*Paediatr Drugs*, 2000;2:113-126]. Another reviewed the paradoxical aggravation of epilepsy by antiepileptic drugs [*Brain Dev*, 200;22:75-80].

# 8    OTHER INFORMATION

## 8.1    Information Received after the Data-Lock Point

No significant new information affecting the safety of gabapentin has been received since the data-lock point.

# 9    OVERALL SAFETY EVALUATION

## 9.1    Unlabeled Reactions

There does not appear to be any new safety issues identified from the unlabeled reactions received during the current PSUR period (see Section 6, Presentation of Individual Case Histories).

The most frequently reported unlabeled events (n=10-16; 2 – 3%) in the current PSUR period (01 February 2000 to 31 July 2000) were alopecia, withdrawal syndrome, and pain, and all were assessed as nonserious. Other unlabeled events which were reported less frequently (n=5-9; 1 – 2%) and also mainly assessed as nonserious included tachycardia, thrombocytopenia, edema, hallucinations, myoclonus, speech disorder, sweating, and urticaria. There has been no significant increase in the relative number of occurrences of these adverse events since January 1997 (Appendix 2H; see also ratio data). The number of occurrences of myoclonus and withdrawal syndrome have varied in each of the six time periods (Appendix 2H), and approximately one-third of the cumulative total for either event were received in the current period (33% and 30% respectively). The current reporting of myoclonus may have been stimulated by an article published this year in *Epilepsia* (Section 7.2, Published Safety Data). Nevertheless, the overall low occurrence of myoclonus and withdrawal syndrome since 01 January 1997 (n=15 and n=37, respectively), lack of a consistent pattern of withdrawal symptoms, and limited information on myoclonus cases, do not provide sufficient data to determine an association between gabapentin and withdrawal symptoms or whether there is more than just a temporal relationship between the use of gabapentin and myoclonus.

Pfizer_MPatel_0073637

Gabapentin Capsules & Tablets
December 2000 PSUR

**Serious Unlabeled Reactions**

The most frequently reported serious unlabeled adverse events in the current PSUR period were convulsion and encephalopathy.

In summary, although convulsion, in general, is a labeled adverse event, there were seven cases in which the reported convulsion was assessed as different from that in the CDS, and five of these seven unlabeled events were assessed as serious. Three of the serious adverse events were "new onset seizures" (including a grand mal seizure), in patients taking gabapentin for off-label indications with no history of seizures. The three occurrences of encephalopathy in this PSUR period were all assessed as serious and unlabeled. Each case involved patients with a history of renal failure. Since gabapentin is eliminated by renal excretion, the CDS recommends dosage adjustments for patients with compromised renal function. It is possible that encephalopathy can occur in patients with a history of compromised renal function if the dose is not adjusted appropriately. The number of occurrences of convulsions assessed as unlabeled in the current PSUR period is comparable to that in the last two PSUR periods and decreased from earlier periods (1997 to 1999, Appendix 2H – 2J). Due to the small number of occurrences of encephalopathy and limited information available at present, there is no positive association between this adverse event and gabapentin therapy.

**9.2   Drug Interactions**

During the current PSUR period, 01 February 2000 to 31 July 2000, there were 19 reports of 16 possible drugs that may be interacting with gabapentin (see Section 6.8, Drug Interactions with Gabapentin for review of individual case histories).

In the last PSUR, two of the four cases with possible drug interactions with warfarin had increased anticoagulation effect and two had decreased anticoagulation effect. A review of the database for 01 January 1996 to 31 January 2000 revealed few occurrences of coagulation adverse events (19 over the four year review period). Furthermore, when gabapentin was co-administered with warfarin most of the coagulation adverse events resulted from an increase in coagulation effect (14 of 19, adverse events, 74%), rather than the decrease seen in the current period. Gabapentin circulates largely unbound to plasma proteins, and is eliminated solely by renal excretion with no evidence of metabolism in man and no induction of hepatic mixed function oxidase enzymes responsible for drug metabolism (see CDS for references). Therefore drug interactions with warfarin (displacement, inhibition or stimulation of warfarin-metabolizing enzymes) are not expected.

Celecoxib is a fairly new non-steroidal anti-inflammatory agent and drug interactions for this drug are not well characterized. There are several reports of suspected drug interactions between either gabapentin and celecoxib or between gabapentin, celecoxib and a third drug, carbamazepine. In the last PSUR period as well as the present one, there were reports of patients who developed breakthrough seizures after celecoxib was added to either gabapentin therapy, or to combined gabapentin carbamazepine therapy. A possible drug interaction between gabapentin and carbamazepine was also suggested. This is less likely since several patients were seizure-free on the combined therapy

Pfizer_MPatel_0073638

Gabapentin Capsules & Tablets
December 2000 PSUR

(seizures only started after the celecoxib was added). In addition, studies cited in the CDS did not find an interaction between gabapentin and carbamazepine.

In summary, the number of suspected drug interactions between gabapentin and a specific drug or type of drugs are few in the current and previous periods and do not show a consistent pattern of response. There is insufficient information to reveal a new safety issue but the company will continue to monitor possible drug interaction adverse events.

### 9.3 Overdose, Abuse and Misuse

A review of the cases of overdose, abuse and misuse in the current gabapentin PSUR period revealed no new safety issues.

### 9.4 Pregnancy and Lactation

During the current PSUR period, there were 17 known pregnancies in which the mother consumed gabapentin (Section 6.9, Pregnancy and Lactation). A number of adverse events were reported for the children exposed to gabapentin in utero (see Section 6. 7.1, Deaths, Section 6.9, Pregnancy and Lactation) but the risk to the developing fetus when the pregnant mother is on gabapentin is not clear. One clinical review article published during the current PSUR period studied eight anticonvulsants including gabapentin and found only sparse information for the effects of these drugs when used during pregnancy and breast feeding (Section 7.2).

The gabapentin CDS states that there are no adequate and well-controlled studies in pregnant women. A number of animal studies are cited in the CDS, and various abnormalities were found in animals born to mothers given gabapentin. Although there were some developmental abnormalities, gabapentin did not increase the incidence of malformations (when compared to controls) in the offspring of mice, rats, or rabbits taking $4 - 8$ times the human daily dose (on a mg/m$^2$ basis). However, animal reproduction studies do not always predict the human response, and the CDS recommends that gabapentin should only be used during pregnancy if the potential benefit to the patient justifies the potential risk to the fetus.

It is difficult to determine an association of an anticonvulsant compound with birth defects because other factors, including the seizure disorder itself and multiple drug therapy, may contribute to the event. Gabapentin is classified as a Pregnancy Category C drug (shown to be fetotoxic in rodents and produces some malformations in laboratory animals). On the other hand, carbamazepine and valproic acid derivatives have a Category D classification (drugs with positive evidence of risk in humans) and, as noted in Table 11, these drugs were used concomitantly with gabapentin in many of the cases that with reported stillbirths, intrauterine death, spontaneous abortions, and congenital anomalies.

Considering the underlying disease (the seizure disorder itself or off-label indication), the frequent use of other medications, and other factors, including the medical histories, one cannot easily establish a relationship between gabapentin (or another anticonvulsant) and

Pfizer_MPatel_0073639

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

the adverse events observed in pregnant mothers and their off-spring discussed here other than temporal.

There were no reports of gabapentin use during lactation in the current PSUR period.

## 9.5    Special Populations

### 9.5.1  Pediatric Population

There were 18 cases reporting use of gabapentin in the pediatric population (in persons <16 years old).  The adverse events reported for this population were diverse and with the limited number of cases a formal analysis was not possible.

In 33% of these cases, gabapentin was supplied for a use other than described in the CDS.  Given the different situations worldwide with registrations of the pediatric use of gabapentin, the CDS reflects a researched view of the safety of gabapentin in this population (rather than its use in a particular country).  Gabapentin is indicated as monotherapy in the treatment of partial seizures with and without secondary generalization in adults and children over 12 years of age.  Gabapentin is also indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults and children age three-years-old and above. As cited in the CDS, the safety and effectiveness of adjunctive therapy in pediatric patients below the age of three years and for monotherapy in children below the age of 12 years have not been established.

### 9.5.2  Geriatric Population

There were 63 cases for the geriatric population (patients aged 65 years of age and older) in the current PSUR period.  The adverse events in the elderly were diverse and the ones more frequently reported in this population were similar to the frequently reported adverse events for the overall population.

