**Gabapentin February 2000 Core Data Sheet**
**Page 9**

section as frequently occurring treatment-emergent signs and symptoms during placebo-controlled studies are summarized below.

Body as A Whole: asthenia, malaise, facial edema

Cardiovascular System: hypertension

Digestive System: flatulence, anorexia, gingivitis

Hemic, Lymphatic Systems: purpura most often described as bruises resulting from physical trauma

Musculoskeletal System: arthralgia

Nervous System: vertigo, hyperkinesia, increased, decreased or absent reflexes, paresthesia, anxiety, hostility

Respiratory System: pneumonia

Urogenital System: urinary tract infection

Special Senses: abnormal vision most often described as a visual disturbance

*Monotherapy* [68,69]

No new and unexpected adverse events were reported during the clinical trials for monotherapy. Dizziness, ataxia, somnolence, paresthesia, and nystagmus showed a dose relationship when comparing 300 with 3600 mg/day.

*Pediatric* [34,35]

The most commonly observed adverse events reported with the use of gabapentin in combination with other antiepileptic drugs in children 3 to 12 years of age, not seen in equal frequency among placebo-treated patients, were viral infection, fever, nausea and/or vomiting, and somnolence.

Pfizer_MPatel_0073672

**Gabapentin February 2000 Core Data Sheet**
**Page 10**

TABLE 3.  Treatment Emergent Adverse Event Incidence in Children Age 3 to 12 years in
          Controlled Add-On Trials (Events in at least 2% of Gabapentin patients and
          numerically more frequent than in the placebo group)

| Body System/Adverse Event | Gabapentin[a] N=119 % | Placebo[a] N=128 % |
|---|---|---|
| Body as a Whole | | |
|   Viral Infection | 10.9 | 3.1 |
|   Fever | 10.1 | 3.1 |
|   Weight Increase | 3.4 | 0.8 |
|   Fatigue | 3.4 | 1.6 |
| Digestive | | |
|   Nausea and/or Vomiting | 8.4 | 7.0 |
| Nervous System | | |
|   Somnolence | 8.4 | 4.7 |
|   Hostility | 7.6 | 2.3 |
|   Emotional Lability | 4.2 | 1.6 |
|   Dizziness | 2.5 | 1.6 |
|   Hyperkinesia | 2.5 | 0.8 |
| Respiratory System | | |
|   Bronchitis | 3.4 | 0.8 |
|   Respiratory Infection | 2.5 | 0.8 |

[a]  Plus existing antiepileptic drug therapy

Other events in more than 2% of children that occurred equally or more frequent in the
placebo group included: pharyngitis, upper respiratory infection, headache, rhinitis,
convulsions, diarrhea, anorexia, coughing, and otitis media.

Withdrawal from Treatment Due to Adverse Events:

*Adjunctive Therapy*

Approximately 7% of the more than 2000 healthy volunteers and patients with epilepsy, spasticity,
or migraine who received gabapentin in clinical studies withdrew due to adverse events.[65]
In all clinical studies, the most frequently occurring events that contributed to discontinuation of
gabapentin included somnolence, ataxia, dizziness, fatigue, nausea and/or vomiting.  Almost all
participants had multiple complaints, none of which could be characterized as primary.

Pfizer_MPatel_0073673

Gabapentin February 2000 Core Data Sheet
Page 11

_Monotherapy_ [68,69]

Approximately 8% of the 659 patients who received gabapentin as monotherapy or conversion to monotherapy in premarketing trials discontinued treatment because of an adverse event. The adverse events most commonly associated with withdrawal were dizziness, nervousness, weight gain, nausea and/or vomiting, and somnolence.

_Pediatric_[54,35]

Approximately 8% of the 292 children age 3 to 12 years who received gabapentin in clinical trials discontinued treatment because of an adverse event. The adverse events most commonly associated with withdrawal in children were somnolence, hyperkinesia, and hostility.

Post-marketing Experience:

Sudden, unexplained deaths have been reported where a causal relationship to treatment with gabapentin has not been established. Additional post-marketing adverse events reported include urinary incontinence, pancreatitis, erythema multiforme, Stevens-Johnson syndrome, blood glucose fluctuations in patients with diabetes and elevated liver function tests (LFTs).

**OVERDOSAGE**

An oral lethal dose of gabapentin was not identified in mice and rats given doses as high as 8000 mg/kg. Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, hypoactivity, or excitation.[70]

Acute, life-threatening toxicity has not been observed with gabapentin overdoses of up to 49 g. Symptoms of the overdoses included dizziness, double vision, slurred speech, drowsiness, lethargy and mild diarrhea. All patients recovered fully with supportive care. Reduced absorption of gabapentin at higher doses may limit drug absorption at the time of overdosing and, hence, minimize toxicity from overdoses.

Although gabapentin can be removed by hemodialysis, based on prior experience it is usually not required. However, in patients with severe renal impairment, hemodialysis may be indicated.

**DOSAGE AND ADMINISTRATION**

Gabapentin is given orally with or without food.[13,71]

**Epilepsy:**

Pfizer_MPatel_0073674

Gabapentin February 2000 Core Data Sheet
Page 12

_Adults and Pediatric Patients over 12 years of age:_

In clinical trials, the effective dosing range was 900 to 3600 mg/day[22] Therapy may be initiated by administering 300 mg three times a day (TID) on Day 1, or by titrating the dose as described below.[72] Thereafter, the dose can be increased in three equally divided doses up to a maximum of 3600 mg. Dosages up to 4800 mg/day have been well tolerated in long-term open-label clinical studies.[23,72] The maximum time between doses in the three times a day (TID) schedule should not exceed 12 hours.

Dosing Chart

Initial Titration [72]

| DOSE | DAY 1 | DAY 2 | DAY 3 |
|---|---|---|---|
| 900 mg | 300 mg QD | 300 mg BID | 300 mg TID |
| 1200 mg | 400 mg QD | 400 mg BID | 400 mg TID |

Maintenance Dosing

| DOSE | SCHEDULE |
|---|---|
| 900 mg | 300 mg TID |
| 1200 mg | 400 mg TID |
| 1800 mg | 2 x 300 mg TID or 600 mg TID |
| 2400 mg | 2 x 400 mg TID or 800 mg TID |
| 3600 mg | 3 x 400 mg TID |

_Pediatric Patients Age 3-12 years:_

The effective dose of gabapentin is 25 to 35 mg/kg/day given in divided doses (3 times a day).

