# EXHIBIT 11

Pfizer_MPatel_0077082

# Gabapentin – Dose Initiation Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | GABAPENTIN – Dose Initiation | | | | | | |
| 2 | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site |
| 3 | ANZ | Australia | | 26-Nov-97 | 24-Jan-00 | | | |
| 4 | ANZ | New Zealand | | 12-Nov-97 | 29-Jul-98 | | | |
| 5 | AF | South Africa | | | | | | |
| 6 | CEE | Czech Rep. | | | | | | |
| 7 | CEE | Estonia | | Mar-98 | | | | |
| 8 | CEE | Former Soviet Union | | | | | | |
| 9 | CEE | Hungary | | | | | | |
| 10 | CEE | Latvia | | Mar-98 | | | | |
| 11 | CEE | Lithuania | | Mar-98 | | | | |
| 12 | CEE | Poland | | | | | | |
| 13 | EUR | Austria | | 16-Dec-97 | 30-Oct-98 | | | |
| 14 | EUR | Belgium | | 8-Sep-97 | | | | |
| 15 | EUR | Denmark | | 13-Nov-98 | 30-Aug-00 | | | |
| 16 | EUR | Finland | | 08-Feb-99 | 22-Apr-99 | | | |
| 17 | EUR | France | | 19-Jun-97 | 15-Jul-98 | | | |
| 18 | EUR | Germany | | 6-Nov-97 | 2-Dec-97 | 1998 | | |
| 19 | EUR | Greece | | 10-Sep-98 | | | | |
| 20 | EUR | Iceland | | 13-Nov-99 | | | | |
| 21 | EUR | Ireland | | | | | | |
| 22 | EUR | Italy | | | | | | |
| 23 | EUR | Luxembourg | | | | | | |
| 24 | EUR | Netherlands | | | | | | |
| 25 | EUR | Norway | | 24-Nov-98 | 24-Jul-00 | | | |
| 26 | EUR | Portugal | | 10-Nov-97 | 17-Aug-98 | | | |
| 27 | EUR | Spain | | 6-Jun-97 | 15-Oct-98 | | | |
| 28 | EUR | Sweden | | 3-Nov-98 | 10-Sep-99 | | | |
| 29 | EUR | Switzerland | | 7-Jul-98 | | | | |
| 30 | EUR | United Kingdom | | | | | | |
| 31 | LA | Argentina | | | | | | |
| 32 | LA | Brazil | | | | | | |
| 33 | LA | Chile | | | | | | |
| 34 | LA | Colombia | | | | | | |
| 35 | LA | Costa Rica | | | | | | |
| 36 | LA | Dominican Republic | | | | | | |
| 37 | LA | Ecuador | | | | | | |
| 38 | LA | El Salvador | | | | | | |
| 39 | LA | Guatemala | | | | | | |
| 40 | LA | Honduras | | | | | | |
| 41 | LA | Mexico | | | | | | |
| 42 | LA | Nicaragua | | | | | | |
| 43 | LA | Panama | | | | | | |
| 44 | LA | Paraguay | | | | | | |
| 45 | LA | Peru | | 12-Mar-97 | 02-Apr-97 | Sep-98 | | |

<< AUTO PATH >>

Last updated: 01-Sep-00

Pfizer_MPatel_0077083

# Gabapentin – Dose Initiation Registration Status

Last updated 01-Sep-00

| | Comments |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Up to 3600 mg. |
| 14 | Rise in maintenance dose from 1200-2400 mg/day |
| 15 | |
| 16 | At 900 mg |
| 17 | Registration numbers are the same as for Add-on therapy |
| 18 | |
| 19 | |
| 20 | |
| 21 | Probably will not be filed |
| 22 | |
| 23 | |
| 24 | |
| 25 | Starting dose 900 mg |
| 26 | |
| 27 | |
| 28 | |
| 29 | IKS has agreed to label change |
| 30 | Probably will not be filed |
| 31 | Will Not File |
| 32 | Will Not File |
| 33 | Expected Filing Apr-00, Approval Jul-00. |
| 34 | Will Not File |
| 35 | Will Not File |
| 36 | Will Not File |
| 37 | Label does not include Dosage and Usage |
| 38 | Will Not File |
| 39 | Will Not File |
| 40 | Will Not File |
| 41 | Will file as soon as BOH approves Neurontin 600/800 |
| 42 | Will Not File |
| 43 | Will Not File |
| 44 | Will Not File |
| 45 | |

<< AUTO PATH >>

1

Pfizer_MPatel_0077084

## Gabapentin – Dose Initiation Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 46 | LA | Puerto Rico | | | | | | |
| 47 | LA | Uruguay | | | | | | |
| 48 | LA | Venezuela | | | | | | |
| 49 | LA | West Indies | | | | | | |
| 50 | NA | Canada | | | 18-Jul-00 | | | |
| 51 | NA | U.S. | | | | | | |

Last updated: 01-Sep-00

<< AUTO PATH >>

1

Pfizer_MPatel_0077085

Last updated: 01-Sep-00

Gabapentin – Dose Initiation Registration Status



| | | 1 |
|---|---|---|
| 46 | Will Not File | |
| 47 | Will Not File | |
| 48 | Will Not File | |
| 49 | Will Not File | |
| 50 | Not filed, no patent protection | |
| 51 | | |

