# EXHIBIT 12

| From: | Stampp, Jennifer |
|---|---|
| Sent: | Thursday, April 19, 2001 3:05 PM |
| To: | Acuna, Daniel; Ahmad, Feroze; Anello, Michele; Augustsson, Bjorn; Bartels, Dorthe; Bedoya, Arturo; Ben-Bihi, Brahim; Bentsen, Johan; Bocquel, Francois; Braun, Michael (Canada); Bull, Melanie; Carmichael, Kerryn; Chen, Nick Chao-Yuan; Christen, Regula; Comesana Diaz, Enrique; Crespo, Angela; Dempsey, Graham; Dorokhova, Irina; Dr. Taoufiq Agoumi; Esteban, Susana; Foureau, Monique; Futagami, Masako; Gallagher, David J; Garcia, Marino; Garcia-Pascual, Francisco Jose; Glanzman, Robert; Grun-Overdyking, Aurelie; Hakansson, Ulrika; Halim, Mohamed; Hallquist, Arnfinn; Haralambidis, John; Hayes, Paul; Herrmann, Volker; Jensen, Uffe K.; Khoo, Li-Ying; Krayacich, John; Lam, Kelvin; Lauzerte, Peggy; Linden, Rob Van Der; Man, Tsz-Leung King; Marino, John; Mayne, Danielle; Mieger, Thomas; Mr. Alejandro Fabricante; Mr. Andris Vakermanis; Ms Terezia Szadocka; Murad, Tawfik; Neumann, Anne-Katrin; Oliver, Alison C; Ong, Kim-Sun; Ozarpaci, Esra; Park, Ho-Kui; Pattinasarani, Alex; Pecek, Jelka; Perfecto, Ramon L; Perrotta, Michela; Petraki, Fani; Powolny, Krzysztof; Probert, David; Rastedt, Mia; Reehil, Kenna; Resetarits, Dorothea; Rosca, Gabriela ; Rowbotham, Michael; Ruud, Oyvind; Salgado, Ana B.; Sandborgh, Ola; Santos, Rui A; Schaer-Peyer, Beatrice; Schiller, Andrea; Shalchian, Camilla; Silva, Carlos J; Silva, Miguel; Simon, Csaba; Small, Janine; Smith, Ken; SOLIMAN, Hany H; Stampp, Jennifer; Staneva, Marina; Sunpongsri, Thanin; Svobodova, Lenka; Tive, Leslie; Vaarakangas, Heini; Van De Sompel, Karel; Van Der Poel, Jan; Wattanavirun, Narin; Weites, Jeroen; Yoder, Meg; Yunis, Christina |
| Subject: | Puerto Rico CNS PM/PP Follow up |
| Importance: | High |

## On behalf of the NEURONTIN Major Markets Team

Thank you to all that attended the NEURONTIN PM/PP meeting in **Puerto Rico**. This was a great opportunity to meet many of you who are involved in making NEURONTIN Pfizer's next **$2bn brand**

We have attached 3 documents which are taken from the workshops that you may find useful when building your plans and presentations for NEURONTIN.

1. **Country Product Platform**
   - This outlines the overall strategic plan and tactical program for NEURONTIN in 2001/2

2. **Promoting Neurontin in Pain and Epilepsy - "Building the business case"**
   - This contains the slides and comments from the workshop to asses the promotional resource required to maximise the sales in both Pain and Epilepsy
   - Look at all the available data and models to demonstrate the large sales potential for NEURONTIN
   - Match the sales opportunities with the sales force requirements to achieve this potential

3. **Dosing messages for Pain and Epilepsy**
   - The slides from the workshop contain the key clinical references to support promotional claims, especially around the dosing schedule
   - Dosing message in Epilepsy - start at 900mg/day and titrate upto 3,600mg/day for greater efficacy
   - Dosing Message in Ne Pain - start at 300mg/day, 600mg day 2, 900mg day 3 and titrate upto 3,600mg for greater efficacy

  

Plenary Session Puerto Rico Ap...    Neurontin Business case.ppt    Dosing - PR.ppt

1

The New **NEURONTIN Branding Guidelines** were also distributed at the meeting and a copy of these guidelines will be sent out to everyone who did not attend the Perto Rico meeting.

2001/2 will be a busy year for the NEURONTIN teams, with some key events coming up over the next 6 months that will develop NEURONTIN in Neuropathic Pain and Epilepsy

KEY EVENTS

**1 International Epilepsy Congress, Buenos Aires. May 13-18**
 - Pfizer will be continuing its sponsorship of the internationally renowned 'Meritt Putnam Symposium' .May 15th
 - NEURONTIN will also have an exhibition booth for customers

**2. World Congress in Neurology, London. June 17th - 22nd**
 - PM/PP meeting on 18th June [More details to follow]
 - Pfizer sponsored symposium on Neuropathic Pain, June 21st
 - Pfizer sponsored Round Table with journalists to raise the awareness of Neuropathic Pain and the impact it has on patients lives, June 21st

**3. World Institute of Pain, Istanbul. June 27th-30th**
 - Pfizer sponsored International Coalition of Pain advisory board. June 27th [Further details to follow]
 - Pfizer sponsored symposium on Neuropathic Pain, June 29th

**4. Regional (EUCAN, Asia, LA) International Coalition of Pain Meetings - October**
 - A communication with the objectives and program for these highly valuable meetings will be sent to you soon

Please feel free to contact us if you want further information on any of the presentations or programs

Kind Regards

| **Angela Crespo** | **Michael Rowbotham** | **David Probert** |
| Snr. Marketing Manager | Snr. Marketing Manager | Marketing Manager |
| Mainland Europe & L.A. | Canada, UK, Nordic & AfME | Asia, Australia |

Pfizer_RGlanzman_0004568