# EXHIBIT 13

# FILED UNDER SEAL

Case 1:04-cv-10981-PBS   Document 738-17   Filed 04/25/2007   Page 1 of 1