# EXHIBIT 14

CLINICAL THERAPEUTICS®/ VOL. 25, NO. 1, 2003

# Gabapentin Dosing for Neuropathic Pain: Evidence from Randomized, Placebo-Controlled Clinical Trials

Miroslav Backonja, MD,[1] and Robert L. Glanzman, MD[2]

[1]Departments of Neurology, Anesthesiology, and Rehabilitation Medicine, University of Wisconsin Hospital and Clinics, Madison, Wisconsin, and [2]Pfizer Inc, New York, New York

## ABSTRACT

**Background:** Pain is one of the most common reasons for seeking medical attention, and neuropathic pain is among the most common types of pain. Despite its prevalence, neuropathic pain is often underrecognized and inadequately treated. Many cases are refractory to the medications traditionally used for pain, such as nonsteroidal anti-inflammatory drugs. Tricyclic antidepressants are considered first-line agents for neuropathic pain, but their use is limited by unwanted side effects and a risk of cardiovascular mortality.

**Objectives:** The goals of this article were to review data on the efficacy and tolerability of gabapentin in the treatment of neuropathic pain in adults and to determine the optimal dosing schedule.

**Methods:** Randomized controlled studies of gabapentin for neuropathic pain were identified through a search of PubMed and MEDLINE from 1966 to the present using the search terms *gabapentin, randomized, placebo,* and *pain.* Abstracts of identified articles were screened for study size (>100 patients per treatment arm) and use of appropriate efficacy measures. A separate review based on information provided by the manufacturer of gabapentin and clinical trial Web sites was conducted to ascertain whether there had been any other relevant industry- or government-sponsored trials. The manufacturer provided additional unpublished study data.

**Results:** Data from 5 randomized, placebo-controlled trials were included in the review, 1 of which has not yet been published. Gabapentin was effective in the treatment of painful diabetic neuropathy, postherpetic neuralgia, and other neuropathic pain syndromes. It relieved symptoms of allodynia, burning pain,

*Accepted for publication October 14, 2002.*

Printed in the USA. Reproduction in whole or part is not permitted.

0149-2918/03/$19.00

Copyright © 2003 Excerpta Medica, Inc.

shooting pain, and hyperesthesia. Adverse effects were typically mild to moderate and usually subsided within ~10 days from the initiation of treatment. Based on available data, it appears that treatment should be started at a dose of 900 mg/d (300 mg/d on day 1, 600 mg/d on day 2, and 900 mg/d on day 3). Additional titration to 1800 mg/d is recommended for greater efficacy. Doses up to 3600 mg/d may be needed in some patients. The effective dose should be individualized according to patient response and tolerability.

**Conclusion:** At doses of 1800 to 3600 mg/d, gabapentin was effective and well tolerated in the treatment of adults with neuropathic pain. (*Clin Ther.* 2003; 25:81–104) Copyright © 2003 Excerpta Medica, Inc.

**Key words:** gabapentin, neuropathic pain, postherpetic neuralgia, diabetic neuropathy, neuropathic syndrome.

---

## INTRODUCTION

The chronic pain of neuropathy has multiple etiologies and pathophysiologic manifestations (eg, ongoing pain described as shocklike or burning, hypersensitivity such as allodynia). By definition, neuropathic pain results from a primary lesion in or dysfunction of the nervous system. It serves no physiologic purpose,[1] causes physical as well as social[2] and psychological[3–5] impairment, and merits specific intervention for the alleviation of symptoms.

In practice, however, neuropathic pain can be underrecognized as a discrete medical condition, and diagnosis is not necessarily followed by appropriate or adequate treatment. This probably results from the condition's varied manifestations and its association with such comorbid conditions as cancer, HIV infection, and diabetes, which themselves require specific and often elaborate treatment regimens. In addition, the issue is further complicated by the frequent coexistence of neuropathic pain with other types of pain (eg, myofascial or inflammatory pain).

As with any chronic pain, the treatment of neuropathic pain requires a multimodal, multidisciplinary approach based on the principles of satisfactory pain relief and improved function. The approach should include physical therapy (with an emphasis on active modalities), psychological or behavioral interventions, and such options as nerve block and transcutaneous electrical nerve stimulation. In more refractory cases, spinal infusion and stimulation therapies may be effective. However, pharmacotherapy remains the mainstay of treatment. As the underlying mechanisms of neuropathy continue to be elucidated, more pharmacotherapeutic options are likely to be developed.

This article reviews available data on the efficacy and tolerability of gabapentin in the treatment of neuropathic pain in adults. Dosing schemes are suggested to achieve maximal efficacy while minimizing the occurrence of adverse events.

## MATERIALS AND METHODS

Randomized controlled studies of gabapentin for neuropathic pain were identified through a search of PubMed and MEDLINE from 1966 to the present using the search terms *gabapentin, randomized, placebo,* and *pain.* Abstracts of identified articles were then screened for study size (>100 patients per treatment arm) and use of appropriate efficacy measures. A separate review based on information supplied by the manufacturer of gabapentin and clinical trial Web sites such as clinicaltrials.gov was conducted to ascertain whether there had been any other relevant industry- or government-sponsored trials. The manufacturer provided additional unpublished study data.

## CURRENTLY AVAILABLE TREATMENTS

### Nonsteroidal Anti-inflammatory Drugs

In current clinical practice, analgesics such as nonsteroidal anti-inflammatory drugs (NSAIDs) have been used to treat neuropathic pain, often with less-than-optimal results. However, few clinical trials to date have assessed the efficacy of NSAIDs in neuropathic pain, and those that have done so have shown mixed results.[6–8] At least 2 small trials of topical NSAIDs and 3 trials of oral NSAIDs for neuropathic pain have been conducted, reporting some efficacy for oral ibuprofen or sulindac in painful diabetic neuropathy (PDN)[7] and for topical acetylsalicylic acid/diethyl ester in postherpetic neuralgia (PHN).[7] Other trials of oral NSAIDs in lumbosacral radiculopathy and PHN showed no significant analgesic effect.[9] In addition, use of NSAIDs is limited by their gastrointestinal side effects and nonspecific activity.[6,8]

### Opiates

It has been argued that opioids do not relieve neuropathic pain—specifically allodynia, which is an important aspect of many types of neuropathic pain.[10] However, randomized clinical trials[11–13] have reported relief of neuropathic pain with opioids. In several double-blind, placebo-controlled studies, 4 weeks of oxycodone treatment,[13] or 4[11] or 6[12] weeks of tramadol treatment were more effective than placebo at relieving pain, including allodynia. In addition to higher efficacy compared with placebo, tramadol was also associated with a significantly greater frequency of adverse events, including nausea, constipation, somnolence, dizziness, dry mouth, and sweating ($P < 0.05$).[11,12]

Thus, although opiates were effective for neuropathic pain, more patients treated with oxycodone or tramadol discontinued treatment due to adverse events compared with placebo.[11–13] The effectiveness of opioids is also considered variable and may depend on the site of injury, with peripheral nerve injuries typically more responsive to opioids than nerve root or spinal cord injuries.[14] Despite limitations, judicious use of opioids is a treatment option for some patients, pro-

viding moderate alleviation of pain and improvement in quality of life (QOL) without causing problems of addiction or tolerance.[15]

### Tricyclic Antidepressants

In current practice, tricyclic antidepressants (TCAs) have become the standard of treatment for neuropathic pain. TCAs have been found effective in relieving neuropathic pain in 30% to 50% of patients, based on meta-analyses of data from relatively small randomized controlled trials.[7,16] The analysis by McQuay et al[16] included 21 trials involving 400 patients taking 10 different antidepressants and 373 receiving placebo, and the analysis by Kingery[7] included 13 small randomized controlled trials of antidepressant use for peripheral neuropathic pain. However, 1 study[17] observed an insured population—52,750 patients who were not taking antidepressants and 2247 who received ≥1 prescription for an antidepressant (1650 taking TCAs, 655 taking selective serotonin reuptake inhibitors, 279 taking monoamine oxidase inhibitors or other antidepressants)—for 6 months to 4.5 years. The results suggested that the long-term use of TCAs was associated with significant adverse health consequences. There was a 2.2-fold greater relative risk of myocardial infarction and a 1.7-fold greater relative risk of overall mortality associated with the use of TCAs compared with placebo. The relative risk of myocardial infarction increased 2.6-fold in patients who were concomitant users of TCAs and cardiac medications.

