# EXHIBIT 15

Case 1:04-cv-10981-PBS   Document 738-19   Filed 04/25/2007   Page 1 of 3



### Anticonvulsants for chronic pain

- Examples
- How It Works
- Why It Is Used
- How Well It Works
- Side Effects
- What To Think About

**Examples**

| Brand Name | Chemical Name |
|---|---|
| Tegretol | carbamazepine |
| Klonopin | clonazepam |
| Neurontin | gabapentin |
| Lamictal | lamotrigine |
| Trileptal | oxcarbazepine |
| Dilantin | phenytoin |
| Topamax | topiramate |
| Depakote | valproic acid |
| Zonegran | zonisamide |

**How It Works**
Experts do not know exactly how anticonvulsants work to reduce chronic pain. They may block the flow of pain signals from the central nervous system, although the drugs work differently within the nervous system.

**Why It Is Used**
Anticonvulsant drugs typically are used to control seizures in people who have epilepsy. These drugs may also be used to treat other painful conditions, such as postherpetic neuralgia.

**How Well It Works**
Some anticonvulsant drugs may work better than others for certain conditions. For example, one small study showed lamotrigine to be effective in treating nerve-related pain related to some types of antiretroviral therapy in people with HIV.[1]

Carbamazepine is approved by the U.S. Food and Drug Administration (FDA) to treat chronic pain from trigeminal neuralgia (sudden facial pain).[2]

People who took gabapentin for chronic pain said they felt one-third less pain while they were taking gabapentin. For example, if their pain had been a 9 on the pain scale, it was reduced to a 6 after taking gabapentin. Gabapentin provides relief in about 60% of people who have chronic pain caused by diabetic neuropathy.[3] It may also provide relief from other types of neuropathy (nerve-related) pain, such as pain caused by trigeminal neuralgia or multiple sclerosis, head and neck pain, phantom limb pain, and pain from spinal cord injuries.

While gabapentin is the only drug that has been proven to help relieve some types of chronic pain, oxcarbazepine (Trileptal), lamotrigine (Lamictal), topiramate (Topamax), and zonisamide (Zonegran) may also be effective in reducing pain caused by diabetic neuropathy and postherpetic neuralgia. However, more research is needed to determine their effectiveness in treating these and other types of chronic pain.[4]

**Side Effects**
Common but temporary side effects may include dizziness, drowsiness, and fatigue. Tell your doctor if you think you are having side effects, which may include:

- Headache.
- Confusion.
- Skin rash.
- Nausea, vomiting, loss of appetite, or abdominal pain.
- Weight gain or weight loss.

- Swollen feet.

Do not suddenly stop taking an anticonvulsant. Your health professional will slowly reduce the dosage of this medication so that you won't develop withdrawal symptoms such as anxiety, nausea, pain, sweating, and insomnia.

See Drug Reference for a full list of side effects. (Drug Reference is not available in all systems.)

**What To Think About**
Most anticonvulsants are not yet approved by the FDA for treating chronic pain. However, the FDA has approved gabapentin to treat postherpetic neuralgia. Results from initial research indicate that it is an effective medication for reducing chronic pain associated with many conditions.[3]

Carbamazepine is approved by the FDA to treat chronic pain from trigeminal neuralgia (sudden facial pain).

Medication will be started in low doses and then slowly increased until it effectively reduces your chronic pain.

Anticonvulsants are not safe for everyone. Be sure to tell your doctor about all medical conditions you have and other medications you are taking to avoid side effects and complications.

**Complete the new medication information form (PDF) (What is a PDF document?) to help you understand this medication.**

**Citations**

- Simpson DM, et al. (2003). Lamotrigine for HIV-associated painful sensory neuropathies. A placebo-controlled trial. Neurology, 60(9): 1508–1514.

- Drugs for pain (2004). Treatment Guidelines From the Medical Letter, 2(23): 47–54.

- Gabapentin (Neurontin) for chronic pain (2004). Medical Letter on Drugs and Therapeutics, 46(1180): 29–31.

- Pappagallo M (2003). Newer antiepileptic drugs: Possible uses in the treatment of neuropathic pain and migraine. Clinical Therapeutics, 25(10): 2506–2538.

© 1995-2006, Healthwise, Incorporated, P.O. Box 1989, Boise, ID 83701. ALL RIGHTS RESERVED.

This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make based on this information. For more information, click here.