# EXHIBIT 16



**Anticonvulsants for restless legs syndrome**



    Examples
    How It Works
    Why It Is Used
    How Well It Works
    Side Effects
    What To Think About

**Examples**

| Brand Name | Chemical Name |
|---|---|
| Tegretol | carbamazepine |
| Neurontin | gabapentin |
| Depakene | valproate |

**How It Works**

Anticonvulsants are used to help control or prevent abnormal increases in brain electrical activity. They are primarily used for people who have seizures. They may help suppress electrical activity in the brain that causes restless legs syndrome symptoms.

**Why It Is Used**

Gabapentin can help people with restless legs syndrome. It is sometimes used when symptoms are severe and can be used in combination with other drugs.

**How Well It Works**

While anticonvulsants help relieve symptoms in some people, they have no effect on others.

**Side Effects**

Drowsiness, dizziness, tremors, blurred vision, nausea, and poor coordination have all been reported as occasional side effects when these medications were used as treatment for other conditions. Research is needed to discover whether side effects are different when these drugs are used to treat restless legs syndrome.

See Drug Reference for a full list of side effects. (Drug Reference is not available in all systems.)

**What To Think About**

More study is needed to discover the full range of side effects. Anticonvulsants have not yet been reviewed by the U.S. Food and Drug Administration specifically for treatment of restless legs syndrome.

**Complete the** new medication information form (PDF)    (What is a PDF document?) to help you understand this medication.



© 1995-2006, Healthwise, Incorporated, P.O. Box 1989, Boise, ID 83701. ALL RIGHTS RESERVED.

This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make based on this information. For more information, click here.