# EXHIBIT 17

Case 1:04-cv-10981-PBS   Document 738-21   Filed 04/25/2007   Page 1 of 3



**Anticonvulsants for chronic low back pain**



- Examples
- How It Works
- Why It Is Used
- How Well It Works
- Side Effects
- What To Think About

**Examples**

| Brand Name | Chemical Name |
|---|---|
| Tegretol | carbamazepine |
| Neurontin | gabapentin |
| Dilantin | phenytoin |
| Lyrica | pregabalin |
| Topamax | topiramate |

**How It Works**
Anticonvulsants are used to help control or prevent abnormal increases in brain electrical activity.

**Why It Is Used**
Anticonvulsants can reduce some persistent low back pain with fewer side effects than tricyclic antidepressants.[1]

If you are an older adult taking various medicines, you could be at risk for having your medicines interact. Drug interaction is the way different medicines react to each other when you take them together. This interaction can sometimes cause serious problems. Some drugs cause more problems than others.

You may already be taking one or more drugs to treat other problems, such as diabetes, arthritis, high cholesterol, heart disease, or high blood pressure. Be sure your doctor knows all the drugs you are taking. The anticonvulsant gabapentin may be your best bet for safely treating chronic pain because it is not used by the body in the same way as many other medicines. This makes it less likely to interact with other drugs.[2]

**How Well It Works**
Anticonvulsant medicine effectively treats chronic pain for some people but not others. One type of anticonvulsant may work better for you than another. This type of medicine is not well-studied as a chronic pain treatment but is considered a reasonable treatment option.[2]

**Side Effects**
When prescribed for chronic pain control, anticonvulsants are used at doses low enough to avoid side effects, and the dosage is usually increased very gradually, if needed. Tell your doctor if you experience any of the following side effects:

- Drowsiness
- Restlessness and irritability
- Confusion and dizziness
- Nausea, vomiting, loss of appetite, and belly pain
- Uncontrollable eye movements (nystagmus)
- Gum disease (gingivitis)
- Itching, fever, and a rash that looks like measles (sensitivity reaction)

Topiramate can cause weight loss.

See Drug Reference for a full list of side effects. (Drug Reference is not available in all systems.)

**What To Think About**
Anticonvulsants are not safe for everyone. To avoid side effects, be sure to tell your doctor about any medical conditions you have and any other medicines you are taking.

Complete the new medication information form (PDF)    (What is a PDF document?) to help you understand this medication.

**Citations**

- American Geriatrics Society (2002). The management of persistent pain in older persons: AGS panel on persistent pain in older persons. Journal of the American Geriatrics Society, 50(6, Suppl): S205–S224.

- Cohen RI, et al. (2001). Low back pain, part 2: Guide to conservative, medical, and procedural therapies. Geriatrics, 56 (11): 38–47.

© 1995-2006, Healthwise, Incorporated, P.O. Box 1989, Boise, ID 83701. ALL RIGHTS RESERVED.

This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make based on this information. For more information, click here.