UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
In re:  NEURONTIN MARKETING, SALES PRACTICES,
        AND PRODUCTS LIABILITY LITIGATION
:
------------------------------------------------------------- x    MDL Docket No. 1629
:
THIS DOCUMENT RELATES TO:                                          Master File No. 04-10981
:
ALL CLASS ACTIONS                                                  Judge Patti B. Saris
:
------------------------------------------------------------- x    Magistrate Judge Leo T.
                                                                   Sorokin
HARDEN MANUFACTURING CORPORATION;
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,
dba BLUECROSS/BLUESHIELD OF LOUISIANA;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL
52 HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA, on behalf of themselves and all others
similarly situated, v. PFIZER INC. and WARNER-LAMBERT
COMPANY.

------------------------------------------------------------- x

**MOTION FOR LEAVE TO FILE
40-PAGE SUR-REPLY MEMORANDUM IN
<u>OPPOSITION TO MOTION FOR CLASS CERTIFICATION</u>**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "defendants") respectfully move for leave to file a 40-page sur-reply memorandum in opposition to the motion for class certification (the "Motion for Certification"). A copy of defendants' proposed memorandum is attached hereto as Exhibit A.

The grounds for this motion are:

1.      Plaintiffs filed the Motion for Certification on August 8, 2005. (Docket No. 204.)

2. On March 19, 2007, plaintiffs filed a 40-page reply memorandum in support of the Motion for Certification. (Docket No. 678.)

3. Because, among other reasons, it was filed after class discovery had been conducted, plaintiffs' reply memorandum marked the first time plaintiffs articulated many of their arguments and the first time plaintiffs addressed the product of class discovery.

4. Defendants cannot adequately respond to plaintiffs' new arguments and discussion of the evidence developed in discovery within the 20 pages permitted under Local Rule 7.1.

5. Plaintiffs have indicated that they take no position with respect to this motion.

WHEREFORE, defendants respectfully request that the Court permit them to file a 40-page sur-reply memorandum in opposition to the Motion for Certification.

Dated: April 25, 2006

                    DAVIS POLK & WARDWELL

                    By: /s/James P. Rouhandeh
                          James P. Rouhandeh
                          Neal A. Potischman
                          Edmund Polubinski III
                          Carter H. Burwell
                          Rajesh S. James
                          Paul S. Mishkin
                          Matthew B. Rowland

                  450 Lexington Avenue
                  New York, New York 10017
                  (212) 450-4000

                  HARE & CHAFFIN

                  By: /s/David B. Chaffin
                        David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

Scott W. Sayler
James P. Muehlberger
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue presented by this motion. Plaintiffs' liaison counsel's colleague advised me that plaintiffs take no position on this motion.

/s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 25, 2007.

/s/David B. Chaffin