# EXHIBIT A

### SUR-REPLY MEMORANDUM IN
### OPPOSITION TO MOTION FOR CLASS CERTIFICATION

## FILED UNDER SEAL