# PEARSON, RANDALL & SCHUMACHER, P.A.
## Suite 1025 Fifth Street Towers
## 100 South Fifth Street
## Minneapolis, MN 55402
## Telephone: (612) 767-7500

E-MAIL ADDRESS: attorneys@outtech.com

April 9, 2007

United States District Court
Office of the Clerk
595 Main Street, Room 502
Worcester, MA 01608

**RE:**     **In Re: NEURONTIN**
            **Civil Action No: 04-10981-PBS**
            **MDL No:     1629**

**CHANGE OF ADDRESS AND TELEPHONE NUMBER:**

**GALE D. PEARSON, ESQ.**
**STEPHEN J. RANDALL, ESQ.**

**NEW:**

**PEARSON, RANDALL & SCHUMACHER, P.A.**
Suite 1025 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 767-7500
Facsimile: (612) 767-7501

Would you please make sure your records reflect same.

Very truly yours,

Gale D. Pearson /st

Gale D. Pearson

GDP/st
Enclosure