UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING AND   )<br>          SALES PRACTICES LITIGATION  )<br>                                                                  )<br>                                                                  )<br>THIS DOCUMENT RELATES TO:        )<br>ALL ACTIONS                                         )<br>                                                                  ) | MDL Docket No. 1629<br><br>Master file No. 04-10981<br><br>Judge Patti B. Saris |

**NOTICE OF NAME CHANGE AND CONTACT INFORMATION CHANGE**

Please be advised that Russell Wood is no longer associated with Skelton, Clark & Wood. The new name and contact information for Russell Wood is:

Russell A. Wood
Wood Law Office, P.A.
915 West "B" Street
Russellville, AR  72801
Ph:  (479) 967-9663
Fax:  (479) 967-9664
Woodlaw@suddenlinkmail.com

Please update your records and direct all future correspondence, pleadings, etc. to the above listed address.

                                            Respectfully submitted,

                                            /s/ Russell A. Wood
                                            RUSSELL A. WOOD
                                            WOOD LAW OFFICE, P.A.
                                            925 WEST "B" STREET
                                            RUSSELLVILLE, AR  72801
                                            479-967-9663 phone
                                            479-967-9664 fax