UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------- x
:
In re: NEURONTIN MARKETING, SALES :
PRACTICES, AND PRODUCTS LIABILITY :
LITIGATION : MDL Docket No. 1629
------------------------------------------- x
: Master File No. 04-
THIS DOCUMENT RELATES TO: : 10981
:
------------------------------------------- x Judge Patti B. Saris
:
ALL ACTIONS :
: Magistrate Judge Leo
: T. Sorokin
:
:
:
------------------------------------------- x

## SUBMISSION PURSUANT TO DISCOVERY ORDER NO. 11

Pursuant to Discovery Order No. 11 (Docket 735, April 20, 2007), Pfizer Inc. and Warner-Lambert Company (together, "defendants") submit the following report regarding the status of the restoration of the backup tape discussed during the April 17, 2007 hearing before the Court, as well as the production of responsive documents from that tape.

Defendants restored the tape and unsuccessfully attempted to recreate the http://a2d.pfizer.com website environment as it would have appeared and functioned years ago when it was in operation. Defendants were able, however, to search the tape for responsive documents from the http://a2d.pfizer.com site. Defendants did so, and on April 30, 2007, defendants produced the responsive materials to plaintiffs in electronic format. Defendants believe that their production from the tape is now complete.

Dated: May 3, 2007

DAVIS POLK & WARDWELL

By:  /s/ Neal A. Potischman
     Neal A. Potischman
     Deborah L. MacGregor

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:  /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on May 3, 2007.

/s/ David B. Chaffin