UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
In re: NEURONTIN MARKETING, SALES     :
PRACTICES AND PRODUCTS LIABILITY      :
LITIGATION                            :
                                      :
THIS DOCUMENT RELATES TO:             :
                                      :   MDL Docket No. 1629
ASSURANT HEALTH, INC., et al.         :   Master File No. 04-10981
                                      :   Judge Patti B. Saris
           v.                         :   Mag. Judge Leo T. Sorokin
                                      :
PFIZER INC., et al.,                  :
                                      :
Docket No. 05-10535-PBS               :
                                      :
------------------------------------ x
```

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carolyn C. Wu, Esq. of Milbank, Tweed, Hadley & McCloy LLP hereby appears in the above-captioned action as counsel for Defendants Lodewijk J. R. de Vink and Anthony Wild.

Dated: May 8, 2007                    MILBANK, TWEED, HADLEY & McCLOY LLP

                                                                s/ Carolyn C. Wu
                                                         One Chase Manhattan Plaza
                                                         New York, NY 10005-1413
                                                         (212) 530-5149
                                                         Email: sedelman@milbank.com

*Attorneys for Defendants Lodewijk J. R. de Vink and Anthony Wild*

*FILED CLERKS OFFICE 2007 MAY -9 A 10: 32 U.S. DISTRICT COURT DISTRICT OF MASS.*