```
                                                          FILED
                                                      IN CLERKS OFFICE

              UNITED STATES DISTRICT COURT  2007 MAY -9  A 10: 32
                    DISTRICT OF MASSACHUSETTS
```

------------------------------ x

                U.S. DISTRICT COURT
                DISTRICT OF MASS.

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

ASSURANT HEALTH, INC., et al.

       v.

PFIZER INC., et al.,

Docket No. 05-10535-PBS

MDL Docket No. 1629
Master File No. 04-10981
Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott A. Edelman, Esq. of Milbank, Tweed, Hadley & McCloy LLP hereby appears in the above-captioned action as counsel for Defendants Lodewijk J. R. de Vink and Anthony Wild.

Dated: May 8, 2007

MILBANK, TWEED, HADLEY & McCLOY LLP

    s/ Scott A. Edelman
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5149
Email: sedelman@milbank.com

*Attorneys for Defendants Lodewijk J. R. de Vink and Anthony Wild*