UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 MAY -7 P 12: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
|---|---|
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Greg W. Turman of the law firm of Snapka, Turman & Waterhouse, L.L.P., 606 N. Carancahua, Suite 1511 (78476), P.O. Drawer 23017, Corpus Christi, Texas 78403, telephone: (361) 888-7676, hereby enters his appearance as counsel for Plaintiff Jennifer De La Garza, W. D. Texas, C.A. No. 5:07-13, in the above-referenced matter. All future pleadings should be served upon Snapka, Turman & Waterhouse, L.L.P. at the referenced address.

Dated: May 2, 2007

SNAPKA, TURMAN & WATERHOUSE, L.L.P.

By: _____
Greg W. Turman
606 N. Carancahua, Suite 1511 (78476)
P.O. Drawer 23017
Corpus Christi, Texas 78403
Telephone: 361/888-7676
Facsimile: 361/884-8545
Email: gturman@stwllp.com
**Counsel for Plaintiff *Jennifer De La Garza***

1