UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF SERVICE

I hereby certify that I, Greg W. Turman, caused on May 2, 2007, a true and correct copy of the Notice of Appearance to be filed and served via first class mail upon the following counsel of record.

| | |
|---|---|
| Terry P. Abeyta<br>Abeyta Nelson<br>1102 West Yakima Avenue<br>Yakima, WA 98902 | Scott William Anderson<br>Matthew J. Moore<br>Paul W. Rebein<br>Shook Hardy & Bacon, L.L.P.<br>100 N. Tampa Street<br>Suite 2900<br>Tampa, FL 33602 |
| Jeffrey R. Baker<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Catherine Marie Valero Barrad<br>Sidley Austin LLP<br>555 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90013 |

| | |
|---|---|
| Thomas F. Basile<br>The Callwell Practice<br>P.O. Box 113<br>Charleston, WV 25321-0113 | Bradley Douglas Becnel<br>Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 W. Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 |
| Robert M. Becnel<br>Law Offices of Robert M. Becnel<br>425 W. Airline Highway<br>Laplace, LA 70068 | George S. Bellas<br>Bellas & Wachowski<br>15 Northwest Highway<br>Park Ridge, IL 60068 |
| Leslie A. Benitez<br>Clark Thomas et al<br>P. O. Box 1148<br>Austin, TX 78767 | Pavel Bespalko<br>Law Office of Joel Eigerman<br>50 Congress Street<br>Suite 200<br>Boston, MA 02109 |
| Levi Boone, III<br>Boone Law Firm<br>P.O. Box 1771<br>Cleveland, OH 38732-1772 | Rainey Cawthon Booth<br>Littlepage & Booth<br>331 E. Romana Street<br>Pensacola, FL 32502 |
| Derek T. Braslow<br>Cuneo, Pogust & Manson LLP<br>161 Washington Street<br>Suite 1520<br>Conshohocken, PA 19428 | William L. Bross<br>Heninger, Garrison & Davis, LLC<br>2224 First Avenue North<br>P.O. Box 11310<br>Birmingham, AL 35202 |
| David L. Browne<br>Dugan & Browne, PLC<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 | Carol D. Browning<br>Sarah G. Croan<br>Stites & Habison, PLLC<br>400 W. Market Street<br>Suite 1800<br>Louisville, KY 40202-3352 |
| Stephanie M. Bruno<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113 | W. Stuart Calwell<br>The Calwell Practice<br>P.O. Box 113<br>Charleston, WV 25321-0113 |

| | |
|---|---|
| Prince C. Chambliss, Jr.<br>Stokes, Bartholomew, Evans,<br>  & Petree, P.A.<br>1000 Ridgeway Loop Road<br>Memphis, TN 38120 | Kathleen C. Chavez<br>1110 Appleton Lane<br>Geneva, IL 60134 |
| Dane S. Ciolino<br>Dane S. Ciolino, Attorney at Law<br>P.O. Box 850848<br>New Orleans, LA 70185-0848 | Kimberly H. Clancy<br>Sidley Austin Brown & Wood LLP<br>555 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90013-1010 |
| Robert A. Clifford<br>Clifford Law Offices, P.C.<br>120 North LaSalle Street<br>Chicago, IL 60602 | Daniel M. Cohen<br>Cuneo Gilbert & LaDuca<br>507 C. Street, NE<br>Washington, DC 20002 |
| John A. Commerford<br>Meyers Taber & Meyers PC<br>2415 E. Camelback Road<br>Suite 900<br>Phoenix, AZ 85016 | W. Lloyd Copeland<br>Taylor, Martino & Hedge, P.C.<br>Post Office Box 894<br>Mobile, AL 36601 |
| S. Tessie Corbin<br>1717 Arch Street<br>4000 Bell Atlantic Tower<br>Philadelphia, PA 19103-2793 | Rebecca Cunard<br>Cunard Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 |
| Jeanne F. D'Esposito<br>Lowey Dannenberg Bemporad<br>  & Selinger, P.C.<br>The Gateway - 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714 | Michael A. K Dan<br>Douglas A. Rothschild<br>Michael A K Dan Law Office<br>1990 South Bundy Drive<br>Suite 540<br>Los Angeles, CA 90210 |
| Timothy C. Davis<br>Heninger, Garrison & Davis, LLC<br>2224 First Avenue North<br>P.O. Box 11310<br>Birmingham, AL 35202 | Samuel J. DeMaio<br>Mike Ramsey<br>Girards Law Firm<br>10000 N. Central Expressway<br>Suite 750<br>Dallas, TX 75231 |

