UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: May 17, 2007

Lori R. Schultz
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served pursuant to Case Management Order No. 3.

/s/David B. Chaffin