UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re: NEURONTIN MARKETING,    :  MDL Docket No. 1629
SALES PRACTICES AND            :
PRODUCTS LIABILITY LITIGATION  :  Master File No. 04-10981
                               :
---------------------------------------------------------------- x  Judge Patti B. Saris
                               :
THIS DOCUMENT RELATES TO:      :  Magistrate Judge Leo T.
                               :  Sorokin
    ALL ACTIONS                :
                               :
                               :
                               :
                               :
---------------------------------------------------------------- x

### NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: May 17, 2007

Nicholas P. Mizell
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served pursuant to Case Management Order No. 3.

/s/David B. Chaffin