# Exhibit A

## I.  BIPOLAR DISORDER

Following a May 1997 Advisory Board Meeting that recommended that Parke-Davis implement "educational tactics" to move Neurontin ahead of other anticonvulsants for treatment of bipolar disorder, Parke-Davis implemented a national marketing campaign intended to mislead psychiatrists that Neurontin was effective in treating bipolar and other mood disorders.

Parke-Davis's marketing plan called for massive detailing and for presentations containing standard messages to be presented at such venues as American Psychiatric Association (APA) advisory boards, APA symposia, U.S. Psychiatric & Mental Health Congresses, Psychiatric Times Supplements, Psychiatric Times weekend conferences, dinner meetings, teleconferences, CME conferences, CME audiotapes, bipolar treatment guidelines, grand rounds programs, CBU advisory boards, and consultant meetings.

| **STANDARD FALSE MESSAGE BY DEFENDANTS** ||
|---|---|
| #1. | Neurontin is an effective treatment for bipolar and other mood disorders. |
| #2. | Neurontin is a mood stabilizer. |
| #3. | Existing medical evidence (which Defendants would purport to summarize in their presentation, articles or letters) supports the use of Neurontin for bipolar and mood disorders. |

Defendants knew when they made the presentations and distributed their publications that Standard Messages #1 and #2 were false; they knew the scientific evidence uniformly established that Neurontin was ineffective for the treatment of bipolar and mood disorders and that no basis existed by which Neurontin should be prescribed for these purposes.

From September 1997 to September 1999, Neurontin's use in bipolar disorder and other mood disorders increased 1700%.



Plaintiffs will establish through documentary evidence as well as expert testimony that Defendants' national, uniform campaign pervaded the market and was a substantial contributing factor to virtually every prescription for Neurontin to treat BPD from 1997 forward.

## II.    NEUROPATHIC PAIN

By 2001, Park-Davis had only been able to demonstrate that Neurontin was effective for one narrow type of neuropathic pain—PHN.  Notwithstanding the negative or inconclusive evidence as to efficacy for other types of neuropathic pain, Parke-Davis, and subsequently Pfizer, implemented a deceptive national marketing campaign that falsely claimed that Neurontin was effective for all neuropathic pain conditions and that selectively disseminated positive trials for isolated indications, while suppressing or omitting the negative evidence in those same or other areas.

| **STANDARD FALSE MESSAGE BY DEFENDANTS** ||
|---|---|
| #1. | Neurontin has proven efficacy in treating neuropathic pain, regardless of etiology. |
| #2. | Neurontin should be used as first line therapy for all types of neuropathic pain. |
| #3. | Existing medical evidence (which Defendants would purport to summarize in their presentation, articles or letters) supports the use of Neurontin to treat all types of neuropathic and/or chronic pain. |
| #4. | Neurontin has been proven effective in treating diabetic peripheral neuropathy. |

Defendants' campaign was centered on massive detailing and for the communication of the above messages in presentations, articles, and "Dear Doctor" letters made to thousands of physicians.  Defendants' launched a massive "media blitz" about Neurontin's use for "chronic pain" that reached millions of people—both physicians and consumers.

From 2000 to 2001, Neurontin's use for the treatment of Neuropathic pain increased 300%.  As seen below, this growth was overwhelmingly outside of PHN.



Plaintiffs will establish through documentary evidence as well as expert testimony that Defendants' national, uniform campaign pervaded the market and was a substantial contributing factor to virtually every prescription for Neurontin to treat neuropathic pain from 2000 forward.

### III.   MIGRAINE AND VARIOUS FORMS OF HEADACHE

Pursuant to its 1996 Marketing Assessment for Migraine Prophylaxis, Parke-Davis committed to publicizing clinical trial results on migraine prophylaxis, but only "if positive." Parke-Davis implemented a national marketing campaign intended to mislead physicians that Neurontin was effective in preventing migraines and other types of headache.

| **STANDARD FALSE MESSAGE BY DEFENDANT** ||
|---|---|
| #1. | Neurontin is effective in preventing migraines (i.e. migraine prophylaxis) and other forms of headache. |
| #2. | Existing medical evidence (which Defendants would purport to summarize in their presentation, articles or letters) supports the use of Neurontin in preventing migraines and other forms of headache. |

Parke-Davis's marketing plan called for massive detailing and for presentations containing the above Standard Messages to be presented in journal supplements and at weekend conferences, dinner meetings, teleconferences, CME conferences, CME audiotapes, grand rounds programs, advisory boards, and consultant meetings.

