UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES PRACTICES, :
AND PRODUCTS LIABILITY LITIGATION :
: MDL Docket No. 1629
----------------------------------------------x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
----------------------------------------------x
: Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION; : Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
----------------------------------------------x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF :
AMERICA v. PFIZER INC. and :
:
AETNA, INC. v. PFIZER INC. :
:
----------------------------------------------x

## DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move to compel discovery from plaintiffs.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, defendants respectfully request that the Court order plaintiffs to produce the requested discovery.

## **REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: May 30, 2007

    PFIZER INC., et uno,

    By their attorneys,

    DAVIS POLK & WARDWELL

    By:   /s/ James P. Rouhandeh
          James P. Rouhandeh

    450 Lexington Avenue
    New York, New York 10017
    (212) 450-4000

      - and -

    HARE & CHAFFIN

    By:   /s/ David B. Chaffin
          David B. Chaffin

    160 Federal Street
    Boston, Massachusetts 02110
    (617) 330-5000

    *Attorneys for Defendants Pfizer Inc. and*
    *Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 30, 2007.

/s/David B. Chaffin

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion and that the requirements of Local Rule 37.1 have been complied with.

/s/David B. Chaffin