UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Master File No. 04-10981 |
| | Judge Patti B. Saris |

### DECLARATION OF GAYLE M. CARPENTER

Gayle M. Carpenter declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an Internal Control Analyst for Blue Cross Blue Shield of Louisiana.

2. I submit this declaration in support of Class Plaintiffs' Memorandum of Law in Opposition To Defendants' Motion to Compel Discovery from Plaintiffs.

3. BCBSLA processes approximately 7,000,000 pharmacy claims per year, or approximately 35,000,000 – 40,000,000 pharmacy claims over the proposed class period.

4. BCBSLA's pharmacy claims data for the proposed class period, 1994 through 2004, is stored in 4 separate databases: one database for the claims data from each of BCBSLA's three Pharmacy Benefits Managers ("PBM"), PCS/Caremark, Medco, and Express Scripts, and the in-house BCBSLA medical claims database that was used to process pharmacy claims during a brief period when BCBSLA did not use a PBM.

5. Each of the aforementioned databases is stored on a different platform and operating system.

6. In order match up the pharmacy claims data for each BCBSLA insured that took Neurontin with those insured's pharmacy claims for other drugs during the proposed class period would require the cross-referencing of the claims data among the four different databases to identify and match the insureds among the databases, and then match their pharmacy claims for Neurontin and the other drugs.

7. Each alternative drug identified by Plaintiffs in Response to Interrogatory No. 2 may have 15 or more National Drug Code ("NDC"). Each NDC must be run to match prescription claims for that drug with prescription claims for Neurontin for each insured.

8. I am unaware of any software that can perform this process.

9. To match up these claims by insured from among the four databases would require the *de novo* development of a custom data mining algorithm that would take at least 3 months to write and statistically validated prior to using.

10. During the years in question if a person was covered under more than one contract at a time, or was covered by different contracts during different time frames, that person would have more than one contract number, which contract numbers would have to be cross-referenced to each drug involved.

11. Additionally, in order to comply with HIPAA regulations, contract numbers were changed during the relevant time period from the formerly Social Security Number based system to random numbering, further complicating the task of mapping or "cross-walking" contract numbers from time period to time period.

2

12. These last two considerations will tremendously complicate the task requested and will likely double the time for gathering and formatting the data requested – making a total of at least 6 months.

Dated: Baton Rouge, Louisiana
June 4, 2007

*Gayle M. Carpenter*
Gayle M. Carpenter
Louisiana Health Service & Indemnity
Company d/b/a Blue Cross and Blue Shield
of Louisiana

3