UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------- x
THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS) and

AETNA, INC. v. PFIZER INC., et al., 04-CV-10958 (PBS)

------------------------------------------------------------- x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## EMERGENCY MOTION TO COMPEL COORDINATED PLAINTIFFS TO APPEAR FOR DEPOSITIONS

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move, on an emergency basis, to compel The Guardian Life Insurance Company of America ("Guardian"), Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals (together, "Kaiser"), and Aetna, Inc. ("Aetna") (collectively, "Coordinated Plaintiffs") to appear for Rule 30(b)(6) depositions on or before June 22, 2007, and for an order permitting Defendants to provide seven (7) days' notice of depositions that they deem necessary as follow-up on testimony provided during the Rule 30(b)(6) depositions.

The grounds for this motion are set forth in the accompanying memorandum of law.

A declaration of Mathew B. Rowland also is submitted in support of this motion.

The motion is brought on an emergency basis because, owing to the July 14, 2007, deadline for the completion of depositions, the motion raises an issue that must be addressed promptly.

WHEREFORE, Defendants respectfully request that the Court issue an order compelling Coordinated Plaintiffs to appear for Rule 30(b)(6) depositions on or before June 22, 2007, and permitting Defendants to provide seven (7) days' notice of depositions that they deem necessary as follow-up on testimony provided during the Rule 30(b)(6) depositions.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request that the Court hear them on this motion at the June 12, 2007, discovery conference.

Dated: June 6, 2007

        DAVIS POLK & WARDWELL

        By:  /s/ James P. Rouhandeh
              James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        SHOOK, HARDY & BACON L.L.P.

        By:  /s/ Scott W. Sayler
              Scott W. Sayler

        2555 Grand Boulevard
        Kansas City, Missouri 64108
        (816) 474-6550

        - and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1 AND 37.1

I certify that counsel have attempted in good faith to resolve or narrow the issues presented by this motion and that the provisions of Local Rule 37.1 have been complied with. Counsel for the parties exchanged correspondence and held numerous telephone conferences presented by this motion but were unable to resolve it. The correspondence and conferences took place on multiple dates during the last two weeks.

/s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on June 6, 2007.

/s/David B. Chaffin

3