UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                  :
In re:  NEURONTIN MARKETING AND                                                   :
        SALES PRACTICES LITIGATION                                                :
                                                                                  :  MDL Docket No. 1629
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                  :  Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                                         :
                                                                                  :  Judge Patti B. Saris
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                  :  Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION;                                                 :  Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,                                       :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;                                            :
INTERNATIONAL UNION OF OPERATING ENGINEERS,                                       :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL                                      :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and                                       :
LORRAINE KOPA, on behalf of themselves and all others                             :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT                             :
COMPANY.                                                                          :
                                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                  :
THE GUARDIAN LIFE INSURANCE COMPANY OF                                            :
AMERICA v. PFIZER INC. and                                                        :
                                                                                  :
AETNA, INC. v. PFIZER INC.                                                        :
                                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DECLARATION OF RAJESH S. JAMES**

      RAJESH JAMES declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

      1.      I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2.  I submit this declaration in support of Defendants' Reply Memorandum of Law in Further Support of Motion to Compel Discovery from Plaintiffs.

3.  Attached at Exhibit 1 is a true and correct copy of the Gabapentin Capsules Review of Restrictions, produced by plaintiff Kaiser, and which is Bates stamped KAIS-001063.

Dated: New York, New York
       June 8, 2007

/s/ Rajesh S. James_____
            Rajesh S. James

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 8, 2007.

                                      /s/David B. Chaffin