# EXHIBIT 1

1430. GABAPENTIN CAPSULES: REVIEW OF RESTRICTIONS
(Neurontin® - Parke Davis)

STATUS
Restrictions removed and guidelines added. The new Formulary status is Formulary with Guidelines.

The Regional P&T Committee voted to remove all prescribing restrictions for gabapentin capsules and add guidelines for use.

EXPERT RECOMMENDATIONS
The SCPMG General Internal Medicine Committee, Chiefs of Neurology, Chiefs of Psychiatry, Chiefs of Family Practice, the General Internal Medicine Committee, and Drug Information/Professional Services recommended to remove prescribing restrictions for gabapentin capsules and add guidelines for use.

RATIONALE/BACKGROUND
The SCPMG General Internal Medicine Committee and Chiefs of Family Practice requested to re-evaluate the prescribing restrictions for gabapentin. Gabapentin was restricted to prescribing by SCPMG Neurologists (for epilepsy), Pain Clinic physicians (for reflex sympathetic dystrophy) and Psychiatrists (for bipolar affective disorder). New clinical data is now available which supports the use of gabapentin for the treatment of post-herpetic and diabetic neuralgias. The Committee agreed that maintaining restrictions was impractical since treatment of neuralgias is widespread across many physician specialties. The Committee also agreed that guidelines were also appropriate since the place in therapy of gabapentin differs depending on the intended use of the drug.

COST CONSIDERATIONS

| DRUG | DOSE | COST/YEAR |
|---|---|---|
| Gabapentin (Neurontin®) capsules | 900 mg – 1800 mg/day* | $ 965 - $ 1930 |
|  | 2400 mg – 3600 mg/day | $ 2300 - $ 3450 |
| Carbamazepine (Tegretol®) tablets | 200 mg – 1200 mg/day | $ 30 - $ 165 |
| Amitriptyline (Elavil®) tablets | 25 mg – 100 mg/day | $ 4 - $ 7 |
| Capsaicin 0.075% (Zostrix®) cream | Topical TID - QID | Cost/ 60 gm tube $4.25 (OTC) |

GUIDELINES FOR THE USE OF GABAPENTIN

- Neurontin® (gabapentin) is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy.

- Reflex Sympathetic Dystrophy (RSD): There are published case reports describing the efficacy of gabapentin in the treatment of refractory cases of RSD.

- Bipolar affective disorder: A review of several studies and case reports found that gabapentin may be effective as monotherapy or adjunctive therapy in some treatment resistant cases of bipolar affective disorders.

- Diabetic neuropathy and postherpetic neuropathy: Studies have shown gabapentin to be effective in the treatment of diabetic and postherpetic neuropathies.

    The use of gabapentin for the treatment of neuropathy should be reserved for those patients unresponsive to or intolerant of other available treatment modalities, including tricyclic antidepressants (alone or in combination with narcotic analgesic agents), carbamazepine and topical agents.

- For all indications: The initial prescription quantities should be limited to amounts consistent with a one month trial.

**CONFIDENTIAL**                                                                 **KAIS-001063**