UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA ) <br>  v. PFIZER, INC., ) <br> 04 CV 10739 (PBS) ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

### DECLARATION OF AVIAH COHEN PIERSON IN SUPPORT OF COORDINATED PLAINTIFFS' OPPOSITION TO DEFENDANTS' EMERGENCY MOTION TO COMPEL COORDINATED PLAINTIFFS TO APPEAR FOR DEPOSITIONS

I, Aviah Cohen Pierson, declare:

1. I am an associate with Kaplan Fox & Kilsheimer, LLP.

2. I make this declaration in support of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (together, "Kaiser"), the Guardian Life Insurance Company of America ("Guardian") and Aetna, Inc. (collectively, the "Coordinated Plaintiffs") Opposition to Defendants' Emergency Motion to Compel Coordinated Plaintiffs to Appear for Depositions.

3. I have personal knowledge of the facts stated herein.

4. Following receipt of the 30(b)(6) deposition notices on Kaiser, I spoke to Matthew Rowland of Davis Polk regarding the location of the Kaiser 30(b)(6) deposition. I asked Mr. Rowland whether defendants would be agreeable to have these depositions proceed in California, as opposed to Boston. He stated that defendants would be

1

agreeable to have these depositions go forward in California, depending upon the proposed dates offered for this deposition.

5. The Coordinated Plaintiffs initiated and participated in two meet-and-confer discussions regarding the 30(b)(6) depositions, one on May 25 and the other on May 31.

6. During the May 25 meet-and-confer, we confirmed that it would be preferable for our client to have Kaiser's 30(b)(6) deposition go forward in California.

7. Following the May 31 meet-and-confer, we told defendants that now that the scope of the 30(b)(6) deposition notices had been limited and agreed to, the Coordinated Plaintiffs could identify an appropriate 30(b)(6) witness and we would send proposed dates for these depositions as quickly as possible, preferably in the next day or two.

8. On June 6, Kaiser agreed to make a 30(b)(6) witness available during the week of July 9 in California. On that same day, Guardian agreed to make a 30(b)(6) witness available on June 28 or July 9.

9. On June 7, Kaiser and Guardian each agreed to make its 30(b)(6) witness for an additional day of deposition if necessary. Kaiser agreed to produce its 30(b)(6) witness for deposition on July 12 and 13 in California. Guardian agreed to make its 30(b)(6) witness available on July 9 and 10.

10. On June 8, Kaiser agreed to make an effort to produce its witness on June 27 and 28 in California. We also reiterated that Kaiser was endeavoring to produce a single witness who was knowledgeable on each of the appropriate 30(b)(6) deposition topics.

Dated: New York, New York
June 11, 2007

Aviah Cohen Pierson