UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES       :
PRACTICES AND PRODUCTS           :
LIABILITY LITIGATION             :     MDL Docket No. 1629
------------------------------------------------------------------------x
:     Master File No. 04-10981
THIS DOCUMENT RELATES TO:                :
:     Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,  :
06-10912-PBS                             :     Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,  :
06-11024-PBS                             :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., :
06-11022-PBS                             :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., :
06-11023-PBS                             :
------------------------------------------------------------------------x

# MOTION FOR LEAVE TO FILE SECOND AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARTHA ACCETTULLO, et al. hereinafter also called Plaintiffs in all such capacities and move for leave to file their Second Amended Original Complaint to add Common Law Fraud and Actual Damages to their Original Complaint.

WHEREFORE, Plaintiffs request leave to file their Second Amended Original Complaint.

Respectfully submitted

/s/Newton B. Schwartz, Sr.___
Newton B. Schwartz, Sr.

       1911 Southwest Freeway
       Houston, TX 77098

       Jack Harang
       3500 N. Hullen Street
       Metairie, Louisiana 70002

       Julie Parker
       114 Old York Rd.
       Jenkintown, PA 19046

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursant to Case Management Order No. 3 on October 31, 2006.

       /s/Newton B. Schwartz, Sr.___
       Newton B. Schwartz, Sr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES  :
PRACTICES AND PRODUCTS  :
LIABILITY LITIGATION  :  MDL Docket No. 1629
---------------------------------------------------------------------------x
:  Master File No. 04-10981
:
THIS DOCUMENT RELATES TO:  :
:  Judge Patti B. Saris
:
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,  :
06-10912-PBS  :  Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,  :
06-11024-PBS  :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al.,  :
06-11022-PBS  :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al.,  :
06-11023-PBS  :
---------------------------------------------------------------------------x

## **ORDER**

Came to be presented and heard, Plaintiffs' Motion to Leave to File their Second Amended Complaint and good grounds appearing therein, it is:

ORDERED, ADJUDGED and DECREED, that the same be and is hereby GRANTED.

Signed this _____ day of June, 2007.

_____
HONORABLE JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

 /s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Attorney for Plaintiffs*