UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : MDL Docket No. 1629
---------------------------------------------------------------------x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al., :
06-10912-PBS : Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al., :
06-11024-PBS :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., :
06-11022-PBS :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., :
06-11023-PBS :
---------------------------------------------------------------------x

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED PLEADING**

Plaintiffs MARTHA ACCETTULLO, et al. requests leave of the Court to file an amended pleading, Plaintiffs' Motion for Leave to file Second Amended Original Complaint.

A.   INTRODUCTION

1.  Plaintiffs' are MARTHA ACCETTULLO, et al. Defendants are PFIZER, INC.; PARK-DAVIS, a division of Warner-Lambert Company, L.L.C.; WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY, L.L.C; and Pfizer, Inc., Corporation Company.

2.  Plaintiffs' sued Defendants for personal injuries and their deaths under wrongful death and survivors statutes.

3. Defendants PFIZER, INC.; PARK-DAVIS, a division of Warner-Lambert Company, L.L.C.; WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY, L.L.C; and Pfizer, Inc., Corporation Company have not filed their answer as service is pending.

B. ARGUMENT

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230, (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n.*, 168 F.3d. 661, 665 (3d Cir. 1999).

5. The Court should allow the filing of Plaintiffs' amended pleading because of additional causes of action.

6. Defendants PFIZER, INC.; PARK-DAVIS, a division of Warner-Lambert Company, L.L.C.; WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY, L.L.C; and Pfizer, Inc., Corporation Company will not be prejudiced by Plaintiffs' amended pleading.

CONCLUSION

7. For all the above reasons Plaintiffs ask the Court to grant leave to file their Amended Complaint.

Defendants have not and cannot show bad faith, prejudice or any delay, much less undue delay on account of said Amended Complaint being filed.

Justice here requires that leave be granted.

        Respectfully submitted

        _/s/Newton B. Schwartz, Sr._
        Newton B. Schwartz, Sr.
        1911 Southwest Freeway
        Houston, TX 77098

        Jack Harang
        3500 N. Hullen Street
        Metairie, Louisiana 70002

        Julie Parker
        114 Old York Rd.
        Jenkintown, PA 19046

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursant to Case Management Order No. 3 on October 31, 2006.

        _/s/Newton B. Schwartz, Sr._
        Newton B. Schwartz, Sr.