# EXHIBIT F

DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NEW YORK 10019
(212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4825
EMAIL ADDRESS
pcorcoran@dglaw.com

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE
212-974-7037

July 22, 2005

**BY FACSIMILE AND UPS OVERNIGHT**

Jeff S. Gibson, Esq.
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
317-636-6481

Re:   Subpoenas issued to Cline Davis & Mann, Inc., Sudler & Hennessy, LLC, and CommonHealth in connection with *In re Neurontin Marketing & Sales Practices Litigation*, MDL Docket No. 04-MDL-1629, Master File No. 04-10981 (D. Mass)

Dear Mr. Gibson:

We received today your July 18, 2005 letter to our colleague Scott Walker regarding the above-referenced subpoenas issued by you to our clients Cline Davis & Mann, Inc. ("Cline"), Sudler & Hennessy, LLC ("S&H"), and CommonHealth, (the "Subpoenas").

We were surprised by your letter because we were told by Mr. Walker that when you and he last spoke over three weeks ago, you said you understood (and would get back to him shortly regarding) our concerns related to the December 1998 production cut-off date that is currently the subject of extensive motion practice before the MDL Court. As he told you at that time, our desire is simply to avoid having our clients—none of whom are parties to the MDL proceeding—incur unnecessary costs in segregating out and producing pre-December 1998 documents if the Court ultimately decides that such a production cut-off date is inappropriate.

We understand that on August 1, 2005 there will be a hearing and, presumably, a decision by the MDL Court regarding the motions related to the document production cut-off date. In view of the shortness of the delay involved—nine days—we ask you to reconsider your position and to defer the production of documents by our client until after that hearing. If that is not acceptable, we will direct our clients to begin the process of segregating out the disputed documents—a burdensome task which may be wholly unnecessary.

As much of the documentation our clients will be making available is likely to duplicate information you already have available from Pfizer, the consideration we are

DAVIS & GILBERT LLP

Jeff S. Gibson, Esq.
July 22, 2005
Page 2

requesting on behalf of our non-party clients seems to us rather reasonable, and in keeping with the letter and spirit of Rules 26(b)(2) and 26(c). We look forward to your response to our request.

Very truly yours,

Paul F. Corcoran

cc: Scott L. Walker, Esq.
    Marc J. Rachman, Esq.