# EXHIBIT H



Louis F. Cohen (1936-1992)
Richard M. Malad
Irwin B. Levin
Richard N. Bell
David J. Cutshaw
Gregory L. Laker
Thomas L. Blackburn
Richard E. Shevitz
Donald D. Levenhagen
Arend J. Abel
Shokrina Radpour Beering
Brian K. Zoeller*

*Certified Family Law Specialist

Michael C. Adley
Laura C. Jeffs
Scott D. Gilchrist
Eric S. Pavlack
Jeff S. Gibson
Elizabeth J. Doepken
Julie Andrews
Katherine A. Harmon
Kelley J. Johnson
Amanda L. Yonally

September 7, 2006

Scott L. Walker
Davis & Gilbert LLP
1740 Broadway
New York, New York 10019

*In re: Neurontin Marketing and Sales Practice Litigation*
*MDL Docket No. 04-MDL-1629*

Dear Mr. Walker:

I am writing with respect to the subpoenas I issued to your clients Sudler & Hennessy, Cline Davis & Mann, and CommonHealth in the aforementioned litigation. On June 15, 2005, you provided your clients' responses to the subpoenas. At the time of the response, there was a Motion pending before the MDL Court regarding the time frame of relevant production. You requested that the document production be delayed until that issue was resolved.

The Court has now ruled on the Motion, and held the relevant time period to be from 1994 to May 31, 2001. Accordingly, please produce all responsive documents by September 21, 2006.

Thank you for your attention to this matter.

Very truly yours,

COHEN & MALAD, LLP

Jeff S. Gibson