# EXHIBIT N

DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NEW YORK 10019
(212) 468-4800

DIRECT DIAL NUMBER
(212)468-4965
EMAIL ADDRESS
CPLAMHECK@DGLAW.COM

MAIN FACSIMILE
(212)468-4888
PERSONAL FACSIMILE
(212)621-0934

June 26, 2007

**BY FACSIMILE**

Jeff S. Gibson, Esq.
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204

Re:    *In Re: Neurontin Marketing And Sales Practices Litigation*, MDL Docket
No. 1629, Master Docket No. 04-10981 (D. Mass) (PBS) (LTS)

Dear Jeff:

As you know, we represent Sudler & Hennessey ("Sudler") and Cline Davis & Mann, Inc. ("CDM") (collectively, the "Non-Parties") with regard to the documents-only subpoenas (the "Subpoenas") issued by Plaintiffs in the above-referenced matter (the "Litigation").

We have completed our preliminary review of the boxes that were recently returned to us by the U.S. Attorney's office. Subject to and without waiver of the Non-Parties' objections to the Subpoenas as set forth in their respective Rule 45 letters, please be advised as follows:

A total of 41 boxes were sent to us. Four of those boxes were apparently sent in error as they do not belong to either Sudler or CDM, and we are returning those to the U.S. Attorney's office.

Of the remaining 37 boxes, we have identified 11 boxes (standard banker's boxes) as containing documents belonging to CDM. In addition, there are 25 transfile boxes and one banker's box containing Sudler documents.

In addition to the paper documents in these boxes, we discovered an estimated 200 cassette tape recordings, most of which were in boxes belonging to Sudler.

J. Gibson, Esq.
June 26, 2007
Page 2

DAVIS & GILBERT LLP

    We are willing to obtain estimates from vendors for the copying of both paper and sound recordings upon request. We have previously worked with a vendor to convert cassette recordings to sound files that can be burned to CDs and played on any CD player or computer. The cost of conversion varies depending on the length of the original recording.

    Please let us know whether you plan to purchase copies of the Non-Parties' documents or whether you will make arrangements to come and inspect them at our offices in New York. We can start producing and/or making them available for inspection on a rolling basis as early as next week.

    We have not completed our review of the electronic documents contained on a few CDs and disks that were included in the boxes, but we expect to be able to start producing these electronic documents on a rolling basis beginning next week as well.

Very truly yours,

Cheryl Plambeck

cc:    Paul Corcoran, Esq.
        Reid Skibell, Esq.