UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____ )
In re:  NEURONTIN MARKETING, SALES           )          MDL Docket No. 1629
       PRACTICES AND PRODUCT                )
       LIABILITY LITIGATION                 )
_____ )          Master File No. 04-10981
                                            )
THIS DOCUMENT RELATES TO:                    )          Judge Patti B. Saris
ALL ACTIONS                                  )          Magistrate Judge Leo T. Sorokin
_____ )


**STATUS REPORT JULY 1, 2007**

      Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for Plaintiffs and

Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as

well as all cases transferred to MDL No. 1629.


Dated: July 2, 2007


By:    **/s/ James P. Rouhandeh**
       James P. Rouhandeh
       Davis Polk & Wardwell
       450 Lexington Avenue
       New York, NY 10017


By:    **/s/ David B. Chaffin**
       David B. Chaffin
       Hare & Chaffin
       160 Federal Street, 23rd Floor
       Boston, MA 02110


**Counsel for Defendants, Pfizer Inc., et al.**


By:    **/s/ Thomas M. Sobol**
       Thomas M. Sobol
       Hagens Berman Sobol Shapiro LLP
       One Main Street, 4th Floor
       Cambridge, MA 02142

**Plaintiffs' Liaison Counsel**

By:    **/s/Barry Himmelstein**
       Barry Himmelstein, Esquire
       Lieff Cabraser Heimann & Bernstein
       Embarcadero Center West
       275 Battery Street, 30th Floor
       San Francisco, CA 94111-3339

By:    **/s/Don Barrett**
       Don Barrett, Esquire
       Barrett Law Office
       404 Court Square North
       P.O. Box 987
       Lexington, MS 39095

By:     **/s/Daniel Becnel, Jr.**
        Daniel Becnel, Jr., Esquire
        Law Offices of Daniel Becnel, Jr.
        106 W. Seventh Street
        P.O. Drawer H
        Reserve, LA 70084

By:     **/s/James Dugan**
        James R. Dugan, II, Esquire
        Dugan & Browne, PLC
        650 Poydras Street, Suite 2150
        New Orleans, LA 70130

By:     **/s/Thomas Greene**
        Thomas Greene, Esquire
        Greene & Hoffman
        125 Summer Street
        Boston, MA 02110


**Members of the Class Plaintiffs'
Steering Committee**


By:     **/s/Richard Cohen**
        Richard Cohen, Esquire
        Lowey Dannenberg Bemporad
        & Selinger, P.C.
        The Gateway
        One North Lexington Avenue
        White Plains, NY 10601

By:     **/s/Linda P. Nussbaum**
        Linda P. Nussbaum, Esquire
        Cohen Milstein Hausfeld & Toll
        150 East 52nd Street
        Thirteenth Floor
        New York, NY 10022


**Members of the Plaintiffs' Non-Class
Steering Committee**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 2, 2007.

