UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
                                                  :  MDL Docket No. 1629
In re: NEURONTIN MARKETING AND                    :
SALES PRACTICES LITIGATION                        :  Master File No. 04-10981
                                                  :
------------------------------------------------- x  Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :  Magistrate Judge Leo T.
                                                  :  Sorokin
THE GUARDIAN LIFE INSURANCE COMPANY OF            :
AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS) and :
                                                  :
AETNA, INC. v. PFIZER INC., et al., 04-CV-10958 (PBS) :
                                                  :
------------------------------------------------- x

## DEFENDANTS' MOTION TO COMPEL RESPONSE TO ONE INTERROGATORY

Defendants Pfizer Inc. and Warner-Lambert Company ("defendants") respectfully move, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, for an order compelling plaintiffs' response to one particular interrogatory.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court enter an order compelling plaintiffs to respond to the interrogatory in question.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: July 5, 2007

                        DAVIS POLK & WARDWELL

                        By: /s/James P. Rouhandeh
                              James P. Rouhandeh

                        450 Lexington Avenue
                        New York, New York 10017
                        (212) 450-4000

                              - and -

                        HARE & CHAFFIN

                        By: /s/ David B. Chaffin
                              David B. Chaffin

                        160 Federal Street
                        Boston, Massachusetts 02110
                        (617) 330-5000

                        *Attorneys for Defendants Pfizer Inc. and*
                        *Warner-Lambert Company*

## CERTIFICATION OF COMPLIANCE

    Pursuant to Local Rules 7.1 and 37.1, I certify that counsel have conferred in good faith to narrow the areas of disagreement to the greatest extent possible. The parties held a telephone conference on May 29, 2007, during which coordinated plaintiffs agreed to answer to the interrogatory in question. As indicated in defendants' memorandum, coordinated plaintiffs' answer is patently insufficient.

                                      /s/David B. Chaffin

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 5, 2007.

                                      /s/David B. Chaffin