UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) |  |
| ) THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
(PENNSYLVANIA CLASS ACTION CERTIFIED)**

718706.1

Plaintiffs Louisiana Health Service Indemnity Company dba BlueCross/BlueShield of Louisiana; ASEA/AFSCME Local 52 Health Benefits Trust; Harden Manufacturing Corporation; Gerald Smith; and Lorraine Kopa respectfully submit this Notice of Supplemental Authority in support of their pending motion for class certification. Specifically, on June 29, 2007, in *Clark, et al. v. Pfizer, Inc., et al.*, Court of Common Pleas of Philadelphia County, June TERM 2004, Case No. 1819, the Court certified a class composed of all persons who purchased Neurontin for any off-label use from 1995 to the present. The Court's opinion is attached hereto as Exhibit A.

Dated: July 5, 2007                                Respectfully Submitted,

                                                                By:    */s/ Barry Himmelstein*
                                                                      Barry Himmelstein, Esquire
                                                                      Lieff Cabraser Heimann & Bernstein, LLP
                                                                      Embarcadero Center West
                                                                      275 Battery Street, 30th Floor
                                                                      San Francisco, CA 94111-3339

                                                               By:    */s/ Thomas Greene*
                                                                        Thomas Greene, Esquire
                                                                      Greene & Hoffman
                                                                      125 Summer Street
                                                                      Boston, MA 02110

                                                               By:    */s/ Thomas M. Sobol*
                                                                        Hagens Berman Sobol Shapiro LLP
                                                                      One Main Street, 4th Floor
                                                                      Cambridge, MA 02142
                                                                      Boston, MA 02110

                                                               By:    */s/ Don Barrett*
                                                                        Don Barrett, Esquire
                                                                      Barrett Law Office
                                                                      404 Court Square North
                                                                      P.O. Box 987
                                                                      Lexington, MS 39095

-2-

> By: */s/ Daniel Becnel*
> Daniel Becnel, Jr., Esquire
> Law Offices of Daniel Becnel, Jr.
> 106 W. Seventh Street
> P.O. Drawer H
> Reserve, LA 70084
>
> By: */s/ James Dugan*
> James Dugan, Esquire
> Dugan & Browne
> 650 Poydras St., Suite 2150
> New Orleans, LA 70130
>
> *Members of the Class Plaintiffs'*
> *Steering Committee*

-3-

# EXHIBIT A