UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## MOTION FOR PROTECTIVE ORDER
## CONCERNING RULE 30(b)(6) DEPOSITION NOTICES

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for the entry of a protective order concerning three notices of deposition pursuant to Rule 30(b)(6).

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully request that the Court enter a protective order that plaintiffs are not entitled to the depositions contemplated by the deposition notices.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: July 5, 2007

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
      James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company*

## CERTIFICATION OF COMPLIANCE

Pursuant to Local Rules 7.1 and 37.1, I certify that counsel have conferred in good faith to narrow the areas of disagreement to the greatest extent possible. A telephonic meet and confer conference was held on July 2, 2007. Participants included counsel for defendants and counsel who had issued the notices of deposition at issue.

/s/David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 5, 2007.

/s/David B. Chaffin
David B. Chaffin

2