# EXHIBIT A

STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Leo T. Sorokin |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------x

IN RE: NEW YORK NEURONTIN                     Case Management
PRODUCTS LIABILITY LITIGATION              Index No. 765,000/2006

-----------------------------------------------------------------x  Hon. Marcy S. Friedman

## PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of

Civil Procedure, Plaintiffs will take the deposition upon oral examination of defendant , by a

person or persons knowledgeable with respect to the subjects set forth hereafter.

### I.    DATE, TIME AND LOCATION OF DEPOSITION

The deposition will take place at 10:00 a.m. on July 2, 2007 at the offices of Kaplan Fox

& Kilsheimer LLP, 805 Third Ave., 22nd Floor, New York, NY 10022.  The deposition will

continue from day to day until completed. You are invited to attend and to participate to the

extent permitted by the Federal Rules of Civil Procedure.

### II.    DEFINITIONS

1.    The Definitions set forth in Local Rule 26.5(c) are hereby incorporated by

reference.

2.    The term "document" has the broadest meaning accorded it under Fed. R. Civ. P.

34(a), and Local Rule 26.5(c)(2), and its meaning includes any original, reproduction or copy of

MP3 20227986.1

any kind whether electronic, computerized, typed, recorded, graphic or printed, written or documentary materials, including, without limitation e-mail, correspondence, memoranda, interoffice communications, computerized record, book-keeping or accounting records, notes, diaries, appointment calendars or records, contracts, specifications, estimates, checks, invoices, records of sale, brochures, manuals, price schedules, and letters, of which the party or the party's attorneys have knowledge, whether or not such document is in the party's possession, custody or control.

3.      "Including" shall be construed to mean "without limitation."

4.      "Parke-Davis" refers to Parke-Davis and its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Parke-Davis.

5.      "Pfizer" or the "Company" refers to Pfizer, Inc. and its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Pfizer and all entities acquired by Pfizer during the Relevant Period, including but not limited to Warner-Lambert and its Parke-Davis division.

6.      "Third Party Payors" refers to the Guardian Life Insurance Company of America; Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; Aetna, Inc.; Time Insurance Company; John Alden Life Company; Union Security Insurance Company; American Medical Security Life Insurance Company; American Medical Security Group, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Health Options, Inc.; Blue Cross Blue Shield of Massachusetts, Inc.; Blue

Cross Blue Shield of Michigan; Blue Care Network, Inc.; Blue Cross Blue Shield of Minnesota; Comprehensive Care Services, Inc.; First Plan of Minnesota; Atrium Health Plan, Inc.; HMO Minnesota; Carefirst, Inc.; Carefirst of Maryland, Inc.; Carefirst Bluecross Blueshield; Willse & Associates, Inc., CFS Health Group, Inc.; Delmarva Health Plan, Inc.; Free State Health Plan, Inc.; Patuxent Medical Group, Inc.; Group Hospitalization and Medical Services, Inc.; Capital Care, Inc.; Capital Area Services, Inc.; BCBSD, Inc.; Empire Healthchoice Assurance, Inc.; Empire Healthchoice HMO, Inc.; Empire Blue Cross HMO; Wellchoice Insurance of New Jersey, Inc.; Empire Healthchoice Assurance, Inc.; Excellus Health Plan, Inc.; EBS Benefit Solutions, Inc.; Federated Mutual Insurance Company; Health Care Service Corporation; Mutual of Omaha Insurance Company; United of Omaha Life Insurance Company; United World Life Insurance Company; Exclusive Healthcare, Inc.; Trustmark Insurance Company; Wisconsin Education Association Council; and Wisconsin Education Association Insurance Corporation including their predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), or Pharmacy Benefit Managers, all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by the Third Party Payors.

7.    "Warner-Lambert" refers to Warner-Lambert Company,  its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Warner-Lambert.

