UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| In re:  NEURONTIN MARKETING AND | ) | MDL Docket No. 1629 |
|       SALES PRACTICES LITIGATION | ) | |
| _____) | ) | Master File No. 04-10981 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| ALL ACTIONS | ) | Magistrate Judge Leo T. Sorokin |
| _____ | ) | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

In connection with plaintiffs' pending motion for class certification, defendants respectfully submit for the Court's consideration a copy of the July 5, 2007 Memorandum and Order in Baron v. Pfizer, Inc., 2007 WL 1932068 (N.Y. App. Div. 3rd Dep't 2007), affirming the dismissal of a complaint seeking certification of a statewide class of all individuals who purchased Neurontin for off-label uses.   This filing is intended to ensure that the Court and all counsel have ready access to the decision.  A true and correct copy of the Memorandum and Order is attached hereto as Exhibit A.

Defendants believe that the Memorandum and Order in Baron is relevant to the issues under consideration and that it will assist the Court in its deliberations.

Dated:  July 9, 2007

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
      James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:    /s/ David B. Chaffin
       David B. Chaffin
       160 Federal Street
       Boston, Massachusetts 02110
       (617) 330-5000

       *Attorneys for Defendants Pfizer Inc. and
       Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/David B. Chaffin