# Exhibit A



# NEURONTIN
# 2003 Operational & Tactical Plan
*Advanced Copy*

Pfizer_AMishra_0002324



Pfizer_AMishra_0002325

# NEURONTIN – 4th Fastest Growing Blockbuster World Wide

| $ Billions | Sales MAT 2001 | % Change YGO | | Sales MAT 2001 | % Change YGO |
|---|---|---|---|---|---|
| 1. Lipitor | 7.0 | 31% | 11. Zoloft | 2.5 | 15% |
| 2. Prilosec | 6.1 | 1% | 12. Epogen | 2.5 | 26% |
| 3. Zocor | 5.2 | 25% | 13. Claritin | 2.4 | 13% |
| 4. Norvasc | 3.5 | 13% | 14. Prozac | 2.3 | -18% |
| 5. Prevacid | 3.5 | 13% | 15. Glucophage | 2.3 | 23% |
| 6. Zyprexa | 3.2 | 35% | 16. Pravachol | 2.1 | 21% |
| 7. Celebrex | 3.1 | 32% | 17. Risperdal | 2.1 | 24% |
| 8. Procrit | 2.9 | 37% | 18. Augmentin | 2.0 | 16% |
| 9. Paxil | 2.8 | 19% | 19. NEURONTIN | 1.9 | 36% |
| 10. Vioxx | 2.6 | 44% | 20. Plavix | 1.6 | 58% |

**NEURONTIN** *(gabapentin)* Source: IMS Global-MAT Sales thru December 2001

*Pfizer* NEUROSCIENCE

3

Pfizer_AMishra_0002326



Pfizer_AMishra_0002327



5



Pfizer_AMishra_0002329



Pfizer_AMishra_0002330



Pfizer_AMishra_0002331



Pfizer_AMishra_0002332



Pfizer_AMishra_0002333



11

Pfizer_AMishra_0002334



Pfizer_AMishra_0002335



13

Pfizer_AMishra_0002336



Pfizer_AMishra_0002337



Pfizer_AMishra_0002338



# Strong AED Rx Growth in Neuropathic Pain (NeP)

## AED Drug Uses for NeP  (MM)

US

Big 5 EU

Source: IMS Global, MAT 4Q01

16

Pfizer_AMishra_0002339



17

Pfizer_AMishra_0002340



18

Pfizer_AMishra_0002341

# Competitive Evolution

| | | Global Sales* | Rank | Share | Company | Future Trends |
|---|---|---|---|---|---|---|
| **Anticonvulsants** | Neurontin | $1.9 Billion | 1 | 31.2% | Pfizer | • Seeking NeP Indication<br>• Patent Expires |
| | Lamictal | $559 Million | 3 | 9.2% | GWSK | • Seeking DPN indication<br>• Bipolar |
| | Topamax | $515 Million | 4 | 8.5% | J&J | • DPN Trials Failed<br>• Leveraging Epilepsy Halo Effect |
| | Tegretol | $403 Million | 5 | 6.7% | Novartis | • Fortifying Epilepsy Program; Psych |
| | Trileptal | $152 Million | 7 | 2.5% | Novartis | • Seeking DPN Indication |
| | Keppra | $104 Million | 9 | 1.7% | UCB | Seeking NeP Indication |

**NEURONTIN**
(gabapentin)    *IMS Global Sales MAT 4Q01*

19

# Market Research and Data Monitoring

- The MMT will be continuing to monitor the AED market and Neurontin's performance in neuropathic pain and epilepsy through the secondary audits (IMS)

- However, The NEURONTIN Major Markets Team will not be funding any Global adhoc/primary market research studies in neuropathic pain and epilepsy in 2003. Please refer to the Pregabalin Operating Plan

**NEURONTIN**
*(gabapentin)*

 NEUROSCIENCE

20

Pfizer_AMishra_0002343

# Summary of Global Market Overview

- ■ AEDs Increasingly Used Beyond Epilepsy
  - ◆ NEURONTIN Is Used 7% of the Time for Epilepsy in the US
  - ◆ NEURONTIN Is Used 36% of the Time for Epilepsy in the EU

- ■ Major Growth Areas for NEURONTIN is NeP

- ■ Neuropathic Pain Market is still very fragmented. Development Opportunity in
  - ◆ Primary Care Market
  - ◆ Education on Diagnosis and Appropriate Treatment

