## Loss of Exclusivity
## Findings From Other NEURONTIN® Markets

- ◆ Generic gabapentin capsules have been launched/approved in
  - Canada: Pharmascience PMS and APOTEX
  - Denmark: 2K, DuraScan, Ratiopharm and UNP (supplied by Tiefenbacher GmbH in Germany and sourced from PanGéo Québec Pharma Inc. in Canada)
  - Ireland: Norton Healthcare (NEUROSTIL)
  - Austria: Strada? have applied for MA

- ◆ To date, generic tablets have not been introduced; however, it is clear that several companies are pursuing this opportunity

- ◆ For tablets to be an effective revenue defense mechanism, they must represent a significant share pre-LOE

**NEURONTIN**
*(gabapentin)*

40

# Europe-Wide Model Assumptions

- Focus of planning effort:          2003 and 2004

- Launch date for generic capsules:   July 2003

- Launch date for generic tablets:    July 2004

- Introduction of pregabalin:         at end of 2004
  slows gabapentin market
  growth in subsequent years

**NEURONTIN**
*(gabapentin)* 

41

Pfizer_AMishra_0002364

## Country-Specific Model Assumptions
## Key Drivers

- ◆ Market size and growth rate

- ◆ Capsule/tablet mix

- ◆ Pricing

- ◆ Generic penetration rate

  – All countries have different dynamics and different generic penetration rates. Modeling the impact of other generics on similar sized molecules in your market, will help to establish the potential impact on the branded business

**NEURONTIN**
*(gabapentin)*



Pfizer_AMishra_0002365





43





44

Pfizer_AMishra_0002367





45

Pfizer_AMishra_0002368

# LOE Strategic and Tactical Options

## Marketing Strategies

1.  Increase growth of gabapentin molecule
    - Increase peak sales of NEURONTIN in 2002/3

2.  Increase penetration of 600/800mg tablets
    - Short/long term benefits
        - May have longer exclusivity than capsules
        - Increases the average daily dose
        - Increases NEURONTIN peak sales
    - Explore all tactical plans to increase the penetration of the tablets:-
        - Start Early!!!
        - Promote higher doses
        - Direct Marketing tactics (e.g. Canada Telemarketing experience)
        - Incentivise reps directly to increase tablet penetration
        - Ensure Drs Rx tablets on the prescription to ensure that the tablets are dispensed

3.  Discuss options with other brand teams that are facing generic competition/entry

**NEURONTIN**
(gabapentin)

46

Pfizer_AMishra_0002369

## LOE Strategic and Tactical Options

Legal/Regulatory Strategies

1.  Defend Lactam-Free Patent
    - Analyze samples as soon as they appear on the market
        - Send samples of the generic to: Francis Tinney in Ann Arbor
        - Inform Major Markets contact
    - Legal action will be taken if there are patent infringements

Commercial strategies

1.  Look at distribution agreements with retailers and wholesalers
    - What are other Pfizer product teams doing?

2.  Evaluate supply agreements with generic manufacturers
    - Australia now has a supply agreement with 2 generic manufacturers

**NEURONTIN**
*(gabapentin)*

47

Pfizer_AMishra_0002370

# Medical Communications
## Congresess
## Public Relations

Pfizer_AMishra_0002371

# International Coalition for Neuropathic Pain 2003

- ■ Key Objectives
  - ◆ Add value to NEURONTIN (USA and MM) and Neurology (NTN and PGB) franchises
  - ◆ Cements partnership with physicians involved in pain management
  - ◆ Provide guidance about successful treatment outcomes in NeP, for all physicians audiences
- ■ Outcomes
  - ◆ Clarify terminology,diagnosis,management
  - ◆ Develop a consensus on treatment outcomes
- ■ Target groups
  - ◆ Opinion Leaders
  - ◆ Pain specialists
  - ◆ Non-pain physicians (i.e.endocrinologists, geriatricians,oncologists,orthopedists,internists,PCPs)

**NEURONTIN**
*(gabapentin)*



Pfizer_AMishra_0002372

# International Coalition for Neuropathic Pain 2003

- 2003 Country participation
    - ◆ Countries will be asked to roll-out a new educational program developed during 2002.
    - ◆ Participating countries will be required to pay delegate costs at meetings etc.
    - ◆ We are looking to get independent/academic endorsement of the program and this will decide on the future direction and outputs from ICNeP
    - ◆ Timing: Jan- Sep
    - ◆ Materials: TBC

**NEURONTIN**
*(gabapentin)*



50

Pfizer_AMishra_0002373

# 2003 Key Congresses

The NEURONTIN Major Markets team will have activities at these congresses and recommend that countries should plan/budget for participation (i.e. invite key physicians)

