## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ALL ACTIONS | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### EMERGENCY MOTION FOR ONE-DAY EXTENSION FOR SALES AND MARKETING PLAINTIFFS TO FILE OPPOSITION TO MOTION OF DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY FOR PROTECTIVE ORDER CONCERNING RULE 30(b)(6) DEPOSITION NOTICES

Sales and Marketing Plaintiffs in this MDL proceeding respectfully move for a one-day extension of the deadline for filing their opposition to the Motion of Defendants Pfizer Inc. and Warner-Lambert Company for Protective Order Concerning Rule 30(b)(6) Deposition Notice filed on July 5, 2007. The grounds for this motion are:

1. The three 30(b)(6) notices were served by all Plaintiffs as part of the requisite coordinated efforts of all Plaintiffs as required under the MDL proceedings.

2. Defendants filed their motion for a protective order on Thursday, July 5, 2007, essentially giving all Plaintiffs only two business days to coordinate a response to this motion over a holiday weekend. Sales and Marketing Plaintiffs are still in the process of coordinating those efforts.

3. Sales and Marketing Plaintiffs respectfully request one additional day in which to file their opposition to Defendants' motion for a protective order.

4. Sales and Marketing Plaintiffs have met-and-conferred with counsel for Defendants who have refused to stipulate to this one day extension.

| For the Plaintiffs: | Dated: July 9, 2007 |
|---|---|
| /s/ Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>Linda P. Nussbaum, Esq.<br>850 Third Avenue, 22nd Floor<br>New York, New York 10022 | |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Thomas M. Sobol, Esq.<br>Ed Notargiacomo, Esq.<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 | |
| LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Barry Himmelstein, Esq.<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | |
| GREENE & HOFFMAN<br>Thomas Greene, Esq.<br>125 Summer Street<br>Boston, MA 02110 | |
| DUGAN & BROWNE<br>James Dugan, Esq.<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130 | |
| BARRETT LAW OFFICE<br>Don Barrett, Esq.<br>404 Court Square North<br>P.O. Box 987<br>Lexington, MS 39095 | |
| LAW OFFICES OF DANIEL BECNEL, JR.<br>Daniel Becnel, Jr., Esq.<br>106 W. Seventh Street | |

| | |
|---|---|
| P.O. Drawer H<br>Reserve, LA 70084 | |
| SHAPIRO HABER & URMY LLP<br>Thomas G. Shapiro, Esq. (BBO #454680)<br>53 State Street<br>Boston, MA 02109 | |
| RAWLINGS & ASSOCIATES, PLLC<br>Mark D. Fischer, Esq.<br>Mark Sandmann, Esq.<br>325 W. Main Street<br>Louisville, KY 40202 | |
| Joel Z. Eigerman, Esq.<br>50 Congress Street, Suite 200<br>Boston, MA 02109 | |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>Peter A. Pease, Esq. (BBO #392880)<br>One Liberty Square<br>Boston, MA 02109 | |
| LOWEY DANNENBERG BEMPORAD & SELINGER, PC<br>Richard Bemporad, Esq.<br>Richard W. Cohen, Esq.<br>Peter St. Phillip, Jr., Esq.<br>Todd S. Garber, Esq.<br>The Gateway – 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714 | |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>Joseph J. Tobacco, Jr., Esq.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104-2205 | |

| | |
|---|---|
| JOHN F. INNELLI, LLC<br>John F. Innelli, Esq.<br>1818 Market Street, Suite 3620<br>Philadelphia, PA 19103 | |