UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF DEBORAH L. MACGREGOR IN SUPPORT OF DEFENDANTS' RESPONSE TO SALES AND MARKETING PLAINTIFFS' MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE AND FOR LEAVE TO TAKE ADDITIONAL WRITTEN AND DEPOSITION FACT DISCOVERY**

DEBORAH L. MACGREGOR declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Response to Sales and Marketing Plaintiffs' Motion for Extension of Fact Discovery Deadline and For Leave To Take Additional Written and Deposition Fact Discovery, filed July 9, 2007.

3. Attached as exhibit A is a true and correct copy of an August 12, 2005 letter from Jeff S. Gibson, Esq. to Patrick Murray, Esq.

1

4.   Attached as exhibit B is a true and correct copy of a May 25, 2007 Letter from Jeff S. Gibson to Deborah L. MacGregor.


Dated: New York, New York
       July 9, 2007

                                             /s/ Deborah L. MacGregor
                                            Deborah L. MacGregor

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 9, 2007.

                                                                /s/ David Chaffin