# EXHIBIT  A

COHN & MALAD LLP
**ATTORNEYS**

Louis F. Cohen (1936-1992)
Richard M. Malad
Irwin B. Levin
Richard N. Bell
David J. Cutshaw
Gregory L. Laker
Thomas L. Blackburn
Richard E. Shevitz
Donald D. Levenhagen
Arend J. Abel
Shokrina Radpour Beering
Brian K. Zoeller*

*Certified Family Law
Specialist

Michael C. Adley
Laura C. Jeffs
Scott D. Gilchrist
Eric S. Pavlack
Jeff S. Gibson
Elizabeth J. Doepken
Julie Andrews
Philip D. Sever**

**Not admitted in Indiana,
admitted in Ohio

August 12, 2005

Patrick Murray
Davis Polk & Wardwell
450 Lexington Avenue
New York City, New York  10017

> **RE:** *Neurontin Litigation*

Dear Mr. Murray:

Enclosed please find copies of documents which we have attained to date relative to the pending Neurontin litigation, as follows:

In response to subpoenas previously served, we have received documentation from the following vendors and/or physicians:

1. Solomon Moshe, M.D.
2. Gail Anderson, M.D.
3. Medical Education Resources
4. Anthony Ritaccio, M.D.
5. Ninan Mathew, M.D.
6. John Hughes, M.D.
7. Nina Graves, M.D.
8. CME

We have received written objections responsive to the subpoenas served from the following vendors and/or physicians:

1. Sudler & Hennessy, LLC
2. Ferguson (CommonHealth)
3. Cline Davis & Mann, Inc.
4. Jeffrey Gelblum, M.D.
5. Gary Sachs, M.D.

6.    Edgar Ross, M.D.
7.    Gregory Cascino, M.D.
8.    Michael Cutrer, M.D.
9.    Mark Pollack, M.D.

Responses indicating they have no information available have been received from the following vendors and/or physicians:

1.    Orrin Devinsky, M.D.
2.    Michael Smith, M.D.
3.    Ilo Leppick, M.D.
4.    Robert Barkin, M.D.
5.    Stephen Silberstein, M.D.

Additionally, we have been provided several original slides from Dr. Solomon Moshe that he has asked that we return. We have looked into the matter and there is substantial cost in duplicating the slides. Please contact me next week to discuss whether or not to proceed with copying the slides.

Thank you for your attention to this matter.

Very truly yours,

COHEN & MALAD, LLP

Jeff S. Gibson

JSG:js
Enclosures
cc:    Ilyas Rona (w/enclosures)

-2-