# EXHIBIT B



# COHEN & MALAD, LLP
## ATTORNEYS

Louis F. Cohen (1936-1992)
Richard M. Malad
Irwin B. Levin
Richard N. Bell
David J. Cutshaw
Gregory L. Laker
Richard E. Shevitz
Shokrina Radpour Beering
Donald D. Levenhagen
Arend J. Abel
Brian K. Zoeller*

*Certified Family Law Specialist

Michael C. Adley
Scott D. Gilchrist
Eric S. Pavlack
Jeff S. Gibson
Elizabeth J. Doepken
Julie Andrews
Katherine A. Harmon
Kelley J. Johnson
Amanda L. Yonally
Vess A. Miller
Jere A. Rosebrock
Gabriel A. Hawkins

May 25, 2007

Debbie MacGregor
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

   RE:   In Re: Neurontin Marketing and Sales Practices and Products Liability Litigation
         MDL No. 1629

Dear Ms. MacGregor:

   I am in receipt of your May 23, 2007, letter regarding non-party production in the Neurontin litigation. Plaintiffs have provided Defendant with all non-party materials they have received in the pending litigation. As to any outstanding requests, Plaintiffs provided Defendant with copies of all non-party subpoenas that were issued. Accordingly, Defendant is in possession of the additional information you requested in your correspondence, including the names of the non-parties and their contact information.

   If you have any questions regarding this matter, please do not hesitate to contact me.

                                       Sincerely yours,

                                       Jeff S. Gibson

JSG:ta