# Exhibit 5

| | |
|---|---|
| **From:** | Marino, John |
| **Sent:** | Friday, January 25, 2002 4:24 PM |
| **To:** | Dukes, Ellen |
| **Cc:** | Garcia, Marino; Yoder, Meg; Grogan, Christine (Tina) |
| **Subject:** | RE: Global Neurontin Outcomes Research Task Force |

Ellen,

In fact, today in Scottsdale, AZ, at the beautiful 4 Seasons, there is a meeting with Managed Care to discuss this exact topic. Let's see how it goes once we receive their feedback. You are definitely correct to suspect something here, but NTN has amazingly been under the radar screen. The NeP launch could change that. It certainly is in other countries where this has become a hot issue.

Regards,

*John Marino*
*WWTL, NEURONTIN*
*cell- 646-361-5903*

-----Original Message-----
**From:** Dukes, Ellen
**Sent:** Friday, January 25, 2002 10:47 AM
**To:** Marino, John; Garcia, Marino
**Cc:** Yoder, Meg; Grogan, Christine (Tina)
**Subject:** RE: Global Neurontin Outcomes Research Task Force

John and Marino:

Thanks to both of you for the feedback -- I want to toss back a caveat from my history with other products and US managed care. There comes a time when the sheer volume of sales pushes the product on the radar of MCOs. I was wondering and really anticipating that with a launch in the NPP pain area -- with a further surge in product growth -- if all of a sudden the requests for health system impact information and formal C/E would start to roll in. Then the prior authing and third tiering start to come into play. Do you anticipate this could happen? Again thanks for the feedback and we will have face to face meetings - particularly the one in Madrid were we can play out these scenarios and plan for 2003 challenges and opportunities.

Regards,

Ellen

-----Original Message-----
**From:** Marino, John
**Sent:** Friday, January 25, 2002 7:02 AM
**To:** Dukes, Ellen
**Cc:** Garcia, Marino
**Subject:** RE: Global Neurontin Outcomes Research Task Force

Ellen,

I agree with the basic direction provided here by Marino. As the meeting in Scottsdale today will discuss, reimbursement by Managed Care is not really an issue for NEURONTIN in the US. I am sure that a number of initiatives will come out of that discussion to help such organizations further develop the treatment of Neuropathic Pain. Outside of the US, reimbursement is becoming an increasingly criticial issue in key markets, such as France and Australia. We have opted not to participate in the UK NICE review at this time, but it could

1

become an important issue.

Essentially, the basic issue is this--- how can we justify the relative premium cost of NEURONTIN in Neuropathic Pain versus alternative, generic, lower costs therapies, such as TCAs? If we can focus our effort on that specific issue, I think that we will be able to accomplish something.

Regards,

*John Marino*
*WWTL, NEURONTIN*
*cell- 646-361-5903*

-----Original Message-----
**From:** Garcia, Marino
**Sent:** Tuesday, January 22, 2002 2:48 PM
**To:** Dukes, Ellen
**Cc:** Marino, John
**Subject:** RE: Global Neurontin Outcomes Research Task Force

Hi Ellen,
In my opinion, the mission of the group should be divided into 2 areas:
Neurontin Opportunities (Short Term), and Neuropathic Pain Opportunities (Longer Term)
The short term should be focused on data mining and current planned or ongoing studies to see what we can pull out to help Neurontin gain or maintain reimbursement. The US is key, next is Australia (thought it looks like the earliest we can get reimbursement there now is 2003 based on a recent message I got) and France maybe another opportunity. I'm not sure NICE is a priority or if there is anything we can do there.

Neuropathic Pain will have to include the pregabalin team in order to determine what we can do with them to raise the awareness of the costs and burden this disease places on payers and family and patients.

Is this what you're looking for?

*Marino Garcia*
*Director/Team Leader, Major Markets, Neurontin*
*Pfizer Pharmaceutical Group*
*235 East 42nd Street, 235/5/82*
*New York, NY 10017*
*Office: 212-733-6627*
*Mobile: 917-607-3065*

-----Original Message-----
**From:** Dukes, Ellen
**Sent:** Tuesday, January 22, 2002 11:32 AM
**To:** Tive, Leslie; Grogan, Christine (Tina); Glanzman, Robert; Crespo, Angela; Dzierba, Steven H; Banta, Craig; Huang, Sue H; Shapiro, Douglas; Robbins, Jeffery; Mancini, Nancy; Castro, Lucy; Duda Racki, Helen; Flapan, Valerie
**Cc:** Wootten, Matthew; Pena, Betty M.; Marino, John; Garcia, Marino; Yoder, Meg
**Subject:** Global Neurontin Outcomes Research Task Force

Colleagues:

An adventure lies before us. Your talent and perspective is needed to support the on-going development and dissemination of outcomes research information for NEURONTIN. Much work is in progress and more needs to be done in order to be ready to provide high quality, credible outcomes research based information that may be required to assure a smooth pricing and access road for NEURONTIN. Here is the inital game plan --> we need to meet for 90 minutes in the very near future to scope out our work. There after we will meet monthly for 60 minutes unless we have work products to review and the meeting will be scheduled for a longer period. There will be call in capability to accomodate globally and regionally located members. All of this will be set up and you will receive information in the next week about the meeting. Matt Wootten will coordinate this. As you can see the list of attendees is long. Everyone may not need to attend each meeting but I wanted to start comprehensively. If anyone sees a major omission please let me know.

Pfizer_CGrogan_0024641

To get us off to a strong start if each of you could email me what you believe could be key elements of the mission of the group and, if you directly interface with customers, outline what you see to be major areas of need, or if you directly interface with data, outline what you see to be key areas of opportunity. In this way I can put together an initial summary document for us to work from.

Thank you in advance for what I know will be strong contributions of this group. Many of you I have not yet met in person so I look forward to that opportunity. Matt will get the first meeting scheduled in early February.

Best Regards,

Ellen

Ellen M. Dukes Ph.D.
Senior Director: Outcomes Research
Neurontin Global Team
Phone - TBD

3

Pfizer_CGrogan_0024642