# Exhibit 6

# Pfizer Neuropathic Pain PBM Advisory Board

# Executive Summary

March 3-4, 2002
Orlando, Florida

Prepared for:
PFIZER INC

Prepared by:
HEALTH STRATEGIES GROUP, INC.

Pfizer_CGrogan_0005992

## INTRODUCTION

This executive summary sets forth the findings and conclusions of the second of three Neuropathic Pain advisory board meetings held for Pfizer's Neurontin team. Pfizer's goals for these panels include the following:

- To gain insights on market trends in managing neuropathic pain
- To elicit from managed care customers their needs in managing neuropathic pain and provide Pfizer guidance in developing program concepts to meet these needs
- To help the advisory board members learn more about Pfizer and the Neurontin team and its resources
- To enhance Pfizer's relationships with important managed care customers

The panel was held in Orlando, Florida, March 3-4, 2002. Twelve senior executives attended: ten from regional and national prescription benefit management organizations (PBMs), and two pharmacy directors from government payer organizations (VA and DOD organizations). Members of Pfizer's NHO team nominated the attendees. Appendix A includes a list of meeting attendees and the agenda.

The advisors represented diverse PBMs. In addition to PBMs with broad client bases, a PBM dedicated to the Medicaid segment, and a PBM dedicated to long term care were represented. This report summarizes key discussion points and key insights offered by advisors with respect to neuropathic pain management. Conclusions in general are consistent with responses from the managed care overview research done for the Neurontin team, and the first HMO panel. Text in italics indicates a paraphrased comment from a participant that represents a consensus of opinion.

Cheryl Hawkins led the project team and Jeff Larsen moderated the meeting. The Pfizer leader was Suzanne Doft. We thank Pfizer for the opportunity to be of assistance.

## MAJOR CONCLUSIONS

### PBMs Have a Limited Motivation to Address Neuropathic Pain

Prescription benefit management organizations, and their clients, have limited resources and must focus utilization management resources on priority disease states. The ambiguities of neuropathic pain, driven both by uncertainty in diagnosis and inability to objectively measure clinical endpoints, do not motivate PBMs to develop guidelines.

Clients and employers question their PBM on expenditures and diagnoses relating to neuropathic pain. However, PBMs are hesitant to spend significant resources addressing neuropathic pain, which they believe has limited opportunities for success (cost savings). With multiple needs in multiple areas, PBMs put more focus on other diseases.

Multiple factors contribute to the current lack of attention by PBMs:

- PBMs do not have an effective way to identify or manage these patients

    — Although customers may request their PBM assist them in managing the utilization of Neurontin, advisors do not believe prior authorization is an effective management tool in this area. Payers are decreasing their use of PA even in more clearly defined areas.

    — PBMs manage utilization at the point of sale. They cannot control Neurontin utilization without diagnostic information. Neurontin is an anti-epileptic, and Neurontin's indication for epilepsy may be a liability issue for payers if access is limited. They lack diagnostic information, and cannot afford to "not cover".

    *" The seizure indication just makes plan sponsors not want to do it. Our hands are tied because it (NP) is an unlabeled indication. The P&T has said we are just going to let the drug use in that category happen." (WellPoint)*

- Pain is an emotional area, and even if customers request management, PBMs will be hesitant to manage Neurontin utilization. The definition of pain is subjective, and it is difficult to differentiate neuropathic pain from chronic pain.

    *"Because the rating of pain is so subjective, using it as a component of a disease management guideline is a dangerous path to go down." (MedImpact)*

- There is a significant variability in the treatment of pain. *"Finding these members is like throwing darts at a dart board."* PBMs lack ICD-9 and diagnosis information, and are unable to define the patient population through pharmacy claims.

    *"You are chasing a ghost and this is a problem." (Caremark)*

- The cost of Neurontin is overshadowed by the cost of other pain drugs, particularly Oxycontin and the COX-2s. PBMs will look at curbing inappropriate use of these drugs and opiates long before considering management of Neurontin.

