# Exhibit 7



# Treatment Options for Neuropathic Pain

PBM Managed Care
Advisory Board

March 4, 2002

Xtec Media Job X2865 Draft

Pfizer_LeslieTive_0042389

## What is Neuropathic Pain?

*"Pain initiated or caused by a primary lesion or dysfunction in the nervous system"*
*(IASP Definition)*

- Heterogeneous, Chronic Pain Condition Occurring in the Setting of Nervous System or Soft Tissue Injury
- Characterized by Unusual Sensory Experiences and Abnormal Pain Processing in the Central and Peripheral Nervous Systems

Pfizer_LeslieTive_0042390



Pfizer_LeslieTive_0042391

# Silas Weir Mitchell (1829-1914): Causalgia



"It is a form of suffering as yet undescribed and so frequent and terrible as to demand from us the fullest description... as a rule the burning arises later during the healing of the wound... Its favorite site is the hand or the foot.... the part itself becomes exquisitely hyperesthetic so that a touch or a tap of the finger increases the pain.... The rattling of a newspaper, a breath of air, another's step across the ward, the vibrations of a military band or the shock of the feet in walking give rise to increase of pain... its intensity varies from the most trivial burning to a state of torture that can hardly be credited, but reacts on the whole economy, until the general health is seriously affected."

Source: Gunshot Wounds and Other Injuries of Nerves, 1864

Xtec Media Job X2655 Deft

4

Pfizer_LeslieTive_0042392

## Example: Post-Herpetic Neuralgia

- Persistent Pain After Herpes Zoster ("Shingles")
- Marked Fiber Loss in Affected Nerves
- Dropout of Axons and Dorsal Root Ganglion Neurons
- Atrophy in Dorsal Horn Region of the Spinal Cord
- Often Refractory to Medication



## Clinical Features: Symptoms

- **Neuropathic Pain Is "Unfamiliar" to Patients and Physicians**
  - Burning, Itching, Shooting, Gnawing, Shock-Like
- **Continuous, Episodic, or Stimulus-Evoked**
- **Often Accompanied by Unusual Sensitivity**
  - Allodynia: Pain Produced by a Normally Non-Painful Stimulus
  - Hyperalgesia: Painful Sensation of Abnormal Severity Following a Painful Stimulus
  - Hyperpathia: Abnormal Pain Evoked from an Area with Reduced Sensation

Xtec Media Job X2855 Doff

8

Pfizer_LeslieTive_0042394



Pfizer_LeslieTive_0042395



## Pain Intensity and Functional Interference

### Functional Impact Significantly Correlated with Pain Severity (P<.0001)

**1-2**
- Enjoyment of Life
- Overall Mood

**3-4**
- Work
- Sleep
- Enjoyment
- Mood

**5**
- Relations with Others
- Ability to Walk
- Work
- Sleep
- Enjoyment
- Mood

**6-7**
- General Activity
- Relations with Others
- Ability to Walk
- Work
- Sleep
- Enjoyment of Life
- Overall Mood

**7-10**

Source: Cleeland, 1992; Breitbart, 1995
Xtec Media Job X2B55 Deft

8

Pfizer_LeslieTive_0042396



Pfizer_LeslieTive_0042397



Pfizer_LeslieTive_0042398



Pfizer_LeslieTive_0042399

# Treatment of Neuropathic Pain: Stepped Approach

- **Oral/Topical Agents**
  - Tricyclic Antidepressants +/- Opioids
  - Anticonvulsants (CBZ, Phenytoin, Gabapentin)
  - Topical Adjuvants (Capsaicin, Lidocaine)
- **Spinal Medication Delivery**
- **Surgical Therapy**
  - Radio-Frequency Ablation
  - Rhizotomy
  - Section of Dorsal Root Entry Zone
  - Janetta Procedure (Trigeminal Neuralgia)

Xtec Media Job X2855 Doft

12

Pfizer_LeslieTive_0042400



# Gabapentin
# Preclinical Summary

Pfizer_LeslieTive_0042401



Pfizer_LeslieTive_0042402

## Pharmacology of Gabapentin

- Increases Rate of GABA Synthesis and Whole-Brain (GABA) Levels

- Increases Synaptic GABA Release (e.g., During Intense Firing)

