# Exhibit 9

Case 1:04-cv-10981-PBS    Document 790-13    Filed 07/10/2007    Page 1 of 5

marino0702

148

1  ROUGH DRAFT   CONFIDENTIAL   ROUGH DRAFT
2     approximately 12:31.  This ends tape number
3     two.  We are now going off the record.
4         (Lunch recess.)
5         THE VIDEOGRAPHER:  The time is
6     approximately 1:15.  This begins tape number
7     three.  We are now on the record.
8         (Marino Exhibit Number 5 marked for
9     identification as of this date.)
10    Q    Do you have Exhibit 5 before you?
11    A    Yes.
12    Q    Do you recognize it?
13    A    I am trying to figure out exactly
14 what it is, but I may have seen these documents
15 previously.
16    Q    It's been represented by
17 Mr. Rouhandeh that it comes from your custodial
18 file.
19        MR. ROUHANDEH:  I didn't represent
20    this --
21        MR. GREENE:  By virtue of the Bates
22    stamp on it, Pfizer underscore JMarino
23    underscore 000-2486.
24        MR. ROUHANDEH:  I don't agree with
25    that.  I didn't represent that.

149

1  ROUGH DRAFT   CONFIDENTIAL   ROUGH DRAFT

marino0702

2  MR. GREENE: Hang on for a minute
3  now, because I have been under the
4  assumption, Mr. Rouhandeh, when you produce
5  documents from the custodial file of Pfizer
6  Parke Davis, and you Bates stamp them with
7  their name, that they are in fact from their
8  custodial file. We had this discussion with
9  several of your associate when with we began
10 this these depositions the several weeks
11 ago, they put on the record that was the
12 understanding.
13       MR. ROUHANDEH: Don't come in here
14 and say I representing something we have
15 never discussed.
16       MR. GREENE: Since are you the
17 partner in charge I am putting?
18       MR. ROUHANDEH: I don't know?
19       MR. GREENE: I am putting the
20 question correctly to you,. Did this come
21 from Mr. Marino's file.
22       MR. ROUHANDEH: I don't know. Err
23 then is a time and place for this discussion
24 I'm happy to have it with you, this you are
25 wasting time oh the record.

150

1  ROUGH DRAFT    CONFIDENTIAL    ROUGH DRAFT
2       MR. GREENE: This is a discussion I
3  want to have on the record. Did this come
4  from Mr. Marino's file.

marino0702

5   MR. ROUHANDEH: I don't know that, I
6   just said I don't know.
7   MR. GREENE: It has his name on it.
8   Are we to think, that's the understanding
9   that the plaintiff's attorneys have in this
10  case were be a Mr. Marino's name is on it,
11  this came from his file. Are you telling me
12  now you don't know whether it did?
13  A    Yes, that's what I am telling you. I
14  don't know. I didn't produce the documents, I
15  didn't send a letter producing them. I didn't
16  stamp the documents, I don't know.
17  Q    Well, somebody from your firm sent
18  these documents and somebody sent the letter that
19  accompanied these documents.
20  MR. ROUHANDEH: Then you can rely on
21  all that. you are asking me what I know and
22  what I represented. I didn't know and I
23  didn't represent anything.
24  MR. GREENE: It's been represented by
25  Davis Polk's attorneys that this document

                                                151
1   ROUGH DRAFT   CONFIDENTIAL   ROUGH DRAFT
2   that we marked as Exhibit 5 came from your
3   custodial file, Mr. Marino. Having had an
4   opportunity to look at Exhibit 5, have you
5   seen this type of document before when
6   working for either Parke Davis or Pfizer?
7   MR. ROUHANDEH: I'm going to object

marino0702

```
 8        to the form of the question and the preamble
 9        to your question about what Davis Polk
10        represented.
11    A   The first point is I don't recall
12 ever having seen this document before, I have seen
13 documents like this.  It appears to be a U.S.
14 business quarterly brand review of Neurontin
15 conducted in April 1998.
16    Q   Let me ask you.  What is a quarterly
17 brand review.  I was not involved in these brand
18 reviews in the U.S. marketplace at this time.
19    A   I would suggest that it was a
20 document of an analysis of the -- of the brand in
21 April 1998.
22    Q   Okay, based on your experience both
23 at Parke Davis and Pfizer, I'm looking at this
24 document today.  Can you define for us what a
25 quarterly brand review on Neurontin in April 98
```

                                                                   152

```
 1      ROUGH DRAFT   CONFIDENTIAL   ROUGH DRAFT
 2 is?
 3    A   It's a review of a number of pieces
 4 of market research data as well as other
 5 information, initiatives, that, competition that
 6 were all going on at this point with the brand.
 7    Q   When you were the marketing director
 8 in the south central CBU for the period of time
 9 you were there, did you on occasion receive
10 quarterly brand reviews for Neurontin?
```

Page 137