# Exhibit 10

Untitled
                                                                  177

1   done, but I need one more sticker.  ^ REPORTER'S NOTE
2   marked ^ REPORTER'S NOTE?
3        A.   Okay.
4        Q.   Do you want to just clip that.
5        A.   Will do.
6        Q.   I show you what's marked as Marino-48 on July
7   3rd.  Do you see that this appears to be an e-mail
8   from you dated July 16th, 2004?
9        A.   Yes.
10       Q.   And you sent that to Nicky hall.  Do you know
11  who that is?
12       A.   Yes.
13       Q.   And Suzanne Doft, do you know who that is?
14       A.   Yes.
15       Q.   Is this a document that you created?  --
16  e-mail that you created?
17       A.   It appears to be and a e-mail that I created,
18  yes.
19       Q.   And if this e-mail that you look on the lower
20  right-hand portion of the document there is a Bates of
21  S. Doft_0018800, if this e-mail was obtained through
22  the Doft custodial file and was not in your custodial
23  file, do you have any explanation for that?
24            MR. ROUHANDEH:  Objection to form.
25       A.   Explanation for that?  I wasn't working on
                                                                  178

1   Neurontin at this point so obviously someone sent me
2   the e-mail inadvertently and it went to the wrong
3   person.
                            Page 1

Untitled

4    Q.   Have you been saving your documents since
5    leaving the Neurontin -- the position as Neurontin
6    worldwide team leader for anything related to
7    Neurontin?
8         MR. ROUHANDEH: Objection to form.  Well,
9    until I left -- I mean all documents were turned
10   into the Pfizer as required.
11        MR. FINKELSTEIN: I'll reserve any time that I
12   may have left and pass the witness.
13        MR. ROUHANDEH: Why don't we go off the record
14   and take a break.
15        THE VIDEOGRAPHER: The time is approximately
16   1:33.  We are now going off the record.
17        (The luncheon recess is taken.)
18
19   CROSS EXAMINATION BY MR. SIMMER:.
20        THE VIDEOGRAPHER: The time is approximately
21   2:13.  This begins Tape Number 4.  We are now on
22   the record.
23   Q.   Mr. Marino, my name is Scott simmer on behalf
24   of the assurance plans I want to ask you some
25   questions in additional areas that haven't been

                                                            179


1    covered in much detail.
2         You spoke earlier today about something you
3    called a pull program.  Is that also known as a
4    pull-through program?
5    A.   Yes, that could characterize, pull or pull
6    through would be appropriate.
7    Q.   In a pull through program, what exactly takes