# Exhibit 11

Untitled

257

```
1       ROUGH DRAFT   CONFIDENTIAL   ROUGH DRAFT
2       A     Yes.
3       Q     The first bullet point reads damage
4  to Neurontin's image as the treatment for
5  neuropathic pain and the is idle I will sized, do
6  you see that.
7       A     Yes I do.
8       Q     What is that referring to?
9       A     I don't know, I believe it was a
10 slide created by Atul.
11      Q     You don't have any idea what you made
12 that up.
13            MR. ROUHANDEH:  Objection to form.
14      A     Only what I read.
15      Q     Pardon me?
16      A     Only what review?
17      Q     And the erosion of market share, the
18 last bullet point on that slide.  Do you know what
19 that means?
20      A     Only what I read here, erosion of
21 market share.
22      Q     Now, do you recall that testimony
23 minutes from the GSDRC meeting had to be
24 rewritten?
25      A     No, I don't recall that.
```

258

Untitled

```
 1        ROUGH DRAFT   CONFIDENTIAL   ROUGH DRAFT
 2        Q     Do you recall reviewing minutes from
 3   the GDRC meeting?
 4        A     I don't recall, but I'm sure that I
 5   have seen the meeting minutes from that meeting.
 6        Q     Let me show you exhibit 14.
 7              (Marino Exhibit Number 14 marked for
 8         identification as of this date.)
 9        Q     Have you added a chance to look at
10   it?
11        A     Yes, I have looked at it.
12        Q     Were there individuals at this
13   meeting on September 19, 2001, that didn't want to
14   go forward with the application for neuropathic
15   pain.
16        A     Ment I don't recall what specific
17   individual's opinions were.
18        Q     Well with, aside from specific
19   individuals, do you recall that there were a group
20   of individuals that didn't want to file a
21   supplemental NDA for Neurontin for neuropathic
22   pain.
23        A     I don't recall that there were even a
24   group of individuals.  I do recall again a
25   vigorous debate about this topic since we began at
```