UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) | ) MDL Docket No. 1629 ) ) |
| THIS DOCUMENT RELATES TO: ) ) | ) Master File No. 04-10981 ) |
| ALL ACTIONS ) ) ) ) | ) Judge Patti B. Saris ) Magistrate Judge Leo T. ) Sorokin ) |

## AVIAH COHEN PIERSON DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' PFIZER INC. AND WARNER-LAMBERT COMPANY'S MOTION FOR PROTECTIVE ORDER CONCERNING RULE 30(b)(6) DEPOSITION NOTICE

I, Aviah Cohen Pierson, declare:

1. I am an associate with Kaplan Fox & Kilsheimer, LLP.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Pfizer Inc. and Warner-Lambert Company's Motion for Protective Order Concerning Rule 30(b)(6) Deposition Notice.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Coordinated Plaintiffs' Third Amended Complaint.

4. Attached hereto as Exhibit 2 is a true and correct copy of the 30(b)(6) deposition notice served on Kaiser Foundation Health Plan, Inc.

5. Attached hereto as Exhibit 3 is a true and correct copy of correspondence from Aviah Cohen Pierson to Matthew Rowland dated May 14, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of correspondence from Aviah Cohen Pierson to Matthew Rowland dated June 6, 2007.

7. Attached hereto as Exhibit 5 is a true and correct copy of document bates stamped Pfizer_CGrogan_0024640-1, a series of emails, produced by defendants.

8. Attached hereto as Exhibit 6 is a true and correct copy of document bates stamped Pfizer_CGrogan_0005993, Pfizer Neuropathic Pain PBM Advisory Board: Executive Summary, produced by defendants.

9. Attached hereto as Exhibit 7 is a true and correct copy of document bates stamped Pfizer_LeslieTive_0042389-0042432, Treatment Options for Neuropathic Pain, produced by defendants.

10. Attached hereto as Exhibit 8 is a true and correct portion of the rough transcript of the July 2, 2007 deposition of John Marino.

11. Attached hereto as Exhibit 9 is a true and correct portion of the rough transcript of the July 2, 2007 deposition of John Marino.

12. Attached hereto as Exhibit 10 is a true and correct portion of the rough transcript of the July 3, 2007 deposition of John Marino.

13. Attached hereto as Exhibit 11 is a true and correct portion of the rough transcript of the July 3, 2007 deposition of John Marino.

14. Attached hereto as Exhibit 12 is a true and correct portion of the rough transcript of the July 10, 2007 deposition of Lucy Castro.

Dated: July 10, 2007
New York, NY

*[signature]*

Aviah Cohen Pierson