Exhibit "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., 04 CV 10739 (PBS) | ) ) ) ) ) ) | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF ELIZABETH F. VILLALUZ**

I, ELIZABETH F. VILLALUZ, declare under penalty of perjury under the laws
of the United States of America that the following is true and correct.

1. I am a paralegal employed by Kaiser Foundation Health Plan, Inc. ("Kaiser"),
in the Legal and Governmental Relations Department. I have held this position for
almost three years.

2. I submit this declaration in support of Plaintiffs' Objections to Discovery
Order No. 12.

3. I have personal knowledge of the matters stated herein.

4. The collection and production of pharmacy claims data matching the pharmacy
claims data for each Kaiser member who took Neurontin, with that member's claims data
for other drugs, from 1994 to the present, would pose a significant burden on Kaiser and
would also raise significant privacy concerns.

5. The cross-referencing of pharmacy claims data for Neurontin and other drugs
would require Kaiser to generate reports for each of its regions throughout the country.

Kaiser could not feasibly produce by July 30, 2007. The production of these reports for the California region would take more than one month to prepare. The production of these reports for regions outside of California could take longer to prepare and produce depending on the information available to the individual who would generate the reports. That individual, a pharmacist in Pharmacy Analytical Services, is currently away and not available to discuss the production of these reports.

6. Kaiser's 11,000 physician providers, who are not employees of Kaiser, have prescribed Neurontin alone, in great numbers. Based on the data available to me, for example, in California alone, these physician providers prescribed Neurontin over 800,000 times from 1998 to July of 2006. During this period, approximately 200,000 members of Kaiser were prescribed Neurontin nationwide. Kaiser has produced the prescription data for Neurontin and that data encompasses over 2,000 pages.

7. Without going back to each member's individual medical record, it would not be possible to determine the purpose for which each Kaiser member was prescribed a given drug. In addition, it is my understanding that reviewing individual medical records of Kaiser members would pose privacy concerns. Kaiser makes every effort to maintain the privacy of its members, as required by law. Even if individual medical records were redacted to remove confidential and personal medical information, the process of redaction would require non-medical personnel to have access to this information.

8. Medical records are not kept in a central location. Instead, medical records are maintained at the individual facilities at which the patient received medical care and in long-term storage facilities. Kaiser currently has over four hundred (400) medical facilities, located in regions served by Kaiser throughout the country. Nearly all of these

2

medical records are only available in hard copy.  Thus, Kaiser's collection of these

records would be extremely labor intensive, potentially requiring Kaiser personnel to

travel to hundreds of medical facilities across the country to obtain these medical records.

Executed on:  July 13, 2007

Elizabeth F. Villaluz

Exhibit "B"

372

1

2                    UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
3                 MDL Docket No. 1629/Master File No. 04-10981
                 VOLUME II.
4     ----------------------------X

5     IN RE: NEURONTIN MARKETING     MDL Docket No. 1629

6     SALES PRACTICES, AND PRODUCTS  Master File No.

7     LIABILITY LITIGATION           04-10981

8     ---------------------------X

9

10        VIDEOTAPED DEPOSITION OF CHRISTINE GROGAN

11                  New York, New York

12                   June 26, 2007

13

14

15

16

17

18

19

20   Reported by:
     Amy A. Rivera, CSR, RPR
21

22

23

24

25

639

```
 1                         C. Grogan
 2        Q.    And it was directed to you; correct?
 3        A.    Yeah, it must have been.
 4        Q.    Was this proposal accepted?
 5              MR. POLUBINSKI:  Go ahead.  And take
 6    your time and look at it, if you need to.
 7        A.    I don't believe it was.  I would have
 8    remembered their name.
 9        Q.    Okay.
10        A.    No, I don't think it was.
11              MR. LAWRENCE:  All right.  You can put
12    it aside.  I don't have any questions on it.
13        Q.    We spoke earlier with some generality
14    about your knowledge of the fact that a portion of
15    the Neurontin sales was for off-label uses;
16    correct?
17        A.    Yes.
18        Q.    And are you familiar with the term
19    "Scott Levin data"?
20        A.    Yes, Scott Levin; yeah.
21        Q.    What is Scott Levin data?
22        A.    Scott Levin is -- it's audited data.
23        Q.    And let's start it this way:  Scott
24    Levin is a company; correct?
25        A.    Yeah.
```

1                       C. Grogan

2          Q.    And Scott Levin provides a service to

3     pharmaceutical manufacturers such as Pfizer;

4     correct?

5          A.    Yeah.

6          Q.    And they provide data that shows both

7     the number and dollar volume of prescriptions;

8     correct?

