# Account Name: CIGNA

| | Form. Stat | District (TACU) | Plan |
|---|---|---|---|
| 36 | UNRESTRICTED | Richmond | CIGNA HEALTHCARE VIRGINIA |
| 37 | COVERED | Jackson | CIGNA HEALTHCARE GEORGIA |
| 38 | COVERED | Houston | CIGNA HEALTHCARE TX/HOUSTON - HMO |
| 39 | COVERED | Manchester | CIGNA/HEALTHSOURCE - NEW HAMPSHIRE |
| 40 | COVERED | New Orleans | CIGNA HEALTHCARE LOUISIANA |
| 41 | COVERED | Phoenix | CIGNA ARIZONA |
| 42 | RESTRICTED | Albuquerque | CIGNA/LOVELACE HEALTH PLAN |
| 43 | RESTRICTED | Albuquerque | |
| 44 | N/A | Manhattan | CIGNA HEALTHCARE NEW YORK |
| 45 | N/A | Los Angeles | CIGNA HEALTHCARE CA/SOUTHERN |
| 46 | | | |
| 47 | Form Stat / PREFERRED | | |
| 48 | UNRESTRICTED | Atlanta | CIGNA HEALTHCARE GEORGIA |
| 49 | COVERED | San Francisco | CIGNA HEALTHCARE CA/NORTHERN |
| 50 | RESTRICTED | Albuquerque | CIGNA/LOVELACE HEALTH PLAN |
| 51 | N/A | Albuquerque | CIGNA/LOVELACE HEALTH PLAN |
| 52 | | | |
| 53 | Grand Totals: | | |
| 54 | | | |
| 55 | | | |
| 56 | Top 4 Upside Opportunities (overall): | | |
| 57 | PREFERRED | | |
| 58 | UNRESTRICTED | | |
| 59 | RESTRICTED | | |
| 60 | PREFERRED | Raleigh | CIGNA/HEALTHSOURCE - NC |

Pfizer_CGrogan_0002252

| | City | State | # Lives | Projected Annualized Sales | Projected Annualized TRX'S | Upside Potential | Cost per 'Script | # of 'Scripts per life | $ Value of 1 Share Point | HMO Index (Plan/Cash) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 36 | Richmond | VA | 261,847 | $1,494,967 | 14,349 | $0 | $104.19 | 0.05 | $41,511 | 1.71 |
| 37 | Atlanta | GA | 90,500 | $435,257 | 4,178 | $415,180 | $104.19 | 0.05 | $14,347 | 0.90 |
| 38 | Houston | TX | 273,000 | $1,202,234 | 11,539 | $382,940 | $104.19 | 0.04 | $43,279 | 1.22 |
| 39 | Concord | NH | 350,000 | $1,677,067 | 16,097 | $281,249 | $104.19 | 0.05 | $55,486 | 1.27 |
| 40 | Baton Rouge | LA | 50,000 | $249,119 | 2,391 | $187,414 | $104.19 | 0.05 | $7,927 | 0.94 |
| 41 | Phoenix | AZ | 58,900 | $260,381 | 2,499 | $122,979 | $104.19 | 0.04 | $9,337 | 1.07 |
| 42 | Albuquerque | NM | 240,000 | $1,316,794 | 12,639 | $686,481 | $104.19 | 0.05 | $38,047 | 1.23 |
| 43 | New York | NY | 262,063 | $1,248,927 | 11,987 | $503,557 | $104.19 | 0.05 | $41,545 | 1.02 |
| 44 | Glendale | CA | 450,000 | $2,100,325 | 20,159 | $198,962 | $104.19 | 0.04 | $71,339 | 1.24 |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | % of Nat'l Lives | | Total Lives | Total Sales | Total Rx's | Total Upside Potential | | | | Average HMO Index |
| 48 | 2.7% | | 417,030 | $2,091,428 | 20,074 | $766,309 | $104.19 | 0.05 | | 1.26 |
| 49 | 23.2% | | 3,560,703 | $17,578,363 | 168,721 | $7,057,325 | $104.19 | 0.05 | | 1.23 |
| 50 | **5.4%** | | **822,400** | **$3,824,078** | **36,704** | **$1,389,763** | $104.19 | 0.04 | | **1.21** |
| 51 | 1.6% | | 240,000 | $1,316,794 | 12,639 | $686,481 | $104.19 | 0.05 | | 1.21 |
| 52 | 4.6% | | 712,063 | $3,349,252 | 32,147 | $702,519 | $104.19 | 0.05 | | 1.20 |
| 53 | | | 5,752,196 | $28,159,915 | 270,285 | $10,602,396 | | | | |
| 54 | | | | | | | | | | |
| 55 | | | | | | | | | | |
| 56 | | | | | | | | | | |
| 57 | Atlanta | GA | 458,425 | $2,204,779 | 21,162 | $1,087,991 | $104.19 | 0.05 | $72,674 | 1.10 |
| 58 | Oakland | CA | 298,000 | $1,519,256 | 14,582 | $881,059 | $104.19 | 0.05 | $47,242 | 1.00 |
| 59 | Albuquerque | NM | 240,000 | $1,316,794 | 12,639 | $686,481 | $104.19 | 0.05 | $38,047 | 1.23 |
| 60 | Raleigh | NC | 233,030 | $1,057,934 | 10,154 | $643,970 | $104.19 | 0.04 | $36,942 | 1.04 |

Pfizer_CGrogan_0002253

Date Printed:

Page 1 of 1

File Name: << AUTO PATH >>: CIGNA

**Formulary Status: Preferred, Unrestricted, Covered, Restricted, Off**

| | N — Competitors Plan Share % | O — Depakote Plan Share % | P — Topamax Plan Share % | Q — Keppra Plan Share % |
|---|---|---|---|---|
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | Plan Share % | Plan Share % | Plan Share % | Plan Share % |
| 36 | 36.0% | 21.9% | 9.4% | 1.1% |
| 37 | 30.3% | 20.6% | 7.4% | 1.6% |
| 38 | 27.8% | 23.3% | 9.5% | 1.0% |
| 39 | 30.2% | 19.4% | 7.3% | 1.0% |
| 40 | 31.4% | 19.7% | 3.7% | 0.2% |
| 41 | 27.9% | 24.3% | 7.2% | 1.4% |
| 42 | 34.6% | 21.6% | 3.9% | 0.4% |
| 43 | 30.1% | 21.3% | 6.7% | 1.1% |
| 44 | 29.4% | 21.7% | 6.7% | 0.8% |
| 45 | | | | |
| 46 | | | | |
| 47 | Aver Plan Share  31.6% | | | |
| 48 | 31.4% | | | |
| 49 | 31.1% | | | |
| 50 | 31.1% | | | |
| 51 | 31.2% | | | |
| 52 | 31.2% | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | 30.3% | 20.6% | 7.4% | 1.6% |
| 58 | 32.2% | 22.6% | 6.3% | 1.9% |
| 59 | 34.6% | 21.6% | 3.9% | 0.4% |
| 60 | 28.6% | 14.3% | 9.5% | 0.9% |

Pfizer_CGrogan_0002254

# NEURONTIN HMO Opportunity Report - 01Q4

## Account Name: Foundation

| # | A — Form Stat | B — District (TACU) | C — Plan |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | Form Stat | District (TACU) | Plan |
| 8 | UNRESTRICTED | Santa Barbara | HEALTH NET CALIFORNIA |
| 9 | UNRESTRICTED | Sacramento | HEALTH NET CALIFORNIA |
| 10 | UNRESTRICTED | San Francisco | HEALTH NET CALIFORNIA |
| 11 | UNRESTRICTED | Phoenix | HEALTH NET ARIZONA |
| 12 | UNRESTRICTED | Hartford | HEALTH NET/PHS CONNECTICUT - HMO |
| 13 | UNRESTRICTED | Miami | BEACON/FLORIDA HEALTH PLAN - HMO |
| 14 | UNRESTRICTED | Portland | HEALTH NET OREGON - HMO (FORM QUALMED) |
| 15 | UNRESTRICTED | Salt Lake City | HEALTH NET/INTERGROUP OF UTAH |
| 16 | UNRESTRICTED | Trenton | HEALTH NET/PHS NEW JERSEY (FIRST OPT) |
| 17 | UNRESTRICTED | Jacksonville | BEACON/FLORIDA HEALTH PLAN - HMO |
| 18 | UNRESTRICTED | Ft Worth | AMCARE/HEALTHNET TX - HMO |
| 19 | UNRESTRICTED | Oklahoma City | AMCARE OK - HMO (FORM HEALTH NET) |
| 20 | UNRESTRICTED | Tampa | BEACON/FLORIDA HEALTH PLAN - HMO |
| 21 | UNRESTRICTED | Orlando | BEACON/FLORIDA HEALTH PLAN - HMO |
| 22 | UNRESTRICTED | | |
| 23 | | | |
| 24 | Form Stat | | |
| 25 | UNRESTRICTED | | |
| 26 | Grand Totals: | | |
| 27 | | | |
| 28 | | | |
| 29 | Top 4 Upside Opportunities (overall): | | |
| 30 | UNRESTRICTED | Santa Barbara | HEALTH NET CALIFORNIA |
| 31 | UNRESTRICTED | Sacramento | HEALTH NET CALIFORNIA |
| 32 | UNRESTRICTED | San Francisco | HEALTH NET CALIFORNIA |
| 33 | UNRESTRICTED | Phoenix | HEALTH NET ARIZONA |

