UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) | Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| ALL MARKETING AND ) | Mag. Judge Leo T. Sorokin |
| SALES PRACTICES ACTIONS ) ) ) | |

**CLASS PLAINTIFFS' JOINDER IN COORDINATED PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL RESPONSE TO ONE INTERROGATORY**

Plaintiffs Louisiana Health Service Indemnity Company dba BlueCross/BlueShield of Louisiana; ASEA/AFSCME Local 52 Health Benefits Trust; Harden Manufacturing Corporation; Gerald Smith; and Lorraine Kopa (collectively, "Class Plaintiffs") respectfully join in the Coordinated Plaintiffs' Opposition to Defendant's Motion to Compel Response to One Interrogatory (Dkt. No. 783).

Dated: July 17, 2007                    Respectfully Submitted,

                                                             By:   */s/ Barry Himmelstein*
                                                                     Barry Himmelstein, Esquire
                                                                     Lieff Cabraser Heimann &
                                                                     Bernstein, LLP
                                                                     Embarcadero Center West
                                                                     275 Battery Street, 30th Floor
                                                                     San Francisco, CA 94111-3339

-2-

By: */s/ Thomas Greene*
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By: */s/ Thomas M. Sobol*
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Boston, MA 02110

By: */s/ Don Barrett*
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: */s/ Daniel Becnel*
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: */s/ James Dugan*
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs'
Steering Committee*