FILING FEE PAID:
RECEIPT # 81263
AMOUNT $ 5
BY DPTY CLK
DATE 7-12-07

FILED
IN CLERKS OFFICE
2007 JUL 17 A 10: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for defendants Actavis Inc., Actavis Elizabeth LLC, and Purepac Pharmaceuticals Co., in the matter of Brook, et al. v. Pfizer Inc., et al., 07-1364.

Date: July 16, 2007

Megan Kinsey-Smith, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500
mkinsey-smith@mckennalong.com

DC:50485014.1

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served pursuant to Case Management Order No. 3

*Juanita M. Greenfield*
Juanita M. Greenfield