RECEIPT # 87264
AMOUNT $ 30
BY DPTY CLK [signature]
DATE 7-17-07

FILED
IN CLERKS OFFICE
2007 JUL 17 A 10: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) | MDL Docket NO. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS ) ) ) ) | Judge Patti B. Saris |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants Actavis Inc., Actavis Elizabeth LLC, and Purepac Pharmaceuticals Co., in the matter of Brook, et al. v. Pfizer Inc., et al., 07-1364.

Date: July 16, 2007

[signature]
Ray M. Aragon, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500
raragon@mckennalong.com

DC:50485012.1

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served pursuant to Case Management Order No. 3

                                              Juanita M. Greenfield