UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

Discovery Order No. 13

July 19, 2007

SOROKIN, M.J.

The Court hereby makes the following rulings and orders on the matters before the Court at the July 17, 2007 Motion Hearing.

1. <u>Sales and Marketing Plaintiffs' Motion to Extend Fact Discovery and For Leave to Take Additional Written and Deposition Fact Discovery (Docket # 776)</u>

Sales and Marketing plaintiffs request that the Court (1) extend the fact discovery period by four months; (2) permit them to take an additional eight to ten depositions of defendant (above and beyond the 30 depositions of defendant and the separate Rule 30(b)(6) depositions of defendant); (3) permit them further written discovery in the form of motions to compel or follow-up with defendant; (4) permit them to take depositions of third parties not previously noticed and (5) push back all the subsequent dates in the schedule to accommodate the four month discovery extension. Defendants oppose requests 2-4.

The discovery in this MDL has been substantial. The parties and, particularly, counsel

1

have worked hard to meet the deadlines established in the scheduling order. However, it is clear that a limited amount of additional time is required. Accordingly, the motion is <u>ALLOWED</u> in part, and <u>DENIED</u> in part. The period for the taking of depositions is extended from July 15, 2007 until October 15, 2007. During this time, the parties may conduct any already- noticed depositions. Plaintiffs may also depose third parties, whether or not they previously noticed those depositions. Plaintiffs' general request for eight to ten further depositions of the defendants' present or former employees is <u>DENIED</u>. The Court grants the extension with the expectation that counsel will meet the new deadlines.

The parties shall confer in order to resolve or to clarify any follow-up issues from the document discovery. Motions to compel arising out of the document discovery, if any, must be filed no later than the filing deadlines set for the September 20, 2007 Discovery Hearing, set forth below.

All of the deadlines in the Sales and Marketing Litigation are continued by a period of three months. Thus, the revised Sales and Marketing Schedule is as follows:

| | |
|---|---|
| Deadline for Filing Motions to Compel Re: Document Discovery | 09/06/07 |
| Close of Fact Deposition Period | 10/15/07 |
| Provision of Plaintiffs' Expert Reports: | 12/30/07 |
| Provision of Defendants' Expert Reports: | 01/30/08 |
| Provision of Rebuttal Reports: | 2/21/08 |
| End of Expert Discovery | 4/21/08 |
| Filing of Motions for Summary Judgment: | 5/21/08 |
| Opposition: | 6/21/08 |
| Reply: | 7/05/08 |

The Products Liability Plaintiffs sought no extension in the schedule pertaining to their cases, with the exception that they seek leave to complete Rule 30(b)(6) depositions of the

defendant which is granted. Defendants oppose any schedule that would require simultaneous fact and expert discovery. The interests of judicial economy and efficient litigation management do warrant a modest change in the Products Liability Schedule. Thus, the Products Liability Schedule is revised by approximately three weeks as follows.

| | |
|---|---|
| October 22, 2007 | Plaintiffs' Expert reports on general causation and the two designated Track One Cases. |
| November 12, 2007 | Deadline for plaintiffs to produce for deposition their designated experts. |
| December 3, 2007 | Deadline for defendants' expert reports regarding general causation and all remaining experts in the two designated Track One cases. |
| December 21, 2007 | Deadline for defendants to produce for deposition their designated experts. |
| January 11, 2008 | Motions for summary judgment on general causation and preemption, Daubert motions, and other dispositive motions pertaining to the two and ten designated Track One cases. |
| February 4, 2008 | Briefs in opposition due. |
| February 28, 2008 | Reply briefs due. |
| March 7, 2008 | Sur-Reply briefs due. |
| TBD | Hearing on summary judgment and Daubert motions. |

2.    Plaintiffs' Motion to Compel Cline Davis (Docket #772)

Plaintiffs request that the Court issue an Order to Show Cause why Sudler & Hennessey and Cline Davis & Mann ("Non-Parties") should not be sanctioned for their refusal to comply with this Court's December 20, 2006 Order requiring them to produce documents by February 1, 2007. Plaintiffs request that the Court again order compliance by a date certain. This Motion is

3

DENIED WITHOUT PREJUDICE in light of the fact that the documents sought by Plaintiffs appear to have been made available, although Plaintiffs have not yet inspected the documents.

    3.    Defendants' Motion for Protective Order Concerning Rule 30(b)(6) Deposition Notices (Docket # 780)

This Motion is DENIED WITHOUT PREJUDICE. The parties are to meet and confer to resolve this matter.

    4.    Defendants' Motion to Compel Response to One Interrogatory (Docket # 777)

At the hearing, counsel for the Coordinated Plaintiffs indicated no objection to responding to the Interrogatory as framed. However, the parties dispute the appropriate deadline for a response. Defendants seek an immediate response, while Plaintiffs seek to defer answering until they file expert reports. The answer to the Interrogatory necessarily will involve expert opinion as it asks Plaintiffs to state, by off-label use for each calendar year, the drug(s) that they contend were "cheaper and more optimal" than Neurontin. Thus, Plaintiffs shall supplement their response to this Interrogatory no later than the date for serving their expert reports. Defendants' Motion is ALLOWED IN PART and DENIED IN PART.

5. <u>Other</u>

The next Discovery Motion Hearing will be held on September 20, 2007 at 2:00 p.m. All motions shall be filed by September 6, 2007. Oppositions must be filed by September 11, 2007, and replies must be filed by September 17, 2007.

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge