UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                                       :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                           :
        SALES PRACTICES AND                            :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                  :
                                                       :    Judge Patti B. Saris
-------------------------------------------------------x
                                                       :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                              :
                                                       :
        PRODUCTS LIABILITY ACTIONS                     :
                                                       :
-------------------------------------------------------x
```

## PRODUCTS LIABILITY PLAINTIFFS' <br> SELECTION OF TRACK ONE CASE FOR TRIAL

Pursuant to Discovery Order No. 11, dated April 20, 2007 (ECF Doc. # 735), Products Liability Plaintiffs hereby select the following Track One case for trial:

| | | |
|---|---|---|
| 1. | Ruth Smith v. Pfizer Inc., et al. <br> (Richard Smith, deceased) | C.A. No. 05-11515 |

Dated: July 23, 2007

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
  & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2007.

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein, Esquire