UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                        :   MDL Docket No. 1629
                        :
In re:  NEURONTIN MARKETING,        :
        SALES PRACTICES AND          :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X   Judge Patti B. Saris
                        :
THIS DOCUMENT RELATES TO:        :   Magistrate Judge Leo T.
                        :   Sorokin
      PRODUCTS LIABILITY ACTIONS     :
                        :
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>DEFENDANTS' SELECTION OF "TRACK ONE" CASE FOR TRIAL</u>**

      Pursuant to Discovery Order No. 7, dated December 20, 2006 (Docket No. 582)

and Discovery Order No. 11, dated April 20, 2007 (Docket No. 735), defendants hereby

select the following Track One case for trial:  *Strickland, et al. v. Pfizer Inc., et al.*, C.A.

No. 06-10778.

Dated:  July 23, 2007

                       DAVIS POLK & WARDWELL

                       By:   /s/ James P. Rouhandeh
                           James P. Rouhandeh

                       450 Lexington Avenue
                       New York, New York 10017
                       (212) 450-4000

                          - and -

HARE & CHAFFIN


By:    /s/ David B. Chaffin
          David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company*


## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on July 23, 2007.


                    /s/David B. Chaffin

2