UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 ) ) Master File No. 04-10981 ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) ) Magistrate Judge Leo T. Sorokin ) |
| PRODUCTS LIABILITY ACTIONS | ) ) |

**PRODUCT LIABILITY PLAINTIFFS' EMERGENCY
MOTION TO COMPEL DEFENDANTS TO
CONDUCT THE DEPOSITION OF PLAINTIFFS'
GENERAL/SPECIFIC CAUSATION EXPERT AS
PREVIOUSLY SCHEDULED AND AGREED UPON**

Products Liability Plaintiffs (hereinafter "Plaintiff"), by the undersigned counsel, respectfully move, pursuant to Rule 37 of the Federal Rules of Civil Procedure, by Emergency Motion for an Order compelling Defendants to conduct the deposition of Plaintiffs' general/specific causation expert, as originally scheduled and agreed upon, on October 18 and 19, 2007, following exchange of Plaintiffs' general/specific causation expert's report by October 1, 2007. This Motion is supported by the Memorandum of Law submitted herewith, and attached exhibits.

Dated: July 27, 2007

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:    /s/ Andrew G. Finkelstein
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY  12550

By:    /s/ Jack W. London
       Jack W. London, Esquire
       Law Offices of Jack W. London
         & Associates
       106 E. 6th Street, Suite 700
       Austin, TX  78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:   July 27, 2007

/s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served

pursuant to Case Management Order No. 3 on July 27, 2006.

/s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire

2