UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and | |
| AETNA, INC. v. PFIZER INC. | |

## DECLARATION OF RAJESH S. JAMES

RAJESH JAMES declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Coordinated Plaintiffs' Objections to Discovery Order No. 12.

3. Attached at Exhibit 1 is a true and correct copy of the transcript of the deposition of Albert Carver, taken July 12 and 13, 2007 (the "Carver Deposition").

4. Attached at Exhibit 2 is a true and correct copy of Pharmacy Clinical Policy Bulletins: Aetna Non-Medicare Prescription Drug Plan, Subject: Anticonvulsants,

http://www.aetna.com/products/rxnonmedicare/data/CNS/anticonvulsants_2007.html (last visited July 27, 2007).

5. Attached at Exhibit 3 is a true and correct copy of Pharmacy Clinical Policy Bulletins: Aetna Non-Medicare Prescription Drug Plan, Subject: Anti-Migraine Agents, http://www.aetna.com/products/rxnonmedicare/data/CNS/migraine_2007.html (last visited July 27, 2007).

6. Attached at Exhibit 4 is a true and correct copy of Drug Monograph: Gabapentin (Neurontin®) Removal of Restrictions, produced by plaintiff Kaiser, and which is bates stamped KAIS-004629–004637 (Exhibit 7 to the Carver Deposition).

7. Attached at Exhibit 5 is a true and correct copy of an e-mail message from Dr. Robin Dea to Dr. Jon Zweig, dated June 4, 2002, produced by plaintiff Kaiser, and which is bates stamped KAIS-005840–005841 (Exhibit 19 to the Carver Deposition).

8. Attached at Exhibit 6 is a true and correct copy of Kaiser Permanente, Anticonvulsants for Chronic Pain, http://members.kaiserpermanente.org/kpweb/healthency.do?hwid=ty7635 (last visited July 12, 2007) (Exhibit 22 to the Carver Deposition).

9. Attached at Exhibit 7 is Kaiser Permanente Drug Utilization Action Team, Videoconference of "Successful Practices," Mar. 12, 2003 (Exhibit 13 to the Carver Deposition).

Dated: New York, New York
July 27, 2007

/s/ Rajesh S. James
Rajesh S. James

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 27, 2007.

                                        /s/David B. Chaffin