# EXHIBIT 2



Close Window

Aetna.com Home | Help | Contact Us

Search

# Pharmacy Clinical Policy Bulletins
# Aetna Non-Medicare Prescription Drug Plan

**Subject: Anticonvulsants**

Print this Page

| Status | Drug | PR | PR-QL | PR-AL | ST | M EX‡ |
|---|---|---|---|---|---|---|
| P | clonazepam | | | | | |
| P | carbamazepine | | | | | |
| P | clorazepate | | | | | |
| P | diazepam | | | | | |
| P | ethosuximide | | | | | |
| P | gabapentin | | X | | | |
| P | lamotrigine | | | | | |
| P | phenytoin | | | | | |
| P | primidone | | | | | |
| P | valproic acid | | | | | |
| P | zonisamide | | | | | |
| P | Depakote® (divalproex) | | | | | |
| P | Depakote ER® (divalproex) | | | | | |
| P | Depakote® Sprinkle (divalproex) | | | | | |
| P | Diastat® (diazepam rectal gel) | | | | | |
| P | Diastat® ACDL rectal gel (diazepam) | | | | | |
| P | Keppra® (levetiracetam) | | | | | |
| P | Lamictal® (lamotrigine) | | | | | |
| P | Trileptal® (oxcarbazepine) | | | | | |
| NP | Celontin® (methsuximide) | | | | | |
| NP | Dilantin® (phenytoin) | | | | | |
| NP | Gabarone® (gabapentin) | | X | | | |
| NP | Klonopin® (clonazepam) | | | | | |

**Additional Information**

> Clinical Policy Bulletin Notes

*P = Preferred
FE = Formulary Excluded
NP = Nonpreferred
PR = Precertification
QL = Quantity Limits
AL = Age Limits
ST = Step-Therapy
‡M EX = Medical Exception

*The lists above are subject to change. Not all programs - for example step-therapy, precertification, and quantity limits - are available in all service areas.

| | | | | | |
|---|---|---|---|---|---|
| NP | Neurontin® *(gabapentin)* | | X | | X | X |
| NP | Tegretol® *(carbamazepine)* | | | | | |
| NP | Tegretol XR® *(carbamazepine)* | | | | | |
| NP | Topamax® *(topiramate)* | | | | | |
| NP | Zarontin® *(ethosuximide)* | | | | | |
| NP | Zonegran® *(zonisamide)* | | | | | |
| FE | Klonopin Wafer® *(clonazepam)* | | | | | X |
| FE | Lyrica® *(pregabalin)* | | X | | X | X |

**Policy:**

I. Precertification Criteria

Under some plans, including plans that use an open or closed formulary, **Lyrica, Neurontin, Gabarone** and ***gabapentin*** are subject to precertification. If precertification requirements apply Aetna considers Lyrica, Neurontin, Gabarone and *gabapentin* to be medically necessary for those members who meet the following precertification criteria:

According to the manufacturer, Lyrica, Neurontin, Gabarone, and *gabapentin* can be dosed up to a maximum daily dose at the interval as indicated in the table below. A quantity of Lyrica, Neurontin, Gabarone or *gabapentin* will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits |
|---|---|---|---|
| Neurontin Gabarone gabapentin | 3600 mg / in divided doses daily | All strengths | Up to 180 tablets or capsules in 30 days |
| Lyrica | 600mg/ Once or twice daily | 25 mg; 50 mg; 75 mg; 100 mg; 150 mg; 200 mg; 225 mg; 300 mg | Up to 90 capsules in 30 days |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of Lyrica, Neurontin, Gabarone or gabapentin for those members who meet the following criterion:

- Member's dose is being titrated by physician (3 month limit) **OR**
- Member is taking a 900mg dose three times daily (9 tablets/capsules per day). **gabapentin, Neurontin-only OR**
- Member has been titrated up to 3600mg and requires additional/higher dosing up to 4800mg due to lack of response. **gabapentin, Neurontin-only OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

II. Step Therapy Criteria

Under some plans, including plans that use an open or closed formulary, **Lyrica** and **Neurontin** are subject to step-therapy.  Aetna considers Lyrica and Neurontin to be medically necessary for those members who meet the following step-therapy criterion:

For **Neurontin**:
A documented trial of one month of the preferred generic equivalent *gabapentin*.

