# EXHIBIT 3



☒ **Close Window**

Aetna.com Home   |   Help   |   Contact Us

Search [    ]  Go

# Pharmacy Clinical Policy Bulletins
# Aetna Non-Medicare Prescription Drug Plan

**Subject: Anti-Migraine Agents**

🖨 Print this Page

| Status | Drug | PR | PR-QL | PR-AL | ST | M EX‡ |
|---|---|---|---|---|---|---|
| Selective Serotonin Agonists 5-HT | | | | | | |
| P | Amerge® (naratriptan) | | X | | | |
| P | Imitrex® (sumatriptan) | | X | | | |
| P | Maxalt®, Maxalt MLT® (rizatriptan) | | X | | | |
| FE | Axert® (almotriptan) | | X | | | X |
| FE | Frova® (frovatriptan) | | X | | | X |
| FE | Relpax® (eletriptan) | | X | | | X |
| FE | Zomig®, Zomig ZMT® (zolmitriptan) | | X | | | X |
| Other Agents used for Migraine | | | | | | |
| P | apap isometheptene dichloral | | | | | |
| P | butorphanol ns | | X | | | |
| P | dihydroergotamine | | | | | |
| P | ergotamine/caffeine | | | | | |
| NP | Cafergot® (ergotamine/caffeine) | | | | | |
| NP | Ergomar® (ergotamine) | | | | | |
| NP | Midrin® (apap isometheptene dichloral ) | | | | | |
| FE | DHE-45® (dihydroergotamine injection) | | | | | X |
| FE | Migranal® (dihydroergotamine nasal spray) | | X | | | X |

**Additional Information**

> Clinical Policy Bulletin Notes

*P = Preferred
FE = Formulary Excluded
NP = Nonpreferred
PR = Precertification
QL = Quantity Limits
AL = Age Limits
ST = Step-Therapy
‡M EX = Medical Exception

*The lists above are subject to change. Not all programs - for example step-therapy, precertification, and quantity limits - are available in all service areas.

**Policy:**

I. Precertification Criteria

Under some plans, including plans that use an open or closed formulary, **Amerge, Axert,** *butorphanol ns*, **Frova, Imitrex, Maxalt/Maxalt MLT, Migranal, Relpax** and **Zomig/Zomig ZMT** are subject to precertification. If precertification requirements apply Aetna considers Amerge, Axert, *butorphanol ns*, Frova, Imitrex, Maxalt/Maxalt MLT, Migranal, Relpax and Zomig/Zomig ZMT to be medically necessary for those members who meet the following precertification criteria:

According to the manufacturer, the safety of treating an average of more than the number of headaches listed below in a 30-day period has not been established. Clinical guidelines recommend two treatment days per week for abortive therapy. A quantity of each drug will be considered medically necessary as indicated in the table below.

| Drug | Maximum Daily Dose/ Dosing | Dosage Strength | Quantity Limits |
|---|---|---|---|

