# EXHIBIT 4

## Drug Monograph

Drug: Gabapentin (Neurontin®) Removal of restrictions
Manufacturer: Parke Davis
P&T Review Date (SCPMG): September 1999

*Executive Summary Formulary Considerations*

| | Reference (R) Or Evidence (E) Number |
|---|---|
| **BACKGROUND**<br>• The SCPMG Regional Internal Medicine Committee has requested to expand the prescribing restrictions for gabapentin to include primary care physicians for the treatment of post-herpetic and diabetic neuralgias in consultation with neurology, and the SCPMG Chiefs of Family Practice have requested to allow primary care physicians to prescribe gabapentin with guidelines.<br>• In September 1994, the Regional P&T Committee voted to accept gabapentin (GBP) to the Formulary restricted for use by or in consultation with an SCPMG Neurologist. In September 1997 the Regional P&T Committee expanded the restrictions to include prescribing by SCPMG pain clinic physicians for the treatment of Reflex Sympathetic Dystrophy (RSD). **XXX** In June 1999, the restrictions were further expanded to include prescribing by psychiatrists for the treatment of bipolar affective disorder. | |
| • Gabapentin is structurally related to gamma-aminobutyric acid. The exact mechanism by which gabapentin exerts its anticonvulsant and analgesic actions is not known. Its effects in relieving post-herpetic neuralgia pain may be due to its inhibition of N-methyl-D-Aspartate (NMDA), as postherpetic pain may be caused by a NMDA-mediated "excitotoxic insult" to the dorsal spinal cord. Gabapentin is currently FDA approved for the adjunctive treatment of partial seizures with and without secondary generalization in adults (>12 years) with epilepsy. Gabapentin has been used in various pain syndromes including pain secondary to radiation myelopathy, reflex sympathetic dystrophy (RDS), migraine prophylaxis, trigeminal neuralgia, AIDS-related sensory polyneuropathy, and post-surgical neuropathic pain. The manufacturer currently has no plans to pursue an FDA approved indication for the treatment of pain, including neuropathies. | R1, R2, S3, S4, R5, R8 |
| • Current agents on the Formulary used to treat the pain of neuropathies (off-label) include tricyclic antidepressants (TCAs), narcotic analgesic agents, AEDs, such as carbamazepine, phenytoin, valproic acid and lamotrigine, nicardipine , and combinations of tricyclic agents with other medications. Topical agents include capsaicin (Zostrix® - OTC), lidocaine 2.5%/prilocaine 2.5% (EMLA® cream (off-label), and Lidoderm®, a 5% lidocaine patch (non-formulary) approved for the treatment of post-herpetic neuralgia pain. | |
| **POTENTIAL ADVANTAGES**<br>• Gabapentin has a relatively benign side effect profile. It is not associated with serious hematologic or hepatic effects, does not have a narrow therapeutic index and does not require routine serum concentration or blood monitoring. Side effects of somnolence and dizziness are dose related (from 1800 mg to 3600 mg), and are less severe than with phenytoin and carbamazepine. | R3, S3 |
| • It is not metabolized by the liver and does not bind to plasma proteins. It does not interfere with the metabolism of commonly coadminstered antiepileptic drugs (AEDs). | R3, R4 |
| • Gabapentin would offer another treatment modality for neuropathies unresponsive to TCAs and/or opioid analgesic agents. | |
| **POTENTIAL DISADVANTAGES**<br>• The use of gabapentin as an adjunctive or first-line antiepileptic drug for the treatment of bipolar disorder would result in a potentially significant cost impact. (See "Estimated Cost Impact/Pharmacoeconomics").**XXXXXX**<br>• As the manufacturer does not intend to seek FDA approval for the use of gabapentin in the treatment | |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org .gbpmono3/drk/2.99

EXHIBIT Kaiser 7 7/12/07

KAIS-004629
CONFIDENTIAL

of pain or neuropathies, it would seem unlikely that further large randomized clinical drug trials to study the efficacy and safety of gabapentin for this indication would be forthcoming.

