# EXHIBIT 5



Robin Dea
06/04/2002 03:58 PM

To: Jon Zweig/CA/KAIPERM@KAIPERM
cc: Debbie R Kubota/CA/KAIPERM@KAIPERM, David Campen/CA/KAIPERM@KAIPERM, Henry Brodkin/CA/KAIPERM@KAIPERM
Subject: Re: gabapentin for bipolar disorder/anxiety disorders

I think we must be careful when being astounded that clinicians are using medications to augment the treatment for a very difficult and dangerous condition that frequently has death as the final outcome. These medications have not been in use for a long time for bipolar disorder, and that is why there is not a lot of strong evidence. But when all of the discussions about use at Psychiatric conferences acknowledge that the research is slim, but in clinical practice they work well to help keep people stable, it is little wonder that physicians use them. While I am now moving away from using gabapentin as an augmentation strategy for Lithium, the alternatives that are available, that do have some evidence to support them, are no less expensive. And, I still have a number of patients who's increased stability on gabapentin (with lithium) is without question.

When we first started using prozac for Obsessive-Compulsive Disorder, there were no studies supporting it specifically, but there was a lot of research on the use of the SSRI clomipramine in Europe, so people tried it. It worked wonders for many people. The evidence came later.

Robin
Jon Zweig

Jon Zweig
06/04/2002 02:42 PM

To: Debbie R Kubota/CA/KAIPERM@KAIPERM
cc: David Campen/CA/KAIPERM@KAIPERM, Robin Dea/CA/KAIPERM@KAIPERM, Henry Brodkin/CA/KAIPERM@KAIPERM
Subject: Re: gabapentin for bipolar disorder/anxiety disorders

Hi Debbie-
Thank you for sending me the searches. I am astounded that we are spending millions of dollars on medications which have such flimsy justifaction for use. These are almost all case reports and open, noncontrolled studies.

Would appreciate it if you could get the original articles for:

Pande 10776868 , EMBASE 2000256077
Pande PMID 10917408


Thanks!

Jon
From: Debbie R Kubota on 06/03/2002 04:40 PM

From: Debbie R Kubota on 06/03/2002 04:40 PM
To: Jon Zweig/CA/KAIPERM@KAIPERM
cc:
Subject: gabapentin for bipolar disorder/anxiety disorders

Dr. Zweig,

EXHIBIT
Kaiser 19
7/13/07 AK

KAIS-005840
CONFIDENTIAL

Enclosed are the monograph review of AEDs in bipolar disorders, which includes an evidence table for gabapentin and some abstracts I gleaned from two different searches, one in Medline and one in Embase. I did not include all abstracts pulled from the searches, just the ones that might be relevant.

If you let me know which articles you'd like ordered, I'll ask our librarian to order copies. (Some of these may take a while to get)

  
Clinical.doc   GBP_anxiety.doc   TPMGBTRIL_NC5.doc

Please contact me if you have any questions, and let me know which articles you'd like to order.
Thanks,

Debbie
8-345-4205

KAIS-005841
CONFIDENTIAL