# EXHIBIT 6





Print tips

### Examples

carbamazepine (Tegretol)
clonazepam (Klonopin)
gabapentin (Neurontin)
lamotrigine (Lamictal)
oxcarbazepine (Trileptal)
phenytoin (Dilantin)
pregabalin (Lyrica)
topiramate (Topamax)
valproic acid (Depakote)
zonisamide (Zonegran)

### How It Works

Experts do not know exactly how anticonvulsants work to reduce chronic pain. They may block the flow of pain signals from the central nervous system.

### Why It Is Used

Anticonvulsant drugs typically are used to control seizures in people who have epilepsy. These drugs may also be used to treat other painful conditions, such as postherpetic neuralgia.

### How Well It Works

Some anticonvulsant drugs may work better than others for certain conditions. For example, one small study showed lamotrigine to be effective in treating nerve-related pain related to some types of antiretroviral therapy in people with HIV.[1]

Carbamazepine is approved by the U.S. Food and Drug Administration (FDA) to treat chronic pain from trigeminal neuralgia (sudden facial pain).[2]

Pregabalin (Lyrica) is approved by the FDA to treat chronic pain from postherpetic neuralgia and diabetic neuropathy. Studies show that pregabalin reduces chronic pain in these conditions.[3]

People who took gabapentin for chronic pain said they felt one-third less pain while they were taking gabapentin. For example, if their pain had been a 9 on the pain scale, it was reduced to a 6 after taking gabapentin. Gabapentin provides relief in about 60% of people who have chronic pain caused by diabetic neuropathy.[4] It may also provide relief from other types of neuropathy (nerve-related) pain, such as pain caused by trigeminal neuralgia or multiple sclerosis, head and neck pain, phantom limb pain, and pain from spinal cord injuries.

Even though gabapentin and pregabalin are the only drugs that have been proven to help relieve some types of chronic pain, oxcarbazepine (Trileptal), lamotrigine (Lamictal), topiramate (Topamax), and zonisamide (Zonegran) may also be effective in reducing pain caused by diabetic neuropathy and postherpetic neuralgia.



EXHIBIT Kaiser 22  7/13/07 AR

**Side Effects**

Common but temporary side effects may include dizziness, drowsiness, and fatigue. Tell your doctor if you think you are having side effects, which may include:

- Headache.
- Confusion.
- Skin rash.
- Nausea, vomiting, loss of appetite, or abdominal pain.
- Weight gain or weight loss.
- Swollen feet.

Do not suddenly stop taking an anticonvulsant. Your health professional will slowly reduce the dosage of this medicine so that you won't develop withdrawal symptoms such as anxiety, nausea, pain, sweating, and insomnia.

Please see our drug encyclopedia for a full list of side effects.

**What To Think About**

Most anticonvulsants are not yet approved by the FDA for treating chronic pain. However, the FDA has approved gabapentin to treat postherpetic neuralgia. Gabapentin is also often used for other types of chronic pain.[4]

The FDA has also approved pregabalin to treat chronic pain from postherpetic neuralgia and diabetic neuropathy.[3]

Medicine will be started in low doses and then slowly increased until it effectively reduces your chronic pain.

Anticonvulsants are not safe for everyone. Be sure to tell your doctor about all medical conditions you have and other medicines you are taking to avoid side effects and complications.

Carbamazepine and lamotrigine may increase the chance of birth defects. If you are pregnant or thinking of getting pregnant, talk to your doctor before taking medicines.

**Complete the new medication information form (PDF)** (What is a PDF document?) to help you understand this medication.

**References**

**Citations**

1. Simpson DM, et al. (2003). Lamotrigine for HIV-associated painful sensory neuropathies. A placebo-controlled trial. Neurology, 60(9): 1508-1514.

2. Drugs for pain (2004). Treatment Guidelines From the Medical Letter, 2(23): 47-54.

3. Pregabalin (Lyrica) for neuropathic pain and epilepsy (2005). Medical Letter on Drugs and Therapeutics, 47(1217): 75-76.

4. Gabapentin (Neurontin) for chronic pain (2004). Medical Letter on Drugs and Therapeutics, 46(1180): 29-31.

**Credits**

| | |
|---|---|
| **Author** | Shannon Erstad, MBA/MPH |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman |

| | |
|---|---|
| **Primary Medical Reviewer** | Adam Husney, MD - Family Medicine |
| **Specialist Medical Reviewer** | Nancy Greenwald, MD - Physical Medicine and Rehabilitation |
| **Last Updated** | February 22, 2007 |

| Medical review | Author | Last updated |
|---|---|---|
| Adam Husney, MD - Family Medicine | Shannon Erstad, MBA/MPH | February 22, 2007 |

© 1995-2007, Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions. How this information was developed.

▲ Back to top

You can use your browser's "Print" button, or select "File" then "Print" from your browser menu, to print this message.

If you have trouble printing, please click somewhere on this page and try again. To go back to the regular view, click the "Close" button below.

© 2007 Kaiser Permanente

Close