# EXHIBIT 7



# DUAT

**KAISER PERMANENTE**
DRUG UTILIZATION
ACTION TEAM

*SUPPORTING*
*EVIDENCE-BASED DRUG USE*

# DUAT Videoconference on "Successful Practices"

Wednesday, March 12, 2003 12:30pm

## "Gabapentin (Neurontin®)
Anticonvulsant or Pain Medication"

Moderator: Richard A. Wagner, PharmD
Speakers: Gerald Frank, MD
Mitchell Danesh, MD
Christine Whitten, MD



PENGAD 800-631-6989
EXHIBIT
Kaiser 13
7/13/07 PBC

**CONFIDENTIAL**

KAIS-001095

# TCA vs. Gabapentin Utilization

## Gerald Frank, MD

### Chronic Pain Steering Group, TPMG

2

CONFIDENTIAL

KAIS-001096

# Health Care Costs 1990 vs. 2001

## Issues/Challenges



### 1990

Other 32%

Hospitals

Drugs 5%

Total Expend = $2.8 Billion
Drugs = $151 Million

Other 36%

Hospitals

Drugs 11%

Total Expend = $7 Billion
Drugs = $1.3 Billion

David Campen, MD

3

KAIS-001097



# General Motors Corp
## The Largest U.S. Healthcare Purchaser
### $4 Billion/Year*

Other services $3 Billion

Drugs $1 Billion

*source: NEWSWEEK, 2/26/01

4

CONFIDENTIAL

KAIS-001098

# Neurontin Promotion Tactics in the News

## Suit Says Company Promoted Drug in Exam Rooms
*New York Times May 15th, 2002*

...some physicians, in exchange for money, have allowed pharmaceutical sales representatives into their examining rooms to meet with patients, review medical charts and recommend what medicines to prescribe...

## Documents Show Effort to Promote Unproven Drug
*New York Times October 29,2002*

*Marketing executives a **Warner-Lambert** urged their superiors to let them promote the epilepsy drug Neurontin for an unapproved use rather than perform the clinical studies needed to prove the medicine was safe for such patients, according to a corporate memorandum unsealed on Friday in federal court.*

## Documents Show Ad Agency Helped Promote Neurontin
*Wall Street Journal November 8, 2002*

*A drug company now owned by **Pfizer** Inc., in an alleged effort to promote epilepsy drug Neurontin for unapproved uses, went so far as to hire a New York advertising agency to wage an all out marketing "war," according to documents that are part of a lawsuit*

5

CONFIDENTIAL

KAIS-001099

# Why are we concerned?

- Year 2001, NCal gabapentin expenditures ~$1 million/month

- What is gabapentin being used for?

- Alternatives?

- Is gabapentin use delivering the best health value to our members?

6

# TCA vs Gabapentin Cost/Year

| DRUG | DOSING | COST/YEAR |
|------|--------|-----------|
| Desipramine (Norpramin®) | 25-150 mg QD | $ 11 |
| Nortriptyline (Pamelor®) | 10-75 mg QHS | $ 11 |
| Amitriptyline (Elavil®) | 25-150 mg QD | $ 6 |
| **Gabapentin (Neurontin®)** | **600 mg TID** | **$2,040*** |

*200 % of Medicare drug benefit CAP (TPMG)

*100% of Medicare drug benefit CAP (SCPMG)

7

CONFIDENTIAL

KAIS-001101



Gabapentin Expenditures* per Year

*in $millions



New Gabapentin Patients for all Diagnoses Naïve and Not Naïve to TCA's - SCAL

55 to 75% naive

CONFIDENTIAL

KAIS-001103



# New Gabapentin Patients for all Diagnoses Naïve and Not Naïve to TCA's - NCAL

50 to 77% naive

CONFIDENTIAL

KAIS-001104

10



New Neuropathy & Fibromyalgia Gabapentin Rx
Naïve and Not Naïve to TCA's

29-45 % Naïve

CONFIDENTIAL

KAIS-001105

# Why are we concerned?

- Year 2001, NCal gabapentin expenditures ~$1 million/ month

- What is gabapentin being used for?

  – Over 95% of these rx's are for indications other than seizures

- Alternatives?

- Is gabapentin use delivering the best health value to our members?

