UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS ) ) ) ) ) | Magistrate Judge Leo T. Sorokin |

## NOTICE OF WITHDRAWAL OF EMERGENCY MOTION

Products Liability Plaintiffs (hereinafter "Plaintiffs"), by the undersigned counsel, hereby withdraw their Emergency Motion for an Order compelling Defendants to conduct the deposition of Plaintiffs' general/specific causation expert, as originally scheduled and agreed upon, on October 18 and 19, 2007, following exchange of Plaintiffs' general/specific causation expert's report by October 1, 2007.

Dated: July 30, 2007                                       Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein, Esquire
          Finkelstein & Partners, LLP
          436 Robinson Avenue
          Newburgh, NY  12550

By:     **/s/ Jack W. London**
          Jack W. London, Esquire
          Law Offices of Jack W. London
             & Associates
          106 E. 6th Street, Suite 700
          Austin, TX  78701

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 30, 2007.

                                               **/s/ Kenneth B. Fromson**
                                               Kenneth B. Fromson, Esquire