UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### MOTION FOR LEAVE TO FILE A RESPONSIVE PLEADING TO THE OPPOSITION TO COORDINATED PLAINTIFFS' OBJECTIONS TO DISCOVERY ORDER NO. 12

Aetna, Inc., the Guardian Life Insurance Company of America, Kaiser Foundation Hospitals Inc. and Kaiser Foundation Health Plan, Inc. (together "Kaiser") (collectively, the "Coordinated Plaintiffs") respectfully move for leave to file a responsive pleading to Defendants' Opposition to Coordinated Plaintiffs' Objections to Discovery Order No. 12 ("Defendants' Opposition"). The grounds for this motion are:

1. Defendants' Opposition contains several assertions to which a response is needed.

2. Defendants' Opposition includes new evidence, much of which was not available at the time the Coordinated Plaintiffs filed their initial objections to Discovery Order No. 12, including the entire deposition transcript of the Kaiser 30(b)(6) witness, Albert Carver (totaling more than 500 pages).

3. The Coordinated Plaintiffs believe that a responsive pleading will assist the Court in its consideration of its objections to Discovery Order No. 12 and in evaluating the new evidence discussed in Defendants' Opposition.

4. The Coordinated Plaintiffs will be able to file a responsive pleading to Defendants' Opposition by August 10, 2007.

5. The Coordinated Plaintiffs have met-and-conferred with counsel for Defendants who have not agreed to stipulate to the Coordinated Plaintiffs' filing of a responsive pleading to Defendants' Opposition.

Dated: August 1, 2007

**For Plaintiff Guardian Life Insurance Co. Of America:**

/s/ Thomas G. Shapiro
Thomas G. Shapiro (BBO # 454680)
Theodore Hess-Mahan (BBO # 557109)
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

**OF COUNSEL:**

**KAPLAN FOX & KILSHEIMER LLP**
Linda P. Nussbaum, Esq.
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

**RAWLINGS & ASSOCIATES, PLLC**
Mark D. Fischer, Esq.
Mark Sandmann, Esq.
325 W. Main Street
Louisville, KY 40202
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

**For Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals:**

/s/ Thomas G. Shapiro
Thomas G. Shapiro (BBO # 454680)
Theodore Hess-Mahan (BBO # 557109)
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA 02109
Telephone: 617-439-3939
Facsimile: 617-439-0134

**OF COUNSEL:**

**KAPLAN FOX & KILSHEIMER LLP**
Linda P. Nussbaum, Esq.
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

**For Plaintiff Aetna, Inc.:**

/s/ Peter A. Pease
Peter A. Pease, Esq. (BBO # 392880)
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**OF COUNSEL:**

**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
Richard Bemporad, Esq.
Richard W. Cohen, Esq.
Gerald Lawrence, Esq.
Peter St. Phillip Jr., Esq.
Todd S. Garber, Esq.
White Plains Plaza - - 5th Floor
One North Broadway
White Plains, NY 10601-2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Joseph J. Tabacco, Jr., Esq.
425 California Street, Suite 2025
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**JOHN F. INNELLI, LLC**
John F. Innelli, Esq.
1818 Market Street, Suite 3620
Philadelphia, PA 19103
Telephone: (215) 5612-1011
Facsimile: (215) 561-0012

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

                                      ATTORNEY FOR PLAINTIFFS

                                      /s/ Linda P. Nussbaum_____
                                      LINDA P. NUSSBAUM