HARE & CHAFFIN
ATTORNEYS AT LAW
160 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1701
(617) 330-5000
TELECOPIER (617) 330-1996

August 1, 2007

**FILED VIA ECF SYSTEM**

The Honorable Patti B. Saris
United States District Court
  for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

      Re:    *Huberman v. Pfizer, Inc., et uno*, Civil Action No. 07-11336-PBS

Dear Judge Saris:

      Mr. Alba suggested that I write you about the following.

      On July 20, 2007, we removed the above-referenced case, *Huberman v. Pfizer, Inc., et uno*, from the Massachusetts Superior Court to this Court. *Huberman* is a products liability action in which the plaintiff alleges personal injuries arising out of his ingestion of Neurontin. The complaint contains the familiar allegations that Neurontin was fraudulently marketed and sold.

      Because *Huberman* is another products liability action arising out of the sales and marketing of Neurontin, we indicated on the Civil Action Cover sheet that it is related to *Harden Manufacturing Corp. v. Pfizer, Inc.*, Civil Action No. 04-10981, the master file for the Neurontin multi-district proceedings, *In re Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629. *Huberman* therefore was assigned to you. Additionally, on July 27, 2007, counsel for Pfizer Inc. sent a letter to the Judicial Panel on Multidistrict Litigation (JPML) informing the JPML that *Huberman* contains common factual allegations similar to the cases previously transferred to MDL No. 1629 (see attached correspondence to JPML). Accordingly, we expect that this matter will be conditionally transferred to MDL No. 1629 within the next few weeks.

      Yesterday, we received a Notice of Scheduling Conference in *Huberman* to be held on September 18, 2007. In view of the pending transfer of this case to the MDL, as well as the provisions of the early case management orders that indicate that their terms are to apply to Neurontin matters removed to this Court as well as transferred cases (e.g., Docket # 15 at 4-5),

The Honorable Patti B. Saris
August 1, 2007
Page 2

we respectfully request that you cancel the scheduling conference and allow this case to proceed as part of MDL No. 1629.

    Thank you.

Very truly yours,

David B. Chaffin

DBC:kgg
354008.0801

cc:    Paul S. Hughes