HARE & CHAFFIN
ATTORNEYS AT LAW
160 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1701
(617) 330-5000
TELECOPIER (617) 330-1996

August 1, 2007

**FILED VIA ECF SYSTEM**

The Honorable Patti B. Saris
United States District Court
  for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

      Re:    *Huberman v. Pfizer, Inc., et uno*, Civil Action No. 07-11336-PBS

Dear Judge Saris:

      Mr. Alba suggested that I write you about the following.

      On July 20, 2007, we removed the above-referenced case, *Huberman v. Pfizer, Inc., et uno*, from the Massachusetts Superior Court to this Court. *Huberman* is a products liability action in which the plaintiff alleges personal injuries arising out of his ingestion of Neurontin. The complaint contains the familiar allegations that Neurontin was fraudulently marketed and sold.

      Because *Huberman* is another products liability action arising out of the sales and marketing of Neurontin, we indicated on the Civil Action Cover sheet that it is related to *Harden Manufacturing Corp. v. Pfizer, Inc.*, Civil Action No. 04-10981, the master file for the Neurontin multi-district proceedings, *In re Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629. *Huberman* therefore was assigned to you. Additionally, on July 27, 2007, counsel for Pfizer Inc. sent a letter to the Judicial Panel on Multidistrict Litigation (JPML) informing the JPML that *Huberman* contains common factual allegations similar to the cases previously transferred to MDL No. 1629 (see attached correspondence to JPML). Accordingly, we expect that this matter will be conditionally transferred to MDL No. 1629 within the next few weeks.

      Yesterday, we received a Notice of Scheduling Conference in *Huberman* to be held on September 18, 2007. In view of the pending transfer of this case to the MDL, as well as the provisions of the early case management orders that indicate that their terms are to apply to Neurontin matters removed to this Court as well as transferred cases (e.g., Docket # 15 at 4-5),

The Honorable Patti B. Saris
August 1, 2007
Page 2

we respectfully request that you cancel the scheduling conference and allow this case to proceed as part of MDL No. 1629.

    Thank you.

                               Very truly yours,

                               David B. Chaffin

DBC:kgg
354008.0801

cc:    Paul S. Hughes

**Shook, Hardy & Bacon L.L.P.**

www.shb.com

July 27, 2007

Mr. Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

William A. Alford, III

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2248 DD
816.421.5547 Fax
talford@shb.com

Re: MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Dear Mr. Lüthi:

Pursuant to Panel Rule 7.5(e), Defendants Pfizer Inc. and Warner-Lambert Company LLC hereby notify and advise the Judicial Panel on Multidistrict Litigation (the "Panel") that the following action, listed below, is a potential tag-along action in the above-captioned matter:

> *Allen M. Huberman v. Pfizer Inc., et al.*, No. 1:07-cv-11336-PBS, pending in the District of Massachusetts (Boston), before United States District Judge Patti B. Saris.

Under Panel Rule 1.1, the above action contains common factual allegations similar to those in the twenty-seven actions transferred by the Panel on October 26, 2004 to the District Court of Massachusetts (MDL 1629). Although this matter is already pending in the District of Massachusetts before Judge Saris, it not yet part of MDL 1629.

Enclosed please find a courtesy copy of the above-mentioned action, the Notice of Removal, and a docket sheet. If you have any questions, please do not hesitate to call me.

Respectfully submitted,

*William A. Alford III*

William A. Alford III

WAA:jmw
Enclosures

cc: Paul S. Hughes (w/o enclosures)

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2561667v1

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

------------------------------------- x
                                      :
                                      :
IN RE NEURONTIN MARKETING, SALES      :  MDL DOCKET NO: 1629
PRACTICES AND PRODUCTS LIABILITY      :
LITIGATION                            :
                                      :
                                      :
------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 27, 2007, a true and correct copy of the July 27, 2007 Letter from Shook, Hardy & Bacon L.L.P., Counsel for Defendants in the Above-Captioned Action, to the Judicial Panel on Multidistrict Litigation noticing a Tag-Along Action, was served upon the individual on the attached Panel Attorney Service List by first class mail, postage prepaid.

By: /s/ William A. Alford III
    William A. Alford III

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550
Fax: (816) 421-5547

2561667v1

## SERVICE LIST

In re Neurontin Marketing, Sales Practices and Products Liability Litigation
(MDL Docket No. 1629)

Paul S. Hughes
2 Newton Executive Park
Suite 108
Newton, MA 02162
617-244-5620

**Attorney for Plaintiff**

2561667v1