UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629  Master File No. 04-10981  Judge Patti B. Saris  Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:  LAURA COACH BROWN v. PFIZER, INC., et al., No. 3:06-cv-00504 | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Laura Coach Brown, and Defendants, Pfizer, Inc., et al., hereby stipulate that all claims asserted herein are dismissed without prejudice and without costs. The parties further agree that should Plaintiff reassert in any future lawsuit against defendants the claims or substantially the same claims she asserts against defendants in this action she will do so only in Federal court. No party hereby waives any rights, inclusive of rights relating to any Statute of Limitations defense.

Dated:  August 2, 2007                LAURA COACH BROWN,

                                      By her attorneys,

                                      BAILEY PERRIN BAILEY LLP,

                                      By:    /s/Fletcher V. Trammell
                                             F. Kenneth Bailey Jr.
                                             Texas State Bar No. 01543500
                                             Michael W. Perrin
                                             Texas State Bar No. 15797500
                                             K. Camp Bailey
                                             Texas State Bar No. 24006782
                                             Fletcher V. Trammell

        Texas State Bar No. 24042053
        440 Louisiana St., Suite 2100
        Houston, Texas 77002
        (713) 425-7100 Telephone
        (713) 425-7101 Facsimile

PFIZER INC., et al.,

By their attorneys,


DAVIS POLK & WARDWELL


By: /s/James P. Rouhandeh
   James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

  - and -

HARE & CHAFFIN


By: /s/ David B. Chaffin
   David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*


## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on August 2, 2007.


      /s/David B. Chaffin