# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ASSURANT HEALTH, INC., ET AL. v. PFIZER, INC., ET AL., NO. 05-10535 | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## NOTICE OF WITHDRAWAL OF COUNSEL JEFFREY R. VESEL
## FOR ASSURANT PLAINTIFFS

Pursuant to Local Rule 83.5.2, the Assurant Plaintiffs[1] hereby submit this Notice of Withdrawal of Counsel. Jeffrey R. Vesel has ceased involvement in this case, should be removed from the E-Filing list, and should no longer be listed as counsel of record. The Assurant Plaintiffs will continue to be represented by Robins, Kaplan, Miller & Ciresi L.L.P., the undersigned attorneys.

---

[1] The *Assurant* Plaintiffs include the following health benefit payors: ASSURANT HEALTH, INC., and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. and its subsidiaries and affiliates and their self-funded plans; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MASSACHUSETTS and its self-funded plans; BLUE CROSS BLUE SHIELD OF MICHIGAN and its subsidiaries and affiliates and their self-funded plans; BLUE CROSS BLUE SHIELD OF MINNESOTA and its subsidiaries and affiliates and their self-funded plans; GROUP HEALTH SERVICE OF OKLAHOMA, INC. and its subsidiaries and affiliates; CAREFIRST, INC. and its subsidiaries and affiliates and their self-funded plans; EXCELLUS HEALTH PLAN, INC. and its subsidiaries and affiliates and their self-funded plans; FEDERATED MUTUAL INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; HEALTH CARE SERVICE CORPORATION, on behalf of itself and its Illinois, New Mexico and Texas Divisions and their self-funded plans; MUTUAL OF OMAHA INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; TRUSTMARK INSURANCE COMPANY, and its subsidiaries and affiliates and their self-funded plans; and WELLCHOICE, INC., and its subsidiaries and affiliates and their self-funded plans.

DATED:  August 3, 2007.                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                                           By:   **/s/ Jeffrey R. Vesel**
                                                                     Annamarie A. Daley (#158112)
                                                                      Jeffrey R. Vesel (#0325193)
                                                                      2800 LaSalle Plaza
                                                                      800 LaSalle Avenue
                                                                      Minneapolis, MN 55402-2015
                                                                      Tel.:  (612) 349-8500
                                                                      Fax:  (612) 339-4181

                                                                      W. Scott Simmer (#460726)
                                                                      Suite 1200
                                                                      1801 K Street, N.W.
                                                                      Washington, DC 20006
                                                                      Tel.:  (202) 736-2745
                                                                      Fax:  (202) 223-8604
                                                                      ***Attorneys for Assurant Plaintiffs***

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 3, 2007.

                                            **/s/ Jeffrey R. Vesel**