UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> ALLAN M. HUBERMAN v. PFIZER, INC. and PARKE-DAVIS, DIVISION OF WARNER-LAMBERT COMPANY, No. 07-CA-11336-PBS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## NOTICE OF FILING OF STATE COURT RECORD

TO THE CLERK OF THE COURT
AND ALL COUNSEL:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 81.1, defendants, Pfizer Inc. and Warner-Lambert Company LLC, herewith file certified copies of all records and proceedings in the state court and a certified copy of all docket entries in the state court.

Dated: August 3, 2007                PFIZER INC. and WARNER-LAMBERT
                                     COMPANY LLC,

                                     By their attorneys,

                                     DAVIS POLK & WARDWELL


                                     By:   /s/ James P. Rouhandeh
                                             James P. Rouhandeh

                                     450 Lexington Avenue
                                     New York, New York 10017
                                     (212) 450-4000


                                     SHOOK, HARDY & BACON L.L.P.


                                     By:   /s/ Scott W. Sayler
                                             Scott W. Sayler

                                     2555 Grand Boulevard
                                     Kansas City, Missouri 64108
                                     (816) 474-6550

                                             - and -

                                     HARE & CHAFFIN


                                     By:   /s/ David B. Chaffin
                                             David B. Chaffin

                                     160 Federal Street
                                     Boston, Massachusetts 02110
                                     (617) 330-5000

                                     *Attorneys for Defendants Pfizer Inc. and
                                     Warner-Lambert Company*

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on August 3, 2007.

                                     /s/David B. Chaffin

2