# EXHIBIT  A

*Commonwealth of Massachusetts*
# SUPERIOR COURT DEPARTMENT
## THE TRIAL COURT
### CAMBRIDGE

I, Andrew Johnson, Deputy Assistant Clerk of the Superior Court, Within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings in 07-2338 entered in the Superior Court on the    day of    in the year of our Lord  two thousand seven              twentyfirst    June

In testimony whereof, I hereunto set my Hand and affix the seal of said Superior Court, at Cambridge, in said County, this 26th of July Lord two thousand.seven

Deputy Assistant

