# EXHIBIT D

MASXP-20070212
coleman
Case 1:04-cv-10981-PBS   Document 818-3   Filed 08/03/2007   Page 2 of 3
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket
07/26/2007
01:45 PM

## MICV2007-02338
## Huberman v Pfizer, Inc. et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 06/21/2007 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 07/20/2007 | **Session** | C - Cv C (11A Cambridge) | |
| **Origin** | 1 - Complaint | **Case Type** | B04 - Other negligence/pers injury/pro | |
| **Track** | F - Fast track | **Lead Case** | | **Jury Trial** Yes |

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | 10/19/2007 | 10/19/2007 | 04/16/2008 | 05/16/2008 | | |
| **Filed By** | 09/19/2007 | 10/19/2007 | 11/18/2007 | 11/18/2007 | | 06/15/2008 | | 04/11/2009 |
| **Heard By** | | | 12/18/2007 | 12/18/2007 | | | 10/13/2008 | |

### PARTIES

**Plaintiff**
Allan M. Huberman
Saugus, MA
Active 06/21/2007

**Private Counsel 243780**
Paul S Hughes
2 Newton Executive Park
Suite 108
Newton Lower Falls, MA 02462
Phone: 617-244-5620
Fax: 617-244-0538
Active 06/21/2007 Notify

**Defendant**
Pfizer, Inc.
New York, NY
Served: 07/02/2007
Served (answr pending) 07/02/2007

**Defendant**
Parke-Davis, Division Of Warner-Lambert Company
Morris Plains, NJ
Served: 07/02/2007
Served (answr pending) 07/02/2007

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/21/2007 | 1.0 | Complaint & civil action cover sheet filed |
| 06/21/2007 | | Origin 1, Type B04, Track F. |
| 06/21/2007 | 2.0 | Plaintiff's Motion To Appoint Dewsnap & Assocaites, L.L.C. As Special Process Server Motion Allowed. (Gershengorn, J.) |
| 07/10/2007 | 3.0 | SERVICE RETURNED: Parke-Davis, Division Of Warner-Lambert Company(Defendant)7/2/07 in hd 155 Federal St. Boston, ma. |
| 07/10/2007 | 4.0 | SERVICE RETURNED: Pfizer, Inc.(Defendant)7/2/07 in hd 155 Federal St. Boston, ma. |
| 07/20/2007 | 5.0 | Case REMOVED this date to US District Court of Massachusettsby DEfts Warner Lambert Company, LLC. and Pfizer Inc. |

MASXP-20070212
coleman
Case 1:04-cv-10981-PBS    Document 818-3    Filed 08/03/2007    Page 3 of 3
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket
07/26/2007
01:45 PM

## MICV2007-02338
## Huberman v Pfizer, Inc. et al

| Date | Paper | Text |
|---|---|---|
| 07/20/2007 | | Findings: Above action this Day removed to US District Court |