UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------x

THIS DOCUMENT RELATES TO:

Cynthia Ulett Lynch v. Pfizer Inc., et al.,
1:07-cv-11280-PBS

------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorkin

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANTS MARY KATRIADAKIS AND SUSAN ADAMO

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that Plaintiff Cynthia Ulett Lynch's claims and causes of action against Defendants Mary Katriadakis and Susan Adamo, only, are hereby dismissed, with prejudice, with each side bearing its own attorneys' fees and costs. This stipulation has no effect on Plaintiff's claims or causes of action against Defendants Pfizer Inc., Pharmacia Corporation, or G.D. Searle LLC.

Respectfully submitted,

Dated: 07 - 25, 2007

*[signature]*
Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, Texas 76543
(254) 680-7551

PLAINTIFF, *Pro Se*

| | |
|---|---|
| Dated: August 6, 2007 | HARE & CHAFFIN |
| | By: /s/ David B. Chaffin |
| | David B. Chaffin |
| | 160 Federal Street |
| | Boston, Massachusetts 02110 |
| | (617) 330-5000 |
| | - and - |
| Dated: August 6, 2007 | CLARK, THOMAS & WINTERS, P.C. |
| | By: /s/ Kenneth J. Ferguson |
| | Kenneth J. Ferguson |
| | P.O. Box 1148 |
| | Austin, Texas 78767 |
| | (512) 472-8800 |
| | ATTORNEYS FOR DEFENDANTS PFIZER INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, MARY KATRIADAKIS, AND SUSAN ADAMO |

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 6, 2007.

                 /s/David B. Chaffin