UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION          ) <br> _____ ) <br> THIS DOCUMENT RELATES TO:          ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE        ) <br> COMPANY OF AMERICA                 ) <br>   v. PFIZER, INC.,                 ) <br> 04 CV 10739 (PBS)                  ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**DECLARATION OF LINDA P. NUSSBAUM IN SUPPORT OF COORDINATED PLAINTIFFS' REPLY MEMORANDUM TO DEFENDANTS' OPPOSITION TO <u>OBJECTIONS TO DISCOVERY ORDER NO. 12</u>**

I, Linda P. Nussbaum, declare:

1. I am a partner with Kaplan Fox & Kilsheimer LLP.

2. I make this declaration in support of Aetna, Inc., Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals' (collectively, the "Coordinated Plaintiffs") Reply Memorandum to Defendants' Objections to Discovery Order No. 12.

3. Attached as Exhibit A is a true and correct copy of Defendants' Second Set of Interrogatories to Plaintiff Kaiser Foundation Hospitals served on March 13, 2007.

4. Attached as Exhibit B is a true and correct copy of a document produced by defendant Pfizer Inc. in this litigation bates stamped Pfizer_AMishra_0002324-62 entitled "Neurontin 2003 Operational & Tactical Plan."

Dated: August 10, 2007
      New York, NY

                                              /s/ Linda P. Nussbaum
                                                Linda P. Nussbaum