UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                              )
IN RE NEURONTIN MARKETING, SALES    )
PRACTICES, AND PRODUCTS LIABILITY   )
LITIGATION                                                )
_____)   MDL Docket No. 1629
                                                              )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:              )   Judge Patti B. Saris
                                                              )   Mag. Judge Leo T. Sorokin
ALL MARKETING AND SALES                 )
PRACTICE ACTIONS                              )
_____)

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to the Electronic Filing Policy and Procedures, please take notice of the following attorney information change(s) for:  Jason J. Thompson

**Name:** From:  _____   To:  _____

**Law Firm/Government Agency Association:**

   New Law Firm Name:  J. Thompson & Associates PLC

☐ **I am no longer counsel of record on the above entitled case; please terminate my association to this case.**

**Address:**  2000 Town Center, Suite 1000, Southfield, MI  48075

**Telephone Number:**  248-436-8448

**Primary E-Mail Address:**  jthompson@jta-law.com

**Secondary E-Mail Address:**  rtaylor@jta-law.com

Dated:  August 15, 2007          Signature:  /s/ Jason J. Thompson
                                                    Bar No.               P47184
                                                    Firm Name:         J. Thompson & Associates PLC
                                                    Address:             2000 Town Center, Suite 1000
                                                    City, State, Zip Code: Southfield, MI  48075
                                                    Telephone No.    248-436-8448
                                                    Primary E-mail Address:    jthompson@jta-law.com