UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
In re: NEURONTIN MARKETING,   : MDL Docket No. 1629
SALES PRACTICES AND           :
PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
                              :
------------------------------------------------------------x Judge Patti B. Saris
                              :
THIS DOCUMENT RELATES TO:     : Magistrate Judge Leo T.
                              : Sorokin
PRODUCTS LIABILITY ACTIONS    :
                              :
                              :
                              :
------------------------------------------------------------x

## DEFENDANTS' MOTION TO ENFORCE AND MODIFY DISCOVERY ORDERS NO. 7, 8, 11 AND 13

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move for enforcement and modification of Discovery Orders No. 7, 8, 11, and 13.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants respectfully that Discovery Orders No. 7, 8, 11, and 13 be enforced and modified to prohibit plaintiffs from designating *Smith* as their trial workup case and to require each party to select a new case for trial workup from the remaining five Track One cases randomly selected by the Court or, in the alternative, to allow Defendants requisite time to work up two cases from the Finkelstein inventory, to extend the discovery schedule, and to extend expert discovery to occur simultaneously in both cases. Defendants also request their costs, expenses and attorneys' fees related to its defense of *Strickland* and *Mendoza*.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, Defendants respectfully request a hearing on this motion.

Dated: August 21, 2007

DAVIS POLK & WARDWELL

By:  /s/ James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:  /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATION OF CONSULTATION

I certify that I conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue presented in this motion.

/s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 21, 2007.

/s/David B. Chaffin