UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| ASSURANT HEALTH, INC., et al. v. PFIZER INC., et al.<br>Docket No. 05-10535-PBS | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael T. Marcucci, Hanify & King, P.C., as counsel for defendants Lodewijk J.R. DeVink and Anthony Wild.

                       Respectfully submitted,

                       LODEWIJK J.R. DEVINK AND
                       ANTHONY WILD

                       By their attorney,

                       /s/ Michael T. Marcucci_____
                       Michael T. Marcucci (BBO#652186)
                       HANIFY & KING
                       Professional Corporation
                       One Beacon Street
                       Boston, MA 02108
                       (617) 423-0400

Dated: August 21, 2007

**Certificate of Service**

    I certify that the foregoing Notice of Appearance filed through the Court's CM/ECF system will be served on all counsel of record registered to received CM/ECF notices, including lead and liason counsel for plaintiffs.

                              /s/ Michael T. Marcucci
                              _____
                              Michael T. Marcucci

*480373*