UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY, | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. | |
| and | |
| AETNA, INC. v. PFIZER INC. | |

**SALES AND MARKETING PLAINTIFFS' EXPEDITED MOTION TO COMPEL DISCOVERY RELATING TO COMMUNICATIONS BETWEEN DEFENDANTS AND THIRD-PARTY PAYOR PLAINTIFFS**

Sales and Marketing Plaintiffs ("Plaintiffs") respectfully move for an order compelling Defendants to produce discovery concerning communications between Defendants and certain of the Sales and Marketing Plaintiffs who are third-party payors. As explained further in the accompanying Memorandum, Plaintiffs seek expedited determination of this Motion so that whatever discovery is ordered as a result of this Motion may be had sufficiently

726139.1

in advance of the upcoming fact discovery deadline of October 15, 2007.

The discovery sought includes: (1) Rule 30(b)(6) testimony concerning communications between Defendants and third-party payors which contain the allegedly false and misleading statements concerning Neurontin's off-label uses; and (2) the production of documents evidencing such false and misleading communications.

In support of their Motion, Plaintiffs submit the Memorandum In Support of Plaintiffs' Motion to Compel Discovery Relating to Communications between Defendants and Third-Party Payor Plaintiffs and the Declaration of Ilyas J. Rona and exhibits thereto, each of which is incorporated by reference.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court in making a determination and respectfully request an oral argument so that they may be heard.

Respectfully submitted,

Dated: August 30, 2007     By:   /s/ Ilyas J. Rona
                                 Ilyas J. Rona, Esq. (BBO # 642964)

                                 Thomas M. Greene, Esq.
                                 GREENE & HOFFMAN
                                 125 Summer Street
                                 Boston, MA 02110

                                 Thomas M. Sobol, Esq.
                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                 One Main Street, 4th Floor
                                 Cambridge, MA 02142
                                 Boston, MA 02110

Barry R. Himmelstein, Esq.
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Don Barrett, Esq.
BARRETT LAW OFFICE
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Daniel Becnel, Jr., Esq.
LAW OFFICES OF DANIEL BECNEL, JR.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

James Dugan, Esq.
DUGAN & BROWNE
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs'*
*Steering Committee*

Gerald Lawrence, Esq.
LOWEY DANNENBERG BEMPORAD &
 SELINGER, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428

Linda P. Nussbaum, Esq.
KAPLAN FOX & KILSHEIMER LLP
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs' Non-Class*
*Steering Committee*

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 30, 2007, I caused this document to be served on the parties pursuant to Case Management #3 by filing it through the Court's ECF System.

               /s/ Ilyas J. Rona
               Ilyas J. Rona, Esq.