UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**DECLARATION OF ILYAS J. RONA IN SUPPORT OF SALES AND MARKETING PLAINTIFFS' EXPEDITED MOTION TO COMPEL DISCOVERY RELATING TO COMMUNICATIONS BETWEEN DEFENDANTS AND THIRD-PARTY PAYOR PLAINTIFFS**

I, ILYAS J. RONA, declare and state:

1. I am an attorney with the law firm of Greene & Hoffman, PC, co-lead counsel for the Class Plaintiffs in this action. I am an attorney duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts.

2. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated August 20, 2007 from Matthew Rowland to Elana Katcher.

4. Attached hereto as Exhibit B is a true and correct copy of a letter dated August 3, 2007 from Ed Notargiacomo and Linda Nussbaum to James P. Rouhandeh.

5. Attached hereto as Exhibit C is a true and correct copy of a letter dated August 10, 2007 from Debbie MacGregor to Linda Nussbaum and Ed Notargiacomo.

6. Attached hereto as Exhibit D is a true and correct copy of a letter dated August 20, 2007 from Ilyas J. Rona to Debbie MacGregor.

7. Attached hereto as Exhibit E is a true and correct copy of a letter dated August 24, 2007 from Debbie MacGregor to Ilyas J. Rona.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of August, 2007, at Boston, Massachusetts.

        /s/ Ilyas J. Rona_____
        Ilyas J. Rona


**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2007, I caused this document to be served on the parties pursuant to Case Management #3 by filing it through the Court's ECF System.

    /s/ Ilyas J. Rona_____
    Ilyas J. Rona, Esq.