# GREENE & HOFFMAN
PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

FACSIMILE
(617) 261-3558
EMAIL
office@greenehoffman.com

125 SUMMER STREET, SUITE 1410
BOSTON, MASSACHUSETTS 02110
(617) 261-0040
www.greenehoffman.com

August 3, 2007

**VIA First Class Mail and Facsimile**

James P. Rouhandeh, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: In re: Neurontin Marketing and Sales Practices Litigation, MDL No. 1629

Dear Jim:

We are writing to follow up on the meet and confer with respect to the 30(b)(6) deposition concerning managed care and Third Party Payors. Class and Non-Class Plaintiffs have previously requested all documents relevant to managed care and/or Third Party Payors. We refer you to the First Request for Production of Documents. See requests numbered 61, 68, 229, 230, 231, 232, 242, 243, and 245.

Please give the production of these documents your immediate attention.

Very truly yours,

Linda Nussbaum

Ed Notargiacomo

LPN/rrb
Enclosures