# GREENE & HOFFMAN
PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

FACSIMILE
(617) 261-3558
EMAIL
office@greenehoffman.com

125 SUMMER STREET, SUITE 1410
BOSTON, MASSACHUSETTS 02110
(617) 261-0040
www.greenehoffman.com

August 20, 2007

**VIA FACSIMILE ONLY 212-450-3835**

Debbie MacGregor, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

RE: **Neurontin Marketing and Sales Practices Litigation, MDL No. 1629**

Dear Debbie:

We were disappointed to read in your letter of August 10, 2007 that "Defendants have completed the production of materials they agreed to produce or were ordered to produce by the Court in this litigation." As you know, fact discovery has not closed, and Plaintiffs have identified several categories of documents as to which Defendants' production appears to be deficient. These include:

(1) Communications between Pfizer and third-party payors concerning Neurontin;

(2) All versions of Pfizer's internal website known as "MAWEB";

(3) All quarterly or biannual "Action Plans" submitted by sales personnel to the national marketing team;

(4) Customer information in the Sherlock database; and

(5) All agendas and records indicating what promotional materials concerning Neurontin were approved or rejected by Pfizer's Review Committee.

Plaintiffs will need to act promptly to bring these issues before the Court so that these matters can be resolved sufficiently in advance of the discovery deadline. We

Debbie MacGregor, Esq.
Davis Polk & Wardwell
August 20, 2007
Page 2

intend to file a motion by Monday, August 27th unless we can satisfactorily resolve these issues. We are available any time this week to discuss these matters if you believe that there is room to narrow the disagreements.

    I look forward to hearing from you.

                                    Very truly yours,

                                    Ilyas J. Rona

cc:    Thomas M. Greene, Esq.
       Ronald J. Aranoff, Esq. (via facsimile only)
       Barry Himmelstein, Esq. (via facsimile only)
       Ed Notargiacomo, Esq. (via facsimile only)
       Linda Nussbaum, Esq. (via facsimile only)
       Aviah Cohen Pierson, Esq. (via facsimile only)
       Daniel Seltz, Esq. (via facsimile only)
       Annamarie Daley, Esq. (via facsimile only)
       Gerald Lawrence, Esq. (via facsimile only)
       Kenneth Fromson, Esq. (via facsimile only)