UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and AETNA, INC. v. PFIZER INC. | |

**STIPULATION CONCERNING THE DEPOSITION OF**
**<u>DAVID CAMPANA</u>**

WHEREAS, on August 31, 2007, Defendants Pfizer Inc. and Warner-Lambert Company (collectively, "Defendants") served an Amended Notice of Deposition of David Campana (the "Notice"), which Notice sought the deposition testimony of David Campana, a former trustee of plaintiff ASEA/AFSCME Local 52 Health Benefits Trust ("ASEA"), who is represented by ASEA's counsel; and

WHEREAS, Mr. Campana resides in Alaska; and

WHEREAS, defendants and their counsel are located in New York, New York;

IT IS STIPULATED AND AGREED by and between ASEA and defendants as follows:

1.      Defendants will take the deposition of Mr. Campana on September 7, 2007, at 9 a.m. AKDT (1 p.m. EDT); and

2.      Defendants shall take this deposition by means of telephone, pursuant to Federal Rule of Civil Procedure 30(b)(7).

Dated: September 5, 2007

                DAVIS POLK & WARDWELL

                By:   /s/ James P. Rouhandeh
                      James P. Rouhandeh

                450 Lexington Avenue
                New York, New York 10017
                (212) 450-4000

                *Attorneys for Defendants*

                - and -

                HARE & CHAFFIN

                By:   /s/ David B. Chaffin
                      David B. Chaffin

                160 Federal Street
                Boston, Massachusetts 02110
                (617) 330-5000

                *Attorneys for Defendants*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  /s/ Barry R. Himmelstein
     Barry R. Himmelstein

Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

*Attorneys for Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust and Administration Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 5, 2007.

/s/David B. Chaffin