UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 ) ) Master File No. 04-10981 ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:   PRODUCTS LIABILITY ACTIONS | ) ) Magistrate Judge Leo T. Sorokin ) ) ) |

### PRODUCT LIABILITY PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO CONDUCT THE DEPOSITION OF PLAINTIFFS' GENERAL/SPECIFIC CAUSATION EXPERT AS PREVIOUSLY SCHEDULED AND AGREED UPON

Products Liability Plaintiffs (hereinafter "Plaintiff"), by the undersigned counsel, respectfully move, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order compelling Defendants to conduct the deposition of Plaintiffs' general/specific causation expert, as originally scheduled and agreed upon, on October 18 and 19, 2007, following exchange of Plaintiffs' general/specific causation expert's report by October 1, 2007. This Motion is supported by the Memorandum of Law submitted herewith, and attached exhibits.

Dated: September 6, 2007

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   /s/ Andrew G. Finkelstein
   Andrew G. Finkelstein, Esquire
   Finkelstein & Partners, LLP
   436 Robinson Avenue
   Newburgh, NY 12550

By:    /s/ **Jack W. London**
       Jack W. London, Esquire
       Law Offices of Jack W. London
         & Associates
       106 E. 6th Street, Suite 700
       Austin, TX 78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: September 6, 2007

       /s/ **Kenneth B. Fromson**
       Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 6, 2007.

       /s/ **Kenneth B. Fromson**
       Kenneth B. Fromson, Esquire

2