# EXHIBIT A



A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Accredited CLE Provider

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

Of Counsel
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

REFER TO OUR FILE #: 200599

March 7, 2007

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: Neurontin MDL and NY Coordinated Litigation

Dear Jim:

As you know, Plaintiffs' expert reports are due no later than October 1, 2007, and Plaintiffs' experts are to be deposed by October 21, 2007. In this regard, Product Liability Plaintiffs have already been coordinating with experts to confirm their available dates for depositions. I trust that you will find useful the proposed dates I have set forth below so that you can plan your calendar accordingly.

This correspondence does not represent a formal disclosure of Plaintiffs' experts. Obviously, we will disclose experts in the form and fashion required by court rules. Where an expert's identity has not been disclosed, I have indicated "To Be Disclosed", the general subject matter, and I have proposed dates based upon the witness's current availability. As additional experts confirm their availability, I can update this correspondence accordingly. Please consider the following dates for depositions:

| *Expert Name* | *Subject* | *Proposed Deposition Dates 2007* |
|---|---|---|
| To Be Disclosed | Regulatory | October 10, 11,12 |
| To Be Disclosed | General/Specific Causation | October 10, 11, 12<br>October 17, 18, 19 |
| To Be Disclosed | General/Specific Causation | October 18, 19 |
| To Be Disclosed | General/Specific Causation | October 11, 12 |
| To Be Disclosed | Sales/Marketing | October 10, 11 |
| To Be Disclosed | Sales/Marketing | October 2, 3 |

Upon review of these dates, please advise accordingly so that we can finalize the logistics for the experts.

Very truly,

Kenneth B. Fromson

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

ERIK M. ZISSU
212 450 4511
ERIK.ZISSU@DPW.COM

May 25, 2007

Re: *In re Neurontin Marketing, Sales Practices and Products Liability Litigation*, MDL 1629

Kenneth B. Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550

Dear Ken:

I write in response to your letter dated May 21, 2007, with respect to scheduling deposition dates for plaintiffs' experts in the MDL and New York Coordinated action. As an initial matter, you may recall that the parties discussed your proposed schedule after receiving your letter of March 7, 2007, and that they agreed at that time that the proposal was premature.

While still premature, your request that defendants now acquiesce to the dates offered in your March 7 letter raises practical concerns. You have put forward October 2 and 3 for the deposition of one of your "Sales/Marketing" experts. Given that plaintiffs are not required to disclose their experts and submit their reports to defendants until October 1, your proposal provides defendants less than 24 hours to review your expert's report and prepare for a deposition. This is unreasonable. Defendants also note that you have not offered any of your experts for a deposition on October 8, 9, 15 or 16, and instead have proposed double- or triple-tracked depositions.

Your proposal to double-track expert depositions of your "General/Specific Causation" experts is particularly problematic and unreasonable. Every effort should be made to ensure that plaintiffs' experts are not deposed on overlapping dates.

Defendants reserve all rights with respect to your proposal. We are

Kenneth B. Fromson, Esq.    2    May 25, 2007

available to discuss scheduling of plaintiffs' experts. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Erik M. Zissu

By Facsimile & Mail



Finkelstein
& PARTNERS
Counselors At Law

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Accredited CLE Provider

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

REFER TO OUR FILE #: 200599

June 1, 2007

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: Neurontin MDL and NY Coordinated Litigation

Dear Jim:

In furtherance of my attempts to get availability from experts, I have additional dates of availability as it pertains to one of our experts who is anticipated to testify as to general/specific causation in the Track 1 cases. The chart below is modified accordingly. At this point, I have confirmed with each expert their availability for October. Please be guided accordingly. I would appreciate the courtesy of a response by June 11th as I must confirm these dates with the experts so as to preserve their availability.

| *Expert Name* | *Subject* | *Proposed Deposition Dates 2007* |
|---|---|---|
| To Be Disclosed | Regulatory | October 10, 11,12 |
| To Be Disclosed | General/Specific Causation | October 4, 5<br>October 8, 9, 11, 12<br>October, 15, 16, 17 |
| To Be Disclosed | General/Specific Causation | October 18, 19 |
| To Be Disclosed | General/Specific Causation | October 4 (after 2:30pm), 5<br>October 11 (after 2:30pm), 12<br>October 18 (after 2:30pm), 19 |
| To Be Disclosed | Sales/Marketing | October 8, 9 (until 3pm), 10, 11, 12<br>October 15, 16 (until 3pm), 17 |
| To Be Disclosed | Sales/Marketing | October 2, 3, 16, 17 |

Very truly,

Kenneth B. Fromson

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

☒ 436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

# EXHIBIT B

Kenneth Fromson /FLGP
07/26/2007 08:00 AM

To  rouhandeh, Erik M. Zissu

cc

Subject  Neurontin: Scheduling Expert depositions

Jim - As we discussed yesterday, I have inquired further into our expert's availability and I have again confirmed that the expert is not available during the current discovery window ordered by the Court in the MDL. The next available date for the expert is not until 12/6 and 12/7 (well outside the court approved discovery schedule). We stand by our position that Defendants should accomodate the expert and go forward with the deposition as originally agreed upon on October 18 and 19. Again, we would exchange the expert's report by 10/1/07. We do not believe that having the deposition in October poses any prejudice to the Defendants. The ongoing discovery, if any, you were concerned about during that timeframe would hardly relate to the issues raised by this expert; such activities would involve your discovery with sales/marketing plaintiffs. Please let me know by end-of-day today whether you will honor the originally agreed upon dates for this expert's deposition (and we would produce the expert in New York). Our intention is to seek relief from the Court with a motion filing as early as tomorrow.

Ken