UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
In re: NEURONTIN MARKETING,          : MDL Docket No. 1629
       SALES PRACTICES AND           :
       PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
                                     :
                                     : Judge Patti B. Saris
------------------------------------------------------x
                                     : Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:            :
                                     :
FENELON v. PFIZER INC.               :
                                     : Individual Case No. 06-11581
                                     :
------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF JAMIE FENELON

Finkelstein & Partners, LLP, counsel for Plaintiff Jamie Fenelon, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c), granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action. This motion is supported by the Declaration of Andrew G. Finkelstein and attached exhibits, submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Plaintiff's counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiff's counsel respectfully requests a hearing on this motion.

Dated: September 6, 2007

Respectfully submitted,

*Members of Products Liability*
*Plaintiffs' Steering Committee*

By:   /s/ Andrew G. Finkelstein
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY 12550

By:   **/s/ Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
        & Associates
      106 E. 6th Street, Suite 700
      Austin, TX 78701

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 6, 2006, and that a copy of this document has also been mailed, by certified mail, on September 6, 2006, to Plaintiff Jamie Fenelon at her last known address.

      **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein