UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,        :  MDL Docket No. 1629
        SALES PRACTICES AND         :
        PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
                                    :
                                    :  Judge Patti B. Saris
------------------------------------------------------------x
                                    :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:           :
                                    :
FENELON v. PFIZER INC.              :  Individual Case No. 06-11581
                                    :
------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF JAMIE FENELON

I, Andrew G. Finkelstein, deposes and states as follows:

1.  I am a partner with the law firm of Finkelstein & Partners, LLP, (hereinafter "Plaintiff's counsel"), counsel of record for Plaintiff Jamie Fenelon, (hereinafter "Plaintiff"), in the above-entitled action.

2.  This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an Order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3.  This action was commenced on May 31, 2006, by filing the summons and complaint by Plaintiff Jamie Fenelon, as Proposed Administratrix of the Estate of Beth Moore, Deceased, against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, in the United States District Court for the Southern District of New York, under Civil Case No. 06-cv-4126. (*See* Summons and Complaint, annexed hereto as Exhibit A.)

4. On or about July 5, 2006, Defendants served an Answer. (*See* Answer, annexed hereto as Exhibit B.)

5. On August 29, 2006, the Judicial Panel on Multidistrict Litigation lifted the stay of the Panel's Conditional Transfer Order and transferred this case to MDL 1629, *In Re Neurontin Marketing, Sales Practices and Products Liability Litigation,* in the United States District Court for the District of Massachusetts, for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*See* D. Mass. Individual Case No. 06-11581 ECF Doc. # 6.)

6. On September 5, 2006, this case was transferred from the United States District Court for the Southern District of New York to the United States District Court for the District of Massachusetts and assigned Individual Case No. 06-11581 (*See* D. Mass. Individual Case No. 06-11581 ECF Doc. Entry # 6.)

7. On September 5, 2006, this case was consolidated with the Neurontin MDL, under Docket No. 1629, lead case No. 04-10981. (*See* D. Mass. Individual Case No. 06-11581, ECF Doc. # 7.)

8. On January 25, 2007, this case was randomly selected by this Court, along with five other cases, for inclusion in the ten Track One cases. (*See* Order of Random Selection of Track One Cases, D. Mass. Master File No. 04-10981, ECF Doc. # 620.)

9. Since completion of the fact discovery phase of the Track One cases, including the depositions of Plaintiff and Plaintiff's decedent's medical providers, irreconcilable differences have developed between Plaintiff and Plaintiff's counsel regarding the direction of legal services that may be provided to Plaintiff, which preclude Plaintiff's counsel from further representation of Plaintiff in this case.

10. On August 13, 2007, Plaintiff's counsel mailed to Plaintiff, by certified mail, a letter advising Plaintiff that due to such irreconcilable differences, counsel could no longer represent Plaintiff in this litigation, that it was counsel's intention to file a motion to withdraw as counsel for Plaintiff in this action, and that Plaintiff should immediately begin searching for new counsel. (See letter, annexed hereto as Exhibit C.)

11. A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at her last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2007

> /s/ Andrew G. Finkelstein
> Andrew G. Finkelstein
>
> Finkelstein & Partners, LLP
> 436 Robinson Avenue
> Newburgh, NY  12550
> (800) 634-1212
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 6, 2006, and that a copy of this document has also been mailed, by certified mail, on September 6, 2006, to Plaintiff Jamie Fenelon at her last known address.

> /s/ Andrew G. Finkelstein
> Andrew G. Finkelstein