UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND                 :
        PRODUCTS LIABILITY LITIGATION       : Master File No. 04-10981
                                            :
                                            : Judge Patti B. Saris
----------------------------------------------------------x
                                            : Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                   :
                                            :
MENDOZA v. PFIZER INC.                      : Individual Case No. 05-11033
                                            :
----------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF MICHAEL MENDOZA

Finkelstein & Partners, LLP, counsel for Plaintiff Michael Mendoza, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c), granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action. This motion is supported by the Declaration of Andrew G. Finkelstein and attached exhibits, submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Plaintiff's counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiff's counsel respectfully requests a hearing on this motion.

Dated: September 6, 2007                    Respectfully submitted,

                                            *Members of Products Liability*
                                            *Plaintiffs' Steering Committee*

                                    By:     /s/ Andrew G. Finkelstein
                                            Andrew G. Finkelstein, Esquire
                                            Finkelstein & Partners, LLP
                                            436 Robinson Avenue
                                            Newburgh, NY  12550

By:   <u>/s/ Jack W. London</u>
       Jack W. London, Esquire
       Law Offices of Jack W. London
         & Associates
       106 E. 6th Street, Suite 700
       Austin, TX 78701

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 6, 2006, and that a copy of this document has also been mailed, by certified mail, on September 6, 2006, to Plaintiff Michael Mendoza at his last known address.

       <u>/s/ Andrew G. Finkelstein</u>
       Andrew G. Finkelstein