UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re:  NEURONTIN MARKETING,            :   MDL Docket No. 1629
        SALES PRACTICES AND             :
        PRODUCTS LIABILITY LITIGATION   :   Master File No. 04-10981
                                        :
                                        :   Judge Patti B. Saris
---------------------------------------------------------x
                                        :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:               :
                                        :
MENDOZA v. PFIZER INC.                  :   Individual Case No. 05-11033
                                        :
                                        :
---------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF MICHAEL MENDOZA

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, (hereinafter "Plaintiff's counsel"), counsel of record for Plaintiff Michael Mendoza, (hereinafter "Plaintiff"), in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an Order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. This action was commenced on November 23, 2004, by filing the summons and complaint by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, in the Supreme Court of the State of New York, County of New York, under Index No. 116618-2004. (*See* Summons and Complaint, annexed hereto as Exhibit A.)

4. On January 5, 2005, Defendants served an Answer. (*See* Answer, annexed hereto as Exhibit B.)

5. Also, on January 5, 2005, Defendants filed a Notice of Removal removing this case to the United States District Court for the Southern District of New York, Case No. 05-74. (*See* Notice of Removal (without attachments), annexed hereto as Exhibit C.)

6. On May 11, 2005, an Order was entered by the Judicial Panel on Multidistrict Litigation, lifting the stay of the Panel's Conditional Transfer Order and transferring this case to MDL 1629, *In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*, in the United States District Court for the District of Massachusetts, for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*See* Order Lifting Stay of Conditional Transfer Order, D. Mass. Individual Case No. 05-11033, ECF Doc. # 5.)

7. On May 17, 2005, this case was transferred from the United States District Court for the Southern District of New York to the United States District Court for the District of Massachusetts and assigned Individual Case No. 05-11033. (*See* D. Mass. Individual Case No. 05-11033, ECF Doc. Entry # 5.)

8. On July 20, 2005, this case was consolidated with the Neurontin MDL, under Docket No. 1629, lead case No. 04-10981. (*See* D. Mass. Individual Case No. 05-11033, ECF Doc. # 7.)

9. On February 14, 2007, this case was selected by Defendants as one of their two selections for inclusion in the ten Track One cases. (*See* Defendants' Selection of Two Track One Cases, D. Mass Master File No. 04-10981, ECF Doc. # 633-1.)

10. Since completion of the fact discovery phase of the Track One cases, including the depositions of Plaintiff and his medical providers, irreconcilable differences have developed

between Plaintiff and Plaintiff's counsel regarding the direction of legal services that may be provided to Plaintiff, which preclude Plaintiff's counsel from further representation of Plaintiff in this case.

11. On August 9, 2007, Plaintiff's counsel mailed to Plaintiff, by certified mail, a letter advising Plaintiff that due to such irreconcilable differences, counsel could no longer represent Plaintiff in this litigation, that it was counsel's intention to file a motion to withdraw as counsel for Plaintiff in this action, and that Plaintiff should immediately begin searching for new counsel. (See letter, annexed hereto as Exhibit D.)

12. A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at his last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2007

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein

Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 6, 2006, and that a copy of this document has also been mailed, by certified mail, on September 6, 2006, to Plaintiff Michael Mendoza at his last known address.

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein

3