UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
STRICKLAND v. PFIZER INC. : Individual Case No. 06-10778
:
---------------------------------------------------------------x

## MOTION TO DISMISS WITH PREJUDICE
## THE *STRICKLAND* INDIVIDUAL ACTION

Plaintiffs Bernard Strickland and Cathy Strickland respectfully move for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismissing with prejudice, and without costs or attorney's fees, the above-entitled individual action by Plaintiffs against Defendants Pfizer Inc., *et al*. This motion is supported by the Memorandum, and the Declaration of Kenneth B. Fromson and attached exhibits, including the Affidavits of Bernard Strickland and Cathy Strickland, submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Plaintiff's counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiff's counsel respectfully requests a hearing on this motion.

Dated: September 6, 2007 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*Members of Products Liability*
　　　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Steering Committee*

　　　　　　　　　　　　　　　　By:　**/s/ Andrew G. Finkelstein**
　　　　　　　　　　　　　　　　　　　Andrew G. Finkelstein, Esquire
　　　　　　　　　　　　　　　　　　　Finkelstein & Partners, LLP
　　　　　　　　　　　　　　　　　　　436 Robinson Avenue
　　　　　　　　　　　　　　　　　　　Newburgh, NY  12550

　　　　　　　　　　　　　　　　By:　**/s/ Jack W. London**
　　　　　　　　　　　　　　　　　　　Jack W. London, Esquire
　　　　　　　　　　　　　　　　　　　Law Offices of Jack W. London
　　　　　　　　　　　　　　　　　　　　& Associates
　　　　　　　　　　　　　　　　　　　106 E. 6th Street, Suite 700
　　　　　　　　　　　　　　　　　　　Austin, TX  78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: September 6, 2007

　　　　　　　　　　　　　　　　　　　**/s/ Kenneth B. Fromson**
　　　　　　　　　　　　　　　　　　　Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 6, 2007.

　　　　　　　　　　　　　　　　　　　**/s/ Kenneth B. Fromson**
　　　　　　　　　　　　　　　　　　　Kenneth B. Fromson, Esquire