UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
STRICKLAND v. PFIZER INC. : Individual Case No. 06-10778
:
------------------------------------------------------------x

**DECLARATION OF KENNETH B. FROMSON IN
SUPPORT OF MOTION TO DISMISS WITH
<u>PREJUDICE THE *STRICKLAND* INDIVIDUAL ACTION</u>**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for Plaintiffs Bernard Strickland and Cathy Strickland, (hereinafter "Plaintiffs"), in the above-entitled individual action.

2. This declaration is submitted in support of Plaintiffs' motion for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismissing with prejudice, and without costs or attorney's fees, the *Strickland* individual action.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Summons and Complaint

Exhibit B - Notice of Removal (without exhibits)

Exhibit C - Answer

Exhibit D - Affidavit of Bernard Strickland

Exhibit E - Affidavit of Cathy Strickland

Exhibit F  -  Cover pages of Deposition Transcripts of Bernard Strickland, Cathy Strickland, Dr. Wolfram Glaser and Dr. Sadri M. Avsar, M.D.

Exhibit G  -  August 9 and 13, 2007 e-mail between Kenneth B. Fromson, Esq., and Lori C. McGroder, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 6, 2007

      **/s/ Kenneth B. Fromson**
Kenneth B. Fromson

Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550
(800) 634-1212

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 6, 2007.

Dated:  September 6, 2007

      **/s/ Kenneth B. Fromson**
Kenneth B. Fromson