UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re: NEURONTIN MARKETING,          :   MDL Docket No. 1629
      SALES PRACTICES AND           :
      PRODUCTS LIABILITY LITIGATION :   Master File No. 04-10981
                                    :   Judge Patti B. Saris
---------------------------------------------------------x
                                    :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:            :
                                    :
PRODUCTS LIABILITY ACTIONS           :
                                    :
---------------------------------------------------------x

### DECLARATION OF KENNETH B. FROMSON IN SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND EXTEND THE DEADLINES FOR SERVING NOTICES TO ADMIT

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this litigation.

2. This declaration is submitted in support of Products Liability Plaintiffs' motion to compel discovery and extend the deadlines for serving notices to admit.

3. The following documents are attached hereto in support of this motion:

Exhibit A - September 5, 2007 e-mail from Pfizer Defendants' counsel regarding ESOP request

Exhibit B - June 15, 2007 letter from PL Plaintiffs' counsel to counsel for Pfizer Defendants regarding Vega deposition

Exhibit C - June 21, 2007 letter from PL Plaintiffs' counsel to counsel for Pfizer Defendants regarding Garrity deposition

Exhibit D - June 29, 2007 letter from PL Plaintiffs' counsel to counsel for Pfizer Defendants regarding Knapp deposition

Exhibit E - June 28, 2007 letters from PL Plaintiffs' counsel to counsel for Pfizer Defendants concerning discrepancies in the data/information in the *Merlin* database

Exhibit F - July 24, 2007 letter from Pfizer Defendants counsel regarding PL Plaintiffs' discovery demands

Exhibit G - August 29, 2007 letter from PL Plaintiffs counsel regarding their intention to seek relief from this Court by means of a Motion to Compel

Exhibit H- - Excerpts from transcript of August 1, 2005 Conference before U.S. Magistrate Judge Sorokin and August 9, 2005 Order of Judge Sorokin

Exhibit I - Excerpts from June 14, 2007 deposition transcript of Adrian Vega

Exhibit J - Excerpts from June 19, 2007 deposition transcript of Andrea Garrity

Exhibit K - Excerpts from June 26, 2007 deposition transcript of Lloyd Knapp

Exhibit L - Excerpts from July 12, 2007 deposition transcript of Manfred Hauben

Exhibit M - March 15, 2001 e-mail regarding Lester Reich gabapentin safety summary and report annexed thereto

Exhibit N - *Crone v. Pfizer, Inc.* (California action) Request for Admissions, Set One

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2007

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson

Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212

*Attorneys for Products Liability Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 6, 2007.

Dated: September 6, 2007

/s/ Kenneth B. Fromson
Kenneth B. Fromson