UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCMIE LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY, | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC.<br><br>and<br><br>AETNA, INC. v. PFIZER INC. | |

**MOTION FOR LEAVE TO TAKE
ADDITIONAL DEPOSITIONS OF SPECIFIED CURRENT AND FORMER
EMPLOYEES OF DEFENDANTS**

Sales and Marketing Plaintiffs ("Plaintiffs") respectfully seek an order permitting them to take additional depositions of specified current and former employees of Defendants.

In support of their Motion, Plaintiffs submit the Memorandum In Support of Plaintiffs' Motion for Leave to Take Additional Depositions of Specified Current and Former Employees of Defendants.

726624.1

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court in making a determination and respectfully request oral argument so that they may be heard.

Dated:  September 6, 2007

Respectfully submitted,

By: /s/ Barry R. Himmelstein
Barry R. Himmelstein

Barry R. Himmelstein
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas Greene
GREENE & HOFFMAN
125 Summer Street
Boston, MA 02110

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Boston, MA 02110

Don Barrett
BARRETT LAW OFFICE
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Daniel Becnel, Jr.
LAW OFFICES OF DANIEL BECNEL, JR.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

James Dugan
DUGAN & BROWNE
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs'
Steering Committee*

-3-

Gerald Lawrence, Esq.
LOWEY DANNENBERG BEMPORAD &
SELINGER, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshocken, PA 19428

Linda P. Nussbaum, Esq.
KAPLAN FOX & KILSHEIMER LLP
150 East 52nd Street, Thirteenth Floor
New York, NY 10022

*Members of the Plaintiffs'*
*Non-Class Steering Committee*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2007, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

                                          /s/ Daniel E. Seltz
                                          Daniel E. Seltz, Esq.