UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and | |
| AETNA, INC. v. PFIZER INC. | |

**DEFENDANTS' MOTION TO COMPEL THIRD-PARTY
PAYOR PLAINTIFFS TO RESPOND TO INTERROGATORIES**

Defendants Pfizer Inc. and Warner-Lambert Company ("defendants") respectfully move, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, for an order compelling third-party payor Class Plaintiffs and Coordinated Plaintiffs (collectively, "plaintiffs") to respond, as previously ordered by this Court, to interrogatories two through eight of defendants' second set of interrogatories, dated March 13, 2007.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, defendants respectfully request that the Court order plaintiffs to respond to interrogatories two through eight of defendants' second set of interrogatories.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: September 6, 2007

        DAVIS POLK & WARDWELL

        By: /s/James P. Rouhandeh
            James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        - and -

        HARE & CHAFFIN

        By: /s/ David B. Chaffin
            David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.1 and 37.1, I certify that counsel have conferred in good faith to narrow the areas of disagreement to the greatest extent possible.

        /s/David B. Chaffin

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on September 6, 2007.

                                  /s/David B. Chaffin