UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY, | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC.<br><br>and<br><br>AETNA, INC. v. PFIZER INC. | |

## SALES & MARKETING PLAINTIFFS' MOTION TO COMPEL 30(B)(6) TESTIMONY AND ELECTRONIC DOCUMENTS FROM CLINE DAVIS & MANN, INC.

Class Plaintiffs and Sales & Marketing Non-Class Plaintiffs (collectively, "Plaintiffs") respectfully request an Order to Compel Cline Davis & Mann, Inc. to provide the following relief: (1) testimony concerning the topics set forth in a subpoena properly issued and served upon Cline Davis on August 13, 2007 pursuant to Rule 30(b)(6) and Rule 45 of the Federal Rules of Civil Procedure and (2) electronic documents responsive to a subpoena properly issued and

served upon Cline Davis on May 10, 2005.

In support of their Motion, Plaintiffs submit the Memorandum in Support of Sales & Marketing Plaintiffs' Motion to Compel 30(b)(6) Testimony from Cline Davis & Mann, Inc. and the Affidavit of Elana Katcher and exhibits thereto, each of which is incorporated by reference.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court in making a determination and respectfully request an oral argument so that they may be heard.

Respectfully submitted,

Dated: September 6, 2007           By:   /s/ Linda P. Nussbaum
                                         Linda P. Nussbaum, Esq.

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York  10022

Gerald Lawrence, Esq.
LOWEY DANNENBERG BEMPORAD &
SELINGER, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA  19428

*Members of the Plaintiffs' Non-Class Steering Committee*

Barry R. Himmelstein
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas Greene, Esquire
GREENE & HOFFMAN
125 Summer Street
Boston, MA 02110

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Boston, MA 02110

Don Barrett
BARRETT LAW OFFICE
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Daniel Becnel, Jr.
LAW OFFICES OF DANIEL BECNEL, JR.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

James Dugan
DUGAN & BROWNE
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Plaintiffs' Non-Class Steering Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that this on September 6, 2007, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

I also certify that I served a true and complete copy of this document to be served on Davis & Gilbert, counsel for Cline Davis at 1740 Broadway, New York, New York 10019.

ATTORNEY FOR PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER