# EXHIBIT B

**Rowland, Matthew B.**

---

**From:** Rowland, Matthew B.
**Sent:** Tuesday, September 04, 2007 7:29 PM
**To:** 'Himmelstein, Barry R.'
**Subject:** Class Plaintiffs' Response to 2d Interrogatories

Barry,

I never heard back from you regarding the issue I raised with respect to class plaintiffs' response to defendants' second set of interrogatories, specifically, the issue regarding drugs "commonly used" for certain off-label indications.

Please let me know whether your position has changed following our discussion. We may otherwise move on Thursday to compel a response. I am available anytime tomorrow after noon EDT to meet and confer if you want.

Thank you,

Matt Rowland

Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017
Phone: 212.450.4912
Fax: 212.450.3912

_____ Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and destroy the original message and all copies. _____