UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY, | Mag. Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. | |
| and | |
| AETNA, INC. v. PFIZER INC. | |

**AFFIDAVIT IN SUPPORT OF SALES & MARKETING PLAINTIFFS' MOTION TO COMPEL 30(B)(6) TESTIMONY FROM CLINE DAVIS & MANN, INC.**

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

ELANA KATCHER being duly sworn, deposes and says:

1.  I am an associate at the law firm of Kaplan Fox & Kilsheimer LLP, one of the

Coordinated Plaintiffs' counsel in the above-entitled action. This affidavit is submitted in support of the Sales & Marketing Plaintiffs' motion to compel 30(b)(6) testimony from Cline Davis & Mann, Inc. ("Cline Davis")

2. On August 13, 2007, I served a subpoena pursuant to Federal Rules of Civil Procedure 30(b)(6) and 45 upon Cline Davis.

3. On August 23, 2007, I telephoned Cheryl Plambeck of Davis & Gilbert LLP, counsel to Cline Davis, to request she propose dates for the deposition of her client. Ms. Plambeck advised that she had not yet identified a witness for each of the noticed topics and was not ready to discuss dates.

4. On August 29, 2007, I telephoned Ms. Plambeck to again request she propose dates for the Cline Davis deposition. Ms. Plambeck advised that she had some concerns about the scope of the deposition and requested both a meet-and-confer to discuss a mutually agreeable date and scope for her client's deposition. She also requested an extension of time to respond or object to the subpoena.

5. Later that same day, I notified Ms. Plambeck that we could not grant such an extension due to the rapidly approaching discovery deadline and requested that she email Plaintiffs a list of objections to expedite the meet-and-confer process.

6. On August 31, 2007, Ms. Plambeck wrote to me with a list of objections to the subpoena and requested we propose a time on September 6 to meet-and-confer.

9. A meet-and-confer was held on September 6, 2007 and was attended by Cheryl Plambeck, Paul Corcoran, Ilyas Rona, Ronald Aranoff, and myself. During the meet-and-confer Cline Davis took the position that it was overly burdensome to prepare a 30(b)(6) witness on the noticed topics for the following reasons: (1) it had too few employees he had knowledge of the

topics at issue; (2) it had not undertaken a full electronic search and therefore it would be too burdensome to prepare a witness to testify on behalf of Cline Davis; and (3) it no longer has access to employees of the defunct Proworx Division. Instead, Mr. Corcoran suggested Plaintiffs subpoena its individual employees who would testify on the basis of their personal knowledge only.

10. Later that day, I called Ms. Plambeck to advise that Plaintiffs felt that the parties were too far apart in their positions and that the Court's intervention would be sought. Plaintiffs did not feel they could forgo the testimony of a 30(b)(6) witness who could testify on behalf of Cline Davis.

10. True and correct copies of materials referenced in the Sales & Marketing Plaintiffs' memorandum of law in support of their motion to compel are attached as:

| | |
|---|---|
| Exhibit A | Subpoena served upon Cline Davis & Mann, Inc. on August 13, 2007 |
| Exhibit B | Subpoena served upon Cline Davis & Mann, Inc. on May 10, 2005 |
| Exhibit C | Discovery Order No. 7, entered December 20, 2006 |
| Exhibit D | Letter dated January 5, 2007 from Paul Cocoran to the Honorable Patti Sari |
| Exhibit E | Declaration of Jeff S. Gibson in Support of Plaintiffs' Motion to Compel Production of Documents from Non-Parties Sudler & Hennessey and Cline Davis & Mann sworn to on June 29, 2007 (Previously submitted to the Court on June 29, 2007) |
| Exhibit F | Letter dated August 30, 2007 from Cheryl Plambeck to Ronald Aranoff |
| Exhibit G | Email dated August 29, 2007 from Cheryl Plambeck to Elana Katcher |
| Exhibit H | E-mail dated August 29, 2007 from Elana Katcher to Cheryl Plambeck, copies to Linda Nussbaum, Ilyas Rona, Ronald Aranoff & Aviah Cohen-Pierson |
| Exhibit I | Letter dated August 31, 2007 from Cheryl Plambeck to Elana Katcher |

| | |
|---|---|
| Exhibit J | Email dated August 31, 2007 from Elana Katcher to Cheryl Plambeck, copy to Linda Nussbaum |
| Exhibit K | Letter dated July 17, 2007 from Cheryl Plambeck to Jeff Gibson, copy to Ronald Aranoff, Paul Corcoran, & Reid Skibell |

_____
Elana Katcher

Sworn to before me on September 6, 2007.

_____
Notary Public

CHRISTINA M. VOGEL
NOTARY PUBLIC STATE OF NEW YORK
NO. 01V06033577
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES NOV. 22 2009

**CERTIFICATE OF SERVICE**

I hereby certify that this on September 6, 2007, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

I also certify that I served a true and complete copy of this document to be served on Davis & Gilbert, counsel for Cline Davis at 1740 Broadway, New York, New York 10019.

ATTORNEY FOR PLAINTIFFS


/s/ Elana Katcher
ELANA KATCHER