UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 1629 |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and<br><br>AETNA, INC. v. PFIZER INC., | |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF AETNA, INC.
TO PRODUCE DOCUMENTS AND DESIGNEES IN RESPONSE TO
DEFENDANTS' DISCOVERY REQUESTS AND 30(B)(6) DEPOSITION NOTICE**

Pursuant to Federal Rule of Civil Procedure 37, Pfizer Inc. and Warner-Lambert Company ("defendants") hereby respectfully move to compel discovery from Coordinated Plaintiff Aetna, Inc. ("Aetna"). The discovery sought includes the designation and testimony of

30(b)(6) witnesses, complete responses to interrogatories, and production of responsive documents.

The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, defendants respectfully request that their motion be granted and that the Court enter an order compelling Aetna to designate properly prepared 30(b)(6) witnesses for the particular areas of inquiry discussed in the accompanying memorandum, and to produce the documents revealed during the depositions of Aetna's designees and otherwise promised in Aetna's responses to Defendants' discovery requests.

Respectfully submitted,

Dated:  September 6, 2007

/s/ Scott W. Sayler
Scott W. Sayler

Scott W. Sayler
Nicholas P. Mizell
SHOOK HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000
*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

2616545v1

**CERTIFICATE OF COMPLIANCE**

I certify pursuant to Local Rules 7.1 and 37.1 that counsel have conferred concerning most of the issues presented by this motion and that, as to the remaining issues, co-counsel for defendants has attempted to confer with opposing counsel but has been unable to reach him.

/s/ David B. Chaffin

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2007, the foregoing document was served pursuant to Case Management Order No. 3 by filing it through the Court's ECF System.

/s/ David B. Chaffin

2616545v1