# EXHIBIT B



**Dannenberg Bemporad**
**Selinger & Cohen, P.C.**

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

July 2, 2007

**VIA ELECTRONIC DELIVERY**
Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

      re:    In re Neurontin Marketing and Sales Practices Litigation
             MDL No. 1629

Dear Mr. Mizell:

      With respect to the designation of deposition topics in Defendants' May 4, 2007 Notice of Deposition to Aetna, the dates for which have not yet been set, and reserving all rights for objection, including those objections set forth in prior correspondence and meet and confer sessions by us and the other counsel for coordinated plaintiffs, I write to inform you of the topics to be covered by Ms. Scheid and Mr. Brodeur. Ms. Scheid will testify regarding topics 1(a)(b)(d), 2(a)(b),5,6,7,10,13.22; Mr. Brodeur will testify regarding topics 1 (c)(e)(f)(g)(h),2,3,4,5.6,7,8,9,12,13.14,15,16.17,21. I look forward to speaking with you regarding the scheduling of these matters.

                         Very truly yours,

                         GERALD LAWRENCE

GL/bms