# EXHIBIT D

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

In re:  NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
This Document Relates To:
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
HARDEN MANUFACTURING CORPORATION; LOUISIANA
HEALTH SERVICE INDEMNITY COMPANY, dba
BLUECROSS/BLUESHIELD OF LOUISIANA;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL
52 HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA, on behalf of themselves and all
others similarly situated, v. PFIZER INC. and
WARNER-LAMBERT COMPANY.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
THE GUARDIAN LIFE INSURANCE COMPNAY OF AMERICA
v. PFIZER INC.

and

AETNA, INC. v. PFIZER INC.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
           SUPREME COURT OF THE STATE OF NEW YORK
                    COUNTY OF NEW YORK

In re:  Neurontin
Product Liability Litigation
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
THIS DOCUMENT APPLIES TO:
ALL CASES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~



              VIDEOTAPED 30(b)6 DEPOSITION OF
                MICHAEL BRODEUR, R.PH., MBA

                      July 26, 2007
                       9:08 a.m.

                  1740 Peachtree Street
                    Atlanta, Georgia

          Robin K. Watkins, CCR-B-1936, RPR
```

Condensed Copy

**Page 14**

1 coordinator at Prudential?
2    A.  Through '97.
3    Q.  What was your next position?
4    A.  I moved to Atlanta at that time.
5 And that's where I was in charge of the
6 formulary at the national level with -- with
7 Prudential.
8    Q.  And what were your responsibilities
9 in that role?
10   A.  I had a very small group of
11 pharmacists, a couple, and it was all the drug
12 information, all the pulling of the
13 information specific for P&T, just like we
14 just talked about.
15   Q.  Do you recall whether Neurontin was
16 on the formulary at Prudential?
17   A.  I do not at the end. I know at the
18 beginning, it was not. It wasn't even
19 managed. I guess the terms are a little
20 confusing, depending on what you're asking.
21   Q.  Okay. Well, what's "managed" mean?
22   A.  Managed is when we actually put a
23 formulary around the drug class and actually
24 have some controls.
25   Q.  So there were no controls exercised

**Page 15**

1 as to Neurontin at Prudential?
2    A.  Correct. When I moved up there, we
3 were creating a formulary for Prudential and
4 we called it a selective formulary.
5    Q.  Why was it called a selected
6 formulary?
7    A.  Because we only had selected drug
8 classes that we managed.
9    Q.  And so the anticonvulsant class is
10 not managed?
11   A.  I have to go back and double-check.
12 I'm almost sure it is not.
13   Q.  Why would certain classes be managed
14 and not others?
15   A.  What's involved in putting in
16 controls in a particular drug class are
17 sometimes easier with some drug classes than
18 others. Such as if you need to pre-certify,
19 it's easier to get information from the
20 physician for some classes versus others.
21   Q.  What kinds of information would you
22 want from the physicians managing drugs?
23   A.  Well, I use the example of
24 cardiovascular. To manage a cardiovascular
25 drug class, you can say they filled the drug, they

**Page 16**

1 need their blood pressure or their cholesterol
2 level versus CNS.
3        In other classes, it's harder to get
4 what the measure is because it's not as
5 specific like it is in cardiovascular.
6    Q.  So then in '99, Prudential was
7 acquired by Aetna?
8    A.  Correct.
9    Q.  Did you -- what was your first
10 position with Aetna?
11   A.  It was exactly the same position.
12   Q.  Do you continue to hold the same
13 position now?
14   A.  Yes.
15   Q.  Same responsibilities?
16   A.  Responsibilities are bigger now.
17   Q.  Okay. How are they different?
18   A.  Early on, there were just around
19 formulary and P&T development. Now I also
20 have other groups of pharmacists, such as the
21 pharmacists that work in the pre-cert unit.
22   Q.  Does pre-cert unit mean
23 pre-certification unit?
24   A.  Correct.
25   Q.  What's its function?

**Page 17**

1    A.  The pharmacy pre-certification unit
2 at Aetna is there to handle the physician
3 calls around any drugs that have any controls
4 that the physician is trying to get approved
5 or covered for their particular patient.
6    Q.  So fields calls concerning a request
7 for medical exceptions?
8    A.  Exactly.
9    Q.  Does it do anything else?
10   A.  That's its main role. They do
11 intercept all kinds of calls from physicians
12 that may be just knowledgeable information,
13 such as this drug cover it or does it have
14 restrictions, and then they -- you know, it's
15 an informational line as well.
