UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | Master File No. 04-10981 |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCMIE LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. | ) ) ) ) | |
| and | ) ) | |
| AETNA, INC. v. PFIZER INC. | ) ) | |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF**
**FINANCIAL DATA RELATED TO NEURONTIN**

Sales and Marketing Plaintiffs ("Plaintiffs") seek an order requiring Defendants to produce occurrence level financial data related to Neurontin. Pharmaceutical companies, like all major corporations, meticulously track expenditures related to each of its products on an occurrence basis. Pharmaceutical companies also often record the expenditure according to the

particular indication for which the drug is being promoted. In this way they can track the return on their investment in various promotional activities.

To date, Defendants have produced only aggregate level data related to expenditures on Neurontin for a four year period from 2001-2004. This data is of such an aggregate nature as to be virtually useless. To date Defendants have failed to produce the underlying occurrence level data. This data is relevant and it is necessary in order for Plaintiffs experts to properly perform their liability and damage analysis. Accordingly, Plaintiffs seek an order requiring Defendants produce all occurrence level financial information concerning expenditures related to Neurontin from 1994 to 2004, including any data relating such expenditures to a particular indication.

In support hereof Plaintiffs have filed herewith a Memorandum in Support of Plaintiffs' Motion to Compel Production of Financial Data Related to Neurontin.

Dated: September 6, 2007          By:    **/s/ Thomas M. Sobol**
                                          Thomas M. Sobol
                                          Edward Notargiacomo
                                          Hagens Berman Sobol Shapiro LLP
                                          One Main Street, 4th Floor
                                          Cambridge, MA 02142

                                   *Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

                                   By:    **/s/Barry Himmelstein**
                                          Barry Himmelstein, Esquire
                                          Lieff Cabraser Heimann & Bernstein
                                          Embarcadero Center West
                                          275 Battery Street, 30th Floor
                                          San Francisco, CA 94111-3339

                                   By:    **/s/Don Barrett**
                                          Don Barrett, Esquire
                                          Barrett Law Office
                                          404 Court Square North
                                          P.O. Box 987
                                          Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs'*
*Steering Committee*

By: **/s/Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY  10601

By: **/s/Linda Nussbaum**
Linda Nussbaum, Esquire
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022

*Members of the Non-Class*
*Plaintiffs' Steering Committee*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

      Pursuant to LR 7.1(2) the undersigned hereby certifies that in an attempt to resolve or otherwise narrow the issues presented by this Motion I conferred with Defense counsel on September 5, 2007 and again on September 6, 2007.

                              /s/Edward Notargiacomo

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on September 6, 2007.

                              /s/Edward Notargiacomo