UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 1629 |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Master File No. 04-10981  Judge Patti B. Saris  Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and AETNA, INC. v. PFIZER INC., | |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF AETNA, INC. TO PRODUCE DOCUMENTS AND DESIGNEES IN RESPONSE TO DEFENDANTS' DISCOVERY REQUESTS AND 30(B)(6) DEPOSITION NOTICE**

PLEASE TAKE NOTICE THAT Pfizer Inc. and Warner-Lambert Company hereby withdraw their motion to compel discovery from coordinated plaintiff Aetna, Inc. ("Aetna") (Docket #854).

2616545v1

Dated: September 11, 2007                              Respectfully submitted,

                                                       /s/ Scott W. Sayler
                                                       Scott W. Sayler

                                                       Scott W. Sayler
                                                       Nicholas P. Mizell
                                                       SHOOK HARDY & BACON
                                                       2555 Grand Boulevard
                                                       Kansas City, MO 64108
                                                       (816) 474-6550

                                                       David B. Chaffin
                                                       BBO No. 549245
                                                       HARE & CHAFFIN
                                                       160 Federal Street
                                                       Boston, MA 02110
                                                       (617) 330-5000

                                                       *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I certify that on September 11, 2007, the foregoing document was served pursuant to Case Management Order No. 3 by filing it through the Court's ECF System

/s/ David B. Chaffin

2616545v1