UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL SALES AND MARKETING ACTIONS | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF ANGELA M. SEATON IN
SUPPORT OF DEFENDANTS' OPPOSITION TO PRODUCTS
LIABILITY PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND
EXTEND THE DEADLINES FOR SERVING NOTICES TO ADMIT**

ANGELA M. SEATON declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Shook, Hardy & Bacon, LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC in this action.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Discovery and Extend the Deadlines for Serving Notices to Admit, filed September 6, 2007.

3. Attached as Exhibit A is a true and correct copy of Plaintiffs' Rule 30(b)(6) Notice (draft), dated April 26, 2007.

1

2624644v1

4. Attached as Exhibit B is a true and correct copy of Plaintiffs' Rule 30(b)(6) Notice, dated June 29, 2007.

5. Attached as Exhibit C is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Notice of 30(b)(6) Deposition, dated July 10, 2007.

6. Attached as Exhibit D is a true and correct copy of Dr. Manfred Hauben's Deposition Transcript, July 13, 2007 [partial].

7. Attached as Exhibit E is a true and correct copies of Product Liability Plaintiffs' Request for Production of Documents and Things to Defendants Pfizer Inc., Warner-Lambert Company LLC, Parke-Davis a division of Warner-Lambert Company, and Warner-Lambert Company, dated July 1, 2006 and September 22, 2006 [partial].

8. Attached as Exhibit F is a true and correct copy of Defendants' Responses and Objections to Product Liability Plaintiffs' Request for Production of Documents and Things, dated July 31, 2006.

Dated: Kansas City, Missouri
September 11, 2007

    /s/ Angela M. Seaton
    Angela M. Seaton

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 11, 2007.

                      /s/David Chaffin

2624644v1