# EXHIBIT
# A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION
---------------------------------------------------------x
THIS DOCUMENT RELATES TO:
PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------x

MDL Docket No. 1629
Master File No. 04-10981

Judge Patti B. Saris
Magistrate Leo T. Sorokin

## PLAINTIFFS' NOTICE OF 30(b)6 DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the deposition upon oral examination of the employee, officer or agent as to the matters known or reasonably available to the defendants PFIZER INC., PARKE-DAVIS, a division of Warner Lambert Company, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC., regarding the issues described below, whose current addresses are known to Defendants, before a person authorized to administer oaths. The testimony shall be recorded by sound-and-visual and by stenographic means, as indicated below:

| DEPONENT | DATE / TIME | LOCATION |
| --- | --- | --- |
| Person Most Knowledgeable | | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY |

Issues:

1. Testimony as to Defendants' pharmacovigilance regarding Neurontin, to wit: the systematic detection, assessment, understanding, interpretation and prevention of adverse drug reactions;

2. Testimony as to Defendants' review of medical literature regarding adverse events reported with the use of Neurontin and Defendants' assessment, interpretation and responsive action, if any;

3. The accuracy, and/or inaccuracy, of the statements and representations set forth in

Defendants' Safety Updates, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases;

4. The design, goals, purposes, protocols and methodologies pertaining to the formation of Defendants' Safety Updates, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases;

5. Identification of clinical trial names or numbers referenced in Defendants' Safety Updates, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases;

6. The design, goals, purposes, protocols and methodologies pertaining to clinical trials referenced in Defendants' Safety Updates, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases;

7. With respect to clinical trials referenced in Defendants' Safety Updates, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases, testimony as to exclusion and / or inclusion criteria for prospective clinical trial participants;

8. Procedures for recruitment of clinical investigators associated with those clinical trials referenced in Defendants' Safety Updates, Annual Reports, Periodic Safety Update Reports (PSURs), and Investigator Brochures;

9. Training of clinical investigators associated with those clinical trials referenced in Defendants' Safety Updates; Annual Reports, Periodic Safety Update Reports (PSURs), and Investigator Brochures;

10. Adverse events or "study events" experienced by any clinical trial participants as referenced in Defendants' Safety Updates, Annual Reports, Periodic Safety

Update Reports (PSURs), Investigator Brochures and Adverse Event Databases;

11. Follow-up investigation or further testing done on any clinical trial participant who experienced a psychobiologic adverse event or study event in clinical trials;

12. Study data including raw data, final study data, computations, statistics or graphs generated regarding adverse events from clinical studies referenced in Defendants' Safety Updates, Annual Reports, Periodic Safety Update Reports (PSURs), and Investigator Brochures;

13. Individual adverse event or adverse drug experience cases received from worldwide sources referenced in Defendants' Periodic Safety Update Reports, including individual case histories and overviews;

14. The decision making process to determine whether an adverse event should or should not be added to any of Defendants' Neurontin core data sheets, including the goals, purposes, protocols and methodologies for making such a decision;

15. Identification of the name, address, education, training, selection, job title and responsibility of Defendant employees who have participated in the decision to include or exclude language referencing an adverse event from the Neurontin core data sheet.

16. Follow-up investigation or further testing done on any individual for whom an adverse event was reported, excluding adverse events from clinical trials.

Dated: April 26, 2007
Newburgh, NY

Kenneth B. Fromson
FINKELSTEIN & PARTNERS
*Attorneys for Products Liability Plaintiffs*
436 Robinson Avenue

Newburgh, NY 12550
(845) 562-0203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May 2006, I caused to be served a true and correct copy of the foregoing Notice of Deposition by email PDF and first class U.S. Mail, postage prepaid, to:

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Rouhandeh@dpw.com

David Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000
dchaffin@hare-chaffin.com

*Attorneys for Defendants Pfizer, et uno*

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tom@hbsslaw.com

*Attorneys for Plaintiff Harden Manufacturing Corporation and Plaintiffs' Liaison Counsel*

Andrew G. Finkelstein