# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                    MDL Docket No. 1629
-----------------------------------------------------------x              Master File No. 04-10981
THIS DOCUMENT RELATES TO:
PRODUCTS LIABILITY LITIGATION                                     Judge Patti B. Saris
                                                                                            Magistrate Leo T. Sorokin

-----------------------------------------------------------x
-----------------------------------------------------------x
IN RE: NEWYORK NEURONTIN                                         Case Management
PRODUCTS LIABILITY LITIGATION                                  Index No. 765000/2006
-----------------------------------------------------------x              Hon. Marcy S. Friedman


## PLAINTIFFS' NOTICE OF 30(b)6 DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal rules of Civil Procedure and New York Civil Practice Law and Rules, Product Liability Plaintiffs, by and through their counsel, will take the deposition upon oral examination of the employee, officer or agent as to the matters known or reasonably available to the defendants PFIZER INC., PARKE-DAVIS, a division of Warner Lambert Company, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC., regarding the issues described below, whose current addresses are known to Defendants, before a person authorized to administer oaths. The testimony shall be recorded by sound-and-visual and by stenographic means by Doerner & Goldberg/Veritext, 1 Penn Plaza, Suite 1706, New York, NY 10119. The deposition shall take place on the 12th day of July through the 13th day of July, 2007, beginning at 9 a.m. and ending at 6 p.m. each day. The deposition shall take place at the law offices of Davis Polk & Wardwell, 45 Lexington Avenue, New York, NY 10017. Plaintiffs provide notice to Defendants that such deposition may be used at the time of trial.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure and New York Civil Practice Law and Rules.

Issues:

1.      Testimony as to Defendants' pharmacovigilance regarding Neurontin, to wit: the systematic detection, assessment, understanding, interpretation and prevention of adverse drug reactions;

2533316v1

2. Testimony as to Defendants' review of medical literature regarding adverse events reported with the use of Neurontin and Defendants' assessment, interpretation and responsive action, if any;

3. Testimony as to Defendants' review, response, evaluation and action, if any, pertaining to correspondence from regulatory authorities.

4. Testimony as to Defendants' review of medical literature regarding mechanisms of action of Neurontin;

5. The accuracy, and/or inaccuracy, of the statements and representations set forth in Defendants' Safety Updates, Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases;

6. The design, goals, purposes, protocols and methodologies pertaining to the formation of Defendants' Safety Updates, Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, Standard Response Documents (including data from Merlin/Phoenix databases), and Adverse Event Databases;

7. Identification of clinical trial names or numbers referenced in Defendants' Safety Updates, Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases;

8. The design, goals, purposes, protocols and methodologies pertaining to clinical trials referenced in Defendants' Safety Updates, Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases;

2533316v1

9. With respect to clinical trials referenced in Defendants' Safety Updates, Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures, and Adverse Event Databases, testimony as to exclusion and / or inclusion criteria for prospective clinical trial participants;

10. Procedures for recruitment of clinical investigators associated with those clinical trials referenced in Defendants' Safety Updates, Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), and Investigator Brochures;

11. Training of clinical investigators associated with those clinical trials referenced in Defendants' Safety Updates; Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), and Investigator Brochures;

12. Adverse events or "study events" experienced by any clinical trial participants as referenced in Defendants' Safety Updates, Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), Investigator Brochures and Adverse Event Databases;

13. Follow-up investigation or further testing done on any clinical trial participant who experienced a psychobiologic adverse event or study event in clinical trials;

14. Study data including raw data, final study data, computations, statistics or graphs generated regarding adverse events from clinical studies referenced in Defendants' Safety Updates, Integrated Summaries of Safety, Annual Reports, Periodic Safety Update Reports (PSURs), and Investigator Brochures;

15. Individual adverse event or adverse drug experience cases received from worldwide sources referenced in Defendants' Safety Updates, Annual Reports,

2533316v1

      Investigator Brochures, Periodic Safety Update Reports, and Standard Response Documents, including individual case histories and overviews;

16. The decision making process to determine whether an adverse event should or should not be added to any of Defendants' Neurontin core data sheets, including the goals, purposes, protocols and methodologies for making such a decision;

17. Identification of the name, address, education, training, selection, job title and responsibility of Defendant employees who have participated in the decision to include or exclude language referencing an adverse event from the Neurontin core data sheet.

18. Follow-up investigation or further testing done on any individual for whom an adverse event was reported, excluding adverse events from clinical trials.

