# EXHIBIT D

CONFIDENTIAL

341

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MASSACHUSETTS

3    ------------------------  :

4    In Re:                    :  MDL Docket
                               :  No. 1629
5    NEURONTIN MARKETING,      :
     SALES PRACTICES AND       :  Master File
6    PRODUCTS LIABILITY        :  No. 04-10981
     LITIGATION                :  JUDGE PATTI B. SARIS
7                              :  MAGISTRATE JUDGE
                               :  LEO T. SOROKIN
8                              :
                               :  CONFIDENTIAL
9                              :  VIDEOTAPE DEPOSITION OF:
                               :  MANFRED HAUBEN
10                             :  (VOLUME II)
                               :
11   - - - - - - - - - - - -

12

13          TRANSCRIPT of the stenographic notes of

14   the proceedings in the above-entitled matter, as

15   taken by and before LINDA M. HOFFMANN, a Certified

16   Shorthand Reporter and Notary Public, held at the

17   office of DAVIS POLK & WARDWELL, ESQUIRES, 450

18   Lexington Avenue, New York, New York, on Friday, July

19   13, 2007, commencing at 9:07 in the forenoon.

20

CONFIDENTIAL

**342**

APPEARANCES:

FINKELSTEIN & PARTNERS
BY: KENNETH B. FROMSON, ESQ.
ANDREW G. FINKELSTEIN, ESQ. (By phone)
436 Robinson Avenue
Newburgh, New York 12550
Attorneys for Product Liability
Plaintiffs

HAGENS BERMAN SOBOL SHAPIRO, LLP
BY: EDWARD NOTARGIACOMO, ESQ.
One Main Street, Fourth Floor
Cambridge, Massachusetts 02142
Attorneys for MDL Class Plaintiffs

ROBINS, KAPLAN, MILLER & CIRESI, LLP
BY: ANNAMARIE A. DALEY, ESQ.
(Via Phone)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Attorneys for Assurant Plaintiffs

SHOOK, HARDY & BACON, L.L.P.
BY: LORI CONNORS McGRODER, ESQ.
VINCENT E. GUNTER, ESQ.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Attorneys for Pfizer

DURAN & PANDOZ, P.C.
BY: CAESAR D. BRAZZA, ESQ. (Via Phone)
1044 Route 22 West, Suite 5
Mountainside, NJ, 07092
Attorneys for Dr. Obieczinski

Also attending:
Keith Altman, Finkelstein & Partners
Christine D. Mylod, Pfizer Paralegal
Daniel McClutchy, Nationwide Video
Daniel Petkovsek, Jones Day Summer Intern

**343**

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MANFRED HAUBEN | | | | |
| BY MR. FROMSON | 346 | | 578,622,648 | |
| BY MS. McGRODER | | 510 | | 643 |
| BY MR. NOTARGIACOMO | | | 613 | |
| BY MS. DALEY | | | 619 | |

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Hauben 3 | Plaintiffs' Notice of 30(b)(6) Deposition | 358 |
| Hauben 4 | Defendants' Responses and Objections to Plaintiffs' Notice of 30 (b)(6) Deposition | 359 |
| Hauben 5 | Amended Cross-Notice of Videotaped Deposition of Pfizer Corporate Designee | 369 |
| Hauben 6 | 21 CFR 314.80, 4 pages | 426 |
| Hauben 7 | Neurology Today article, 4 pages | 454 |
| Hauben 8 | Q&A on the Safety of Neurontin Regarding Suicidal Behaviors, Pfizer_JSu_0030229-0030234 | 484 |
| Hauben 9 | Adverse Event Reporting System (AERS) Office of Pharacoepidemiology and Statistical Science, Brief Description with Caveats of System, July 18, 2005, 4 pages | 530 |

**344**

EXHIBITS, continued

| | | |
|---|---|---|
| Hauben 10 | Article, "Extreme Duplication in the US FDA Adverse Events Reporting System Database," 4 pages | 554 |
| Hauben 11 | Letter dated April 12, 2005, FDA to Andrew Finkelstein, 2 pages | 556 |
| Hauben 12 | Periodic Safety Update Report for Gabapentin, 26 March 1999 | 568 |
| Hauben 13 | E-mail dated 3/13/2006, Pfizer_MEvertsz_0116780 | 581 |
| Hauben 14 | Document, 2 pages, Pfizer_Regulatory_000484-000485 | 583 |
| Hauben 15 | Division of Neuropharmacological Drug Products, Pfizer_LAlphs_0084680-0084687 | 610 |

