# EXHIBIT E(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 )<br>) Judge Patti B. Saris<br>) Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>PRODUCT LIABILITY LITIGATION | )<br>) Civil Action No. 04-10981<br>) |

**PRODUCT LIABILITY PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS PFIZER, INC., WARNER LAMBERT COMPANY LLC, PARKE-DAVIS, A Division of Warner Lambert Company, and WARNER LAMBERT COMPANY**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the Plaintiffs hereby request Defendants Pfizer, Inc and Warner-Lambert Company produce for inspection and copying the documents and materials described below at the offices of Finkelstein & Partners, 436 Robinson Avenue, Newburgh, NY 12550 within thirty days of the date of the service of this request. Plaintiffs further request that such production be made in accordance with CMO #3, and the Definitions and Instructions set forth below.

### Definitions and Instructions

### Definitions

The definitions contained in Rule 26.5 of the Local Rules of the United States District Court for the District of Massachusetts are incorporated herein by reference. Additionally, the following definitions apply to this Document Request:

"And" includes the word "or" and vice-versa.

"Any" includes the and encompasses "all" and vice-versa.

"Communication" shall include oral, written or electronic communications.

"Defendants" shall mean "Pfizer" and "Warner-Lambert" and any of their predecessors or successors in interest, divisions, offices, subsidiaries, affiliates, and any present or former directors, officers, executives, trustees, employees, agents, attorneys, representatives and any other Person acting or purporting to act on its behalf, including, but not limited to, Parke-Davis.

"Document" shall have the meaning set forth in Rule 34(a) of the Federal Rules of Civil Procedure, and Local Rule 26.5, and includes all forms of writings as defined in Rule 1001(1) of the Federal Rules of Evidence, and includes any reduction to tangible form, whether written, recorded, taped, filmed, videotaped or in computer, digital or magnetic memory or storage, of communication, information, or data, including any graphic matter of any kind or nature, however produced or reproduced, and also includes originals, drafts, and non-identical copies, wherever located. "Document" shall include, but not be limited to, books, contracts, agreements, correspondence, electronic mail (email), computer tapes, discs, magnetic memory, printouts and keypunch cards, memoranda, diaries, notes reports, bulletins, printed forms, telegraphic communications, pleadings and other legal papers, notes, telexes, telegrams, telecopies, facsimile reproductions, or "faxes," factual compilations, data compilations, statistical compilations, plans, diagrams, journals, change orders, studies, surveys, sketches, art work, graphics, checks, ledgers, catalogues, brochures, pamphlets, press releases, advertisements, invoices, minutes, photographs, microfilms, microfiche, films, personnel files, quotes, stenographic notes, computer disks, telephone records, schedules, bids,

voice recordings, and transcriptions. This definition shall apply to all Documents in the possession, custody or control of the Defendants herein, or that of their attorneys, agents, employees, officers, directors, or representatives, irrespective of who generated, prepared or signed the Documents.

Unless otherwise stated, the time period for this Document Request shall be from January 1, 1994 to the present. A request to provide documents or materials "at any time" is unlimited in temporal scope.

As used throughout these requests, the term "internal", which will be found preceding the term document(s) correspondence, refers to communications by and between employees, agents or representatives of Defendants.

"APT Database" is the database described by James Murray in his March 29, 2002 deposition in the action United States ex. rel. Franklin v. Parke-Davis, No. 96-11651-PBS, United States District Court for the District of Massachusetts.

"Case report" means a written or oral report that describes the treatment of an individual patient.

"CBU" means (a) the divisions within Parke-Davis known as Customer Business Units, including the regional CBUs and the Managed Care CBU; and (2) any division with Pfizer that performed the function of a CBU after the merger of Pfizer and Warner-Lambert.

"Clinical trial" means a formal, blinded, prospective research study on human subjects conducted pursuant to a formal protocol and involving a control group

"CME" shall mean continuing medical education.

Neurontin. This request specifically requests (but is not limited to) the custodial files for the following individuals:

