UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and | |
| AETNA, INC. v. PFIZER INC. | |

**DECLARATION OF CHRISTOPHER J. ROCHE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS OF SPECIFIED CURRENT AND <u>FORMER EMPLOYEES OF DEFENDANTS</u>**

CHRISTOPHER J. ROCHE declares upon perjury in accordance with 28 U.S.C. § 1746 as follows:

1.   I am attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Take Additional Depositions of Specified Current and Former Employees of Defendants, filed September 11, 2007.

3. On September 4, 2007 James P. Rouhandeh, Esq. and I conferred telephonically with Ronald Aranoff, Esq., counsel for plaintiffs, during which telephonic conference Mr. Aranoff provided the names of twelve additional individuals plaintiffs wished to depose.

4. On September 5, 2007 James P. Rouhandeh, Esq. and I conferred telephonically with Edward Notargiacomo, Esq., counsel for plaintiffs, during which telephonic conference counsel for defendants informed Mr. Notargiacomo that defendants produced the Research Report relating to clinical study number 945-421-921 to plaintiff in <u>Young v. Pfizer Inc. et al.</u>, 1062/2004 (N.Y. Sup. Ct.) and that defendants would provide copies of the research reports produced in that action to the Sales and Marketing Plaintiffs to the extent they have not obtained or cannot obtain copies from the Products Liability Plaintiffs pursuant to their "sharing agreement."

5. Attached hereto as exhibit A is an excerpt from the transcript of the August 16, 2007 deposition of Julia Su.

6. Attached hereto as exhibit B is an excerpt from the transcript of the June 14, 2007 deposition of Adrian Vega.

7. Attached hereto as exhibit C is a true and correct copy of a January 16, 2007 letter from Christopher J. Roche, Esq. to Thomas M. Sobol, Esq.

8. Attached hereto as exhibit D is a true and correct copy of an April 3, 2007 letter from Kenneth B. Fromson, Esq. to Erik Zissu, Esq.

9. Attached hereto as exhibit E is a true and correct copy of a February 28, 2007 letter from Deborah MacGregor, Esq. to Thomas M. Sobol, Esq.

10. Attached hereto as exhibit F is a true and correct copy of a February 23, 2007 letter from Deborah MacGregor, Esq. to Thomas M. Sobol, Esq.

Dated: New York, New York
September 11, 2007

/s/ Christopher J. Roche
Christopher J. Roche

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 11, 2007.

                                                /s/ David Chaffin