# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------ :

| | | |
|---|---|---|
| In Re: | : | MDL Docket |
| | : | No. 1629 |
| NEURONTIN MARKETING, | : | |
| SALES PRACTICES AND | : | Master File |
| PRODUCTS LIABILITY | : | No. 04-10981 |
| LITIGATION | : | JUDGE PATTI B. SARIS |
| | : | MAGISTRATE JUDGE |
| | : | LEO T. SOROKIN |
| | : | |
| | : | CONFIDENTIAL |
| | : | DEPOSITION OF: |
| | : | JULIA SU |
| | : | (VOLUME II) |
| | : | |

- - - - - - - - - - - -


          TRANSCRIPT of the stenographic notes of

the proceedings in the above-entitled matter, as

taken by and before LINDA M. HOFFMANN, a Certified

Shorthand Reporter and Notary Public, held at the

office of DAVIS POLK & WARDWELL, ESQUIRES, 450

Lexington Avenue, New York, New York, on Thursday,

August 16, 2007, commencing at 9:09 in the forenoon.

```
 1 A P P E A R A N C E S:

 2

            BECNEL LAW FIRM, LLC
 3          BY:  DANIEL E. BECNEL, JR., ESQ.
            106 West Seventh Street
 4          P.O. Drawer H
            Reserve, LA  70084
 5          Attorneys for Plaintiffs

 6

            FINKELSTEIN & PARTNERS
 7          BY:  KENNETH B. FROMSON, ESQ.
            436 Robinson Avenue
 8          Newburgh, New York 12550
            Attorneys for Product Liability
 9          Plaintiffs

10

            ROBINS, KAPLAN, MILLER & CIRESI, LLP
11          BY:  W. SCOTT SIMMER, ESQ.
            Suite 300, 1875 Eye Street, N.W.
12          Washington, D.C.  20006-5409
            Attorneys for Assurant Plaintiffs
13

14          SHOOK, HARDY & BACON, L.L.P.
            BY:  LORI CONNORS McGRODER, ESQ.
15               TREY ALFORD, ESQ.
            2555 Grand Boulevard
16          Kansas City, Missouri   64108-2613
            Attorneys for Pfizer
17

18

19          Also attending:
              Daniel McClutchy, Nationwide Video
20            Susan Adamo, Pfizer

21

22

23

24

25
```

 1 ATTORNEYS ATTENDING VIA TELECONFERENCE:

 2

                LAW OFFICES OF STEVEN D. HILLYARD
 3              BY:  ALANA GOLD, ESQ.
                345 California Street, Suite 1770
 4              San Francisco, CA 94104-2631
                Attorneys for Raymond Jennings, M.D.
 5

 6              DURAN & PANDOS, ESQS.
                BY:  CINDY THOMPSON, ESQ.
 7              1044 Route 22 West, Suite 5
                Mountainside, New Jersey   07092
 8              Attorney for Dr. Obiedzinski in the
                Jarosz case
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 338

```
 1                     INDEX

 2 WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

 3 JULIA SU

 4   BY MR. SIMMER            342              619

 5   BY MS. McGRODER    530

 6   BY MR. BECNEL                             578

 7   BY MR. FROMSON            601

 8

 9           E X H I B I T S

10 NUMBER          DESCRIPTION                PAGE

11
```

```
12  Su 8     E-mail dated August 6, 2004,   379
             Pfizer_JSu_0027976 -
13           Pfizer_JSu_0027977

14  Su 9     Volume 66, May 17, 2004,       388
             Number 020, 4 pages,
15           Pfizer_JSu_0026703-
             Pfizer_JSu_0026706
16
    Su 10    E-mails dated May 13, 2004,    412
17           Pfizer_JSu_0026681-
             Pfizer_JSu_0026686
18
    Su 11    E-mails dated May 20, 2004,    423
19           Pfizer_JSu_0026761-
             Pfizer_JSu_0026762
20
    Su 12    E-mails dated May 20, 2004,    428
21           Pfizer_JSu_0026751-
             Pfizer_JSu_0026758
22
    Su 13    E-mail dated January 16, 2003, 449
23           Pfizer_JSu_0031998-
             Pfizer_JSu_0032003
24
    Su 14    Neurontin 10216347 Perkins AE, 452
25           Pfizer_JSu_0025083-
             Pfizer_JSu_0025087
```

EXHIBITS, continued

1

2

3  Su 15    Neurontin file,
            Pfizer_JSu_0025076-JSu_0025078          462

4  Su 16    Letter dated May 18, 2004,
            Pfizer_JSu_0025079-
            Pfizer_JSu_0025082                      467

5

6  Su 17    US Medical Information Power
            Point, Pfizer_JSu_0031376-
            Pfizer_JSu_0031397                      478

7

8  Su 18    E-mail dated October 4, 2004,
            Pfizer_JSu_0029819                      497

9  Su 19    E-mail string,
            Pfizer_JSu_0029773-
            Pfizer_JSu_0029774                      509

10

11 Su 20    Standard Response Document on
            Suicide, 5 pages                        551

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 Standards Group would have more information on.

