UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and | |
| AETNA, INC. v. PFIZER INC. | |

**DECLARATION OF CHRISTOPHER J. ROCHE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF FINANCIAL DATA RELATED TO NEURONTIN**

CHRISTOPHER J. ROCHE declares upon perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2.      I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Take Additional Depositions of Specified Current and Former Employees of Defendants, filed September 11, 2007.

3.      I am informed and believe that the parties met and conferred on January 4th, 11th, and 19th regarding the scope of Plaintiffs' Third Request for Production of Documents, dated October 19, 2006, during which conferences defendants informed plaintiffs what financial data defendants were willing to produce.

4.      Attached hereto as exhibit A is a true and correct copy of an email dated September 6, 2007 from Edward Notargiacomo, Esq. to James P. Rouhandeh, Esq. and Christopher J. Roche, Esq.

5.      Attached hereto as exhibit B is a true and correct copy of an email dated September 4, 2007 from Edward Notargiacomo, Esq. to James P. Rouhandeh, Esq..

6.      On September 5, 2007, James P. Rouhandeh, Esq. and I conferred telephonically with Edward Notargiacomo, Esq., counsel for plaintiffs, during which teleconference defendants stated that the parties had previously met and conferred regarding plaintiffs' requests for financial data relating to Neurontin and that on April 16, 2007 defendants produced documents in response to certain of plaintiffs' discovery requests seeking financial information relating to Neurontin.

7.      During the parties September 5, 2007 telephonic meet and confer, defendants stated that the attorney who participated for defendants in the parties' prior meet and confer sessions regarding plaintiffs' requests for financial data relating to Neurontin was on a leave of absence and was not readily available.

8.  During the parties' September 5, 2007 telephonic meet and confer plaintiffs' counsel stated that he would review defendants' April 16, 2007 production and that he would promptly inform defendants if an issue between the parties remained.

9.  On September 6, 2007 I called Mr. Notargiacomo to acknowledge receipt of his email, attached as exhibit A hereto, and informed him that defendants did not believe the parties had adequately met and conferred regarding this issue set forth in that email and that both sides needed to ascertain the scope of the parties' prior discussions and agreements to inform their positions relating to any further production of financial information relating to Neurontin.

10. Defendants have made a preliminary investigation to determine whether Pfizer tracked Neurontin marketing expenditures by indication and that investigation indicates that Pfizer did not do so.

Dated: New York, New York
       September 11, 2007

          /s/ Christopher J. Roche
          Christopher J. Roche

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 11, 2007.

          /s/ David Chaffin