# EXHIBIT A

## Roche, Christopher J.

| | |
|---|---|
| **From:** | Edward Notargiacomo [ed@hbsslaw.com] |
| **Sent:** | Thursday, September 06, 2007 12:23 PM |
| **To:** | Rouhandeh, James P.; Roche, Christopher J. |
| **Cc:** | Ilyas Rona |
| **Subject:** | Neurontin Follow Up |

Jim,

Following up on our conversation of last night regarding financial data related to Neurontin (#5 in my email of Tuesday morning). As you suggested I went back and pulled and reviewed the document attached to Debbie MacGregor's April 16 letter (MDL_SM_01195 - 01207). The information provided in that attachment is both limited in time from 2001-2004 and is at such an aggregated level as to be almost useless to our experts.

I have to believe that Pfizer and Warner Lambert, like all other pharmaceutical companies, meticulously tracked expenditures related specifically to each of its products on an occurrence basis. They often also track these expenditures by indication. That is, when they write a check for a promotional event, spend money on detailing, pay a vendor, place an advertisement, spend money on R&D etc. they record those expenditures according to the product or products to which the payment relates and by the indication for which the drug is being promoted. Such data is kept electronically and likely by the same people who generated the attachment to Debbie's letter.

The relevance of this information cannot be in doubt. For example, the data you have provided gives a quarterly total for something called "field force speaker programs." The aggregate quarterly expenditures doesn't allow us to determine how much was spent on each event, to whom the payment was made, when etc. Some expenditures may be for on-label purposes. Others for off-label indications. The aggregate number tells us very little.

I would reiterate my request that Defendants agree to produce this data electronically on an occurrence basis for the entire time period from 1994 on. I do not believe I was personally involved in whatever meet and confer is referenced in the April 16 letter but do not believe Plaintiffs agreed to limit financial data to just the aggregate information for the limited time period which it has been produced.

Please let me know your position on this issue ASAP. I'd like to move to compel if Defendants will not agree to produce this data.

Ed Notargiacomo

# EXHIBIT B

## Roche, Christopher J.

| | |
|---|---|
| **From:** | Edward Notargiacomo [ed@hbsslaw.com] |
| **Sent:** | Tuesday, September 04, 2007 10:45 AM |
| **To:** | Rouhandeh, James P. |
| **Cc:** | Roche, Christopher J. |
| **Subject:** | Neurontin Meet & Confer |

Jim,

Hope you had a good holiday weekend.

We were doing some housecleaning over the weekend given the upcoming deadline for motions to compel on Thursday. There are some relatively discreet issues we have identified that we would like to meet and confer with Defendants on to see if we can come to an agreement on production. The issues (in no particular order) are:
1) Pfizer recently produced a research report for 945-291 which was finished in 9/1/2005. This should have been produced to us long before and that fact that it, along with the POPP study, were omitted from the en masse production of research reports in late 2005/early 2006 makes us concerned about whether we have all research reports. Can you confirm that Pfizer has produced all research reports related to Neurontin?
2) Pfizer's production of NDC Health Data (Wolters Kluwer) does not include years 1994, 1995 or 1996. Can we get all the data? I assume this will not be an issue given that you agreed to produce all data from IMS, Versipan etc. Can you tell us whether Pfizer has the NDC Health Data from these three years and whether it will be included in the production of the other data?
3) Pfizer has not produced what would seem to be a due diligence file relating to Neurontin.

4) Pfizer has not produced invoice level data related to Neurontin as requested in our Third Request for Production (Requests No. 1,3,4,5,6). Pfizer's response was that they would produce IMS data. We would like Pfizer's invoice level data for Neurontin rather than relying on the the IMS data. Please let us know if Pfizer is willing to produce this.

5) Pfizer has not produced any financial data related to Neurontin as requested in our Third Request for Production (Requests No. 12, 14, 15). It has been our experience in other pharmaceutical cases that the financial data that tracks promotional, detailing, marketing, and research related expenditures with regard to specific products is kept by the companies on an occurrence level basis and easily produced electronically. Please let us know if Pfizer is willing to produce such data related to Neurontin.

Myself and Ilyas are available to meet and confer as soon as possible. I realize this is short notice, but we would like to have a call no later than tomorrow morning so that if we need to move to compel we can.

Please let me know your availability. Thanks

Ed Notargiacomo