UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ———————————————— )<br>IN RE NEURONTIN MARKETING AND  )<br>SALES PRACTICES LITIGATION        )<br>————————————————— )<br>THIS DOCUMENT RELATES TO:       )<br>ALL CLASS ACTIONS                    )<br>————————————————— ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

## DECLARATION OF GAYLE M. CARPENTER

Gayle M. Carpenter declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1.      I am currently an Internal Control Analyst for Blue Cross Blue Shield of Louisiana.  I was formerly an Audit Advisory Programmer-Analyst for Blue Cross Blue Shield of Louisiana.

2.      I submit this declaration in support of Class Plaintiffs' Memorandum of Law in Opposition To Defendants' Motion to Compel Discovery from Plaintiffs.

3.      BCBSLA's pharmacy claims data for the proposed class period, 1994 through 2004, is stored in 4 distinct datasets:  one dataset for the claims data from each of BCBSLA's three Pharmacy Benefits Managers ("PBM"), PCS/Caremark, Medco, and Express Scripts, and one dataset for the in-house BCBSLA medical claims database ("Legacy dataset") that was used to process pharmacy claims during a brief period when BCBSLA did not use a PBM, and for pharmacy claims that are occasionally processed as part of a medical claim.

4.      The identification system for each policy holder changed several times over the period in question, including revising the identification requirements to comply with HIPAA.

1

5.      The FDA assigns every approved drug an 11-digit National Drug Code (NDC) number.  Unique NDC numbers are assigned for every form, package, and manufacturer of a drug.  The last two digits of NDC numbers identify different packaging of the drugs.

6.      Neurontin has 59 different 9-digit NDC numbers.  The alternative drugs identified by Plaintiffs in Response to Interrogatory No. 2  have over 1,904 different 9-digit NDC codes. Each NDC must be cross-referenced with each Neurontin NDC to match prescription claims for that drug with prescription claims for Neurontin.

7.      Generic availability of drugs vastly increases the number of NDC codes for that drug.  Generic gabapentin has an additional 250 9-digit NDC codes.

8.      BlueCross/BlueShield of Louisiana ("BCBSLA") has assigned two Informational Technology ("IT") staff to this project for the last two months.

9.      In order to match up the pharmacy claims data for each BCBSLA insured that took Neurontin with those insured's pharmacy claims for other drugs during the proposed class period would require the cross-referencing of the claims data among the four different datasets to identify and match the insureds among the datasets, and then match their pharmacy claims for Neurontin and the other drugs.

10.     Cross-referencing pharmacy claims, using the 9-digit NDC codes for the various drugs, has been accomplished across the three datasets that store pharmacy claims data from BCBSLA's PBMs to the contract level.  This was accomplished by performing the following:

      a)      Pulling pharmacy claims for Neurontin based on the 59 NDC's numbers;

      b)      Pulling pharmacy claims for the list of 'alternative drugs' based on the 1,904 9-digit NDC numbers;

      c)      Summarizing the contract numbers from the claims in step a);

2

d)    Summarizing the contract numbers from the claims in step b);

e)    The list of contracts from step c) was matched to the list of contracts in from part d) using a custom software program that I wrote specifically for this purpose ;

f)    The Neurontin claims (step a)) were merged with the "alternative/other" drugs claims with Neurontin contracts from step e);

g)    All adjustments and rejects were removed from the merged file from step f). Adjustments were inflating the number of scripts. The rejects for deductible were included;

h)    The data from step g) was summarized as follows: Contract, Member (Sex Relation, First Name) DOS Year, and Count of scripts;

i)    The data for each contract were matched to each insureds' unique identifier;

j)    The contract and member information from steps h) and i) was masked/encrypted.

11.    Cross-referencing prescription claims within the fourth dataset, the Legacy dataset, was accomplished in a similar manner. However, step i) was not performed. Instead, for each contract, the data were matched to the first three letters of each insureds' first name. If more than one insured on the same contract had the same first three letters in their first name, then those claims would not be distinguishable as different individuals.

12.    Cross-reference the resulting data from the three PBM claims datasets to that from the Legacy dataset, is not possible due to incompatibility of the contract numbers.

13.    Increasing the number of drugs to be used for cross-referencing claims data geometrically complicates the cross-referencing process.

14.    It is impossible to perform similar cross-referencing of claims data without identifying precisely which drugs to cross-reference, and their NDC codes.

15.    For the three PBM datasets, the indication and diagnostic code are not captured, and the prescribing physician is not always captured.

16.    For the Legacy dataset, the prescribing physician is not always captured, the diagnostic code is not always captured, multiple diagnostic codes may be captured, and the diagnostic code(s) are not matched to prescription claims.

17.    It is impossible to determine for what indication a given drug was prescribed for from the pharmacy claims data.  Therefore, if a drug is used sometimes to treat one of the off-label indications in this case, but is also used to treat other indications for which Neurontin is not prescribed, the above-described cross-referencing procedure will not distinguish if the alternative drug was prescribed to treat the same indication as Neurontin, or if it was prescribed for a different indication.

Dated: Baton Rouge, Louisiana
        September 11, 2007

Gayle M. Carpenter
Louisiana Health Service & Indemnity
Company d/b/a Blue Cross and Blue Shield
of Louisiana