UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> ALL MARKETING AND SALES PRACTICES ACTIONS | Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**DECLARATION OF NANCY PACHARZINA IN SUPPORT OF CLASS PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL THIRD-PARTY PAYOR
PLAINTIFFS TO RESPOND TO INTERROGATORIES**

I, NANCY A. PACHARZINA, declare and state:

1.    I am one of the attorney's representing  ASEA/AFSCME Local 52 Health

Benefits Trust (ASEA) in this matter.

2.    I have personal knowledge of the matters set forth herein, and could and

would testify competently thereto if called upon to do so.

3.    ASEA does not have possession of the data regarding its members'

prescription drug claims.  ASEA's Pharmacy Benefits Manager, Caremark maintains that data.

4.    In late 2005, to respond to Defendants' request that ASEA produce the

Neurontin claims data for its members, ASEA and Defendants worked through Caremark's

counsel, Thoedore Harmon of the firm Ungaretti & Harris, LLP.

5.    On December 16, 2005 Mr. Harmon represented in an email to Defendants

and ASEA that he had obtained two reports, one for Neurontin claims and one for other

726125.1

prescription claims made by ASEA's Neurontin users. A true and correct copy of the email is attached hereto as Exhibit A.

6.    On December 19, 2005 Mr. Harmon transmitted *only* the Neurontin claims report to me. A true and correct copy of Mr. Harmon's email transmitting the report is attached hereto as Exhibit B.

7.    I then worked with ASEA's claims administrator, ASI, to assign anonymous member numbers to the Neurontin report that would correlate with anonymous member numbers used in additional Neurontin Case Management Reports and Utilization Reports produced by ASI. All three reports were produced to Defendants on January 10, 2006. A true and correct copy of the email transmitting those reports to defendants is attached hereto as Exhibit C.

8.    Mr. Harmon never transmitted to me a second report containing the additional pharmacy claims made by the Neurontin users. Defendants never requested the second report from me nor did they ever mention the report again until June 2007, a year and half later, while the parties were briefing the issue of whether Plaintiffs, such as ASEA, should even be required to produce claims data for drugs other than Neurontin.

9.    At that time I had several conversations with defense counsel, Mathew Rowland, in which we both tried to piece together what claims data had been produced by ASEA in early 2006 and what claims data had not. During those discussions Mr. Rowland indicated they had also reviewed the emails attached hereto as Exhibits A, B and C and I confirmed that Mr. Harmon had apparently never transmitted an additional report on non-Neurontin claims.

10.    Once the Court resolved the discovery motions and ordered Plaintiffs to produce certain non-Neuorntin claims data I began making efforts to work through Caremarks'

counsel to obtain that data. I first contacted Theodore Harmon at Ungaretti & Harris. Mr.

Harmon informed me, however, that his firm no longer represented Caremark and referred me to

Robert H. Griffith at Foley & Lardner, LLP.

11.    Attached hereto as Exhibit D is a true and correct copy of an email I sent

to Mr. Griffith on August 1, 2007 to request the data needed. Mr. Griffith's response to me was

delayed because he was on vacation in August.

12.    I will continue to diligently seek this information from Caremarks'

counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 11th day of September, 2007, at Seattle, Washington.

                                   /s/ Nancy A. Pacharzina
                                   Nancy A. Pacharzina

**Nancy Pacharzina**

| | |
|---|---|
| From: | Harman, Theodore E. [teharman@uhlaw.com] |
| Sent: | Friday, December 16, 2005 2:23 PM |
| To: | Reema S. Abdelhamid; Nancy Pacharzina |
| Cc: | Patrick Murray |
| Subject: | RE: Neurontin Claims Data for ASEA Members |

Patrick, Reema and Nancy:

I have obtained claims data for ASEA from my
client.

The data is contained in two Excel Spreadsheets.
One spreadsheet contains information on Neurontin
prescriptions (2829 total claims)for those persons
covered by the ASEA plan.  The other spreadsheet
contains information on the other claims of those
persons who had prescriptions for Neurontin
(34,408 total claims). Based on a rough count, I
believe
that there are 323 unique persons involved.

The spreadsheets do not contain the member name.
Instead, the covered persons are identified by
their Member Id numbers which are based on social
security numbers.  We expect that ASEA will take
the necessay steps to create anonymous
identification numbers that are not based on the
social security numbers.  We also believe that
Member ID number could be used to locate medical
records.  We will not be providing member names.

