# EXHIBIT A

# DAVIS POLK & WARDWELL

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

WRITER'S DIRECT
212 450 4511

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

March 23, 2007

Re:   In re Neurontin, MDL 1629

Kenneth Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550

Dear Ken:

     I write regarding defendants' production of documents from custodial files in the above-referenced action to follow up our previous discussions and in response to your letter of February 23, 2007. You have asked for confirmation that defendants will produce responsive documents, to the extent they exist, from the files of the individuals listed on defendants' January 10, 2007 Rule 26(a) disclosure. You have further asked whether defendants will produce documents from the files of individuals who were listed on previous iterations of defendants' Rule 26(a) disclosures.

     Defendants have produced, or will produce, responsive documents, to the extent they exist, from the files of each Pfizer employee who is listed on defendants' January 10, 2007 Rule 26(a) disclosure, with the exception of John Rocchi, whom defendants have learned played no role with respect to Neurontin. In addition, defendants will produce responsive documents, to the extent they exist, from the files of Kellie Kennon and John Krayacich.

     As we have discussed previously, defendants have reviewed all the Warner-Lambert materials relating to Neurontin that were collected at the time of the merger with Pfizer and have produced responsive documents to the extent they exist. Because of the nature of that collection, defendants are unable to identify definitively the custodians whose files are included in these productions. In addition, defendants are in the process of determining whether there are additional materials available for review from the Warner-Lambert employees included on the January 10, 2007 Rule 26(a) disclosures who stayed with Pfizer

Kenneth Fromson, Esq.                    2                    March 23, 2007

after the merger. If such materials exist, defendants will review them and produce responsive documents, if any.

    Please do not hesitate to contact me if you have any questions about the foregoing.

                                      Very truly yours,

                                      Erik M. Zissu

By Electronic Mail & Mail

EXHIBIT B



Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urruita (NY)

Deora J. Roksanman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Areh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

Of Counsel
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
An Kreeon (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Accredited CLE Provider

REFER TO OUR FILE #: 200599

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: Neurontin MDL and NY Coordinated Litigation

Dear Jim:

As you know, I have expressed concerns over the production status of responsive documents from the files of Defendant-employees. On February 21, 2007, I had a brief discussion with Erik Zissu about said production. Based upon that discussion, I was under the impression that Defendants would be providing responsive documents from all those witnesses listed on your latest revised Rule 26(a) disclosure. To the extent that a witness was previously listed on a Rule 26(a) disclosure but is no longer included in Defendants' most recent Rule 26(a) disclosure, do Defendants intend to provide responsive documents from these witnesses?

Warner Lambert Period Documents
I am now in receipt of correspondence from Debbie MacGregor, dated February 22, 2007, in which she indicates that "[t]he production of documents from the files of the ... Warner-Lambert period is now complete ...." I am surprised by this statement given that Defendants' revised Rule 26(a) disclosure lists a number of witnesses from the Warner Lambert period for whom no responsive documents have been provided. It is apparent that the Court's intervention will be necessary and so it is my intention to file a motion to compel these documents unless Defendants agree to provide them.

Please advise whether responsive documents are being provided for the following witnesses listed on your revised Rule 26(a) disclosure:
Attias-Yon, Elizabeth
Bal, Adrian
Black, James
Crook, Alan
Davies, Mike
Doyle, Robert
Fogleman, Lee Ann
Ford, John
George, Tim
Grady, Richard
Guerrero, Edda
Howard, John
Jankowski, J
Johnson, Laura

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

Page 2												February 23, 2007

Kellett, Lisa
Knapp, Lloyd (Documents thus far provided have been Pfizer period).
Knoop, John
Kohler, Nancy
Lawlor, Ken
Magistro, Phil
McFarland, Joe
Moy, Darryl
Parker, James (Documents thus far provided have been Pfizer period).
Pierce, Mark (Documents thus far provided have been Pfizer period).
Rubenstein, Allen
Taylor, Charles (Documents thus far provided have been Pfizer period).
Woychick, John

Additionally, the following witnesses from the Warner Lambert period were listed on your earlier Rule 26(a) disclosure but were then removed from your revised disclosure. Kindly advise whether responsive documents are being provided for these witnesses, as it is our intention to seek the court's intervention as to these witnesses:

Ballina, Myra
Beskenis, Diane
Bonetti, Barbara
Bluhm-Heise, Denise
Cairns, Diane
Dymkowski, Joe
Fiero, Leslie
Fraser, Charles
Lewis, Robert
Martin, Irwin
Martin, Ron
Massey, Ken
Menella, Robert
Merte, Lonia
Pignataro, Frank
Rizzo, Jackie
Rogan, Rose
Saltel, Doug
Slater, Les
Tomcyzk, Sylvia
Valentino, Michael
Zorn, Brian

Finally, below I have listed witnesses from the Warner Lambert period who are not listed on any Rule 26(a) exchange, but from whom we expect that responsive documents be produced:

Brankiewicz, Alexander
Milke, Margaret
Montgomery, John
Rose-Igatt, Andrea
Treado, M
Trudeau, V.
Ulrich, Linda
Weiss, Richard

Page 3                                                                                              February 23, 2007

Please advise accordingly of your position regarding the above-referenced witnesses. I look forward to hearing from you in this regard.

Very truly,

Kenneth Fromson