UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Leo T. Sorokin |

### DECLARATION OF JEFF S. GIBSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NON-PARTY CLINE DAVIS & MANN INC.'S SEPTEMBER 17, 2007 LETTER REQUESTING A STAY OF A RULING ON PLAINTIFFS' MOTION TO COMPEL 30(B)(6) TESTIMONY AND ELECTRONIC DOCUMENTS

The undersigned declarant, Jeff S. Gibson, who deposes and states as follows:

1. I am an associate at the Indianapolis law firm of Cohen & Malad, LLP, and am an attorney for the Plaintiffs in this action, including Plaintiff and proposed class representative Gerald Smith ("Smith").

2. I have personal knowledge regarding the matters stated below and would testify to the same.

3. On May 10, 2005, I issued a subpoena in the above-entitled litigation on behalf of the Consumer Class Plaintiffs pursuant to Rule 45 of the Federal Rules of Civil Procedure to Cline Davis & Mann, Inc. The Subpoena seeks documents during the time period from January 1, 1994 to the present. A true and accurate copy of the subpoena is attached as Exhibit A.

4. Plaintiffs filed a Motion to Compel Production of Documents from Sudler Cline Davis & Mann after Cline Davis & Mann refused to comply with the subpoena. The Court granted Plaintiffs' Motion on December 20, 2006, and ordered the Non-Parties to produce the requested documentation no later than February 1, 2007. A true and accurate copy of the December 20, 2006 Order is attached as Exhibit B.

5. In January 2007, Cline Davis & Mann began a letter writing campaign with this Court with respect to the December 20, 2006 Order. On January 5, 2007, Paul Corcoran of Davis & Gilbert submitted a letter which purported to timely object to the December 20, 2006. On January 15, 2007, Mr. Corcoran submitted a second letter which contested this Court's jurisdiction in issuing the December 20, 2006 Order. A true and accurate copy of the January 5, 2007 and January 15, 2007 letters are attached as Exhibits C and D respectively.

6. Following the filing of the letters, Judge Saris made two (2) ECF entries admonishing CDM for filing letters seeking relief. Judge Saris stated: "File a motion if relief is requested. I do not accept motions by letter" and "In this session, I require motions and oppositions". A true and accurate copy of the ECF system entry from Judge Saris is attached as Exhibit E.

7. On August 13, 2007, Plaintiffs issued a second subpoena to Cline Davis & Mann pursuant to Rule 30(b)(6) and 45 of the Federal Rules of Civil Procedure. In response, Cline Davis & Mann refused to produce a witness for the topics identified by Plaintiffs. Following a meet and confer on September 6, 2007, Plaintiffs filed a *Motion to Compel 30(b)(6) Testimony and Electronic Documents from Cline Davis & Mann, Inc.* A true and accurate copy of the August 13, 2007 subpoena is attached as Exhibit F.

2

8.      On September 11, 2007, Cline Davis & Mann filed a *Motion to Quash and for a Protective Order* in the Southern District of New York; the district from which the subpoenas were issued. On September 14, 2007, Cline Davis & Mann sent a letter to Judge Sorokin requesting that the Court stay its ruling on Plaintiffs' September 6, 2007 Motion to Compel pending the resolution of its *Motion to Quash and for a Protective Order* filed in the Southern District of New York; or in the alternative, consider the arguments set forth in Cline Davis & Mann's *Motion to Quash and for a Protective Order* as its opposition to Plaintiffs' *Motion to Compel 30(b)(6) Testimony and Electronic Documents from Cline Davis & Mann, Inc.* A true and accurate copy of the September 14, 2007 letter is attached as Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Indianapolis, Indiana on  Sept. 18 2007  .

/s/ Jeff S. Gibson
Jeff S. Gibson

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
rshevitz@cohenandmalad.com

3