I # 8 2473
NTS 50
TY CLK
9-18-07

UNITED STATES DISTRICT COURT

FILED
FOR THE DISTRICT OF MASSACHUSETTS IN CLERKS OFFICE

2007 SEP 18 P 1: 17

U.S. DISTRICT COURT
MDL Docket No. 1629 OF MASS.

In re: NEURONTIN MARKETING AND         )
       SALES PRACTICES LITIGATION       )
                                        )   Master File No. 04-10981
                                        )
THIS DOCUMENT RELATES TO:               )   Judge Patti B. Saris
ALL ACTIONS                             )

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants, Pfizer Inc., Parke-Davis, Division

of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: September 17, 2007

Christopher J. Roche
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order
No. 3.

/s/David B. Chaffin