9/18/07

ATTN:   U.S. District Court
        of Masschuestts
        office of the "Clerk"

Dellapino Ballard
Din# 05-R-2261
    Lead Case No. 1:04-CV-10981-PBS
Case Civil Action No. 1:06 CV 00688-GLS
    District of MA No. 1:07-CV-11154-PBS

Dear Clerk:

I am writing your office in reguards to my civil action case that I have pendling in your Court. I am requesting a response from your clerk's office for an <u>update</u> reguarding my civil action case. Please respond at your earylist conviences to let me know what phase my case is in at this point. IN closing- thanking you in your office in advanced, for taking this time out to looking into this matter.

Respectfully
Dellapino Ballard
05-R-2261