# Finkelstein & Partners
*Counselors At Law*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Susan M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Stroltz (NY & MA)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
An Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)
Jeffrey A. Brown, MD, Esq. (NY & NJ)
Dennis G. Elks (NY)
John F. Dowd (NY & CT)

*Accredited CLE Provider*

REFER TO OUR FILE #: 200599

September 25, 2007

Magistrate Judge Sorokin
United States District Court
John Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

    Re: In re: Neurontin Marketing, Sales Practices
         and Products Liability Litigation
         MDL-1629
         Master File No. 04-10981
         Judge Patti B. Saris

        Individual Case: Fenelon vs. Pfizer, et al.
                 06-CV-11581

Honorable Sir:

    Pursuant to the Court's directive at the September 20, 2007 conference, please be advised that Ms. Fenelon's address is as follows:

Ms. Jamie Fenelon
222 Lockhart Terrace
Philadelphia, PA 19116

Thank you for your consideration in this matter.

                      Very truly yours,

                      FINKELSTEIN & PARTNERS. LLP

                      ELEANOR L. POLIMENI, ESQ.

cc: Davis Polk & Wardwell
    Ms. Jamie Fenelon

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

*Please Send All Correspondence to the Address Indicated Above*