UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re:  NEURONTIN MARKETING,        :   MDL Docket No. 1629
         SALES PRACTICES AND         :
         PRODUCTS LIABILITY LITIGATION  :   Master File No. 04-10981
                                     :
                                     :   Judge Patti B. Saris
---------------------------------------------------------x
                                     :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:            :
                                     :
RUTH SMITH v. PFIZER INC.            :   Individual Case No. 05-cv-11515
                                     :
---------------------------------------------------------x

## PRODUCTS LIABILITY PLAINTIFFS'
## EMERGENCY MOTION TO COMPEL DISCOVERY

Products Liability Plaintiffs, by the undersigned counsel, respectfully move, pursuant to Rule 37 of the Federal Rules of Civil Procedure, by Emergency Motion for an Order compelling Pfizer Defendants to respond to Plaintiffs' September 4, 2007 Request for Production in *Smith v. Pfizer Inc.* Products Liability Plaintiffs' Motion is supported by the Memorandum submitted herewith, and attached exhibits.

Products Liability Plaintiffs are moving by Emergency Motion because a hearing in this litigation is scheduled for October 17, 2007, but the no briefing schedule has been established for this hearing date.

Dated: October 1, 2007                      Respectfully submitted,

                                            *Members of Products Liability
                                            Plaintiffs' Steering Committee*

                                    By:     /s/ Andrew G. Finkelstein
                                            Andrew G. Finkelstein, Esquire
                                            Finkelstein & Partners, LLP
                                            436 Robinson Avenue
                                            Newburgh, NY 12550

By:    /s/ Jack W. London
Jack W. London, Esquire
Law Offices of Jack W. London
  & Associates
106 E. 6th Street, Suite 700
Austin, TX 78701

### CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: October 1, 2007

/s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 1, 2007.

/s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire