# EXHIBIT A

**Finkelstein & PARTNERS**
*Counselors At Law*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & MA)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

*Accredited CLE Provider*

REFER TO OUR FILE #: 231407

September 4, 2007

Mr. James Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017

    Re: In Re Neurontin
        Smith vs. Pfizer
        05-CV-11515-PBS

Dear Mr. Rouhandeh:

    Enclosed please find Plaintiff's Request for Production in the above-referenced matter.

                Very truly yours,

                FINKELSTEIN & PARTNERS, LLP

                ELEANOR L. POLIMENI, ESQ.

Encl.
cc w/encl.: Clark Thomas & Winters

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

*Please Send All Correspondence to the Address Indicated Above*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>SMITH vs. PFIZER, INC. et al.<br>05-CV-11515-PBS | PLAINTIFF'S REQUEST FOR PRODUCTION |

SIRS:

PLEASE TAKE NOTICE, that pursuant to Rule FRCP 34, the defendants, are hereby demanded to serve within thirty (30) days the following information and material for discovery and inspection at the offices of FINKELSTEIN & PARTNERS, LLP, 436 Robinson Avenue, Newburgh, NY:

1. For each package of Neurontin attached hereto and identified with Lot 19962VA, identify:

    (a) the dates that they were shipped and/or provided;

    (b) the person(s), including address(es), who provided the aforementioned Neurontin packets;

    (c) the identity of the healthcare provider, including address, to whom said Neurontin packets were provided.

2. For each package of Neurontin attached hereto and identified with Lot 19962VA copy or copies of the packaging and package inserts, if any, that correspond to the aforementioned Neurontin.

Dated: September 4, 2007

                                       FINKELSTEIN & PARTNERS, LLP

                                       */s/ Eleanor R. Polimeni*
                                       ELEANOR L. POLIMENI, ESQ.
                                       Attorneys for Plaintiff
                                       436 Robinson Avenue
                                       Newburgh, N.Y. 12550

TO: DAVIS POLK & WARDWELL
       Attorneys for Defendants
       450 Lexington Avenue
       New York, NY. 10017

       CLARK THOMAS & WINTERS
       300 West 6th Street
       15th Floor
       Austin, TX 78701



Case 1:04-cv-10981-PBS    Document 893-2    Filed 10/01/2007    Page 6 of 9



Case 1:04-cv-10981-PBS    Document 893-2    Filed 10/01/2007    Page 6 of 9





6 of these



6 of these



6 of these

