UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) | <br> <br> MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) <br> ) <br> *Harden Manufacturing Corp., et al. v.* ) <br> *Pfizer, Inc., et al.* ) <br> ) | Master File No. 04-10981 <br> Judge Patti B. Saris <br> <br> Mag. Judge Leo T. Sorokin |

**STATUS REPORT BY THIRD PARTY PAYER CLASS PLAINTIFFS' ON PRODUCTION OF DATA IN RESPONSE TO DISCOVERY ORDER NO. 12**

Pursuant to the Court's suggestion at the September 20, 2007 hearing on Defendants' motion to compel responses to interrogatories (Dkt. No. 753), the third party payer class plaintiffs respectfully submit this status report on their production of data pursuant to Discovery Order No. 12.

Harden Manufacturing Corp. ("Harden") has produced the prescription claims data of its members who were prescribed Neurontin, as to the alternative drugs identified in class plaintiffs' supplemental responses to defendants' second set of interrogatories. See Dkt. No. 852, Exh. A (corrected supplemental response to interrogatory no. 2). A sample of this spreadsheet, with the contract number (which identifies the subscriber), claim number, group name, and group number redacted,[i] is attached hereto as Exhibit A.

731137.1

Blue Cross/Blue Shield of Louisiana ("BCBSLA") has also produced this data as to its members who were prescribed Neurontin. A sample of these spreadsheets, redacted to remove contract and member numbers, is attached hereto as Exhibit B.

Counsel for Caremark, plaintiff ASEA's pharmacy benefits manager, today informed class counsel that they believe they have located the missing data, which will be turned over to ASEA shortly. Accordingly, ASEA anticipates being able to complete its data production, which will be similar to Harden's and BCBSLA's, by next week.

Dated: October 2, 2007                                                     Respectfully Submitted,

                                          By:    */s/ Barry Himmelstein*
                                                  Barry Himmelstein, Esquire
                                                  Lieff Cabraser Heimann & Bernstein, LLP
                                                  Embarcadero Center West
                                                  275 Battery Street, 30th Floor
                                                  San Francisco, CA 94111-3339

                                          By:    */s/ Thomas Greene*
                                                  Thomas Greene Esquire
                                                  Greene & Hoffman
                                                  125 Summer Street
                                                  Boston, MA 02110

                                          By:    */s/ Don Barrett*
                                                  Don Barrett, Esquire
                                                  Barrett Law Office
                                                  404 Court Square North
                                                  P.O. Box 987
                                                  Lexington, MS 39095

                                          By:    */s/ Daniel Becnel*
                                                  Daniel Becnel, Jr., Esquire
                                                  Law Offices of Daniel Becnel, Jr.
                                                  106 W. Seventh Street
                                                  P.O. Drawer H
                                                  Reserve, LA 70084

>           By:    */s/ James Dugan*
>                  James Dugan, Esquire
>                  Dugan & Browne
>                  650 Poydras St., Suite 2150
>                  New Orleans, LA 70130
>
>           By:    */s/ Thomas M. Sobol*
>                  Hagens Berman Sobol Shapiro LLP
>                  One Main Street, 4th Floor
>                  Cambridge, MA  02142
>                  Boston, MA 02110
>
>           *Members of the Class Plaintiffs'*
>           *Steering Committee*

---

[i] These fields have <u>not</u> been redacted from the spreadsheets produced to Defendants.