# EXHIBIT A

| CNTRCT NR | PLN | CLAIM | LINE | GRPNR | DIV | GRP NAME | M | DRUG NM | NDC | INC DATE | TOT CHRG | PAID AMOUNT | RFL | DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 457 | | 8 | | 000 | | A | CLONAZEPAM | 00093083301 | 20040923 | $37.48 | $37.48 | 00 | 0030 |
| | 457 | | 5 | | 000 | | A | CLONAZEPAM | 00093083301 | 20041112 | $37.48 | $37.48 | 00 | 0030 |
| | 457 | | 0 | | 000 | | A | CLONAZEPAM | 00093083301 | 20050831 | $11.52 | $11.52 | 00 | 0015 |
| | 457 | | 2 | | 000 | | A | CLONAZEPAM | 00093083301 | 20050721 | $6.76 | $6.76 | 01 | 0015 |
| | 457 | | 6 | | 000 | | A | CLONAZEPAM | 00093083301 | 20050519 | $6.76 | $6.76 | 00 | 0003 |
| | 457 | | 5 | | 000 | | A | CLONAZEPAM | 00093083301 | 20050225 | $2.74 | $2.74 | 00 | 0003 |
| | 457 | | 3 | | 000 | | A | CLONAZEPAM | 00093083301 | 20041221 | $10.93 | $8.74 | 00 | 0007 |
| | 457 | | 1 | | 000 | | A | CLONAZEPAM | 00093083301 | 20050115 | $37.48 | $0.00 | 00 | 0030 |
| | 457 | | 1 | | 000 | | A | CLONAZEPAM | 00093083301 | 20040923 | $37.48 | $0.00 | 00 | 0030 |
| | 457 | | 5 | | 000 | | A | CLONAZEPAM | 00093083301 | 20050225 | $2.74 | $0.00 | 00 | 0003 |
| | 457 | | 3 | | 000 | | A | CLONAZEPAM | 00093083301 | 20050225 | $2.74 | $0.00 | 00 | 0003 |
| | 457 | | 4 | | 000 | | A | ALPRAZOLAM | 59762372001 | 20010502 | $20.09 | $20.09 | 00 | 0020 |
| | 457 | | 7 | | 000 | | A | PAXIL | 00029321213 | 20021001 | $77.05 | $61.64 | 04 | 0030 |
| | 457 | | 5 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20021001 | $23.89 | $23.89 | 04 | 0033 |
| | 457 | | 2 | | 000 | | A | EFFEXOR | 00008078101 | 20021001 | $81.85 | $65.48 | 00 | 0030 |
| | 457 | | 3 | | 000 | | A | EFFEXOR | 00008078101 | 20021025 | $81.85 | $65.48 | 00 | 0030 |
| | 457 | | 1 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20021025 | $23.89 | $23.89 | 00 | 0033 |
| | 457 | | 5 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20021123 | $23.89 | $23.89 | 01 | 0033 |
| | 457 | | 4 | | 000 | | A | EFFEXOR | 00008078101 | 20021123 | $81.85 | $65.48 | 01 | 0030 |
| | 457 | | 4 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020802 | $23.89 | $23.89 | 02 | 0033 |
| | 457 | | 0 | | 000 | | A | PAXIL | 00029321213 | 20020802 | $77.05 | $61.64 | 02 | 0030 |
| | 457 | | 6 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020831 | $23.89 | $23.89 | 03 | 0033 |
| | 457 | | 4 | | 000 | | A | PAXIL | 00029321213 | 20020831 | $77.05 | $61.64 | 03 | 0030 |
| | 457 | | 5 | | 000 | | A | PAXIL | 00029321213 | 20020610 | $77.05 | $61.64 | 00 | 0030 |
| | 457 | | 4 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020528 | $23.89 | $23.89 | 00 | 0033 |
| | 457 | | 9 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020706 | $23.89 | $23.89 | 01 | 0033 |
| | 457 | | 8 | | 000 | | A | PAXIL | 00029321213 | 20020706 | $77.05 | $61.64 | 01 | 0030 |
| | 457 | | 5 | | 000 | | A | FLUOXETINE HCL | 49884074311 | 20020131 | $130.00 | $130.00 | 02 | 0030 |
| | 457 | | 3 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020107 | $5.85 | $5.85 | 03 | 0033 |
| | 457 | | 9 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020404 | $4.62 | $4.62 | 01 | 0025 |
| | 457 | | 7 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020311 | $4.62 | $4.62 | 00 | 0025 |
| | 457 | | 0 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020207 | $6.74 | $6.74 | 04 | 0033 |
| | 457 | | 8 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20020511 | $4.62 | $4.62 | 02 | 0025 |
| | 457 | | 4 | | 000 | | A | FLUOXETINE HCL | 49884074311 | 20020404 | $101.50 | $101.50 | 03 | 0030 |
| | 457 | | 0 | | 000 | | A | FLUOXETINE HCL | 49884074311 | 20020511 | $101.50 | $101.50 | 04 | 0030 |
| | 457 | | 9 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20011210 | $5.85 | $5.85 | 02 | 0033 |
| | 457 | | 4 | | 000 | | A | FLUOXETINE HCL | 49884074311 | 20011221 | $143.38 | $143.38 | 01 | 0030 |
| | 457 | | 6 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20011109 | $5.85 | $5.85 | 01 | 0033 |
| | 457 | | 4 | | 000 | | A | FLUOXETINE HCL | 49884074311 | 20011026 | $143.38 | $143.38 | 00 | 0030 |
| | 457 | | 1 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20010913 | $5.85 | $5.85 | 00 | 0033 |
| | 458 | | 8 | | 000 | | A | ALPRAZOLAM | 59762372001 | 20010809 | $20.09 | $20.09 | 01 | 0020 |
| | 457 | | 4 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20030724 | $22.19 | $22.19 | 00 | 0030 |
| | 457 | | 0 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20030623 | $9.99 | $9.99 | 01 | 0012 |
| | 457 | | 2 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20030419 | $23.89 | $23.89 | 03 | 0033 |
| | 457 | | 3 | | 000 | | A | ALPRAZOLAM | 00378400305 | 20030103 | $23.89 | $23.89 | 02 | 0033 |
| | 457 | | 0 | | 000 | | A | EFFEXOR | 00008078101 | 20030103 | $81.85 | $22.78 | 02 | 0030 |

