UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :  MDL DOCKET NO: 1629
In re:  NEURONTIN MARKETING, SALES                                   :
        PRACTICES, AND PRODUCTS                                      :  Master File No. 04-10981
        LIABILITY LITIGATION                                         :
                                                                     :  Judge Patti B. Saris
                                                                     :
                                                                     :  Magistrate Judge Leo T. Sorokin
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
THIS DOCUMENT RELATES TO:                                            :
                                                                     :
   Strickland, et al. v. Pfizer Inc., et al.,                        :
   1:06-cv-10778-PBS                                                 :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Discovery Order No. 14 (#890), that Plaintiffs Bernard Strickland and Cathy Strickland's claims and causes of actions against Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company, and Warner-Lambert Company LLC are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated:  October 3, 2007            Respectfully submitted,

                                   FINKELSTEIN & PARTNERS, LLP

                                   By:    /s/ Andrew G. Finkelstein
                                          Andrew G. Finkelstein

                                   436 Robinson Avenue
                                   Newburgh, NY 12550
                                   Tel: (845) 562-0203

2650007v1

*On Behalf of the Members of Products Liability Plaintiffs' Steering Committee*

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company, and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 3, 2007.

      /s/ David B. Chaffin
      David B. Chaffin

2650007v1