UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| *Ruth Smith v. Pfizer Inc., et al.* | Individual Case No. 1:05-cv-11515-PBS |

**PFIZER'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S
EMERGENCY MOTION TO COMPEL DISCOVERY**

Defendants Pfizer Inc. ("Pfizer) and Warner-Lambert Company ("Defendants") submit this memorandum in response to Plaintiff Ruth Smith's ("Plaintiff") Emergency Motion to Compel Discovery.

**ARGUMENT**

Plaintiff's Emergency Motion to Compel Discovery was prematurely filed and inaccurately suggests that Defendants have refused to respond to Plaintiff's discovery request. Accordingly, Plaintiff's motion should be denied.

Plaintiff served Requests for Production in *Smith v. Pfizer Inc.* on September 4, 2007. Pfizer's response is not due until October 4, 2007. FED. R. CIV. P. 34(b). When the motion was filed, Plaintiff's counsel, Ken Fromson, and Pfizer's counsel, Angela Seaton, were in the midst of meet-and-confers on the issues identified in Plaintiff's motion. *See* Declaration of Angela Seaton, dated October 3, 2007, at para. 2 (Exhibit A). Although Pfizer's counsel raised the issue

1

of the timeliness of Plaintiff's discovery demands, Pfizer's counsel never indicated that Pfizer was refusing to respond. *Id*. at para. 3. Indeed, in the most recent communication between the parties, Pfizer's counsel indicated that she was working to gather the requested information. *Id*. Plaintiff's counsel inexplicably chose to prematurely file a Motion to Compel although Pfizer intends to timely respond to Plaintiff's Request for Production by providing the requested information by the deadline. *Id*. at para. 4. Accordingly, Plaintiff's Motion to Compel should be denied.

Dated:  October 3, 2007                             Respectfully submitted,

DAVIS POLK & WARDWELL

By:       /s/ James P. Rouhandeh
              James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel:  (212) 450-4000

        -and-

HARE & CHAFFIN

By:       /s/ David B. Chaffin
              David B. Chaffin

160 Federal Street
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

2

2650426v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 3, 2007.

                                                   /s/David B. Chaffin

2650426v1