# EXHIBIT A

Case 1:04-cv-10981-PBS    Document 896-2    Filed 10/03/2007    Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Ruth Smith v. Pfizer Inc., et al.* | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin<br><br>Individual Case No. 1:05-cv-11515-PBS |

**DECLARATION OF ANGELA M. SEATON IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
EMERGENCY MOTION TO COMPEL DISCOVERY**

ANGELA M. SEATON declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Shook, Hardy & Bacon, LLP, counsel for Defendants Pfizer Inc. ("Pfizer") and Warner-Lambert Company LLC in this action.

2. I participated in several meet-and-confers with Plaintiffs' counsel, Kenneth Fromson, on the issue of Plaintiffs' Requests for Production in *Ruth Smith v. Pfizer Inc. et al*. These meet-and-confers took place over the course of several days.

3. Although I raised the issue of the timeliness of Plaintiff's requests, I never stated that Pfizer was refusing to respond to these requests by the response deadline of October 4. In fact, in the last communication I had with Mr. Fromson before he filed

1

Plaintiff's motion, I specifically indicated that I was working to gather the requested documents.

4. Pfizer intends to serve responses and provide the responsive documents to Plaintiff's Request for Production on October 4, 2007, which is when the response is due.

Dated: Kansas City, Missouri
October 3, 2007

       /s/ Angela M. Seaton
       Angela M. Seaton

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 3, 2007.

       /s/David Chaffin

2

2650321v1