UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Ellis v. Pfizer Inc., et al*<br>Case No. 1:06-cv-10914-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**EMERGENCY MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR PLAINTIFFS HOWARD AND ANNE ELLIS**

Pogust & Braslow, LLC, as counsel of record, and co-counsel Finkelstein and Partners, and Pearson, Randall, & Schumacher, P.A., for Plaintiffs Howard and Anne Ellis, respectfully moves for an Order pursuant to Local Rules 7.1 and 83.5.2(g), granting Plaintiffs' counsel leave to withdraw as counsel of record for Plaintiffs in this action. This motion is supported by the Declaration of Derek T. Braslow, Esq. and attached exhibits, submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs' counsel believes that oral argument may assist the Court and wish to be heard. The motion is brought on an emergency basis because, resolution of such matter directly affects the current progress of the Track 1 Discovery Schedule and therefore, should promptly be heard at this Court's upcoming October 17, 2007 hearing.

1

Dated: October 9, 2007

Respectfully submitted,

By: /s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust & Braslow, LLC
161 Washington St, Suite 1520
Conshohocken, PA 19428

By: /s/ Kenneth Fromson
Kenneth Fromson, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

By: /s/ Gale D. Pearson
Gale D Pearson, Esq.
Pearson, Randall & Schumacher, PA
Suite 1025 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 9, 2007, and that a copy of this document has been mailed, by certified mail, on October 9, 2007, to Plaintiffs Howard and Anne Ellis at their last known address.

By: /s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust & Braslow, LLC
161 Washington St, Suite 1520
Conshohocken, PA 19428

2