UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Ellis v. Pfizer Inc., et al*<br>Case No. 1:06-cv-10914-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF DEREK T. BRASLOW IN
SUPPORT OF MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF HOWARD ELLIS**

I, Derek T. Braslow, deposes and states as follows:

1. I am a partner with the law firm of Pogust & Braslow, LLC, (hereinafter "Plaintiffs' Counsel"), counsel of record for Plaintiffs Howard and Anne Ellis (hereinafter "Plaintiffs"), in the above-entitled action. I also submit this Declaration on behalf of co-counsel, Finkelstein and Partners, and Pearson, Randall, & Schumacher, P.A

2. This declaration is submitted in support of Plaintiffs' counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an Order granting Plaintiffs' counsel leave to withdraw as counsel for record for Plaintiffs in this action.

3. This action was commenced on June 16, 2005, by filing the summons and complaint by Plaintiffs against Defendants Pfizer, Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company

1

LLC, Warner-Lambert Company and Warner-Lambert Company LLC, in the Supreme Court of the State of New York, County of New York, under Index No. 232413-06 (*See* Summons and Complaint, annexed hereto as Exhibit "A").

4. On July 26, 2005 Defendants served an Answer (*See* Answer, annexed hereto as Exhibit "B").

5. On March 31, 2006 Plaintiffs commenced a separate action against Defendants in the U.S. District Court of Minnesota (*See* Complaint, annexed hereto as Exhibit "C").

6. On May 30, 2006, an Order was entered by the Judicial Panel on Multidistrict Litigation, transferring this case from the U.S. District Court of Minnesota to MDL 1629, *In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*, in the United States District Court for the District of Massachusetts, for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (*See* Conditional Transfer Order, D. Mass. Individual Case No. 06-10914, ECF Doc. # 3).

7. On May 24, 2006, this case was consolidated with the Neurontin MDL, under Docket No. 1629, lead case No. 04-10981 (*See* D. Mass. Individual Case No. 06-10914, ECF Doc # 4).

8. On September 28, 2006, Plaintiffs entered into a Stipulation with Defendants, to voluntarily discontinue without prejudice Plaintiffs' New York State action. (*See* Stipulation, annexed hereto as Exhibit "D").

9. Since completion of the fact discovery phases, including the service of medical authorizations, interrogatories and document requests to Defendant, irreconcilable differences have developed between Plaintiffs and Plaintiffs' counsel, regarding the administration of legal services provided to Plaintiffs, including but not limited to the lack of client cooperation, unreturned and unanswered correspondence, and a complete failure to timely respond to Plaintiffs' counsel's numerous requests.

10. On April 17, 2007, Plaintiffs' counsel mailed to Plaintiffs by certified mail, a letter advising Plaintiffs that counsel was unable to proceed in Plaintiff's representations and requested that Plaintiffs' provided permission to withdraw, including instructions to search for new counsel (*See* letter, annexed hereto as Exhibit "E"). As of date, Plaintiffs' counsel has not received a response to such letter and numerous other prior correspondence.

11. A copy of the motion papers is also being mailed this date, by certified mail, to Plaintiffs at their last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2007

Respectfully submitted,

By: /s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust & Braslow, LLC
161 Washington St, Suite 1520
Conshohocken, PA 19428

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 9, 2007, and that a copy of this document has been mailed, by certified mail, on October 9, 2007, to Plaintiffs Howard and Anne Ellis at his their known address.

By: /s/ Derek T. Braslow
Derek T. Braslow, Esq.
Pogust & Braslow, LLC
161 Washington St, Suite 1520
Conshohocken, PA 19428
