# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------x
JOSHUA DELANEY,

             Plaintiff,                    Master Case
                                              Index No. 04/117852
    -against-
                                              Hon. Marcy S. Friedman
PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert     **STIPULATION TO**
Company LLC, WARNER-LAMBERT COMPANY           **DISCONTINUE**
and WARNER-LAMBERT COMPANY LLC,
             Defendants.
----------------------------------------x
**THIS STIPULATION PERTAINS TO THE**
**FOLLOWING INDIVIDUAL ACTIONS ONLY:**
----------------------------------------x
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------x
SHARON BURKE,

             Plaintiff,                    Individual Action
                                              Index No. 05/108324
    -against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,
             Defendants.
----------------------------------------x
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------x
JENNIFER FLANDERS,

             Plaintiff,                    Individual Action
                                              Index No. 05/110385
    -against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,
             Defendants.
----------------------------------------x

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

HOWARD ELLIS,
                    Plaintiff,　　　　　　　　　　Individual Action
                                       Index No. 05/108387

      -against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,
                    Defendants.
------------------------------------------------------------X
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

SHARON COX and EARL COX,
                    Plaintiffs,　　　　　　　　　Individual Action
                                       Index No. 05/108327

      -against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,
                      Defendants.
------------------------------------------------------------X
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

MELISSA AMATO,
                      Plaintiff,　　　　　　　　　　Individual Action
                                        Index No. 05/109032

      -against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,
                      Defendants.
------------------------------------------------------------X

```
-----------------------------------------------------------x
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
```

JOSEPH CASCIO,
                     Plaintiff,             Individual Action
                                                            Index No. 05/109083

       -against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
And WARNER-LAMBERT COMPANY LLC,
                     Defendants.

```
-----------------------------------------------------------x
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
```

DONNA JOYCE ADKINS, as Administratrix of
the Estate of DONALD WALKER, Deceased,
                     Plaintiff,             Individual Action
                                                            Index No. 05/109220

       -against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
And WARNER-LAMBERT COMPANY LLC,
                     Defendants.

```
-----------------------------------------------------------x
```

      IT IS HEREBY STIPULATED, by and between the undersigned, the attorneys of record for all parties to the above-entitled individual actions, *Burke v. Pfizer Inc., et al.*, New York County Index No. 05/108324, *Flanders v. Pfizer Inc., et al.*, New York County Index No. 05/110385, *Ellis v. Pfizer Inc., et al.*, New York County Index No. 05/108387-05, *Cox v. Pfizer Inc., et al.*, New York County Index No. 05/108327, *Amato v. Pfizer Inc., et al.*, New York County Index No. 05/109032, *Cascio v. Pfizer Inc., et al.*, New York County Index No. 05/109083, and *Adkins v. Pfizer Inc., et al.*, New York

County Index No. 05/109220, that these individual actions be discontinued without prejudice due to the fact that essentially identical actions have been filed in other jurisdictions. The parties consent to the voluntary discontinuances without waiving any rights and explicitly reserving all rights, inclusive of Defendants' rights relating to any Statute of Limitations defense. This Stipulation does not constitute an adjudication on the merits. No costs shall be awarded to any of the parties to these actions.

Dated:  September 28, 2006
        New York, New York

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs

By:_____
    Kenneth B. Fromson
436 Robinson Avenue
Newburgh, NY  12550
(800) 634-1212

DAVIS POLK & WARDWELL
Attorneys for Defendants

By:_____
    James P. Rouhandeh
450 Lexington Avenue
New York, NY  10017
(212) 450-4000