# EXHIBIT E

Case 1:04-cv-10981-PBS   Document 899-6   Filed 10/09/2007   Page 1 of 2

POGUST & BRASLOW, LLC
161 Washington Street, Ste. #1520
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
pogustbraslow.com

ASHLEIGH MACHAK/PARALEGAL
amachak@pogustbraslow.com

April 12, 2007

VIA CERTIFIED MAIL:   7006 0810 0004 8193 8481

Mr. & Mrs. Howard Ellis
P.O. Box 143
Mabel, MN 55954

Re:   **Ellis v. Pfizer, Inc.**
      **Neurontin Litigation**

Dear Mr. & Mrs. Ellis:

As stated in the letter forwarded to you on November 7, 2006, we are unable to proceed in our representation of you as our client. However, in order to preserve your claim, if and when you obtain new representation, please contact us with the amount of medical expenses and wage loss you wish to recover. If you do not contact us with this information, the court may dismiss your case.

Also, enclosed with the letter was an Authorization to Withdraw form. Please complete and return the form within two (2) days of receipt of this letter.

Lastly, please be advised that this will be our final correspondence with you.

Sincerely,

Ashleigh Machak/Paralegal