UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- X
In re:  NEURONTIN MARKETING,                            :  MDL Docket No. 1629
        SALES PRACTICES AND                             :
        PRODUCTS LIABILITY LITIGATION                   :  Master File No. 04-10981
                                                        :
------------------------------------------------------- X  Judge Patti B. Saris
                                                        :
THIS DOCUMENT RELATES TO:                               :  Magistrate Judge Leo T.
                                                        :  Sorokin
        PRODUCTS LIABILITY ACTIONS                      :
                                                        :
                                                        :
                                                        :
------------------------------------------------------- X

## DEFENDANTS' RE-DESIGNATION OF "TRACK ONE" CASES

Pursuant to Discovery Order No. 14, dated September 27, 2007 (Docket No. 890), defendants hereby select the following Track One cases: *Ellis, et al. v. Pfizer Inc., et al.*, No. 06-10914-PBS, and *Wendorf v. Pfizer Inc., et al.*, No. 05-11999-PBS/No. 06-11398-PBS.[1]

---

[1] After defendants advised plaintiffs of their intent to designate *Ellis* as a Track One case, plaintiffs' counsel communicated their desire to withdraw as counsel from *Ellis* and filed an Emergency Motion to Withdraw on October 9, 2007, the day before defendants were required to file their Designation of Track One Cases. Likewise, after plaintiffs were advised that defendants were considering the designation of *Wendorf* as a Track One case, counsel for plaintiffs communicated their intention to "discontinue" the case. Defendants will file a Response to plaintiffs' Emergency Motion to Withdraw, which Response will more fully set forth the circumstances surrounding defendants' designations and plaintiffs' repeated attempts to withdraw or dismiss defendants' designated cases.

Dated: October 10, 2007

                                  DAVIS POLK & WARDWELL

                                  By: /s/James P. Rouhandeh
                                      James P. Rouhandeh
                                450 Lexington Avenue
                                New York, New York 10017
                                (212) 450-4000

                                SHOOK, HARDY & BACON L.L.P.

                                By: /s/ Scott W. Sayler
                                      Scott W. Sayler

                                2555 Grand Boulevard
                                Kansas City, Missouri 64108
                                (816) 474-6550

                                - and -

                                HARE & CHAFFIN

                                By: /s/ David B. Chaffin
                                      David B. Chaffin

                                160 Federal Street
                                Boston, Massachusetts 02110
                                (617) 330-5000

                                *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 10, 2007.

                                                    /s/David B. Chaffin