UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ALL ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## SUBMISSION PURSUANT TO DISCOVERY ORDER NO. 14

Pursuant to Discovery Order No. 14 (Docket # 890, Sept. 28, 2007), Pfizer Inc. and Warner-Lambert Company (together, "defendants") state that they reserve the right to argue that any rebate defendants paid or issued regarding sales of Neurontin should be treated as an offset or credit against any alleged damages in the above-captioned matter and that defendants have produced information relating to Neurontin rebates to plaintiffs.

Dated: October 10, 2007

                                          DAVIS POLK & WARDWELL

                                          By:  /s/ James P. Rouhandeh
                                                 James P. Rouhandeh

                                          450 Lexington Avenue
                                          New York, New York 10017
                                          (212) 450-4000

                                                    - and -

HARE & CHAFFIN

By:  /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 10, 2007.

/s/ David B. Chaffin