UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | Magistrate Judge Leo T. Sorokin |

**PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION
TO COMPEL DEFENDANTS TO CONDUCT THE DEPOSITION
OF PLAINTIFFS' GENERAL CAUSATION EXPERT**

Products Liability Plaintiffs, by the undersigned counsel, respectfully move, pursuant to Rule 37 of the Federal Rules of Civil Procedure, by Emergency Motion, for an Order compelling Defendants to conduct the deposition of Plaintiffs' general causation expert on neuropsychopharmacology on October 25 and 26, 2007. Plaintiffs' Motion is supported by the Memorandum submitted herewith. Plaintiffs are moving by Emergency Motion because a conference in this litigation is scheduled to be held on October 17, 2007, and the issue herein involves the scheduling of expert disclosure that is crucial to this action, is time sensitive and requires the immediate intervention of this Court.

Dated: October 11, 2007

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

By:   /s/ **Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
        & Associates
      106 E. 6th Street, Suite 700
      Austin, TX 78701

### CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: October 11, 2007

      /s/ **Kenneth B. Fromson**
      Kenneth B. Fromson, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 11, 2007.

      /s/ **Kenneth B. Fromson**
      Kenneth B. Fromson, Esquire