# EXHIBIT A



Counselors At Law

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

*Accredited CLE Provider*

REFER TO OUR FILE #: 200599

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

May 21, 2007

Re: Neurontin MDL and NY Coordinated Litigation

Dear Jim:

You may recall that in March '07, I submitted to you a proposed schedule for Product Liability Expert depositions, given the small window of time the parties have to secure testimony of experts. As you know, securing appropriate time from individuals so that they can be available for depositions (let alone 2 days of testimony) is no easy task. It has now been almost two months and I have not heard from you regarding the scheduling of these witnesses. Please be advised that we will stand by these dates absent good cause shown by the defense.

Please contact me to discuss further the logistics of these depositions, e.g., time, location. I look forward to hearing from you in this regard.

Very truly,

Kenneth B. Fromson

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102



**Finkelstein & PARTNERS**
*Counselors At Law*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

*Accredited CLE Provider*

REFER TO OUR FILE #: 200599                     March 7, 2007

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: Neurontin MDL and NY Coordinated Litigation

Dear Jim:

    As you know, Plaintiffs' expert reports are due no later than October 1, 2007, and Plaintiffs' experts are to be deposed by October 21, 2007. In this regard, Product Liability Plaintiffs have already been coordinating with experts to confirm their available dates for depositions. I trust that you will find useful the proposed dates I have set forth below so that you can plan your calendar accordingly.

    This correspondence does not represent a formal disclosure of Plaintiffs' experts. Obviously, we will disclose experts in the form and fashion required by court rules. Where an expert's identity has not been disclosed, I have indicated "To Be Disclosed", the general subject matter, and I have proposed dates based upon the witness's current availability. As additional experts confirm their availability, I can update this correspondence accordingly. Please consider the following dates for depositions:

| *Expert Name* | *Subject* | *Proposed Deposition Dates 2007* |
|---|---|---|
| To Be Disclosed | Regulatory | October 10, 11, 12 |
| To Be Disclosed | General/Specific Causation | October 10, 11, 12<br>October 17, 18, 19 |
| To Be Disclosed | General/Specific Causation | October 18, 19 |
| To Be Disclosed | General/Specific Causation | October 11, 12 |
| To Be Disclosed | Sales/Marketing | October 10, 11 |
| To Be Disclosed | Sales/Marketing | October 2, 3 |

Upon review of these dates, please advise accordingly so that we can finalize the logistics for the experts.

Very truly,

Kenneth B. Fromson

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102



| Howard S. Finkelstein, P.C. (NY) | Elyssa M. Fried-DeRosa (NY) | Victoria Lieb Lightcap (NY & MA) | *Of Counsel* |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Mary Ellen Wright (NY) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| George M. Levy (NY) | Kenneth B. Fromson (NY, NJ & PA) | Marshall P. Richer (NY) | Michael O. Gittelsohn, P.C. (NY) |
| Kenneth L. Oliver, P.C. (NY) | Joel Bossom (NY) | Thomas J. Pronti (NY) | Joel A. Reback (NY & Israel) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Nancy Y. Morgan (NY, NJ & PA) | Kristine M. Cahill (NY & CT) | Sheila Rosenrauch (NY) |
| Duncan W. Clark (NY) | Andrew L. Spitz (NY) | Kara L. Campbell (NY & CT) | Kenneth Cohen (NJ) |
| Ronald Rosenkranz (NY) | James W. Shuttleworth, III (NY) | Arieh Mezoff (NY) | Cynthia M. Maurer (NY & NJ) |
| Robert J. Camera (NY & NJ) | Lawrence D. Lissauer (NY) | Christopher T. Milliman (NY) | Raye D. Futerfas (NJ) |
| Joseph P. Rones (NY & FL) | David E. Gross (NY & NJ) | Silvia Fermanian (NY) | Frances M. Bova (NY & NJ) |
| Steven Lim (NY) | Terry D. Horner (NY) | Edward M. Steves (NY) | Kenneth G. Bartlett (CT & NJ) |
| George A. Kohl, 2nd (NY & MA) | Robert F. Moson (NY) | Karen M. Queenan (NY & CT) | Ari Kresch (NY & MI) |
| Eleanor L. Polimeni (NY) | Julio E. Urrutia (NY) | Marie M. DuSault (NY) | Gustavo W. Alzugaray (NY & NJ) |
| Steven H. Cohen (NY) | | Glenn W. Kelleher (NY) | |
| Francis Navarra (NY) | Debra J. Reisenman (NY) | Melody A. Gregory (NY & CT) | |
| Andrew J. Genna, LLM (NY & PA) | Michael T. McGarry (NY) | Gail Schlanger (NY) | |
| Thomas C. Yatto (NY) | Steven P. Shultz (NY & MA) | Elizabeth A. Wolff (NY & MA) | |

