# EXHIBIT A



Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)

*Accredited CLE Provider*

Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)

Terry D. Horner (NY)
Robert F. Moson (NY)
Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & MA)
Julio E. Urrutia (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Farmanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie Dusault (NY)
Andrew I. Falk (NY)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)

A Limited Liability Partnership
(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

April 15, 2005

Dr. Russell Katz
Director, Neuropharmacological Drug Products
Food and Drug Administration, FDA 120
1451 Rockville Pike, Room 4037
Rockville, MD  20852

RE:  Neurontin

Dear Dr. Katz:

This is in response to your letter dated April 12, 2005, which addresses some issues raised in my March 21, 2005, letter. There are several misconceptions and misstatements on your part that I feel compelled to address.

Before I do so, I want you to know that I am encouraged that the FDA has taken a modest step forward in investigating the association between Neurontin and suicidal behavior. However, asking sponsors to re-analyze their controlled trials' databases to examine the questions of drug-induced suicide and/or suicidality does not address the health and safety of the American public currently taking Neurontin for off-label indications. Since your letter fails to address whether the FDA will issue a Health Advisory Warning, Patient Informatin Sheet, or black box warning related to the potential assocation between Neurontin and suicide/suicidality, I presume none is contemplated. The FDA is duty bound to advise both prescribing physicians and the public of the actions you have undertaken.

While Neurontin is not an SSRI, you acknowledge that the analysis the FDA is undertaking with Neurontin is similar to what the FDA recently performed when evaluating the question of whether or not SSRI drugs increase the risk of drug induced suicide and/or suicidality in pediatric patients. When that analysis was undertaken, it was not done with any secrecy or non-disclosure. Rather, FDA issued a public health advisory alerting both prescribing physicians and consumers to be on the lookout for increased depression and suicidality when commencing SSRI treatment.

Importantly, in that advisory the FDA did not state that any association existed between worsening of depression and suicidality in patients being treated with anti-depressant medications. Rather, the FDA advised that such

Newburgh • Albany • Binghamton • Buffalo • Garden City • Goshen • Manhattan • Middletown • New Windsor • Nyack • Poughkeepsie • Syracuse • Troy • Utica • White Plains • Newark • New Haven

436 ROBINSON AVENUE
NEWBURGH, NY 12550

222 BROADWAY, 18th FLOOR
NEW YORK, NY 10038

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

742 CHAPEL STREET
NEW HAVEN, CT 06510

investigation was ongoing and a final determination had not been made. Clearly the purpose of the warning was to alert health care providers to carefully monitor patients receiving the antidepressants for possible worsening of depression and suicidality. Specifically, the advisory stated:

> Although FDA has not concluded that these drugs cause worsening depression or suicidality, health care providers should be aware that worsening of symptoms could be due to the underlying disease or might be a result of drug therapy.

In addition, the FDA requested the manufacturer to change the labels of SSRI drugs to include stronger cautions and warning about the need to monitor for worsening of depression and emergence of suicidal ideations regardless of the cause of such worsening. The enhanced warning came in the form of black box warnings.

Furthermore, as you know, there is precedence for the FDA to take action based solely on post marketing reports regarding off-label usage. Recently, the FDA issued an "important drug warning" based on only 59 post marketing reports of Gabitril causing seizures in patients without a history of epilepsy. Most importantly, the FDA Patient Information Sheet affirmatively discouraged patients from using Gabitril to treat conditions other than the FDA approved condition - epilepsy. In comparison, there are well over 260 completed suicides known to the FDA while patients were taking Neurontin. Certainly the FDA would agree the potential for an adverse event which results in death is more severe than an adverse event which results in seizures.

Therefore, on behalf of the hundreds of families I represent whose loved ones committed suicide while on Neurontin and who wished they had some warning that the change in their loved ones may have been from Neurontin, I am requesting you alert both prescribing physicians and consumers of your actions. The FDA must issue a Public Health Advisory and Patient Information Sheet discouraging the use of Neurontin for any condition other than the approved use, similar to the warnings provided to prescribing physicians and their patients for SSRI's and Gabitril, before another person ends his or her life while on Neurontin.

In that regard, enclosed please find three more MedWatch forms regarding three additional suicides of which we recently learned. Kindly forward these to the appropriate safety office. As you can see, none of these individuals were included in the original submission and all were taking Neurontin for non-psychiatric conditions. Regrettably, had the FDA taken the action that has been requested since March 2004, all of these individuals, their families and physicians would have been alerted to watch for increases in depression and suicidality.

Turning to your letter of April 12, 2005, one hundred percent of my clients were prescribed the medication for an off-label indication and never attempted suicide before. Approximately fifty percent of my clients were prescribed Neurontin for pain related indications; peripheral neuropathy, diabetic neuropathy, migraines or back pain. The other fifty percent were receiving treatment for a psychiatric indication; mood stabilization, bipolar or depression. Therefore, fifty percent of the population that completed suicide while under Neurontin therapy were *not* generally of increased risk of suicide as your letter inaccurately suggested.

Additionally, I am flattered that the FDA considered my firm to be capable of performing a full and complete risk benefit analysis regarding Neurontin. While you did suggest my firm engaged the services of an expert to analyze and interpret our data to determine the association between Neurontin and suicidality, we believe that is the responsibility of the FDA and not of a lawfirm. We have engaged several highly qualified physicians,

neuropharmacologists, suicidologists, psychologists and a doctorate research consultant to examine the association between Neurontin and suicide/suicidality. There is little doubt a strong association exists.

However, rather than be subject to charges of bias, I am happy the FDA has decided to conduct its own evaluation. As always, we are willing to cooperate in your evaluation provided we fully comply with HIPPA and can maintain my clients' confidentiality. It appears the FDA is finally prepared to do so and we are still prepared to cooperate.

Regarding my firm's previously filed citizens petition, we limited the data to existing reports submitted by the pharmaceutical manufacturers. Contained therein is enough data to warrant the investigation the FDA has now undertaken. Had we included the data my firm has collected, the FDA or the manufacturer surely would have accused the Petition to be biased and without merit.

Lastly, the suggestion that the FDA's cooperation with the Department of Justice in prosecuting the manufacturer's illegal marketing practices was in some way for the benefit of protecting the health and safety of the American people is not supported by the actions of the FDA. At no time has the FDA issued a public health advisory regarding the dangers of off-label promotions.

I sincerely hope you consider issuing the warnings outlined above.

Very truly yours,

FINKELSTEIN & PARTNERS, LLP

BY: ANDREW G. FINKELSTEIN

AGF/jam
Enclosure