UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

# DECLARATION OF JAMES E. HOOPER, JR.

I, James E. Hooper, Jr., declare, under the penalties of perjury, the following:

1.  I am a partner in the law firm of Wheeler Trigg & Kennedy LLP, 1801 California Street, Suite 3600, Denver, CO 80202.

2.  I make this declaration in support of defendants' opposition to product liability plaintiffs' emergency motion to compel defendants to conduct the deposition of product liability plaintiffs' general causation expert on neuropsychopharmacology.

3.  I have been a member of the defense team for this matter and parallel state court matters since at least February 1, 2006.

4.  My particular focus has been the psycopharmacological issues this case presents. I have spent hundreds of hours gaining knowledge and developing specific expertise on the neuropharmacology of the subject medication (gabapentin) and related medications, the relationship of those medications' neuropharmacological properties to their efficacy and safety profiles, the scientific methods employed by researchers to develop reliable scientific knowledge

of these properties, the regulatory treatment and labeling requirements applicable to or involving these properties, and the vast medical and scientific literature pertinent to these neuropharmacological properties and issues.

5. In addition, I have extensive experience in other cases that involved psycopharmacological issues, including cases involving allegations, similar to those at the center of this litigation, that exposure to prescription medications caused suicide or suicide-related acts.

6. Because of my expertise and work in this case, I have been asked to conduct the deposition of plaintiffs' general causation experts on neuropsychopharmacology, including Drs. Roth and Trimble.

7. I cannot conduct the deposition of Dr. Roth on October 25 and 26. I am scheduled to appear on those days for a hearing in Ft. Pierce, Florida.

8. I must attend the hearing, and I cannot reschedule it.

9. I could conduct the deposition on other dates between October 26 and Thanksgiving, and I would be willing to do the deposition on a weekend.

10. I will be available to conduct the deposition of Dr. Roth during the week after Thanksgiving.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 16th DAY OF OCTOBER 2007.

/s/James E. Hooper, Jr.
James E. Hooper, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 16, 2007.

/s/David B. Chaffin