UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br> _____ ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## SUPPLEMENTAL AUTHORITY

Pursuant to the request of Magistrate Judge Leo T. Sorokin at the motion hearing held this date, attached hereto as Exhibit A is the Order issued by the United States District Court for the Southern District of New York on October 4, 2007 by United States District Judge Victor Marrero in the matter of Clive, [sic] Davis & Mann, Inc., v. Kaplan Fox & Kilsheimer, LLP and Cohen & Malad, LLP, Civil Number M8-85-2007.

For the Plaintiffs:                                                Dated: October 17, 2007

/s/Thomas M. Greene
GREENE & HOFFMAN
Thomas Greene, Esq.
125 Summer Street
Boston, MA 02110

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Barry Himmelstein, Esq.
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol, Esq. (BBO #471770)
Ed Notargiacomo, Esq. (BBO#567636)
One Main Street, 4th Floor
Cambridge, MA 02142

DUGAN & BROWNE
James Dugan, Esq.
650 Poydras Street, Suite 2150
New Orleans, LA 70130

BARRETT LAW OFFICE
Don Barrett, Esq.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

LAW OFFICES OF DANIEL BECNEL, JR.
Daniel Becnel, Jr., Esq.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

SHAPIRO HABER & URMY LLP
Thomas G. Shapiro, Esq. (BBO #454680)
53 State Street
Boston, MA 02109



COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
Linda P. Nussbaum, Esq.
150 East 52nd Street, 30th Floor
New York, NY 10022

COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
Michael D. Hausfeld, Esq.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

RAWLINGS & ASSOCIATES, PLLC
Mark D. Fischer, Esq.
Mark Sandmann, Esq.
325 W. Main Street
Louisville, KY 40202

Joel Z. Eigerman, Esq.
50 Congress Street, Suite 200
Boston, MA 02109

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO
Peter A. Pease, Esq. (BBO #392880)
One Liberty Square
Boston, MA 02109

LOWEY DANNENBERG BEMPORAD &
SELINGER, PC
Richard Bemporad, Esq.
Richard W. Cohen, Esq.
Peter St. Phillip, Jr., Esq.
Todd S. Garber, Esq.
The Gateway – 11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO
Joseph J. Tobacco, Jr., Esq.
425 California Street, Suite 2025
San Francisco, CA 94104-2205

JOHN F. INNELLI, LLC
John F. Innelli, Esq.
1818 Market Street, Suite 3620
Philadelphia, PA 19103