# EXHIBIT A

ORIGINAL

U.S. DISTRICT COURT
FILED
OCT -4 2007
S.D. OF N.Y.

MICROFILM
OCT -4 2007 -3:__PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CLIVE, DAVIS & MANN, INC.,

                Petitioner,

    - against -

KAPLAN FOX & KILSHEIMER, LLP and
COHEN & MALAD, LLP,

                Respondents.
------------------------------------X

Civ. No. M8-85 2007

ORDER

VICTOR MARRERO, United States District Judge.

    Petitioner Clive, Davis & Mann, Inc. ("CDM") seeks to quash a deposition subpoena issued out of the Southern District of New York by Respondent Kaplan Fox & Kilsheimer, LLP ("KFK") on August 13, 2007 and a document subpoena similarly issued by Cohen & Malad, LLP ("CM") on May 10, 2005. KFK and CM filed a cross-motion to stay CDM's motions to quash, pending a related decision from the court presiding over the underlying multi-district litigation in the United States District Court for the District of Massachusetts (the "MDL Court"). For the following reasons, KFK and CM's cross-motion for a stay is GRANTED.

    After consideration of the papers submitted by the parties, the Court finds that Rule 26(c) of the Federal Rules of Civil Procedure properly allows this Court to stay the proceedings until the MDL Court issues its ruling with respect to Respondents' motion to compel (the "Motion to Compel") in

the underlying litigation, submitted therein on September 6, 2007. See Devlin v. Transp. Commc'ns Intl. Union, No. 95 Civ. 0742, 2000 WL 249286, at *1 (S.D.N.Y. Mar. 6, 2000) (approving of appropriateness of stay pending ruling in jurisdiction where discovery took place). Given that the MDL Court is more familiar with the fairly detailed and contentious background of this dispute, the MDL Court is in a better position than this Court to assess and rule upon the complexities entailed in this discovery dispute. Moreover, such a decision acknowledges the goals of judicial economy and consistency inherent in the language of 28 U.S.C. § 1407, which generally outlines the relevant procedures for multidistrict litigation.

Accordingly, it is hereby

**ORDERED** that the cross-motion of respondents, Kaplan Fox & Kilsheimer, LLP and Cohen & Malad, LLP, to stay the motion by petitioners, Clive, Davis & Mann, Inc., to quash the document and deposition subpoenas at issue here is GRANTED.

**SO ORDERED.**

Dated: New York, New York
       3 October 2007

_____
Victor Marrero
U.S.D.J.