AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Georgia

Erik Newbery, Daniel Newberry, and Holly Newberry, Individually and as Personal Administrators of the Estate of

V.

Pfizer, Inc., Parke-Davis, A division of Warner-Lamber Company and Warner-Lambert Company, LLC, Warner-Lambert Company, Warner-Lambert Company, LLC, and TEVA Pharmaceuticals, LTD, and TEVA Pharmaceuticals USA, As a subsidary of

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv00110

MDL #1629

TO: (Name and address of Defendant)

TEVA Pharmaceuticals, USA.
450 Piedmont Road
Horsham, PA 19044

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert N. Wilkey, Esq.
Pogust & Braslow, LLC
161 Washington Street, Ste 1520
Conshohocken, PA 19428

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Gregory J. Leonard
CLERK

2/07

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-17-7 |
| NAME OF SERVER (PRINT) Thomas Volkmar | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: * _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Served Papers | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-17-07
Signature of Server

Address of Server: 1005 Burnley ct
Bensalem, Pa, 19020

\* on behalf of Teva Pharmaceuticals USA, Inc.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.