## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON October 19, 2007, I electronically filed the foregoing

*Summons in a Civil Action for Defendant TEVA Pharmaceuticals* using CM/ECF.  I also certify

that the foregoing document is being served this day on all counsel of record or pro se parties

identified on the attached service list in the manner specified, either via transmission of Notices

of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or

parties who are not authorized to receive electronically Notices of Electronic Filing.


**Dated: October 19, 2007**                          **By:**

Sharon Tolton/Paralegal
**POGUST & BRASLOW, LLC**
161 Washington Street, Suite 1520
Conshohocken, PA  19428
Telephone:  (610) 941-4204
Facsimile:  (610) 941-4245
**For the Plaintiffs**

Service List

Danny S. Shepard, Esquire
P.O. Box 585
Colquitt, GA  31737

Pfizer, Inc.
235 East 42 Street
New York, NY  10017

Parke-Davis
A division of Warner-Lambert Company and
Warner-Lambert Company, LLC
201 Tabor Road
Morris Plains, NJ  07950

Warner-Lambert Company
201 Tabor Road
Morris Plains, NJ  07950

TEVA Pharmaceuticals, USA
450 Piedmont Road
Horsham, PA  19044

Warner-Lambert Company, LLC
C/O CT Corporation System
111 Eighth Avenue
New York, NY  10011

IVAX Pharmaceuticals, Inc.
4400 Biscayne Blvd.
Miami, FL  33137