EXHIBIT A



| | | | |
|---|---|---|---|
| "Seaton, Angela (SHB)" <ASEATON@shb.com> 10/04/2007 04:42 PM | To | KennethFromson@lawampm.com | |
| | cc | | |
| | bcc | | |
| | Subject | Replacement Track One Cases - Deposition Scheduling, Authorizations, Etc. | |

History:  This message has been replied to and forwarded.

Ken,

Please see the attached correspondence. To the extent you are working from a blackberry, for your convenience, the text of the letter reads as follows:

Dear Ken:

Discovery Order No. 14 requires Pfizer to select two new Track One cases to replace its original track one cases by October 10, 2007. As a courtesy, we are writing to inform you that we intend to designate *Ellis* and *Alsberge* as our two new Track One cases.

In light of these designations, we request that you provide us with authorizations in these two cases. Note that we previously requested authorizations through MRC on September 17, 2007 and October 1, 2007. Please provide the requested authorizations by no later than October 9, 2007. If we have not received the requested authorizations by October 9, 2007, we will file an emergency motion to compel seeking appropriate relief due to your delay in producing the requested authorizations.

For your convenience, I will forward a list of authorizations needed in each case. Please address the authorizations to Shook, Hardy & Bacon, LLP rather MRC. Given the impedning November 9, 2007 deadline to designate our new trial workup case, this will allow us to collect and review the records in the most efficient manner. We will send authorizations and records requests to each of the custodians. Once we receive the records from the individual custodians, we will copy the records and forward them to MRC for uploading onto Wisefiles.

Finally, we are working to prepare deposition notices for witnesses in each of the cases that we need to immediately depose. We will be sending you notices later today or tomorrow. We have secured an October 9 deposition date for Mr. Alsberge's prescribing physician, Dr. Hegyvary, in Seattle, Washington. It is necessary to proceed with Dr. Hegyvary's deposition on this date because his only other availability is in mid-November, after Pfizer's time to designate a replacement trial workup case has passed. Please let me know immediately, an no later than tomorrow at noon, if you intend to object to this October 9 deposition so that, if necessary, we can get this issue resolved by the Court.

Sincerely,

Angela M. Seaton

Enclosures

<<MISSOURI-2651711-v1-Letter_to_Plaintiffs_Re__Case_Designation_Two_New_Cases.DOC>>

Mail Gate made the following annotations on Thu Oct 04 2007 15:42:47 CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

---

MISSOURI-2651711-v1-Letter_to_Plaintiffs_Re__Case_Designation_Two_New_Cases.DOC

| | | |
|---|---|---|
| Kenneth Fromson/FLGP | To | Aseaton@shb.com |
| 10/05/2007 01:22 PM | cc | |
| | bcc | |
| | Subject | Neurontin: Ellis case |

Angela - I am informed by the Pogust, Braslow firm of their intention to seek relief from the Court. Specifically, it is their intention to make a motion to be relieved as counsel. Given the timeframe for discovery, and notwithstanding any objections you may have, I would suggest that you select another case.

Ken



"Seaton, Angela (SHB)"
<ASEATON@shb.com>
10/05/2007 04:32 PM

To  KennethFromson@lawampm.com

cc  MaryEllenWright@lawampm.com,
kcasey@lawampmmt.com, "Stufflebean, Kerry (SHB)"
<KSTUFFLEBEAN@shb.com>

bcc

Subject  Track One Replacement Cases, Authorizations, Scheduling Depositions

History:    This message has been replied to and forwarded.

<<SFXACE.pdf>> Dear Ken,

I received your recent correspondence regarding our Track One case replacements. As I previously advised, we intend to select Ellis as one of our new Track One cases. To that end, I have attached deposition notices for plaintiff and his wife. We are still considering a handful of cases for our second selection. Accordingly, we request that you provide us with the authorizations, which will be sent under separate cover, as soon as possible. As you requested, I am also copying Mary Ellen Wright on this letter. Given the tight schedule, please provide the requested authorizations by no later than next Wednesday, October 10, 2007.

Please address the authorizations to Shook, Hardy & Bacon, LLP rather MRC. Given the impending November 9, 2007 deadline to designate our new trial workup case, this will allow us to collect and review the records in the most efficient manner. We will send authorizations and records requests to each of the custodians. Once we receive the records from the individual custodians, we will copy the records and forward them to MRC for uploading onto Wisefiles.

