UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

------------------------------------- x

Master File No. 04-10981

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA v. PFIZER, INC., and

Magistrate Judge Leo T. Sorokin

AETNA, INC. v. PFIZER, INC.

------------------------------------- x

**DEFENDANTS' MOTION TO COMPEL KAISER TO PRODUCE AN ADEQUATELY PREPARED RULE 30(B)(6) WITNESS AND FOR ATTORNEYS' FEES AND COSTS PURSUANT TO RULE 37**

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move to compel coordinated plaintiffs Kaiser Foundation Hospitals Inc. and Kaiser Foundation Health Plan, Inc. (collectively "Kaiser") to produce a witness adequately prepared to testify to Topic 2 of the Rule 30(b)(6) notice of deposition of Kaiser, dated July 5, 2007; and pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, for the attorneys' fees and costs defendants have incurred as a result of Kaiser's repeated failures to prepare its designated witnesses.

The grounds for this motion are set forth in the accompanying Defendants' Memorandum in Support of Their Motion to Compel Kaiser to Produce an Adequately Prepared Rule 30(b)(6) Witness and for Attorneys' Fees and Costs Pursuant to Rule 37 (the "Memorandum of Law").

In support of this motion, defendants submit the Memorandum of Law and a Declaration of Rajesh S. James.

WHEREFORE, defendants respectfully request that the Court grant defendants' motion to compel Kaiser to produce a witness adequately prepared to testify to Topic 2 of the Rule 30(b)(6) notice of deposition of Kaiser, dated July 5, 2007, and for attorneys' fees and costs pursuant to Rule 37.

Dated: October 24, 2007

                                              PFIZER INC., et uno,

                                              By their attorneys,

/s/James P. Rouhandeh
James P. Rouhandeh

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

/s/David B. Chaffin
David B. Chaffin

HARE & CHAFFIN
BBO # 549245
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE PURSANT TO LOCAL RULES 7.1 AND 37.1

I certify that counsel have conferred in an attempt to narrow or resolve the issue presented but were unable to do so, and that the requirements of Local Rule 37.1 have been met.

/s/Rajesh S. James

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 24, 2007.

/s/David B. Chaffin