# EXHIBIT D

# KAPLAN*FOX*

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY  10022
phone  212.687.1980
fax  212.687.7714
email  mail@kaplanfox.com
www.kaplanfox.com

August 16, 2007

**VIA EMAIL**

Rajesh S. James
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Re: In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629 (PBS)**

Dear Rajesh:

I write in further response to your letter dated August 13, 2007 regarding the Rule 30(b)(6) deposition of Kaiser taken on July 12 and 13, 2007. We are still discussing certain issues raised in your letter with our client and as stated below, we intend to produce additional documents responsive to your requests in the next couple of weeks. However, below is an initial response to the issues you have raised.

First, regarding e-mails produced to defendants, Kaiser has produced e-mail messages along with their attachments to the extent those file attachments exist. It should be noted that Kaiser has produced several e-mails along with their attachments. *See* KAIS-003339-47; KAIS-003796-98; KAIS-004437-47; KAIS-004455-63; KAIS-004466-71; KAIS-005490-507; KAIS-005790-98; and KAIS-005819-36.

Second, with regard to the current restrictions on or guidelines respecting the use of Neurontin, we are in the process of producing documents reflecting these current restrictions from Kaiser's internal pharmacy website. Once we have completed that production, we will identify the documents which are responsive to this issue. In addition, Kaiser has already produced certain documents reflecting these guidelines. *See* KAIS-001239-40; KAIS-001241-42; and KAIS-001243.

Third, based on the meet-and-confer discussions we had back in 2005, Kaiser agreed to focus the bulk of its document production on the California regions. Accordingly, most of the documents that have been produced are from these regions. This is because the vast majority of Kaiser's members are located in California. In addition, while each region has its own P&T committee, the Drug Information

# KAPLAN FOX

department and pharmacistis located in California possess most of the documents pertaining to Neurontin which are responsive to defendants' document requests.

Fourth, we are in the process of collecting and reviewing the minutes of meetings of Kaiser's P&T committee for Southern California. We will produce these documents to the extent they discuss the policies and practices regarding the use of Neurontin in the next couple of weeks.

Finally, you stated in your letter that Mr. Carver was not adequately prepared to testify regarding "Kaiser's drug utilization initiatives relating to Neurontin." Please review KAIS-003368-76, an internal Kaiser document entitled "Improving Appropriate Prescription Drug Use to Best Practice: Supporting Evidence-Based Drug Use." This document should provide further information regarding the DUAT and DRUG initiatives, its objectives, as well as the types of drugs they focus on.

If you have any questions please call me.

Very truly yours,

Aviah Cohen Pierson

cc:     Linda P. Nussbaum, Esq.