# EXHIBIT H

# KAPLAN*FOX*

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

September 6, 2007

**VIA EMAIL**

Rajesh S. James
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Re: In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629 (PBS)**

Dear Rajesh:

I write in response to your letter dated September 5, 2007 memorializing our meet-and-confer on that date.

On the continuation of the 30(b)(6) deposition of Kaiser, we agree to prepare one of the Kaiser employees noticed by defendants concerning Topic 2, pertaining to policies and practices regarding Neurontin, including Kaiser's disease management and drug utilization review relating to Neurontin, for the limited period 1999 to present. In addition, the statements in your letter concerning email file attachments and speaking objections are consistent with our understanding.

Very truly yours,

Aviah Cohen Pierson