# EXHIBIT I

**Rafsky, Adam M.**

| | |
|---|---|
| **From:** | Aviah Cohen Pierson [acohenpierson@kaplanfox.com] |
| **Sent:** | Monday, September 17, 2007 3:24 PM |
| **To:** | James, Rajesh |
| **Cc:** | Rowland, Matthew B. |
| **Subject:** | RE: Continued Rule 30(b)(6) Deposition on Topic 2 |

It is our understanding that Tom Muriello will be representing the physicians (Danesh and Chandler).
Also, Mirta Millares will be the Kaiser employee testifying concerning Topic 2 for the limited time period.

---

**From:** James, Rajesh [mailto:rajesh.james@dpw.com]
**Sent:** Friday, September 14, 2007 3:38 PM
**To:** Aviah Cohen Pierson
**Cc:** Rowland, Matthew B.
**Subject:** Continued Rule 30(b)(6) Deposition on Topic 2

Aviah:

In addition to letting us know the attorneys whom we should be contacting to schedule the depositions of Drs. Chandler and Danesh, could you also let us know which of the Kaiser employees whom we have noticed for deposition Kaiser will be designating as a Rule 30(b)(6) witness on Topic 2? (Topic 2 pertains to policies and practices regarding Neurontin, including disease management and drug utilization review; we agreed to limit the scope of the continued deposition to the period from September 1999 to the present.)

Thanks,
Rajesh

---

Rajesh S. James
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Phone: 212.450.4384
Fax: 212.450.3384

---

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and destroy the original message and all copies.