# EXHIBIT L

**KAPLANFOX**

Kaplan Fox & Kilsheimer LLP
Attorneys at Law
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

October 4, 2007

**VIA EMAIL**

Rajesh S. James
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

    **Re: In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629 (PBS)**

Dear Rajesh:

  I write in response to your letter dated October 3, 2007 regarding the continued deposition of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (together "Kaiser").

  The positions set forth in your letter are not consistent with my understanding of the agreement we reached at Mirta Millares' deposition. On September 6, 2007, we agreed to prepare a Kaiser employee noticed by defendants: "concerning Topic 2, pertaining to policies and practices regarding Neurontin, including Kaiser's disease management and drug utilization review relating to Neurontin, for the limited period 1999 to present." At the time, we did not agree that such a witness would testify concerning Kaiser's non-California regions. Nevertheless, at Mirta Millares' deposition, we agreed to provide a witness to testify concerning the changes to the formularies in Kaiser's regions outside of California. Contrary to your letter, we did not agree to continue Kaiser's 30(b)(6) deposition on Topic 2 in the way you described.

  For two days, Dr. Millares was available to testify concerning the scope of Topic 2 as had been previously agreed to during the various meet-and-confer discussions. You decided to conclude the deposition in less than 1 full day. We believe Dr. Millares adequately testified as to Topic 2 for the time period and areas of inquiry that had been previously agreed to.

  As stated above and pursuant to our agreement, we will agree to provide a witness to testify concerning the limited issue of changes to the formularies regarding Neurontin at Kaiser's non-California regions.



# KAPLAN*FOX*

If you have any questions, please call me.

Very truly yours,

Linda P. Nussbaum