# EXHIBIT M

# KAPLAN FOX

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

October 9, 2007

**VIA EMAIL**

Rajesh S. James
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Re: In re Neurontin Marketing and Sales Practices Litigation, MDL
No. 1629 (PBS)**

Dear Rajesh:

I write in response to our meet-and-confer this morning.

As set forth in my letter dated September 6, 2007, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (together "Kaiser") agreed to prepare a witness to testify concerning Topic 2 "pertaining to policies and practices regarding Neurontin, including Kaiser's disease management and drug utilization review relating to Neurontin." Dr. Millares was prepared to testify concerning this topic for Kaiser's California regions.

Kaiser has further agreed, pursuant to my October 4, 2007 letter, to prepare another witness on this topic for Kaiser's non-California regions. Kaiser is prepared to produce a witness to testify concerning this topic, however, the terms set forth in your letter dated October 3, 2007, are not consistent with the agreements we have made on this issue. For example, we do not agree that Topic 2 "necessarily encompass[es] questions pertaining to how these programs assessed their progress toward their respective objectives and the information on which they have based those assessments." This interpretation of Topic 2 is too broad and not within the scope of the noticed topic. Instead, we agree to prepare a witness on issues including changes to the formularies in Kaiser's non-California regions and other policies and practices, including Kaiser's disease management and drug utilization review, pertaining to Neurontin, in these regions.

Concerning the preparation of a witness on Topic 2 for Kaiser's California regions, we stand by the position we articulated in today's meet-and-confer, namely that Dr. Millares was knowledgeable on Topic 2 for Kaiser's California regions. You had two

# KAPLAN*FOX*

days to ask questions of Dr. Millares and you chose to conclude the deposition in less than one full day.

Kaiser is willing to prepare a witness to testify concerning Topic 2 for its non-California regions, as set forth in this letter, on Thursday of this week. In addition, to the extent you have specific questions that you believe have not been sufficiently answered by the Kaiser 30(b)(6) witnesses, Kaiser is willing to provide sworn responses to those questions.

If you have any questions, please call me.

Very truly yours,

Aviah Cohen Pierson

2