# EXHIBIT P

## DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

RAJESH JAMES
212 450 4384
RAJESH.JAMES@DPW.COM

October 15, 2007

Re:   **In re Neurontin Marketing and Sales Practices and Products Liability Litigation, MDL No. 1629**

Aviah Cohen Pierson
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022

Dear Aviah:

    I write with regard to the continued Rule 30(b)(6) deposition of Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals (together, "Kaiser"), taken on October 2 and 11, 2007.

    As you know, defendants take the view that neither Dr. Mirta Millares, whom defendants deposed on October 2, nor Mitchell Cohen, whom they deposed on October 11, was adequately prepared to testify to Topic 2 of the Rule 30(b)(6) notice of deposition of Kaiser, dated July 5, 2007. That topic, as you know, concerns Kaiser's "policies and practices concerning Neurontin," including its "disease management and drug utilization review relating to Neurontin." Defendants require additional testimony on this topic and would like to discuss dates for continuing the deposition to further explore this topic with an adequately prepared witness.

    Defendants also ask that Kaiser reimburse them for the attorneys' fees and expenses they incurred in taking the Rule 30(b)(6) depositions of Dr. Millares and Mr. Cohen, neither of whom was adequately prepared to testify to this topic.

Aviah Cohen Pierson           2           October 15, 2007

        Please advise me of times tomorrow at which you would be available to meet and confer regarding the above requests.

                                                   Very truly yours,

                                                   Rajesh S. James

<u>By Electronic Mail</u>