# EXHIBIT Q

*Issue 1*
*January 16, 1998*

# Mevacor® and Zocor® Dosing

The goal recommended by the National Cholesterol Education Program for patients with coronary artery disease is to reduce low density lipoprotein cholesterol (LDL-C) below 100 mg/dL. This is usually achieved through drug therapy with one of the statins. The statins demon-strate a dose-dependent relationship between dosages and percentage change in serum lipid levels. *How-ever, very small incremental dosage increases may not result in significant clinical differences.* Below is a table showing efficacy results of various dosages of *Mevacor* ® (lovastatin) and *Zocor* ® (simvastatin), the two statins on the Formulary.

## Efficacy Results of Comparative Trials

| Drug & Dose | Total Cholesterol Reduction | LDL-C Reduction |
|---|---|---|
| **Mevacor ® after 24 weeks*** | | |
| 20 mg QPM | 19% | 25% |
| 40 mg QPM | 23% | 31% |
| **Mevacor ® after 48 weeks**** | | |
| 20 mg QPM | 17% | 24% |
| 40 mg QPM | 22% | 30% |
| 40 mg BID | 29% | 40% |
| **Zocor ® after 8 weeks***** | | |
| 20 mg QD | 27% | 38% |
| 40 mg QD | 29% | 41% |
| **Zocor ® after 24 weeks*** | | |
| 10 mg QD | 20% | 28% |
| 20 mg QD | 25% | 35% |

*Farmer JA et al. *Clin Ther* 1992;14:708-17.
**Bradford RH et al. *Arch Intern Med* 1991;151:43-9.
***Keech A et al. *Eur Heart J* 1994;15:255-69.

Statins constitute a significant portion of overall prescription expenditure

*(continued from reverse side)*.

disease or for patients taking concomitant erythromycin, clari-thromycin, ketoconazole, itraconazole, fluconazole, and the protease

(approximately $1,800.00 in 1997). Small increases of statin doses are not only minimally effective, but also result in significant cost increases over more standard doses as indicated in the table below. Consequently, members of the Regional Pharmacy and Therapeutics (P & T) Committee in conjunction with the Department of Cardiology approved a revision to the *Mevacor* ® and *Zocor* ® therapeutic interchange policy (see table on reverse side). It is anticipated that this revision will streamline dosing adjustment and maximize cost savings while achieving positive clinical outcomes. *Providers are reminded to initiate statin therapy at a low dose and evaluate response after 6 weeks prior to increasing the dose.*

## Cost Comparisons of Statins *(Confidential)*

| Drug  &  Dose | Cost/ 30 days |
|---|---|
| Mevacor ® 10 mg  QD | $10.84 |
| Mevacor ® 20 mg  QD (two 10 mg tabs) | $21.68 |
| Mevacor ® 30 mg  QD (three 10 mg tabs) | $32.52 |
| Mevacor ® 40 mg  QD (four 10 mg tabs) | $43.36 |
| Mevacor ® 50 mg  QD (five 10 mg tabs) | $54.20 |
| Mevacor ® 60 mg  QD (six 10 mg tabs) | $65.04 |
| Zocor ® 5 mg  QD (NF) | $42.63 |
| Zocor ® 10 mg  QD (NF) | $48.57 |
| Zocor ® 15 mg  QD (NF) (1 1/2 10 mg tabs) | $72.86 |
| Zocor ® 20 mg  QD (1/2 40 mg tab) | $27.67 |
| Zocor ® 30 mg  QD (three 10 mg tabs) | $145.71 |
| Zocor ® 40 mg  QD | $55.34 |

NF=nonformulary

inhibitors indinavir, saquinavir, nelfinavir, and ritonavir. Formulary alternatives in-clude fexofenadine (*Allegra* ®) and loratadine (*Claritin* ®, restricted to Allergy, ENT, or

Effective February 1, 1998, statin dosage regimens will be automatically interchanged according to the Therapeutic Interchange table on the following page.

## Combination Therapy

Another cost-effective way to achieve increased LDL-C reduction is through the addition of a low-dose resin to statin therapy. For example, adding 4 *Colestid* ® 1 g tabs or 1 scoop cholestyramine (*Questran* ®) to the *Zocor* ® 20 mg dose is less expensive than increasing the dose of *Zocor* ® to 40 mg ($41 versus $55 for 30 day supply, respectively).

Although some patients do not tolerate resin therapy at high doses, low resin doses in combination with a statin are often found acceptable.

# Terfenadine Availability

Hoechst Marion Roussel, the manu-facturer of *Seldane* ® (terfenadine) and *Seldane-D* ® (terfenadine/ pseudoephedrine) has announced plans to voluntarily remove these drugs from the market, citing adverse cardiac effects including $QT_c$ elonga-tion and torsades de pointes associated with their use and hepatic disease. *This affects only the availability of the brand-name product and not the generic terfenadine which is currently dispensed at KP pharmacies.* KP members currently taking generic terfenadine may continue to do so at this time. Terfenadine is not recom-mended for patients with hepatic

*(continued on reverse side)*

consult). Terfenadine and fexofenadine remain restricted to the management of allergy symptoms.

