# EXHIBIT R

Issue 5
May 11, 1999

## Medroxyprogesterone Half-Tabs

Beginning May 1, 1999, new and refill prescriptions for medroxyprogesterone acetate (MPA) will be dispensed as half-tablets. Thus, prescriptions written for MPA 2.5 mg or 5 mg will be converted to 5 or 10 mg tablets, respectively, with instructions to take ½ tablet per dose. Patients will receive a free pill cutter and a handout with instructions for cutting the tablets in half. Providers may cancel the half-tab for patients unable to split tablets (i.e., those with vision or dexterity problems, etc.) either verbally or by a written notation on the prescription.

This half-tab initiative will result in a yearly cost avoidance of approximately $50,000.

## Ranitidine – New Coated Tablet

In September 1997, a generic brand of ranitidine replaced brand name Zantac®. Unfortunately, this particular generic is an uncoated tablet that has an unpleasant odor. Now, a new generic ranitidine product manufactured by Par has become available. The new tablets are coated and do not have the odor associated with the previous product. The cost is only a few cents per tablet, which is comparable to cimetidine. In contrast, the cost of Prilosec® is almost $2 per dose.

## Xenical® - New Drug For Obesity

Xenical® (orlistat) capsules have recently been approved by the FDA for the management of obesity including weight loss and weight maintenance when used in conjunction with a reduced-calorie diet. Xenical® is nonformulary and, as for all drugs for the purpose of weight loss, is excluded from coverage under the basic drug benefit. The patient cost of Xenical®, which is available for purchase at Kaiser Permanente Pharmacies, is approximately $130 per month.

Both the Ohio State Board of Pharmacy and the State Medical Board have restrictions on the prescribing and dispensing of controlled substances for weight control (see Issue 12, 1998). However, since Xenical® is not classified as a controlled substance, it does not fall under these restrictions.

### Mechanism of Action
Orlistat is a reversible lipase inhibitor that acts by inhibiting the absorption of dietary fats in the lumen of the stomach and small intestine by forming a covalent bond with gastric and pancreatic lipases. These enzymes are thus unavailable to hydrolyze dietary fat in the form of triglycerides into absorbable free fatty acids and monoglycerides. As undigested triglycerides are not absorbed, the resulting caloric deficit may have a positive effect on weight control. Systemic absorption of orlistat is minimal (<1%).

### Indication/Recommended Dose
- Indicated for obese patients with an initial body mass index (BMI) of $\geq 30$ or $\geq 27$ in the presence of other risk factors, such as high blood pressure, high cholesterol, and diabetes.
- The recommended dose is one 120 mg capsule TID with meals that contain up to 30% fat (at this dose, absorption of dietary fat is blocked approximately 1/3). Undigested fat is then eliminated in the bowel movement. Doses may be omitted if a meal is skipped or does not contain fat. Higher doses have not been shown to provide additional benefit.

### Contraindications
Chronic malabsorption syndrome or cholestasis are contraindications. Organic causes of obesity, such as hypothyroidism, should be excluded before using Xenical®.

### Precautions
- advise adherence to dietary guidelines as GI events may increase with a diet high in fat
- patients should take a multivitamin supplement containing fat-soluble vitamins and beta-carotene once a day at least 2 hours before or after taking Xenical®
- some patients develop increased levels of urinary oxalate following treatment; thus, caution is advised in patients with a history of hyperoxaluria or calcium oxalate nephrolithiasis
- weight loss may be accompanied by improved metabolic control in diabetics, which might require a reduction in dose of oral hypoglycemics or insulin
- may interfere with absorption of cyclosporine
- patients on chronic stable doses of warfarin should be monitored closely for changes in coagulation parameters due to decreased vitamin K levels

### Adverse Effects
GI symptoms are most common and may include oily spotting, flatulence with discharge, fecal urgency, fatty or oily stool, oily evacuation, increased defecation and fecal incontinence. These symptoms usually occur within 3 months of starting therapy and the majority last for no more than 4 weeks. Xenical® may also decrease absorption of fat-soluble vitamins (A, D, E, and K) and beta-carotene.

### Clinical Studies (as described in the prescribing information)
One Year Results: (pooled from 5 trials, intent-to treat): Weight loss was observed within 2 weeks of initiation of therapy and continued for 6

(continued on reverse side)

Confidential
KAIS-044092

Issue 5                                                                                                                  May 11, 1999

*(continued from reverse side)* to 12 months. Mean weight loss at 6 and 12 months was 12.4 lbs. and 13.4 lbs. in the orlistat group and 6.2 lbs. and 5.8 lbs. in the placebo group, respectively. The percentages of patients in these trials losing ≥5% or ≥10% of body weight after 1 year are summarized below (differences between active drug and placebo were statistically significant):

| ≥5% weight loss | ≥10% weight loss |
|---|---|
| X = 35.5.%-50.6% | X = 16.4%-24.8% |
| P = 16%-27.4% | P = 6.5%-11.9% |

Key: X = *Xenical*®; P = Placebo

One year of treatment also resulted in relative improvement in several risk factors associated with obesity.

