# EXHIBIT S

Issue 3
March 1, 2000

## Rynatan® Reformulation & Therapeutic Interchange

### Background

Brand name *Rynatan®*, originally an antihistamine/decongestant combination of phenylephrine tannate, chlorpheniramine tannate, and pyrilamine tannate, has been reformulated and now contains azatadine 1 mg and pseudoephedrine 120 mg. The original formulation is still available and is on the Formulary as a generic product (*Triotann®*). The new *Rynatan®* formulation is much more costly than generic *Triotann®*:
  *Triotann®* 1 tab q12h #60 = < $3
  *Rynatan®* 1 tab q12h #60 = $55

Many physicians prescribing *Rynatan®* by brand name may not be aware of the reformulation and/or cost difference. Pharmacy currently must call the prescriber to clarify which product was intended. To avoid confusion and delays at the pharmacy, the Regional P & T Committee, upon consultation with the Department of Allergy, has approved a therapeutic interchange. If an OPMG physician writes for "*Rynatan®*," Pharmacy may substitute the former generic equivalent (i.e. phenylephrine tannate, chlorpheniramine tannate, and pyrilamine tannate, or *Triotann®*). This therapeutic interchange is effective beginning March 1, 2000.

## Terazosin Tablets to Capsules

Abbott Laboratories has discontinued the manufacture of terazosin (*Hytrin®*) *tablets* and is now exclusively producing *capsules*. Because of this change, Kaiser Permanente will begin substituting terazosin capsules made by Geneva Pharmaceuticals as the current supply of *Hytrin®* tablets is exhausted.

In most cases, existing prescriptions for *Hytrin®* will be filled with an equivalent dose of terazosin capsules on a milligram-for-milligram basis. However, some patients are receiving "odd" doses of terazosin because of using half-tablets (for example, one-half of a 5 mg tablet = 2.5 mg dose). For these cases, the Regional Pharmacy and Therapeutics Committee recommends rounding the dose according to the table below. For patients who are currently receiving a 2.5 mg terazosin dose from an OPMG physician, the P & T Committee has approved an automatic therapeutic interchange to terazosin 2 mg capsules. For other "odd" doses, such as 7.5 mg, physicians will be contacted by the pharmacist to obtain a new prescription for either 5 mg or 10 mg terazosin capsules. For terazosin prescriptions written by Network physicians, the pharmacist will also contact the physician to obtain a new prescription for terazosin capsules.

### Terazosin Conversion Table

| Current Product | Change to |
|---|---|
| *Hytrin®* 1 mg tablets | Terazosin 1 mg capsules |
| ½ x *Hytrin®* 2 mg tablets (1 mg dose) | Terazosin 1 mg capsules |
| *Hytrin®* 2 mg tablets | Terazosin 2 mg capsules |
| ½ x *Hytrin®* 5 mg tablets (2.5 mg dose) | Terazosin 2 mg capsules* |
| *Hytrin®* 5 mg tablets | Terazosin 5 mg capsules |
| 1 & ½ *Hytrin®* 5 mg tablets (7.5 mg dose) | Terazosin 5 mg capsules** OR Terazosin 10 mg** |
| ½ x *Hytrin®* 10 mg tablets (5 mg dose) | Terazosin 5 mg capsules |
| *Hytrin®* 10 mg tablets | Terazosin 10 mg capsules |

*Automatic therapeutic interchange
**Requires call to physician for new Rx
A patient information sheet will be provided to help answer questions associated with this change.

## St. John's Wort FDA Public Health Advisory Issued

On February 10, 2000, the FDA (Food and Drug Administration) issued a public health advisory regarding the *risk of drug interactions with St. John's wort and indinavir and other drugs*. The public health advisory reported results from a study conducted by The National Institutes of Health that showed a significant drug interaction between St. John's wort (*Hypericum perforatum*), an herbal product sold as a dietary supplement, and indinavir, a protease inhibitor used to treat HIV infection. In this study, concomitant administration of St. John's wort and indinavir *substantially decreased indinavir plasma concentrations*, potentially due to induction of the cytochrome P450 metabolic pathway. For additional information on this study please refer to the February 12, 2000 *Lancet* publication (Piscitelli, et al.).

### FDA Recommendations
### Indinavir and other antiretroviral agents

At this time, pharmacokinetic data are available only for concomitant administration of Indinavir with St. John's wort. However, based on these results, it is expected that St. John's wort may significantly decrease blood concentrations of all of the currently marketed HIV protease inhibitors (PIs) and possibly other drugs (to varying degrees) that are similarly metabolized, including the nonnucleoside reverse transcriptase inhibitors (NNRTIs). Consequently, concomitant use of St. John's wort

(continued on reverse side)

Confidential
KAIS-044088

Issue 3                                                                                                                                                      March 1, 2000

*(continued from reverse side)*
with PIs or NNRTIs is not recommended because this may result in suboptimal antiretroviral drug concentrations, leading to loss of virologic response and development of resistance or class cross-resistance.

Because herbal products are widely used in the United States and are available in various forms such as combination products and teas, it is important that health care professionals ask patients about concomitant use of products that could contain St. John's wort.

In addition, FDA is working closely with drug manufacturers to ensure that product labeling of antiretrovirals is revised to highlight the potential for drug interactions with St. John's wort.

