# EXHIBIT T

*Special Edition*
*January 2001*

# Pain Management Update

Pain is one of the leading reasons that patients seek medical help. Low back pain, for example, has a lifetime prevalence estimated at nearly 70% in industrialized nations. The Centers for Disease Control and Prevention report that data from a national insurer indicate back claims account for 16% of all workers' compensation claims and 33% of total claims costs. In a random sample of 3605 UK residents, aged 25 or older, 50% of patients self-reported chronic pain including back pain and arthritis, each at an incidence of 16%. Ninety percent of patients diagnosed with terminal cancer are affected by pain. Herpes zoster, commonly known as shingles, produces persistent neuropathic pain in at least 50% of those patients over the age of 60. Painful diabetic neuropathy also has been reported to occur in >50% of patients with Type 2 diabetes mellitus that are over the age of 60. Despite differences, effective management of pain includes continuity of care, multidisciplinary approaches, proactive management, periodic reassessment including patient-provider dialogue and accurate medical record documentation.

## Mild to Moderate Pain Control

The initial approaches to pain control often begin with non-opioid therapies. This includes drugs such as acetaminophen (APAP) or traditional non-steroidal anti-inflammatory drugs (NSAIDs), such as ibuprofen (*Motrin®*) or etodolac (*Lodine®*). Below are some important points to consider when selecting an agent for mild to moderate pain:

### Efficacy
➢ APAP efficacy is comparable with that achievable by an NSAID. It has analgesic and antipyretic activity and no anti-inflammatory activity. *The American College of Rheumatology recommends APAP as a first-line agent for osteoarthritic pain.*

➢ COX-2 inhibitors are NOT more effective than other NSAIDs. In clinical trials, traditional NSAIDs and COX-2 inhibitors demonstrated *equal analgesic efficacy* for the management of pain and inflammation.

### Safety
➢ COX-2 drugs do NOT eliminate the risk of GI bleeding. However, selected high-risk populations including patients with a history of GI bleed or ulceration, chronic oral steroid or warfarin therapy, or the elderly (e.g., patients >70 years) may benefit from a COX-2 inhibitor. In general, for younger individuals (less 50 years old) and those without risk factors, COX-2 inhibitors offer no advantage. *The risk of developing a GI bleed from chronic use of a traditional NSAID in these patients is no greater than the background rate (i.e., the rate in normal individuals not on an NSAID) of 0.2% to 0.4% per year.*

➢ COX-2 drugs do NOT cause less dyspepsia or nausea than other NSAIDs. Dyspepsia and reflux disease are not prostaglandin-associated conditions.

➢ Consider "low-risk" agents such as salsalate (*Disalcid®*), etodolac (*Lodine®*) or nabumetone (*Relafen®*) first. These NSAIDs have a lower risk of GI toxicity compared to average-risk agents such as ibuprofen, naproxen, or sulindac.

➢ NSAIDs, including COX-2 inhibitors, should be avoided in patients with renal disease, hypertension, or congestive heart failure as they can reduce renal blood flow and cause edema and blood pressure elevations. There is no evidence to suggest that COX-2 inhibitors are any safer in patients with these diagnoses.

➢ APAP can be used safely in patients with gastrointestinal disease, renal disease or heart failure. It has been associated with hepatic toxicity and doses > 4 g/day are not recommended.

## Neuropathic Pain

Neuropathic pain is that which results from peripheral or central nervous system injury. It is common in a variety of conditions including AIDS, cancer, diabetes, herpes zoster, spinal injury, multiple sclerosis and stroke. Clinical trials have demonstrated that the *tricyclic antidepressants (TCAs)* can be effective by blocking the neuronal reuptake of norepinephrine and serotonin, thereby potentiating the inhibitory effect these neurotransmitters have in pain pathways. They may also potentiate the effects of opioids. *Neurontin®* (gabapentin) has also been studied for use in neuropathic pain.

### TCAs
➢ The most widely reported experience has been with amitriptyline; however, it is the most anticholinergic of the TCAs and very likely to produce problematic side effects including dry eyes and mouth, constipation, weight gain, urinary retention, and orthostatic hypotension, particularly in the elderly. Patients on chronic drug therapies including anticholinergic agents such as donepezil or other interacting drugs such bupropion, carbamazepine, cimetidine, clonidine, levodopa, MAO inhibitor antidepressants, SSRIs, sympathomimetics, valproic acid and venlafaxine should avoid amitriptyline.

➢ **Nortriptyline and desipramine, secondary amine TCAs, are less problematic alternatives to amitriptyline.** Start with doses of 12.5 to 25 mg at bedtime. *The key is to "start low and go slow."*

(continued on reverse side)

Confidential
KAIS-044094

*Special Edition*

*January 2001*

*(continued from reverse side)*

➤ Patients starting on TCAs should be advised to initiate a stool softener/stimulant laxative regimen concurrently such as docusate with casantranol (*Pericolace* ®) or senna once or twice daily.

