# EXHIBIT U

## Drug Monograph

Drug: Topiramate (Topamax®) – Ortho McNeil       Gabapentin (Neurontin®) - Pfizer
        Tiagabine (Gabitril®) – Abbott Laboratories    Lamotrigine (Lamictal®) - GlaxoSmithKline
        Levetiracetam (Keppra®) – UCB Pharma
P&T Review Date:        TPMG March 2002
                        SCPMG June 2002
                        OPMG March 2002
*Executive Summary Formulary Considerations*

| | Reference (R) |
|---|---|
| **BACKGROUND** | |
| • Topiramate (Topamax®), tiagabine (Gabitril®) and levetiracetam (Keppra®) are antiepileptic drugs (AEDs) approved for use as adjunctive agents in the treatment of specific types of seizures. All of these agents are on the TPMG Formulary. Levetiracetam is restricted to prescribing by TPMG neurologists. The TPMG Chiefs of Psychiatry have requested a review of the use of these agents in the treatment of bipolar affective disorders, with the possible expansion of prescribing restrictions for levetiracetam to include psychiatrists. | |
| • OPMG Formulary AEDs include gabapentin (Neurontin®), lamotrigine (Lamictal®) levetiracetam (Keppra®), oxcarbazine (Trileptal®), tiagabine (Gabitril®) and topiramate (Topamax®). Gabapentin is restricted to prescribing by Neurology or Pain Management specialists. Lamotrigine, levetiracetam, oxcarbazine, tiagabine and topiramate are restricted to prescribing by Neurology. Older "1st generation" AEDs include carbamazepine (Tegretol®), ethosuxamide (Zarontin®), phenytoin (Dilantin®), primidone (Mysoline®), sodium valproate (Depakote®) and valproic acid (Depakene®). | |
| • The exact mechanism of action of antiepileptic drugs (AEDS) in the amelioration of bipolar symptoms is not known. It has been theorized that GABA hypofunction is implicated in bipolar disorders, and therefore, bipolar disorders are ameliorated by GABAergic agents, such as valproic acid. However, it has been suggested that serotonergic activity may instead contribute to treatment efficacy. | R1 |
| • AEDs often used off-label for the treatment of bipolar disorders includes carbamazepine (Tegretol®), lamotrigine (Lamictal®), gabapentin (Neurontin®), and oxcarbazepine (Trileptal®). Valproic acid (Depakote®, Depakene®) is FDA approved for the treatment of acute mania. Controlled studies support the efficacy of <u>carbamazepine</u> for the treatment of acute mania, while there is more limited evidence for its efficacy as maintenance therapy. Controlled studies of <u>lamotrigine</u> suggest it is efficacious in the treatment of bipolar I depression and the prophylactic treatment of rapid-cycling bipolar disorder, particularly in bipolar II disorder. Its efficacy in the treatment of acute mania is less clear. Two controlled studies of <u>gabapentin</u> mono- and add-on therapy in bipolar disorder did not confirm the positive findings from earlier open-label and case reports. Results of these controlled studies demonstrated no difference between gabapentin and placebo treatments. One small controlled study (n = 21) found <u>oxcarbazepine</u> to be similar in efficacy to valproic acid in the treatment of acute mania. | R2, R3, R4, R5, R6 |
| **POTENTIAL ADVANTAGES** | |
| • Topiramate, levetiracetam and tiagabine do not require monitoring of plasma levels or other indices (e.g. hematologic, hepatic, renal). These agents are not associated with the type of adverse events for which the FDA requires black box or bolded warnings in product labeling. | R11, R52, R53 |
| • Topiramate, levetiracetam and tiagabine appear less prone to serious drug interactions than older AED agents. However topiramate and tiagabine pharmacokinetics are still affected by some AEDs. | |
| • Topiramate treatment is associated with weight loss, which may be beneficial in patients receiving concomitant psychotropic medications known to cause weight gain. Weight loss usually peaks after 15 to 18 months, and may return to pretreatment level at > 18 months of treatment. | R7,R8 |
| **POTENTIAL DISADVANTAGES** | |
| • **Topiramate:** Topiramate requires a slow and low dose titration upon initiation to prevent the emergence of adverse events. A prolonged titration would not be a timely treatment to alleviate symptoms of acute mania. There have been no published randomized, placebo or comparator studies of topiramate for the treatment of bipolar disorder. Open-label studies suggest efficacy in the treatment of mildly severe mania, but not severe mania. Cognitive impairment and paresthesias were commonly reported in these studies and case reports, as well as cases of other behavioral adverse events, including panic, mania, and depression. | R9 |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org> tpmgbtril_NCS.doc/ork/01.02

**Confidential**
**KAIS-044043**

- **Levetiracetam:** There have been no open or blinded published studies and only one published case report on the use of levetiracetam in bipolar disorder. Suggestions that levetiracetam may be useful for bipolar disorder is based upon findings from animal models. The manufacturer is conducting very early phase proof-of-concept trials of levetiracetam in psychiatric disorders. | R10, R11
- **Tiagabine:** The only published open-label study (n=8) of tiagabine treatment for bipolar disorder did not support the use of tiagabine for the treatment of acute mania. One patient experienced a generalized, tonic-clonic seizure thought to be due to the rapid titration of tiagabine. Tiagabine would not be useful in patients with mood disorders that require a rapid resolution (e.g. severe mania). | R1

## PROJECTED ROLE IN THERAPY

- Controlled double-blind studies of topiramate in the treatment of bipolar disorder are needed to more clearly define efficacy. As seen with gabapentin, results of open-label studies or case reports are not always replicated in controlled and blinded conditions. Topiramate treatment could be considered in the treatment of bipolar patients with mildly severe manic symptoms and no depressive symptoms who have failed more proven therapies, who can be titrated slowly and who would benefit from topiramate-induced weight loss (e.g. obese patients).
- Both tiagabine and levetiracetam lack substantial evidence to support their use in the treatment of bipolar disorder. The slow titration required for tiagabine would preclude its use in severe mania.

## COST

| DRUG | DAILY DOSE | COST/MONTH (rounded up) |
|---|---|---|
| Topiramate (Topamax) | 100 mg - 400 mg | $120 - $190 |
| Tiagabine (Gabitril) | 4 mg – 32 mg | $30 - $110 |
| Levetiracetam (Keppra) | 1000 mg – 3000 mg | $85 - $245 |
| Oxcarbazepine (Trileptal) | 600 mg – 2400 mg* | $85 - $310 |
| Carbamazepine generic | 400 mg – 1600 mg | $3- $12 |
| Carbamazepine ER (Tegretol-XR) | 400 mg – 1600 mg | $25 - $105 |
| Carbamazepine ER (Carbatrol) | 400 mg – 1600 mg | $30 - $120 |
| Gabapentin (Neurontin) | 1200 mg – 1800 mg** | $105 - $150 *($175)* |
| Valproic Acid (Depakote) | 1000 mg – 1500 mg | $80 - $120 |
| Lamotrigine (Lamictal) | 100 mg – 400 mg† | $40 *($70)* - $130 |
| Lithium carbonate | 900 mg – 1800 mg | $15 - $25 |

\* The typical maintenance dose of oxcarbazepine is 1.5 times that of carbamazepine (1.2 times in the elderly). Mean dosages of 1400 mg and 2400 mg/day have been studied for affective disorders.

\** Doses in reports for bipolar affective disorders ranged from 300 mg to 4800 mg/day. For 1800 mg dose, use of 600 mg tablets costs less than use of 300 mg capsules (*higher cost in italics*).

† Doses in reports for bipolar affective disorders ranged from 50 mg to 500 mg/day. For the 100 mg dose, use of ½ x 200 mg tablet costs much less than use of the 100 mg tablet (*higher cost in italics*). R12

## ESTIMATED COST IMPACT/PHARMACOECONOMICS:

- During 2001, approximately 9% of KPHP Ohio Region newer AED prescriptions (analysis included gabapentin, lamotrigine, topiramate, levetiracetam, tiagabine, zonisamide; dispensed prescriptions included gabapentin, topiramate and lamotrigine) were written by Psychiatry specialists at a cost of $63,000. Overall, newer AED expenditures for the Ohio Region for 2001 were $689,000.
- During the past 13 months, ~50,000 prescriptions for these "newer" AEDs written by TPMG psychiatrists were filled at Kaiser Permanente pharmacies at a cost of ~$4.7 million. TPMG psychiatrists wrote for 50% of all topiramate prescriptions at an average cost of $178/Rx (4246 Rxs), 28% of all tiagabine (av cost $87/Rx, 152 Rxs) and no levetiracetam prescriptions (See chart page 3). Of the newer AEDs written by psychiatrists, 42% were for valproate (av cost $127/Rx), 35% for gabapentin (av cost $143/Rx), 9% for topiramate, 7% for carbamazepine (av cost $14/Rx), and 6% for lamotrigine (av cost $222/Rx).
- For Rxs written by TPMG psychiatrists, on a cost/ Rx basis, topiramate is the second most costly of these agents. If topiramate were to replace 50% of valproate prescriptions written by psychiatrists, the cost impact over 13 months would be ~$539,000. If it were to replace half of lamotrigine prescriptions, the cost savings would be ~$67,500. Tiagabine is the 6th most costly agent on a cost/Rx basis, but still costs ~$73 more per Rx than carbamazepine generic. The av. cost/Rx for levetiracetam written by all providers during the same time period was $210/Rx, which would make it the 2nd or 3rd most costly of these agents.

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org> tpmgbtril_NC5.doc/drk/01.02

**Confidential
KAIS-044044**

## FORMULARY RECOMMENDATIONS

**OPMG Psychiatry:** Recommend to extend prescribing restrictions of the newer antiepileptic drugs, specifically gabapentin, lamotrigine and topiramate, to the Psychiatry specialists as third-line agents for the management of bipolar disease.

**OPMG Neurology:** Recommend to extend prescribing of the newer antiepileptic drugs to Psychiatry specialists.

**TPMG Chiefs of Neurology:** TPMG Chiefs of Neurology: Do not expand prescribing restrictions for Keppra. "No quality evidence on the use of Keppra for affective disorders."

**TPMG Chiefs of Psychiatry:** Expand the prescribing restrictions for levetiracetam to include TPMG Psychiatrists with guidelines (to be developed). "When patients have failed other mood stabilizers, the Chiefs would like this to be available to them. " " Keppra may be a useful agent for difficult to manage, unstable mood disordered patients when other available agents have been ineffective. Some private psychiatrists are using Keppra and we may be in the position of needing to continue Keppra for a stable patient who is transferring to our care."

**Ohio Region Drug Information:** Recommend to accept the prescribing of gabapentin, lamotrigine and topiramate for psychiatric disorders by Psychiatry specialists.

