# EXHIBIT V

*Issue 4*
*April 2002*

## Claritin® & Clarinex® Update

### Claritin® Reditabs®

As previously mentioned (Issue 2, 2002 Drug Therapy Advisory), the cost of Claritin® Reditabs® (loratadine) has more than doubled, going from $33 per month to $81 per month. This increase is due to a loss of discounted pricing. Based on 2001 utilization, this increase will result in an additional expenditure of approximately $500,000 annually if no action is taken. Therefore, effective April 1, 2002, Claritin® Reditabs® have been deleted from the Formulary. Use of Claritin® Reditabs® is reserved for continuation of existing therapy.

### Claritin® Tablets

The cost of regular, oral Claritin® tablets, which were formerly nonformulary, is now approximately $10 per month less than the cost of Claritin® Reditabs®. Therefore, effective April 1, 2002, Claritin® tablets have been added to the Formulary.

*Allegra® remains the preferred formulary nonsedating antihistamine* and should be used first in patients naïve to nonsedating antihistamine therapy. However, for patients who fail or do not tolerate Allegra®, the Formulary alternative is now Claritin® tablets, NOT CLARITIN® REDITABS®.

### Therapeutic Interchange Modified

The previous therapeutic interchange between Claritin® and Claritin® Reditabs® has been discontinued. Beginning immediately, all NEW THERAPY loratadine prescriptions written for Claritin® Reditabs® will be interchanged to Claritin® tablets. At this time, refills for Claritin® Reditabs® will not be interchanged to Claritin®.

### Claritin® May go OTC

Schering recently announced that the company is seeking to switch the status of Claritin® from Rx only to that of OTC. However, OTC Claritin® may not be available until sometime in 2003. If and when Claritin® does become an OTC product, please keep in mind that it would no longer be covered under the prescription drug benefit.

### Clarinex® Formulary Decision

The Regional Pharmacy and Therapeutics (P & T) Committee has reviewed Clarinex® (desloratadine) and has voted NOT TO ACCEPT it to the Formulary. There is no evidence that that Clarinex® is more effective or safe than either Allegra® or Claritin®. Clarinex® has been added to the list of *criteria-restricted medications*. Physicians wishing to obtain coverage for Clarinex® are required to submit a Request for Drug Coverage form to the Pharmacy Utilization Management Department.

Below is a summary of the current recommendations pertaining to the management of allergic rhinitis:

1. Use nasal steroids first. They are the most effective class of medications in controlling allergic rhinitis symptoms (see Drug Therapy Advisory, Issue 2, 2002 for more details).
2. Use *Beconase*® or *Nasarel*® first. Flonase® should be reserved for second or third line use in new starts.
3. Use *Allegra*® if allergy symptoms persist despite the use of a nasal steroid. Claritin® should be reserved for patients failing Allegra®.
4. If you must use *Claritin*®, use regular *Claritin*® tablets for new *Claritin*® starts. Only use Claritin® Reditabs® in patients who are continuing Reditab® therapy.
5. Reserve *Clarinex*® for patients who have failed therapy with both Allegra® and Claritin®. Clarinex® is nonformulary and is a criteria-restricted medication.

## Lovastatin Therapeutic Interchange

As mentioned previously in the Start Lovin' Lovastatin article and Rx Update (Issue 1, 2002 Drug Therapy Advisory), lovastatin is now generically available and *all statin therapy should be initiated with lovastatin* whenever clinically appropriate. Simvastatin (Zocor®) 80 mg should be reserved for patients not obtaining adequate LDL/TG reduction with lovastatin 80 mg. As a result, all previous therapeutic interchanges converting lovastatin to simvastin have been discontinued. Effective immediately, *all new therapy Zocor® prescriptions written for ≤ 40 mg will be converted to equipotent doses of lovastatin* (see table on reverse side for details).

## Serzone® Warning

The FDA and Bristol-Myers Squibb recently added a **Black Box Warning** and strengthened the warnings, contraindications, and precautions sections of the label for the antidepressant Serzone® (nefazodone). The new prescribing information for Serzone® warns of rare cases of liver failure leading to transplant and/or death in patients receiving nefazodone. This information is based on postmarketing experience in more than 7.2 million patients in the United States. The time to liver injury for the reported liver failure cases resulting in death or transplant generally ranged from 2 weeks to 6 months of therapy.

The new labeling recommends that treatment with Serzone® should not be ordinarily initiated in individuals with active liver disease or with elevated baseline serum transaminases. It also recommends that Serzone® be discontinued if laboratory or clinical signs or symptoms suggesting liver failure develop (ALT levels ≥ 3 times the upper limit of normal).

### Serzone® Formulary Restriction & Monitoring Recommendations

In light of the new warning, the Regional P & T Committee has voted to

*(continued on reverse side)*

Confidential
KAIS-044090

Issue 4                                                                                          April 2002

*(continued from reverse side)*
restrict *Serzone*® to prescribing by or in consultation with Psychiatry, Pain Management Specialists, or with chief/lead approval.

