KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Neuropathic Pain Initiative

## January - September 2004



CONFIDENTIAL

KAIS-000032

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Composite Score for Neuropathic Pain Initiative

## Jan - Sep, 2004

| Medical Center | Percent New Starts Naive of TCA | Overall Neurontin Utilization | Sum of Metric Scores for Neuropathic Pain Initiative | Composite Score |
|---|---|---|---|---|
| Target | 1.00 | 1.00 | 2.00 | 1.00 |
| BE | 1.64 | 0.77 | 2.40 | 1.20 |
| BP | 1.78 | 0.64 | 2.42 | 1.21 |
| WH | 1.48 | 1.00 | 2.48 | 1.24 |
| OC | 1.58 | 1.05 | 2.64 | 1.32 |
| WLA | 1.94 | 0.70 | 2.64 | 1.32 |
| FO | 1.96 | 0.81 | 2.77 | 1.38 |
| LA | 1.94 | 0.91 | 2.85 | 1.42 |
| SB | 2.17 | 0.74 | 2.90 | 1.45 |
| Reg | 2.01 | 0.96 | 2.97 | 1.49 |
| PC | 2.11 | 1.02 | 3.13 | 1.57 |
| RI | 2.29 | 1.04 | 3.33 | 1.67 |
| KC | 2.34 | 1.28 | 3.63 | 1.81 |
| SD | 2.34 | 1.39 | 3.74 | 1.87 |

**Composite Score for Neuropathic Pain (Neurontin) Initiative**
**Jan - Sep, 2004**



| | SD | KC | RI | PC | Reg | SB | LA | FO | WLA | OC | WH | BP | BE | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Composite Score | 1.87 | 1.81 | 1.67 | 1.57 | 1.49 | 1.45 | 1.42 | 1.38 | 1.32 | 1.32 | 1.24 | 1.21 | 1.20 | 1.00 |

CONFIDENTIAL

KAIS-000033

KAIS-000034

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# PMPM Cost Differential: Neurontin New Start MRNs Naïve to TCA

## Jan - Sep, 2004

**Lowest % New Start Neurontin Naïve to TCA** 36.9%

**Regional Target: New Start Neurontin Naïve to TCA** 26.0%

| MC | YTD Average % New Start Naïve to TCA | YTD Variance vs Lowest MC | YTD Cost Differential vs Lowest MC | YTD Cost PMPM Differential vs Lowest MC | YTD Variance vs Regional Target | YTD Cost Differential vs Regional Target | YTD Cost PMPM Differential vs Regional Target |
|---|---|---|---|---|---|---|---|
| KERN COUNTY | 58.6% | 21.7% | 1,765 | 0.0023 | 33.6% | 2,736 | 0.0036 |
| BALDWIN PARK | 44.6% | 7.6% | 2,239 | 0.0012 | 19.6% | 5,748 | 0.0030 |
| BELLFLOWER | 40.9% | 3.9% | 1,804 | 0.0007 | 15.9% | 7,258 | 0.0029 |
| FONTANA | 49.0% | 12.1% | 7,148 | 0.0021 | 24.0% | 14,209 | 0.0043 |
| SOUTH BAY | 54.1% | 17.2% | 6,709 | 0.0042 | 29.1% | 11,366 | 0.0070 |
| LOS ANGELES | 48.4% | 11.5% | 5,917 | 0.0025 | 23.4% | 12,069 | 0.0051 |
| ORANGE COUNTY | 39.6% | 2.7% | 2,259 | 0.0008 | 14.6% | 12,372 | 0.0042 |
| PANORAMA CITY | 52.7% | 15.8% | 8,273 | 0.0036 | 27.7% | 14,531 | 0.0063 |
| RIVERSIDE | 57.3% | 20.4% | 11,874 | 0.0058 | 32.3% | 18,838 | 0.0093 |
| SAN DIEGO | 58.6% | 21.7% | 41,619 | 0.0096 | 33.6% | 64,543 | 0.0149 |
| WEST LA | 48.5% | 11.5% | 4,181 | 0.0028 | 23.5% | 8,511 | 0.0057 |
| WOODLAND HILLS | 36.9% | 0.0% | - | - | 11.9% | 3,689 | 0.0026 |
| Regional Total | 50.2% | 13.3% | 91,560 | 0.0034 | 25.2% | 173,670 | 0.0064 |

Data Source for PMPM Costs: POINT - Gene Chiu, Pharm. D.

KAIS-000035

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# PMPM Cost Differential for Overall Neurontin Utilization

## Jan - Sep, 2004

| | |
|---|---|
| **Lowest Utilizing MC** | **0.76** |
| **Regional Utilization Target** | **1.20** |

| MC | YTD Average Utilization | Utilization Variance vs Lowest MC | YTD Cost Differential vs Lowest MC | YTD Cost PMPM Differential vs Lowest MC | Utilization Variance vs Regional Target | YTD Cost Differential vs Regional Target | YTD Cost PMPM Differential vs Regional Target |
|---|---|---|---|---|---|---|---|
| KERN COUNTY | 1.54 | 0.77 | 159,744 | 0.2126 | 0.34 | 69,661 | 0.0927 |
| BALDWIN PARK | 0.76 | 0.00 | - | - | (0.44) | (251,373) | (0.1295) |
| BELLFLOWER | 0.92 | 0.16 | 93,980 | 0.0376 | (0.28) | (167,210) | (0.0669) |
| FONTANA | 0.97 | 0.21 | 190,746 | 0.0572 | (0.23) | (212,690) | (0.0638) |
| SOUTH BAY | 0.89 | 0.12 | 54,981 | 0.0341 | (0.31) | (141,335) | (0.0876) |
| LOS ANGELES | 1.09 | 0.33 | 179,353 | 0.0764 | (0.11) | (59,349) | (0.0253) |
| ORANGE COUNTY | 1.26 | 0.50 | 413,639 | 0.1393 | 0.06 | 50,864 | 0.0171 |
| PANORAMA CITY | 1.23 | 0.46 | 288,654 | 0.1258 | 0.03 | 16,268 | 0.0071 |
| RIVERSIDE | 1.25 | 0.48 | 283,346 | 0.1393 | 0.05 | 27,260 | 0.0134 |
| SAN DIEGO | 1.67 | 0.91 | 1,173,823 | 0.2718 | 0.47 | 609,059 | 0.1410 |
| WEST LA | 0.84 | 0.07 | 29,206 | 0.0195 | (0.36) | (143,597) | (0.0960) |
| WOODLAND HILLS | 1.20 | 0.44 | 172,591 | 0.1196 | 0.00 | 512 | 0.0004 |
| Regional Total | 1.16 | 0.39 | 3,040,063 | 0.1124 | (0.04) | (326,056) | (0.0121) |

Data Source for PMPM Costs: POINT - Gene Chiu, Pharm. D.

