CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## All Antibiotics** Utilization Trend Report 1999 - Sep 2004
## (Adjusted for Age/Sex and Seasonal Variation)

Rx per 1,000 Members per Month

| | OC | KC | SD | FO | RI | BE | WH | PC | SB | BP | LA | WLA | Region | Target* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 63.5 | 42.5 | 50.0 | 50.9 | 53.6 | 52.8 | 44.7 | 50.1 | 44.2 | 54.8 | 40.5 | 38.7 | 49.7 | 41.5 |
| 2000 | 50.8 | 36.2 | 45.2 | 44.8 | 46.6 | 45.9 | 41.6 | 43.7 | 39.1 | 43.7 | 35.2 | 32.5 | 42.9 | 41.5 |
| 2001 | 54.3 | 41.0 | 49.1 | 48.2 | 49.0 | 50.2 | 46.8 | 47.2 | 38.4 | 45.3 | 40.3 | 36.2 | 46.6 | 41.5 |
| 2002 | 51.4 | 49.5 | 45.0 | 45.2 | 43.0 | 47.0 | 42.2 | 44.2 | 35.8 | 40.7 | 37.3 | 36.6 | 43.5 | 41.5 |
| 2003 | 49.1 | 51.3 | 46.2 | 46.6 | 44.6 | 43.8 | 42.1 | 44.7 | 36.7 | 39.7 | 38.0 | 35.8 | 43.5 | 41.5 |
| Q1-2004 | 47.8 | 49.5 | 49.7 | 48.3 | 46.5 | 42.0 | 46.1 | 44.1 | 40.1 | 40.0 | 35.8 | 35.0 | 44.0 | 41.5 |
| Q2-2004 | 46.0 | 47.7 | 47.8 | 45.4 | 43.9 | 43.9 | 44.5 | 42.3 | 38.1 | 38.2 | 35.9 | 34.8 | 43.0 | 41.5 |
| Jul-04 | 50.8 | 49.8 | 51.3 | 48.5 | 47.0 | 47.7 | 46.4 | 45.4 | 40.5 | 41.7 | 39.0 | 40.9 | 46.5 | 41.5 |
| Aug-04 | 50.9 | 49.7 | 50.0 | 49.3 | 48.2 | 47.0 | 47.4 | 45.3 | 43.1 | 39.2 | 40.2 | 39.0 | 46.4 | 41.5 |
| Sep-04 | 49.1 | 50.8 | 49.0 | 49.0 | 47.8 | 45.6 | 46.2 | 44.9 | 41.1 | 39.7 | 38.6 | 36.6 | 45.4 | 41.5 |

*Target represents average of lowest 4 medical centers for baseline year 1999.

Data adjusted by age/sex using the following categories: 0-17 M/F, 18-64 F, 18-64 M, 65+ M/F.

**Excludes antivirals, antifungals, injectables and vials.

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Proton Pump Inhibitor (PPI) Utilization Trend Report 1999 - Sep 2004
## (Excludes h-pylori, Adjusted for Age/Sex)

Rx's per 1,000 members per month

| | KC | FO | PC | WH | OC | RI | SD | BP | BE | SB | LA | WLA | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 4.03 | 3.21 | 3.75 | 2.81 | 4.15 | 3.10 | 3.96 | 3.89 | 4.04 | 2.01 | 3.24 | 2.82 | 3.47 | 6.30 |
| 2000 | 5.86 | 4.23 | 5.15 | 4.38 | 5.27 | 4.43 | 5.43 | 4.90 | 5.53 | 3.11 | 4.13 | 4.00 | 4.72 | 6.30 |
| 2001 | 7.43 | 5.99 | 6.61 | 6.54 | 6.61 | 6.26 | 7.18 | 6.53 | 6.36 | 4.57 | 5.55 | 5.30 | 6.30 | 6.30 |
| 2002 | 9.10 | 7.37 | 7.45 | 7.39 | 7.67 | 7.27 | 7.12 | 7.65 | 7.03 | 5.45 | 6.34 | 6.23 | 7.15 | 6.30 |
| 2003 | 10.34 | 8.26 | 8.05 | 8.05 | 7.91 | 8.06 | 8.05 | 7.85 | 6.96 | 5.90 | 6.41 | 5.99 | 7.56 | 6.30 |
| Q1-2004 | 9.06 | 8.26 | 8.14 | 8.46 | 7.72 | 7.95 | 8.51 | 6.00 | 5.67 | 7.28 | 6.33 | 6.13 | 7.33 | 6.30 |
| Q2-2004 | 10.03 | 8.70 | 8.18 | 7.93 | 7.88 | 7.85 | 7.71 | 7.50 | 6.82 | 6.21 | 6.35 | 5.76 | 7.55 | 6.30 |
| Jul-04 | 10.59 | 8.94 | 8.77 | 8.19 | 8.46 | 8.40 | 8.19 | 7.90 | 6.93 | 6.81 | 6.66 | 5.74 | 7.94 | 6.30 |
| Aug-04 | 10.63 | 9.20 | 8.57 | 8.70 | 8.67 | 8.53 | 8.15 | 7.67 | 7.41 | 6.93 | 6.39 | 6.49 | 8.06 | 6.30 |
| Sep-04 | 10.72 | 9.11 | 9.08 | 8.71 | 8.31 | 8.40 | 8.45 | 8.21 | 7.35 | 7.63 | 6.84 | 6.32 | 8.21 | 6.30 |

Data adjusted by age/sex using the following categories: 0-17 M/F, 18-64 F, 18-64 M, 65+ M/F.

