UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  :
SALES PRACTICES AND  : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION  :
---------------------------------------------------------------- x Judge Patti B. Saris
THIS DOCUMENT RELATES TO:  :
PRODUCTS LIABILITY ACTIONS  : Magistrate Judge Leo T.
: Sorokin
:
:
:
:
---------------------------------------------------------------- x

**DEFENDANTS' REQUEST FOR LEAVE TO FILE RESPONSE TO
PRODUCT LIABILITY PLAINTIFFS' OPPOSITION
TO ENTRY OF *LONE PINE* ORDER**

Pursuant to the Court's instruction during the October 17 Discovery Conference, defendants Pfizer Inc. and Warner-Lambert Company request leave to file, on Monday, October 29, a response to "Product Liability Plaintiffs' Memorandum in Response to the Court's Invitation for Suggestions to Avoid Future Dismissals or Applications for Withdrawals in the Track One Cases, and in Opposition to Defendants' Request for Entry of a '*Lone Pine*' Case Management Order" (Docket # 916).

Dated:  October 24, 2007

DAVIS POLK & WARDWELL

By:  /s/ James P. Rouhandeh
James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:  /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 24, 2007.

/s/David B. Chaffin