UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

<u>Discovery Order No. 15</u>

October 26, 2007

SOROKIN, M.J.

The Court hereby makes the following rulings and orders on the matters before the Court at the October 17, 2007 Motion Hearing.

1. Sales and Marketing Plaintiffs' Motion to Compel Cline, Davis & Mann (#850)

   A separate Order will issue on this Motion.

2. Products Liability Plaintiffs' Counsels' Motions to Withdraw in Mendoza, Fenelon and Ellis (Docket #s 838, 836 and 898)

   These Motions remain under advisement.

3. Products Liability Plaintiffs' Motion to Compel Defendants' to Depose Plaintiffs' General Causation Expert (Docket #903)

   This Motion is ALLOWED IN PART AND DENIED IN PART as follows. The deposition of this expert will occur during the week following Thanksgiving. Defendants shall not seek to delay their expert disclosures or the depositions of their experts or otherwise change the schedule in light of the timing of this deposition.

4. Products Liability Plaintiffs' Emergency Motion to Compel (Docket #892).

This Motion is DENIED AS MOOT.

5. Scheduling Matters

The Sales and Marketing schedule remains unchanged.

The schedule for briefing summary judgment regarding preemption and general causation in the Products Liability cases is modified slightly to extend the time for the filing of the motions for summary judgment from January 11, 2008 to January 25, 2008 in light of the holidays. As a result the oppositions are now due February 18, 2008 and the replies are now due March 14, 2008 and the surreplies are now due March 21, 2008.

A separate order will issue regarding Defendants' request for a Lone Pine Order and scheduling of the individual Track One cases.

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge