# EXHIBIT A

**From:** Seaton, Angela (SHB)
**Sent:** Friday, October 05, 2007 3:26 PM
**To:** 'KennethFromson@lawampm.com'
**Cc:** 'MaryEllenWright@lawampm.com'; 'kcasey@lawampmmt.com'; Stufflebean, Kerry (SHB)
**Subject:** Replacement Track One Cases - Deposition Scheduling, Authorizations, Etc.
**Importance:** High

Dear Ken,

I received your recent correspondence regarding our Track One case replacements. As we previously advised, we intend to select *Ellis* as one of our new Track One cases and are attaching deposition notices for plaintiff and his wife. We are still considering a handful of cases for our second selection. Accordingly, we request that you provide us with the authorizations, which will be sent under separate cover, as soon as possible. As you requested, I am also copying Mary Ellen Wright on this letter. Given the tight schedule, please provide the requested authorizations by no later than next Wednesday, October 10, 2007.

Please address the authorizations to Shook, Hardy & Bacon, LLP rather MRC. Given the impending November 9, 2007 deadline to designate our new trial workup case, this will allow us to collect and review the records in the most efficient manner. We will send authorizations and records requests to each of the custodians. Once we receive the records from the individual custodians, we will copy the records and forward them to MRC for uploading onto Wisefiles.

Regarding depositions, as you requested, I am copying Kelly Casey on this correspondence. We have confirmed Dr. Hegyvary's deposition for Tuesday, October 9 at 9:00am. The deposition is scheduled for a minimum of four hours, which be split evenly between the parties. The deposition will take place at Dr. Hegyvary's office, located at 901 Boren Ave., Suite 1020, Seattle, Washington. As I explained, it is necessary to proceed with Dr. Hegyvary's deposition because his only other available dates aren't until mid-November, which is after our designation deadline. We will not be producing any sales representatives in connection with Dr. Hegyvary's deposition, however, we are cognizant of our obligation to produce such representatives, if any, within 24 hours of a local witness.

Sincerely,

Angela M. Seaton


Enclosures