# EXHIBIT B

**From:** Seaton, Angela (SHB)
**Sent:** Friday, October 05, 2007 4:39 PM
**To:** 'KennethFromson@lawampm.com'
**Subject:** RE: Track One Replacement Cases, Authorizations, Scheduling Depositions

To the extent that we end up selecting Alsberge as our second Track One case, we will produce Hotchkin either in connection with plaintiff's deposition (in Seattle) or in, as per our agreement, in NY at the offices of Davis Polk. As for the custodial file, I assume we can discuss these logistics if/when we formally designate Alsberge.

Thanks Ken.

---

**From:** KennethFromson@lawampm.com [mailto:KennethFromson@lawampm.com]
**Sent:** Friday, October 05, 2007 4:33 PM
**To:** Seaton, Angela (SHB)
**Subject:** Re: Track One Replacement Cases, Authorizations, Scheduling Depositions

Thanks for the email. I just copied you on a lengthy letter to Davis Polk, because it included a reference to the track 1 designation of *Ellis*.

Also, I am informed that the applicable sales representative for Hegvary is Michael Hotchkin. In this regard, please confer with me as to when you will produce him for a deposition and when you will provide responsive portions of his custodial file that are encompassed by the template discovery.

Ken

| | |
|---|---|
| "Seaton, Angela (SHB)" <ASEATON@shb.com><br><br>10/05/2007 04:32 PM | To KennethFromson@lawampm.com<br>cc MaryEllenWright@lawampm.com, kcasey@lawampmmt.com, "Stufflebean, Kerry (SHB)" <KSTUFFLEBEAN@shb.com><br>Subject Track One Replacement Cases, Authorizations, Scheduling Depositions |

```
<<SFXACE.pdf>>  Dear Ken,

I received your recent correspondence regarding our Track One case
replacements.  As I previously advised, we intend to select Ellis as one
of our new Track One cases.  To that end, I have attached deposition
notices for plaintiff and his wife.  We are still considering a handful
of cases for our second selection.  Accordingly, we request that you
provide us with the authorizations, which will be sent under separate
cover, as soon as possible.  As you requested, I am also copying Mary
Ellen Wright on this letter.  Given the tight schedule, please provide
the requested authorizations by no later than next Wednesday, October
```

10, 2007.

Please address the authorizations to Shook, Hardy & Bacon, LLP rather MRC. Given the impending November 9, 2007 deadline to designate our new trial workup case, this will allow us to collect and review the records in the most efficient manner. We will send authorizations and records requests to each of the custodians. Once we receive the records from the individual custodians, we will copy the records and forward them to MRC for uploading onto Wisefiles.

Regarding depositions, as you requested, I am copying Kelly Casey on this correspondence. We have confirmed Dr. Hegyvary's deposition for Tuesday, October 9 at 9:00am. The deposition is scheduled for a minimum of four hours, which be split evenly between the parties. The deposition will take place at Dr. Hegyvary's office, located at 901 Boren Ave., Suite 1020, Seattle, Washington. As I explained, it is necessary to proceed with Dr. Hegyvary's deposition because his only other available dates aren't until mid-November, which is after our designation deadline. We will not be producing any sales representatives in connection with Dr. Hegyvary's deposition, however, we are cognizant of our obligation to produce such representatives, if any, within 24 hours of a local witness.

Sincerely,

Angela M. Seaton

Enclosures

Mail Gate made the following annotations on Fri Oct 05 2007 15:32:18
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.