UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>ALL MARKETING AND<br>SALES PRACTICES ACTIONS | )<br>)<br>)<br>)<br>)<br>) MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' MOTION FOR ENLARGEMENT
OF TIME TO FILE RENEWED MOTION FOR CLASS CERTIFICATION**

On September 4, 2007, the Court entered its Memorandum and Order on Plaintiffs' motion for class certification, denying certification without prejudice, and allowing Plaintiffs 60 days to divide the Consumer and TPP Classes into indication-specific subclasses; put forward additional Consumer Class representatives for indications other than neuropathic pain, migraine and headache; proffer statistical evidence regarding the number of TPPs and consumers in each subclass; proffer the statistical likelihood that each of the proposed TPP Class representatives paid for the off-label uses at issue; provide further statistical proof as to the effect of Defendants' off-label marketing campaign on sales for the various indications; and show that Plaintiffs can demonstrate, statistically, the likely amount of each TPP's purchases of Neurontin for each indication.

Plaintiffs, together with their experts, have been working diligently to provide the Court with the requested information, but respectfully request an extension of 30 days, from November 5, 2007 until December 5, 2007, to complete their submission, due to the following reasons: (1) due to gaps in the data produced thus far in discovery, Plaintiffs have had to purchase custom

734846.1

data runs to complete the requested analysis, which data will not arrive until November 5 or 6, 2007; and (2) one of Plaintiffs' experts and their staff have been fully engaged on another matter through today, October 30, 2007, and they estimate they will need until November 30, 2007 to complete their analysis.

Plaintiffs do not make this request lightly, but as the parties (and the Court) have invested a great deal of time, money, and effort in this litigation, the motion for class certification has been pending in one form or another for over two years (since August 2005), and the Court has requested a number of additional expert analyses in aid of its resolution, Plaintiffs respectfully submit that a brief additional delay of 30 days is warranted.

Plaintiffs have discussed their request for an extension with Defendants, who oppose the request unless they are granted at least 90 days to respond to Plaintiffs' submission. Plaintiffs agree that Defendants are entitled to adequate time to prepare their opposition, but believe that matter should be addressed after Plaintiffs file their renewed motion, so that Defendants can see what they must respond to before deciding it will take them three months to do so. Accordingly, in lieu of adopting a briefing schedule which may run through *next May*,[1] Plaintiffs respectfully suggest that the parties meet and confer about the remainder of the briefing schedule shortly after Plaintiffs file their renewed motion.

Dated: October 30, 2007                              Respectfully Submitted,

                                                     By:   */s/ Barry Himmelstein*
                                                           Barry Himmelstein, Esquire
                                                           Lieff Cabraser Heimann &
                                                           Bernstein, LLP

---

[1] Defendants also claim entitlement to a surreply. While the Court has entertained surreplies on certain major motions, Plaintiffs respectfully submit that their renewed motion for class certification is more in the nature of supplemental briefing, and that a series of four additional briefs on the issue would be "overkill."

                    Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:    */s/ Thomas Greene*
        Thomas Greene, Esquire
        Greene & Hoffman
        125 Summer Street

        Boston, MA 02110


By:    */s/ Thomas M. Sobol*
        Hagens Berman Sobol Shapiro LLP
        One Main Street, 4th Floor
        Cambridge, MA  02142


By:    */s/ Don Barrett*
        Don Barrett, Esquire
        Barrett Law Office
        404 Court Square North
        P.O. Box 987
        Lexington, MS 39095

By:    */s/ Daniel Becnel*
        Daniel Becnel, Jr., Esquire
        Law Offices of Daniel Becnel, Jr.
        106 W. Seventh Street

        P.O. Drawer H
        Reserve, LA 70084

By:    */s/ James Dugan*
        James Dugan, Esquire
        Dugan & Browne
        650 Poydras St., Suite 2150
        New Orleans, LA 70130

*Members of the Class Plaintiffs'
Steering Committee*

734846.1

**CERTIFICATION PURSUANT TO L.R. 7.1**

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on October 29-30, 2007 he conferred with James P. Rouhandeh, counsel for Defendants concerning the foregoing motion, via an exchange of emails and telephone calls.

    /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

734846.1