UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------ x
                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :
        SALES PRACTICES AND                      :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION            :
------------------------------------------------ x   Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :   Magistrate Judge Leo T.
                                                 :   Sorokin
     PRODUCTS LIABILITY ACTIONS                  :
                                                 :
                                                 :
                                                 :
                                                 :
------------------------------------------------ x
```

**DEFENDANTS' EMERGENCY MOTION TO STRIKE THE DESIGNATED EXPERT REPORT OF MICHAEL TRIMBLE, M.D., AND <u>EXCLUDE DR. TRIMBLE'S TESTIMONY</u>**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants"), by the undersigned counsel, respectfully move, pursuant to Rules 26 and 37 of the *Federal Rules of Civil Procedure*, by Emergency Motion, for an Order striking the report of Plaintiffs' designated expert witness, Michael Trimble, M.D., and excluding Dr. Trimble's testimony unless and until Plaintiffs: (1) produce an accurate "listing of any other cases" in which Dr. Trimble "testified as an expert at trial or by deposition within the preceding four years," and produce transcripts of such testimony; (2) produce Dr. Trimble for the completion of his deposition no later than 14 days following an order by this Court requiring Plaintiffs to fully comply with Rule 26; and (3) fully identify all "the data and other information considered" by Dr. Trimble in forming his opinions. Pfizer's motion is supported by the Memorandum and Declaration of Counsel submitted herewith. Defendants are moving by Emergency Motion because the deadline for Plaintiffs to produce their designated experts for deposition is November 12, 2007 and any additional delay due to Plaintiffs failure to provide adequate expert disclosures severely

prejudices Defendants' ability to depose other designated experts and to provide appropriate responsive expert reports by the Court ordered deadline of December 3, 2007. Discovery Order No. 13.

Dated:  October 31, 2007                    Respectfully submitted,

DAVIS POLK & WARDWELL

By:    /s/ James P. Rouhandeh
      James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel:  (212) 450-4000

-and-

HARE & CHAFFIN

By:    /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1 and 37.1, I certify that counsel have conferred in good faith to narrow the areas of disagreement to the greatest extent possible.

Dated:  October 31, 2007

By:   /s/ Lori C. McGroder
Lori C. McGroder

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 31, 2007.

/s/ David B. Chaffin