UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

    PRODUCTS LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin
:
:
:
:

**DECLARATION OF WILLIAM A. ALFORD III IN SUPPORT OF DEFENDANTS'
EMERGENCY MOTION TO STRIKE THE DESIGNATED EXPERT REPORT OF
MICHAEL TRIMBLE, M.D., AND EXCLUDE DR. TRIMBLE'S TESTIMONY**

WILLIAM A. ALFORD III declares upon penalty of perjury in accordance with 28
U.S.C. § 1746 as follows:

1.      I am an attorney associated with the law firm Shook, Hardy & Bacon, LLP,
counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC in this action.

2.      I submit this declaration in support of Defendants' Emergency Motion to Compel
Plaintiffs to Produce Expert Disclosures of Michael Trimble, M.D. and to Compel Plaintiffs to
Produce Dr. Trimble for the Completion of His Deposition, filed October 26, 2007.

3.      Attached as Exhibit A is a true and correct copy of Dr. Michael Trimble's
Deposition Transcript, October 18, 2007 [partial] and Exhibit A.1 is a true and correct copy of
Dr. Michael Trimble's Deposition Transcript, Day 2, October 19, 2007 [partial].

4.      Attached as Exhibit B is a true and correct copy of the "Professor Michael R.
Trimble, M.D. Case List" disclosed by counsel for Plaintiffs and identified as Trimble Exhibit 8
during the deposition of Dr. Michael Trimble, October 18, 2007.

1

5.      Attached as Exhibit C is a true and correct copy of the Declaration of Professor Michael Trimble, M.D., "In Relation to Neurontin Causing Negative Mood and Behavioural Alterations, Including Suicidal Behavior, In Treated Patients" and the accompanying cover letter, dated October 1, 2007, by Kenneth B. Fromson, counsel for Plaintiffs, which designates Dr. Trimble's Declaration as an expert report pertaining to general causation.

6.      Attached as Exhibit D is a true and correct copy of a letter from Lori C. McGroder, addressed to Kenneth B. Fromson and Andrew G. Finkelstein, dated October 23, 2007.

7.      Attached as Exhibit E is a true and correct copy of an email from Kenneth B. Fromson, addressed to Lori C. McGroder, dated October 30, 2007.

8.      Attached as Exhibit F is a Letter from Kenneth Fromson, addressed to Jim Rouhandeh and Lori McGroder, dated October 31, 2007.

Dated: Kansas City, Missouri
         October 31, 2007


                          /s/ William A. Alford III
                              William A. Alford III

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 31, 2007.


/s/ David B. Chaffin