# EXHIBIT B

## PROFESSOR MICHAEL R. TRIMBLE, M.D. CASE LIST

*Williams v Department of Environment*, Queen's Bench Division, (Transcript: Association), 30 November 1981

*Garrod v North Devon NHS Primary Care Trust*, Queen's Bench Division, [2006] EWHC 850 (QB), HQ04X03774, (Transcript), 28 April 2006

*Hubbold v Hooper*, Queen's Bench Division, (Transcript: IV Gilbert), 12 April 1989

*Lynham v Morecambe Bay Hospital*, Queen's Bench Division, (Transcript: Smith Bernal), 25 March 2002

*Bradford-Smart v West Sussex County Council*, Queen's Bench Division, The Times 8 November 2000, (Transcript), 8 November 2000

*Carty (By his litigation friend Dorothy Brown-Carty) v London Borough of Croydon*, Queen's Bench Division, [2004] EWHC 228 (QB), [2004] ELR 226, 13 February 2004

*Smith v Doherty*, Queen's Bench Division, (Transcript: Harry Counsell), 8 June 1999

*Witham v Hastings and Rother NHS Trust*, Queen's Bench Division, 66 BMLR 20, 4 October 2001

*R v Long*, Court of Appeal (Criminal Division), [2005] EWCA Crim 2655, (Transcript: Smith Bernal), 6 September 2005

*McKinnell v Moynihan*, Court of Appeal (Civil Division), (Transcript: John Larking), 25 January 1996

*Cullen v General Medical Council* [2005] EWHC 353 (Admin) (11 March 2005)

*MG v North Devon NHS Primary Care Trust* [2006] EWHC 850 (QB) (28 April 2006)

*Arden v Malcom* [2007] EWHC 404 (QB) (02 March 2007)

*Phillips & Ors v Symes & Ors* [2004] EWHC 1887 (Ch) (30 July 2004)

*A v XB* (non-party) [2004] EWHC 447 (QB) (25 March 2004)

*Hickman v Lapthorn & Anor* [2005] EWHC 2714 (QB) (16 December 2005)

[2007] UKSSCSC CCR 2658 2006 (04 June 2007)

*Yanah v General Medical Council* [2006] EWHC 3843 (Admin) 18 December 2006)

EXHIBIT
Trimble-8
Joy____C.S.R.
Date 10/18/07

*Allen v Post Office Counters Ltd* [1996] EWCA Civ 1152 (9th December, 1996)

*Spargo v North Essex District health Authority* [1997] EWCA Civ 1232 (13th March, 1997)

*Bull & Anor v Luongo* [1999] EWCA Civ 942 (10 March 1999)

*Joyce v James & Anor* [2001] EWCA Civ 1367 (23 August 2001)

*Multiple Claimants v The Ministry of Defense* (Part 2) [2003] EWHC 1134 (QB) (21 May 2003)

*Cannon v Cannon* [2005] EWHC 1310 (QB) (24 June 2005)

*Dixon v Were* [2004] EWHC 2273 (QB) (26 October 2004)

*Douglas & Ors v Royal Ulster Constabulary* [2001] NIQB 37 (22 October 2001)