# EXHIBIT D



www.shb.com

October 23, 2007

Lori C. McGroder

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2290 DD
816.421.5547 Fax
lmcgroder@shb.com

**VIA FACSIMILE – 845-562-3492**
**AND U.S. MAIL**

Kenneth B. Fromson, Esq.
Andrew G. Finkelstein, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550-3341

Dear Ken and Andrew:

Among other things, Rule 26(a)(2) requires that plaintiffs' expert reports contain "(i) a complete statement of all opinions the witness will express and the basis and reasons for them; *(2) the data or other information considered by the witness in forming them ….*" The statement in Dr. Trimble's expert report that he "cannot possibly list all of the scientific, medical literature and confidential corporate documents that I have reviewed and which support my opinions" falls far short of meeting plaintiffs' obligations under Rule 26.

Under Rule 26, we are entitled to receive at the time of plaintiffs' expert disclosure not only his signed report, but all materials, documents, notes, calculations or any other information Dr. Trimble considered in forming his opinions in this case. Please immediately provide a complete list of all information, materials, documents, notes, drafts, calculations or anything else that Dr. Trimble considered in forming the opinions in his report and/or that were considered or used by Dr. Trimble in preparing to testify at deposition in this case. Please let us know if you will not agree to provide such materials and information. We assume you will agree that after we have been provided these materials, we should be entitled to continue and complete the deposition of Dr. Trimble. Please advise if this is not the case.

Rule 26 further requires plaintiffs to provide "(v) a list of all other cases in which, during the previous four years, the witness testified as an expert at trial or by deposition …." Dr. Trimble's case list was woefully inaccurate, false and misleading. It contained many cases which he had never heard of and in which he has never testified, and omitted many cases in which he has, in fact, testified. Please immediately produce an accurate case list as well as complete copies of all transcripts in the cases in which Dr. Trimble has testified in the past 4 years. Please confirm whether you will provide such information and materials and whether you will produce Dr. Trimble for a completion of his deposition on these matters.

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2673726v1

Shook,
Hardy&
Bacon L.L.P.
www.shb.com

Kenneth B. Fromson, Esq.
Andrew G. Finkelstein, Esq.
October 23, 2007
Page 2

Clearly, plaintiffs have not complied with their Rule 26 obligations with respect to this witness. Our opportunity for a complete and meaningful deposition of Dr. Trimble -- especially as it relates to what information formed the bases for his opinions -- was substantially undermined by plaintiffs' disregard of Rule 26.

Very truly yours,

Lori C. McGroder
Partner

LMG:blw

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2673726v1