# EXHIBIT E

**From:** KennethFromson@lawampm.com [mailto:KennethFromson@lawampm.com]
**Sent:** Tuesday, October 30, 2007 3:47 PM
**To:** McGroder, Lori (SHB)
**Subject:** Neurontin: (1)Expert Disclosure as to Michael Trimble,MD; (2) Deposition Notice

Lori -

I just received your voicemail indicating your intention to file a motion with the Court regarding Dr. Trimble's expert disclosure. Thank you for the courtesy of the call. In response, we will not be supplementing the disclosure. I understand you will file your motion and we will oppose same.

As to the document/deposition notice for expert depositions, I was under the impression from our call on friday that you would send to me a final draft that incorporated the changes we discussed. If you could provide same, then we can probably resolve the issue.

Ken