# EXHIBIT F



A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

*Accredited CLE Provider*

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

*Of Counsel*

Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

REFER TO OUR FILE #: 200599
October 31, 2007

By Mail and Email

Jim Rouhandeh, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Lori McGroder, Esq.
Shook, Hardy, Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

Re:   Neurontin Litigation

Counsel:

Please accept this letter in response to your requests about expert discovery. In particular, this letter pertains to experts Michael Trimble, M.D., Cheryl Blume, Ph.D., and Bentson McFarland, M.D. Additionally, please accept this letter as a request for an update on outstanding discovery issues about which the parties have been conferring.

First, as to Michael Trimble, M.D., we will not produce Dr. Trimble for a deposition absent court order. Additionally, we have been unable to resolve your position that his expert disclosure was deficient. We understand you will be seeking judicial intervention; we will oppose your motion accordingly.

Second, we will not produce Dr. Blume for a deposition outside of the agreed upon dates of November 12th and 13th absent court order. We maintain our position that defense counsel should depose Dr. Blume over the two business days agreed upon by the parties; that plaintiff counsel should be allotted 2 hours of time for re-direct; that should plaintiff counsel not utilize the 2 hours, then defense counsel can utilize the remaining time. At the completion of the two business days, if defense counsel maintains there is good cause to continue the deposition, then the parties can confer on the issue and seek the Court's intervention if necessary.

Third, we stand by our Rule 26 disclosure for Dr. McFarland that the disclosure is not deficient. To the extent you do not depose Dr. McFarland on the agreed upon dates of November 5th and 6th, we will not produce him again absent direction from the Court. His deposition remains scheduled as agreed, and if you do **not** intend to have an attorney present, please confirm same in writing.

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

October 31, 2007                                                                                                                Page 2

Fourth, can you please advise me as to the status of Defendants' production of the **Lester Reich** documents. These documents were the subject of our previous motion in the MDL that was resolved via informal agreement on the eve of the oral argument, and I wrote to you earlier this month seeking an update.

Fifth, can you please advise me as to the status of Defendants' consideration of our request for admissions pertaining to Dr. Atul Pande. Specifically, on October 5, 2007, I wrote to you regarding statements he made at the Third International Conference on Bipolar Disorder, and our intention to seek relief from the Court to serve a request for admissions as to the statements he made at said conference. Since that letter, we conferred via telephone and I provided to you the website address where the audio of Dr. Pande's statements could be found. I have not received any further word from you.

Sixth, please let me know when you are available to confer about compensation/reimbursement to experts as it relates to the parties' depositions. I am informed that defense counsel does not intend to compensate Plaintiffs' experts for their time or preparation for depositions. Plaintiffs take issue with this position and so I would ask that we confer and try to resolve the issue without the necessity of judicial intervention. If Defendants maintain this position, we will have little choice but to file an application for relief.

Seventh, as it pertains to the specific case of *Smith v Pfizer*, I would ask that you confer with me on the number of depositions you intend to pursue. Recently, I was informed that local defense counsel in the case is seeking to depose approximately ten (10) additional fact witnesses. Given our experience with another specific case, *Crone v. Pfizer,* in which Defendants have sought over twenty (20) depositions, we are of the position that the parties should confer about an efficient manner by which to determine a number of witnesses, select and proceed with such depositions.

Finally, with respect to *Smith v. Pfizer*, I would ask that you confer with me as to Defendants' willingness to produce for discovery the identity of the territory manager (sales representative), his/her custodial file, and sales call notes reflecting said territory manager's detailing of the decedent's following healthcare providers:

VA Hospital Pharmacy
1310 24th Ave South
Nashville, TN 37212

Eckerd/Rite Aid
3407 Gallatin Road
Nashville, TN 37216

Eckerd/Rite Aid
700 Gallatin Road
Nashville, TN 37206

Please let me know when you are available to confer on the issues set forth above in the hope that judicial intervention will be unnecessary.

Very truly,

Kenneth B. Fromson