UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: PRODUCTS LIABILITY ACTIONS | |

**DEFENDANTS' EMERGENCY MOTION TO STRIKE DR. BENTSON MCFARLAND'S EXPERT REPORT AND TO PRECLUDE HIS EXPERT TESTIMONY, AND REQUEST FOR RULING PRIOR TO NOVEMBER 5, 2007 DEPOSITION**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants"), by the undersigned counsel, respectfully move, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, by Emergency Motion, for an Order striking the report of Plaintiffs' designated expert witness, Bentson McFarland, and precluding his expert testimony. Defendants respectfully request a ruling on their Emergency Motion prior to Dr. McFarland's deposition, which is currently scheduled for November 5, 2007. Defendants' motion is supported by the Memorandum and Declaration of Counsel submitted herewith.

Dated:  November 1, 2007          Respectfully submitted,

DAVIS POLK & WARDWELL

By:  /s/ James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By:  /s/ Scott W. Sayler
     Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

   - and -

HARE & CHAFFIN

By:  /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1 and 37.1, I certify that counsel have conferred in good faith to narrow the areas of disagreement to the greatest extent possible.

/s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 1, 2007.

/s/ David B. Chaffin