UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: PRODUCTS LIABILITY ACTIONS | |

**DECLARATION OF JENNIFER M. STEVENSON IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO STRIKE DR. BENTSON MCFARLAND'S EXPERT REPORT AND TO PRECLUDE HIS EXPERT TESTIMONY, AND REQUEST FOR RULING PRIOR TO NOVEMBER 5, 2007 DEPOSITION**

JENNIFER M. STEVENSON declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Shook, Hardy & Bacon, LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC in this action.

2. I submit this declaration in support of Defendants' Emergency Motion To Strike Dr. Bentson McFarland's Expert Report and to Preclude his Expert Testimony, and Request for Ruling Prior to November 5, 2007 Deposition, filed November 1, 2007.

3. Attached as Exhibit A is a true and correct copy of a letter from letter from Kenneth B. Fromson addressed to Jim Rouhandeh and Lori McGroder, dated October 31, 2007.

4. Attached as Exhibit B is a true and correct copy of Dr. Bentson McFarland's Expert Report disclosed by plaintiffs' counsel on October 22, 2007.

2

5. Attached as Exhibit C is a true and correct copy of the article entitled, "Divalproex, lithium and suicide among Medicaid patients with bipolar disorder" referenced in Dr. Bentson McFarland's expert report.

6. Attached as Exhibit D is a true and correct copy of a letter from Lori C. McGroder, addressed to Kenneth B. Fromson, dated October 29, 2007.


Dated: Kansas City, Missouri
       November 1, 2007


           /s/ Jennifer M. Stevenson
           Jennifer M. Stevenson


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 1, 2007.


           /s/ David B. Chaffin