# EXHIBIT B



OREGON HEALTH
SCIENCES UNIVERSITY

DEPARTMENT OF PSYCHIATRY
3181 S.W. SAM JACKSON PARK RD.
MAIL CODE OP02
PORTLAND, OR 97201-3098
TEL 503-494-8147
FAX 503-494-6376

October 19, 2007

To whom it may concern:

My name is Bentson H. McFarland MD PhD. I have been requested by the law firm of Finkelstein & Partners to provide opinions expressed in the attached article entitled "Divalproex, lithium and suicide among Medicaid patients with bipolar disorder" which was published in the Journal of Affective Disorders earlier this year. The attached article contains all opinions to be expressed and the basis and reasons therefor, as well as the data or other information considered in forming the opinions. My qualifications are included in the attached curriculum vitae and the compensation to be paid for my participation in this litigation is at the rate of $300 per hour. I have not testified as an expert at trial or by deposition within the preceding four years.

Sincerely,

Bentson H. McFarland MD PhD
Professor of Psychiatry, Public Health and Preventive Medicine