# EXHIBIT D



www.shb.com

Lori C. McGroder

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2290 DD
816.421.5547 Fax
lmcgroder@shb.com

October 29, 2007

**VIA FACSIMILE – 845-562-3492**
**AND U.S. MAIL**

Kenneth B. Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550-3341

Re:   McFarland Report

Dear Ken:

We have evaluated the expert "report" of Dr. Bentson McFarland, and it fails to comply with Rule 26. Dr. McFarland's single paragraph letter referring to a published article is not a "written report" he has prepared for this case setting out his opinions and the bases and reasons for them. It likewise does not specifically list the data he has considered, as required by Rule 26.

Please provide the report and information required by Rule 26 and the court's orders, including all raw data and research material from the study set forth in the article, by Thursday, November 1, or we will seek the Court's intervention in the form of a motion to strike. If we do not receive by Thursday a report that satisfies plaintiffs' obligations under Rule 26(a)(2), we will not plan to go forward with Dr. McFarland's deposition on Nov 5-6.

Very truly yours,

Lori C. McGroder
Partner

LMG:lkw

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2681423v1