UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
                                      :
In re: NEURONTIN MARKETING,           :
       SALES PRACTICES, AND           :
       PRODUCTS LIABILITY LITIGATION  :
                                      :
                                      :
------------------------------------- x
                                      :
THIS DOCUMENT RELATES TO:             :
                                      :
HARDEN MANUFACTURING                  :   MDL Docket No. 1629
CORPORATION; LOUISIANA                :
HEALTH SERVICE INDEMNITY              :   Master File No. 04-10981
COMPANY, dba                          :
BLUECROSS/BLUESHIELD OF               :   Judge Patti B. Saris
LOUISIANA; INTERNATIONAL              :
UNION OF OPERATING ENGINEERS,         :   Magistrate Judge Leo T. Sorokin
LOCAL NO. 68 WELFARE FUND;            :
ASEA/AFSCME LOCAL 52 HEALTH           :
BENEFITS TRUST; GERALD SMITH;         :
and LORRAINE KOPA, on behalf of       :
themselves and all others similarly   :
situated, v. PFIZER INC. and WARNER-  :
LAMBERT COMPANY.                      :
                                      :
------------------------------------- x

**DEFENDANTS' MOTION FOR RECONSIDERATION OF
ELECTRONIC ORDER OF NOVEMBER 1, 2007**

Defendants, Pfizer Inc. and Warner Lambert Company, hereby respectfully move

the Court to reconsider its Electronic Order of November 1, 2007, granting plaintiffs'

motion for enlargement of time to file renewed motion for class certification, and to

either enter the schedule proposed by defendants or to set a scheduling conference. The

grounds for this motion are:

1.  On October 30, 2007, at 8:30 p.m., class plaintiffs filed "Class Plaintiffs' Motion for Enlargement of Time to File Renewed Motion for Class Certification" ("The Motion for Enlargement").  (Docket # 924.)

2.  The Motion for Enlargement, which was not brought on an emergency basis, purports to describe defendants' position on the Motion for Enlargement.  (Id. at 2.)

3.  The description is inaccurate.

4.  For example, plaintiffs' suggestion to the contrary notwithstanding (id.), defendants' position was not and is not that they wish 90 days in order simply to write their brief, rather the Court should set a schedule for necessary discovery of plaintiffs' experts and any newly proposed class representatives, followed by a reasonable period for both the preparation of expert reports and for defendants' brief in opposition to the new motion.

5.  Thus, defendants prepared, and were preparing to file this afternoon, the opposition to the Motion for Enlargement that is attached hereto as Exhibit A.

6.  Before defendants had had an opportunity to file their opposition, the Court issued the Electronic Order, granting plaintiffs' motion.

7.  Defendants believe that the considerations articulated in their opposition merit the Court's attention.  They would point out, moreover, that the schedule they propose would have plaintiffs' renewed motion for class certification fully briefed only 30 days after the schedule set by the Electronic Order.

8.  Accordingly, defendants respectfully request that the Court reconsider the Electronic Order after considering defendants' position on the matter.

WHEREFORE, defendants respectfully request that the Court reconsider the Electronic Order and that it adopt the schedule proposed in the attached opposition or set a scheduling conference.

Dated: November 1, 2007

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
       James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:   /s/ David B. Chaffin
       David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1, I certify that counsel have conferred in good faith to narrow the areas of disagreement to the greatest extent possible.  Plaintiffs' counsel does not oppose the filing of a motion for reconsideration, but does not consent to the relief requested.

/s/David B. Chaffin

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on November 1, 2007.

                /s/David B. Chaffin