# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY CASES
---------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### PRODUCTS LIABILITY PLAINTIFFS' EXPERT DISCLOSURE ON GENERAL CAUSATION IN ALL PRODUCTS LIABILITY CASES

Products Liability Plaintiffs, by and through their attorneys, FINKELSTEIN & PARTNERS, LLP, pursuant to Fed. R. Civ. P. 26(a)(2) and Discovery Order No. 14, identify Bentson H. McFarland M.D. Ph.D., as Plaintiffs' expert who may be used at trial to present expert testimony on the issue of general causation - "Divalproex, lithium and suicide among Medicaid patients with bipolar disorder," in all Products Liability Cases.

Dr. McFarland's Curriculum Vitae, including a list of publications authored by the expert, is annexed hereto.

Dr. McFarland is expected to testify in accordance with his Report and attached article, annexed hereto.

The compensation to be paid for Dr. McFarland's report and testimony is $300.00 per hour.

Dated: October 22, 2007                    FINKELSTEIN & PARTNERS, LLP
                                           Attorneys for Products Liability Plaintiffs


                                           By:   /s/ **Andrew G. Finkelstein**
                                                 Andrew G. Finkelstein, Esquire
                                                 Finkelstein & Partners, LLP
                                                 436 Robinson Avenue
                                                 Newburgh, NY  12550

## CERTIFICATE OF SERVICE

I certify that this document was served on October 22, 2007, by overnight delivery and email to the following:

James P. Rouhandeh, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
rouhandeh@dpw.com.

Eric M. Zissu, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
erik.zissu@dpw.com

Scott W. Saylor, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
ssayler@shb.com

David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street
23rd Floor
Boston, MA 02110
dchaffin@hare-chaffin.com

Beth L. Kaufman, Esq.
Schoeman Updike & Kaufman LLP
60 E. 42nd Street
New York, NY 10165
bkaufman@schoeman.com


Dated: October 22, 2007

                                        /s/ Andrew G. Finkelstein
                                        Andrew G. Finkelstein

# EXHIBIT B

1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br>MASTER FILE NO. 04-10981<br>JUDGE PATTI B. SARIS<br>MAGISTRATE JUDGE LEO T. SOROKIN |

- - - - - - - - - - - - - - -

DARLENE OWENS,                C.A. NO. 05-11017

    Plaintiff,

V.

PFIZER, INC., et al,

    Defendants.

- - - - - - - - - - - - - - -

DATE: October 18, 2007

TIME: 9:05 a.m.

Videotaped deposition of MICHAEL R. TRIMBLE, M.D., taken by and before JOYCE SILVER, a Certified Shorthand Reporter and Notary Public of the State of New York, held at the office of LANIER LAW FIRM, 126 East 56th Street, New York, New York.

*Condensed Copy* (watermark)

**Page 2**

```
 1
 2 APPEARANCES:
 3 Attorneys for Products Liability Plaintiff
 4 FINKELSTEIN & PARTNERS, LLP
     436 Robinson Avenue
 5 Newburgh, New York 12550
   BY:  ANDREW G. FINKELSTEIN, ESQ.
 6
   JACK LONDON, ESQ.
 7   3701 Bee Cave
     Suite 200
 8   Austin, Texas 78746
 9
10 Attorneys for Plaintiffs Class
11 THE LANIER LAW FIRM
     6810 FM 1960 West
12 Houston, Texas 77069
   BY: KENNETH S. SOH, ESQ.
13    And
      ROBERT LOONE, ESQ.
14
   Attorneys for Pfizer
15
   SHOOK, HARDY & BACON LLP
16 2555 Grand Boulevard
   Kansas City, Missouri 64108
17 BY: SCOTT W. SAYLER, ESQ.
      And
18    LEIGH RAYMOND, ESQ.
19 WHEELER TRIGG KENNEDY LLP
     1801 California Street
20 Denver, Colorado 80202
   BY: JAMES E. HOOPER, JR., ESQ.
21
   PFIZER INC
22 LEGAL DIVISION
   235 East 42nd Street
23 New York, New York 10017
   BY: VIJAY V. BONDADA, ESQ.
24
25
```

**Page 3**

```
 1
   LAW OFFICES OF STEVEN HILLYARD
 2 345 California Street
   Suite 770
 3 San Francisco, California 94194
   BY: ELANA GOLD - via telephone
 4
   ALSO PRESENT:
 5   LEE BOWRY, Videographer
 6   KEITH ALTMAN, Managing Director Complex
     Litigation, Finkelstein & Partners
 7
     CHARLIE TAYLOR, Ph.D.
 8   CPTaylor Consulting
 9
10
...
25
```

