UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ASSURANT HEALTH, INC., ET AL. V. PFIZER, INC., ET AL., NO. 05-10535 | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**NOTICE OF APPEARANCE OF COUNSEL DAVID E. NARDOLILLO FOR ASSURANT PLAINTIFFS**

Please take notice that David E. Nardolillo of Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza 800 LaSalle Avenue Minneapolis, MN 55402-2015, telephone number 612-349-8500, counsel for those entities identified as plaintiffs in Assurant Health, Inc., et al. v. Pfizer, Inc., et al., Civil Action No. 1:05-cv-10535, hereby enters his appearance in this matter and requests that copies of all pleadings be sent to the referenced address.

DATED: November 2, 2007.    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:/s/ Annamarie A. Daley
   Annamarie A. Daley (MN Attorney No.158112)

   2800 LaSalle Plaza
   800 LaSalle Avenue
   Minneapolis, MN  55402-2015
   612-349-8500

   **ATTORNEYS FOR ASSURANT PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order #3.

/s/ Annamarie A. Daley