UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> ──────────────────────────────── ) <br> THIS DOCUMENT RELATES TO: ) <br> ──────────────────────────────── ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA v. ) <br> PFIZER, INC., and ) <br> ) <br> AETNA, INC. v. PFIZER, INC. ) <br> ──────────────────────────────── ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

### KAISER'S CROSS-MOTION FOR AN ORDER UNDER RULES 26(b)(2)(C) AND 26(c)

On October 24, 2007, Defendants Pfizer Inc. and Warner-Lambert Company (together "Pfizer") moved to compel Coordinated Plaintiffs, Kaiser Foundation Hospitals Inc. and Kaiser Foundation Health Plan, Inc., (together "Kaiser") to produce an additional witness to testify to Topic 2 of the Rule 30(b)(6) notice of deposition of Kaiser, and for attorneys' fees and costs pursuant to Rule 37(d) of the Federal Rules of Civil Procedure. Kaiser now cross-moves for an order, under Rules 26(b)(2)(C) and 26(c), requiring Pfizer to seek any further information on Topic 2 through interrogatories or written deposition questions.

In support of their Cross-Motion, Kaiser submits the accompanying Memorandum of Law in Opposition to Defendants' Motion to Compel Kaiser to Produce an Adequately Prepared Rule 30(b)(6) Witness and for Attorneys' Fees and Costs Pursuant to Rule 37 and in Support of Kaiser's Cross Motion for an Order Under Rules 26(b)(2)(C) and 26(c), along with the Declaration of Linda P. Nussbaum.

WHEREFORE, Kaiser respectfully requests that the Court deny Pfizer's motion to

compel and grant Kaiser's cross-motion for an order requiring Pfizer to seek any further information on Topic 2 through interrogatories or written deposition questions.

                Respectfully submitted,

Dated: November 2, 2007      By:   /s/ Linda P. Nussbaum
                                               Linda P. Nussbaum, Esq.

                                      KAPLAN FOX & KILSHEIMER LLP
                                      850 Third Avenue, 14th Floor
                                      New York, New York 10022

                                      *Counsel for Kaiser Foundation Hospitals Inc. and*
                                      *Kaiser Foundation Health Plan, Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1 AND 37.1

I certify that counsel have conferred in an attempt to narrow or resolve the issues presented but were unable to do so, and that the requirements of Local Rule 37.1 have been met.

ATTORNEY FOR KAISER

/s/ Linda P. Nussbaum
LINDA P. NUSSBAUM

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

ATTORNEY FOR KAISER

/s/ Linda P. Nussbaum
LINDA P. NUSSBAUM