UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------x
In re:  NEURONTIN MARKETING,                 :  MDL Docket No. 1629
        SALES PRACTICES AND                  :
        PRODUCTS LIABILITY LITIGATION        :  Master File No. 04-10981
                                             :
---------------------------------------------x  Judge Patti B. Saris
                                             :
THIS DOCUMENT RELATES TO:                    :  Magistrate Judge Leo T.
                                             :  Sorokin
        PRODUCTS LIABILITY ACTIONS           :
                                             :
                                             :
                                             :
                                             :
---------------------------------------------x
```

**DEFENDANTS' EMERGENCY MOTION FOR AN ENLARGEMENT OF TIME ALLOTTED FOR THE DEPOSITION OF PLAINTIFFS' DESIGNATED EXPERT CHERYL D. BLUME, Ph.D.**

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants"), by the undersigned counsel, respectfully move, pursuant to Rules 26 of the Federal Rules of Civil Procedure, by Emergency Motion, for an Order extending the duration of the deposition of the Product Liability Plaintiffs' ("Plaintiffs") designated expert Cheryl D. Blume, Ph.D. Defendants respectfully request the Court to extend the length of Dr. Blume's deposition to a total of five days and to rule on this Emergency Motion prior to Dr. Blume's deposition, which is currently scheduled for November 12 and 13, 2007. Defendants' motion is supported by the Memorandum in Support and Declaration of Counsel submitted herewith.

Dated: November 2, 2007            Respectfully submitted,

DAVIS POLK & WARDWELL

By:  /s/ James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

- and -

HARE & CHAFFIN

By:  /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

2685786v1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1 and 37.1, I certify that counsel have conferred in good faith to narrow the areas of disagreement to the greatest extent possible.

/s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 2, 2007.

/s/ David B. Chaffin

2685786v1