UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

---

**DECLARATION OF LORI C. McGRODER IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION FOR AN ENLARGEMENT OF TIME ALLOTTED FOR THE DEPOSITION OF CHERYL D. BLUME, Ph.D.**

LORI C. McGRODER declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Shook, Hardy & Bacon, LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC in this action.

2. I submit this declaration in support of Defendants' Emergency Motion to Extend the Duration of the Deposition of Cheryl D. Blume, Ph.D.

3. Attached as Exhibit A is a true and correct copy of the Product Liability Plaintiffs' ("Plaintiffs") Expert Disclosure on General Causation, dated October 22, 2007, designating Dr. Cheryl Blume as an expert witness.

4. Attached as Exhibit B is a true and correct copy of Dr. Cheryl Blume's Report, dated October 22, 2007.

1

5. Attached as Exhibit C is a true and correct copy of letter by Kenneth B. Fromson to Jim Rouhandeh and Lori McGroder, dated October 31, 2007.

6. Attached as Exhibit D is a true and correct copy of letter by Kenneth B. Fromson to Jim Rouhandeh and Lori McGroder, dated November 1, 2007.

7. On October 26, 2007, I conferred via telephone with Mr. Kenneth Fromson, counsel for Plaintiffs. I informed Mr. Fromson that the Defendants would need additional time to depose Dr. Blume due to the length and nature of her report. I requested an additional three days for a total of five days of deposition examination. Mr. Fromson indicated that Plaintiffs likely would not agree to any enlargement of deposition time. In his letters referenced above as Exhibits C and D, he later confirmed that Plaintiffs' would not agree to extend the time for the deposition of Dr. Blume. Defendants' request for more time to depose Dr. Blume has been the only request by Defendants to extend the duration of the deposition of any of the Plaintiffs' designated experts.

Dated: Kansas City, Missouri
November 2, 2007

                                             /s/ Lori C. McGroder
                                              Loric C. McGroder

2688124v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 31, 2007.

/s/ David B. Chaffin

2688124v1