# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                  :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                      :
        SALES PRACTICES AND                       :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION             :
                                                  :   Judge Patti B. Saris
------------------------------------------------------------x
                                                  :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                         :
                                                  :
        ALL PRODUCTS LIABILITY CASES              :
                                                  :
------------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' EXPERT DISCLOSURE
ON GENERAL CAUSATION IN ALL PRODUCTS LIABILITY CASES**

Products Liability Plaintiffs, by and through their attorneys, FINKELSTEIN & PARTNERS, LLP, pursuant to Fed. R. Civ. P. 26(a)(2) and Discovery Order No. 14, identify Cheryl D. Blume, Ph.D., as Plaintiffs' expert who may be used at trial to present expert testimony on the issue of general causation - contribution of Neurontin to mood and behavior disturbances including self-injurious actions and suicide, and regulatory and marketing efforts associated with Neurontin (gabapentin), in all Products Liability Cases.

Dr. Blume's Curriculum Vitae, including a list of publications authored by the expert, is annexed hereto as Exhibit 1.

A list of Dr. Blume's Depositions, Affidavits, Expert Reports and Trial Testimonies is annexed hereto.

Dr. Blume is expected to testify in accordance with her Report, annexed hereto.

The compensation to be paid to Dr. Blume is $300.00 per hour for Dr. Blume's report, and $450.00 per hour for Dr. Blume's testimony.

Dated: October 22, 2007                FINKELSTEIN & PARTNERS, LLP
                                       Attorneys for Products Liability Plaintiffs


                                       By:   **/s/ Andrew G. Finkelstein**
                                             Andrew G. Finkelstein, Esquire
                                             Finkelstein & Partners, LLP
                                             436 Robinson Avenue
                                             Newburgh, NY  12550

## CERTIFICATE OF SERVICE

I certify that this document was served on October 22, 2007, by overnight delivery and email to the following:

James P. Rouhandeh, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
rouhandeh@dpw.com.

Eric M. Zissu, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
erik.zissu@dpw.com

Scott W. Saylor, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
ssayler@shb.com

David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street
23rd Floor
Boston, MA  02110
dchaffin@hare-chaffin.com

Beth L. Kaufman, Esq.
Schoeman Updike & Kaufman LLP
60 E. 42nd Street
New York, NY  10165
bkaufman@schoeman.com


Dated:  October 22, 2007

                                                      **/s/ Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein