# EXHIBIT B

# I. BACKGROUND

1.     My name is Cheryl D. Blume, Ph.D. I am the President of Pharmaceutical Development Group, Inc. (hereinafter, "PDG") a consulting firm specializing in pharmaceutical development and registration activities, located in Tampa, Florida. As described in the Curriculum Vitae attached as Exhibit 1, my background includes holding several executive positions in pharmaceutical companies over a period of 20 years, including Vice President of Scientific Affairs for Mylan Laboratories, Inc., and Executive Vice President and Chief Operations Officer for Somerset Pharmaceuticals, Inc. I also was a member of the Board of Directors of Somerset.

2.     I was responsible for overseeing preclinical and clinical (Phases I-IV) programs associated with pharmaceutical product development and the securing of premarketing approvals for over 100 new prescription pharmaceutical drugs from the U.S., Food and Drug Administration (FDA). These products included both new (brand name) and generic drug products. These responsibilities included the design, execution and interpretation of pivotal preclinical and clinical trials.

3.     My duties included direction of all phases of interactions with the FDA relating to the prosecution of New Drug Applications (NDAs), Abbreviated New Drug Application (ANDAs) Supplements to New Drug Applications (sNDAs), drafting labeling and other aspects of the approval procedures. I have been centrally involved in supervising the collection and evaluation of post marketing adverse medical events, the design and implementation of studies to assess post-marketing signals, and the preparation and dissemination of updated product information to health providers and patients.

4.     I have been asked by counsel to provide an opinion on whether Neurontin contributes to mood and behavior disturbances including self-injurious actions and suicide. I have also been asked to evaluate the actions taken by defendants (Warner Lambert Co., Parke-Davis and Pfizer; hereinafter "Pfizer Defendants") with respect to the regulatory and marketing efforts associated with Neurontin (gabapentin). The scientific opinions set forth in this report are true to a reasonable degree of scientific certainty based on the data and information provided to date.

5.     I reserve the right to supplement this report if additional information is provided. I cannot possibly list all of the documentation that supports my opinions; however, I have based my opinions in part upon my education, personal experience, and review of documents disclosed during the pendency of this litigation, included but not limited to sources containing adverse events associated with Neurontin, Pfizer Defendants' internal Research Reports, Investigational and New Drug Applications, Annual Reports, adverse event surveillance databases (Pfizer's internal database, Spontaneous Reporting System (SRS), Adverse Event Reporting System (AERS), and the World Health Organization (WHO)), Periodic Safety Update Reports, FDA records, international regulatory efforts, expert reports prepared by Drs. Trimble, Kruszewski and Roth, medical literature, deposition transcripts and exhibits.

# II. INTRODUCTION

6.     The documentary evidence in this case demonstrates that the Pfizer Defendants were aware of multiple pre-marketing clinical trial reports and post-marketing patient events of self-injurious behavior, including suicide, in association with Neurontin.

7.    Multiple avenues of neuropharmacologic research have supported the biologic plausibility of Neurontin-precipitated self-injurious behavior for several years.

8.    Despite the fact that Neurontin is approved for two relatively small patient populations (adjunctive treatment of epilepsy and pain associated with post herpetic neuralgia), Pfizer Defendants aggressively and illegally promoted Neurontin for multiple off-label uses including (but not limited to) treatment of bipolar disorders, neuropathic pain, drug and alcohol withdrawal syndromes, amyotrophic lateral sclerosis, migraine, restless legs syndrome, monotherapy and other psychiatric and non-psychiatric conditions.[1]  As a result, sales quickly skyrocketed and Neurontin became a leading US drug product.[2]  These sales were accomplished using Pfizer Defendants' marketing plan to extend Neurontin uses to a wide variety of off-label (unapproved) indications.

9.    These indications included patient populations particularly vulnerable to Neurontin-related self-injurious behaviors (patients with psychiatric disorders, pain-related disorders, drug and alcohol withdrawal-related events and others).

10.    The Pfizer Defendants, failed to respond to accumulating safety signals related to self-injurious events and did not appropriately warn physicians of the various at-risk populations receiving Neurontin.  As such, vulnerable patients received Neurontin for unapproved uses without the benefit of corroborating clinical trial data and were simultaneously not warned of the drug's potential for eliciting psychobiological adverse events and self-injurious behavior.

11.    Pfizer Defendants, as the innovator, NDA sponsor and marketer of Neurontin, were responsible for the conduct of epidemiologic and clinical studies designed to assess the potential for causing self-injurious behaviors in all marketed patient populations.

12.    Pfizer Defendants had a duty to warn prescribers and patients of these adverse events. Unfortunately, relevant updates to the Neurontin label relating to suicide attempts and suicide did not occur until December 2005 and even then did not adequately reflect the totality of the postmarketing experiences.

13.    Despite the growing off-label use of Neurontin, Pfizer Defendants did not secure FDA approval for any of these indications.  In fact, in many cases Pfizer Defendants actually decided to not evaluate Neurontin's efficacy in treating these off-label indications in controlled clinical trials.[3]  Even more concerning are the few instances in which clinical trials were performed and Neurontin failed to show any benefit compared to placebo[4] or comparator drugs[5].  Notwithstanding these failures to demonstrate efficacy, Pfizer Defendant's continued to market Neurontin for these off-label uses.

14.    Off label uses of Neurontin encompassed the majority of the drug's revenues, with some estimates as high as 90% of Neurontin prescriptions.[6]  This was brought to light in July 1996

---

[1] See www.usdoj.gov/opa/pr/2004/May04_civ_322.htm.  "This illegal and fraudulent promotion scheme corrupted the information process relied upon by doctors in their medical decision making, thereby putting patients at risk." *Ibid.*

[2] J Schmit, USA Today, August 16, 2004; Pfizer, Inc.; January 24, 2001

[3] See documents V048094, V054306. See also Pfizer_LTive_0008792 at 0008800, which reflects Defendants' CI-945 Clinical Development and states as follows:  "It is concluded that the methodology of add-on trials for this indication [bipolar disorder] requires further refinement and the inability to control potential confounding variables is a major limitation of this design.  No further trials are planned with gabapentin in any psychiatric indications."

[4] See Frye et al., 2000; Pande et al., 2000a; Pande et al., 2000b; Obrocea et al., 2002

[5] Morello et al., 1999; Frye et al., 2000; Obrocea et al., 2002

[6] Graves, 1998

when the Food and Drug Administration (FDA) sent a letter to Parke-Davis warning them to stop promoting Neurontin for off-label uses.[7]

15.     Indeed, off-label use of Neurontin continued until the Securities and Exchange Commission brought charges leading to an eventual guilty plea for illegal off-label promotion.[8]  In May 2004, Warner-Lambert "agreed to plead guilty and pay more that $430 million to resolve criminal charges and civil liabilities in connection with its Parke-Davis division's illegal and fraudulent promotion of unapproved uses" for Neurontin.[9]  The Department of Justice release also noted "[p]otential problems that can arise from off-label use without the benefit of FDA oversight include the occurrence of unforeseen adverse effects because the drug was not studied in the type of patient it is being used for off-label and the appropriate dosage and course of treatment have not be established."[10]  Despite this, off-label use of gabapentin continues to represent the majority of its use.[11]

---

[7] See V054645

[8] Department of Justice statement; May 13, 2004.  Warner Lambert pled guilty to violations of the United States Code, Sections 331(a), 331(d), 333(a), 352(f)(l), and 355(a).

[9] See www.usdoj.gov/opa/pr/2004/May04_civ_322.htm

[10] See www.usdoj.gov/opa/pr/2004/May04_civ_322.htm.

[11] *See* Hamer et al., 2002; J Schmit, USA Today, August 16, 2004; Chen et al., 2005

## III. SAFETY AND REGULATORY OVERVIEW

16.    The Federal Food, Drug, and Cosmetic Act requires that pharmaceutical manufacturers comply with specific regulatory requirements when developing and marketing products (Federal Food, Drug and Cosmetic Act, Ch. V, 21 U.S.C. §§351-360bbb-3 (2005)).  The Code of Federal Regulations (CFR) is a compilation of the regulations published in the Federal Register by the executive departments and agencies of the Federal Government.  The CFR is divided into 50 titles that represent broad areas subject to Federal regulation; FDA regulations are published under Title 21.  To assist pharmaceutical manufacturers in complying with these procedures and regulations, the FDA has issued a large number of general and specific Guidances.  FDA Guidance documents represent the Agency's current thinking on a particular subject, and describe the minimum requirements for the registration and marketing of new drug products in the United States (MAPP 4000.2).

17.    Before a new drug product can be marketed in the United States, a pharmaceutical manufacturer must independently conduct a wide variety of preclinical (21 C.F.R. §§ 314.50(d)(2)) and clinical (21 C.F.R. § 314.50(d)(3)(5)) studies to support the pre-marketing new drug application[12].  These include studies designed to assess the clinical safety and efficacy of the drug in the patient populations for whom the drug will be prescribed.  Sponsors often additionally examine specific patient populations to determine if the proposed drug may have selective safety concerns in these patients (21 C.F.R. §§ 314.50(d)(5)(v).

18.    The FDA does not and cannot independently guarantee the safety of any pharmaceutical product.  Rather, a primary mission of the FDA is to promote the public health by promptly and efficiently reviewing clinical research and taking appropriate and timely action on the marketing of regulated products.

19.    In order to assess pre-marketing risk, the FDA relies upon the manufacturer of a new drug product to conduct the appropriate preclinical studies and clinical trials.  The manufacturer controls all of the critical elements relating to these trials, supplies the funding for the clinical trials, and provides the medications that are used.  The drug manufacturer also selects and monitors the clinical investigators who conduct the trials.  All clinical trial data are submitted directly to the manufacturer.  In a similar manner, the required preclinical trials are also conducted and controlled by the manufacturer.  When completed, the preclinical and clinical trial data are compiled and reported to the FDA by the manufacturer.  The FDA relies on the manufacturer to present a scientifically fair and balanced view of the drug sought to be approved, in much the same way that the IRS relies on taxpayers to present an honest and open report of their income to the government (21 C.F.R. § 314.50(e); 21 C.F.R. § 201.57).  This labeling is developed based on the information provided by the sponsor and should be designed to convey all necessary prescribing and safety-related information.  It is not uncommon for professional labeling to also include safety-related information for products with similar chemical compositions.[13]

20.    It must be stressed that the FDA does not maintain its own preclinical and clinical testing laboratories, and does not conduct government-sponsored studies to independently evaluate the drug products or verify preclinical or clinical data.  Rather, the Food, Drug, and Cosmetic Act gives FDA the responsibility to review clinical and preclinical research.  Thus, the FDA relies upon the sponsors to conduct the proper preclinical and clinical studies and to report

---

[12] 21 CFR§ 314.50
[13] 21 CFR§ 201.57

the results accurately and completely. If the reports submitted by the sponsors were incomplete or inaccurate, the validity of an FDA approval, predicated upon such reported data, would be jeopardized.

