**Overview of all Psychobiological Events (*continued*)**

| Studies[a] | # Patients[b] | Psychobiological AE's (# events)[c] | |
|---|---|---|---|

**CLINICAL NON-EPILEPSY STUDIES**

| | | | |
|---|---|---|---|
| Bipolar Disorder (1) | 58 | Nervousness | 12[c] |
| | | Confusion | 10 |
| Social Phobia  (1) | 34 | Thinking Abnormal | 8 |
| | | Anxiety | 4 |
| Panic Disorder (1) | 52 | Depersonalization | 5 |
| | | Euphoria | 4 |
| Peripheral Neuropathy (1) | 84 | Depression | 2 |
| | | Manic Reaction | 2 |
| | | Emotional Lability | 1 |
| | | Manic Depressive Reaction | 1 |
| | | Paranoia | 1 |
| | | Personality Disorder | 1 |
| | | Psychosis | 1 |

[a] Studies initiated or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of patients receiving at least one dose of gabapentin

[c] Psychobiological adverse events occurring in each of the 4 listed studies were pooled for this analysis.

**CLINICAL STUDIES – NON-EPILEPSY TRIALS (Ongoing Studies)**

| Study # | Title | Trial dates | Psychobiologic Adverse Events[*] (Gabapentin) |
|---|---|---|---|
| 945-203 (720-03850) | Treatment of Social Phobia with Gabapentin: A Placebo-Controlled Study | 4-26-96 to 5-22-97 | Nervousness {5}; Thinking Abnormal {4}; Anxiety {2, *one unrelated*}; Confusion {1}; Depersonalization {1}; Depression {1}; Euphoria {1}; Personality Disorder {1} |
| 945-204 (720-03851) | A Placebo-Controlled Trial of Gabapentin in Patients with Panic Disorder | 7-15-96 to 10-11-97 | Depersonalization {3}; Nervousness {2}; Anxiety {*1, unrelated*}; Confusion {1}; Depression {1}; Euphoria {1}; Thinking Abnormal {1} |
| 945-209 (720-04174) | Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder | 3-96 to 7-97 | Manic Reaction {2, *both unrelated*}; Manic Depressive Reaction {*1, unrelated*}; Confusion {*1, unrelated*}; Paranoia {*1, unrelated*}; Nervousness {1}; Psychosis {*1, unrelated*} |
| 945-210 (720-03908) | A Double-Blind Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy | 7-2-96 to 3-20-97 | Confusion {7}; Nervousness {*4, one unrelated*}; Thinking Abnormal {*3, one unrelated*}; Euphoria {2}; Anxiety {*1, unrelated*}; Depersonalization {1}; Emotional Liability {1} |

*Consistent with the convention used by Pfizer, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted

41

84.     As referenced above, Pfizer Defendants pursued a clinical trial regarding **Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder** (720-04174). The trial dates encompassed March 1996 – July 1997. In these trials, patients were randomized to receive either gabapentin (n=58; 600-3600 mg/day) or placebo (n=59) for 10 weeks in this single-blind, flexible-dose, parallel group, multicenter study. Patients included in the study were diagnosed as having bipolar disorder (DSM-IV criteria) despite ongoing therapy with valproate, lithium, or a combination of the two drugs. The following conditions were excluded from the trial: delirium, dementia, amnesia, cognitive disorders, schizophrenia, substance dependence, anti-social personality disorder. Antidepressant use was not allowed.

85.     The primary efficacy outcomes were the change in the Young Mania Rating Scale (YMRS) and the Hamilton Depression Rating Scale. Numerous secondary endpoints of efficacy were measured including Percentage of Internal States Scales responders; Clinical Global Impression of Severity Score; Hamilton Anxiety Scale; Clinical Global Impression of Change and the SF36 Quality of Life Questionnaire.

86.     Results from the trials demonstrated that **Gabapentin was not effective in treating bipolar disorder. Placebo, not gabapentin, showed a significant improvement in YMRS.** No significant differences were noted between the placebo and gabapentin groups for baseline to endpoint changes in the Young Mania Rating Scale and the Hamilton Depression Rating Scale. Similarly, no difference between the placebo and gabapentin groups was observed for any of the secondary efficacy parameters measured. The study reports that the results may have been biased as gabapentin serum levels indicated that some patients failed to take the study medication as directed.

87.     Notwithstanding this clinical trial being completed in approximately 1997, results from this trial were not published (in the Journal of Bipolar Disorder) until 2000.[43] Despite Pfizer Defendants' knowledge as the lack of efficacy of Neurontin for this purported indication, there is no evidence that Pfizer Defendants via Dear Healthcare Professional letters ever sought to pro-actively communicate the results of this clinical trial to the population Pfizer Defendants knew or should have known were prescribing Neurontin for Bipolar Disorder. Conversely, where clinical trial results were favorable to Pfizer Defendants, it is apparent that such an educational campaign to healthcare professionals was pursued. For example, a review of documents reflects that Pfizer Defendants via the "Marketing" Department had Dear Healthcare Professional letters regarding treatment of Social Phobia with Neurontin.[44] The correspondence states in part:

---

[43] *See* Pande AC, Crockatt JG, Janney CA et al., *Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Gabapentin Bipolar Disorder Study Group.* Bipolar Disord, 2: 249-255. *See* Deposition of Adrian Vega, June 13, 2007, at Exhibit 14. The aforementioned article was based upon Pfizer Defendants' Research Report 720-04174, issued March 26, 1999 and which covered clinical trial research from March '96 – July '97. *See* RR 720-04174; Deposition of Adrian Vega, June 13, 2007 at Exhibit 16.

[44] *See* WLC_CBU_000836. Pfizer Defendants' clinical trial regarding treatment of Social Phobia with Neurontin culminated in Atul Pande's publication of the following article: *Treatment of Social Phobia with Gabapentin: A Placebo Controlled Study*, Journal of Clinical Psychopharmacology, Vol. 19, No. 4 (1999). The results included Pande's assertion that treatment with gabapentin as compared to placebo significantly reduced symptoms of social phobia.

> As part of an educational service and at its expense, Parke-Davis, marketer of NEURONTIN, is providing healthcare professionals with a reprint of the article listed below. The article reports on a study of NEURONTIN for the treatment of social phobia. This information concerns a use that has not been approved by the Food and Drug Administration. There are products or treatments that have been approved for social phobia.[45]

In light of Pfizer Defendants' actions to distribute information favorable to marketing of Neurontin (e.g., Social Phobia article), their inaction regarding the unfavorable information about Neurontin with Bipolar Disorder may have suppressed critically-important information.[46] Pfizer Defendants failed to reasonably warn healthcare professionals of Neurontin's lack of efficacy, particularly pertaining to "off-label" psychiatric uses. This failure to warn is alarming in light of Pfizer Defendants illegal promotional scheme for "off-label" uses, and even in the absence of a promotional scheme, Pfizer Defendants knew of the widescale use of Neurontin for "off-label" psychiatric uses and should have reasonably warned about its lack of efficacy.[47]

---

[45] WLC_CBU_000836.

[46] Even in response to specific inquiries about mood disorders, Pfizer Defendants suppressed Pande's article reflecting lack of efficacy with Neurontin use in a bipolar disorder population. For example, Pfizer Defendants' witness, Adrian Vega, testified on June 13, 2007 that in response to specific inquiries from prescribers, Pfizer Defendants' Medical Communication (or Medical Information ) Department provided Standard Response Documents. See Deposition of Adrian Vega, June 13, 2007. Pfizer Defendants' standard response document on mood disorders included a specific section entitled, "Bipolar Disorder". See Deposition of Adrian Vega, June 13, 2007, at Exhibit 15. However, the section did not specifically reference either Pande's article or the actual Research Report. Instead, there was merely a footnote (i.e., number 17) indicating "Data on file, Parke-Davis" presumably referencing the subject research report on bipolar disorder. The section, "Bipolar Disorder"  The section on "Bipolar Disorder" did however reference other favorable information regarding Neurontin (e.g., "Gabapentin showed a positive response in most reports. The case reports of one to five patients did well on gabapentin for up to several months. . . .In the studies with larger numbers, at least half of the patients had a positive response.…"). In a separate section, "Mania and Other Disorders", Pfizer Defendants did acknowledge a "double-blind placebo for which gabapentin was shown not be effective in bipolar was also not effective in controlling mania-related symptoms."