### 9.5.3  Patients with Compromised Renal Function

There were ten cases in which the patients also had compromised renal function in the current PSUR period.  Although few in number, the most common adverse events reported for this population were tremors and encephalopathy.  Since gabapentin is eliminated by renal excretion, the CDS already states that dosage adjustments are recommended for patients with compromised renal function or undergoing hemodialysis.

### 9.5.4  Long-term Treatment

There were only ten cases with a treatment duration of one year or more.   The adverse events reported for this population were diverse.  Due to the limited number of cases no formal analyses were possible.

Gabapentin Capsules & Tablets
December 2000 PSUR

## 10    CONCLUSIONS

Analysis of all reports of adverse events received by Pfizer's Warner-Lambert/Parke-Davis Drug Safety Surveillance between 01 February 2000 and 31 July 2000 identified no new safety information that alters the benefit-risk assessment of gabapentin.

During the current PSUR period, there were 15 reports of death for patients receiving gabapentin.  Four cases involved stillbirths, one was a suicide, and another was an obese patient with sleep apnea for whom the physician prescribed overdose.  Other probable causes of death were evident in the remaining deaths, but a relationship to gabapentin was unclear.

The number of occurrences of specific unlabeled adverse events with either serious or nonserious assessment are comparable to those in previous periods, and in fact many had decreased.  One exception was myoclonus which showed a slight increase in the current PSUR period; all occurrences were assessed as nonserious and the event was also the subject of an article published in the current period.  There is currently too little information for a conclusion on the suspected drug interaction between gabapentin and the relatively new non-steroidal anti-inflammatory agent, celecoxib, or between gabapentin, celecoxib and a third drug, carbamazepine.

The information on pregnancies received in the current period included reports of two stillbirths, two intrauterine deaths, five spontaneous abortions, and reports of congenital anomalies, but each case was different and the only relationship between gabapentin (or another anticonvulsant) and these adverse events was temporal.  There were several patients with compromised renal function (or undergoing hemodialysis) who experienced tremors and encephalopathy; these patients also had gabapentin overdose (toxicity) even with relatively low doses; dosage adjustments in these patients is therefore essential.

Analysis of all reports of adverse events received by Pfizer's Warner-Lambert/Parke-Davis Drug Safety Surveillance between 01 February 2000 and 31 July 2000 identified no new safety information that alters the benefit-risk assessment of gabapentin.  Adverse events reported for gabapentin will continue to be monitored.

# Appendix 1A

# Core Data Sheet
## for
## Gabapentin (CI-0945)

## April 1999

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer_MPatel_0073642

**Gabapentin April 1999 Core Data Sheet**
**Page 1**

CORE PRODUCT LABELING

**GENERIC NAME**
Gabapentin
(capsules, tablets)

**TRADE NAME**

Neurontin, Normatol, Equipax, Gabapentin PD

**DESCRIPTION**

[AMEND LOCALLY AS NECESSARY]

Gabapentin is supplied in capsules containing 100 mg, 300 mg, and 400 mg of active drug

substance for oral administration. Each capsule also contains lactose, cornstarch, and talc.

Gabapentin is also supplied as 600 and 800 mg tablets.

Gabapentin is described as 1-(aminomethyl)cyclohexaneacetic acid with an empirical formula of

$C_9H_{17}NO_2$ and a molecular weight of 171.24. The molecular structure of gabapentin is:

Gabapentin is a white to off-white crystalline solid. It is freely soluble in water and both basic and

acidic aqueous solutions.

**CLINICAL PHARMACOLOGY**

Mechanism of Action

Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but its

mechanism of action is different from that of several other drugs that interact with GABA synapses

including valproate, barbiturates, benzodiazepines, GABA transaminase inhibitors, GABA uptake

inhibitors, GABA agonists, and GABA prodrugs. *In vitro* studies with radiolabeled gabapentin

have characterized a novel peptide binding site in rat brain tissues including neocortex and

hippocampus that may relate to anticonvulsant activity of gabapentin and its structural derivatives.[1]

Pfizer_MPatel_0073643

**Gabapentin April 1999 Core Data Sheet**
**Page 2**

Gabapentin at relevant clinical concentrations does not bind to other common drug or neurotransmitter receptors of the brain including $GABA_A$, $GABA_B$, benzodiazepine, glutamate, glycine or N-methyl-d-aspartate receptors.[2]

<u>Pharmacokinetics and Metabolism</u>

Gabapentin does not interact with sodium channels *in vitro* and so differs from phenytoin and carbamazepine.[3,4] Gabapentin partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems *in vitro*, but only at concentrations greater than 100 μM, which are not achieved *in vivo*.[5] Gabapentin slightly reduces the release of monoamine neurotransmitters *in vitro*.[6,7] Gabapentin administration to rats increases GABA turnover in several brain regions in a manner similar to valproate sodium, although in different regions of brain.[8] The relevance of these various actions of gabapentin to the anticonvulsant effects remains to be established. In animals, gabapentin readily enters the brain and prevents seizures from maximal electroshock, from chemical convulsants including inhibitors of GABA synthesis, and in genetic models of seizures.[9-12]

Gabapentin bioavailability is not dose-proportional. That is, as the dose is increased, bioavailability decreases. Following oral administration, peak plasma gabapentin concentrations are observed within 2 to 3 hours. Absolute bioavailability of gabapentin capsules is approximately 60%. Food, including a high-fat diet, has no effect on gabapentin pharmacokinetics.[13]

Gabapentin elimination from plasma is best described by linear pharmacokinetics.

The elimination half-life of gabapentin is independent of dose and averages 5 to 7 hours.[14-19]

Gabapentin pharmacokinetics are not affected by repeated administration, and steady state plasma concentrations are predictable from single dose data.[20,21] Although plasma gabapentin concentrations were generally between 2 μg/mL and 20 μg/mL in clinical studies, such concentrations were not predictive of safety or efficacy.[22,23] Plasma gabapentin concentrations are dose proportional at doses of 300 or 400 mg given every 8 hours. Pharmacokinetic parameters are given in Table 1.[20,21]

Pfizer_MPatel_0073644

TABLE 1.     Summary of Gabapentin Mean (%RSD) Steady-State Pharmacokinetic Parameters
Following Q8H Administration

| Pharmacokinetic Parameter | 300 mg (N = 7) | | 400 mg (N = 11) | |
|---|---|---|---|---|
| $C_{max}$ µg/mL) | 4.02 | (24) | 5.50 | (21) |
| $t_{max}$ (hr) | 2.7 | (18) | 2.1 | (47) |
| t1/2 (hr) | 5.2 | (12) | 6.1 | ND |
| AUC (0-∞) µg•hr/mL) | 24.8 | (24) | 33.3 | (20) |
| Ae% (%) | NA | NA | 63.6 | (14) |

ND = Not determined
NA = Not available

Gabapentin is not bound to plasma proteins and has a volume of distribution equal to 57.7 liters.[24] In patients with epilepsy, gabapentin concentrations in CSF are approximately 20% of corresponding steady-state trough plasma concentrations.[25,26]  Gabapentin is eliminated solely by renal excretion.[18] There is no evidence of metabolism in man.  Gabapentin does not induce hepatic mixed function oxidase enzymes responsible for drug metabolism.

In elderly patients, and in patients with impaired renal function, gabapentin plasma clearance is reduced.  Gabapentin elimination-rate constant, plasma clearance, and renal clearance are directly proportional to creatinine clearance.[27-32]

Gabapentin is removed from plasma by hemodialysis.[33]  Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended.  (See DOSAGE AND ADMINISTRATION, Table 3.)

Gabapentin pharmacokinetics in children were determined in 24 healthy subjects between the ages of 4 and 12 years.  In general, plasma gabapentin concentrations in children are similar to those in adults.[34]

## INDICATIONS AND USAGE

### Epilepsy:

Gabapentin is indicated as monotherapy in the treatment of partial seizures with and without secondary generalization in adults and children over 12 years of age.[22]

Pfizer_MPatel_0073645

**Gabapentin April 1999 Core Data Sheet**
**Page 4**

Gabapentin is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults and children age 3 years and above.[35]

**Neuropathic Pain:**

Gabapentin is indicated for the treatment of neuropathic pain in adults age 18 years and above.[36,37]

## CONTRAINDICATIONS

Gabapentin is contraindicated in patients who are hypersensitive to gabapentin or the product's components.

## WARNINGS

(See PRECAUTIONS.)