Titration to an effective dose can take place over 3 days by giving 10 mg/kg/day on Day 1, 20

Pfizer_MPatel_0073675

Gabapentin February 2000 Core Data Sheet
Page 13

mg/kg/day on Day 2, and 30 mg/kg/day on Day 3. Dosages up to 40 to 50 mg/kg/day have been
well tolerated in a long-term clinical study.

It is not necessary to monitor gabapentin plasma concentrations to optimize gabapentin therapy.[22]
Further, gabapentin may be used in combination with other antiepileptic drugs without concern for
alteration of the plasma concentrations of gabapentin or serum concentrations of other antiepileptic
drugs.[39,40,41,42]

If gabapentin is discontinued and/or an alternate anticonvulsant medication is added to the therapy,
this should be done gradually over a minimum of one week.

**Neuropathic Pain in Adults:**

The starting dose is 900 mg/day given as three daily divided doses, and titrated if necessary, based
on response, up to a maximum dose of 3600 mg/day.[36,37]

**Dosage Adjustment in Impaired Renal function for Patients with Neuropathic Pain or
Epilepsy:**

Dosage adjustment is recommended in patients with compromised renal function or those
undergoing hemodialysis.[31,32]  (See TABLE 4.)

TABLE 4.    Dosage of Gabapentin in Adults Based on Renal Function[73]

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose[a] mg/day | | | | |
|---|---|---|---|---|---|
| ≥ 80 | 900 | 1200 | 2400 | 3600 | 4800 |
| 50-79 | 600 | 600 | 1200 | 1800 | 2400 |
| 30-49 | 300 | 300 | 600 | 900 | 1200 |
| 15-29 | 150[b] | 300 | 300 | 600 | 600 |
| <15 | 150[b] | 150[b] | 150[b] | 300 | 300 |

[a]Total daily dose should be administered as a TID regimen. Doses used to treat patients with normal renal
function (creatinine clearance >80 mL/min) range from 900 to 4800 mg/day. Reduced dosages are for
patients with renal impairment (creatinine clearance < 79 mL/min).

[b] To be administered as 300 mg every other day.

**Gabapentin February 2000 Core Data Sheet**
**Page 14**

For patients undergoing hemodialysis who have never received gabapentin, a loading dose of 300 to 400 mg is recommended, then 200 to 300 mg of gabapentin following each 4 hours of hemodialysis.

**HOW SUPPLIED** [AMEND LOCALLY AS NECESSARY.]

Gabapentin capsules are supplied as follows:

100-mg capsules:

300-mg capsules:

400-mg capsules:

600–mg tablets:

800–mg tablets:

**STORAGE**

Store at controlled room temperature 15 - 30°C (59-86°F).

Pfizer_MPatel_0073677

**Gabapentin February 2000 Core Data Sheet**
**Page 15**

## <u>REFERENCES</u>

1.  Characterization of 3H-gabapentin binding to a novel site in rat brain: homogenate and autoradiographical studies. Parke-Davis Clinical Research. RR 770-00263

2.  The affinity of gabapentin (CI-945, PD 87842) in various receptor binding assays. Parke-Davis Clinical Research. RR 740-02866

3.  Effects of ralitoline (CI-946, PD 117818), CI-953 (PD 114946-2), CI-966 (PD 126420-2), zonisamide (CI-912, PD 110483, AD 810), and gabapentin (CI-945, PD 87842) on binding of batrachotoxinin, a 20-alpha-benzoate to rat brain sodium channels *in vitro*. Parke-Davis Clinical Research. RR 740-02477

4.  Effects of gabapentin on intracellular voltage responses of cultured spinal cord neurons. Parke-Davis Clinical Research. RR 740-02074

5.  The anticonvulsant action of gabapentin involves a selective interaction with the glycine/NMDA receptor complex. Parke-Davis Clinical Research. RR 770-00252

6.  Gabapentin inhibits the release of dopamine from rabbit caudate nucleus: comparison to the actions of baclofen and GABA and investigation on the site of action. Parke-Davis Clinical Research. RR 4192-00149

7.  Gabapentin attenuates the release of noradrenaline and serotonin but not acetylcholine from brain slices. Parke-Davis Clinical Research. RR 4192-00166

8.  Gabapentin (CI-945) increases GABA turnover in several regions of rat brain including substantia nigra. Parke-Davis Clinical Research. RR 740-02847

9.  Review of NINCDS data on the anticonvulsant pharmacology of gabapentin (ADD 129018) in rodents. Parke-Davis Clinical Research. RR 4188-00548

10. A comparative study of drugs with anticonvulsant activity and of GO 3450 in isoniazid induced seizures. Parke-Davis Clinical Research. RR 4188-00270

11. Protection from audiogenic seizures. Parke-Davis Clinical Research. RR 4188-00410

12. Efficacy of gabapentin and the standard antiepileptic drugs carbamazepine, phenobarbital, phenytoin, and valproate against reflex epilepsy in the Mongolian gerbil. Parke-Davis Clinical Research. RR 4188-00537

13. A single-dose food-effect study of Neurontin (gabapentin) 400 mg market -image supro capsules in healthy volunteers: (Protocol 945-073). RR 744-00131

14. A clinical pharmacokinetic study of gabapentin (CI-945) in healthy volunteers at three different doses: (Protocol CT 877-070). Parke-Davis Clinical Research. RR 4192-00254

Gabapentin February 2000 Core Data Sheet
Page 16

15. A single-dose bioavailability study of gabapentin (CI-945) 100 mg and 400 mg market-image supro capsules relative to 200 mg capsules used in clinical trials and to a 400 mg solution: (Protocol 945-054-0). Parke-Davis Clinical Research. RR 764-01490

16. A single-dose bioequivalence study of gabapentin (CI-945) in healthy subjects comparing 300 mg market-image supro capsules to 300 mg clinical trial capsules: (Protocol 945-055-0). Parke-Davis Clinical Research. RR 764-01526

17. Effect of food on the bioavailability of gabapentin (CI-945) capsules in healthy subjects: (Protocol CT 877-073). Parke-Davis Clinical Research. RR 4192-00331

18. Absolute and relative bioavailability of gabapentin (CI-945) 300 mg capsules and solution in healthy subjects, and a comparison of plasma and saliva concentrations after administration of a single 150 mg IV gabapentin dose: (Protocol 877-072). Parke-Davis Clinical Research. RR 4192-00255