<< AUTO PATH >>

1

Pfizer_MPatel_0077086

# Gabapentin – Monotherapy Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | **GABAPENTIN – Monotherapy** | | | | | | |
| 2 | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site |
| 3 | A/NZ | Australia | | | | | | |
| 4 | A/NZ | New Zealand | | | | | | |
| 5 | AF | South Africa | | | | | | |
| 6 | ASIA | China | | | | | | |
| 7 | ASIA | Hong Kong | | | | | | |
| 8 | ASIA | India | | | | | | |
| 9 | ASIA | Indonesia | | | | | | |
| 10 | ASIA | Korea | | | | | | |
| 11 | ASIA | Malaysia | | | | | | |
| 12 | ASIA | Pakistan | | | | | | |
| 13 | ASIA | Philippines | | | | | | |
| 14 | ASIA | Singapore | | | | | | |
| 15 | ASIA | Taiwan | | | | | | |
| 16 | ASIA | Thailand | | | | | | |
| 17 | CEE | Czech Rep. | | | | | | |
| 18 | CEE | Former Soviet Union | | | | | | |
| 19 | CEE | Hungary | | | | | | |
| 20 | CEE | Poland | | | | | | |
| 21 | CEE | Romania | | | | | | |
| 22 | CEE | Russia/CIA Republics | | | | | | |
| 23 | EUR | Austria | | 16-Dec-98 | 30-Oct-98 | | | |
| 24 | EUR | Belgium | | 8-Sep-97 | | | | |
| 25 | EUR | Denmark | | 28-Oct-98 | | | | |
| 26 | EUR | Finland | | 8-Feb-99 | 22-Apr-99 | | | |
| 27 | EUR | France | | 19-Jun-97 | 15-Jul-98 | | | |
| 28 | EUR | Germany | | 10-Jun-97 | 15-Oct-98 | | | |
| 29 | EUR | Greece | | 10-Sep-98 | | | | |
| 30 | EUR | Iceland | | 19-Oct-98 | | | | |
| 31 | EUR | Ireland | | 19-Jun-97 | 26-Feb-98 | | | |
| 32 | EUR | Italy | | 3-Jun-99 | | | | |
| 33 | EUR | Luxembourg | | | | | | |
| 34 | EUR | Netherlands | | | | | | |

Last Updated 25-Jul-00

<< AUTO PATH >>

Pfizer_MPatel_0077087

# Gabapentin – Monotherapy Registration Status

Last Updated 25-Jul-00

| | Comments |
|---|---|
| 1 | |
| 2 | Comments |
| 3 | Decision to file has not been made |
| 4 | Decision to file has not been made |
| 5 | Will submit after approval in UK or US |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Questions have been received and response was submitted. The Agency has inquired as to when data from new studies will be available. Application rejected 25-May-00. Three new studies have completed. RRs will be provided to affiliates. |
| 25 | Application rejected 03-Feb-99 because of insufficient clinical documentation |
| 26 | Approved for 2nd line therapy |
| 27 | 100, 300, and 400 mg approved |
| 28 | |
| 29 | |
| 30 | |
| 31 | SmPC approved as submitted (including 3600 mg dose) |
| 32 | |
| 33 | |
| 34 | |

<< AUTO PATH >>

1

Pfizer_MPatel_0077088

## Gabapentin – Monotherapy Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 2 | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site |
| 35 | EUR | Norway | | 5-Nov-98 | | | | |
| 36 | EUR | Portugal | | 11-Aug-97 | 17-Aug-98 | | | |
| 37 | EUR | Spain | | 6-Jun-97 | 15-Oct-98 | | | |
| 38 | EUR | Sweden | | 16-Oct-98 | | | | |
| 39 | EUR | Switzerland | | 7-Jul-98 | | | | |
| 40 | EUR | United Kingdom | | 14-May-97 | | | | |
| 41 | LA | Argentina | | | | | | |
| 42 | LA | Brazil | | | | | | |
| 43 | LA | Chile | | | | | | |
| 44 | LA | Colombia | | | | | | |
| 45 | LA | Costa Rica | | | | | | |
| 46 | LA | Dominican Republic | | | | | | |
| 47 | LA | Ecuador | | | | | | |
| 48 | LA | El Salvador | | | | | | |
| 49 | LA | Guatemala | | | | | | |
| 50 | LA | Honduras | | | | | | |
| 51 | LA | Mexico | | | 01-Aug-96 | | | |
| 52 | LA | Nicaragua | | | | | | |
| 53 | LA | Panama | | | | | | |
| 54 | LA | Peru | | 14-Jun-99 | 24-Aug-99 | Sep-99 | | |
| 55 | LA | Puerto Rico | | | | | | |
| 56 | LA | Uruguay / Paraguay | | | | | | |
| 57 | LA | Venezuela | | | | | | |
| 58 | LA | West Indies | | | | | | |
| 59 | NA | Canada | | | | | | |

<< AUTO PATH >>

Last Updated 25-Jul-00

1

Pfizer_MPatel_0077089

# Gabapentin – Monotherapy Registration Status

Last Updated 25-Jul-00

| | Comments |
|---|---|
| 2 | |
| 35 | Negative assessment received 02-Feb-99 regarding pancreatic tumors. Will withdraw and resubmit with currently approved dose regimen and new tox reports. Resubmitted 27-May-99 |
| 36 | |
| 37 | 21-Jun-99 - Negative assessment report Application withdrawn. Possible resubmission once additional information available |
| 38 | |
| 39 | IKS has agreed to indication |
| 40 | Inadequate data to approved 20-Aug-97 Application withdrawn 5-Sep-97. Possible resubmission once additional information available |
| 41 | Will Not File |
| 42 | Will Not File |
| 43 | Expected Filing Apr-00. Approval Jul-00 |
| 44 | Will Not File |
| 45 | Will Not File |
| 46 | Will Not File |
| 47 | Will Not File |
| 48 | Will Not File |
| 49 | Will Not File |
| 50 | Will Not File |
| 51 | Original registration for capsules. Filed 24Nov99/Approved 28-Mar-99/Launched Jul-00 |
| 52 | Will Not File |
| 53 | Will Not File |
| 54 | |
| 55 | Will Not File |
| 56 | Will Not File |
| 57 | Expected Filing 3Q00 |
| 58 | Will be included in the package insert from the presentation that will be registered from Colombia |
| 59 | Not filed, no patent protection |

<< AUTO PATH >>

1

Pfizer_MPatel_0077090

## Gabapentin – Monotherapy Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site |
| 2 | NA | | | | | | | |
| 60 | NA | U.S. | | | | | | |