The potential for such serious adverse outcomes, coupled with the sedating and anticholinergic effects of such agents as amitriptyline,[8] mandates the use of extreme caution and close supervision when prescribing TCAs. The authors of the previous study[17] reviewed potential mechanisms suggesting that the observed increase in cardiovascular risk may have been related to the effects of depression on atherosclerosis, changes in catecholamine levels, blood pressure, heart rate, or other physiologic factors. They concluded that their findings were consistent with the hypothesis that antidepressants exacerbate the cardiovascular effects of depression. They did not specifically analyze whether there was any relationship between cardiovascular risk and the TCA doses used for pain or depression.

### Antiepileptic Drugs

Given the limitations of the available pharmacotherapeutic options for neuropathic pain, a considerable number of patients may experience only moderate improvements and intolerable side effects. Older antiepileptic medications, such as carbamazepine and phenytoin, have been used in the management of pain disorders, although their use in neuropathic pain has been limited by lack of efficacy, adverse effects, or both.[18]

The need for alternative medications for the treatment of neuropathic pain led to the investigation of 2 newer antiepileptic medications, gabapentin and lamo-

trigine. In a double-blind, placebo-controlled study in 100 patients with mixed neuropathic pain syndromes,[19] lamotrigine at doses up to 200 mg/d did not relieve pain; the author hypothesized that the daily dose used was too low. Smaller double-blind, placebo-controlled studies of lamotrigine at doses ranging from 200 to 400 mg/d reported significant pain relief compared with placebo.[20–23] This included relief of pain in PDN (200, 300, and 400 mg/d; $P < 0.001$),[20] pain after central stroke (200 mg/d; $P = 0.01$),[21] and refractory trigeminal neuralgia (400 mg/d; $P < 0.05$).[22] However, 3 of these studies[20,21,23] also reported a greater frequency of rash in patients taking lamotrigine. This was thought to be the result of too-rapid titration.

## GABAPENTIN

The antiepileptic agent gabapentin has been the subject of numerous case reports and case series in the literature and has been specifically studied as an initial or add-on treatment for neuropathic pain. It has been available in the United States since 1993 as adjunctive therapy for the treatment of partial seizures[24] and has demonstrated a good safety profile for this indication. Since January 1998, >8.7 million patients have received gabapentin in clinical trials and everyday practice without a causal relationship being established between its use and any specific, life-threatening organ toxicity.[25]

Gabapentin is structurally related to the neurotransmitter gamma-aminobutyric acid (GABA), but there is no evidence that it binds directly to GABA receptors or that it has any effect on the uptake or breakdown of GABA. The mechanism involved in gabapentin's analgesic action is not yet known, although a possible mechanism is suggested by emerging data regarding its ability to modulate calcium channels. Evidence shows that gabapentin binds to the $\alpha_2\delta$ subunit of voltage-dependent calcium channels,[26] which action can obstruct the maintenance of allodynia or mechanical hypersensitivity in animal models of neuropathic pain.[27] Some authors have postulated that the binding of gabapentin to the $\alpha_2\delta$ subunit at postsynaptic dorsal-horn neurons may play a role in the modulation of GABAergic, glutaminergic, and monoaminergic function and disrupt several processes involved in the development of neuropathic pain.[26,28,29]

The pharmacokinetic properties of gabapentin predict a good safety profile and good bioavailability in a wide spectrum of populations. Gabapentin is rapidly absorbed after oral administration,[30] with interindividual and dose-dependent variability in bioavailability.[31] It does not bind to plasma proteins, is excreted entirely via the kidneys in an unmetabolized form, and does not induce or inhibit liver enzymes.[24,32] No specific effects on the cardiovascular or respiratory systems have been identified. Although renal impairment reduces gabapentin's clearance in adults, age has no direct effect on its elimination.[33] No significant interactions have been noted between gabapentin and conventional antiepileptic agents or oral contraceptives.[34]

The efficacy of gabapentin in neuropathic pain was first reported in case studies[35,36] and animal models of neuropathy.[37–39] Results of a subsequent retrospective review[40] and an open-label study[31] substantiated the potential efficacy suggested by the earlier observations. In the review population,[40] the median age of patients with neuropathic pain was 50 years (range, 12–79 years), and gabapentin doses ranged from 600 to 2400 mg/d. Sedation, dizziness, nausea, and gastrointestinal upset were the most frequent side effects, none of which led to withdrawal of therapy. In the open-label study,[41] patients presented with a variety of pain syndromes and etiologies. Their median age was 64 years (range, 20–90 years), and gabapentin was increased from a starting dose of 100 mg/d to 900 to 2700 mg/d over 6 to 12 days. Gabapentin was generally well tolerated on this dosing schedule, with no occurrence of serious or life-threatening adverse events. Ten percent of patients experienced drowsiness that prevented titration to a therapeutic dose. In most cases, transient drowsiness during dose escalation disappeared within 7 to 10 days from the initiation of treatment. Overall, 65% of patients in this study were reported to have a moderate to excellent response.[41] These results were encouraging, prompting a more rigorous investigation of gabapentin monotherapy for the treatment of neuropathic pain.

## RANDOMIZED, PLACEBO-CONTROLLED TRIALS

As summarized in Table I, the literature search identified published reports of 4 multicenter, randomized, placebo-controlled trials of the efficacy and tolerability of gabapentin in adult patients with neuropathic pain of various etiologies[42–45] and an unpublished trial by Reckless et al (data on file, Study 945-224, February 7, 2000, Pfizer Inc, New York, New York). One of the published clinical trials[42] and the unpublished clinical trial involved patients with PDN, 2 trials involved patients with PHN,[44,45] and 1 trial involved patients with mixed neuropathic pain syndromes including PDN and PHN.[43] A supplemental analysis of pooled data from patients with PDN in the aforementioned studies is also included in this review (data on file, studies 945-210, 945-224, 945-306, August 2002, Pfizer Inc).

The doses of gabapentin used in these studies ranged from 900 to 3600 mg/d for periods of between 7 and 8 weeks. These doses were within the range indicated for the control of epilepsy,[24] as well as the range used in the case series in neuropathic pain. The earliest case studies used slightly lower doses (300–900 mg/d[35] and 900–1200 mg/d[36]). The primary efficacy variable in all studies was change in mean daily pain scores, based on an 11-point Likert scale (from 0 = no pain to 10 = worst possible pain). The studies required a 14- to 30-day washout of other neuropathic medications, benzodiazepines, muscle relaxants, steroids, capsaicin, mexiletine, dextromethorphan, NSAIDs prescribed for neuralgia, and anticonvulsants. In certain studies, mild opiates, antidepressants, acetylsalicylic