| | |
|---|---|
| Dimple Harendra Desai<br>Law Office of Dimple H. Desai<br>5216 Westshire Lane<br>Dallas, TX 75287 | Thomas Marshall Donnell, Jr.<br>Steward, Estes & Donnell<br>Sun Trust Center<br>424 Church Street, 14th Floor<br>Nashville, TN 37219 |
| James R. Dugan, II<br>Dugan & Brown, PLC<br>650 Poydray Street<br>Suite 2150<br>New Orleans, LA 70130 | James T. Dulin<br>Dulin & Dulin<br>P.O. Box 820<br>Gulfport, MS 39502 |
| J. Blake Dutcher, Jr.<br>Godlove Joyner Mayall Dzialo Dutcher<br>  & Erwin<br>P.O. Box 29<br>Lawton, OK 73502 | Tony W. Edwards<br>P.O. Box 1369<br>McAlester, OK 74502 |
| Wanda Jean Edwards<br>Fayard & Honeycutt<br>519 Florida Blvd.<br>Denham Springs, LA 70726 | Richard Mark Eldridge<br>Eldridge Cooper Steichen & Leach PLLC<br>P.O. Box 3566<br>Tulsa, OK 74101 |
| Robert Burkart Ellis<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Cedric E. Evans<br>Clark, Thomas & Winters<br>P.O. Box 1148<br>Austin, TX 78767-1148 |
| Kenneth J. Ferguson<br>Clark Thomas et al<br>P.O. Box 1148<br>Austin, TX 78767 | Kenneth T. Fibich<br>Fibich Hampton & Leebron<br>1401 McKinney<br>Suite 1800<br>Houston, TX 77010 |
| Lowell Steven Fine<br>Alebik Fine & Callner<br>Sun Trust Plaza, 37th Floor<br>300 Peachtree Street, NE<br>Atlanta, GA 30308 | Andrew G. Finkelstein<br>Finkelstein & Partners LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |

| | |
|---|---|
| Mark D. Fisher<br>Rawlings & Associates, P.L.L.C.<br>325 W. Main Street<br>Louisville, KY 40202 | Christopher E. Fitzgerald<br>Fitzgerald & Associates, PLLC<br>2113 Government Street<br>Ocean Springs, MS 39564 |
| Robert M. Foote<br>Foote, Meyers et al<br>13 South Seventh Street<br>Geneva, IL 60134 | Kenneth B. Fromson<br>Finkelstein & Partners LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |
| Michelle M. Fujimoto<br>Shook, Hardy & Bacon<br>5 Park Plaza<br>Suite 1600<br>Irvine, CA 92614-2546 | Wanda Garcia<br>Hagens Berman LLP<br>One Main Street<br>4th Floor<br>Cambridge, MA 02142 |
| W. Lewis Garrison, Jr.<br>Heninger, Garrison & Davis, LLC<br>2224 First Avenue North<br>P.O. Box 11310<br>Birmingham, AL 35203 | James W. Gewin<br>Bradley, Arant, Rose & White<br>P.O. Box 830709<br>Birmingham, AL 35283-0709 |
| Dennis E. Glazer<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Mark K. Gray<br>Gray, Weiss & White<br>500 W. Jeffeson Street<br>Suite 1200<br>Louisville, KY 40202 |
| William Arthur Green<br>William Arthur Green Law Office<br>P.O. Box 70306<br>3511 Rivers Avenue<br>North Charleston, SC 29405 | David E. Gross<br>Finkelstein & Partners, LLP<br>50 Park Place<br>10th Floor<br>Newark, NJ 07102 |
| Asa Groves, III<br>Groves and Verona PA<br>7385 SW 87th Svenue<br>Suite 400<br>Miami, FL 3317-33565 | Darolyn Yoshie Hamada<br>Shook, Hardy & Bacon<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614-2546 |