When Parke-Davis conducted its Marketing Assessment for Migraine Prophylaxis in 1996, the authors of the study admitted there was "no established preclinical rationale that would support the use of Neurontin for migraine prophylaxis."

Beginning in the second quarter of 1996, when Parke-Davis began delivering the false and misleading representations regarding Neurontin and migraine, Neurontin use increased 800% over the previous quarter.



Plaintiffs will establish through documentary evidence as well as expert testimony that Defendants' national, uniform campaign pervaded the market and was a substantial contributing factor to virtually every prescription for Neurontin to treat migraine headaches from 1996 forward.

## IV.  DOSES ABOVE 1800 MG PER DAY

Neurontin is approved by the FDA only for dosages up to 1800mg/day.  As early as 1995, Parke-Davis personnel acknowledged that the company had "an aggressive campaign to try to convince doctors to push the dose of Neurontin up into the 2400 to 3600mg range."

| **STANDARD FALSE MESSAGE BY DEFEDANTS** ||
|---|---|
| #1 | Neurontin is more effective at doses ranging from 1800 – 3600 mg/ day than at 1800 mg/day. |
| #2 | Inefficacy cannot be determined until patients take at least 3600 mg/day. |
| #3 | Existing medical evidence (which Defendants would purport to summarize in their presentation, articles or letters) supports the use of at dosages above 1800 mg/day. |

Parke-Davis' marketing plans called for massive detailing of physicians and called for the dissemination of these Standard Messages at medical convention symposia, in publications, at grand rounds, in symposia, and through resident programs.

The Standard Messages set forth above were false and misleading because Defendants, as early as 1995, possessed several scientific studies and clinical trials that demonstrated that there is no increased benefit to giving Neurontin doses above 1800mg/day.  Defendants own internal documents acknowledged this fact.

In the mid-1990s, Parke-Davis was able to raise the average daily dose of *all* physicians from 1200 mg/day to roughly 1800 mg/day.  Pfizer continued the campaign and found that by 2003, it had raised the average daily dose of all physicians well over 1800 mg/day, as depicted by Defendants' own chart:





Plaintiffs will establish through documentary evidence as well as expert testimony that Defendants' national, uniform campaign pervaded the market and was a substantial contributing factor to virtually every prescription for Neurontin in excess of 1800mg/day from 1996 forward.

## V.   NOCICEPTIVE AND NON-NEUROPATHIC PAIN

In 2000 Parke-Davis implemented a national marketing campaign intended to mislead physicians to prescribe Neurontin for nociceptive[2] and non-neuropathic pain, especially chronic low back pain and osteoarthritis.

| **STANDARD FALSE MESSAGE BY DEFENDANTS** ||
|---|---|
| #1. | Neurontin is an effective treatment for nociceptive pain and non-neuropathic pain. |
| #2. | Existing medical evidence (which Defendants would purport to summarize in their presentation, articles or letters) supports the use of Neurontin for nociceptive pain. |

Parke-David's marketing plan called for massive detailing and for these Standard Messages to be presented at such venues as dinner meetings, teleconferences, CME conferences, grand rounds programs, CBU advisory boards, and consultant meetings.

By 2000, Defendants had learned of at least 3 clinical trials (two in post-operative dental pain and one in osteoarthritis) that scientifically established that Neurontin was not an effective treatment for nociceptive pain.  Defendants routinely denied that any clinical trial evidence existed, even though they had been aware of the negative trials since no later than 2000.

As a result of the dissemination of Standard Messages above, prescriptions for Neurontin within various nociceptive pain categories, much of it for low back pain and osteoarthritis, skyrocketed, as set forth below:



Plaintiffs will establish through documentary evidence as well as expert testimony that Defendants' national, uniform campaign pervaded the market and was a substantial contributing factor to virtually every prescription for Neurontin for the treatment of Nociceptive pain from 2000 forward.

---

[2] Nociceptive pain refers to pain caused by an injury to body tissues.