/s/David B. Chaffin

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 7/1/07

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Motion for Appointment of Tennessee Lead Counsel, *sub judice*<br><br>   o January 21, 2005 – Motion for Appointment of Tennessee Lead Counsel [Docket No. 37], Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38]<br><br>   o February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39]<br><br>   o February 2, 2005 – Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32]<br><br>   o February 11, 2005 – Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36]<br><br>   o March 15, 2005 – Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56]<br><br>   o August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** (cont'd) | | | • Motion for Class Certification, *sub judice* <br><br>     o August 8, 2005 – Plaintiff's Motion for Leave to File Declarations in Support of Plaintiffs' Motion for Class Certification Under Seal [Docket No. 202], Plaintiffs' Motion to Certify Class [Docket No. 204], Plaintiffs' Memorandum in Support re: Motion to Certify Class [Docket No. 205] <br><br>     o December 22, 2006 – Defendants' Motion for Leave To File 49-Page Memorandum in Opposition to Motion for Class Certification [Docket No. 585], Defendants' Proposed Memorandum of Law in Opposition to the Class Plaintiffs' Motion for Class Certification [Exhibit to Dkt # 585], Declaration of Matthew B. Rowland [Docket No. 586] <br><br>     o February 22, 2007 – Class Plaintiffs' Motion for Permission To File an Oversized Reply Memorandum of Law in Support of Motion for Class Certification [Docket No. 648], Reply Memorandum of Law in Support of Plaintiffs' Motion for Class Certification [Exhibit to Dkt # 648], Revised Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Motion for Class Certification [Exhibit to Dkt # 648], Declaration of James H. Young [Exhibit to Dkt # 648] <br><br>     o February 27, 2007 – Order Denying [Dkt # 648] Class Plaintiffs' Motion for Permission To File an Oversized Reply Memorandum of Law in Support of Motion for Class Certification (undocketed order filed February 27, 2007) <br><br>     o March 19, 2007 – Reply Memorandum of Law in Support of Plaintiffs' Motion for Class Certification [Docket No. 678] <br><br>     o April 25, 2007 – Defendants' Sur-Reply Memorandum of Law in Further Opposition to the Class Plaintiffs' Motion for |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action, (cont'd)** | | | Class Certification [Exhibit to Docket No. 739; filed under seal], Declaration of Matthew B. Rowland [Docket No. 738]<br><br>  o  May 25, 2007 – Class Plaintiffs' Post-Argument Submission in Support of Class Certification [Docket No. 752]<br><br>  o  June 15, 2007 – Defendants Post-Argument Submission in Opposition to Class Certification [Docket No. 766]<br><br>•  Motion for Sanctions<br><br>  o  June 29, 2007 – Plaintiffs' Emergency Motion for Order To Show Cause Why Sudler & Hennesey and Cline Davis & Mann Should Not Be Sanctioned for Their Failure To Comply with This Court's December 20, 2006 Order [Docket No. 772], Declaration of Jeff S. Gibson in Support of Plaintiffs' Motion To Compel Production of Documents from Non-Parties Sudler & Hennesey and Cline Davis & Mann [Docket No. 773], Plaintiffs' Memorandum in Support of Motion for Order To Show Cause Why Sudler & Hennesey and Cline Davis & Mann Should Not Be Sanctioned for Their Failure To Comply with This Court's December 20, 2006 Order [Docket No. 774] |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass, cases originally filed. | •  Motion for Sanctions<br><br>  o  June 29, 2007 – Plaintiffs' Emergency Motion for Order To Show Cause Why Sudler & Hennesey and Cline Davis & Mann Should Not Be Sanctioned for Their Failure To Comply with This Court's December 20, 2006 Order [Docket No. 772], Declaration of Jeff S. Gibson in Support of Plaintiffs' Motion To Compel Production of Documents from Non-Parties Sudler & Hennesey and Cline Davis & Mann [Docket No. 773], Plaintiffs' Memorandum in Support of |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices), (cont'd)** | | | Motion for Order To Show Cause Why Sudler & Hennesey and Cline Davis & Mann Should Not Be Sanctioned for Their Failure To Comply with This Court's December 20, 2006 Order [Docket No. 774] |
| *Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.* Mass. Docket No. 05-10535 – PBS | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand, stayed<br><br>    o May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]<br><br>    o May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br>    o June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br>    o June 16, 2005 – Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br><br>    o June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br><br>    o August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br><br>    o August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | o   August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215] <br><br> o   October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241] <br> o   October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242] <br><br> o   November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248] <br><br> o   November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251] <br><br> o   November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252] <br> o   December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258] <br><br> o   February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] <br><br> •   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *McMinn v. Pfizer, 04-2690* | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML TO, August 10, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br><br>• Motion to Remand<br><br>   o May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont<br><br>   o June 6, 2005 – Defendants' Opposition to Plaintiff's Motion To Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion To Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion To Remand, filed in U.S. District Court, District of Vermont<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Demers v. Pfizer, 05-84* | Master File 04-10981-PBS | D. Maine | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005<br><br>• Response to Opposition to Transfer filed by Defendants July 11, 2005<br><br>• Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Demers v. Pfizer, 05-84, (cont'd)* | | | • Motion to Remand<br><br>   o June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine<br><br>   o June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | Master File 04-10981-PBS<br><br>Civil action number assigned to Medero by MDL: 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br><br>• Motion to Remand, stayed<br><br>   o August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]<br><br>   o September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br><br>   o September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br><br>   o February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Medero v. Pfizer, 04-cv-22228, (cont'd)* | | | Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524* | | M.D. Alabama | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br><br>• Motion to Remand, *sub judice*<br><br>   o February 27, 2007 – Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 650]<br><br>   o February 28, 2007 – Defendants' Response to [Dkt # 650] Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 656]<br><br>   o April 5, 2007 – Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 712]<br><br>   o April 9, 2007 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion To Remand and in Response to Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 720]<br><br>   o April 9, 2007 – Defendant David Longmire's Memorandum Identifying Certain Inaccurate Representations Asserted in Plaintiffs' Supplemental Memorandum in Support of the Motion To Remand [Docket No. 721]<br><br>   o April 13, 2007 – Plaintiffs' Supplemental Reply Memorandum in |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524, (cont'd)* | | | Support of Motion To Remand [Docket No. 730] <br><br> ○ April 17, 2007 – Hearing before Magistrate Judge Sorokin (pursuant to Magistrate Sorokin's March 9, 2007 electronic order) |

# MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. Pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims *sub judice*<br><br>   o May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>   o May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>   o May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>   o May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>   o June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>   o June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | o   June 23, 2005 – Defendants' Amended Motion with Regard to Case Management Order No. 4 [Docket No. 164]<br><br>o   June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165]<br><br>o   July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174]<br><br>o   July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175]<br><br>o   August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164]<br><br>o   Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| *Brodsky v. Pfizer, 04-7960*<br>*Huffman v. Pfizer, 04-7961*<br>*Paulsen v. Pfizer, 04-8464*<br>*Sumait v. Pfizer, 04-8719*<br>*Smith v. Pfizer, 04-8720* | Master File 04-10981-PBS | S.D.N.Y. | •   Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>•   Cases Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297*<br>*Justine James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005 |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Anderson v. Pfizer, 04-275* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Barker v. Pfizer, 04-309* | Master File 04-10981-PBS | E.D. Texas | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Smolucha v. Pfizer, 04-4882* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Jarosz v. Pfizer, 05-2061* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 <br><br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005 <br><br>• Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005 |
| *Wilson, et al. v. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 <br><br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. |

14

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| *Coleman v. Pfizer, 04-722* *Fish v. Pfizer, 04-723* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| *Teater v. Pfizer, 05-604* | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 27, 2005<br><br>• August 25, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on October 19, 2005 – JPML Transfer Order |
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Reott v. Pfizer, 05-359* | Master File 04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Smith v. Pfizer, 05-444* | Master File 04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Craft et al. v. Pfizer Inc. et al., 05-00310* | Master File 04-10981-PBS | M.D. Florida | • Conditionally Transferred on July 25, 2005 – JPML CTO-11<br><br>• Notice of Opposition to Transfer filed by Plaintiff August 9, 2005<br><br>• September 12, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on December 1, 2005 – JPML Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Alsberge v. Pfizer Inc., et al, 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Briggs v. Pfizer Inc., et al, 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Sanutti v. Pfizer, Inc., et al, 05-03401* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Werner v. Pfizer, 05-6084 Henry v. Pfizer, 05-6087 Colton v. Pfizer, 05-6271 Bentley v. Pfizer, 05-6272 Dixon v. Pfizer, 05-6273 Wendorf v. Pfizer, 05-6274 Richey v. Pfizer, 05-7103 Roberson v. Pfizer, 05-7253* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Watson v. Pfizer, Inc., et al., 05-162* | Master File 04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Johnson v. Pfizer, Inc., 05-2615* | Master File 04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Leiendecker v. Pfizer, Inc., et al., 05-3377* | Master File 04-10981-PBS | N.D. California | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 1, 2005 –  Motion to Vacate Conditional Transfer<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *White v. Pfizer, 05-7571*<br>*Christ v. Pfizer, 05-7572*<br>*Acton v. Pfizer, 05-7573* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| *Aranda v. Pfizer Inc., et al., 05-309* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Aranda v. Pfizer Inc., et al., 05-309, (cont'd)* | | | • Transferred on February 13, 2006 – JPML Transfer Order |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Dane v. Pfizer, Inc., et