8.    The terms "you" and "your" mean, unless otherwise specified, the Person which is responding to this discovery request, its predecessors and successors in interest, its present and

former subsidiaries, divisions, and affiliates, its present and former officers, directors, employees, agents, attorneys, representatives, and all other persons acting or authorized to act on behalf of that person or entity.

## III.     TIME PERIOD

Unless otherwise expressly indicated, the time period covered is January 1, 1994 to present ("Relevant Period").

## IV.     SUBJECT MATTERS OF DEPOSITION

Pursuant to Fed.R.Civ.P. 30(b)(6), defendant Pfizer shall designate one or more officers, directors, managing agents, or other person(s) to testify concerning the following subject matters:

(1)     The identification of, and all documents concerning, all individuals at Pfizer, Warner-Lambert and Parke-Davis who had contacts with Third Party Payors concerning Neurontin.

(2)     Any information that you have regarding communications you had with Third Party Payors concerning Neurontin.

(3)     Any information that you have regarding the promotion of Neurontin for any off-label uses, including but not limited to pain, diabetic peripheral neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(4)     The identification of, and all documents concerning, employees from the Healthcare Management division, who had any contacts with, or otherwise interacted with Third Party Payors concerning Neurontin.

(5)     Any analysis that you, your agents or representatives performed regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral

neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(6)    Any conclusions or views you, your agents or representatives held regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(7)    Any information you have regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(8)    Any information concerning each medical educational seminar in which:

    a.  Neurontin was discussed; and

    b.  At least one Pfizer, Warner-Lambert or Parke-Davis representative attended, organized, participated, or had any involvement.

(9)    Any information regarding each third party, who attended medical educational seminars, including but not limited to any physicians, marketing firms, and/or vendors, including but not limited to Healthcare Strategies, Inc., in which:

    a.  Neurontin was discussed; and

    b.  At least one Pfizer, Warner-Lambert or Parke-Davis representative attended, organized, participated, or had any involvement.

(10)    Any information concerning Pfizer's communications, marketing or

MP3 20227986.1

5

otherwise, to managed care plans concerning Neurontin, as well as Pfizer's organizational structure used for such efforts, including but not limited to the identification of individuals to describe such communications and all documents concerning such communications.

Dated: June 11, 2007

COHEN & MALAD, LLP

By:

Irwin B. Levin
Richard E. Shevitz
Jeff S. Gibson
COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
jgibson@cohenandmalad.com

Thomas M. Greene
Greene & Hoffman
125 Summer Street, Suite 1410
Boston, MA 02110
Telephone: 617-261-0040
Facsimile: 617-261-3558
tgreene@greenehoffman.com

Linda Nussbaum
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, New York 10022
Telephone: 800-290-1952
Facsimile: 212-687-7714
lnussbaum@kaplanfox.com

Annamarie A. Daley
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Road
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
aadaley@rkmc.com

MP3 20227986.1

6

| | |
|---|---|
| Richard Bemporad<br>Gerald Lawrence<br>Lowey Dannenberg Bemporad<br>& Selinger, P.C.<br>The Gateway - 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714<br>Telephone: 914-997-0500<br>Facsimile: 914-997-0035<br>rbemporad@lowey.com<br>glawrence@lowey.com | Kenneth B. Fromson<br>Finkelstein & Partners<br>436 Robinson Ave<br>Newburgh, NY 12550-3341<br>Telephone: 800-529-2676<br>Facsimile: 845-562-3492<br>kfromson@lawampm.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2007, I caused to be served a true and correct copy of the foregoing Notice of Deposition by electronic mail and first class U.S. Mail, postage prepaid to:

| | |
|---|---|
| Debbie MacGregor<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: 212-450-4000<br>Facsimile: 212-450-3800<br>deborah.macgregor@dpw.com | Vincent E. Gunter<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>vgunter@shb.com |
| Ilyas Rona<br>Greene & Hoffman<br>125 Summer Street, Suite 1410<br>Boston, MA 02110<br>Telephone: 617-261-0040<br>Facsimile: 617-261-3558<br>tgreene@greenehoffman.com | Ronald J. Aranoff, Esq.<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>Telephone: 212-779-1414<br>Facsimile: 212-779-3218<br>aranoff@bernlieb.com |
| David B. Chaffin<br>Hare & Chaffin<br>160 Federal Street, 23rd Floor<br>Boston, MA 02110<br>Telephone: 617-330-5000<br>Facsimile: 617-330-1996<br>dchaffin@hare-chaffin.com | Edward Notargiacomo<br>Hagens Berman, LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: 617-482-3700<br>Facsimile: 617-482-3003<br>ed@hbsslaw.com |

| | |
|---|---|
| Richard Bemporad<br>Gerald Lawrence<br>Lowey Dannenberg Bemporad<br>& Selinger, P.C.<br>The Gateway - 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714<br>Telephone: 914-997-0500<br>Facsimile: 914-997-0035<br>rbemporad@lowey.com<br>glawrence@lowey.com | Kenneth B. Fromson<br>Finkelstein & Partners<br>436 Robinson Ave<br>Newburgh, NY 12550-3341<br>Telephone: 800-529-2676<br>Facsimile: 845-562-3492<br>kfromson@lawampm.com |
| Linda Nussbaum<br>Kaplan Fox & Kilsheimer, LLP<br>805 Third Avenue<br>22nd Floor<br>New York, New York 10022<br>Telephone: 800-290-1952<br>Facsimile: 212-687-7714<br>lnussbaum@kaplanfox.com | Annamarie A. Daley<br>Robins, Kaplan, Miller & Ciresi<br>2800 LaSalle Plaza<br>800 LaSalle Road<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br>aadaley@rkmc.com |

Date: June 11, 2007

*Richard E. Shevitz / Ja.*

Richard E. Shevitz

COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | MDL Docket No. 1629 |
| IN RE NEURONTIN MARKETING AND ) | Master File No. 04-10981 |
| SALES PRACTICES LITIGATION ) | Judge Patti B. Saris |
| _____ ) | Magistrate Leo T. Sorokin |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| IN RE: NEW YORK NEURONTIN | Case Management |
| PRODUCTS LIABILITY LITIGATION | Index No. 765,000/2006 |
| ------------------------------------------------------------------x | Hon. Marcy S. Friedman |

## PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of

Civil Procedure, Plaintiffs will take the deposition upon oral examination of defendant , by a

person or persons knowledgeable with respect to the subjects set forth hereafter.

## I.    DATE, TIME AND LOCATION OF DEPOSITION

The deposition will take place at 10:00 a.m. on July 2, 2007 at the offices of Kaplan Fox

& Kilsheimer LLP, 805 Third Ave., 22nd Floor, New York, NY 10022.  The deposition will

continue from day to day until completed. You are invited to attend and to participate to the

extent permitted by the Federal Rules of Civil Procedure.

## II.    DEFINITIONS

1.    The Definitions set forth in Local Rule 26.5(c) are hereby incorporated by

reference.

2.    The term "document" has the broadest meaning accorded it under Fed. R. Civ. P.

34(a), and Local Rule 26.5(c)(2), and its meaning includes any original, reproduction or copy of

any kind whether electronic, computerized, typed, recorded, graphic or printed, written or documentary materials, including, without limitation e-mail, correspondence, memoranda, interoffice communications, computerized record, book-keeping or accounting records, notes, diaries, appointment calendars or records, contracts, specifications, estimates, checks, invoices, records of sale, brochures, manuals, price schedules, and letters, of which the party or the party's attorneys have knowledge, whether or not such document is in the party's possession, custody or control.

3.      "Including" shall be construed to mean "without limitation."

4.      "Parke-Davis" refers to Parke-Davis and its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Parke-Davis.

5.      "Pfizer" or the "Company" refers to Pfizer, Inc. and its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Pfizer, and all entities acquired by Pfizer during the Relevant Period, including but not limited to Warner-Lambert and its Parke-Davis division.

6.      "Warner-Lambert" refers to Warner-Lambert Company, its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures,

2

limited or general partnerships or other entities operated or controlled directly or indirectly by Warner-Lambert.

7.    The terms "you" and "your" mean, unless otherwise specified, the Person which is responding to this discovery request, its predecessors and successors in interest, its present and former subsidiaries, divisions, and affiliates, its present and former officers, directors, employees, agents, attorneys, representatives, and all other persons acting or authorized to act on behalf of that person or entity.

## III.    **TIME PERIOD**

Unless otherwise expressly indicated, the time period covered is January 1, 1994 to present ("Relevant Period").

## IV.    **SUBJECT MATTERS OF DEPOSITION**

Pursuant to Fed.R.Civ.P. 30(b)(6), defendant Pfizer shall designate one or more officers, directors, managing agents, or other person(s) to testify concerning the following subject matters:

1.    Your document retention policies, including, but not limited to the following topics:

   a.  The retention and destruction of documents at any division, office or document storage facility;

   b.  Any standard operating procedures or polices regarding document retention, collection and management that would encompass documents relating to Neurontin;

   c.  The manner in which Defendants have actually retained, collected and managed documents relating to Neurontin;

   d.  Any standard operating procedures or policies regarding document retention, collection and management that existed at the time of the merger between Pfizer

3

and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin.

    e.  The manner in which Defendants actually retained, collected and managed documents relating to Neurontin that existed at the time of the merger between Pfizer and Warner Lambert in approximately June, 2000;

    f.  To the extent not already encompassed by issue 1(b), identify and describe in detail (as used by each department or division) the depository, if any, in which Defendants actually retained, collected and managed documents relating to Neurontin;

    g.  Any standard operating procedures or policies regarding integration of documents from Warner Lambert to Pfizer resulting from the merger between Pfizer and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin; and

    h.  The manner in which Defendants have actually integrated documents from Warner Lambert to Pfizer resulting from the merger between Pfizer and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin

    2.    The functioning and use of the computer systems, including hardware and software used by Pfizer, for the storage, retrieval, programming, imputing, or formatting of any information in any data base of Pfizer including word processing programs, including but not limited to:

    a.  the reports actually generated or capable of being generated from any such data base;

4

b.    the operations and layout of the electronic data processing system on which it performed all of its electronic data processing functions, including, but not limited to, data bases, data backup, archiving and restoration;

c.    the type, quantity and configuration of all computer hardware and software used, or capable of being used, to process any data, including all devices, programs and equipment used for data creation, entry, reporting, processing, manipulation, modification, storage, communication, transmission, printing, deletion and all other functions of the computers and computer systems;

d.    all policies, procedures, guidelines, rules and standards for all aspects of the handling and storage of electronic media, record retention, backup, archiving and restoration;

e.    all media used for storage in electronic form of information, including magnetic tapes and disks, optical media and other media containing electronic data, including the technical characteristics of such media and the format in which data is stored on such media;

f.    damage to or destruction of media, and deletion, erasure or removal of electronic information;

g.    the functioning and specifications of all data base applications, including the name and version of the data base program and all functions of the data base program, the queries, reports, and other functions, the manner in which data base records are stored, and specifications for the tables, records and fields in the data base;

h.    all other information needed to identify, access, copy and read electronic

data;

    i.    storage of information, data and e-mail on any hard drives;

    j.    Any computer or computer system used by Defendants relating to Neurontin;

    k.    Software and database systems used by Defendants relating to Neurontin;

    l.    Identify and describe in detail backup procedures used by Defendants to preserve data relating to Neurontin;

    m.    Identify and describe in detail computer system upgrades installed by Defendants relating to Neurontin;

    n.    Identify and describe in detail the policies and procedures of Defendants for use of e-mail by employees or agents relating to Neurontin; and

    o.    Identify and describe in detail computers, laptops and database or software programs used by sales representatives of Defendants to record information about Neurontin.

3.    The Electronic Mail (E-mail) system(s) utilized by or at Pfizer, including, but not limited to:

    a.    How such system functioned or functions; and

    b.    The retention of any disks or tapes containing any E-mail messages.

4.    Identify and describe in detail policies or procedures of Defendants to produce documents and electronic data in this Multi-District Litigation.

5.    The search for and collection of documents, including but not limited to electronic information, responsive to plaintiffs' document requests served in this litigation, including, but not limited to:

    a.    Identification of the persons who preformed such searches;

    b.    Identification of the facilities that were searched;

c.   Identification of the employees whose files were searched, including the individuals from the marketing and sales departments; and

d.   Identification by person and/or department of the source of each document produced, including but not limited to the identification of the custodian of the document MDL_VENDORS_058939.

Dated: June 11, 2007

COHEN & MALAD, LLP

By: _____

Irwin B. Levin
Richard E. Shevitz
Jeff S. Gibson
COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
jgibson@cohenandmalad.com

Thomas M. Greene
Greene & Hoffman
125 Summer Street, Suite 1410
Boston, MA 02110
Telephone: 617-261-0040
Facsimile: 617-261-3558
tgreene@greenehoffman.com

Linda Nussbaum
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, New York 10022
Telephone: 800-290-1952
Facsimile: 212-687-7714
lnussbaum@kaplanfox.com

Annamarie A. Daley
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Road
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
aadaley@rkmc.com

7

Richard Bemporad
Gerald Lawrence
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway - 11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714
Telephone: 914-997-0500
Facsimile: 914-997-0035
rbemporad@lowey.com
glawrence@lowey.com

Kenneth B. Fromson
Finkelstein & Partners
436 Robinson Ave
Newburgh, NY 12550-3341
Telephone: 800-529-2676
Facsimile: 845-562-3492
kfromson@lawampm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2007, I caused to be served a true and correct copy of the foregoing Notice of Deposition by electronic mail and first class U.S. Mail, postage prepaid to:

| | |
|---|---|
| Debbie MacGregor<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: 212-450-4000<br>Facsimile: 212-450-3800<br>deborah.macgregor@dpw.com | Vincent E. Gunter<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>vgunter@shb.com |
| Ilyas Rona<br>Greene & Hoffman<br>125 Summer Street, Suite 1410<br>Boston, MA 02110<br>Telephone: 617-261-0040<br>Facsimile: 617-261-3558<br>tgreene@greenehoffman.com | Ronald J. Aranoff, Esq.<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>Telephone: 212-779-1414<br>Facsimile: 212-779-3218<br>aranoff@bernlieb.com |
| David B. Chaffin<br>Hare & Chaffin<br>160 Federal Street, 23rd Floor<br>Boston, MA 02110<br>Telephone: 617-330-5000<br>Facsimile: 617-330-1996<br>dchaffin@hare-chaffin.com | Edward Notargiacomo<br>Hagens Berman, LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: 617-482-3700<br>Facsimile: 617-482-3003<br>ed@hbsslaw.com |

| Richard Bemporad<br>Gerald Lawrence<br>Lowey Dannenberg Bemporad<br>& Selinger, P.C.<br>The Gateway - 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714<br>Telephone: 914-997-0500<br>Facsimile: 914-997-0035<br>rbemporad@lowey.com<br>glawrence@lowey.com | Kenneth B. Fromson<br>Finkelstein & Partners<br>436 Robinson Ave<br>Newburgh, NY 12550-3341<br>Telephone: 800-529-2676<br>Facsimile: 845-562-3492<br>kfromson@lawampm.com |
|---|---|
| Linda Nussbaum<br>Kaplan Fox & Kilsheimer, LLP<br>805 Third Avenue<br>22nd Floor<br>New York, New York 10022<br>Telephone: 800-290-1952<br>Facsimile: 212-687-7714<br>lnussbaum@kaplanfox.com | Annamarie A. Daley<br>Robins, Kaplan, Miller & Ciresi<br>2800 LaSalle Plaza<br>800 LaSalle Road<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br>aadaley@rkmc.com |

Date: June 11, 2007

Richard E. Shevitz

COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593

9

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>IN RE NEURONTIN MARKETING AND  )<br>SALES PRACTICES LITIGATION  )<br>_____ ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Leo T. Sorokin |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------x

|  |  |
|---|---|
| IN RE: NEW YORK NEURONTIN<br>PRODUCTS LIABILITY LITIGATION | Case Management<br>Index No. 765,000/2006<br>Hon. Marcy S. Friedman |

----------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of

Civil Procedure, Plaintiffs will take the deposition upon oral examination of defendant , by a

person or persons knowledgeable with respect to the subjects set forth hereafter.

## I.    DATE, TIME AND LOCATION OF DEPOSITION

The deposition will take place at 10:00 a.m. on July 2, 2007 at the offices of Kaplan Fox

& Kilsheimer LLP, 805 Third Ave., 22nd Floor, New York, NY 10022.  The deposition will

continue from day to day until completed. You are invited to attend and to participate to the

extent permitted by the Federal Rules of Civil Procedure.

## II.    DEFINITIONS

1.    The Definitions set forth in Local Rule 26.5(c) are hereby incorporated by

reference.

2.    The term "document" has the broadest meaning accorded it under Fed. R. Civ. P.

34(a), and Local Rule 26.5(c)(2), and its meaning includes any original, reproduction or copy of

any kind whether electronic, computerized, typed, recorded, graphic or printed, written or

documentary materials, including, without limitation e-mail, correspondence, memoranda,

interoffice communications, computerized record, book-keeping or accounting records, notes,

diaries, appointment calendars or records, contracts, specifications, estimates, checks, invoices,

records of sale, brochures, manuals, price schedules, and letters, of which the party or the party's

attorneys have knowledge, whether or not such document is in the party's possession, custody or

control.

      3.     "Including" shall be construed to mean "without limitation."

      4.     "Parke-Davis" refers to Parke-Davis and its predecessors, successors, subsidiaries

(foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys,

accountants, consultants, investment advisors or bankers), all joint ventures, limited or general

partnerships or other entities operated or controlled directly or indirectly by Parke-Davis.

      5.     "Pfizer" or the "Company" refers to Pfizer, Inc. and its predecessors, successors,

subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to,

attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or

general partnerships or other entities operated or controlled directly or indirectly by Pfizer and all

entities acquired by Pfizer during the Relevant Period, including but not limited to Warner-

Lambert and its Parke-Davis division.

      6.     "Warner-Lambert" refers to Warner-Lambert Company,  its predecessors,

successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not

limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures,

limited or general partnerships or other entities operated or controlled directly or indirectly by Warner-Lambert.

      7.     The terms "you" and "your" mean, unless otherwise specified, the Person which is responding to this discovery request, its predecessors and successors in interest, its present and former subsidiaries, divisions, and affiliates, its present and former officers, directors, employees, agents, attorneys, representatives, and all other persons acting or authorized to act on behalf of that person or entity.

## III.     <u>TIME PERIOD</u>

     Unless otherwise expressly indicated, the time period covered is January 1, 1994 to present ("Relevant Period").

## IV.     <u>SUBJECT MATTERS OF DEPOSITION</u>

     Pursuant to Fed.R.Civ.P. 30(b)(6), defendant Pfizer shall designate one or more officers, directors, managing agents, or other person(s) to testify concerning the following subject matters:

      1.     Pfizer's corporate structure, and the corporate structure and relationship among you and your subsidiaries, parents, affiliates, divisions, departments, offices, units, or other corporate subdivisions and documents summarizing this information.

      2.     The identification of each Pfizer facility and office, the function of each facility and office, and the types and locations of documents concerning this information.

      3.     The acquisition by Pfizer of Warner-Lambert and its Parke-Davis division and the types and locations of documents concerning this acquisition.

      4.     The organizational structure, and the roles and responsibilities of the Health Care Management division at Warner-Lambert and the types of documents created or otherwise maintained at that division.

      5.     The organizational structure, and the roles and responsibilities of your Customer

3

Business Units ("CBUs") and the types of documents created or otherwise maintained at those units.

Dated: June 11, 2007

COHEN & MALAD, LLP

By: _____

Irwin B. Levin
Richard E. Shevitz
Jeff S. Gibson
COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
jgibson@cohenandmalad.com

Thomas M. Greene
Greene & Hoffman
125 Summer Street, Suite 1410
Boston, MA 02110
Telephone: 617-261-0040
Facsimile: 617-261-3558
tgreene@greenehoffman.com

Linda Nussbaum
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, New York 10022
Telephone: 800-290-1952
Facsimile: 212-687-7714
lnussbaum@kaplanfox.com

Annamarie A. Daley
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Road
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
aadaley@rkmc.com

4

Richard Bemporad
Gerald Lawrence
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway - 11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714
Telephone: 914-997-0500
Facsimile: 914-997-0035
rbemporad@lowey.com
glawrence@lowey.com

Kenneth B. Fromson
Finkelstein & Partners
436 Robinson Ave
Newburgh, NY 12550-3341
Telephone: 800-529-2676
Facsimile: 845-562-3492
kfromson@lawampm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2007, I caused to be served a true and correct copy of the foregoing Notice of Deposition by electronic mail and first class U.S. Mail, postage prepaid to:

| | |
|---|---|
| Debbie MacGregor<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: 212-450-4000<br>Facsimile: 212-450-3800<br>deborah.macgregor@dpw.com | Vincent E. Gunter<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>vgunter@shb.com |
| Ilyas Rona<br>Greene & Hoffman<br>125 Summer Street, Suite 1410<br>Boston, MA 02110<br>Telephone: 617-261-0040<br>Facsimile: 617-261-3558<br>tgreene@greenehoffman.com | Ronald J. Aranoff, Esq.<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>Telephone: 212-779-1414<br>Facsimile: 212-779-3218<br>aranoff@bernlieb.com |
| David B. Chaffin<br>Hare & Chaffin<br>160 Federal Street, 23rd Floor<br>Boston, MA 02110<br>Telephone: 617-330-5000<br>Facsimile: 617-330-1996<br>dchaffin@hare-chaffin.com | Edward Notargiacomo<br>Hagens Berman, LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: 617-482-3700<br>Facsimile: 617-482-3003<br>ed@hbsslaw.com |

| | |
|---|---|
| Richard Bemporad<br>Gerald Lawrence<br>Lowey Dannenberg Bemporad<br>& Selinger, P.C.<br>The Gateway - 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714<br>Telephone: 914-997-0500<br>Facsimile: 914-997-0035<br>rbemporad@lowey.com<br>glawrence@lowey.com | Kenneth B. Fromson<br>Finkelstein & Partners<br>436 Robinson Ave<br>Newburgh, NY 12550-3341<br>Telephone: 800-529-2676<br>Facsimile: 845-562-3492<br>kfromson@lawampm.com |
| Linda Nussbaum<br>Kaplan Fox & Kilsheimer, LLP<br>805 Third Avenue<br>22nd Floor<br>New York, New York 10022<br>Telephone: 800-290-1952<br>Facsimile: 212-687-7714<br>lnussbaum@kaplanfox.com | Annamarie A. Daley<br>Robins, Kaplan, Miller & Ciresi<br>2800 LaSalle Plaza<br>800 LaSalle Road<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br>aadaley@rkmc.com |

Date: June 11, 2007

Richard E. Shevitz

COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593

6