- ■ Competition Increasing in Neuropathic Pain and other areas

**NEURONTIN**
*(gabapentin)*



21



Pfizer_AMishra_0002345

## Key Global Issues

1. Neuropathic Pain Market Under Developed and NEURONTIN Not the Gold Standard Outside the US

2. Data Suggests NEURONTIN Being Under-Dosed in NeP

3. Epilepsy Business Not Growing

4. Key European Markets Facing Loss of Exclusivity Before Pregabalin Is Launched

5. Competitive Threats Are Increasing Significantly

**NEURONTIN**
*(gabapentin)*



Warning:

The following slides are a little wordy but the information is there for your benefit. I will not be going bullet by bullet. I will try and flush out the key points for you. Please feel free though to ask me questions about anything you see there.

23

Pfizer_AMishra_0002346

# NEURONTIN Global Strategies

1.  Grow NePain Market with NEURONTIN
    - Educate on Diagnosis and Treatment of NeP
        – Target Appropriate Specialists and Primary Care Physicians
    - Launch Broad NeP Indication for NEURONTIN
        – Ensure Reimbursement
        – Ensure Coverage of Appropriate Specialist  and Primary Care Targets as Determined Through Local Market Research
    - Increase Average Daily Dose for NEURONTIN

2.  Maintain Epilepsy Presence
    - Focused OL Investment
    - Leverage Monotherapy Data

**NEURONTIN**
(gabapentin)



24

Pfizer_AMishra_0002347

# NEURONTIN Global Strategies

3.  Life Cycle Development
    - Protect and Maximize NEURONTIN Franchise
        - Develop Local Plan to Deal with Potential Loss of Exclusivity
        - Increase Penetration of 600/800 mg Tablets
    - Determine Optimal Development Strategies for Japan and US

4.  Maximize Synergies Within the Pfizer Portfolio
    - Franchise Planning With Pregabalin
    - Synergies with Other Pfizer Products and the Neuroscience Group

**NEURONTIN**
(gabapentin)



25

Pfizer_AMishra_0002348

## Branding Guidelines

*Second NEURONTIN Global Branding Guidelines launched March 2002*



**NEURONTIN**
(gabapentin)



26

Pfizer_AMishra_0002349

## Global Neuropathic Pain Positioning

NEURONTIN Is an Ideal First-line Therapy for Neuropathic Pain With *Proven Efficacy, Excellent Safety and Tolerability, Favorable Onset of Action and Ease of Use*, Thereby Restoring Patients' Quality of Life

**NEURONTIN**
(gabapentin)



27

Pfizer_AMishra_0002350

# Key Selling Messages – NePain

- ■ **Proven Efficacy in Neuropathic Pain**
  - ◆ **Pain Relief as Demonstrated by Reduction in Pain Scores (VAS) in Four Large Scale Placebo Controlled Trials**
  - ◆ **Favourable Onset of Action (within 1 Week)**
  - ◆ **Clinically Meaningful Improvements in Pain Relief (PGIC and CGIC)**
  - ◆ **Key Support References: Rowbotham, Backonja, Rice, Serpell**



- ■ **Restores Quality of Life**
  - ◆ **Significant Improvement in Sleep Interference Scores**
  - ◆ **Improvement in QoL Scores (SF 36 MPQ)**
  - ◆ **Key Support References: Rowbotham, Backonja, Rice, Serpell**



*Refer to NEURONTIN Branding Guidelines II*

**NEURONTIN**
*(gabapentin)*


NEUROSCIENCE

28

Pfizer_AMishra_0002351

# Key Selling Messages – NePain

■ Well Tolerated with an Established Safety Profile
- ◆ The Favourable PK Profile Makes It a Safe Medication for a Wide Range of Patients (e.g., Lack of Drug Interactions, No Blood Monitoring, No Protein Binding)
- ◆ CNS Adverse Events Are Mild to Moderate and Transient in Nature

*The Following Safety Messages Are Country Specific and Should Be Tailored for Target Audiences (e.g., GPs and Specialists Unfamiliar with NEURONTIN)*

- ◆ Prescribed for >8 Million Patients (World Wide, in All Indications)
- ◆ No Known Risk of Addiction or Dependence