- **AAN** (American Academy of Neurology)
  - Evaluation of presence at this meeting is currently under review
  - March 29 – April 5, Honolulu
  - Sponsorship of CME teaching courses,
  - US NEURONTIN exhibit (TBC)
- **EFNS** (European Federation of Neurological Societies)
  - August 30 – September 2, Helsinki
  - Symposia (Pain and Epilepsy)
  - Neuroscience exhibit
  - scientific posters, delegate activities
- **EFIC** (European Federation of IASP Chapters)
  - September 2-6, Prague
  - Pain symposium
  - NEURONTIN exhibit, posters, delegate activities

 **NEURONTIN** (gabapentin)



51

# 2003 Secondary Congresses

The NEURONTIN Major Markets team will have activities at this congress but is a secondary priority for NEURONTIN, however it will be an important meeting for Pregabalin customers.

- ◆ IEC (International Epilepsy Congress)
  - – October 12-16, Tunis
  - – Merritt-Putnam symposium (funding from NTN and/or PGB)
  - – Epilepsy Exhibit
  - – Delegate activities

**NEURONTIN**
*(gabapentin)*



52

# 2003 Other Congresses

These Meetings will also be of interest to countries but the Major Markets Team will not have activities. The US team and other products will be represented:

- ◆ AES (American Epilepsy Society)
  - – December 5-10, Boston
    - • Merritt-Putnam Symposium

- ◆ APS (American Pain Society)
  - – March 20 – 23, Chicago
    - • CME pain symposium

**NEURONTIN**
*(gabapentin)*



53

# Epilepsy Meetings

- Merritt-Putnam Round table(Q1)
  - European MP round table (with 10 KOLs) to produce a supplement, published in a key epilepsy journal
  - Participating countries will be required to pay delegate costs



- Support of Local Epilepsy Initiatives
  - Global NEURONTIN/Epilepsy slide kit is available as a resource
  - Global compendium of papers available

**NEURONTIN**
(gabapentin)

54

Pfizer_AMishra_0002377

# Public Relations

- Selective global press relations/initiatives  will capitalise on Neurology franchise objectives that will be focused around continued disease awareness and market development (see Pregabalin plan)

- Local Initiatives will also be related to any key publications (see publications strategy)

**NEURONTIN**
*(gabapentin)*



Pfizer_AMishra_0002378

# Internal Communications

<u>2 Global PM/PP Meetings</u>
- ◆ Neurology Global PM/PP meeting
  - – 1Q 2003 (TBC)
  - – Location (TBC)
- ◆ Neurology Global PM/PP meeting
  - – 29th August 2003 (TBC)
  - – in conjunction with EFNS, Helsinki

- ■ The NEURONTIN E Newsletter will come out 4 times

- ■ Check the Business Technology section for update on the NEURONTIN website

**NEURONTIN**
*(gabapentin)*



56

Pfizer_AMishra_0002379

# Business Technology

<u>http://NEURONTIN.pfizer.com</u>

- **NEURONTIN Website Objective:**
  - ◆ Provide information and materials supporting the NEURONTIN strategy and help with tactical roll out

- **2003 Deliverables**
  - ◆ ICNeP roll-out information and tools
  - ◆ Request speakers online
  - ◆ Branding Guideline modules
  - ◆ House all NEURONTIN documents
  - ◆ Increase linkage to Pregabalin



**NEURONTIN**
*(gabapentin)*

57

# Training Resources
# 2003

■ The following US training materials can be adapted for local country needs/requirements

Pain
- ◆ DVD Learning System ( including roll play)
- ◆ Neuropathic Pain science video
- ◆ DVD with patients stories

Epilepsy
- ◆ CD-Rom: Interactive Epilepsy Case Study
- ◆ Audio epilepsy learning system
- ◆ Competitive cards

**NEURONTIN**
*(gabapentin)*



58



Pfizer_AMishra_0002382

# Publications Strategy

- ◆ Focus will be on NeP (meta-analyses of the 5 NeP studies)

- ◆ New Publications
  - – 5 key publications expected for 2003
  - – 2 ancillary publications expected for 2003
- ◆ Congress abstracts
  - – 19 abstracts anticipated for presentation at key congresses
- ◆ Congress Supplements
  - – EFNS Pain Symposium to be published in the European Journal of Neurology 2Q 2003
- ◆ International Journal of Pain
  - – Commitment made for 1 issue
  - – Future issues dependent upon country interest