Pfizer_CGrogan_0005994

- The lack of a national guideline for treatment of neuropathic pain will further dissuade management efforts here. At most, PBMs may look to educational efforts on treatment of neuropathic pain.

One advisor summed the consensus of the Board best:

*"The pain is not worth the effort."* (FirstHealth)

### PBMs Will not Rereview Neurontin.

Neurontin is already on almost all formularies. Neurontin is perceived as safe and efficacious. PBMs will not rereview Neurontin when it received its neuropathic pain indication.

### The Attitude Towards NP Management is Likely to Change

Advisors recognize Neurontin is already widely utilized for neuropathic pain, and some questioned whether a formal indication will notably expand the market. This may be coloring some of advisors decisions and comments. If the cost of treating neuropathic pain becomes notably more expensive, customers will look to find a way to manage this cost. They concurred they are not going to try and get diagnosis information as they are skeptical of the success of managing neuropathic pain through a prior authorization process.

The use of prior authorization to control utilization is decreasing: the cost of this business model is high, as are liability concerns. The trend in pharmaceutical management, in general, is towards management by benefit design. Design approaches include increasing the number of tiers, increasing the dollar differential between tiers, and considering co-insurance and defined contribution business models. These all are part of an overall philosophy aimed at shifting costs and responsibilities for product choice to consumers. Some plans are product tier placement by cost of the drugs (e.g., Humana), others are increasingly placing expensive drugs, and drugs with quality-of-life benefits into higher tiers to curb utilization.

The key for PBM ability to manage Neurontin pain use is the ability to *identify and segment* pain patients from epilepsy. Some benefit design approaches suggested as applicable to Neurontin include:

— PBMs may edit based on "dose allowed" to differentiate between use for epilepsy, that they want Neurontin available for, and use for neuropathic pain. PBMs could try to identify prescriptions for doses above the recommended dose for epilepsy, and require a 3rd tier or higher cost share basis for these prescriptions. .

Pfizer_CGrogan_0005995

— PBMs might also attempt to categorize Neurontin for neuropathic pain as a "Quality of Life" product. Pfizer should be careful of the "Quality of Life" outcomes definition as this could offer payers a way to move Neurontin to less preferable tiers.

Several classes with significant pharmacy spend (SSRIs, PPIs, prescription antihistamines) have generics coming on the market this year. As pharmacy costs in these classes moderate, PBMs will have the resources to focus attention on other classes with rising costs. Neurontin is already creeping on to drug utilization lists (Top 10 Drugs, Top 10 Growing Drugs), and will increasingly attract the attention of PBMs and HMOs.

Increased dosing and utilization for the NP indication will likely lead to higher costs. There will be a leap from prescribing for post-herpetic neuralgia to other neuropathic indications with resultant higher utilization and costs. Although advisors are not sure what they will do, they will try and identify creative approaches to managing Neurontin-but overall are somewhat resigned to increasing Neurontic costs.

## NEEDS EXPRESSED FOR PFIZER

### PBMs Desire Standard Support Services to Assist in Management of NP

Customers expressed a desire for standard educational and program materials. They recognize there will be challenges in managing neuropathic pain, but are unsure exactly how they will manage it, and therefore what assistance they will desire. PBMs recognize that their customers are spending considerable resources treating neuropathic pain, and yet believe pain is both under-treated and inappropriately treated. Advisors suggested the following services would be relevant to them, as well as to their health plan and employer customers:

- Design and distribute a tool to assist providers in identifying neuropathic pain patients. The ideal tool would be patient-administered and nurse-scored, based on patient descriptors of pain with a quantitative score where a certain score indicates a diagnosis of neuropathic pain.

    *"Ask, do you have any problems with X, Y, Z, and if your score is five or above you may have early neuropathy, talk to your doctor about this."* (FirstHealth)

- Develop screening and educational materials designed specifically for use in waiting rooms, preferably patient administered and simple enough to take less than five minutes. Educational materials for neuropathic pain must be simple and require little effort or resources by providers (similar to materials developed for depression 15 years ago).