- Binds to Alpha₂delta Subunit of Neuronal Voltage-Gated Calcium Channel (VGCC) and Reduces Ca²⁺ Influx

- Reduces Glutamate Release in Response to Substance P

- Modulates Action Potential Frequency at High Firing Rates

Pfizer_LeslieTive_0042403





Pfizer_LeslieTive_0042405



Pharmacokinetics and
Clinical Overview

Xtec Media Job X2655 Doft

18

Pfizer_LeslieTive_0042406

# Pharmacokinetics

- **Substrate for System L Transporter**
- **Absorption**
  - $T_{max}$ ~2-3 Hours
  - Can Be Administered with or without Food
  - Dose Dependent
    - $C_{max}$ and AUC Decrease with Increase in Dose
- **T½ ~6 Hour**
- **Not Metabolized or Protein Bound**
- **Excreted Unchanged by Kidneys**
  - Gabapentin Plasma Clearance Linearly Related to Creatinine Clearance

Neurontin.ppt V098/EDaN

18

Pfizer_LeslieTive_0042407

# Clinical Data from Neuropathic Pain Trials

- Painful Diabetic Peripheral (DPN) Neuropathy (JAMA, 1998)
- Post-Herpetic Neuralgia (JAMA, 1998)
- Post-Herpetic Neuralgia (Pain, 2001)
- Mixed Neuropathic Pain Syndromes (Pain, 2001)

Xtec Media Job 72855 Dct

20

Pfizer_LeslieTive_0042408

## Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with DM

- 8-week Trial; Forced Titration from 900 mg/Day (by Day 3) to a Maximum of 3,600 mg/Day Over 4 Weeks, Then a Fixed Dose for 4 Weeks. 67% of Patients Achieved a Maximum Dose of 3,600 mg/Day

- Diagnosis of Diabetes Mellitus with a 1-5 Year History of Pain Attributed to Diabetic Neuropathy
  - Score ≥ 40mm at VAS Screening and Randomization with Average Pain Score ≤ 4 Over 7 Days of Baseline
  - Age: 18-65 Years
  - No Concomitant Drug That Might Affect Condition for 30 Days

*Source: Backonja, M; JAMA, 1998*
Xtec Media Job X0856.Def1

21

Pfizer_LeslieTive_0042409

# Painful Diabetic Neuropathy
## Study Design

- **Efficacy Measures**
  - Primary Endpoint:
    - Mean Weekly Pain Score (from Patient Diaries) at Endpoint
  - Secondary Endpoints:
    - Mean Weekly Pain Scores from Weeks 1-8
    - SF-MPQ (Including VAS and PPI)
    - Weekly Mean Sleep Interference Score
    - Patient and Clinical Global Impression of Change
    - Quality of Life (POMS, SF-36 QoL)

- **Patients**
  - 165 Patients (84 Gabapentin; 81 Placebo)
  - Median Age: 53 Years

*Source: Backonja, M. JAMA, 1998*
Xtec Media Job X3855 Def.

22



- **Slide 10 – 945-210 Results – Mean Pain Scores**

- Gabapentin- treated patients' mean daily pain scores at the study endpoint were significantly lower when compared to the placebo- treated patients' endpoint scores.

- From this graph which plots the patients' weekly mean pain scores at each week throughout the study, it can be seen that significant differences between gabapentin -treated and placebo-treated patients were observed from week 2. At this stage of the study the dose of gabapentin had been titrated to 1800mg/day.

- **Results – Sleep Interference Scores**

- Significant differences between gabapentin-treated and placebo-treated patients were also observed in the mean sleep interference scores as early as week 1 of the study.

- **Slide 12 – 945-210 Adverse Events**

- Of the 84 patients randomised to gabapentin, 83% completed the study.

- 7 patients withdrew due to adverse events, 1 patient withdrew due to lack of efficacy and 6 patients withdrew for other reasons.

- The most frequently reported adverse effects are shown in this slide. Most of the adverse events for gabapentin -treated patients were of mild to moderate intensity.