9          A.    I don't know.  Do they do that, the

10    dollar, too?  Maybe they do.  It's been -- I don't

11    in my current marketing role, I don't have Scott

12    Levin data, so it's been a while.  I know they

13    gave us audited data.  I thought it was more on

14    uses, but it could be on dollars.  If you showed

15    me a chart, I could identify it better.

16         Q.    Let me jump for a second.  Your

17    current role, you're with Allergan; right?

18         A.    Allergan, yeah.

19         Q.    What, Botox?

20         A.    No, I went out there to work on Botox,

21    but I'm actually the director for breast implants.

22         Q.    What does Allergan market with respect

23    to breast implants?

24         A.    I mean, it's not really my discussion

25    today.  So, do we need to talk about my company

641

```
 1                          C. Grogan

 2     now?

 3              MR. LAWRENCE:  No.  You don't have to.

 4     I'm just curious.

 5         Q.    Did you ever market during the time

 6     you were at Pfizer the drug Maravic M-A-R-A-V-I-C?

 7         A.    M-A-R-V-I-C?  That's not even -- I

 8     don't think that's a drug at Pfizer.  You said at

 9     Pfizer; right?

10         Q.    Yeah.

11         A.    M-A-R-V-I-C, no.  It's not a drug that

12     I know of.  Inspra.  Rebif, Inspra.

13         Q.    How about V-I-R-A-C-E-P-T, Viracept?

14         A.    No, I didn't.  But I know of it; yeah.

15         Q.    Back to Neurontin.  Would it -- would

16     you agree with the statement that Neurontin is

17     used primarily by patients with neuropathic pain

18     as of 2001?

19         A.    Could you repeat it one more time?

20         Q.    Would you agree that as of 2001,

21     Neurontin was used primarily by patients with

22     neuropathic pain?

23              MR. POLUBINSKI:  Objection.

24         A.    As of 2001, no.  I don't remember that

25     that was the biggest chunk.  The Scott Levin data
```

642

1                         C. Grogan

2    would probably elaborate better, but I don't know

3    that that was the biggest area.

4         Q.    What do you think was the biggest area

5    in 2001 for Neurontin usage?

6         A.    Honestly, without seeing something,

7    I'm going to guess, either the all over bucket was

8    probably a big chunk, it was many different areas

9    people were filling out applications for.  It

10   depends on how they broke it out.  It could be

11   neuropathic pain in general, not specifically

12   neuropathic pain.  It depends how Scott Levin

13   broke it out.

14        Q.    Did you ever during the course of your

15   duties at Pfizer discuss with other persons at

16   Pfizer why such a large portion of the sales of

17   Neurontin were off-label?

18        A.    I think I was asked that earlier today

19   and I never discussed with people.  I mean, we had

20   some discussions that are attorney-client

21   privileges.  And I focused, as I mentioned

22   earlier, on my job, and that was not part of my

23   job to pontificate, you know, why things are

24   happening.

25              If anything, it's odd that it would

651

```
 1                     C. Grogan
 2              MR. POLUBINSKI:  Objection.
 3              If you know.
 4         A.    I think it was for a global meeting we
 5    had with representatives from around the world to
 6    look at the product.
 7         Q.    And let me direct your attention to
 8    page 2 at the bottom, there's a chart.  AED
 9    diagnosed profile IMS.  What's IMS?
10         A.    IMS is a data capture house, IMS data.
11         Q.    And it's similar to -- you'll probably
12    find it faster than me?
13         A.    Scott Levin.
14         Q.    Scott Levin data; correct?
15         A.    Scott Levin is more audited.  IMS, I
16    think it's more extrapolated, and it's about
17    90 percent accurate based on, I think, pharmacies.
18         Q.    And I notice in this chart, one of the
19    things they show is the share of scripts for
20    neuropathic pain in the U.S. domestic market for
21    Neurontin is 77.9 percent.
22              Do you see that?
23         A.    Yep.
24         Q.    Now, at this time, it wasn't an
25    approved use; correct?
```

1                         C. Grogan

2              MR. POLUBINSKI:  Objection.

3         A.     That's correct.  But they're stating

4    the facts because this is a global -- global plan,

5    and they're showing where the places that it is

6    approved.

7         Q.     And I think I want to state that

8    question again, just so it's clear.

9              That despite the fact that Neurontin

10   was not approved for use in treating neuropathic

11   pain in the United States, Pfizer's 2003 global

12   product platform nevertheless reports the market

13   share that Pfizer enjoys in the United States for

14   neuropathic pain indications; correct?