Date Printed:     Page 1 of 1     File Name: << AUTO PATH >>: Foundation

Pfizer_CGrogan_0002255

| | City | State | # Lives | Projected Annualized Sales | Projected Annualized TRX/ES | Upside Potential | Cost per 'Script | # of 'Scrips per life | $ Value of 1 Share Point | HMO Index (Plan/Cash) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | Woodland Hills | CA | 1,200,000 | $6,259,717 | 58,145 | $2,545,934 | $107.66 | 0.05 | $186,958 | 1.15 |
| 9 | Woodland Hills | CA | 1,200,000 | $6,259,717 | 58,145 | $2,066,324 | $107.66 | 0.05 | $186,958 | 1.08 |
| 10 | Woodland Hills | CA | 482,000 | $2,514,320 | 23,355 | $791,498 | $107.66 | 0.05 | $75,095 | 1.05 |
| 11 | Tucson | AZ | 310,000 | $1,370,291 | 12,728 | $683,403 | $107.66 | 0.04 | $48,297 | 1.09 |
| 12 | Shelton | CT | 328,500 | $1,655,885 | 15,381 | $564,431 | $107.66 | 0.05 | $51,180 | 1.12 |
| 13 | Sunrise | FL | 147,523 | $840,755 | 7,810 | $295,788 | $107.66 | 0.05 | $22,984 | 1.26 |
| 14 | Clackamas | OR | 110,000 | $598,859 | 5,563 | $172,832 | $107.66 | 0.05 | $17,138 | 1.20 |
| 15 | Salt Lake City | UT | 91,000 | $466,766 | 4,336 | $128,610 | $107.66 | 0.05 | $14,178 | 1.17 |
| 16 | Neptune | NJ | 240,000 | $1,231,032 | 11,435 | $78,450 | $107.66 | 0.05 | $37,392 | 1.39 |
| 17 | Sunrise | FL | 14,908 | $84,963 | 789 | $26,490 | $107.66 | 0.05 | $2,323 | 1.24 |
| 18 | San Antonio | TX | 20,153 | $103,371 | 960 | $24,667 | $107.66 | 0.05 | $3,140 | 1.27 |
| 19 | Tulsa | OK | 9,332 | $47,867 | 445 | $19,215 | $107.66 | 0.05 | $1,454 | 1.14 |
| 20 | Sunrise | FL | 15,000 | $85,487 | 794 | $14,452 | $107.66 | 0.05 | $2,337 | 1.27 |
| 21 | Sunrise | FL | 7,100 | $40,464 | 376 | $7,064 | $107.66 | 0.05 | $1,106 | 1.31 |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | % of Nat'l Lives | | Total Lives | Total Sales | Total Rx's | Total Upside Potential | | | | Average HMO Index |
| 25 | 75.7% | | 4,175,516 | $21,559,495 | 200,260 | $7,419,157 | | | | Index |
| 26 | | | 4,175,516 | $21,559,495 | 200,260 | $7,419,157 | | | | 1.20 |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | Woodland Hills | CA | 1,200,000 | $6,259,717 | 58,145 | $2,545,934 | | | $186,958 | 1.15 |
| 31 | Woodland Hills | CA | 1,200,000 | $6,259,717 | 58,145 | $2,066,324 | | | $186,958 | 1.08 |
| 32 | Woodland Hills | CA | 482,000 | $2,514,320 | 23,355 | $791,498 | | | $75,095 | 1.05 |
| 33 | Tucson | AZ | 310,000 | $1,370,291 | 12,728 | $683,403 | | | $48,297 | 1.09 |

Pfizer_CGrogan_0002256

Formulary Status: **Preferred, Unrestricted, Covered, Restricted, Off**

| | N | O | P | Q |
|---|---|---|---|---|
| | **Competitors →** | Depakote | Topamax | Kappra |
| | | | | |
| 6 | Plan Share % | Plan Share % | Plan Share % | Plan Share % |
| 7 | 33.5% | | | |
| 8 | 33.5% | 18.7% | 5.4% | 0.9% |
| 9 | 33.5% | 18.7% | 5.4% | 0.9% |
| 10 | 33.5% | 18.7% | 5.4% | 0.9% |
| 11 | 28.4% | 22.0% | 5.7% | 0.9% |
| 12 | 32.4% | 20.2% | 10.3% | 0.2% |
| 13 | 36.6% | 14.2% | 4.5% | 0.5% |
| 14 | 34.9% | 19.4% | 4.0% | 1.8% |
| 15 | 32.9% | 18.2% | 5.3% | 0.8% |
| 16 | 32.9% | 18.2% | 5.3% | 0.8% |
| 17 | 36.6% | 14.2% | 4.5% | 0.5% |
| 18 | 32.9% | 18.2% | 5.3% | 0.8% |
| 19 | 32.9% | 18.2% | 5.3% | 0.8% |
| 20 | 36.6% | 14.2% | 4.5% | 0.5% |
| 21 | 36.6% | 14.2% | 4.5% | 0.5% |
| 22 | | 14.2% | 4.5% | 0.5% |
| 23 | | | | |
| 24 | Aver Plan Share 33.9% | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | 33.5% | 18.7% | 5.4% | 0.9% |
| 31 | 33.5% | 18.7% | 5.4% | 0.9% |
| 32 | 33.5% | 18.7% | 5.4% | 0.9% |
| 33 | 28.4% | 22.0% | 5.7% | 0.9% |

Pfizer_CGrogan_0002257

# NEURONTIN HMO Opportunity Report - 01Q4

## Account Name: Humana

|  | A | B | C |
|---|---|---|---|
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |
| 6 |  |  |  |
| 7 | Form. Stat. | District (TACU) | Plan |
| 8 | UNRESTRICTED | Tampa | HUMANA HEALTH PLAN FL/TAMPA |
| 9 | UNRESTRICTED | Miami | HUMANA HEALTH PLAN FL/S.FLORIDA |
| 10 | UNRESTRICTED | Cincinnati | HUMANA/CHOICECARE OHIO |
| 11 | UNRESTRICTED | Louisville | HUMANA HEALTH PLAN KENTUCKY |
| 12 | UNRESTRICTED | Kansas City | HUMANA HEALTH PLAN MO/KS |
| 13 | UNRESTRICTED | Ft Worth | HUMANA HEALTH PLAN TX/DALLAS |
| 14 | UNRESTRICTED | Orlando | HUMANA HEALTH PLAN FL/ORLANDO |
| 15 | UNRESTRICTED | Milwaukee | HUMANA HEALTH PLAN WI/WI HLTH.ORG |
| 16 | UNRESTRICTED | Houston | HUMANA HEALTH PLAN TX/HOUSTON |
| 17 | UNRESTRICTED | Orlando | HUMANA HEALTH PLAN FL/DAYTONA |
| 18 | UNRESTRICTED | San Antonio | HUMANA HEALTH PLAN TX/SAN ANTONIO |
| 19 | UNRESTRICTED | Jacksonville | HUMANA HEALTH PLAN FL/JACKSONVILLE |
| 20 | UNRESTRICTED | San Antonio | HUMANA HEALTH PLAN TX/AUSTIN - HMO |
| 21 | UNRESTRICTED | Chicago S | HUMANA ILLINOIS |
| 22 | UNRESTRICTED | Phoenix | HUMANA HEALTH PLAN ARIZONA |
| 23 | UNRESTRICTED | Birmingham | HUMANA HEALTH PLAN ALABAMA - PPO |
| 24 | COVERED | Atlanta | HUMANA HEALTH PLAN KENTUCKY |
| 25 | COVERED | San Diego | HUMANA HEALTH PLAN NEVADA |
| 26 |  |  |  |
| 27 |  |  |  |
| 28 | Form Stat |  |  |
| 29 | UNRESTRICTED |  |  |
| 30 | COVERED |  |  |
| 31 | Grand Totals: |  |  |
| 32 |  |  |  |
| 33 |  |  |  |
| 34 | Top 4 Upside Opportunities (overall): |  |  |