For **Lyrica**: (A **AND** B) OR (C **AND**D)

A. A Documented diagnosis of Diabetic Neuropathy

**AND**

B. Failure of an adequate trial of one month of either preferred alternative Cymbalta OR  generic gabapentin


**OR**

C. A Documented diagnosis of Post-herpetic neuralgia

**AND**

D. Failure of an adequate trial of one month of preferred generic alternative *gabapentin*


If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III. Medical Exception Criteria

**Neurontin** is currently listed on the Aetna Step-Therapy List.* If it is medically necessary for a member to be treated initially with Neurontin, Aetna considers Neurontin to be medically necessary for those members who meet the criteria specified below:

**Lyrica is** currently listed on the Aetna Formulary Exclusion and Step Therapy lists. Therefore, it is excluded from coverage for members enrolled in prescription drug benefit plans that used a closed formulary or that require step-therapy criteria, unless a medical exception is granted. Aetna considers Lyrica to be medically necessary for those members who meet the criteria below:

For **Neurontin**

A. A documented:

- Contraindication to preferred generic equivalent *gabapentin* **OR**
- Intolerance to preferred generic equivalent *gabapentin* **OR**
- Allergy to preferred generic equivalent *gabapentin* **OR**
- Failure of an adequate trial of one month of the preferred generic equivalent *gabapentin*.

**Klonopin Wafer tablet** is currently listed on the Aetna Formulary Exclusions List.* Therefore, they are excluded from coverage for members enrolled in prescription drug benefits plans that use a closed formulary, unless a medical exception is granted.  Aetna considers Klonopin wafer tablet and Lyrica to be medically necessary for those members who meet the following criteria:

For **Klonopin Wafer tablet**

A.  A documented:

- Contraindication to preferred generic equivalent **OR**
- Intolerance to preferred generic equivalent **OR**
- Allergy to preferred generic equivalent **OR**
- Failure of an adequate trial of one month of the preferred generic equivalent.


For **Lyrica (**A **AND** B**) OR (**C **AND** D**) OR (**E **AND** F**)**

A.    A Documented diagnosis of Diabetic Neuropathy

    **AND**

B.    A documented

- Contraindication to one of the preferred alternative(s) Cymbalta or generic *gabapentin* **OR**
- Intolerance to one of the preferred alternative(s) Cymbalta or generic *gabapentin*  **OR**
- Allergy to one of the preferred alternative(s) Cymbalta or generic *gabapentin*  **OR**
- Failure of an adequate trial of one month of either preferred alternative Cymbalta OR   generic gabapentin

**OR**

C.    A Documented diagnosis of Post-herpetic neuralgia

    **AND**

D. A documented

- Contraindication to the preferred generic alternative *gabapentin* **OR**
- Intolerance to the preferred generic alternative *gabapentin* **OR**
- Allergy to the preferred generic alternative *gabapentin* **OR**
- Failure of one month of the preferred generic alternative *gabapentin*

**OR**

E. Patient has a diagnosis of partial seizures with or without secondary generalization

**AND**

F. Patient is documented to be currently on an anticonvulsant therapy such as lamotrigine (Lamictal®), gabapentin (Neurontin®), oxcarbazepine (Trileptal®), topiramate (Topamaz®), valproic acid (Depakote®), carbamazepine (Tegretol®).

**Place of Service:**

Outpatient

**The above policy is based on the following references:**

1. Olin BR, editor. eFacts Internet site. Facts and Comparisons, St. Louis, MO. 2006
2. McEvoy GK, editor. AHFSfirst; *AmericanHospitalFormulary Service Drug Information* 2002. Bethesda, MD: The American Society of Health-System Pharmacists, Inc., 2006
3. The United States Pharmacopeial Convention, Inc. and Micromedex, Inc. *USP-DI Desktop Series*. Micromedex/USP, Montvale, NJ. 2006.
4. Noel JM. University of Maryland School of Pharmacy. Presented at 2003 Psychiatric Pharmacy Specialty Examination Review Course. Charleston, SC, May 2003
5. National Institute for Clinical Evidence (NICE), UK. Assessment report: A rapid and systematic review of the clinical effectiveness, tolerability and cost effectiveness of newer drugs for epilepsy in adults. http://www.nice.org.uk/docref.asp?d=76399. 2003
6. National Institute for Clinical Evidence (NICE), UK. Assessment report: The clinical effectiveness and cost-effectiveness of newer drugs for children with epilepsy. http://www.nice.org.uk/docref.asp?d=76694. 2003
7. Diaz-Arrastia R, Agostini MA, Van Ness PC. Evolving treatment strategies for epilepsy. *JAMA*. 2002;287:2917-20

Copyright Aetna Inc. All rights reserved. Pharmacy Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

March 6, 2007

Email this Page   Print this Page

Company Information | Site Map
Web Privacy Statement | Legal Statement | Privacy Notices | Member Disclosure

Aetna.com Home | Help | Contact Us | Search
Copyright © 2001-2007 Aetna Inc.

http://www.aetna.com/products/rxnonmedicare/data/CNS/anticonvulsants_2007.html   7/27/2007