| | Interval | | |
|---|---|---|---|
| butorphanol ns | 2-3 times daily | Nasal solution 10 mg/ml | Up to 2 bottles in 30 days |
| Axert | Up to 4 headaches | 6.25 mg, 12.5 mg | Up to 6 tablets in 30 days |
| Amerge | Up to 4 headaches | 1 mg, 2.5 mg | Up to 9 tablets in 30 days |
| Frova | Up to 4 headaches | 2.5 mg | Up to 9 tablets in 30 days |
| Imitrex | Up to 4 headaches | 25 mg, 50 mg, 100 mg | Up to 18 tablets in 30 days |
| Imitrex | Up to 4 headaches | Nasal spray | Up to 6 sprays in 30 days |
| Imitrex | Up to 4 headaches | Injection kits | Up to 4 kits (8 syringes) in 30 days |
| Imitrex | Up to 4 headaches | Injection, 6mg/0.5ml vials | Up to 10 vials (5ml) in 30 days |
| Imitrex | Up to 4 headaches | Injection, 4mg/0.5mg syringes | Up to 8 syringes in 30 days |
| Maxalt, Maxalt MLT | Up to 4 headaches | 5 mg, 10 mg | Up to 12 tablets in 30 days |
| Migranal | Up to 4 headaches | 4 mg/ml nasal spray | Up to 2 boxes (12 doses) per 30 days |
| Relpax | Up to 3 headaches | 20 mg | Up to 12 tablets in 30 days |
| Relpax | Up to 3 headaches | 40 mg | Up to 6 tablets in 30 days |
| Zomig, Zomig ZMT | Up to 3 headaches | 2.5 mg | Up to 12 tablets in 30 day |
| Zomig, Zomig ZMT | up to 3 headaches | 5 mg | Up to 6 tablets in 30 day |
| Zomig | Up to 3 headaches | Nasal spray | Up to 6 sprays in 30 days |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Pharmacy Management Precertification Unit. Additional quantities of these anti-migraine agents will be considered medically necessary for those members who meet ANY of the following criteria:

- Documented diagnosis of migraine **AND** member is receiving prophylactic migraine therapy (may approve up to 2 times the set qty limit)**OR**
- Documented diagnosis of migraine **AND** member is being treated by a headache clinic or specialist(may approve up to 2 times the set qty limit)**OR**
- Documented diagnosis of cluster headaches **AND** member is being treated by a headache clinic or specialist (may approve up to 3 times the set qty limit for indefinite period of time)**OR**
- Documented diagnosis of migraine **AND** member is being treated by a headache clinic or specialist AND member has been titrated up to 2 boxes/ 30 days and requires additional/higher dosing (one additional box is approvable)-Migranal-only

**Migraine prophylactic meds**

| | |
|---|---|
| verapamil | amitriptyline |
| diltiazem | imipramine |
| propranolol | desipramine |
| atenolol | protripyline |
| metoprolol | nortriptyline |
| nadolol | doxepin |
| divalproex sodium (DEPAKOTE | sertraline (ZOLOFT) |
| trazodone | paroxetine |
| valproic acid (DEPAKENE) | topiramate (TOPAMAX) |
| tizanidien (ZANAFLEX) | bupropion (WELLBUTRIN) |
| venlafaxine (EFFEXOR XR) | gabapentin |

II. Medical Exception Criteria

**Axert, DHE-45, Frova, Migranal, Relpax, Zomig** and **Zomig-ZMT** are currently listed on the Aetna Formulary Exclusions List.* Therefore, they are excluded from coverage for members enrolled in prescription drug benefit plans that use a closed formulary, unless a medical exception is granted. Aetna considers Axert, Frova, Migranal, Relpax, Zomig and Zomig-ZMT to be medically necessary for those members who meet the following criteria:

**For Axert, DHE-45, Frova, Migranal, Relpax, Zomig** and **Zomig-ZMT**

A documented:

- Contraindication to two preferred anti-migraine "triptan" alternatives **OR**
- Intolerance to two preferred anti-migraine "triptan" alternatives **OR**
- Allergy to two preferred anti-migraine "triptan" alternatives **OR**
- Failure of an adequate trial of one day each of two preferred anti-migraine "triptan" alternatives. **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for non-migraine medical use(**DHE-45, Migranal only**)

**Special Notes:**

According to the manufactures, these anti-migraine agents are not intended for the prophylactic therapy of migraine or for use in the management of hemiplegic or basilar migraine. Safety and effectiveness of these agents have not been established for cluster headache, which is present in an older, predominantly male population.

Ergot-containing drugs have been reported to cause prolonged vasospastic reactions. Because there is a theoretical basis that these effects may be additive, use of ergotamine-containing or ergot-type medications (like dihydroergotamine or methysergide) and any of these anti-migraine agents within 24 hours is contraindicated. Because their vasospastic effects may be additive, coadministration of more than one of these anti-migraine agents (5-HT1 agonists) within 24 hours of each other is not recommended.