## CLINICAL TRIAL ANALYSIS

- There have been no studies directly comparing gabapentin with TCAs in the treatment of neuropathies. Available studies of gabapentin in the treatment of neuropathies do not evaluate long term use.  [S1]
- The efficacy and safety of gabapentin for the treatment of <u>postherpetic neuralgia</u> has been studied in one randomized, double-blind, placebo-controlled trial in 229 patients, in which 83% of patients taking GBP received ≥ 2400 mg/day. GBP treatment resulted in significant decreases in baseline pain scores, usually by week 2 of treatment. There was a potential of bias from unintentional unblinding resulting from secondary dose titrations according to side effects. The most frequent adverse events reported by GBP-treated patients were somnolence, dizziness, ataxia, peripheral edema and infection. The study did not analyze for effects of concomitant medications, which included TCAs and opioids.  [S2, S3, S4, S5]
- There were several case reports and one retrospective chart review describing pain relief by GBP treatment in acute and postherpetic neuralgias, as well as other neuropathic pain states. Effective doses of GBP ranged from 500 mg to 2400 mg daily in these reports. The retrospective chart review of 97 patients with various neuropathies demonstrated a possible blunting effect of concomitant opioid therapy on the pain relief scores obtained with GBP therapy.  [S2, S3, S4, S5]
- The efficacy and safety of GBP for the treatment of <u>diabetic peripheral neuropathy</u> was studied in two randomized, double-blind, placebo-controlled trials involving at total of 205 patients. In the first study (S6), in which 67% of GBP-treated patients received 3600 mg/day, GBP demonstrated significant pain relief, usually by week 2. There was a potential of bias from unintentional unblinding resulting from secondary dose titrations according to side effects. The second study crossover trial (S7) failed to demonstrate significant pain relief in three of the four efficacy measures at a GBP dose of 900 mg/day, a dose which may have been too low. An inadequate washout period between treatments may also have contributed to the similar results found for GBP and placebo. Again, the most common side effects reported in GBP pts included dizziness, somnolence and ataxia. Neither study utilized quantitative measures to characterize the types of neuropathies.  [S6, S7]
- A retrospective chart review of GBP treatment of neuropathic pain, including diabetic and postherpetic neuropathies revealed that pts with diabetic neuropathy (n=12) had a 19% decrease in pain scores (PHN pts had a 53% decline in pain scores). The median GBP dose in this review was 1200 mg/day.  [S2]
- Concomitant analgesics were taken in all studies and case reports, but the diabetic neuropathy studies (S6, S7) excluded TCAs, or other medications that could specifically affect symptoms of neuropathy.

## PROJECTED ROLE IN THERAPY
- Gabapentin could be used in patients who have failed or are unable to tolerate other treatment modalities.

## COST

| DRUG | DOSE | COST/MONTH | COST/YEAR |
|---|---|---|---|
| Gabapentin (Neurontin®) | 900 mg – 1800 mg/day* | $80 - $158 | $965 - $1930 |
|  | 2400 mg – 3600 mg/day | $190 - $285 | $2300 - $3450 |
| Carbamazepine | 200 mg – 1200 mg/day | $2 - $14 | $30 - $165 |
| Amitriptyline | 25 mg – 100 mg/day | $0.30 - $0.60 | $4 - $7 |
| Capsaicin Cream 0.075% | Topical TID - QID | Cost/ 60 gm tube $4.25 | |
| Lidocaine 5% patch (Lidoderm®) | one to three patches daily | product and price not available yet | |

## ESTIMATED COST IMPACT/PHARMACOECONOMICS
- 
- 
- 

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org ,gbpmono3/drk/2.99

KAIS-004630
CONFIDENTIAL

| FORMULARY RECOMMENDATIONS | |
|---|---|
| SCPMG Chiefs of Psychiatry: | |
| SCPMG Chiefs of Neurology | |
| SCPMG Chiefs of Anesthesiology: | |
| SCPMG Chiefs of Family Practice: | |
| SCPMG Regional Internal Medicine Committee: | |
| Drug Information/Professional Services Formulary Recommendation: Remove prescribing restrictions. Add guidelines for use in the treatment of neuropathy. | |
| TPMG Formulary Status: Formulary | |
| SCPMG Formulary Status: Formulary, restricted to prescribing by SCPMG pain clinic physicians, neurologists and psychiatrists.. | |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org .gbpmono3/drk/2.99