12

CONFIDENTIAL

KAIS-001106

# Gabapentin Utilization

| Diagnosis | #Rxs | % of Total |
|---|---|---|
| DJD | 4,522 | 22% |
| Radiculopathy/spinal stenosis/sciatica pain | 3,202 | 16% |
| Spinal stenosis | 2,720 | 13% |
| DM neuropathy | 2,053 | 10% |
| anxiety/panic attacks/OCD | 1,745 | 9% |
| Neuropathy- inflam and toxic neuropathy | 1,660 | 8% |
| Trigeminal Neuralgia | 857 | 4% |
| Bipolar Affective Disorder | 777 | 4% |
| Migraine | 764 | 4% |
| Reflex sympathetic dystrophy | 710 | 3% |
| Herpes OA/ Post herpetic neuralgia | 374 | 2% |
| Anxiety - acute rxn to stress | 257 | 1% |
| Epilepsy/Partial seizures/Seizures | 208 | 1% |
| Essential Tremor | 206 | 1% |
| Fibromyalgia | 154 | 1% |
| Multiple Sclerosis Pain | 121 | 1% |
| Restless Leg Syndrome | 99 | 0% |
| | 20,429 | 100% |

13

CONFIDENTIAL

KAIS-001107

14

# Why are we concerned?

- Year 2001, NCal gabapentin expenditures ~$1 million/ month

- What is gabapentin being used for?

- Alternatives?

- Is gabapentin use delivering the best health value to our members?

CONFIDENTIAL

KAIS-001108

15

# Trigeminal Neuralgia

- **Carbamazepine is drug of choice**
- 60-80% efficacy rate
- Baclofen or TCA appropriate alternative
- Limited data for gabapentin

CONFIDENTIAL

KAIS-001109

# Post-herpetic neuralgia

- Lidocaine cream/gel for small, localized areas

- Use TCA for large, unresolved pa

- TCAs improve pain in 47 – 67% of PHN patients [1,2]

- Gabapentin – considered 3rd line
  - effective 43% of patients

1. Neurology 1982;32:671-3.
2. Neurology 1998;51:1166-71.

16

**CONFIDENTIAL**

**KAIS-001110**

17

# Neuropathic Pain

- TCA (i.e. nortriptyline) are drugs of choice
  – underutilized due to belief there are
  more side effects

- Gabapentin frequently used, false belief
  that it is more effective than TCA's

- DM peripheral neuropathy - tight glycemic
  control can relieve symptoms and slow
  progression

CONFIDENTIAL

KAIS-001111

# Efficacy of TCAs

- TCAs effective in relieving pain in ~55% – 74% of diabetic peripheral neuropathy cases

- 1 small cross-over study in DM pts found no difference in pain relief between amitriptyline and gabapentin[1]

1. Arch Intern Med 1999;159:1931–37.

18

CONFIDENTIAL

KAIS-001112

19

# Drug Selection

- Based on the clinical feature of pain

- Based on efficacy vs. side effects

- Concept of "No. Needed to Treat" (NNT)
  vs. "No. Needed to Harm" (NNH)

Sindrup SH: Pain, 1999

McQuay H: BMJ, 1995

CONFIDENTIAL

KAIS-001113

# Efficacy: TCA vs Gabapentin

**Number needed to treat (NNT) to obtain 1 patient with >50% pain relief**

| Drug | Diabetic Neuropathy NNT | Post-herpetic Neuralgia NNT |
|------|-------------------------|------------------------------|
| TCA | 2.4 patients | 2.3 patients |
| Gabapentin | 3.7 patients | 3.2 patients |

Data from Sindrup, S. et al. *Pain*, 1999

20

21

# Summary: TCA vs Gabapentin

- <u>Carbamazepine</u> first-line for trigeminal neuralgia

- <u>TCAs</u> are first-line treatment for neuropathic pain

  → No difference in efficacy between TCA and gabapentin

- Increased use of TCA for neuropathic pain will provide the best value for our members

CONFIDENTIAL

KAIS-001115

22

# Management of Neuropathic Pain

## Mitchell Danesh, MD

Coordinating Chief of Neurology, SCPMG

Woodland Hills

CONFIDENTIAL

KAIS-001116

23

# DUAT & DRUG Initiative

- Promote the use of low-dose TCAs (nortriptyline, desipramine) as FIRST-line treatment for treating new start patients with neuropathy

- Reduce the percentage of gabapentin new starts naïve of TCAs

CONFIDENTIAL

KAIS-001117

# The 5 D's

- Deficits
  - motor, sensory, autonomic, or combination
  - red flags: predominant or exclusive motor signs, upper motor neuron signs, severe proprioceptive loss, prominent autonomic sx in the absence of DM

- Distribution
  - proximal, distal, diffuse, a/symmetric
  - red flags: asymmetry, prominent back pain or spinal claudication

CONFIDENTIAL

KAIS-001118

24

25

# The 5 D's *(cont)*

- ● **Duration**
  - – red flag: rapid or subacute time course <8wks

- ● **Developmental**
  - – evidence of inherited neuropathy?