16   Q.  Is it always inbound calls or are
17 there outbound calls to physicians?
18   A.  Inbound calls from physicians.
19 Outbound calls if there's information
20 necessary as follow-up to that particular
21 case.
22   Q.  Does the unit maintain a log of the
23 calls?
24   A.  I'm in charge of the pharmacists and
25 there's another group in charge of the

5 (Pages 14 to 17)

VERITEXT CORPORATE SERVICES (800) 567-8658

18

1 technicians who actually intercept the calls.
2 So I'm not familiar of the operational -- you
3 know, all of that. The cases are recorded in
4 databases.
5    Q.  Is there more than one database in
6 which these calls are recorded?
7    A.  At this time right now, there's just
8 one, our claims adjudication system.
9    Q.  Is that the name of the database, is
10 it called the "claims adjudication system"?
11   A.  No, that's just an industry term.
12   Q.  Okay.
13   A.  The actual database is called
14 APMCAS.
15   Q.  What does that stand for?
16   A.  It stands for Aetna Pharmacy
17 Management Claims Adjudication System.
18   Q.  Makes sense.
19   A.  Yes.
20   Q.  Does this unit also develop the
21 pre-certification edits to be implemented?
22   A.  That group, the pre-cert pharmacists
23 are the implementation arm. The formulary
24 development and drug information pharmacists
25 are the ones who do the clinical work.

19

1    Q.  And those both report to you?
2    A.  Correct.
3    Q.  Who at Aetna heads each of these
4 units or areas?
5    A.  For the pre-certification unit,
6 right now I have a team lead, Caroline Dobson.
7    Q.  Is she here in Atlanta?
8    A.  No, she is in San Antonio.
9       THE REPORTER: San Antonio?
10      THE WITNESS: Correct.
11   Q  (By Mr. Mizell) And what was the
12 other side of that, was formulary?
13   A.  The formulary development. There's
14 no head. All four of them report directly to
15 me.
16   Q.  You said there's four?
17   A.  Right now, there's four.
18   Q.  Okay. Can you identify them?
19   A.  Sandra Williams, Natalie Chang
20 Mitchum and Jason Buckner. And Rose
21 Chappacontreras.
22   Q.  Do these four individuals work here
23 in Atlanta?
24   A.  Three do.
25   Q.  Which is where?

20

1    A.  Rose -- Rose does not work here.
2 She works in Houston. Specifically, Sugarland
3 office.
4    Q.  Which office?
5    A.  Oh, Sugarland. It's a suburb of
6 Houston.
7    Q.  Are all of these units within Aetna
8 Pharmacy Management?
9    A.  The units being the ones I just
10 described?
11   Q.  Right.
12   A.  Yes.
13   Q.  Is Aetna Pharmacy Management Aetna's
14 PBM?
15   A.  Correct.
16   Q.  Does it fulfill any other functions
17 for Aetna other than PBM-related services?
18   A.  No, I mean, it's just all the PBM
19 activity.
20   Q.  You also acquired a Master's of
21 Business Administration?
22   A.  Correct.
23   Q.  When was that?
24   A.  That was in 2005.
25   Q.  I assume the coursework for that

21

1 degree did not involve off-label use of
2 prescriptions?
3    A.  Correct.
4    Q.  Are you a member of any professional
5 organizations?
6    A.  Yes.
7    Q.  Okay. Which ones?
8    A.  At the current time, American
9 Academy of Managed Care Pharmacy.
10   Q.  Any others?
11   A.  At this moment, no.
12   Q.  What other professional
13 organizations have you been a member with
14 since 1994?
15   A.  The P&T Society and the American
16 Society of Health System Pharmacists.
17   Q.  Any others?
18   A.  Back in Jacksonville, there was one
19 that was a smaller local pharmacy organization
20 that was a subunit of American Society of
21 Health System Pharmacists, the North Florida
22 Regional Chapter.
23   Q.  Did you attend conferences hosted by
24 these organizations?
25   A.  Yes.

6 (Pages 18 to 21)

46

1 conducting such analysis.
2   A.  For clarity, outside the, like,
3 formulary process?  No.  Not that I remember
4 or ever know of.
5   Q.  Okay.  I think we discussed that the
6 pre-certification unit handles inbound calls
7 from providers for exceptions; is that
8 correct?