Dated: June 29, 2007
Newburgh, NY

                                                                  Kenneth B. Fromson
                                                                  FINKELSTEIN & PARTNERS
                                                                  *Attorneys for Products Liability Plaintiffs*
                                                                 436 Robinson Avenue
                                                                Newburgh, NY 12550
                                                               (845) 562-0203

2533316v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June 2007, I caused to be served a true and correct copy of the foregoing Notice of Deposition by email PDF and first class U.S. Mail, postage prepaid, to:

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Rouhandeh@dpw.com

David Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000
dchaffin@hare-chaffin.com

*Attorneys for Defendants Pfizer, et uno*

Jack W. London, Esq.
Law Offices of Jack London & Associates, P.C.
3701 B. Cave Rd. Suite 200
West Lake Hills, TX 78746-5365
T: 512-478-5858
F: 512-479-5934

*Member of the Products Liability Plaintiffs' Steering Committee*

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
T: 617-482-3700
F: 617-482-3003

*Attorneys for Plaintiff Harden Manufacturing Corporation and Plaintiffs' Liaison Counsel*

2533316v1

Ronald J. Aranoff, Esq.
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
T: 212-779-1414
F: 212-779-3218

*Attorneys for the Sales and Marketing Plaintiffs*

Paul F. Corcoran, Esq.
Neal H. Klausner, Esq.
Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
T: 212-468-4800
F: 212-468-4888

*Attorneys for Cline, Davis & Mann, Inc.*

Scott A. Edelman, Esq.
Carolyn C. Wu, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
T: 212-530-5000
F: 212-530-5219

Daniel J. Dwyer, Esq.
Hanify & King
One Beacon Street
Boston, MA 02108-3107
T: 617-423-0400
F: 617-423-0498

*Attorneys for Lodewijk J.R. DeVink and Anthony Wild*

Asa Groves, III, Esq.
Groves and Verona PA
7385 SW 87th Avenue, Suite 400
Miami, FL 33173
T: 305-273-7133
F: 305-273-7763

*Attorneys for Eckerd Corporation*

2533316v1

Alice S. Johnston, Esq.
Obermayer, Rebmann, Maxwell & Hippel LLC
1617 John F. Kennedy Blvd.
One Pennsylvania Center, 19th Floor
Philadelphia, PA 19103-1895
T: 215-665-3000
F: 215-665-3165

U. Gwyn Williams, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
T: 617-570-1000
F: 617-523-1231

Jonathan I. Price, Esq.
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
T: 212-813-8800
F: 212-355-3333

*Attorneys for Teva Pharmaceuticals USA, Inc.*

Benjamin M. Welch, Esq.
Paul W. Shaw, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center, 18th Floor
Boston, MA 02111
T: 617-856-8200
F: 617-856-8201

Bruce F. Rogers, Esq.
Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith
P.O. Box 530886
Birmingham, AL 35253
T: 205-879-1100
F: 205-879-4300

Robert A. Griffith, Esq.
Gargiulo/Rudnick, LLP
66 Long Wharf
Boston, MA 02110
T: 617-742-3833
F: 617-523-7834

*Attorneys for David Reynolds Longmire*

Steven A. Stadtmauer, Esq.
Harris Beach PLLC
One Gateway Center, Suite 2500
Newark, NJ 07102
T: 973-848-1244
F: 212-687-0659

*Attorneys for Actavis Inc., Actavis Elizabeth LLC, and Purepac Pharmaceutical Co.*

Debra V. Urbanowicz-Pandos, Esq.
Duran & Pandos
1044 Route 22 West, Suite 3
Mountainside, NJ 07092
T: 908-518-5000
F: 908-518-0030

*Attorneys for Philip J. Obiedzinski, DPM*

Jan R. McLean Bernier, Esq.
Halleland, Lewis, Nilan & Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402
T: 612-338-1838
F: 612-338-7858

*Attorneys for Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.*

Douglas L. Brown, Esq.
Brady Radcliff & Brown LLP
P.O. Box 1668
Mobile, AL 36633
T: 251-405-0077
F: 251-405-0076

*Attorneys for Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc., and Rite Aid 7028*

Robert K. Dowd, Esq.
Dowd & Blount
3141 Hood Street
Suite 650
Dallas, TX 75219
T: 214-922-8884
F: 214-922-9372

*Attorneys for Jay Seastrunk, M.D.*

William E. Johnson, III, Esq.
The Law Office of William E. Johnson III, PC
3141 Hood Street
Suite 650
Dallas, TX 75219
T: 214-922-8884
F: 214-922-8894

*Attorneys for Rehabilitation Staffing Services, LTD*

_____
Kenneth B. Fromson

2533316v1