**345**

1    THE VIDEOGRAPHER: Good morning. My
2 name is Daniel McClutchy of Veritext.
3    The date today is July 13th, 2007. The
4 time is approximately 9:07 a.m.
5    This deposition is being held in the
6 office of Davis Polk located at 450 Lexington Avenue,
7 New York, New York.
8    The caption of this case is In Re:
9 Neurontin Marketing Sales, Practices and Products
10 Liability Litigation, MDL No. 1629.
11    Also In Re: New York Neurontin Products
12 Liability Litigation, index number 76500-2006.
13    This is the continuation deposition of
14 Dr. Manfred Hauben.
15    At this time the attorneys have already
16 made their appearances, and the witness has
17 previously been sworn.
18    MS. McGRODER: Again, I would just state
19 on the record that Dr. Hauben is here as the 30(b)(6)
20 witness on post-marketing safety surveillance issues,
21 subject to the responses and objections that were
22 served by defendants.
23    MR. FROMSON: And for the record, we
24 have a disagreement as to the validity of the
25 objections, but we're obviously going to move forward

2 (Pages 342 to 345)

Doerner & Goldberg * A Veritext Company          (973) 740-1100
25B Vreeland Road * Florham Park, NJ 07932    1161 Broad St. * Shrewsbury, NJ 07702

CONFIDENTIAL

510

1 you speak with Helen Dudaracki?
2   A.   No.
3   Q.   In preparation for this deposition, did
4 you speak with Gretchen Dieck?
5   A.   Yes, but not substantively.
6   Q.   Okay. And for what purpose did you
7 speak with Gretchen Dieck?
8   A.   I just mentioned that I was being
9 deposed, people who may need to know what my time
10 commitments were relative to ongoing projects.
11         MR. FROMSON: Okay. I'll pass the
12 witness.
13         Thank you, Doctor.
14         MS. McGRODER: Can we take just a
15 two-minute break?
16         THE VIDEOGRAPHER: We are going off the
17 record. The time is 1:30.
18         (A recess is taken.)
19         THE VIDEOGRAPHER: We're back on the
20 record. The time is 1:52. This is tape four.
21 DIRECT EXAMINATION BY MS. McGRODER:
22   Q.   Dr. Hauben, as you know, I'm Lori
23 McGroder, and it's time in the process of this
24 deposition, basically my turn to ask you some
25 questions.

511

1         And first I want to thank you for being
2 here. I would like you to tell us a little bit about
3 your educational background.
4   A.   Well, I have an undergraduate degree in
5 chemistry from New York University.
6         I obtained a Doctor of Medicine degree,
7 a Master's in Public Health, and a diploma in
8 Tropical Medicine and Health from New York Medical
9 College.
10        I completed a residency in Community and
11 Preventive Medicine, and obtained Board Certification
12 in Preventive Medicine and Public Health and Clinical
13 Pharmacology.
14   Q.  So you're Board Certified in two areas?
15   A.  Yes.
16   Q.  And any other education?
17   A.  Well, not formal school education, but
18 of course, on-the-job training, and all sorts of
19 continuing ongoing professional education since I've
20 been working in the area of pharmacovigilance.
21   Q.  And what does it mean to be Board
22 Certified?
23   A.  Well, for -- for the first medical
24 specialty, it means you have to complete a three-year
25 training period. While you're completing the

512

1 residency, you have to obtain a Master's degree in
2 Public Health, and then you have to sit for a
3 comprehensive examination.
4   Q.   And so you had to do that twice --
5   A.   Well --
6   Q.   -- for each Board Certification?
7   A.   Well, for the other Board Certification
8 it had somewhat different qualifications. That was
9 for the first Board Certification that I got.
10  Q.   So that was for your Board Certification
11 in --
12  A.   Preventive Medicine and Public Health.
13  Q.   Okay. For your Board Certification in
14 Clinical Pharmacology, what were the requirements?
15  A.   The requirements there is, number one,
16 you had to previously have been Board Certified in a
17 primary care medical specialty.
18        You had to have, minimal, a certain
19 amount of work experience in the field of clinical
20 pharmacology, or one of the fields, you know, any
21 field of clinical pharmacology.
22        You had to have established a record of
23 publishing research in a peer-reviewed medical and
24 scientific literature.
25        You had to be sponsored, the number is

513

1 escaping me, it's either by two or three other Board
2 Certified clinical pharmacologists. And then you had
3 to sit for a comprehensive qualifying examination.
4   Q.   Just a couple more questions on this,
5 because I want to make sure the jury understands.
6         When you're Board Certified in Public
7 Health or in Preventive Medicine, what does that
8 qualify you to do? What does that mean?
9   A.   Well, the training, when you train and
10 practice in Preventive Medicine and Public Health, it
11 really -- it covers a lot of things, because of
12 course from the prevention aspect, you've got
13 primary, secondary -- you've got different levels of
14 prevention, so treating someone who has a medical
15 illness so that it doesn't get worse is actually a
16 form of prevention.
17        So you sort of get a broad exposure to
18 various types of diseases, some of which you don't,
19 let's say get in a traditional internal medicine
20 residency, so you get some concentrated exposure,
21 sexually transmitted diseases, lipid disorders,
22 tropical medicine. And in addition to that, you
23 really have to attain a certain level of education
24 and expertise in areas such as pharmacology and
25 statistics, that would be beyond the usual or the