| Name | |
|---|---|
| Albright, Tom | Warner Lambert - Sales and Marketing |
| Altevoght, Rudi | Pfizer - Regulatory |
| Aquino, Mary Lou | Warner Lambert - Sales and Marketing |
| Attias-Yon, Beth | Warner Lambert - Medical and Scientific Affairs – Medical Liaisons |
| Avanish, Mishra | Pfizer – Sales and Marketing |
| Ballina, Myra | Warner Lambert - Drug Safety Surveillance |
| Bal, Adrian | Warner Lambert - Medical and Scientific Affairs – Medical Liaisons |
| Becker, Bill | |
| Bedell, Rubin | Warner Lambert - Medical Information |
| Beskenis, Diane | Warner Lambert - Sales and Marketing |
| Bonetti, Barbara | Warner Lambert - Medical Information |
| Black, James | Warner Lambert - Medical and Scientific Affairs – Medical Liaisons |
| Bloom, Leslie | |
| Bluhm-Heise, Denise | Warner Lambert - Medical and Scientific Affairs – Medical Liaisons |
| Bonetti, Barbara | Pfizer – Medical Information |
| Boris, John | Warner Lambert - Sales and Marketing |
| Brandicourt, Oliver | |
| Brennan, Sean | |
| Britt, David | |
| Brumfeld, Martha | |
| Cairns, Diane | Warner Lambert - Drug Safety Surveillance |
| Castro, O. Lucy | Pfizer - Regulatory |
| Chamberlain, Nancy | |
| Chamberlain, Nancy | |
| Ciociola, Art | Pfizer - Regulatory |
| Claussen, Michelle | Pfizer – Medical Information |
| Clary, Catherine | Pfizer – Medical Information |
| Conde, Vivian | Pfizer – Drug Safety Surveillance |
| Crichton, Yvonne | Pfizer – Drug Safety Surveillance |
| Crestwell, Ronnie | |
| Cristo, Steve | Pfizer - Regulatory |
| Crook, Allen J. | Warner Lambert - Sales and Marketing |
| Cueba-Jones, Carol | Pfizer – Drug Safety Surveillance |
| Davies, Mike | Warner Lambert - Medical Liaisons |

| Name | Affiliation |
|---|---|
| Davis, David | |
| Delimata, Victor | Warner Lambert -Sales and Marketing |
| Dell, Len | |
| Delong, R. | |
| Devink, Ludwig | |
| Diamond, K. | |
| Dieck, Gretchen | Pfizer – Drug Safety and Risk Management |
| Digiorgi, Matthew | Warner Lambert -Medical Information |
| Doft, Suzanne | Pfizer – Sales and Marketing |
| Donavan, Terry | |
| Dong, Mi | Warner Lambert - Clinical Research and Development |
| Doyle, Robert | Warner Lambert -Sales and Marketing |
| Duda-Racki, Helen | Warner Lambert/Pfizer - Medical Information |
| Durst, Julie | |
| Dymkowski, Joe | Warner Lambert -Medical Liaisons |
| Eccles, Stella | |
| Ek, Carol | |
| Farese, Debra | |
| Feczko, Joseph | |
| Feldman, Felicia | |
| Fiero, Leslie | Warner Lambert -Medical Information |
| Fitzhenry, Paul | |
| Fogelman, Lee Ann | Warner Lambert -Medical Liaisons |
| Folger, Robert | |
| Ford, John | Warner Lambert -Sales and Marketing |
| Frank, Marvin | |
| Fraser, Charles | Warner Lambert -Medical Information |
| Garafolo, Elizabeth | Warner Lambert -Clinical Research and Development |
| Garrity, Andrea | Pfizer - Regulatory |
| George, Tim | Warner Lambert -Sales and Marketing |
| Gorga, tom | |
| Gracon, Stephen | |
| Grady, Richard | Warner Lambert -Medical Liaisons |
| Groth, Janice | Pfizer – Drug Safety Surveillance |
| Guarv, Raphael | |
| Guerrero, Edda | Warner Lambert -Sales and Marketing |
| Hall, Janice | |
| Harrigan, Edmond | |
| Haskins, Bryant | |
| Hensel, Carrie | |
| Ho, Tina | Pfizer – Drug Safety and Risk Management |
| Higgins, Chris | |
| Howard, John | Warner Lambert -Sales and Marketing |
| Jankowski, Jyoti | Warner Lambert -Medical and Scientific Affairs Medical Liaisons |

| Name | Affiliation |
|---|---|
| Jaris, Al | |
| Johnson, Laura | Warner Lambert -Sales and Marketing |
| Katen, Karen | |
| Kellett, Lisa | Warner Lambert -Medical Liaisons |
| Kivel, Francine | |
| Knapp, Lloyd | |
| Knoop, John | Warner Lambert -Sales and Marketing |
| Kohler, Nancy | Warner Lambert -Sales and Marketing |
| Koto, Edwina | |
| Krayacich, John | Pfizer – Sales and Marketing |
| Krukar, John | Warner Lambert -Sales and Marketing |
| Laesecke, M.D., Klaus | |
| LaMattina, John | |
| Lang, Les | Warner Lambert -Sales and Marketing |
| Lankler, Doug | |
| Lardieri, Lisa | Pfizer – RMRs |
| Lawlor, Ken | Medical Liaisons |
| Lessauer, Kelly | |
| Lewis, Robert | Warner Lambert -Medical Information |
| Long, Dave | |
| Magistro, Phil | Warner Lambert -Medical and Scientific Affairs – Medical Liaisons |
| Magnus Miller, Leslie | Warner Lambert -Medical and Scientific Affairs |
| Marcoux, Frank | |
| Marino, John | |
| Martin, Irwin | Warner Lambert -Regulatory |
| Martin, Ron | Warner Lambert -Clinical Research and Development |
| Martin, Tammy | |
| Massey, Ken | Warner Lambert -Medical and Scientific Affairs – Medical Liaisons |
| Mccorry, Hank | |
| McFarland, Joe | Warner Lambert -Medical Liaisons |
| Mckinnel, Hank | |
| Menella, Robert | Warner Lambert -Medical Information |
| Merino, William | |
| Merte, Lonia | Warner Lambert -Medical and Scientific Affairs – Medical Liaisons |
| Meyers, Sharle | |
| Migliaccio, Gerry | |
| Milke, Margaret | |
| Miller, Bob | |
| Miller, Chris | |
| Moffit, R. | |
| Molina, Esperanza | Pfizer – Drug Safety Surveillance |
| Montgomery, John | |