2      Q.    So the fact that this letter and the

3 other two letters we just looked at were in your

4 files, to the best of your recollection, that had

5 nothing to do with the job functions you were

6 performing at the time?

7      A.    I -- to be quite honest, this is now a

8 little over three years ago.  I -- this does not look

9 familiar to me.  It's possible that I might have seen

10 it.  It's possible.  Again, I don't have any

11 recollection of this because it's a few years ago,

12 and this is not normally what I do.

13      Q.    I'm sorry.  I didn't mean to interrupt

14 you.  Were you finished?

15      A.    I think so.

16      Q.    Okay.  Dr. Ricci would also be the

17 person that if I wanted to, or we wanted to ask

18 questions about how the Quality Group's SOPs would

19 have changed over time, she would be the person best

20 situated to answer those questions.  Right?

21      A.    She might be able to help you.

22      Q.    Okay.  Does she still work with the

23 company?

24      A.    Yes.

25      Q.    Does she work in New York or New Jersey?

1      A.      In New York.

2      Q.      And do you know what her current

3 position is?

4      A.      I believe she's a Senior Director Group

5 Leader or Team Leader for Medical Communications

6 Services.

7      Q.      At the time we're talking about here, is

8 it your testimony that Dr. Ricci had responsibility

9 for Neurontin specifically, or just more generally

10 for the Quality Group?

11     A.      No, no, I think you misunderstood me.

12 She -- she oversees one -- one group from what I

13 understand, the Quality Standards Group.  So she

14 would be able to have more information as far as

15 which Standard Operating Procedures we have in

16 Medical Information, or at least direct you to one of

17 her direct reports that would have that information.

18     Q.      Okay.  Are you familiar with the

19 procedures in your department -- strike that.

20             At the point in time when you were no

21 longer serving in the cross-functional Medical

22 Information Specialist position, but began focusing

23 your responsibilities on Neurontin and the other

24 groups, other drugs in that group, do you recall what

25 the procedures were for handling medical inquiries?

# EXHIBIT B

Page 267

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


-----------------------------X

IN RE: NEURONTIN MARKETING      MDL Docket No. 1629

SALES PRACTICES, AND PRODUCTS  Master File No.

LIABILITY LITIGATION            04-10981

-----------------------------X


VIDEOTAPED DEPOSITION OF ADRIAN VEGA, SR.

New York, New York

June 14, 2007



VOLUME II







Reported by:
Amy A. Rivera, CSR, RPR

1

2 SUPREME COURT OF THE STATE OF NEW YORK
  COUNTY OF NEW YORK
3

4 ----------------------------x

5 IN RE: NEURONTIN PRODUCTS

6 LIABILITY LITIGATION        Index Number 765000/2006

7 ----------------------------x

8

9

10

11     VIDEOTAPED DEPOSITION OF ADRIAN VEGA, SR.

12

13

14                              New York, New York
                                 June 14, 2007
15

16

17

18

19

20

21

22

23

24

25

1

2

3

4           Deposition of ADRIAN VEGA, SR., held

5 at DAVIS, POLK & WARDWELL, LLP, 450 Lexington

6 Avenue, New York, New York, before Amy A. Rivera,

7 a Notary Public of the State of New York.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2  A P P E A R A N C E S:

 3  FINKELSTEIN & PARTNERS
    Attorneys for Product Liability Plaintiffs
 4          785 Broadway, Third Floor
            Kingston, New York 12401
 5  BY:     KENNETH B. FROMSON, ESQ.

 6

 7  NEBLETT, BEARD & ARSENAULT
    Attorneys for Product Liability Plaintiffs
 8          2220 Bonaventure Court
            Alexandria, Louisiana  71309-1190
 9  BY:     JEAN PAUL P. OVERTON, ESQ.

10

11  TAYLOR, MARTINO & KUYKENDALL
    Attorneys for Plaintiffs
12          216 Palafox Place
            P.O. Box 12305
13          Pensacola, Florida  32502
    BY:     JOSEPH A. ZARZAUR, JR., ESQ. (via telephone)
14

15  ROBINS, KAPLAN, MILLER & CIRESI
    Attorneys for Plaintiffs
16          2800 LaSalle Plaza
            800 LaSalle Avenue
17          Minneapolis, MN
    BY:     W. SCOTT SIMMER, ESQ.
18

19  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Attorneys for Class Plaintiffs
20          Embarcadero Center West
            275 Battery Street, 30th Floor
21          San Francisco, California  94111-3339
    BY:     BARRY R. HIMMELSTEIN, ESQ.
22          DANIEL E. SELTZ, ESQ.