Caremark's information technology personnel spent
26 hours to pull and compile the data.  Caremark's
standard charge for specialized or customed
programming is $150 per hour.  We will send the
reports to ASEA upon receipt of payment of $3,900.



Exhibit A

Ted Harman
Ungaretti & Harris, LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-9253-Direct Dial
(312) 977-4405-Fax

-----Original Message-----
From: Reema S. Abdelhamid
[mailto:abdelham@dpw.com]
Sent: Thursday, December 15, 2005 10:15 PM
To: Nancy Pacharzina; Harman, Theodore E.
Cc: Patrick Murray
Subject: RE: Neurontin Claims Data for ASEA
Members


Nancy and Ted,

Because of the discovery schedule, it is
imperative that we obtain
ASEA's claims data in a usable format as soon as
possible. Nancy, we
need to know how long you need, once you receive
the data from Ted, to
do the matching process we discussed. Ted, we need
to have a date from
you by which you will provide Nancy the claims
information so that she
can do this process. We then need to make sure
that the combination of
these two time periods yields us the claims data
in a usable format with
sufficient time for us to make use of it.

If you think the two of you can work this out
without a call, let me

2

know. Otherwise I think we need to have a call.

Regards,
Reema

At 02:56 PM 12/15/2005 -0800, Nancy Pacharzina
wrote:
>I can be available for a call but I am not sure
it is necessary.
>
>All we need is for Caremark to provide ASEA a
version of the report has

>both the anonymous number assigned each member
and the actual name and
>identifying information for the member.  This
will allow ASI to assign
>the same anonymous identifier to the member when
producing the medical
>claims summaries.
>
>
>
>-----Original Message-----
>From: Reema S. Abdelhamid
[mailto:abdelham@dpw.com]
>Sent: Thursday, December 15, 2005 2:52 PM
>To: NPacharzina@Tousley.com
>Cc: teharman@uhlaw.com; Patrick Murray
>Subject: Neurontin Claims Data for ASEA Members
>
>Nancy,
>
>Ted has indicated that Caremark is in the process
of pulling claims
>data for Neurontin for ASEA members, and we both
feel a call next

3

>Monday would be productive so that we can coordinate the format/timing
>of Caremark producing this material to ASEA so that ASEA can then do
>the "matching" process we discussed.
>
>Ted and I are available Monday afternoon except between 3 and 4 so
>please let us know if you would be available for a call sometime Monday

>afternoon and I will call you both at that time.
>
>Thanks,
>Reema
>-----------------------------------------------------------------------
>PRIVILEGED AND CONFIDENTIAL
>
>NOTICE: The contents of this message, together with any attachments,
>are intended only for the use of the individual or entity to which they

>are addressed and may contain information that is legally privileged,
>confidential and exempt from disclosure. If you are not the intended
>recipient, you are hereby notified that any dissemination,
>distribution, or copying of this message, or any attachment, is
>strictly prohibited. If you have received this message in error, please

>promptly notify the sender by reply e-mail, then destroy all copies of

4

>the message and its attachments, if any.
>
>CIRCULAR 230 DISCLAIMER: Any U.S. federal tax advice contained in this
>communication (including any attachments) is not intended or written to
be
>used, and may not be used, for the purpose of (i) avoiding penalties
under
>the revenue code or (ii) promoting, marketing or recommending to
another
>party any transaction or matter addressed herein.


-----------------------------------------------------
Information contained in this email transmission is privileged and
confidential. If you are not the intended recipient, do not read,
distribute or reproduce this transmission (including any attachments).
If you have received this email in error, please notify the sender by
email reply.

To ensure compliance with requirements imposed by the IRS, we inform
you that, unless otherwise expressly indicated, any U.S. federal tax
advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii)

promoting, marketing or recommending to another
party any transaction
or matter addressed herein.

**Nancy Pacharzina**

From:        Harman, Theodore E. [teharman@uhlaw.com]
Sent:        Monday, December 19, 2005 1:55 PM
To:          Nancy Pacharzina
Subject:     Neurontin Marketing and Sales Practice Litigation

Attachments:    ASEA Claims Report Neurontin Claims.xls



ASEA Claims Report
Neurontin C...    Nancy

Attached is the claims report with respect to
Neurontin claims.  The member identification
number is contained in column D.