# EXHIBIT B

CONFIDENTIAL

BCBSLA_Neurontin 1994 to 2007

| Masked Contract | Masked Member | DOS Year | Drug Name | Num of Scripts |
|---|---|---|---|---|
| 1 | 1 | 2004 | Neurontin | 2 |
| 2 | 2 | 2002 | Alprazolam | 7 |
| 2 | 2 | 2002 | Fluoxetine | 14 |
| 2 | 2 | 2003 | Alprazolam | 4 |
| 2 | 2 | 2003 | Clonazepam | 1 |
| 2 | 2 | 2003 | Fluoxetine | 9 |
| 2 | 2 | 2003 | Neurontin | 1 |
| 3 | 3 | 1997 | Sertraline | 2 |
| 3 | 3 | 1998 | Sertraline | 10 |
| 3 | 3 | 1999 | Sertraline | 8 |
| 3 | 3 | 2000 | Sertraline | 1 |
| 3 | 3 | 2001 | Sertraline | 9 |
| 3 | 3 | 2002 | Neurontin | 12 |
| 3 | 3 | 2002 | Sertraline | 8 |
| 3 | 3 | 2003 | Neurontin | 1 |
| 3 | 3 | 2003 | Sertraline | 1 |
| 4 | 4 | 2000 | Fluoxetine | 6 |
| 4 | 4 | 2000 | Neurontin | 6 |
| 4 | 4 | 2001 | Fluoxetine | 7 |
| 4 | 4 | 2001 | Neurontin | 6 |
| 4 | 4 | 2002 | Fluoxetine | 3 |
| 4 | 4 | 2002 | Neurontin | 3 |
| 4 | 4 | 2003 | Fluoxetine | 6 |
| 4 | 4 | 2003 | Neurontin | 2 |
| 4 | 4 | 2004 | Fluoxetine | 1 |
| 4 | 4 | 2004 | Neurontin | 5 |
| 5 | 5 | 1997 | Carbamazepine | 3 |
| 5 | 5 | 1998 | Alprazolam | 1 |
| 5 | 5 | 1998 | Neurontin | 2 |
| 6 | 6 | 1997 | Carbamazepine | 4 |
| 6 | 6 | 1997 | Neurontin | 5 |
| 6 | 6 | 1998 | Carbamazepine | 10 |
| 6 | 6 | 1998 | Neurontin | 8 |
| 7 | 7 | 1996 | Sertraline | 1 |
| 7 | 7 | 2003 | Neurontin | 5 |
| 7 | 7 | 2004 | Neurontin | 3 |
| 8 | 8 | 2001 | Clonazepam | 8 |
| 8 | 8 | 2001 | Neurontin | 4 |
| 8 | 8 | 2002 | Clonazepam | 1 |
| 9 | 9 | 1999 | Timolol | 5 |
| 9 | 9 | 2000 | Timolol | 6 |
| 9 | 9 | 2001 | Neurontin | 1 |
| 9 | 9 | 2001 | Timolol | 6 |
| 9 | 9 | 2002 | Neurontin | 1 |
| 9 | 9 | 2002 | Timolol | 2 |
| 10 | 10 | 1993 | Alprazolam | 1 |
| 10 | 10 | 1994 | Alprazolam | 3 |
| 10 | 10 | 1996 | Clonazepam | 6 |
| 10 | 10 | 1996 | Neurontin | 9 |
| 11 | 11 | 2000 | Neurontin | 3 |
| 11 | 11 | 2000 | Sertraline | 3 |