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

*Accredited CLE Provider*

REFER TO OUR FILE #: 200599

June 1, 2007

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: Neurontin MDL and NY Coordinated Litigation

Dear Jim:

In furtherance of my attempts to get availability from experts, I have additional dates of availability as it pertains to one of our experts who is anticipated to testify as to general/specific causation in the Track 1 cases. The chart below is modified accordingly. At this point, I have confirmed with each expert their availability for October. Please be guided accordingly. I would appreciate the courtesy of a response by June 11th as I must confirm these dates with the experts so as to preserve their availability.

| *Expert Name* | *Subject* | *Proposed Deposition Dates 2007* |
|---|---|---|
| To Be Disclosed | Regulatory | October 10, 11, 12 |
| To Be Disclosed | General/Specific Causation | October 4, 5<br>October 8, 9, 11, 12<br>October, 15, 16, 17 |
| To Be Disclosed | General/Specific Causation | October 18, 19 |
| To Be Disclosed | General/Specific Causation | October 4 (after 2:30pm), 5<br>October 11 (after 2:30pm), 12<br>October 18 (after 2:30pm), 19 |
| To Be Disclosed | Sales/Marketing | October 8, 9 (until 3pm), 10, 11, 12<br>October 15, 16 (until 3pm), 17 |
| To Be Disclosed | Sales/Marketing | October 2, 3, 16, 17 |

Very truly,

Kenneth B. Fromson

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102



**Finkelstein & PARTNERS**
*Counselors At Law*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

*Accredited CLE Provider*

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara C. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

REFER TO OUR FILE #: 200599

July 26, 2007

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: Neurontin MDL and NY Coordinated Litigation

Dear Jim:

In furtherance of my attempts to get availability from experts in light of the recent change in the MDL discovery schedule, I have additional dates of availability as it pertains to anticipated Plaintiff Experts. The chart below is set forth for your reference. As per our telephone discussion of July 25, 2007, we stand by our position that an expert on General/Specific Causation should be deposed on October 18/19th as previously agreed before the recent change in the discovery schedule.

At this point, I have confirmed with experts their availability for the discovery window of October 22, 2007 - November 12, 2007. I would appreciate the courtesy of a response regarding these dates so that we can finalize the scheduling of these experts. Noteworthy, because November 12th is a Monday and depositions are to go as long as two business days, I have also requested from experts that they advise if November 13th is an option. This would allow you to begin a deposition on Monday and complete same, if necessary, on Tuesday.

| *Expert Name* | *Subject* | *Proposed Deposition Dates 2007* |
|---|---|---|
| To Be Disclosed | Regulatory | November 7, 8, 9, 12, 13 |
| To Be Disclosed | General/Specific Causation | October 18, 19<br>October 25, 26<br>November 1, 2<br>November 8, 9 |
| To Be Disclosed | General/Specific Causation | October 18, 19 |
| To Be Disclosed | General/Specific Causation | October 23 (after 2:30pm), 24, 25 (after 2:30pm), 26<br>October 29, 30 (after 2:30pm), 31<br>November 1 (after 2:30pm), 2<br>November 5, 6 (after 2:30pm), 7, 8 (after 2:30pm), 9 |
| | **Continued on Next Page** | |

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

| To Be Disclosed | Sales/Marketing | October 23 (until 3pm), 24, 25, 26<br>October 30(until 3pm), 31<br>November 1, 2<br>November 6, 7, 8 (until 3pm), 9 |
|---|---|---|
| To Be Disclosed | Sales/Marketing | October 29, 30, 31 |
| To Be Disclosed | Epidemiology | October 25, 26<br>November 1, 2<br>November 8, 9 |

As you know, it is difficult to coordinate depositions on short notice. The dates of availability will no doubt change sooner than later. I request that you advise of dates for depositions of these witnesses in an expedited manner and consistent with the dates of availability referenced above.