Regarding depositions, as you requested, I am copying Kelly Casey on this correspondence. We have confirmed Dr. Hegyvary's deposition for Tuesday, October 9 at 9:00am. The deposition is scheduled for a minimum of four hours, which be split evenly between the parties. The deposition will take place at Dr. Hegyvary's office, located at 901 Boren Ave., Suite 1020, Seattle, Washington. As I explained, it is necessary to proceed with Dr. Hegyvary's deposition because his only other available dates aren't until mid-November, which is after our designation deadline. We will not be producing any sales representatives in connection with Dr. Hegyvary's deposition, however, we are cognizant of our obligation to produce such representatives, if any, within 24 hours of a local witness.

Sincerely,

Angela M. Seaton

Enclosures

Mail Gate made the following annotations on Fri Oct 05 2007 15:32:18
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is

intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.


SFXACE.pdf



"Seaton, Angela (SHB)" &lt;ASEATON@shb.com&gt;
10/05/2007 04:41 PM

To  MaryEllenWright@lawampm.com
cc  KennethFromson@lawampm.com, kcasey@lawampmmt.com, "Stufflebean, Kerry (SHB)" &lt;KSTUFFLEBEAN@shb.com&gt;
bcc
Subject  Track One Attachment A

History:     This message has been forwarded.

Good afternoon Mary Ellen. I am attaching the "Attachment A" referenced in the letter that I just sent to Ken. It includes the list of providers for whom we need authorizations. If we could get these made out to SHB (instead of MRC), we believe it will expedite things. When we get the records, we'll then send them to MRC for uploading to Wisefiles. Let me know if you forsee any problems with this approach.

Thanks,

Angela

&lt;&lt;MISSOURI-2653483-v1-Track_One_Attachment_A.DOC&gt;&gt;

Mail Gate made the following annotations on Fri Oct 05 2007 15:41:44 CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

---


MISSOURI-2653483-v1-Track_One_Attachment_A.DOC

ATTACHMENT

-A-

<u>Ellis</u>

1. Witt's Pharmacy, 115 West Jessie Street, Rushford MN 55971, 507 864-2153
2. Gunderson Lutheran, 1900 South Avenue, La Crosse, WI 54601, 800 362-9567
3. Mabel Canton High School, 316 W. Fillmore Street, Mabel MN 55954
4. Gary Flynn, 506 W 5th St, PO Box 323, Winona, MN 55987
5. Social Security Administration Records
6. Dr. Tartano, unable to locate address please provide, psychologist who treated the plaintiff in 1999.
7. Mayo clinic, location unknown, evaluated Mr. Ellis for pain program prior to 03/11/2004.
8. Harvard, location unknown, evaluated Mr. Ellis for pain program.

<u>Veraas</u>

1. Dr. Alvaro R. Gutierrez, Department of Neurology, University Health Associates, Physician Office Center, Box 782, Morgantown, WV 26507
2. Dr. Jerry Csokasy, Directions Counseling Group, 6797 N. High Street, Suite 350, Worthington, OH 43085
3. Dr. Ron Pierce, treating psychologist, Fairmont, WV
4. Dr. Iraj Derakhahn, 415 Morris St Ste 401, Charleston, WV
5. CVS #41127, 1327 Plaza East, Charleston, WV 25301
6. George R. Higginbotham, 201 Adams Street, P.O. Box 567, Fairmont, WV, 26554
7. University Health Associates, Physician Office Center, Box 782, Morgantown, WV 26507
8. Hillsboro County Sheriff

<u>Wendorf</u>

1. Blue Cross of Western Pennsylvania, Pennsylvania Blue Shield, Keystone Health Plan Claims, PO Box 898819, Camp Hill, PA 17089-8819
2. Ira S. Handler, MD/Butler Memorial Hospital, 216 N Washington St, Butler, PA 16001
3. PBS Mental Health Associates, PC, 901 East Brady Street, Suite 103, Butler, PA 16001
4. Butler Veterans Affairs Medical Center, Veterans Administration, Department of Veterans Affairs, Medical Center, University Drive C, Pittsburgh, PA 15240
5. Butler Ambulance Service, 106 First Street, Butler, PA 16001
6. Thrift Drug, Inc., PO Box 360296, Pittsburgh, PA 15250-6296 or 615 Alpha Drive, Pittsburgh, PA 15238-2876



Mary Ellen Wright/FLGP
10/08/2007 02:35 PM

To  aseaton@shb.com

cc  kfromson@lawampm.com, Michele Fay/FLGP@FLGP, Mary Ellen Wright/FLGP@FLGP

Subject  Track One Replacement Cases

Angela,

Please note that we will be unable to provide you with authorizations for Veraas & Wendorf by Wednesday October 9th. Mr. Veraas is currently in Norway and has recently moved and it is our understanding that Mrs. Wendorf wishes to discontinue the case. We are working to obtain an updated address for Mr. Veraas and will certainly get authorizations out to him as soon as we confirm same.