**Confidential**
**KAIS-044085**

# Zyban® Decision

*Zyban* ® (bupropion SR) 150 mg , a new long-acting dosage form of bupropion approved for the use of smoking cessation, was recently reviewed by the Regional P & T Com-mittee.  After considerable discussion, the Committee voted *not to accept Zyban* ® to the Formulary.  However, KP pharmacies will offer the product to members with prescriptions at a dis-counted price of $63.35 for 60 tablets.

In long-term clinical trials, the smoking cessation rate at one year with *Zyban* ®, although significantly greater than placebo, was very low (only 23%).  The low long-term success rate, the up-coming exclusion of smoking cessation products in the 1998 drug benefit rider, and the belief that *Zyban* ® does not represent an added cost to patients (due to the avoidance of cigarette cost) prompted the Committee's decision.

The manufacturer of *Zyban* ®, Glaxo-Wellcome, also offers a personalized support program in which patients can enroll themselves.  Patients will receive the enrollment materials at the phar-macy when filling their prescription.

## Recommended Dosing & Safety

*Zyban* ® therapy should be initiated while the patient is still smoking since approximately 1 week of treatment is required to achieve steady state levels. Patients should select a target quit date approximately 1-2 weeks into treatment.

The initial dose is 150 mg QD for 3 days, then 150 mg BID thereafter, for 7 to 12 weeks.  Doses should be separated by at least 8 hours.  The maximum dose for smoking cessation is 300 mg/day due to the risk of dose-dependent seizures at higher doses.

If after 7 weeks of therapy substantial progress has not been made toward smoking cessation, treatment should be discontinued.  Maintenance therapy beyond 12 weeks has not been studied for smoking cessation.  Combination therapy with nicotine transdermal patches may be used; however, close monitoring for potential treatment related hypertension is recommended.

Contraindications include:  seizure disorders, concurrent use of any medications that contain bupropion (e.g., *Wellbutrin* ®), prior diagnosis of bulimia or anorexia nervosa, and concurrent use of MAO inhibitors. *Zyban* ® should be administered with extreme caution to patients with a history of seizure, cranial trauma, or other predisposition toward seizure, or patients treated with other agents (e.g., antipsychotics, antidepressants, theophylline, systemic steroids, etc.) or treatment regimens that may lower seizure threshold (e.g., abrupt discontinuation of a benzodiazepine).

Common adverse effects during clinical trials were anorexia, dry mouth, rash, sweating, tinnitus, tremor, abdominal pain, agitation, anxiety, dizziness, insomnia, myalgia, nausea, palpitation, pharyngitis, and urinary frequency.

# Formulary Changes
**Effective January 1, 1998**

## Formulary Restrictions

*Climara* ® (estradiol) 0.05 mg & 0.1 mg transdermal system in boxes of 4. Restricted to OB/GYN for use in patients with inability to tolerate oral estrogens or history of thrombophlebitis.
*Duragesic*™ (fentanyl) transdermal system.  Restricted to use by or in consultation with Oncology or Susan Arceneaux, M.D. & Christopher Spevak, M.D. (previously restricted to Oncology).
*Neurontin* ® (gabapentin) capsules. Restricted to use by or in consultation with Neurology or Susan Arceneaux, M.D. & Christopher Spevak, M.D. (previously restricted to Neurology).

## Deletions

*Iopidine* ® (apraclonidine) 0.5% ophthalmic solution.  Therapeutically interchanged to *Alphagan*™.
*Lac-Hydrin* ® (ammonium lactate) 12% lotion.  *Penederm* ® lotion/ cream or *AmLactin*™ lotion may be offered as OTC alternatives.

## Generic Conversions

*Albuterol* 0.5% solution for inhalation in 20 ml by Dey replaces *Ventolin* ®.
*Cholestyramine* 4 g powder packets by Eon replace *Prevalite* ®.
*Cimetidine* 300 mg, 400 mg, & 800 mg tablets by Mova replace *Tagamet* ®.
*Desonide* 0.05% cream & ointment by Clay-Park replace *DesOwen* ®.
*Ketorolac* 30 mg/ml injection by Abbott replaces *Toradol* ®.
*Meperidine* 50 mg & 100 mg tablets by Watson replace *Demerol* ®.
*Rifampin* 300 mg capsules by Eon replace *Rifadin* ®.

## Approved Therapeutic Equivalents - Effective February 1, 1998
### Additions

| Preferred Products | Equivalent to | Comments |
|---|---|---|
| *Climara* ® (estradiol) 0.05 mg & 0.1 mg  Apply 1 patch **once** a week | *Estraderm* ® (estradiol) 0.05 mg & 0.1 mg  Apply 1 patch **twice** a week | Approved by OB/GYN |
| *Mevacor* ® (lovastatin) 10 mg | *Zocor* ® (simvastatin) 5 mg | Approved by Cardiology |
| *Mevacor* ® (lovastatin) 20 mg (2 x 10 mg) | *Zocor* ® (simvastatin) 10 mg | Approved by Cardiology |
| *Zocor* ® (simvastatin) 20 mg (½ x 40 mg) | *Mevacor* ® (lovastatin) 40 mg or *Zocor* ® (simvastatin) >10 mg to < 20 mg | Approved by Cardiology |
| *Zocor* ® (simvastatin) 40 mg | *Mevacor* ® (lovastatin) >40 mg or *Zocor* ® (simvastatin) >20 mg | Approved by Cardiology |

**Confidential**
KAIS-044086

*Issue 1*
*January 15, 1998*

**Confidential**
**KAIS-044087**