Effect on Weight Regain: Three studies evaluated weight regain after previous weight loss achieved following diet alone or with *Xenical*®. Placebo patients regained 52-63% while *Xenical*® patients regained 26-35% of previously lost weight.

Two-Year Results: The manufacturer states that pooled data from four clinical studies indicate that the relative weight loss advantage between *Xen-ical*® and placebo treatment groups was the same after 2 years as after 1 year. However, there was no significant difference between *Xenical*® and placebo at 2 years in one of these studies.

Combination Therapy: The combination of *Xenical*® and *Meridia*® has not been studied in humans. In rats, no additive effect was observed.

## Drug Recalls

Two class I drug recalls have recently been issued. One is a product supplied to various work areas within KP facilities by the Materials Management Department and the other is an over-the-counter (OTC) product not routinely stocked in Kaiser Permanente (KP) facility pharmacies.

**Povidone Iodine Solution, USP 10% and Prep Pad** by Nice Pak Products, Inc.
This class I recall was issued due to microbial contamination. Materials Management Coordinators and Chief Pharmacists have been notified and instructed to inspect work areas within their facility for the affected product. The following dosage forms and lot numbers are affected:

* Povidone Iodine Solution, USP 10% in ¾ oz. (22 ml) packets distributed by Professional Disposables, Inc - lot #70067541, exp. 12/00, item #L57725
* Povidone Iodine Prep Pad in small & medium sizes distributed under various brand names and lot numbers (for a complete list, contact the Regional Drug Information Service).

**RemForce Oral Liquid** by Ameri-Kal, Inc./SOE Trading & Management.
**INSOM-X Oral Liquid** by Miracle Marketing Distributors.
Both of the above products contain 2-(3H)-furanone dihydro, also know as gamma butyrolactone or GBL. These are OTC products with night time sleep aid claims and are also marketed as a dietary supplements. All lot numbers of both products are being recalled as the ingredient is considered an unapproved new drug. Earlier this year, the FDA also issued a warning to consumers about products containing GBL after receiving reports of serious health problems, some that were potentially life-threatening, associated with the use of these products.

## Formulary Changes
Effective May 1, 1999
### Additions
*Crixivan*® (indinavir) 200 mg and 333 mg capsules.

### Formulary Restrictions
*Duragesic*® (fentanyl) patches. Restricted to use by or in consult with Hematology/Oncology or Pain Management specialists (formerly restricted to Hematology/Oncology and Drs. Spevak & Arceneaux only).
*Evista*® (raloxifene) 60 mg tablets. Restricted to prescribing by Endocrinology, Ob/Gyn, Rheumatology, and Internal Medicine team leaders per the Post-Menopausal Osteoporosis Screening, Prevention, & Treatment Guidelines. Internal Medicine providers may prescribe by completing the Osteoporosis Drug Therapy Prescribing Worksheet to obtain lead internal Medicine physician approval (details to follow in upcoming *Drug Therapy Advisory*).
*Fosamax*® (alendronate) 10 mg tablets. See restriction information under *Evista*® (raloxifene).
*Fosamax*® (alendronate) 40 mg tablets. Restricted to Endocrinology.
*Neurontin*® (gabapentin) capsules. Restricted to use by or in consult with Neurology or Pain Management specialists (formerly restricted to Neurology and Drs. Spevak and Arceneaux only).
*Zofran*® (ondansetron) 4 mg/5 ml oral solution in 50 ml. Restricted to Hematology/Oncology.

### Deletions
Effective May 1, 1999
**Terfenadine** 60 mg tablets (no longer available).
*Tubersol*® (tuberculin purified protein derivative - Mantoux) 1TU & 250TU strengths (discontinued by manufacturer - the CDC recommends use of the 5TU strength, which remains available).

### Effective June 1, 1999
*Trusopt*® (dorzolamide) 2% ophthalmic solution. Therapeutically interchanged to *Azopt*® (brinzola-mide) 1% ophthalmic solution.

### Source Changes
**Chlordiazepoxide HCl/clidinium** capsules by Amide.
**Etodolac** 300 mg & 400 mg capsules by Watson.
**Indomethacin ER** 75 mg capsules by Eon.
**Metaproterenol** 10 mg & 20 mg tablets by Teva.
**Nadolol** 120 mg & 160 mg tablets by Copley.
**Ranitidine** 150 mg & 300 mg coated tablets by Par (see other side)

### Approved Therapeutic Equivalents - Effective June 1, 1999
Additions

| Preferred Products | Equivalent to | Comments |
|---|---|---|
| *Azopt*® (brinzolamide) 1% oph. solution | *Trusopt*® (dorzolamide) 2% oph. solution | Approved by Ophthalmology |

Confidential
KAIS-044093