### Other drugs
Based on this study and reports in the medical literature, St. John's wort appears to be an inducer of an important metabolic pathway, cytochrome P450. As many prescription drugs used to treat conditions such as heart disease, depression, seizures, certain cancers or to prevent conditions such as transplant rejection or pregnancy (oral contraceptives) are metabolized via this pathway, health care providers should alert patients about these potential drug interactions to prevent loss of therapeutic effect of any drug metabolized via the cytochrome P450 pathway.

All health care professionals are encouraged to report any serious adverse event associated with the concomitant use of prescription drugs and St. John's wort products to the FDA's MedWatch program at 1-800-FDA-1088 (fax 1-800-FDA-0178) and via the internal ADE reporting system.

## IVIg Safety Alert

The FDA has issued a safety warning regarding the potential for acute renal failure (ARF) with the intravenous administration of IVIg. The risk appears to be greater with sucrose-containing IVIg products (Sandoglobulin®, Panglob-ulin®, and Gammar-P®). The FDA warning recommends limiting the dose of IVIg to the lowest dose possible and administering the product slowly (see #3 below). In addition:

1. Assure that patients are not volume depleted prior to infusing IVIg.
2. Exercise particular caution in giving IVIg to patients at increased risk for developing ARF.
3. Do not exceed the recommended dose. Do not exceed a maximum infusion rate for sucrose-containing IVIg products of *3 mg sucrose/kg per minute* (2 mg Ig/kg/min for Sandoglobulin® and Panglobulin®; 1 mg Ig/kg/min for Gammar-P® I.V).
4. Monitor renal function tests and urine output periodically in patients at increased risk for ARF. Assess renal function, including blood urea nitrogen (BUN)/serum creatinine measurements prior to the initial infusion and at appropriate intervals thereafter. If renal function deteriorates, consider discontinuing the product.
5. Instruct patients to report symptoms of decreased urine output, sudden weight gain, fluid retention/edema, and/or shortness of breath immediately to their physicians.

For more information, refer to the FDA's Web Site at http://www.fda.gov/cber/ltr/iglvrenal.htm.

## Formulary Changes
**Effective March 1, 2000**
### Additions
*BuSpar®* (buspirone) 15 mg tablets.
*Megace®* (megestrol acetate) 40 mg/mL suspension.
### Formulary Restrictions
*Arava®* (leflunomide) 10 mg, 20 mg, and 100 mg tablets. Restricted to Rheumatology.
*Effexor-XR®* (venlafaxine) 37.5 mg, 75 mg, and 150 mg sustained-release capsules.
*Enbrel®* (etanercept) 25 mg injection. Restricted to Rheumatology.
*Neurontin®* (gabapentin) 600 and 800 mg capsules. Restricted to use by or in consult with Neurology or Pain Management specialists.
*Remicade®* (infliximab) 100 mg lyophilized concentration for injection in single use 20 ml vials. Restricted to Gastroenterology and Rheumatology (formerly restricted to Gastroenterology).

### Generic Conversions
**Albuterol** 90 mcg/inhalation metered dose inhaler in 17 g (200 inhalations) by Zenith-Goldline replaces *Ventolin®*.
**Betamethasone dipropionate** 0.05% cream and ointment in 15 and 45 g and lotion in 60 mL replace *Diprosone®*.
***Prinivil®*** (lisinopril) 2.5 mg, 5 mg, 10 mg, 20 mg, and 40 mg tablets by Merck replace *Zestril®*.
**Terazosin** 1 mg, 2 mg, 5 mg, and 10 mg capsules by Geneva replace *Hytrin®* tablets (see article on reverse side).
**Theophylline** 100 mg sustained-release tablets by Dixon-Shane replace *Theo-Dur®* (brand name in this strength has been discontinued by the manufacturer).

### Source Changes
**Butalbital/Aspirin/Caffeine/Codeine** 30 mg capsules (equivalent to *Fiorinal®* With Codeine #3) by Watson.
**Clobetasol** 0.05% cream in 15 and 30 g by Copley.
**Erythromycin** 500 mg injection in 10 mL by ESI Lederle.
**Hydroxyurea** 500 mg capsules by Roxane.
**Mexiletene** 150 mg and 200 mg capsules by Watson.
**Morphine sulfate** 20 mg/mL solution in 30 and 120 mL by Ethex.
***R-Tannamine®*** (chlorpheniramine, pyrilamine, and phenylephrine tannate) suspension by Qualitest replaces *Triotann®*.
**Selegiline** 5 mg tablets by Apotex Critical Care.
**Verapamil** 40 mg, 80 mg, and 120 mg tablets by Geneva.
**Vitamin D** 50,000 IU capsules by Major.

**Questions?** Contact the Regional Drug Information Service at 98.329.4400 or (216) 265-4400.

### Approved Therapeutic Equivalents - Additions Effective March 1, 2000

| Preferred Products | Equivalent to | Comments |
|---|---|---|
| Phenylephrine tannate 25 mg, chlorpheniramine tannate 8 mg, and pyrilamine tannate 25 mg (*Triotann®*) tablets, 1 tablet q12h | *Rynatan®* (azatadine 1 mg & pseudoephedrine 120 mg) tablets, 1 tablet q12h | Approved by Allergy |

Confidential
KAIS-044089