## Gabapentin *(Neurontin ®)*

➤ **Gabapentin, an anticonvulsant, should be reserved for patients failing or intolerant to nortriptyline or desipramine.** Gabapentin is restricted to use by or in consultation with Neurology or Pain Management specialists.

➤ Gabapentin has been studied for the treatment of postherpetic and diabetic neuropathic pain. Adverse effects are primarily somnolence and dizziness.

➤ Doses should also be titrated upward slowly. Maximum doses of 3600 mg/day have been given safely and effectively.

➤ Gabapentin is renally eliminated and should be carefully monitored or avoided in patients with renal disease.

## Chronic Pain Management with Opioids

Moderate to severe pain warrants treatment with opioid analgesics. Opioids modulate pain perception in the central nervous system by binding to the mu and kappa receptors, resulting in analgesia as well as respiratory depression, euphoria, sedation, physical dependence and constipation. Respiratory depression is infrequent and sedation generally abates with chronic use, however, constipation may be avoided by initiating a high fiber diet and a laxative regimen similar to that used for TCA therapy. Fiber laxatives alone are not as effective in preventing opioid-induced constipation.

## Tolerance/Dependence

➤ Opioid tolerance and physical dependence are expected with long term opioid treatment and should not be confused with psychological dependence or addiction.

➤ Opioid psychological dependence is characterized by repeated self-administration that usually results in opioid tolerance, withdrawal symptoms, and compulsive drug taking.

➤ Iatrogenic addiction has been identified only rarely in surveys of burn and headache patients. However, patients with *chronic nonmalignant pain* should be carefully selected for opioid therapy when pain remains intractable after adequate treatment with alternative pharmacologic and nonpharmacologic interventions. Chronic nonmalignant pain patients with a history of substance abuse or psychiatric illness may be more at risk for addiction.

➤ Pseudo-addiction or drug-seeking behaviors in patients with unrelieved pain will abate with careful healthcare provider assessment and thorough efforts to manage pain.

## Which Opioid to Use?

➤ Short-acting, immediate release opioids such as APAP/codeine *(Tylenol® with Codeine)*, hydrocodone/ APAP *(Vicodin®)* or oxycodone ±APAP *(Percocet® 5/325, Roxicodone®)* are useful for acute pain.

➤ Aspirin and APAP have ceiling doses and dose limiting toxicities, however, opioids do not. Therefore, *consider starting patients on immediate release codeine, oxycodone or morphine alone, especially if you think your patient will need increasing doses of opioid in the future.*

➤ **Propoxyphene ± APAP (*Darvon®, Darvocet®*) has been identified in a report by the U.S. General Accounting Office (GAO) as an *inappropriate choice for pain management*** largely due to the drug's poor efficacy and side effects.

➤ **Meperidine (*Demerol®*) is also considered a poor pain therapy** as it can accumulate, particularly in the presence of renal failure, and result in seizures.

➤ **Tramadol *(Ultram®)*** is a centrally acting analgesic that binds to mu receptors in addition to inhibiting the reuptake of norepinephrine and serotonin. In clinical trials, pain relief from tramadol following cesarean section did not differ from that of APAP 650 mg/codeine 60 mg. Likewise, in elderly patients with chronic pain, no significant difference in pain relief was observed between tramadol and APAP/codeine. Tramadol is not a controlled substance, however, *cases of abuse and overdose have occurred.* In addition, *tramadol should not be used in opioid-dependent patients.* Tramadol can reinitiate physical dependence in patients that have been previously dependent or chronically using other opioids. In patients with drug abuse tendencies, a history of drug dependence, or chronic opioid use, treatment with tramadol is not recommended. Tramadol may cause seizures and should be avoided in patients with a seizure history. *Because of limited therapeutic advantage and significant cost over existing formulary agents, tramadol is nonformulary and should only be considered for patients failing alternative formulary agents.*

## Long-Acting Opioid Products

➤ Patients with chronic pain may be converted from immediate release drugs to longer acting products such as sustained-release morphine *(Oramorph SR®)* dosed BID to TID. (Conversion processes are described in *Drug Therapy Advisory* 2000, Issue 10).

➤ ***Oxycontin®*** is a sustained-release oxycodone dosed BID to TID. **It is nonformulary because at equivalent therapeutic doses, it is no more effective or safer than *Oramorph SR®*, the formulary alternative for chronic pain, while being 10 to 15 times more expensive.** In addition, Tim Benedict, Assistant Executive Director of the Ohio State Board of Pharmacy, has made public statements regarding the growing abuse of *Oxycontin®*.

➤ **If your patient is stabilized on immediate release oxycodone ± APAP, it is not necessary to convert to *Oxycontin®*.** The conversion from oxycodone to morphine is approximately 1:1.

➤ Patients on chronic pain therapy, especially those with COPD, CHF, BPH, inflammatory bowel disease, renal or hepatic disease may require periodic monitoring of liver function, renal function, blood pressure and pulmonary function.

**Confidential**
**KAIS-044095**