**Drug Information/Professional Services Formulary Recommendation:** Do not expand prescribing restrictions for levetiracetam. There is currently insufficient evidence to support the use of levetiracetam and tiagabine for the treatment of bipolar disorders. Controlled studies are needed for topiramate, tiagabine and levetiracetam to clearly define their efficacy for this indication. It is suggested that topiramate be used judiciously pending further study.

| | Gabapentin | Lamotrigine | Levetiracetam | Tiagabine | Topiramate | Zonisamide |
|---|---|---|---|---|---|---|
| NCal | Formulary | Formulary | FR Neurology | Formulary | Formulary | Nonformulary |
| SCal | FR Neurology, Psychiatry, Pain Management | FR Neurology, Psychiatry | Nonformulary | FR Neurology | FR Neurology | Nonformulary |
| Mid-Atlantic | FR Neurology | FR Neurology | Nonformulary | Nonformulary | Nonformulary | Nonformulary |
| Hawaii | Formulary | Nonformulary | Nonformulary | Nonformulary | Nonformulary | Nonformulary |
| Northwest | Formulary | Nonformulary | FR Neurology | Formulary | Nonformulary | Nonformulary |
| Colorado | Formulary | Formulary | Nonformulary | Formulary | Formulary | Nonformulary |
| Georgia | Formulary | N/A | Nonformulary | Nonformulary | N/A | Nonformulary |
| Ohio | FR Neurology, Pain Management | FR Neurology | FR Neurology | FR Neurology | FR Neurology | Nonformulary |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy. kp.org> tpmgbtril_NC5.doc/drk/01.02

**Confidential
KAIS-044045**



AED costs, CA Division

% increase $
99-00: 41%
00-01: 30%
01-02:20%

% cost of NCAL only (past 13 mo) - TPMG psych
GBP: 20%
TPM: 42%
LTG: 28%
VPA: 41%
TGB: 16%

% cost of SCAL only (past 13 mo) - SCPMG psych
GBP: 11%
TPM: 13%
LTG: 12%
VPA: 39%
TGB: 0.7%

Legend:
total AEDs
gabapentin
topiramate
lamotrigine
levetiracetam
valproate
tiagabine
total "newer" AEDs

$40,000,000
$20,000,000
$0

1996yr   1997YR   1998YR   1999YR   2000YR   2001yr

4

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org> \pmgltoif_NCS.doc/drk/01.02

Confidential
KAIS-044046

Table 1: Evidence supporting (or rejecting) the Efficacy of Antiepileptic Agents in the Acute and Maintenance Treatment of Bipolar Disorder adapted from De Leon 2001 (R2)

| Drug | Treatment | Design and result of studies (number of studies) | | |
|---|---|---|---|---|
| | | Randomized, double-blind, placebo-controlled, parallel group | Randomized Placebo-controlled Crossover | Placebo-controlled Add-on |
| Valproate | Acute | Positive (2) | Positive (1) | Positive (1) |
| | Maintenance | Negative (1) | Positive (1) | — |
| Carbamazepine | Acute | — | Positive (1) | Positive (4) |
| | Maintenance | Positive (1) | — | — |
| Oxcarbazepine | Acute | — | Positive (1) | — |
| | Maintenance | — | — | — |
| Lamotrigine | Acute | Positive (1) | Positive (1) | — |
| | Maintenance | Positive (1) | — | — |
| Gabapentin | Acute | — | Negative (1) | Negative (1) |
| | Maintenance | — | — | — |
| Topiramate | Acute | Negative (1 unpublished)* | — | — |
| | Maintenance | — | — | — |
| Tiagabine | Acute | — | — | — |
| | Maintenance | — | — | — |
| Levetiracetam | Acute | — | — | — |
| | Maintenance | — | — | — |

* added from Bowden 2001 (R5)

## 1.0    Clinical Trial Analysis
### 1.1    Topiramate

R13, R14, R15, R16, R17, R5

There have been no published randomized, double-blind, placebo- or comparator controlled trials assessing the efficacy (or safety) of topiramate in the acute treatment or maintenance therapy of bipolar disorders. One unpublished double-blind placebo-controlled study did not find a significant difference between topiramate and placebo treatments in patients with mania and hypomania at three weeks. Numerous case reports have been published, as well as four open-label, non-controlled studies and one retrospective chart review of topiramate for this indication, ranging from 28 days to 10 months of treatment. The dosage of topiramate in these studies ranged from 25 mg to 1300 mg/day, with mean doses ranging from 172 mg to 536 mg/day. Three studies evaluated topiramate as adjunctive therapy to other psychotropic medications, one study as both mono- and add-on therapy, and another study as monotherapy only. The study populations were relatively small; three studies had ≤ 20 patients, and the other two included 56 and 58 patients each. The study populations were heterogeneous, including inpatients and outpatients with Bipolar I, Bipolar II and Schizoaffective disorders in manic, mixed, and depressed episodes. The study results were confounded by the large numbers of concomitant medications in numerous combinations.

Adjunctive treatment with topiramate generally resulted in decreased Young Mania Rating Scale (YMRS) mean scores, changes which were statistically significant in three studies at 10 days (n=11), at 3 weeks (n=20), and at 4 weeks, but not at 2 weeks (n=56). It was suggested in one study that the relatively slow onset in response may be due to the slow titration recommended for topiramate. In one study (n=56), as the baseline mean YMRS score (9.9) indicated a study population with mild manic symptomatology, results were stratified according to baseline score. Patients with the higher baseline YMRS scores (mean 24) did not respond significantly to topiramate treatment, and the authors conclude that efficacy in more severe mania had not been demonstrated. In this same study, much higher percentages of manic patients, compared to depressed or euthymic patients, were rated as significantly improved. The mean doses of topiramate increased from 122 mg to 425 mg/day at one year, which may be indicative of possible tolerance to the effects of topiramate.

The efficacy of topiramate as monotherapy is less convincing; only four of ten patients completed the 28 day treatment in one study, and the second study did not present the results of monotherapy separately from those of adjunctive therapy.

There does not appear to be robust evidence for the efficacy of topiramate in treating depressive symptoms. In one study (n=56), there were no statistically significant improvements for manic,

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org> lpmgbtril_NCS.doc/drk/01.02

**Confidential
KAIS-044047**

depressed and euthymic patients on the Clinical Global Impressions (CGI)- Depression scores at four weeks, ten weeks or upon last evaluation (up to 214 days mean). However, in this same study, manic, but not depressed or euthymic patients, demonstrated significant changes in the Inventory of Depressive Symptoms (IDS) scores at four weeks and ten weeks, but not at last evaluation. Another study (n=20) demonstrated a decrease in HAM-D-21 scores from 13 to 9.5 at three weeks, and 8.5 at five weeks.

| | |
|---|---|
| A recent review of these five studies concluded that topiramate appeared beneficial as adjunctive treatment in a subgroup of treatment refractory patients with mania, mixed symptoms, or rapid cycling bipolar disorder. | R2 |
| Dropouts due to adverse events (AEs) ranged from 0% to 18%. Common complaints included cognitive impairment, sedation, paresthesias, and gastrointestinal effects. Case reports recount episodes of increased depression and anxiety, panic attacks, and first-break mania, as well as cognitive impairment. In several studies, authors attributed high adverse event rates to either high doses or rapid titration. Topiramate was relabeled in May 2000 to allow for a slower titration (25 mg – 50 mg increments per week) to improve tolerability. | R18, R19, R20, R21, R22, R23, R24, R25, R9 |

Topiramate treatment resulted in weight loss that was particularly dramatic in obese and very obese patients. In one case series of three morbidly obese patients with type II diabetes, patients lost between 16% and 20.5% of their baseline body weights (loss of 43 to 72 lbs) over 12 – 24 months. These patients also experienced improved glycemic control and were able to switch from insulin to oral anti-diabetic agents. Weight loss occurred within weeks of topiramate treatment and appeared to increase over time, at least through one year. In one study (n=56), mean weight loss was 1.6 lbs at 4 weeks and 13.7 lbs at one year.

## 1.2    Tiagabine

| | |
|---|---|
| There has been only one open-label study of eight patients and case reports of five patients involving the use of tiagabine in the treatment of bipolar disorder. The case reports involved patients with bipolar disorder with mixed, manic and psychotic features and one patient with schizoaffective disorder, bipolar type. Tiagabine was used as adjunctive treatment in all patients in doses ranging from 25 mg – 40 mg. The doses in these case reports ranged from 4 mg to 12 mg, and the onset of effect was noted as early as two weeks with continued effect up to five months. | R26, R27, R1 |

The results of the single open-label study (n = 8) using the Bech-Rafaelsen Mania Assessment Scale (BRMAS) scores at baseline and 14 days did not support the use of tiagabine for the either the monotherapy or adjunctive treatment of acute mania, particularly when a rapid onset of action is required (e.g. severe mania). As one of the patients (non-epileptic) experienced a generalized tonic-clonic seizure following a rapid dosage increase of tiagabine (from 20 mg initially to 30 mg by day 4), the authors warn of potentially dangerous adverse events with rapid dosage increases. The doses of tiagabine in this study ranged from 20 mg – 40 mg/day (mean daily dose 30.6 mg). The manufacturer recommended dose is 4 mg/day initially, followed by 4 mg to 8 mg incremental increases weekly up to 32 mg for adolescents and 56 mg for adults.

Adverse events were either not discussed or not noted in the case reports, but severe nausea and vomiting at 40 mg and seizure were noted in the open label study.

| | |
|---|---|
| A recent review of these case reports and studies concluded that tiagabine may be useful in patients with mood disorders that did not require a rapid resolution, but could be treated using a slow dose titration with prolonged observation. It may be that the open-label study did not demonstrate efficacy for tiagabine, as patients were evaluated after 14 days. It appears from case reports that the onset of action may be at ≥ 2 weeks. Given the relative dearth of clinical data, controlled studies would clarify the role of tiagabine, as well as effective dosage range and optimal titration strategies. The manufacturer did not provide any further data, unpublished or published, regarding the use of tiagabine for the treatment of bipolar disorder. | R2, R28 |

## 1.3    Levetiracetam

| | |
|---|---|
| There is only one published case report (n = 1) of the successful treatment of acute mania with levetiracetam monotherapy. In this report levetiracetam treatment resulted in a 50% reduction of YMRS scores by three weeks. Treatment with 2500 mg resulted in significant reductions in YMRS and HAMD-31 scores by five weeks. Upon discontinuation, manic symptoms rapidly re- | R29, R30 |

Confidential
KAIS-044048

emerged, and again resolved with the re-institution of levetiracetam. Enhancement of mood was reported with the use of levetiracetam in 12 patients to treat epilepsy.

The manufacturer had no further data regarding the use of levetiracetam for bipolar disorder, but small pilot proof-of-concept trials are underway to determine whether the company should proceed with further trials for this indication.

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org> tpmgbfril_NC5.doc/drk/01.02

Confidential
KAIS-044049

**Key for evidence tables:**

db = double-blind; RCT = randomized clinical trial; pts = patients; AE = adverse event; NS = not statistically significant
BP = bipolar; RCBP = rapid cycling bipolar disorder
YMRS = Young Mania Rating Scale: range 0 (least severe) to 60 (most severe)
BRMAS: Bech-Rafaelsen Mania Assessment Scale: range 0 to 44. < 15 indicates hypomania, ~20 moderate mania, ~28 severe mania
Hamilton Rating Scale for Depression (HAM-D): range 0 (least severe) to 55 for the 17 item scale and to 67 for the 21 item scale (most severe)
Clinical Global Impressions scale (CGI): range 1 (normal) to 7 (most severely ill)
Clinical Global Impressions scale, version for bipolar patients (CGI-BP): higher number indicates more severity
Brief Psychiatric Rating Scale (BPRS): range 0 – 126 (high scores indicate more severe symptoms)
Global Assessment Scale (GAS): measures level of functioning
Inventory of Depressive Symptoms (IDS): range 0–78 (high scores indicate more severe symptoms)
BMI = body mass index [weight(lb) ÷ (height)²] x 704.5. normal: 18.5 – 25, overweight >25 and <30, obese ≥ 30
TPM = topiramate, TGB = tiagabine, LEV = levetiracetam, CBZ = carbamazepine, VPA = valproic acid, GBP = gabapentin, LTG = lamotrigine