Although the manufacturer does not make specific recommendations regarding laboratory monitoring, *the P & T Committee strongly recommends that* **baseline LFTs** *be performed prior to initiation of therapy with Serzone*®, *and* **periodically** *thereafter.*

## Actos® Warning

*Actos*® (pioglitazone) is an oral antidiabetic agent in the "glitazone" class, which also includes *Avandia*® (rosiglitazone; nonformulary). Recently, new warnings have been placed in the package insert recommending that *Actos*® *be avoided in patients with New York Heart Association Class III or IV heart failure.*

Both *Actos*® and *Avandia*® can cause fluid retention, which may result in heart failure. *Avandia*® is FDA-approved only as monotherapy or in combination with a sulfonylurea or metformin. *Actos*®, however, is FDA-approved for use with insulin, which is also known to cause fluid retention. Clinical trials have demonstrated that using *Actos*® alone or in combination with insulin may exacerbate congestive heart failure, particularly in susceptible patients, thus resulting in the new warning. It may be important to note that patients with long-standing diabetes may be more prone to heart failure than new onset diabetics or non-diabetic patients of the same age group. Patients initiated on *Actos*® should be monitored for signs and symptoms of heart failure including shortness of breath, weight gain, edema or fatigue.

## Formulary Changes
Effective April 1, 2002

### Additions
*Dehistine*® (chlorpheniramine/phenylephrine/methscopolamine) syrup (generic *Extendryl*®).

*Lovenox*® (enoxaparin) 120 mg and 150 mg prefilled syringes.
*Nolvadex*® (tamoxifen) 20 mg tablets (line extension).
*Ocuvite PreserVision*® (multivitamin) tablets [OTC]. OPMG Ophthalmology recommends that all patients discuss with their health care provider before initiating therapy. Certain patient populations (e.g., smokers, patients with significant osteoporosis, patients on simvastatin or possibly other statins, patients on warfarin, patients who are trying to get pregnant, are pregnant or are breast feeding) should avoid use of high dose antioxidants.
*Omnicef*® (cefdinir) 125 mg/5 mL suspension in 60 mL and 100 mL. Recommended as an alternative for the treatment of acute otitis media and sinusitis, primarily for drug resistant *S. pneumoniae*. The Pediatric QRM Committee recommends that amoxicillin and *Augmentin*® or *Augmentin 600 ES*® are the first line treatments with *Omnicef*® for treatment failures or penicillin allergy.
*Sustiva*® (efavirenz) 600 mg capsules (line extension).
*Yasmin*® (drospirenone/ethinyl estradiol) tablets. Recommended as an alternative to *Zovia*® 1/35E for patients with androgen excess (hirsutism) or women who experience significant weight gain while taking other oral contraceptives.
*Zometa*® (zoledronic acid) 4 mg injection.

### Formulary Restrictions
*Claritin*® (loratadine) tablets. Use in place of *Reditabs*® for new *Claritin*® starts – see other side. Restricted to use by or with approval of Allergy or ENT, or *Allegra*® treatment failure. For treatment of allergy only.
*Gabitril*® (tiagabine): Restricted to use by or in consultation with Neurology or Pain Management Specialists (formerly restricted to Neurology only).
*Lamictal*® (lamotrigine): Restricted to use by or in consult with Neurology, Psychiatry, or Pain Management Specialists (formerly restricted to Neurology or Psychiatry only).
*Neurontin*® (gabapentin): Restricted to use by or in consultation with Neurology, Psychiatry, Pain Management, Ortho,

Rheumatology, or with chief/lead approval (formerly restricted to Neurology or Pain Management Specialists only).
*Topamax*® (topiramate): Restricted to use by or in consult with Neurology, Psychiatry, or Pain Management Specialists (formerly restricted to Neurology only); 15 mg capsules also added as line extension.
*Serzone*® (nefazodone): New therapy restricted to use by or in consultation with Psychiatry, Pain Management Specialists, or with chief/lead approval (formerly not restricted; restrictions added due to new liver toxicity warning).

### Deletions –
discontinued by the manufacturer unless otherwise noted
*Aldomet*® (methyldopa) suspension.
*Brethaire*® (terbutaline) inhaler.
*Ergostat*® (ergotamine) SL tablets.
*Lymerix*® (Lyme disease) vaccine.
*Mellaril*® (thioridazine) 100 mg/mL concentrate (no utilization; 30 mg/mL concentrate remains formulary).
*Tigan*® (trimethobenzamide) 100 mg capsules.

### Generic Conversions
Amphetamine Salt Combo 5 mg, 10 mg, 20 mg, and 30 mg tablets by Barr replace *Adderall*®.

### Criteria Restricted Medications –
Accepted to Formulary with Approved Criteria
*Cozaar*® (losartan) 25 mg, 50 mg and 100 mg tablets.

Not accepted to Formulary with Approved Criteria
*Clarinex*® (desloratadine) tablets.
*Advair*® (fluticasone/salmeterol) diskus.
*Ditropan XL*® (oxybutynin extended-release) tablets.
*Prometrium*® (progesterone) capsules
*Detrol*® (tolterodine) tablets.
*Detrol LA*® (tolterodine extended-release) tablets.

### Approved Therapeutic Equivalents –
Effective 5/1/02, for all *NEW STARTS ONLY* (not for refills)

| Preferred Product | Equivalent To | Approved By |
|---|---|---|
| Lovastatin 10 mg QHS | *Zocor*® (simvastatin) 1 to 5 mg per day | Cardiology and Internal Medicine (all previous interchanges between lovastatin and simvastatin are discontinued) |
| Lovastatin 20 mg QHS | *Zocor*® (simvastatin) 6 to 10 mg per day | |
| Lovastatin 40 mg QHS | *Zocor*® (simvastatin) 11 to 20 mg per day | |
| Lovastatin 80 mg QHS | *Zocor*® (simvastatin) 21 to 40 mg per day | |

Confidential
KAIS-044091