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Neurontin New Start MRNs Naïve of TCA, Jan - Sep, 2004

| Medical Center | Regional Target | 2004 - Q1 | 2004 - Q2 | 2004 - Q3 | YTD Average 2004 | YTD Percent of Target | YTD Score |
|---|---|---|---|---|---|---|---|
| Target | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 100% | 1.00 |
| WH | 25.0% | 38.5% | 44.4% | 27.8% | 36.9% | 148% | 1.48 |
| OC | 25.0% | 41.2% | 41.1% | 36.0% | 39.6% | 158% | 1.58 |
| BE | 25.0% | 40.6% | 50.8% | 28.8% | 40.9% | 164% | 1.64 |
| BP | 25.0% | 43.8% | 48.6% | 40.6% | 44.6% | 178% | 1.78 |
| LA | 25.0% | 56.9% | 46.3% | 43.6% | 48.4% | 194% | 1.94 |
| WLA | 25.0% | 45.5% | 57.5% | 43.5% | 48.5% | 194% | 1.94 |
| FO | 25.0% | 50.6% | 52.2% | 43.3% | 49.0% | 196% | 1.96 |
| Reg | 25.0% | 52.0% | 52.3% | 45.8% | 50.2% | 201% | 2.01 |
| PC | 25.0% | 50.7% | 46.6% | 61.0% | 52.7% | 211% | 2.11 |
| SB | 25.0% | 65.3% | 53.7% | 41.9% | 54.1% | 217% | 2.17 |
| RI | 25.0% | 50.6% | 66.7% | 53.8% | 57.3% | 229% | 2.29 |
| SD | 25.0% | 61.5% | 58.9% | 55.1% | 58.6% | 234% | 2.34 |
| KC | 25.0% | 54.5% | 69.2% | 40.0% | 58.6% | 234% | 2.34 |

**Neurontin New Start MRNs Naïve of TCA Score**
**Jan - Sep, 2004**



| | KC | SD | RI | SB | PC | Reg | FO | WLA | LA | BP | BE | OC | WH | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YTD Score | 2.34 | 2.34 | 2.29 | 2.17 | 2.11 | 2.01 | 1.96 | 1.94 | 1.94 | 1.78 | 1.64 | 1.58 | 1.48 | 1.00 |

Scoring Methodology:
1) Calculate YTD average new start Market Share
2) Calculate Medical Center YTD average new start market share as a percentage of Target (YTD new start market share/Regional Target)
3) YTD score = (1 minus the percentage of target) plus 1 (where 1 = target)
4) The graph shows Medical Centers ranked by score for the metric (low score is best)



CONFIDENTIAL

KAIS-000036

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Neurontin Utilization Score, Jan - Sep, 2004

| Medical Center | Regional Target | 2004 - Q1 | 2004 - Q2 | 2004 - Q3 | YTD Average Utilization 2004 | YTD Percent of Target | YTD Score |
|---|---|---|---|---|---|---|---|
| BP | 1.20 | 0.72 | 0.79 | 0.79 | 0.76 | 64% | 0.64 |
| WLA | 1.20 | 0.97 | 0.83 | 0.71 | 0.84 | 70% | 0.70 |
| SB | 1.20 | 1.01 | 0.89 | 0.76 | 0.89 | 74% | 0.74 |
| BE | 1.20 | 0.91 | 0.99 | 0.87 | 0.92 | 77% | 0.77 |
| FO | 1.20 | 1.09 | 0.99 | 0.84 | 0.97 | 81% | 0.81 |
| LA | 1.20 | 1.13 | 1.07 | 1.07 | 1.09 | 91% | 0.91 |
| Reg | 1.20 | 1.25 | 1.15 | 1.07 | 1.16 | 96% | 0.96 |
| Target | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 100% | 1.00 |
| WH | 1.20 | 1.34 | 1.23 | 1.04 | 1.20 | 100% | 1.00 |
| PC | 1.20 | 1.36 | 1.16 | 1.16 | 1.23 | 102% | 1.02 |
| RI | 1.20 | 1.47 | 1.19 | 1.08 | 1.25 | 104% | 1.04 |
| OC | 1.20 | 1.34 | 1.27 | 1.17 | 1.26 | 105% | 1.05 |
| KC | 1.20 | 1.60 | 1.55 | 1.46 | 1.54 | 128% | 1.28 |
| SD | 1.20 | 1.93 | 1.55 | 1.53 | 1.67 | 139% | 1.39 |

**Neurontin Utilization Score**
**Jan - Sep, 2004**



| | SD | KC | OC | RI | PC | WH | Target | Reg | LA | FO | BE | SB | WLA | BP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Center | 1.39 | 1.28 | 1.05 | 1.04 | 1.02 | 1.00 | 1.00 | 0.96 | 0.91 | 0.81 | 0.77 | 0.74 | 0.70 | 0.64 |

Scoring Methodology:
1) Calculate YTD average utilization (expressed in RXs per 1,000 members per month)
2) Calculate Medical Center YTD average utilization as a percentage of Target (YTD utilization/Regional Target)
3) YTD score = the percentage of target (from #2 above) x 1 (where 1 = target)
4) The graph shows Medical Centers ranked by score for the metric (low score is best)