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## H2 Blocker Utilization Trend Report 1999 - Sep 2004
## (Adjusted for Age/Sex)

Rx's per 1,000 members per month

| | BP | WLA | PC | LA | SB | RI | SD | FO | WH | BE | OC | KC | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 9.82 | 7.77 | 9.88 | 7.90 | 9.60 | 11.69 | 10.70 | 12.38 | 9.88 | 11.64 | 11.90 | 14.57 | 10.53 |
| 2000 | 8.59 | 7.94 | 9.86 | 7.89 | 9.39 | 11.39 | 10.06 | 12.58 | 9.78 | 11.40 | 11.68 | 14.82 | 10.27 |
| 2001 | 7.95 | 8.93 | 9.84 | 8.79 | 10.08 | 11.91 | 10.35 | 12.66 | 11.14 | 11.17 | 11.21 | 15.73 | 10.61 |
| 2002 | 7.81 | 9.37 | 10.09 | 8.78 | 10.47 | 11.27 | 10.78 | 12.17 | 10.86 | 12.06 | 10.89 | 15.91 | 10.65 |
| 2003 | 8.75 | 10.34 | 10.50 | 9.52 | 10.92 | 11.56 | 11.28 | 12.43 | 11.46 | 12.32 | 12.15 | 17.19 | 11.23 |
| Q1-2004 | 7.92 | 11.77 | 10.74 | 10.73 | 13.65 | 12.05 | 13.24 | 13.06 | 14.03 | 10.62 | 13.62 | 16.16 | 11.92 |
| Q2-2004 | 9.96 | 10.84 | 10.50 | 10.76 | 11.77 | 11.97 | 11.95 | 13.03 | 12.52 | 12.75 | 13.02 | 17.69 | 12.01 |
| Jul-04 | 9.69 | 10.10 | 10.28 | 10.68 | 10.93 | 10.90 | 11.09 | 11.35 | 11.83 | 11.96 | 12.40 | 16.59 | 11.24 |
| Aug-04 | 9.40 | 9.95 | 9.75 | 10.00 | 11.02 | 11.64 | 11.50 | 11.71 | 11.51 | 12.38 | 12.51 | 16.13 | 11.29 |
| Sep-04 | 9.83 | 9.62 | 9.90 | 9.92 | 11.06 | 11.46 | 11.61 | 11.77 | 11.56 | 12.32 | 12.53 | 16.50 | 11.33 |

Data adjusted by age/sex using the following categories: 0-17 M/F, 18-64 F, 18-64 M, 65+ M/F.

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## H2 Blockers Market Share** Trend Report 1999 - Sep 2004

H2 Blocker Market Share - by Rx

100.0%
80.0%
60.0%
40.0%
20.0%
0.0%

| | PC | BP | FO | RI | WH | SD | OC | LA | SB | KC | WLA | BE | Region | Target* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 72.5% | 71.9% | 79.5% | 79.1% | 77.6% | 73.0% | 74.3% | 70.9% | 82.7% | 78.6% | 73.3% | 74.5% | 75.3% | 75.0% |
| 2000 | 65.8% | 64.1% | 74.9% | 72.1% | 68.8% | 64.9% | 69.1% | 65.7% | 75.1% | 71.9% | 66.4% | 67.7% | 68.7% | 75.0% |
| 2001 | 59.9% | 55.3% | 68.0% | 65.7% | 62.5% | 58.9% | 63.1% | 61.3% | 68.7% | 68.1% | 62.6% | 64.0% | 62.8% | 75.0% |
| 2002 | 58.7% | 56.4% | 64.5% | 59.4% | 59.0% | 54.5% | 58.2% | 58.3% | 62.3% | 64.5% | 61.8% | 63.4% | 59.8% | 75.0% |
| 2003 | 56.7% | 53.0% | 60.2% | 59.1% | 58.3% | 58.2% | 60.7% | 59.7% | 64.8% | 62.5% | 63.1% | 64.2% | 59.8% | 75.0% |
| Q1-2004 | 56.9% | 56.9% | 61.2% | 60.3% | 62.3% | 60.9% | 63.9% | 62.9% | 65.3% | 64.0% | 65.7% | 65.2% | 61.9% | 75.0% |
| Q2-2004 | 55.8% | 55.9% | 59.2% | 59.2% | 61.2% | 60.3% | 61.7% | 62.6% | 64.7% | 62.9% | 65.5% | 64.8% | 60.9% | 75.0% |
| Jul-04 | 54.0% | 55.1% | 56.0% | 56.5% | 59.0% | 57.5% | 59.4% | 61.5% | 61.6% | 61.1% | 63.7% | 63.4% | 58.6% | 75.0% |
| Aug-04 | 53.3% | 55.1% | 56.1% | 57.8% | 56.8% | 58.4% | 59.1% | 61.0% | 61.3% | 60.4% | 60.5% | 62.7% | 58.3% | 75.0% |
| Sep-04 | 52.2% | 54.5% | 56.4% | 57.8% | 57.0% | 57.8% | 60.1% | 59.1% | 59.2% | 60.7% | 60.3% | 62.7% | 58.0% | 75.0% |

*Target represents average of highest 4 medical centers for baseline year 1999.
*Calculated as H2 Rxs divided by total of H2 plus PPI Rxs.