**Page 4**

```
 1
 2              INDEX
 3 WITNESS       DIRECT CROSS REDIRECT RECROSS
 4 MICHAEL R. TRIMBLE, M.D.
 5   BY MR. HOOPER    6
 6
 7            EXHIBITS
 8 NUMBER      DESCRIPTION              PAGE
 9 Trimble-1   Research Report Divalproex,
              Lithium and Suicide Among Medicaid
10            Patients With Bipolar Disorder   7
11 Trimble-2  American Psychiatric Association
              Practice Guidelines for the
12            Treatment of Psychiatric Disorders
              Compendium 2006               65
13
   Trimble-3  Declaration of Professor Michael
14            Trimble, M.D.                 73
15 Trimble-4  Epilepsy Research entitled, "Seizure
              Frequency and CSF Parameters in
16            Double-blind Placebo Controlled
              Trial of Gabapentin in Patients With
17            Intractable Complex Partial Seizures"  78
18 Trimble-5  Journal of Alternative Complementary
              Medicine, Yoga Asana Sessions Increase
19            Brain Gaba Levels: A Pilot Study   98
20 Trimble-6  Document entitled, "Biological
              Psychiatry Second Edition"      145
21
   Trimble-7  Curriculum Vitae              183
22
   Trimble-8  Document entitled "Professor Michael
23            R. Trimble, M. D. Case list"  204
24
25
```

**Page 5**

```
 1
 2       THE VIDEOGRAPHER: My name is Lee Bowry
 3 of Veritex Corporate Services. The date today is
 4 October 18, 2007, and the time is approximately
 5 9:05 a.m.
 6       This deposition is being held in the
 7 Lanier law firm located at 126 East 56th Street, New
 8 York, New York. The caption of this case is in re
 9 Neurontin Marketing Sales Practices and Products
10 Liability Litigation in the United States District
11 Court for the District of Massachusetts, MDL Docket
12 No. 1629, Master File No. 04-10981, CA No. 05-11017.
13       The name of the witness is Dr. Michael
14 Robert Trimble. At this time I would like all of the
15 attorneys to identify themselves and the parties they
16 represent, after which our court reporter, Joyce
17 Silver, will swear in Dr. Trimble and we can proceed.
18       MR. FINKELSTEIN: Andrew Finkelstein,
19 Finkelstein and Partners on behalf of the MDL product
20 liability plaintiffs and the Smith family in the
21 Smith versus Pfizer litigation.
22       MR. LONDON: Jack London on behalf of MDL
23 products liability.
24       MR. LOONE: Bob Loone, Lanier Law Firm,
25 plaintiffs.
```

VERITEXT CORPORATE SERVICES (800) 567-8658

Page 6

1     MICHAEL R. TRIMBLE, M.D.
2         MR. SOH: Ken Soh from the Lanier Law
3  Firm for the plaintiffs.
4         MR. ALTMAN: Mr. Keith Altman, a
5  non-attorney with Finkelstein and Partners.
6         MR. BONDALA: Vjay Bondala from Pfizer.
7         MR. SAYLER: Scott Sayler, Shook, Hardy
8  and Bacon representing the Pfizer defendants.
9         MR. TAYLOR: Charles Taylor on behalf of
10 Pfizer.
11        MR. HOOPER: I am Jim Hooper, Pfizer.
12 MICHAEL ROBERT TRIMBLE,
13 M. D., residing at Flat 22, Belvedere House, 130
14 Grosvenor Road, London SWIV 3JY, United Kingdom,
15 having been duly sworn by the Notary, testifies as
16 follows:
17
18        MR. FINKELSTEIN: Before we get going, I
19 just want to put a statement on the record that the
20 plaintiffs are producing Dr. Trimble today on behalf
21 of the MDL as well as on behalf of the Smith versus
22 Pfizer matter in that individual litigation pursuant
23 to the notice that we served on October 1, 2007; and
24 I ask counsel to address both general causation
25 issues as well as any specific causation issues in

Page 7

1     MICHAEL R. TRIMBLE, M.D.
2  that matter, as we have no intention of producing
3  Dr. Trimble a second time.
4         MR. SAYLER: Just so we are clear, as we
5  have stated in correspondence to your law firm
6  pursuant to discovery, Discovery Order 14, we're here
7  today to depose Dr. Trimble on general causation
8  issues only, preserving our right to depose him on
9  case-specific issues in Smith or in any other case at
10 a later time.
11 DIRECT EXAMINATION BY MR. HOOPER:
12    Q.    Is it Professor Trimble, the term
13 professor, or do you prefer doctor?
14    A.    Professor, I think.
15    Q.    Professor, very good.
16          Professor Trimble, in the mathematical
17 fraction or rate one in 100 is equivalent to 10 in
18 1,000. Correct?
19    A.    That's correct.
20        MR. HOOPER: Can we mark -- this is
21 Exhibit 1, please.
22        (Trimble-1, Research Report Divalproex,
23 Lithium and Suicide Among Medicaid Patients With
24 Bipolar Disorder is received and marked for
25 identification.)