21.    An FDA approval also does not guarantee that a drug product will be safe for all time and for all purposes. A number of drugs have been approved by the FDA and then later withdrawn from the market because of emergent adverse medical events.[14] Both the FDA and the pharmaceutical industry therefore have very important responsibilities for monitoring adverse events after a new drug product has been launched.

22.    To assist the FDA with post-marketing risk assessment, pharmaceutical manufacturers are required to establish a system for pharmacovigilance activities. Manufacturers must collect, collate and evaluate information about suspected adverse reactions, both here in the United States and worldwide (21 C.F.R. § 314.80). Section 314.80(c) indicates that pharmaceutical manufacturers "develop written procedures" for the surveillance, receipt, evaluation, and reporting of postmarketing adverse drug experiences to FDA.[15]

23.    All relevant information, including reports and analyses of updated safety-related information, must be shared with the FDA. These safety data are derived from a variety of sources including the manufacturer's internal studies and reports, spontaneous domestic and international adverse event reports, ongoing U.S. and foreign trials, the clinical and preclinical literature and other available databases. When a possible safety signal is identified, it is suggested that manufacturers track and report safety-related information for similar products.[16]

24.    Surveillance is critically important for the development of a safety database for the drug product.[17] Experience has taught that pre-marketing clinical trial data provide only initial and preliminary safety information for a new drug product. Frequently, critical safety concerns are not observed until after an approved product has been commercially launched. There are several reasons for the delayed appearance of adverse medical events. One reason is that a relatively small number of patients (usually only up to a few thousand) are actually exposed to a new drug before it is approved. As such, only the most frequently occurring adverse events will be observed. Following approval, a much larger population uses the drug and the less frequent adverse events will then be evidenced.

25.    A second reason contributing to the delayed appearance of certain adverse medical events relates to the patients chosen for clinical trials. In general, with the exception of the disorder for which the drug is being studied, relatively healthy patients are enrolled in investigational drug trials. Moreover, most clinical trials will discontinue a patient if the precursor signals to an adverse experience are suspected. However, once a drug product is approved, it will be given to patients with additional illnesses and to patients receiving multiple other drug

---

[14] See Clarke et al., 2006.

[15] See deposition of Manfred Hauben (Medical Dir. Risk Management at Pfizer), July 13, 2007 at pp 444-445: "Q. So, does the company, Pfizer, have developed a written procedure for the receipt of post-marketing adverse drug experiences? . . . . A. Yes. . . . Q. Does the FDA tell you how you have to receive them? . . . . Does the FDA dictate to you how you're supposed to receive the reports? A. Well, the reports, we don't have control over the reports being sent to us, so the receipt process is not in our control. What's in our control is what happens after receipt. Q. And in a nutshell, whatever the standard operating procedures that Pfizer has regarding the receipt or evaluation and reporting, would you agree that those standard operating procedures were promulgated by Pfizer, meaning Pfizer wrote them, not someone else? A. Yes."

[16] Guidance for Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, March 2005.

[17] Strom, B. 2000, Pharmacoepidemiology: 3rd Edition; See p. 231.

products. Not surprisingly, these additional circumstances will often lead to the appearance of new adverse events, increases in the frequency of previously observed events and the emergence of new drug interactions.

26.   A third reason for the delayed appearance of post-marketing adverse events is the time required for certain events to emerge. Many drug related events, including certain cancers or other delayed responses, may not be seen until several years of exposure to the offending agent has occurred.

27.   Because the post marketing surveillance system provides safety data concerning real patients in a real world setting, it is a vital and integral component of the FDA's efforts to ensure the continued safety of marketed drug products. It is for this reason that the FDA relies on safety surveillance to track adverse drug experiences from the launch of a new drug product and throughout its entire marketing lifespan. Unfortunately, the extent of under-reporting of adverse events results in the surveillance system capturing only a fraction (approximately 1-10%) of the actual numbers of adverse events. It is therefore imperative that manufacturers closely monitor all available data, conscientiously review published literature, conduct necessary follow-up studies and fully explore all potential adverse events.

28.   FDA has also noted that because of the unknown extent of under-reporting, comparison of baseline adverse event data between the drug-exposed population and a demographically-similar untreated population (i.e., those not using the drug) is not necessarily valid and does not eliminate the requirement for labeling additions relating to newly observed adverse events.[18]

29.   Several factors contribute to the low percentage of significant adverse medical events actually reported to the FDA and to other authorities. A major factor is that many health care providers do not associate a patient's complaints or symptoms with a drug-related adverse event. Often times the new event is simply considered a component of the patient's medical condition or an unrelated concomitant illness. This is particularly likely to occur if representatives of the drug manufacturer fail to share all available label information with prescribers or make untrue or scientifically unbalanced presentations to prescribers. It is therefore critically important that drug manufacturers fully alert prescribers to potential adverse events and safety concerns with their products in all promotional materials. After all, physicians and other prescribers rely on drug company representatives to provide them with drug-related information.

30.   Another factor contributing to the low reporting rate of adverse events is that many health care providers are simply unaware of the various programs developed to receive this information. Pharmaceutical organizations should assist FDA with their ongoing efforts to promote this important exchange of information. Finally, the great majority of adverse event reports are sent to and reviewed by the manufacturer of the drug product, who is then required to submit data relevant to these reports to the FDA. If a manufacturer inaccurately, incompletely, or inarticulately submits adverse event reports and subsequent analyses, the FDA may not fully appreciate an emerging or changing safety profile associated with a drug product.

31.   A safety signal, as defined by FDA, "*refers to a concern about an excess of adverse events compared to what would be expected to be associated with a product's use.*"[19] FDA's post-marketing surveillance requirement is in place to detect new safety signals associated

---

[18] *See* FDA Alert for Healthcare Professionals, Isotretinoin November, 2005.
[19] *See* Guidance for Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, March 2005.

with the use of a drug product which may not have been detected in the pre-marketing clinical trials. The system also detects increases in the frequency or severity of previously identified events. If there is an *association* between the event and the drug product, additional or intensified labeling warnings relating to the newly identified event can be enacted. Once a signal is detected, the specific adverse events should be fully and quickly evaluated to determine if a new patient safety risk has been identified. The sponsor is then required to review this information to determine if additional scientific studies and regulatory actions are needed to address safety concerns. If the manufacturer and/or the FDA consider the new signal sufficiently serious, the drug product may be restricted to certain patients or even temporarily or permanently withdrawn from the U.S. marketplace.[20]

32.    Importantly, the responsibility of the detection of "signals" in post marketing surveillance is that of the manufacturer. Although FDA may also receive reports of Adverse Drug Events (ADEs), the FDA does not have the resources to properly evaluate and act upon reports concerning thousands of marketed products. The first line of defense falls to the manufacturer of the product, and if the manufacturer fails in its duty, serious injury or death may occur. There is no magic number for the number of events needed to precipitate immediate action by the NDA holder. It does not have to include an explosion of events. There are examples of labeling changes and Dear Health Care Professional letters issued based upon a manufacturer's receipt of only two or three events.[21]

33.    The obligation to report all safety related information includes serious ADEs occurring outside the country (21 C.F.R. § 314.80(b)). Manufacturers also have an obligation to report any intentional labeling changes to the FDA. The reporting of worldwide events is critically important because most safety issues are not dependent on nation or regional parameters. Foreign regulatory authorities must also be informed if FDA effects labeling changes or if new adverse event information has been identified in the United States.

34.    Pharmaceutical manufacturers should continually amend their package inserts, professional labeling and promotional materials in response to new safety information (21 C.F.R § 314.70). Such safety information includes new ADEs or changes in the severity or frequency of previously identified events. These data may be derived from post-marketing reports, reports from clinical trials, ongoing studies or the clinical literature. Product information and labeling must be immediately modified and disseminated when serious clinical events are reported. All efforts must then be taken to ensure that the necessary information is expeditiously conveyed to health care professionals and consumers.

35.    Prior to 2008, the FDA did not have the authority, mission or resources to require identification, evaluation and correction of all safety-related issues involving marketed drug products. In fact, prominent drug safety issues involving recently withdrawn products have called into question the capability and credibility of FDA's drug safety program, and have caused the Agency to seek a significant increase in budgeted resources for the Office of Drug Safety.[22] Both Congress and the Executive Office corrected this limitation with their recent renewal of the Prescription Drug User Fee Act (PDUFA) in September 2007. Prior to this, FDA did not have the authority to mandate post-approval safety studies or require changes to product labeling. However, beginning in 2008 FDA will have the legal authority to mandate and effect safety-related requirements.

---

[20] *See* Guidance for Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, March 2005.
[21] *See* Dear Doctor Letter December 23, 1996, Somerset Pharmaceuticals, Eldepryl Capsules.
[22] Frantz, 2005

## IV. NEURONTIN® (GABAPENTIN) SAFETY
## AND REGULATORY HISTORY

36.     Neurontin (Gabapentin) was approved in the United States in December 1993 as an adjunctive therapy for the treatment of partial seizures in adults (NDA 20-235). Clinical studies of Neurontin administered either as add-on therapy or monotherapy for the management of epilepsy have been conducted in the US and internationally since 1984. Approval for the same use in pediatric epilepsy patients was granted in October 2000. Pfizer Defendants attempted to gain a monotherapy indication for Neurontin® but this submission was deemed not approvable by the FDA due to insufficient demonstration of efficacy. In May 2001, an attempt to gain Neurontin approval for use in generalized neuropathic pain conditions was also denied by FDA due to insufficient data.[23] Subsequent to this, Pfizer Defendants secured approval for the restricted indication of neuropathic pain associated with post herpetic neuralgia only (May 24, 2002). In the U.S., Pfizer currently markets Neurontin tablets (NDA #20-882), capsules (NDA #20-235) and oral solution (NDA #21-216) for the two approved indications.