[47] See Bernstein, *Enhancing Drug Effectiveness and Efficacy through Personal Injury Litigation*, Journal of Law and Policy, at p. 148: "Lack of safety and lack of effectiveness both violate a popular, uncontroversial, established-for-decades statutory mandate..... True, the harm of an ineffective drug is harder to see than the harm of an unsafe one, and when harm is not seen, personal injury litigation appears beside the point. It is not. Safety and effectiveness are related conditions that cannot be understood in isolation from each other. Lack of effectiveness is central to lack of safety. Without the possibility of good results, even small risks become intolerable. Without alignment between label-promises and outcomes, the perils of deceit, wrongfully gained revenue, and emotional distress loom large. Without therapeutic benefit from a product ... a patient remains in danger. Lack of effectiveness in a drug causes plenty of harm. A subset of injured persons ought to find relief in the courts for this injury.".

88.     All psychobiological adverse events observed in the Bipolar study are provided in the following Table.

### All Psychobiological Adverse Events (Bipolar Study)

| Event | Placebo | Gabapentin |
|-------|---------|------------|
| Manic reaction | 5 | 2 |
| Manic depressive reaction | 0 | 1 |
| Confusion | 2 | 1 |
| Paranoia | 0 | 1 |
| Nervousness | 0 | 1 |
| Psychosis | 0 | 1 |
| Thinking abnormal | 2 | 0 |

89.     As referenced above, Pfizer Defendants pursued a clinical trial regarding Neurontin for use in treating Diabetic Peripheral Neuropathy, entitled **A Double-Blind Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy** (945-210).   The Trial dates encompassed July 2, 1996 through March 20, 1997.

90.     In this placebo controlled trial, gabapentin was administered for pain relief in diabetic neuropathy for a total of 8 weeks.   Patients were allowed the use of SSRIs, but no other antidepressant, anticonvulsants, pain medication, or neuroleptics (though one placebo patient did take amitriptyline, a tricyclic antidepressant).   Patients with serious psychological conditions were excluded from the study.   There were no patient listings of concurrent medication or prior medical history in the research report.

91.     Gabapentin produced significantly greater pain relief compared to placebo treatment.   Some aspects of the patient's quality of life (as assessed by the SF-36 Quality of Life Questionnaire and Profile of Mood States) were improved by gabapentin.   These included Anger/Hostility; Total Mood Disturbance; and Mental Health.   **More patients in the gabapentin group experienced an adverse event related to psychobiologic function** (see chart below).   This study was published in JAMA in 1998 (Backonja et al.).   Of 165 total patients, there were 7 withdrawals involving patients taking Gabapentin 900-3600 mg/day versus 5 patients taking placebo.   Withdrawals due to psychobiological adverse events in patients taking Gabapentin included the following:

| | |
|---|---|
| Thinking abnormal | 1- 900mg/day GBP, positive de-challenge, possibly related, no history listed |
| Confusion | 1- 2400mg/day GBP, positive de-challenge, probably related, no history listed |

92.     Psychobiologic Adverse Events observed during the Diabetic Neuropathy trial are
set forth below.

### Psychobiologic Adverse Events (Diabetic Neuropathy Trial)

| Event | Placebo | Gabapentin |
|---|---|---|
| Confusion | 1 | 7 |
| Anxiety | 1 | 1 |
| Nervousness | | 4 |
| Thinking abnormal | | 3 |
| Euphoria | | 2 |
| Depersonalization | | 1 |
| Emotional lability | | 1 |

45

### DEATHS, SERIOUS ADVERSE EVENTS AND CLINICAL STUDY WITHDRAWALS (1994-1996)

93.    For the time period 1994-1996, data on study deaths, serious adverse events and withdrawals were examined.  The table below is an integration of patients expressing serious adverse events while participating in research studies, patients experiencing medical-related withdrawals from these studies and on-study patient deaths.   All event descriptions were provided by the clinical investigator.  All serious adverse events and the subsets of serious psychobiologic events are tabulated for patients receiving Neurontin and other employed study medications. The following terms were used in defining the constellation of psychobiologic adverse events:  agitation, hostility, aggression, irritability, anxiety, manic reaction, apathy, neurosis, confusion, nervousness, depersonalization, overdose, depression, personality disorder, emotional lability,    psychosis,  forgetfulness,  suicidal behaviors,  hallucination,  thinking abnormal.

94.    The studies in this table are grouped by the following designations: Epilepsy Monotherapy (Completed Studies), Epilepsy Monotherapy (Ongoing Study), Epilepsy Add-On Therapy (Completed Studies), Epilepsy (Pediatric-Ongoing Studies) and Non-Epilepsy Trials (Ongoing Studies) which include investigations with social phobia, panic disorder, bipolar disorder and peripheral neuropathy. In addition, the table includes reference to the page number in this Integrated Summary of Safety Report pertaining to individual study descriptions.

95.    The serious adverse events and withdrawal columns include the number of participants experiencing individual psychobiologic events. The number of deaths in a study is followed by an asterisk indicating that death was not caused by a psychobiologic event. The only exception is Study 945-193; 945-200 (Study of Titration to Effectiveness and Profile of Safety/STEPS) which includes one completed suicide event.

96.    Serious events, including serious psychobiologic were observed in all drug groups.  Of the patients withdrawing from a study due to an adverse event, approximately twice as many gabapentin patients (compared to placebo patients) withdrew as a result of a clinically-related psychobiologic event (26% versus 14%). The percentage of patients who experienced serious psychobiologic adverse events (17.3% gabapentin patients versus 13.8% placebo patients) was approximately 25% greater in the gabapentin-treated group compared with the placebo-treated group.  In several instances, Pfizer Defendants and its clinical investigators underestimated the number of suicide related events.

**Neurontin Summary of Adverse Events: Serious/Withdrawals/Deaths**

| Study/ Reference Page | Study Medication | Serious Adverse Events | | Withdrawals | | Deaths |
|---|---|---|---|---|---|---|
| Epilepsy Monotherapy (Completed Studies) | | Overall | Psychobiologic | Overall | Psychobiologic | |
| 945-077 / p36 | Gabapentin | 8 | 0 | 13 | 3 (nervousness, 2; depression, 1) | 2* |
| | Placebo | 2 | 1 (depersonalization) | 18 | 2 (hostility, 1; depersonalization, 1) | |
| 945-177 / p38 | Gabapentin | 13 | 0 | 16 | 0 | 0 |
| | Placebo | 2 | 0 | 21 | 0 | 0 |
| 945-082 / p40 | Gabapentin | 7 | 2 (confusion, 1; thinking abnormal, 1) | 9 | 3 (apathy, depression, 1; confusion, 1; nervousness, frustration, 1) | 0 |
| 945-083 / p42 | Gabapentin | 24 | 5 (hypomania, overdose,1; confusion,1; psychosis, 1; depression, suicidal, 1; agitation,1) | 16 | 4 (thinking abnormal, 1; hypomania,1; hostility,1; depression, nervousness, hostility, 1) | 3* |
| 945-088 / p45 | Gabapentin | 1 | 1 (psychosis) | 0 | 0 | 0 |

* No deaths due to psychobiologic adverse events.

47

| Neurontin Summary of Adverse Events: Serious/Withdrawals/Deaths *(continued)* | | | | | | |
|---|---|---|---|---|---|---|
| Study/ Reference Page | Study Medication | Serious Adverse Events | | Withdrawals | | Deaths |
| | | Overall | Psychobiologic | Overall | Psychobiologic | |
| **Epilepsy Monotherapy (Completed Studies)** | | | | | | |
| **945-089** / p47 | Gabapentin | 5 | 1 (psychosis) | 3 | 1 (confusion) | 0 |
| **945-36** / p49 | Gabapentin | 5 | 1 (confusion) | 3 | 1 (psychosis) | 1* |
| **Epilepsy Monotherapy (Ongoing Study)** | | | | | | |
| **945-092** / p53 | Gabapentin | 16 | 3 (confusion,1; overdose, 2) | 10 | 0 | 3* |
| | Placebo | 20 | 2 (thinking abnormal, 1; confusion,1) | 39 | 3 (confusion, 1; hallucination, 1; thinking abnormal, 1) | 1* |
| **Epilepsy Add-On Therapy (Completed Studies)** | | | | | | |
| **945-090** / p60 | Gabapentin | 6 | 0 | 17 | 6 (confusion, 3; nervousness, 2;thinking abnormal, 1) | 0 |
| **945-423** / p63 | Gabapentin | 7 | 1 (overdose) | 4 | 2 (overdose,1; confusion,1) | 1* |

* No death(s) due to psychobiologic adverse events.