## PRECAUTIONS

General

Although there is no evidence of rebound seizures with gabapentin, abrupt withdrawal of anticonvulsants in epileptic patients may precipitate status epilepticus. When in the judgement of the clinician there is a need for dose reduction, discontinuation, or substitution of alternative anticonvulsant medication, this should be done gradually over a minimum of one week.

Gabapentin is not generally considered effective in the treatment of absence seizures.[38]

Information for Patients

To assure safe and effective use of gabapentin, the following information and instructions should be given to patients:

1.  Inform your physician about any prescription or nonprescription medications, alcohol, or drugs you are now taking or plan to take during your treatment with gabapentin.

2.  You should inform your physician if you are pregnant, or if you are planning to become pregnant, or if you become pregnant while you are taking gabapentin.

Pfizer_MPatel_0073646

**Gabapentin April 1999 Core Data Sheet**
**Page 5**

3.    Gabapentin is excreted in human milk, and the effect on the nursing infant is unknown. You should inform your physician if you are breast feeding an infant. (See <u>Usage in Nursing Mothers.</u>)

4.    Until you experience how this medication affects you, do not drive a car or operate potentially dangerous machinery.

5.    You should not allow more than 12 hours between gabapentin doses.

<u>Laboratory Tests</u>

False positive readings were reported with the Ames N-Multistix SG® dipstick test when gabapentin was added to other anticonvulsant drugs.[23]   To determine urinary protein, the more specific sulfosalicylic acid precipitation procedure is recommended.

<u>Drug Interactions</u>

No interaction between gabapentin and phenobarbital, phenytoin, valproic acid, or carbamazepine has been observed.[39-43]   Gabapentin steady-state pharmacokinetics are similar for healthy subjects and patients with epilepsy receiving these antiepileptic agents.[25,26]

Coadministration of gabapentin with oral contraceptives containing norethindrone and/or ethinyl estradiol, does not influence the steady-state pharmacokinetics of either component.[44]

Coadministration of gabapentin with antacids containing aluminum and magnesium, reduces gabapentin bioavailability by about 20%.[45]   It is recommended that gabapentin be taken about two hours following antacid administration.

Renal excretion of gabapentin is unaltered by probenecid.[46]

A slight decrease in renal excretion of gabapentin observed when it is coadministered with cimetidine is not expected to be of clinical importance.[47]

<u>Carcinogenesis, Mutagenesis, Impairment of Fertility</u>

Gabapentin was given in the diet to mice at 200, 600, and 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for two years.[48-51]   A statistically significant increase in the incidence of pancreatic acinar cell tumors was found only in male rats at the highest dose. Peak plasma drug concentrations in rats at 2000 mg/kg/day are 10 times higher than plasma concentrations in humans

Pfizer_MPatel_0073647

**Gabapentin April 1999 Core Data Sheet**
**Page 6**

not affect survival, did not metastasize or invade surrounding tissue, and were similar to those seen in concurrent controls.  The relevance of these pancreatic acinar cell tumors in male rats to carcinogenic risk in humans is unclear.

Gabapentin demonstrated no genotoxic potential.  It was not mutagenic *in vitro* in standard assays using bacterial or mammalian cells.[52,53]  Gabapentin did not induce structural chromosome aberrations in mammalian cells *in vitro* or *in vivo*, and did not induce micronucleus formation in the bone marrow of hamsters.[54-56]

No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (approximately five times the maximum daily human dose on a mg/m$^2$ basis).[57]

Usage in Pregnancy[58-63]

Gabapentin did not increase the incidence of malformations, compared to controls, in the offspring of mice, rats, or rabbits at doses up to 50, 30 and 25 times respectively, the daily human dose of 3600 mg, (four, five or eight times, respectively, the human daily dose of a mg/m$^2$ basis).  There are, however, no adequate and well-controlled studies in pregnant women.  Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if the potential benefit to the patient justifies the potential risk to the fetus.

Gabapentin induced delayed ossification in the skull, vertebrae, forelimbs, and hindlimbs in rodents, indicative of fetal growth retardation.  These effects occurred when pregnant mice received oral doses of 1000 or 3000 mg/kg/day during organogenesis and in rats given 500, 1000, or 2000 mg/kg prior to and during mating and throughout gestation.  These doses are approximately 1 to 5 times the human dose of 3600 mg on a mg/m$^2$ basis.

No effects were observed in pregnant mice given 500 mg/kg/day (approximately 1/2 of the daily human dose on a mg/m$^2$ basis).

An increased incidence of hydroureter and/or hydronephrosis was observed in rats given 2000 mg/kg/day in a fertility and general reproduction study, 1500 mg/kg/day in a teratology study, and 500, 1000, and 2000 mg/kg/day in a perinatal and postnatal study.  The significance of these findings is unknown, but they have been associated with delayed development.  These doses are

Pfizer_MPatel_0073648

**Gabapentin April 1999 Core Data Sheet**
**Page 7**

In a teratology study in rabbits, an increased incidence of postimplantation fetal loss, occurred in doses given 60, 300, and 1500 mg/kg/day during organogenesis. These doses are approximately 1/4 to 8 times the daily human dose of 3600 mg on a $mg/m^2$ basis.

Usage in Nursing Mothers

Gabapentin is excreted in human milk. Because the effect on the nursing infant is unknown, caution should be exercised when gabapentin is administered to a nursing mother.[64] Gabapentin should be used in nursing mothers only if the benefits clearly outweigh the risks.

Pediatric Use

*Epilepsy:* Safety and effectiveness for adjunctive therapy in pediatric patients below the age of 3 years have not been established. Safety and effectiveness for monotherapy in children below the age of 12 years have not been established. (See DOSAGE AND ADMINISTRATION)

*Neuropathic pain:* Safety and effectiveness in patients below the age of 18 years have not been established.

Geriatric Use

Fifty-nine individuals 65 years of age or older received gabapentin in premarketing clinical trials. Side effects reported among these patients did not differ in kind from those reported in younger individuals. For patients with compromised renal function, the dosage should be adjusted. (See DOSAGE and ADMINISTRATION.)

**ADVERSE REACTIONS**

Gabapentin has been evaluated for safety in more than 2000 subjects and patients in adjunctive therapy studies and was well tolerated.[65] Of these, 543 patients participated in controlled clinical trials.[66] Since gabapentin was most often administered in combination with other antiepileptic agents, it was not possible to determine which agent(s), if any, was associated with adverse events. Gabapentin has also been evaluated as monotherapy in more than 600 patients. Adverse events were usually mild to moderate in intensity.

Incidence in Controlled Adjunctive Therapy Clinical Trials:

The following table lists treatment-emergent signs and symptoms that occurred in at least 1%

Pfizer_MPatel_0073649

Gabapentin April 1999 Core Data Sheet
Page 8

comparing gabapentin with placebo.[67]  In these studies, either gabapentin or placebo was
added to the patient's current antiepileptic drug therapy.  Adverse events were usually reported
as mild to moderate.

TABLE 2.    Summary of Treatment-Emergent Signs and Symptoms in  $\geq$1% of
Gabapentin-Treated Patients in Adjunctive Therapy Placebo-Controlled Studies