19. A single-dose bioavailability study of Neurontin (gabapentin) 100 mg and 400 mg supro market-image capsules manufactured in Puerto Rico relative to 400 mg market-image supro capsules manufactured in Freiburg: (Protocol 945-068-0). Parke-Davis Clinical Research. RR 744-00035

20. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in healthy subjects: (Protocol 945-12-0). Parke-Davis Clinical Research. RR 744-00021

21. Pharmacokinetics of gabapentin (CI-945) following multiple oral dose administration of 300 mg capsules to eight healthy subjects: (Protocol CT 877-074). Parke-Davis Clinical Research. RR 4192-00336

22. Integrated summary of effectiveness data of gabapentin capsules. Parke-Davis Clinical Research. RR 720-02845

23. Integrated summary of safety information of gabapentin capsules. Parke-Davis Clinical Research. RR 720-02957

24. Protein binding of CI-945 (gabapentin) in human, monkey, and rat plasma. Parke-Davis Clinical Research. RR 4192-00423

25. Gabapentin (CI-945) cerebrospinal fluid and corresponding plasma concentrations in a safety and efficacy study with gabapentin as add-on therapy in the treatment of partial seizures (Protocol 945-9-01 and 945-9-02). Parke-Davis Clinical Research. RR Memo 4192-00409

26. Gabapentin (CI-945) cerebrospinal fluid and plasma concentrations in a safety and efficacy study with gabapentin as add-on therapy in the treatment of partial seizures (Protocol 945-10-01 and 945-10-02). Parke-Davis Clinical Research. RR Memo 4192-00418

27. Single-dose pharmacokinetics of gabapentin (CI-945) in subjects with various degrees of renal function. Parke-Davis Clinical Research. RR 4444-00006

Pfizer_MPatel_0073679

Gabapentin February 2000 Core Data Sheet
Page 17

28. Pharmacokinetics and metabolism of gabapentin (CI-945) in man following single oral doses of 200 mg 14C-gabapentin: (Protocol 104-005). Parke-Davis Clinical Research. RR 4192-00156

29. A double-blind comparative study of the effects of chronic administration of gabapentin (CI-945) and phenytoin on antipyrine clearance in 12 healthy male subjects (Protocol 945-3-0). Parke-Davis Clinical Research. RR 744-00045

30. A study to evaluate the effect of subject age on the single dose pharmacokinetics of orally administered gabapentin (CI-945). Parke-Davis Clinical Research. RR 764-01557

31. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects with various degrees of renal function (Protocol 945-062-0). Parke-Davis Clinical Research. RR 744-00048

32. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects with various degrees of renal function (Protocol 945-064-0). Parke-Davis Clinical Research. RR 744-00050

33. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects on chronic hemodialysis: (Protocol 945-063-0). Parke-Davis Clinical Research. RR 744-00038

34. A Single-Dose Study of gabapentin (CI-945) Pharmacokinetics in Healthy Pediatric Patients. Parke-Davis Clinical Research. RR 744-00377

35. A 12-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of Gabapentin as Add-On Therapy in Children With Refractory Partial Seizures. Parke-Davis Clinical Research. RR 720-03891

36. A Double-Blind Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy. Parke-Davis Clinical Research. RR 720-03908

37. Double-Blind, Randomized, Placebo-Controlled, Parallel Groups, Multi-Center Trial to Determine the Efficacy and Safety of Gabapentin in Subjects with Peripheral Neuropathy (Post-Herpetic Neuralgia). Parke-Davis Clinical Research. RR 995-00070.

38. Leiderman D, Garofalo E, LaMoreaux L. Gabapentin patients with absence seizures: two double-blind, placebo controlled studies. Epilepsia 1993; 34(6):45.

39. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in healthy subjects maintained on phenobarbital: (Protocol 945-7-0). Parke-Davis Clinical Research. RR 764-01572

40. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in epileptic patients maintained on a constant phenytoin dose regimen: (Protocol 945-01). Parke-Davis Clinical Research. RR 764-01532

41. A study of potential interaction between valproic acid and gabapentin (CI-945) in epileptic patients maintained on valproic acid: (Protocol 945-44-0). Parke-Davis Clinical Research. RR 764-01443

Pfizer_MPatel_0073680

**Gabapentin February 2000 Core Data Sheet**
**Page 18**

42. A single- and multiple-dose drug interaction study of gabapentin (CI-945) in patients with epilepsy maintained on carbamazepine: (Protocol 945-45-0). Parke-Davis Clinical Research. RR 744-00004

43. A multiple-dose, dose proportionality study in healthy subjects receiving 100, 200, and 400 mg gabapentin (CI-945) doses every eight hours for 6 days: (Protocol 945-17). Parke-Davis Clinical Research. RR 4192-00363

44. A study to determine the effect of gabapentin (CI-945) on the pharmacokinetics of an oral contraceptive agent (Norlestrin 21 2.5/50) (Protocol 945-59). Parke-Davis Clinical Research. RR 744-00043

45. Drug interaction study of the effect of an antacid (Maalox TC) on the single-dose pharmacokinetics of orally administered gabapentin (CI-945) capsules in healthy subjects: (Protocol 945-047-0). Parke-Davis Clinical Research. RR 744-00012

46. Potential effect of a 1000-mg single dose of probenecid on the single-dose pharmacokinetics of 200-mg gabapentin capsules in healthy subjects: (Protocol 945-048-0). Parke-Davis Clinical Research. RR 4192-00420

47. A study to determine the effect of cimetidine on the single-dose pharmacokinetics of gabapentin (CI-945): (Protocol 945-058-0). Parke-Davis Clinical Research. RR 764-01570

48. One-hundred-four-week carcinogenicity study of CI-945 in male and female Wistar rats. Parke-Davis Clinical Research. RR 745-01599

49. CI-945 tumor bioassay in rats-interim report of pancreas findings. Parke-Davis Clinical Research. RR Memo 745-01662

50. NTP review of male rat pancreas from carcinogenesis bioassay with CI-945 (gabapentin). Parke-Davis Clinical Research. RR Memo 745-01719

51. One hundred and four week dietary carcinogenicity study of gabapentin (CI-945) in mice. Parke-Davis Clinical Research. RR 250-01600