Last Updated 25-Jul-00

<< AUTO PATH >>

Pfizer_MPatel_0077091

# Gabapentin 100, 300, 400 mg Registration Status

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | GABAPENTIN – 100, 300, 400 mg | | | | |
| 2 | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction |
| 3 | ANZ | Australia | | 29-Sep-92 | 18-Mar-94 | 18-Apr-94 |
| 4 | ANZ | New Zealand | | | 25-Jul-94 | Not expected |
| 5 | AF | Egypt | 100, 400 mg | 16-Nov-95 | 1-Jul-97 | Not expected |
| 6 | AF | Mauritius | 100, 300, 400 mg | | 5-Sep-95 | Sep-95 |
| 7 | AF | Morocco | | | 22-Aug-96 | Mar-84 |
| 8 | AF | South Africa | | 1-Dec-92 | 3-Feb-94 | Mar-94 |
| 9 | AF | Tunisia | | | 17-Jan-97 | |
| 10 | ASIA | China | | Sep-95 | Dec-96 | not expected |
| 11 | ASIA | Hong Kong | | Apr-94 | 4-Jun-95 | Jan-95 |
| 12 | ASIA | India | | | 3-Aug-95 | Sep-95 |
| 13 | ASIA | Indonesia | 300 mg | 27-Jun-94 | 13-Feb-95 | Mar-95 |
| 14 | ASIA | Korea | | | 17-Nov-97 | 17-Nov-97 |
| 15 | ASIA | Malaysia | 100, 300, 400 mg | 10-Oct-94 | 17-Sep-96 | Mar-98 |
| 16 | ASIA | Pakistan | 100, 300, 400 mg | 9-Dec-97 | 7-Feb-95 | |
| 17 | ASIA | Philippines | 100, 300, 400 mg | 15-Apr-94 | 25-May-94 | Jun-94 |
| 18 | ASIA | Singapore | | 29-Jul-92 | 24-Aug-95 | Dec-95 |
| 19 | ASIA | Taiwan | 100, 300, 400 mg | 28-Oct-94 | 12-Apr-00 | |
| 20 | ASIA | Thailand | | 5-May-95 | | |
| 21 | CEE | Cyprus | | 14-Jan-97 | | |
| 22 | CEE | Czech Republic | 100, 300 mg | 10-Oct-94 | 28-May-97 | N/A |
| 23 | CEE | Estonia | 100, 300, 400 mg | 9-Dec-97 | | |
| 24 | CEE | Hungary | 100, 300, 400 mg | 15-Apr-94 | 19-May-98 | |
| 25 | CEE | Lithuania | 100, 300, 400 mg | 31-Mar-98 | | |
| 26 | CEE | Malta | NA | NA | NA | NA |
| 27 | CEE | Poland | 100, 300, 400 mg | 29-Nov-94 | | N/A |
| 28 | CEE | Romania | 100, 300, 400 mg | 14-Sep-95 | 5-Jun-97 | N/A |
| 29 | CEE | Slovak Republic | 100, 300, 400 mg | 7-Nov-94 | 3-Mar-97 | N/A |
| 30 | CEE | Slovenia | | | | |
| 31 | CEE | SR Yugoslavia | 100, 300, 400 mg | 14-May-97 | 8-Jul-97 | N/A |
| 32 | EUR | Austria | 100, 300, 400 mg | 19-Jan-93 | 11-Nov-94 | Apr-95 |
| 33 | EUR | Belgium | 100, 300, 400 mg | 19-Nov-92 | 4-Mar-97 | |
| 34 | EUR | Denmark | 100, 300, 400 mg | 23-Oct-92 | 18-Jan-96 | 7-Oct-96 |
| 35 | EUR | Finland | 100, 300, 400 mg | 23-Oct-92 | 6-Feb-95 | 1-Jun-95 |
| 36 | EUR | France | 100, 300, 400 mg | 17-Sep-92 | 12-Oct-94 | 14-Sep-95 |
| 37 | EUR | Germany | 100, 300, 400 mg | 8-Jul-92 | 30-Dec-94 | 1-Mar-95 |
| 38 | EUR | Greece | 100, 300, 400 mg | 29-Jul-92 | 27-Apr-95 | Jan-96 |
| 39 | EUR | Iceland | 100, 300, 400 mg | 29-Oct-92 | 1-Apr-95 | 7-Oct-96 |
| 40 | EUR | Ireland | 100, 300, 400 mg | 30-Jun-92 | 12-Oct-94 | 13-Jan-95 |
| 41 | EUR | Italy | 100, 300, 400 mg | 10-Jul-92 | 18-Jul-95 | Jan-96 |
| 42 | EUR | Luxembourg | 100, 300, 400 mg | 7-May-97 | 25-Jul-97 | |

<< AUTO PATH >>

Last Updated 9-Jun-00

Pfizer_MPatel_0077092

# Gabapentin 100, 300, 400 mg Registration Status

| | G | H | I | J |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Registration Number | Manufacturing Site | Trade Name | Comments |
| 3 | | | Neurontin | Not launched due to pricing issues |
| 4 | | | Neurontin | 300 mg pending |
| 5 | | | Neurontin | Only 300 & 400 mg are commercialized |
| 6 | | | | |
| 7 | | | | |
| 8 | | | Neurontin | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | Neurontin | |
| 12 | | | Neurontin | Launching 300mg only. Approved indication: add on therapy |
| 13 | | | Neurontin | |
| 14 | | | Neurontin | |
| 15 | | | Neurontin | |
| 16 | | | Neurontin | |
| 17 | | | Neurontin | |
| 18 | | | Neurontin | |
| 19 | | Source PDPL | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | Neurontin | |
| 23 | | | Neurontin | |
| 24 | | | Neurontin | |
| 25 | | | Neurontin | |
| 26 | | | | |
| 27 | | | Neurontin | Certificates not yet available |
| 28 | | | Neurontin | |
| 29 | | | Neurontin | |
| 30 | | | Neurontin | 31-Jul-98(shipdate) |
| 31 | | | Neurontin | |
| 32 | | | Neurontin | |
| 33 | | | Gabapentin Parke-Davis | Price received, but no reimbursement yet |
| 34 | | | Neurontin | |
| 35 | | | Neurontin | |
| 36 | | | Neurontin | |
| 37 | | | Neurontin | |
| 38 | | | Neurontin | |
| 39 | | | | |
| 40 | | | Neurontin | |
| 41 | | | (PD) | Comarketing with SKB (Tradename Actenium) |
| 42 | | | Neurontin | Investigating possibility of using German packs pending reimbursement in Belgium |