Table I. Summary of clinical trials of gabapentin (GBP) versus placebo (PBO) in neuropathic pain.[42-45][a]

| Study (Country) | No. of Patients | Duration, wk | Dose, mg/d | Change in Mean Daily Pain Scores (baseline, end point)[†] | Responder Rate[‡] | Time to Significant Response, wk (Dose) |
|---|---|---|---|---|---|---|
| PDN I (US)[42] | 165 | 8 | 900–3600 | GBP: ↓40.6%§ (6.4, 3.8)<br>PBO: ↓21.5% (6.5, 5.1) | GBP: 47.6%§<br>PBO: 20.0% | 2 (1800 mg/d)§ |
| PDN II (UK, EU, SA) | 325 | 7 | 600–2400 | GBP 600: ↓22.2% (6.3, 4.9)<br>GBP 1200: ↓36.1% (6.1, 3.9)<br>GBP 2400: ↓33.9% (6.2, 4.1)<br>PBO: ↓27.4% (6.2, 4.5) | GBP 600: 15.9%<br>GBP 1200: 40.2%‖<br>GBP 2400: 30.1%<br>PBO: 25.0% | NA |
| PHN I (US)[44] | 229 | 8 | 900–3600 | GBP: ↓33.3%§ (6.3, 4.2)<br>PBO: ↓7.7% (6.5, 6.0) | GBP: 29.4%<br>PBO: 12.1% | 1 (900 mg/d)§ |
| PHN II (UK)[45] | 334 | 7 | 1800, 2400 | GBP 1800: ↓34.5%¶ (6.5, 4.3)<br>GBP 2400: ↓34.4%¶ (6.5, 4.2)<br>PBO: ↓15.7% (6.4, 5.3) | GBP 1800: 32.2%§<br>GBP 2400: 34.3%§<br>PBO: 14.4% | 1 (1200 mg/d)¶ |
| Mixed Neuropathic Pain Syndromes (UK)[43] | 305 | 8 | 900–2400 | GBP: ↓21.1%# (7.1, 5.6)<br>PBO: ↓13.7% (7.3, 6.3) | GBP: 21.9%<br>PBO: 14.9% | 1 (900 mg/d)** |

PDN = painful diabetic neuropathy; US = United States; UK = United Kingdom; EU = Europe; SA = South Africa; NA = not applicable; PHN = postherpetic neuralgia.
[a]Reference citations are provided for published study reports. Data for PDN II are on file with Pfizer Inc, New York, New York (Study 945-224). Additional study data on file with the manufacturer, with the respective reference citations, include 945-210,[42] 945-211,[44] 945-295,[45] and 945-306.[43] For the US PHN trial, data on the time to a significant response are available in the package insert for gabapentin.[24]
[†]Rated on an 11-point Likert scale, from 0 = no pain to 10 = worst possible pain.
[‡]Percentage of patients with ≥50% improvement in pain score (data on file; RR-REG 720-30078 [ISE], Pfizer Inc).
§$p < 0.001$ versus placebo.
‖$p = 0.04$ versus placebo.
¶$p < 0.01$ versus placebo.
#$p < 0.05$ versus placebo.
**$p = 0.02$ versus placebo.

acid, and NSAIDs prescribed for conditions other than neuralgia could be continued if doses had been stabilized before the study. Adverse events were recorded in all studies, and investigators assessed the relationship of adverse events to study drug before unblinding.

### Painful Diabetic Neuropathy

#### US Study

The published study of gabapentin in PDN[42] was an 8-week, randomized, double-blind, placebo-controlled trial conducted in the United States in 165 patients aged ≥18 years (mean age, 53 years) with a 1- to 5-year history of PDN, a minimum pain score of 40 on the 100-mm visual analog scale (VAS) of the Short-Form McGill Pain Questionnaire (SF-MPQ[46]), and a baseline daily pain severity of ≥4 on the 11-point Likert scale. Patients were excluded if they had other severe pain not related to diabetic neuropathy, a glycated hemoglobin ($HbA_{1c}$) value >0.11%, or a creatinine clearance <60 mL/min. Patients continued to take antidiabetic medications and were permitted to continue selective serotonin reuptake inhibitors and acetaminophen or acetylsalicylic acid for prophylaxis of cardiovascular events, but used no other medications that could affect the symptoms of PDN. The main outcome measure was daily pain severity measured on the 11-point Likert scale. Secondary measures included sleep interference scores (11-point Likert scale, from 0 = pain did not interfere with sleep to 10 = unable to sleep due to pain) and scores on the SF-MPQ, the Patient's and Clinician's Global Impression of Change (PGIC, CGIC) scales, the QOL questionnaire of the 36-item Short-Form Health Survey (SF-QOL),[47] and the Profile of Mood States.[48] The study was designed to have 90% power to detect a 30% difference and >80% power to detect a 25% difference between gabapentin and placebo.

The gabapentin dose was increased from 900 to 3600 mg/d, or to the maximum tolerated dose, over the first 4 weeks of the study, with target doses of 900 mg/d in week 1, 1800 mg/d in week 2, 2400 mg/d in week 3, and 3600 mg/d in week 4 (Table II).[42] Dosing was 3 times daily. Once the maintenance dose was achieved, it was continued for the next 4 weeks while efficacy and tolerability parameters continued to be assessed. During the titration phase, patients received twice-weekly telephone reminders to fill out their daily diaries and record adverse events; they continued to fill out the diaries during the fixed-dose treatment period. Overall, 83% of patients completed the study; 67% of patients in the gabapentin group achieved the target dose of 3600 mg/d, indicating good tolerability.

Baseline mean daily pain scores were 6.4 in the gabapentin group and 6.5 in the placebo group.[42] After 8 weeks of treatment, mean daily pain scores reported by patients in the gabapentin group were significantly lower than those reported by patients in the placebo group (3.9 vs 5.1; $P < 0.001$). Patients receiving

Table II. Gabapentin titration schedules from randomized controlled trials of gabapentin in neuropathic pain.[42–45]*

| Study (Country) | Maximum Dose per Time Period,[†] mg/d | | | | |
| --- | --- | --- | --- | --- | --- |
| | Day 3 | Days 4–7 | Week 2 | Week 3 | Week 4 |
| PDN I (US)[42] | 900 | 900 | 1800 | 2400 | 3600 |
| PDN II | | | | | |
| (UK, EU, SA)[†] | 600/900 | 600/900 | 600/1200/1800 | 600/1200/2400 | 600/1200/2400 |
| PHN I (US)[44] | 900 | 900 | 1800 | 2400 | 3600 |
| PHN II (UK)[45] | 900 | 1200 | 1800 | 1800/2400 | 1800/2400 |
| Mixed Neuropathic Pain Syndromes (UK)[43] | 900 | 900 | 900 | 900/1800 | 2400 |

PDN = painful diabetic neuropathy; US = United States; UK = United Kingdom; EU = Europe; SA = South Africa; PHN = postherpetic neuralgia.
* Reckless et al (data on file, Study 945-224, February 7, 2000, Pfizer Inc, New York, New York).
[†] Generally administered in 3 divided doses.

gabapentin had a 40.6% absolute decrease in mean pain score, whereas those who received placebo had a 21.5% decrease (Table I). Improvements with gabapentin 1800 mg/d were significantly greater than those in the placebo group; this difference was evident as early as 2 weeks after initiation of treatment (weeks 2–8, $P < 0.05$). Improvements in secondary end points were also significantly greater with gabapentin than with placebo, including measures of sleep interference ($P < 0.05$), SF-MPQ (total pain, $P < 0.01$; present pain intensity [PPI], $P < 0.05$; mean pain VAS, $P < 0.01$), mood (total mood disturbance, $P = 0.03$), and SF-QOL (bodily pain, $P = 0.01$; mental health, $P = 0.03$; and vitality, $P = 0.001$). Statistically significant improvement on all pain rating scales was noted by week 2 ($P < 0.05$), when patients were receiving gabapentin 1800 mg/d.

Seven (8%) of 84 patients in the gabapentin group and 5 (6%) of 81 patients in the placebo group withdrew because of adverse events; the between-group difference in such withdrawals was not statistically significant.[42] Adverse events reported by the gabapentin group were typically mild to moderate in intensity and included dizziness (24% gabapentin vs 5% placebo; $P < 0.001$) and somnolence (23% vs 6%; $P < 0.004$). The high dose of gabapentin (3600 mg/d) used in this study may explain the relatively high frequency of dizziness and somnolence compared with placebo. Additional studies should examine this possible dose-related effect. Glycemic control and the status of patients' diabetes were not adversely affected by gabapentin treatment, as indicated by a lack of significant alterations in HbA$_{1c}$ values and an absence of changes in sensory modalities (sensitivity to temperature, light touch, pinprick), reflexes, or gait during neurologic examination.