| | |
|---|---|
| Charles Keith Hamilton<br>Bainbridge, Mims, Rogers & Smith<br>P.O. Box 530886<br>Birmingham, AL 35253 | Thomas P. Hanrahan<br>Sidley & Austin<br>555 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90013 |
| David Hughes Harris<br>Goldstein Buckley Cechman Rice<br>  & Purtz, P.A.<br>1515 Broadway<br>Ft. Myers, FL 33901 | Jeff Heinrichs<br>McLeod & Heinrichs<br>2900 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105 |
| Chad Patrick Hemmat<br>Anderson, Hemmat & Levine, LLC<br>1490 Lafayette Street<br>Denver, CO 80218 | Michael DeWitt Hickman<br>Taylor Martino & Hedge<br>61 Saint Joseph Street<br>Suite 1600<br>Mobile, AL 36602 |
| Barbara L. Hosford<br>1910 South 72nd Street<br>Omaha, NE 68124 | Kristin M. Houser<br>Schroeter, Goldmark & Bender<br>810 3rd Avenue<br>Suite 500<br>Seattle, WA 98104 |
| Michael B. Hyman<br>Much, Shelist, Freed, Denenberg,<br>  Ament, Bell & Rubenstein<br>200 North LaSalle Street<br>Suite 2100<br>Chicago, IL 60601 | John R. Innelli<br>John F. Innelli, LLC<br>1818 Market Street<br>Suite 3620<br>Philadelphia, PA 19103 |
| Mark R. Ireland<br>Robins, Kaplan, Miller & Ciresti LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015 | Alexander Jamiolkowski<br>Egan & Jamiolkowski<br>428 Forbes Avenue<br>Pittsburgh, PA 15219 |

| | |
|---|---|
| Alice S. Johnston<br>Obermayer, Rebmann, Maxwell<br>   & Hippell, LLC<br>1617 John F. Kennedy Blvd.<br>One Penn Center<br>19th Floor<br>Philadelphia, PA 19103-1895 | Andrew S. Johnston<br>Minor & Johnston, P.C.<br>124 East Market Place<br>Somerville, TN 38068 |
| Aizer J. Karam, Jr.<br>820 S. Main Street<br>McAllen, TX 78501 | Christopher J. Kervick<br>Law Offices of J. Christopher Kervick<br>100 Paul Drive<br>P.O. Box 875<br>Windsor Locks, CT 06096 |
| Neal H. Klausner<br>Paul, Weiss, Rifkind, Wharton<br>   & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Hal Jon Kleinman<br>Tobias Millrood<br>Benjamin J. Sweet<br>Schriffin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Barry A. Knopf<br>Cohn, Lifland, Pearlman, Herrmann<br>   & Knopf<br>Park 80 Plaza West One<br>Saddle Brook, NJ 07662 | Jeffrey L. Koidroff<br>Spector & Roseman<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 |
| Paul A. Koerber<br>Paul A. Koerber, Attorney<br>P.O. Box 12805<br>Jackson, MS 39236-2805 | T. Matthew Leckman<br>Pogust, Braslow Law Firm<br>161 Washington Street<br>Conshohecken, PA 19428 |
| Gano D. Lemoine, III<br>Stephen Barnett Murray<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112 | Glen J. Lerner<br>Law Offices of Glen J. Lerner<br>   & Associates<br>4795 S. Durango<br>Las Vegas, NV 89147 |