## VI.   RESTLESS LEG SYNDROME/PERIODIC LIMB MOVEMENT DISORDER

Commencing in 1998, Parke-Davis implemented a marketing campaign intended to mislead physicians to prescribe Neurontin for Restless Leg Syndrome (RLS) and Periodic Limb Movement Disorder (PLMS).

| | **STANDARD MESSAGES** |
|---|---|
| #1. | Neurontin is an effective treatment for Restless Leg Syndrome and Periodic Limb Movement Disorder. |
| #2. | Existing medical evidence (which Defendants would purport to summarize in their presentation, articles or letters) supports the use of Neurontin for Restless Leg Syndrome and Periodic Limb Movement Disorder. |

Parke-Davis' marketing plans called for massive detailing and for the dissemination of hundreds of copies of "Dear Doctor" letters which falsely and misleadingly summarized medical evidence regarding Neurontin's efficacy for these disorders.  Pfizer also distributed thousands of copies of an article co-written by Pfizer employees that misleadingly summarized the medical evidence regarding use of Neurontin for these conditions.

In 1997, Parke-Davis sponsored the first clinical study of Neurontin for use in the treatment of PLMS. The results of that study were negative: the patients who completed the study demonstrated no improvement in their general health, their sleep, their leg discomforts or their restlessness as compared to the taking of a placebo.

Almost immediately after the adoption of their publication strategy, Neurontin prescriptions for these conditions increased many times over.  Prescriptions for RLS and PLMS rose again dramatically in 2002 after Pfizer began to disseminate an article nominally authored by Garcia-Borreguero but which in fact had been written by a medical marketing firm.



Plaintiffs will establish through documentary evidence as well as expert testimony that Defendants' national, uniform campaign pervaded the market and was a substantial contributing factor to virtually every prescription for Neurontin for the treatment of RLS and PLMS from 1997 forward.

## VII.   ANXIETY DISORDERS

Along side the bipolar campaign, Parke-Davis implemented a national marketing campaign to mislead physicians to believe that Neurontin was effective for anxiety disorders.

| **STANDARD FALSE MESSAGE BY DEFENDANTS** ||
|---|---|
| #1. | Neurontin is an effective treatment for anxiety disorders. |
| #2. | Existing medical evidence (which Defendants would purport to summarize in their presentation, articles or letters) supports the use of Neurontin for anxiety disorders. |

Beginning in late 1997 and early 1998, Parke-Davis's marketing plan called for presentations containing the above Standard Messages to be presented at such venues as American Psychiatric Association (APA) advisory boards, APA symposia, U.S. Psychiatric & Mental Health Congresses, Psychiatric Times Supplements, Psychiatric Times weekend conferences, dinner meetings, teleconferences, CME conferences, CME audiotapes, bipolar treatment guidelines, grand rounds programs, CBU advisory boards, and consultant meetings.  The messages were included in several journals and articles that were distributed to over 50,000 psychiatrists, on websites that received more than 750,000 hits a month and meetings and conferences that were attended by no less than 8,500 psychiatrists.

Commencing in October 1997, Defendants learned that the results of the clinical trial in panic disorder were negative.

In late 1997 and early 1998, Neurontin prescriptions for anxiety disorders and phobias soared, as illustrated below:



Plaintiffs will establish through documentary evidence as well as expert testimony that Defendants' national, uniform campaign pervaded the market and was a substantial contributing factor to virtually every prescription for Neurontin for the treatment of Anxiety Disorders from the third quarter of 1997 forward.

## VIII.  MONOTHERAPY

Parke-Davis implemented a national marketing campaign intended to mislead physicians to believe that Neurontin was effective for epilepsy monotherapy.

| **STANDARD FALSE MESSAGE BY DEFENDANTS** | |
| --- | --- |
| #1. | Neurontin is an effective monotherapy treatment for epilepsy. |
| #2. | Existing medical evidence (which Defendants would purport to summarize in their presentation, articles or letters) supports the use of Neurontin for monotherapy. |

Parke-Davis's marketing plan called for presentations containing the above messages to be presented at such venues as dinner meetings, teleconferences, CME conferences, CME audiotapes, grand rounds programs, CBU advisory boards, and consultant meetings.  The messages were included in at least 12 journals and articles that were distributed to hundreds of physicians, conferences that were attended by hundreds of physicians, and numerous details.

As early as 1995, Parke-Davis knew that the clinical trials it expected to use to establish efficacy had negative results.  In 1997, it formally applied to the FDA to change Neurontin's labeling to include a monotherapy indication.  The FDA rejected the application precisely because Parke-Davis failed to establish that Neurontin is an effective monotherapy for epilepsy.

Plaintiffs will establish through documentary evidence as well as expert testimony that Defendants' national, uniform campaign pervaded the market and was a substantial contributing factor to virtually every prescription for Neurontin for use in epilepsy monotherapy from 1995 forward.