al., 05-1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Marzolo v. Pfizer, Inc., et al., 05-7828* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Mosley v. Pfizer, Inc., et al., 05-8110* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Salinas v. Pfizer Inc., et al., 05-363* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – December 14, 2005<br><br>• December 23, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-16)<br><br>• January 12, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *McGee v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *O'Bryan v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *French v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *Spears v. Pfizer, 05-8890 Belongie v. Pfizer, 05-8891 Montgomery v. Pfizer, 05-9144 Sizemore v. Pfizer, 05-9145 George v. Pfizer, 05-9238* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |
| *Felici v. Pfizer Inc., et al., 05-386* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006<br><br>• January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17) |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Felici v. Pfizer Inc., et al., 05-386, (cont'd)* | | | • February 10, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *Scott v. Pfizer, 05-9350*<br>*Haddock v. Pfizer, 05-9417* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Lutz v. Pfizer Inc., et al., 05-7469* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Smith et al. v. Pfizer Inc., et al* | Master File 04-10981-PBS | E.D. California | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cascio v. Pfizer Inc et al* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cailor v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Pennsylvania | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Keegan v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Washington | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Adkins v. Pfizer Inc et al* | Master File 04-10981-PBS | S. D. West Virginia | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Mecija v. Pfizer Inc et al, 06-293* | | C.D. California | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Defendant – April 21, 2006<br><br>• May 2, 2006 – Defendant Hall's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• May 26, 2006 – Defendants' Response to Defendant Hall's Motion to Vacate Conditional Transfer Order<br><br>• June 1, 2006 – Defendant Hall's Reply Brief to Pfizer Inc.'s Opposition to His Motion to Vacate Conditional Transfer Order (CTO-21)<br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Cook v. Pfizer Inc et al, 06-980* | | S.D. New York | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br><br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21) |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Young v. Pfizer Inc et al, 06-1308, (cont'd)* | | | • May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21) <br><br> • Transferred on August 9, 2006 – JPML Transfer Order |
| *Brown v. Pfizer Inc et al, 06-504* | | N.D. Texas | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. v. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundoff, et al. v. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. v. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Girard, et al. v. Pfizer Inc., et al., 06-1742* | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Anderson, et al. v. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Agee v. Pfizer Inc., 06-926 Baker v. Pfizer Inc., 06-1109 Brown v. Pfizer Inc., 06-1110 Chappell v. Pfizer Inc., 06-1111 Eaddy v. Pfizer Inc., 06-1112 Grissom v. Pfizer Inc., 06-1113 Holloway v. Pfizer Inc., 06-1114 Huff v. Pfizer Inc., 06-1115 Poole v. Pfizer Inc., 06-1116 Reach v. Pfizer Inc., 06-1117 Whitten v. Pfizer Inc., 06-1118* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Lewis et al. v. John Barrett, et al., 06-3736* | | C.