*Refer to NEURONTIN Branding Guidelines II*

**NEURONTIN**
(gabapentin)



29

Pfizer_AMishra_0002352

# Key Messages – NePain

- Flexible Dosing for Optimal Efficacy in a Wide Range of Patients
  - ◆ The Initiation Schedule Is
    - – 300 mg (qid) Day 1
    - – 600 mg (bid) Day 2
    - – 900 mg (tid) Day 3
  - ◆ Patients Should Then Be Titrated up to the Maintenance Dose of 1800-3600 mg
  - ◆ Maintenance Dose Should Be Optimized to Achieve the Maximal Effect for Each Patient, Depending on Tolerability
  - ◆ NEURONTIN Tablets, 600/800 mg, Allow for Easy Maintenance Dosing



*Refer to NEURONTIN Branding Guidelines II*

**NEURONTIN**
*(gabapentin)*

30

Pfizer_AMishra_0002353

# Global Epilepsy Positioning

NEURONTIN Is an Ideal Therapy to Control Partial Seizures in Newly Diagnosed and Refractory Patients Because of Its *Proven Efficacy, Effective Starting Dose, Favorable PK Profile, and Excellent Safety and Tolerability.* Treatment With NTN Can Lead to Improvements in Patients' Quality of Life.

**NEURONTIN**
(gabapentin)



31

# Key Selling Messages – Epilepsy

- Proven Efficacy for Controlling Partial Seizures as Monotherapy and Add-on Therapy
  - ◆ Efficacy Comparable to Lamotrigine and Carbamazepine as Monotherapy
  - ◆ Effective Partial Seizure Control for Newly Diagnosed and Refractory Patients
  - ◆ Effective Add-on Control for Pediatric Patients With Treatment Resistant Partial Seizures
  - ◆ Effective Starting Dose (900 mg)
- Well Tolerated With an Established Safety Profile
  - ◆ More Than 9 Years of Patient and Physician Experience
  - ◆ Excellent Tolerability in Adults and Children
  - ◆ AEs Are Not Dose-dependent
  - ◆ Unlikely to Impair Cognition in Patients on Concomitant AED Therapy

**NEURONTIN**
*(gabapentin)*



32

Pfizer_AMishra_0002355

# Key Selling Messages – Epilepsy

- Favorable PK Profile for Ease of Use and Safety
  - Not Hepatically Metabolized or Protein Bound
  - No Demonstrated Pharmacokinetic Interactions with Commonly Prescribed AEDs
  - No Blood Monitoring Required

- Treatment with NEURONTIN May Lead to Improvements in QoL
  - Significant Improvements in Composite QoL (QOLIE-10) Score and Subscores (Energy Level, Feeling Blue, Work Limitations, Fear of Seizures, Overall Quality of Life) in NEON Study
  - QoL Improvements Are Supported by STEPS and Meta-analyses of Pivotal Trials





33

# Key Selling Messages – Epilepsy

■ Patients Can Be Initiated at an Effective Starting Dose of 900 mg/d
  ◆ The Initiation Schedule Is
    – 900 mg (tid) Day 1 or    300 mg (qid) Day 1
                                      600 mg (bid) Day 2
                                      900 mg (tid)  Day 3
  ◆ Patients Should Then Be Titrated to the Maintenance Dose of 1800-3600 mg
  ◆ Maintenance Dose Should Be Optimized to Achieve the Maximal Seizure Control for Each Patient, Depending on Tolerability 
  ◆ Tolerability up to 4800 mg/d Has Been Demonstrated
  ◆ NEURONTIN Tablets, 600/800 mg, Allow for Easy Maintenance Dosing

**NEURONTIN®**
*(gabapentin)*

34

# Target Audiences



**NePain**

- **Specialists**
  - **Pain Specialists** } Core
  - **Neurologists** } Targets

  - Endocrinologists/Diabetologists
  - Internal Medicine
  - Oncologists
  - Rehab/Rheumatologists
  - Orthopedic Surgeons
  - Geriatricians
- **PCPs**

**Epilepsy**

- **Epileptologists and Specialists Who Treat Epilepsy**

**NEURONTIN**
*(gabapentin)*

35

Pfizer_AMishra_0002358



Pfizer_AMishra_0002359

# Life Cycle Planning

*Including findings and recommendations*
*from the European Strategy Working Group*

37

Pfizer_AMishra_0002360



Pfizer_AMishra_0002361



39