**NEURONTIN**
*(gabapentin)*

*Pfizer*
NEUROSCIENCE

60

# Publication Timeline

| Expected Pub. Date | Title | Author | Journal |
|---|---|---|---|
| **Key Publications** | | | |
| 1Q 2003 | Gabapentin Dosing for Neuropathic Pain: Lessons from Large, Randomized, Controlled Clinical Trials | Backonja | Clinical Therapeutics |
| 2Q 2003 | Gabapentin in the Treatment of Epilepsy: A Dosing Review | McLean, et al | Clinical Therapeutics |
| 2-3Q 2003 | Gabapentin for Treatment of Painful Diabetic Neuropathy: Titration to Efficacy Superior to Commonly Used Fixed Dose | Gomez-Perez, et al | Diabetes Care |
| 2H 2003 | Pooled Neuropathic Pain: Efficacy | Rowbotham, et al | TBD |
| 2H 2003 | Pooled Neuropathic Pain: QoL | Stacey, et al | TBD |
| **Ancillary Publications** | | | |
| 3-4Q 2003 | Pooled Neuropathic Pain: Efficacy Secondary Parameters | Dworkin, et al | TBD |
| 4Q 2003 | Neurontin Adjunctive Therapy in Partial Complex Seizures | TBD | TBD |

**NEURONTIN**
(gabapentin)

Pfizer
NEUROSCIENCE

61

Pfizer_AMishra_0002384

# NEURONTIN Abstracts at 2003 Congresses

- **Pain (Anticipated number of abstracts)**
  - APS (2)
  - AAPMt (2)
  - EFIC (2)

- **Neurology**
  - AAN (3; 2 in NeP + 1 Epilepsy)
  - EFNS (3; 2 in NeP + 1 Epilepsy)

- **Epilepsy**
  - IEC (1)
  - AES (1)

- **Primary Care / Diabetes**
  - WONCA (1 in NeP)
  - AAFP (2 in NeP)
  - ADA (2 in NeP)





Pfizer_AMishra_0002385



63

# Chronic Pain Screener

- The Chronic Pain Screening Tool is being co-developed with Pregabalin
- An initial refinement study to develop the screener is planned to start in the US in 2Q 2002
- This study will reduce a long tool of approximately 90 items to a short draft diagnostic instrument
- Patient enrolment for the validation study of the screening tool will start in 3Q 2003
- Selected countries will be involved in the validation study and these will be determined in Q3 2002
- Countries involved in the study  will be required to select investigators/sites
- Countries will be expected to fund local costs
- Commercial deliverables will be developed throughout the lifecycle of the project, with key deliverables targeted to support NEURONTIN US PHN launch as well as Pregabalin NeP launch worldwide

**NEURONTIN**
(gabapentin)

64

# JAALA DPN Study

- The Protocol is being finalized with JAALA and PPG medical

- All patients will be tested on a lower dose; low dose vs. higher dose

- Patient enrollment planned for early 2003

- Country participation will be determined in 3Q 2002

- Country input will be requested for the selection of investigators/sites

- NYHQ and country teams to share costs of total project. Infrastructure and resource allocation needs to be planned for in the selected countries

**NEURONTIN**
*(gabapentin)*

65

# US DPN Study

- This study will continue to support the development of NEURONTIN in the US to provide more data

- Enrollment began 4/4/02

- Target population: 340 patients

- Completion of study and data availability 2004

**NEURONTIN**
(gabapentin)



66

Pfizer_AMishra_0002389

## Outcomes Research

- ■ Conduct Short term pain burden and medical economic evaluations:
  - ◆ Cross sectional survey
    - – Develop patient pain burden messages
    - – Study designed and analytic plan developed
    - – Study to run Q3 2003
    - – Results available Q4 2003
  - ◆ ProtoCare data base analysis
    - – Develop medical economic context for treatment of NeP
    - – Technical Report and abstract available Q3 2003

- ■ Support Package for completion of country specific dossiers will be available

- ■ Help will be available for countries to design new clinical protocols

**NEURONTIN**
(gabapentin)

Pfizer
NEUROSCIENCE

67



68

## NEURONTIN- 2002 WW Net Sales Budget

|  | *2002* | *% GR* |
|---|---|---|
| Worldwide Sales | $2,186 | 25% |
| US | $1,872 | 25% |
| Europe/Canada | $239 | 21% |
| JAALA | $63 | 47% |

**NEURONTIN**
(gabapentin)

69

# April 2002 YTD Results

| | Actual | % Budget | | % Growth | |
|---|---|---|---|---|---|
| | | Rept | OP | Rept | OP |
| EUCAN | $97 | 107% | 105% | 33% | 37% |
| JAALA | $22 | 98% | 96% | 47% | 51% |
| US | $582 | 93% | 93% | 23% | 23% |
| Total Worldwide | $701 | 95% | 94% | 25% | 23% |

**NEURONTIN** *Sales as of AP4 (US) and AP5 (ROW) – YTD April 2002*
(gabapentin)

70

Pfizer_AMishra_0002393



Pfizer_AMishra_0002394