- Fund an 800-number call in center for patients. The call center would give patients information on resources available, educational materials, reasonable expectations for pain, support groups, etc.

- Develop pain monitoring charts and diaries, similar to those used for blood glucose monitoring

Pfizer_CGrogan_0005996

- Design a conclusive outcomes study. Advisors concluded an outcomes study in neuropathic pain will be difficult to define due to the difficulties of a defined diagnosis and endpoints. However, advisors concurred that their employer customers particularly will be motivated by any proof Pfizer can establish that treatment of neuropathic pain improves productivity. These custoers will also be open to proof of savings in medical dollars when Neurontin is used (surgical procedures particularly.) Specifically, PBMs would like information on:
    - Duration of therapy information
    - Which co-morbidities are most likely to develop into NP
    - Sustained efficacy over time
- Develop educational efforts aimed at consultant pharmacists at long term care and assisted living facilities, where interest in pain is higher due to JHACO influence.
- Work with employer financial decision makers (CEOs, COOs, CFOs) to educate them on the value of pharmaceuticals. Employers are cost-focused, and the rising cost of pharmaceuticals is not offset by decreases in medical spend in their eyes. PBM customers would welcome materials they can take to their employer customers to help educate them on why drug spend is increasing.

### PBMs Desire Information on Neurontin's New Indication for Their Customers

Neurontin is already established as both safe and efficacious. PBMs will not re-review Neurontin on the basis of its new indication, but do have a need for information prior to Neurontin's launch for NP. Neuropathic pain is an area where the advisors openly admitted they lack expertise, and would welcome assistance. PBMs will be asked questions about Neurontin, and have specific information needs. These needs include:

- A 1-2 page product monograph of clinical information for Neurontin's new indication
- Simple answers to cost analysis questions employers and health plans will ask PBMs, specifically, *"How much is this going to cost me?"*
- Information on the status of various Neurontin patents
- Information on how Pfizer will position Neurontin with the launch of Pregabalin
- Epidemiology data broken down by geography (slide kits)
- A modeling tool with the capability of allowing PBMs to modify with their own input parameters

Pfizer_CGrogan_0005997

# APPENDIX A

# APPENDIX B
## Neuropathic Pain Management PBM Advisory Board
*Disney BoardWalk Resort*
*Orlando, Florida*
March 3-4, 2002

| NAME | TITLE | ORGANIZATION | CITY/STATE |
|---|---|---|---|
| Jim Ballenger, RPh | Regional Account Executive | Merck-Medco | Columbus, OH |
| Jan Berger, MD | Assistant Medical Director | Caremark | Northbrook, IL |
| Carl T. Bertram, PharmD | Director Clinical Services | Walgreens Health Initiative | Downers Grove, IL |
| Schumarry Chao, MD | Senior VP Strategic Development, Chief Medical Officer | MedImpact | San Diego, CA |
| LTC. Don DeGroff | Director, Pharmacy Benefits Operations | DoD Pharmacoeconomic Center | Fort Sam Houston, TX |
| Jerry Dubberly | Director of Clinical Services | ACS Consultec | Atlanta, GA |
| R. Wayne Gustin, RPh | VP, Clinical Services | Northwest Pharmacy Services | Puyallup, WA |
| Kelly Hollenack, RPh | National Director, Clinical Services | NCS HealthCare | Dublin, OH |
| Jane Keith, PharmD | Clinical Pharmacy Manager | WellPoint Pharmacy Management | Alpharetta, GA |
| Brian Kolling, PharmD | Director, Drug Evaluation | Express Scripts | Bloomington, MN |
| Charles D. Sintek, RPh | Clinical Pharmacy Specialist/ Manager & Director, Pharmacy Practice Residency | VAMC Denver | Denver, CO |
| Gregory Ursino, MD | Assistant VP, Medical Director | FirstHealth | Downers Grove, IL |

Pfizer_CGrogan_0005999

# NEUROPATHIC PAIN MANAGEMENT PBM ADVISORY BOARD

*Disney BoardWalk Resort*
*Orlando, Florida*
March 3-4, 2002

| PFIZER ATTENDEES | |
|---|---|
| Suzanne Doft | Director, Neurontin US Marketing Team |
| Steven Dzierba | Associate Team Member |
| Valerie Flapan | Corporate Counsel |
| Tina Grogan | Product Manager |
| Jon Kaskie | Director, Sales Operation |
| John Marino | Director, WW Team Leader |
| Jennifer Samuels | VP, Account Supervisor |
| Leslie Tive, MD | Medical Director/Team Leader |
| Tim Watson | VP, Account Supervisor |
| **HEALTH STRATEGIES GROUP ATTENDEES** | |
| Jeff Larsen | Principal |
| Cheryl Hawkins | Consultant |
| Jerry Miller | Consultant |



# Neuropathic Pain Management PBM Advisory Board

## Disney BoardWalk Resort, Orlando, Florida
### Final Agenda

**MARCH 3, 2002**

| | |
|---|---|
| *6:15 PM* | Meet in hotel lobby at circular chair to walk to dinner |
| *6:45 PM* | **Dinner:** Mitsukoshi Teppanyaki |
| *8:15 PM* | **Dessert Reception and Epcot Fireworks:** Japanese Terrace |

**MARCH 4, 2002**

| Time | Topic | Speaker |
|---|---|---|
| *7:30 AM* | **Breakfast:** St. James Room | |
| *8:00–8:15 AM* | **Welcome, Panel Introductions, Agenda Review** | *Cheryl Hawkins* Health Strategies Group |
| *8:15–8:45 AM* | **Overview of Pfizer and the Neuropathic Pain Market** | *Suzanne Doft* Pfizer Neurontin Team |
| *8:45–9:45 AM* | **Current Pain Management Goals**<br>• Management and treatment of neuropathic pain<br>• Challenges for health plans in treating neuropathic pain<br>• Disease management programs for neuropathic pain | *Jeff Larsen* Health Strategies Group |
| *9:45–10:00 AM* | **Break** | |
| *10:00–11:00 AM* | **Treating Neuropathic Pain with Neurontin** | *Leslie Tive, MD* Pfizer Inc. |
| *11:00–11:45 AM* | **Pharmacy Management Approaches and Trends**<br>• Formulary design and management of utilization of neuropathic pain products<br>• Drug therapies used to treat neuropathic pain | *Jeff Larsen* Health Strategies Group |
| *11:45–1:00 PM* | **Lunch** | **Flying Fish Restaurant** |

Pfizer_CGrogan_0006001

| Time | Topic | Presenter |
|---|---|---|
| *1:00–1:15 PM* | **Advisor Presentation**: "Product Utilization Expansion: Addressing Client Concerns" | *Jim Ballenger* Merck-Medco |
| *1:15–1:45 PM* | **Client Communications**<br>• Employer interest in neuropathic pain management<br>• Defining "appropriate use" of high-cost products<br>• New indications communication to customers and high prescribers | *Jeff Larsen* Health Strategies Group |
| *1:45–12:00 PM* | **Introduction to Break-Out Sessions** | *Cheryl Hawkins* Health Strategies Group |
| *2:00–2:15 PM* | **Break** | |
| *2:15–3:00 PM* | **Concurrent Break-Out Sessions**<br>• 1- Developing a Disease Management or Patient Compliance Program for NP<br>• 2-Developing a Clinical Guideline for NP<br>• 3-Developing an Outcomes Study for NP | |
| *3:00 –3:30 PM* | **Presentations from Break-Out Groups** | |
| *3:30 – 3:45 PM* | **Summary and Close** | *Jeff Larsen* Health Strategies Group |
| *3:45 PM* | **Adjourn** | |

Pfizer_CGrogan_0006002