- The relatively high frequency of dizziness and somnolence may have been related to the high doses used in this study. Patients were titrated to 3600mg/day regardless of whether a therapeutic response was obtained at a lower dose. On the whole, gabapentin was well tolerated in this study with 56 patients (67%) achieving the maximum dosage of 3600mg/day.

**Painful Diabetic Neuropathy**
*Withdrawal Due to AEs*

| N (%) | GBP N=7 (8) | PBO N=6 (6) |
|---|---|---|
| Dizziness | 2 | 0 |
| Somnolence | 2 | 0 |
| Other – GBP | 9 | 0 |
| Dyspepsia | 0 | 2 |
| Constipation | 0 | 2 |
| Flatulence | 0 | 2 |
| Other – PBO | 0 | 2 |

There Were No Statistical Differences in Withdrawals Due to AEs in the Gabapentin and Placebo Groups

Source: Backonja, M. JAMA, 1998
xxx-xxx.xx-x2000.txt

24

- **Slide 22 - 945-211**

- Study 945-211 is a randomised, double-blind, placebo-controlled 8 week trial of gabapentin to evaluate the efficacy of gabapentin in reducing pain associated with post-herpetic neuralgia.

- At screening, eligible patients had pain present for more than 3 months after healing of a herpes zoster (shingles) or varicella zoster skin rash, a pain intensity score of greater or equal to 40mm on a 100mm visual analogue scale (VAS) and an average daily pain score of greater or equal to 4 (scale 0-10).

- Patients were required to discontinue the use of muscle relaxants, anticonvulsants, antiviral agents and topical analgesics at least 2 weeks prior to screening, but previously prescribed tricyclic antidepressants and/or narcotics could be continued if therapy was stabilised before the study and dosing remained constant throughout the study.



Gabapentin for the Treatment of Post-Herpetic Neuralgia

- An 8-week Trial of Gabapentin; Titrated from 900 mg/Day (by Day 3) to a Maximum of 3,600 mg/Day (Maximum Dose Tolerated Over 1,200 mg/Day) Over 4 Weeks, Then a Fixed Dose for 4 Weeks. 65% of Patients Achieved a Maximum Dose of 3,600 mg/Day

- Pain Present for > 3 Months After Healing of Zoster Rash
  - Pain Intensity Score ≥ 40mm on VAS at Screening and Randomization
  - At Least 18 Years of Age
  - No Concomitant Medication Except Previously Prescribed Tricyclic Antidepressants and/or Narcotics for 2 Weeks Prior to Screening

Source: Rowbotham, M; JAMA, 1998
Ref.Metal.us.0355.txt

26

Pfizer_LeslieTive_0042413

- **Slide 24 - 945-210 Study Design**

- The primary efficacy parameter was change in average daily pain score from baseline week to the final study week. Patients recorded pain in daily diaries using a 11-point Likert scale ( 0 = no pain, 10 = worst possible pain).

- The secondary efficacy measures used were also those used in the previous study and included:

- SF-MPQ - Short form McGill Pain Questionnaire which included a 100mm visual analogue scale (VAS) and a PPI ( Present Pain Intensity) measure which rated pain on a 6-point scale from 0 (no pain) to 5 (excruciating pain)

- change from baseline in average daily sleep rating scores from a daily sleep diary

- Patient and Clinical global impression of change

- and

- quality of life measures - POMS - profile of mood states and SF-36 questionnaire of eight health concepts (physical functioning, role limitations due to physical health problems, social functioning, bodily pain, general mental health, role limitations due to emotional problems, vitality and general health problems).

- Of the 229 patients randomised in this study, 113 were randomised to receive gabapentin and 116 to placebo.

---

## Post-Herpetic Neuralgia 945-211
### Study Design

- **Efficacy Measures**
  - Primary Endpoint:
    - Change in Average Daily Pain Score (from Patient Diaries) from Baseline to Endpoint
  - Secondary Endpoints:
    - SF-MPQ (Including VAS and PPI)
    - Sleep Score Change from Baseline
    - Patient and Clinical Global Impression of Change
    - Quality of Life (POMS, SF-36 QoL)
- **Patients**
  - 229 Patients (113 Gapapentin; 116 Placebo)
  - Median Age: 73 Years (39-90 Years)

*Source: Rowbotham, M. JAMA, 1998*
*Xtec Media Job X2660 Deft*

26



- **Slide 25 – 945-211 Results – Mean Pain Scores**

- From this graph which plots the mean change from baseline of the patients' weekly mean pain scores, at each week throughout the study, it can be seen that significant differences between gabapentin-treated and placebo-treated patients were observed from week 2. At this stage of the study the dose of gabapentin had been titrated to 1800mg/day.

- Neurontin was titrated from 900mg/day to 3600mg/day during the first 4 weeks of the study. Patients were maintained on the same dose from week 4 to 8.



**Post-Herpetic Neuralgia**
*Withdrawal Due to AEs*

| N (%) | GBP<br>N=16 (13) | PBO<br>N=11 (9.5) |
|---|---|---|
| Dizziness | 6 | 0 |
| Somnolence | 5 | 2 |
| Other | 4 | 9 |

There Were No Statistical Differences in Withdrawals
Due to AEs in the Gabapentin and Placebo Groups

Source: Rowbotham, M; JAMA, 1998
Xxxx Nnnnn.xxx.x/2956.txt

38

- **Slide 12 – 945-210 Adverse Events**

- Of the 84 patients randomised to gabapentin, 83% completed the study.

- 7 patients withdrew due to adverse events, 1 patient withdrew due to lack of efficacy and 6 patients withdrew for other reasons.

- The most frequently reported adverse effects are shown in this slide. Most of the adverse events for gabapentin -treated patients were of mild to moderate intensity.

- The relatively high frequency of dizziness and somnolence may have been related to the high doses used in this study. Patients were titrated to 3600mg/day regardless of whether a therapeutic response was obtained at a lower dose. On the whole, gabapentin was well tolerated in this study with 56 patients (67%) achieving the maximum dosage of 3600mg/day.

Pfizer_LeslieTive_0042416

## Gabapentin in Post-Herpetic Neuralgia: Randomized, Double Blind, Placebo-Controlled Study

- 7-week Trial of Gabapentin; Titrated from 900 mg/Day (by Day 3) and 1,200 mg/Day (by Day 4), After 1 Week the Dose Was Titrated to 1,800 mg/Day. At Week 3 Patients Randomized to High Dose Were Titrated to 2,400 mg/Day

- Pain Present for > 3 Months After Healing of Herpes Zoster Rash
  - Male or Female, Any Race, at Least 18 Years
  - Completion of at Least 4 Daily Pain and Sleep Interference Scores During the 7 Days Prior to Randomization, with an Average Score of ≥4 Over the Past 7 Days on the Daily Pain Diary
  - No Concomitant Medication Except Previously Prescribed Tricyclic Antidepressants and/or Narcotics for 2 Weeks Prior to Screening

Source: Rice, ASC, Pain, 2001
Xtrc Mktg Lib D05803.txt

26

- **Slide 24 - 945-210 Study Design**

---

## Post-Herpetic Neuralgia
### Study Design

- **Efficacy Measures**
  - Primary Endpoint:
    - Change in Mean Daily Pain Scores from Baseline to Endpoint
  - Secondary Endpoints:
    - SF-MPQ (including VAS and PPI)
    - Weekly Mean Sleep Interference Score
    - Patient and Clinical Global Impression of Change
    - Quality of Life – SF-36 QoL
- **Patients**
  - 334 Patients (223 Gabapentin; 111 Placebo)
  - Median Age: 73 Years (23-95 Years)

Source: Rice, ASC; Pain, 2001
Xtec Media Job X2850 Def.

38

---

- The primary efficacy parameter was change in average daily pain score from baseline week to the final study week. Patients recorded pain in daily diaries using a 11-point Likert scale ( 0 = no pain, 10 = worst possible pain).

- The secondary efficacy measures used were also those used in the previous study and included:

- SF-MPQ - Short form McGill Pain Questionnaire which included a 100mm visual analogue scale (VAS) and a PPI ( Present Pain Intensity) measure which rated pain on a 6-point scale from 0 (no pain) to 5 (excruciating pain)

- change from baseline in average daily sleep rating scores from a daily sleep diary

- Patient and Clinical global impression of change

- and

- quality of life measures - POMS - profile of mood states and SF-36 questionnaire of eight health concepts (physical functioning, role limitations due to physical health problems, social functioning, bodily pain, general mental health, role limitations due to emotional problems, vitality and general health problems).

- Of the 229 patients randomised in this study, 113 were randomised to receive gabapentin and 116 to placebo.

Pfizer_LeslieTive_0042418

- SJB
- * Forced titration (relatively rapid), gabapentin dose increased by 300mg/day for the first 4 days, i.e. up to 1200mg/day (ties in with the higher incidence of AEs noted in the PHN trial when compared to the MNP trial which had a more gradual titration phase)



Post-Herpetic Neuralgia
*Study Design*



## Post-Herpetic Neuralgia Results

- 900 mg Achieved by Day 3; 1,200 mg/Day Achieved by Day 4
- Significant Reduction of Pain Scores First Seen at 1 Week at 1,200 mg/Day

*P<0.01 (ANCOVA)
Source: Rice, ASC; Pain, 2001
Rice Media_iss.V2005.txt

- * Divergence of treatment groups from placebo after 1 week, this is maintained for the duration of the trial.

- * Statistical significance in the mean pain scores for gabapentin patients when compared to placebo can be seen from week 1 when the patients randomised to gabapentin were only receiving 1200mg.

- * It would be interpreted from this graph that there are no benefits to be gained from prescribing 2400mg, however, when we consider the response in relation to duration of disease there is a distinction between the 1800 and 2400mg dosage groups.

## Gabapentin in Neuropathic Pain Syndromes: Randomized, Double-Blind, Placebo-Controlled Trial

- 8-Week Trial; Titrated from 900 mg/Day (by Day 3); Non-Responders (≤50% Reduction in Pain Scores) Titrated to a Maximum of 2,400 mg/day by 6 Weeks

- Patients with a Definite Diagnosis of Neuropathic Pain, and Who Exhibited at Least 2 of the Following Symptoms:
  - Allodynia, Burning Pain, Shooting Pain, Hyperaesthesia

- Patients to Have Completed at Least 4 Daily Diaries During the 7 Days Prior to Randomization
  - Pain Intensity Score ≥ 40mm on VAS at Screening and Randomization
  - At Least 18 Years of Age
  - No Concomitant Medication Except Previously Prescribed Tricyclic Antidepressants and/or Narcotics for 2 Weeks Prior to Screening

*Source: Serpell, MG, Pain 2000 (Submitted)*
xxx-xxxa.xx-x2000.cat

32

## Neuropathic Pain Syndromes
### Study Design

- Symptoms Could Be Associated with a Variety of Neuropathic Pain Syndromes • e.g., Complex Regional Pain Syndrome; Phantom Limb; Post-Mastectomy; Post-Laminectomy; Post Inguinal Hernia Repair; Thoracotomy Neuralgia; Trigeminal Neuralgia
  - Primary Endpoint:
    - Mean Weekly Pain Scores at Endpoint
  - Secondary Endpoints:
    - Mean Weekly Pain Scores for 4 Pain Symptoms from:
      - Daily Pain Diaries
      - SF-MPQ (including VAS and PPI)
    - Patient and Clinical Global Impression of Change
    - Quality of Life – SF-36 QoL
  - Patients
    - 305 Patients (153 Gabapentin; 152 Placebo)
    - Median Age: 57 Years (20-90 Years)

Source: Serpell, MG, Pain 2000 (Submitted)
PFIZER_LESLIE/GHW_XXXX.ref

34

- We did in fact get patients from all these groups as you will see when Dr Serpell goes through the patient population.

- Highlight overall pain score, not individual symptom scores.

* * Divergence of treatment groups from placebo after 1 week, this is maintained for the duration of the trial.

* * Statistical significance in the mean pain scores for gabapentin patients when compared to placebo can be seen from week 1 when the patients randomised to gabapentin were only receiving 1200mg.

* * It would be interpreted from this graph that there are no benefits to be gained from prescribing 2400mg, however, when we consider the response in relation to duration of disease there is a distinction between the 1800 and 2400mg dosage groups.



Neuropathic Pain Syndromes
Results

* 900 mg Achieved by Day 3
* Significant Reduction of Pain Scores First Seen at 1 Week at 900 mg/Day

**P≤0.05, *P≤0.001 (ANCOVA)
Source: Serpell, MG, Pain 2000 (Submitted)



## Neuropathic Pain
### Efficacy Summary

| | PDN (USA) | PHN (USA) | PHN (UK) | Mixed (UK) |
|---|---|---|---|---|
| 1-3 Days | 900 | 900 | 900 | 900 |
| 4-7 Days | 900 | 900 | 1,200 | 900 |
| Week 2 | 1,800 | 1,800 | 1,800 | 900 |
| Week 3 | 2,400 | 2,400 | 1,800 or 2,400 | 900/1,800 |
| Week 4 | 3,600 | 3,600 | 1,800 or 2,400 | 900/1,800/2,400 |

Doses in Blue Show Statistical Improvement Vs. Placebo

Xbc Media Job X2856 Daft

36

Pfizer_LeslieTive_0042424

# NEURONTIN in Neuropathic Pain: Outcomes Research

- **Painful Diabetic Neuropathy**
  - SF-36, POMS
- **Post-Herpetic Neuralgia**
  - SF-36, POMS

Xtec Media Job X2655 DvR

37

Pfizer_LeslicTive_0042425



Pfizer_LeslieTive_0042426



Pfizer_LeslieTive_0042427

## Future Directions

- US/EU Study of NEURONTIN in Painful Diabetic Neuropathy
- JAALA Study of NEURONTIN in Painful Diabetic Neuropathy
- Chronic Pain Screener

Xtec Media Job X2855 Daft

40

Pfizer_LeslieTive_0042428

# Neuropathic Pain
## 2002 *Planned Studies*

- **US/EU Study of NEURONTIN in Painful Diabetic Neuropathy (PDN)**
  - Multi-Center, Randomized, Placebo-Controlled
  - 2 Separate Protocol Arms (US, EU)
  - Each Arm Powered to Show Efficacy vs. Placebo
  - 340 Patients/Arm (170 GBP, 170 PBO)
  - Duration: 15 Weeks
    - 1 Week Single-Blind PBO Run-In
    - 2 Week Titration to Target Dose (3,600 mg/Day)
    - 12 Weeks on Target Dose

Xtec Media Job X2855 Doft

41

Pfizer_LeslieTive_0042429

## Neuropathic Pain
### NEURONTIN PDN Study (Continued)

- Target Dose = 3,600 mg/Day for Both Arms
- Prospectively Designed to Pool QoL, Safety Data
- Primary Outcome Measure: Mean Change in Pain Score: Baseline to Endpoint
- Secondary Outcome Measures: SF-MPQ, Change in Pain Scores: Daily-Week 1, Weekly, QoL Measures
- Steering Committee:
  - From US/EU
  - Neurology, Pain/Anesthesiology, Outcomes Research

Xbo Media Job X2855 Dott

42

Pfizer_LeslieTive_0042430

# Neuropathic Pain
## NEURONTIN PDN Study (Continued)

- QoL Data
  - **TOPS** – Treatment Outcomes Pain Survey
    - Based on SF-36 QoL Measure
  - **HADS**– Hospital Anxiety and Depression Scale
  - Daily Sleep Diaries
  - CGIC, PGIC

Xtec Media Job X29836 Doft

43

Pfizer_LeslicTive_0042431

## Chronic Pain Screener

- Designed for PCPs
- Allows Differentiation of Pain Types
- Based on Patient Descriptors of Pain
- 2 Validation Studies 2002
- US Roll Out 2003

Xitec Media Job X2855 Duft

44

Pfizer_LeslieTive_0042432