15             MR. POLUBINSKI:  Objection.

16        A.     Correct with a caveat, if I may add.

17   The same for epilepsy.  You can't break out

18   partial seizures in the epilepsy IMS data.  It's

19   the same thing for PHN.  That's a subset of the

20   neuropathic pain.  You can't extrapolate it from

21   IMS.  They're not that sophisticated with their

22   reports.

23        Q.     And at the top of the next page, SWOT,

24   what's that acronym for?

25             MR. POLUBINSKI:  Objection.

681

 1                        C. Grogan

 2   correct?

 3        A.    It would have been AEDs in this case,

 4   yes.  That's what we were indicated for.  I guess

 5   my point is just there's probably Tegretol and all

 6   the other AEDs.  That's a market that makes up a

 7   market.  So that's why they projected sales would

 8   be of many different products.

 9        Q.    Okay.  Would the absence of certain

10   information from this document that you believe to

11   be incomplete, would that restrict your ability to

12   give an opinion as to your understanding of the

13   information in column G?

14             MR. POLUBINSKI:  Objection.

15        A.    No.

16        Q.    What is your understanding, if any, of

17   the information in column G?

18        A.    Now that I have a snapshot of what the

19   competitors are, I would say that this was annual

20   sales of the AED market.  It's just incomplete

21   because I don't know what they define as the "AED

22   market."  It just says "competitors," but given to

23   that Depakote and Topamax are AEDs, there's many

24   other AEDs that aren't on the document.

25        Q.    So, Pfizer knew with respect to the

682

```
 1                        C. Grogan
 2    plans in this document what that particular plans
 3    is actually really their purchases, but it's the
 4    industry sales of what AEDs were; correct?
 5         A.    Yes.
 6         Q.    And the next column, column H, what is
 7    your understanding, if any, of the data in column
 8    H?
 9         A.    It would be, I think, the total
10    prescriptions annualized.  So, when I'm working
11    here, annualized is an annual year of that
12    particular category.
13         Q.    So, again, Pfizer would have at its
14    disposal the number of prescriptions with respect
15    to each particular plan contained in this document
16    on an annual basis; correct?
17              MR. POLUBINSKI:  Objection.
18         A.    Without seeing the whole document, I
19    would say that we would know how much
20    prescriptions there are of the class of drugs that
21    this document is pertaining to, and I'm
22    guestimating based on Depakote and Topamax, it's
23    for the anti-epileptic category.
24         Q.    To your knowledge, did Pfizer have
25    similar information for other categories?
```

683

1                        C. Grogan

2         A.    Yes, as a managed care organization,

3    that's what you do.  You know, all drug companies

4    do that.  And you, I think you know that probably

5    working at Aetna.

6         Q.    I know that, but the jury doesn't, so

7    we have to make a record about it.

8               Turning to the next page, 2199, column

9    I is labeled upside potential.  What is your

10   understanding --

11        A.    Which page?  Sorry?

12        Q.    2199.

13        A.    Okay.

14        Q.    Column I.  It's labeled "upside

15   potential." What is your understanding, if any, of

16   the information contained in column I, upside

17   potential?

18        A.    That would mean if we had the whole

19   picture, when you had ten epilepsy drugs, and

20   let's say they were getting $417,238, that would

21   be the amount of market share/prescriptions that

22   the competition was getting for AEDs that we were

23   not getting.

24        Q.    Maybe I'm a little slow.  I thought

25   you told me column G was the total plans

Exhibit "C"



## NEURONTIN®
## 2003 GLOBAL PRODUCT PLATFORM

*For Internal Use Only*

1

Pfizer_CGrogan_0026965

# 1. Neuroscience

The Neuroscience therapeutic category represents a high potential area with considerable unmet need worldwide.  Compared to diseases such as hypertension and asthma, a significantly higher proportion of patients with Psychiatric and Neurological diseases remain untreated globally.  With our unsurpassed portfolio of Neuroscience products, Pfizer globally and locally has a unique and significant opportunity to capitalize on these markets by leveraging across the portfolio to achieve market dominance.  Currently Pfizer Neuroscience ranks #3 in worldwide sales of $5.4 billion, behind key competitors Lilly and Glaxo Smith Kline (MAT 3Q/01).  Our strong portfolio and continued growth will allow us to reach our vision:

*Through innovative research, strategic partnerships, and an unsurpassed commitment to disease education, Pfizer Neuroscience is dedicated to being the leading provider of neurologic and psychiatric medicines that make a meaningful difference in the lives of patients and their families around the world.*

To achieve this vision are, the World Wide Neuroscience Teams will:
- Leverage Opinion Leader Support to Enhance and Promote Pfizer as Leading Neuroscience Company to Key Stakeholders
- Integrate the Neuroscience Vision into the Operating Plan Process Through Seeking Opportunities to Leverage Activities/Plans Across the Portfolio- Optimize Communication Opportunities to Support Product and Portfolio Messages

# 2. NEURONTIN Product Description

NEURONTIN was launched in 1993 as adjunctive therapy for epilepsy. NEURONTIN is indicated for various uses in different countries, including add-on therapy for epilepsy in adults in 79 countries and pediatric patients in 26 countries. In addition, NEURONTIN is indicated as monotherapy for epilepsy in adults in 37 countries (including Germany, Spain and France) and for pediatric use in 26 countries.

In 1997, NEURONTIN results of clinical trials demonstrating its effectiveness in managing pain for patients with diabetic peripheral neuropathy (DPN) and post-herpetic neuralgia (PHN) were published. Based on the positive results of clinical studies, NEURONTIN has received an indication for the treatment of Neuropathic Pain* (NeP) in over 60 countries.  It has recently been submitted to the FDA for an approval in PHN, expected in 2002.

NEURONTIN is actively competing in two distinct markets:  the highly competitive and mature Epilepsy market (N3A or AED market), and the developing Neuropathic Pain market. The N3A Market is greater than $6 billion and growing at +25% and is expected to be over $8b by 2005. Sales of NEURONTIN were $1.9 billion or +36% in 2001. Potential sales are over $3 billion in the next 5 years. There is currently no separate market classification for NeP; hence this market is reconstituted from several therapeutic categories and sub classes, including NSAIDs, narcotic and non-narcotic analgesics, vitamin preparations, anticonvulsants and anti-depressants.

* The indications for NEURONTIN vary from country to country. Please check local prescribing guidelines

# 3. Market Performance

**Global N3A Market performance – Source IMS**

| Region | Total N3A Dec 01 MAT Sales ($M) | Growth | NEURONTIN Dec 01 MAT Sales ($M) | Growth | Market Share | Market Position |
|---|---|---|---|---|---|---|
| Global | $6,048 | + 25% | $1,887 | +36% | 31.2% | 1 |
| US Domestic | $4,316 | +29% | $1,640 | +34% | 38.0% | 1 |
| EuCan | $1,036 | +22% | $196 | +52% | 18.9% | 1 |
| JAALA | $659 | +7% | $38 | +68% | 5.8% | 3 |

**AED diagnosis profiles  – Source IMS (Note: Country collection off data through IMS varies so direct comparisons are difficult)**

| Region | AED Rxs for NeP | Growth | NEURONTIN Market Share of all AED Rxs for NeP | AED Rxs for Epilepsy | Growth | NEURONTIN Market Share of all AED Rxs for Epilepsy |
|---|---|---|---|---|---|---|
| Global | 6,734 | +5% | 35.0% | 54,464 | -13% | 1.5% |
| US Domestic | 1,977 | +28% | 77.9% | 6,873 | +5% | 5.4% |
| EuCan | 2,162 | +9% | 22.8% | 19,004 | +1% | 2.1% |
| JAALA | 2,595 | -9% | 12.5% | 28,588 | -24% | 0.3% |

Pfizer_CGrogan_0026966

## 4. SWOT

| Strengths | Weaknesses |
|---|---|
| • N3A Market leader in US/EuCan<br>• Favorable product profile in NeP<br>• Large body of published data in NeP<br>• Established safety profile in over 7million patients<br>• Good opinion leader support in NeP; Pfizer market dominance and excellent reputation with customers<br>• Pfizer neurology portfolio (Pregabalin)<br>• Low Lactam patent will be strongly defended by Pfizer<br>• Experience/knowledge from European Strategy Working Group (ESWG)<br>• No generic tablets currently available -increase penetration of NTN tablets<br>• Clinical development program in Social Phobia<br>• World wide manufacturing capacity | • Product potential still poorly understood within the organisation<br>• Misunderstanding of dosing in Epilepsy and NeP<br>• Low Average Daily Dose<br>• Poor perception of efficacy in epilepsy and low market share of Rxs for epilepsy |
| Opportunities | Threats |
| • NePain market development<br>• NeP under recognized and diagnosed<br>• Fragmented NeP treatment market<br>• Few licensed competitors<br>• Promotionally sensitive market<br>• Detailing Primary Care to increase recognition and management of NePain<br>• AEDs used for multiple indications<br>• Psychiatry/Social Phobia<br>• Launch into the Japan market | • Generic entry into markets post LOE<br>• New NeP competitors<br> -Levetiracetam/Keppra (UCB)<br> -Oxcabazepine/Trileptal (Novartis)<br> -Topiramate/Topamax (J&J)<br> -Venlafaxine/Effexor (Wyeth)<br>• GSK presence/dominance in key markets (Ep/NeP/Psyc)<br>• Reimbursement and pricing pressures from Governments due to the relative high price of NEURONTIN for NeP |

## 5. Competitive Environment

- NEURONTIN competes in two distinct markets; the established market for epilepsy and the new developing market for NeP.
- The epilepsy (seizure) market is extremely competitive, with at least three new entrants in the last three years. However, prescriptions are still dominated by the older AEDs.
- The main competitor to NEURONTIN's use in NeP is the lack of recognition and active management of the condition by physicians. There are only a few drugs that are licensed for the treatment of NeP (e.g. carbamazepine for Trigeminal Neuralgia, capsaicin for PHN and PDN) Most of the pharmaceutical treatments for NeP are unlicensed (e.g. amitriptyline) However, a number of companies are becoming increasingly interested in NeP and are actively looking to gain approvals for drugs that they currently have on the market (e.g. UCB with Keppra, Novartis with Trileptal, J&J with Topiramate) or are looking to develop new compounds for the treatment of NeP (e.g. GlaxoSmithKline, AstraZeneca etc.).
- Drugs that are currently used for the treatment of NeP include: Anticonvulsants, Antidepressants, Narcotic Analgesics and Non Narcotic Analgesics and Anti-Inflammatory drugs

## 6. Regulatory Timelines

**1. Diabetic Peripheral Neuropathy Program (DPN) in the US**
DPN IND submitted to FDA 17January2002
sNDA submission to FDA in 2004
New studies may provide additional quality of life (QoL) data
**2. Social Phobia in the US**
IND submission scheduled for 31Aug02
Submission scheduled for 2Q04

3

Pfizer_CGrogan_0026967

**3. ROW Support of New Indications/Line Extensions**
Dossiers for new indications and line extensions are prepared by ISR/ PGRD for Asia, Africa, Middle East, Central Europe, Eastern Europe, and Latin America

## 7. 2002 Sales Budget

| Region | Sales target $/million | Growth Vs 2001 | Current YTD sales (A/P3) | Current Growth (A/P3) |
|--------|------------------------|----------------|--------------------------|------------------------|
| World Wide | $2,186m | +25% | $593m | |
| US /Domestic | $1,872m | +25% | $525m | +60% |
| EUCan | $239m | +21% | $56m | +42% |
| JAALA | $63m | +47% | $12m | +54% |

## 8. NEURONTIN and Neurology Franchise Key Global Issues and Opportunities

## Opportunities

**1.*Franchise Opportunity*  - Neuropathic Pain Market under developed**
- NeP is a complex condition that has many different causes and symptoms. There are no clear diagnostic tests that have been internationally recognized that can clearly establish the exact condition that a patient is suffering from. Many patients go un-diagnosed and are mistreated with inappropriate/ineffective medications. There is a need to educate the medical community on the signs and symptoms of NeP, as well as to better understand the epidemiology and pathophysiology of this chronic condition.
- Pain specialists (e.g. some Anesthetists and Neurologists) are in a position to help educate other specialists and Primary Care Physicians to improve their ability to recognize and diagnose patients and highlight the appropriate treatments for NeP and reduce the burden of illness.  In order to maximize the development of the market and to ensure that Pfizer maintains its dominance, adequate sales and marketing resource will be required to take advantage of this opportunity.

**2. *NEURONTIN Opportunity* - NEURONTIN is not the gold standard in NeP outside the US**
- NEURONTIN is not currently the gold standard in most countries, although for most Pain Specialists it is becoming the gold standard. NEURONTIN is the only drug that has the broad indication for the treatment of NeP* and has the most data and publications to support its use in these conditions.
- One of the key areas to help differentiate NEURONTIN from the competition is its improvement of Quality of Life measures, which includes sleep interference scores and mood improvement in patients with NeP. The importance of this area needs to be emphasized in both promotional activities and educational programs with opinion leaders. Increasing the understanding of this aspect will also help build the market for pregabalin.

**3. *NEURONTIN Opportunity*  - Data suggests that NEURONTIN is being under-dosed in Neuropathic Pain**
- NEURONTIN needs to be initiated and titrated in 300mg steps to a maintenance dose of 1,800mg-3,600mg, depending on patient's individual response and tolerability. The wide dose range for NEURONTIN is not well understood by the majority of Physicians and the Average Daily Dose (ADD) in most countries is around 1,000mg (source IMS). Under dosing will lead to lack of efficacy of the drug. Increasing the ADD will also allow increased penetration of the 600/800mg tablets, and increasing the overall sales of NEURONTIN.

## Issues

**1. *NEURONTIN Issue* - NEURONTIN Sales in Epilepsy are not growing**
- Epilepsy is an established (mature market), which is still dominated by prescriptions for the older AEDs. The newer/novel AEDS are mainly competing against each other in the small "Add-On" market segment. This refractory group of patients is difficult to treat and perceptions of efficacy are less positive. NEURONTIN needs to ensure that it is being used as the first add-on AED, and is not being pushed back by other novel AEDs (e.g. Topiramate) The Monotherapy data/indication should be leveraged where possible to reinforce physicians' confidence to use NEURONTIN early in the treatment of epilepsy patients

**2. *Franchise Issue* – Securing Pfizer commitment to the Epilepsy Community**
- Many companies are actively involved in the epilepsy market. Pfizer (Parke Davis) has the best heritage in this market place with a long tradition of drug development and customer support. Pregabalin will launch with an epilepsy indication, so it is critical that Pfizer maintains its commitment to the epilepsy community prior to the launch of Pregabalin.

**3. *NEURONTIN Issue* – Major Markets are facing Loss of Exclusivity**
- The loss of Marketing Exclusivity in Europe occurs in Feb 2003 for the majority of countries, although some countries, (e.g. Canada, Ireland and Denmark) have already lost exclusivity, allowing for the entry of generic gabapentin into the market. A low Lactam patent has been approved in many countries. This patent will be defended aggressively by Pfizer to ensure that generic competitors do not infringe the patent.
- The impact of generics varies by country, so it is important for countries to assess the implications of the impact of generic entry into the

4

market, in order to plan for the bridging of any gap until the launch of pregabalin. The European Strategy Working Group (ESWG) is evaluating Life Cycle options and strategies for NEURONTIN.

**4.*Franchise Issue* – Competitive threats are increasing**
- The NeP market is an attractive market for competitors due to its size and the fact that it is still relatively under developed. A number of companies (e.g. Novartis, GlaxoSmithKline, J&J, Wyeth etc.) are looking to gain entry into this market through their in line products and pipeline products. Pfizer is the market leader and needs to hold onto this position by ensuring that NEURONTIN becomes the treatment of choice across all countries and that we maintain our excellent relationships and reputation with out customers. This will be key to developing both our short-term goals and our longer-term goals for our franchise with Pregabalin.


# 9. NEURONTIN Global Strategies

*Indications for NEURONTIN vary by Country. Please check local licence and indications*
**1. Grow the Neuropathic Pain market with NEURONTIN**
- Educate the market on the accurate diagnosis and optimal treatment of NeP through educational programs and initiatives. The International Coalition for Neuropathic Pain (ICNeP) and other local educational programs will help to drive the awareness and increased diagnosis and its co-morbid conditions such as sleep and mood disturbances.
- Launch the broad NeP indication for NEURONTIN, consolidating the branding, product label and core messages to ensure global consistency.
- Ensure NEURONTIN is reimbursed for the treatment of NeP. Ensure patient access by developing and communicating cost of illness data and value message. Develop and include QOL data from past, current, and future clinical trials. Ensure collaboration between local market, regional, and global outcomes research efforts. Create a patient advocacy strategy where appropriate.
- Ensure NEURONTIN is the 'treatment of choice' with all specialist targets, by communicating the core benefits that the brand provides to both physicians and patients. The strategic focus is on specialists and then moving onto the larger market potential with Primary care Specialists
- Increase the Average Daily Dose for NEURONTIN, by reinforcing the global dosing recommendations (maintenance dose of 1,800mg-3,600mg/day) and increasing the penetration of the 600/800mg tablets.
- Pfizer's commitment and investment in the NeP market needs to ensure that we maintain 'ownership' of this market, both for NEURONTIN and the franchise with Pregabalin.
**2. Maintain Pfizer's sales and presence in the epilepsy market**
- Focus investment on the Key Opinion Leaders in each country to prepare them for the introduction of pregabalin e.g. through the global speaker programs and sponsorship at international medical conferences/symposia.
- Leverage the new monotherapy data to validate NEURONTIN's efficacy and increase its use in newly diagnosed patients.
**3.Develop Lifecycle Planning**
<u>i) Loss of Exclusivity and generic penetration</u>
- Develop plans for the loss of exclusivity and potential impact of generics in each country. The ESWG is working to develop potential strategies that can be adopted by countries.
- Increase the penetration of the 600/800mg tablets due to the extended exclusivity assumed with the tablets.
<u>ii) Optimal NEURONTIN development in the US and Japan</u>
- Develop NEURONTIN in Social Anxiety Disorder/Social Phobia in the US
- Investigate other potential indications such as migraine prophylaxis in the US
- Add-On epilepsy and PDN & PHN indication in Japan
**4. Find synergies within the Pfizer portfolio to maximize sales of the Neuroscience brands**
- Ensure that Neurology Franchise issues and considerations are taken into account with Pregabalin – *SEE Pregabalin 2003 GPP*. Many of the key activities for NEURONTIN will and need to benefit the swift introduction of Pregabalin into both the NeP and the Epilepsy markets. One of the key areas that will need to be taken into account is the differentiation strategy for Pregabalin when planning NEURONTIN promotional activities and market development/educational programs.
- Look for synergies with other Pfizer products and the Neuroscience Group, as there are many overlaps with customers in the Neuroscience portfolio and with other pain drugs (e.g. Celebrex)


# 10. 2003 WWT Goals

Neurontin leads the worldwide N3A market and is the driver for growth on a global basis. The challenge to the country organizations is to attain/ keep leadership and continue to drive the growth.  We would like to suggest the following targets for next year:
**Rank:**
- Reach #1 position by 2Q, 2003
- If you are already #1, maintain your rank and distance yourself from #2 by at least additional x (5) points of share vs. your current position
**Share:**
- Improve your market share as follows:

5

**Market Share Targets – Major Markets**

| MAJOR MARKET | IMS SALES ($000) MAT JAN 2002 | Growth over MAT JAN 2001 | Month of Jan'02 $ Market Share | Expected PEAK Monthly $ Market Share 2003** |
|---|---|---|---|---|
| U. K. | $40,832 | +59.1% | 21.6% | >27% |
| France (Retail only Sales) | $29,355 | +49.5% | 24.2% | >28% |
| Spain | $23,794 | +52.7% | 33.2% | >40% |
| Italy | $21,478 | +140.6% | 33.3% | >40% |
| Germany | $21,056 | +67.4% | 14.7% | >20% |
| Mexico | $10,653 | +82.1% | 12.9% | >20% |
| Sweden* | $9,092 | +22.9% | 35.0% | >40% |
| Australia | $6,714 | +49.2% | 17.1% | >22% |
| Korea* | $2,980 | +174.2% | 13.2% | >20% |
| Brazil | $2,107 | -6.0% | 4.4% | >15% |
| Taiwan* | $266 | N/A | 1.8% | >10% |
| Turkey | $164 | N/A | 4.8% | >15% |

\* IMS quarterly audited sales data MAT 4Q01 & Qtr 4'01
\*\*Pre generic entry in 2003
Assumptions
1. EU Markets will experience generic entry after April 2003, and will promote NEURONTIN in Q1& Q2 2003
2. Mexico, Korea, Taiwan, Turkey have no generic entry
3. Brazil &Australia have a similar generic environment to Q1 2002
4. Australia gains NeP reimbursement for Pain Specialists

**2003 Market Share Targets – All Other Countries**

| TIER | Current $ Market Share – Jan 2002 | Target Increased Share in 2003 |
|---|---|---|
| Tier 1 | 5-10% | +16% |
| Tier 2 | 10- 15% | +14% |
| Tier 3 | 15-20% | +10% |
| Tier 4 | 20-25% | +7% |
| Tier 5 | 25% + | +5% |

## 11. Global Positioning

*Indications for NEURONTIN vary by Country. Please check local licence and indications*
**Neuropathic Pain**
NEURONTIN is an ideal first line therapy for Neuropathic Pain, *with proven efficacy, excellent safety and tolerability, favorable onset of action and ease of use*, restoring patients' quality of life
**Epilepsy**
NEURONTIN is an ideal therapy to control partial seizures in newly diagnosed and refractory patients *because of its proven efficacy, effective starting dose, favorable PK profile, and excellent safety and tolerability*. Treatment with Neurontin can lead to improvements in patients' quality of life

Refer to NEURONTIN Global Branding Guide II for further information on core selling messages

## 12. Medical Initiatives and Plans

**Grow NePain Market with Neurontin**
- Develop Chronic Pain Screener (Roll-out in 2004)
- Implement clinical trials in DPN (1st patient enrolled in US study in 2Q02; 1st patient enrolled in JAALA study in 2003) In addition to examining the efficacy of Neurontin in DPN, this program will include outcome measures, and will also explore the effect of Neurontin on co-morbid diseases, such as anxiety and depression.

6

Pfizer_CGrogan_0026970

Four studies in diabetic neuropathy are currently planned or being considered. Two studies are planned to start in the US in 2002, one to address regulatory issues and a second to meet market needs. A study in JAALA is also planned to start in 2003. There is a EU Painful Diabetic Neuropathy study under discussion with area management.  A decision will be made in April 2002.
- Provide meaningful outcomes data (4Q03 through 4Q04)
- Ensure publication of evolving data (Ongoing)
**Maintain Epilepsy presence**
- Continue innovative epilepsy research through independent grants (Ongoing)
- Publish data from monotherapy studies (Ongoing)
- Ensure publication of dosing reviews (Ongoing)
**Label Expansion—Life Cycle Planning**
- Social phobia clinical development program (1st patient enrolled in 3Q02) and KOL development
- Support migraine prophylaxis commercial analysis and development (Ongoing)
- Support development of alternate formulations
- Support clinical development program in Japan

## 13. Outcomes Research Programs
- Conduct secondary analyses of current Phase IIIA database to develop outcomes messages for PHN and PDPN patients
- Conduct US database study to characterize medical burden and costs of patients within several NeP diagnostic clusters including PHN and PDPN- Conduct cross-sectional patient pain and treatment experience in patients with PHN
- Create *ORSP* for completion of country specific dossiers
- Complete Cost-effectiveness model and evaluate for utility in Major Markets.
- Complete review of epidemiology literature for worldwide use.

## 14. International Coalition for Neuropathic Pain – 2003

**Key Objectives**-
- To develop the NeP market through the provision of clear guidelines for successful treatment outcomes in NeP, for all physician audiences -
- This program will help to develop partnerships with physicians involved in pain management and add value to Pfizer's reputation in NeP
**2003 Country participation**
- Rollouts of new educational program developed from HQ during 2002 for pain specialists based on treatment guidelines and quality of life issues including co-morbidities (sleep and mood)
**2003 HQ initiatives**
- STRATEGIES: Maximize the NeP market for non-pain specialists providing them with new directions for better diagnoses and treatment of their patients
- TACTICS: Revise and expand program to provide simplified tools to non-pain specialists, including PCPs: i.e. a new Consultants Forum and new materials
- MESSAGE: Redefining Optimal Outcomes in the Treatment of Neuropathic Pain:  Quality of Life and Co-morbid Mood and Sleep Disturbances

## 15. International Symposia and Congresses

International Symposia and congresses will continue to play a major part of the NEURONTIN and Neurology franchise plans.
- A full list of the key symposia for 2003 is attached in the Appendix

## 16. Key Strategic Questions and Issues for Consideration in the 2003GPP

1.What are your plans to grow the Neuropathic Pain market and implement the ICNeP program
2.How are you going to make NEURONTIN the Gold Standard?
3.What impact are you predicting from generics and how will you minimize erosion of NEURONTIN?
4.What are your plans to maintain Pfizer's presence in the Epilepsy Market?
5.Other than achieving your sales and market share targets, what activities will your team implement to make Pfizer the number one-ranked Neuroscience Company in your market?

Pfizer_CGrogan_0026971

**APPENDIX 1.**

## INTERNATIONAL CONGRESSES FOR 2003

*We have developed strong programs at selected meetings designed to provide Neurontin and the Neurology Group with the highest visibility for 2003. We are aware that countries have limited resources for congress attendance and must attend and invite physicians to those that provide optimal opportunity to showcase Neurontin and develop thought leader relationships.  In that light, we urge countries to review your strategic plans and resources, and plan on participation in the following meetings.*

We will have our strongest presence in 2003 at these international congresses:

**INTERNATIONAL EPILEPSY CONGRESS**
**October 12-16 Tunis**
Target audience of 3500 neurologists/epileptologists, and is entirely devoted to epilepsy.

Merritt-Putnam Symposium, exhibit booth, scientific posters/presentations, social evening

**EUROPEAN FEDERATION OF NEUROLOGICAL SOCIETIES (EFNS)**
**August 30 – Sept. 2, Helsinki**
Target audience:  approx. 3500 neurologists in all specialties

Two symposia (one in pain, one in epilepsy); Neuroscience exhibit (shared with other products), scientific posters, social evening

**4TH WORLD CONGRESS OF EUROPEAN FEDERATION OF IASP CHAPTERS**
**Sept. 2-6, Prague**
This triennial congress draws pain specialists and is the major pain meeting for the year.
One or two symposia (maybe Pregabalin); exhibit, scientific posters, presentations, social evening
Although we strongly encourage your participation in the congresses above, the following congress is generally of interest to countries.

**AMERICAN ACADEMY OF NEUROLOGY**
**March 29 – April 5, Honolulu**
Originally a US meeting, over the last few years, it has evolved into a large global meeting with an attendance of about 8,000.  Since it is likely we will have a PHN indication, it is possible that there will be some pain presence, as well as epilepsy activities
Resident Industry Scholarship Fund

**WONCA 2003 - (Asia Pacific Region)**
**Nov. 5-8 in Beijing**

**International Symposium on Pediatric Pain**
**June 15-19 in Sydney**

Pfizer_CGrogan_0026972