Pfizer_CGrogan_0002258

| # | City | State | # Lives | Projected Annualized Sales | Projected Annualized TRxES | Upside Potential | Cost per 'Script | # of 'Scrips per life | $ Value of 1 Share Point | HMO Index (Plan/Cash) |
|---|------|-------|---------|----------------------------|-----------------------------|------------------|------------------|------------------------|---------------------------|------------------------|
| 8 | Tampa | FL | 240,000 | $1,147,677 | 12,330 | $898,775 | $93.08 | 0.05 | $45,588 | 0.88 |
| 9 | Hollywood | FL | 329,837 | $1,839,769 | 19,765 | $886,924 | $93.08 | 0.06 | $62,652 | 1.01 |
| 10 | Cincinnati | OH | 367,000 | $1,807,660 | 19,420 | $881,800 | $93.08 | 0.05 | $69,711 | 1.16 |
| 11 | Louisville | KY | 350,000 | $2,239,364 | 24,058 | $803,282 | $93.08 | 0.07 | $66,482 | 1.34 |
| 12 | Kansas City | MO | 175,000 | $1,022,572 | 10,986 | $384,069 | $93.08 | 0.06 | $33,241 | 1.12 |
| 13 | Dallas | TX | 177,687 | $958,319 | 10,295 | $350,918 | $93.08 | 0.06 | $33,751 | 1.09 |
| 14 | Longwood | FL | 69,900 | $363,233 | 3,902 | $260,633 | $93.08 | 0.06 | $13,277 | 0.98 |
| 15 | Milwaukee | WI | 92,807 | $457,210 | 4,912 | $190,565 | $93.08 | 0.05 | $17,629 | 1.14 |
| 16 | Houston | TX | 140,000 | $749,234 | 8,049 | $100,956 | $93.08 | 0.06 | $26,593 | 1.24 |
| 17 | Ormond Beach | FL | 35,500 | $205,414 | 2,207 | $94,066 | $93.08 | 0.06 | $6,743 | 1.09 |
| 18 | San Antonio | TX | 110,202 | $592,041 | 6,360 | $90,655 | $93.08 | 0.06 | $20,933 | 1.23 |
| 19 | Jacksonville | FL | 30,000 | $186,425 | 2,003 | $69,994 | $93.08 | 0.07 | $5,698 | 1.11 |
| 20 | Austin | TX | 134,243 | $926,298 | 9,951 | $66,408 | $93.08 | 0.07 | $25,499 | 1.58 |
| 21 | Chicago | IL | 420,000 | $2,013,831 | 21,635 | $65,848 | $93.08 | 0.05 | $79,778 | 1.28 |
| 22 | Phoenix | AZ | 100,000 | $643,939 | 6,918 | $31,385 | $93.08 | 0.07 | $18,996 | 1.31 |
| 23 | Huntsville | AL | 13,000 | $109,973 | 1,182 | $9,090 | $93.08 | 0.09 | $2,469 | 1.62 |
| 24 | Louisville | KY | 5,100 | $32,631 | 351 | $10,271 | $93.07 | 0.07 | $969 | 1.35 |
| 25 | Las Vegas | NV | 14,000 | $103,964 | 1,117 | $1,790 | $93.08 | 0.08 | $2,659 | 1.57 |

| | Total Lives | Total Sales | Total Rx's | Total Upside Potential | | | |
|---|---|---|---|---|---|---|---|
| 28 | 2,785,176 | $15,262,957 | 163,973 | $5,184,367 | | | Average HMO Index |
| 29 | % of Nat'l Lives 48.6% | | | | | | 1.20 |
| 30 | 0.3% | 19,100 | $136,584 | 1,467 | $12,061 | | 1.23 |
| 31 | 2,804,276 | $15,399,541 | 165,440 | $5,196,428 | | | |

Pfizer_CGrogan_0002259

Formulary Status: **Preferred, Unrestricted, Covered, Restricted, Off**

|  | N | O | P | Q |
|---|---|---|---|---|
|  | Competitors> | Depakote | Topamax | Kappra |
| | Plan Share % | Plan Share % | Plan Share % | Plan Share % |
| 8 | 25.2% | 12.3% | 4.1% | 1.1% |
| 9 | 29.4% | 14.2% | 3.6% | 0.9% |
| 10 | 25.9% | 25.0% | 9.4% | 1.2% |
| 11 | 33.7% | 15.2% | 13.7% | 1.2% |
| 12 | 30.8% | 17.5% | 4.3% | 0.3% |
| 13 | 28.4% | 16.9% | 6.6% | 1.2% |
| 14 | 27.4% | 11.8% | 4.0% | 1.6% |
| 15 | 25.9% | 20.5% | 5.6% | 0.9% |
| 16 | 28.2% | 17.4% | 6.4% | 1.2% |
| 17 | 30.5% | 11.6% | 3.8% | 1.0% |
| 18 | 28.3% | 16.5% | 6.2% | 1.2% |
| 19 | 32.7% | 9.9% | 4.1% | 1.4% |
| 20 | 36.3% | 13.9% | 13.5% | 0.4% |
| 21 | 25.2% | 17.1% | 3.8% | 0.9% |
| 22 | 33.9% | 17.4% | 2.1% | 0.8% |
| 23 | 44.5% | 9.0% | 12.3% | 2.7% |
| 24 | 33.7% | 15.2% | 13.7% | 1.2% |
| 25 | 39.1% | 11.8% | 7.3% | 5.5% |

Aver Plan Share

30.4%

31.1%

Pfizer_CGrogan_0002260

**Account Name: Humana**

| | A | | B | C |
|---|---|---|---|---|
| | | Form. Stat. | District (TACU) | Plan |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 35 | | UNRESTRICTED | Tampa | HUMANA HEALTH PLAN FL/TAMPA |
| 36 | | UNRESTRICTED | Miami | HUMANA HEALTH PLAN FL/S FLORIDA |
| 37 | | UNRESTRICTED | Cincinnati | HUMANA/CHOICECARE OHIO |
| 38 | | UNRESTRICTED | Louisville | HUMANA HEALTH PLAN KENTUCKY |

Pfizer_CGrogan_0002261

| | D City | E State | F # Lives | G Projected Annualized Sales | H Projected Annualized TRXES | I Upside Potential | J Cost per 'Script | K # of 'Scrips per life | L $ Value of 1 Share Point | M HMO Index (Plan/Cash) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 35 | Tampa | FL | 240,000 | $1,147,677 | 12,330 | $898,775 | | | $45,588 | 0.88 |
| 36 | Hollywood | FL | 329,837 | $1,839,769 | 19,765 | $886,924 | | | $62,652 | 1.01 |
| 37 | Cincinnati | OH | 367,000 | $1,807,660 | 19,420 | $881,800 | | | $69,711 | 1.16 |
| 38 | Louisville | KY | 350,000 | $2,239,364 | 24,058 | $803,282 | | | $66,482 | 1.34 |

Date Printed:

Page 1 of 1

File Name: << AUTO PATH >>. Humana

Pfizer_CGrogan_0002262

Date Printed:

Page 1 of 1

File Name: << AUTO PATH >>: Humana

| | N | O | P | Q |
|---|---|---|---|---|
| | | | | Formulary Status: **Preferred, Unrestricted, Covered, Restricted, Off** |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | Competitors | | | Keppra |
| | Depakote | Topamax | | |
| 7 | Plan Share % | Plan Share % | Plan Share % | Plan Share % |
| 35 | 25.2% | 12.3% | 4.1% | 1.1% |
| 36 | 29.4% | 14.2% | 3.6% | 0.9% |
| 37 | 25.9% | 25.0% | 9.4% | 1.2% |
| 38 | 33.7% | 15.2% | 13.7% | 1.2% |

# NEURONTIN HMO Opportunity Report - 01Q4

| | A | B |
|---|---|---|
| 1 | **NEURONTIN HMO Opportunity Report - 01Q4** | |
| 2 | | |
| 3 | **Account Name: Kaiser** | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | *Form. Stat.* | *District (TACU)* |
| 8 | UNRESTRICTED | Hawaii |
| 9 | UNRESTRICTED | Seattle |
| 10 | UNRESTRICTED | Atlanta |
| 11 | UNRESTRICTED | Portland |
| 12 | UNRESTRICTED | Denver |
| 13 | UNRESTRICTED | Cleveland |
| 14 | COVERED | Cleveland |
| 15 | COVERED | San Francisco |
| 16 | RESTRICTED | Los Angeles |
| 17 | RESTRICTED | Washington DC |
| 18 | | Washington DC |
| 19 | Form Stat | |
| 20 | UNRESTRICTED | |
| 21 | COVERED | |
| 22 | RESTRICTED | |
| 23 | **Grand Totals:** | |
| 24 | | |
| 25 | | |
| 26 | **Top 4 Upside Opportunities (overall):** | |
| 27 | COVERED | San Francisco |
| 28 | RESTRICTED | Washington DC |
| 29 | UNRESTRICTED | Hawaii |
| 30 | UNRESTRICTED | Seattle |

Pfizer_CGrogan_0002264

| | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| | *Plan* | *City* | *State* | *# Lives* | *Projected Annualized Sales* | *Projected Annualized TRXES* | *Upside Potential* |
| 7 | KAISER FOUNDATION - HAWAII | Honolulu | HI | 210,000 | $759,463 | 7,080 | $910,294 |
| 8 | KAISER/GROUP HEALTH COOPERATIVE OF PUGET SOUND | Seattle | WA | 550,000 | $2,954,474 | 27,542 | $723,785 |
| 9 | | | | | | | |
| 10 | KAISER FOUNDATION - GEORGIA | Atlanta | GA | 260,000 | $976,148 | 9,100 | $671,311 |
| 11 | KAISER FOUNDATION - NORTHWEST | Portland | OR | 450,000 | $1,983,185 | 18,488 | $522,805 |
| 12 | KAISER FOUNDATION CO/DENVER | Denver | CO | 373,747 | $1,657,408 | 15,451 | $290,940 |
| 13 | KAISER FOUNDATION - OHIO | Cleveland | OH | 177,000 | $780,053 | 7,272 | $112,336 |
| 14 | KAISER FOUNDATION - N CALIFORNIA | Oakland | CA | 2,500,000 | $11,017,696 | 102,710 | $6,715,067 |
| 15 | KAISER FOUNDATION CA/S | Oakland | CA | 2,400,000 | $10,576,989 | 98,602 | $0 |
| 16 | KAISER FOUNDATION MID-ATLANTIC | Rockville | MD | 568,000 | $2,060,717 | 19,211 | $1,350,171 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | % of Nat'l Lives | | Total Lives | Total Sales | Total Rx's | Total Upside Potential |
| 20 | | | 19.4% | 2,020,747 | $9,110,731 | 84,933 | $3,231,470 |
| 21 | | | 47.0% | 4,900,000 | $21,594,685 | 201,312 | $6,715,067 |
| 22 | | | 5.4% | 568,000 | $2,060,717 | 19,211 | $1,350,171 |
| 23 | | | | 7,488,747 | $32,766,133 | 305,455 | $11,296,709 |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | KAISER FOUNDATION - N CALIFORNIA | Oakland | CA | 2,500,000 | $11,017,696 | 102,710 | $6,715,067 |
| 28 | KAISER FOUNDATION MID-ATLANTIC | Rockville | MD | 568,000 | $2,060,717 | 19,211 | $1,350,171 |
| 29 | KAISER FOUNDATION - HAWAII | Honolulu | HI | 210,000 | $759,463 | 7,080 | $910,294 |
| 30 | KAISER/GROUP HEALTH COOPERATIVE OF PUGET SOUND | Seattle | WA | 550,000 | $2,954,474 | 27,542 | $723,785 |

Date Printed:

Page 1 of 1

File Name: << AUTO PATH >>: Kaiser

Pfizer_CGrogan_0002265

Date Printed:

| # | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| | | | | | Competitors → | Depakote | Topamax |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | Cost per 'Script | # of 'Scrips per life | $ Value of 1 Share Point | HMO Index (Plan/Cash) | Plan Share % | Plan Share % | Plan Share % |
| 8 | $107.27 | 0.03 | $27,988 | 0.88 | 27.1% | 14.6% | 5.0% |
| 9 | $107.27 | 0.05 | $73,301 | 1.31 | 40.3% | 12.2% | 6.1% |
| 10 | $107.27 | 0.03 | $34,651 | 1.13 | 28.2% | 22.5% | 2.1% |
| 11 | $107.27 | 0.04 | $59,973 | 1.14 | 33.1% | 20.0% | 4.6% |
| 12 | $107.27 | 0.04 | $49,811 | 1.38 | 33.3% | 20.2% | 6.5% |
| 13 | $107.27 | 0.04 | $23,590 | 1.41 | 33.1% | 20.0% | 4.6% |
| 14 | $107.27 | 0.04 | $33,186 | 1.03 | 33.1% | 20.0% | 4.6% |
| 15 | $107.27 | 0.04 | $319,858 | 1.39 | 33.1% | 20.0% | 4.6% |
| 16 | $107.27 | 0.03 | $75,700 | 1.08 | 27.2% | 18.9% | 2.2% |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | Average HMO Index | Aver Plan Share | | |
| 20 | | | | 1.21 | 32.5% | 20.0% | 4.6% |
| 21 | | | | 1.21 | 32.6% | 18.9% | 2.2% |
| 22 | | | | 1.19 | 32.0% | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | $333,186 | 1.03 | 33.1% | 20.0% | 4.6% |
| 28 | | | $75,700 | 1.08 | 27.2% | 18.9% | 2.2% |
| 29 | | | $27,988 | 0.88 | 27.1% | 14.6% | 5.0% |
| 30 | | | $73,301 | 1.31 | 40.3% | 12.2% | 6.1% |

Pfizer_CGrogan_0002266

| | Q |
|---|---|
| 1 | |
| 2 | |
| 3 | Formulary Status: **Preferred, Unrestricted, Covered, Restricted, Off** |
| 4 | |
| 5 | |
| 6 | *Keppra* |
| 7 | *Plan Share %* |
| 8 | 1.5% |
| 9 | 0.9% |
| 10 | 0.7% |
| 11 | 0.9% |
| 12 | 0.7% |
| 13 | 0.9% |
| 14 | 0.9% |
| 15 | 0.9% |
| 16 | 1.1% |
| 17 | 1.1% |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | 0.9% |
| 28 | 1.1% |
| 29 | 1.5% |
| 30 | 0.9% |

Pfizer_CGrogan_0002267

# NEURONTIN HMO Opportunity Report - 01Q4

## Account Name: Pacificare

| | A | B | C |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | Form. Stat. | District (TACU) | Plan |
| 8 | UNRESTRICTED | San Francisco | PACIFICARE |
| 9 | UNRESTRICTED | Denver | PACIFICARE COLORADO |
| 10 | UNRESTRICTED | Oklahoma City | PACIFICARE OKLAHOMA |
| 11 | UNRESTRICTED | San Antonio | PACIFICARE TEXAS |
| 12 | UNRESTRICTED | Portland | PACIFICARE WASHINGTON |
| 13 | UNRESTRICTED | San Diego | PACIFICARE/SECURE HORIZONS - CALIFORNIA |
| 14 | UNRESTRICTED | Portland | PACIFICARE OREGON |
| 15 | UNRESTRICTED | Denver | PACIFICARE/SECURE HORIZONS - COLORADO |
| 16 | COVERED | Houston | PACIFICARE TX/HOUSTON (FORM FHP TEXAS) |
| 17 | RESTRICTED | Phoenix | PACIFICARE ARIZONA |
| 18 | RESTRICTED | San Diego | PACIFICARE NEVADA |
| 19 | OFF | Ft Worth | PACIFICARE TEXAS |
| 20 | OFF | Columbus | PACIFICARE OHIO |
| 21 | OFF | Phoenix | PACIFICARE/SECURE HORIZONS - ARIZONA |
| 22 | | | |
| 23 | | | |
| 24 | Form Stat | | |
| 25 | UNRESTRICTED | | |
| 26 | COVERED | | |
| 27 | RESTRICTED | | |
| 28 | OFF | | |
| 29 | Grand Totals: | | |
| 30 | | | |
| 31 | | | |
| 32 | Top 4 Upside Opportunities (overall): | | |
| 33 | UNRESTRICTED | San Francisco | PACIFICARE |
| 34 | UNRESTRICTED | Denver | PACIFICARE COLORADO |

Pfizer_CGrogan_0002268

| # | D City | E State | F # Lives | G Projected Annualized Sales | H Projected Annualized TRxES | I Upside Potential | J Cost per 'Script | K # of 'Scrips per life | L $ Value of 1 Share Point | M HMO Index (Plan/Cash) Index |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Cypress | CA | 500,000 | $3,543,914 | 34,737 | $1,486,381 | $102.02 | 0.07 | $100,056 | 1.11 |
| 9 | Englewood | CO | 348,917 | $1,945,495 | 19,070 | $715,189 | $102.02 | 0.05 | $69,823 | 1.15 |
| 10 | Tulsa | OK | 126,008 | $961,731 | 9,427 | $226,027 | $102.02 | 0.07 | $25,276 | 1.32 |
| 11 | San Antonio | TX | 106,314 | $626,322 | 6,139 | $203,385 | $102.02 | 0.06 | $21,276 | 1.28 |
| 12 | Mercer Island | WA | 117,000 | $883,490 | 8,660 | $166,155 | $102.02 | 0.07 | $23,413 | 1.30 |
| 13 | Cypress | CA | 135,000 | $890,836 | 8,732 | $142,647 | $102.02 | 0.06 | $27,015 | 1.33 |
| 14 | Lake Oswego | OR | 150,000 | $1,125,051 | 11,028 | $95,834 | $102.02 | 0.07 | $30,017 | 1.29 |
| 15 | Englewood | CO | 67,480 | $399,557 | 3,916 | $53,020 | $102.02 | 0.06 | $13,504 | 1.23 |
| 16 | Houston | TX | 30,000 | $176,737 | 1,732 | $62,195 | $102.02 | 0.06 | $6,003 | 1.30 |
| 17 | Phoenix | AZ | 194,000 | $1,314,181 | 12,881 | $124,947 | $102.02 | 0.07 | $38,822 | 1.30 |
| 18 | Las Vegas | NV | 61,000 | $366,375 | 3,591 | $98,399 | $102.02 | 0.06 | $12,207 | 1.21 |
| 19 | Dallas | TX | 58,170 | $342,694 | 3,359 | $104,382 | $102.02 | 0.06 | $11,641 | 1.13 |
| 20 | Cincinnati | OH | 79,000 | $523,136 | 5,128 | $68,574 | $102.02 | 0.06 | $15,809 | 1.41 |
| 21 | Phoenix | AZ | 97,000 | $651,255 | 6,384 | $19,879 | $102.02 | 0.07 | $19,411 | 1.29 |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | % of Nat'l Lives | | Total Lives | Total Sales | Total Rx's | Total Upside Potential | | | | Average HMO Index |
| 25 | 48.6% | | 1,550,719 | $10,376,377 | 101,708 | $3,088,638 | | | | 1.25 |
| 26 | 0.9% | | 30,000 | $176,737 | 1,732 | $62,195 | | | | 1.26 |
| 27 | 8.0% | | 255,000 | $1,680,556 | 16,473 | $223,346 | | | | 1.26 |
| 28 | 7.3% | | 234,170 | $1,517,084 | 14,870 | $192,835 | | | | 1.26 |
| 29 | | | 2,069,889 | $13,750,754 | 134,783 | $3,567,014 | | | | 1.15 |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | Cypress | CA | 500,000 | $3,543,914 | 34,737 | $1,486,381 | | | $100,056 | 1.11 |
| 34 | Englewood | CO | 348,917 | $1,945,495 | 19,070 | $715,189 | | | $69,823 | 1.15 |

Date Printed:

File Name: << AUTO PATH >>: Pacificare

Pfizer_CGrogan_0002269

**Formulary Status: Preferred, Unrestricted, Covered, Restricted, Off**

|  | N — Competitors > Plan Share % | O — Depakote Plan Share % | P — Topamax Plan Share % | Q — Kappra Plan Share % |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | Competitors > | | | Kappra |
| 7 | Plan Share % | Plan Share % | Plan Share % | Plan Share % |
| 8 | 35.4% | 17.4% | 3.7% | 1.2% |
| 9 | 27.9% | 20.4% | 6.1% | 1.0% |
| 10 | 38.1% | 15.4% | 4.4% | 1.2% |
| 11 | 29.4% | 16.9% | 3.9% | 0.7% |
| 12 | 37.7% | 14.4% | 2.9% | 1.2% |
| 13 | 33.0% | 18.7% | 3.7% | 0.9% |
| 14 | 37.5% | 17.6% | 4.9% | 1.5% |
| 15 | 29.6% | 19.0% | 5.3% | 1.0% |
| 16 | 29.4% | 16.9% | 3.9% | 0.7% |
| 17 | 33.9% | 14.4% | 2.9% | 0.6% |
| 18 | 30.0% | 30.2% | 2.0% | 0.2% |
| 19 | 29.4% | 16.9% | 3.9% | 0.7% |
| 20 | 33.1% | 17.6% | 3.6% | 0.8% |
| 21 | 33.6% | | | |
| 22 | 33.6% | 14.1% | 2.7% | 0.5% |
| 23 | | | | |
| 24 | Aver Plan Share | | | |
| 25 | 33.6% | | | |
| 26 | 33.1% | | | |
| 27 | 32.9% | | | |
| 28 | 32.7% | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | 35.4% | 17.4% | 3.7% | 1.2% |
| 34 | 27.9% | 20.4% | 6.1% | 1.0% |

Pfizer_CGrogan_0002270

# Account Name: Pacificare

| | A | B | C |
|---|---|---|---|
| | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | *Form. Stat.* | *District (TACU)* | *Plan* |
| 35 | UNRESTRICTED | Oklahoma City | PACIFICARE OKLAHOMA |
| 36 | UNRESTRICTED | San Antonio | PACIFICARE TEXAS |

Pfizer_CGrogan_0002271

| | | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | City | State | # Lives | Projected Annualized Sales | Projected Annualized TRXES | Upside Potential | Cost per 'Script | # of 'Scripts per life | $ Value of 1 Share Point | HMO Index (Plan/Cash) |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 35 | Tulsa | OK | 126,008 | $961,731 | 9,427 | $226,027 | | | $25,216 | 1.32 |
| 36 | San Antonio | TX | 106,314 | $626,322 | 6,139 | $203,385 | | | $21,275 | 1.28 |

Date Printed:

File Name: << AUTO PATH >>: Pacificare

Pfizer_CGrogan_0002272

Date Printed:

Page 1 of 1

File Name: << AUTO PATH >>: Pacificare

| | N | O | P | Q |
|---|---|---|---|---|
| | | | | Formulary Status: **Preferred, Unrestricted, Covered, Restricted, Off** |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | Competitors | Depakote Plan Share % | Topamax Plan Share % | Keppra Plan Share % |
| 7 | Plan Share % | | | |
| 35 | 38.1% | 15.4% | 4.4% | 1.2% |
| 36 | 29.4% | 16.9% | 3.9% | 0.7% |

Pfizer_CGrogan_0002273

# NEURONTIN HMO Opportunity Report - 01Q4

## Account Name: United

| # | A | B |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Form. Stat. | District (TACU) |
| 7 | PREFERRED | Raleigh |
| 8 | PREFERRED | Columbia |
| 9 | UNRESTRICTED | Phoenix |
| 10 | UNRESTRICTED | Boston |
| 11 | UNRESTRICTED | Tampa |
| 12 | UNRESTRICTED | Miami |
| 13 | UNRESTRICTED | Denver |
| 14 | UNRESTRICTED | Jacksonville |
| 15 | UNRESTRICTED | Omaha |
| 16 | UNRESTRICTED | Chicago N |
| 17 | UNRESTRICTED | Atlanta |
| 18 | UNRESTRICTED | St. Louis |
| 19 | UNRESTRICTED | Milwaukee |
| 20 | UNRESTRICTED | Salt Lake City |
| 21 | UNRESTRICTED | Columbus |
| 22 | UNRESTRICTED | Louisville |
| 23 | UNRESTRICTED | Richmond |
| 24 | UNRESTRICTED | Orlando |
| 25 | UNRESTRICTED | San Francisco |
| 26 | UNRESTRICTED | Birmingham |
| 27 | UNRESTRICTED | Albany |
| 28 | UNRESTRICTED | Cincinnati |
| 29 | UNRESTRICTED | Baltimore |
| 30 | UNRESTRICTED | Jackson |
| 31 | UNRESTRICTED | Kansas City |
| 32 | UNRESTRICTED | Cincinnati |
| 33 | UNRESTRICTED | Jacksonville |
| 34 | UNRESTRICTED | San Antonio |
| 35 | UNRESTRICTED | |

Pfizer_CGrogan_0002274

| Plan | City | State | # Lives | Projected Annualized Sales | Projected Annualized TRxES | Upside Potential |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE NORTH CAROLINA | Greensboro | NC | 315,000 | $1,510,211 | 14,577 | $596,891 |
| UNITED HEALTHCARE/PHYSICIANS HEALTH PLAN SC | Columbia | SC | 144,418 | $600,440 | 5,796 | $233,014 |
| UNITED HEALTHCARE ARIZONA | Phoenix | AZ | 350,000 | $1,002,419 | 9,676 | $1,182,261 |
| UNITED HEALTHCARE NEW ENGLAND | Warwick | RI | 318,944 | $1,213,323 | 11,711 | $972,479 |
| UNITED HEALTHCARE FL/GULF COAST TAMPA | Tampa | FL | 776,848 | $4,023,600 | 38,837 | $927,470 |
| UNITED HEALTHCARE FL/SOUTHERN REGION | Sunrise | FL | 432,054 | $2,237,777 | 21,599 | $918,618 |
| UNITED HEALTHCARE COLORADO | Denver | CO | 297,202 | $985,443 | 9,512 | $897,466 |
| UNITED HEALTHCARE FLORIDA | Fort Lauderdale | FL | 328,000 | $1,698,840 | 16,398 | $475,503 |
| UNITED HEALTHCARE MIDLANDS | Omaha | NE | 225,000 | $818,975 | 7,905 | $379,479 |
| UNITED HEALTHCARE ILLINOIS | Chicago | IL | 305,000 | $1,056,741 | 10,200 | $370,993 |
| UNITED HEALTHCARE GEORGIA | Atlanta | GA | 285,728 | $1,352,775 | 13,057 | $353,168 |
| UNITED HEALTHCARE MIDWEST | Maryland Heights | MO | 471,631 | $1,768,065 | 17,066 | $346,180 |
| UNITED HEALTHCARE WISCONSIN - PRIMECARE | Milwaukee | WI | 179,915 | $685,945 | 6,621 | $339,841 |
| UNITED HEALTHCARE UTAH | Salt Lake City | UT | 139,595 | $657,115 | 6,343 | $297,854 |
| UNITED HEALTHCARE OHIO | Columbus | OH | 375,000 | $1,654,807 | 15,973 | $284,162 |
| UNITED HEALTHCARE KENTUCKY | Lexington | KY | 125,000 | $544,174 | 5,253 | $236,426 |
| UNITED HEALTHCARE VIRGINIA | Glen Allen | VA | 144,221 | $559,924 | 5,405 | $228,121 |
| UNITED HEALTHCARE FL/CENTRAL & NE REGION | Orlando | FL | 126,300 | $665,303 | 6,422 | $210,280 |
| UNITED HEALTHCARE N.CALIFORNIA | Long Beach | CA | 75,000 | $349,287 | 3,371 | $199,971 |
| UNITED HEALTHCARE ALABAMA | Birmingham | AL | 185,000 | $937,832 | 9,052 | $191,847 |
| UNITED HEALTHCARE NY/SYRACUSE (FORM METRAHEALTH) | East Syracuse | NY | 87,000 | $396,473 | 3,827 | $179,117 |
| UNITED HEALTHCARE KENTUCKY | Lexington | KY | 111,000 | $483,226 | 4,664 | $116,199 |
| UNITED HEALTHCARE MID-ATLANTIC | Baltimore | MD | 154,483 | $811,533 | 7,833 | $98,979 |
| UNITED HEALTHCARE MISSISSIPPI | Ridgeland | MS | 37,575 | $200,753 | 1,938 | $97,297 |
| UNITED HEALTHCARE MIDWEST | Kansas City | MO | 30,000 | $112,409 | 1,085 | $80,550 |
| UNITED HEALTHCARE OH/CINCINNATI | Cincinnati | OH | 102,000 | $435,502 | 4,204 | $76,371 |
| UNITED HEALTHCARE FL/CENTRAL & NE REGION | Orlando | FL | 30,057 | $158,329 | 1,528 | $40,842 |
| UNITED HEALTHCARE TX/AUSTIN (METRAHEALTH) - HMO | Austin | TX | 46,150 | $189,493 | 1,829 | $30,650 |

Pfizer_CGrogan_0002275

Date Printed:

File Name: << AUTO PATH >>: United

|  | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Competitors | Depakote | Topamax |
| 7 | Cost per 'Script | # of 'Scripts per life | $ Value of 1 Share Point | HMO Index (Plan/Cash) | Plan Share % | Plan Share % | Plan Share % |
| 8 | $103.60 | 0.05 | $44,189 | 1.24 | 34.2% | 18.3% | 11.4% |
| 9 | $103.60 | 0.04 | $20,259 | 0.79 | 29.6% | 24.3% | 8.8% |
| 10 | $103.60 | 0.03 | $49,098 | 1.25 | 20.4% | 21.7% | 6.0% |
| 11 | $103.60 | 0.04 | $44,742 | 0.92 | 27.1% | 20.1% | 10.9% |
| 12 | $103.60 | 0.05 | $108,977 | 1.29 | 36.9% | 18.9% | 5.3% |
| 13 | $103.60 | 0.05 | $60,609 | 1.28 | 36.9% | 19.3% | 5.0% |
| 14 | $103.60 | 0.03 | $41,692 | 0.98 | 23.6% | 22.3% | 8.5% |
| 15 | $103.60 | 0.05 | $46,012 | 1.25 | 36.9% | 19.3% | 5.0% |
| 16 | $103.60 | 0.04 | $31,563 | 1.08 | 26.0% | 17.2% | 4.0% |
| 17 | $103.60 | 0.03 | $42,786 | 1.07 | 24.7% | 19.0% | 7.1% |
| 18 | $103.60 | 0.05 | $40,082 | 1.36 | 33.8% | 22.0% | 8.2% |
| 19 | $103.60 | 0.04 | $66,161 | 1.19 | 26.7% | 17.9% | 7.1% |
| 20 | $103.60 | 0.04 | $25,239 | 1.20 | 27.2% | 22.0% | 5.8% |
| 21 | $103.60 | 0.05 | $19,563 | 1.19 | 33.6% | 22.6% | 6.0% |
| 22 | $103.60 | 0.04 | $52,605 | 1.34 | 31.5% | 22.5% | 5.0% |
| 23 | $103.60 | 0.04 | $17,535 | 1.24 | 31.0% | 17.7% | 10.9% |
| 24 | $103.60 | 0.04 | $20,232 | 1.31 | 27.7% | 23.9% | 9.3% |
| 25 | $103.60 | 0.05 | $17,718 | 1.34 | 37.6% | 18.7% | 5.1% |
| 26 | $103.60 | 0.05 | $10,521 | 1.04 | 33.2% | 21.5% | 6.4% |
| 27 | $103.60 | 0.05 | $25,952 | 1.31 | 36.1% | 14.6% | 10.7% |
| 28 | $103.60 | 0.04 | $12,205 | 1.29 | 32.5% | 20.7% | 8.1% |
| 29 | $103.60 | 0.04 | $15,571 | 1.39 | 31.0% | 17.7% | 10.9% |
| 30 | $103.60 | 0.05 | $21,671 | 1.48 | 37.5% | 13.6% | 8.3% |
| 31 | $103.60 | 0.05 | $5,271 | 1.12 | 38.1% | 12.9% | 5.9% |
| 32 | $103.60 | 0.04 | $4,208 | 0.97 | 26.7% | 17.9% | 7.2% |
| 33 | $103.60 | 0.04 | $14,309 | 1.37 | 30.4% | 23.9% | 5.5% |
| 34 | $103.61 | 0.05 | $4,216 | 1.27 | 37.6% | 18.7% | 5.1% |
| 35 | $103.60 | 0.04 | $6,474 | 1.28 | 29.3% | 23.3% | 10.6% |

Pfizer_CGrogan_0002276

Date Printed:

File Name: << AUTO PATH >>: United

**Q**

**Formulary Status: Preferred, Unrestricted, Covered, Restricted, Off**

**Keppra**

*Plan Share %*

| # | Plan Share % |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | 0.9% |
| 8 | 1.3% |
| 9 | 2.0% |
| 10 | 0.4% |
| 11 | 2.2% |
| 12 | 2.2% |
| 13 | 0.7% |
| 14 | 2.2% |
| 15 | 0.7% |
| 16 | 2.1% |
| 17 | 1.6% |
| 18 | 1.3% |
| 19 | 1.6% |
| 20 | 0.7% |
| 21 | 0.9% |
| 22 | 1.2% |
| 23 | 2.7% |
| 24 | 0.5% |
| 25 | 2.2% |
| 26 | 1.3% |
| 27 | 1.4% |
| 28 | 1.1% |
| 29 | 2.7% |
| 30 | 1.4% |
| 31 | 0.8% |
| 32 | 1.6% |
| 33 | 1.6% |
| 34 | 2.2% |
| 35 | 0.6% |

Pfizer_CGrogan_0002277

|   | A | B |
|---|---|---|
| 3 | **Account Name: United** | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | *Form Stat.* | *District (TACU)* |
| 36 | UNRESTRICTED | St. Louis |
| 37 | COVERED | New Orleans |
| 38 | COVERED | Nashville |
| 39 | COVERED | Dallas |
| 40 | COVERED | Houston |
| 41 | COVERED | Cleveland |
| 42 | RESTRICTED | Phoenix |
| 43 | OFF | Phoenix |
| 44 | N/A | Manhattan |
| 45 | N/A | Los Angeles |
| 46 | | |
| 47 | Form Stat | |
| 48 | PREFERRED | |
| 49 | UNRESTRICTED | |
| 50 | COVERED | |
| 51 | RESTRICTED | |
| 52 | OFF | |
| 53 | N/A | |
| 54 | **Grand Totals:** | |
| 55 | | |
| 56 | | |
| 57 | **Top 4 Upside Opportunities (overall):** | |
| 58 | UNRESTRICTED | Phoenix |
| 59 | UNRESTRICTED | Boston |
| 60 | UNRESTRICTED | Tampa |
| 61 | UNRESTRICTED | Miami |

Pfizer_CGrogan_0002278

| Plan | City | State | # Lives | Projected Annualized Sales | Projected Annualized TRXES | Upside Potential |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE MIDWEST - PPO (SELECTCARE) | St. Louis | MO | 17,000 | $60,943 | 588 | $22,746 |
| UNITED HEALTHCARE LOUISIANA | Metairie | LA | 200,000 | $1,228,754 | 11,860 | $423,889 |
| UNITED HEALTHCARE TENNESSEE | Nashville | TN | 120,338 | $570,779 | 5,509 | $267,752 |
| UNITED HEALTHCARE TX/DALLAS(METRAHEALTH) - HMO | Dallas | TX | 64,745 | $260,600 | 2,515 | $170,905 |
| UNITED HEALTHCARE TX/HOUSTON | Houston | TX | 36,220 | $151,387 | 1,461 | $47,943 |
| UNITED HEALTHCARE OH/CLEVELAND | Columbus | OH | 125,000 | $563,266 | 5,437 | $8,023 |
| UNITED HEALTHCARE/ARIZONA PHYSICIANS IPA | Phoenix | AZ | 177,147 | $504,400 | 4,869 | $547,636 |
| UNITED HEALTHCARE NEW YORK | New York | NY | 75,414 | $343,232 | 3,313 | $147,222 |
| UNITED HEALTHCARE S CALIFORNIA | Long Beach | CA | 119,241 | $509,538 | 4,918 | $198,086 |

| % of Nat'l Lives | Total Lives | Total Sales | Total Rx's | Total Upside Potential |
|---|---|---|---|---|
| 3.2% | 459,418 | $2,110,650 | 20,372 | $829,905 |
| 40.7% | 5,755,703 | $25,061,006 | 241,893 | $9,554,790 |
| 3.9% | 546,303 | $2,774,786 | 26,783 | $918,512 |
| 1.3% | 177,147 | $504,400 | 4,869 | $547,636 |
| 0.5% | 75,414 | $343,232 | 3,313 | $147,222 |
| 0.8% | 119,241 | $509,538 | 4,918 | $198,086 |
|  | 7,133,226 | $31,303,612 | 302,148 | $12,196,151 |

| Plan | City | State | # Lives | Projected Annualized Sales | Projected Annualized TRXES | Upside Potential |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE ARIZONA | Phoenix | AZ | 350,000 | $1,002,419 | 9,676 | $1,182,261 |
| UNITED HEALTHCARE NEW ENGLAND | Warwick | RI | 318,944 | $1,213,323 | 11,711 | $972,479 |
| UNITED HEALTHCARE FL/GULF COAST TAMPA | Tampa | FL | 776,848 | $4,023,600 | 38,837 | $927,470 |
| UNITED HEALTHCARE FL/SOUTHERN REGION | Sunrise | FL | 432,054 | $2,237,777 | 21,599 | $918,618 |

Date Printed:

Page 1 of 1

File Name: << AUTO PATH >>: United

Pfizer_CGrogan_0002279

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| | **Cost per 'Script** | **# of 'Scripts per life** | **$ Value of 1 Share Point** | **HMO Index (Plan/Cash)** | Competitors / Depakote — **Plan Share %** | Topamax — **Plan Share %** | **Plan Share %** |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 36 | $103.61 | 0.03 | $2,385 | 1.13 | 25.6% | 18.4% | 7.3% |
| 37 | $103.60 | 0.06 | $28,056 | 1.31 | 43.8% | 16.9% | 6.1% |
| 38 | $103.60 | 0.05 | $16,881 | 1.31 | 33.8% | 17.7% | 7.8% |
| 39 | $103.60 | 0.04 | $9,063 | 1.19 | 28.7% | 22.9% | 10.7% |
| 40 | $103.60 | 0.04 | $5,081 | 1.10 | 29.8% | 22.5% | 10.3% |
| 41 | $103.60 | 0.04 | $17,535 | 1.31 | 32.1% | 17.3% | 3.7% |
| 42 | $103.60 | 0.04 | $24,850 | 1.37 | 20.3% | 22.0% | 6.3% |
| 43 | $103.60 | 0.03 | $10,579 | 0.78 | 32.4% | 20.6% | 8.0% |
| 44 | $103.60 | 0.04 | $16,727 | 1.10 | 30.5% | 24.6% | 8.0% |
| 45 | | | | 1.28 | | | |
| 46 | | | | | | | |
| 47 | | | | Average HMO Index | Aver Plan Share | | |
| 48 | | | | 1.24 | 31.9% | | |
| 49 | | | | 1.20 | 31.1% | | |
| 50 | | | | **1.21** | **31.5%** | | |
| 51 | | | | 1.20 | 31.2% | | |
| 52 | | | | 1.20 | 31.2% | | |
| 53 | | | | 1.20 | 31.2% | | |
| 54 | | | | | | | |
| 55 | | | | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | $49,098 | 0.79 | 20.4% | 21.7% | 6.0% |
| 59 | | | $44,742 | 0.92 | 27.1% | 20.1% | 10.9% |
| 60 | | | $108,977 | 1.29 | 36.9% | 18.9% | 5.3% |
| 61 | | | $60,609 | 1.28 | 36.9% | 19.3% | 5.0% |

Pfizer_CGrogan_0002280

Date Printed:

File Name: << AUTO PATH >>: United

| Q | Formulary Status: **Preferred**, **Unrestricted**, **Covered**, **Restricted**, **Off** | *Keppra* Plan Share % |
|---|---|---|
| 3 | | |
| 4 | | |
| 5 | | 1.5% |
| 6 | | |
| 7 | | |
| 36 | | 1.5% |
| 37 | | 1.3% |
| 38 | | 2.0% |
| 39 | | 0.6% |
| 40 | | 0.6% |
| 41 | | 0.9% |
| 42 | | 1.7% |
| 43 | | 1.1% |
| 44 | | 1.3% |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |
| 56 | | |
| 57 | | |
| 58 | | 2.0% |
| 59 | | 0.4% |
| 60 | | 2.2% |
| 61 | | 2.2% |

Pfizer_CGrogan_0002281

| | A | B |
|---|---|---|
| 1 | NEURONTIN HMO Opportunity Report - 01Q4 | |
| 2 | | |
| 3 | Account Name: Wellpoint | |
| 4 | | |
| 5 | | |
| 6 | Form Stat. | District (TACU) |
| 7 | UNRESTRICTED | San Francisco |
| 8 | UNRESTRICTED | San Francisco |
| 9 | UNRESTRICTED | Santa Barbara |
| 10 | UNRESTRICTED | Chicago S |
| 11 | UNRESTRICTED | Sacramento |
| 12 | UNRESTRICTED | Atlanta |
| 13 | UNRESTRICTED | Columbia |
| 14 | UNRESTRICTED | Houston |
| 15 | UNRESTRICTED | |
| 16 | COVERED | Houston |
| 17 | COVERED | |
| 18 | | |
| 19 | Form Stat | |
| 20 | UNRESTRICTED | |
| 21 | COVERED | |
| 22 | Grand Totals: | |
| 23 | | |
| 24 | | |
| 25 | Top 4 Upside Opportunities (overall): | |
| 26 | UNRESTRICTED | San Francisco |
| 27 | UNRESTRICTED | San Francisco |
| 28 | COVERED | Houston |
| 29 | UNRESTRICTED | Santa Barbara |

Pfizer_CGrogan_0002282

Date Printed:                                      Page 1 of 1                          File Name: << AUTO PATH >>: Wellpoint

| | C Plan | D City | E State | F # Lives | G Projected Annualized Sales | H Projected Annualized TRxES | I Upside Potential |
|---|---|---|---|---|---|---|---|
| 8 | WELLPOINT/BC CA (MEDI-CAL) | Woodland Hills | CA | 702,962 | $2,882,042 | 27,556 | $1,382,958 |
| 9 | WELLPOINT/BC CALIFORNIA | Woodland Hills | CA | 737,000 | $3,057,235 | 29,231 | $815,569 |
| 10 | WELLPOINT/BC CALIFORNIA | Woodland Hills | CA | 89,426 | $370,958 | 3,547 | $214,681 |
| 11 | WELLPOINT/UNICARE ILLINOIS | Chicago | IL | 165,325 | $582,504 | 5,569 | $116,774 |
| 12 | WELLPOINT/BC CALIFORNIA | Woodland Hills | CA | 100,000 | $414,822 | 3,966 | $96,348 |
| 13 | WELLPOINT BC/BS GA - HMO GEORGIA DBA BLUE CHOICE | Atlanta | GA | 330,000 | $1,395,481 | 13,342 | $67,364 |
| 14 | WELLPOINT BC/BS GA - PREFRD CARE DBA BLUE CHOICE | Atlanta | GA | 52,000 | $215,912 | 2,064 | $55,815 |
| 15 | WELLPOINT BC/BS GA - HMO GEORGIA DBA BLUE CHOICE | Atlanta | GA | 68,000 | $287,554 | 2,749 | $54,690 |
| 16 | WELLPOINT/UNICARE TEXAS | Houston | TX | 144,000 | $468,444 | 4,479 | $267,353 |
| 17 | WELLPOINT/UNICARE TEXAS | Houston | TX | 144,000 | $468,444 | 4,479 | $267,353 |
| 18 | | | | | | | |

| | % of Nat'l Lives | Total Lives | Total Sales | Total Rx's | Total Upside Potential |
|---|---|---|---|---|---|
| 19 | | | | | |
| 20 | 35.5% | 2,244,713 | $9,206,506 | 88,025 | $2,783,999 |
| 21 | 2.3% | 144,000 | $468,444 | 4,479 | $267,353 |
| 22 | | 2,388,713 | $9,674,949 | 92,504 | $3,051,352 |

| | C Plan | D City | E State | F # Lives | G | H | I |
|---|---|---|---|---|---|---|---|
| 26 | WELLPOINT/BC CA (MEDI-CAL) | Woodland Hills | CA | 702,962 | $2,882,042 | 27,556 | $1,382,958 |
| 27 | WELLPOINT/BC CALIFORNIA | Woodland Hills | CA | 737,000 | $3,057,235 | 29,231 | $815,569 |
| 28 | WELLPOINT/UNICARE TEXAS | Houston | TX | 144,000 | $468,444 | 4,479 | $267,353 |
| 29 | WELLPOINT/BC CALIFORNIA | Woodland Hills | CA | 89,426 | $370,958 | 3,547 | $214,681 |

Pfizer_CGrogan_0002283

Date Printed:

File Name: << AUTO PATH >>: Wellpoint

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| | | | | | | Competitors - | |
| | | | | | | Depakote | Topamax |
| 6 | Cost per 'Script | # of 'Scrips per life | $ Value of 1 Share Point | HMO Index (Plan/Cash) | Plan Share % | Plan Share % | Plan Share % |
| 7 | $104.59 | 0.04 | $87,916 | 1.02 | 32.8% | 20.2% | 5.9% |
| 8 | $104.59 | 0.04 | $92,173 | 1.07 | 33.2% | 18.9% | 7.0% |
| 9 | $104.59 | 0.04 | $11,184 | 1.04 | 33.2% | 18.9% | 7.0% |
| 10 | $104.59 | 0.03 | $20,676 | 1.43 | 28.2% | 21.8% | 5.9% |
| 11 | $104.59 | 0.04 | $12,506 | 1.14 | 33.2% | 18.9% | 7.0% |
| 12 | $104.59 | 0.04 | $41,271 | 1.36 | 33.8% | 17.1% | 8.9% |
| 13 | $104.59 | 0.04 | $41,271 | 1.40 | 33.8% | 17.1% | 8.9% |
| 14 | $104.59 | 0.04 | $6,503 | 1.43 | 33.8% | 17.0% | 8.9% |
| 15 | $104.59 | 0.04 | $8,504 | 1.43 | 26.0% | 21.1% | 8.1% |
| 16 | $104.59 | 0.03 | $18,009 | 1.14 | 26.0% | 21.1% | 8.1% |
| 17 | | | $18,009 | 1.04 | 33.2% | 18.9% | 7.0% |
| 18 | | | | | | | |
| 19 | | | | Average HMO Index | Aver Plan Share | | |
| 20 | | | | 1.24 | 32.7% | | |
| 21 | | | | 1.23 | 31.9% | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | $87,916 | 1.02 | 32.8% | 20.2% | 5.9% |
| 27 | | | $92,173 | 1.02 | 33.2% | 18.9% | 7.0% |
| 28 | | | $18,009 | 1.14 | 26.0% | 21.1% | 8.1% |
| 29 | | | $11,184 | 1.04 | 33.2% | 18.9% | 7.0% |

Pfizer_CGrogan_0002284

Date Printed:

File Name: << AUTO PATH >>: Wellpoint

| Q | |
|---|---|
| | Formulary Status: **Preferred, Unrestricted, Covered, Restricted, Off** |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | *Kappra* |
| 7 | *Plan Share %* 1.2% |
| 8 | 1.1% |
| 9 | 1.1% |
| 10 | 1.1% |
| 11 | 1.5% |
| 12 | 1.1% |
| 13 | 1.7% |
| 14 | 1.7% |
| 15 | 1.7% |
| 16 | 1.3% |
| 17 | 1.3% |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | 1.2% |
| 27 | 1.1% |
| 28 | 1.3% |
| 29 | 1.1% |

Pfizer_CGrogan_0002285