**Place of Service:**

Outpatient

**The above policy is based on the following references:**

1. Anon. Drugs for migraine. *Med Lett* 1995; 37: 17-20.
2. Ferrari MD. Migraine. *Lancet* 1998; 351: 1043-1051.
3. Dahlof C, Winter P, Whitehouse H, and Hassani H. Randomized, double-blind placebo-controlled comparison of oral naratriptan and oral sumatriptan in the acute treatment of migraine [abstract]. *Neurology* 1997 48:A85.
4. Klassen A, Elkind A, Asghamejad M, et al Naratriptan is effective and well tolerated in the acute treatment of migraine: Results of a double-blind, placebo-controlled, crossover study. *Headache* 1997;37(10):640-5.
5. Mathew NT, Asgharnejad M, Peykamian M, et al. Naratriptan is effective and well tolerated in the acute treatment of migraine: Results of a double-blind, placebo-controlled, crossover study. *Neurology* 1997;49: 1485-90.
6. Bomhof M, Paz J, Legg N, et al. Comparison of rizatriptan 10 mg vs. naratriptan 2.5 mg in migraine. *Neurology* 1999;423:173-9.
7. Lipton RB. Methodologic issues in acute migraine clinical trials. *Neurology* 2000;55(Suppl 2):S1-7.
8. Goadsby PJ and Hargreaves RJ. Mechanisms of action of serotonin 5HT $_{1B/1D}$ agonists: Insights into migraine pathophysiology using rizatriptan. *Neurology* 2000;55(Suppl 2):S8-14.
9. Silberstein SD, Goadsby PJ, and Lipton RB. Management of migraine: An algorithmic approach. *Neurology* 2000;55(Suppl 2):S46-52.

10. 5-HT Agonist comparisons. Clinical. *BMMA*. 1999;3(2):89.
11. Jamieson DG. The safety of triptans in the treatment of patients with migraine. *Am J Med*. 2002;112:135-40.
12. Jhee SS, Shiovitz T, Crawford AW, Cutler NR. Pharmacokinetics and pharmacodynamics of the triptan antimigraine agents. *Clin Pharmacokinet* 2001;40:189-205.
13. Tepper SJ. Safety and rational use of the triptans. *Med Clin North Am*. 2001;85:959-70.
14. Salonen R. Drug comparisons: why are they so difficult? *Cephalalgia*. 2000;29(Suppl 2):25-32.
15. Rapoport AM, Tepper SJ. All triptans are not the same. *J Headache Pain.* 2001;2:S87-S92.
16. Marcus DA. Establishing a standard of speed for assessing the efficacy of the serotonin $_{1B/1D}$ agonists (triptans). *Arch Neurol*. 2001;58:1056-8.
17. Ferrari MD, Roon KI, Lipton RB, Goadsby PJ. Oral triptans (serotonin 5-HT $_{1B/1D}$ agonists) in acute migraine treatment: a meta-analysis of 53 trials. *Lancet* 2001;358:1668-75.
18. Ryan Jr RE. Patient treatment preferences and the 5-HT $_{1B/1D}$ agonists. *Arch Intern Med*. 2001;161:2545-53.
19. Pascual J. Clinical benefits of early triptan therapy for migraine. *Headache* 2002;42(Suppl 1):S10-7.
20. Goadsby PJ, Lipton RB, Ferrari MD. Migraine - Current understanding and treatment. *N Engl J Med.* 2002;346:257-70.
21. Pascual J, Falk RM, Piessens F, et al. Consistent efficacy and tolerability of almotriptan in the acute treatment of multiple migraine attacks: results of a large, randomized, double-blind, placebo-controlled study. *Cephalalgia* 2000;20:588-96.
22. Gras J, Cardelus I, Llenas J, Palacios JM. Cardiovascular safety profile of almotriptan, a new indolic derivative for the treatment of migraine. Eur J Pharmacol. 2000;410:53-9.
23. Goldstein J, Keywood, and Hutchison J. Low 24-hour migraine recurrence during treatment with frovatriptan. Presented at Ninth Congress of the International Headache Society, Barcelona, Spain. June 22-26, 1999.
24. Spierings ELH, Keywood C on behalf of the VML 251/96/08 investigators. Consistent migraine relief with frovatriptan, a novel 5-HT $_{1B/1D}$ agonists. Present at the Ninth Congress of the International Headache Society, Barcelona, Spain. June 22-26, 1999.
25. Elkind A, McDaris HL, Satin L, Keywood C. The cardiovascular safety of frovatriptan in patients at high risk of or with known coronary artery disease during a migraine attack. Presented at the Ninth Congress of the International Headache Society, Barcelona, Spain. June 22-26, 1999.
26. Easthope SE and Goa KL. Frovatriptan. *CNS Drugs* 2001:15(12);969-76.
27. Dodick DW. Oral almotriptan in the treatment of migraine: Safety and tolerability. *Headache* 2001;41:449-55.
28. Visser WH et al. Rizatriptan vs sumatriptan in the acute treatment of migraine. A placebo-controlled, dose-ranging study. *Arch Neurol* 1996; 53: 1132-1137.
29. Gijsman H et al. Double-blind, placebo-controlled, dose-finding study of rizatriptan (MK-462) in the acute treatment of migraine. *Cephalalgia* 1997; 17: 647-651.
30. Santanello NC et al. Improvement in migraine-specific quality of life in a clinical trial of rizatriptan. *Cephalalgia* 1997; 17: 867-872.
31. Teall J et al. Rizatriptan (Maxalt) for the acute treatment of migraine and migraine recurrence. A placebo-controlled, outpatient study. *Headache* 1998; 38: 281-287.
32. Dahlof CGH, Rapoport AM, Sheftell FD, and Lines CR. Rizatriptan in the treatment of migraine. *Clin Ther* 1999;21(11):1823-36.
33. Pascual J, Vega P, Diener HC, et al. Comparison of rizatriptan 10 mg vs. zolmitriptan 2.5 mg in the acute treatment of migaine. *Cephalalgia* 2000;20:455-61.
34. Bomhof M, Paz J, Legg N, et al. Comparison of rizatriptan 10 mg vs. naratriptan 2.5 mg in migraine. *Neurology* 1999;423:173-9.
35. Goldstein J, Ryan R, Jiang K, et al. Crossover comparison of rizatriptan 5 mg and 10 mg versus sumatriptan 25 mg and 50 mg in migraine. *Headache* 1998;38:737-47.
36. Tfelt-Hansen P, Teall J, Rodriguez F, et al. Oral rizatriptan versus oral sumatriptan: A direct comparative study in the acute treatment of migraine. *Headache* 1998;38:748-55.
37. Saper JR. The use of rizatriptan in the treatment of acute, multiple migraine attacks. *Neurology* 2000;55(Suppl 2):S15-8.
38. Silberstein SD. Rizatriptan versus usual care in long-term treatment of migraine. *Neurology* 2000;55(Suppl 2):S25-8.
39. Hargreaves RJ. Pharmacology and potential mechanisms of action of rizatriptan. *Cephalalgia* 2000;20(Suppl 1): 2-9.

40. Sakai F. Safety and tolerability of rizatriptan. *Cephalalgia* 2000;29(Suppl 1):16-8.
41. Adelman JU, Lipton RB, Ferrari MD, et al. Comparison of rizatriptan and other triptans on stringent measures of efficacy. *Neurology*. 2001;57(8):1377-83.
42. Anon. Zolmitriptan for migraine. *Med Lett* 1998; 40: 27-28.
43. Ferrari MD. The clinical effectiveness of 311C90 in the acute treatment of migraine. *Eur Neurol* 1996; 36(Suppl 2): 4-7.
44. Thomsen LL et al. 311C90 (zolmitriptan), a novel centrally and peripheral acting oral 5-hydroxytryptamine-1D agonist: A comparison of its absorption during a migraine attack and in a migraine-free period. *Cephalalgia* 1996; 16: 270-275.
45. The International 311C90 Long-term Study Group. The long-term tolerability and efficacy of oral zolmitriptan (Zomig, 311C90) in the acute treatment of migraine. An international study. *Headache*. 1998;38:173-83.
46. Tepper SJ, Donnan GA, Dowson AJ, et al. A long-term study to maximize migraine relief with zolmitriptan. *Curr Med Res Opin*. 1999;15:254-71.
47. Gallagher RM, Dennish G, Spierings ELH, Chitra R. A comparative trial of zolmitriptan and sumatriptan for the acute oral treatment of migraine. *Headache* 2000;40:119-28.
48. Ryan RE, Diamond S, Rose AM, et al. Efficacy of zolmitriptan at early time-points for the acute treatment of migraine and treatment of recurrence. *CNS Drugs*. 2000;13:215-26.
49. Palmer KJ, Spencer CM. Zolmitriptan. *CNS Drugs* 1997;7:468-78.
50. Dowson A, MacGregor A, Brandes J, Eikermann A. Zolmitriptan orally disintegrating tablets provide effective, convenient migraine relief. Presented at the Tenth Congress of the International Headache Society, New York, NY. June 29-July 2, 2001.
51. Yates R, Nairn K, Dixon R, Kemp V, Dane AL. Pharmacokinetics, dose proportionality, and tolerability of single and repeat doses of a nasal spray formulation of zolmitriptan in health volunteers. *J Clin Pharmacol* 2002;42:1244-1250.
52. Syrett N, Abu-Shakra S, Yates R. Zolmitriptan nasal spray: advances in migraine treatment. *Neurology* 2003;61(S4):S27-30.
53. Yates R, Narin K, Dixon R, Seaber E. Preliminary studies of the pharmacokinetics and tolerability of zolmitriptan nasal spray in heath volunteers. *J Clin Pharmacol* 2002l;42:1237-43.
54. Charlesworth BR, Dowson AJ, Purdy A, Becker WJ, Boes-Hansen S, Farkkila M. Speed of onset and efficacy of zolmitriptan nasal spray in the acute treatment of migraine. *CNS Drugs* 2003;17(9):653-667
55. Mathew NT, Schoenen J, Winner P, et al. Comparative efficacy of eletriptan 40 mg versus sumatriptan 100 mg. *Headache*. 2003;43:214-22.
56. Sandrini G, Farkkila M, Burgess G, et al. Eletriptan vs sumatriptan. A double-blind, placebo-controlled, multiple migraine attack study. *Neurology*. 2002;59:1210-7.
57. Rapoport AM & Sheftell FD. Intranasal medications for the treatment of migraine and cluster headache. *CNS Drugs* 1997; 7: 37-46.
58. Wilkinson M et al. Migraine and cluster headache: Their management with sumatriptan: A critical review of the current clinical experience. *Cephalalgia* 1995; 15: 337-357.
59. Winner P et al. A double-blind study of subcutaneous dihydroergotamine vs subcutaneous sumatriptan in the treatment of acute migraine. *Arch Neurol* 1996; 53: 180-184.
60. Cady RC et al. Sumatriptan injection reduces productivity loss during a migraine attack. *Arch Intern Med* 1998; 158: 1013-1018.
61. Cutler N et al. Oral sumatriptan for the acute treatment of migraine: Evaluation of three dosage strengths. *Neurology* 1995; 45(suppl 7): S5-S9.
62. Sargent J et al. Oral sumatriptan is effective and well tolerated for the acute treatment of migraine: Results of a multicenter study. *Neurology* 1995 45(suppl 7): S10-S14.
63. Rederich G et al. Oral sumatriptan for the long-term treatment of migraine: Clinical findings. *Neurology* 1995; 45(suppl 7): S15-S20.
64. Diamond S et al. Multiple-attack efficacy and tolerability of sumatriptan nasal spray in the treatment of migraine. *Arch Fam Med* 1998; 7: 234-240.
65. Perry CM & Markham A. Sumatriptan: An updated review of its use in migraine. *Drugs* 1998; 55(6): 889-922.
66. Carpay HA, Matthijsse P, Steinbuch M, et al. Oral and subcutaneous sumatriptan in the acute treatment of migraine: an open randomized cross-over study. *Cephalalgia.* 1997;17(5):591-5.
67. Gruffydd-Jones K, Hood CA, Price DB. A within-patient comparison of subcutaneous and oral sumatriptan in the acute treatment of migraine in general practice. *Cephalalgia*. 1997;17(1):31-6.

68. Pfaffenrath V, Cunin G, Sjonell G, Prendergast S. Efficacy and safety of sumatriptan tablets (25 mg, 50 mg, and 100 mg) in the acute treatment of migraine: defining the optimum doses of oral sumatriptan. *Headache*. 1998;38(3):184-90.
69. Pini LA, Sternieri E, Fabbri L, Zerbini O, Bamfi F, for The Oral Sumatriptan Italian Study Group. High efficacy and low frequency of headache recurrence after oral sumatriptan. *J Int Med. Res* 1995;23(2):96-105.
70. Lipon RB, Stewart WF, Cady R, et al. Sumatriptan for the range of headaches in migraine sufferers: results of the spectrum study. *Headache* 2000;40:1-9
71. Cady RK, Sheftell F, Lipton RB, et al. Effect of early intervention with sumatriptan on migraine pain: Retrospective analyses of data from three clinical trials. *Clin Ther*. 2000;22:1035-48.
72. Hershey AD, Powers SW, LeCates S, Bentti AL. Effectiveness of nasal sumatriptan in 5- to 12-year-old children. *Headache.* 2001;41(7):693-7.
73. Linder SL, Winner P. Pediatric headache. *Med Clin North Am*. 2001;84(4):1037-53.
74. Olin BR, editor. *Drugs Facts and Comparisons* (electronic online version). St. Louis: J.B. Lippincott Company, 2006.
75. *USPDI Drug Information for the HealthCare Professional* (online through Stat!Ref). Thomson MICROMEDEX, Greenwood Village, Colorado; 2006.
76. McEvoy GK, editor. *AHFS Drug Information* (online through Stat!Ref). American Society of Health-Systems Pharmacists, Bethesda, Maryland; 2006.
77. Amerge Product Information. GlaxoWellcome, Research Triangle Park, NC. May 2003.
78. Axert Product Information. Pharmacia & Upjohn. May 2003.
79. Frova Product Information. Elan, San Diego, CA, 2002.
80. Imitrex Nasal Spray Product Information. GlaxoWellcome, Research Triangle Park, NC. June 2001.
81. Imitrex Injection Product Information. GlaxoWellcome, Research Triangle Park, NC. March 2001.
82. Imitrex tablets Product Information. GlaxoWellcome, Research Triangle Park, NC. June 2001.
83. Maxalt Product Information. Merck, West Point, PA. October 2001.
84. Relpax Package Information. Pfizer. New York, New York. September 2003.
85. Zomig Product Insert. AstraZeneca, Wilmington, DE, July 2003.
86. Report of the Quality Standards Subcommittee of the American Academy of Neurology. Practice parameter: Appropriate use of ergotamine tartrate and dihydroergotamine in the treatment of migraine and status migrainosus. *Neurology* 1995; 45: 585-587.
87. Winner P et al. A double-blind study of subcutaneous dihydroergotamine vs subcutaneous sumatriptan in the treatment of acute migraine. *Arch Neurol* 1996; 53: 180-184

Copyright Aetna Inc. All rights reserved. Pharmacy Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

February 26, 2007

Email this Page    Print this Page