KAIS-004631
CONFIDENTIAL

Gabapentin in the treatment of postherpetic (PHN) and painful diabetic neuropathy (DPN); GBP = gabapentin, TCA = tricyclic antidepressant, SSRI = serotonin reuptake inhibitor

| Study | Design | Patients, dosing regimens | Results | Comments |
|---|---|---|---|---|
| S1 | • Postherpetic neuralgia (PHN)<br>• Randomized, double-blind, placebo-controlled, parallel design, 8 week, multicenter. | • Gabapentin, n = 113<br>Initial dose 300 mg/day, increased over next 4 weeks in step-up manner (900, 1800, 1400, and 3600 mg/day in three divided doses).<br>Reduction of dose allowed for adverse effects.<br>• Placebo, n = 116.<br>• Concomitant TCAs and/or narcotics allowed if therapy was stabilized prior to the study and remained constant during study.<br>• Patients<br>Age 39 - 90 years (average 73)<br>Pain present for > 3 months after healing of herpes zoster rash.<br>No significant differences in sex, age, race between treatment groups. | • 79% of GBP patients and 82% placebo patients completed the study (p=0.62)<br>• 65% of GBP pts received 3600 mg, 83% received at least 2400 mg/day.<br>• GBP pts demonstrated a statistically significant decrease (-2.1) in average daily pain score from baseline to endpoint on Likert 11 point scale vs. placebo treated pts (-0.5), (p<0.001).<br>• The reduction in daily pain score was established at week 2 and further reduced at week 4. The level of pain reduction achieved at week 4 was maintained at week 8.<br>• GBP pts demonstrated significant improvements in secondary efficacy measures of total pain, daily sleep rating, and subject- and investigator-rated Clinical Global Impression of Change, and quality of life, and mood profiles. | • 13.3% GBP pts vs. 9.5% placebo pts dropped out due to adverse events.<br>• The most frequently reported ADRs-reported in GBP pts, which occurred at a higher incidence than in placebo pts, included somnolence, dizziness, ataxia, peripheral edema and infection.<br>• The most frequently reported ADR in placebo pts was pain (10.3% vs. 4.4% in GBP pts).<br>• The efficacy and safety evaluations were not analyzed for effects of concomitant medications. Of GBP-treated pts, 13% continued on TCAs and 19% on opioids. Of placebo-treated pts, 11% continued on TCAs and 27% on opioids.<br>• As doses were titrated according to side effects after the initial 4 week titration phase, there is a potential bias from unintentional unblinding. (R7) |
| S3 | • Acute herpetic (AHN) and postherpetic neuralgias (PHN)<br>• Case reports | • AHN (n=2)<br>1) 65 year old man with herpes zoster of the left neck and shoulder, treated previously with only acyclovir. GBP titrated to 300mg TID<br>2) 40 year old woman undergoing chemotherapy for non-Hodgkin's lymphoma with painful vesicles in C2-C4 dermatomes, treated with previously with acyclovir, amitriptyline 20 mg (ineffective), propoxyphene and fentanyl. Current meds: morphine sulfate CR 30 mg TID, oxycodone 5 mg q2-3 hours prn. GBP 300 mg TID for two weeks, increased to 300mg six times daily.<br>• PHN (n=3)<br>3) 79 year old woman with PHN of ophthalmic division of the right trigeminal nerve of 4 years, given amitriptyline 10 mg HS and GBP titrated | Numerically Anchored Pain Intensity Scale (NAPIS)<br>1) Presenting NAPIS 9, final NAPIS 0. Remained pain free for nine months<br><br>2) Presenting NAPIS 2, Final NAPIS 0<br>After increase of GBP to 1800 mg/day, pt reported a decrease in daily oxycodone use. Although she continued to report 0-2/10 pain scores for 4 months.<br><br>3) Presenting LAPIS 8, final LAPIS 0<br>Pt improved one week after dose increased (week 3) and remained pain free for > six months on GBP. | • Authors recommend initiating GBP dose at 100 mg daily, then increasing to 100 mg TID over three days. Subsequent titration to maximum pain relief is infrequently associated with the development of side effects in their experience.<br>• As these are case reports, causal relationships between treatment with GBP and pain relief cannot be established. |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org /gbpmono3/dr/2/99

KAIS-004632
CONFIDENTIAL

| Study | Design | Patients, dosing regimens | Results | Comments |
|---|---|---|---|---|
| | | to 200 mg TID and 300 mg HS at week 2. 4) 75 year old woman complaint of pain in left periorbital region for six months, which occurred after resolution of herpes zoster treated with acyclovir. GBP titrated to 100 mg TID over 3 days, then titrated up to 200 mg TID. 5) 68 year old man with complaint of pain in the C2 dermatome 5 months after acyclovir treated herpes zoster. Pt was taking ibuprofen, acetaminophen and amitriptyline 10 mg HS. GBP was titrated to 300mg QID over 2 weeks. | 4) Presenting LAPIS 6, final LAPIS 0 Pt was pain free 2 weeks after final dose increase (week 2/3) and reported 1/10 pain scores for > ten months on GBP. 5) Presenting LAPIS 5, final LAPIS 0 Pt was pain free 3 weeks after final dose increase (Week 5) with no complaints of side effects. Pt remained pain free for > 18 months. | |
| S4 | • Postherpectic neuralgia (PHN) • Case report | • N = 1 • 77 year old woman, 3 months post herpetic infection of rt T4 dermatome with severe burning PHN. Previously treated with oral, IV and epidural narcotic analgesics, epidural bupivacine, desipramine, mexiletene phenytoin, topical capsaicin and EMA cream with no relief. • Treatments were associated with sedation and subsequent fall with laceration and subdural hematoma, vomiting, urinary retention and hyponatremia. • GBP was initiated at 300 mg TID. | • On day 3 of GBP treatment, pt noted a pain decrease from 8/10 to 4/10. By day 5, pain had decreased to 1/10, and remained at that level one month later. | |
| S5 | • Intractable neuropathic pain states • Case series | • N = 4 1) 78 year old woman with long history of facial deafferentation neuropathy. Current treatment: doxepin 300 mg/day, oxycodone 20 mg/day and clonazapam 1.5 mg/day. GBP added at 200 mg/day and increased to 500 mg/day in divided dose over next 4 weeks. 2) 50 year old woman with 3 year sciatic pain in both legs after herniation of L3-4 and L4-5 disks, which developed into complaints of burning pain. Treatment of nortriptyline 50 mg/day, morphine SR 90 | 1) After 6 weeks of therapy, pt reported good pain relief, allowing for the taper and eventual discontinuation of the oxycodone. At six months, patient continued to report good pain relief on GBP, clonazepam and doxepin. 2) Two weeks after starting GBP, pt reported pain relief, which continued for 4 months on morphine SR and nortriptyline. | |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org/gbpmono3/drk/2.99

KAIS-004633
CONFIDENTIAL

| Study | Design | Patients, dosing regimens | Results | Comments |
|---|---|---|---|---|
| | | mg/day and epidural injections were ineffective. GBP was added at 100 mg TID and increased to 900 mg/day in divided doses over 2 weeks.<br>3) 82 year old man with 10 year PHN. GBP 100 mg HS was added to current transdermal fentanyl 25 mcg/hour and was increased to 100 mg TID over 1 month.<br>4) 38 year old HIV-positive man with lower-extremity HIV-related neuropathy, currently poorly controlled with amitriptyline 25mg HS, oxycodone 5 mg QID and clonazepam 0.5 mg TID. GBP was started at 100 mg TID. | 3) After one month, pt described decreased burning pain and minimal sedating side effects. Pt continued to use transdermal fentanyl and GBP at 3 months with better pain control and fewer side effects than with prevous regimens.<br>4) After 2 weeks, he reported relief of burning pain equivalent to that with clonazepam 1 mg BID (which had caused excessive sedation). The pain relief continued at 1 and 2 months with no dysequilibrium or sedation, and the oxycodone was discontinued. | 3) Doses above 300 mg/day caused dysequilibrium. |
| S6 | • Diabetic peripheral neuropathy<br>• Randomized, double-blind, placebo-controlled, 8 week trial | Initial dose 900 mg/day increased over next 4 weeks in step-wise manner (1800, 2400, and 3600 mg/day in three divided doses.<br>Reduction of one dose step allowed for adverse effects.<br>• Placebo, n = 81<br>• Concomitant acetaminophen, asiprin (325 mg/day), SSRIs stabilized for 30 days prior to study were allowed.<br>• Medications dosages for diabetic control were to remain stable during the study.<br>• Patients<br>Pain present for 1 to 5 years, diagnosis of type 1 or 2 diabetes.<br>Mean age both groups 53.0 years<br>Demographics, baseline characteristics and pain scores were similar between treatment groups.<br>• GBP, n = 84 | • 83% of GBP patients and 80% of placebo patients completed the study.<br>• 67% GBP patients received 3600 mg/day.<br>• At endpoint, GBP pts demonstrated statistically significant decreases in mean pain scores (Likert 11-point scale). This difference was evident from week2 through week 8 (p<.05).<br>• GBP-treated pts demonstrated significant improvements in secondary measures of total pain, meal sleep interference, patient and investigator-rated Clinical Global Impression of Change, quality of life, and mood profiles. | • 8% GBP pts vs.5% placebo pts dropped out due to adverse events.<br>• The most frequently reported ADRs reported in GBP pts, which occurred at a higher incidence than in placebo pts included dizziness (24% vs. 5%), somnolence (23% vs. 6%), headache (11% vs. 4%), diarrhea (11% vs. 9%), confusion (8% vs. 1%), and nausea (8% vs. 5%).<br>• The authors noted that since efficacy was achieved prior to completion of the dose titration phase, dose titration according to therapeutic response may reduce the incidence of dizziness and somnolence.<br>• Diagnosis of diabetic neuropathy was made by only clinical examinations without use of nerve electrophysiology studies, would may have suggested other causes of neuropathy, such as nerve compression or multiple radiculopathies.(R6)<br>• Baseline and endpoint evaluations of small- and large-nerve function would have provided evidence of the lack of |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org .gbpmono3/drk/2/99

KAIS-004634
CONFIDENTIAL

| Study | Design | Patients; dosing regimens | Results | Comments |
|---|---|---|---|---|
| | | | | deterioration in nerve function, as GBP has been reported to possibly cause neuropathy.(R6)<br>• Comparative information regarding final dosages in the two treatment groups was not presented. As doses were titrated according to side effects after the initial 4 week titration phase, there is a potential bias from unblinding.(R7) |
| S7 | • Diabetic neuropathy<br>• Randomized, double-blind, placebo controlled, crossover trial. 6 weeks | • GBP (n = 19)<br>Initial dose 300 mg/day, increased by 300mg q3days to 900 mg/day.<br>• Placebo (n = 21)<br>• Concomitant stable doses of NSAIDs or narcotic analgesics were permitted.<br>• Patients<br>Average age: 62 years (43 – 82)<br>Diabetes for ≥6 months on stable dosage of insulin or oral diabetic agents with distal symmetric sensorimotor neuropathy and daily moderately severe neuropathic pain in acral extremeties> 3months. | • There was a statistically significant mean reduction in McGill pain questionnaire (MPQ) scores for GBP vs. placebo (p= .03).<br>• The mean change for GBP patients in the visual analogue pain scale (VAS), present pain intensity (PPI) scale and patient's global assessment of pain relief were not significantly different from placebo. | • There were significantly more adverse events with GPB (12 pts) vs. placebo (4 pts) (p<.001). All adverse effects resolved promptly upon drug discontinuation.<br>• The most common side effects of GBP were drowsiness, fatigue and imbalance.<br>• The GBP dosage many have been too low in this population.<br>• The 3 week washout period between treatments was inadequate, in that MPQ and VAS scores did not return to baseline in patients receiving GBP in phase I. Significant improvement in the VAS scale may have been detected in a parallel group, rather than a crossover, study design.<br>• Quantitative measures were not used to characterize the types of neuropathy. |
| S2 | • Neuropathic pain (postherpetic, diabetic, sympathetically mediated, phantom limb, others)<br>• Retrospective chart review from two sites | • N = 97<br>median age 50 years (12-79 years range) Patients prescribed GBP for pain relief for at least 30 days.<br>• GBP dose per individual clinician preferences. Standard practice was to rapidly increase to 1600 mg/day over 1 week, then increase to 2400 mg if beneficial effects were observed. Median dose of GBP was 1200 mg/day (660 – 2400 mg range). | • There was a significant decrease from baseline in self-reported visual analogue pain scores in pts with neuropathic pain treated with GBP (p<.0001).<br>• Pts with PHN (n=7) had a 53% decline in pain scores (p=.004).<br>• Pts with diabetic neuropathy (n=12) had a 19% decrease in pain scores (p<.03).<br>• There were statistically significant differences in pain scores between pts with and without concomitant opiate medications (p<.02):<br>No opiates: 36% decrease in pain scores (7.0 to 4.5) | • Reported side effects were consistent with those reported by nonchronic pain pts. Sedation, dizziness and gastrointestinal complaints were most common.<br>• Study was retrospective and uncontrolled.<br>• The authors suggest that opiates may decrease the efficacy of GBP by attenuating the release of GABA, decreasing calcium channel activity or |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org_gbpmono3/drk/2.99

KAIS-004635
CONFIDENTIAL

| Study | Design | Patients, dosing regimens | Results | Comments |
|---|---|---|---|---|
| | | • Concomitant analgesic medications included TCAs, SSRIs, and opioids. | Opiates: 19% decrease in pain scores (7.7 to 6.2).<br>• The concomitant use of TCAs did not change pt responses vs. pts taking SSRIs or no antidepressants. | directly antagonizing GABA effects postsynaptically. |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org, gbpmono3/drk/2.99

KAIS-004636
CONFIDENTIAL

References:

R1   Lamictal® Package Information, Parke-Davis, Morris Plains, NJ. February 1998.
R2   Personal communication. Monica Patel, Pharm.D., Parke-Davis, May 1999.
R3   Mc Elroy S, Soutullo C, Keck P, Kmetz G. A pilot trial of adjunctive gabapentin in the treatment of bipolar disorder. Annals of Clinical Psychiatry 1997;9(2):99-103.
R4   Schaffer C, Shaffer L. Gabapentin in the treatment of bipolar disorder [letter]. Am J Psychiatry 1997;154:291-292.
R5   Wetzel C. Connelly J. Use of gabapentin in pain management. Annals of Pharmacotherapy; 1997:31:1082-1083.
R6   Low P, Dotson R. Symptomatic treatment of painful neuropathy, editorial. JAMA 1998;280(21):1863-1864.
R7   Seidl J, Slawson J. Gabapentin for painful diabetic neuropathy. J Fam Pract 1999;48(3):173-174.
R8   Henahan S. Gabapentin: getting to grips with pain. Inpharma Weekly; 1999; 1172:13-14.

S1   Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L for the Gabapentin Postherpetic Neuralgis Study Group. Gabapentin for the treatment of postherpetic neuralgis. JAMA 1998;280(21): 1837-1842.
S2   Rosenberg J, Harrell C, Ristic H, Werner R, Rosayro M. The effect of gabapentin on neuropathic pain. Clin J Pain, 1997; 13(3): 251-255.
S3   Filadora V, Sist T, Lema M. Acute herpetic neuralgia and postherpetic neuralgia in the head and neck: response to gabapentin in five cases. Reg Anesth Pain Med 1999;24(2):170-174.
S4   Segal A, Rordorf G. Gabapentin as a novel treatment for postherpetic neuralgia. Neurology, 1996;46(4):1175-6.
S5   Rosner H, Rubin L, Kestenbaum A. Gabapentin adjunctive therapy in neuropathic pain states; case report. Clin J Pain 1996;12(1):56-8.
S6   Backonja M, Beydoun A, Edwards K, et.al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus; a randomized controlled trial. JAMA 1998; 280(21): 1831-1836.
S7   Gorson KC, Schott C, Herman R, Ropper A. Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. J Neurol Neurosurg Psychiatry 1999;66(2):251-252.

Prepared by:   Debbie R. Kubota, Pharm.D.
Date:          February 1999

Edited by:     Susan Nakahiro, Pharm.D.

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org .gbpmono3/drk/2.99

KAIS-004637
CONFIDENTIAL