- ● **Drugs** (Neurotoxins)
  - – amiodarone, ARA-C, chloramphenicol, cisplatin, colchicine, dapsone, ddC, ddI, ethambutol, ethanol, hydralazine, INH, metronidazole, nitrofurantoin, paclitaxel, penicillamine, phenytoin, vincristine

CONFIDENTIAL

KAIS-001119

# Management of Neuropathies

● **Trigeminal Neuralgia**

– 1st-line: carbamazepine was listed as *likely to be beneficial* with an efficacy rate of ~60%. There was no evidence on the use of gabapentin (Clinical Evidence-BMJ).

● **Post Herpetic Neuralgia**

– 1st-line: TCAs (nortrip, desip) were classified as *"beneficial"* (2 systematic reviews; 3 placebo-controlled RCTs showing improved pain relief - Clinical Evidence-BMJ)

– alternatives:

● gabapentin was listed as *"likely to be beneficial"* (1 systematic review; 2 DB, placebo-controlled RCT showing reduction in pain)

● capsaicin

26

CONFIDENTIAL

KAIS-001120

# Management of Neuropathies *(cont)*

- Diabetic Peripheral Neuropathy
  - tight glycemic control
  - 1st-line: TCAs (nortrip, desip)
  - alternative: gabapentin if pt with contraindications or cannot tolerate TCAs

27

KAIS-001121

# Evidence of TCA vs. Gabapentin in Diabetic Peripheral Neuropathy

| | Study | Conclusion |
|---|---|---|
| Clin Ther 2001; 23(4):520-31 | Systematic review 1990-2000 | Insufficient evidence from controlled trials to support the use of gaba as 1st-line therapy |
| J Pain Symptom Mange 2000; 20(4):280-S | 12wk open-label prospective RCT with gaba vs amitrip (n=25) | Gaba produced greater improvements and was better tolerated than amitrip |
| Arch Intern Med 1999; 159(16): 1931-7 | Prospective randomized DB crossover with gaba vs amitrip (n=28) | No significant difference in mean pain score & global pain score. Gaba may be considered as an alternative, however, does not appear to offer considerable advantage |
| JAMA 1998; 280(21): 1831-6 | Randomized DB, gaba vs placebo (n=165) | Gaba monotherapy appears to be efficacious for treatment of pain & sleep interference |

28

CONFIDENTIAL

KAIS-001122

# Secondary vs. Tertiary Tricyclic Amines

29

|  | Anticholinergic | Sedation | Orthostatic Hypotension |
|---|---|---|---|
| **Secondary Amines** | | | |
| Desipramine | + | + | + |
| Nortriptyline | ++ | ++ | + |
| **Tertiary Amines** | | | |
| Amitriptyline | ++++ | ++++ | ++ |
| Doxepin | ++ | +++ | ++ |
| Imipramine | ++ | ++ | +++ |

CONFIDENTIAL

KAIS-001123

30

# TCA Dosing

- Nortriptyline 10mg QHS* titrate by 10-25mg every 7-10 days to an effective dose of 25-75mg

- Desipramine 10mg QHS* titrate by 10-25mg every 7-10 days to an effective does of 25-150mg

*sensitive pts may need to start at 5mg

- effective analgesic doses are considerably lower than the antidepressant doses, however, some pts will need antidepressant doses to experience pain relief

CONFIDENTIAL

KAIS-001124

31

# Talking to Your Patient About Adjunctive Pain Medications

## Christine Whitten, MD

### Regional Coordinator of Pain Management, SCPMG

KAIS-001125



# Treat the Whole Patient: Multimodal Care

KAIS-001126

33

# Patient Messages:
## Non-Opiate Pain Medications

- Modulation: resetting the volume control

- Antidepressants: increase certain chemicals that block pain messages

  – also improve sleep, depression

- Anti-seizure medications: decrease number of pain messages able to travel over nerves

CONFIDENTIAL

KAIS-001127

34

# Start Low - Go Slow

- Gradually increase dose
  - time to adjust
  - minimize dry mouth, dizziness
  - full benefit from each dosage level

- Take at bedtime to avoid daytime drowsiness

- Report urinary hesitancy, abnormal heartbeat

CONFIDENTIAL

KAIS-001128

# Pre-emptive Side Effect Management: Drowsiness

- ● **Causes**
  - – Additive effect of multiple meds
  - – Chronic sleep deprivation plus better pain control
  - – Higher starting dose

- ● **Strategies**
  - – Tincture of time
  - – Check for drug interactions
  - – Mild stimulant: coffee, cola
  - – Take at night or with dinner

35

36

# Pre-emptive Side Effect Management:
## Dry Mouth

- Drink liquids often
- Sugarless gum
- Pineapple chunks
- Avoid alcohol based mouthwashes
- Good oral hygiene
- Check drug interactions

CONFIDENTIAL

KAIS-001130

Warning: Keep out of reach of children

# Nortriptyline 10 mg
# Starter Pack
### For Pain Management

## DIRECTIONS for USE

Nortriptyline (nor trip' ti leen) has been prescribed to help relieve your pain. Its safety and effectiveness have been proven over many years of use and it is not habit forming. Nortriptyline is classified as an antidepressant used to relieve pain and/or improve sleep. The dose of this medication differs from person to person, and it is important to find the dose that works best for you. Please read through the information and follow the directions on the other side of this sheet carefully.

### Start low – go slow

The starter pack is designed to start with a very low dose of medication and gradually increase the dose on a weekly basis until your optimal dose is reached. This allows your body time to adjust to the medication and to get the benefit of each dosage level. The gradual dosing schedule also helps to reduce common side effects such as dry mouth and dizziness. Taking this medicine at bedtime will help to avoid daytime drowsiness. A small percentage of patients may experience urinary hesitancy. Patients with congestive heart failure, a small number may experience abnormal heartbeats (arrhythmia). If you experience an abnormal heartbeat or difficulty urinating, please contact your physician.

*See other side*

**KAISER PERMANENTE.**

## How to use the Starter Pack

- The starter pack contains 5 dosing cards of nortriptyline 10 mg capsules. Each card has a one-week supply of medication.
- It is important to complete each full week of medication before increasing to the next dose.
- Remember— if your pain is adequately relieved at any particular dosing level, you do not need to increase to the next dose. Use the medication on the rest of the cards but stay with the dose that works for you.

**Week 1**: start with the card labeled "Week 1." Take one capsule at bedtime for the full week. If your pain is adequately relieved with this dose. If not, increase to Week 2 dosing.

**Week 2**: take two capsules at bedtime for the full week. If your pain is adequately relieved, stay with this dose. If not, increase to Week 3 dosing schedule.

**Week 3**: take three capsules at bedtime for the full week. If your pain is adequately relieved, stay with this dose. If not, increase to the Week 4 dosing schedule.

**Week 4**: take four capsules at bedtime for the full week. If your pain is adequately relieved, stay with this dose. If not, use the Week 5 dosing schedule.

**Week 5**: Take five capsules at bedtime for the full week. If your pain is adequately relieved, stay with this dose.

If your pain is not adequately controlled after completing Week 5, please contact your doctor for further follow-up.

37

CONFIDENTIAL

KAIS-001131

38

# Evaluating TCA Effectiveness

- Trial until satisfactory pain relief or until dose limiting side effects occur

- Consider alternate TCA

- Consider carbamazepine

- Second line therapy: gabapentin

CONFIDENTIAL

KAIS-001132

39

# Trial of Gabapentin

- One month supply to start

- Set expectations patient

- Gradually increase dose

- Reassess efficacy before re-prescribing
  - pain relief
  - improved function
  - improved sleep

CONFIDENTIAL

KAIS-001133

40

# Dosing Neurontin

- Start 300 mg hs
- Increase 300 mg/day every three days until 600mg tid
- Adequate trial 6-8 weeks
- No response: stop
- Partial response: increase to max. of 3.6 gm/day and reassess

CONFIDENTIAL

KAIS-001134