9   A.  Correct.
10  Q.  Does it also handle inbound calls
11 from members about seeking exceptions?
12  A.  Not that unit.
13  Q.  Which unit does?
14  A.  Our customer service unit handles
15 the member calls.
16  Q.  And who is the head of that unit?
17  A.  The ultimate head of pharmacy
18 customer service is Kevin Lile.
19  Q.  Do you know if he's held that
20 position from '94 to the present?
21  A.  He's held it since I've been here at
22 Aetna.  I don't know before that time when he
23 started.
24  Q.  Other than returning member calls
25 about a particular case, does the customer

47

1 service unit have any outbound communications
2 with members?
3   A.  I'm not sure, because it's a little
4 out of my realm.  I'm not sure.
5   Q.  Is this unit here in Atlanta?
6   A.  No, it's not.
7   Q.  Where is it?
8   A.  At the present time, it's in
9 Minneapolis and San Antonio.
10  Q.  Would the call data for that unit be
11 reflected in the APMCAS database?
12  A.  Since it's outside of my usual
13 jurisdiction, I'm not sure if they put all
14 their confirmation only in APMCAS.  But they
15 look in there to see if there's been other
16 calls into the pre-cert unit or they have a
17 pending case.  So they use it as a source.
18 They may have other places they put
19 information.  I'm just not 100 percent sure.
20  Q.  So you're not sure if the customer
21 service unit maintains a log of the calls with
22 members?
23  A.  I would imagine they do.  I don't
24 know the exact process or where that is
25 housed.

48

1     (WHEREUPON, marked for identification,
2 Exhibit-2.)
3   Q  (By Mr. Mizell) Okay.  Mr. Brodeur,
4 I'm going to hand you Exhibit 2, which is
5 captioned, "Defendants' Amended Notice of
6 30(b)(6) Deposition of Aetna, Incorporated,"
7 dated July 13th, 2007.
8     Have you seen this document before?
9   A.  It looks similar to one that Jerry
10 had given me in the last two weeks.
11    MR. LAWRENCE:  We can -- we can
12 representation that this was the notice to
13 serve.  We can speculate that it's the same.
14    MR. MIZELL:  Okay, great.
15  Q  (By Mr. Mizell) And you understand
16 you're providing answers on behalf of Aetna
17 pursuant to this notice?
18  A.  Correct.
19  Q.  What did you do to prepare for this
20 deposition?
21  A.  I met with Jerry a couple of times
22 to go over the -- the case.
23  Q.  When were these meetings?
24  A.  We had a live meeting last
25 Wednesday.

49

1   Q.  Any others?
2   A.  And another phone call.  I have to
3 look on my calendar the exact date.  Maybe two
4 weeks before that.
5   Q.  Any others?
6   A.  I'm sure there was other
7 notifications that this is coming and I'll get
8 with you and small calls like that.
9   Q.  Did you meet with anybody else to
10 prepare?
11  A.  Short meetings, yes.
12  Q.  Who did you meet with?
13  A.  Internal people in my unit.
14  Q.  And their names?
15  A.  Natalie Chang Mitchum.
16  Q.  What's her position?
17  A.  She's one of the formulary
18 development pharmacists.
19  Q.  What did you discuss with Natalie in
20 preparation for the deposition?
21  A.  Just to make sure I had the
22 information from the drug review that I had
23 already looked at.  Make sure there is
24 anything else on that particular drug review
25 that I needed to know about.

Page 62

1 its members?
2    A.   Aetna, I believe, produced
3 newsletters for their members.  How they do
4 that in frequency over the years has changed.
5    Q.   How has that changed?
6    A.   How often and if we actually do.
7    Q.   Does Aetna send newsletters
8 currently to members?
9    A.   I'm actually not 100 percent sure
10 about that, because it would be something
11 outside of pharmacy that would do that.
12    Q.   Which business unit would perform
13 this function?
14    A.   Such a big company, I'm not sure.
15    Q.   Do you know of anyone at Aetna who
16 would know the answer to that question?
17    A.   I know our process and the people
18 that we use to funnel stuff up into that
19 process, yes.
20    Q.   Any particular years Aetna did not
21 publish newsletters for its members?
22    A.   I'm not sure.  I don't even know if
23 there's a year we did or we didn't.  I'm not
24 sure.
25    Q.   How about newsletters for providers?

Page 63

1    A.   Yes, we publish those.
2    Q.   Do you know which unit within Aetna
3 publishes those newsletters?
4    A.   Again, it's -- I know the steps and
5 the people to get to the information up the
6 ladder.  I'm not sure what that actual unit is
7 called.
8    Q.   To whom would you send information
9 for that newsletter?
10    A.   My unit would send it up to APM
11 communications or Aetna pharmacy
12 communications.
13    Q.   Is that the same unit that would --
14 to which you would send information for the
15 member newsletter?
16    A.   Correct.
17    Q.   Does Aetna have an internal e-mail
18 system?
19    A.   Yes.
20    Q.   Has it had one since '99?
21    A.   Yes.
22    Q.   Does Aetna have external web sites?
23    A.   Yes.
24    Q.   Can you identify any?
25    A.   Well, we have Aetna.com.

Page 64

1    Q.   Any others?
2    A.   We have Aetnapharmacy.com.
3    Q.   Is it just pharmacy.com?
4    A.   Aetnapharmacy.com.
5    Q.   Any others?
6    A.   There may be others that other units
7 have that I'm not familiar with.
8    Q.   Do you know who controls the content
9 for Aetnapharmacy.com?
10    A.   I believe it's our APM
11 communications unit.
12    Q.   Are there newsletters for Aetna's
13 clients?  I mean, the plan sponsors.
14    A.   There could be, because, again,
15 Aetna is such a big company, the account
16 management area may have newsletters.
17    Q.   Is the account management area
18 distinct from the APM communication unit?
19    A.   Within Aetna pharmacy, there's an
20 account management group and then they would
21 interact with a bigger account management
22 group.  Because an employer group would have
23 an account manager for Aetna, not just for
24 Aetna pharmacy.
25    Q.   Are you familiar with how Aetna sets

Page 65

1 its rates for insured groups?
2    A.   No.  It's usually well outside the
3 realm of what I'm involved with.
4    Q.   Do you know which business unit
5 within APM has that responsibility?
6    A.   Not 100 percent sure.
7    Q.   Are you familiar with the
8 certificates of coverage issued by Aetna?
9    A.   Yes.
10    Q.   Are you a member of the P&T
11 committee?
12    A.   Yes.
13    Q.   Do you have a particular role or
14 title on the committee?
15    A.   I am the co-chair.
16    Q.   How long have you been the co-chair
17 of the P&T committee?
18    A.   Since '99.
19    Q.   Can you identify the other members
20 of the P&T committee?
21    A.   At this time or over the years?  It
22 changes all --
23    Q.   Yes, start from now.
24    A.   There's a lot.
25       MR. LAWRENCE:  The best you can.

**Page 134**

1 your conversations with her about the
2 complaints.
3   A.  Natalie works in my unit and she's
4 in charge of the therapeutic area right now of
5 CNS. So any drug classes in that area, she
6 kind of keeps up with the literature. So we
7 were trying to go to that saying how can we
8 match up the use of Neurontin with any of
9 these diagnoses these members may have. So
10 she was involved with kind of helping me
11 actually get the work done with Jo Beth.
12   Q.  And did -- did you and Natalie,
13 likewise, conclude that that match-up could
14 not be performed?
15   A.  Yes.
16     MR. LAWRENCE: Objection. Go ahead.
17   A.  Pretty much through our discussions,
18 but it's not unique to this case. That's
19 always difficult and just from all of our
20 experience all the time with claims, trying to
21 match that type of thing up.
22   Q.  (By Mr. Mizell) Other than those in
23 the law department and Jo Beth and Natalie,
24 did you talk to anybody else about the
25 complaints?

**Page 135**

1   A.  As far as I can remember, I don't
2 have any material discussion with anybody,
3 really. That was a year ago and this type of
4 discussion is kind of routine in our unit.
5 Not necessarily having a lawsuit every day,
6 but having this kind of, you know, look at
7 this claim, clinical work, you know, matching
8 it up to diagnosis and all kinds of clinical
9 questions, so.
10   Q.  Do you call your area a department
11 or business unit? What do you usually call
12 it?
13   A.  Are you -- by group, I guess is
14 called a unit.
15   Q.  Okay. Did anyone from your group
16 participate in the drafting of the third
17 amended complaint or -- yes, third amended
18 complaint?
19     MR. LAWRENCE: Objection.
20   A.  As far as I know, I wasn't -- nobody
21 in my unit that I'm aware of.
22   Q.  (By Mr. Mizell) Do you know of
23 anyone else at Aetna who provided information
24 for the complaint?
25     MR. LAWRENCE: Objection.

**Page 136**

1   A.  Again, I'm not familiar with anybody
2 that told me that they had been part of
3 writing it up.
4     MR. MIZELL: Let's just go off the
5 record for a minute.
6     THE VIDEOGRAPHER: 2:36 p.m. Off
7 the record.
8     (WHEREUPON, a recess was taken.)
9     THE VIDEOGRAPHER: 2:42 p.m. On the
10 record.
11   Q.  (By Mr. Mizell) The APM
12 communications unit, I forget how you referred
13 to that. Is it the communication group or --
14   A.  I believe earlier I probably
15 referred it to what we always say is APM
16 communications.
17   Q.  Other than APM communications, do
18 you know of any other groups at Aetna that
19 communicate with Aetna's members?
20   A.  Yes.
21   Q.  Can you list the ones you can
22 identify?
23   A.  The difficult part is listing them
24 because it's a big company. The way it works
25 is if there's a pharmacy specific mailing, APM

**Page 137**

1 communications would be involved with that
2 mailing process.
3     There's other routine mailings that
4 go out to members and providers that are
5 newsletters and such and the regions take care
6 of that and pharmacy just gives them
7 information to put into those communications
8 on certain pages or certain articles.
9   Q.  Those are to members and providers?
10   A.  Correct.
11   Q.  What type of material is this
12 routine mailing?
13   A.  Each of the regions provide a
14 provider newsletter to the physicians or to
15 the providers which are bigger than just
16 physicians in that region. And the content is
17 driven by the region up to the point of
18 certain things that are required by
19 regulations that we have to communicate are
20 included without -- they have to include them.
21 And each region has different schedules of
22 when they mail it out.
23     On the member mailing part of your
24 question, each -- again, the regions will
25 handle the provider mailings. It's unclear to

138

1  me in the process what the member mailings, if
2  it's done by the region or somebody more at
3  corporate level. I'm not 100 percent sure of
4  that process.
5      Q. Do you know how many regions there
6  are?
7      A. At this moment, there's six.
8      Q. Is that change from '94 to the
9  present?
10     A. Yes, it has. A period of time after
11 these several acquisitions Aetna made, there
12 was eight regions after all those
13 acquisitions.
14     Q. And which acquisitions are you
15 referring to?
16     A. Back in the middle to late '90s when
17 Aetna -- well, the first -- I believe the term
18 was "merged" with U.S. Healthcare and then I
19 think they officially acquired Prudential
20 Healthcare. Again, I'm not sure the exact
21 acquisition mergering terms, but at the end of
22 that period, there was eight regions because
23 of the large membership we happened to have.
24     Q. Do you know at what time it was
25 reduced from eight to six?

139

1      A. Difficult to remember the specifics.
2  It's been a few years back in the
3  early 2000, 2002 perhaps.
4      Q. Other than the P&T committee and
5  individuals within your group, are there any
6  other groups of individuals who would have
7  made decisions regarding coverage for
8  Neurontin?
9          MR. LAWRENCE: Objection.
10     A. The normal process is when we
11 come -- preparing for P&T and coming out of
12 the P&T, we would have routine meetings with
13 traditionally or mostly the formulary
14 contract, the manufacturer contracting group,
15 and then the pharmacy programs group, like I
16 talked about earlier. Those are -- we have
17 normal, routine meetings with them.
18     Q  (By Mr. Mizell) What information
19 relevant to a drugs formulary status does a
20 contracting group bring to the process?
21     A. The manufacturing contracting group
22 brings in the cost information, which one part
23 of it is any rebate opportunities that are
24 potential with the manufacturers as that feeds
25 into the final cost of the drug for Aetna.

140

1      Q. Any other information from the
2  contracting group?
3          MR. LAWRENCE: Objection.
4      A. Well, the other piece of information
5  that they have brought to the table is because
6  of their interactions with the manufacturers,
7  in their meetings, sometimes there's
8  interactive information, such as how they're
9  going to promote a drug or when they're going
10 to bring it to market. And some of the
11 details specific to a launch of a drug.
12         There's probably other small pieces
13 of information that they're bringing that it's
14 not unique to them that everybody else might
15 bring as well.
16     Q  (By Mr. Mizell) And the pharmacy
17 program group, what information does that
18 group bring to the formulary process?
19     A. The pharmacy programs group, because
20 of the nature of their job, is to implement
21 clinical programs and the controls or the
22 edits are one of them. They bring all the
23 discussion of the details of what it takes to
24 put that program into place. And then, also,
25 they attempt to try to measure the

141

1  effectiveness of that intervention, which is
2  difficult sometimes.
3      Q. If the pharmacy programs group
4  determines that it will be difficult to
5  implement controls or edits for a particular
6  drug, does that weigh against that drug being
7  added to the formulary?
8          MR. LAWRENCE: Objection.
9      A. The two are separate. Putting a,
10 like, a program around a drug versus the
11 formulary coverage are two separate items.
12 They may occur at the same time or they may be
13 different timings.
14     Q  (By Mr. Mizell) So the ease or
15 difficulty of implementing the controls or
16 edits is not a factor one way or the other in
17 the formulary status?
18         MR. LAWRENCE: Objection.
19     A. With the clinical programs group,
20 their job, their programs, clinical programs are
21 bigger than just the edits. So a -- like I
22 mentioned earlier this morning in one of the
23 questions and answers, they may have other
24 ways of intervening and programs with mailing,
25 so a different types of programs.

**Page 142**

With the -- specific with edits, yes, that's part of -- part of feedback they can supply to us if they think there's going to be difficulty operationally with a particular edit.

Q (By Mr. Mizell) Are there any other groups that provide information to the formulary process at Aetna?

MR. LAWRENCE: Objection.

A. I am sure there's other groups that have informally or in a particular case. The normal routine process involves those three groups, like I mentioned mostly. There's other groups that we have to bring in from time to time, which could be a variety of different people at Aetna for different reasons. From installation into the claims system, to a plan sponsor, group because of a question around a benefit or something like that, so, you know, it could be other groups.

(WHEREUPON, marked for identification, Exhibit-6.)

Q (By Mr. Mizell) Okay. I've handed you Deposition Exhibit 6, which is a News and Alerts page from the Aetna website. Are you

**Page 143**

familiar with this type of information being available on the Aetna website?

MR. LAWRENCE: Objection.

A. I'm trying to verify if it's Aetna or AetNet. Is it from Aetna.com? Okay. I am not familiar with these particular stories on this day.

Q (By Mr. Mizell) Are you familiar with this, with Aetna providing information of this sort on its public website?

MR. LAWRENCE: Objection.

A. I know we have units inside of Aetna that are in charge of external communication and I'm not sure of their criteria, what stories they put out there on the website.

Q (By Mr. Mizell) Which groups or units would be responsible for this content?

A. Again, Aetna is a big company. I'm not sure of the exact name of this unit. I know that there's units that Hartford, Connecticut that are involved with external communication items.

Q. Do you know the individuals at Aetna that would be -- who would most likely know whether Aetna has provided a news and alert

**Page 144**

item regarding Neurontin at the company?

A. Well, similar to my last answer, I'm not exactly sure the criteria they use or what would be important to put out here.

Q. Do you know anyone at Aetna who would make that determination?

A. The group that sometimes will ask me questions or I've interacted with about stories is headed by Jill Griffin. But I don't know if she's the one who puts it out here or advises other areas as to what to put out here.

Q. Can you identify any others who might be responsible for the content on this particular portion of the website?

A. Well, I guess, again, since I'm not familiar of which the group and what they're criteria is, different units within Aetna or different departments, I guess, going back to the APM communication, if there is an item that pharmacy wants to put out there, each of the departments within Aetna, their communication department would contact the right people to put something onto the website. There could be other processes. I'm

**Page 145**

just not familiar with all of them.

(WHEREUPON, marked for identification, Exhibit-7.)

MR. MIZELL: I'm sorry. What was that?

THE REPORTER: Seven.

MR. MIZELL: Okay.

Q (By Mr. Mizell) I've handed you Deposition Exhibit 7, a pharmacy Clinical Policy Bulletin from Aetna.com. Subject is anticonvulsants. Are you familiar with this Clinical Policy Bulletin?

A. Yes.

Q. Which individual or individuals at Aetna prepared the bulletin?

A. The production or the producing of a pharmacy Clinical Policy Bulletin starts with the person who is in charge of that therapeutic area, which would be Natalie Chang, and then it's reviewed and approved by P&T. And then eventually gets posted at the correct time.

Q. And what's the purpose of the bulletin?

A. The pharmacy Clinical Policy