44 (Pages 510 to 513)

Doerner & Goldberg * A Veritext Company          (973) 740-1100
25B Vreeland Road * Florham Park, NJ 07932    1161 Broad St. * Shrewsbury, NJ 07702

514

1 typical medical education and training.
2   Q.   So do you have, to some extent, a higher
3 level of education in, say for example, epidemiology
4 than someone who isn't Board Certified in Preventive
5 Health and --
6   A.   Preventive Medicine and Public Health,
7 yeah. All other things being equal, yes.
8   Q.   And I have the same questions for
9 clinical pharmacology. What does that mean?
10  A.   I think from a practical perspective
11 what it means is that when you get Board Certified in
12 Clinical Pharmacology, in order to do that you have
13 to at that time have acquired, really understand the
14 nuances of drug treatment, how drugs act. So for
15 example, a -- very often in many scenarios, a
16 clinical pharmacologist will be able to come up with
17 a better treatment regimen from a pharmacokinetic
18 perspective, in other words, proper dosing, things
19 like that, because some of those concepts are kind of
20 involved -- are kind of involved, it's an involved
21 scientific discipline that's just not normally in the
22 medical school curriculum, or the postgraduate
23 training programs.
24  Q.   Do any of your Board Certifications
25 affect or play into the way that you do your job at

515

1 Pfizer?
2   A.   Sure. I think in addition to providing
3 a broad medical knowledge, it really -- I found it
4 really allows me to understand the principles and
5 disciplines of epidemiology and statistics better,
6 which of course, when you're in pharmacovigilance,
7 drug safety -- as a matter of fact, one of the things
8 I said that sort of made me fall in love with the
9 field to begin with was that it was really this very
10 unique blend. You used your clinical knowledge and
11 judgment, and used statistics and math and
12 epidemiology, so it really requires a very sort of
13 unique combination of expertises, which was always
14 very appealing to me.
15  Q.   Now, you were employed at another
16 pharmaceutical doing pharmacovigilance before you
17 started at Pfizer. Is that right?
18  A.   That's correct.
19  Q.   Just tell us a little bit about that.
20  A.   Well, that was with a company, the names
21 changed with various acquisitions, I'm not very good
22 in paying attention to the actual business aspects of
23 the organizations. But I was at that time an
24 associate director of -- I think what was called
25 Corporate Product Safety Surveillance, and I was one

516

1 of two physicians that did the bulk of the
2 post-marketing safety surveillance for their -- for
3 their products.
4   Q.   And for how many years did you do that?
5   A.   I was there from 1990 through about half
6 of 1994.
7   Q.   And that's when you started at Pfizer?
8   A.   Yes.
9   Q.   And you've been doing post-market safety
10 at Pfizer for how many years?
11  A.   It's getting on 13 years now.
12  Q.   So cumulatively, you have how many years
13 of experience in post-market safety?
14  A.   Approximately 17.
15  Q.   Do you also have any teaching positions?
16  A.   Yes. I have three -- I'm on the faculty
17 of three institutions; one is New York University
18 School of Medicine, Department of Medicine, Division
19 of Clinical Pharmacology.
20       I'm in the departments of Pharmacology
21 and Community and Preventive Medicine at New York
22 Medical College.
23       And I'm in the school of -- I'm a
24 visiting professor in the School of Information
25 Science, Computing and Mathematics at Brunel

517

1 University in the United Kingdom.
2   Q.   That was a lot of big words. What do
3 you actually teach?
4   A.   At New York University, I actually teach
5 pharmacovigilance. They have training and education
6 models devoted to various aspects of clinical
7 pharmacology and drug development, so I've been the
8 person who -- they've invited to teach the
9 pharmacovigilance module to that.
10       In the Department of Community and
11 Preventive Medicine, they've had for the second-year
12 students a series of clinical modules dealing with
13 some patient management issues related to primary
14 care and nutrition, and things of that nature.
15  Q.   So more like medical doctor work?
16  A.   Yes, yes.
17       And then in the Department of
18 Pharmacology at New York Medical College, um, I can't
19 remember all the lectures I gave there, but I know
20 they've invited me to lecture on the science of
21 drug-drug interactions. That's the last one I
22 remember.
23       And then at Brunel, at the School of
24 Information Science, Computing and Mathematics, my
25 teaching there is in the area of data mining and

45 (Pages 514 to 517)

Doerner & Goldberg * A Veritext Company          (973) 740-1100
25B Vreeland Road * Florham Park, NJ 07932    1161 Broad St. * Shrewsbury, NJ 07702

CONFIDENTIAL

518

1 application of quantitative methodologies to
2 pharmacovigilance.
3   Q.   And do you also speak professionally?
4   A.   Yes. I'm -- I go to and am invited
5 frequently globally to meetings all around the world
6 in the major scientific venues in
7 pharmacoepidemiology, drug safety, and clinical
8 pharmacology.
9   Q.   And publications. You have published?
10  A.   Yes.
11  Q.   Yeah, before I ask you, what does it
12 mean to be published? What do you have to do? For
13 example, if you author a study or write an article,
14 what do you go through to get it published?
15  A.   Well, it's -- I mean, the whole process
16 is a rather long process, and to get it -- and again,
17 to just make the distinction, all that I've published
18 have been in peer-reviewed scientific journals. And
19 well, after all the hard work in conceiving of a
20 project and executing it and writing it up, which I
21 often have very talented coauthors who I'm lucky to
22 work with as well, you submit to the journals, and
23 they send it out to peer reviewers who usually and
24 presumably have expertise in that particular area,
25 and they're all going to review it.

519

1       Then they're going to make a decision
2 saying this doesn't have enough scientific quality or
3 it does have enough scientific quality, or maybe
4 something in between, and they say it's kind of -- we
5 have some questions, they can have an opportunity to
6 revise it and resubmit it.
7   Q.   So about how many articles do you think
8 you've published in peer-reviewed journals?
9   A.   I've really kind of lost track. It's --
10 it's probably less than 100.
11  Q.   But more than?
12  A.   Well, I'm sure it's more than 25. It
13 could be more than 50. But it's -- it's quite a bit,
14 but I haven't -- I haven't been keeping count.
15  Q.   And primarily what topics have you
16 published on?
17  A.   A variety of topics, but the majority of
18 them are in some aspect of drug safety. I had one on
19 statistical methodologies in an area that was not
20 primarily drug safety. Most drug safety, some come
21 under clinical medicine not related to drug safety,
22 but the majority would be in pharmacovigilance,
23 including both quantitative and nonquantitative
24 approaches to pharmacovigilance.
25  Q.   And when you used "drug safety" in that

520

1 context, what are you referring to?
2   A.   In the context I refer to, it's in
3 post-marketing safety surveillance using spontaneous
4 reporting systems.
5   Q.   All right. Have you also participated
6 in or invited to participate in certain scientific
7 organizations in pharmacovigilance?
8   A.   Yes. I was invited to be a medical
9 advisor to the EMEA, which is the European Medicines
10 Evaluations Agency. It's kind of like the FDA of the
11 entire European Union. And they invited me to be an
12 expert medical advisor to help them develop signal
13 detection policies and practices.
14       I'm also the Methodology Team Leader for
15 the Council of International Organizations of Medical
16 Sciences, and that's a large multi-disciplinary,
17 nonprofit group that does research work in various
18 areas, including biomedical areas. And they have an
19 expert working group specifically on signal detection
20 and pharmacovigilance, and I'm leading the subgroup
21 that's dealing with the actual quantitative
22 methodologies that they use.
23       I'm an also a member, an active member
24 of a joint FDA industry working group called the SET
25 Working Group, or the Safety Evaluation Tools Working

521

1 Group.
2       And so those are three -- three
3 organizations where I have been -- have been doing
4 quite a bit of work as well.
5   Q.   Thank you.
6       We're going to switch gears a little
7 bit. Will you tell me what Pfizer means by the
8 word "pharmacovigilance"?
9   A.   What Pfizer means by "pharmacovigilance"
10 would be the post-marketing surveillance that we do
11 using spontaneous reports.
12  Q.   And pharmacovigilance, I suppose, is one
13 aspect of risk management?
14  A.   Correct.
15  Q.   And your title is?
16  A.   Medical Director, Risk Management
17 Strategy.
18  Q.   Okay. What are Pfizer's goals for
19 post-market safety surveillance or -- is "post-market
20 safety surveillance" synonymous with
21 "pharmacovigilance"?
22  A.   Essentially, yes.
23  Q.   Okay. What are Pfizer's goals, then,
24 for post-market safety surveillance?
25  A.   Well, the principal concern would be to

46 (Pages 518 to 521)

Doerner & Goldberg * A Veritext Company        (973) 740-1100
25B Vreeland Road * Florham Park, NJ 07932    1161 Broad St. * Shrewsbury, NJ 07702