| | |
|---|---|
| Montgomery, John | |
| Morales, Mark | |
| Mosebrook, Mick | |
| Moy, Darryl | Warner Lambert -Medical Liaisons |
| Murphy, David | Warner Lambert -Sales and Marketing |
| Natalicchio, Terri | |
| Niteschmann, Paul | |
| Pande, Atul | Warner Lambert -Clinical Research and Development |
| Parker, James | Warner Lambert -Regulatory |
| Parsons, Bruce | Pfizer – Medical |
| Patel, Manini | Pfizer - Regulatory |

| | |
|---|---|
| Pearce, Alexandra | |
| Perkins, Michael | |
| Perlow, Larry | Warner Lambert -Sales and Marketing |
| Petchel, Kashia | Pfizer – Drug Safety Surveillance |
| Phillips, Melissa | |
| Picciano, Eugene | |
| Pierce, Mark | Warner Lambert -Clinical Research and Development |
| Pieroni, Joseph | |
| Pignataro, Frank | Warner Lambert -Medical Information |
| Pitts, Robin | |
| Probert, David | Pfizer – Sales and Marketing |
| Purcell, Thomas | |
| Quadrigajus, Pedro | |
| Rafferty, Michael | |
| Reichenburger, Patrick | |
| Renshaw, Maurice | |
| Repp, Kim | |
| Rizzo, Jackie | Warner Lambert -Sales and Marketing |
| Rocchi, John | Pfizer – Medical Information |
| Rogan, Rose | Warner Lambert -Drug Safety Surveillance |
| Rose-lgatt, Andrea | |
| Rosen, William | |
| Rubenstein, Allen | Warner Lambert -Regulatory |
| Saltel, Doug | Warner Lambert -Sales and Marketing |
| Sasson, Stephen | |

| | |
|---|---|
| Saunders, Bernie | |
| Schaumberg, J | |
| Scott, Byron | |
| Seiler, April | |
| Shapiro, Doug | |
| Shellenberger, K | |
| Sigmund, Bill | Warner Lambert -Medical and Scientific Affairs – Medical Liaisons |
| Slater, Lee | Warner Lambert -Sales and Marketing |
| Spalding, Art | |

| | |
|---|---|
| Steinholz, Anne | |
| Su, Julie | Pfizer – Medical Information |
| Suskin, Helen | |
| Tarnok, Mike | |
| Teicher, Martin | |
| Taylor, Charlie | Warner Lambert -Clinical Research and Development |
| Tive, Leslie | Pfizer – Medical |
| Tomcyzk, Sylvia | Warner Lambert -Drug Safety Surveillance |
| Treado, M | |
| Trudeau, V. | |
| Turner, Janeth | Warner Lambert -Regulatory |
| Ulrey, Marie | |
| Ulrich, Linda | |
| Valentino, Michael | Warner Lambert -Sales and Marketing |
| Vales, Angela | Pfizer – Drug Safety Surveillance |
| Van de Carr, M.D., Stephen | |
| Vega, Adrien | Pfizer – Medical Information |
| Vink, Lodewijk J.R. de | |
| Walker, Alan | |
| Weiss, Richard | |
| Wild, Anthony | |
| Williams, Barbara | |
| Windom, Tim | |
| Wohlhuter, Claire | Pfizer – Medical |
| Woychick, John | Warner Lambert -Sales and Marketing |
| Yoder, Meg | Pfizer – Sales and Marketing |
| Zorn, Brian | Warner Lambert -Sales and Marketing |
| Zeucher-Malone, Andrea | Pfizer – Sales and Marketing |
| Zurlo, Grazia | Pfizer – Drug Safety Surveillance |
| | |

Dated: September 22, 2006

                      FINKELSTEIN & PARTNERS

By:    /s/Kenneth B. Fromson
         /s/Andrew G. Finkelstein
       Kenneth B. Fromson
       Andrew G. Finkelstein

       436 Robinson Avenue
       Newburgh, NY 12550
       (845) 562-0203

       Attorneys for Product Liability Plaintiffs