23

24

25
```

```
 1

 2 A P P E A R A N C E S (continued):

 3

 4 JONES DAY
   Attorneys for Wyeth Laboratories
 5           51 Louisiana Avenue, N.W.
             Washington, D.C. 20001
 6 BY:      DAVID RUTKOWSKI, ESQ. (via telephone)

 7
   SHOOK, HARDY & BACON, LLP
 8 Attorneys for Defendant Pfizer and the witness
             2555 Grand Boulevard
 9           Kansas City, Missouri 64108
   BY:      LORI McGRODER, ESQ.
10          TREY ALFORD, ESQ.

11 GOODWIN PROCTER
   Attorneys for Teva Pharmaceuticals
12           599 Lexington Avenue
             New York, New York  10022
13 BY:      MICHAEL WINFIELD, ESQ.

14

15 ALSO PRESENT:  Keith Altman, Finkelstein &
                  Partners
16

17                Susan Adamo, Pfizer

18                PHILIP GLAUBERSON, Videographer
                  NATIONWIDE VIDEO PRODUCTIONS, INC.
19

20

21

22

23

24

25
```

1

2      UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS
3      MDL Docket No. 1629/Master File No. 04-10981
       VOLUME II.
4

5  -------------------------------------------
   IN RE: NEURONTIN MARKETING AND SALES PRACTICES
6  LITIGATION
   -------------------------------------------
7

8

9      VIDEOTAPED DEPOSITION OF ADRIAN VEGA, SR.

10

11

12

13       T R A N S C R I P T of the stenographic notes

14 of the proceedings in the above-entitled matter, as

15 taken by and before AMY A. RIVERA, a Certified Shorthand

16 Reporter and Notary Public of the State of New York,

17 held at the offices of DAVIS POLK & WARDWELL, 450

18 Lexington Avenue, New York, New York, on Thursday, June

19 14, 2007, at 9:13 a.m.

20

21

22

23

24

25

1

2              IT IS HEREBY STIPULATED AND AGREED by and

3 between counsel for the respective parties hereto that

4 all rights provided by the C.P.L.R., including the right

5 to object to any question, except as to the form, or to

6 move to strike any testimony at this examination, are

7 reserved; and, in addition, the failure to object to any

8 question or to move to strike any testimony at this

9 examination shall not be a bar or waiver to make such

10 motion at, and is reserved for, the trial of this

11 action.

12              IT IS FURTHER STIPULATED AND AGREED that

13 this examination may be signed and sworn to, by the

14 witness being examined, before a notary public other

15 than the notary public before whom the examination was

16 begun, but the failure to do so, or to return the

17 original of this examination to counsel, shall not be

18 deemed a waiver of the rights provided by Rules 3116 and

19 3117 of the C.P.L.R. and shall be controlled thereby.

20              IT IS FURTHER STIPULATED AND AGREED that

21 the filing of the original of this examination shall be

22 and the same hereby is waived.

23

24

25

Page 274

1

2                      INDEX

3 WITNESS              CROSS   REDIRECT    RECROSS

4 ADRIAN VEGA, SR.

5 BY MR. FROMSON          276

6 BY MS. McGRODER        475

7 BY MR. HIMMELSTEIN            523

8 BY MR. SIMMER                              540

9                      EXHIBITS

10 NUMBER           DESCRIPTION                      PAGE

11 Vega-33      USMI                          323

12 Vega-34      Adverse events document       379

13 Vega-35      Summary report                379

14 Vega-36      Summary report                443

15 Vega-37      Parke-Davis report 2/3/92     446

16 Vega-38      Pfizer document re: Zoloft    458

17 Vega-39      Report                        460

18 Vega-40      Standard monthly report 9/2003 488

19 Vega-41      Gabapentin use document       510

20 Vega-42      Parke-Davis report 3/26/99    510

21

22

23

24

25

1                    Vega - examination

2 using the Intranet site it is possible to identify

3 individuals around the globe in other Medical

4 Information Departments who deal with Neurontin?

5       A.    No.

6             MS. McGRODER:  Object to form.

7       Q.    No?  Okay.

8       A.    Just in the U.S.

9       Q.    All right.  So what is available if

10 anything to identify people around the globe in

11 other Medical Information departments who deal

12 with Neurontin?

13       A.    The only information that I can tell

14 you, to answer your question, is the global

15 Medical Information coordinator in a country is a

16 name and a contact that we have.

17             They may have different sizes

18 depending on where they are.  They may be an end

19 of one, an individual of one, or a group of

20 several, and I do not how they structure or break

21 down the supportive products in other countries.

22       Q.    So, at least there's a contact person

23 that you can reach?

24       A.    Yes, sir.

25       Q.    And is that person's identity listed

Page 302

1                  Vega - examination

2 on this Intranet site?

3      A.    On the Intranet site that I described

4 to you for Medical Information, yes.

5      Q.    Okay.  What's the Intranet site called

6 and I ask you basically, so I can identify it for

7 your counsel?

8      A.    Yeah, usmedicalinformation.com, I

9 believe.  I'm sorry.  I don't know the official

10 name because I have it on a shortcut, so I don't

11 look at the URL.

12      Q.    Where is Howard Steinberg, presently,

13 if you know?  I don't mean where he's sitting

14 today.  In terms of the company position he has,

15 where is he?

16      A.    He's no longer with the company.  He's

17 retired.

18      Q.    When did he retire, approximately?

19      A.    A few years ago.

20      Q.    How about Donna Ricci, do you

21 recognize that name?

22      A.    Yes.

23      Q.    At one point, she was a senior

24 director team leader of Global Medical Information

25 Services.  Did you know that?

1                    Vega - examination

2        A.     Yes, sir.

3        Q.     And where is she now?

4        A.     She's still part of the Medical

5 Information Department.

6        Q.     Does she have responsibilities with

7 Neurontin, in terms of the Medical Information

8 Department?

9        A.     No, no.

10       Q.     And lastly, Neil Collins?  Do you

11 recall a Neil Collins?

12       A.     Yes, sir.

13       Q.     Do you recall he was at some point

14 senior medical director group leader of Medical

15 Services within the Medical Information

16 Department?

17       A.     Yes.

18       Q.     Where is he now?

19       A.     I believe he's still within the

20 company.  I don't know what his current position

21 is.

22       Q.     How about whether he deals with

23 Neurontin?

24       A.     I do not know.

25       Q.     Okay.  Sometimes it might seem like

# EXHIBIT C

# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W<br>WASHINGTON, D.C. 20005<br>———<br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br>———<br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br>———<br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br><br>212-450-4513 | MESSETURM<br>60308 FRANKFURT AM MAIN<br>———<br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br>———<br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br>———<br>3A CHATER ROAD<br>HONG KONG |

January 16, 2007

Re:     **In re Neurontin Marketing, Sales Practices & Products Liability Litigation, MDL No. 1629 (D. Mass.)**

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Dear Tom:

Pursuant to our discussions and agreements in the above-captioned matter and Defendants' Responses and Objections to Plaintiffs' Discovery Requests, we are producing on behalf of Defendants in the above-referenced matter 1 hard drive which contains documents from the files of the following Pfizer employees: Alison Fannon; Avanish Mishra; Andrea Zeuscher; Craig Glover; Christine Grogan; David Probert; Leigh Ann Hemenway; Meg Yoder; Nancy Mancini; Suzanne Doft; and Steve Piron. For your convenience, set forth below is a chart containing details about the documents included in today's production.

| Bates Stamp Number(s) | Description |
|---|---|
| Pfizer_AFannon_0000001 –<br>Pfizer_AFannon_0009156 | Documents from the files of Alison Fannon |
| Pfizer_AMishra_0000001 –<br>Pfizer_AMishra_0008014 | Documents from the files of Avanish Mishra |
| Pfizer_AZeuscher_0000001 –<br>Pfizer_AZeuscher_0024027 | Documents from the files of Andrea Zeuscher |
| Pfizer_CGlover_0000001 –<br>Pfizer_CGlover_0003188 | Documents from the files of Craig Glover |
| Pfizer_CGrogan_0000001 –<br>Pfizer_CGrogan_0024988 | Documents from the files of Christine Grogan |

Thomas M. Sobol, Esq.                    2                    January 16, 2007

| Bates Stamp Number(s) | Description |
|---|---|
| Pfizer_DProbert_0000001 – Pfizer_DProbert_0028958 | Documents from the files of David Probert |
| Pfizer_LHemenway_0000001 – Pfizer_LHemenway_0024628 | Documents from the files of Leigh Ann Hemenway |
| Pfizer_MYoder_0000001 – Pfizer_MYoder_0002087 | Documents from the files of Meg Yoder |
| Pfizer_NMancini_0000001 – Pfizer_NMancini_0019883 | Documents from the files of Nancy Mancini |
| Pfizer_SDoft_0000001 – Pfizer_SDoft_0055885 | Documents from the files of Suzanne Doft |
| Pfizer_SPiron_0000001 – Pfizer_SPiron_0029087 | Documents from the files of Steve Piron |

We are also producing on behalf of Defendants 3 CDs containing the Sherlock, CMMS and BETSY databases.

Please note that each of the CDs and certain documents on the hard drive bear the legend "Confidential," designating that the contents of those CDs and documents should be treated as confidential pursuant to the Protective Order entered by the Court on January 10, 2005.

Please call me at 212-450-4513 should you have any questions regarding the foregoing.

Very truly yours,

Christopher J. Roche

cc w/o enc:    Edward Notargiacomo, Esq. (via facsimile)
               Ronald Aranoff, Esq. (via facsimile)

By Facsimile

# EXHIBIT D



# Finkelstein & PARTNERS
*Counselors At Law*

| | | | |
|---|---|---|---|
| Howard S. Finkelstein, P.C. (NY) | Elyssa M. Fried-DeRosa (NY) | Victoria Lieb Lightcap (NY & MA) | *Of Counsel* |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Mary Ellen Wright (NY) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| George M. Levy (NY) | Kenneth B. Fromson (NY, NJ & PA) | Marshall P. Richer (NY) | Michael O. Gittelsohn, P.C. (NY) |
| Kenneth L. Oliver, P.C. (NY) | Joel Bossom (NY) | Thomas J. Pronti (NY) | Joel A. Reback (NY & Israel) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Nancy Y. Morgan (NY, NJ & PA) | Kristine M. Cahill (NY & CT) | Sheila Rosenrauch (NY) |
| Duncan W. Clark (NY) | Andrew L. Spitz (NY) | Kara L. Campbell (NY & CT) | Kenneth Cohen (NJ) |
| Ronald Rosenkranz (NY) | James W. Shuttleworth, III (NY) | Arieh Mezoff (NY) | Cynthia M. Maurer (NY & NJ) |
| Robert J. Camera (NY & NJ) | Lawrence D. Lissauer (NY) | Christopher T. Milliman (NY) | Raye D. Futerfas (NJ) |
| Joseph P. Rones (NY & FL) | David E. Gross (NY & NJ) | Silvia Fermanian (NY) | Frances M. Bova (NY & NJ) |
| Steven Lim (NY) | Terry D. Horner (NY) | Edward M. Steves (NY) | Kenneth G. Bartlett (CT & NJ) |
| George A. Kohl, 2nd (NY & MA) | Robert F. Moson (NY) | Karen M. Queenan (NY & CT) | Ari Kresch (NY & MI) |
| Eleanor L. Polimeni (NY) | Julio E. Urrutia (NY) | Marie M. DuSault (NY) | Gustavo W. Alzugaray (NY & NJ) |
| Steven H. Cohen (NY) | | Glenn W. Kelleher (NY) | |
| Francis Navarra (NY) | Debra J. Reisenman (NY) | Melody A. Gregory (NY & CT) | |
| Andrew J. Genna, LLM (NY & PA) | Michael T. McGarry (NY) | Gail Schlanger (NY) | |
| Thomas C. Yatto (NY) | Steven P. Shultz (NY & MA) | Elizabeth A. Wolff (NY & MA) | |

*Accredited CLE Provider*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

REFER TO OUR FILE #: 200599

April 3, 2007

Erik Zissu
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Dear Erik:

Please find attached the names and purported job titles or subject-areas for witnesses we intend to depose in the Neurontin litigation. Consistent with MDL Discovery Order No. 2, kindly review the list and contact me as soon as is practical so that we can agree upon dates/times/locations for the witnesses below. I did not place proposed dates for each witness because I have no idea as to the witness's availability; however, these depositions should be scheduled so as to begin and finish during the discovery phase set forth in MDL Discovery Order 7 (5/1/07 – 6/29/07). To the extent any witness is available earlier than 5/1/07, please let me know. Additionally, I am enclosing a *draft* 30(b)6 deposition notice regarding records retention policies. I would ask that you review the notice with an eye towards producing an appropriate witness and selecting a date together; formal notices for depositions can be served thereafter.

I am presuming that you have provided --- or intend to do so before April 16, 2007 --- any documents from these witnesses' custodial files that are responsive to Plaintiffs' demands. May I suggest that we discuss the subject matter of this letter on April 10, 2007, prior to the currently scheduled conference in the New York Coordinated Litigation. I look forward to hearing from you so as to confirm your availability.

Very truly,

Kenneth B. Fromson
(845) 562-0203 x 2755

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

Deponents List

| | |
|---|---|
| **Altevogt, Rudi** | Regulatory, R & D - PMP Team |
| **Arena, Philip** | Safety Evaluation and Epidemiology - PMP Team |
| **Brunel, Sylvie Anne** | European Drug Safety - PMP Team |
| **Campbell, Michael** | Safety Evaluation & Epidemiology- PMP Team |
| **Clary, MD, Catherine** | Medical Information |
| **Dickens, Annette** | Worldwide Safety |
| **Dieck, Gretchen** | Drug Safety Risk Management - PMP Team |
| **Doft, Suzanne** | US Core Publication Subcommittee - Sr. Marketing Manager |
| **Dong, Mi** | Sr Prod Mgr, Global Project Mgr |
| **Duda-Racki, Helen** | Medical Information |
| **Fannon, Allison** | Chair, US Core Publication Subcommittee - Sr. Marketing Manager, Marketing Director A2Delta Team |
| **Feldman, Alan** | Safety Evaluation and Epidemiology - PMP Team |
| **Feltner, Douglas** | Medical & Scientific Affairs |
| **Fitzhenry, Paul** | Media Relations - Spokesman |
| **Garcia, Marino** | Neurontin Worldwide Team - PMP Team |
| **Garrity, Andrea** | Director, Regulatory Affairs |
| **Glanzman, Robert** | Medical - WW Team - PMP Team; Review Committee |
| **Gribko, Gregory** | Drug Safety Risk Management - PMP Team |
| **Grogan, Christine** | Marketing Manager |
| **Hall, Nicky** | Neurontin Worldwide Team - PMP Team |
| **Haskins, Bryant** | Media-Relations Spokesman |
| **Hauben, Manfred** | Safety Eval & Epidemiology - PMP Team |
| **Ho, Tina** | Drug Safety and Risk Management - PMP Team |
| **Johansen, Joel** | Neurontin WW Team |
| **Johansen-Neil, Erica** | (MAC) Committee; VP Client Services |
| **Lange, Carolyn** | A2Delta Marketing Team, Sr. Mgr; |
| **Luczak, Elizabeth** | Drug Safety & Risk Management |
| **Luise de, Cynthia** | Safety Evaluation & Epidemiology - PMP Team |
| **Mancini, Nancy** | Neurontin Worldwide Team - PMP Team |
| **Marino, John** | Neurontin Worldwide Team |
| **Molina, Esperanza** | Drug Safety Risk Management |
| **Morris, Naomi** | European Drug Safety - PMP Team |
| **Pacella, Chris** | Safety Evaluation & Epidemiology - PMP Team |
| **Pande, Atul** | Research Assistant |
| **Parsons, Bruce** | Medical Director; Review Committee |
| **Patel, Manini** | Regulatory Strategy -PMP Team; Review Committee |
| **Petchel, Kashia** | European Drug Safety - PMP Team |
| **Preston, Holley** | Clinical Development – PMP Team |
| **Probert, David** | US Core Publication Subcommittee |
| **Reich, Lester** | Med Dir., Team Ldr, Safety Evaluation |
| **Rocchi, John** | Medical Information - Neurology Team |
| **Siegler, Kathy** | Drug Safety & Risk Management |
| **Sigler, Cathy** | Safety Evaluation and Epidemiology - PMP Team |
| **Sigmund, William** | VP Med Scientific Affairs |
| **Su (Esq.), Julie** | Sr, Manager, Medical Information |

| | |
|---|---|
| **Sumulak, Kay** | Postmarketing Safety |
| **Taneja, Deepak** | Medical Director |
| **Taylor, Charles** | Clinical R&D |
| **Thacker, Kim** | European Drug Safety - PMP Team |
| **Tive, Leslie** | Medical Director; Neurontin Worldwide Team;PMP; Review Committee; Risk Management Working Group |
| **Vega, Adrian** | Medical Information - Sr, Pain Team |
| **Wesche, David** | Clinical Development – PMP Team |
| **Whalen, Ed** | Biometrics |
| **Wohlhuter, Claire** | Medical |
| **Womer, Dan** | US Core Publication Subcommittee |
| **Yoder, Meg** | Neurontin WW Team  - PMP Team – US Team Leader |
| **Zornberg, Gwen** | Medical Dir., Depression/Anxiety WW Team |

*Draft 30b6 Deposition Notice*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                          MDL Docket No. 1629
-----------------------------------------------------------x        Master File No. 04-10981
THIS DOCUMENT RELATES TO:
PRODUCTS LIABILITY ACTIONS                                          Judge Patti B. Saris
                                                                    Magistrate Leo T. Sorokin
-----------------------------------------------------------x

## PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the deposition upon oral examination of the employee, officer or agent ("person most knowledgeable") of defendants PFIZER INC., PARKE-DAVIS, a division of Warner Lambert Company, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC. (hereafter, "Defendants") most knowledgeable regarding the issues described below, whose current addresses are known to Defendants, before a person authorized to administer oaths. The testimony shall be recorded by sound-and-visual and by stenographic means, as indicated below:

| DEPONENT | DATE / TIME | LOCATION |
|---|---|---|
| Person Most Knowledgeable | | Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 |

*Definitions:*

The term "document" or any similar term is used in its broadest possible sense and shall include, but not be limited to any original, reproduction or copy, and non-identical copy (i.e., copy with marginal notes, deletions, etc.) of any kind of written, printed, typed, electronically created or stored, or other graphic matter of any type, documentary material, or drafts thereof, including, but not limited to, any correspondence, memoranda, interoffice or intra-office communications, notes, diaries, journals, calendars, contract documents, publications, calculations, estimates, vouchers, minutes of meetings, invoices, reports, studies, computer tapes, computer disks, computer cards, computer files, e-mails, photographs, negatives, slides, dictation belts, voice tapes, telegrams, notes of telephone conversations and notes of any oral communications.

*Issues:*

1. The designated person or persons must be knowledgeable on the Defendants' document retention policies and procedures and be prepared to discuss the following topics:

   a. Identify and describe in detail (as used by each department or division) any standard operating procedures or polices regarding document retention, collection and management that would encompass documents relating to Neurontin;

   b. Identify and describe in detail (as used by each department or division) the manner in which Defendants have actually retained, collected and managed documents relating to Neurontin;

   c. To the extent not already encompassed by issue 1(a), identify and describe in detail (as used by each department or division) any standard operating procedures or policies regarding document retention, collection and management that existed at the time of the merger between Pfizer and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin.

   d. To the extent not already encompassed by issue 1(b), identify and describe in detail (as used by each department or division) the manner in which Defendants actually retained, collected and managed documents relating to Neurontin that existed at the time of the merger between Pfizer and Warner Lambert in approximately June, 2000;

   e. To the extent not already encompassed by issue 1(b), identify and describe in detail (as used by each department or division) the depository, if any, in which Defendants actually retained, collected and managed documents relating to Neurontin;

   f. To the extent not already encompassed by issue 1(a), identify and describe in detail (as used by each department or division) any standard operating procedures or policies regarding integration of documents from Warner Lambert to Pfizer resulting from the merger between Pfizer and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin;

   g. To the extent not already encompassed by issue 1(b), identify and describe in detail (as used by each department or division) the manner in which Defendants have actually integrated

documents from Warner Lambert to Pfizer resulting from the merger between Pfizer and Warner Lambert in approximately June, 2000 and which would include documents relating to Neurontin.

2.  The designated person or persons must be knowledgeable on the Defendants' design, implementation, and maintenance of computer systems and be prepared to discuss the following topics:

   a.  Identify and describe in detail (as used by each department or division) any computer or computer system used by Defendants relating to Neurontin;

   b.  Identify and describe in detail software and database systems used by Defendants relating to Neurontin;

   c.  Identify and describe in detail backup procedures used by Defendants to preserve data relating to Neurontin;

   d.  Identify and describe in detail computer system upgrades installed by Defendants relating to Neurontin;

   e.  Identify and describe in detail the policies and procedures of Defendants for use of e-mail by employees or agents relating to Neurontin;

   f.  Identify and describe in detail computers, laptops and database or software programs used by sales representatives of Defendants to record information about Neurontin;

3.  Identify and describe in detail policies or procedures of Defendants to produce documents and electronic data in this Multi-District Litigation.


Dated: March 5, 2007


                              _____
                              Andrew G. Finkelstein
                              FINKELSTEIN & PARTNERS
                              *Attorneys for Products Liability  Plaintiffs*
                              436 Robinson Avenue
                              Newburgh, NY 12550
                              (845) 562-0203

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___day of March 2007, I caused to be served a true and correct copy of the foregoing Notice of Deposition by email PDF and first class U.S. Mail, postage prepaid, to:

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Rouhandeh@dpw.com


David Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000
dchaffin@hare-chaffin.com

*Attorneys for Defendants Pfizer, et uno*


Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tom@hbsslaw.com

*Attorneys for Plaintiff Harden Manufacturing  Corporation
and Plaintiffs' Liaison Counsel*


_____
Andrew G. Finkelstein

# EXHIBIT E

# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005<br>———<br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br>———<br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br>———<br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br>212 450 4853 | MESSETURM<br>60308 FRANKFURT AM MAIN<br>———<br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br>———<br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br>———<br>3A CHATER ROAD<br>HONG KONG |

February 28, 2007

Re:    **In re Neurontin Marketing, Sales Practices and Products Liability
        Litigation, MDL No. 1629**

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Dear Mr. Sobol:

Pursuant to the Responses and Objections of Pfizer Inc. and Warner-Lambert Company to Class and Non-Class Plaintiffs' First Set of Interrogatories, dated May 6, 2005 (the "Responses and Objections"), our discussions during our "meet and confer" sessions, and Discovery Order Number 7, and reserving all rights, Defendants herein supplement their response to interrogatory number 13.

The following formal committees existed at Pfizer at some point between June 2000 and May 31, 2004 that met on a regular basis and may have had responsibility over time for some aspect of marketing, publications, grants, or regulatory decisions regarding Neurontin in the United States:

- Neurontin Review Committee
- Neurontin Risk Management Working Group
- Labeling Subcommittee
- Neurontin Global Candidate Team
- Product Maintenance & Pharmacovigilance Team
- Publications Subcommittee
- Neurology Independent Medical Grant Review Committee
- Neurontin Global Management Team

The names of employees identified as members of such committees may be derived from the documents bearing the Bates numbers identified on the enclosed table.

Thomas M. Sobol, Esq.                    2                    February 28, 2007

     Please do not hesitate to call me if you have any questions about the foregoing.

Sincerely yours,

Deborah L. MacGregor

cc via facsimile:    Edward Notorgiacomo, Esq.
                  Thomas Greene, Esq.
                  Ronald Aranoff, Esq.
                  Kenneth Fromson, Esq.

By Facsimile & Mail

| Committee/Team | Bates Range(s) |
|---|---|
| **Neurontin Review Committee** | Pfizer_RGlanzman_0001761<br>Pfizer_RGlanzman_0001967<br>Pfizer_RGlanzman_0093312<br>Pfizer_BParsons_0002231<br>Pfizer_MPatel_0070133<br>Pfizer_LeslieTive_0038403<br>Pfizer_BParsons_0198381<br>Pfizer_LeslieTive_0054336<br>Pfizer_BParsons_0166616<br>Pfizer_BParsons_0153525 |
| **Neurontin Risk Management Working Group** | Pfizer_LeslieTive_0011086 – 0011093<br>Pfizer_LKnapp_0025486 – 0025490<br>Pfizer_LCastro_0076898 – 0076900<br>Pfizer_LCastro_0007143 – 0007147<br>Pfizer_RGlanzman_0036788 – 0036792 |
| **Labeling Subcommittee** | Pfizer_SDoft_0002003 – 0002006<br>Pfizer_RGlanzman_0034196 – 003499<br>Pfizer_LKnapp_0048311<br>Pfizer_LKnapp_0131161 – 0131164 |
| **Neurontin Global Candidate Team** | Pfizer_LCastro_0010557 – 0010559<br>Pfizer_SDoft_0023820 – 0023822<br>Pfizer_AFannon_0006797 – 0006799<br>Pfizer_RGlanzman_0057101 – 0057105<br>Pfizer_MPatel_0000070 – 0000072<br>Pfizer_MPatel_0000150 – 0000152<br>Pfizer_MPatel_0132849 – 0132851<br>Pfizer_LeslieTive_0001102 – 000104<br>Pfizer_MYoder_0001429 – 00001431 |

| Committee/Team | Bates Range(s) |
|---|---|
| **Product Maintenance & Pharmacovigilence Team** | Pfizer_BParsons_0136177 – 0136182<br>Pfizer_DProbert_0006715<br>Pfizer_LeslieTive_0015410 – 0015416<br>Pfizer_LeslieTive_0047330 – 0047336<br>Pfizer_LeslieTive_0064741 – 0064746<br>Pfizer_LCastro_0015365 – 0015371<br>Pfizer_LCastro_0015359 – 0015964<br>Pfizer_LKnapp_0030243 – 0030250<br>Pfizer_DProbert_0001097 – 0001104<br>Pfizer_RGlanzman_0039107 – 0039113 |
| **Publications Subcommittee** | Pfizer_SDoft_0019247 – 0019248<br>Pfizer_CGrogan_005234 – 005238<br>PFzier_DProbert_0016471 – 0016474<br>Pfizer_LeslieTive_014690 – 0014693<br>Pfizer_LeslieTive_0014748 – 0014775<br>Pfizer_LeslieTive_0014787 – 0014791<br>Pfizer_LeslieTive_0014803 – 0014807<br>Pfizer_LeslieTive_0014813 – 0014826<br>Pfizer_LeslieTive_0078600 – 0078603<br>Pfizer_LeslieTive_0078609 – 0078613 |
| **Neurology Independent Medical Grant Review Committee** | Pfizer_LeslieTive_0018809 - 0018810<br>Pfizer_LeslieTive_0019047<br>Pfizer_LeslieTive_0019415 – 0019416<br>Pfizer_LeslieTive_0019616 – 0019675<br>Pfizer_LeslieTive_0019850 – 0019890<br>Pfizer_LeslieTive_0067655 – 0067663 |
| **Neurontin Global Management Team** | Pfizer_RGlanzman_0039881 – 0039884<br>Pfizer_RGlanzman_0055836 – 0055838<br>Pfizer_MPatel_0000055 – 0000057<br>Pfizer_LeslieTive_0037734 – 0037736<br>Pfizer_BParsons_0010237 – 0010239<br>Pfizer_LeslieTive_0043363 – 0043365<br>Pfizer_BParsons_0010742 |

# EXHIBIT F

# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005<br>———<br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br>———<br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br>———<br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br>212 450 4853 | MESSETURM<br>60308 FRANKFURT AM MAIN<br>———<br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br>———<br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br>———<br>3A CHATER ROAD<br>HONG KONG |

February 23, 2007

Re:    **In re Neurontin Marketing, Sales Practices and Products Liability Litigation, MDL No. 1629**

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Dear Mr. Sobol:

I am writing pursuant to the Court's Discovery Order Number 9 in order to identify the department or team responsible for Professional Relations in the United States.

There was no Professional Relations manager on the U.S. team for Neurontin. The type of work that Joan Kaplan handled for territories outside the United States was handled within the United States by various members of the national marketing team for Neurontin. No member of the team in particular was assigned these tasks. The team leaders for the national marketing team for Neurontin at various points during the period June 2000 through May 31, 2004 were Meg Yoder and Suzanne Doft.

Please do not hesitate to call me if you have any questions about the foregoing.

Sincerely yours,

Deborah L. MacGregor

cc via facsimile:    Edward Notorgiacomo, Esq.
                        Thomas Greene, Esq.
                        Ronald Aranoff, Esq.
                        Kenneth Fromson, Esq.

By Facsimile & Mail