Ted Harman
Ungaretti & Harris, LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-9253-Direct Dial
(312) 977-4405-Fax

Your files are attached and ready to send with
this message.
  <<ASEA Claims Report Neurontin Claims.xls>>


------------------------------------------------

Information contained in this email transmission
is privileged and confidential. If you are not the
intended recipient, do not read, distribute or
reproduce this transmission (including any
attachments).
If you have received this email in error, please
notify the sender by email reply.



To ensure compliance with requirements imposed by the IRS, we inform you that, unless otherwise expressly indicated, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Nancy Pacharzina**

| | |
|---|---|
| From: | Nancy Pacharzina |
| Sent: | Tuesday, January 10, 2006 6:48 PM |
| To: | 'Patrick Murray'; 'Reema S. Abdelhamid' |
| Cc: | bhimmelstein@lchb.com; 'Mary Stoll'; ed@hbsslaw.com |
| Subject: | Attached Files |

Attachments:    Neurontin Utilization Review Report.XLS; Neurontin Case Management Report.XLS;
Neurontin Claims Report.XLS

        

Neurontin Utilization    Neurontin Case    Neurontin Claims
Review R...    Management Repo..    Report.XLS (2...

Patrick and Reema,

Attached is AEA and ASIs production of the (1)
Neurontin Claims Report; (2) Case Management
Report and (3) Utilization Review Report each with
consitent anonymous ID's assigned to members.

Regards,

Nancy



**Nancy Pacharzina**

**From:**    Griffith, Robert H. [RGriffith@foley.com]
**Sent:**    Friday, August 17, 2007 9:49 AM
**To:**      Nancy Pacharzina
**Subject:** RE: Neurontin

Nancy,

In follow-up to my voicemail message, please give me a call at your convenience to discuss the below.  You also reference an "order" requiring the production you seek.  To expedite matters, can you please send me a copy of such order at your earliest convenience?

I look forward to speaking with you.

Thanks,

Rob

Robert H. Griffith
**Foley & Lardner LLP**
321 N. Clark Street
Suite 2800
Chicago, Illinois 60610
312.832.5174 (direct)
312.832.4700 (fax)
847.791.7447 (cell)
rgriffith@foley.com

**From:** Nancy Pacharzina [mailto:NPacharzina@Tousley.com]
**Sent:** Wednesday, August 01, 2007 10:44 AM
**To:** Griffith, Robert H.
**Subject:** Neurontin

I apologize if you are receiving this email a second time  - I thought I sent this in an email earlier this week but I cannot find a record of it.

Dear Mr. Griffith:

I represent ASCA/AFSCME Local 52 Health Benefits Trust, a client of Caremark's, in the Neurontin matter.  I understand you currently represent Caremark regarding discovery issues in the Neurontin matter.

In late 2005 Caremark produced a claims report summarizing claims for Neurontin made by ASCA members.  At that time there was also some discussion of a second report which summarized the



Exhibit D

9/11/2007

additional pharmacy claims of ASCA's members identified in the first report (i.e., additional pharmacy claims of ASCA's Neurontin Users).

The extent of discovery that would be allowed regarding non-Neurontin pharmacy claims of ASEA's Neurontin Users then became the subject of various discovery motions.  As it stands now, ASCA has been ordered to produce only certain additional pharmacy claims for the ASCA Neurontin Users identified in the first report.  These include claims for the following drugs:

Bipolar disorder:  carbamazepine, chlorpromazine, lithium, valproic acid
Social phobia: paroxetine, sertraline (Zoloft), venlafaxine (Effexor)
Panic disorder:  alprazolam, clonazepam, fluoxetine
Migraine prophylaxis:  propranolol, timolol

Please call me to discuss whether and when Caremark can produce such a report to supplement the first report it prepared for this case.

Regards,

Nancy A. Pacharzina
Attorney
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101-4416
(206) 682-5600
(206) 682-2992 (fax)
npacharzina@tousley.com

------------------------------------------------------------
This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately. To comply with recent IRS rules, we must inform you that this message, if it contains advice relating to federal taxes, was not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties that may be imposed under federal tax law.

9/11/2007

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

9/11/2007