**CONFIDENTIAL**

BCBSLA_PBM_Neurontin_Paid_Jan_0

| Masked Contract | Masked Member | DOS Year | Drug Name | Num of Scripts |
|---|---|---|---|---|
| 3000 | 02 | 1997 | Alprazolam | 1 |
| 3000 | 02 | 1998 | Alprazolam | 3 |
| 3000 | 02 | 1999 | Alprazolam | 1 |
| 3000 | 02 | 2000 | Alprazolam | 1 |
| 3000 | 02 | 2000 | Neurontin | 1 |
| 3001 | 02 | 2000 | Alprazolam | 2 |
| 3001 | 02 | 2000 | Clonazepam | 1 |
| 3001 | 02 | 2000 | Neurontin | 1 |
| 3001 | 02 | 2000 | Sertraline | 1 |
| 3001 | 02 | 2001 | Alprazolam | 7 |
| 3001 | 02 | 2001 | Clonazepam | 3 |
| 3001 | 02 | 2001 | Neurontin | 5 |
| 3001 | 02 | 2001 | Venlafaxine | 6 |
| 3001 | 02 | 2002 | Alprazolam | 8 |
| 3001 | 02 | 2002 | Clonazepam | 8 |
| 3001 | 02 | 2002 | Neurontin | 9 |
| 3001 | 02 | 2002 | Venlafaxine | 1 |
| 3001 | 02 | 2003 | Neurontin | 1 |
| 3002 | 01 | 2001 | Neurontin | 1 |
| 3003 | 01 | 2003 | Alprazolam | 3 |
| 3003 | 02 | 1997 | Clonazepam | 8 |
| 3003 | 02 | 1997 | Neurontin | 6 |
| 3003 | 02 | 1998 | Clonazepam | 9 |
| 3003 | 02 | 1998 | Lithium | 1 |
| 3003 | 02 | 1999 | Clonazepam | 6 |
| 3003 | 02 | 1999 | Lithium | 1 |
| 3004 | 01 | 1999 | Sertraline | 1 |
| 3004 | 02 | 1997 | Neurontin | 11 |
| 3004 | 02 | 2000 | Neurontin | 4 |
| 3004 | 02 | 2001 | Alprazolam | 5 |
| 3004 | 02 | 2001 | Neurontin | 8 |
| 3004 | 02 | 2002 | Alprazolam | 3 |
| 3004 | 02 | 2002 | Neurontin | 1 |
| 3005 | 02 | 1999 | Sertraline | 1 |
| 3005 | 02 | 2002 | Clonazepam | 5 |
| 3005 | 02 | 2003 | Clonazepam | 7 |
| 3005 | 02 | 2003 | Neurontin | 1 |
| 3006 | 01 | 2000 | Alprazolam | 1 |
| 3006 | 01 | 2000 | Neurontin | 1 |
| 3006 | 01 | 2001 | Clonazepam | 1 |
| 3007 | 01 | 1998 | Alprazolam | 9 |
| 3007 | 01 | 1999 | Alprazolam | 12 |
| 3007 | 01 | 2000 | Alprazolam | 12 |
| 3007 | 01 | 2001 | Alprazolam | 8 |
| 3007 | 01 | 2002 | Alprazolam | 14 |
| 3007 | 01 | 2003 | Alprazolam | 12 |
| 3007 | 02 | 2002 | Neurontin | 2 |
| 3007 | 02 | 2003 | Neurontin | 1 |
| 3008 | 01 | 2000 | Alprazolam | 1 |
| 3008 | 01 | 2000 | Clonazepam | 4 |
| 3008 | 01 | 2000 | Neurontin | 5 |