Very truly,

Kenneth B. Fromson



**Finkelstein & PARTNERS**
*Counselors At Law*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

*Accredited CLE Provider*

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

REFER TO OUR FILE #: 200599

October 5, 2007

Lori McGroder, Esq.
Shook, Hardy, Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

Re:   Neurontin Litigation
      Expert Depositions

Dear Lori:

In furtherance of my attempts to get availability from experts consistent with the timeframe ordered by Magistrate Sorokin, I have additional dates of availability as it pertains to anticipated Plaintiff Experts. The chart below is set forth for your reference. At this point, I have confirmed with experts their availability for the discovery window of October 22, 2007 - November 12, 2007. Please be advised accordingly and let me know which available dates defense counsel will reserve. Noteworthy, because November 12th is a Monday and depositions are to go as long as two business days, I have also requested from experts that they advise if November 13th is an option. This would allow you to begin a deposition on Monday and complete same, if necessary, on Tuesday.

| *Expert Name* | *Subject* | *Proposed Deposition Dates 2007* |
|---|---|---|
| Cheryl Blume, Ph.D. (Tampa, Florida) | Regulatory; Failure to Warn | November 12, 13 |
| Stefan Kruszweski, M.D. (Harrisburg, PA) | General Causation | November 1, 2<br>November 12, 13 |
| Michael Trimble, M.D. (United Kingdom) | General/Specific Causation (*Smith*) | October 18, 19<br>**(Confirmed: New York)** |
| To Be Disclosed (Boston, MA) | Sales/Marketing Practices | October 29, 30, 31 |
| To Be Disclosed (Boston, MA) | Sales/Marketing Practices | October 23 (until 3:30pm); October 24; October 25 (noon – 6:00pm); October 26; October 29 (until 3:30); October 30 (until 3:30pm); October 31; November 1; November 2 (until 12:00); November 6; November 7; November 9 (until 12:00); November 12; November 13 |

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

Lori McGroder, Esq.; October 5, 2007                                                                    Page 2

| To Be Disclosed (Los Angeles, CA) | Epidemiology | October 24, October 25 (until 12:30) October 29, October 30 (until 12:30) October 31, November 1 (until 12:30) November 5, November 6 (until 12:30) November 7, November 8 (until 12:30) November 12, November 13 (until 12:30) |
|---|---|---|
| To Be Disclosed | Epidemiology | October 23, 24 (Seattle, WA); October 29, 30 (Lincoln City, OR); November 5, 6 (Portland, OR); November 12, 13 (Seattle, WA) |

As you know, it is difficult to coordinate depositions on short notice. The dates of availability will no doubt change sooner than later. I request that you advise of dates for depositions of these witnesses in an expedited manner and consistent with the dates of availability referenced above.

Very truly,

Kenneth B. Fromson



| | | | |
|---|---|---|---|
| Howard S. Finkelstein, P.C. (NY) | Elyssa M. Fried-DeRosa (NY) | Victoria Lieb Lightcap (NY & MA) | *Of Counsel* |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Mary Ellen Wright (NY) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| George M. Levy (NY) | Kenneth B. Fromson (NY, NJ & PA) | Marshall P. Richer (NY) | Michael O. Gittelsohn, P.C. (NY) |
| Kenneth L. Oliver, P.C. (NY) | Joel Bossom (NY) | Thomas J. Pronti (NY) | Joel A. Reback (NY & Israel) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Nancy Y. Morgan (NY, NJ & PA) | Kristine M. Cahill (NY & CT) | Sheila Rosenrauch (NY) |
| Duncan W. Clark (NY) | Andrew L. Spitz (NY) | Kara L. Campbell (NY & CT) | Kenneth Cohen (NJ) |
| Ronald Rosenkranz (NY) | James W. Shuttleworth, III (NY) | Arieh Mezoff (NY) | Cynthia M. Maurer (NY & NJ) |
| Robert J. Camera (NY & NJ) | Lawrence D. Lissauer (NY) | Christopher T. Milliman (NY) | Raye D. Futerfas (NJ) |
| Joseph P. Rones (NY & FL) | David E. Gross (NY & NJ) | Silvia Fermanian (NY) | Frances M. Bova (NY & NJ) |
| Steven Lim (NY) | Terry D. Horner (NY) | Edward M. Steves (NY) | Kenneth G. Bartlett (CT & NJ) |
| George A. Kohl, 2nd (NY & MA) | Robert F. Moson (NY) | Karen M. Queenan (NY & CT) | Ari Kresch (NY & MI) |
| Eleanor L. Polimeni (NY) | Julio E. Urrutia (NY) | Marie M. DuSault (NY) | Gustavo W. Alzugaray (NY & NJ) |
| Steven H. Cohen (NY) | | Glenn W. Kelleher (NY) | |
| Francis Navarra (NY) | Debra J. Reisenman (NY) | Melody A. Gregory (NY & CT) | |
| Andrew J. Genna, LLM (NY & PA) | Michael T. McGarry (NY) | Gail Schlanger (NY) | |
| Thomas C. Yatto (NY) | Steven P. Shultz (NY & MA) | Elizabeth A. Wolff (NY & MA) | |

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

*Accredited CLE Provider*

REFER TO OUR FILE #: 200599

October 9, 2007

Lori McGroder, Esq.
Shook, Hardy, Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

Re:   Neurontin Litigation
      Expert Depositions

Dear Lori:

In furtherance of my attempts to get availability from experts consistent with the timeframe ordered by Magistrate Sorokin, I have additional dates of availability as it pertains to anticipated Plaintiff Experts. I have added an expert for whom we anticipate providing a report on 10/22/07. This expert is expected to testify on the subject of Neuropsychopharmacology. The expert will be produced for deposition in New Haven, CT but is only available for a deposition on 10/25 and 10/26. Thereafter, I am informed that the expert is not available until after Thanksgiving. The chart below is set forth for your reference.

Also, expert Cheryl Blume has indicated additional dates of availability in Tampa, FL: November 8th and 9th.

| *Expert Name* | *Subject* | *Proposed Deposition Dates 2007* |
|---|---|---|
| Cheryl Blume, Ph.D. (Tampa, Florida) | Regulatory; Failure to Warn | November 8, 9<br>November 12, 13 |
| Stefan Kruszweski, M.D. (Harrisburg, PA) | General Causation | November 1, 2<br>November 12, 13 |
| Michael Trimble, M.D. (United Kingdom) | General/Specific Causation (*Smith*) | October 18, 19<br>**(Confirmed: New York)** |
| To Be Disclosed (Boston, MA) | Sales/Marketing Practices | October 29, 30, 31 |
| To Be Disclosed (Boston, MA) | Sales/Marketing Practices | October 23 (until 3:30pm); October 24; October 25 (noon – 6:00pm); October 26; October 29 (until 3:30); October 30 (until 3:30pm); October 31; November 1; November 2 (until 12:00); November 6; November 7; November 9 (until 12:00); November 12; November 13 |
| To Be Disclosed (New Haven, CT) | Neuropsychopharmacology | October 25, 26 |

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

Lori McGroder, Esq.; October 5, 2007                                                                                              Page 2

| To Be Disclosed (Los Angeles, CA) | Epidemiology | October 24, October 25 (until 12:30) October 29, October 30 (until 12:30) October 31, November 1 (until 12:30) November 5, November 6 (until 12:30) November 7, November 8 (until 12:30) November 12, November 13 (until 12:30) |
|---|---|---|
| To Be Disclosed | Epidemiology | October 23, 24 (Seattle, WA); October 29, 30 (Lincoln City, OR); November 5, 6 (Portland, OR); November 12, 13 (Seattle, WA) |

As you know, it is difficult to coordinate depositions on short notice. The dates of availability will no doubt change sooner than later.

Very truly,

Kenneth B. Fromson

**Kenneth Fromson /FLGP**  
10/09/2007 09:36 AM

To  lmcgroder@shb.com  
cc  rouhandeh@dpw.com, erik.zissu@dpw.com  
bcc  
Subject  Neurontin: Expert Deposition dates.

Lori -

In addition to my correspondence of 10/5/07 regarding the coordination of expert depositions, I have another expert for whom we anticipate providing a report on 10/22/07. This expert is expected to testify on the subject of Neuropsychopharmacology. The expert will be produced for deposition in New Haven, CT, but is only available for a deposition on 10/25 and 10/26. Thereafter, I am informed that the expert is not available until after Thanksgiving.

Also, expert Cheryl Blume has indicated additional dates of availability in Tampa, FL : November 8th and 9th.

I have attached a formal letter.

Ken

2007-10-9.pdf