Mary Ellen

Mary Ellen Wright, Esq.
Finkelstein & PARTNERS LLP
436 Robinson Avenue
Newburgh, New York 12550
(866) 909 8678 Ext. 9545
mwright@lawampm.com

| | | |
|---|---|---|
| Kenneth Fromson/FLGP<br>10/08/2007 04:41 PM | To | aseaton@shb.com |
| | cc | Mary Ellen Wright/FLGP@FLGP |
| | bcc | |
| | Subject | Fw: Track One Replacement Cases: Wendorf |

Angela -

In light of Mary Ellen's email below, please accept this email as an informal request to confer on the dismissal of WENDORF.
Will Defendants consent to a stipulation of dismissal with prejudice and without costs as to Wendorf?
The courtesy of a prompt response would be appreciated so that a motion seeking such a dismissal might be avoided.

Ken

----- Forwarded by Kenneth Fromson/FLGP on 10/08/2007 04:40 PM -----

| | | |
|---|---|---|
| Mary Ellen Wright/FLGP<br>10/08/2007 02:35 PM | To | aseaton@shb.com |
| | cc | kfromson@lawampm.com, Michele Fay/FLGP@FLGP, Mary Ellen Wright/FLGP@FLGP |
| | Subject | Track One Replacement Cases |

Angela,

Please note that we will be unable to provide you with authorizations for Veraas & Wendorf by Wednesday October 9th. Mr. Veraas is currently in Norway and has recently moved and it is our understanding that Mrs. Wendorf wishes to discontinue the case. We are working to obtain an updated address for Mr. Veraas and will certainly get authorizations out to him as soon as we confirm same.

Mary Ellen

Mary Ellen Wright, Esq.
Finkelstein & PARTNERS LLP
436 Robinson Avenue
Newburgh, New York 12550
(866) 909 8678 Ext. 9545
mwright@lawampm.com



"Seaton, Angela (SHB)"
<ASEATON@shb.com>
10/08/2007 05:23 PM

To  kennethfromson@lawampm.com
cc  MaryEllenWright@lawampm.com
bcc
Subject  Re: Track One Replacement Cases: Wendorf

History:  This message has been forwarded.

Hi Ken and Mary Ellen. I received your emails. I will get back with you on when we can do a meet and confer. Thanks.

----- Original Message -----
From: KennethFromson@lawampm.com <KennethFromson@lawampm.com>
To: Seaton, Angela (SHB)
Cc: MaryEllenWright@lawampm.com <MaryEllenWright@lawampm.com>
Sent: Mon Oct 08 15:41:19 2007
Subject: Fw: Track One Replacement Cases: Wendorf


Angela -

In light of Mary Ellen's email below, please accept this email as an informal request to confer on the dismissal of WENDORF.
Will Defendants consent to a stipulation of dismissal with prejudice and without costs as to Wendorf?
The courtesy of a prompt response would be appreciated so that a motion seeking such a dismissal might be avoided.

Ken


----- Forwarded by Kenneth Fromson/FLGP on 10/08/2007 04:40 PM -----

Mary Ellen Wright/FLGP

10/08/2007 02:35 PM
To
    aseaton@shb.com
cc
    kfromson@lawampm.com, Michele Fay/FLGP@FLGP, Mary Ellen Wright/FLGP@FLGP
Subject
    Track One Replacement Cases




Angela,

Please note that we will be unable to provide you with authorizations for Veraas & Wendorf by Wednesday October 9th. Mr. Veraas is currently in Norway and has recently moved and it is our understanding that Mrs. Wendorf wishes to discontinue the case. We are working to obtain an updated address for Mr. Veraas and will certainly get authorizations out to him as soon as we confirm same.

Mary Ellen

Mary Ellen Wright, Esq.
Finkelstein & PARTNERS LLP
436 Robinson Avenue
Newburgh, New York 12550
(866) 909 8678 Ext. 9545
mwright@lawampm.com

Mail Gate made the following annotations on Mon Oct 08 2007 16:23:12 CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

---