**EVIDENCE TABLE: Topiramate (TPM) in acute mania**

| Study/Topiramate | Outcome measure | Results | Adverse events | Comments |
|---|---|---|---|---|
| Grunze, Normann, et al. 2001 (R13) <br>• Open label, non-controlled, non-randomized, add-on therapy.<br>• Rater was blinded to off-period.<br>22 days<br>n = 11<br>• Hospitalized pts (Bipolar I) with acute mania on antimanic<br>• On current medication for ≥2 weeks<br>YMRS score ≥20.<br>• Topiramate given on-off-on:<br>25 mg –200 mg day 1-9<br>(mean dose was 127 mg)<br>discontinued day 10 - 15<br>re-titrated day 16 –22<br>(mean dose 172, range 50-400 mg)<br>• Various concomitant mood stabilizers were continued at stable dosages, and oxazepam up to 20mg/day was allowed for the first 7 days. | • YMRS<br>• HAM-D-21<br>• CGI-BP | • YMRS mean score<br>Baseline      33.5<br>Day 10      16.9 (p=.002 vs. baseline)<br>Day 19      19.9<br>(3 days after re-initiation)<br>Day 22      15.0 (p=.004 vs. baseline)<br>>50% reduction in score: 7 of 11 pts<br>• HAM-D-21 mean score<br>Baseline      8.2<br>Day 10      6.3<br>Day 19      6.5<br>Day 22      5.1<br>• CGI-BP      5.6 (range 5-7)<br>Baseline      4.2<br>Day 10      5.1<br>Day 19      4<br>Day 22 | • AEs reported:<br>Sedation – 2 pts on 50 mg/day<br>(1 on CBZ, 1 on VPA)<br>• One dropout due to AE:<br>paranoid and delusional symptoms<br>• No AEs were noted on abrupt withdrawal, other than worsening of manic symptoms. | • The authors conclude that this trial supports the antimanic efficacy of TPM.<br>• There was a tendency noted toward higher TPM plasma levels in responders compared with non-responders, but due to small numbers of patients, this was not shown to be statistically significant.<br>• Study not double-blind or placebo controlled.<br>• Small population (only 9 pts completed full study).<br>• Oxazepam usage was not reported. |
| Calabrese, Keck, et al. 2001 (R14)<br>• Open label, non-controlled, non-randomized, monotherapy.<br>• 28 days<br>• n = 10<br>mean age 43 years (range, 22-64) | • YMRS<br>• HAM-D-17<br>• BPRS<br>• CGI-Improvement (CGI-I)<br>• GAS | • Four pts completed 28 days of treatment.<br>Five discontinued "pt's choice"<br>One – worsening of manic symptoms<br>• YMRS mean score<br>Baseline      32 (range 26-40)<br>At last observation  22 (2-40) | • AEs reported in ≥10% pts<br>Paresthesias      5 pts<br>Decreased appetite  2 pts<br>Nausea      2 pts<br>Constipation      2 pts | • Authors concluded that these results suggest topiramate should be studied further in acute mania. Their 50% response rate was similar to that previously reported in another study. TPM was adequately tolerated. They |

8

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org< tpmg/dri/_NCS-doc/ek/kri_02

| Study topic/meds | Outcome measure | Results | Adverse events | Comments |
|---|---|---|---|---|
| • Hospitalized Bipolar I pts in manic or mixed phase (treatment refractory) YMRS ≥20<br>• TPM titrated by 50 mg every 3 days to optimal dose, given BID.<br>(Mean dose was 313 mg/day, range 50-612 mg/day. Mean maximal dose was 536 mg, range 50 – 1300 mg/day)<br>• Lorazepam up to 4mg/day was allowed to control agitation. | | ≥50% response: 3 pts<br>• HAM-D-17 mean score<br>Baseline                    27 (17-36)<br>At last observation      27 (17-37)<br>• BPRS mean score<br>Baseline                    47 (29-68)<br>At last observation      39 (18-63)<br>• CGI-Improvement<br>markedly improved:        3 pts<br>moderately improved:     1 pt<br>minimally improved:        1 pt<br>no change:                    3 pts<br>moderately worse           1 pt<br>markedly worse               1 pt<br>• GAS (% level of functioning)<br>Baseline                     21-50<br>At last observation       11-90<br>• Depression symptoms did not improve in five of the ten pts. | • Dropouts due to AEs: 0<br>• Mean weight loss in four completers: 4.7 lbs | noted that the generalizability of these findings may be limited, as only four pts completed the study.<br>• The authors note that the open design and lack of comparator group limits the study.<br>• The authors felt that unnecessary high doses may have increased the incidence of side effects. A dose between 150 mg and 500 mg/day may be sufficient, based upon review of the onset of effect.<br>• Lorazepam usage was not reported.<br>• It is unclear why 5 pts dropped out due to "patient choice." If this was due to AEs and/or lack of efficacy, this would greatly alter the overall interpretation of the results. |
| McElroy, Suppes, et al. 2000 (R15)<br>• Open-label, naturalistic, non-controlled, non-randomized, add-on therapy<br>• Acute phase 4 - 10 weeks<br>maintenance phase 214 days (mean).<br>• n = 56<br>Bipolar I: 43 pts<br>Bipolar II: 11 pts<br>Schizoaffective: 2 pts<br>• Outpts with Bipolar I, II, NOS (not otherwise specified) or schizoaffective disorder, bipolar type with inadequate response or poor tolerance to standard mood stabilizers.<br>• TPM titrated from initial dose of 25 mg – 50 mg/day by 25 mg – 50 mg/day every 3-14 days per pt (Mean dose 10 weeks = 193 mg/day response and AEs up to 1200 mg/day (Mean dose 10 weeks last evaluation = 245 mg, ,range 25 mg – 500 mg<br>Mean dose last evaluation = 245 mg, range 25 mg – 1200 mg) | • YMRS<br>• CGI-BP<br>• CGI (Depression)<br>• CGI (Mania)<br>• IDS | Statistically significant results bolded.<br>• YMRS mean score (p value) |  | • The authors conclude that TPM as adjunctive therapy may be effective for the acute and long-term treatment of manic, mixed or cycling bipolar pts inadequately controlled on other medications. As their pt population had relatively mild manic symptomatology (based low YMRS scores), the efficacy in more severe mania has not been established. TPM may have a relatively slow onset for response, which may be due to low and slow titration. TPM did not appear to have acute antidepressant effects. They suggest formal controlled studies based upon these preliminary results.<br>• The authors note that study design may not have excluded clinician or pt bias, placebo response or spontaneous improvement.<br>• The authors conclude that TPM may be associated with anorexia and weight loss in pts with psychotropic- |

YMRS mean score (p value):

| | base | 4 wks | 10 wks | last eval. |
|---|---|---|---|---|
| Manic pts<br>N=30 | 9.9 | **6.9 (.02)\*** | **5.3(.001)** | **6.3(.004)** |
| Depressed pts, n=11 | 6.1 | 4.2(ns) | 5.4 (ns) | 4.6 (ns) |
| Euthymic pts,n=13 | 3.2 | 1.8 (ns) | 1.6 (ns) | 3.6 (ns) |

\*At 2wks, change for manic pts was ns

| | base | 4 wks | 10 wks | last eval. |
|---|---|---|---|---|
| hypomanic pts,n=11 | 18.3 | **12.4 (ns)** | **9.4 (<.01)** | **9.9(<.01)** |
| mild mania pts, n=7 | 21.2 | 15 (ns) | **9.2(<.05)** | **10.8(<.05)** |
| mild-mod mania pts, n=4 | 24.2 | 18.5 (ns) | 12.2 (ns) | 15.0 (ns) |

• CGI (Mania) mean scores

| | base | 4 wks | 10 wks | last eval. |
|---|---|---|---|---|
| Manic pts | 3.5 | **2.7(<.01)** | **2.4(<.001)** | **2.4(<.001)** |
| Depressed | 1.3 | 1.4 (ns) | 1.3 (ns) | 1.1 (ns) |

Adverse events (second row):

• Dropouts due to AEs 10 pts (18%)
Most common AEs:
cognitive impairment (10 pts), reduced appetite (11), fatigue (5), sedation (5)
AEs reported by > 1 pt:
dry mouth (4 pts), unwanted weight loss (4), increased thirst (4), paresthesia (4), altered taste (4), dyspepsia (4), ataxia (4), dizziness (4), itching (4), slurred speech (2)x, decreased libido (2), increased libido (2), headaches (2), blurred vision (2),increased salivation (2), insomnia (2), psychosis (2),
• Dropouts: acute phase 34%
Increased depression        7 pts (13%)
Increased mania               4 pts (7%)
Side effects                     6 pts (11%)
Discontinuing all meds       1 pt
Failed to prevent wt gain from olanzapine        1 pt
• Dropouts, maintenance phase 18% of total study pts

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY<br>Kaiser Permanente Medical Care Program<br>Drug Information Services, California Division<br><http://pharmacy.kp.org> tomgtstnl_NC5.doc04x01.02

**Confidential**
**KAIS-044051**

| Study/to initiate | Outcome measures | Results | Adverse events | Comments |
|---|---|---|---|---|
| • Concurrent mood stabilizers and antipsychotic agents were continued. | | | 27% of pts in maintenance phase (37) pts<br>Side effects                                    4 pts<br>Lack of efficacy/worsening of symptoms                                  4 pts<br>Discontinuation in program          2 pts<br><br>• Mean weight loss<br>4 wks   0.7 kg (1.6 lbs) 0.1% change<br>10 wks  1.6 kg (3.5 lbs) 1.7% change<br>6 mos   4.7 kg (10.4 lbs) 4.8% change<br>1 year  6.2 kg (13.7 lbs) 6.2% change<br>Last eval. 4.5 kg (10 lbs) 4.9% change<br>• Decreased BMI<br>Mean BMI:<br>baseline    32.3<br>4 wks       31.3<br>10 wks      32.1<br>6 mos       33.3<br>1 year      32.7<br>Last eval.  30.7<br><br>The degree of decrease in weight and BMI were not associated with baseline weights or BMI. | Induced weight gain. However, the specific results for the 13 euthymic bipolar pts who entered the study for this purpose (weight loss) were not presented separately to confirm the efficacy or safety of this therapy.<br>• There was a high dropout rate during the 10 wk study, 11% of which were due to AEs and 20% for either increased depression or mania. Of 56 original subjects, only 27 continued through slightly longer than 7 months.<br>• The continued increase over time seen in the mean TPM dose was not discussed. This may be indicative of possible tolerance to TPM efficacy.<br>• As noted by the authors, TPM efficacy was not demonstrated in pts with more severe mania (YMRS $\geq 20$). Most studies of agents to treat acute mania require baseline YMRS of $\geq 18$, and the mean YMRS of this study population was 9.9. |

pts

Euthymic  1.4   1.5 (ns)   1.2 (ns)   1.5 (ns)

pts

• CGI (Depression) mean scores

| | base | 4 wks | 10 wks | last eval. |
|---|---|---|---|---|
| Manic pts | 3.4 | 3.1 (ns) | 3.2 (ns) | 3.3 (ns) |
| Depressed pts | 3.6 | 2.7 (ns) | 3.4 (ns) | 3.6 (ns) |
| Euthymic pts | 1.6 | 2.0 (ns) | 1.7 (ns) | 2.2 (0.25) |

• IDS mean scores

| | base | 4 wks | 10 wks | last eval. |
|---|---|---|---|---|
| Manic pts | 27.6 | 20.9(<.01)* | 20.5(<.05) | 21.7(ns) |
| Depressed pts | 25.4 | 17.2(ns) | 22.2(ns) | 24.5(ns) |
| Euthymic | 10.9 | 12.8(ns) | 10.2(ns) | 12.1(ns) |

*At 2 wks, change for manic pts was ns.

• CGI-BP response - % pts

Manic pts at 4 wks
35% much or very much improved
50% minimal or no change
16% much or very much worse
Manic pts at 10 wks
64% much or very much improved
24% minimal or no change
14% much or very much worse
Depressed pts at 4 wks
34% much or very much improved
67% minimal or no change
0% much or very much worse
Depressed pts at 10 wks
28% much or very much improved
55% minimal or no change
18% much or very much worse
• TPM doses increased gradually in both acute and maintenance phases with no difference in doses for responders and nonresponders.
Mean dose 4 wks: 122mg/day
10 wks: 193 mg/day
6 mos: 291 mg/day
1 yr: 425 mg/day

| Chengappa, Rathore, et al. 1999 (R16) | • YMRS | • Changes in mean scores (statistically significant | AEs experienced by 9 pts only | • The authors conclude that TPM may |

CONFIDENTIAL- FOR INTERNAL KAISER PERMANENTE USE ONLY<br>Kaiser Permanente Medical Care Program<br>Drug Information Services, California Division<br>>http://pharmacy.kp.org< tpmglvol_NCS.doc/4/01.02

Confidential<br>KAIS-044052

| Study, topiramate | Outcome measure | Results | Adverse events | Comments |
|---|---|---|---|---|
| • Open label, add-on<br>• 5 week acute phase and follow-up phase of 29 days to 10 months<br>• n = 20<br>• Bipolar I pts (n=18): mania, hypomania, mixed episode and rapid cycling and Schizoaffective disorder, bipolar type pts (n=2). Inpts (n=17) and outpts (n=3). All had failed adequate trials of mood stabilizers.<br>• TPM titrated from 25 mg/day by 25 mg – 50 mg every 3-7 days, unless intolerant to target 100 mg – 300 mg. (mean dose 5 wk = 211 mg, range 50 mg – 300 mg)<br>• Previous mood stabilizer treatment continued at stable dose. | • CGI-BP (severity and improvement)<br>• HAM-D-21<br>• Weight and BMI | results are bolded<br><br>|  | baseline | 3 wks | 5wks |<br>| YMRS | 29.7 | 18.4 | 11.6 |<br>| HAM-D-21 | 13 | 9.5 | 8.5 |<br>| CGI-severity | 5 | 4 | 2.6 |<br>| CGI-improvement |  | 3.4 | 2.5 |<br><br>• Treatment response<br>Responders          12 pts (60%)<br>(50% reduction on YMRS and CGI-improvement score of much or very much improved)<br>Minimal improvement          3 pts (15%)<br>No response          4 pts (20%)<br>Minimal worsening          1 pt (5%)<br>• Time to response<br>At 2 weeks 4 pts had a 50% reduction in YMRS. The rest took longer.<br>• Follow-up data is narrative with no specific outcome measures. Outcomes ranged from minimally worse (1 pt) and no change (~6 pts) to Discharged (7 pts).<br>• Weight loss<br>Mean weight baseline          212.3 lb<br>Mean weight loss 3 wks          -5.7 lbs<br>Mean weight loss 5 wks          -9.4 lbs<br>Follow-up visit (up to 10mos) –13.4 lbs<br>• BMI reduction<br>Baseline BMI          34.4<br>BMI reduction 3 wks          -0.91<br>BMI reduction 5 wks          -1.49<br>Follow-up visit          -2.09<br>Pts with BMI ≥30 at baseline lost mean 10.2 lbs (n=14)<br>Pts with BMI <30 at baseline lost mean 7 lbs (n=5) | (may be partial list)<br>mild paresthesia (n=6), sedation (2), anorexia (5), fatigue (3), slowed thinking (3), word-finding difficulty (2), tremor (1), nausea (1), rash (1), acute mental status changes (1) – resolved upon discontinuation and slower re-titration. | be useful as adjunctive therapy in some pts with bipolar I and schizoaffective disorder, bipolar type who have had inadequate response to combination treatments.<br>• The authors theorize that a slower dosage titration, lower target dose and simplified medication treatment may help minimize AEs associated with TPM treatment.<br>• The authors state that weight loss may be desirable in the treatment of overweight pts, but caution that one should consider the risk vs. benefit of this effect in treating anorexic or seriously underweight pts.<br>• The authors comment that controlled trials may more clearly demonstrate the efficacy of TPM in acute and maintenance phases of bipolar disease, as well as optimal dosing of TPM.<br>• Lack of comparator or placebo control. Potential for subject and rater bias.<br>• Only one of the two pts with schizoaffective disorder was successfully treated with TPM. |
| Marcotte 1998 42 (R17)<br>• Retrospective chart review, non-randomized, open label, add-on and monotherapy<br>• Mean duration of TPM treatment 16 weeks<br>• n = 58, 39 outpts and 19 inpts<br>• Rapid Cycling Bipolar Disorders: | • Response as rated by investigators on a Likert scale ranging from 'worse' to 'markedly improved'<br>• Evaluation included a qualitative assessment | • Response rate by diagnosis; pts (%)<br><br>|  | Marked/moderate improvement | Minimal/no improvement | Worse |<br>| Total pts | 36 (62%) | 16 (28%) | 6 (11%) |<br>| BP I (n=14) | 9 (64%) | 4 (29%) | 1 (7%) |<br>| BP II (n=6) | 3 (50%) | 3 (50%) | 0 BP | | • AEs reported (pts, %)<br>paresthesias (7, 12%), fatigue (3, 5%), somnolence (3, 5%), impaired concentration (2, 4%), confusion (1, 2%), delirium – with overmedication and alcohol (1, 2%), frequent bowel movements (1, 2%), grand mal seizures in epileptic pt (1, 2%), | • The authors conclude that while conclusions drawn from this type of review were limited and needed to be verified in randomized double-blind trials, the preliminary findings indicate a possible role for TPM as adjunctive therapy for refractory RCBD pts.<br>• The authors note that a majority of |

11

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY<br>Kaiser Permanente Medical Care Program<br>Drug Information Services, California Division<br>http://pharmacy.kp.org~binghell_NC5.doc/dtk/01.02

Confidential<br>KAIS-044053

| Study (topic/aims) | Outcome measures | Results | | | | Adverse events | Comments |
|---|---|---|---|---|---|---|---|
| Bipolar I (14 pts), Bipolar II (6), mixed (7), cyclothymic disorder (10), bipolar disorder NOS (7); and schizoaffective disorder (9), dementia (3), psychosis (2). <br> All were refractory to conventional mood stabilizer, including 18 lamotrigine and/or gabapentin failures. <br> • TPM was initiated at 25 mg BID and titrated by 50 mg every 7 days until improvement or maximum of 400 mg/day (Mean dose was 200 mg/day, range 25 mg – 400 mg). | of changes in sleep, appetite, mood and concentration. | mixed [n=7] <br> BP NOS (n=7) <br> Cyclothymic (n=10) <br><br> Schizoaffective (n=9) <br><br> Dementia (n=3) <br> Psychosis (n=2) | 3 (42%) <br> 3 (42%) <br> 5 (50%) <br><br> 7 (78%) <br> 3 (100%) <br> 2 (100%) | 2 (29%) <br> 4 (58%) <br> 3 (30%) <br><br> 2 (22%) <br> 0 <br> 0 | 2 (29%) <br> 0 <br> 2 (20%) <br><br> 0 <br> 0 <br> 0 | increase panic attacks (1, 2%), nausea (1, 2%) <br> • Dropouts due to AEs: 6 pts (10%) | • responders showed improvement within 72 hours with doses of 50 mg daily. However, data for total responses by time were not presented to confirm this observation. <br> • The study does not present the results of TPM monotherapy separately. The authors discuss the potential for only adjunctive therapy with TPM, which indicates that the results for monotherapy may not have been significant. <br> • Twenty-four different medications were being co-administered with TPM. Whether or not these medications dosages were being adjusted or whether medications were being added during TPM treatment was not discussed. <br> • This review was largely subjective, based upon impressions raters |
| | | **Case reports** | | | | | |
| Leitmaier, Schreitner, et al. 2001 (R31) <br> • Maintenance, combination therapy <br> • ~1 year (length of therapy unclear) <br> • n = 1 <br> 41 year old female, bipolar I disorder, 12 hospitalizations. Previous meds - CBZ, VPA, LTG. Pt refused VPA due to weight gain. <br> • TPM 200 mg and clonazepam | Resolution of manic symptoms and prevention of recurrence (subjective) | Pt experienced one breakthrough episode requiring inpt treatment early in treatment. | | | | Paraesthesia of legs early in treatment | • Per authors, TPM was promising option for this pt, particularly due to lack of weight gain, which may help with compliance. |
| Pecuch & Erfurth 2001 (R32) <br> • Case report, mono-and combination therapy <br> • 7 weeks <br> • n = 1 <br> 59 year old female, bipolar disorder, discontinued successful lithium therapy due to weight gain. <br> • TPM 600 mg – 1500 mg/day | BRMAS | • BRMAS score, baseline: <br> TPM 600 mg, 24 days: <br> TPM 1500 mg + clozapine, 77 days | 15 <br> 7 <br> 1 | | | No cognitive side effects or switch to depression noted. <br> (It is not noted whether the psychomotor activation and insomnia were due to TPM treatment) | • The authors conclude that TPM appears to reach full action when titrated to a threshold plasma level, and further studies are necessary to establish the dose and plasma levels for full antimanic effects. They also suggest that for the rapid treatment of acute mania that other antimanic agents be initiated in combination with TPM. |
| Teter, Early, et al. 2000 (R8) | Stabilization of mood | •TPM 275 mg, 3 mos: Dramatic improvement in | | | | When TPM was increased from 275 to | • The authors state the benefit of TPM |

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY <br> Kaiser Permanente Medical Care Program <br> Drug Information Services, California Division <br> >http://pbpharmacy.kp.org< tpmigrief_NC5.doc04N01.02

Confidential <br> KAIS-044054

| Study (population) | Outcome measure | Results | Adverse events | Comments |
|---|---|---|---|---|
| • Case report, add-on<br>• 10 weeks<br>• n = 1<br>37 year old morbidly obese female, psychotic disorder NOS, borderline personality taking VPA, chlorpromazine, citalopram with aggression, combativeness.<br>• TPM 200 mg – 275 mg. | and behavior (subjective) | behavior.<br>• Weight loss: 10 kg in 10 wks<br>• BMI decrease from 55.6 to 52 | 325 mg, pt experienced paresthesia in right arm, which resolved upon dosage reduction. | In psychiatric pts, particularly those with the additional diagnosis of obesity, needs to be evaluated in controlled studies. They note that as weight gain is common with many psychotropic agents, a mood stabilizer inducing weight loss would be a desirable treatment option. |
| • Case report, monotherapy maintenance<br>• 7 months<br>• n=1<br>60 year old female recovering from euphoric mania<br>• TPM 300 mg – 15.00 mg | BRMAS<br>HAM-D-21 | • BRMAS scores decreased from baseline 8 to mostly 1 over 7 mos.<br>• HAM-D-21 initial score was 0 and ranged from 0 to 20 during the 7 mos.<br>• Weight loss: ~ 37 lbs<br>• BMI decreased from 36.7 to 30.5<br>• Cholesterol serum levels remained constant.<br>• Triglyceride levels decreased from 154 to 79, then increased to 235 following TPM discontinuation per pt decision. | Not discussed | • This could be a continuation of the case report described above (R32).<br>• The authors conclude that TPM monotherapy can be useful in preventing mania, as well as mono or add-on treatment for obese bipolar pts or pts at risk for weight gain due to psychotropic medications.<br>• The authors surmise that the depression and anhedonia seen in this pt during TPM treatment may be related to the pts hyperthymic temperament. They also note the necessity for evaluating optimal plasma TPM concentrations. |
| Gordon & Price 1989 (R18)<br>• Case reports, add-on<br>• 2 mos and 3 mos<br>• n = 2<br>Case 1: 37 year old male with RCBP, obesity on VPA, bupropion, olanzapine and levothyroxine.<br>Case 2: 33 year old female, recurrent depression, mood lability, obesity on VPA, bupropion, levothyroxine.<br>• TPM 200 mg – 300 mg | • Case 1: weight loss<br>• Case 2: mood stabilization (subjective) | • Case 1: VPA was discontinued and TPM titrated to 200 mg.<br>Weight loss: 25 lbs in 3 mos, with mood remaining stable, improvement in depression and no emerging anxiety.<br>• Case 2: VPA was discontinued and TPM titrated to 300 mg.<br>Weight loss: 15 lbs in 2 mos. Regained 8 lbs when TPM discontinued.<br>Became more irritable, depressed and anxious. | • Increased depression and anxiety. | • Substitution of VPA with TPM resulted in significant weight loss. Further study of TPM in treating mood disorder should clarify its role. |
| Normann, Langosch, et al. 1999 (R19)<br>• Case report, add-on<br>• 15 days<br>• n = 1<br>35 year old female, bipolar disorder, acute mania<br>• TPM 50 mg | YMRS | VPA, haloperidol and TPM 50 mg.<br>• YMRS score:<br>VPA, haloperidol and TPM 50 mg : Decreased from 41 to 13 in 15 days.<br>TPM discontinued: Increased to 33 after 4 days<br>TPM restarted: Decreased to 11 in 11 days.<br>Subsequent discontinuation of haloperidol 5 days | Sedation and extrapyramidal dyskinesia on combination VPA, haloperidol and TPM. | • The authors conclude that this case is suggestive that TPM has antimanic properties, and further double-blind studies are warranted. |

13

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org< tpmjbkvl_JNC5.doc/dkv01.02

Confidential
KAIS-044055

| Study/Reference | Outcome measure | Results | Adverse events | Comments |
|---|---|---|---|---|
| Andrade 2001 (R20)<br>• Case report, add-on, – hypomania<br>• 10 days<br>• n = 1<br>47 year old male with Bipolar II, hypomania on VPA, lithium, risperidone and clonazepam.<br>• TPM 25 mg titrated q3days to 100 mg/day. | Mood stabilization (subjective) and weight loss. | TPM 100 mg: confusion and dysthoria, later did not result in recurrence of symptoms.<br>Re-appeared after rechallenge with 25 mg/day. | Confusion, word-finding difficulty, indecisiveness, depressed mood. | • The authors conclude that some pts may be unusually sensitive to TPM induced cognitive impairment despite low dose and slow titration strategies. |
| Goldberg & Burdick 2001 (R21)<br>• Case report, add-on, bipolar II<br>• 10 weeks<br>• n = 1<br>24 year old female, bipolar II, binge-eating disorders on LTG.<br>• TPM 50 mg | Mood stabilization (subjective) and weight loss. | • Remained euthymic during 10 wks, but after 1 wk, pt experienced panic attacks, which recurred with rechallenge with TPM 25 mg.<br>• Weight loss: 11 lbs in 10 wks. | Panic attacks | • The authors advise that clinicians consider the possibility of the induction or exacerbation of panic attacks in pts with bipolar illness. |
| Klüfas & Thompson 2001 (R22)<br>• Case reports, add on, bipolar pts<br>• 2 days – 2 weeks<br>• n = 3<br>Case 1: 24 year old female taking GBP and zolpidem.<br>Case 2: 40 year old female taking VPA, risperidone and cetirizine<br>Case 3: 34 year old female taking VPA, thyroxine and VPA.<br>• TPM 50 mg was added in all cases in lieu of higher doses of pts' current mood stabilizers due to weight gain concerns. | • Case 1: resolution of irritability and mild depression<br>• Case 2: resolution of racing thoughts<br>• Case 3: resolution of racing thoughts, irritability, agitation, anxiety, (subjective) | • Case 1: TPM was titrated to 50 mg. After 2 days pt reported severe depression with suicidal ideation, which resolved 1 wk after discontinuation.<br>• Case 2: TPM was titrated to 50 mg over 1 wk. After 1 wk, pt reported severe depression with anergia and anhedonia, which resolved with a decrease in dose of TPM.<br>• Case 3: TPM was titrated to 50 mg over 1 wk. After 2 wks, pt reported severe depression with suicidal ideation and anhedonia, which resolved 3 days after discontinuing TPM. | Symptoms of depression, including suicidal ideation, anhedonia and anergia. | • The authors note that in each case, the onset of depression within one wk of TPM treatment or with titration to 50 mg is notable, as well as is the significant relief of depressive symptoms 1 to 2 wks after discontinuation. As all pts had bipolar disorder, the depressive episodes could have been coincidental, but in each case the depression was the most severe the pts had ever experienced. The authors caution that prescribers should be aware of the potential for this serious adverse effect. |
| Davanzo, Cantwell, et al. 2001 (R23)<br>• Case report, add-on<br>• n = 1<br>10 year old male, bipolar I – juvenile onset ( also diagnosed with ADHD, and borderline IQ) with failure on CBZ and VPA, currently treated with VPA and risperidone.<br>• TPM 150 mg – 200 mg | • Resolution and remission of manic symptoms (subjective) | • TPM was titrated to 150 mg over 3 wks with resultant remission in symptoms.<br>• TPM was increased to 200 mg 3 mos later to treat a hypomanic episode with resultant report of academic difficulties 4 wks later. | Cognitive deficits, including difficulty acquiring and retaining new information. Decline from 4th grade level to second grade level special education.<br>K-BIT IQ (Kaufman Brief Intelligence Test) prior to TPM: 70<br>WISC IQ (Wechsler Intelligence Scale for Children) with TPM: 58 | • The authors suggest that, as the potential risks of TPM in children is unclear, caution is warranted when prescribing TPM to children. Baseline and follow-up language and math functioning assessments may be indicated. |
| Colom, Vieta, et al. 2001 (R24) | • Resolution of mixed | • After 15 days: partial remittance of symptoms, but | • Decreased cognition, dulled thinking, | • The authors warn that TPM may be |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY<br>Kaiser Permanente Medical Care Program<br>Drug Information Services, California Division<br>http://pharmacy.kp.org/~pmgtext/_NCS_doc/dei01.02

Confidential<br>KAIS-044056

| Study: topiramate | Outcome measure | Results | Adverse events | Comments |
|---|---|---|---|---|
| • Case report, monotherapy. <br> • n = 1 <br> 30 year old female, bipolar I – mixed episode. (Also diagnosed with unspecified eating disorder and borderline personality), refused medications known to cause weight gain. <br> • TPM 200 mg – 450 mg | episode (subjective) | decreased cognition and other AEs. <br> • Pt. had actually taken higher TPM doses, up to 450 mg, to increase her weight loss (6 kg in 15 days). | blunted mental reactions, blurred vision, paresthesias, sleepiness and GI disturbances, which resolved upon decreasing TPM to 100 mg. | abused by pts with body-image disorders. |
| Roy Chengappa, Levine, et al. 2001 (R34) <br> • Case reports, add-on, bipolar I with morbid-exogenous obesity and type2 diabetes <br> • n = 3 <br> • 1-2 years | Mood stability (subjective), weight loss, BMI, glycemic control | • # of bipolar episodes in past 12 months <br>      Before TPM    After TPM <br> Case 1    9        3 (in 2 years) <br> Case 2    8        4 (in 1.5 years) <br> Case 3    2        1 (in 1 year) <br> •     Weight change (lb)    BMI change <br> Case 1    351 to 279      46.4 to 36.9 <br> Case 2    246 to 198      38.3 to 30.8 <br> Case 3    274 to 231      43 to 36.3 <br> • FBS mg/dL    baseline    last eval. <br> Case 1    204        124 <br> Case 2    212        144 <br> Case 3    400        132 | • The authors conclude that TPM was useful for long-term mood stability, weight loss and improved glycemic control in obese bipolar pts with type II diabetes. They state that more definitive evidence for the efficacy of TPM in bipolar disorders, obesity and diabetes is needed from controlled comparator- and placebo-controlled trials. | |

15

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY <br> Kaiser Permanente Medical Care Program <br> Drug Information Services, California Division <br> >http://pbm/mbco.kp.org< tpmghnl_NCS.doc/drk/01.02

Confidential <br> KAIS-044057

EVIDENCE TABLE: Tiagabine in bipolar disorders

| Study: Tiagabine | Outcome measure | Results | Adverse events | Comments |
|---|---|---|---|---|
| Schaffer & Schaffer 1999 (R27)<br>• Case report, add-on<br>• 5 months and 3 months<br>• n = 2<br>Case 1: 46 year old female, bipolar I – rapid cycling on quetiapine, LTG and alprazolam with recurrence of mixed and manic symptoms.<br>Case 2: 42 year old female, bipolar I with marked recurrences of manic symptoms taking lithium, venlafaxine and flurazepam.<br>• TGB titrated from 1 mg to 4 mg/day | • Case 1: mood stabilization (subjective)<br>• Case 2: Reduction of recurrent manic symptoms (subjective) | • Case 1: Dysphoria and anhedonia resolved. After 2 months, TPM was increased from 3 mg to 4mg/day to treat a manic episode. Stable at 5 months.<br><br>• Case 2: Marked reduction of manic symptoms for 3 months. | None discussed. | • The authors concluded that these were the first case reports of TGB as a successful adjunctive treatment for bipolar disorder. It appeared that these pts responded to lower doses of TGB than that required for seizure control.<br>• The time to onset of symptom resolution was not presented. |
| Grunze, Erfurth, et al. 1999 (R1)<br>• Open-label, add-on and monotherapy<br>• 14 days<br>• n = 8<br>inpts, Bipolar I – acute mania<br>• TGB 25 mg – 40 mg<br>(mean dose 30.6 mg/day)<br>• Comedications continued in 6 pts | BRMAS | • BRMAS mean score:<br><br>| | baseline | Day 14 |<br>|---|---|---|<br>| | 28.9 | 27.0 |<br><br>• Severely manic pts (BRMAS >30)<br>| | baseline | Day 14 |<br>|---|---|---|<br>| pt1 | 39 | 37 day 10 |<br>| pt2 | 41 | 38 day 14 |<br>| pt3 (monotherapy) | 37 | 39 day 7 |<br><br>• Moderately manic pts<br>| | baseline | Day 14 |<br>|---|---|---|<br>| pt4 | 20 | 23 |<br>| pt5 (monotherapy) | 23 | 18* |<br>| pt6 | 25 | 18* |<br>| pt7 | 18 | 20 |<br>| pt8 | 28 | 23* | | • Generalized, tonic-clonic seizure in non-epileptic pt taking TGB 30 mg for 3 days and VPA 2600 mg/day.<br>• Severe nausea and vomiting in 1 pt following TGB increase from 30 mg to 40 mg/day, which resolved upon discontinuation.<br>• Two pts did not complete the study (one noted above). | • The authors conclude that their findings do no support the treatment of acute mania with TGB, particularly with rapid titration.<br>* Discontinuation of TGB in these mildly improved pts did not result in worsening mania, but further gradual improvement. |
| Kaufman 1998 (R26)<br>• Case report, add-on, bipolar and.<br>• n = 3<br>Case 1: 39 year old male, bipolar disorder with psychotic depressive symptoms taking CBZ and paroxetine.<br>Case 2: 44 year old male, schizoaffective disorder, bipolar type with mixed bipolar/psychotic features taking olanzapine and paroxetine.<br>Case 3: 22 year old male, bipolar – depressed and ADHD taking VPA, bupropion and methylphenidate.<br>• 4 weeks – 6 mos<br>• TPM 8 mg – 12 mg/day | • Case 1: resolution of psychotic depressive symptoms (subjective)<br>• Case 2: Resolution of vegetative-affective and psychotic symptoms (subjective)<br>• Case 3: Resolution of depressive symptoms. | • Case 1: 2 weeks on TGB 4 mg/day, symptoms dramatically improved. Continued successfully at 8 mg for > 6 mos.<br>• Case 2: 4 weeks on TGB 8 mg/day, no depressive or manic symptoms with minimal paranoia. Paranoid ideation returned when TGB discontinued and rapidly controlled with re-initiation.<br>• Case 3: 6 weeks on TGB 8 mg/day, all affective features resolved. Remained stable for > 4 mos. | No untoward AEs noted. | • The author suggests that TGB be considered as a potential adjunctive treatment for the treatment of bipolar and schizoaffective disorders, but that controlled trials are needed. |

16

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY<br>Kaiser Permanente Medical Care Program<br>Drug Information Services, California Division<br>>http://pharmacy.kp.org< tpmginf_NCS.doc/dvd01.02

Confidential<br>KAIS-044058

## EVIDENCE TABLE: Levetiracetam in bipolar disorders

| Study (Levetiracetam) | Outcome measure | Results baseline | 5 weeks | after discontinuation* | Adverse events | Comments |
|---|---|---|---|---|---|---|
| Goldberg & Burdick 2002 (R29)<br>• Case report, monotherapy<br>• 5 – 6 weeks<br>• n = 1<br>42 year old, bipolar I, non-rapid cycling, currently manic on VPA and olanzapine.<br>• LEV 2500 mg/day | YMRS<br>HAM-D-31 | • YMRS<br>25<br>at 3 weeks there was a 50% reduction in score<br>• HAM-D-31<br>16 | 6<br><br>5 | 22<br><br>22<br><br>Pt discontinued levetiracetam on own, mania again resolved upon re-initiation and continued at 6 week follow-up. | None discussed | • The authors suggest levetiracetam may be useful for the treatment of bipolar disorder, as it has a favorable side effect profile compared with other existing mood stabilizing agents. They also state that until further reports or controlled studies, that these particular findings must be interpreted with caution.<br>• The authors also suggest that as studies of gabapentin and tiagabine, which appear to potentiate GABA activity have yielded negative results for the treatment of mania, and as levetiracetam does not appear to directly affect GABA, there may be additional pharmacologic mechanisms involved in the effective therapy of mania. |

## EVIDENCE TABLE: Lamotrigine in bipolar disorder – Randomized, controlled double-blind studies only. R2

| Study (Lamotrigine) | Number of patients | Results | Comments |
|---|---|---|---|
| Berk 1999*<br>• parallel group, monotherapy, 4 weeks<br>• LTG vs Lithium vs Olanzapine | • n = 45<br>Inpatients with mania | • Mania Rating Scale (MRS)<br>Improvement in all groups (p<.0002)<br>No difference between treatments | • Data from R2 and abstract R35<br>• Lacks placebo group.<br>• Small patient population. |
| Calabrese et al. 1999<br>• parallel group, multicenter, monotherapy, 7 weeks<br>• LTG 50 mg and 200 mg vs. PLC | • n = 195<br>Outpts with Bipolar I, depression | • MADRS (Montgomery-Asberg Depression Rating Scale)<br>LTG 200 mg mean reduction 13.3 (p<0.05)<br>LTG 200 mg vs. PLC (p<0.05)<br>• HAM-D, CGI-severity, CGI-Improvement<br>LTG 200mg demonstrated antidepressant efficacy vs. PLC<br>• CGI- Improvement - % response<br>LTG 200 mg – 51%, LTB 50 mg – 41%, PLC – 26%<br>• AEs and safety result similar across groups, except LTG treatment had higher rates of headache. | • Data from R2 and abstract R36<br>• Authors conclude LTG monotherapy is effective and well-tolerated in the treatment of bipolar depression. |
| Calabrese et al. 2000<br>• parallel group, monotherapy, 6 mos<br>• LTG (100 mg – 300 mg/day) vs. PLC | N = 182<br>Outpts with Bipolar disorder, rapid cycling (RCBP) | • No relapse at 6 mos: LTG 41%, PLC 26% (p=0.03)<br>• 6 week difference in median survival time favoring LTG vs PLC (significant for bipolar II, but not bipolar I pts).<br>• No serious rashes or changes in labs, vital signs or weight. | • Data from R2 and abstract R37<br>• Authors conclude that LTG monotherapy is effective for some pts with RCBP.<br>• High placebo response seen in bipolar I pts. |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmaco.kp.org~bmg/oid_NC5.doc/drkv01.o2

Confidential
KAIS-044059

| Study/monotherapy | Number of patients | Results | Comments |
|---|---|---|---|
| Frye et al. 2000<br>• Double-blind, randomized, crossover placebo (PLC) controlled, monotherapy<br>• 6 weeks<br>• GBP (mean dose 3987 mg)<br>• LTG (mean dose 274 mg, range 300 mg – 500 mg) | • n = 31<br>Inpatients with refractory bipolar disorder or unipolar depression | • % responders (much/very much) improved on CGI-BP)<br>Data favored LTG with no significant difference between GBP and PLC treatments<br>LTG  52% (16 pts)   $p = 0.011$ vs. GBP<br>               $p = 0.022$ vs. PLC<br>GBP  26% (3 pts)   $p = 0.7$ vs. PLC (ns)<br>PLC  23% (7 pts)<br>• % responders for manic symptoms on CGI-BP<br>LTG  44%<br>GBP  20%<br>PLC  32% | • Data per table in R2 and abstract R38, R6<br>• Authors conclude data suggest efficacy of LTG in the treatment of pts with refractory affective disorders, but exact role and responsive subtype identification require further study.<br>• Small patient population. |
| Ichim et al. 2000<br>• parallel group, monotherapy, 4 weeks<br>• LTG 100 mg vs. Lithium 800 mg | • n = 30<br>Inpts with Bipolar I, manic | • MRS improved on both LTG (p=.0002) and Lithium (p=.005) with no significant difference in treatments at any time point.<br>• Both LTG and Lithium improved manic symptoms per assessment on BPRS, CGI-severity and CGI-improvement, with no significant differences between treatments at any time.<br>• AEs – no significant AEs were noted in either group. | • Data from R2 and abstract R39<br>• Mean lithium levels were subtherapeutic.<br>• Lacks placebo control.<br>• Small patient population. |

## EVIDENCE TABLE: Gabapentin in bipolar disorder (does not contain 4 open-label trials published in 1999)

| Study/Gabapentin | Number of patients | Results | Comments |
|---|---|---|---|
| Frye et al. 2000<br>• Double-blind, randomized, crossover placebo (PLC) controlled, monotherapy<br>• 6 weeks<br>• GBP (mean dose 3987 mg)<br>• LTG (mean dose 274 mg) | • n = 31<br>Inpatients with refractory bipolar disorder or unipolar depression | • % responders (much/very much) improved on CGI-BP)<br>Data favored LTG with no significant difference between GBP and PLC treatments<br>LTG  52% (16 pts)   $p = 0.011$ vs. GBP<br>               $p = 0.022$ vs. PLC<br>GBP  26% (3 pts)   $p = 0.7$ vs. PLC (ns)<br>PLC  23% (7 pts) | • Data per table in R2 and abstract R38<br>• Authors conclude data suggest efficacy of LTG in the treatment of pts with refractory affective disorders, but exact role and responsive subtype identification requires further study |
| Pande et al. 2000<br>• Double-blind, placebo controlled, add-on<br>• 10 weeks<br>• GBP (900 – 3600 mg/day) added to Lithium, VPA or combination | • n = 117<br>outpts with Bipolar I, mixed or manic | • YMRS, change from baseline favored PLC<br>GBP  -6<br>PLC  -9    $p < 0.05$ vs. GBP<br>• HAM-D, change from baseline<br>No difference between GBP and PLC treatment groups | • Data per table in R2 and abstract (R40)<br>• Authors conclude that the study did not demonstrate the efficacy of GBP as adjunctive treatment in outpts with bipolar disorder.<br>• More PLC pts (12) had lithium dosage adjustments compared with GBP pts (4).<br>• Per endpoint GBP levels, some pts did not comply with study medication. |
| McElroy, Soutullo, et al. 1997 (R41)<br>• Open prospective study, add-on<br>• 1 – 7 months<br>• Add-on therapy to: Li, VPA, CPZ, and various neuroleptic, antidepressant, and anxiolytic agents | • n = 9<br>Age 20 – 58 years<br>Two men, seven women<br>Bipolar I (n=7) or II (n=2) with inadequate response to Li, VPA or CBA with persistent | • Seven patients showed moderate or marked improvement at 1 month. At 3 months, an additional patient was improved.<br>• Of eight responsive patients, six pts maintained response from one to seven months.<br>• GBP added at 300 to 900 mg/day, usually bid or tid, but sometimes QD at HS. Doses increased by 300 to 900 mg/day | • GBP discontinued in four of the eight responsive pts: two for loss of response, one for exacerbation of migraines, one for complete response to addition of clozapine.<br>• Side effects included sedation (5 pts), forgetfulness (3 pts), ataxia (2 pts). Effects |

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY<br>Kaiser Permanente Medical Care Program<br>Drug Information Services, California Division<br>>http://pharmacy.kp.org< bmgInd_NCS.doc/dr001.02

**Confidential**
**KAIS-044060**

| Study, Characteristics | Number of patients | Results | Comments |
|---|---|---|---|
| | hypomanic (n=1), or mixed symptoms (n=8). Six patients were rapid cycling. | every 3 to 14 days to max dose of 4800 mg. • Doses in patients with sustained response ranged from 1600 – 4800 mg/day. | usually occurred upon initiation or increase of GBP and resolved with time or dose reduction. One pt experienced depression. |
| Gahemi et al. 1998 (R42) • Retrospective naturalistic case review, monotherapy and add-on • Up to one year • Monotherapy and Add-on to Li, VPA and CBZ, and various antidepressants. | • n = 50: 22 males, 28 females mean age 44.6 years. • Bipolar I (n=13) • Bipolar II or Bipolar NOS (n=27). Unipolar depression (n=10) | • Response rates (CGI-Improvement ≥2) • Overall 30% (15/50) • Bipolar II, Bipolar NOS 41% (11/27) • Bipolar I 15% (2/13) • Unipolar depression 20% (2/10) • Pts with acute depressive symptoms 28% (8/28) • Pts with rapid-cycling episodes 25% (3/12) • Four GBP monotherapy pts: two improved | • Side effects reported by 70% of pts (n=35): sedation (n=24), increased appetite (n=5), manic symptoms (n=4), weight gain (n=2), memory/cognitive difficulty (n=3), anxiety agitation (n=3), dizziness (n=2), decreased appetite, headache, ataxia, acne, tremor (n=1). • Eight (16%) pts discontinued due to ADRs, thirteen due to lack of effectiveness(26%). |
| Frye et al. 1999 (R43) • Double-blind, placebo-controlled, cross-over • 6 weeks | • n = 18 patients with refractory mood disorders. • Treatment regimens: lamotrigine, gabapentin or placebo | For GBP pts: • CGI-bipolar version response was 33%. Response was significantly different by first week, but antidepressant effects were lost by week 5. • CGI response was 60% for bipolar, 50% for bipolar II and 0% for unipolar. • CGI response was 60% for rapid cycling and 33% for non-cycling. | • Study not published. Review per manufacturer. • No doses were stated in original abstract. No side effects were stated in review. |
| Schaffer et al. 1997 (R44) • Open naturalistic study one to nine months, add-on and monotherapy | • n = 28 patients with bipolar disorder refractory to Li, VPA or CPZ. Ages 21-56 years, four men, 24 women • Bipolar II (n=10) Bipolar NOS (n=1) Cyclothymic disorder (n=7) • Adjunctive meds included AEDs, antianxiety, antidepressant, and antipsychotic agents. | • 18 pts (64%) had positive response as judged by treating psychiatrist and patient. • Average GBP dose 539 mg (range - 33-2700 mg). | • GBP discontinued due to side effects (n=8) and inadequate response (n=2). • Most common side effects were oversedation or overactivation (two pts discontinued GBP due to greater rapid cycling). |
| Knoll et al. 1998 (R45) Open study Three to 60 weeks. Add-on therapy to Li, VPA, antidepressant, anxiolytic, antipsychotic agents. | • n = 12 patients with symptoms of mania or hypomania, resistant to therapeutic levels of standard mood stabilizers. Mean age 42 years (range 30-52 years) Two men, ten women • Bipolar I (n=9) Bipolar II (n=1) Schizoaffective, bipolar type (n=1) | Per CGI-Improvement scale • One pt had marked improvement in manic symptoms. • Seven pts had moderate responses. • Two pts had mild response. • Two pts had no response. • Primary symptoms improved by GBP: mood lability, poor concentration, distractibility, irritability, and variable energy levels. • GBP started at 300mg/day and titrated individually. Peak dose range 900 – 3300 mg/day. (median dose 2400 mg/day). | • Six pts discontinued GBP due to ADRs: sedation (n=5), mild alopecia (n=1). • Side effects included sedation, fatigue, nausea, tremor, weight gain and irritability. |
| Erfath et al. 1998 (R46) • Open naturalistic study, monotherapy | • n = 14 patients with acute mania | Per Bech-Rafaelsen Mania Assessment Scale (BRMAS) scores: | • Four monotherapy pts discontinued at day 7 due to lack of response. |

19

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org/~pmgf/eid_NC5.doc04/401.02

Confidential
KAIS-044061

| Study/population characteristics | Number of patients | Results | Comments |
|---|---|---|---|
| and add-on<br>• Up to 21 days. | 6 pts treated as add-on<br>8 pts treated with GBP monotherapy, with benzodiazepines prn sedation. | • Add-on pts: scores declined from 37.7 to 7.8 on day 21. GBP doses ranged from 1600 – 4800 mg/day.<br>• Monotherapy pts: scores declined from 27.8 to 9.0 for 4 of 8 pts completing 21 days. GBP dose range 1200-3600 mg/day.<br>• GBP doses ranged from 1200 – 4800 mg/day. Dosed individually. | • Three of six add-on pts required VPA loading therapy or increased Li dose.<br>• Author observed that GBP seemed less effective as a loading therapy compared to VPA or CBZ.<br>• No worsening of manic symptoms was observed.<br>• No serious side effects were observed. Mild sedation in two pts. |
| Young et al. 1997 (R47)<br>• Case series, open label, add-on<br>• 6 week<br>• Add-on to mood stabilizers, benzodiazepines or neuroleptics. | • n = 15<br>patients with depression (HAMD-17≥ 16 and Young Mania Rating Scale, 10) with bipolar I (n=10) or II (n=5) disorder. Ten pts were rapid cycling<br>Five men and ten women<br>Mean age 39.<br>• Treatment failures or intolerant to at least two mood stabilizers. | • average HAMD scores dropped from 21.7 to 16.7 (p= 0.01)<br>• HAMD responders (25% -50% reduction): n=8 (53%)<br>• HAMD non-responders n=7 (47%).<br>• GBP dosed bid or tid with individualized dose adjustments. Range 300 – 2400 mg/day, mean dose 1050 mg.<br>• No clear relationship to dose and response was seen. The average dose for responders was 963 mg vs. 1168 mg for non-responders. | • ADRs: diarrhea or nausea (n=13), neurotoxicity (ataxia, dizziness, incoordination) (n=7), sedation (n=6), anxiety (n=3), weight gain (n=2)<br>• One nonresponder experienced worsening of depression, and also hypomanic symptoms. |
| Ryback et al. 1997 (R48)<br>• Retrospective open study<br>• Unclear whether GBP was add-on or monotherapy | • n = 73:<br>55 adults, mean age 42 (23-65 years)<br>18 adolescents, mean age 15 (13-18)<br>• Bipolar I<br>depressed n=4<br>manic n=2<br>mixed, non specific n=7<br>•Bipolar NOS, rapid cycling n=15 adolescents and 18 adults<br>• Bipolar II = 23 adults, 2 adolescents rapid cycling n = 8 adults<br>• Most pts had had unsuccessful trial or at least one and usually two standard treatment agents. | • Overall 67/73 (92%) patients responded positively.<br>• GBP daily dose in adults 200 mg to 2500 mg/day<br>GBP daily dose in adolescents 900 to 2400 mg/day<br>Blood levels in 10 adults and 1 adolescent 3.4 mg/l to 15 gm/l. Levels above 10mg/l were usually not therapeutic in those cases. | • ADRs: weight gain (n=4), weight loss (n=5, possibly due to discontinuation of previous meds), sedation n=1, mood swings, irritability, increased cycling, mania (n=3), possible encephalopathy with CBZ (n=1). Three pts stopped GBP at dosages of 200-600mg/day for minor complaints, successfully revisited later at dosages of 1gm-2mg/day. |
| Stanton et al. 1997 (R49)<br>• Case report, monotherapy<br>• 10 days | • n = 1, patient with acute manic symptoms 40 years, bipolar I disorder and alcohol dependence. History frontal lobe injury and intracranial hematomas. | • Young Mania Rating scale score decreased from 84 at baseline to 17 at day 10.<br>• GBP started at 900 mg/day and increased daily by 900 mg until level of 3600 mg/day after 4 days. | • No side effects were reported. |
| McElroy et al. 1997 (R41)<br>• Case report, add-on to CBZ, zolpidem | • n = 1 adolescent patient<br>Age 13. Bipolar I, manic episode<br>Li and CBZ intolerant, partial response to VPA | • YMRS score reduced from 17 to 15 at 4 months and to 6 at 7 months.<br>• GBP titrated to 1500 mg/day. | • Recurrence of irritability, poor sleep, and racing thoughts 5 weeks after addition of GBP and decrease of CBZ. |
| Sheldon et al. 1998 (R50)<br>• Case report add-on to venlafaxine and zopiclone<br>• 2 weeks | • n = 1 geriatric patient, ge 73 with severe bipolar mood disorder with recurrent major depression. Intolerant to Li and VPA. | • Pt remained well for several months.<br>• GBP initiated at 100 mg bid increasing to 300mg bid over 2 weeks. | • No side effects were observed. |

20

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org< !pmgfkif_NC5.doc04x01.02

Confidential
KAIS-044062

## Appendix : Antiepileptic Drug Table

*Key:*

*EIAEDs – Enzyme inducing antiepileptic drugs: carbamazepine, phenytoin, primidone, and phenobarbital*
*GBP – Gabapentin   LEV – Levetiracetam   LTG – Lamotrigine   MHD – active monohydroxy metabolite of oxcarbazepine   Pb – Phenobarbital*
*PHT – phenytoin   PRM – Primidone   TGB – Tiagabine   TPX – topiramate   VPA – valproate   CBZ – carbamazepine OXC – oxcarbazepine*

| AED agent | FDA approved Indication | Mechanism of Action | Half-life |
|---|---|---|---|
| Levetiracetam (Keppra) R11, R51 | Adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy. | LEV has no apparent affinity for GABA, benzodiazepine or excitatory amino acid receptors, and does not directly interact with the benzodiazepine-GABA ionophore. LEV has been shown to stimulate dopaminergic neurotransmission *in vivo*. | 6 – 8 hours |
| Topiramate (Topamax) R52 | Adjunctive therapy for the treatment of adults and children ages 2-16 years with partial onset seizures or primary generalized tonic-clonic seizures and for patients ≥ 2 years with seizures associated with Lennox-Gastaut syndrome. | May be due to sodium channel blocking action, effects to enhance GABA activity and antagonism of excitatory amino acid (glutamate) receptors. | 21 hours |
| Tiagabine (Gabitril) R53 | Adjunctive therapy in adults and children 12 years and older in the treatment of partial seizures. | May enhance activity of gamma aminobutyric acid (GABA). | • 7 to 9 hours. • Pts taking EIAEDs : 4 to 7 hours. • A diurnal effect on the pharmacokinetics was observed. |
| Gabapentin (Neurontin) R54 | Adjunctive therapy in the treatment of partial seizures in patients ≥ 3 years of age. | Gabapentin is structurally related to GABA, but it does not interact with GABA receptors. | 5 – 7 hours |
| Lamotrigine (Lamictal) R55 | Adjunctive therapy in adults with partial seizures and adjunctive therapy in the generalized seizures of Lennox-Gastaut syndrome in pediatric and adult patients. | May work via inhibition of voltage-sensitive sodium channels to modulate release of excitatory amino acids. | • Pts taking EIAEDs: 12.6 - 14.4 hours • Pts taking EIAEDs and VPA:27.2 hours • Patients taking VPA only: 58.8 hours |
| Oxcarbazepine (Trileptal) R56, R12 | • Monotherapy or adjunctive therapy in the treatment of partial seizures in adults with epilepsy, and adjunctive therapy in the treatment of partial seizures in children ages 4-16 with epilepsy. | OXC and MHD are believed to exert their antiepileptic activity mainly through the blockade of high-voltage sodium channels. | OXC – 2 hours MHD (monohydroxy metabolite) – 9 hours |
| Carbamazepine (Tegretol) R57 | • Anticonvulsant for partial seizures with complex symptomatology, generalized tonic-clonic seizures, mixed seizure patterns or other partial or generalized seizures. • Pain associated with true trigeminal neuralgia. • Glossopharyngeal neuralgia. | Antiepileptic effect may be related to effects on sodium channels to limit sustained, repetitive firing and alter synaptic transmission. | Initial –25-65 hours Chronic dosing –15 – 25 hours Epoxide metabolite – 6.1 hours |
| Valproic Acid (Depakote, Depakene) R58 | • Treatment of the manic episodes associated with bipolar disorder. • Monotherapy and adjunctive therapy in the treatment of patients with complex partial seizures,  simple and complex absence seizures, | May be related to increased brain concentrations of gamma-aminobutyric acid (GABA). | 9 – 16 hours |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org< tpingpref_NC5.docdrep01.oz

**Confidential**
**KAIS-044063**

and adjunctively in patients with multiple seizure types that include absence seizures.
• Migraine prophylaxis.

| AED agent | Pharmacokinetics (PK) in the elderly | PK in patients with renal dysfunction | PK in patients with hepatic dysfunction |
|---|---|---|---|
| Levetiracetam (Keppra) | Increased half-life, most likely due to decreased renal function. | Dosage reductions recommended according to renal function. | No dosage adjustment necessary. |
| Topiramate (Topamax) | Clearance was not affected by age (18-67 years). | One-half the usual dose is recommended in patients with moderate or severe renal impairment. | In hepatically impaired patients the clearance may be decreased. |
| Tiagabine (Gabitril) | The pharmacokinetic profile similar in healthy elderly and healthy young adults. | The pharmacokinetics similar in mild to severe renal impairment. | Patients with impaired liver function may require reduced initial and maintenance doses of tiagabine and/or longer dosing intervals compared to patients with normal hepatic function. |
| Gabapentin (Neurontin) | Reduction of gabapentin dose may be required in patients who have age related compromised renal function. | Dosage adjustment in adults with compromised renal function is necessary | As GBP is not metabolized, there are no recommendations for dosage adjustments. |
| Lamotrigine (Lamictal) | Pharmacokinetics similar to those of young and healthy. | Mean plasma half-life increased in chronic renal failure pts. Use with caution in pts with severe renal impairment. | Initial, escalation, and maintenance doses should generally be reduced by ~ 50% in patients with moderate and 75% in patients with severe hepatic impairment. |
| Oxcarbazepine (Trileptal) | Age related reduction in Cr Cl resulting in higher AUC and maximum plasma levels. No specific dosing recommendations per manufacturer. | In impaired renal function (Cr Cl <30 mL/min, start at ½ usual starting dose and increase slowly. | No dose adjustment in mild to moderate hepatic impairment. No evaluation in severe hepatic impairment. |
| Carbamazepine (Tegretol) | • Increased plasma levels and AUC values of MHD in elderly pts. • No specific dosing recommendations | No dosage adjustments recommended. | No dosage adjustments recommended. |
| Valproic Acid (Depakote, Depakene) | Reduced elimination. Accordingly, the initial dosage should be reduced in the elderly. | No dosage adjustment appears to be necessary in patients with renal failure. Protein binding in these patients is substantially reduced; thus, monitoring total concentrations may be misleading. | Impaired capacity to eliminate VPA, with decreased albumin concentrations with larger unbound fractions of VPA. Monitoring of total concentrations may be misleading since free concentrations may be substantially elevated in patients with hepatic disease, whereas total concentrations may appear to be normal. |

| AED agents | Black box or bolded warning in labeling | Other significant warning or precautions | Recommended lab monitoring |
|---|---|---|---|
| Levetiracetam (Keppra) | None | • Neuropsychiatric adverse events: somnolence, fatigue, coordination difficulties, behavioral abnormalities, hematologic abnormalities. | None |
| Topiramate (Topamax) | None | • Acute myopia and secondary angle closure glaucoma. • Cognitive and neuropsychiatric events (psychomotor slowing, difficulty with concentration, and speech or language problems, somnolence or fatigue), sudden unexplained | None |

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information Services, California Division
>http://pharmacy.kp.org< template_NCS.doc/rev.01.02

Confidential
KAIS-044064

| AED agents | Black box or bolded warning in labeling | Other significant warning of precautions | Recommended lab monitoring |
|---|---|---|---|
| Tiagabine (Gabitril) | None | • Cognitive and neuropsychiatric events (impaired concentration, speech or language problems, and confusion, somnolence and fatigue), status epilepticus, SUDEP, generalized weakness, binding in the eye and other melanin-containing tissues, dosage in hepatic impairment, serious rash.<br>• Use in non-induced patients (e.g VPA monotherapy) may require lower doses or a slower dose titration of TGB. | |
| | | **death in epilepsy (SUDEP), kidney stones, concomitant use with other carbonic anhydrase inhibitors, paresthesia, decreased dosing in renal impairment, caution in hepatic impairment.**<br>• Need to maintain adequate fluid intake in order to minimize the risk of renal stone formation. | |
| Gabapentin (Neurontin) | None | Neuropsychiatric events in pediatric pts, fumerogenetic potential, SUDEP. | None |
| Lamotrigine (Lamictal) | Serious rashes, rate greater in pediatric patients. | Hypersensitivity reactions, acute multi-organ failure, pure red cell aplasia, dosing in pediatric pts, dermatologic events, SUDEP , status epilepticus, dosage in regimens containing VPA, caution in pts with concomitant illness, binding in the eye and other melanin-containing tissues. | Monitoring of the plasma levels of LTG and concomitant AEDs may be indicated, particularly during dosage adjustments. |
| Oxcarbazepine (Trileptal) | None | • Clinically significant hyponatremia, (sodium <125 mmol/L) ~02.5%.<br>• Hypersensitivity reaction to carbamazepine.<br>• Cognitive/Neuropsychiatric adverse events. | None |
| Carbamazepine (Tegretol) | • Aplastic anemia (2/1,000,000)<br>• Agranulocytosis (1/1,000,000) | • Contraindicated in patients with previous bone marrow depression or sensitivity to tricyclic compounds. Theoretical potential interaction with MAOIs.<br>• History of adverse hematologic reactions to other drugs. Rare severe dermatologic reactions, including toxic epidermal necrolysis and Stevens-Johnson syndrome.<br>• Associated with increased generalized seizures in patients with atypical absence seizures.<br>• hepatic effects and hypersensitivity reactions. | • Baseline hematological testing: blood counts, platelets and possibly reticulocytes and serum iron.<br>• Baseline and periodic evaluations of liver function.<br>• Baseline and periodic eye exams, including slit-lamp, funduscopy and tonometry, as phenothiazine-like drugs have "been shown to cause eye changes."<br>• Baseline and periodic complete urinalysis and BUN because of observed renal dysfunction. |
| Valproic Acid (Depakote, Depakene) | Hepatotoxicity, teratogenicity, pancreatitis | Somnolence in the elderly, thrombocytopenia, hyperammonemia, drug interactions, altered thyroid tests, suicidal ideation, possible stimulation of HIV and CMV viruses. | • Liver function tests, platelet counts and coagulation tests at baseline and periodic intervals. Plasma concentrations in early therapy when given with other enzyme inducing drugs. |

CONFIDENTIAL FOR INTERNAL KAISER PERMANENTE USE ONLY<br>Kaiser Permanente Medical Care Program<br>Drug Information Services, California Division<br>>http://pharmacy.kp.org> tgm#phif_NC5.doc06v01.02

**Confidential**<br>**KAIS-044065**

| Prepared by: | Debbie R. Kubota, Pharm.D.<br>Drug Information Services<br>Kaiser Permanente California Division |
|---|---|
| Date: | January 2002 |
| Edited by: | Natalie Hinrichs, Pharm.D.<br>Drug Information Services<br>Kaiser Permanente California Division |
| Edited by: | Mirta Millares, Pharm.D.<br>Manager, Drug Information Services<br>Kaiser Permanente California Division |
| Edited by: | Mary Ann Dzurec, Pharm.D.<br>Clinical Pharmacy Specialist, Ohio Region<br>March 2002 |

## References

R1. Grunze H, Erfurth A, Marcuse A et. al. Tiagabine appears not to be efficacious in the treatment of acute mania. J Clin Psychiatry 1999;60(11):759-762.

R2. De Leon OA. Antiepileptic drugs for the acute and maintenance treatment of bipolar disorder. Harv.Rev.Psychiatry 2001;9(5):209-222.

R3. Strakowski SM, DelBello MP, and Adler CM. Comparative efficacy and tolerability of drug treatments for bipolar disorder . CNS Drugs 2001;15(9):701-718.

R4. Emrich H, Dose M, and von Zerssen D. The use of sodium valproate, carbamazepine and oxcarbazepine in patients with affective disorders. J Affect Disord 1985;8243-250.

R5. Bowden CL. Novel treatments for bipolar disorder. Expert.Opin.Investig.Drugs 2001;10(4):661-671.

R6. McElroy SL, Keck PE, Jr. Pharmacologic agents for the treatment of acute bipolar mania. Biol.Psychiatry 2000;48(6):539-557.

R7. Langtry H, Gillis J, and Davis R. Topiramate; a review of its pharmacodynamic and pharmacokinetic properties and clinical efficacy in the management of epilepsy. Drugs 1997;54(5):752 -773.

R8. Teter CJ, Early JJ, and Gibbs CM. Treatment of affective disorder and obesity with topiramate. Ann Pharmacother 2000;34(11):1262-1265.

R9. "FDA approves slower dose and titration schedule for Topamax (topiramate)". May 2001. <http://www.topamax.com/news/5-15-00.htm>

R10. Sussman N, Gorman J, and Privitera M. Psychiatric applications of the new antiepileptic drugs. 2001;

R11. Keppra manufacturer labeling, UCB Pharma, Inc. 2000;

R12. Oxcarbazepine (Trileptal) Monograph, Kaiser Drug Information Services, California Division. 2001;

R13. Grunze HC, Normann C, Langosch J et. al. Antimanic efficacy of topiramate in 11 patients in an open trial with an on-off-on design. J Clin Psychiatry 2001;62(6):464-468.

R14. Calabrese JR, Keck PE, Jr., McElroy SL et. al. A pilot study of topiramate as monotherapy in the treatment of acute mania. J Clin Psychopharmacol 2001;21(3):340-342.

R15. McElroy SL, Suppes T, Keck PE et. al. Open-label adjunctive topiramate in the treatment of bipolar disorders. Biol.Psychiatry 2000;47(12):1025-1033.

R16. Chengappa KN, Rathore D, Levine J et. al. Topiramate as add-on treatment for patients with bipolar mania. Bipolar.Disord 1999;1(1):42-53.

R17. Marcotte D. Use of topiramate, a new anti-epileptic as a mood stabilizer. J Affect.Disord 1998;50(2-3):245-251.

R18. Gordon A, Price LH. Mood stabilization and weight loss with topiramate. Am J Psychiatry 1999;156(6):968-969.

R19. Normann C, Langosch J, Schaerer LO et. al. Treatment of acute mania with topiramate. Am J Psychiatry 1999;156(12):2014-

R20. Andrade C. Confusion and dysphoria with low-dose topiramate in a patient with bipolar disorder. Bipolar.Disord 2001;3(4):211-212.

R21. Goldberg JF, Burdick KE. Cognitive side effects of anticonvulsants. J Clin Psychiatry 2001;62 Suppl 1427-33.

R22. Klufas A, Thompson D. Topiramate-induced depression. Am J Psychiatry 2001;158(10):1736-

R23. Davanzo P, Cantwell E, Kleiner J et. al. Cognitive changes during topiramate therapy. J Am Acad.Child Adolesc.Psychiatry 2001;40(3):262-263.

R24. Colom F, Vieta E, Benabarre A et. al. Topiramate abuse in a bipolar patient with an eating disorder. J Clin Psychiatry 2001;62(6):475-476.

R25. Schlatter FJ, Soutullo CA, and Cervera-Enguix S. First break of mania associated with topiramate treatment. J Clin Psychopharmacol 2001;21(4):464-466.

R26. Kaufman K. Adjunctive tiagabine treatment of psychiatric disorders: three cases. Ann Clin Psychiatry 1998;10(4):181-184.

**Confidential**
**KAIS-044066**

R27.  Schaffer L, Schaffer C. Tiagabine and the treatment of refractory bipolar disorder. Am J Psychiatry 1999; 156(12):2014-2015.

R28.  Mobley S. Cephalon Professional Services, Cephalon Inc. West Chest, PA. Personal communication. 2001;

R29.  Goldberg JF, Burdick KE. Levetiracetam for acute mania. Am J Psychiatry 2002;159(1):148-

R30.  UCB Pharma Medical Services Department, verbal communication. 2002;

R31.  Letmaier M, Schreinzer D, Wolf R et. al. Topiramate as a mood stabilizer. Int Clin Psychopharmacol 2001;16(5):295-298.

R32.  Pecuch PW, Erfurth A. Topiramate in the treatment of acute mania. J Clin Psychopharmacol 2001;21(2):243-244.

R33.  Erfuth A, Kuhn G. Topiramate monotherapy in the maintenance treatment of bipolar I disorder: effects on mood, weight and serum lipids. Neuropsychobiology 2000;42 Suppl 150-51.

R34.  Roy Chengappa KN, Levine J, Rathore D et. al. Long-term effects of topiramate on bipolar mood instability, weight change and glycemic control: a case-series. Eur Psychiatry 2001;16(3):186-190.

R35.  Berk M. Lamotrigine and the treatment of mania in bipolar disorder. Eur Neuropsychopharmacol 1999;9(Suppl 4):S119-S123 (abstract).

R36.  Calabrese JR, Bowden CL, Sachs G et. al. A double-blind placebo-controlled study of lamotrigine monotherapy in outpatients with bipolar I depression. Lamictal 602 Study Group. J Clin Psychiatry 1999;60(2):79-88 (abstract).

R37.  Calabrese JR, Suppes T, Bowden CL et. al. A double-blind, placebo-controlled, propylaxis study of lamotrigine in rapid-cycling bipolar disorder. Lamictal 614 Study Group. J Clin Psychiatry 2000;61(11):841-850 (abstract).

R38.  Frye MA, Ketter T, Dunn RT et. al. A placebo-controlled study of lamotrigine and gabapentin monotherapy in refractory mood disorders. J Clin Psychopharmacol 2000;20(6):607-614 (abstract).

R39.  Ichim L, Berk M, and Brook S. Lamotrigine compared with lithium in mania: a double-blind randomized controlled trial. Ann Clin Psychiatry 2002;12(1):5-10 (abstract).

R40.  Pande A, Crockett J, Janney C et. al. gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Gabapentin Bipolar Disorder Study Group. Bipolar Disord 2000;2(3 Pt 2):249-255 (abstract).

R41.  McElroy SL, Soutullo CA, Keck PE, Jr. et. al. A pilot trial of adjunctive gabapentin in the treatment of bipolar disorder. Ann Clin Psychiatry 1997;9(2):99-103.

R42.  Ghaemi SN, Katzow JJ, Desai SP et. al. Gabapentin treatment of mood disorders: a preliminary study. J Clin Psychiatry 1998;59(8):426-429.

R43.  Frye MA, Ketter T, and Osuch EA. Gabapentin and lamotrigine monotherapy in mood disorder: an update. 1999;

R44.  Schaffer CB, Schaffer LC. Gabapentin in the treatment of bipolar disorder. Am J Psychiatry 1997;154(2):291-292.

R45.  Knoll J, Stegman K, and Suppes T. Clinical experience using gabapentin adjunctively in patients with a history of mania or hypomania. J Affect.Disord 1998;49(3):229-233.

R46.  Erfuth A, Kammerer C, Grunze H et. al. An open label study of gabapentin in the treatment of acute mania. J Psychiatric Res 1998;32:261-264 (abstract).

R47.  Young LT, Robb JC, Patelis-Siotis I et. al. Acute treatment of bipolar depression with gabapentin. Biol.Psychiatry 1997;42(9):851-853.

R48.  Ryback RS, Brodsky L, and Munasifi F. Gabapentin in bipolar disorder. J Neuropsychiatry Clin Neurosci 1997;9(2): 301-

R49.  Stanton SP, Keck PE, Jr., and McElroy SL. Treatment of acute mania with gabapentin. Am J Psychiatry 1997;154(2):287-

R50.  Sheldon LJ, Ancill RJ, and Holliday SG. Gabapentin in geriatric psychiatry patients. Can.J Psychiatry 1998;43(4):422-423.

R51.  Haria M, Balfour J. Levetiracetam. CNS Drugs 2002;7(2): 159-164.

R52.  Topamax manufacturer labeling, Ortho-McNeil Pharmaceutical. 2001;

R53.  Gabitril manufacturer labeling, Cephalon, Inc. 2001;

R54.  Neurontin manufacturer labeling, Parke Davis Pharmaceuticals, Ltd. 2001;

R55.  Lamictal manufacturer labeling, GlaxoSmithKline. 2001;

R56.  Trileptal manufacturer labeling, Novartis Pharmaceuticals. 2001;

R57.  Tegretol manufacturer labeling, Novartis Pharmaceuticals in Micromedex, Vol 111, 2002. 2000;

R58.  Depakote manufacturer labeling, Abbott Laboratories. 2000;

**Confidential**
**KAIS-044067**