For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Cancer Drug Initiative

## January - September 2004



CONFIDENTIAL

KAIS-000038

KAIS-00



KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Composite Score for Cancer Drug Initiative Jan - Sep, 2004

| Medical Center | EPO/NESP: PIMS Dispensed/Purchased | CSFs: PIMS Dispensed/Purchased | Sum of Metric Scores for Cancer Drug Initiative | Composite Score |
|---|---|---|---|---|
| Target | 1.00 | 1.00 | 2.00 | 1.00 |
| RI | 1.00 | 1.15 | 2.15 | 1.08 |
| SB | 1.00 | 1.16 | 2.16 | 1.08 |
| LA | 1.25 | 1.00 | 2.25 | 1.12 |
| SD | 1.00 | 1.34 | 2.34 | 1.17 |
| WH | 1.11 | 1.40 | 2.51 | 1.25 |
| OC | 1.42 | 1.16 | 2.59 | 1.29 |
| Reg | 1.24 | 1.35 | 2.59 | 1.29 |
| WLA | 1.21 | 1.47 | 2.68 | 1.34 |
| BE | 1.18 | 1.52 | 2.70 | 1.35 |
| KC | 1.35 | 1.57 | 2.93 | 1.46 |
| PC | 1.47 | 1.46 | 2.93 | 1.47 |
| BP | 1.24 | 1.74 | 2.98 | 1.49 |
| FO | 1.90 | 1.81 | 3.70 | 1.85 |



| | FO | BP | PC | KC | BE | WLA | Reg | OC | WH | SD | LA | SB | RI | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Composite Score | 1.85 | 1.49 | 1.47 | 1.46 | 1.35 | 1.34 | 1.29 | 1.29 | 1.25 | 1.17 | 1.12 | 1.08 | 1.08 | 1.00 |

KAIS-000040

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# PMPM Cost Differential for CSF Utilization, Jan - Jun, 2004

| | |
|---|---|
| **Lowest Utilizing MC** | **198** |
| **Regional Utilization Target** | **300** |

| MC | YTD Average Utilization | Utilization Variance vs Lowest MC | YTD Cost Differential vs Lowest MC | YTD Cost PMPM Differential vs Lowest MC | Utilization Variance vs Regional Target | YTD Cost Differential vs Regional Target | YTD Cost PMPM Differential vs Regional Target |
|---|---|---|---|---|---|---|---|
| KERN COUNTY | 726 | 528 | 57,303 | 0.2354 | 425.7283 | 46,209 | 0.1899 |
| BALDWIN PARK | 605 | 407 | 122,567 | 0.1838 | 304.6633 | 91,777 | 0.1376 |
| BELLFLOWER | 479 | 282 | 108,626 | 0.1406 | 179.4877 | 69,213 | 0.0896 |
| FONTANA | 511 | 314 | 177,802 | 0.1526 | 211.3734 | 119,849 | 0.1029 |
| SOUTH BAY | 701 | 504 | 163,802 | 0.2639 | 401.4368 | 130,560 | 0.2103 |
| LOS ANGELES | 198 | - | - | - | (102.2093) | (48,707) | (0.0534) |
| ORANGE COUNTY | 1,066 | 868 | 437,015 | 0.4170 | 765.9909 | 385,567 | 0.3680 |
| PANORAMA CITY | 726 | 529 | 225,611 | 0.2785 | 426.3509 | 181,984 | 0.2246 |
| RIVERSIDE | 999 | 802 | 283,365 | 0.4166 | 699.4426 | 247,236 | 0.3635 |
| SAN DIEGO | 452 | 254 | 221,781 | 0.1267 | 151.9864 | 132,605 | 0.0758 |
| WEST LA | 851 | 653 | 209,784 | 0.3539 | 550.9864 | 176,958 | 0.2985 |
| WOODLAND HILLS | 515 | 317 | 107,542 | 0.1608 | 214.6026 | 72,847 | 0.1089 |
| Regional Total | 623 | 425 | 2,115,199 | 0.2130 | 322.9293 | 1,606,549 | 0.1618 |

All utilization figures are expressed as mcgs per 1,000 Members Per Month (Ages >45)

Data Source for PMPM Costs: (DUAT Trend Reports - Gene Chiu, PharmD)

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# PMPM Cost Differential for EPO/NESP Utilization, Jan - Sep, 2004

| | |
|---|---|
| **Lowest Utilizing MC** | **35.4** |
| **Regional Utilization Target** | **60.0** |

| MC | YTD Average Utilization | Utilization Variance vs Lowest MC | YTD Cost Differential vs Lowest MC | YTD Cost PMPM Differential vs Lowest MC | Utilization Variance vs Regional Target | YTD Cost Differential vs Regional Target | YTD Cost PMPM Differential vs Regional Target |
|---|---|---|---|---|---|---|---|
| KERN COUNTY | 76.1 | 40.7 | 99,320 | 0.4081 | 16.0761 | 39,226 | 0.1612 |
| BALDWIN PARK | 121.7 | 86.4 | 569,012 | 0.8531 | 61.7432 | 406,761 | 0.6098 |
| BELLFLOWER | 107.4 | 72.0 | 554,414 | 0.7175 | 47.3808 | 364,794 | 0.4721 |
| FONTANA | 35.4 | 0.0 | - | - | (24.6285) | (283,049) | (0.2430) |
| SOUTH BAY | 199.7 | 164.3 | 1,014,631 | 1.6345 | 139.7171 | 862,580 | 1.3896 |
| LOS ANGELES | 55.7 | 20.3 | 186,664 | 0.2048 | (4.3455) | (39,992) | (0.0439) |
| ORANGE COUNTY | 60.9 | 25.5 | 263,362 | 0.2513 | 0.9212 | 9,495 | 0.0091 |
| PANORAMA CITY | 53.1 | 17.8 | 142,849 | 0.1763 | (6.8624) | (55,178) | (0.0681) |
| RIVERSIDE | 78.4 | 43.0 | 262,561 | 0.3860 | 18.4185 | 112,342 | 0.1652 |
| SAN DIEGO | 62.4 | 27.0 | 469,126 | 0.2680 | 2.3909 | 41,513 | 0.0237 |
| WEST LA | 121.1 | 85.7 | 505,189 | 0.8522 | 61.1198 | 360,089 | 0.6074 |
| WOODLAND HILLS | 61.1 | 25.8 | 172,656 | 0.2581 | 1.1373 | 7,621 | 0.0114 |
| Regional Total | 78.6 | 43.2 | 4,239,782 | 0.4269 | 18.6148 | 1,826,202 | 0.1839 |

All utilization figures are expressed as Units per Member Per Month (Ages >45)

Data Source for PMPM Costs: (DUAT Trend Reports - Gene Chiu, PharmD)

CONFIDENTIAL

KAIS-000041

KAIS-000042

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# CSFs: PIMS Dispensed/Purchased, Jan - Sep, 2004

| Medical Center | Regional Target | Q1-2004 | Q2-2004 | Q3-2004 | YTD Average | YTD Score |
|---|---|---|---|---|---|---|
| Target | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 1.00 |
| LA | 90.0% | 180.5% | 75.8% | 86.1% | 114.1% | 1.00 |
| RI | 90.0% | 84.7% | 97.6% | 78.1% | 86.8% | 1.15 |
| SB | 90.0% | 74.5% | 102.7% | 80.9% | 86.0% | 1.16 |
| OC | 90.0% | 85.5% | 91.0% | 81.1% | 85.9% | 1.16 |
| SD | 90.0% | 75.4% | 80.1% | 68.5% | 74.7% | 1.34 |
| Region | 90.0% | 74.7% | 74.8% | 73.1% | 74.2% | 1.35 |
| WH | 90.0% | 78.4% | 69.1% | 67.4% | 71.6% | 1.40 |
| PC | 90.0% | 55.3% | 80.5% | 70.3% | 68.7% | 1.46 |
| WLA | 90.0% | 74.2% | 56.4% | 73.3% | 68.0% | 1.47 |
| BE | 90.0% | 59.7% | 62.5% | 74.8% | 65.7% | 1.52 |
| KC | 90.0% | 58.0% | 66.6% | 66.1% | 63.5% | 1.57 |
| BP | 90.0% | 53.3% | 58.9% | 59.9% | 57.4% | 1.74 |
| FO | 90.0% | 53.0% | 53.4% | 59.8% | 55.4% | 1.81 |

**CSF: PIMS Dispensed/Purchased Score**
**Jan - Sep 2004**



| | FO | BP | KC | BE | WLA | PC | WH | Region | SD | OC | SB | RI | LA | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YTD Score | 1.81 | 1.74 | 1.57 | 1.52 | 1.47 | 1.46 | 1.40 | 1.35 | 1.34 | 1.16 | 1.16 | 1.15 | 1.00 | 1.00 |

KAIS-000043

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# EPO/NESP: PIMS Dispensed/Purchased, Jan - Sep, 2004

| Medical Center | Regional Target | Q1-2004 | Q2-2004 | Q3-2004 | YTD Average | YTD Score |
|---|---|---|---|---|---|---|
| Target | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 1.00 |
| SB | 90.0% | 82.4% | 88.7% | 99.0% | 90.0% | 1.00 |
| RI | 90.0% | 128.4% | 123.1% | 77.0% | 109.5% | 1.00 |
| SD | 90.0% | 95.0% | 96.8% | 92.2% | 94.6% | 1.00 |
| WH | 90.0% | 90.0% | 87.9% | 91.7% | 89.9% | 1.11 |
| BE | 90.0% | 85.0% | 84.1% | 85.2% | 84.8% | 1.18 |
| WLA | 90.0% | 92.5% | 76.7% | 78.2% | 82.5% | 1.21 |
| BP | 90.0% | 75.2% | 83.3% | 84.2% | 80.9% | 1.24 |
| Region | 90.0% | 80.2% | 81.1% | 81.1% | 80.8% | 1.24 |
| LA | 90.0% | 80.8% | 80.4% | 78.9% | 80.0% | 1.25 |
| KC | 90.0% | 74.8% | 69.2% | 77.7% | 73.9% | 1.35 |
| OC | 90.0% | 68.0% | 71.0% | 72.0% | 70.3% | 1.42 |
| PC | 90.0% | 60.9% | 69.7% | 72.7% | 67.8% | 1.47 |
| FO | 90.0% | 46.2% | 52.9% | 58.9% | 52.7% | 1.90 |

**EPO/NESP: PIMS Dispensed/Purchased Score**
**Jan - Sep 2004**

2.00
1.50
1.00
0.50

Better

| | FO | PC | OC | KC | LA | Region | BP | WLA | BE | WH | SD | RI | SB | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YTD Score | 1.90 | 1.47 | 1.42 | 1.35 | 1.25 | 1.24 | 1.24 | 1.21 | 1.18 | 1.11 | 1.00 | 1.00 | 1.00 | 1.00 |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]




KAISER PERMANENTE
DRUG UTILIZATION
ACTION TEAM

SUPPORTING
EVIDENCE-BASED DRUG USE

# Drug Utilization Action Team
## Trend Reports for Third Quarter 2004

SCAL Regional DUAT

*November 17, 2004*

CONFIDENTIAL

KAIS-000044

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Changes to Regional DUAT Trend Reports
## Q3 – 2004

| Initiative | Changes Made |
|---|---|
| Antibiotics | • Erythromycin utilization metric discontinued<br>• Erythromycin Market Share target discontinued |
| Cancer Drugs | EPO/NESP:<br>• Utilization reported as **units** instead of Rxs per member (age >45) per month and removed metric from the Executive Scorecard.<br>• **New Metric:** Target set at 90% for EPO/NESP dispensed/Purchased and added metric to the Executive Scorecard<br>CSFs:<br>• Utilization reported as **mcgs** instead of Rxs per member (age >45) per month and removed metric from the Executive Scorecard.<br>• **New Metric:** Target set at 90% for EPO/NESP dispensed/Purchased and added metric to the Executive Scorecard |



CONFIDENTIAL

KAIS-000045

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Overall DUAT Results

## 1/1999 through 9/2004



CONFIDENTIAL

KAIS-000046

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]



# Regional DUAT Initiatives Q3 – 2004 Performance Summary

## GI Drugs:

GOAL: Increase preferential use of H2 blockers and decrease the first line use of PPIs in patients' naïve of H2 blockers
OBJECTIVE: Use Famotidine 40mg BID first line (Pepcid First) for the treatment of dyspepsia or GERD. Reserve Generic Omeprazole for erosive esophagitis or failure to Famotidine 40mg BID. Options include OTCs such as Pepcid® AC and Zantac® 75, or other prescription H2 blockers like Ranitidine 300mg BID or Cimetidine 800mg BID
RESULTS:

☹ PPI New Start MRNs: % Naïve of H-2 Blockers **increased** 5.2% from 38.2% during Q2-'04 to 40.2% during Q3-'04.. **GOAL ↓**

☹ H-2 Blocker Market Share **decreased** 4.3% from 60.9% during Q2-'04 to 58.3% during Q3-'04. **GOAL ↑**

☹ H-2 Blocker utilization **decreased** 6.0% from 12.01 Rxs/1000 members/month during Q2-'04 to 11.29 Rxs/1000 members/month during Q3-'04. **GOAL ↑**

☹ Proton Pump Inhibitor (PPI) utilization **increased** 6.9%, from 7.55 Rxs/1000 members/month during Q2-'04 to 8.07 Rxs/1000 members/month during Q3-'04. **GOAL ↓**



## Arthritis Drugs:

GOAL: Reduce the number of new COX-2 prescriptions for patients at low risk of GI-bleed.
OBJECTIVE: Use traditional NSAIDs like Motrin® for short-term pain relief in low GI-bleed risk patients. Reserve non-formulary Celebrex® for elderly patients or those at higher risk. Other options include OTCs like Advil® or Aleve® and low risk NSAIDs like Relafen®.
RESULTS:

☺ COX-2 utilization (All Ages, levels 1&2 only) **decreased** 4.2% from 0.24 Rxs/1000 members per month during Q2-'04 to 0.23 Rxs/1000 members per month during Q3-'04. **GOAL ↓ (NOTE: Regional Target Met)**

☺ COX-2 utilization (All Ages, All levels) **decreased** 3.8% from 0.80 Rxs/1000 members per month during Q2-'04 to 0.77 Rxs/1000 members per month during Q3-'04. **GOAL ↓ (NOTE: Regional Target Met)**

☺ COX-2 utilization (patients 65+, all risk levels combined) **decreased** 7.4% from 3.09 Rxs/1000 members per month during Q2-'04 to 2.86 Rxs/1000 members per month during Q3-'04. **GOAL ↓**

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Regional DUAT Initiatives Q3 – 2004 Performance Summary (cont..)

## Antibiotics:

GOAL: Promote the appropriate use of first-line antibiotics for bacterial infections.
OBJECTIVE: Use narrow-spectrum Amoxicillin, Co-trimoxazole, Erythromycin, or Cephalexin over broad-spectrum Augmentin®, Zithromax® or Cipro®. Avoid inappropriate use of antibiotics for viral conditions like bronchitis, pharyngitis, sinusitis and most otitis
RESULTS:

☹ All Antibiotics use (seasonally adjusted) **decreased by** 2.3% from 43.0 Rxs/1000 members/month during Q2'-'04 to 46.1 Rxs/1000 members/month during Q3-'04. **GOAL ↓**

☺ Macrolides (excluding erythromycin) utilization (seasonally adjusted) **decreased** by 28.0% from 1.39 Rxs/1000 members/month during Q2-'04 to 1.00 Rxs/1000 members/month during Q3-'04. **GOAL ↓**

☹ Erythromycin Market Share **decreased** 1.8% from 57.1% during Q2-'04 to 56.1% during Q3-'04. **GOAL ↑**

☹ ☺ Augmentin utilization in Adults **increased** 8.4% from 1.20 Rxs/1000 members/month during Q2-'04 to 1.31 Rxs/1000 members/month during Q3-'04, while average utilization in **Peds decreased** 9.3% from 1.51 Rxs/1000 members/month during Q2-'04 to 1.37 Rxs/1000 members/month during Q3-'04. **GOAL ↓**
**(NOTE: All Augmenting utilization measures exceeded Regional Targets during Q3-2004)**

## Angiotensin Receptor Blockers:

GOAL: Improve quality of patient care by treating HTN according to evidence and clinical practice guidelines.
OBJECTIVE: Decrease the first-line use of ARBs in new start patients' naïve of ACEI and transition existing ARB patients who are naïve to preferred first-line therapy.
RESULTS:

☹ ARB New Starts: Percent of new ARBs naïve to ACEI **increased** 4.7% from 14.9% in Q2-'04 to 15.6% during Q3-'04. **GOAL ↓**

☺ Total ARB Rxs: Overall ARB Rxs Naïve to ACEI **decreased** by 3.6% from 16.8% in Q2-'04 to 16.2% during Q3-'04 **GOAL ↓**

KAIS-000049

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Regional DUAT Initiatives Q3 – 2004 Performance Summary (cont..)

## Antidepressants (SSRIs):

GOAL: "Prozac First" Increase overall Prozac® market share and increase the use of Prozac® first in patients' naïve of SSRIs.
OBJECTIVE: Use Prozac® preferentially for treatment of initial depression and reserve Paxil®, Zoloft® and other non-formulary SSRIs for treatment failures, or known personal or family history of response.
RESULTS:

- ☺ Prozac New Start Market Share **remained flat** at 75.0% during Q3-'04, equal to Regional Target. **GOAL** ↑
- ☹ Overall Prozac share of SSRI market **remained flat** at 58.8% during Q3-'04. **GOAL** ↑

## Neuropathic Pain (Neurontin®):

GOAL: Promote the use of low dose TCAs (nortriptyline, desipramine) as first-line therapy for treating new start patients with neuropathy.
OBJECTIVE: Use TCAs preferentially for treatment of neuropathic pain and reserve Neurontin® for TCA failures or contraindications.
RESULTS:

- ☺ Neurontin New Starts: Percent New Start MRNs naïve of TCAs **decreased** 12.4% from 52.3% during Q2-'04 to 45.8% during Q3-'04. **GOAL** ↓
- ☺ Neurontin Utilization: Overall Neurontin utilization **decreased** 7.0% from 1.15 Rxs/1,000 members per month during Q2-'04 to 1.07 Rxs/1,000 members per month during Q3-'04. **GOAL ↓ (NOTE: Regional Target Met)**

# Regional DUAT Initiatives Q3 – 2004 Performance Summary (cont..)

## Cancer Drugs: (CSFs, EPO/NESP)

GOAL: Optimize the appropriate use of G-CSF and Erythropoietin in cancer patients.
OBJECTIVE: Provide local monitoring, dosing and intervention services, based on CMI guidelines to promote and facilitate appropriate use.
RESULTS:

- ☺ CSF Utilization (Hematology/Oncology only) **decreased** 8.5% from 674 mcgs per member (age >45) per month during Q2-'04 to 617 mcgs per member (age >45) per month during Q3-'04. **GOAL ↓**
- ☹ CSFs PIMS dispense cost/Purchases **decreased** 2.3% from 74.8% in Q2-'04 to 73.1% during Q4-'04. **GOAL ↑**
- ☹ EPO/NESP utilization (Hematology/Oncology only) **increased** 2.5% from 80.3 Units per member (age >45) per month during Q2-'04 to 82.3 Units per member (age >45) per month during Q3-'04. **GOAL ↓**
- ☹ EPO/NESP PIMS dispense cost/Purchases **remained flat** at 81.1% during Q3-'04. **GOAL ↑**

## Cancer Drugs: (DepoLupron)

GOAL: Enhance quality of life and quality of care for patients with prostate cancer by increasing the number of patients receiving DepoLupron according to an individualized dosing regimen.
OBJECTIVE: Optimize DepoLupron utilization by minimizing variation among medical centers, avoiding over-treatment, and identifying patients that need additional treatment who would not otherwise be identified.
RESULTS:

- ☺ DepoLupron 7.5mg, 22.5mg, 30mg Purchases per male member (age 65+) per month **decreased** by 11.2% from $3.57 PMPM during Q2-'04 to $3.17 PMPM during Q3-'04.
  (**Note:** This metric has been established to monitor DepoLupron (DL) Purchases only. Since DL is a clinic administered drug, there are no dispensing data available. Purchase data is being used as an interim surrogate measure until actual utilization data becomes available)



CONFIDENTIAL

KAIS-000050

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Overall DUAT Results on Utilization
## 1/1999 - 9/2004

Rx per 1,000 Members per Month (axis: 0.00, 2.50, 5.00, 7.50, 10.00, 12.50)

| | Macrolides | Augmentin (All Ages) | Augmentin (Peds) | Augmentin (Adults) | H-2 Blockers | Proton Pump Inhibitors | Neurontin |
|---|---|---|---|---|---|---|---|
| 1999 | 2.02 | 2.09 | 2.51 | 1.92 | 10.53 | 3.47 | N/A |
| 2000 | 1.84 | 1.79 | 2.30 | 1.60 | 10.27 | 4.72 | N/A |
| 2001 | 1.93 | 1.64 | 2.01 | 1.50 | 10.61 | 6.30 | N/A |
| 2002 | 1.71 | 1.37 | 1.72 | 1.24 | 10.65 | 7.15 | 1.65 |
| 2003 | 1.78 | 1.33 | 1.64 | 1.23 | 11.23 | 7.56 | 1.60 |
| 2004-Q1 | 1.88 | 1.38 | 1.90 | 1.20 | 11.92 | 7.33 | 1.25 |
| 2004-Q2 | 1.39 | 1.28 | 1.51 | 1.20 | 12.01 | 7.55 | 1.15 |
| 2004-Q3 | 1.00 | 1.33 | 1.37 | 1.31 | 11.29 | 8.07 | 1.07 |
| Target | 1.30 | 1.54 | 1.60 | 1.45 | N/A | 6.30 | 1.20 |
| Desired Trend | < | < | < | < | > | < | < |

CONFIDENTIAL

KAIS-000051

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Overall DUAT Results on Prozac Market Share 1/2001 - 9/2004

| | Prozac New Start Market Share | Overall Prozac Market Share |
|---|---|---|
| 2001 | 40.7% | 43.2% |
| 2002 | 66.6% | 54.0% |
| 2003 | 74.1% | 56.5% |
| 2004-Q1 | 75.5% | 58.7% |
| 2004-Q2 | 75.7% | 58.7% |
| 2004-Q3 | 75.0% | 58.8% |
| Target | 75.0% | N/A |
| Desired Trend | > | > |

CONFIDENTIAL

KAIS-000052

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Overall DUAT Results on Market Share/New Starts Naive 1/1999 - 9/2004



| | Erythromycin Market Share | H2 Blockers Market Share | PPI: % New Start MRNs Naïve of H-2 | Neurontin: % New Starts Naïve of TCA | % ARB New Starts Naïve to ACEI | % Total ARB Rxs Naïve to ACEI |
|---|---|---|---|---|---|---|
| 1999 | 66.6% | 75.3% | N/A | N/A | N/A | N/A |
| 2000 | 63.6% | 68.7% | 38.5% | N/A | N/A | N/A |
| 2001 | 61.4% | 62.8% | 42.0% | N/A | N/A | N/A |
| 2002 | 57.6% | 59.8% | 43.0% | 61.1% | N/A | N/A |
| 2003 | 58.5% | 59.8% | 39.6% | 59.2% | 18.2% | 18.0% |
| 2004-Q1 | 57.8% | 61.9% | 39.8% | 52.0% | 19.4% | 17.4% |
| 2004-Q2 | 57.1% | 60.9% | 38.2% | 52.3% | 14.9% | 16.8% |
| 2004-Q3 | 56.1% | 58.3% | 40.2% | 45.8% | 15.6% | 16.2% |
| Target | N/A | 75.0% | 25.0% | 25.0% | 15.0% | 15.0% |
| Desired Trend | > | > | < | < | < | < |

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Overall DUAT Results on COX-2 Utilization 1/2002 - 9/2004




| | COX-2 Rxs (All Ages-Risk Levels 1&2) | COX-2 Rxs (All Ages-All Risk Levels) | COX-2 Rxs 65+ (All Risk Levels) |
|---|---|---|---|
| 2002 | 0.26 | 1.02 | 4.70 |
| 2003 | 0.29 | 1.05 | 4.78 |
| 2004-Q1 | 0.26 | 0.85 | 3.24 |
| 2004-Q2 | 0.24 | 0.80 | 3.09 |
| 2004-Q3 | 0.23 | 0.77 | 2.86 |
| Target | 0.25 | 0.82 | N/A |
| Desired Trend | < | < | < |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Overall DUAT Results on EPO/NESP Utilization

## Hematology/Oncology Use Only

## 1/2003 - 9/2004




| | EPO/NESP |
|---|---|
| 2003 | 79.6 |
| 2004-Q1 | 73.2 |
| 2004-Q2 | 80.3 |
| 2004-Q3 | 82.3 |
| Target | 60.0 |
| Desired Trend | < |



CONFIDENTIAL

KAIS-000055

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Overall DUAT Results on CSF Utilization

## Hematology/Oncology Use Only

## 1/2003 - 9/2004




| | CSFs |
|---|---|
| 2003 | 604 |
| 2004-Q1 | 578 |
| 2004-Q2 | 674 |
| 2004-Q3 | 617 |
| Target | 300 |
| Desired Trend | < |

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Macrolide Antibiotics (without Erythromycin) Utilization Trend Report 1999 - Sep 2004
### (Adjusted for Age/Sex and Seasonal Variation, HIV and H-pylori Tx removed)




| | LA | SB | OC | WLA | KC | PC | BE | BP | RI | WH | FO | SD | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 2.59 | 3.17 | 2.60 | 1.48 | 3.35 | 2.65 | 2.67 | 3.20 | 2.32 | 1.85 | 0.73 | 0.70 | 2.02 | 1.30 |
| 2000 | 2.43 | 2.86 | 1.77 | 1.48 | 3.04 | 2.82 | 2.45 | 2.79 | 2.14 | 1.78 | 0.61 | 0.70 | 1.84 | 1.30 |
| 2001 | 2.62 | 2.57 | 1.99 | 1.51 | 2.47 | 3.13 | 1.90 | 2.92 | 2.53 | 2.08 | 0.96 | 0.78 | 1.93 | 1.30 |
| 2002 | 2.04 | 1.87 | 2.02 | 1.36 | 2.66 | 2.02 | 1.69 | 2.81 | 2.55 | 1.75 | 1.16 | 0.71 | 1.71 | 1.30 |
| 2003 | 2.11 | 1.85 | 1.87 | 1.66 | 2.80 | 1.91 | 1.69 | 2.45 | 2.85 | 1.73 | 1.29 | 1.05 | 1.78 | 1.30 |
| Q1-2004 | 2.02 | 2.49 | 2.05 | 1.99 | 2.30 | 2.08 | 1.64 | 2.03 | 2.88 | 1.96 | 1.46 | 1.10 | 1.88 | 1.30 |
| Q2-2004 | 1.47 | 1.80 | 1.56 | 1.38 | 1.53 | 1.50 | 1.46 | 1.43 | 1.61 | 1.50 | 1.05 | 1.04 | 1.39 | 1.30 |
| Jul-04 | 1.22 | 1.18 | 1.15 | 1.17 | 1.07 | 1.11 | 1.05 | 1.10 | 0.93 | 0.92 | 0.75 | 0.93 | 1.03 | 1.30 |
| Aug-04 | 1.17 | 1.08 | 1.18 | 1.05 | 1.18 | 0.96 | 1.00 | 0.97 | 0.99 | 0.92 | 0.78 | 0.56 | 0.94 | 1.30 |
| Sep-04 | 1.35 | 1.27 | 1.20 | 1.29 | 1.20 | 1.17 | 1.06 | 1.03 | 1.05 | 0.92 | 0.81 | 0.64 | 1.03 | 1.30 |

*Target represents average of lowest 4 medical centers for baseline year 1999.

Data adjusted by age/sex using the following categories: 0-17 M/F, 18-64 F, 18-64 M, 65+ M/F.

KAIS-000058

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Erythromycin Market Share* 1999 - Sept 2004
## (HIV and H. pylori Tx Removed)




| | SD | FO | RI | KC | BE | BP | PC | OC | WH | SB | LA | WLA | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 85.1% | 83.6% | 66.5% | 56.4% | 61.4% | 60.1% | 60.5% | 65.0% | 64.2% | 50.6% | 55.1% | 67.3% | 66.6% |
| 2000 | 83.4% | 81.5% | 63.6% | 54.8% | 59.0% | 55.2% | 53.9% | 67.8% | 59.4% | 50.2% | 49.6% | 60.4% | 63.6% |
| 2001 | 80.6% | 74.8% | 60.8% | 58.4% | 65.2% | 54.0% | 48.8% | 63.5% | 53.8% | 47.3% | 46.7% | 60.8% | 61.4% |
| 2002 | 77.0% | 67.0% | 53.8% | 55.6% | 62.2% | 43.6% | 54.1% | 54.7% | 50.3% | 49.0% | 49.0% | 57.5% | 57.6% |
| 2003 | 71.7% | 65.9% | 50.1% | 55.8% | 64.9% | 52.0% | 55.7% | 57.5% | 49.9% | 51.0% | 50.3% | 57.4% | 58.4% |
| Q1-2004 | 70.3% | 62.4% | 50.0% | 60.5% | 66.9% | 58.6% | 54.3% | 53.5% | 51.2% | 47.3% | 51.4% | 52.7% | 57.8% |
| Q2-2004 | 63.2% | 61.3% | 57.4% | 65.5% | 61.3% | 59.9% | 54.3% | 52.3% | 49.3% | 47.6% | 52.2% | 53.3% | 57.1% |
| Jul-04 | 58.2% | 63.0% | 60.5% | 57.1% | 58.8% | 57.2% | 56.1% | 55.2% | 51.8% | 49.9% | 48.0% | 47.6% | 56.1% |
| Aug-04 | 68.5% | 59.5% | 59.0% | 59.6% | 61.4% | 56.7% | 56.1% | 51.5% | 52.2% | 52.1% | 50.3% | 49.1% | 57.2% |
| Sep-04 | 66.3% | 60.1% | 59.9% | 61.4% | 57.2% | 56.8% | 50.1% | 53.4% | 49.7% | 49.3% | 45.7% | 42.0% | 55.2% |

*Calculated as Erythromycin Rxs divided by all macrolide Rxs

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Augmentin Utilization (All Ages) 1999 - Sept 2004
## (Adjusted for Age/Sex and Seasonal Variation, Excludes Treatment Failures)




| | WH | KC | SB | LA | SD | OC | BP | RI | PC | FO | BE | WLA | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 1.81 | 2.60 | 2.52 | 1.70 | 2.22 | 1.93 | 1.71 | 2.60 | 2.24 | 2.78 | 1.54 | 1.19 | 2.09 | 1.54 |
| 2000 | 1.73 | 2.39 | 2.56 | 1.40 | 2.07 | 1.38 | 1.95 | 2.34 | 2.12 | 1.48 | 1.48 | 1.01 | 1.79 | 1.54 |
| 2001 | 1.64 | 2.38 | 2.24 | 1.70 | 1.97 | 1.37 | 1.77 | 1.79 | 1.78 | 1.29 | 1.31 | 0.90 | 1.64 | 1.54 |
| 2002 | 1.54 | 2.29 | 1.95 | 1.33 | 1.46 | 1.31 | 1.48 | 1.58 | 1.31 | 1.16 | 0.98 | 0.82 | 1.37 | 1.54 |
| 2003 | 1.42 | 1.92 | 1.58 | 1.37 | 1.56 | 1.18 | 1.50 | 1.67 | 1.19 | 1.19 | 0.96 | 0.84 | 1.33 | 1.54 |
| Q1-2004 | 1.52 | 1.98 | 1.64 | 1.42 | 1.65 | 1.17 | 1.17 | 1.63 | 1.21 | 1.41 | 1.10 | 0.83 | 1.38 | 1.54 |
| Q2-2004 | 1.56 | 1.39 | 1.57 | 1.28 | 1.39 | 1.18 | 1.26 | 1.34 | 1.33 | 1.16 | 1.16 | 0.86 | 1.28 | 1.54 |
| Jul-04 | 1.55 | 1.56 | 1.38 | 1.57 | 1.44 | 1.52 | 1.42 | 1.47 | 1.41 | 1.24 | 1.25 | 1.07 | 1.40 | 1.54 |
| Aug-04 | 1.61 | 1.56 | 1.67 | 1.35 | 1.34 | 1.33 | 1.35 | 1.37 | 1.23 | 1.19 | 1.18 | 1.01 | 1.32 | 1.54 |
| Sep-04 | 1.65 | 1.64 | 1.37 | 1.30 | 1.34 | 1.20 | 1.27 | 1.19 | 1.19 | 1.17 | 1.12 | 1.03 | 1.26 | 1.54 |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Augmentin Utilization in Children (Age 0-17) Trend Report 1999 - Sept 2004
## (Adjusted for Seasonal Variation, Excludes Treatment Failures)




| | WH | SD | KC | FO | PC | BP | OC | LA | RI | WLA | BE | SB | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 2.43 | 2.39 | 2.94 | 3.82 | 2.74 | 2.23 | 2.19 | 1.18 | 3.12 | 1.61 | 1.37 | 4.03 | 2.51 | 1.60 |
| 2000 | 2.49 | 2.14 | 3.01 | 2.51 | 2.88 | 3.06 | 1.41 | 1.03 | 3.38 | 1.41 | 1.32 | 4.16 | 2.30 | 1.60 |
| 2001 | 2.28 | 2.10 | 2.96 | 2.20 | 2.47 | 2.06 | 1.53 | 1.41 | 2.41 | 1.12 | 1.39 | 3.00 | 2.01 | 1.60 |
| 2002 | 2.06 | 1.89 | 3.14 | 1.75 | 1.95 | 1.54 | 1.45 | 1.29 | 2.34 | 0.93 | 0.88 | 2.53 | 1.72 | 1.60 |
| 2003 | 1.82 | 1.98 | 2.54 | 1.73 | 1.76 | 1.39 | 1.40 | 1.28 | 2.35 | 0.96 | 0.93 | 1.91 | 1.64 | 1.60 |
| Q1-2004 | 1.67 | 2.07 | 2.71 | 2.61 | 1.91 | 1.85 | 1.32 | 1.34 | 2.25 | 1.20 | 1.61 | 1.69 | 1.90 | 1.60 |
| Q2-2004 | 1.95 | 2.04 | 1.38 | 1.58 | 1.84 | 1.28 | 1.43 | 1.10 | 1.62 | 0.94 | 1.29 | 1.16 | 1.51 | 1.60 |
| Jul-04 | 1.92 | 1.59 | 1.84 | 1.63 | 1.57 | 1.33 | 1.42 | 1.52 | 1.28 | 0.88 | 1.24 | 1.21 | 1.45 | 1.60 |
| Aug-04 | 2.06 | 1.77 | 1.58 | 1.51 | 1.38 | 1.04 | 1.09 | 1.19 | 1.29 | 1.36 | 0.99 | 1.28 | 1.36 | 1.60 |
| Sep-04 | 1.97 | 1.79 | 1.34 | 1.50 | 1.32 | 1.45 | 1.18 | 0.87 | 0.98 | 1.24 | 1.06 | 0.79 | 1.30 | 1.60 |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Augmentin Utilization in Adults (Age 18+) Trend Report 1999 - Sept 2004
### (Adjusted for Seasonal Variation, Excludes Treatment Failures)

Rx per 1,000 Members per Month

3.00
2.50
2.00
1.50
1.00
0.50
0.00

| | SB | KC | WH | LA | RI | OC | BP | SD | BE | PC | FO | WLA | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 1.95 | 2.49 | 1.60 | 1.84 | 2.40 | 1.83 | 1.51 | 2.14 | 1.64 | 2.05 | 2.35 | 1.04 | 1.92 | 1.45 |
| 2000 | 1.98 | 2.16 | 1.48 | 1.49 | 1.93 | 1.37 | 1.52 | 2.01 | 1.58 | 1.83 | 1.05 | 0.87 | 1.60 | 1.45 |
| 2001 | 1.95 | 2.15 | 1.43 | 1.77 | 1.54 | 1.31 | 1.67 | 1.90 | 1.29 | 1.51 | 0.91 | 0.82 | 1.50 | 1.45 |
| 2002 | 1.75 | 1.95 | 1.37 | 1.33 | 1.26 | 1.25 | 1.49 | 1.32 | 1.06 | 1.07 | 0.92 | 0.79 | 1.24 | 1.45 |
| 2003 | 1.47 | 1.69 | 1.28 | 1.38 | 1.41 | 1.10 | 1.55 | 1.42 | 1.00 | 0.98 | 0.97 | 0.79 | 1.23 | 1.45 |
| Q1-2004 | 1.51 | 1.90 | 1.36 | 1.41 | 1.38 | 1.08 | 1.10 | 1.39 | 1.05 | 0.93 | 1.02 | 0.68 | 1.20 | 1.45 |
| Q2-2004 | 1.70 | 1.41 | 1.43 | 1.33 | 1.24 | 1.09 | 1.25 | 1.19 | 1.12 | 1.14 | 1.00 | 0.83 | 1.20 | 1.45 |
| Jul-04 | 1.43 | 1.43 | 1.46 | 1.58 | 1.55 | 1.56 | 1.45 | 1.40 | 1.26 | 1.35 | 1.08 | 1.13 | 1.38 | 1.45 |
| Aug-04 | 1.80 | 1.55 | 1.50 | 1.40 | 1.40 | 1.41 | 1.46 | 1.21 | 1.26 | 1.17 | 1.07 | 0.90 | 1.31 | 1.45 |
| Sep-04 | 1.56 | 1.77 | 1.58 | 1.41 | 1.27 | 1.20 | 1.21 | 1.21 | 1.14 | 1.14 | 1.03 | 0.97 | 1.24 | 1.45 |