KAIS-000066

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## PPI New Starts: Percent of New Start** Unique MRNs Naïve to H2 Blockers 2000 - Sep 2004
(H. pylori Tx removed)

| | FO | RI | LA | PC | SD | WH | WLA | KC | SB | BE | BP | OC | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 30.8% | 41.1% | 43.0% | 37.6% | 40.0% | 41.4% | 37.4% | 41.5% | 35.3% | 37.3% | 40.8% | 35.7% | 38.5% | 25.0% |
| 2001 | 34.8% | 41.0% | 44.7% | 42.4% | 43.4% | 43.2% | 40.3% | 44.7% | 40.9% | 41.4% | 48.5% | 39.8% | 42.0% | 25.0% |
| 2002 | 41.0% | 44.3% | 46.4% | 44.7% | 39.3% | 46.8% | 38.4% | 49.2% | 35.7% | 41.5% | 48.7% | 43.2% | 43.0% | 25.0% |
| 2003 | 37.3% | 41.8% | 44.4% | 40.6% | 37.5% | 41.9% | 38.1% | 42.4% | 36.3% | 37.1% | 43.3% | 35.4% | 39.6% | 25.0% |
| Q1-2004 | 40.4% | 45.9% | 39.7% | 39.1% | 39.7% | 43.1% | 38.8% | 45.9% | 38.3% | 33.7% | 41.4% | 37.2% | 39.8% | 25.0% |
| Q2-2004 | 41.8% | 39.9% | 42.8% | 37.1% | 35.7% | 42.8% | 36.3% | 34.8% | 34.2% | 35.8% | 40.5% | 34.4% | 38.2% | 25.0% |
| Jul-04 | 48.2% | 45.0% | 43.9% | 40.9% | 41.4% | 40.8% | 35.2% | 38.0% | 34.7% | 38.4% | 34.5% | 37.3% | 40.7% | 25.0% |
| Aug-04 | 45.3% | 43.6% | 41.4% | 45.8% | 39.1% | 38.9% | 40.2% | 42.5% | 37.8% | 37.0% | 35.3% | 32.8% | 40.0% | 25.0% |
| Sep-04 | 45.2% | 42.2% | 38.9% | 37.3% | 42.4% | 41.0% | 43.2% | 37.4% | 41.9% | 36.1% | 36.2% | 33.7% | 40.0% | 25.0% |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

**COX-2 Rxs Stratified by Risk Level for All Ages, Jan-Jun 2004**
**Patient Pays Excluded**

# Quarter 3, 2004

Target #1: COX-2 utilization in risk levels 1 & 2 only
Target #2: TOTAL COX-2 utilization (all risk levels)
Rx per 1,000 Members per Month
1.60
1.40
1.20
1.00
0.80
0.60
0.40
0.20
0.00
0.98
0.86
0.82
0.83
0.83
0.74
0.69
0.69
0.63
0.65
0.67
0.57
0.77
0.25
0.82

| | SD | SB | BP | BE | WH | LA | FO | OC | PC | RI | WLA | KC | Region | Target | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| level 4 | 0.21 | 0.23 | 0.19 | 0.23 | 0.23 | 0.16 | 0.13 | 0.15 | 0.14 | 0.17 | 0.21 | 0.15 | 0.18 | | 0.82 |
| level 3 | 0.46 | 0.43 | 0.36 | 0.41 | 0.39 | 0.32 | 0.30 | 0.32 | 0.30 | 0.30 | 0.27 | 0.23 | 0.35 | | |
| level 1&2 | 0.31 | 0.20 | 0.27 | 0.19 | 0.21 | 0.26 | 0.27 | 0.22 | 0.19 | 0.18 | 0.19 | 0.19 | 0.23 | 0.25 | |

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Quarter 2, 2004

**COX-2 Rxs Stratified by Risk Level for All Ages, Jan-Jun 2004**
**Patient Pays Excluded**

**Target #1: COX-2 utilization in risk levels 1 & 2 only**

**Target #2: TOTAL COX-2 utilization (all risk levels)**

Rx per 1,000 Members per Month

| | SD | BP | SB | BE | WH | RI | LA | FO | OC | PC | KC | WLA | Region | Target | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Total) | 0.99 | 0.89 | 0.92 | 0.89 | 0.83 | 0.77 | 0.77 | 0.70 | 0.70 | 0.70 | 0.54 | 0.65 | 0.80 | 0.25 | 0.82 |
| Target | | | | | | | | | | | | | | | 0.82 |
| level 4 | 0.22 | 0.20 | 0.25 | 0.25 | 0.22 | 0.17 | 0.19 | 0.13 | 0.16 | 0.18 | 0.11 | 0.22 | 0.19 | | |
| level 3 | 0.46 | 0.41 | 0.45 | 0.43 | 0.40 | 0.38 | 0.33 | 0.31 | 0.33 | 0.33 | 0.22 | 0.25 | 0.37 | | |
| level 1&2 | 0.31 | 0.27 | 0.23 | 0.22 | 0.21 | 0.23 | 0.25 | 0.26 | 0.21 | 0.19 | 0.21 | 0.17 | 0.24 | 0.25 | |

Results are sorted by the combined height of Levels 1, 2 and 3

**Target #2 Average of the lowest 4 medical centers for baseline year 2002 for all Risk Levels (sum of Levels 1-4).

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Quarter 1, 2004

**COX-2 Rxs Stratified by Risk Level for All Ages, Jan-Mar 2004**
**Patient Pays Excluded**

Target #1: COX-2 utilization in risk levels 1 & 2 only
Target #2: TOTAL COX-2 utilization (all risk levels)
Rx per 1,000 Members per Month
1.60
1.40
1.20
1.00
0.80
0.60
0.40
0.20
0.00
1.10
1.01
0.92
0.94
0.85
0.89
0.74
0.79
0.77
0.68
0.60
0.71
0.85
0.25
0.82

| | SD | WH | BP | SB | RI | BE | FO | LA | PC | OC | KC | WLA | Region | Target | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Target | | | | | | | | | | | | | | | 0.82 |
| level 4 | 0.23 | 0.29 | 0.22 | 0.24 | 0.21 | 0.26 | 0.14 | 0.22 | 0.20 | 0.15 | 0.11 | 0.23 | 0.21 | | |
| level 3 | 0.50 | 0.45 | 0.44 | 0.45 | 0.36 | 0.43 | 0.32 | 0.33 | 0.34 | 0.32 | 0.24 | 0.29 | 0.38 | | |
| level 1&2 | 0.36 | 0.27 | 0.25 | 0.24 | 0.27 | 0.19 | 0.28 | 0.24 | 0.23 | 0.22 | 0.26 | 0.19 | 0.26 | 0.25 | |

Results are sorted by the combined height of Levels 1, 2 and 3

**Target #2 Average of the lowest 4 medical centers for baseline year 2002 for all Risk Levels (sum of Levels 1-4).

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# 2003

## COX-2 Rxs Stratified by Risk Level for All Ages, Jan-Dec 2003
Patient Pays Excluded

Target #1: COX-2 utilization in risk levels 1 & 2 only
Target #2: TOTAL COX-2 utilization (all risk levels)
Rx per 1,000 Members per Month
1.60
1.40
1.20
1.00
0.80
0.60
0.40
0.20
0.00
1.43
1.46
1.09
1.04
0.99
1.09
0.99
0.87
0.90
0.84
0.85
0.91
1.05
0.25
0.82

| | SD | WH | BP | SB | RI | BE | LA | KC | PC | FO | OC | WLA | Region | Target | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Level 4 | 0.37 | 0.43 | 0.26 | 0.29 | 0.25 | 0.36 | 0.26 | 0.20 | 0.24 | 0.18 | 0.20 | 0.31 | 0.28 | | 0.82 |
| Level 3 | 0.64 | 0.70 | 0.54 | 0.48 | 0.46 | 0.50 | 0.43 | 0.43 | 0.41 | 0.37 | 0.40 | 0.37 | 0.48 | | |
| Levels 1 and 2 | 0.42 | 0.33 | 0.29 | 0.27 | 0.28 | 0.24 | 0.30 | 0.24 | 0.25 | 0.28 | 0.25 | 0.22 | 0.29 | 0.25 | |

Results are sorted by the combined height of Levels 1, 2 and 3

**Target #2 Average of the lowest 4 medical centers for baseline year 2002 for all Risk Levels (sum of Levels 1-4).

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## COX-2 Rxs Levels 1 and 2 (All Ages), 2002 - Sep 2004
(Patient Pays Excluded)

| | SD | BP | FO | LA | OC | WH | SB | BE | PC | KC | WLA | RI | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 0.39 | 0.25 | 0.24 | 0.23 | 0.24 | 0.27 | 0.26 | 0.23 | 0.28 | 0.24 | 0.17 | 0.26 | 0.26 | 0.25 |
| 2003 | 0.38 | 0.28 | 0.28 | 0.27 | 0.25 | 0.32 | 0.27 | 0.24 | 0.26 | 0.23 | 0.20 | 0.32 | 0.29 | 0.25 |
| Q1-2004 | 0.36 | 0.26 | 0.28 | 0.24 | 0.22 | 0.27 | 0.24 | 0.19 | 0.23 | 0.26 | 0.19 | 0.27 | 0.26 | 0.25 |
| Q2-2004 | 0.31 | 0.27 | 0.26 | 0.25 | 0.21 | 0.21 | 0.23 | 0.22 | 0.19 | 0.21 | 0.17 | 0.23 | 0.24 | 0.25 |
| Jul-04 | 0.30 | 0.29 | 0.24 | 0.31 | 0.21 | 0.21 | 0.21 | 0.19 | 0.17 | 0.16 | 0.19 | 0.17 | 0.23 | 0.25 |
| Aug-04 | 0.36 | 0.30 | 0.29 | 0.22 | 0.24 | 0.23 | 0.20 | 0.16 | 0.21 | 0.17 | 0.18 | 0.17 | 0.24 | 0.25 |
| Sep-04 | 0.28 | 0.22 | 0.28 | 0.26 | 0.19 | 0.19 | 0.20 | 0.22 | 0.20 | 0.25 | 0.19 | 0.20 | 0.23 | 0.25 |

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## COX-2 Rxs ALL Risk Levels Combined for Members 65+, Jan 2001 - Sep 2004 (Patient Pays Excluded)

| | BE | BP | SB | SD | OC | RI | LA | PC | WH | FO | WLA | KC | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 10.35 | 8.69 | 6.15 | 9.04 | 6.73 | 6.05 | 5.23 | 7.43 | 7.52 | 4.49 | 5.68 | 4.13 | 7.06 |
| 2002 | 7.01 | 6.16 | 4.28 | 5.96 | 4.19 | 4.10 | 3.69 | 4.99 | 4.77 | 3.33 | 3.89 | 4.02 | 4.70 |
| 2003 | 7.01 | 6.55 | 4.37 | 5.81 | 4.05 | 4.61 | 4.11 | 4.43 | 4.89 | 3.57 | 3.67 | 4.46 | 4.78 |
| Q1-2004 | 4.97 | 4.37 | 3.63 | 3.62 | 2.64 | 2.90 | 3.01 | 3.34 | 2.87 | 2.50 | 2.67 | 1.95 | 3.24 |
| Q2-2004 | 4.83 | 4.00 | 3.73 | 3.37 | 2.96 | 3.03 | 2.88 | 3.07 | 2.27 | 2.44 | 2.25 | 1.87 | 3.09 |
| Jul-04 | 4.46 | 3.36 | 3.26 | 3.23 | 2.99 | 2.69 | 2.79 | 2.65 | 2.95 | 2.68 | 2.49 | 2.76 | 3.03 |
| Aug-04 | 4.64 | 3.57 | 3.75 | 2.69 | 2.81 | 2.55 | 2.59 | 2.49 | 2.41 | 2.38 | 2.49 | 1.95 | 2.83 |
| Sep-04 | 4.42 | 3.31 | 3.12 | 3.51 | 2.75 | 2.64 | 2.26 | 2.38 | 1.83 | 1.96 | 1.63 | 1.49 | 2.71 |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Prozac New Start Market Share 2001 - Sep 04

Percent Prozac New Starts

| | LA | FO | SD | RI | OC | PC | SB | KC | BE | WLA | BP | WH | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 39.5% | 35.9% | 38.6% | 35.1% | 51.0% | 42.1% | 48.9% | 44.7% | 39.9% | 36.3% | 37.4% | 42.1% | 40.7% | 75.0% |
| 2002 | 58.4% | 64.7% | 70.9% | 60.1% | 67.7% | 62.7% | 72.5% | 69.5% | 72.4% | 72.4% | 59.2% | 67.0% | 66.6% | 75.0% |
| 2003 | 68.6% | 74.4% | 75.0% | 71.5% | 74.1% | 71.5% | 76.9% | 73.5% | 76.8% | 81.8% | 70.4% | 77.2% | 74.1% | 75.0% |
| Q1-2004 | 72.2% | 74.9% | 75.8% | 74.8% | 73.3% | 72.9% | 75.8% | 77.2% | 80.7% | 80.3% | 75.5% | 79.1% | 75.5% | 75.0% |
| Q2-2004 | 68.8% | 75.3% | 76.9% | 69.9% | 74.7% | 75.6% | 76.6% | 80.4% | 76.8% | 81.3% | 79.9% | 77.9% | 75.7% | 75.0% |
| Jul-04 | 65.0% | 71.3% | 72.9% | 70.4% | 69.4% | 75.8% | 73.0% | 75.9% | 79.8% | 78.9% | 79.8% | 80.5% | 73.5% | 75.0% |
| Aug-04 | 68.6% | 72.7% | 71.1% | 73.7% | 78.0% | 79.2% | 80.1% | 77.9% | 78.2% | 81.8% | 80.0% | 80.5% | 75.5% | 75.0% |
| Sep-04 | 75.2% | 70.9% | 73.9% | 76.4% | 73.6% | 77.1% | 79.5% | 80.3% | 78.9% | 78.3% | 81.9% | 82.6% | 76.0% | 75.0% |

*New starts were identified as no previous SSRI Rx to 1/1/96.

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Overall Prozac Share of SSRI Market 2001 - Sep 2004

Overall Prozac Market Share

| | LA | BP | RI | FO | PC | BE | WLA | SD | WH | OC | SB | KC | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 41.6% | 40.3% | 40.8% | 39.1% | 43.1% | 41.5% | 39.0% | 44.7% | 42.6% | 49.6% | 47.3% | 43.1% | 43.2% |
| 2002 | 48.9% | 49.1% | 51.6% | 52.5% | 54.2% | 55.0% | 58.4% | 54.7% | 54.2% | 57.3% | 56.8% | 55.8% | 54.0% |
| 2003 | 51.8% | 52.1% | 54.8% | 56.1% | 55.2% | 57.8% | 62.1% | 56.9% | 56.5% | 59.2% | 58.7% | 58.4% | 56.5% |
| Q1-2004 | 54.6% | 56.0% | 57.1% | 58.2% | 58.0% | 59.1% | 59.7% | 59.2% | 58.9% | 60.5% | 60.5% | 61.7% | 58.7% |
| Q2-2004 | 53.5% | 56.5% | 57.5% | 59.0% | 57.9% | 58.1% | 59.6% | 59.6% | 59.6% | 60.0% | 59.7% | 61.4% | 58.7% |
| Jul-04 | 53.8% | 57.0% | 57.4% | 59.4% | 59.8% | 59.1% | 59.5% | 58.6% | 58.1% | 59.2% | 59.5% | 62.1% | 58.6% |
| Aug-04 | 54.7% | 56.9% | 57.8% | 58.7% | 57.8% | 58.9% | 60.2% | 59.4% | 60.3% | 61.0% | 60.2% | 60.3% | 58.9% |
| Sep-04 | 55.3% | 58.4% | 58.1% | 57.5% | 59.6% | 59.3% | 57.7% | 59.6% | 59.4% | 59.7% | 60.6% | 61.5% | 58.9% |

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Percent New Start Neurotin Naive to TCA's 2002 - Sep 2004 (Psychiatry Use and Epilepsy Dx Excluded)

Percent Naive to TCA's

100.0% 90.0% 80.0% 70.0% 60.0% 50.0% 40.0% 30.0% 20.0% 10.0% 0.0%

| | PC | SD | RI | LA | WLA | FO | SB | BP | KC | OC | BE | WH | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 61.2% | 62.0% | 58.8% | 64.4% | 62.8% | 55.9% | 62.5% | 64.9% | 69.9% | 66.9% | 49.4% | 53.3% | 61.1% | 25.0% |
| 2003 | 54.6% | 63.8% | 57.8% | 60.4% | 55.3% | 56.8% | 58.0% | 62.8% | 67.5% | 62.2% | 48.5% | 49.4% | 59.2% | 25.0% |
| Q1-2004 | 50.7% | 61.5% | 50.6% | 56.9% | 45.5% | 50.6% | 65.3% | 43.8% | 54.5% | 41.2% | 40.6% | 38.5% | 52.0% | 25.0% |
| Q2-2004 | 46.6% | 58.9% | 66.7% | 46.3% | 57.5% | 52.2% | 53.7% | 48.6% | 69.2% | 41.1% | 50.8% | 44.4% | 52.3% | 25.0% |
| Jul-04 | 57.9% | 51.6% | 55.0% | 50.0% | 33.3% | 41.2% | 36.4% | 54.5% | 33.3% | 33.3% | 31.8% | 22.2% | 44.4% | 25.0% |
| Aug-04 | 52.6% | 53.6% | 44.4% | 35.3% | 42.9% | 45.8% | 40.0% | 45.5% | 50.0% | 33.3% | 17.6% | 33.3% | 42.9% | 25.0% |
| Sep-04 | 71.4% | 59.5% | 60.0% | 45.5% | 50.0% | 42.1% | 50.0% | 20.0% | 0.0% | 42.3% | 38.5% | 26.7% | 50.0% | 25.0% |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## Overall Neurontin Utilization Trend Report
## 2002 - Sep 2004
## (Age and Sex Adjusted)

| | SD | KC | OC | PC | RI | LA | WH | BE | FO | BP | SB | WLA | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 2.18 | 2.20 | 2.10 | 1.68 | 1.83 | 1.44 | 1.80 | 1.32 | 1.43 | 1.48 | 1.03 | 1.13 | 1.65 | 1.20 |
| 2003 | 2.20 | 2.03 | 1.91 | 1.58 | 1.80 | 1.39 | 1.57 | 1.32 | 1.47 | 1.30 | 1.06 | 1.07 | 1.60 | 1.20 |
| Q1-2004 | 1.93 | 1.60 | 1.34 | 1.36 | 1.47 | 1.13 | 1.34 | 0.91 | 1.09 | 0.72 | 1.01 | 0.97 | 1.25 | 1.20 |
| Q2-2004 | 1.55 | 1.55 | 1.27 | 1.16 | 1.19 | 1.07 | 1.23 | 0.99 | 0.99 | 0.79 | 0.89 | 0.83 | 1.15 | 1.20 |
| Jul-04 | 1.51 | 1.54 | 1.26 | 1.18 | 1.18 | 1.07 | 0.99 | 0.85 | 0.87 | 0.81 | 0.73 | 0.66 | 1.09 | 1.20 |
| Aug-04 | 1.57 | 1.37 | 1.08 | 1.13 | 1.08 | 1.10 | 1.12 | 0.84 | 0.87 | 0.83 | 0.81 | 0.72 | 1.08 | 1.20 |
| Sep-04 | 1.51 | 1.46 | 1.17 | 1.17 | 0.98 | 1.04 | 1.00 | 0.91 | 0.77 | 0.72 | 0.73 | 0.76 | 1.05 | 1.20 |

CONFIDENTIAL

KAIS-000076

KAIS-000077

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Hematology/Oncology EPO/NESP Utilization

**Jan 2003 - Sep 2004**

(includes: Epogen, Procrit and Aranesp*)

**Units per member (Ages >45) per month**

Units per member (Ages >45) per month

250.0
200.0
150.0
100.0
50.0
0.0

| | SB | BP | WLA | BE | OC | SD | RI | KC | PC | LA | FO | WH | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 171.4 | 99.4 | 106.9 | 96.1 | 82.4 | 64.8 | 97.4 | 98.3 | 47.5 | 71.2 | 28.3 | 79.4 | 79.6 | 60.0 |
| Q1-2004 | 169.0 | 98.8 | 110.5 | 102.1 | 53.2 | 57.8 | 105.4 | 86.6 | 41.0 | 51.8 | 27.1 | 74.9 | 73.2 | 60.0 |
| Q2-2004 | 220.6 | 124.6 | 119.9 | 118.0 | 64.2 | 64.4 | 65.3 | 77.8 | 56.1 | 57.5 | 29.2 | 59.9 | 80.3 | 60.0 |
| Jul-04 | 211.4 | 143.3 | 117.2 | 115.8 | 70.5 | 64.7 | 69.7 | 97.1 | 66.3 | 63.6 | 46.3 | 57.3 | 85.4 | 60.0 |
| Aug-04 | 231.8 | 150.6 | 117.7 | 94.6 | 56.2 | 65.0 | 42.6 | 73.4 | 63.9 | 53.6 | 54.3 | 42.9 | 80.5 | 60.0 |
| Sep-04 | 185.2 | 131.8 | 164.0 | 96.0 | 69.5 | 65.3 | 81.5 | 21.0 | 56.5 | 55.8 | 48.9 | 45.7 | 81.1 | 60.0 |

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Hematology/Oncology EPO/NESP Cost

**Jan 2003 - Sep 2004**

(includes: Epogen, Procrit and Aranesp)

**Cost per 1,000 members (Ages >45) per month**

Cost per 1,000 members (Ages >45) per month

|  | SB | BP | WLA | BE | KC | OC | SD | PC | RI | LA | FO | WH | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 1,747 | 1,007 | 1,092 | 979 | 1,006 | 812 | 661 | 484 | 916 | 727 | 288 | 809 | 803 |
| Q1-2004 | 1,723 | 1,002 | 1,134 | 1,039 | 876 | 539 | 588 | 419 | 935 | 527 | 277 | 763 | 736 |
| Q2-2004 | 2,247 | 1,264 | 1,222 | 1,199 | 792 | 642 | 653 | 572 | 600 | 587 | 298 | 610 | 811 |
| Jul-04 | 2,131 | 1,433 | 1,173 | 1,161 | 989 | 705 | 651 | 669 | 636 | 659 | 469 | 578 | 855 |
| Aug-04 | 2,129 | 1,380 | 1,082 | 871 | 675 | 513 | 596 | 587 | 373 | 514 | 499 | 394 | 739 |
| Sep-04 | 1,706 | 1,210 | 1,506 | 882 | 194 | 632 | 599 | 519 | 715 | 544 | 449 | 420 | 745 |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Hematology/Oncology CSF Utilization

**Jan 2003 - Sep 2004**

(includes: filgrastim, pegfilgrastim, sargramostim)

**mcgs per 1000 member (Ages >45) per month**

| | OC | WLA | SB | PC | BE | RI | BP | SD | KC | FO | WH | LA | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 1,112 | 386 | 891 | 786 | 396 | 1,783 | 436 | 314 | 857 | 266 | 471 | 277 | 604 | 300 |
| Q1-2004 | 1,008 | 808 | 706 | 589 | 314 | 1,257 | 654 | 375 | 333 | 522 | 404 | 152 | 578 | 300 |
| Q2-2004 | 1,224 | 879 | 581 | 797 | 436 | 1,056 | 585 | 416 | 1,348 | 533 | 776 | 264 | 674 | 300 |
| Jul-04 | 977 | 680 | 618 | 759 | 602 | 793 | 547 | 478 | 710 | 596 | 342 | 159 | 591 | 300 |
| Aug-04 | 1,145 | 833 | 1,074 | 807 | 982 | 725 | 673 | 685 | 522 | 528 | 439 | 200 | 718 | 300 |
| Sep-04 | 777 | 1,084 | 761 | 811 | 482 | 539 | 505 | 531 | 257 | 314 | 310 | 172 | 542 | 300 |

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# Hematology/Oncology CSF Cost

**Jan 2003 - Sep 2004**

(includes: filgrastim, pegfilgrastim, sargramostim)

**Cost per 1,000 members (Ages >45) per month**

| | OC | WLA | PC | RI | SB | BE | SD | FO | BP | KC | WH | LA | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 551 | 214 | 444 | 1,004 | 487 | 205 | 160 | 130 | 217 | 419 | 241 | 169 | 320 |
| Q1-2004 | 493 | 438 | 317 | 658 | 376 | 162 | 187 | 265 | 306 | 159 | 215 | 83 | 296 |
| Q2-2004 | 581 | 475 | 448 | 556 | 309 | 213 | 207 | 273 | 259 | 575 | 382 | 141 | 339 |
| Jul-04 | 467 | 369 | 427 | 496 | 297 | 299 | 232 | 319 | 238 | 338 | 177 | 100 | 306 |
| Aug-04 | 582 | 452 | 468 | 446 | 570 | 484 | 339 | 298 | 293 | 271 | 222 | 122 | 377 |
| Sep-04 | 390 | 588 | 485 | 333 | 392 | 247 | 277 | 198 | 227 | 117 | 160 | 133 | 295 |

CONFIDENTIAL

KAIS-000080

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# EPO/NESP - PIMS COST VS PURCHASES

(includes: Epogen, Procrit)
July 2002 to Sept 2004

| | FO | PC | OC | KC | WLA | LA | BP | BE | WH | SB | SD | RI | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002* | 28.9% | 63.3% | 88.2% | 61.3% | 81.6% | 53.5% | 55.0% | 83.1% | 76.5% | 74.1% | 77.3% | 74.5% | 67.7% | 90.0% |
| 2003 | 36.5% | 70.3% | 80.9% | 65.2% | 88.3% | 81.8% | 70.2% | 87.1% | 82.4% | 85.2% | 100.1% | 102.1% | 79.8% | 90.0% |
| Q1-2004 | 46.2% | 60.9% | 68.0% | 74.8% | 92.5% | 80.8% | 75.2% | 85.0% | 90.0% | 82.4% | 95.0% | 128.4% | 80.2% | 90.0% |
| Q2-2004 | 52.9% | 69.7% | 71.0% | 69.2% | 76.7% | 80.4% | 83.3% | 84.1% | 87.9% | 88.7% | 96.8% | 123.1% | 81.1% | 90.0% |
| Q3-2004 | 58.9% | 72.7% | 72.0% | 77.7% | 78.2% | 78.9% | 84.2% | 85.2% | 91.7% | 99.0% | 92.2% | 77.0% | 81.1% | 90.0% |
| 6 mo average | 56.0% | 71.2% | 71.5% | 73.6% | 77.5% | 79.7% | 83.7% | 84.6% | 89.8% | 93.4% | 94.4% | 101.0% | 81.1% | 90.0% |

NOTE: Percentages >100% reflect differences in the timing of purchases versus dispenses in PIMs and are not adjusted by inventory levels

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

# CSFs - PIMS COST VS PURCHASE DATA

(includes: Filgrastim, Pegfilgrastim, and Sargramostim)

July 2002 to Sept 2004

| | FO | BP | WLA | KC | WH | BE | SD | PC | LA | OC | SB | RI | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002* | 35.5% | 48.8% | 77.0% | 80.3% | 61.8% | 76.5% | 58.1% | 59.3% | 104.5% | 80.8% | 76.3% | 77.8% | 70.2% | 90.0% |
| 2003 | 49.9% | 57.3% | 49.7% | 89.0% | 67.6% | 65.2% | 66.5% | 58.7% | 85.7% | 80.3% | 84.9% | 81.7% | 70.9% | 90.0% |
| Q1-2004 | 53.0% | 53.3% | 74.2% | 58.0% | 78.4% | 59.7% | 75.4% | 55.3% | 180.5% | 85.5% | 74.5% | 84.7% | 74.7% | 90.0% |
| Q2-2004 | 53.4% | 58.9% | 56.4% | 66.6% | 69.1% | 62.5% | 80.1% | 80.5% | 75.8% | 91.0% | 102.7% | 97.6% | 74.8% | 90.0% |
| Q3-2004 | 59.8% | 59.9% | 73.3% | 66.1% | 67.4% | 74.8% | 68.5% | 70.3% | 86.1% | 81.1% | 80.9% | 78.1% | 73.1% | 90.0% |
| 6 Mo average | 56.3% | 59.3% | 65.5% | 66.4% | 68.4% | 69.9% | 73.3% | 74.8% | 80.7% | 85.9% | 88.2% | 88.6% | 73.9% | 90.0% |

NOTE: Percentages >100% reflect differences in the timing of purchases versus dispenses in PIMs and are not adjusted by inventory levels

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

## DepoLupron 7.5mg, 22.5mg, 30mg Purchases by Medical Center

**Cost Per Male Member (age 65+) per Month**

**Jul-2002 - Sep-2004**

| | BE | BK | BP | FO | HC | LA | OC | PC | RI | SD | WH | WLA | Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002* | 6.15 | 4.79 | 2.65 | 5.84 | 2.02 | 4.13 | 4.20 | 4.13 | 6.36 | 3.86 | 4.87 | 5.56 | 4.51 |
| 2003 | 5.35 | 5.93 | 3.00 | 5.67 | 1.69 | 3.44 | 3.71 | 3.89 | 5.49 | 3.78 | 4.36 | 5.07 | 4.18 |
| Q1-2004 | 5.26 | 5.60 | 2.14 | 5.87 | 1.41 | 2.40 | 3.44 | 4.21 | 5.89 | 3.38 | 4.78 | 5.72 | 4.05 |
| Q2-2004 | 3.52 | 4.59 | 1.71 | 6.01 | 1.65 | 2.38 | 2.96 | 4.02 | 1.66 | 3.81 | 5.17 | 4.16 | 3.57 |
| Q3-2004 | 4.46 | 3.11 | 1.86 | 5.79 | 1.65 | 2.57 | 2.77 | 1.50 | 2.33 | 3.30 | 3.74 | 3.52 | 3.17 |
| 6 Months Ave | 3.99 | 3.85 | 1.78 | 5.90 | 1.65 | 2.48 | 2.86 | 2.75 | 1.99 | 3.55 | 4.46 | 3.84 | 3.37 |

*2002 data is for the 6-month period ending 12/31/02.

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

CONFIDENTIAL

## Percent ARB New Starts Naive to ACEI
### Jan 2003 - Sep 2004

| | RI | WH | KC | FO | OC | BP | SD | PC | SB | LA | BE | WLA | Region | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 17.0% | 18.6% | 31.5% | 16.9% | 22.9% | 18.0% | 17.5% | 17.2% | 21.0% | 17.8% | 16.1% | 14.0% | 18.2% | 15.0% |
| Q1 2004 | 20.2% | 21.7% | 33.8% | 19.0% | 32.1% | 25.6% | 18.8% | 15.1% | 13.5% | 13.5% | 17.6% | 13.5% | 19.4% | 15.0% |
| Q2 2004 | 15.8% | 16.9% | 18.2% | 14.1% | 18.8% | 13.9% | 13.8% | 16.2% | 14.8% | 13.6% | 14.2% | 10.5% | 14.9% | 15.0% |
| Jul-04 | 23.1% | 18.6% | 28.6% | 25.0% | 11.9% | 16.7% | 15.6% | 14.3% | 13.0% | 14.2% | 12.3% | 18.2% | 16.6% | 15.0% |
| Aug-04 | 20.0% | 18.4% | 18.5% | 15.6% | 25.3% | 20.5% | 14.6% | 17.1% | 16.5% | 6.5% | 12.8% | 12.5% | 16.2% | 15.0% |
| Sep-04 | 15.1% | 20.0% | 9.1% | 14.3% | 15.7% | 11.4% | 15.7% | 12.9% | 14.7% | 16.2% | 11.8% | 3.6% | 14.0% | 15.0% |

KAIS-000085

CONFIDENTIAL

KAISER PERMANENTE

For Internal KP Use Only: Medical Directors, Medical Group Administrators, Service Area Managers, Local and Regional DUATs, Regional/Divisional Sponsors, and Pharmacy Leaders [NOT FOR WIDER DISTRIBUTION]

| | BK | OC | WH | RI | PC | HC | SD | BP | FO | LA | BE | WLA | REGION | Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 33.7% | 23.3% | 20.4% | 18.7% | 18.4% | 18.8% | 17.8% | 17.1% | 16.4% | 15.2% | 15.1% | 14.7% | 18.0% | 15.0% |
| Q1 2004 | 31.7% | 22.4% | 19.9% | 17.6% | 17.3% | 18.6% | 17.2% | 17.8% | 15.1% | 15.4% | 15.3% | 13.4% | 17.4% | 15.0% |
| Q2 2004 | 27.0% | 22.1% | 20.3% | 18.0% | 16.1% | 18.0% | 16.4% | 15.9% | 15.3% | 14.3% | 14.9% | 13.0% | 16.8% | 15.0% |
| Jul-04 | 31.3% | 21.3% | 19.0% | 18.7% | 17.8% | 15.4% | 15.6% | 15.0% | 15.5% | 15.4% | 12.2% | 14.4% | 16.5% | 15.0% |
| Aug-04 | 25.4% | 21.7% | 18.0% | 16.1% | 16.8% | 16.5% | 15.9% | 16.8% | 14.2% | 12.5% | 14.5% | 12.5% | 16.1% | 15.0% |
| Sep-04 | 24.4% | 18.7% | 19.5% | 16.9% | 16.1% | 18.4% | 16.3% | 15.6% | 15.7% | 14.9% | 13.0% | 10.5% | 16.1% | 15.0% |