Page 8

1     MICHAEL R. TRIMBLE, M.D.
2     Q.    Professor Trimble, do you recognize this
3  publication?
4     A.    I do.
5     Q.    This is cited in your report in this
6  case; is that correct?
7     A.    That is correct.
8     Q.    This is study by two persons named John
9  Collins and Benson McFarland; is that right?
10    A.    That's correct.
11    Q.    Entitled, "Research Report Divalproex,
12 Lithium and Suicide Among Medicaid Patients With
13 Bipolar Disorder." Is that right?
14    A.    That is correct.
15    Q.    Published in 2007; is that right?
16    A.    That is correct.
17    Q.    Could I ask you to please read the
18 back -- within the abstract on the first page of the
19 article, could you please read the first couple of
20 sentences captioned "Background"?
21    A.    "Suicide completion and attempted suicide
22 are major concerns for people with bipolar disorder.
23 Studies in the private sector have suggested that
24 lithium treatment may be superior to divalproex
25 therapy with regard to minimizing suicidal behavior

Page 9

1     MICHAEL R. TRIMBLE, M.D.
2  among individuals with bipolar disorder. However,
3  few data are available regarding Medicaid patients
4  diagnosed with bipolar disorder."
5         MR. FINKELSTEIN: I don't mean to
6  interrupt, just note we have somebody else joined us.
7         MS. RAYMOND: Leigh Raymond with Shook,
8  Hardy and Bacon.
9     Q.    Professor Trimble, would you also mind
10 reading, please, the "Results" section which appears
11 two sections down?
12    A.    "Divalproex was the most common mood
13 stabilizer used by 33 percent of subjects followed by
14 gabapentin," in brackets, "32 percent, lithium," in
15 brackets, "25 percent, and carbamazepine," in
16 brackets, "three percent. There were 11 suicide
17 deaths and 79 attempts. Adjusted hazard ratios
18 versus lithium users for suicide attempts were 2.7
19 for divalproex users, statistical value is then given
20 a P less than nought .001. 1.6 for gabapentin
21 users," in brackets, "not significant," close
22 brackets, "and 2.8 for carbamazepine users," in
23 brackets, "not significant," close brackets stop.
24 "For suicide deaths the adjusted hazard ratios are
25 1.5, for divalproex users, not significant, 2.6 for

# EXHIBIT C

DECLARATION OF PROFESSOR MICHAEL TRIMBLE, M.D.
IN RELATION TO NEURONTIN CAUSING NEGATIVE MOOD AND
BEHAVIOURAL ALTERATIONS, INCLUDING SUICIDAL
BEHAVIOR, IN TREATED PATIENTS

_____
PROFESSOR MICHAEL TRIMBLE MD, FRCP FPCPsych
PROFESSOR OF BEHAVIOURAL NEUROLOGY
INSTITUTE OF NEUROLOGY
LONDON

1

Therefore, some patients are more vulnerable than others to the development of these behavioral dispositions.

### *GABAPENTIN AND BEHAVIOURAL DISTURBANCES*

There are reports of patients taking gabapentin and suicidal behaviors in the literature. There are individual reports of patients having taken overdoses (Fernandez, et. al., 1996), but the interest mainly has been with the toxicological problems.

Of considerable importance is the article by Collins and McFarland (2007). They studied suicide related events in patients taking various medications, including gabapentin, for bipolar disorder. They showed a significant over-representation of patients on gabapentin for suicide deaths. Risk of "suicide completion was significantly (2.6 times) greater among gabapentin users versus lithium users ($p$ less than 0.001)" (Collins, et. al., 2007).

### *GABAPENTIN AND AGGRESSION*

In my report, entitled *Behavioural Disturbance with Gabapentin* (Pfizer_CPacella_0009404), I previously identified nine out of twenty one (43%) selected, reported cases of aggression provided to me by Parke-Davis where the reported behavioural problems may have been exacerbated or precipitated by gabapentin. I concluded "[t]he possible provocation of aggression seems perhaps the strongest relationship I note with gabapentin, but this is no different from (as a problem) and less frequent than, this problem as encountered with all other anti-convulsants, standard and new" (Pfizer_CPacella_0009419).

19

Bertrand S, Ng GYK, Purisai MG, et al, 2001. The anticonvulsant, antihyperalgesic agent Gabapentin is an agonist at brain GABA type B receptors negatively coupled to voltage dependent calcium channels. Pharm Exp Ther, 298, 15-24.

Brent D A (1986). Over representation of epileptics in a consecutive series of suicide attempts seen at a children's hospital, 1978-1983. Journal of the American Academy of Child Psychiatry, 25, 242-246.

Brown GL, Linoila M 1990. Serotonin metabolite (5-HIAA) studies in depression, impulsivity and violence. Journal of Clinical Psychiatry, 51 (suppl 4) 31-41.

Coccaro EF, Siever LJ, Owen K, Davis KL, 1990. Serotonin in Mood and Personality Disorders. In Coccaro EF, Murphy DL (Eds). Serotonin in Major Psychiatric Disorders. Washington APA Press, pp 69-98.

Collins, J.C., McFarland, B.H., Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. Journal of Affective Disorders (2007).

Concetta M F, Meek JL, 1981. Evidence for a tonic GABAergic control of serotonin neurones in the median raphe nucleus. Brain Research, 206, 208-212.

Conwell Y and Henderson RE. (1996) Neuropsychiatry of suicide. In Fogel BS, et. al. Neuropsychiatry. Williams & Wilkins : Baltimore. Pp. 485-521.

Cugley AL, Swartz BE, 1995. Gabapentin-associated mood changes. Epilepsia, 36, suppl 4, 3.61