37.     The regulatory history of Neurontin was examined, including available safety data and corresponding "safety signals" with particular attention to psychobiologic adverse events, and the Pfizer Defendants' actions (or inaction) in responding to such "safety signals". This information was reviewed by particular time-periods: pre-approval, 1994-1996, 1996-2002, and 2002 – present. These time-periods reflect important factual circumstances in the development and marketing of Neurontin that afforded the Pfizer Defendants the opportunity to take appropriate action and properly inform the FDA or prescribers of the association of psychobiologic adverse events, particularly suicidal behavior, with Neurontin use.

38.     As more fully set forth in this report, the pre-approval stage of Neurontin revealed "safety signals" from Pfizer Defendants' pre-clinical and clinical trials including an *association* – by Pfizer Defendants' own admission --- of psychobiologic adverse events, including depression and suicidal behavior adverse events. During this stage, Pfizer Defendants' own Integrated Summary of Safety (ISS) for Neurontin demonstrated adverse events of clinically important depression that, as per FDA notice to Pfizer Defendants, limited the widespread usefulness of Neurontin outside of its very narrow approved indication for epilepsy; FDA was concerned that depression could become worse and result in suicidal behavior. A positive dechallenge/rechallenge reaction of depression was also observed in Pfizer Defendants' clinical trials and was deemed probably related to Neurontin by Pfizer Defendants' qualified investigators.

39.     Similarly, the time period of 1994-September 1996 represented an important phase in the development and marketing of Neurontin. In particular, this period reflected Neurontin's initial use by the public. The time period also encompasses the Pfizer Defendants' illegal off-label promotion activities for which Pfizer Defendants would later plead guilty to various violations of federal law. Gabapentin was being used increasingly for indications for which it was not approved, including for a number of mood disorders. These patient populations are obviously considered more at risk for suicide-related events. During this time period, and as more fully set forth below, adverse events reported in various publications and data sources continued to reflect that gabapentin was associated with psychobiological events, where there were observed positive dechallenge events, as well as events occurring in healthy

---

[23] IND28454_MISC_005_0026-30

8

volunteers where there was a relationship between the events and increased exposures to gabapentin. Withdrawals from certain Pfizer Defendants' studies also reflected that approximately twice as many gabapentin patients (compared to placebo patients) withdrew as a result of clinically-related psychobiologic events. Moreover, Pfizer Defendants --- apparently cognizant of a safety signal of psychobiologic events --- commissioned only a perfunctory review of psychosis and behavioral disturbances in or about 1995. Finally, despite knowledge of Neurontin's increasing off-label use in populations with underlying depressive conditions, Pfizer Defendants failed to appropriately address or pursue language in the product labeling regarding Neurontin's mechanism of action to adequately inform healthcare professionals as to Neurontin's capacity to reduce the release of monoamine neurotransmitters in the brain (*e.g.*, serotonin, norepinephrine), an action that is implicated in the pathophysiology of clinical depression.

40.    The time period October 1996 – May 2002 represents another stage in the development and marketing of Neurontin in which critical safety signals continued to escalate. Defendants also gained approval for the post herpetic neuralgia indication during this timeframe. However, the Pfizer Defendants failed to appropriately address or pursue updated language in the product labeling regarding Neurontin's mechanism of action to reduce the release of monoamine neurotransmitters in the brain (*e.g.*, serotonin, norepinephrine). These actions may contribute to psychobiologic adverse events, including suicidal behavior.

41.    June 2002 through present day reflects, not only the continuing safety signals mentioned above, but also Pfizer Defendants' labeling change regarding suicide and suicide attempt and FDA's pending inquiry to Pfizer Defendants about Neurontin's capacity to contribute to suicidal behavior.

42.    Pfizer Defendants failed to take appropriate action to recognize and respond to safety signals demonstrating an association between Neurontin use and psychobiologic adverse events, including depression and suicidal behavior. A more careful examination of these signals should have been undertaken and subsequently, changes to the product labeling should have been affected to reflect the rate and severity of these events. Moreover, Pfizer Defendants should have undertaken an educational campaign targeted to healthcare professionals and patients using neurontin, with particular attention to discouraging off label use.

43.    As more fully set forth in this report, throughout the life of Neurontin's development and marketing, Pfizer Defendants possessed specific information indicating a lack of efficacy, particularly with certain off-label indications (*e.g.*, psychiatric/bipolar disorder). Pfizer Defendants failed to reasonably warn healthcare professionals of this lack of efficacy notwithstanding Pfizer Defendants' knowledge of Neurontin's widescale use for such indications.[24]

---

[24] *See* Bernstein, *Enhancing Drug Effectiveness and Efficacy through Personal Injury Litigation*, Journal of Law and Policy (2007) at p.133: "Since safety is a context-driven condition, bound up with effectiveness --- even a small risk is too much when the drug is absolutely ineffective --- and because no prescription drug is perfectly safe, this black-letter necessarily takes effectiveness into account. And whenever consumers have more than one treatment to choose from, effectiveness cannot be divorced from comparisons with the drug's alternatives. To put the point within traditional warning doctrine, a crucial element of an adequate warning is communication about the consequences of not heeding it. Warnings are messages about choice. The risk reduction category of warning says, 'When you use our product, consider the following concurrent precaution, for the following reason.'"

## IV(a) <u>Psychobiological Adverse Events in Pre-Approval Stage</u>

44.    Neurontin's capacity to contribute to mood and behavioral disturbances, particularly depression and suicide-related behavior, was known to Pfizer Defendants prior to the product's approval by the FDA.  Before Neurontin was approved by FDA in 1993, on December 14th and 15th, 1992, a meeting was held between Parke-Davis and the Peripheral and Central Nervous System Drugs Advisory Committee.[25]  At that time, a total of 5 reports of overdose involving gabapentin were noted.  Four cases involved patients in Neurontin clinical trials, who also ingested additional drugs.  The other case involved the child of a study subject who ingested gabapentin only.  None of these patients died.

45.    In the total exposed population of the NDA there were 78 reports of depression (or 5.3% of the patients).[26]  There were 7 reports of depression as a serious adverse event and 9 patients withdrew from studies because of depression, some of which had suicidal ideation (no number was provided for this).  It was determined that of the 78 patients reporting depression, 19 had no prior history and 22 patients required treatment for their symptoms.  In the transcript to the Advisory Committee Meeting it is indicated that "*gabapentin has a safety profile that is generally good, but ... there remain some concerns.*"[27]  FDA approval for gabapentin was received on December 30, 1993.

46.    Regulatory documents from the FDA reflect Pfizer Defendants' knowledge about Neurontin's capacity to contribute to mood and behavioral disturbances, including depression and suicidal behavior. Prior to approval for use as adjunctive medication in refractory partial epilepsy, the FDA via the Division of Neuropharmacological Drug Products prepared a combined medical-statistical review.[28]  As part of this clinical safety review, FDA reviewed portions of Pfizer Defendants' New Drug Application (NDA).  The FDA concluded that "**[l]ess common but more serious events may limit the drug's widespread usefulness.... [D]epression, while it may [not be] an infrequent occurrence in the epileptic population, may become worse and require intervention or lead to suicide, as it has resulted in some suicide attempts.**"[29]  FDA further stated the following:

> In its clinical database of 2048 patients, gabapentin has a risk profile that is uncertain, with five groups of important adverse events that have not yet been fully characterized, specifically, seizure exacerbation, carcinogenicity, **clinically important depression**, renal failure and teratogenicity.  Accumulated long range safety data are limited by the excessive attrition due to apparent lack of sustained efficacy. . . .  In conclusion NDA 20-235 is approvable with appropriate and prominent labeling for use in a specific population.[30]

---

[25] Dept. of Health and Human Services, Public Health Services, FDA, Peripheral and Central Nervous System Drugs Advisory Committee Transcript (Vol. II, Dec. 15, 1992); *see also* Deposition of Lloyd Knapp, at Ex. 7 (July 18, 2006).

[26] Dept. of Health and Human Services, Public Health Services, FDA, Peripheral and Central Nervous System Drugs Advisory Committee Transcript (Vol. II, Dec. 15, 1992 at p.58); *see* NDA #20-235 Medical-Statistical Review, at 114.

[27] Dept. of Health and Human Services, Public Health Services, FDA, Peripheral and Central Nervous System Drugs Advisory Committee Transcript (Vol. II, Dec. 15, 1992 at p.59).

[28] NDA #20-235 Medical Statistical Review.

[29] NDA #20-235 Medical Statistical Review, at p.117.

[30] NDA #20-235 Medical Statistical Review, at pp. 117, 119.

47.    The FDA medical-statistical review encompassed the Pfizer Defendants' NDA and included Pfizer Defendants' First and Second Safety Updates that were submitted on May 29, 1992 and November 2, 1992, respectively.  After submission of the Third Safety Update, FDA clinical reviewer Cynthia McCormick, MD, stated on September 27, 1993, that "There are no new data in Safety Update #3 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1 and 2."[31]  Thereafter, subsequent to the submission by Pfizer Defendants of the Fourth Safety Update, FDA clinical review Cynthia McCormick, MD, similarly stated, "There are no new data in the Safety Update #4 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1, 2, and 3."[32]  Despite FDA observations relating to depression and other psychobiological events, Pfizer Defendants failed to take appropriate actions to warn or further evaluate Neurontin-precipitated mood and behavioral disturbances, including depression and suicidal behavior.[33]

48.    Among the documents and data reviewed also include Pfizer Defendants' Integrated Summary of Safety (ISS) and relevant appendices submitted by Pfizer Defendants in their original New Drug Application (NDA) for Neurontin.  The ISS reflects the Pfizer Defendants' comprehensive summary of 35 clinical pharmacology and 35 clinical studies involving 1797 participants, 1748 of whom received Neurontin.[34]  Unfortunately, the accumulation of suicide-related events experiences in the premarketing period are not fully described and summarized in the Defendants submissions.

49.    The ISS documents diluted the significance of self-injurious psychobiological adverse events observed in the clinical trials.  For example, the Pfizer Defendants employed coding conventions which convey underestimations of the seriousness of the observed self-injurious events.  These include reports described from trials 877-210P and 945-013.

50.    Additionally, suicide-related events were not adequately described in the ISS and some events were not corrected until provided to FDA when specifically requested to do so in 2004.  These include patients from trials 945-013 and 945-015.

51.    Finally, a scientifically concise summary of these suicide-related events was not provided by the Pfizer Defendants.  While they did state in Safety Update #4, that "…the cumulative total of patients who experienced depression with suicide ideation or suicide attempt [is] ten.", a more detailed discussion of suicide-related events and the inclusion of an appropriate language in the Neurontin product labeling would have been more instructive.

---

[31] Pfizer_Lalphs_0084480 at 0084498.

[32] Pfizer_Lalphs_ 0084680 at 0084687.

[33] Noteworthy, subsequent to Dr. Cynthia McCormick's combined medical-statistical review mentioned above, Dr. Russell Katz (FDA Division of Neuropharmacological Drug Products) on October 11, 1993 provided a memorandum in which he summarized the more common adverse reactions during clinical trials that resulted in the dropout from clinical trials: Depression and Suicidal Ideation ranked 9th (10/2048) among such adverse reactions. See Pfizer_LLamoreaux_0031285 at 0031300.  A review of Pfizer Defendants' proposed responses to inquiries regarding Neurontin does not reflect that Pfizer Defendants responded to an inquiry about depression or suicidal behavior with any reference to the combined medical-statistical review or Dr. Katz's memorandum.  Apparently, these documents are available only based upon Freedom of Information (FOI) Requests to the government; there is no indication that Pfizer Defendants would (or have) made this documents available as part of Standard Response Documents (e.g., Medical Information Department responses to inquiries) or as par of Dear Healthcare Professional letters. See Pfizer_LLamoreaux_0031285 (Memo from Parke-Davis employee Janith Turner, dated July 28, 1994, entitled FDA FOI Documents for Neurontin NDA Approval).

[34] RR-REG 720-02957

**Dechallenge and Rechallenge Events**

52.    Psychobiological events involving dechallenge and rechallenge data associated with Neurontin use were not fully described in the ISS documents or disclosed in the Neurontin launch label.

53.    If an adverse event that develops following the initiation of drug therapy subsequently resolves following the discontinuation of the drug, this is referred to as a positive dechallenge.    A positive rechallenge refers to the re-occurrence of the adverse event (following a positive dechallenge) subsequent to re-initiation of the drug.

54.    The FDA places great significance on dechallenge/rechallenge observations and these events are often included in product labeling to assist prescribers and patients with benefit/risk assessments.    As such, the dechallenge/rechallenge psychobiological events described in conjunction with Neurontin use should have been incorporated into the labeling.[35]    Such incorporation into the labeling would have been consistent with FDA guidelines.    The following description of serious adverse events can be found in the *Guideline for the Format and Content of the Clinical and Statistical Sections of an Application* (*July 1988*), a document prepared by the Center for Drug Evaluation and Research (FDA) and intended to be used as a guide for the formatting of a New Drug Application (NDA): "***It may not, indeed often will not, be possible to decide whether a particular serious event is drug-induced, but such events should be noted for future review and consideration in the post-marketing period and perhaps identified in labeling as a possible adverse effect of uncertain relationship to the drug.    Steps planned to evaluate adverse events further should be noted.***"

55.    It is not necessary to have significant numbers of dechallenge/rechallenge events to appreciate drug toxicities.    For example, in the March 2005 Guidance for Industry – Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, FDA notes the following: "*It is possible that even a single well-documented case report can be viewed as a signal, particularly if the report describes a positive rechallenge or if the event is extremely rare in the absence of drug*".

56.    Publications contributed by FDA authors also note that dechallenge/rechallenge data are useful for causation considerations.[36]

---

[35] Temple et al., 1979; Strom 2000 Pharmacoepidemiology, 3rd Edition
[36] See Temple *et al.*, 1979; See also  Strom, BL, 2000 Pharmacoepidemiology, Chapter 10 (Kennedy, DL, Goldman, SA & Lillie RB, *Spontaneous Reporting in the United States*)

57.    Incidences of positive dechallenge/rechallenge events have been documented in clinical trials involving gabapentin.  Dechallenge events include suicidal ideation, depression and hostility.   In addition, a positive rechallenge event was documented in one patient (depression).

58.    Original patient narratives relating to dechallenge events are outlined below.  **In one particular instance there was a well-documented case of dechallenge/rechallenge.**  A patient (Patient 1-1 from Study 945-015, RR #720-02837) receiving gabapentin became severely depressed and had suicidal ideations while on the drug.  **When gabapentin was tapered and subsequently discontinued, the patient recovered from both the depressive and suicidal events.  Upon readministration of gabapentin (rechallenge) the patient again became depressed.  "The investigator considered the event <u>probably</u> <u>related</u> to gabapentin therapy, and the patient was withdrawn from the study."**[37]   This event should have been highlighted in a separate section of the Pfizer Defendants' ISS and discussed in detail with the additional patients who expressed suicidal ideations or attempted to take their own life.   Examples of positive dechallenge/rechallenge events related to psychobiologic function and associated with Neurontin are provided below (a-g).  All of these events occurred prior to the December 1993 approval of Neurontin.

a.    Research Report #RR-X-4300-00003        June 9, 1986
            Positive dechallenge: **reactive depression (1)**



---

[37] RR 720-02837 (emphasis added) at p. 94-95. Pfizer Defendants' causal association assessment ranged from Definite, Probable, Possible, or of Unknown Relationship. *See* RR 720-02837 at p.67.  Additionally, Pfizer Defendants also appear to have utilized  Causality Assessments based on Karch, F.E. and Lasagna, L., JAMA 234, 1236-1241 (1975) as it pertained to such open-label  studies of the safety and efficacy of gabapentin (Protocol 945-15). *See* Pfizer_LLaMoreaux_0018652 at 0018671.  The criteria for assessment of causality (using Karch and Lasagna's approach) included Definite, Probable, Possible, Remote, and Unclear.  Under these circumstances, the adverse event of depression regarding Patient 1 should have been coded more conservatively as Definitely Related. Definite is defined as "[a] reaction that follows a reasonable temporal sequence from administration of the drug <u>or</u> in which the drug level has been established in body fluids or tissues.  Improvement or disappearance on stopping or reducing the dosage (dechallenge), [and] Reappearance of the reaction on repeated exposure (rechallenge)." Pfizer_LLaMoreaux_0018652 at 0018671.

b.  Research Report # 4301-00124          September 12, 1991
    Positive dechallenge: **hostility (1)**

> Patient 10 (Center 37), a 17-year-old man, had hyperkinesia
> (hyperactivity) and hostility (aggressive behavior) from Day 31 of
> gabapentin administration.  The investigator considered these events
> moderate in intensity and probably related to gabapentin treatment
> (1200 mg/day), and the patient was withdrawn on Day 70.  Mild
> hyperkinesia (900 mg/day) had previously occurred from Day 19 through
> Day 31, at which time intensity increased.  Other adverse events were
> not reported.  The hyperkinesia and hostility resolved on Day 76.
> Concurrent medications included valproate and phenytoin.

c.  Research Report # RR 720-02816          September 10, 1991
    Positive dechallenge: **depression (1)**

> Patient 205 (Center 10), a 30-year-old white woman in the
> gabapentin/gabapentin group, became depressed on Study Day 2 while
> receiving 1200 mg/day of gabapentin.  The investigator considered this
> event mild and of unknown relationship to gabapentin.  The depression
> became moderate and possibly related to gabapentin on Study Day 57.  No
> concurrent medications were given for the depression and the gabapentin
> dosage remained unchanged until Study Day 93, when the patient was
> withdrawn from the study.  Taper was completed on Study Day 97, and the
> depression resolved on Study Day 105.  Medical history included
> hysterectomy, headaches, and urinary bladder repair.  Concurrent
> medications included hydrochlorothiazide, estrogen, prednisone,

d.     Research Report # 720-02837                    September 6, 1991
       Positive dechallenge: **depression/suicidal ideation**

**\*\*Positive rechallenge: depression (1)**

Patient 1 (Center 1), a 36-year-old white man, experienced depression of moderate intensity on Day 12 while receiving 1500 mg/day gabapentin. Other concurrent adverse events were headache of severe intensity and diplopia of moderate intensity. The investigator stated that the patient had been depressed for two years prior to the study, but that the condition had worsened when headaches became severe in intensity. The headaches were position dependent; they resolved when the patient was supine, but they were severe in intensity and incapacitating when the patient was sitting up. The patient also had dizziness and nystagmus beginning on Days 20 and 22, respectively. The patient was hospitalized due to severe headache on Day 22. A spinal tap, CT scan, MRI, and arteriogram performed during this hospital stay were negative. Elevated serum concentration of carbamazepine was noted, and dosage was reduced from 2800 to 2600 mg/day. Gabapentin dosage was not changed. The patient was discharged on Day 24 with resolution of dizziness and nystagmus; however, headache, diplopia, and depression were continuing. The patient was referred for neurosurgical consultation. Medical history included a draining temporal arachnoid cyst diagnosed at age 33 and placement of a cystoperitoneal shunt two years later. Headache,

also beginning at age 33, was treated with aspirin, ibuprofen, acetaminophen/codeine, and indomethacin during the study. Hypertension was present at screening, and blood pressure remained at 160/100 before and during the study despite treatment with verapamil and lisinopril. Treatment with verapamil began on Day 18 and treatment with lisinopril began on Day 30. Hospitalization occurred for a second time on Days 61 to 62 when an angiogram was performed. On Day 71, ongoing depression changed from moderate to severe intensity, and the patient also experienced suicidal ideation of severe intensity. Both events were judged clinically important by the investigator and possibly related to gabapentin treatment. Gabapentin treatment was tapered beginning on Day 85 and temporarily stopped on Day 111. Depression and suicide ideation resolved by Day 111, although headache continued. During Days 226 to 231, while off gabapentin therapy, the patient was hospitalized for revision of a left cystoperitoneal shunt, and headache resolved. The patient was rechallenged with gabapentin on Day 267. Depression reoccurred on Day 271, and became severe on Day 295. The investigator considered the event probably related to gabapentin therapy, and the patient was withdrawn from the study. The last dose of gabapentin was given on Day 300. Depression, diplopia, and nystagmus were continuing at the last visit.

e.    Research Report # 720-02883                August 16, 1991
       Positive dechallenge: **depression**

Patient 213 (Center 1), a 46-year-old white female, became depressed on
Day 294 while receiving 2400 mg/day of gabapentin. The investigator
considered this event of moderate intensity and possibly related to
study drug, but no changes in study medication were made at this time.
On Day 433 the investigator felt that the depression had changed in
intensity to severe and designated it as a clinically important adverse
event. At this time, the patient was permanently discontinued from
further gabapentin treatment. The taper was completed on Day 438. The

patient's past medical history included a tubal ligation and a
hysterectomy. Other adverse events during the study included insomnia,
upper respiratory infection, and blurred vision. Concurrent medications
included norephedrine, guaifenesin, and conjugated estrogens.
Concurrent AEDs included carbamazepine (1200 mg/day) and clorazepate
(15 mg/day). The patient's depression resolved on Day 447.

f.    Research Report # 720-02883                August 16, 1991
       Positive dechallenge: **depression**

Patient 107 (Center 4), a 29-year-old white male, entered the present
study with amnesia, impotence, and depression that had begun in the
preceding studies (945-5 and 945-5X) on Days 14, 68, and 147 of
gabapentin therapy, respectively. The patient was receiving
1200-1800 mg/day of gabapentin at the time the events began. The
investigator considered all three of these events mild and possibly
related to the study medication. These problems continued in the
extended open-label protocol as the gabapentin dose was increased to
2000 mg/day on Day 168 and to 2200 mg/day on Day 190. On Day 217 the
patient was permanently discontinued from the study and the gabapentin
taper was complete on Day 238. The memory problems and depression
resolved on Day 239 but the resolution of the impotence was unknown.
The patient's past medical history is listed in the appendix.
Concurrent medications included ibuprofen, bismuth subsalicylate,
acetaminophen, and cholestyramine. Concurrent AEDs included
carbamazepine (1600 mg/day) and primidone (750 mg/day). Because this
patient was withdrawn from the study as a result of adverse events that
were not TESS, he is not included in the total number of patients
withdrawing due to adverse events in Appendix B.53.

16

g.　　Research Report # RR 720-02993　　　　September 13, 1991
　　　　Positive dechallenge: **hostility (1)**

Patient 102 (Center 211), a 21-year-old man, completed the double-blind phase of the study in the placebo group and began gabapentin treatment as open-label therapy. From Day 20 of gabapentin administration (1200 mg/day), the patient experienced dizziness (drunk feeling) and hostility (aggressive behavior). The investigator considered these events mild in intensity and possibly associated with gabapentin treatment. Tapering for gabapentin discontinuation began on Day 30, and the last dose of gabapentin was taken on Day 37. The dizziness and hostility resolved on Day 34. This patient was also receiving carbamazepine and phenytoin.

## CONCLUSIONS – NEURONTIN PREAPPROVAL STAGE

59.　　It is clear that self-injurious behaviors, including suicide-related events associated with Neurontin, were evidenced in the clinical trial data generated in support of the initial Neurontin approval. Available biochemical and pharmacology data supported the biological plausibility of these observations (*e.g.*, Research Reports #740-02959 and #740-03075). As such, the Pfizer Defendants were placed on notice of these events and should have carefully monitored postmarketing reports associated with Neurontin upon product launch, especially those reports related to psychobiologic function and suicide-related behavior.

## IV(b) Psychobiological Adverse Events in
## Post-Marketing Stage: 1994-1996

60.    In addition to reviewing the psychobiological adverse events that occurred during the pre-approval phase (*e.g.*, the period from initial clinical testing with gabapentin (mid 1980's) through the time of its approval for the adjunctive treatment of epilepsy (December 1993), the frequencies and severities of psychobiological adverse events in the initial years following market launch (January 1994 through September 1996) were also examined.

61.    In examining the Pfizer Defendants' activities regarding Neurontin during the 1994-1996 timeframe, data, information and adverse event reports from multiple sources including internal Pfizer Defendant documents (Research Reports, Annual Reports, Periodic Safety Update Reports, internal adverse event database); adverse event databases (the United States FDA Spontaneous Reporting System; the World Health Organization, WHO); clinical and scientific literature and other sources were reviewed.

62.    Clinical studies of gabapentin were conducted in the United States and internationally by the Defendants. The time period review from 1994-1996 encompasses the time immediately following the approval of gabapentin for adjunctive treatment of epilepsy through the completion of the large STEPS (Study of Titration to Effectiveness and Profile of Safety) trial (September 1996).

### NEURONTIN CLINICAL PHARMACOLOGY STUDIES

63.    Nine clinical pharmacology studies conducted/sponsored by Pfizer Defendants provide data for this section and a description of each study is provided. Eight of the nine studies were performed in adults, 7 of which were in healthy volunteers. Six of the nine studies examined single doses of gabapentin and in 2 of these studies psychobiologic adverse events were observed. Psychobiological adverse events were observed in two of the three multi-dose studies.

64.    As noted in the following Tables, there were a variety of psychobiological adverse events, though there were no reports of depression, hostility, or suicidal behaviors. There were no deaths, withdrawals or serious adverse events with gabapentin treatment in any of these studies. Depersonalization was reported in three of the five studies reporting psychobiological adverse events.[38] Further, abnormal thinking and depersonalization were the two most frequently reported psychobiological events. These findings are particularly concerning in healthy volunteers receiving either one dose of gabapentin, or (at most) repeated doses for short periods of time.

65.    A notable increase in the incidence of psychobiological events was observed in study 945-195, which used a high dose of gabapentin (2400 mg/day) for several weeks. This finding suggests that higher doses of gabapentin coupled with increased exposure may lead to increased incidences of psychobiologic adverse events.

---

[38] Depersonalization is an event often considered a preliminary event to suicidal behavior (Kelly and Knudson, 2000).

## Overview of all Psychobiological Adverse Events

| Studies[a] | # Subjects/Patients[b] | Psychobiological AE's (# events) | |
|---|---|---|---|

**CLINICAL PHARMACOLOGY STUDIES**

| | | | |
|---|---|---|---|
| Total # of Studies (9) | 240 | Abnormal Thinking | 16 |
| | | Depersonalization | 11[c] |
| | | Euphoria | 6 |
| | | Confusion | 5 |
| | | Nervousness | 4 |
| | | Hyperkinesia | 3 |
| | | Agitation | 2 |
| | | Personality Disorder | 2 |
| | | Abnormal Dreams | 2 |
| | | Emotional Lability | 1 |

[a] Studies completed or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of subjects/patients receiving at least one dose of gabapentin

[c] Note the high number of depersonalization events in these studies. Depersonalization has been considered a precursor to suicidal thoughts (Kelly and Knudson, 2000). The fact that this event occurred in predominantly healthy subjects provides further evidence that caution is warranted in patient populations susceptible to this and other psychobiologic events

# CLINICAL PHARMACOLOGY STUDIES
## Single Dose Studies

| Study # | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---|---|---|---|
| 945-188 (724-00222) | A study in healthy volunteers to determine the taste acceptability of 3 gabapentin (CI-945) liquid formulations (945-188-0) | 1-5-94 to 11-11-94 | None |
| 945-189 (744-00249) | A single-dose bioequivalence study comparing 600-mg CI-945 tablets to 300-mg gabapentin Supro capsules (945-189-0) | 4-17-95 to 4-28-95 | Abnormal thinking {3}; Nervousness {2}; Euphoria {2}; Depersonalization {1}; Confusion {1} |
| 945-196 (744-00309) | A single-dose study of Neurontin (gabapentin; CI-945), pharmacokinetics in healthy lactating women and evaluation of gabapentin concentrations in breast milk (945-196-0) | 2-4-95 to 2-6-95 | None |
| 945-208 (744-00328) | A single-dose bioavailability study comparing 800-mg CI-945 tablets to 400-mg gabapentin supro capsules (945-208-0) | 3-5-96 to 3-28-96 | Emotional lability {2}; Thinking abnormal {3}; Personality disorder {1}; Abnormal dreams {2, *one unrelated*}; Depersonalization {1} |
| 945-202-0 (744-00377) | A Single-Dose Study of Neurontin (Gabapentin; CI-945)Pharmacokinetics in Healthy Pediatric Subjects | 12-9-95 to 12-10-95 | None |
| 945-072 (720-03359) | Open study for quantitative determination of gabapentin concentrations in pancreatic tissue and plasma following intravenous administration of gabapentin to patients undergoing pancreatic surgery (945-72) | 7-20-92 to 8-19-93 | None |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted

20

# CLINICAL PHARMACOLOGY STUDIES *(continued)*

## Multiple Dose Studies

| Study # | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---------|-------|-------------|---------------------------------------------|
| 945-190 (744-00238) | A multiple-dose, dose-proportionality study of Neurontin (gabapentin; CI-945) capsules in healthy volunteers (945-190-0) | 1-23-95 to 2-27-95 | Depersonalization {9}; Abnormal thinking {6}; Euphoria {4}; Hyperkinesia {3}; Agitation {2}; Nervousness {2}; Confusion {1}; Personality disorder {1} |
| 945-430-005 (430-00110) | Comparison of gabapentin, carbamazepine, and placebo in a randomized, blinded 3-way crossover psychometric study in healthy volunteers (945-430-005, NE005) | 10-21-94 to 8-15-95 | None |
| 945-195 (995-00072) | Double-Blind, Randomized, Two Period Crossover Comparison of the Cognitive and Behavioral Effects of Gabapentin and Carbamazepine in Healthy Adults | 11-29-95 to 2-18-98 | Thinking abnormal {4}; Confusion {3} |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted.

21

## NEURONTIN MONOTHERAPY STUDIES

66.    Seven (of 8 total) epilepsy monotherapy studies were completed during the period 1994-1996.  A total of 989 patients received gabapentin in these completed trials.  To date, Pfizer has not received FDA approval for the monotherapy indication in the U.S.,  and the enclosed studies do not provide data to support gabapentin's efficacy for this use.

67.    An integrated across-study tabular summary of the psychobiological adverse events occurring in all completed epilepsy monotherapy trials is provided.  The five most frequently-occurring psychobiological adverse events observed in all completed monotherapy trials were nervousness, thinking abnormal, confusion, emotional lability and depression.  Depersonalization was reported in one patient from these trials.  A total of 9 positive dechallenge reactions related to psychobiologic function were observed in 6 gabapentin patients participating in monotherapy studies.  These events included reports of depression, hostility and hypomania.

*Psychobiological Adverse Events in Monotherapy Trials*

| Studies[a] | # Patients[b] | (# events) |
|---|---|---|

**CLINICAL EPILEPSY STUDIES**

Monotherapy Studies (8)     1133*
*This includes both completed and
  ongoing studies

| | |
|---|---|
| Nervousness | 58 |
| Thinking Abnormal | 37 |
| Confusion | 29 |
| Depression | 27 |
| Emotional Lability | 26 |
| Anxiety | 24 |
| Agitation | 8 |
| Hostility | **7** |
| Doped Feeling | 6 |
| Euphoria | 5 |
| Hallucinations | 4 |
| Psychosis | 4 |
| *Suicide Attempt* | *2[c]* |
| Personality Disorder | 2 |
| Apathy | 1 |
| Depersonalization | 1 |
| Overdose | 1 |
| Abnormal Dreams | 1 |
| Feeling High | 1 |
| Feeling Abnormal | 1 |
| Frustration | 1 |
| Hypomania | 1 |
| Paranoia | 1 |
| Psychiatric Disorder | 1 |
| Schizophrenic | 1 |
| **Suicidal** | **1** |
| Withdrawal Syndrome | 1 |

[a] Studies completed or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of patients receiving at least one dose of gabapentin

[c] Events that *should* have been coded as suicide attempts

68.    Although one patient receiving monotherapy was listed as being suicidal (945-083), 2 instances of suicide attempts were found in this trial (945-083). The patient listed (by Pfizer Defendants) as suicidal, actually attempted to kill himself (this should have been coded as a suicide attempt). The additional suicide attempt was coded (by Pfizer Defendants) as an overdose.

69.    One monotherapy study was ongoing during the period under review. This study (945-092) was initiated in February 1995 and was completed in January 1998. Adverse events noted for this trial may thus have not occurred during the period January 1994 through September 1996. A total of 144 patients received gabapentin in this trial. Adverse psychobiologic events observed during this trial include reports of depression, thinking abnormal, anxiety, confusion, emotional lability and psychiatric disorder. It is important to note that gabapentin was less effective than the active comparator drug (carbamazepine).[39]

---

[39] *See* Study 945-092 (RR 720-04229), entitled "Gabapentin Monotherapy Trial: A 36-Week Double-Blind, Parallel-Group, Multicenter, Comparative Study of the Efficacy and Safety of Gabapentin Versus Carbamazepine in Patients with Partial Epilepsy (Protocol 945-092). The clinical trial dates encompassed February 2, 1995 through January 3, 1998, and adverse events associated with Neurontin included the following: Nervousness {*5, three unrelated*}; Depression {*3, one unrelated*}; Thinking Abnormal {*4, one unrelated*}; Anxiety {*3, two unrelated*}; Confusion {2}; Emotional Lability {1}; Psychiatric Disorder {*1, unrelated*}. Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted.

# CLINICAL STUDIES – EPILEPSY MONOTHERAPY (Completed Studies)

| Study # | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---|---|---|---|
| 945-077 (720-03779) | A double-blind, dose-controlled, multicenter study comparing 3 doses of gabapentin (CI-945, Neurontin) administered as monotherapy and open-label carbamazepine in patients with newly diagnosed epilepsy: titration and evaluation phases (protocol 945-077) (international) | 7-13-93 to 7-29-96 | Confusion {1}; Nervousness {*9, two unrelated*}; Depression {*4, one unrelated*}; Anxiety {*2, both unrelated*}; Thinking Abnormal {*2, one unrelated*}; Euphoria {2}; Hostility {*2, both unrelated*}; Emotional Lability {*2, one unrelated*}; Withdrawal syndrome {*1, unrelated*}; Abnormal dreams {*1, unrelated*} |
| 945-177 (720-03847) | Combined safety data from two double-blind, dose-controlled, multicenter study comparing 3 doses of gabapentin (CI-945, Neurontin) administered as monotherapy and open-label carbamazepine in patients with newly diagnosed epilepsy: titration and evaluation phases (945-077, 945-177) | 7-13-93 to 7-29-96 | Depression {1}; Anxiety {*2, one unrelated*} |
| 945-082 (720-03495) | A 26-week, double-blind, dose-controlled, multicenter study of conversion from marketed antiepileptic drug therapy to gabapentin (CI-945, Neurontin) monotherapy in patients with complex partial or secondarily generalized seizures (protocol 945-082, US & Canada) | 12-15-92 to 2-23-95 | Nervousness {*18, seven unrelated*}; Thinking Abnormal {*10, three unrelated*}; Emotional Lability {*9, one unrelated*}; Confusion {*8, one unrelated*}; Depression {*8, two unrelated*}; Anxiety {*6, two unrelated*}; Agitation {1}; Apathy {1}; Depersonalization {*1, unrelated*}; Frustration {1}; Paranoia {*1, unrelated*} |
| 945-088 (720-03675) | Gabapentin inpatient monotherapy trial: a double-blind, dose-controlled, multicenter study in patients with refractory partial epilepsy (945-88, US, Canada) | 2-10-94 to 8-9-95 | Psychosis {*2, both unrelated*}; Anxiety {1}; Confusion {*1, unrelated*}; Feeling High {1}; Hallucination {*1, unrelated*}; Thinking Abnormal {1} |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted.

25

## CLINICAL STUDIES – EPILEPSY MONOTHERAPY (Completed Studies - continued)

| Study # | Title | Trial dates | Psychobiologic Adverse Events (Gabapentin) |
|---|---|---|---|
| 945-083 (720-03497) | Interim report of an extended open-label, multicenter, safety and efficacy study of gabapentin (CI-945, Neurontin) monotherapy following a double-blind study (Protocol 945-082) in patients with complex partial or secondarily generalized seizures (Protocol 945-083) | 5-22-93 to 8-31-95 | Nervousness {23, seven unrelated}; Thinking abnormal {17, four unrelated}; Emotional Lability {12, nine unrelated}; Depression {11, six unrelated}; Confusion {10, five unrelated}; Anxiety {10, six unrelated}; Agitation {5, three unrelated}; Hostility {5, two unrelated}; Doped feeling {5, two unrelated}; Psychosis {1, unrelated}; Euphoria/high {3}; Apathy {1}; Suicide Attempt {2}*; Suicidal {1, unrelated}; Depersonalization {1}; Hallucinations {1, unrelated}; Schizophrenic {1, unrelated}; Hypomania/overdose {1}; |
| 945-089 (720-03677) | Interim report of a 26-week, open-label, multicenter, safety and efficacy study of gabapentin (ci-945, Neurontin) monotherapy following a double-blind inpatient study (protocol 945-088) in patients with refractory partial epilepsy (protocol 945-089, US and Canada) | 2-13-94 to 8-31-95 | Confusion {3}; Nervousness {3}; Emotional Lability {2}; Thinking Abnormal {2}; Agitation {1}; Hallucination {1}; Psychosis {1, unrelated} |
| 945-36, 945-13-14 (720-03733) | A double-blind, single-center, 3-Way Crossover Study in patients with refractory partial seizures to determine the efficacy and safety of gabapentin monotherapy and gabapentin /carbamazepine combination therapy and follow-on open-label safety. | 5-15-89 to 4-5-94 | **Double-blind study:** Confusion {2, one unrelated}; Emotional lability {5}; Thinking abnormal {3}; Nervousness {3}; Depression {2, one unrelated}; Doped-up {1}; Psychosis {1} **Open-label study:** Confusion {2, one unrelated}; Thinking Abnormal {2, one unrelated}; Doped-Up {1, unrelated}; Hallucinations {1} |

# 2 suicide attempts should have been listed in this trial

26

NEURONTIN ADJUNCTIVE (ADD-ON) THERAPY STUDIES

70.    A total of 8 studies examining the efficacy of gabapentin as add-on therapy were either completed or ongoing during the period January 1994 through September 1996. Seven of these studies were completed prior to September 1996. Because the one ongoing study contained only 3 reports of psychobiologic adverse events (in 10 total patients receiving gabapentin) this review includes data from that study with the completed study data. Note also that one study, which failed to demonstrate efficacy (completed in 1991, initiated in June 1986) for which a Research Report was not published until 1994 (877-210G) is included. A total of 3235 patients received gabapentin in these studies. An integrated across-study tabular summary of the psychobiological adverse events occurring in all epilepsy add-on trials is provided below.

71.    As noted, in the following Tables, the five most common psychobiological adverse events observed in all add-on therapy trials were nervousness, confusion, depression, thinking abnormal and emotional lability. Depersonalization was reported in one patient from these trials. A total of 6 positive dechallenge reactions related to psychobiologic function were observed in 6 gabapentin patients participating in these adjunctive therapy studies. These events included reports of confusion, nervousness and thinking abnormal.

### *Psychobiological Adverse Events in Add-on Therapy Trials*

| Studies[a] | # Patients[b] | (# events) | |
|---|---|---|---|
| Add-On Studies (8) | 3235* | Confusion | 57 |
| *This includes both completed and | | Nervousness | 56 |
| ongoing studies | | Depression | 38 |
| | | Thinking Abnormal | 32 |
| | | Emotional Lability | 20 |
| | | Anxiety | 18 |
| | | Hostility | 12 |
| | | Overdose | 12 |
| | | Personality Disorder | 12 |
| | | Agitation | 10 |
| | | Euphoria | 10 |
| | | Forgetfulness | 8 |
| | | Depersonalization | 7 |
| | | Hallucinations | 5 |
| | | Giddiness | 3 |
| | | Psychosis | 3 |
| | | *Suicide Attempt* | *3[c]* |
| | | Delirium | 2 |
| | | Neurosis | 2 |
| | | Paranoia | 2 |
| | | Aggression | 1 |
| | | Apathy | 2 |
| | | Manic Reaction | 1 |
| | | Mood Swings | 1 |
| | | *Suicidal* | *1[d]* |
| | | **Suicide Attempt** | **1** |
| | | **Suicide** | **1** |

[a] Studies completed or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of patients receiving at least one dose of gabapentin

[c] Events that *should* have been coded as suicide attempts

[d] Event that *should* have been coded as suicidal

## CLINICAL STUDIES – EPILEPSY ADD-ON THERAPY
### (Completed and Ongoing Studies)

| Study # | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---|---|---|---|
| 945-090 (995-00059) | A multicenter, randomized, double-blind, comparative study of gabapentin (CI-945) administered as an initial dosage of 900 mg/day versus a dosage titrated to 900 mg/day over three days (protocol 945-090) | 6-6-94 to 6-8-95 | Agitation {3, one unrelated*}; Anxiety {2, one unrelated}; Apathy {2}; Confusion {13, two unrelated}; Depersonalization {4}; Depression {1}; Emotional lability {4}; Euphoria {7}; Nervousness {18, four unrelated}; Neurosis {1}; Overdose {2}; Paranoia {1}; Thinking Abnormal {8} |
| 945-423 (423-00110) | Open-label multicenter study to determine the percentage of patients with focal (partial onset) seizures, who are insufficiently controlled by antiepileptic monotherapy, becoming seizure free in at least one focal seizure type under add-on therapy with gabapentin | 6-29-94 to 8-16-96 | Depression {1}; Anxiety Attack {1, unrelated}; Overdose {1} |
| 945-430-004 (430-00112) | Double blind placebo controlled crossover study of the effects of three doses of Neurontin as add-on therapy in cognitive function of patients with epilepsy (protocol 945-430-004, NE004) | 1-27-94 to 10-12-95 | Aggression {1}; Mood Swings {1}; Anxiety {1, unrelated}; Depression {1, unrelated} |
| 945-436-002 (436-000-072) | A multicenter, double-blind study comparing the safety and efficacy of gabapentin versus extended-release valproate sodium (depakine chrono) in 96 patients with partial seizures not controlled with carbamazepine | 1-94 to 12-95 | Depressive Syndrome {1} |
| 945-462 (462-00008) | Open label multicenter uncontrolled 12 week study of efficacy and safety of gabapentin as add-on therapy in refractory partial epilepsy with or without secondary generalization | 11-94 to 7-95 | Forgetfulness {8}; Giddiness {3} (Relationship of adverse events to gabapentin not provided in the Research Report) |

29

# CLINICAL STUDIES – EPILEPSY ADD-ON THERAPY (Completed and Ongoing Studies - *continued*)

| | | | |
|---|---|---|---|
| 877-210G (720-03366) | A Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of the Safety and Efficacy of Gabapentin (CI-945) as Add-On Therapy in Patients with Medically Uncontrolled Generalized Epilepsy | 6-19-86 to 4-16-91 | Agitation {2}; Anxiety {1}; Confusion {2, *one unrelated*}; Depression {2, *both unrelated*}; Emotional Lability {4, *one unrelated*}; Hostility {1}; Nervousness {2, *one unrelated*} |
| 945-193; 945-200 (995-00057) | Neurontin STEPS (Study of Titration to Effectiveness and Profile of Safety) Plus Serum Gabapentin Levels | 3-95 to 9-96 | Overdose {9, *six unrelated*}; Suicide Attempt {1, *unrelated, should have been 2\**}; Agitation {5, *three unrelated*}; Anxiety {14, *four unrelated*}; Confusion {41, *seven unrelated*}; Delirium {2, *both unrelated*}; Depersonalization {3}; Depression {33, *twenty-one unrelated*}; Emotional Lability {12, *three unrelated*}; Euphoria {3, *one unrelated*}; Hallucinations {5, *four unrelated*}; Hostility {11, *one unrelated*}; Manic Reaction {1}; Nervousness {34, *seven unrelated*}; Neurosis {1, *unrelated*}; Paranoid Reaction {1, *unrelated*}; Personality Disorder {12, *two unrelated*}; Psychosis {3, *all unrelated*}; Thinking Abnormal {24, *two unrelated*}; Suicide {1, *unrelated*} |
| 945-430003 (430-00120) | A Blinded Parallel Group Comparison of Neurontin (Gabapentin) and Sodium Valproate as Add-On Therapy in the Treatment of Partial Seizures | 12-6-94 to 1-20-97 | Nervousness {2}; Confusion {1} |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted

\# 2 suicide attempts should have been noted in this trial.

30

## STEPS Trial
### (Study of Titration to Effectiveness and Profile of Safety)

72.    The large, multicenter STEPS trial (Study of Titration to Effectiveness and Profile of Safety) was a Phase IV Postmarketing trial, performed (March 1995 through September 1996) to evaluate the safety and tolerability of gabapentin, the effect of gabapentin on the patient's quality of life and the relationship between gabapentin dose and plasma concentrations. Dosages ≤1800 mg/day were compared to those ≥1800 mg/day. Patient selection criteria excluded people with serious or unstable psychological conditions. There were no limitations on concurrent medications. The study population was 2216 patients.

73.    As rated by the physician, seizure control was good or excellent in 66% of patients, but only 48% of patients met criteria required for evaluation of efficacy. Quality of life assessments for the evaluable population showed statistically significant improvement compared to baseline with gabapentin treatment. Adverse events in the ≤1800 mg/day group occurred at a higher incidence overall, probably due to the fact that patients with adverse events might not increase their dose or might withdraw from the study. Patient narratives in the Research Report were only provided for serious events.

74.    As described in the following Tables, a total of 73 serious adverse events occurred, many of which were related to psychobiological function. Serious psychobiological adverse events included 5 reports of overdose, 3 reports each of depression and psychosis and 1 report each of the following events: suicide attempt (a completed suicide), anxiety, confusion, hostility, personality disorder, and thinking abnormal. The table below provides patient demographics for a subset of the serious psychobiological adverse events occurring during the STEPS trial.

75.    Although there were 4 instances of suicidal behavior that occurred during the STEPS trial (as coded by PDG), only 1 was listed in the adverse event tables provided in the Research Report. In addition, one patient in the STEPS trial committed suicide. This patient is listed in the Research Report for the STEPS trial and is noted in the medical literature.[40]

---

[40] *See* Beran et al., 2001. Additional publications describing the STEPS trial are also provided (Morrell, 1999; Morrell et al., 2000).

**Serious Psychobiological Events (STEPS Trial)**

**(From the patient narratives, there were four suicidal events rather than the one listed in the adverse events tables)**

| Patient | Demog | AE | Dose | Day | Related | History | Mgmt | Non AE Meds | Outcome |
|---------|-------|----|------|-----|---------|---------|------|-------------|---------|
| 70163 | 46, Caucasian, female | **Suicide** (Fatal) | 1800 | 15 | Def not | Pseudolupus, no other details of event available | N/A | Nefazodone antidepressant | Fatal |
| 17012 | 29, Caucasian, male | Drug Overdose, *Attempted suicide* | 900 | 14 | Definitely | Astrocytoma | Interrupted | None listed | resolved |
| 29324 | 29, Hispanic, female | Psychosis, chest wound- *Suicide attempt (self inflicted stab wound to the chest)* | 2700 | 73 | Unlikely | Tubal ligation, C-section Narrative: Psychosis, siblings committed suicide | GBP cont. | None listed | resolved |
| 23812 | 52, Hispanic, female | Psychosis, *Suicidal* | 1500 | 68 | Unlikely | Depression Hypercholesterolemia Diabetes Dermatitis Narrative: Suicidal ideation, attempt | GBP cont., outpatient therapy | Nefazodone antidepressant | Not specifically stated |
| 13775 | 34, Caucasian, male | **Insulin overdose** (fatal) | 1800 | 28 | Def not | Alcohol abuse and diabetes | NA probable cause unk. | Insulin | Fatal |
| 33624 | 35, Caucasian, male | Drug abuse, phenobarbital **overdose** | 3600 | 65 | Def not | None listed | GBPdisc. W/D due to abusive behavior | None listed | resolved |

32

*Text in italics identifies a more fully descriptive narration.*

**Serious Psychobiological Events (STEPS Trial, *continued*)**

| Patient | Demog | AE | Dose | Day | Related | History | Mgmt | Non AE Meds | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| 27955 | 46, Black, female | **Major depression** | 1500 | 37 | Unlikely | Hysterectomy, Hypertension, Headache, Depression | GBP cont., Prozac for depression | Amytriptyline | resolved |
| 101012 | 35, Caucasian, female | **Major depression** | 1800 | 1 | Unlikely | Major depression | ECT, W/D, but continued taking GBP | Benzodiazepines, barbiturates | Resolved |
| 15254 | 40, Caucasian, female | **Major depression** | 1800 | 111 | Unknown | Chronic depression | GBP cont. | None listed | resolved |
| 12692 | 47, Caucasian, male | **Aggressive,** destructive behavior | 2400 | 63 | Possibly | Paranoid schizophrenia Narrative: Aggression | Decr. To 900mg | Buspar Haldol Molindone-antipsychotics | resolved |
| 12152 | 20, Hispanic, male | **Psychiatric** disorder, Behavioral disturbance | 1800 | 36 | unlikely | None listed Narrative: Depression | Interrupted | Imipramine Haldol | Resolved |
| 28942 | 34, Caucasian, female | **Anxiety** | 900 | 57 | unlikely | Huntington's chorea Narrative: Anxiety | GBP cont., alprazolam for anxiety | Desipramine -TCA Sertraline-SSRI Trazodone Clonazepam | ongoing |
| 29623 | 25, Black, female | **Psychotic** break | 1200 | 10 | Def not | Psychosis | GBP disc. | Lithium Prolixan (NSAID) | Ongoing |

33

76.    In terms of adverse events overall (serious and non-serious), there were 33 reports of depression, 9 reports of overdose, 1 suicide attempt, 3 reports each of psychosis and depersonalization.   A total of 234 patients withdrew due to adverse events. Common adverse events leading to withdrawal were dizziness and somnolence. Psychobiological adverse events leading to patient withdrawal are provided below.

**Psychobiological adverse events leading to withdrawal (STEPS trial):**

| Event | ≤1800mg | >1800-2400mg | >2400-3600mg | >3600mg | All |
|---|---|---|---|---|---|
| *# patients at this dose* | *2216* | *781* | *719* | *12* | *2216* |
| **Overdose** | **2** | | **1** | | **3** |
| **Suicide attempt** | **1** | | | | **1** |
| Agitation | 1 | | | | 1 |
| Anxiety | 5 | | | | 5 |
| Confusion | 17 | | | | 17 |
| Delirium | 1 | | | | 1 |
| Depression | 6 | | | | 6 |
| Emotional lability | 4 | | | | 4 |
| Hallucinations | 1 | | | | 1 |
| Hostility | 2 | | | | 2 |
| Manic reaction | 1 | | | | 1 |
| Nervousness | 6 | | 1 | | 7 |
| Neurosis | 1 | | | | 1 |
| Paranoid reaction | 1 | | | | 1 |
| Personality disorder | 3 | | | | 3 |
| Psychosis | 1 | | | | 1 |
| Thinking abnormal | 7 | | | | 7 |

77.    The table below lists all psychobiological adverse events in patients receiving gabapentin during the STEPS trial.  Note that the total number of events (provided in the **All** column) does not match the combined number at each of the respective doses. It is unclear why this is, but it may relate to the fact that patients were titrated to different dosages (and thus may have experienced the same event at different dosage levels).

**All Psychobiologic Adverse Events (STEPS Trial)**:

| Event | ≤1800mg | >1800-2400mg | >2400-3600mg | >3600mg | All |
|---|---|---|---|---|---|
| *# patients at this dose* | *2216* | *781* | *719* | *12* | *2216* |
| **Overdose** | **8** | **1** | **1** | | **9** |
| **Suicide attempt** | **1** | | | | **1** |
| Agitation | 5 | 1 | 1 | | 5 |
| Anxiety | 12 | 2 | 3 | | 14 |
| Confusion | 37 | 5 | 4 | | 41 |
| Delirium | 2 | | | | 2 |
| Depersonalization | 2 | | 1 | | 3 |
| Depression | 25 | 8 | 10 | | 33 |
| Emotional lability | 8 | 2 | 4 | | 12 |
| Euphoria | 2 | | 1 | | 3 |
| Hallucinations | 5 | | | | 5 |
| Hostility | 10 | 6 | 5 | | 11 |
| Manic reaction | 1 | | | | 1 |
| Nervousness | 27 | 8 | 12 | | 34 |
| Neurosis | 1 | | | | 1 |
| Paranoid reaction | 1 | | | | 1 |
| Personality disorder | 12 | 1 | 1 | | 12 |
| Psychosis | 2 | | 1 | | 3 |
| Thinking abnormal | 22 | 9 | 6 | | 24 |

78.    As set forth above, Neurontin adverse event data from both adult monotherapy and add-on trials were examined during the period encompassing January 1994 through September 1996. A number of adverse events related to psychobiologic function were observed including reports of suicide, suicide-related behavior, depression, intentional overdose, hostility and psychosis. The numerous psychobiologic adverse events experienced by epileptic patients during this period should have prompted further study by Pfizer Defendants to ascertain their association with gabapentin. In combination with the overdose and suicidal/depression events observed in the pre-FDA approval stage, these trends represent a signal that should have been acted upon. The necessary changes at this time should have included changes in the product labeling to adequately reflect the risk of these adverse psychobiologic effects and increased efforts to inform physicians of the possibility of these events in a population (epileptics) already at risk.

79.    Specifically, enhanced information should have been provided in the label warning patients and prescribers about the risks of suicidal behaviors (suicidal ideation, suicidal thoughts) and in particular, suicide attempt. The inclusion of *suicide gesture* in the gabapentin label did not adequately reflect the significant number of suicide attempts observed in clinical trials sponsored by Pfizer Defendants to that point in time.[41] Furthermore, both references to suicide-related events in the labeling (suicidal, suicide gesture) are contained in the section describing events observed prior to marketing approval. Pfizer Defendants have yet to update the gabapentin labeling to reflect the significant number of suicide-related events (post-marketing reports) observed subsequent to the approval of gabapentin. Additional data sources, including the company's internal database and Annual Reports, Periodic Safety Update Reports and the Spontaneous Reporting System, confirmed these suicide-related events and provided further evidence that enhanced warnings were necessary to provide patients with complete information regarding the risks and benefits of gabapentin.

---

[41] Despite any assertion by Pfizer Defendants that a reader of their product label for Neurontin would understand "suicide gesture" to mean "suicide attempt", the term "suicide attempt" was in fact an unlabeled adverse drug experience because it was not listed in the product labeling. Indeed, to the physician reading the label, it was an "unexpected" adverse drug experience since it was not included in the product labeling. Yet, Pfizer Defendants were aware of such experiences and other psychobiologic adverse events not included in the labeling. *See* 21 CFR 314.80(a): "Unexpected adverse drug experience. Any adverse drug experience that is not listed in the current labeling for the drug product. This includes events that may be symptomatically and pathophysiologically related to an event listed in the labeling, but differ from the event because of greater severity or specificity." Because "suicide attempt' is a term more specific --- and arguably even of greater severity --- than "suicidal" or "suicidal gesture", it was an unlabeled, unexpected adverse drug experience. Noteworthy, in-house Pfizer Defendant documents referenced "suicide attempt" as a labeled event (incorrectly) even though they sought fit not to include the term on their actual product labeling. *See* Pfizer_CPacella_0050918 at 0050926, where Pfizer's Drug Safety Product Reference Guide (draft September 12, 2000) indicates "suicide gesture or suicide attempt (is serious)" as labeled adverse events. Such a circumstance reflects that Pfizer Defendants provided more detailed information within their own company than they chose to provide to those individuals actually using their product.

## NEURONTIN PEDIATRIC EPILEPSY STUDIES

80.    Neurontin pediatric studies reviewed for the time period 1994 – 1996 were ongoing as of the cutoff date for evaluation (September 1996).  Despite this, there were a number of notable adverse events related to psychobiological function that occurred in pediatric patients, including one report of a patient being suicidal.[42]  An overview of the top five psychobiological adverse events occurring in pediatric patients is provided below.

*Psychobiological Adverse Events in Pediatric Trials*

| Studies[a] | # Patients[b] | (# events) | |
| --- | --- | --- | --- |
| Pediatric Studies (4) | 661 | Emotional Lability | 41 |
| | | Hostility | 22 |
| | | Nervousness | 20 |
| | | Thinking Abnormal | 16 |
| | | Confusion | 8 |
| | | Anxiety | 6 |
| | | Personality Disorder | 3 |
| | | Depression | 2 |
| | | Hallucinations | 2 |
| | | Agitation | 1 |
| | | Apathy | 1 |
| | | Frustration | 1 |
| | | Hysteria | 1 |
| | | Psychiatric Disorder | 1 |
| | | Psychosis | 1 |
| | | **Suicidal** | **1** |

[a] Studies initiated or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of patients receiving at least one dose of gabapentin

81.    In addition, there were 22 instances of positive dechallenge from a total of 16 patients participating in pediatric gabapentin trials.  These included the patient who expressed a desire to kill himself (suicidal) as well as other events of emotional lability and hostility.

---

[42] *See* RR 720-04231 at p 425

**CLINICAL STUDIES – EPILEPSY (PEDIATRIC – Ongoing Studies)**

| Study # (RR #) | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---|---|---|---|
| 945-086; 945-186 (720-03891) | A 12-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of Gabapentin as Add-On Therapy in Children with Refractory Partial Seizures (Protocol 945-86 and 945-186) | 6-6-93 to 12-20-96 | Hostility {9, *one unrelated*}; Emotional Lability {5, *two unrelated*}; Nervousness {2}; Personality Disorder {2}; Psychiatric Disorder {1}; Confusion {1}; Thinking Abnormal {1}; Agitation {1} |
| 945-087; 945-187 (720-03893) | Report on an Open-Label Extension of a Double-Blind, Placebo-Controlled, Multicenter Study of Gabapentin (CI-945, Neurontin) as Add-On Therapy in Children with Partial Seizures (Protocol 945-87/187) | 1-29-94 to 5-14-97 | Emotional Lability {12, *four unrelated*}; Hostility {9, *two unrelated*}; Confusion {7, *four unrelated*}; Nervousness {5}; Anxiety {1}; Apathy {1}; Thinking Abnormal {1}; Hallucination {1, *unrelated*} |
| 945-094 (720-04231) | Gabapentin Pediatric Monotherapy Trial: A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study in Pediatric Patients with Benign Childhood Epilepsy with Centrotemporal Spikes (BECTS) (Protocol 945-094) | 8-17-94 to 1-13-98 | Hostility {3, *two unrelated*}; Emotional Lability {9, *one unrelated*}; Personality Disorder {1, *unrelated*}; Suicidal {1, *unrelated*}; Nervousness {8, *three unrelated*}; Thinking Abnormal {3, *two unrelated*}; Anxiety {2, *one unrelated*} |
| 945-095 (720-04362) | An Extended Open-Label Gabapentin (CI-945) Pediatric Monotherapy Trial Following a Double-Blind Study (Protocol 945-094) in Pediatric Patients with Benign Childhood Epilepsy with Centrotemporal Spikes (BECTS) (Protocol 945-095) | 9-13-94 to 12-22-98 | Emotional Lability {15, *three unrelated*}; Thinking Abnormal {11, *six unrelated*}; Hostility {5, *three unrelated*}; Nervousness {5, *two unrelated*}; Anxiety {3, *all unrelated*}; Depression {2, *both unrelated*}; Frustration {1, *unrelated*}; Hallucination {1, *unrelated*}; Hysteria {1, *unrelated*}; Psychosis {1, *unrelated*} |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted.

38

## NEURONTIN NON-EPILEPSY STUDIES

82.     The safety and efficacy data from 4 non-epilepsy clinical trials initiated, but not completed during the period January 1994 through September 1996 are provided in this section.  Three (3) of these trials were performed in patients with psychiatric indications (social phobia, panic disorder and bipolar disorder) and one (1) trial was performed in patients with diabetic peripheral neuropathy.  Many of the adverse events observed in these trials were related to psychobiologic function.  No instances of suicidal behavior were observed in these trials (*i.e.*, completed suicide, suicide attempt or suicidal ideation).  There was one instance of a positive dechallenge involving a psychobiological adverse event (thinking abnormal) from the diabetic neuropathy trial (945-210).  The five most common psychobiological adverse events in these trials (see Tables below) were nervousness, confusion, thinking abnormal, depersonalization and anxiety (4 events) and euphoria (4 events).

83.     Results obtained in the social phobia trial suggested that gabapentin is an effective treatment for this condition.  However, this finding was not replicated and Pfizer Defendants did not attempt to secure a label indication.  **Effects of gabapentin were not different from placebo for both the panic disorder and bipolar disorder trials.  Despite this, these indications were marketed and promoted.**  Gabapentin was effective in alleviating painful symptoms associated with diabetic peripheral neuropathy and was marketed for this indication although it was never approved by FDA.