48

| Neurontin Summary of Adverse Events: Serious/Withdrawals/Deaths (continued) | | | | | | |
|---|---|---|---|---|---|---|
| Study/ Reference Page | Study Medication | Serious Adverse Events | | Withdrawals | | Deaths |
| Epilepsy Add-On Therapy (Completed Studies) | | Overall | Pyschobiologic | Overall | Psychobiologic | |
| 945-430-004 / p65 | Gabapentin | 10 | 3 (forgetfulness, aggression, 1; anxiety,1; forgetfulness, depression, 1) | 1 | 0 | 0 |
| | Placebo | 8 | 2 (irritability,,1; depression, agitation,1) | 4 | 2 (irritability,1; depression,1) | 0 |
| 945-436-002 / p67 | Gabapentin | 2 | 0 | UNK | UNK | 0 |
| | Placebo | 1 | 0 | UNK | UNK | 0 |
| 945-462 / p69 | Gabapentin | 38 | 8 (forgetfulness, 8) | UNK | UNK | UNK |
| 877-210G / p70 | Gabapentin | 7 | 1 (depression) | 4 | 1 (anxiety,; agitation,1) | 1* |
| | Placebo | 14 | 2 (emotional lability,1; psychosis,1) | 6 | 1 (emotional lability) | 0 |

*No death(s) due to psychobiologic adverse events.

49

| Neurontin Summary of Adverse Events: Serious/Withdrawals/Deaths *(continued)* | | | | | | |
|---|---|---|---|---|---|---|
| Study/ Reference Page | Study Medication | Serious Adverse Events | | Withdrawals | | Deaths |
| Epilepsy Add-On Therapy (Completed Studies) | | Overall | Pyschobiologic | Overall | Pyschobiologic | |
| 945-193; 945-200 / p72 | Gabapentin | 73 | 12 (anxiety, 1; confusion, 2; depression,3; hostility,1; personality disorder, 1;psychosis,3; thinking abnormal,1) | 234 | 56 (agitation,1;anxiety,5;confusion,17 ;depression,6;emotional lability, 4;hallucinations,1;hostility, 2;manic reaction,1; nervousness,7;neurosis,1; personality disorder,3; psychosis,1; thinking abnormal,7) | **11 (*1 death due to suicide*)** |
| 945-430003 / p77 | Gabapentin | 0 | 0 | 5 | 2; (Confusion, 1; drunk feeling, 1) | 0 |
| | Sodium Valproate | 0 | 0 | 2 | 1 (Poor concentration) | 0 |

50

**Neurontin Summary of Adverse Events: Serious/Withdrawals/Deaths** (*continued*)

**Epilepsy (Pediatric-Ongoing Studies)**

| Study/ Reference Page | Study Medication | Serious Adverse Events | | Withdrawals | | Deaths |
|---|---|---|---|---|---|---|
| | | Overall | Pyschobiologic | Overall | Pyschobiologic | |
| **945-086; 945-186** / p82 | Gabapentin | 9 | 0 | 6 | 3 (thinking abnormal, agitation, hostility,1;hostility,1;personality disorder,1; | 0 |
| | Placebo | 3 | 0 | 3 | 1 (emotional lability) | 0 |
| **945-087; 945-187** / p84 | Gabapentin | 14 | 3 (confusion,2; hostility,1) | 13 | 8 (emotional lability,1;thinking abnormal,1;anxiety,apathy, nervousness,1;personality disorder,hostility,1;confusion,1; emotional lability,1; hostility,1;confusion,1) | 0 |

| Neurontin Summary of Adverse Events: Serious/Withdrawals/Deaths *(continued)* | | | | |
|---|---|---|---|---|
| Epilepsy (Pediatric-Ongoing Studies) | | | | |
| Study/ Reference Page | Study Medication | Serious Adverse Events | | Withdrawals | Deaths |
| 945-094 / p86 | Gabapentin | 6 | 2 (suicidal ideation,hostility, 1;overdose,1) | 4 | 3 (emotional lability,1; emotional lability,thinking abnormal,1; emotional lability,1; | 0 |
| | Placebo | 1 | 1 (overdose,1) | 0 | 0 | 0 |
| 945-095 / p88 | Gabapentin | 10 | 2 (overdose,1; emotional lability,1) | 6 | 3 (emotional lability,1;forgetfulness, emotional lability,1;hostility,1) | 0 |

*No deaths due to psychobiologic adverse events.

52

| Neurontin Summary of Adverse Events: Serious/Withdrawals/Deaths (continued) | | Serious Adverse Events | | Withdrawals | | Deaths |
|---|---|---|---|---|---|---|
| Study/ Reference Page | Study Medication | Overall | Pyschobiologic | Overall | Pyschobiologic | |
| **Non-Epilepsy Trials (Ongoing Studies)** | | | | | | |
| **945-203 / p93 (Social Phobia)** | Gabapentin | 0 | 0 | 6 | 4 (nervousness,1; thinking abnormal, 2;anxiety,1) | 0 |
| | Placebo | 0 | 0 | 3 | 2 (nervousness,1;thinking abnormal,1) | 0 |
| **945-204 / p96 (Panic Disorder)** | Gabapentin | 1 | 0 | 8 | 0 | 0 |
| | Placebo | 0 | 0 | 4 | 0 | 0 |
| **945-209 / p98 (Bipolar Disorder)** | Gabapentin | 6 | 2 (manic depressive reaction, 1; psychosis, 1) | 7 | 3 (manic reaction, 2; manic depressive reaction, 1) | 0 |
| | Placebo | 5 | 1 (thinking abnormal) | 5 | 4 (manic reaction, 4) | 0 |
| **945-210 / p100 (Diabetic Neuropathy)** | Gabapentin | 3 | 0 | 7 | 2 (thinking abnormal, 1; confusion, 1) | 0 |
| | Placebo | 2 | 0 | 5 | 0 | 0 |

53

## ADVERSE EVENT DATA FROM OTHER SOURCES
## 1994-1996

97.    This review includes events obtained from clinical research reports, regulatory reporting domestic assignments and international post marketing surveillance databases. This assembly of reports should have been emphasized by Pfizer Defendants in their routine investigations for pharmacovigilance directed to new events or changes in the frequencies and severities of previously reported events

98.    Data pertaining to all psychobiological adverse event reports from clinical studies and post-marketing surveillance databases were examined.  Numerous documents were reviewed to determine the reporting of adverse events, including suicide and suicide-related behaviors, during the period January 1994 through September 1996. These sources include the following: Research Reports; Annual Reports; Periodic Safety Update Reports; Pfizer's Internal Database of Postmarketing Adverse Events; FDA: Spontaneous Reporting System (SRS); and World Health Organization (WHO).

99.    It is clear that similar psychobiological concerns were evidenced across the data sources. This uniformity should have triggered Pfizer Defendants to carefully assess and report these signals. For example, suicide and overdose related terms were reported in multiple databases. More suicide attempts than those reported by Pfizer Defendants were observed; in addition, attempted homicide reports in Neurontin treated patients were also observed.  Similar groupings of psychobiological adverse events were also reported. For example, nervousness, confusion, depression, depersonalization, thinking abnormal, psychosis, emotional lability, agitation, aggression, hostility, and personality disorders were frequently evidenced in the clinical research reports.

100.    There also appear to be relevant time-related trends in each of the surveillance databases. For example, depersonalization reports in the US Annual Report increased significantly in the first three quarters of 1996.  It is possible that these events may be linked with the significant off-label use of Neurontin for psychiatric indications.  As noted earlier, depersonalization has been linked with suicide-related issues.  As such, these data should have raised clear safety concerns with respect to Neurontin use in patients predisposed to self-harm (such as patients with bipolar depression or psychotic episodes).  Unfortunately, Pfizer Defendants did not amplify the labeling to reflect these events and prescribers and patients remained unaware of these potential risks.

101.    Pfizer Defendants' Internal Database indicated that suicide ideation and/or intentional overdose were consistently in the top 10 reported serious psychobiological events and in the top 25 of all reported adverse events.  The FDA Spontaneous Reporting System Database also provided signals of increased numbers of deaths, suicide attempts, overdose, psychotic disorder and others.

102.    These databases collectively highlighted the growing safety concerns associated with gabapentin.  It is difficult to understand Pfizer Defendants' continued use of the launch insert as these serious and potentially life-threatening events continued to grow.

103.   The tables below provide an overview of adverse events related to suicide behavior as they were reported in various databases, Research Reports or annual reports as well as patient demographics from these events.   The other reported psychobiologic events were reviewed previously in this report.

# Suicidal / Homicidal / Overdose Events - from Research Reports
## The *italicized* text in the tables below identifies the adverse event as it should have been coded.

| Trial | Patient | Demog | AE | Dose | Day | Related | History | Mgmt | Outcome |
|-------|---------|-------|----|------|-----|---------|---------|------|---------|
| 945-193, 200 | 70163 | 46, female | Committed Suicide* (12/23/95) | 1800 | 15 | Definitely not | Pseudolupus | N/A | Death |
| 945-193, 200 | 29324 | 29, female | Psychosis, chest wound (1/31/96); *Suicide attempt* | 2700 | 73, 76 | unlikely | Psychosis | No change | Recovered |
| 945-193, 200 | 17012 | 29, male | Drug overdose (5/12/95) *Suicide attempt* | 900 | 14 | definitely | Not stated | Drug interrupted | Recovered |
| 945-193, 200 | 23812 | 52, female | Psychosis*, (9/19/95) *Suicidal* | 1500 | 68 | unlikely | Psychosis; suicide attempts | No change | Not stated |
| 945-083 | 9-17 | 18, male | Suicidal; *Suicide attempt* | 3600 | 89 | Definitely not | Not stated | No change | Recovered |
| 945-083 | 7-10 | 47, female | Overdose; *Suicide attempt* | 2400 | 258 | Possibly | Depression | Discontinued | Recovered |
| 945-094 | 2-11 | 10, male | Suicidal, Hostility | 1800 | 84,85 | Definitely Not | Aggressive behavior, hyperactivity | Drug interrupted | Recovered With sequelae |
| 945-083 | 21-12 | 37, male | Hostility – patient shot 2 people | 4800 | 246 | Unlikely | Not stated | Discontinued | 1 death |

*Patients were on an antidepressant (Nefazadone)

104.    Certain psychobiological adverse events should have been coded to disclose suicidal behavior.  The specific narratives from these five (5) patients are set forth below:

Investigator Number:    2932
Patient Number:    29324
Adverse Event:    PSYCHOSIS
CHEST WOUND

Patient no. 29324, a 29-year-old Hispanic female, experienced a period of psychosis and a stab wound to the chest while receiving 2700 mg/day of study drug. The psychotic episode began on study day 73 and the self-inflicted stab wound to the chest occurred on study day 76 (Study Day 1 was 16/11/95). Both events were considered to be severe in intensity with the psychosis lasting for 9 days and the stab wound for 21 days. The investigator considered the events to be unlikely related to study drug, however, the patient has a history of psychosis. The investigator considered the psychosis to be life-threatening, and the patient was hospitalized for the chest wound. These events have resolved with no change in the study drug dosing regimen.

The patient was admitted to hospital on 30 January 1996 with a self-inflicted stab wound to the chest. The patient has a history of psychosis in her family. A brother and sister were both diagnosed as psychotic and both committed suicide. The patient's mother has a history of paranoid ideation. The patient was observed in the hospital between 30 January 1996 and 5 February 1996. AED levels were found to be low due to patient's non-compliance. The adverse event is determined to be unlikely related to study drug. No dosage interruption was noted. The patient was released on 5 February 96 and scheduled for follow-up visits.

Investigator Number:    1701
Patient Number:    17012
Adverse Event:    DRUG OVERDOSE

Patient no. 17012, a 29-year-old Caucasian male attempted suicide by overdosing on divalproex sodium (Depakote) and study drug while receiving 900 mg/day of study drug. It was considered to be moderate in intensity and lasted for 24 hours. The event began on study day 14 (Study Day 1 was 28/04/95). The investigator considered the event to be definitely related to study drug. The event was considered serious because the patient was hospitalized. The event resolved. Study drug was interrupted due to this event.

Investigator Number:   2381
Patient Number:   23812
Adverse Event:   PSYCHOSIS

Patient no. 23812, a 52-year-old Hispanic female, experienced an episode of psychosis while receiving 1500 mg/day of study drug. The event began on study day 68 (Study Day 1 was 14/07/95). It was considered to be moderate in intensity and lasted for 10 days. The investigator considered the event to be unlikely related to study drug. The event was considered serious because the patient was hospitalized. There was no change in the study drug dosing regimen.

The patient presented for psychiatric admission to the Emergency Room on 19 September 1995. She was hearing voices telling her to kill herself and she feared for her life. She has a history of suicidal ideation. She first tried to kill herself when she was nine years old. Her mother and paternal aunt also have psychiatric histories (mother has schizophrenia). Immediate precipitating factors included the recent death of her aunt and uncle, family problems, and her failure to take her nefazodone. The investigator does not feel the episode was related to study drug.

The patient was released on 29 September 1995. She is being followed up by her primary care physician and is attending an outpatient psychiatric program.

Patient 9 (Study 945-83, Center 17), an 18-year-old male with epilepsy, was hospitalized in the psychiatric ward for situational depression and attempted suicide on Day 89. The patient had been receiving a dosage of 3600 mg/day gabapentin for the preceding 12 days. The patient was also receiving carbamazepine 600 mg/day. The patient had an argument with his father, got angry and jumped off a third floor balcony. He sustained two sprained ankles and hurt his neck. The patient was hospitalized for observation, recovered from the depression on Day 93, and was discharged on Day 115. The investigator considered these events moderate in intensity and definitely not related to study medication.

Patient 7 (Study 945-83, Center 10), a 47-year-old white woman with epilepsy and a history of depression, developed hypomania on Day 254 of gabapentin treatment; the patient had been receiving a dose of 3300 mg/day gabapentin for the previous 32 days. The patient was also receiving 300 mg/day phenytoin. As a result of the hypomania, gabapentin dosage was reduced to 2400 mg/day on Day 256. On Day 258 the patient ingested about 50 capsules of gabapentin (15,000 mg), and was hospitalized. The patient recovered from the overdose and was discharged on Day 262. Hypomania continued, and gabapentin was discontinued as a result, with the last dose taken on Day 285. Hypomania resolved on Day 287. The investigator considered the hypomania and overdose moderate and possibly related to gabapentin.

## NEURONTIN ANNUAL REPORTS

105.    As provided in the following Tables, psychobiological adverse events from quarterly and annual reports prepared by Pfizer Defendants were analyzed. These reports encompass the time period from January 1, 1994 through September 30, 1996 and include both serious and non-serious reports. There are only 2 reports of suicide in their database from 1994 and none in the years 1995 and 1996. Similarly, there are only 2 reports each for suicidal ideation and suicide attempt during the years 1994 through 1996. The database does list 13 cases of overdose; however, it is not known whether these events represent intentional overdoses (*i.e.*, a suicide attempt) or simply a dosing error (unintentional overdose). Importantly, the table below demonstrates the large increase in hostility, confusion and nervousness events between 1994 and 1995 and also the large jump in the number of events of depersonalization between 1995 and 1996. All of these events should have precipitated action on the part of Pfizer Defendants to re-examine the adequacy of the gabapentin product label.

## Adverse Events Found in Annual Reports Prepared by Pfizer Defendants (1994 – 1996)

| Adverse Event | 1994 | | | | | 1995 | | | | | 1996 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | 1994 total | Q1 | Q2 | Q3 | Q4 | 1995 total | Q1 | Q2 | Q3 | 1996 total |
| Death* | 1 | 5 | 11 | 13 | 30 | 10 | 9 | 4 | 3 | 26 | 3 | 3 | 4 | 10 |
| Reaction Aggravated | 1 | 5 | 14 | 6 | 26 | 11 | 10 | 1 | | 22 | | | 2 | 2 |
| Hostility | | 7 | 3 | 3 | 13 | 6 | 9 | 6 | 4 | 25 | 6 | 3 | 6 | 15 |
| Aggression/ Aggressive | | 7 | 2 | 4 | 13 | 4 | 5 | 2 | | 11 | | | | |
| Agitation | | 1 | 3 | 4 | 8 | 3 | | 1 | 2 | 3 | 1 | 3 | 3 | 7 |
| Anxiety | | 2 | 1 | 5 | 8 | 1 | 1 | | | 2 | | 1 | 4 | 5 |
| Depression | | 1 | 1 | 5 | 7 | | | 2 | 3 | 5 | 1 | 2 | 5 | 8 |
| Overdose | | 2 | 2 | | 4 | | 1 | 2 | 1 | 4 | 3 | 1 | 1 | 5 |
| Confusion | | 2 | 1 | 1 | 4 | 4 | 6 | 1 | 4 | 15 | 4 | 4 | 1 | 9 |
| Personality Disorder | | | 2 | 3 | 5 | | | | 3 | 3 | 7 | 4 | 4 | 15 |
| Nervousness | 1 | 1 | 1 | | 3 | 2 | 7 | 1 | 2 | 12 | 6 | 4 | 4 | 14 |
| Psychotic& | | | 1 | 2 | 3 | 2 | | | 2 | 4 | | | 1 | 3 |
| Depersonalization | 1 | 1 | | | 2 | | 1 | | | 1 | 6 | 3 | 4 | 13 |
| Thinking Abnormal | | 1 | 1 | 1 | 2 | 3 | 3 | 1 | 3 | 7 | 4 | 2 | 1 | 7 |

*Death and Sudden Death adverse event terms were merged

60

## Adverse Events Found in Annual Reports Prepared by Pfizer Defendants (1994 – 1996, *continued*)

| Adverse Event | 1994 | | | | | 1995 | | | | | 1996 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | 1994 total | Q1 | Q2 | Q3 | Q4 | 1995 total | Q1 | Q2 | Q3 | 1996 total |
| Suicide | | | 1 | 1 | 2 | | | | | | | | | |
| Suicidal Ideation | 1 | 1 | | | 2 | | | | | | | | | |
| Suicide Attempt | | 1 | | | 1 | | | 1 | | 1 | | | | |
| Hallucinations | | | | | | | 1 | | 1 | 2 | | 2 | 1 | 3 |
| Emotional Liability | | | | | | | 1 | 1 | | 2 | 1 | 2 | 1 | 4 |
| Abnormal Dreams | | | | | | | | | | | 2 | 3 | | 5 |

ᵃ Psychotic and Psychosis adverse event terms were merged

61

NEURONTIN PERIODIC SAFETY UPDATE REPORTS

106.    Psychobiological adverse events (including suicide-related behaviors) related to gabapentin and reported in Periodic Safety Update Reports (PSURs) prepared by Pfizer Defendants were reviewed.  For the time period 1994-1996, a total of 3 PSUR documents were reviewed, each of which is discussed separately below.  For each of the PSUR documents, an overview of suicidal and overdose events contained in the respective PSUR documents is provided.  This is followed by an overview of all psychobiological adverse events.  Two of the PSUR documents reviewed for this time period encompass time periods outside of the imposed range (*i.e.*, the 1st PSUR starts in April 1993 and the 3rd PSUR contains data through December 1996).  Thus, it is possible that some of the noted adverse events may have occurred outside of the designated time period (January 1994 through September 1996).

### 1st Periodic Safety Update Report
*Period Covered: April 1, 1993 through February 22, 1995;*

*Includes 625 events from the United Kingdom and the United States*

107.    Three cases of either suicide or suicidal tendencies are mentioned and one patient committed suicide.  **One adverse event coded as self injury may have been a suicide attempt (044-0945-940033-00)**.  Limited information was provided for the suicide/suicidal cases.  The 1st PSUR (Europe) also mentions 12 cases of overdose (not all of the cases were included in the line listing of events) and also notes a publication by Garafalo et al., discussing 5 cases of gabapentin overdose.  The overdose cases were not examined in detail, apparently because most reports contained no "...*evaluable information*".[48]    Relevant events related to suicide behavior or overdose are provided in the table below.  The conclusion from this PSUR document stated that no new specific or particular risk was associated with gabapentin therapy.[49]

---

[48] *See* Pfizer_PSUR_0002015-0002193 at 0002049
[49] *See* Pfizer_PSUR_0002015-0002193 at 0002058

### Listing of Suicide/Suicidal/Overdose Events from the 1st PSUR

| Code | Country, Demog | AE | Dose | Related? | Outcome |
|---|---|---|---|---|---|
| 044-0945-940033-00 | UK 26 y/o M | Suicide attempt* (self injury) | 1200 mg | Possible | Recovered |
| 044-0945-940016-01 | UK 27 y/o M | Suicidal tendency | 300 mg | Possible | Recovered |
| 001-0945-940170-01 | USA 25 y/o F | Overdose (unknown if intentional) | 7500 mg | Possible | Unknown |
| 001-0945-940103-00 | USA 10 y/o M | Overdose; Suicide attempt | (10.5 g) | Possible | Unknown |
| 001-0945-940080-00 | USA 19 y/o | Overdose (unknown if intentional) | Not given | Possible | Unknown |
| 001-0945-940300-02 | USA 30 y/o F | Suicide | 1800 mg | Unlikely | Death |

**\* This event was coded as agitated, violent, self injury**

108.   All psychobiological adverse events from the 1st PSUR (April 1993 to May 1995) were reviewed.   A more general examination of psychobiological adverse events associated with gabapentin therapy reveals a number of events which should have signaled concern by the Pfizer Defendants.   Despite reports of myriad adverse events related to psychobiological function, Pfizer Defendants chose to ignore these events. A more careful examination of these events should have been undertaken and subsequently, changes to the product labeling should have been affected to reflect the rate and severity of these events.

Psychobiological Adverse Events from the 1st Neurontin PSUR

| ALL PSYCHOBIOLOGICAL ADVERSE EVENTS | # EVENTS |
|---|---|
| | |
| | |
| Abnormal Behavior | 5 |
| Acutely Anxious | 1 |
| Affective Disorder | 1 |
| Agitation | 11 (1) |
| Aggression | 2 |
| Confusion | 4 (1) |
| Delusion | 1 |
| Depression | 1 |
| Detached/ Spaced Out | 1 |
| Hallucinations | 4 |
| Irritability | 2 |
| Mood Changes | 3 (1) |
| Overdose | 3 (3) |
| Paranoia | 7 (1) |
| Personality Changes | 1 |
| Psychosis | 8 (2) |
| Psychotic | 5 (1) |
| Self-Injury | 1 |
| Severe Anxiety | 2 |
| Suicide Attempt | 1 (1) |
| Suicidal Tendency | 1 |
| Thinking Abnormal | 1 (1) |
| Violent | 1 |
| | |
| () = United States cases | |

**2nd Periodic Safety Update Report**

*Period Covered: February 22, 1995 through December 31, 1995*

109.    Psychobiological adverse events reported in Defendants' second PSUR were reviewed. **No new information related to suicide or overdose events was found in this document.** This document did note a completed suicide in a patient overdosing on multiple antiepileptic drugs. This is likely the same patient noted in the 1st PSUR (note that there is overlap between the 1st and 2nd PSUR documents). Of note, this document did provide a report by Dr. Michael Trimble entitled "Psychosis with Gabapentin", which reviews 6 adverse event reports of psychosis associated with gabapentin (see below). In addition, the Trimble report discusses a case report published in the British Journal of Psychiatry (Short and Cooke, 1995) which describes hypomania associated with gabapentin therapy.

64

110.    As there is a 3 month overlap between the 1st and 2nd PSUR documents, some of the psychobiological adverse events listed below may have been reported previously. As this document provided events occurring during a 10 month period only, there are fewer adverse events related to psychobiologic function.

### Psychobiological Adverse Events from the 2nd Neurontin PSUR

#### February 1995 to December 1995

| PSYCHOBIOLOGICAL ADVERSE EVENTS | # OF EVENTS |
|---|---|
|  |  |
|  |  |
| Abnormal Behavior | 1 |
| Agitation | 3 (2) |
| Bizarre Behavior | 2 |
| Confusion | 1 (1) |
| Hallucinations | 5 (2) |
| Irritability | 1 |
| Mental Depression | 1 (1) |
| Mood Changes | 1 (1) |
| Psychosis | 3 (2) |
| Psychotic Behavior (1) | 11 |
| Rage | 2(2) |
|  |  |
| () = United States cases |  |

### 3rd Periodic Safety Update Report

*Period Covered: January 1, 1996 through December 31, 1996*

111.    In the 3rd PSUR, there is 1 postmarketing report of a patient experiencing a self-inflicted stab wound to the chest. This event likely corresponds to the patient from the STEPS trial. In the Research Report for the STEPS trial, this event was coded as *Psychosis, Chest Wound*. No narrative was provided in the PSUR for this patient. This event should have been considered a suicide attempt and discussed within both the Research Report and the PSUR. The fact that this event was not further reviewed represents additional evidence that Pfizer Defendants chose to ignore these serious adverse events related to psychobiologic function.

112.    A case of suicide ideation was also reported in the 3rd PSUR, along with multiple cases of drug overdose. The overdoses were not discussed in detail; thus it is unclear if they represent an intentional (suicide attempt) or unintentional (dosing error) event. The events are set forth in the Table below.

## Suicidal/Overdose Events from the 3rd PSUR

| Code | Country | AE | Dose | Related? | Outcome |
|---|---|---|---|---|---|
| 001-0945-960051 | USA | Overdose | Not given | Not related | UNK |
| 001-0945-960387 | USA | Overdose | Not given | Not related | recovered |
| 031-0945-960002 | Netherlands | Overdose | Not given | Related | recovered |
| 036-0945-960003 | Hungary | Overdose | Not given | Related | recovered |
| 064-0945-960001 | New Zealand | Overdose | Not given | Related | recovered |
| 001-0945-960247 | USA | Suicide ideation; explosive aggressive behavior | Not given | Not related | Recovered; Not recovered |
| 001-0945-960096 | USA | Suicide attempt; (Self-inflicted stab wound) | Not given | Not related | recovered |

113.   All psychobiologic adverse events reported in Pfizer Defendants' 3rd Periodic Safety Update Report were examined and are set forth in the Table below.

**Psychobiologic Adverse Events in the 3rd PSUR**

**(January 1996 to December 1996)**

| PSYCHOBIOLOGICAL ADVERSE EVENTS | # OF EVENTS |
|---|---|
| | |
| Abnormal Behavior | 13 (9) |
| Accidental OD | 3 (3) |
| Agitation | 9 (6) |
| Aggressive Behavior | 19 (8) |
| Anxiety | 9 (5) |
| Combative | 1 (1) |
| Confusion | 13 (7) |
| Delirium | 1 (1) |
| Depersonalization | 2 (1) |
| Depression | 14 (11) |
| Feeling High | 1 (1) |
| Forgetfulness | 1 |
| Frustration | 1 (1) |
| Hallucinations | 9 (5) |
| Hostility | 5 (5) |
| Irritable | 9 (5) |
| Manic Depression | 2 (1) |
| Mood Swings | 3 (2) |
| Nervousness | 1 (1) |
| Neurosis | 1 (1) |
| Overdose | 5 |
| Paranoia | 1 |
| Paranoid Ideation | 1 |
| Personality Changes | 1 (1) |
| Personality Disorder | 1 |
| Post-ictal Psychosis | 7 (6) |
| Psychotic | 3(2) |
| Self-Abusing Behavior | 1 (1) |
| "Spaced- out" | 1 (1) |
| Suicide Attempt | 1 (1) |
| Suicide Ideation | 1 (1) |
| Verbally Abusive | 1 (1) |
| Violent Behavior | 1 (1) |
| Withdrawn | 1 |
| () = United States cases | |

PARKE-DAVIS (PFIZER) INTERNAL PHARMACOVIGILANCE DATABASE

114.    Cumulative adverse events contained in the Parke-Davis (Pfizer) internal database during the period covering January 1994 through September 1996 were reviewed. For the purposes of this time period, serious psychobiological adverse events were examined using the Preferred Term to clearly specify the reported events.

115.    The tables provided on the following pages provide the number of cumulative events for each psychobiological adverse event (in descending order) for 1994, 1995 and 1996 (Q1, Q2, Q3). Interestingly, depression was the leading psychobiologic event reported in all three years and accounted for 3% of the overall database. Psychotic disorder reports were the second most frequently reported event every year (~2.5%).  Suicidal ideation and overdose were always among the top 10 reported psychobiological events.

116.    Multiple psychobiologic events were consistently found in the provided listing of the top 25 serious event reports across all body systems.  Of specific concern, suicidal ideations and/or intentional overdose are included in the top 25 list each year. Collectively, the contribution of these events should have represented a clear signal to Pfizer Defendants, which should have then resulted in changes to the product label. This was especially critical given their focus on lucrative psychiatric off-label uses.

**Cumulative Serious Psychobiological Events Reported
to Pfizer Defendants' Internal Database (1994)**

| Term | Through 1994 Q4 | |
| --- | --- | --- |
| | Reports | Pct [*] |
| Depression | 13 | 3.16% |
| Psychotic Disorder | 11 | 2.68% |
| Overdose | 8 | 1.95% |
| Confusional State | 7 | 1.70% |
| Suicidal ideation | 6 | 1.46% |
| Hallucination | 5 | 1.22% |
| Aggression | 3 | 0.73% |
| Agitation | 3 | 0.73% |
| Anxiety | 3 | 0.73% |
| Intentional overdose | 3 | 0.73% |
| Paranoia | 3 | 0.73% |
| Delirium | 1 | 0.24% |
| Delusion | 1 | 0.24% |
| Depressed level of consciousness | 1 | 0.24% |
| Hallucinations, mixed | 1 | 0.24% |
| Hostility | 1 | 0.24% |
| Hypomania | 1 | 0.24% |
| Personality change | 1 | 0.24% |
| Suicide attempt | 1 | 0.24% |

* Percentage of total serious adverse events across all body systems

**Cumulative Serious Psychobiological Events Reported
to Pfizer Defendants' Internal Database (1995)**

| Term | Through 1995 Q4 | |
|---|---|---|
| | Reports | Pct [*] |
| Depression | 20 | 3.01% |
| Psychotic Disorder | 17 | 2.56% |
| Confusional State | 12 | 1.81% |
| Agitation | 11 | 1.66% |
| Overdose | 9 | 1.36% |
| Aggression | 8 | 1.20% |
| Intentional overdose | 8 | 1.20% |
| Suicidal ideation | 7 | 1.05% |
| Hallucination | 6 | 0.90% |
| Anxiety | 4 | 0.60% |
| Suicide attempt | 4 | 0.60% |
| Paranoia | 3 | 0.45% |
| Delirium | 2 | 0.30% |
| Delusion | 2 | 0.30% |
| Depressed level of consciousness | 2 | 0.30% |
| Anger | 1 | 0.15% |
| Emotional distress | 1 | 0.15% |
| Hallucination, auditory | 1 | 0.15% |
| Hallucinations, mixed | 1 | 0.15% |
| Hostility | 1 | 0.15% |
| Hypomania | 1 | 0.15% |
| Mood altered | 1 | 0.15% |
| Personality change | 1 | 0.15% |
| Personality disorder | 1 | 0.15% |

* Percentage of total serious adverse events across all body systems

**Cumulative Serious Psychobiological Events Reported
to Pfizer's Internal Database (1996)**

| Term | Through 1996 Q3 | |
| --- | --- | --- |
| | Reports | Pct [*] |
| Depression | 25 | 2.85% |
| Psychotic Disorder | 21 | 2.40% |
| Confusional State | 17 | 1.94% |
| Aggression | 16 | 1.83% |
| Intentional overdose | 14 | 1.60% |
| Agitation | 13 | 1.48% |
| Overdose | 9 | 1.03% |
| Anxiety | 7 | 0.80% |
| Hallucination | 7 | 0.80% |
| Suicidal ideation | 7 | 0.80% |
| Suicide attempt | 5 | 0.57% |
| Paranoia | 4 | 0.46% |
| Delirium | 3 | 0.34% |
| Personality disorder | 3 | 0.34% |
| Anger | 2 | 0.23% |
| Delusion | 2 | 0.23% |
| Depressed level of consciousness | 2 | 0.23% |
| Major depression | 2 | 0.23% |
| Mood swings | 2 | 0.23% |
| Emotional distress | 1 | 0.11% |
| Hallucination, auditory | 1 | 0.11% |
| Hallucinations, mixed | 1 | 0.11% |
| Hostility | 1 | 0.11% |
| Hypomania | 1 | 0.11% |
| Intentional self-injury | 1 | 0.11% |
| Irritability | 1 | 0.11% |
| Mood altered | 1 | 0.11% |
| Personality change | 1 | 0.11% |

* Percentage of total serious adverse events across all body systems

71

## Top 25 Adverse Events Reported to Pfizer's Internal Database (1994 – 1996)

| Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Convulsion | 1994-Q4 | 73 | 17.76% | Convulsion | 1995-Q4 | 118 | 17.77% | Convulsion | 1996-Q2 | 148 | 18.66% |
| Status epilepticus | 1994-Q4 | 32 | 7.79% | Death | 1995-Q4 | 47 | 7.08% | Death | 1996-Q2 | 48 | 6.05% |
| Death | 1994-Q4 | 27 | 6.57% | Status epilepticus | 1995-Q4 | 40 | 6.02% | Status epilepticus | 1996-Q2 | 44 | 5.55% |
| Depression | 1994-Q4 | 13 | 3.16% | Depression | 1995-Q4 | 20 | 3.01% | Somnolence | 1996-Q2 | 28 | 3.53% |
| Ataxia | 1994-Q4 | 12 | 2.92% | Somnolence | 1995-Q4 | 20 | 3.01% | Ataxia | 1996-Q2 | 23 | 2.90% |
| Psychotic disorder | 1994-Q4 | 11 | 2.68% | Grand mal convulsion | 1995-Q4 | 19 | 2.86% | Depression | 1996-Q2 | 22 | 2.77% |
| Grand mal convulsion | 1994-Q4 | 10 | 2.43% | Ataxia | 1995-Q4 | 19 | 2.86% | Pneumonia | 1996-Q2 | 21 | 2.65% |
| Pneumonia | 1994-Q4 | 10 | 2.43% | Psychotic disorder | 1995-Q4 | 17 | 2.56% | Grand mal convulsion | 1996-Q2 | 21 | 2.65% |
| Overdose | 1994-Q4 | 8 | 1.95% | Pneumonia | 1995-Q4 | 16 | 2.41% | Psychotic disorder | 1996-Q2 | 19 | 2.40% |
| Somnolence | 1994-Q4 | 8 | 1.95% | Sudden death | 1995-Q4 | 12 | 1.81% | Confusional state | 1996-Q2 | 16 | 2.02% |

72

**Top 25 Adverse Events Reported to Pfizer's Internal Database (1994 – 1996, *continued*)**

| Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drug interaction | 1994-Q4 | 8 | 1.95% | Confusional state | 1995-Q4 | 12 | 1.81% | Dizziness | 1996-Q2 | 16 | 2.02% |
| Confusional state | 1994-Q4 | 7 | 1.70% | Pyrexia | 1995-Q4 | 11 | 1.66% | Drug interaction | 1996-Q2 | 15 | 1.89% |
| Lethargy | 1994-Q4 | 6 | 1.46% | Agitation | 1995-Q4 | 11 | 1.66% | Sudden death | 1996-Q2 | 15 | 1.89% |
| Condition aggravated | 1994-Q4 | 6 | 1.46% | Drug interaction | 1995-Q4 | 11 | 1.66% | Pyrexia | 1996-Q2 | 15 | 1.89% |
| Suicidal ideation | 1994-Q4 | 6 | 1.46% | Lethargy | 1995-Q4 | 10 | 1.51% | Vomiting | 1996-Q2 | 14 | 1.77% |
| Pyrexia | 1994-Q4 | 6 | 1.46% | Fall | 1995-Q4 | 10 | 1.51% | Agitation | 1996-Q2 | 12 | 1.51% |
| Thrombocythaemia | 1994-Q4 | 5 | 1.22% | Overdose | 1995-Q4 | 9 | 1.36% | Anticonvulsant drug level increased | 1996-Q2 | 12 | 1.51% |
| Sudden death | 1994-Q4 | 5 | 1.22% | Abdominal pain | 1995-Q4 | 9 | 1.36% | Fall | 1996-Q2 | 12 | 1.51% |
| Pneumonia aspiration | 1994-Q4 | 5 | 1.22% | Dizziness | 1995-Q4 | 9 | 1.36% | Lethargy | 1996-Q2 | 11 | 1.39% |

73

## Top 25 Adverse Events Reported to Pfizer's Internal Database (1994 – 1996, *continued*)

| Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Neutropenia | 1994-Q4 | 5 | 1.22% | Cerebrovascular accident | 1995-Q4 | 9 | 1.36% | Intentional overdose | 1996-Q2 | 11 | 1.39% |
| Diarrhea | 1994-Q4 | 5 | 1.22% | Aggression | 1995-Q4 | 8 | 1.20% | Aggression | 1996-Q2 | 10 | 1.26% |
| Hallucination | 1994-Q4 | 5 | 1.22% | Intentional overdose | 1995-Q4 | 8 | 1.20% | Abdominal pain | 1996-Q2 | 10 | 1.26% |
| Leukopenia | 1994-Q4 | 5 | 1.22% | Condition aggravated | 1995-Q4 | 7 | 1.05% | Headache | 1996-Q2 | 9 | 1.13% |
| Abdominal pain | 1994-Q4 | 5 | 1.22% | Weight increased | 1995-Q4 | 7 | 1.05% | Overdose | 1996-Q2 | 9 | 1.13% |
| Weight increased | 1994-Q4 | 4 | 0.97% | Epilepsy | 1995-Q4 | 7 | 1.05% | Tremor | 1996-Q2 | 9 | 1.13% |
| Appendicitis | 1994-Q4 | 4 | 0.97% | Suicidal ideation | 1995-Q4 | 7 | 1.05% | Cerebrovascular accident | 1996-Q2 | 9 | 1.13% |
| Tremor | 1994-Q4 | 4 | 0.97% | Diarrhoea | 1995-Q4 | 7 | 1.05% | Weight increased | 1996-Q2 | 9 | 1.13% |
| Arthralgia | 1994-Q4 | 4 | 0.97% | Pancreatitis | 1995-Q4 | 7 | 1.05% | | | | |
| Nausea | 1994-Q4 | 4 | 0.97% | | | | | | | | |
| Pancreatitis | 1994-Q4 | 4 | 0.97% | | | | | | | | |
| Ankle fracture | 1994-Q4 | 4 | 0.97% | | | | | | | | |

74

SPONTANEOUS REPORTING SYSTEM (SRS) ADVERSE EVENT DATABASE

117.    Psychobiological adverse events reported to the Spontaneous Reporting System (SRS) Database during the period from January 1994 through September 1996 were examined.  Of note, the numbers for several of these events, including deaths, suicide attempts and overdose, increased by a factor of 2 (or more) between 1994 and 1996. These trends should have served as a signal to Pfizer Defendants, prompting an immediate and thorough review of all suicide-related behavior.  In addition, physicians and patients should have been notified of the potential for such events to occur.  This notification should have included updates to the product labeling and/or a Dear Doctor letter describing suicide-related behaviors in patients receiving gabapentin.

### Psychobiological Adverse Events Reported to the SRS Database

|  | *1994 Q4* | | *1995 Q4* | | *1996 Q2* | |
|---|---|---|---|---|---|---|
| **Costart Term** | **Reports** | **Pct** | **Reports** | **Pct** | **Reports** | **Pct** |
| Abnormal dreams | 1 | 0.68% | 1 | 0.26% | 1 | 0.20% |
| Affect lability | 1 | 0.68% | 2 | 0.52% | 3 | 0.60% |
| Agitation | 2 | 1.35% | 5 | 1.31% | 7 | 1.39% |
| Anxiety | | | 1 | 0.26% | 2 | 0.40% |
| Confusional state | 3 | 2.03% | 9 | 2.35% | 12 | 2.38% |
| Delirium | 1 | 0.68% | 2 | 0.52% | 3 | 0.60% |
| Delusion | | | 1 | 0.26% | 1 | 0.20% |
| Depersonalisation | | | 1 | 0.26% | 1 | 0.20% |
| Depression | 1 | 0.68% | 5 | 1.31% | 6 | 1.19% |
| Hallucination | 2 | 1.35% | 7 | 1.83% | 9 | 1.79% |
| Hostility | 3 | 2.03% | 6 | 1.57% | 10 | 1.98% |
| Major depression | 2 | 1.35% | 2 | 0.52% | 2 | 0.40% |
| Nervousness | 1 | 0.68% | 3 | 0.78% | 4 | 0.79% |
| Overdose | 4 | 2.70% | 8 | 2.09% | 9 | 1.79% |
| Paranoia | 2 | 1.35% | 3 | 0.78% | 3 | 0.60% |
| Personality disorder | 2 | 1.35% | 6 | 1.57% | 7 | 1.39% |
| Psychotic disorder | 3 | 2.03% | 10 | 2.61% | 11 | 2.18% |
| **Suicide attempt** | **2** | **1.35%** | **5** | **1.31%** | **6** | **1.19%** |
| Thinking abnormal | 3 | 2.03% | 7 | 1.83% | 9 | 1.79% |
| Death | 5 | 3.38% | 16 | 4.18% | 17 | 3.37% |

**WORLD HEALTH ORGANIZATION ADVERSE EVENT DATABASE**

118.    Psychobiological adverse events reported to the World Health Organization (WHO) Database from 1994 through 1996 were examined. Between 1994 and 1995, substantial increases in the number of events of depression, aggressive reaction, emotional lability, agitation, personality disorder, thinking abnormal and hallucination were observed (see Table below). During that time period no substantial changes were made to the international or US Neurontin product labeling. Pfizer Defendants did examine a number of reports of psychosis observed in patients receiving gabapentin, but concluded that no change was required for the product labeling.

119.    The incidence of reports of psychiatric disorders (psychiatric disorder-related reports / total reports) during 1994-1996 was 22% (87/395) in 1994; 18% (201/1116) in 1995; and 16% (82/514) in 1996.

*World Health Organization Adverse Event Data – 1994 through 1996*

| Adverse Event | 1994 | 1995 | 1996 |
|---|---|---|---|
| Suicide Attempt | 2 | 0 | 0 |
| Depression | 1 | 5 | 5 |
| Depression (psychotic) | 2 | 0 | 0 |
| Aggressive Reaction | 11 | 24 | 11 |
| Depersonalization | 3 | 1 | 2 |
| Emotional Lability | 2 | 8 | 3 |
| Agitation | 6 | 13 | 3 |
| Personality Disorder | 2 | 15 | 4 |
| Thinking Abnormal | 2 | 7 | 3 |
| Hallucination | 6 | 12 | 4 |
| Psychosis | 7 | 7 | 2 |

76

120.    Additional documents describing adverse events associated with gabapentin treatment were reviewed.  These documents are reviewed here only for the sake of completeness and were not used as primary sources of information for psychobiological adverse events.

121.    For example, Research Report 720-03991 summarized adverse events occurring since the fourth safety update for the gabapentin add-on therapy NDA for the following open-label, add-on therapy studies:  877-210PX, 877-210GX, Named Patients, 945-13, 945-14, 945-15, 945-16.  The adverse events occurring in the open-label trials listed above were reviewed by the Parke-Davis a Medical Monitor to determine if any unusual or unexpected events occurred.  The conclusion from the Research Report states that no unusual or unexpected events were reported from the open-label studies. Psychobiologic adverse events are reflected in the table below:

**Suicidal/Overdose/Aggression Events from June 30, 1993 to January 30, 1995 Adverse Event Report (720-03991)**

| Trial | Patient # | Demog | AE | Dose | Related | Outcome |
|-------|-----------|-------|-----|------|---------|---------|
| 945-15 | 26 | 20, female | Depression, suicide ideation, aggressive behavior | 2400 mg/d | Definitely not | Recovered, Recovered, Not Recovered |
| 945-15 | 38 | 19, male | Aggressive behavior | 3600 mg/d | Possible | Not recovered |
| 945-15 | 10 | 28, Male | Overdose of AEDs | 3600 mg/d | Unlikely | Recovered |
| 945-15 | 15 | 19, Female | Violent behavior, psychological problem, aggressive behavior | 2400-3200 mg/d | Definitely not, Possible, unlikely | Recovered, Not recovered, Not recovered |

122.    Another example of additional documents includes Periodic Reports covering Non-serious events described adverse events associated with gabapentin.  These documents encompassing time periods January 1, 1996 through May 31, 1996 and June 1, 1996 through November 22, 1996 are reviewed below.

123.    Suicidal, overdose and aggression events are reflected in Pfizer Defendants' Summary of Safety Information of Gabapentin Capsules (720-03732). With respect to overdose, 2 cases of overdose were listed in the TESS Serious Adverse Events Table. Both were considered associated with the drug: one case was from study 945-83 (Center 10, patient 7; age 47; female) - a suicide attempt; the other case appears to be an accidental overdose.  With respect to suicidal events, there was one suicidal event (patient 9, center 17; attempted suicide) from study 945-83.    With respect to aggression, there was one patient who threatened to stab her brother (patient 001, Center 18).

124.    Additional documentation included Investigator Brochures.  One such brochure was Investigator's Brochure for Neurontin (Gabapentin, CI-945) for Studies Conducted in the United States (Research Report # RR-X 720-03362 - Issued April 19, 1994).  This investigator's brochure consists of 2 major sections: the package insert approved by FDA in December 1993; additional information included to assist investigators conducting clinical trials for new indications.  Another brochure was Investigator's Brochure for Neurontin (Gabapentin, CI-945) for Studies Conducted Outside the United States (Research Report # RR-X 720-03381 - Issued May 31, 1994).  This investigator's brochure consists of 3 major sections: the package insert approved by the country to which the brochure was sent; Physicians Desk Reference Information; additional information included to assist investigators conducting clinical trials for new indications.

125.    The following information was contained in both of the above listed Investigator's Brochures:  Under the category: "Unexpected, Possibly Related, Serious Adverse Events Reported to the FDA since US Approval for Add-on Therapy", only 2 events were listed (pancreatitis and subarachnoid hemorrhage). These documents also noted that gabapentin was being evaluated as monotherapy in the treatment of partial seizures with or without secondary generalization as well as monotherapy or add-on therapy in pediatric patients.

126.    The following psychobiological adverse events were observed in pediatric patients (n=88) receiving gabapentin; nervousness {5}, thinking abnormal {5}, emotional lability {2}, hostility {2}.  No adverse event data from the monotherapy studies in adults was provided.

127.    The next Investigator's Brochure (RR-X 720-03480) was issued on April 21, 1997.  This document is the first Investigator's Brochure to mention ongoing or planned studies in psychiatric indications, including bipolar disorder. A prudent pharmaceutical company should have updated their Investigators Brochure to more adequately reflect the psychobiological adverse events associated with gabapentin therapy.  This would have been especially important during the time period January 1994 through September 1996, because gabapentin trials for non-approved indications were started.  The patient population in some of these trials was at increased risk for psychobiological adverse events, and thus physicians/investigators should have been made aware of the large number of serious events associated with gabapentin.