| | Number (Percent) of Patients | |
| Adverse Event[a] (AE) | Gabapentin[b] N = 543 | Placebo[b] N = 378 |
| --- | --- | --- |
| Somnolence | 105 (19.3) | 33 (8.7) |
| Dizziness | 93 (17.1) | 26 (6.9) |
| Ataxia | 68 (12.5) | 21 (5.6) |
| Fatigue | 60 (11.0) | 19 (5.0) |
| Nystagmus | 45 (8.3) | 15 (4.0) |
| Headache | 44 (8.1) | 34 (9.0) |
| Tremor | 37 (6.8) | 12 (3.2) |
| Nausea and/or vomiting | 33 (6.1) | 27 (7.1) |
| Diplopia | 32 (5.9) | 7 (1.9) |
| Amblyopia[c] | 23 (4.2) | 4 (1.1) |
| Rhinitis | 22 (4.1) | 14 (3.7) |
| Weight Increase | 16 (2.9) | 6 (1.6) |
| Pharyngitis | 15 (2.8) | 6 (1.6) |
| Dysarthria | 13 (2.4) | 2 (0.5) |
| Nervousness | 13 (2.4) | 7 (1.9) |
| Dyspepsia | 12 (2.2) | 2 (0.5) |
| Amnesia | 12 (2.2) | 0 (0.0) |
| Myalgia | 11 (2.0) | 7 (1.9) |
| Coughing | 10 (1.8) | 5 (1.3) |
| Abdominal Pain | 10 (1.8) | 9 (2.4) |
| Back Pain | 10 (1.8) | 2 (0.5) |
| Depression | 10 (1.8) | 7 (1.8) |
| Thinking Abnormal | 9 (1.7) | 5 (1.3) |
| Mouth or Throat Dry | 9 (1.7) | 2 (0.5) |
| Peripheral Edema | 9 (1.7) | 2 (0.5) |
| Confusion | 9 (1.7) | 7 (1.9) |
| Constipation | 8 (1.5) | 3 (0.8) |
| Impotence | 8 (1.5) | 4 (1.1) |
| Dental Abnormalities | 8 (1.5) | 1 (0.3) |
| Rash | 8 (1.5) | 6 (1.6) |
| Diarrhea | 7 (1.3) | 8 (2.1) |
| Viral Infection | 7 (1.3) | 8 (2.1) |
| Fever | 7 (1.3) | 5 (1.3) |
| Twitching | 7 (1.3) | 2 (0.5) |
| Abrasion | 7 (1.3) | 0 (0.0) |
| Pruritus | 7 (1.3) | 2 (0.5) |
| Increased Appetite | 6 (1.1) | 3 (0.8) |
| WBC Decreased | 6 (1.1) | 2 (0.5) |
| Insomnia | 6 (1.1) | 7 (1.9) |
| Acne | 6 (1.1) | 5 (1.3) |
| Fracture | 6 (1.1) | 3 (0.8) |
| Vasodilatation | 6 (1.1) | 1 (0.3) |
| Leukopenia | 6 (1.1) | 2 (0.5) |
| Coordination Abnormal | 6 (1.1) | 1 (0.3) |
| Emotional Lability | 6 (1.1) | 5 (1.3) |

[a] COSTART preferred term
[b] Plus background antiepileptic drug therapy
[c] Blurred vision

Pfizer_MPatel_0073650

Gabapentin April 1999 Core Data Sheet
Page 9

Other Adverse Events Observed During All Clinical Trials:[65]

*Adjunctive Therapy*

Those events that occurred in at least 1% of the study participants with epilepsy who received gabapentin as adjunctive therapy in any clinical study and that are not described in the previous section as frequently occurring treatment-emergent signs and symptoms during placebo-controlled studies are summarized below.

Body as A Whole: asthenia, malaise, facial edema

Cardiovascular System: hypertension

Digestive System: flatulence, anorexia, gingivitis

Hemic, Lymphatic Systems: purpura most often described as bruises resulting from physical trauma

Musculoskeletal System: arthralgia

Nervous System: vertigo, hyperkinesia, increased, decreased or absent reflexes, paresthesia, anxiety, hostility

Respiratory System: pneumonia

Urogenital System: urinary tract infection

Special Senses: abnormal vision most often described as a visual disturbance

*Monotherapy* [68,69]

No new and unexpected adverse events were reported during the clinical trials for monotherapy. Dizziness, ataxia, somnolence, paresthesia, and nystagmus showed a dose relationship when comparing 300 with 3600 mg/day.

*Pediatric* [34,35]

The most commonly observed adverse events reported with the use of gabapentin in combination with other antiepileptic drugs in children 3 to 12 years of age, not seen in equal frequency among placebo-treated patients, were viral infection, fever, nausea and/or vomiting, and somnolence.

TABLE 3. Treatment Emergent Adverse Event Incidence in Children Age 3 to 12 years in Controlled Add-On Trials (Events in at least 2% of Gabapentin patients and numerically more frequent Than in the placebo group)

Pfizer_MPatel_0073651

**Gabapentin April 1999 Core Data Sheet**
**Page 10**

| Body System/ Adverse Event | Gabapentin[a] N=119 % | Placebo[a] N=128 % |
|---|---|---|
| **Body as a Whole** | | |
| Viral Infection | 10.9 | 3.1 |
| Fever | 10.1 | 3.1 |
| Weight Increase | 3.4 | 0.8 |
| Fatigue | 3.4 | 1.6 |
| **Digestive** | | |
| Nausea and/or Vomiting | 8.4 | 7.0 |
| **Nervous System** | | |
| Somnolence | 8.4 | 4.7 |
| Hostility | 7.6 | 2.3 |
| Emotional Lability | 4.2 | 1.6 |
| Dizziness | 2.5 | 1.6 |
| Hyperkinesia | 2.5 | 0.8 |
| **Respiratory System** | | |
| Bronchitis | 3.4 | 0.8 |
| Respiratory Infection | 2.5 | 0.8 |

[a]     Plus existing antiepileptic drug therapy

Other events in more than 2% of children that occurred equally or more frequent in the placebo group included: pharyngitis, upper respiratory infection, headache, rhinitis, convulsions, diarrhea, anorexia, coughing, and otitis media.

Withdrawal from Treatment Due to Adverse Events:

*Adjunctive Therapy*

Approximately 7% of the more than 2000 healthy volunteers and patients with epilepsy, spasticity, or migraine who received gabapentin in clinical studies withdrew due to adverse events.[65]
In all clinical studies, the most frequently occurring events that contributed to discontinuation of gabapentin included somnolence, ataxia, dizziness, fatigue, nausea and/or vomiting. Almost all participants had multiple complaints, none of which could be characterized as primary.

*Monotherapy* [68,69]
Approximately 8% of the 659 patients who received gabapentin as monotherapy or conversion to monotherapy in premarketing trials discontinued treatment because of an adverse event.
The adverse events most commonly associated with withdrawal were dizziness, nervousness, weight gain, nausea and/or vomiting, and somnolence.

Pfizer_MPatel_0073652

Gabapentin April 1999 Core Data Sheet
Page 11

Approximately 8% of the 292 children age 3 to 12 years who received gabapentin in clinical trials discontinued treatment because of an adverse event. The adverse events most commonly associated with withdrawal in children were somnolence, hyperkinesia, and hostility.

Post-marketing Experience:

Sudden, unexplained deaths have been reported where a causal relationship to treatment with gabapentin has not been established. Additional post-marketing adverse events reported include urinary incontinence, pancreatitis, erythema multiforme, Stevens-Johnson syndrome, blood glucose fluctuations in patients with diabetes and elevated liver function tests (LFTs).

## OVERDOSAGE

An oral lethal dose of gabapentin was not identified in mice and rats given doses as high as 8000 mg/kg. Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, hypoactivity, or excitation.[70]

Acute, life-threatening toxicity has not been observed with gabapentin overdoses of up to 49 g. Symptoms of the overdoses included dizziness, double vision, slurred speech, drowsiness, lethargy and mild diarrhea. All patients recovered fully with supportive care. Reduced absorption of gabapentin at higher doses may limit drug absorption at the time of overdosing and, hence, minimize toxicity from overdoses.

Although gabapentin can be removed by hemodialysis, based on prior experience it is usually not required. However, in patients with severe renal impairment, hemodialysis may be indicated.

## DOSAGE AND ADMINISTRATION

Gabapentin is given orally with or without food.[13,71]

**Epilepsy:**

*Adults and Pediatric Patients over 12 years of age:*

In clinical trials, the effective dosing range was 900 to 3600 mg/day.[22] Therapy may be initiated by

Pfizer_MPatel_0073653

**Gabapentin April 1999 Core Data Sheet**
**Page 12**

below.[72]  Thereafter, the dose can be increased in three equally divided doses up to a maximum of 3600 mg.  Dosages up to 4800 mg/day have been well tolerated in long-term open-label clinical studies.[23,72] The maximum time between doses in the three times a day (TID) schedule should not exceed 12 hours.

Dosing Chart

Initial Titration [72]

| DOSE | DAY 1 | DAY 2 | DAY 3 |
|---|---|---|---|
| 900 mg | 300 mg QD | 300 mg BID | 300 mg TID |
| 1200 mg | 400 mg QD | 400 mg BID | 400 mg TID |

Maintenance Dosing

| DOSE | SCHEDULE |
|---|---|
| 900 mg | 300 mg TID |
| 1200 mg | 400 mg TID |
| 1800 mg | 2 x 300 mg TID or 600 mg TID |
| 2400 mg | 2 x 400 mg TID or 800 mg TID |
| 3600 mg | 3 x 400 mg TID |

*Pediatric Patients Age 3-12 years:*
The effective dose of gabapentin is 25 to 35 mg/kg/day given in divided doses (3 times a day). Titration to an effective dose can take place over 3 days by giving 10 mg/kg/day on Day 1, 20 mg/kg/day on Day 2, and 30 mg/kg/day on Day 3.  Dosages up to 40 to 50 mg/kg/day have been well tolerated in a long-term clinical study.

Pfizer_MPatel_0073654

Gabapentin April 1999 Core Data Sheet
Page 13

It is not necessary to monitor gabapentin plasma concentrations to optimize gabapentin therapy.[22] Further, gabapentin may be used in combination with other antiepileptic drugs without concern for alteration of the plasma concentrations of gabapentin or serum concentrations of other antiepileptic drugs.[39-42]

If gabapentin is discontinued and/or an alternate anticonvulsant medication is added to the therapy, this should be done gradually over a minimum of one week.

**Neuropathic Pain in Adults:**

The starting dose is 900 mg/day given as three daily divided doses, and titrated if necessary, based on response, up to a maximum dose of 3600 mg/day.[36,37]

**Dosage Adjustment in Impaired Renal function for Patients with Neuropathic Pain or Epilepsy:**

Dosage adjustment is recommended in patients with compromised renal function or those undergoing hemodialysis.[31,32]  (See TABLE 4.)

TABLE 4.    Dosage of Gabapentin in Adults Based on Renal Function[13]

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose[a] mg/day | | | | |
|---|---|---|---|---|---|
| ≥ 80 | 900 | 1200 | 2400 | 3600 | 4800 |
| 50-79 | 600 | 600 | 1200 | 1800 | 2400 |
| 30-49 | 300 | 300 | 600 | 900 | 1200 |
| 15-29 | 150[b] | 300 | 300 | 600 | 600 |
| <15 | 150[b] | 150[b] | 150[b] | 300 | 300 |

[a] Total daily dose should be administered as a TID regimen.  Doses used to treat patients with normal renal function (creatinine clearance >80 mL/min) range from 900 to 4800 mg/day.  Reduced dosages are for patients with renal impairment (creatinine clearance < 79 mL/min).

[b] To be administered as 300 mg every other day.

Pfizer_MPatel_0073655

**Gabapentin April 1999 Core Data Sheet**
**Page 14**

For patients undergoing hemodialysis who have never received gabapentin, a loading dose of 300 to 400 mg is recommended, then 200 to 300 mg of gabapentin following each 4 hours of hemodialysis.

**HOW SUPPLIED** [AMEND LOCALLY AS NECESSARY.]

Gabapentin capsules are supplied as follows:

100-mg capsules:

300-mg capsules:

400-mg capsules:

600–mg tablets:

800–mg tablets:

**STORAGE**

Store at controlled room temperature 15 - 30°C (59-86°F).

Pfizer_MPatel_0073656

Case 1:04-cv-10981-PBS    Document 738-13    Filed 04/25/2007    Page 23 of 37

Gabapentin April 1999 Core Data Sheet
Page 15

## REFERENCES

1.  Characterization of 3H-gabapentin binding to a novel site in rat brain: homogenate and autoradiographical studies. Parke-Davis Clinical Research. RR 770-00263

2.  The affinity of gabapentin (CI-945, PD 87842) in various receptor binding assays. Parke-Davis Clinical Research. RR 740-02866

3.  Effects of ralitoline (CI-946, PD 117818), CI-953 (PD 114946-2), CI-966 (PD 126420-2), zonisamide (CI-912, PD 110483, AD 810), and gabapentin (CI-945, PD 87842) on binding of batrachotoxinin, a 20-alpha-benzoate to rat brain sodium channels *in vitro*. Parke-Davis Clinical Research. RR 740-02477

4.  Effects of gabapentin on intracellular voltage responses of cultured spinal cord neurons. Parke-Davis Clinical Research. RR 740-02074

5.  The anticonvulsant action of gabapentin involves a selective interaction with the glycine/NMDA receptor complex. Parke-Davis Clinical Research. RR 770-00252

6.  Gabapentin inhibits the release of dopamine from rabbit caudate nucleus: comparison to the actions of baclofen and GABA and investigation on the site of action. Parke-Davis Clinical Research. RR 4192-00149

7.  Gabapentin attenuates the release of noradrenaline and serotonin but not acetylcholine from brain slices. Parke-Davis Clinical Research. RR 4192-00166

8.  Gabapentin (CI-945) increases GABA turnover in several regions of rat brain including substantia nigra. Parke-Davis Clinical Research. RR 740-02847

9.  Review of NINCDS data on the anticonvulsant pharmacology of gabapentin (ADD 129018) in rodents. Parke-Davis Clinical Research. RR 4188-00548

10. A comparative study of drugs with anticonvulsant activity and of GO 3450 in isoniazid induced seizures. Parke-Davis Clinical Research. RR 4188-00270

11. Protection from audiogenic seizures. Parke-Davis Clinical Research. RR 4188-00410

12. Efficacy of gabapentin and the standard antiepileptic drugs carbamazepine, phenobarbital, phenytoin, and valproate against reflex epilepsy in the Mongolian gerbil. Parke-Davis Clinical Research. RR 4188-00537

13. A single-dose food-effect study of Neurontin (gabapentin) 400 mg market -image supro capsules in healthy volunteers: (Protocol 945-073). RR 744-00131

14. A clinical pharmacokinetic study of gabapentin (CI-945) in healthy volunteers at three different doses: (Protocol CT 877-070). Parke-Davis Clinical Research. RR 4192-00254

Pfizer_MPatel_0073657

Gabapentin April 1999 Core Data Sheet
Page 16

15. A single-dose bioavailability study of gabapentin (CI-945) 100 mg and 400 mg market-image
    supro capsules relative to 200 mg capsules used in clinical trials and to a 400 mg solution:
    (Protocol 945-054-0). Parke-Davis Clinical Research. RR 764-01490

16. A single-dose bioequivalence study of gabapentin (CI-945) in healthy subjects comparing 300
    mg market-image supro capsules to 300 mg clinical trial capsules: (Protocol 945-055-0).
    Parke-Davis Clinical Research. RR 764-01526

17. Effect of food on the bioavailability of gabapentin (CI-945) capsules in healthy subjects:
    (Protocol CT 877-073). Parke-Davis Clinical Research. RR 4192-00331

18. Absolute and relative bioavailability of gabapentin (CI-945) 300 mg capsules and solution in
    healthy subjects, and a comparison of plasma and saliva concentrations after administration of a
    single 150 mg IV gabapentin dose: (Protocol 877-072). Parke-Davis Clinical Research. RR
    4192-00255

19. A single-dose bioavailability study of Neurontin (gabapentin) 100 mg and 400 mg supro
    market-image capsules manufactured in Puerto Rico relative to 400 mg market-image supro
    capsules manufactured in Freiburg: (Protocol 945-068-0). Parke-Davis Clinical Research. RR
    744-00035

20. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in healthy subjects:
    (Protocol 945-12-0). Parke-Davis Clinical Research. RR 744-00021

21. Pharmacokinetics of gabapentin (CI-945) following multiple oral dose administration of 300
    mg capsules to eight healthy subjects: (Protocol CT 877-074). Parke-Davis Clinical Research.
    RR 4192-00336

22. Integrated summary of effectiveness data of gabapentin capsules. Parke-Davis Clinical
    Research. RR 720-02845

23. Integrated summary of safety information of gabapentin capsules. Parke-Davis Clinical
    Research. RR 720-02957

24. Protein binding of CI-945 (gabapentin) in human, monkey, and rat plasma. Parke-Davis
    Clinical Research. RR 4192-00423

25. Gabapentin (CI-945) cerebrospinal fluid and corresponding plasma concentrations in a safety
    and efficacy study with gabapentin as add-on therapy in the treatment of partial seizures
    (Protocol 945-9-01 and 945-9-02). Parke-Davis Clinical Research. RR Memo 4192-00409

26. Gabapentin (CI-945) cerebrospinal fluid and plasma concentrations in a safety and efficacy
    study with gabapentin as add-on therapy in the treatment of partial seizures (Protocol 945-10-
    01 and 945-10-02). Parke-Davis Clinical Research. RR Memo 4192-00418

27. Single-dose pharmacokinetics of gabapentin (CI-945) in subjects with various degrees of renal
    function. Parke-Davis Clinical Research. RR 4444-00006

Pfizer_MPatel_0073658

**Gabapentin April 1999 Core Data Sheet
Page 17**

28. Pharmacokinetics and metabolism of gabapentin (CI-945) in man following single oral doses of 200 mg 14C-gabapentin: (Protocol 104-005). Parke-Davis Clinical Research. RR 4192-00156

29. A double-blind comparative study of the effects of chronic administration of gabapentin (CI-945) and phenytoin on antipyrine clearance in 12 healthy male subjects (Protocol 945-3-0). Parke-Davis Clinical Research. RR 744-00045

30. A study to evaluate the effect of subject age on the single dose pharmacokinetics of orally administered gabapentin (CI-945). Parke-Davis Clinical Research. RR 764-01557

31. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects with various degrees of renal function (Protocol 945-062-0). Parke-Davis Clinical Research. RR 744-00048

32. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects with various degrees of renal function (Protocol 945-064-0). Parke-Davis Clinical Research. RR 744-00050

33. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects on chronic hemodialysis: (Protocol 945-063-0). Parke-Davis Clinical Research. RR 744-00038

34. A Single-Dose Study of gabapentin (CI-945) Pharmacokinetics in Healthy Pediatric Patients. Parke-Davis Clinical Research. RR 744-00377

35. A 12-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of Gabapentin as Add-On Therapy in Children With Refractory Partial Seizures. Parke-Davis Clinical Research. RR 720-03891

36. A Double-Blind Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy. Parke-Davis Clinical Research. RR 720-03908

37. Double-Blind, Randomized, Placebo-Controlled, Parallel Groups, Multi-Center Trial to Determine the Efficacy and Safety of Gabapentin in Subjects with Peripheral Neuropathy (Post-Herpetic Neuralgia). Parke-Davis Clinical Research. RR 995-00070.

38. Leiderman D, Garofalo E, LaMoreaux L. Gabapentin patients with absence seizures: two double-blind, placebo controlled studies. Epilepsia 1993; 34(6):45.

39. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in healthy subjects maintained on phenobarbital: (Protocol 945-7-0). Parke-Davis Clinical Research. RR 764-01572

40. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in epileptic patients maintained on a constant phenytoin dose regimen: (Protocol 945-01). Parke-Davis Clinical Research. RR 764-01532

Pfizer_MPatel_0073659

**Gabapentin April 1999 Core Data Sheet**
**Page 18**

41. A study of potential interaction between valproic acid and gabapentin (CI-945) in epileptic patients maintained on valproic acid: (Protocol 945-44-0). Parke-Davis Clinical Research. RR 764-01443

42. A single- and multiple-dose drug interaction study of gabapentin (CI-945) in patients with epilepsy maintained on carbamazepine: (Protocol 945-45-0). Parke-Davis Clinical Research. RR 744-00004

43. A multiple-dose, dose proportionality study in healthy subjects receiving 100, 200, and 400 mg gabapentin (CI-945) doses every eight hours for 6 days: (Protocol 945-17). Parke-Davis Clinical Research. RR 4192-00363

44. A study to determine the effect of gabapentin (CI-945) on the pharmacokinetics of an oral contraceptive agent (Norlestrin 21 2.5/50) (Protocol 945-59). Parke-Davis Clinical Research. RR 744-00043

45. Drug interaction study of the effect of an antacid (Maalox TC) on the single-dose pharmacokinetics of orally administered gabapentin (CI-945) capsules in healthy subjects: (Protocol 945-047-0). Parke-Davis Clinical Research. RR 744-00012

46. Potential effect of a 1000-mg single dose of probenecid on the single-dose pharmacokinetics of 200-mg gabapentin capsules in healthy subjects: (Protocol 945-048-0). Parke-Davis Clinical Research. RR 4192-00420

47. A study to determine the effect of cimetidine on the single-dose pharmacokinetics of gabapentin (CI-945): (Protocol 945-058-0). Parke-Davis Clinical Research. RR 764-01570

48. One-hundred-four-week carcinogenicity study of CI-945 in male and female Wistar rats. Parke-Davis Clinical Research. RR 745-01599

49. CI-945 tumor bioassay in rats-interim report of pancreas findings. Parke-Davis Clinical Research. RR Memo 745-01662

50. NTP review of male rat pancreas from carcinogenesis bioassay with CI-945 (gabapentin). Parke-Davis Clinical Research. RR Memo 745-01719

51. One hundred and four week dietary carcinogenicity study of gabapentin (CI-945) in mice. Parke-Davis Clinical Research. RR 250-01600

52. Mutagenicity evaluation of GO 9027 (= GO 3450) in the bone marrow cells of Chinese hamsters by chromosome-metaphase analysis. Parke-Davis Clinical Research. RR 4188-00323

53. *In vitro* mutation assay of CI-945 in V79 Chinese hamster lung cells. Parke-Davis Clinical Research. RR 745-01460

54. *In vitro* chromosomal aberration assay of CI-945 in V79 Chinese hamster lung cells. Parke-Davis Clinical Research. RR 745-01515

Pfizer_MPatel_0073660

55. Mutagenicity study with GO 9027 (= GO 3450) in the bone marrow cells of Chinese hamsters by chromosome-metaphase analysis. Parke-Davis Clinical Research. RR 4188-00330

56. Micronucleus-test in the bone marrow of Chinese hamsters test. Parke-Davis Clinical Research. RR 4188-00314

57. Fertility and general reproduction study in male and female rats with CI-945. Parke-Davis Clinical Research. RR 745-01353

58. Exploratory dose-range finding study in pregnant mice with CI-945. Parke-Davis Clinical Research. RR 745-01061

59. Teratology study in mice with CI-945. Parke-Davis Clinical Research. RR 745-01109

60. Influence of GOE 3450, Batch No. 65499, on the pregnant rat, the embryo and the fetus by oral administration. Parke-Davis Clinical Research. RR 4188-00485

61. Influence of GOE 3450 on the pregnant rabbit, the embryo and the fetus by oral administration. Parke-Davis Clinical Research. RR 4188-00483

62. Critical assessment of the teratogenic potential of CI-945 (gabapentin) in rats and rabbits, studies 9300 and 9301. Parke-Davis Clinical Research. RR 745-01455

63. Perinatal - postnatal study in rats with CI-945 (gabapentin). Parke-Davis Clinical Research. RR 745-01355

64. A single dose study of Neurontin pharmacokinetics in healthy lactating women and evaluation of gabapentin concentrations in breast milk. Parke-Davis Clinical Research. RR 744-00309

65. Gabapentin fourth safety update. Parke-Davis Clinical Research. RR REG 720-03334

66. Gabapentin 4 month safety update. Parke-Davis Clinical Research. RR REG 720-03079

67. Gabapentin second safety update. Parke-Davis Clinical Research. RR REG 720-03132

68. A Double-Blind, Dose-Controlled, Multicenter Study Comparing Three Doses of Gabapentin (CI-945-Neurontin®) and Open-Label Carbamazepine in Patients with Newly-Diagnosed Epilepsy: Titration and Evaluation Phases. Parke-Davis Clinical Research RR 720-03779.

69. Combined Safety Data from two Double-Blind, Dose-Controlled, Multicenter Studies Comparing Tree Doses of Gabapentin (CI-945, Neurontin®) and Open-Label Carbamazepine in Patients with Newly-Diagnosed Epilepsy: Titration and Evaluation Phases. Parke-Davis Clinical Research RR-720-03847

Pfizer_MPatel_0073661

**Gabapentin April 1999 Core Data Sheet**
**Page 20**

70. Determination of the acute toxicity of GO 3450 in mice and rats after intragastric, subcutaneous and intravenous administration.  Parke-Davis Clinical Research.  RR 4188-00276

71. Summary of clinical pharmacology data.  Clinical Pharmacy Summary.  Parke-Davis Clinical Research.  RR 724-00139

72. A multicenter, randomized, double-blind, comparative study of gabapentin (CI-945) administered as an initial dosage of 900 mg/day versus a dosage titrated to 900 mg/day over three days.  Parke-Davis Medical Research.  RR 995-00059

Pfizer_MPatel_0073662

# Appendix 1B

# Core Data Sheet
# for
## Gabapentin (CI-0945)

## February 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer_MPatel_0073663

**Gabapentin February 2000 Core Data Sheet**
**Page 1**

CORE PRODUCT LABELING

**GENERIC NAME**
Gabapentin
(capsules, tablets)

**TRADE NAME**
Neurontin, Normatol, Equipax, Gabapentin PD

**DESCRIPTION**
[AMEND LOCALLY AS NECESSARY]

Gabapentin is supplied in capsules containing 100 mg, 300 mg, and 400 mg of active drug

substance for oral administration. Each capsule also contains lactose, cornstarch, and talc.

Gabapentin is also supplied as 600 and 800 mg tablets.

Gabapentin is described as 1-(aminomethyl)cyclohexaneacetic acid with an empirical formula of

$C_9H_{17}NO_2$ and a molecular weight of 171.24. The molecular structure of gabapentin is:

Gabapentin is a white to off-white crystalline solid. It is freely soluble in water and both basic and

acidic aqueous solutions.

**CLINICAL PHARMACOLOGY**

Mechanism of Action

Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but its

mechanism of action is different from that of several other drugs that interact with GABA synapses

including valproate, barbiturates, benzodiazepines, GABA transaminase inhibitors, GABA uptake

inhibitors, GABA agonists, and GABA prodrugs. *In vitro* studies with radiolabeled gabapentin

have characterized a novel peptide binding site in rat brain tissues including neocortex and

hippocampus that may relate to anticonvulsant activity of gabapentin and its structural derivatives.[1]

However, the identification and function of the gabapentin binding site remains to be elucidated.

Pfizer_MPatel_0073664

**Gabapentin February 2000 Core Data Sheet**
**Page 2**

Gabapentin at relevant clinical concentrations does not bind to other common drug or neurotransmitter receptors of the brain including $GABA_A$, $GABA_B$, benzodiazepine, glutamate, glycine or N-methyl-d-aspartate receptors[2]

<u>Pharmacokinetics and Metabolism</u>

Gabapentin does not interact with sodium channels *in vitro* and so differs from phenytoin and carbamazepine.[3,4] Gabapentin partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems *in vitro*, but only at concentrations greater than 100 μM, which are not achieved *in vivo*.[5] Gabapentin slightly reduces the release of monoamine neurotransmitters *in vitro*.[6,7]  Gabapentin administration to rats increases GABA turnover in several brain regions in a manner similar to valproate sodium, although in different regions of brain.[8] The relevance of these various actions of gabapentin to the anticonvulsant effects remains to be established.  In animals, gabapentin readily enters the brain and prevents seizures from maximal electroshock, from chemical convulsants including inhibitors of GABA synthesis, and in genetic models of seizures.[9,10,11,12]

Gabapentin bioavailability is not dose-proportional.  That is, as the dose is increased, bioavailability decreases.  Following oral administration, peak plasma gabapentin concentrations are observed within 2 to 3 hours.  Absolute bioavailability of gabapentin capsules is approximately 60%.  Food, including a high-fat diet, has no effect on gabapentin pharmacokinetics.[13]

Gabapentin elimination from plasma is best described by linear pharmacokinetics. The elimination half-life of gabapentin is independent of dose and averages 5 to 7 hours.[14,15,16,17,18,19] Gabapentin pharmacokinetics are not affected by repeated administration, and steady state plasma concentrations are predictable from single dose data.[20,21]  Although plasma gabapentin concentrations were generally between 2 μg/mL and 20 μg/mL in clinical studies, such concentrations were not predictive of safety or efficacy.[22,23]  Plasma gabapentin concentrations are dose proportional at doses of 300 or 400 mg given every 8 hours.  Pharmacokinetic parameters are given in Table 1.[20, 21]

Pfizer_MPatel_0073665

Gabapentin February 2000 Core Data Sheet
Page 3

TABLE 1.     Summary of Gabapentin Mean (%RSD) Steady-State Pharmacokinetic Parameters
Following Q8H Administration

| Pharmacokinetic Parameter | 300 mg (N = 7) | | 400 mg (N = 11) | |
|---|---|---|---|---|
| $C_{max}$ μg/mL) | 4.02 | (24) | 5.50 | (21) |
| $t_{max}$ (hr) | 2.7 | (18) | 2.1 | (47) |
| t1/2 (hr) | 5.2 | (12) | 6.1 | ND |
| AUC (0–∞) μg•hr/mL) | 24.8 | (24) | 33.3 | (20) |
| Ae% (%) | NA | NA | 63.6 | (14) |

ND = Not determined
NA = Not available

Gabapentin is not bound to plasma proteins and has a volume of distribution equal to 57.7 liters.[24]
In patients with epilepsy, gabapentin concentrations in CSF are approximately 20% of
corresponding steady-state trough plasma concentrations.[25,26]  Gabapentin is eliminated solely by
renal excretion[18]  There is no evidence of metabolism in man.  Gabapentin does not induce hepatic
mixed function oxidase enzymes responsible for drug metabolism.

In elderly patients, and in patients with impaired renal function, gabapentin plasma clearance is
reduced.  Gabapentin elimination-rate constant, plasma clearance, and renal clearance are directly
proportional to creatinine clearance.[27,28,29,30,31,32]

Gabapentin is removed from plasma by hemodialysis.[33]  Dosage adjustment in patients with
compromised renal function or undergoing hemodialysis is recommended.  (See DOSAGE AND
ADMINISTRATION, Table 3.)

Gabapentin pharmacokinetics in children were determined in 24 healthy subjects between the ages
of 4 and 12 years.  In general, plasma gabapentin concentrations in children are similar to those in
adults.[34]

## INDICATIONS AND USAGE

### Epilepsy:

Gabapentin is indicated as monotherapy in the treatment of partial seizures with and without
secondary generalization in adults and children over 12 years of age.[22,68,69]

Gabapentin is indicated as adjunctive therapy in the treatment of partial seizures with and without
secondary generalization in adults and children age 3 years and above.[35]

Pfizer_MPatel_0073666

Gabapentin February 2000 Core Data Sheet
Page 4

**Neuropathic Pain:**

Gabapentin is indicated for the treatment of neuropathic pain in adults age 18 years and above.[36,37]

**CONTRAINDICATIONS**

Gabapentin is contraindicated in patients who are hypersensitive to gabapentin or the product's components.

**WARNINGS**

(See PRECAUTIONS.)

**PRECAUTIONS**

General

Although there is no evidence of rebound seizures with gabapentin, abrupt withdrawal of anticonvulsants in epileptic patients may precipitate status epilepticus.  When in the judgement of the clinician there is a need for dose reduction, discontinuation, or substitution of alternative anticonvulsant medication, this should be done gradually over a minimum of one week.

Gabapentin is not generally considered effective in the treatment of absence seizures.[38]

Information for Patients

To assure safe and effective use of gabapentin, the following information and instructions should be given to patients:

1.     Inform your physician about any prescription or nonprescription medications, alcohol, or drugs you are now taking or plan to take during your treatment with gabapentin.

2.     You should inform your physician if you are pregnant, or if you are planning to become pregnant, or if you become pregnant while you are taking gabapentin.

3.     Gabapentin is excreted in human milk, and the effect on the nursing infant is unknown. You should inform your physician if you are breast feeding an infant. (See Usage in Nursing Mothers.)

4.     Until you experience how this medication affects you, do not drive a car or operate potentially dangerous machinery.

Pfizer_MPatel_0073667

Gabapentin February 2000 Core Data Sheet
Page 5

5.    You should not allow more than 12 hours between gabapentin doses.

Laboratory Tests

False positive readings were reported with the Ames N-Multistix SG® dipstick test when gabapentin was added to other anticonvulsant drugs.[23] To determine urinary protein, the more specific sulfosalicylic acid precipitation procedure is recommended.

Drug Interactions

No interaction between gabapentin and phenobarbital, phenytoin, valproic acid, or carbamazepine has been observed.[39,40,41,42,43] Gabapentin steady-state pharmacokinetics are similar for healthy subjects and patients with epilepsy receiving these antiepileptic agents.[25,26]

Coadministration of gabapentin with oral contraceptives containing norethindrone and/or ethinyl estradiol, does not influence the steady-state pharmacokinetics of either component.[44] Coadministration of gabapentin with antacids containing aluminum and magnesium, reduces gabapentin bioavailability by about 20%.[45] It is recommended that gabapentin be taken about two hours following antacid administration.

Renal excretion of gabapentin is unaltered by probenecid.[46]

A slight decrease in renal excretion of gabapentin observed when it is coadministered with cimetidine is not expected to be of clinical importance.[47]

Carcinogenesis, Mutagenesis, Impairment of Fertility

Gabapentin was given in the diet to mice at 200, 600, and 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for two years.[48,49,50,51] A statistically significant increase in the incidence of pancreatic acinar cell tumors was found only in male rats at the highest dose. Peak plasma drug concentrations in rats at 2000 mg/kg/day are 10 times higher than plasma concentrations in humans given 3600 mg/day. The pancreatic acinar cell tumors in male rats are low grade malignancies, did not affect survival, did not metastasize or invade surrounding tissue, and were similar to those seen in concurrent controls. The relevance of these pancreatic acinar cell tumors in male rats to carcinogenic risk in humans is unclear.

Pfizer_MPatel_0073668

Gabapentin February 2000 Core Data Sheet
Page 6

Gabapentin demonstrated no genotoxic potential. It was not mutagenic *in vitro* in standard assays using bacterial or mammalian cells.[52,53] Gabapentin did not induce structural chromosome aberrations in mammalian cells *in vitro* or *in vivo*, and did not induce micronucleus formation in the bone marrow of hamsters.[54,55,56]

No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (approximately five times the maximum daily human dose on a mg/m$^2$ basis).[57]

Usage in Pregnancy[58,59,60,61,62,63]

Gabapentin did not increase the incidence of malformations, compared to controls, in the offspring of mice, rats, or rabbits at doses up to 50, 30 and 25 times respectively, the daily human dose of 3600 mg, (four, five or eight times, respectively, the human daily dose of a mg/m$^2$ basis). There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if the potential benefit to the patient justifies the potential risk to the fetus. Gabapentin induced delayed ossification in the skull, vertebrae, forelimbs, and hindlimbs in rodents, indicative of fetal growth retardation. These effects occurred when pregnant mice received oral doses of 1000 or 3000 mg/kg/day during organogenesis and in rats given 500, 1000, or 2000 mg/kg prior to and during mating and throughout gestation. These doses are approximately 1 to 5 times the human dose of 3600 mg on a mg/m$^2$ basis.

No effects were observed in pregnant mice given 500 mg/kg/day (approximately 1/2 of the daily human dose on a mg/m$^2$ basis).

An increased incidence of hydroureter and/or hydronephrosis was observed in rats given 2000 mg/kg/day in a fertility and general reproduction study, 1500 mg/kg/day in a teratology study, and 500, 1000, and 2000 mg/kg/day in a perinatal and postnatal study. The significance of these findings is unknown, but they have been associated with delayed development. These doses are also approximately 1 to 5 times the human dose of 3600 mg on a mg/m$^2$ basis.

In a teratology study in rabbits, an increased incidence of postimplantation fetal loss, occurred in doses given 60, 300, and 1500 mg/kg/day during organogenesis. These doses are approximately 1/4 to 8 times the daily human dose of 3600 mg on a mg/m$^2$ basis.

Usage in Nursing Mothers

Gabapentin February 2000 Core Data Sheet
Page 7

Gabapentin is excreted in human milk. Because the effect on the nursing infant is unknown, caution should be exercised when gabapentin is administered to a nursing mother.[64] Gabapentin should be used in nursing mothers only if the benefits clearly outweigh the risks.

Pediatric Use

*Epilepsy:* Safety and effectiveness for adjunctive therapy in pediatric patients below the age of 3 years have not been established. Safety and effectiveness for monotherapy in children below the age of 12 years have not been established. (See DOSAGE AND ADMINISTRATION)

*Neuropathic pain:* Safety and effectiveness in patients below the age of 18 years have not been established.

Geriatric Use

Fifty-nine individuals 65 years of age or older received gabapentin in premarketing clinical trials. Side effects reported among these patients did not differ in kind from those reported in younger individuals. For patients with compromised renal function, the dosage should be adjusted. (See DOSAGE and ADMINISTRATION.)

**ADVERSE REACTIONS**

Gabapentin has been evaluated for safety in more than 2000 subjects and patients in adjunctive therapy studies and was well tolerated.[65] Of these, 543 patients participated in controlled clinical trials.[66] Since gabapentin was most often administered in combination with other antiepileptic agents, it was not possible to determine which agent(s), if any, was associated with adverse events. Gabapentin has also been evaluated as monotherapy in more than 600 patients. Adverse events were usually mild to moderate in intensity.

Incidence in Controlled Adjunctive Therapy Clinical Trials:

The following table lists treatment-emergent signs and symptoms that occurred in at least 1% of patients with partial seizures participating in controlled adjunctive therapy studies comparing gabapentin with placebo.[67] In these studies, either gabapentin or placebo was added to the patient's current antiepileptic drug therapy. Adverse events were usually reported as mild to moderate.

Pfizer_MPatel_0073670

Gabapentin February 2000 Core Data Sheet
Page 8

TABLE 2.    Summary of Treatment-Emergent Signs and Symptoms in ≥1% of
Gabapentin-Treated Patients in Adjunctive Therapy Placebo-Controlled Studies
Number (Percent) of Patients

| Adverse Event[a] (AE) | Gabapentin[b]<br>N = 543 | Placebo[b]<br>N = 378 |
|---|---|---|
| Somnolence | 103 (19.3) | 33 (8.7) |
| Dizziness | 93 (17.1) | 26 (6.9) |
| Ataxia | 68 (12.5) | 21 (5.6) |
| Fatigue | 60 (11.0) | 19 (5.0) |
| Nystagmus | 45 (8.3) | 15 (4.0) |
| Headache | 44 (8.1) | 34 (9.0) |
| Tremor | 37 (6.8) | 12 (3.2) |
| Nausea and/or vomiting | 33 (6.1) | 27 (7.1) |
| Diplopia | 32 (5.9) | 7 (1.9) |
| Amblyopia[c] | 23 (4.2) | 4 (1.1) |
| Rhinitis | 22 (4.1) | 14 (3.7) |
| Weight Increase | 16 (2.9) | 6 (1.6) |
| Pharyngitis | 15 (2.8) | 6 (1.6) |
| Dysarthria | 13 (2.4) | 2 (0.5) |
| Nervousness | 13 (2.4) | 7 (1.9) |
| Dyspepsia | 12 (2.2) | 2 (0.5) |
| Amnesia | 12 (2.2) | 0 (0.0) |
| Myalgia | 11 (2.0) | 7 (1.9) |
| Coughing | 10 (1.8) | 5 (1.3) |
| Abdominal Pain | 10 (1.8) | 9 (2.4) |
| Back Pain | 10 (1.8) | 2 (0.5) |
| Depression | 10 (1.8) | 7 (1.8) |
| Thinking Abnormal | 9 (1.7) | 5 (1.3) |
| Mouth or Throat Dry | 9 (1.7) | 2 (0.5) |
| Peripheral Edema | 9 (1.7) | 2 (0.5) |
| Confusion | 9 (1.7) | 7 (1.9) |
| Constipation | 8 (1.5) | 3 (0.8) |
| Impotence | 8 (1.5) | 4 (1.1) |
| Dental Abnormalities | 8 (1.5) | 1 (0.3) |
| Rash | 8 (1.5) | 6 (1.6) |
| Diarrhea | 7 (1.3) | 8 (2.1) |
| Viral Infection | 7 (1.3) | 8 (2.1) |
| Fever | 7 (1.3) | 5 (1.3) |
| Twitching | 7 (1.3) | 2 (0.5) |
| Abrasion | 7 (1.3) | 0 (0.0) |
| Pruritus | 7 (1.3) | 2 (0.5) |
| Increased Appetite | 6 (1.1) | 3 (0.8) |
| WBC Decreased | 6 (1.1) | 2 (0.5) |
| Insomnia | 6 (1.1) | 7 (1.9) |
| Acne | 6 (1.1) | 5 (1.3) |
| Fracture | 6 (1.1) | 3 (0.8) |
| Vasodilatation | 6 (1.1) | 1 (0.3) |
| Leukopenia | 6 (1.1) | 2 (0.5) |
| Coordination Abnormal | 6 (1.1) | 1 (0.3) |
| Emotional Lability | 6 (1.1) | 5 (1.3) |

[a] COSTART preferred term
[b] Plus background antiepileptic drug therapy
[c] Blurred vision

Other Adverse Events Observed During All Clinical Trials:[65]

*Adjunctive Therapy*

Those events that occurred in at least 1% of the study participants with epilepsy who received

gabapentin as adjunctive therapy in any clinical study and that are not described in the previous

Pfizer_MPatel_0073671