52. Mutagenicity evaluation of GO 9027 (= GO 3450) in the bone marrow cells of Chinese hamsters by chromosome-metaphase analysis. Parke-Davis Clinical Research. RR 4188-00323

53. *In vitro* mutation assay of CI-945 in V79 Chinese hamster lung cells. Parke-Davis Clinical Research. RR 745-01460

54. *In vitro* chromosomal aberration assay of CI-945 in V79 Chinese hamster lung cells. Parke-Davis Clinical Research. RR 745-01515

55. Mutagenicity study with GO 9027 (= GO 3450) in the bone marrow cells of Chinese hamsters by chromosome-metaphase analysis. Parke-Davis Clinical Research. RR 4188-00330

56. Micronucleus-test in the bone marrow of Chinese hamsters test. Parke-Davis Clinical Research. RR 4188-00314

Pfizer_MPatel_0073681

Gabapentin February 2000 Core Data Sheet
Page 19

57. Fertility and general reproduction study in male and female rats with CI-945. Parke-Davis Clinical Research. RR 745-01353

58. Exploratory dose-range finding study in pregnant mice with CI-945. Parke-Davis Clinical Research. RR 745-01061

59. Teratology study in mice with CI-945. Parke-Davis Clinical Research. RR 745-01109

60. Influence of GOE 3450, Batch No. 65499, on the pregnant rat, the embryo and the fetus by oral administration. Parke-Davis Clinical Research. RR 4188-00485

61. Influence of GOE 3450 on the pregnant rabbit, the embryo and the fetus by oral administration. Parke-Davis Clinical Research. RR 4188-00483

62. Critical assessment of the teratogenic potential of CI-945 (gabapentin) in rats and rabbits, studies 9300 and 9301. Parke-Davis Clinical Research. RR 745-01455

63. Perinatal - postnatal study in rats with CI-945 (gabapentin). Parke-Davis Clinical Research. RR 745-01355

64. A single dose study of Neurontin pharmacokinetics in healthy lactating women and evaluation of gabapentin concentrations in breast milk. Parke-Davis Clinical Research. RR 744-00309

65. Gabapentin fourth safety update. Parke-Davis Clinical Research. RR REG 720-03334

66. Gabapentin 4 month safety update. Parke-Davis Clinical Research. RR REG 720-03079

67. Gabapentin second safety update. Parke-Davis Clinical Research. RR REG 720-03132

68. A Double-Blind, Dose-Controlled, Multicenter Study Comparing Three Doses of Gabapentin (CI-945-Neurontin®) and Open-Label Carbamazepine in Patients with Newly-Diagnosed Epilepsy: Titration and Evaluation Phases. Parke-Davis Clinical Research RR 720-03779.

69. Combined Safety Data from two Double-Blind, Dose-Controlled, Multicenter Studies Comparing Tree Doses of Gabapentin (CI-945, Neurontin®) and Open-Label Carbamazepine in Patients with Newly-Diagnosed Epilepsy: Titration and Evaluation Phases. Parke-Davis Clinical Research RR-720-03847

70. Determination of the acute toxicity of GO 3450 in mice and rats after intragastric, subcutaneous and intravenous administration. Parke-Davis Clinical Research. RR 4188-00276

71. Summary of clinical pharmacology data. Clinical Pharmacy Summary. Parke-Davis Clinical Research. RR 724-00139

72. A multicenter, randomized, double-blind, comparative study of gabapentin (CI-945) administered as an initial dosage of 900 mg/day versus a dosage titrated to 900 mg/day over three days. Parke-Davis Medical Research. RR 995-00059

Pfizer_MPatel_0073682

**Gabapentin February 2000 Core Data Sheet**
**Page 20**

73. Recommended Gabapentin dosage Adjustments in Patients with compromised Renal Function.
Parke-Davis Clinical Research.  RR 744-00306.

Pfizer_MPatel_0073683

# Appendix 2A

# Line Listing of Reports
# by Health Care Professionals
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

# Serious Reports

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer_MPatel_0073684

# Appendix 2B

# Line Listing of Reports
# by Health Care Professionals
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

# NonSerious Unlabeled Reports

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer_MPatel_0073685

# Appendix 2C

# Line Listing of Reports
# by Health Care Professionals
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

# NonSerious Labeled Reports

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer_MPatel_0073686

# Appendix 2D

# Line Listing of Reports
# by Healthcare Professionals
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

# Serious Related Study and
# Literature Reports

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer_MPatel_0073687

# Appendix 2E


# Distribution of Cases
# by
# COSTART Body System
# of Assigned Primary Term
# for
# Gabapentin (CI-0945)


# 01 February 2000 to 31 July 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive
use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this
information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If
you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will
arrange for its return.

Pfizer_MPatel_0073688

## Distribution of Cases by COSTART Body System for Gabapentin (CI-0945), 01 February 2000 to 31 July 2000

| Body System (COSTART) | Serious (%) | NonSerious (%) | Total (%) | Male (%) | Female (%) | Unknown (%) |
|---|---|---|---|---|---|---|
| Body as a Whole | 17 (15) | 61 (16) | 78 (16) | 27 (20) | 36 (14) | 15 (14) |
| Cardiovascular System | 10 (9) | 17 (4) | 27 (5) | 8 (6) | 14 (5) | 5 (5) |
| Digestive System | 8 (7) | 41 (11) | 49 (10) | 12 (9) | 28 (11) | 9 (8) |
| Drug Usage* | 2 (2) | 0 (0) | 4* (0.8) | 1 (0.8) | 2 (0.8) | 1 (0.9) |
| Endocrine System | 0 (0) | 5 (1) | 5 (1) | 1 (0.8) | 2 (0.8) | 2 (2) |
| Hemic & Lymphatic Systems | 9 (8) | 15 (4) | 24 (5) | 8 (6) | 10 (4) | 6 (6) |
| Metabolism and Nutrition | 5 (4) | 32 (8) | 37 (7) | 7 (5) | 21 (8) | 9 (8) |
| Musculoskeletal System | 2 (2) | 12 (3) | 14 (3) | 4 (3) | 5 (2) | 5 (5) |
| Nervous System | 29 (26) | 96 (25) | 125 (25) | 33 (25) | 60 (23) | 32 (30) |
| Respiratory System | 7 (6) | 4 (1) | 11 (2) | 5 (4) | 4 (2) | 2 (2) |
| Skin and Appendages | 1 (1) | 56 (14) | 57 (11) | 1 (8) | 36 (14) | 10 (9) |
| Special Senses | 13 (12) | 25 (6) | 38 (8) | 10 (8) | 24 (9) | 4 (4) |
| Urogenital System | 10 (9) | 23 (6) | 33 (7) | 6 (5) | 19 (7) | 8 (7) |
| **Totals*:** **% of Total Cases** | **113 (23)** | **387 (77)** | **502** | **133 (26)** | **261 (52)** | **108 (22)** |

Percentages (other than last row) are per column (hence in the first row, 15% of the total number of serious cases were listed under body as whole). In the third row, percentages are of the total number of cases (502; overall, 16% of all cases were listed under body as whole). Percentages may not sum to 100% due to rounding of numbers.  * numbers are inflated by 2 cases which were entered in the database with the most medically significant adverse event was in drug usage but where seriousness was assessed as "not applicable"

Pfizer_MPatel_0073689

# Appendix 2F

# Distribution of Adverse Events
# by
# COSTART Body System
# for
# Gabapentin (CI-0945)

# 01 February 2000 to 31 July 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive
use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this
information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If
you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will
arrange for its return.

Pfizer_MPatel_0073690

## Distribution of Adverse Events by COSTART Body System
## for Gabapentin (CI-0945), 01 February 2000 to 31 July 2000

| Body System (COSTART) | Unlabeled Adverse Events | | | Labeled Adverse Events | | | Cumulative Total (%) |
|---|---|---|---|---|---|---|---|
| | Serious (%) | NonSerious (%) | Total (%) | Serious (%) | NonSerious (%) | Total (%) | |
| Body as a Whole | 21 (17) | 59 (17) | 80 (17) | 16 (27) | 56 (14) | 72 (16) | 152 (17) |
| Cardiovascular System | 13 (11) | 23 (7) | 36 (8) | 0 (0) | 5 (1) | 5 (1) | 41 (4) |
| Digestive System | 10 (8) | 37 (11) | 47 (10) | 7 (12) | 53 (14) | 60 (13) | 107 (12) |
| Endocrine System | 1 (1) | 8 (2) | 9 (2) | 0 (0) | 0 (0) | 0 (0) | 9 (1) |
| Hemic & Lymphatic Systems | 10 (8) | 21 (6) | 31 (7) | 1 (2) | 5 (1) | 6 (1) | 37 (4) |
| Metabolism and Nutrition | 4 (3) | 18 (5) | 22 (5) | 9 (15) | 47 (12) | 56 (13) | 78 (8) |
| Musculoskeletal System | 3 (2) | 8 (2) | 11 (2) | 0 (0) | 10 (3) | 10 (2) | 21 (2) |
| Nervous System | 27 (22) | 72 (21) | 99 (21) | 17 (29) | 136 (35) | 153 (34) | 252 (27) |
| Respiratory System | 8 (7) | 6 (2) | 14 (3) | 3 (5) | 7 (2) | 10 (2) | 24 (3) |
| Skin and Appendages | 2 (2) | 45 (13) | 47 (10) | 2 (3) | 37 (10) | 39 (9) | 86 (9) |
| Special Senses | 12 (10) | 25 (7) | 37 (8) | 4 (7) | 27 (7) | 31 (7) | 68 (7) |
| Urogenital System | 10 (8) | 28 (8) | 38 (8) | 0 (0) | 6 (2) | 6 (1) | 44 (5) |
| Totals (Percent of Total Cases) | 121 (13) | 350 (38) | 471 (51) | 59 (6) | 389 (42) | 448 (49) | 919 |

Percentages (other than last row) are per column (hence, in the first row, 17% of the total number of unlabeled cases were cited under body as whole and overall, 17% of all cases were cited under body as whole). In the last row, percentages are of the total number of cases (919). Percentages may not sum to 100% due to rounding of numbers.

Pfizer_MPatel_0073691

# Appendix 2G

# Summary Tabulation of
# Adverse Events
# Reported by Health Care Professionals
# for Gabapentin (CI–0945)
# 01 February 2000 to 31 July 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return

Pfizer_MPatel_0073692

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 1

## Summary Tabulation of Adverse Events for Gabapentin (CI-0945)
## Period 01 February 2000 to 31 July 2000

| PREFERRED TERM | UNLABELED | | | LABELED | | | TOTAL |
|---|---|---|---|---|---|---|---|
| | Serious | Nonserious | | Serious | NonSerious | | |
| **BODY AS A WHOLE** | | | | | | | |
| Abdomen Enlarged | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Abdominal Pain | 0 | 0 | 0 | 3 | 7 | 10 | 10 |
| Abscess | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Accidental Injury | 2 | 2 | 4 | 2 | 0 | 2 | 6 |
| Accidental Overdose | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Allergic Reaction | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Anaphylactoid Reaction | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Asthenia | 0 | 0 | 0 | 0 | 18 | 18 | 18 |
| Back Pain | 0 | 1 | 1 | 1 | 0 | 1 | 2 |
| Birth Weight Subnormal | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cyst | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Death | 4 | 0 | 4 | 0 | 0 | 0 | 4 |
| Drug Interaction | 6 | 18 | 24 | 0 | 0 | 0 | 24 |
| Drug Level Decreased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Face Edema | 0 | 1 | 1 | 0 | 7 | 7 | 8 |
| Fever | 0 | 0 | 0 | 1 | 3 | 4 | 4 |
| Flu Syndrome | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Generalized Edema | 0 | 6 | 6 | 0 | 0 | 0 | 6 |
| Headache | 0 | 1 | 1 | 1 | 13 | 14 | 15 |
| Hormone Level Altered | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Hypertrophy | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Infection | 0 | 0 | 0 | 1 | 1 | 2 | 2 |
| Intentional Overdose | 0 | 0 | 0 | 3 | 2 | 5 | 5 |
| Lab Test Abnormal | 0 | 0 | 0 | 1 | 1 | 2 | 2 |
| Lack Of Drug Effect | 0 | 1 | 1 | 0 | 1 | 1 | 2 |
| Malaise | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Multiple Congenital Anomalies | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Neoplasm | 2 | 1 | 3 | 0 | 0 | 0 | 3 |
| Overdose | 0 | 1 | 1 | 3 | 1 | 4 | 5 |
| Pain | 0 | 10 | 10 | 0 | 0 | 0 | 10 |
| Perinatal Disorder | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Photosensitivity Reaction | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Reaction Unevaluable | 1 | 4 | 5 | 0 | 0 | 0 | 5 |
| Sarcoma | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Suicide Attempt | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| *Total for Body as a Whole* | 13 | 59 | 80 | 16 | 56 | 72 | 152 |
| **CARDIOVASCULAR SYSTEM** | | | | | | | |
| Arrhythmia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Arteriosclerosis | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Cardiomyopathy | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cardiovascular Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |

Pfizer_MPatel_0073693

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 2

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Cerebral Hemorrhage | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Cerebral Ischemia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cerebrovascular Accident | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Congestive Heart Failure | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Heart Arrest | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Heart Malformation | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hemorrhage | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Hypertension | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Hypotension | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Migraine | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Myocardial Infarct | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Palpitation | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Pericarditis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Syncope | 1 | 3 | 4 | 0 | 0 | 0 | 4 |
| Tachycardia | 0 | 6 | 6 | 0 | 0 | 0 | 6 |
| Vascular Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Vasculitis | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Vasodilatation | 0 | 0 | 0 | 0 | 2 | 2 | 2 |
| Vasospasm | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| *Total for Cardiovascular System* | *13* | *23* | *36* | *0* | *5* | *5* | *41* |
| **DIGESTIVE SYSTEM** | | | | | | | |
| Abnormal Stools | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Anorexia | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Cholelithiasis | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Cholestatic Jaundice | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Colitis | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Constipation | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Diarrhea | 0 | 1 | 1 | 1 | 13 | 14 | 15 |
| Dry Mouth | 0 | 0 | 0 | 1 | 4 | 5 | 5 |
| Duodenal Ulcer | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Dyspepsia | 0 | 0 | 0 | 0 | 5 | 5 | 5 |
| Dysphagia | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Fecal Impaction | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Flatulence | 0 | 0 | 0 | 0 | 6 | 6 | 6 |
| GGT Increased | 0 | 0 | 0 | 1 | 2 | 3 | 3 |
| Gingivitis | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Gum Hemorrhage | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Gum Hyperplasia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hepatitis | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Hepatomegaly | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Increased Appetite | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Jaundice | 1 | 3 | 4 | 0 | 0 | 0 | 4 |
| Liver Function Tests Abnormal | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Melena | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Mouth Ulceration | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Nausea | 0 | 1 | 1 | 0 | 10 | 10 | 11 |

Pfizer_MPatel_0073694

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 3

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Nausea And Vomiting | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Oral Moniliasis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Pancreatitis | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| Rectal Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Rectal Hemorrhage | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Stomach Ulcer | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Stomatitis | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Tongue Edema | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Tooth Caries | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Tooth Discoloration | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Tooth Disorder | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Ulcerative Stomatitis | 1 | 2 | 3 | 0 | 0 | 0 | 3 |
| Vomiting | 0 | 1 | 1 | 3 | 3 | 6 | 7 |
| *Total for Digestive System :* | *10* | *37* | *47* | *7* | *53* | *60* | *107* |
| **ENDOCRINE SYSTEM** | | | | | | | |
| ADH Inappropriate | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cushings Syndrome | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Diabetes Mellitus | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| GFSH Increased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hyperthyroidism | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hypothyroidism | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Prolactin Increased | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| *Total For Endocrine System :* | *1* | *8* | *9* | *0* | *0* | *0* | *9* |
| **HEMIC & LYMPHATIC** | | | | | | | |
| Agranulocytosis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Anemia | 1 | 3 | 4 | 0 | 0 | 0 | 4 |
| Coagulation Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Coagulation Time Decreased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cyanosis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Ecchymosis | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Eosinophilia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Erythrocytes Abnormal | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hemolytic Anemia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hypochromic Anemia | 1 | 2 | 3 | 0 | 0 | 0 | 3 |
| Leukocytosis | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Leukopenia | 1 | 1 | 2 | 1 | 1 | 2 | 4 |
| Microcytic Anemia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Prothrombin Decreased | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Prothrombin Increased | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Purpura | 1 | 0 | 1 | 0 | 1 | 1 | 2 |
| Thrombocytopenia | 0 | 5 | 5 | 0 | 0 | 0 | 5 |
| Thrombocytopenic Purpura | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| *Total for Hemic System :* | *10* | *21* | *31* | *1* | *5* | *6* | *37* |
| **METABOLISM AND NUTRITION** | | | | | | | |
| Alkaline Phosphatase Increased | 0 | 0 | 0 | 1 | 4 | 5 | 5 |
| Creatinine Increased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |

Pfizer_MPatel_0073695

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 4

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Dehydration | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Edema | 1 | 6 | 7 | 0 | 0 | 0 | 7 |
| Healing Abnormal | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hypercholesteremia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hyperglycemia | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Hypoglycemia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hyponatremia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| NPN Increased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Obesity | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Peripheral Edema | 0 | 0 | 0 | 1 | 20 | 21 | 21 |
| SGOT Increased | 0 | 0 | 0 | 2 | 3 | 5 | 5 |
| SGPT Increased | 0 | 0 | 0 | 3 | 4 | 7 | 7 |
| *Total for Metabolism & Nutrition:* | *4* | *18* | *22* | *9* | *47* | *56* | *78* |
| **MUSCULOSKELETAL SYSTEM** | | | | | | | |
| Arthralgia | 0 | 0 | 0 | 0 | 7 | 7 | 7 |
| Arthritis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Arthrosis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Bone Disorder | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Joint Disorder | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Myalgia | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Myasthenia | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Osteoporosis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| *Total for Musculoskeletal System:* | *3* | *8* | *11* | *0* | *10* | *10* | *21* |
| **NERVOUS SYSTEM** | | | | | | | |
| Abnormal Dreams | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Abnormal Gait | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Agitation | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Akathisia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Amnesia | 0 | 0 | 0 | 1 | 10 | 11 | 11 |
| Antisocial Reaction | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Anxiety | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Aphasia | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Ataxia | 0 | 0 | 0 | 1 | 8 | 9 | 9 |
| Choreoathetosis | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| CNS Congenital Anomaly | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| CNS Depression | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| CNS Neoplasia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Coma | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Confusion | 0 | 0 | 0 | 1 | 9 | 10 | 10 |
| Convulsion | 5 | 2 | 7 | 4 | 7 | 11 | 18 |
| Delirium | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Depersonalization | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Depression | 1 | 1 | 2 | 0 | 8 | 8 | 10 |
| Dizziness | 0 | 0 | 0 | 1 | 17 | 18 | 18 |
| Drug Dependence | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Dysarthria | 0 | 0 | 0 | 0 | 3 | 3 | 3 |

Pfizer_MPatel_0073696

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 5

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Dystonia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Emotional Lability | 0 | 0 | 0 | 1 | 5 | 6 | 6 |
| Encephalopathy | 3 | 0 | 3 | 0 | 0 | 0 | 3 |
| Euphoria | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hallucinations | 1 | 6 | 7 | 0 | 0 | 0 | 7 |
| Hemiplegia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hostility | 0 | 0 | 0 | 1 | 1 | 2 | 2 |
| Hyperalgesia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hyperkinesia | 0 | 0 | 0 | 0 | 2 | 2 | 2 |
| Hypertonia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Hypesthesia | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Hypokinesia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hypotonia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Incoordination | 0 | 0 | 0 | 1 | 2 | 3 | 3 |
| Insomnia | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Libido Decreased | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Manic Reaction | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Movement Disorder | 1 | 2 | 3 | 0 | 0 | 0 | 3 |
| Myoclonus | 0 | 5 | 5 | 0 | 0 | 0 | 5 |
| Nervousness | 0 | 0 | 0 | 1 | 4 | 5 | 5 |
| Nystagmus | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Paralysis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Paresthesia | 0 | 0 | 0 | 2 | 5 | 7 | 7 |
| Peripheral Neuritis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Personality Disorder | 1 | 3 | 4 | 0 | 0 | 0 | 4 |
| Psychosis | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Sleep Disorder | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Somnolence | 0 | 2 | 2 | 0 | 21 | 21 | 23 |
| Speech Disorder | 1 | 7 | 8 | 0 | 0 | 0 | 8 |
| Thinking Abnormal | 1 | 0 | 1 | 2 | 7 | 9 | 10 |
| Tremor | 0 | 0 | 0 | 0 | 14 | 14 | 14 |
| Twitching | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Vertigo | 0 | 0 | 0 | 1 | 5 | 6 | 6 |
| Withdrawal Syndrome | 0 | 11 | 11 | 0 | 0 | 0 | 11 |
| *Total for Nervous System:* | *27* | *72* | *99* | *17* | *136* | *153* | *252* |
| **RESPIRATORY SYSTEM** | | | | | | | |
| Apnea | 3 | 0 | 3 | 0 | 0 | 0 | 3 |
| Asthma | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Bronchitis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Dyspnea | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Hypoventilation | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Lung Edema | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Lung Fibrosis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Pharyngitis | 0 | 0 | 0 | 0 | 4 | 4 | 4 |
| Pneumonia | 0 | 0 | 0 | 3 | 2 | 5 | 5 |
| Respiratory Disorder | 1 | 1 | 2 | 0 | 0 | 0 | 2 |

Pfizer_MPatel_0073697

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 6

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Sinusitis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| *Total for Respiratory System:* | *8* | *6* | *14* | *3* | *7* | *10* | *24* |
| **SKIN AND APPENDAGES** | | | | | | | |
| Acne | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Alopecia | 0 | 16 | 16 | 0 | 0 | 0 | 16 |
| Angioedema | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Contact Dermatitis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Dry Skin | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Eczema | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Exfoliative Dermatitis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Herpes Simplex | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Herpes Zoster | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Maculopapular Rash | 0 | 1 | 1 | 0 | 1 | 1 | 2 |
| Nail Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Pruritus | 0 | 0 | 0 | 1 | 13 | 14 | 14 |
| Psoriasis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Purpuric Rash | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Pustular Rash | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Rash | 0 | 0 | 0 | 1 | 20 | 21 | 21 |
| Skin Discoloration | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Skin Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Sweating | 0 | 5 | 5 | 0 | 0 | 0 | 5 |
| Urticaria | 1 | 5 | 6 | 0 | 0 | 0 | 6 |
| Vesiculobullous Rash | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| **Total Skin & Appendages** | **2** | **45** | **47** | **2** | **37** | **39** | **86** |
| **SPECIAL SENSES** | | | | | | | |
| Abnormal Vision | 1 | 0 | 1 | 1 | 7 | 8 | 9 |
| Amblyopia | 0 | 0 | 0 | 1 | 16 | 17 | 17 |
| Cataract Specified | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Color Blindness | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Conjunctivitis | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Corneal Lesion | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Deafness | 3 | 1 | 4 | 0 | 0 | 0 | 4 |
| Diplopia | 0 | 0 | 0 | 1 | 4 | 5 | 5 |
| Dry Eyes | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Ear Pain | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Eye Disorder | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Eye Hemorrhage | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Eye Pain | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Iritis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Lacrimation Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Mydriasis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Otitis Media | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| Refraction Disorder | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Retinal Disorder | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Retinal Hemorrhage | 1 | 0 | 1 | 0 | 0 | 0 | 1 |

Pfizer_MPatel_0073698

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 7

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Taste Loss | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Tinnitus | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Visual Field Defect | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Vitreous Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| *Total For Special Senses :* | *12* | *25* | *37* | *4* | *27* | *31* | *68* |
| **UROGENITAL SYSTEM** | | | | | | | |
| Abortion | 5 | 0 | 5 | 0 | 0 | 0 | 5 |
| Albuminuria | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Amenorrhea | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Breast Abscess | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cystitis | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Hematuria | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Impotence | 0 | 0 | 0 | 0 | 4 | 4 | 4 |
| Lactation Decreased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Menstrual Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Metrorrhagia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Nephrosis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Ovarian Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Stillbirth | 4 | 0 | 4 | 0 | 0 | 0 | 4 |
| Testis Disorder | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Urethral Pain | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Urinary Frequency | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Urinary Incontinence | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Urinary Retention | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Urinary Tract Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Urinary Tract Infection | 0 | 0 | 0 | 0 | 2 | 2 | 2 |
| Urinary Urgency | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Urine Abnormality | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| *Total for Urogenital :* | *10* | *28* | *38* | *0* | *6* | *6* | *44* |

Pfizer_MPatel_0073699

# Appendix 2H

# Cumulative Adverse Event
# Number & Ratio Data
# across
# Six Time Periods
# for
# Gabapentin (CI–0945)

# 01 January 1996 to 31 January 2000

# All Adverse Events

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will arrange for its return.

Pfizer_MPatel_0073700

Insert Table

Pfizer_MPatel_0073701

# Appendix 2I

# Cumulative Number & Ratio Data

## for

## Serious Unlabeled Events

## Across all PSUR Periods

## for

## Gabapentin (CI–0945)

## 01 January 1996 to 31 January 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will arrange for its return.

Pfizer_MPatel_0073702

Insert Table

Pfizer_MPatel_0073703

# Appendix 2J

# Cumulative Number & Ratio Data
# for
# NonSerious Unlabeled Events
# Across all PSUR Periods
# for
# Gabapentin (CI–0945)

# 01 January 1996 to 31 January 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will arrange for its return.

Pfizer_MPatel_0073704

Insert Table

Pfizer_MPatel_0073705

# Appendix 3

# Ongoing & Completed
# Clinical Studies
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer_MPatel_0073706

Ongoing and Completed Gabapentin Studies
October 2000 PSUR

**Gabapentin Studies with Ongoing Status during Current Period, 01 February - 31 July 2000**

| Protocol Number | Protocol Title | Country |
|---|---|---|
| 945-271 | Post-Operative and posttraumatic pain study. gabapentin vs. placebo in patients with neuropathic Pain. | Sweden |
| 945-436-288 | Multicenter, open-label pragmatic study in two group of patients (first line or switch-over treatment) intended to optimize the use of Neurontin in monotherapy in order to achieve the objective of 0 seizure in patients presenting with partial epilepsy. | France |
| 945-301 | Open-label safety study of gabapentin as adjunct therapy in children aged 1 month to 4 years, with seizures uncontrolled by current anticonvulsant drugs. | Canada |
| 945-401 | Open-label, safety study of gabapentin as adjunct therapy in children aged 1 month through 4 years with seizures uncontrolled by current anticonvulsant drugs. | International: Brazil, Belgium, Hungary, Italy, Mexico, South Africa, Spain, UK |
| 945-411 | A randomized, open-label trial to determine the relative efficacy and safety of a fixed dose of gabapentin versus optional titration to effect for the treatment of painful diabetic peripheral neuropathy. | Chile, Venezuela |
| 945-420-276 945-420-009 | Double-blind, placebo controlled, randomized, multicenter study on the efficacy and safety of gabapentin as adjuvant analgesic in neuropathic pain patients with malignancies. | Italy |
| 945-468-001 | Gabapentin in the control of refractory epilepsy. | Taiwan |

Pfizer_MPatel_0073707

Ongoing and Completed Gabapentin Studies
October 2000 PSUR

**Gabapentin Studies with Completed Status or Research Report Published during Current PSUR Period, 01 February 2000 to 31 July 2000**

| Protocol Number | Protocol Title and Research Report Numbers | Country |
|---|---|---|
| 945-092 | Gabapentin monotherapy trial: A 36-week, double-blind, parallel-group, multicenter, comparative study of the efficacy and safety of gabapentin versus carbamazepine in patients with partial epilepsy. Research Reports: RR 720-04229, RR 720-04330 | Europe, New Zealand, South Africa, Israel |
| 945-224 | A double-blind placebo-controlled trial with 3 doses of gabapentin for treatment of painful diabetic peripheral neuropathy. Research Reports: RR 720-04130 | International |
| 945-286 | A monocenter, open study evaluating the effects of under nutrition on CYP 1A2 hepatic activity in elderly; Summary in English in progress. | France |
| 945-095 | An extended open-label gabapentin (CI-945) pediatric monotherapy Trail following a double-blind study (Protocol 945-094) in pediatric patients with benign childhood epilepsy with centrotemporal spikes (BECTS) Research Reports: RR 720-04362 | US Canada |
| 945-212 | Neurontin vs Lamotrigine: A double-blind, monotherapy, parallel-group, multicenter, comparative study in patients with partial and/or generalized tonic-clonic seizures Research Reports: RR 720-04422 | UK, Australia, Austria, Belgium, France, Germany, Ireland, Spain, Switzerland |
| 945-213 | Case report from tabulations for gabapentin monotherapy trial: A 4-month, double-blind, dose-controlled, parallel-group, multicenter study to determine the efficacy and safety of gabapentin in Newly diagnose 1 patients with partial epilepsy. Research Reports: RR 720-04233, RR 720-04234 | US Canada |
| 945-423-030 1-OS | Neurontin monotherapy in newly diagnosed partial epilepsy (post-marketing study) | Germany Data analysis ongoing |
| 945-225 | A comparison of gabapentin BID vs TID dosing regime: Open-label, randomized, parallel-group, 6-week add-on treatment, multicenter study in patients with partial seizures. | International Data analysis ongoing |

Pfizer_MPatel_0073708

Ongoing and Completed Gabapentin Studies
October 2000 PSUR

**Gabapentin Studies with Completed Status or Research Report Published during Current PSUR Period,  01 February 2000 to 31 July 2000**

| | | |
|---|---|---|
| 945-305 | Gabapentin pediatric add-on trial: A randomized, double-blind, placebo-controlled, parallel group multicenter study in patients with partial seizures.<br>Research Reports: RR 720-04333 | Canada |
| 945-418-30£ | Belgian open label study of titration to effect and profile safety with Neurontin in patients with partial seizure with or without secondary generalization | Belgium<br>Data analysis<br>ongoing |
| 945-430-306 | A double-blind placebo-controlled trial of gabapentin for the treatment of patients exhibiting symptoms of neuropathic pain. Research Reports: RR 430-00125 | UK |
| 945-420-007 | Multicenter, national study, randomized, 52 weeks duration preceded by 8 weeks screening period, of the efficacy and safety of gabapentin in patients with partial epilepsy, with either simple or complex seizures, with or without secondary generalization | Italy<br>Data analysis<br>ongoing |
| 945-420-27£<br>945-420-00£ | The representation of central components of pain in patients with postherpetic neuralgia(PHN) and effect of gabapentin - An exploratory positron emission topography (PET) activation study using regional cerebral blood flow (rCBF) as index for neuronal activity | Italy<br>Data analysis<br>ongoing |
| 945-405 | Gabapentin pediatric add-on trail: A randomized double-blind, placebo-controlled, parallel-group, multicenter study in patients with partial seizures. | International: Brazil, Belgium, Hungary, Italy, Mexico, South Africa, Spain, UK |

Pfizer_MPatel_0073709

Pfizer_MPatel_0073710