<< AUTO PATH >>

Pfizer_MPatel_0077093

## Gabapentin 100, 300, 400 mg Registration Status

| | A Region | B Country | C Strength | D Registration Filed | E Registration Approved | F Market Introduction |
|---|---|---|---|---|---|---|
| 43 | EUR | Netherlands | 100, 300, 400 mg | 11-Dec-07 | 22-Nov-89 | |
| 44 | EUR | Norway | 300, 400 mg | 5-Apr-93 | 21-Aug-96 | |
| 45 | EUR | Portugal | 100, 300, 400 mg | 25-Nov-93 | Sep-96 | Sep-97 |
| 46 | EUR | Spain | 100, 300, 400 mg | 23-Jul-92 | 9-Apr-95 | 5-Jun-95 |
| 47 | EUR | Sweden | 100, 300, 400 mg | 22-Oct-92 | 25-Mar-94 | 1-Jun-95 |
| 48 | EUR | Switzerland | 100, 300, 400 mg | 25-Feb-93 | 19-Dec-94 | 23-Jan-95 |
| 49 | EUR | U.K. | 100, 300, 400 mg | 30-Jun-92 | 5-Feb-93 | 7-May-93 |
| 50 | LA | Argentina | | | 4-Oct-84 | Nov/Dec-95 |
| 51 | LA | Brazil | 300, 400 mg | 16-Dec-93 | 14-Mar-96 | Sep-98 |
| 52 | LA | Chile | 300, 400 mg | 28-Jan-94 | 14-Mar-95 | Jun-95 |
| 53 | LA | Colombia | | | 28-Sep-93 | Sep-94 |
| 54 | LA | Costa Rica | | | 1-Sep-96 | May-96 |
| 55 | LA | Dominican Republic | | | Jun-95 | Nov-95 |
| 56 | LA | Ecuador | | 8-Dec-95 | 23-Aug-96 | Mar-97 |
| 57 | LA | El Salvador | | | 16-Nov-95 | Nov-95 |
| 58 | LA | Guatemala | | | 23-Jan-95 | Jul-95 |
| 59 | LA | Honduras | | | 26-Apr-95 | Sep-95 |
| 60 | LA | Mexico | | 24-Nov-93 | 28-Mar-95 | Sep-95 |
| 61 | LA | Nicaragua | | | 28-May-96 | Jun-96 |
| 62 | LA | Panama | | | 30-Sep-96 | Oct-96 |
| 63 | LA | Paraguay | | | | |
| 64 | LA | Peru | | May-94 | Sep-94 | Oct-94 |
| 65 | LA | Puerto Rico | | 27-Oct-93 | 15-Oct-94 | Mar-95 |
| 66 | LA | Uruguay | | 18-Jan-94 | 12-Aug-96 | 1-Sep-95 |
| 67 | LA | Venezuela | | 13-Nov-95 | 25-Nov-95 | |
| 68 | ME | West Indies | | | | |
| 69 | ME | Jordan | 100, 300, 400 mg | 13-Jan-97 | 2-Jul-97 | NA |
| 70 | ME | Kuwait | | 13-Nov-95 | 1-Jun-96 | NA |
| 71 | ME | Lebanon | | NA | NA | NA |
| 72 | ME | Saudi Arabia | | 23-Jan-96 | NA | NA |
| 73 | ME | Turkey | 100, 300, 400 mg | 9-Sep-96 | | |
| 74 | NA | Canada | | 21-Sep-92 | 7-Apr-94 | 13-May-94 |
| 75 | NA | U.S. | | 15-Jan-92 | 30-Dec-93 | 26-Jan-94 |

<< AUTO PATH>>

1

Last Updated: 9-Jun-00

Pfizer_MPatel_0077094

## Gabapentin 100, 300, 400 mg Registration Status

| | G Registration Number | H Manufacturing Site | I Trade Name | J Comments |
|---|---|---|---|---|
| 2 | | | | |
| 43 | | | | Resubmitted. Add-on therapy approved 22-Nov-99 |
| 44 | | | | |
| 45 | | | Neurontin | |
| 46 | | | Neurontin | |
| 47 | | | Neurontin | |
| 48 | | | Neurontin | |
| 49 | | | Neurontin | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | Neomatol | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | Mexico (transferring to Cali) | | Only 300 & 400 mg are commercialized |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |
| 69 | | | | |
| 70 | | | | |
| 71 | | | | |
| 72 | | | | |
| 73 | | | | |
| 74 | | | Neurontin | |
| 75 | | | Neurontin | |

Last Updated: 9-Jun-00

<< AUTO PATH >>

1

Pfizer_MPatel_0077095

# Gabapentin 600 800 Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | GABAPENTIN 600 – 800 mg | | | | | | |
| 2 | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Expiration Period Filed | Registration Number |
| 3 | ANZ | Australia | 600/800 | 15-Apr-98 | 24-Jan-00 | | | |
| 4 | ANZ | New Zealand | 600/800 | 23-Dec-99 | | | | |
| 5 | AF | Africa | | | | | | |
| 6 | AF | Algeria | | | | | | |
| 7 | AF | Egypt | | | | | | |
| 8 | AF | Kenya | | | | | | |
| 9 | AF | Morocco | | | | | | |
| 10 | AF | South Africa | | | | | | |
| 11 | AF | Tunisia | | | | | | |
| 12 | ASIA | China | | | | | | |
| 13 | ASIA | Hong Hong | | | | | | |
| 14 | ASIA | India | | | | | | |
| 15 | ASIA | Indonesia | | | | | | |
| 16 | ASIA | Korea | | | | | | |
| 17 | ASIA | Malaysia | | | | | | |
| 18 | ASIA | Pakistan | | | | | | |
| 19 | ASIA | Philippines | | | | | | |
| 20 | ASIA | Singapore | | | | | | |
| 21 | ASIA | Taiwan | | | | | | |
| 22 | ASIA | Thailand | | | | | | |
| 23 | CEE | Czech Rep. | | | | | | |
| 24 | CEE | Former Soviet Union | | | | | | |
| 25 | CEE | Hungary | | | | | | |
| 26 | CEE | Poland | | | | | | |
| 27 | CEE | Romania | | | | | | |
| 28 | CEE | Russia/CIA Republics | | | | | | |
| 29 | CEE | San Marino | | | | | | |
| 30 | CEE | Slovakia | | | | | | |
| 31 | CEE | Yugoslavia | | | | | | |
| 32 | CEE | Austria | 600/800 | 16-Dec-97 | 2-Oct-98 | 29-Nov-99 | | |
| 33 | EUR | Belgium | 600/800 | 15-Apr-99 | | | | |
| 34 | EUR | Denmark | 600/800 | 25-Feb-99 | 8-Sep-00 | | | |
| 35 | EUR | Finland | 600/800 | 6-May-99 | 28-Aug-00 | | | |
| 36 | EUR | France | 600/800 | 18-Nov-97 | 25-Jun-98 | | | |
| 37 | EUR | Germany | 600/800 | 19-Mar-98 | 6-Apr-00 | | | |
| 38 | EUR | Greece | 600/800 | 11-Sep-98 | | | | |
| 39 | EUR | Iceland | 600/800 | 30-Mar-99 | 4-Feb-00 | 16-Feb-00 | | |
| 40 | EUR | Ireland | 600/800 | 15-Oct-98 | | | | |

<< AUTO PATH >>

1

Last Updated:30-Nov-00

Pfizer_MPatel_0077096

# Gabapentin 600 800 Registration Status

| | I | J |
|---|---|---|
| 1 | | |
| 2 | Manufacturing Site | Comments |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | In process of preparing for filing – target date end of Nov-99, dependent on receipt of data and samples from CMC |
| 11 | | Not initiated at this time 9-Jun-00 |
| 12 | | Not initiated at this time 9-Jun-00 |
| 13 | | Not initiated at this time 9-Jun-00 |
| 14 | | Not initiated at this time 9-Jun-00 |
| 15 | | Not initiated at this time 9-Jun-00 |
| 16 | | Not initiated at this time 9-Jun-00 |
| 17 | | Not initiated at this time 9-Jun-00 |
| 18 | | Not initiated at this time 9-Jun-00 |
| 19 | | Not initiated at this time 9-Jun-00 |
| 20 | | Not initiated at this time 9-Jun-00 |
| 21 | PDPL, Vega Baja, PR | Expected Filing 1st Qtr-01. Approval 1st Qtr-02 |
| 22 | | Not initiated at this time 9-Jun-00 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | Questions on chem/pharm section and bioequiv study received 19-Nov-99 Response submitted 31-Jan-00 |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |

<< AUTO PATH >>

Last Updated:30-Nov-00

1

Pfizer_MPatel_0077097

# Gabapentin 600 800 Registration Status

| | A Region | B Country | C Strength | D Registration Filed | E Registration Approved | F Market Introduction | G Expiration Period Filed | H Registration Number |
|---|---|---|---|---|---|---|---|---|
| 41 | EUR | Italy | 600/800 | 30-Sep-88 | | | | |
| 42 | EUR | Luxembourg | 600/800 | | | | | |
| 43 | EUR | Netherlands | 600/800 | | | | | |
| 44 | EUR | Norway | 600/800 | 12-Feb-99 | | | | |
| 45 | EUR | Portugal | 600/800 | 3-Dec-97 | 26-Jul-99 | | | |
| 46 | EUR | Spain | 600 mg, 90 tablets | 2-Dec-97 | 8-Jun-00 | | | 63,150 |
| 47 | EUR | Spain | 800 mg, 90 tablets | 2-Dec-97 | 8-Jun-00 | | | 63,149 |
| 48 | EUR | Sweden | 600/800 | 1-Feb-99 | 19-May-00 | | | |
| 49 | EUR | Switzerland | 600/800 | 7-Jul-98 | 9-May-00 | | | |
| 50 | EUR | United Kingdom | 600/800 | 11-Dec-98 Resubmitted | 26-Nov-99 | | | |
| 51 | LA | Argentina | 600/800 | 22-Sep-99 | 17-Jul-00 | | 24 mos. | |
| 52 | LA | Brazil | 600/800 | 25-Jan-00 | 12-Jul-00 | | 24 mos. | |
| 53 | LA | Chile | 600 mg | 25-Nov-99 | 30-Jun-00 | | 24 mos. | F-4286/00 |
| 54 | LA | Chile | 800 mg | 26-Nov-99 | 30-Jun-00 | | 24 mos. | F-4286/00 |
| 55 | LA | Colombia | 600 mg | | 25-May-00 | | 24 mos. | |
| 56 | LA | Colombia | 800 mg | Dec-99 | 17-May-00 | | 24 mos. | |
| 57 | LA | Costa Rica | 600 mg | 19-May-00 | 24-Oct-00 | | 24 mos. | 2705-EO-2222 |
| 58 | LA | Costa Rica | 800 mg | 19-May-00 | 24-Oct-00 | | 24 mos. | 2705-EO-2263 |
| 59 | LA | Dominican Republic | | Feb-00 | | | | |
| 60 | LA | Ecuador | 600 mg | 8-Feb-00 | 31-May-00 | | 24 mos. | 23206-05-2000 |
| 61 | LA | Ecuador | 800 mg | 8-Feb-00 | 31-May-00 | | 24 mos. | 23307-05-2000 |
| 62 | LA | El Salvador | 600/800 | 17-May-00 | 17-May-00 | | 24 mos. | |
| 63 | LA | Guatemala | 600 mg | 17-Apr-00 | 29-Jun-00 | | 24 mos. | PF-23037 |
| 64 | LA | Guatemala | 800 mg | 17-Apr-00 | 29-Jun-00 | | 24 mos. | PF-23038 |
| 65 | LA | Honduras | 600/800 | 26-Apr-00 | 23-Oct-00 | | 24 mos. | 600mg M-08650 800mg M-08644 |
| 66 | LA | Mexico | 600/800 | 25-Feb-00 | 24-Aug-00 | | 24 mos. | |
| 67 | LA | Nicaragua | 600 mg | 26-Apr-00 | 29-Sept-00 | | 24 mos. | 0152130900 |
| 68 | LA | Nicaragua | 800 mg | 26-Apr-00 | 29-Sept-00 | | 24 mos. | 0152130900 |
| 69 | LA | Panama | 600/800 | 29-Apr-00 | | | | |
| 70 | LA | Paraguay | | | | | | |

<< AUTO PATH >>

1

Pfizer_MPatel_0077098

# Gabapentin 600 800 Registration Status

Last Updated 30-Nov-00

| 2 | Manufacturing Site | Comments |
|---|---|---|
| | i | J |
| 41 | | CMC questions received 24-Sep-24-99. Responses submitted to agency on 28-Oct-99 (deadline was 2-Nov-99) |
| 42 | | To be submitted after approval in Belgium |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | Certificate is valid for 5 years |
| 50 | | Variation submitted 19-Jan-00 to modify tablet hardness |
| 51 | PDPL | Expected launch Aug-00 |
| 52 | PDPL | Expected Introduction 4Q00 |
| 53 | PDPL | |
| 54 | PDPL | |
| 55 | | Expected launch postponed until second half of 2001 |
| 56 | | Expected launch postponed until second half of 2001 |
| 57 | PDPL | Registration will expire October 24, 2005 |
| 58 | PDPL | Registration will expire October 24, 2005 |
| 59 | | |
| 60 | | Neurontin 600 mg tablets |
| 61 | | Neurontin 800 mg tablets |
| 62 | PDPL | Expected Approval 4th Quarter |
| 63 | PDPL | Registration will expire 2-Jun-05 |
| 64 | PDPL | Registration will expire 2-Jun-05 |
| 65 | PDPL | Registration will expire 23-Oct-05 |
| 66 | PDPL | 3-Apr-00 BOH requested additional requirements. Answer submitted 2-Jun-00; Expected Approval 11-Aug-00 |
| 67 | | Registration will expire 31-Dec-04 |
| 68 | | Registration will expire 31-Dec-04 |
| 69 | PDPL | Expected Approval 4th Quarter |
| 70 | PDPL | |

<< AUTO PATH >>

<< AUTO PATH >>

Gabapentin 600 800 Registration Status

| 70 | 69 | 68 | 67 | 66 | 65 | 64 | 63 | 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 | 2 | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2283 | 2222 | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | 2705-EC- | 2705-EC- | | | | | | | | | | | | | | | | | | | | | |

1

Last Updated 30-Nov-00

Pfizer_MPatel_0077099

Pfizer_MPatel_0077100

## Gabapentin 600 800 Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Expiration Period Filed | Registration Number |
| 2 | | | | | | | | |
| 71 | LA | Peru | 600/800 | 4-Feb-00 | 14-Feb-00 | | 24 mos. | |
| 72 | LA | Puerto Rico | | 14-Jan-00 | 14-Jan-00 | | | |
| 73 | LA | Uruguay | | | | | 24 mos. | |
| 74 | LA | Venezuela | 600/800 | 3-Apr-00 | Oct-00 Expected | | 24 mos. | |
| 75 | LA | West Indies | | 1-Apr-00 | | | | |
| 76 | ME | Bahrain | | | | | | |
| 77 | ME | Israel | | | | | | |
| 78 | ME | Jordan | | | | | | |
| 79 | ME | Kuwait | | | | | | |
| 80 | ME | Lebanon | | | | | | |
| 81 | ME | Oman | | | | | | |
| 82 | ME | Saudi Arabia | | | | | | |
| 83 | ME | Sudan | | | | | | |
| 84 | ME | Turkey | | | | | | |
| 85 | ME | UAE | | | | | | |
| 86 | NA | Canada | | 9-Dec-97 | 25-Feb-99 | | | |
| 87 | NA | U.S. | | | | | | |

List Updated:30-Nov-00

<< AUTO PATH >>

Pfizer_MPatel_007710l

# Gabapentin 600 800 Registration Status

| | I | J |
|---|---|---|
| | Manufacturing Site | Comments |
| 2 | | |
| 71 | PDPL | Expected Introduction 3Q00 |
| 72 | PDPL | Expected Filing 28-Aug-00; Expected Approval 1st Quarter 2001. |
| 73 | PDPL | Expected launch postponed until second half of 2001 |
| 74 | PDPL | |
| 75 | PDPL | Expected Approval Aug-00; Introduction 4Q00. |
| 76 | | |
| 77 | | |
| 78 | | |
| 79 | | |
| 80 | | |
| 81 | | |
| 82 | | |
| 83 | | |
| 84 | | |
| 85 | | |
| 86 | | |
| 87 | | |

Last Updated:30-Nov-00

1

<< AUTO PATH >>

Pfizer_MPatel_0077102

Gabapentin – Neuropathic Pain Registration Status

| | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site | Trade Name |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | GABAPENTIN – Neuropathic Pain | | | | | | | |
| 2 | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site | Trade Name |
| 3 | A/NZ | Australia | | 3-Nov-99 | 27-Oct-00 | | | | |
| 4 | A/NZ | New Zealand | | 20-Mar-00 | 16-Nov-00 | | | | |
| 5 | AF | Africa | | | | | | | |
| 6 | AF | Algeria | | | | | | | |
| 7 | AF | Egypt | | | | | | | |
| 8 | AF | Kenya | | | | | | | |
| 9 | AF | Morocco | | | | | | | |
| 10 | AF | South Africa | | | | | | | |
| 11 | AF | Tunisia | | | | | | | |
| 12 | Asia | China | | | | | | | |
| 13 | Asia | Hong Kong | | | | | | | |
| 14 | Asia | India | | | | | | | |
| 15 | Asia | Indonesia | | | | | | | |
| 16 | Asia | Korea | | | | | | | |
| 17 | Asia | Malaysia | | Feb-99 | | | | | |
| 18 | Asia | Pakistan | | | | | | | |
| 19 | Asia | Philippines | | 8-Jul-88 | 1-Oct-88 | | | | |
| 20 | Asia | Singapore | | 25-Feb-99 | 5-Oct-99 | | | | |
| 21 | Asia | Taiwan | | | | | | | |
| 22 | Asia | Thailand | | 13-Oct-99 | 27-Dec-99 | | | | |
| 23 | CEE | Czech Rep. | | | | | | | |
| 24 | CEE | Former Soviet Union | | | | | | | |
| 25 | CEE | Hungary | | | 18-Jul-01 | | | | |
| 26 | CEE | Poland | | | | | | | |
| 27 | CEE | Romania | | | | | | | |
| 28 | CEE | Russia/CIA Republics | | | | | | | |
| 29 | CEE | San Marino | | | | | | | |
| 30 | CEE | Slovakia | | | | | | | |
| 31 | CEE | Yugoslavia | | 30-Jun-99 | 30-Oct-99 | | | | |
| 32 | EUR | Austria | | 23-Nov-99 | | | | | |
| 33 | EUR | Belgium | | 22-Nov-00 | 29-Mar-01 | | | | |
| 34 | EUR | Denmark | | 24-Nov-00 | 23-Jan-01 | | | | |
| 35 | EUR | Finland | | | | | | | |
| 36 | EUR | France | | 13-Apr-99 | 13-Sep-00 | | | | |
| 37 | EUR | Germany | | 2-Aug-99 | 23-Oct-00 | | | | |
| 38 | EUR | Greece | | 1-Feb-00 | | | | | |
| 39 | EUR | Iceland | | | 13-Feb-02 | | | | |
| 40 | EUR | Ireland | | 30-Jul-99 | 23-Feb-00 | | | | |
| 41 | EUR | Italy | | 3-Aug-99 | 27-May-00 | | | | |
| 42 | EUR | Luxembourg | | | | | | | |

<< AUTO PATH >>

Last Updated 11-Jul-00

Pfizer_MPatel_007103

Last Updated 11-Jul-00

# Gabapentin – Neuropathic Pain Registration Status

| J | Comments |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | No plans to file (as of 5/26/00) |
| 15 | |
| 16 | |
| 17 | Application returned. Must be approved in the country of mfr (US and Germany) |
| 18 | |
| 19 | |
| 20 | Includes diabetic pain, post-herpetic neuralgia and trigeminal neuralgia |
| 21 | Cannot file yet; need to do indication trial; to be performed in 1Q00. Approximate completion 2002 |
| 22 | |
| 23 | |
| 24 | |
| 25 | Postherpetic neuralgia in adults |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | The French agency gave a positive opinion for an indication of "post-zoster neuralgia in adults" on June 19, 2000 |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |

<< AUTO PATH >>

1

Pfizer_MPatel_0077104

# Gabapentin – Neuropathic Pain Registration Status

| | A Region | B Country | C Strength | D Registration Filed | E Registration Approved | F Market Introduction | G Registration Number | H Manufacturing Site | I Trade Name |
|---|---|---|---|---|---|---|---|---|---|
| 43 | EUR | Netherlands | | | | | | | |
| 44 | EUR | Norway | | 30-Nov-99 | | | | | |
| 45 | EUR | Portugal | | 7-Nov-00 | 15-Nov-01 | | | | |
| 46 | EUR | Spain | | 22-Dec-00 | 4-Jun-01 | | | | |
| 47 | EUR | Sweden | | 27-Nov-00 | 11-Jan-02 | | | | |
| 48 | EUR | Switzerland | | 13-Jan-00 | 10-Jul-00 | | | | |
| 49 | EUR | United Kingdom | | 30-Jul-99 | 11-Apr-00 | | | | |
| 50 | LA | Argentina | | | | | | | |
| 51 | LA | Brazil | | 10-Aug-99 | 2-May-00 | | | | |
| 52 | LA | Chile | | 17-Jun-99 | 25-Jan-00 | | | | |
| 53 | LA | Colombia | 300/400 | Sep-99 | 19-Oct-99 | | | | |
| 54 | LA | Costa Rica | | 25-Aug-99 | 27-Jun-00 | | | | |
| 55 | LA | Dominican Republic | | | | | | | |
| 56 | LA | Ecuador | | 26-Jul-99 | 08-Sep-99 | | | | |
| 57 | LA | El Salvador | 300/400 | 25-Aug-99 | 24-Feb-00 | | | | |
| 58 | LA | Guatemala | 300/400 | 25-Aug-99 | Nov/Dec-99 | 4-Nov-99 | | | |
| 59 | LA | Honduras | 300/400 | 25-Aug-99 | 14-Feb-00 | | | | |
| 60 | LA | Mexico | | Jan-99 | 22-May-99 | 12-Jul-99 | | PDPL - Mexico | |
| 61 | LA | Nicaragua | 300/400 | 25-Aug-99 | 18-Jan-00 | | | | |
| 62 | LA | Panama | 300/400 | 25-Aug-99 | 08-Jun-00 | | | | |
| 63 | LA | Peru | | 14-Jun-99 | 28-Sep-99 | | | | |
| 64 | LA | Puerto Rico | | | | | | Cali | |
| 65 | LA | Uruguay / Paraguay | | 10-Jan-00 | | | | | |
| 66 | LA | Venezuela | | 28-Jul-99 | 27-Oct-99 | | | | |
| 67 | LA | West Indies | | Sep-99 | | | | | |
| 68 | ME | Bahrain | | | | | | | |
| 69 | ME | Israel | | | | | | | |
| 70 | ME | Jordan | | | | | | | |
| 71 | ME | Kuwait | | | | | | | |
| 72 | ME | Lebanon | | | | | | | |
| 73 | ME | Oman | | | | | | | |
| 74 | ME | Saudi Arabia | | | | | | | |
| 75 | ME | Sudan | | | | | | | |
| 76 | ME | Turkey | | | | | | | |
| 77 | ME | UAE | | | | | | | |
| 78 | NA | Canada | | | | | | | |

<< AUTO PATH >>

Last Updated: 11-Jul-00

1

Pfizer_MPatel_0077105

Last Updated: 11-Jul-00

# Gabapentin – Neuropathic Pain Registration Status

| | J Comments |
|---|---|
| 2 | Comments |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | postherpetic neuralgia and painful diabetic neuropathy |
| 48 | "Monitored release (MR)" approval for "neuropathic pain in cases of diabetic neuropathy and postherpetic neuralgia" up to 3600 mg/day. Data on efficacy of gabapentin vs tricyclic antidepressants and a daily dose of 3600 mg must be submitted by 15-Jul-02 |
| 49 | |
| 50 | Will not file |
| 51 | |
| 52 | Expected introduction Jan-00 |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | Expected Approval Nov-99. Introduction Jan-00. |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | Expected Approval Jun-00. |
| 66 | Promotional campaign expected to begin Jan-00. Expected Approval Oct-99 |
| 67 | Approved in Aruba and being reviewed in other islands. Expected Approval and introduction 1st Qtr-00 |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | |
| 78 | No plans to file |

<< AUTO PATH >>

1

Pfizer_MPatel_0077106

## Gabapentin – Neuropathic Pain Registration Status

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site | Trade Name |
| 2 | NA | U.S | | | | | | | |
| 79 | NA | U.S | | | | | | | |

<< AUTO PATH >>

1

Last Updated 11-Jul-00

Pfizer_MPatel_0077107

Gabapentin – Neuropathic Pain Registration Status

Last Updated: 11-Jul-00

| J | | |
|---|---|---|
| | Comments | |
| 2 | | |
| 79 | No plans to file | |



<< AUTO PATH >>

Pfizer_MPatel_0077108

Last Updated 25-Sep-00

# Gabapentin – Pediatric Indication Registration Status

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | GABAPENTIN – Pediatric Indication | | | | | | | |
| 2 | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site |
| 3 | ANZ | Australia | | 12-Mar-99 | 18-Apr-00 | | | |
| 4 | ANZ | New Zealand | | 19-Mar-99 | 20-Oct-99 | | | |
| 5 | AF | South Africa | | | | | | |
| 6 | ASIA | China | | | | | | |
| 7 | ASIA | Hong Kong | | | | | | |
| 8 | ASIA | India | | | | | | |
| 9 | ASIA | Indonesia | | | | | | |
| 10 | ASIA | Korea | | | | | | |
| 11 | ASIA | Malaysia | | | | | | |
| 12 | ASIA | Pakistan | | | | | | |
| 13 | ASIA | Philippines | | | | | | |
| 14 | ASIA | Singapore | | | | | | |
| 15 | ASIA | Taiwan | | | | | | |
| 16 | ASIA | Thailand | | | | | | |
| 17 | EUR | Austria | | 26-Nov-98 | 21-Jun-99 | | | |
| 18 | EUR | Belgium | | 11-Mar-99 | | | | |
| 19 | EUR | Denmark | | | | | | |
| 20 | EUR | Finland | | 11-May-00 | | | | |
| 21 | EUR | France | | 11-Mar-99 | 3-Mar-00 | | | |
| 22 | EUR | Germany | | 4-Dec-98 | 15-May-99 | | | |
| 23 | EUR | Greece | | 28-Apr-99 | | | | |
| 24 | EUR | Iceland | | 22-Jun-00 | | | | |
| 25 | EUR | Ireland | | 17-Dec-98 | 11-May-99 | | | |
| 26 | EUR | Italy | | 3-Jun-99 | 3-Jul-00 | | | |
| 27 | EUR | Luxembourg | | | | | | |
| 28 | EUR | Netherlands | | | | | | |
| 29 | EUR | Norway | | 11-May-00 | | | | |
| 30 | EUR | Portugal | | 16-Oct-98 | | | | |
| 31 | EUR | Spain | | 30-Oct-98 | 15-Jun-99 | | | |
| 32 | EUR | Sweden | | 3-Aug-99 | | | | |
| 33 | EUR | Switzerland | | 4-Mar-99 | 28-Sep-99 | | | |

<< AUTO PATH >>

Pfizer_MPatel_0077109

# Gabapentin – Pediatric Indication Registration Status

Last Updated 25-Sep-00

| | Comments |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Timing to file to be decided |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | According to current regulations, Taiwan can not file the application except source country (US) approval. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Indication for ages 3 and above. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | March 20 the agency recommended against approval on the basis of a negative risk/benefit. A response was submitted to agency on 3-Jun-00. MPA still considers the risk/benefit negative, 2-Sep-00. Response due by 4-Oct-00 |
| 33 | 28-Sep-99 (KS agreed to indication for ages 3 and above) |

<< AUTO PATH >>

1

Pfizer_MPatel_0077110

## Gabapentin – Pediatric Indication Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 2 | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site |
| 34 | EUR | United Kingdom | | 14-Dec-98 | | | | |
| 35 | LA | Argentina | | | | | | |
| 36 | LA | Brazil | | | | | | |
| 37 | LA | Chile | | | | | | |
| 38 | LA | Colombia | | | | | | |
| 39 | LA | Costa Rica | | | | | | |
| 40 | LA | Dominican Republic | | | | | | |
| 41 | LA | Ecuador | | | | | | |
| 42 | LA | El Salvador | | | | | | |
| 43 | LA | Guatemala | | | | | | |
| 44 | LA | Honduras | | | | | | |
| 45 | LA | Mexico | | | | | | |
| 46 | LA | Nicaragua | | | | | | |
| 47 | LA | Panama | | | | | | |
| 48 | LA | Peru | | | | | | |
| 49 | LA | Puerto Rico | | | | | | |
| 50 | LA | Uruguay / Paraguay | | | | | | |
| 51 | LA | Venezuela | | | | | | |
| 52 | LA | West Indies | | | | | | |
| 53 | NA | Canada | | | | | | |

<< AUTO PATH >>

1

Last Updated: 25-Sep-00

Pfizer_MPatel_0077111

# Gabapentin – Pediatric Indication Registration Status

Last Updated: 25-Sep-00

| | Comments |
|---|---|
| 2 | |
| 34 | MCA deficiency letter 25-Feb-99 "Insufficient clinical safety data at 1 year." MCA has completed assessment and sent deficiency letter 28-Mar-99. Response submitted 26-May-99 . MCA has approved pediatric dosing for patients 6 to 12 years of age. |
| 35 | All the support was requested just now. |
| 36 | After receiving it a dossier will be elaborated and submitted to BOH |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |

<< AUTO PATH >>

1

Pfizer_MPatel_0077112

Gabapentin – Pediatric Indication Registration Status

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | Region | Country | Strength | Registration Filed | Registration Approved | Market Introduction | Registration Number | Manufacturing Site |
| 2 | NA | | | | | | | |
| 54 | | US | | | | | | |

Last Updated: 25-Sep-00

<< AUTO PATH >>

1