In analyzing the strengths and weaknesses of this study,[42] one might object that it used clinical rather than electrophysiologic data for assessment of pain. However, given that treatment is targeted at relieving pain rather than addressing the underlying disease process, patients' subjective assessments provide the most appropriate measure of the effectiveness of an intervention. Although the higher incidence of dizziness and somnolence with gabapentin could have unblinded patients or physicians to treatment assignment, none of the complications noted were specific to gabapentin. Furthermore, the results of the efficacy analysis were not altered when patients who experienced these adverse events were omitted.

### Multinational Study

The unpublished clinical trial of gabapentin in PDN by Reckless et al (data on file, Study 945-224, February 7, 2000, Pfizer Inc) included 325 patients aged ≥18 years from the United Kingdom, Europe, and South Africa who had a history of PDN and a score ≥40 on the 100-mm VAS of the SF-MPQ. Patients were required to have an $HbA_{1c}$ value ≤10% and a mean pain score ≥4 on the 11-point Likert scale. They could not have previous exposure to gabapentin, a creatinine clearance ≤60 mL/min, other potential causes of neuropathy, or other severe pain. Patients were randomized to receive gabapentin 600, 1200, or 2400 mg/d, or placebo. In the group assigned to gabapentin 600 mg/d, dosing was begun at 600 mg/d on day 1. In the groups assigned to 1200 or 2400 mg/d, the dose was increased gradually over 1 and 3 weeks, respectively. Once the target doses had been reached, they were continued for the remainder of the 7-week study. Patients were seen at 5 clinic visits during the study and were contacted twice weekly with a reminder to fill out their daily pain diaries. The primary efficacy end point was change in weekly mean pain score, measured on the 11-point Likert scale. Secondary outcome measures were the mean sleep score (11-point Likert scale), CGIC and PGIC (7-point scale), and SF-QOL. The study was designed to have 90% power to detect a 1.3-point difference in weekly mean pain scores. After completion of the trial, a subset of patients across treatment arms of the double-blind study entered a 4-month open-label phase. Patients received gabapentin 600 mg/d at the beginning of the crossover; this was titrated over 4 weeks to a maximum of 2400 mg/d until patients felt they had achieved the same level of pain relief they had achieved at the end of double-blind treatment.

Mean pain scores decreased from baseline to end point in all groups, but there were no significant differences between any treatment group and the placebo group (Table I). There was a significant difference in response rate (the proportion of patients with ≥50% improvement in pain score) between the group that received gabapentin 1200 mg and the placebo group ($P < 0.05$). Responder rates were 16%, 40%, 30%, and 25% in the gabapentin 600-, 1200-, and 2400-mg/d groups and the placebo group, respectively. Four patients in the gabapentin 2400-mg group and 1 each in the 600-

and 1200-mg groups were pain free, compared with none in the placebo group. Some changes in secondary measures were significantly different between the gabapentin and placebo groups. At the end of the study, mean sleep interference scores were 3.85, 2.80, 3.01, and 3.87 for gabapentin 600, 1200, and 2400 mg/d and placebo, respectively ($P = 0.001$, gabapentin 1200 mg/d vs placebo; $P = 0.01$, gabapentin 2400 mg/d vs placebo). The proportions of patients rated "much improved" or "very much improved" on the CGIC were 30.6%, 50.0%, 45.3%, and 37.8% in the respective treatment groups. The gabapentin 1200-mg/d group had significant improvements on 5 of the 8 domains of the SF-QOL: role–physical, social functioning, mental health, role–emotional, and vitality ($P < 0.05$ vs placebo).

In the open-label phase, the mean pain score decreased from 4.4 to 3.3, and the mean sleep interference score decreased from 3.4 to 2.4. Scores on the VAS and PPI scales of the SF-MPQ were further reduced from the decreases observed during the double-blind phase. Forty percent of patients had further improvements in PGIC and CGIC scores.

Gabapentin was generally well tolerated, with 9% of patients receiving gabapentin and 10% of patients receiving placebo withdrawn due to adverse events. The most frequent adverse events were dizziness and somnolence, although only the difference in somnolence between the gabapentin 2400-mg group and the placebo group reached statistical significance (13.0% vs 1.3%, respectively; $P < 0.005$). In the open-label extension, 24% of patients experienced treatment-related adverse events, the most common being asthenia, dizziness, and somnolence. The course of diabetes was not altered by gabapentin treatment, as demonstrated by consistent $HbA_{1c}$ values.

On further analysis, the abnormally high rate of placebo response and the inconsistency in dose responses in this study stand out. It is likely that the high placebo response (27%) in this study compared with the other studies reviewed is a factor in the lack of significance for the gabapentin treatment groups. In addition, some of the doses used in this study were considerably lower than those used in other studies and, in fact, are outside the suggested dosing range for the treatment of PHN recently approved by the US Food and Drug Administration (FDA). In addition, although this study did not observe a significant difference in the primary efficacy parameter—weekly mean pain score—between gabapentin 600 to 2400 mg/d and placebo, it did show significant changes with gabapentin 1200 mg/d on several secondary parameters, including response rates, 5 of 8 SF-QOL domains, weekly mean sleep interference score, and CGIC.

### Postherpetic Neuralgia

#### US Study

An 8-week, randomized, double-blind, placebo-controlled, parallel-group trial[44] assessed the efficacy and tolerability of gabapentin in 229 patients (113

gabapentin, 116 placebo) from 16 outpatient clinical centers in the United States who had been experiencing PHN for >3 months after the healing of a herpes zoster skin rash (Table I). Eligible patients had to have baseline pain intensity scores ≥40 on the 100-mm VAS of the SF-MPQ and a mean daily pain score ≥4 on the 11-point Likert scale. Included patients could not have severe pain from a cause other than PHN and could not have significant hepatic or renal insufficiency. They were permitted to continue taking previously prescribed TCAs and/or narcotics at a constant dose throughout the study, but they could not take muscle relaxants, anticonvulsants, mexiletine, topical analgesics, or antiviral agents.

A 1-week baseline period was followed by 4 weeks of dose escalation (from 900 to 3600 mg/d) to determine each patient's maximum tolerated dose[44] (Table II). This was followed by a 4-week dose-stabilization period. There were at least 5 visits over the study period, and patients kept daily pain and sleep diaries. The primary efficacy parameter, change in mean daily pain score from baseline to the final study week, was measured on the 11-point Likert scale, with a significant change from baseline indicated by a minimum change of 1.5 points. The study was designed to have 80% power to detect a 1.5-point change in mean daily pain score.

Of 229 patients enrolled, 184 (80.3%) completed the study (89 [78.8%] gabapentin recipients, 95 [81.9%] placebo recipients).[44] Patients' mean age was >70 years. Of those who achieved stable dosing with gabapentin, 83% of patients received ≥2400 mg/d and 65% received 3600 mg/d, indicating that gabapentin was well tolerated in this elderly population.

At the end of the study, mean daily pain scores were 4.2 in the gabapentin group and 6.0 in the placebo group, for respective decreases of 33.3% and 7.7% ($P < 0.001$) (Table I).[44] Although the earliest data available in the published report were from the second week of treatment, examination of the change in mean daily pain score over the entire 8-week period shows a significant reduction in pain score by week 1 ($P < 0.01$),[24] when patients were receiving gabapentin 900 mg/d. Further reductions in scores were observed over time, with significant efficacy noted after week 2 ($P < 0.001$), when patients were receiving gabapentin 1800 mg/d. Significant improvement in a number of secondary end points, such as the 11-point sleep interference scale ($P < 0.001$) and SF-MPQ scores (total pain, $P < 0.001$; sensory pain, $P < 0.001$; affective pain, $P < 0.001$; PPI, $P < 0.01$), were also observed in the gabapentin group compared with the placebo group. Overall, 16% of the gabapentin group reported "no pain" at the end of the study, compared with 8% of the placebo group; 43% of the gabapentin group categorized their pain as "much or moderately improved," compared with 12% of the placebo group. Greater improvement on the SF-QOL domains of physical functioning, role–physical, bodily pain, vitality, and mental health was seen with gabapentin compared with placebo ($P < 0.01$).[44]

   Fifteen (13.3%) patients in the gabapentin group and 11 (9.5%) patients in the placebo group were withdrawn from the trial because of adverse events attributed to study medication.[44] The most frequently reported adverse events occurring at a higher rate in the gabapentin group than in the placebo group were somnolence (27.4% vs 5.2%, respectively), dizziness (23.9% vs 5.2%), ataxia (7.1% vs 0.0%), peripheral edema (9.7% vs 3.4%), and infection (8.0% vs 2.6%). The absence of serious drug-related adverse events, as assessed by investigators before breaking of the study blind, suggests the tolerability of gabapentin in older patients (mean age, 73 years) and at doses as high as 3600 mg/d.

### UK Study

   This 7-week, randomized, double-blind, placebo-controlled trial assessed the efficacy and tolerability of fixed doses of gabapentin 1800 and 2400 mg/d for the treatment of PHN in 334 men and women aged ≥18 years from 48 hospital outpatient pain clinics and 3 general practices (Table I).[45] Based on the available data, this is the largest study reported to date in patients with PHN. Eligible patients had to have persistent pain for >3 months after the healing of an acute herpes zoster skin rash and a mean pain score ≥4 on the 11-point Likert scale. Criteria for exclusion included failure to respond to previous treatment with gabapentin ≥1200 mg/d and side effects or contraindications at any dose level. Patients were seen at 5 visits during the study period, received 2 calls from investigators in the intervening weeks, and kept daily pain and sleep diaries. The study was designed to have 90% power to detect a 1.0-point change in mean daily pain score. The fixed doses of 1800 and 2400 mg/d were chosen to provide a simple dosing regimen with a rapid titration period and to minimize adverse events. The study was not designed to specifically compare the efficacy of the 2 doses, which would require a greater number of patients.

   After a 1-week baseline period, patients were randomized to receive gabapentin 1800 mg/d (n = 115) or 2400 mg/d (n = 108), or placebo (n = 111).[45] This was followed by a 4-day forced-titration period, during which the dose of gabapentin was increased from 900 to 1200 mg/d (Table II); dosing remained stable for the remainder of the week. After 1 week of treatment, the gabapentin dose was increased to 1500 mg/d on day 8 and to 1800 mg/d on days 9 through 14. In patients randomized to gabapentin 2400 mg/d, the dose was further escalated to 2100 mg/d on day 15 and to 2400 mg/d on day 16. Those who were unable to tolerate the dosing regimen to which they were randomized were withdrawn from the study. Weeks 3 through 7 were a stable dosing period for all patients. Patients continued to take concurrent medications for the treatment of PHN; 25% of patients continued to take the antidepressant amitriptyline.

   As in the other studies described here, the primary efficacy outcome was change in mean daily pain score from baseline to the final study week measured

on the 11-point Likert scale.[45] At the end of the study, the difference in mean pain scores between gabapentin and placebo was 18.8% for the group that received gabapentin 1800 mg/d and 18.7% for the group that received 2400 mg/d ($P < 0.01$, both gabapentin groups vs placebo). Statistically significant reductions in daily pain scores between the gabapentin and placebo groups were achieved by week 1, when the gabapentin group was receiving a dose of 1200 mg/d ($P < 0.01$). The proportion of patients with a ≥50% reduction in mean pain score from baseline to the end of treatment was significantly greater in both gabapentin groups compared with the placebo group (1800 mg/d, 32%; 2400 mg/d, 34%; placebo, 14%; $P = 0.001$, both gabapentin groups vs placebo) (Table I). The efficacy results were clinically notable, given that the study population consisted of patients who had been refractory to previous treatment for pain, including TCAs.

Sleep interference (11-point Likert scale) was improved in a pattern similar to that of pain improvement, with active treatment resulting in a significantly greater improvement compared with placebo beginning at week 1 and continuing through week 7 ($P < 0.01$, both gabapentin doses vs placebo).[45] Significant improvements were seen in other secondary efficacy measures. Scores on the PGIC were improved by 41% with 1800 mg/d, 43% with 2400 mg/d, and 23% with placebo ($P = 0.003$, 1800 mg vs placebo; $P = 0.005$, 2400 mg vs placebo); respective improvements on the CGIC were 44%, 44%, and 19% ($P = 0.002$, 1800 mg vs placebo; $P = 0.001$, 2400 mg vs placebo). On the SF-MPQ, improvements in the sensory score were a respective –4.5, –5.3, and –2.6 ($P < 0.05$, both gabapentin doses vs placebo); in the total score, a respective –5.9, –7.1, and –3.4 ($P < 0.05$, both gabapentin doses vs placebo); and in the pain VAS score, a respective –20, –24, and –14 ($P < 0.05$, 2400 mg/d vs placebo). Significant improvements on specific aspects of the SF-QOL questionnaire included vitality ($P < 0.05$, both gabapentin doses vs placebo); bodily pain ($P < 0.01$, 1800 mg/d vs placebo); and mental health ($P < 0.05$, 1800 mg/d vs placebo). Overall, the results suggest that both doses of gabapentin improved both physical and psychological well-being.

Gabapentin treatment was well tolerated.[45] Fifteen (13.0%) patients in the gabapentin 1800-mg/d group, 19 (17.6%) patients in the gabapentin 2400-mg/d group, and 7 (6.3%) patients in the placebo group withdrew because of adverse events. Most withdrawals in the gabapentin groups occurred during the titration phase, which was relatively short. As in other studies, dizziness (31% gabapentin 1800 mg/d, 33% gabapentin 2400 mg/d, 9.9% placebo) and somnolence (17.4%, 20.4%, 6.3%, respectively) were the most frequent adverse events, with peripheral edema occurring less frequently (5.2%, 11.1%, and 0%). There were 5 serious adverse events during the study (3, 1, 1, respectively). Before investigators were unblinded to treatment assignment, they judged none of these events to be related to study drug.

### Mixed Neuropathic Pain Syndromes Study

This 8-week, randomized, double-blind, placebo-controlled trial was conducted in the United Kingdom and enrolled 305 patients aged ≥18 years with a wide range of neuropathic pain syndromes, including PDN (Table I).[43] Eligible patients had ≥2 of the following symptoms: allodynia, burning pain, shooting pain, or hyperesthesia. Their pain had to be severe (mean baseline pain score, 7.2 on the 11-point Likert scale) and recalcitrant to analgesics, amitriptyline, and/or anticonvulsants. Thus, unlike the other studies described here, inclusion was based on symptoms rather than on a specific type or cause of neuropathic pain. The most common neuropathic pain syndromes represented included back pain, complex regional pain syndrome, PHN, and postsurgical pain. Thus, the patient population more closely represented that seen in clinical practice. Exclusion criteria included failure to respond to previous treatment with gabapentin at a dose ≥900 mg/d (or at a lower level in the case of side effects); renal impairment or creatinine clearance ≤60 mL/min; and other severe pain that might impair the assessment of neuropathic pain. Assessment of the primary variable—pain diary data—was performed using analysis of covariance (ANCOVA), with treatment, study center, and the mean score from the final 7 pretreatment measurements as covariates.

After a 1-week baseline period, 153 patients were randomized to receive gabapentin and 152 to receive placebo.[43] Gabapentin treatment was initiated by titrating the dose to 900 mg/d on a TID schedule over 3 days and then to a maximum of 2400 mg/d over 5 weeks, depending on treatment assignment and as required to achieve a pain response (defined as a ≥50% reduction in overall pain) (Table II). Doses were then maintained at these levels for the remaining 3 weeks of the study. During the maintenance-dose period, 27 (18%) patients received gabapentin 900 mg/d, 19 (12%) received 1800 mg/d, and 101 (66%) patients received 2400 mg/d.

At the end of treatment, mean daily pain scores were significantly reduced with gabapentin compared with placebo ($P = 0.048$); pain decreased by 21% in the gabapentin group and 14% in the placebo group (Table I).[43] The difference in pain between groups was statistically significant as early as the first week after the initiation of treatment ($P < 0.05$), when patients were receiving gabapentin 900 mg/d. Improvements were observed in all 4 symptoms of neuropathic pain. The proportions of patients achieving a pain response for each symptom treated were as follows: allodynia—23% gabapentin and 15% placebo; burning pain—23% and 15% ($P < 0.01$, week 1; $P < 0.05$, week 3); shooting pain—32% and 24%; and hyperesthesia—26% and 17% ($P < 0.05$, weeks 3, 5, 6; $P < 0.01$, week 4).

Significant differences were observed between gabapentin and placebo on other measures of pain, including the sensory and total scores of the SF-MPQ ($P < 0.05$, ANCOVA); CGIC ($P < 0.03$, Mantel-Haenszel test); PGIC ($P = 0.01$, Mantel-Haenszel

test); and the SF-QOL domains of bodily pain, social functioning, and emotional well-being ($P < 0.05$, ANCOVA).[43]

Gabapentin was well tolerated, with 16% of withdrawals in both the gabapentin and placebo groups due to adverse events.[43] Only 4 patients required a reduction in gabapentin dose because of adverse events, which were usually mild or moderate in intensity. The most common adverse events were dizziness (24% gabapentin, 8% placebo) and somnolence (14% and 5%, respectively). All reported cases of dizziness and 91% of cases of somnolence occurred during the titration phase.

As stated earlier, this was the first large randomized trial to use inclusion criteria based on the symptoms rather than the etiology of neuropathic pain.[43] The results did not differ by type of neuropathic pain on interaction-test analysis, with all groups responding to gabapentin. The slower titration schedule compared with the other studies reviewed may have allowed increased clinical benefit, with withdrawals due to adverse events occurring at a rate comparable to that with placebo. The study design did not allow assessment of the dose response to gabapentin.

When analyzing these results in patients with mixed neuropathic pain states,[43] it is notable that while gabapentin was significantly more efficacious than placebo, the response to both gabapentin and placebo was smaller than has been seen in similar trials in PDN or PHN. This effect may reflect the inclusion of a large number of patients with complex regional pain syndrome, who appeared to have a poor response to both gabapentin and placebo.

## GABAPENTIN TITRATION AND DOSING SCHEDULES

What is the relevance of the foregoing clinical trials to actual clinical practice? Are there clinical lessons about gabapentin dosing that can be applied to improve outcomes in actual patients with neuropathic pain? First, the populations in these studies represented the spectrum of patients likely to be encountered in the clinical setting, including men and women ranging in age from 20 to 90 years. Second, these studies included patients with diverse symptoms and causes of pain, including PDN, PHN, and other pain syndromes with manifestations of allodynia, burning pain, shooting pain, and hyperesthesia. Furthermore, at least 1 trial included patients who were receiving other standard treatments for neuropathic pain.[44,45] Thus, the titration and dosing schedules used in these studies may be considered potentially efficacious and tolerable in elderly patients, those with severe disease, and those with disease that has been refractory to other medications.

### Initiation

Based on the schedule of treatment initiation used in the study protocols described here, it appears reasonable to start gabapentin at 300 mg QD on day 1,

300 mg BID on day 2, and 300 mg TID on day 3 (Table II). This stepwise escalation was well tolerated in the clinical studies and has the advantages of being simple and rapidly bringing the dose to 900 mg/d. These factors may contribute to patient compliance.

During the following week, the dose of gabapentin should be increased to achieve the target dose of 1800 mg/d between days 9 and 14. This recommendation is based on the protocols used in the studies reviewed, although in the authors' practice and in many countries, titration to 1800 mg/d is conducted more rapidly. In addition, the target dose of 1800 mg/d appears to be a reasonable choice for converting from the somewhat artificial study goal of a ≥50% response to the ideal clinical practice goal of as close to 100% improvement (freedom from pain) as possible.

### Titration and Maintenance

In the trials reviewed here, statistically significant differences in change in mean daily pain scores[43-45] and improvement in sleep interference scores[42,45] compared with placebo were achieved as early as the first week after initiation of treatment with gabapentin 900 to 1200 mg/d.[43,45] Clinically relevant improvements were noted at week 2, during which patients were receiving gabapentin 1800 mg/d.[42,45] Therefore, from day 14 onward, it is recommended that the dose of gabapentin be increased from 1800 to 3600 mg/d, as tolerated, to achieve better efficacy (Tables III and IV).

In many patients, further dose escalation of gabapentin up to 3600 mg/d may be necessary to reach an individualized effective dose that can be maintained for maximum efficacy without compromising tolerability. Again, this recommendation is based on the need for conversion from a study-related parameter, such as ≥50% pain response, to a clinically relevant parameter, such as maximal efficacy.

---

**Table III.** Recommended dosing schedule for gabapentin to achieve effective doses for the treatment of neuropathic pain.

---

Initiation: A starting dose of 900 mg/d should be reached by day 3, with an increase to the target effective dose of 1800 mg/d by day 14.
  Day 1: 300 mg/d
  Day 2: 600 mg/d
  Day 3: 900 mg/d

Titration: Dose should be titrated to achieve optimal efficacy.
  Days 4–14: 900–1800 mg/d

Maintenance: Dose should be individualized to achieve maximal efficacy.
  Day 14+: 1800–3600 mg/d

---

CLINICAL THERAPEUTICS®

Table IV. A proposed dosing schedule to achieve maximally effective doses of gabapentin for neuropathic pain.

| TID Schedule | Initiation of Treatment, mg | | | Titration, mg | | | Maintenance, mg |
|---|---|---|---|---|---|---|---|
| | Day 1 | Day 2 | Day 3 | Days 4–6 | Days 7–10 | Days 11–14 | |
| AM | | | 300 | 300 | 300 | 600 | 600–1200 |
| PM | | 300 | 300 | 300 | 600 | 600 | 600–1200 |
| HS | 300 | 300 | 300 | 600 | 600 | 600 | 600–1200 |

Therefore, it appears reasonable to routinely titrate the gabapentin dose up to 3600 mg/d, or until maximal improvement or intolerable side effects occur. Table IV provides a possible scheme for the stepwise escalation of gabapentin dosing. Dose escalation is simplified by the availability of 600- and 800-mg formulations of gabapentin tablets.

Given the low rate of side effects and lack of organ damage associated with gabapentin treatment in the clinical trials, the risk associated with rapid dose escalation may be minimal, although drowsiness may occur in ~10% of patients during the titration period. Based on the study findings and the authors' clinical experience, as some adverse events may be due to the dose-titration process itself, rapid titration coupled with patient education about the transient nature of many adverse events may allow early achievement of effective doses and thus improved patient satisfaction.

### Maximal Effective Doses

In all placebo-controlled studies reviewed, the gabapentin dose was increased to >900 mg/d in the majority of patients. In the 2 studies that used flexible dosing schedules—in which investigators were instructed to continue titration to the target dose unless intolerable side effects occurred—doses up to 3600 mg/d were achieved in 67%[42] and 65%[44] of patients receiving gabapentin. In the study of mixed neuropathic pain syndromes,[43] 66% of the gabapentin group received a dose of 2400 mg/d, 12% received 1800 mg/d, and 18% received 900 mg/d. In the UK study in PHN,[45] patients were randomized to receive a fixed dose of gabapentin 1800 or 2400 mg/d and were withdrawn from the study if they were unable to tolerate the assigned treatment. Among those receiving gabapentin 1800 mg/d, 13% withdrew because of an adverse event, compared with 6.3% in the placebo group, indicating that most patients were able to tolerate this dose. Thus, doses between 1800 and 3600 mg/d have been found to be effective in achieving ≥50% improvement in pain scores with good tolerability and a favorable safety profile.

In these placebo-controlled studies, efficacy was documented early (at week 1 in most cases) at doses of between 900 and 1200 mg/d. Clinically meaningful differences compared with placebo were observed in mean daily pain scores as well as QOL measures when doses of gabapentin ≥1800 mg/d were achieved. This was particularly noticeable in the study in patients with mixed neuropathic pain syndromes,[43] which noted a markedly greater improvement when doses of 1800 mg/d were achieved after 3 weeks at 900 mg/d. Thus, in most patients, the maximal improvement with concomitant tolerability may be achieved at a gabapentin dose of 1800 mg/d. However, doses >1800 mg/d have been effective and well tolerated in other patients. In the study in patients with PHN,[44] the dose was titrated to 3600 mg/d, with greater decreases in mean scores than were achieved in other studies at lower doses. As indicated earlier, no differences in the incidence of adverse events were noted in the studies that achieved a dose of 3600 mg/d compared with the other studies.[42,44] In general, the differences in mean daily pain scores appeared to be greater with longer duration of treatment and to correspond to higher doses of gabapentin. Therefore, for patients requiring doses >1800 mg/d for increased efficacy, doses up to 3600 mg/d have been well tolerated and effective.

Based on the results of these studies—particularly the inconsistencies in the results of the PDN study by Reckless et al (data on file, Study 945-224, February 7, 2000, Pfizer Inc)—the most efficacious dose for PDN was not entirely clear. The placebo response rate in that study was higher than in any of the other studies, perhaps masking a consistent response to gabapentin across the PDN studies. To better identify the most effective dose of gabapentin in patients with PDN, an analysis was conducted on pooled data from the US PDN study,[42] the multinational PDN study by Reckless et al, and patients with PDN from the mixed neuropathic pain study[43] (Table V). In that analysis, patients treated with gabapentin ≥1800 mg/d did statistically better (lower mean pain scores at end point; $P < 0.001$) than patients who received placebo, whereas those who received gabapentin <1800 mg/d did not have a significantly different response from those who received placebo (data on file, studies 945-210, 945-224, 945-306, August 2002, Pfizer Inc). In patients with PDN, glycemic control was maintained over an 8-week study period.[42] Thus, use of gabapentin in this patient population is not expected to affect the underlying primary disease or contribute to the progression of neuropathic pain through uncontrolled hyperglycemia.

On the basis of the reviewed trials, doses of up to 3600 mg/d may be used when required and tolerated, and can be achieved by week 4 of treatment (Table IV). This recommendation is consistent with the 1800- to 3600-mg/d range of gabapentin approved by the FDA for the treatment of PHN.[24] As indicated on the package insert,[24] adjustment of the gabapentin dose is recommended in patients with impaired renal function.

99

**Table V. Pooled data on the efficacy of gabapentin in diabetic neuropathy, by dose.**[*]

| Gabapentin Dose | No. of Patients | Change in Mean Pain Scores |
|---|---|---|
| ≥1800 mg/d | 167 | 3.99[†] |
| Placebo | 162 | 4.83 |
| Difference | | −0.841 |
| <1800 mg/d | 164 | 4.47 |
| Placebo | 162 | 4.79 |
| Difference | | −0.322 |

[*]Based on a pooled analysis (data on file, studies 945-210, 945-224, 945-306, August 2002, Pfizer Inc, New York, NY) of data from the US study in painful diabetic neuropathy (PDN),[42] the multinational study in PDN by Reckless et al (data on file, Study 945-224, February 7, 2000, Pfizer Inc), and patients with PDN from the Mixed Neuropathic Pain Syndromes study.[43]
[†]P < 0.001 versus placebo.

**Table VI. Summary of adverse events (AEs) in studies of gabapentin for neuropathic pain.**[42–45*]

| Study (Country) | Dose, mg/d | Common AEs | Drug-Related Serious AEs or Death | % Withdrawals Due to AEs, Gabapentin and Placebo |
|---|---|---|---|---|
| PDN I (US)[42] | 900–3600 | Dizziness, somnolence | None | 8% and 6% |
| PDN II (UK, EU, SA) | 600–2400 | Somnolence, dizziness | None | 9% and 10% |
| PHN I (US)[44] | 900–3600 | Dizziness, somnolence, ataxia | None | 19% and 12% |
| PHN II (UK)[45] | 1800, 2400 | Dizziness, somnolence, peripheral edema | None | 15% and 6% |
| Mixed Neuropathic Pain Syndromes (UK)[43] | 900–2400 | Dizziness, somnolence | 1 serious AE (fainting) | 16% and 16% |

PDN = painful diabetic neuropathy; US = United States; UK = United Kingdom; EU = Europe; SA = South Africa; PHN = postherpetic neuralgia.
[*]Data for PDN II (Study 945-224, February 7, 2000) are on file with Pfizer Inc, New York, New York.

## ADVERSE EVENTS

Adverse events reported in the clinical studies were generally mild to moderate in intensity, and only 1 serious adverse event was felt to be related to gabapentin use.[43] Withdrawals due to adverse events were comparable in the gabapentin and placebo groups in 4 of the 5 studies[42–44] (data on file, Pfizer Inc) reviewed (Table VI). The most common adverse events reported in the gabapentin groups were also reported in the placebo groups, making it highly unlikely that investigators or patients were able to determine treatment assignments before breaking of the study blind. Older patients did not experience greater central nervous system–related adverse events than did younger patients, suggesting that gabapentin has a good tolerability profile in older patients.[44] Glycemic control was maintained throughout the treatment period in patients with PDN, suggesting that there is no contraindication against the use of gabapentin in patients with diabetes. Thus, at doses of 1800 to 3600 mg/d, gabapentin would appear to be well tolerated in the anticipated spectrum of patients with neuropathic pain.

## CONCLUSIONS

Neuropathic pain is a chronic debilitating condition that is typically refractory to treatment with most currently available pharmacotherapeutic agents, such as opioids and NSAIDs. Neuropathic pain has diverse etiologies, including diabetes, HIV infection, herpes zoster infection, spinal cord injury, and postamputation syndrome. TCAs are currently the standard treatment for neuropathic pain, but they have been associated with serious cardiac adverse events and mortality that preclude their use in the elderly and those with cardiovascular disease.

Results of the randomized, placebo-controlled studies reviewed here indicate the efficacy and tolerability of gabapentin for the alleviation of a variety of pain symptoms—including allodynia, burning pain, shooting pain, and hyperesthesia—and subtypes, regardless of age or liver function status. In several of these studies, gabapentin also had positive effects on secondary parameters, including sleep interference and QOL. In general, adverse events associated with gabapentin treatment were mild to moderate, appearing more often at the beginning of treatment and resolving quickly thereafter.

Based on the findings of this review, it is recommended that gabapentin be started at 300 mg/d on day 1 and increased by 300 mg/d to achieve a dose of 900 mg/d by day 3, with further dose increases up to 1800 mg/d by day 14. Once this dose level is achieved, gabapentin can be titrated up to 3600 mg/d as required over the following weeks to achieve a maximal response with good tolerability.

## REFERENCES

1. Smith TE, Chong MS. Neuropathic pain. *Hosp Med.* 2000;61:760–766.

CLINICAL THERAPEUTICS®

2. Galer BS, Gianas A, Jensen MP. Painful diabetic polyneuropathy: Epidemiology, pain description, and quality of life. *Diabetes Res Clin Pract.* 2000;47:123–128.

3. Clark MR, Heinberg LJ, Haythornthwaite JA, et al. Psychiatric symptoms and distress differ between patients with postherpetic neuralgia and peripheral vestibular disease. *J Psychomat Res.* 2000;48:51–57.

4. Benbow SJ, Wallymahmed ME, MacFarlane IA. Diabetic peripheral neuropathy and quality of life. *Q J Med.* 1998;91:733–737.

5. Haythornthwaite JA, Benrud-Larson LM. Psychological assessment and treatment of patients with neuropathic pain. *Curr Pain Headache Rep.* 2001;5:124–129.

6. Johnson RW. Herpes zoster and postherpetic neuralgia. Optimal treatment. *Drugs Aging.* 1997;10:80–94.

7. Kingery WS. A critical review of controlled clinical trials for peripheral neuropathic pain and complex regional pain syndromes. *Pain.* 1997;73:123–139.

8. Kanazi GE, Johnson RW, Dworkin RH. Treatment of postherpetic neuralgia: An update. *Drugs.* 2000;59:1113–1126.

9. Max MB, Schafer SC, Culnane M, et al. Association of pain relief with drug side effects in post-herpetic neuralgia: A single-dose study of clonidine, codeine, ibuprofen and placebo. *Clin Pharmacol Ther.* 1988;43:363–371.

10. Arner S, Meyerson BA. Lack of analgesic effect of opioids on neuropathic and idiopathic forms of pain. *Pain.* 1988;33:11–23.

11. Harati Y, Gooch C, Swenson M, et al. Double-blind randomized trial of tramadol for the treatment of the pain of diabetic neuropathy. *Neurology.* 1998;50:1842–1846.

12. Sindrup SH, Andersen G, Madsen C, et al. Tramadol relieves pain and allodynia in polyneuropathy: A randomised, double-blind, controlled trial. *Pain.* 1999;83:85–90.

13. Watson CP, Babul N. Efficacy of oxycodone in neuropathic pain: A randomized trial in postherpetic neuralgia. *Neurology.* 1998;50:1837–1841.

14. Wallace MS. Pharmacologic treatment of neuropathic pain. *Curr Pain Headache Rep.* 2001;5:138–150.

15. Watson CP. The treatment of neuropathic pain: Antidepressants and opioids. *Clin J Pain.* 2000;16(Suppl 2):S49–S55.

16. McQuay HJ, Tramer M, Nye BA, et al. A systematic review of antidepressants in neuropathic pain. *Pain.* 1996;68:217–227.

17. Cohen HW, Gibson G, Alderman MH. Excess risk of myocardial infarction in patients treated with antidepressant medications: Association with use of tricyclic agents. *Am J Med.* 2000;108:2–8.

18. Backonja M. Anticonvulsants and antiarrhythmics in the treatment of neuropathic pain syndromes. In: Hansson PT, Fields HL, Hill RG, Marchettini P, eds. *Neuropathic Pain: Pathophysiology and Treatment.* Seattle, Wash: IASP Press; 2001:185–201.

19. McCleane G. 200 mg daily of lamotrigine has no analgesic effect in neuropathic pain: A randomised, double-blind, placebo controlled trial. *Pain.* 1999;83:105–107.

20. Eisenberg E, Lurie Y, Braker C, et al. Lamotrigine reduces painful diabetic neuropathy: A randomized, controlled study. *Neurology.* 2001;57:505–509.

21. Vestergaard K, Andersen G, Gottrup H, et al. Lamotrigine for central poststroke pain: A randomized controlled trial. *Neurology.* 2001;56:184–190.

22. Zakrzewska JM, Chaudhry Z, Nurmikko TJ, et al. Lamotrigine (Lamictal) in refractory trigeminal neuralgia: Results from a double-blind placebo controlled crossover trial. *Pain.* 1997;73:223–230.

23. Simpson DM, Olney R, MacArthur JC, et al. A placebo-controlled trial of lamotrigine for painful HIV-associated neuropathy. *Neurology.* 2000;54:2115–2119.

24. Neurontin [package insert]. New York: Pfizer Inc; 2002.

25. NDC Health—Retail Pharmaceutical Database. Unique projected patient counts from January 1998 through September 2000. Based on monthly reports to Pfizer Inc.

26. Gee NS, Brown JP, Dissanayake VU, et al. The novel anticonvulsant drug, gabapentin (Neurontin), binds to the alpha2delta subunit of a calcium channel. *J Biol Chem.* 1996;271:5768–5776.

27. Field MJ, Hughes J, Singh L. Further evidence for the role of the alpha(2)delta subunit of voltage dependent calcium channels in models of neuropathic pain. *Br J Pharmacol.* 2000;131:282–286.

28. Taylor CP, Gee NS, Su TZ, et al. A summary of mechanistic hypotheses of gabapentin pharmacology. *Epilepsy Res.* 1998;29:233–249.

29. Nicholson B. Gabapentin use in neuropathic pain syndromes. *Acta Neurol Scand.* 2000;101:359–371.

30. Perucca E. The clinical pharmacokinetics of the new antiepileptic drugs. *Epilepsia.* 1999;40(Suppl 9):S7–S13.

31. Gidal BE, Radulovic LL, Kruger S, et al. Inter- and intra-subject variability in gabapentin absorption and absolute bioavailability. *Epilepsy Res.* 2000;40:123–127.

32. Goa KL, Sorkin EM. Gabapentin. A review of its pharmacological properties and clinical potential in epilepsy. *Drugs.* 1993;46:409–427.

33. Boyd RA, Turck D, Abel RB, et al. Effects of age and gender on single-dose pharmacokinetics of gabapentin. *Epilepsia.* 1999;40:474–479.

34. Bourgeois BF. Pharmacokinetic properties of current antiepileptic drugs: What improvements are needed? *Neurology.* 2000;55(Suppl 3):S11–S16.

35. Rosner H, Rubin L, Kestenbaum A. Gabapentin adjunctive therapy in neuropathic pain states. *Clin J Pain.* 1996;12:56–58.

36. Stacey BR, Tipton KD, Owen GT, et al. Gabapentin and neuropathic pain states: A case series report. *Reg Anesth.* 1996;21(Suppl):65. Abstract.

37. Bennett GJ. Neuropathic pain: New insights, new interventions. *Hosp Pract (Off Ed).* 1998;33:95–114.

38. Xiao WH, Bennett GI. Gabapentin relieves abnormal pains in a rat model of painful peripheral neuropathy. *Soc Neurosci Abstr.* 1995;21:897. Abstract 356.17.

39. Shimoyama N, Shimoyama M, Davis AM, et al. Spinal gabapentin is antinociceptive

in the rat formalin test. *Neurosci Lett.* 1997;222:65–67.

40. Rosenberg JM, Harrell O, Ristic H, et al. The effect of gabapentin on neuropathic pain. *Clin J Pain.* 1997;13:251–255.

41. Merren MD. Gabapentin for treatment of pain and tremor: A large case series. *South Med J.* 1998;91:739–744.

42. Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: A randomized controlled trial. *JAMA.* 1998;280:1831–1836.

43. Serpell M. Gabapentin in neuropathic pain syndromes: A randomised, double-blind, placebo-controlled trial. *Pain.* 2002;99:557–566.

44. Rowbotham M, Harden N, Stacey B, et al. Gabapentin for the treatment of postherpetic neuralgia: A randomized controlled trial. *JAMA.* 1998;280:1837–1842.

45. Rice AS, Maton S. Gabapentin in postherpetic neuralgia: A randomised, double blind, placebo controlled study. *Pain.* 2001;94:215–224.

46. Melzack R. The short-form McGill Pain Questionnaire. *Pain.* 1987;30:191–197.

47. Ware JJ, Snow KK, Kominski M, Gandek B. *SF-36 Health Survey: Manual and Interpretation Guide.* Boston: The Health Institute, New England Medical Center; 1993.

48. McNair D, Lorr M, Droppleman LF. *Profile of Mood States: Manual.* San Diego, Calif: Educational and Industrial Testing Service; 1981.

**Address correspondence to:** Miroslav Backonja, MD, Departments of Neurology, Anesthesiology, and Rehabilitation Medicine, University of Wisconsin Hospital and Clinics, 600 Highland Avenue, Madison, WI 53792. E-mail: backonja@ neurology. wisc.edu