| | |
|---|---|
| Stephen N. Leuchtman<br>Ravid Assoc. (Southfield)<br>23855 Northwestern Highway<br>Southfield, MI 48075-7713 | Theodore M. Lieverman<br>Spector & Roseman<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 |
| Jeffrey R. Lilly<br>Clark Thomas & Winters<br>P.O. Box 1148<br>Austin, TX 78767 | Steven Lim<br>Finkelstein & Partners, LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |
| John W. Lowe<br>Lowe, Mobley & Lowe<br>1210 21st Street<br>P.O. Box 576<br>Haleyvile, AL 35565 | Daniel J. Lyne<br>Hanify & King<br>Professional Corporation<br>One Beacon Street<br>Boston, MA 02108-3107 |
| Paul F. Marci<br>Berman & Simmons<br>129 Lisbon Street<br>Lewiston, ME 04243-0961 | Douglas B. Maddock, Jr.<br>Shook Hardy and Bacon<br>2555 Grand Blvd.<br>Kansas City, MO 64108 |
| Robert L. Manard, III<br>Robert L. Manard, PLC<br>1100 Poydras Street<br>Suite 2610<br>New Orleans, LA 70163 | Kathleen Ann Manning<br>McGlinchey Stafford, PLLC<br>643 Magazine Street<br>New Orleans, LA 71030-3477 |
| Steven A. Martino<br>Taylor, Martino & Hedge, P.C.<br>Post Office Box 894<br>Mobile, AL 36601 | Drew Masse<br>Williams, Jilek, Lafferty, Gallagher<br>  & Scott<br>416 North Erie Street<br>Toledo, OH 43624 |
| Craig Ruvel May<br>Wheeler, Trigg, Kennedy, LLP<br>1801 California Street<br>Suite 3600<br>Denver, CO 80202 | Paul Edward Mayeaux<br>Robert L. Menard, PLC<br>1100 Poydras Street<br>Suite 2610<br>New Orleans, LA   70163 |

| | |
|---|---|
| Charles D. Miller<br>Garan Lucow (Detroit)<br>1000 Woodridge Street<br>Detroit, MI 48207-3192 | Manuel H. Miller<br>Law Offices of Manuel H. Miller<br>5530 Corbin Avenue<br>Suite 210<br>Tarzana, CA 91356 |
| Peter A. Miller<br>Law Office of Peter Miller<br>1601 South Broadway<br>Little Rock, AR 72206 | Patrick James Mulligan<br>Law Office of Patrick J. Mulligan<br>2911 Turtle Creek Blvd.<br>Dallas, TX 75219 |
| Matthew J. Moore<br>Shook Hardy & Bacon, L.L.P.<br>100 N. Tampa Street<br>Suite 2900<br>Tampa, FL 33602 | Stephen Barnett Murray<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112 |
| Matthew B. Moreland<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>Reserve, LA 70084 | James E. Murray<br>James P. Rouhandeh<br>Lindsay R. Skilbell<br>R. Michael Vagnucci<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Linda P. Nussbaum, Esq.<br>Kaplan Fox & Kilsheimer LLP<br>805 Third Avenue<br>22nd Floor<br>New York, NY 10022 | Charles Andrew O'Brien, III<br>Charles Andrew O'Brien,<br>   Attorney at Law<br>5525 Reitz Avenue<br>P.O. Box 98029<br>Baton Rouge, LA 70898-9029 |
| Scott E. Ortiz<br>Williams Porter Day & Neville<br>159 North Wolcott<br>Suite 400<br>P.O. Box 10700<br>Casper, WY 82602 | Julie Christine Parker<br>Sacks & Weston<br>114 Old York Road<br>Jenkintown, PA 19046 |

| | |
|---|---|
| Mindy Brickman Patron<br>McGlinchey Stafford PLLC<br>643 Magazine Street<br>New Orleans, LA 70130-3477 | Gale D. Pearson<br>Pearson, Randall & Schumacher, PA<br>400 S 4th Street<br>Suite 1012<br>Minneapolis, MN 55415 |
| Archie Carl Pierce<br>Wright & Greenhill<br>221 W. 6th Street<br>Austin, TX 78701 | Anne Lester Pointer<br>McClinchey Stafford<br>1811 Tower Drive<br>Monroe, LA 71201 |
| Joseph M. Price<br>Faegre & Benson<br>2200 Norwest Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | Lyn Peeples Pruitt<br>Mitchell, Williams, Selig, Gates<br>& Woodyard<br>425 West Capitol Avenue<br>Suite 1800<br>Little Rock, AR 72201 |
| Stephen J. Randall<br>Pearson, Randall & Schumacher<br>400 S. 4th Street<br>Suite 1012<br>Minneapolis, MN 55415 | Paul W. Rebein<br>Shook, Hardy & Bacon, LLP<br>100 N. Tampa Street<br>Suite 2900<br>P.O. Box 0898<br>Tampa, FL 33602-5810 |
| Kenneth James Reilly<br>Shook Hardy & Bacon<br>201 South Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131-4332 | Lisa J. Rodriguez<br>Rodriguez & Richards LLC<br>3 Kings Highway East<br>Haddonfield, NJ 08033 |
| Bruce F. Rogers<br>Bainbridge, Mims, Rogers & Smith<br>P.O. Box 530886<br>Birmingham, AL 35253 | Ezra D. Rosenberg<br>Dechert LLP<br>P.O. Box 5218<br>Princeton, NJ 08543 |
| Ronald Rosenkranz<br>Finkelstein & Partners, LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 | Douglas A. Rothschild<br>Michael A K Dan<br>1990 South Bundy Drive<br>Suite 540<br>Los Angeles, CA 90025 |

10

| | |
|---|---|
| James P. Rouhandeh<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Art Sadin<br>Provost Umphrey Law Firm, LLP<br>1560 West Bay Area Blvd.<br>Friendswood, TX 77546 |
| Marc A. Saggese<br>Saggest & Associates<br>3960 Howard Hughes Parkway<br>Suite 850<br>Las Vegas, NV 89109 | David Scott Scalia<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, MA 70113 |
| Christopher Seeger<br>Seeger, Weiss, LLP<br>One William Street<br>New York, NY 10004 | Robert H. Shultz, Jr.<br>Heyl, Royster<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025 |
| Thomas E. Steichen<br>Eldridge Cooper Steichen & Leach PLLC<br>P.O. Box 3566<br>Tulsa, OK 74101 | Jason J. Thompson<br>Charfoos & Christensen<br>5510 Woodward Avenue<br>Detroit, MI 48202 |
| Peter J. Stubbs<br>Law Offices of Peter J. Stubbs<br>777 Campus Commons Road<br>Suite 200<br>Sacramento, CA 95825 | Adam S. Tolin<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, PA 19104-2808 |
| Joseph J. Tabacco, Jr.<br>Berman DeValerio Pease Tabacco Burt<br>  & Pucillo<br>One Liberty Square<br>8th Floor<br>Boston, MA 02109 | Thomas P. Thrash<br>1101 Garland Street<br>Little Rock, AR 72201-1214 |
| Fletcher V. Trammell<br>Law Office of Paul J. Dobrowski<br>1010 Lamar<br>Suite 1350<br>Houston, TX 77002 | George J. Tzanetopoulos<br>Mayer, Brown, Rowe & Maw LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |

| | |
|---|---|
| Scott L. Walker<br>Davis & Gilbert, LLP<br>1740 Broadway<br>New York, NY 10019 | Matthew L. White<br>Gray, Weiss & White<br>500 W. Jefferson Street<br>Suite 1200<br>Louisville, KY 40202 |
| Michael W. Weinstock<br>Michael W. Weinstock Law Offices<br>9107 Wilshire Blvd.<br>Suite 600<br>Beverly Hills, CA 90210 | Robert N. Wilkey<br>Pogust, Braslow Law Firm<br>161 Washington Street<br>Suite 1520<br>Conswhohocken, PA 19428 |
| John S. Wilder, Sr.<br>Wilder & Sanders<br>108 E. Court Square<br>Somerville, TN 38068-1436 | Michael L. Williams<br>Williams Love O'Leary Craine<br>& Powers, PC<br>9755 SW Barnes Road<br>Portland, OR 97225-6681 |
| David E. Wilks<br>Reed Smith LLP<br>1201 Market Street<br>Wilmington, DE 19801 | Mary Ellen Wright<br>Finkelstein & Partners LLP<br>436 Robinson Avenue<br>Newburgh, NY 12550 |
| Henri Wolbrette, III<br>McClinchey Stafford, PLLC<br>643 Magazine Street<br>New Orleans, LA 70130-3477 | Corrie Johnson Yackulic<br>Schroeter, Goldmark & Bender<br>810 3rd Avenue<br>Suite 500<br>Seattle, WA 98104 |

Greg W. Turman