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Putnam v. Pfizer Inc., et al., 06-1144* | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Mustafa, et al. v. Pfizer Inc., et al., 06-349* | | S.D. Illinois | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Wolosonowich v. Pfizer Inc., et al., 06-2696* | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Amato v. Pfizer Inc., et al., 06-1604* | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Blackwell v. Pfizer Inc., et al., 06-2295* | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wendorf, etc. v. Pfizer Inc., et al., 06-589* | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Libby, etc. v. Pfizer Inc., et al. 06-950* | | D. Oregon | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Campbell, etc. v. Pfizer Inc., et al. 06-5049* | | E.D. Washington | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Morrow, et al. v. Pfizer Inc., et al. 06-1240* | | S.D. California | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Gaudio, et al. v. Pfizer Inc., et al. 06-3381* | | D. New Jersey | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Fenelon, etc. v. Pfizer Inc., et al. 06-4136* | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Long, etc. v. Pfizer Inc., et al. 06-4285* | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Burleson v. Pfizer Inc., et al.* **06-220** | | S.D. Texas | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Shaw, etc. v. Pfizer Inc., et al.* **06-5058** | | E.D. Washington | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Manfredi, et al. v. Pfizer Inc., et al.* **06-970** | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |
| *Tilley, etc. v. Pfizer Inc., et al.* **06-513** | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Diana v. Pfizer Inc., et al.* **06-3332** | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Garcia v. Pfizer Inc., et al.* **06-348** | | S.D. Texas | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Johnson v. Pfizer Inc., et al.* **06-1311** | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |
| *Shelley v. Pfizer Inc., et al.* **06-959** | | W.D. Oklahoma | • Conditionally Transferred on October 3, 2006 – JPML CTO-31 |
| *Cox v. Pfizer Inc., et al.* **06-288** | | M.D. Florida | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Hogge v. Pfizer Inc., et al.* **06-3818** | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Farris v. Pfizer Inc., et al.* 06-3975 | | D. Minnesota | • Conditionally Transferred on October 24, 2006 – JPML CTO-33 |
| *Beckworth v. Pfizer Inc., et al.* 06-538 | | M.D. Florida | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| *Ramsey v. Pfizer Inc., et al.* 06-4718 | | E.D. Pennsylvania | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| *Pursey v. Pfizer Inc., et al.* 06-5668 | | W.D. Washington | • Conditionally Transferred on December 29, 2006 – JPML CTO-35 |
| *Bonner v. Pfizer Inc. et al.* 06-1198 | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Briggs v. Pfizer Inc. et al.* 06-15451 | | S.D. New York | • Conditionally Transferred on January 31, 2007 – JPML CTO-36<br><br>• March 12, 2007 – Motion to Dismiss [Docket No. 672]<br><br>  o  March 12, 2007 – Memorandum of Defendant Teva Pharmaceuticals USA, Inc. in Support of Its Motion to Dismiss the Complaint [Docket No. 673]<br><br>  o  March 28, 2007 – Electronic Order of Magistrate Judge Leo T. Sorokin allowing Products Liability Plaintiffs' Agreed to Request [Dkt # 685] that the briefing on Defendant Teva Pharmaceuticals' USA, Inc. Motion To Dismiss proceed on the same schedule as already set for dispositive motions for the Products Liability Plaintiffs' Track One cases [Docket No. 696] |
| *Michielsen v. Pfizer Inc. et al.* 07-32 | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Southern v. Pfizer Inc. et al.* 06-836 | | N.D. Alabama | • Conditionally Transferred on February 8, 2007 – JPML CTO-37 |
| *Armbruster v. Pfizer Inc., et al.* 06-1613 | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *De La Garza v. Pfizer Inc., et al.* 07-13 | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *Isaacs v. Pfizer Inc., et al.* 07-1216 | | D. Minnesota | • Conditionally Transferred on March 12, 2007 – JPML CTO-39 |
| *Woolum, et al. v. Pfizer Inc., et al.* 07-176 | | M.D. Florida | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |
| *Brook, et al. v. Pfizer Inc., et al.* 07-1364 | | D. New Jersey | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |
| *Neilson v. Pfizer Inc., et al.* 07-224 | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| *Valentine v. Pfizer Inc., et al.* 07-510 | | M.D. Florida | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Wampole, et al. v. Pfizer Inc., et al.* 07-204 | | W.D. Wisconsin | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Ballard v. McKinnell, Jr. et al.* 06-688 | | N.D. New York | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Telles, etc.  v. Pfizer Inc. 07-161* | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |