128.    Additional information was examined from a **Gabapentin Monotherapy Clinical Expert Report** pertaining to data for 9 clinical trials, 6 of which contribute efficacy and safety data and 3 of which contribute only safety data. Adverse events are not discussed in detail and it is noted that no new safety issues arose. Clinical Monotherapy Studies included the following for the time period 1994 -1996: 945-77; 945-177; 945-88; 945-82; 945-83; 945-89; there was also a Clinical Pharmacology Study: 945-190. The total gabapentin patient population was 674. There were 9 deaths: 3 were considered sudden unexplained deaths (1 of the 3 was considered possibly related to gabapentin (from 945-83). Serious adverse events within the patient population were 73/674 (10.8%) and included the following: Confusion (8); Psychosis (6); and Agitation (3). Withdrawals from studies within the patient population were 52/659 (8%) due to an adverse event. Withdrawals due to Psychobiologic adverse events amounted to 1.1%.

129.    A literature review of articles pertaining to gabapentin and published in the medical literature during the observed time period (January 1994 through September 1996) was performed. These articles are listed below.


### *Neurontin Medical Literature*

### *January 1994 through September 1996*

a)  01/1994    Radulovic LL, Wilder BJ, Leppik IE et al   **Lack of interaction of gabapentin with carbamazepine or valproate,** Epilepsia, 35: 155-161. *Study design*: Pharmacokinetic study; Number of patients: 12. Relevant adverse events reported in the publication: no psychobiologic adverse events reported

b)  05/1994    **US Gabapentin Study Group The long-term safety and efficacy of gabapentin (Neurontin) as add-on therapy in drug-resistant partial epilepsy.**, Epilepsy Res, 18: 67-73. *Study design*: Open-label, add-on therapy; number of patients: 240. Relevant adverse events reported in the publication: depression {2, both patients withdrew}, nervousness.

c)  07/1994    Anhut H, Ashman P, Feuerstein TJ et al   **Gabapentin (Neurontin) as add-on therapy in patients with partial seizures: a double-blind, placebo-controlled study. The International Gabapentin Study Group**, Epilepsia, 35: 795-801. *Study design*: Double-blind, placebo-controlled (all patients were on 1-2 other Antiepileptic drugs). Number of patients: 272. Relevant adverse events reported in the publication: No psychobiologic adverse events reported.

d)  09/1994    Handforth A and Treiman **DM   Efficacy and tolerance of long-term, high-dose gabapentin: additional observations**, Epilepsia, 35: 1032-1037. *Study design*: Open-label; Gabapentin as add-on therapy. Number of patients: 23. Relevant adverse events reported in the publication: lethargy {5; 2 positive rechallenges}, jitteriness {2}

e)  10/1994    Sivenius J, Ylinen A, Kalviainen R et al   **Long-term study with gabapentin in patients with drug-resistant epileptic seizures**, Arch Neurol, 51:

1047-1050.*Study design*: Open-label; Gabapentin as add-on therapy. Number of patients: 25.  Relevant adverse events reported in the publication: irritability and aggression (in the same patient – with a positive dechallenge for both)

f)   05/1995   Short C and Cooke L   **Hypomania induced by gabapentin**, *Br J Psychiatry*, 166: 679-680.  A case report of a 49 year old man developing hypomania while on gabapentin.  This report describes an apparent positive dechallenge event and suggests that caution be taken when administering gabapentin to patients with a past history of psychiatric disorder.

g)   07/1995   Ben Menachem E, Soderfelt B, Hamberger A et al   **Seizure frequency and CSF parameters in a double-blind placebo controlled trial of gabapentin in patients with intractable complex partial seizures**, Epilepsy Res, 21: 231-236.  *Study design*: Double-blind, placebo-controlled (all patients were on at least 1 other Antiepileptic drug).  Number of patients: 36. Relevant adverse events reported in the publication: None mentioned

h)   09/1995   Morris GL, III   **Efficacy and tolerability of gabapentin in clinical practice**, Clin Ther, 17: 891-900. *Study design*: Retrospective; Gabapentin as add-on therapy.  Number of patients: 100.  Relevant adverse events reported in the publication: aggression, agitation, severe lethargy.

i)   01/1996   Petroff OA, Rothman DL, Behar KL et al   **The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy**, Ann Neurol, 39:95-99. *Study design*: Pharmacokinetic study.  Number of patients: 25.  Relevant adverse events reported in the publication: Adverse events were not discussed.

j)   02/1996   Dixit SN, Jain S, Padma MV et al   **Gabapentin in refractory partial epilepsy—a trial in India**, Acta Neurol Scand, 93: 85-87.  *Study design*: Open-label, add-on therapy.  Number of patients: 26. Relevant adverse events reported in the publication: memory problems {4}

k)   02/1996   Gidal BE, Maly MM, Budde J et al   **Effect of a high-protein meal on gabapentin pharmacokinetics**, Epilepsy Res, 23: 71-76. *Study design*: Pharmacokinetic study; randomized, crossover.  Number of patients:10.  Relevant adverse events reported in the publication: No psychobiologic adverse events noted

l)   03/1996   Rosner H, Rubin L, and Kestenbaum A   **Gabapentin adjunctive therapy in neuropathic pain states**, Clin J Pain, 12: 56-58.  *Study design*: Case series.  Number of patients: 4. Relevant adverse events reported in the publication: No psychobiologic adverse events noted

m) 04/1996   Dimond KR, Pande AC, LaMoreaux L et al   **Effect of gabapentin (Neurontin) [corrected] on mood and well-being in patients with epilepsy**, Prog Neuropsychopharmacol Biol Psychiatry, 20: 407-417.  *Study design*: Review of 5 double-blind, add-on trials (877-210P; 945-5, -6, -9, -10).  Number of patients: 705.  Relevant adverse events reported in the publication: None reported; only discussed beneficial effects of gabapentin on mood and well being *"… an exploration of the psychiatric uses of gabapentin is warranted."*

n) 04/1996   Stahl JS, Rottach KG, Averbuch-Heller L et al   **A pilot study of gabapentin as treatment for acquired nystagmus**, Neuroophthalmology, 16: 107-113.  *Study design*: Pilot study.  Number of patients: 3.  Relevant adverse events reported in the publication: Adverse events were not discussed.

o) 05/1996   Perry JR and Sawka C   **Add-on gabapentin for refractory seizures in patients with brain tumours**, Can J Neurol Sci, 23: 128-131. *Study design*: Open-label, add-on.  Number of patients: 14.  Relevant adverse events reported in the publication: No psychobiologic adverse events noted.

p) 06/1996   Khurana DS, Riviello J, Helmers S et al   **Efficacy of gabapentin therapy in children with refractory partial seizures**, J Pediatr, 128: 829-833. *Study design*: Open-label, add-on.  Number of patients:32.  *Relevant adverse events reported in the publication*: behavioral adverse events were noted in 15 patients (4 cases required physician intervention – 1 pt became more withdrawn, 3 pts became more aggressive with increased mood swings; in 3 / 4 of these patients there was a positive dechallenge).

q) 05/1994   Fischer JH, Barr AN, Rogers SL et al   Lack of serious toxicity following gabapentin overdose, Neurology, 44: 982-983. 16 year old girl ingested 48.9 grams of gabapentin which was prescribed to her father.  The subject recovered.

r) 1995   Trudeau VL, Dimond KR, Smith FB, et al. **Gabapentin (GBP; Neurontin®) monotherapy compared with carbamazepine (CBZ) monotherapy and combination GBP plus CBZ (GBP/CBZ) therapy in patients with medically refractory partial seizures: a 3-way crossover trial (945-36).** Epilepsia, 36(Suppl 4):68.  The adverse event profile for gabapentin monotherapy was similar to that of gabapentin combined with carbamazepine.  Preliminary analysis showed superior performance on most neuropsychological parameters among patients receiving gabapentin alone.

s) 1997   Bergey GK, Morris HH, Rosenfeld W et al   **Gabapentin monotherapy: I. An 8-day, double-blind, dose-controlled, multicenter study in hospitalized patients with refractory complex partial or secondarily generalized seizures. The US Gabapentin Study Group 88/89**, *Neurology*, 49: 739-745.

t) 1999   Beydoun A   **Monotherapy trials with gabapentin for partial epilepsy**, *Epilepsia*, 40 Suppl 6: S13-S16.

u) 1997   Beydoun A, Fischer J, Labar DR et al   **Gabapentin monotherapy: II. A 26-week, double-blind, dose-controlled, multicenter study of conversion from polytherapy in outpatients with refractory complex partial or secondarily**

generalized seizures. The US Gabapentin Study Group 82/83, *Neurology*, 49: 746-752.

v)  1996    Chadwick D, Leiderman DB, Sauermann W et al    **Gabapentin in generalized seizures**, *Epilepsy Res*, 25: 191-197.

w)  1998    Chadwick DW, Anhut H, Greiner MJ et al    **A double-blind trial of gabapentin monotherapy for newly diagnosed partial seizures. International Gabapentin Monotherapy Study Group 945-77**, *Neurology*, 51: 1282-1288.

x)  1996    Chadwick DW, Marson T, and Kadir Z    **Clinical administration of new antiepileptic drugs: an overview of safety and efficacy**, *Epilepsia*, 37 Suppl 6: S17-S22.

y)  2000    DeToledo JC, Ramsay RE, Lowe MR et al    **Increased seizures after discontinuing carbamazepine: results from the gabapentin monotherapy trial**, *Ther Drug Monit*, 22: 753-756.

z)  2001    Fisher RS, Sachdeo RC, Pellock J et al    **Rapid initiation of gabapentin: a randomized, controlled trial**, *Neurology*, 56: 743-748.

aa) 1997    Leach JP, Girvan J, Paul A et al    **Gabapentin and cognition: a double blind, dose ranging, placebo controlled study in refractory epilepsy**, *J Neurol Neurosurg Psychiatry*, 62: 372-376.

bb) 1999    Mayer T, Schutte W, Wolf P et al    **Gabapentin add-on treatment: how many patients become seizure-free? An open-label multicenter study**, *Acta Neurol Scand*, 99: 1-7.

cc) 1992    Wilensky, A. J., Temkin, N. R., Ojemann, L. M., Ricker, B., Holubkov, A., Rainwater, M., and Shellenberger, K. **Gabapentin and carbamazepine as monotherapy and combined: A pilot study.** Epilepsia 33[*Suppl* 3], 77.

## NEURONTIN PRECLINICAL STUDIES

130.   Finally, additional documents describing preclinical studies are summarized below.  For example, attention is referenced to Research Report #740-02959 (Issued 5/23/1991), **The Effects of Gabapentin in the Water Wheel Behavioral Despair (WWBD) Test.**  This study assessed the effects of gabapentin on wheel turning behavior in the water wheel behavioral despair test, a test for presumed antidepressant activity. Results of the study demonstrated that **Gabapentin did not significantly affect wheel turning behavior in the WWBD test; thus it did not have antidepressant properties.**   The known antidepressant imipramine significantly facilitated wheel turning behavior.

131.   Research Report #740-03075 (Issued 10/19/1992), **The Effects of Gabapentin in the Water Wheel Behavioral Despair (WWBD) Test After 9 Days of Chronic Dosing** was reviewed.  Results of the study demonstrated that Neurontin did not affect wheel turning behavior and thus did not resemble the effect of known antidepressants in this procedure.

132.   In Research Report #770-00286 (Issued 3/7/1995), **The Anxiolytic and Antinociceptive Profiles of Gabapentin and the Reversal by *D*-Serine,** the study was performed to investigate the pharmacological profile of Gabapentin in animal models of anxiety and analgesia. Gabapentin was shown to produce anxiolytic-like effects in four animal models of anxiety (rat conflict test, mouse light/dark box, rat elevated X-maze and the marmoset human threat test).

133.   In Research Report #740-03253 (Issued 8/30/1995), **Evaluation of Gabapentin for Potential Anxiolytic Activity Using a Water Lick Conflict Test**,  Gabapentin was shown to have anxiolytic properties similar to that of a reference anxiolytic drug (chlordiazepoxide).

**PFIZER DEFENDANTS MARKETING PRACTICES FOR NEURONTIN**
**1994-1996**

134.    The regulatory-related events relating to Dr. David Franklin also began in 1996. Dr. Franklin began his four month employment with Pfizer Defendants as a Medical Liaison in 1996.  During that short time period, he witnessed a variety of events that prompted him to leave Pfizer Defendants and file a lawsuit under the False Claims Act for multiple illegal Neurontin marketing practices.  Several years later, Pfizer Defendants reached a global settlement with U.S. and state authorities for multiple illegal actions relating to Neurontin.  These settlement provisions included guilty pleas for violations of the Food Drug and Cosmetic Act. In particular, Pfizer Defendants (Warner Lambert) pled guilty to violations of Title 21 United States Code Sections 331(a), 331(d), 333(a), 352(f)(1) and 355.

135.    Pfizer Defendants had designed a corporate initiative to promote more than 30 lucrative off-label indications for Neurontin.  However, there were no plans to seek regulatory approvals for these claimed cases.  Rather, a publication strategy was developed to disseminate articles describing the benefits of Neurontin for these off label uses (*i.e.*, "create a drumbeat in the literature").[50]  This action was coupled with the employment of a wide network of paid healthcare professionals to publicly promote these off-label uses.

136.    Pfizer Defendants were well aware that the off label uses were not adequately studied for safety and efficacy.  In fact, many of the indications lacked a scientific rationale to even theoretically support the proposed use.  In some of the Pfizer-sponsored studies of off-label uses, Neurontin was shown to provide less clinical benefits than either placebo therapy or other available drug products.[51]

137.    Notwithstanding this dearth of supporting safety data, Pfizer Defendants required their representatives to promote extraordinarily high (and untested) doses of Neurontin for these off-label uses.  Although the product was only approved for daily doses ranging from 900 mg/day to 1800 mg/day, the representatives were told that management did not "want to see a single patient coming off Neurontin before they have been up to at least 4800 mg/day."[52]  Simultaneously, the management also noted they didn't want "to hear that safety crap either."[53]

138.    Importantly, Pfizer Defendants were already aware in 1996 of the increases in psychobiological adverse events associated with higher doses (Study 945-190; Section 3).[54]  These events would have been particularly concerning for the thousands of patients receiving gabapentin for the promoted off-label psychiatric uses including

---

[50] *See* WLC_FRANKLIN_0000087284-93

[51] *See* Pande AC, Crockatt JG, Janney CA *et al   Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Gabapentin Bipolar Disorder Study Group.*  Bipolar Disord, 2: 249-255.

[52] *See* Pfizer_JSu_0023289-0023314 at 0023303

[53] *See* Affidavit of David Franklin, Ph.D., dated May 19, 2003 at p5 (Exhibit to Relator's Opposition to Deft's Motion for Summary Judgment and Supporting Material, Untied States of America ex rel. David Franklin, v. Pfizer, Inc., and Parke-Davis a Division of Warner-Lambert Co.). *See also* Pfizer_JSu_0023289-0023314 at 0023303

[54] Study 945-190 (RR 744-00238) was a study entitled, "A multiple-dose, dose-proportionality study of Neurontin® (gabapentin; CI-945) capsules in healthy volunteers (Protocol 945-190-0).  The clinical trial dates encompassed January 23, 1995 through February 27, 1995.  Among the psychobiologic adverse events deemed associated with Neurontin included Depersonalization (9); Abnormal thinking (6); Euphoria (4); Hyperkinesia (3); Agitation (2); Nervousness (2); Confusion (1); Personality disorder (1).

bipolar depression, anxiety disorders, panic disorders, OCD, dementia, addictions, and many others.

**DECHALLENGE EVENTS ASSOCIATED WITH NEURONTIN 1994-1996**

139.    As noted in this discussion, Pfizer's off-label marketing actions are particularly concerning when the numbers of positive dechallenge events and the wide variety of gabapentin indications being assessed is considered.  As noted earlier, a positive dechallenge event refers to the partial or complete disappearance of an adverse event following the withdrawal of a product.  This can represent evidence that the drug under study was responsible for or associated with the adverse event.  A number of positive dechallenge events in patients experiencing psychobiological adverse events with gabapentin use were found.  This evidence further supports the association of gabapentin with psychobiological adverse events in patients receiving this therapy. Pfizer Defendants should have examined these events more closely to determine their relationship to gabapentin, particularly as the drug gained wide acceptance for use in non-indicated conditions such as bipolar disorder and neuropathic pain.[55]

140.    A more thorough examination of these positive dechallenge events, coupled with a review of the various adverse event databases discussed later in this report, should have alerted Pfizer Defendants to make changes to the gabapentin product labeling to reflect the large number of psychobiologic adverse events associated with this drug. Because the psychobiological events are believed to contribute to eventual suicide-related behavior, it is important to study this constellation of adverse events and not just isolated suicide events.

141.    The following summary of positive dechallenge data were obtained from the Pfizer Defendants' clinical research reports provided in the accompanying tabular summaries.  Interestingly, only two (2) of these events were considered "not related" to gabapentin by the clinical investigator.  The tables below list the individual events and the trials in which they occurred.

---

[55] Importantly,  21 CFR 201.57 (2007) provides that a product's "labeling must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established. A specific warning relating to a use not provided for under the "Indications and Usage" section may be required by FDA in accordance with sections 201(n) and 502(a) of the act if the drug is commonly prescribed for a disease or condition and such usage is associated with a clinically significant risk or hazard"(emphasis added). Given the circumstances of psychobiologic adverse events associated with Neurontin usage, and that there was widespread use of Neurontin for indications "not provided for under the 'Indications and Usage" section, the Pfizer Defendants should have revised the product's labeling appropriately.

**Positive Dechallenge Events Associated with Neurontin**
**(1994-1996)**

| ADVERSE EVENT | # POSITIVE DECHALLENGES |
|---|---|
| Hostility | 9 |
| Emotional Lability | 6 |
| Thinking Abnormal | 6 |
| Nervousness | 5 |
| Confusion | 5 |
| Hyperkinesia | 2 |
| Suicidal | 1 (Pediatric patient) |
| Personality Disorder | 1 |
| Agitation | 1 |
| Hypomania | 1 |
| Depression | 1 |
| Frustration | 1 |

### Positive Dechallenge Events Associated with Gabapentin Therapy
### (Pediatric Trials)

| Trial | Patient/ Center Number | Dose (mg/kg/day) (mg/day) | Adverse Event | Relationship | Outcome |
|---|---|---|---|---|---|
| **Epilepsy (Pediatric Trials)** | | | | | |
| 945-094 | 11/9 | 27.5 | Emotional lability | Possibly | Recovered |
| 945-094 | 1/27 | 27.6 | Hyperkinesia | Possibly | Recovered |
| 945-094 | 5/28 | 28.1 | Hyperkinesia | Probably | Recovered |
| | | | Emotional lability | Probably | Recovered |
| | | | Thinking abnormal | Probably | Recovered |
| 945-094 | 3/48 | 25.9 | Emotional lability | Possibly | Recovered |
| 945-094 | 2/11 | 1800 | Suicidal | Definitely Not | Recovered |
| | | | Hostility | Definitely Not | Recovered |
| 945-095 | 3/8 | 36.4 | Emotional lability | Possibly | Recovered |
| 945-095 | 2/24 | 34.0 | Emotional lability | Possibly | Recovered |
| 945-095 | 1/52 | 56.5 | Hostility | Possibly | Recovered |
| 945-87 | 1/3 | 31.0 | Emotional lability | Definitely | Recovered |
| 945-87 | 1/6 | Not given | Thinking abnormal | Probably | Recovered |
| | | | Hostility | Probably | Recovered |
| 945-87 | 2/6 | 28.0 | Nervousness | Definitely | Recovered |
| 945-87 | 6/6 | 30.0 | Personality disorder | Definitely | Recovered |
| | | | hostility | Definitely | Recovered |
| 945-87 | 2/21 | 30.0 | Confusion | Probably | Recovered |
| 945-187 | 7/29 | 26.0 | Hostility | Probably | Recovered |
| 945-86 | 7/16 | 20.0 | Thinking abnormal | Probably | Recovered |
| | | | Agitation | Probably | Recovered |
| | | | hostility | Probably | Recovered |
| 945-86 | 11/17 | 32.0 | Hostility | Definitely | Recovered |

**Positive Dechallenge Events Associated with Gabapentin Therapy**
**(*continued*)**
**Adult Epilepsy Trials (Monotherapy and Add-On) and Diabetic**
**Neuropathy**

| Trial | Patient/ Center Number | Dose (mg/kg/day) (mg/day) | Adverse Event | Relationship | Outcome |
|---|---|---|---|---|---|
| **Epilepsy (Monotherapy)** | | | | | |
| 945-83 | 5/8 | 1200 | Thinking abnormal | Possibly | Recovered |
| 945-83 | 7/10 | 3300 | Hypomania | Possibly | Recovered |
| 945-83 | 14/10 | 3600 | Hostility | Possibly | Recovered |
| 945-83 | 4/11 | 3600 | Depression | Probably | Recovered |
| | | | Nervousness | Probably | Recovered |
| | | | Hostility | Probably | Recovered |
| 945-82 | 1/10 | 2400 | Confusion | Possibly | Recovered |
| 945-82 | 5/19 | 2400 | Nervousness | Probably | Recovered |
| | | | Frustration | Probably | Recovered |
| | | | | | |
| **Epilepsy (Add-On Therapy)** | | | | | |
| 945-90 | 2/84 | Not given | Confusion | Probably | Recovered |
| 945-90 | 2/87 | Not given | Thinking abnormal | Definitely | Recovered |
| 945-90 | 3/172 | Not given | Nervousness | Possibly | Recovered |
| 945-90 | 2/182 | Not given | Confusion | Definitely | Recovered |
| 945-90 | 3/33 | Not given | Nervousness | Unlikely | Recovered |
| 945-90 | 1/43 | Not given | Confusion | Possibly | Recovered |
| | | | | | |
| **Diabetic Neuropathy** | | | | | |
| 945-210 | 4008/4 | 900 | Thinking abnormal | Possibly | Recovered |

89

## REGULATORY EVENTS 1994-1996

142.    A review of the Pfizer Defendants' databases and FDA records indicate there was only one minor label change between January 1993 and September 1996.  On November 14, 1994, Pfizer Defendants received approval for NDA Supplement 001, submitted on July 6, 1994.  This new labeling reflected a corrected incidence number for status epilepticus reports in the pre-marketing clinical studies (Warnings Section). Pfizer Defendants also submitted two CMC-related supplements that were not associated with any labeling revisions.  No new Neurontin indications or formulations were approved.

143.    There were several FDA communications and interactions relating to Neurontin promotional pieces during the time period of 1994-1996. These early letters primarily relate to FDA's concern with promotion of off-label uses and Pfizer's improper positioning of Neurontin relative to other antiepileptic agents.[56]  FDA's letter, dated July 18, 1996, clearly establishes FDA's concerns with the continued promotion of off-label uses and the use of company-solicited physician participation in teleconference series.[57]

---

[56] *See* WLC_FRANKLIN_0000053292-53300; X022545-555; WLC_FRANKLIN_0000038943-45; WLC_FRANKLIN_0000041293-96; WLC_FRANKLIN_0000041500-6; WLC_FRANKLIN_0000053306-9; WLC_FRANKLIN_0000041507-10.
[57] *See* WLC_FRANKLIN_0000053292-53300.

## CONCLUSIONS 1994-1996

144.    Gabapentin has been tested in several animal models of anxiety. In two of these studies, no antidepressant properties were demonstrated. In one published study, gabapentin was found to produce anxiolytic-like effects in 4 separate anxiety-producing paradigms (rat conflict test, mouse light/dark box, rat elevated X-maze and the marmoset human threat test). An additional study using the Water Lick Conflict Test demonstrated that gabapentin has anxiolytic properties similar to chlordiazepoxide, a reference anxiolytic.

145.    From these studies, the use of gabapentin in psychiatric indications is not warranted. Combined with clinical study and postmarketing reports of suicide, depression, aggression, hostility and other psychiatric events, administration of gabapentin to a population already at risk for these events was and remains an irresponsible course of action.

146.    As previously described in this report, Pfizer Defendants marketed Neurontin for a wide variety of lucrative off-label psychiatric uses during the aforementioned time period 1994 – 1996. Successful clinical trials were not available to the Pfizer Defendants prior to their off-label marketing initiatives. Rather, the Pfizer Defendants' plan was to create and promote these uses based on subsidized physician endorsements. Pfizer Defendants likely did not attempt to obtain the legally-required FDA pre-clearance for these uses because they knew that the fundamental benefit-risk assessments could not be established.

147.    The clinical benefits of Neurontin for these indications were not established with two well controlled clinical trials. In some instances, Pfizer Defendants generated no clinical data at all. In other instances, Pfizer Defendants attempted trials but found Neurontin did not provide as much clinical effectiveness as placebo therapy or other FDA-approved products.

148.    With respect to risks, the adverse event data generated in the initial marketing years did not support the high-selling psychiatric indications. As noted earlier, Pfizer Defendants were aware that Neurontin was associated with problematic psychobiologic events in both controlled trials and in post-marketing surveillance databases. These events included suicide, suicidal-related events, depression, nervousness, depersonalization, and many others. Obviously, these events should have precluded the use of Neurontin for the lucrative bipolar depression, anxiety, phobia, and other related psychiatric indications. Unfortunately, this did not occur.

149.    Clearly, Pfizer Defendants could not establish either the necessary benefit or risk parameters needed for these indications to be properly reviewed by FDA. As such, acceptable benefit-risk assessment would be impossible to achieve for these indications. Absent these assessments, Pfizer Defendants still elected to market Neurontin for psychiatric uses as well as a number of neuropathic pain conditions. Unfortunately, these decisions probably resulted in the startling numbers of post marketing psychiatric adverse events reported over the next several years.

150.    Pfizer Defendants failed to reasonably warn healthcare professionals of Neurontin's lack of efficacy, particularly pertaining to "off-label" psychiatric uses. With the presence or absence of Pfizer Defendants' illegal promotional scheme for

"off-label" uses, Pfizer Defendants knew of the widescale use of Neurontin for "off-label" psychiatric uses and should have reaosonably warned about its lack of efficacy.

151.   Pfizer Defendants did not amplify the adverse event data in their Neurontin professional labeling over the initial three years following market approval. As such, neither prescribers nor their patients were able to make fully informed decisions regarding the acceptability of Neurontin for its approved use as adjunctive anti-epileptic therapy.

152.   By late 1996, Pfizer Defendants should have included the growing numbers of new and previously recognized psychobiologic events.  The labeling should have specifically highlighted these data in the Warnings, Precautions and Postmarketing Adverse Event sections of the insert. Following launch, it is not acceptable to ignore new events or relegate escalating frequencies of previously reported events to the Adverse Events section relating to Controlled Clinical Trial Data. Physicians and patients often disregard or minimize this labeling section because it is perceived that the events included herein are restricted to the prelaunch experiences.

153.   It is clear from a review of sources during the above referenced time-frame (1994-1996) that there were a significant number of psychobiologic adverse events reported which were associated with the use of gabapentin.  The relationship of these psychobiological adverse events to gabapentin therapy is supported by numerous examples of positive dechallenge/rechallenge data and their occurrence in a number of postmarketing surveillance databases.  Further, in a number of placebo-controlled clinical trials, patients receiving gabapentin demonstrated higher rates of adverse events related to both the nervous system and psychobiological function.

154.   Regarding the occurrence of notably serious adverse events (such as those related to suicide), it is clear that Pfizer Defendants either chose to omit or misclassify certain events in order to avoid regulatory scrutiny.  This included the misclassification of several suicide-related events from the large STEPS trial and the failure to code an intentional overdose from an additional trial (945-083) as a suicide attempt.  While Pfizer Defendants did commission a perfunctory review of psychosis associated with gabapentin in May 1995 (*e.g.*, Michael Trimble report), this report concluded that gabapentin was not associated with the occurrence of psychosis in only a few specific cases.  This report however, failed to consider additional psychobiological events including those related to suicidal behavior (*i.e.*, suicidal thoughts, suicidal tendencies, intentional overdose, and completed suicide).

155.   A more thorough review of psychobiological adverse events should have been performed, and following this, appropriate changes should have been made to the product labeling to more adequately reflect the risks associated with gabapentin therapy.  This became particularly important during the time period reviewed in this section (1994-1996) as Pfizer Defendants illegally marketed off-label psychiatric indications for gabapentin in patient populations susceptible to psychobiologic adverse events (*i.e.*, those with various mood disorders).  The fact that patients and prescribers were not warned of these serious risks represents negligent behavior on the part of Pfizer Defendants.

156.   It is well-recognized that use of a drug product in multiple patient populations (especially non-labeled patient groups) complicates the determination of its safety. This mandates that pharmaceutical manufacturers maintain a rigorous evaluation of all safety signals, particularly serious adverse events related to suicide.  For example, one drug-induced serious adverse event occurring in patients receiving a drug for an off-label indication is new-onset seizures associated with the use of Gabitril®. Based

on 59 post-marketing reports, Cephalon, the manufacturer of Gabitril[®], warned patients and prescribers of this risk in a February 2005 Dear Dr. Letter.[58]  In the present case, despite numerous reports of suicide, suicide attempts and intentional overdoses, similar actions were not undertaken by Pfizer Defendants for instances of suicide attempt or completed suicide reported in patients taking Neurontin.

---

[58] *See* www.fda.gov/cder/drug/advisory/gabitril.htm, dated February 18, 2005, at which time FDA stated, "the Agency has become aware of reports of the occurrence of seizures in more than 30 patients prescribed Gabitril for conditions other than epilepsy.  Most of these uses were in patients with psychiatric illnesses.  Such so-called *off label* prescribing is a common practice among physicians.  Because of the risk of seizures, however, in addition to adding the Bolded Warning to product labeling, the sponsor has agreed to undertake an educational campaign targeted to healthcare professionals and patients in which such *off label* use will be discouraged".

## IV(c) Review of Psychobiological Adverse Events:
## October 1996 - May 2002

157.    This report will now address the time period from October 1996 through May 2002, with an emphasis on Pfizer Defendants' pursuit of the FDA approval for post herpetic neuralgia.  The Integrated Summary of Safety (ISS) document submitted by Pfizer Defendants in support of the gabapentin NDAs (21-397; 21-423; 21-424) for the treatment of post herpetic neuralgia is reviewed below.[59]

158.    The ISS document reviews patient safety information related to gabapentin use in five controlled neuropathic pain studies, two of which were pivotal studies in patients with post herpetic neuralgia.  In addition, this document reviews four other ongoing neuropathic pain studies, two clinical pharmacology studies and eight combination studies assessing gabapentin when administered with either naproxen or hydrocodone.  Of note, although Pfizer Defendants had hoped to secure an approval for the treatment of generalized neuropathic pain, this was denied by FDA (May 2001) due to insufficient data.  Subsequent to this, Pfizer Defendants submitted the noted three NDAs for the post herpetic neuralgia pain indication and these were approved by FDA on May 24, 2002.

159.    Finalized study data for the trials noted in the Pfizer Defendants' post herpetic neuralgia Integrated Summary of Safety (ISS) were reviewed.[60]  This was required as pertinent clinical trial records at the interim points in time selected by Pfizer Defendants could not be accessed.  In addition, additional studies not covered in the Pfizer Defendants' ISS, including those performed by Pfizer Defendants in epileptic patients, patients with migraine headache and several clinical pharmacology studies were reviewed.  These studies should have been included in the 2001 ISS document.  The most significant ISS changes, set forth below, correct Pfizer Defendants' less-than-complete presentation of all available safety data concerning self-injury and suicide-related events.  As such, the Pfizer Defendants' ISS Study Reviews were expanded to include all pertinent data relative to adverse psychobiologic events observed in patients receiving gabapentin.

160.    The Pfizer Defendants' ISS also focused its postmarketing safety review on events found to occur in 2% or more of the neuropathic pain patients and events for which Neurontin was the primary suspect medication.  Adverse events occurring in less than two percent of the patients or from other available databases were not provided in this document.  Given the suicide-related concerns evidenced prior to 2001, Pfizer Defendants should have provided an overview of all available data (especially life-threatening events) before expanding the indicated patient populations.  By arbitrarily limiting their overview of postmarketing events, Pfizer Defendants failed to provide patients a clear picture of the growing suicide risks.

161.    In order to address postmarketing safety data, an overview of all available databases is provided in this report.  These data have been compiled from multiple sources including the scientific literature, Periodic Safety Update Reports (PSURs), Annual Reports, Adverse Event Databases (including the Pfizer Defendants' internal database, World Health Organization, Spontaneous Reporting System/Adverse Events Reporting System (SRS/AERS) and other databases.

---

[59] It appears that Pfizer submitted 3 different NDAs for the post herpetic neuralgia indication and each NDA provided for a different oral dosage form (capsules, tablets, solution).
[60] *See* 720-30135

94

## PERIODIC SAFETY UPDATE REPORTS (PSURs)

162.     This section provides a review of psychobiologic adverse events including overdose and suicide-related behaviors in patients receiving gabapentin therapy and presented in PSURs prepared by Pfizer Defendants (Parke-Davis).  Eight PSUR documents were reviewed for patient adverse events occurring during the time period covered in this time-period review (October 1996 - May 2002).  In the tables below summaries of the suicide-related events and all other relevant psychobiologic events are provided.  The PSUR documents include cases of adverse events reported spontaneously to Pfizer Defendants, cases reported from healthcare providers, cases published in the medical literature and cases reported from clinical studies, regardless of causality.  The current timeline (October 1996 - May 2002) does not align precisely with the date of the PSURs reviewed for this report (January 1, 1997 – January 2003).  As such, psychobiologic adverse events occurring from October 1996 to December 1996 were reviewed and comments were made in the previous time period section.  In addition, psychobiologic adverse events were summarized from a 5 year PSUR document (February 1, 1998 to January 2003) although some of these events occurred after our imposed cutoff date of May 2002.

163.     The following table provides a listing of suicide-related adverse event terms found in PSUR documents during the subject reporting period.  These events began to appear consistently in PSUR documents starting in 2000 and early 2001 and culminated in large numbers of reports of suicide ideation (19), suicide attempt (14), and suicide (12) in the 5 year PSUR document (1998-2003).

164.     A review of the psychobiologic adverse event data from these PSUR documents reveals a number of interesting trends (Table below).  For example, the number of intentional overdoses more than doubles (from 5 reports to 12) in the 2000-2001 time period.  Other frequently-reported events in the semi-annual reports include confusion, hallucination, thinking abnormal, depression and anxiety.  In addition, data from the 1998-2003 PSUR indicate that nearly 27% of the 14,761 reported adverse events occurred either in the central and peripheral nervous system (14.6%) or were psychiatric-related events (12.0%).  Adverse events of note from this 5 year PSUR include a large number of intentional overdose events (422 – *see explanation below*), suicide (12 events), suicide ideation (19 events), suicide attempt (14 events), suicidal thoughts (3 events) and suicidal / suicidal tendency (6 total events).  There were also 84 reports of agitation, 57 reports of nervousness and 40 reports (or more) of psychosis, aggression, emotional lability, depersonalization and personality disorder.

### *Intentional Overdose Events*

165.     Pfizer Defendants discussed overdose cases in their PSUR documents (*i.e.*, see the 8/1/00 – 1/31/01 and 2/1/01 – 7/31/01 PSUR documents).  In addition, the 5 year PSUR provides a summary detailing the large number of overdose events (422 total) observed during this period.  This number does not coincide with the data provided in individual PSUR reports during this 5 year period.  Pfizer Defendants do note that their convention is to code both intentional overdose and drug maladministration when a patient is prescribed a dose higher than what is recommended in the US label (1800 mg/day).  However, it is not clear what types of overdose (*i.e.*, intentional, accidental) are included under this term.  Of these 422 cases Pfizer Defendants report, 297 were attributed either to another drug (other than gabapentin) or there was

no report of a daily dose in excess of the label recommendation. For these 297 reports, Pfizer Defendants performed no further analysis.

166.    Of the remaining 125 cases (124 of which were reported spontaneously), 116 were coded as intentional overdose. The following list provides a breakdown of the 125 cases Pfizer Defendants did not exclude:

- prescriptions for higher doses than the label recommendation (65 cases)

- overdoses involving gabapentin and at least one other medication (29 cases)

- overdoses of gabapentin alone (17 cases - 10 of which were "intentional")

- renally-impaired or dialysis patients (5 cases)

- cases not falling into the other four categories (9)

167.    Pfizer Defendants chose not to discuss in detail those intentional overdose events that appeared to be attempts at self-harm (*i.e.*, suicide attempts). These include 10 "intentional" overdoses of gabapentin alone as well as the 29 cases where another medication (besides gabapentin) was involved. Pfizer Defendants' discussion of overdose events emphasized the non-serious cases (*i.e.*, those where the event was attributed to another drug or there was no report of a daily dose in excess of the label recommendation). Pfizer Defendants deemphasized the intentional overdose events which may have represented some suicide attempts under the much larger number of non-serious overdoses.

## Suicide-related Adverse Events from PSUR's

| Adverse Event | 1/1/97-7/31/97 | 8/1/97-12/31/97 | 2/1/99-7/31/99[#] | 8/1/99-1/31/00 | 2/1/00-7/31/00 | 8/1/00-1/31/01 | 2/1/01-7/31/01 | 2/1/98-1/03[*] | Total |
|---|---|---|---|---|---|---|---|---|---|
| Intentional Overdose[&] | 1 | 0 | 1 | 4 | 5 | 12 | 11 | 372 | 406 |
| Suicide Attempt | 0 | 0 | 2 | 2 | 0 | 2 | 3 | 14 | 23 |
| Suicide Ideation | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 19 | 22 |
| Suicide | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 12 | 16 |
| Suicidal Thoughts | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 7 |
| Suicidal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 |
| Suicidal Tendency | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 |

[#] Psychobiologic adverse events for these PSURs represent cases occurring in the United States only.
[*] This PSUR covers 5 years (1998-2003) and includes adverse event reports listed previously in other PSUR's.
[&] These events are not necessarily suicide attempts.

97

# Psychobiologic Adverse Events from PSUR's

| Adverse Event | 1/1/97-7/31/97 | 8/1/97-12/31/97 | 2/1/99-7/31/99# | 8/1/99-1/31/00 | 2/1/00-7/31/00 | 8/1/00-1/31/01 | 2/1/01-7/31/01 | 2/1/98-1/03* | Total |
|---|---|---|---|---|---|---|---|---|---|
| Intentional Overdose& | 1 | 0 | 1 | 4 | 5 | 12 | 11 | **372** | 406 |
| Confusion | 3 | 2 | 4 | 6 | 8 | 10 | 8 | **97** | 138 |
| Hallucinations | 2 | 1 | 4 | 4 | 7 | 11 | 11 | **94** | 134 |
| Thinking Abnormal | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 119 | 132 |
| Depression | 1 | 0 | 5 | 4 | 7 | 10 | 13 | **84** | 124 |
| Anxiety | 0 | 0 | 6 | 2 | 4 | 5 | 3 | **93** | 113 |
| Withdrawal Syndrome | 0 | 2 | 7 | 6 | 10 | 15 | 2 | **76** | 118 |
| Agitation | 1 | 0 | 0 | 3 | 1 | 4 | 3 | **84** | 96 |
| Overdose | 0 | 0 | 1 | 3 | 2 | 3 | 26 | 42 | 77 |
| Nervousness | 0 | 1 | 2 | 3 | 0 | 4 | 8 | **57** | 75 |
| Psychosis | 0 | 0 | 1 | 2 | 2 | 4 | 4 | **40** | 63 |
| Aggression | 4 | 1 | 1 | 0 | 0 | 2 | 2 | **50** | 60 |
| Emotional Lability | 0 | 0 | 3 | 0 | 0 | 2 | 0 | **55** | 60 |
| Depersonalization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **56** | 56 |
| Manic Episodes | 0 | 0 | 0 | 0 | 0 | 0 | 5 | **42** | 47 |
| Personality Disorder | 0 | 0 | 0 | 0 | 1 | 0 | 0 | **39** | 40 |
| Mood Swings | 1 | 0 | 1 | 1 | 5 | 7 | 2 | 17 | 34 |
| Irritability | 1 | 1 | 2 | 0 | 2 | 0 | 2 | 19 | 27 |
| Dementia | 2 | 0 | 0 | 0 | 0 | 0 | 0 | **25** | 27 |
| Suicide Attempt | 0 | 0 | 2 | 2 | 0 | 2 | 3 | **14** | 23 |
| Neurosis | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **23** | 23 |
| Paranoia | 0 | 0 | 1 | 0 | 0 | 1 | 6 | **13** | 22 |
| Suicide Ideation | 0 | 0 | 0 | 1 | 1 | 1 | 0 | **19** | 22 |
| Delusion | 0 | 1 | 2 | 0 | 0 | 2 | 4 | **8** | 17 |
| Suicide | 1 | 0 | 0 | 0 | 1 | 1 | 1 | **12** | 16 |
| Hostility | 0 | 0 | 3 | 0 | 0 | 0 | 4 | 6 | 13 |

#Psychobiologic adverse events for these PSURs represent United States cases only.
*This PSUR includes adverse event reports listed previously in other PSUR's.  Numbers in bold taken from Pfizer Defendants' PSUR 'APPENDIX IIIa Summary' Tabulation of Adverse Events by WHO Body System and WHO-ART Preferred Adverse Event Term'
&These events are not necessarily suicide attempts.

98

# Psychobiologic Adverse Events from PSUR's *(continued)*

| Adverse Event | 1/1/97-7/31/97 | 8/1/97-12/31/97 | 2/1/99-7/31/99# | 8/1/99-1/31/00 | 2/1/00-7/31/00 | 8/1/00-1/31/01 | 2/1/01-7/31/01 | 2/1/98-1/03* | Total |
|---|---|---|---|---|---|---|---|---|---|
| Delirium | 1 | 0 | 0 | 1 | 2 | 1 | 0 | 4 | 10 |
| Anxious | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 6 | 9 |
| Psychotic Features | 0 | 0 | 0 | 1 | 0 | 0 | 3 | 4 | 8 |
| Suicidal Thoughts | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 7 |
| Anger | 1 | 0 | 0 | 1 | 0 | 2 | 0 | 2 | 6 |
| Post Traumatic Stress Disorder | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 2 | 5 |
| Behavioral Changes | 0 | 1 | 0 | 1 | 1 | 0 | 2 | 0 | 5 |
| Bipolar Symptoms | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 5 |
| Suicidal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 |
| Psychomotor Agitation | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 4 |
| Behavior Problems | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 |
| Abnormal Behavior | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 3 |
| Combative | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 3 |
| Violent Behavior | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 3 |
| Suicidal Tendency | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 |
| Mental Change | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| Psychiatric Diagnosis | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 2 |
| Homicidal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| Acute Psychotic Dysfunction | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Assaultive Behavior | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Confrontational | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Homicidal Ideation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Manic Depression | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Neurologic Deficit | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Psychotic Reaction | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Violent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |

#Psychobiologic adverse events for these PSURs represent cases occurring in the United States only.

*This PSUR includes adverse event reports listed previously in other PSUR's. Numbers in bold taken from Pfizer Defendants PSUR

`APPENDIX IIIa Summary Tabulation of Adverse Events by WHO Body System and WHO-ART Preferred Adverse Event Term`

ANNUAL REPORTS – PERIODIC ADVERSE EVENT REPORTS

168.    Neurontin is listed under multiple IND and NDA numbers and each of these are assigned to either a unique indication or a unique dosage form.  Using these IND and NDA numbers, the provided database was searched for all Quarterly and Annual Reports (including Periodic Adverse Event Reports) pertaining to gabapentin during the years from 1996 to 2002.  These reports were then evaluated for suicide-related and psychobiologic events. A total of 29 NDA Annual Reports (Periodic Adverse Event reports) were reviewed covering 3 separate NDA's (20-235, 7 reports; 20-882, 14 reports; 21-129, 8 reports).  In addition, 1 Annual Report for NDA 20-235 was found.  It was not possible to obtain a full complement of all Annual (or Quarterly, depending on approval date) Reports for every NDA and IND designation in the provided database.

169.    The NDA Report data demonstrate signals related to suicide events and to which Pfizer Defendants should have responded.  These include a 4-fold increase in suicide attempts from 1998 to 1999 and a doubling of suicide attempts from 2000 to 2001.  In addition, the number of intentional overdoses showed increases from 1999 through 2002.

170.    In addition, other adverse psychobiologic events were found in Pfizer Defendants' NDA Periodic and Adverse Event Reports.  Comparing data reported in 1998 to those reported in 2002 (for NDA 20-235), significant increases in the number of reports of thinking abnormal, depression, anxiety, emotional lability and agitation are observed.    These events further implicate gabapentin in a battery of psychobiologic adverse events and demonstrate that action should have been taken to strengthen the product labeling to warn patients of the risks associated with gabapentin.

## NDA Annual Report Documents

| NDA # | Date Range Reviewed | # Reports* | Description |
|---|---|---|---|
| 20-235 | 10/1/96 – 8/18/02 | 7 | Quarterly (1) + Annual Reports |
| 20-882 | 10/1/98 – 8/18/02 | 14 | Quarterly + Annual (1) Reports |
| 21-129 | 3/1/00 – 5/31/02 | 8 | Quarterly Reports |

* Periodic Adverse Event Reports (1 Annual Report was also reviewed)

# NDA Periodic Adverse Event Reports

## NDA 20-235

### Suicide-Related Adverse Events

| Event | 10/1/96-12/31/96 | 1/1/97-12/31/97[&] | 1/1/98-12/31/98 | 1/1/99-12/31/99 | 1/1/00-12/31/00 | 1/1/01-12/31/01 | 1/1/02-8/18/02 |
|---|---|---|---|---|---|---|---|
| Intentional Injury | 0[#] | - | 1 (0)* | 0 | 0 | 0 | 0 |
| Intentional Overdose | 0 | - | 0 | 3 (3) | 23 (7) | 61 (12) | 177 (61) |
| Suicidal Ideation | 0 | - | 0 | 0 | 0 | 0 | 3 (3) |
| Suicide Attempt | 0 | - | 1 (1) | 4 (3) | 4 (4) | 8 (7) | 2 (1) |
| Death by Suicide | 0 | - | 0 | 0 | 0 | 0 | 1 (1) |

[&] This Periodic Adverse Event Report was not found
[#] Total number of events presented in **bold** type
* Numbers in parentheses denote events coded as serious.

# NDA Periodic Adverse Event Reports *(continued)*

## NDA 20-882

### Suicide-Related Adverse Events

| Event | 10/1/98-12/31/98 | 1/1/99- 12/31/99[+] | 1/1/00- 12/31/00[+] | 1/1/01-9/30/01[+] | 10/01-8/18/02 |
|-------|-----------------|--------------------|--------------------|-------------------|---------------|
| Intentional Injury | 0[#] | 0 | 0 | 0 | 0 |
| Intentional Overdose | 0 | 0 | **1 (0)***  | **2 (0)** | 14 (5) |
| Suicidal Ideation | 0 | 0 | 0 | 0 | 0 |
| Suicide Attempt | 0 | 0 | 0 | 0 | 0 |
| Death by Suicide | 0 | 0 | 0 | 0 | 0 |

[+] Combined Quarterly Reports
[#] Total number of events presented in **bold** type
[*] Numbers in parentheses denote events coded as serious

## NDA 21-129

### Suicide-Related Adverse Events

**There were no reports of Intentional injury, Intentional overdose, Suicidal ideation, Suicide attempt, or death by suicide contained in Periodic Adverse Event Reports prepared under NDA 21-129 for the period March 1, 2000 through May 31, 2002.**

103

# NDA Periodic Adverse Event Reports

## NDA 20-235

### Psychobiologic Adverse Events

| Event | 10/1/96-12/31/96* | 1/1/97-12/31/97& | 1/1/98-12/31/98 | 1/1/99-12/31/99 | 1/1/00-12/31/00 | 1/1/01-12/31/01 | 1/1/02-8/18/02 |
|---|---|---|---|---|---|---|---|
| Thinking Abnormal | 6[#] (0)* | - | 26 (1) | 30 (4) | 57 (7) | 52 (10) | 53 (2) |
| Confusion | 1 (1) | - | 28 (4) | 31 (4) | 37 (2) | 59 (22) | 37 (8) |
| Depression | 2 (0) | - | 20 (6) | 19 (3) | 29 (0) | 52 (11) | 41 (5) |
| Anxiety | 3 (0) | - | 20 (2) | 25 (2) | 30 (2) | 46 (6) | 29 (1) |
| Nervousness | 1 (0) | - | 24 (0) | 22 (2) | 23 (2) | 33 (1) | 14 (0) |
| Emotional Lability | 1 (0) | - | 7 (1) | 14 (0) | 17 (1) | 21 (1) | 24 (0) |
| Hostility | 4 (0) | - | 13 (2) | 19 (0) | 14 (2) | 24 (2) | 16 (2) |
| Depersonalization | 1 (0) | - | 14 (0) | 8 (0) | 7 (0) | 26 (0) | 21 (0) |
| Personality Disorder | 2 (0) | - | 9 (3) | 19 (5) | 17 (2) | 15 (2) | 3 (0) |
| Hallucinations | 1 (0) | - | 10 (0) | 16 (4) | 0 | 15 (8) | 16 (5) |
| Agitation | 1 (0) | - | 2 (0) | 11 (2) | 7 (0) | 8 (2) | 25 (1) |
| Abnormal Dreams | 2 (0) | - | 3 (1) | 7 (0) | 10 (0) | 9 (1) | 3 (1) |
| Psychosis | 1 (0) | - | 4 (1) | 5 (3) | 6 (2) | 11 (4) | 6 (2) |
| Manic Reaction | 0 | - | 4 (1) | 9 (0) | 5 (3) | 13 (2) | 1 (1) |
| Euphoria | 1 (0) | - | 4 (0) | 5 (0) | 4 (0) | 4 (1) | 3 (0) |
| Paranoid Reaction | 1 (0) | - | 2 (0) | 2 (0) | 4 (0) | 9 (3) | 4 (4) |
| Apathy | 0 | - | 0 | 0 | 2 (1) | 6 (0) | 3 (0) |
| Manic Depressive Reaction | 0 | - | 1 (0) | 2 (2) | 0 | 2 (1) | 6 (0) |

& Unable to locate this Periodic Adverse Event Report
[#] Total number of events presented in **bold** type
* Numbers in parentheses denote events coded as serious.

**NDA Periodic Adverse Event Reports** (*continued*)

## NDA 20-882

### Psychobiologic Adverse Events

| Event | 10/1/98-12/31/98 | 1/1/99-12/31/99[+] | 1/1/00-12/31/00[+] | 1/1/01-9/30/01[+] | 10/1/01-8/18/02 |
|---|---|---|---|---|---|
| Depression | 0[#] | 0 | 2 (0)* | 1 (0) | 3 (0) |
| Anxiety | 0 | 0 | 0 | 1 (0) | 4 (0) |
| Agitation | 0 | 0 | 0 | 0 | 4 (0) |
| Depersonalization | 0 | 0 | 0 | 1 (0) | 2 (0) |
| Emotional Lability | 0 | 0 | 1 (0) | 0 | 2 (0) |
| Nervousness | 0 | 0 | 1 (0) | 1 (0) | 1 (0) |
| Confusion | 0 | 0 | 1 (0) | 0 | 1 (0) |
| Thinking Abnormal | 0 | 0 | 0 | 0 | 2 (0) |
| Hallucinations | 0 | 0 | 0 | 0 | 1 (1) |
| Hostility | 0 | 0 | 1 (0) | 0 | **0** |
| Personality Disorder | 0 | 0 | 0 | 0 | 1 (0) |

[+] Combined Quarterly Reports

[#] Total number of events presented in **bold** type

* Numbers in parentheses denote events coded as serious

105

# NDA Periodic Adverse Event Reports (*continued*)

## NDA 21-129

### Psychobiologic Adverse Events

| *Event* | 3/1/00-8/31/00[+] | 12/1/00-11/30/01[+] | 12/1/01-5/31/02[+] |
|---|---|---|---|
| Anxiety | 0[#] | 1 (0)* | 0 |
| Depression | 0 | 1 (0) | 0 |
| Emotional Lability | 0 | 1 (0) | 0 |
| Nervousness | 0 | 1 (0) | 0 |
| Personality Disorder | 0 | 1 (0) | 0 |

+ Combined Quarterly Reports

# Total number of events presented in **bold** type

* Numbers in parentheses denote events coded as serious

**INVESTIGATIONAL NEW DRUG (IND) ANNUAL REPORTS**

171.    This section provides an overview of adverse psychobiologic effects found in IND Annual Reports. Annual Reports were found for 5 separate INDs: 28,454 (6 reports); 52,719 (4 reports); 57,813 (3 reports); 60,622 (2 reports); and 63,994 (1 report). For IND reports, an overview of these events leading to withdrawal from clinical trials and a summary of all serious psychobiologic adverse events are provided.

172.    Suicide events were reported in the Annual Reports. One "completed suicide" and one instance of "suicidal" are noted, neither of which were considered related to gabapentin. Two instances of "suicidal ideation" were reported as being unlikely related to gabapentin. The one "suicide attempt" reported was definitely related to gabapentin. There were 2 suicide-related events (suicidal and suicidal ideation) in patients not receiving gabapentin. In addition, one patient committed suicide (the event was considered not related to study medication) but insufficient information was provided to determine whether this patient was taking gabapentin or placebo.

## IND Annual Reports

| IND # | Date Range Received | Total # Reports | Description |
|---|---|---|---|
| 28,454 | 7/2/96 - 8/18/02 | 6 | Annual Reports |
| 52,719 | 2/21/98 – 8/18/02 | 4 | Annual Reports (Missing 3/17/99 – 12/19/99) |
| 57,813 | 12/8/99 – 8/18/02 | 3 | Annual Reports |
| 60,622 | 5/2/00 – 8/18/02 | 2 | Annual Reports (Missing 5/2/01 – 7/16/01) |
| 63,994 | 2/17/02 – 8/18/02 | 1 | Annual Report |

## IND Annual Reports

## Suicide-Related Adverse Events

| Event | IND | Treatment | Annual Report Date Range |
|---|---|---|---|
| Intentional Overdose | 28,454 | GBP 2700 mg/day | 7/1/97-7/1/98 |
| Intentional Overdose | Unknown* | GBP 4500 mg/day | 5/2/00-5/1/01 |
| Suicidal Ideation[#] | 28,454 | No Treatment | 7/1/97-7/1/98 |
| Suicidal Ideation | 28,454 | GBP 34.4 mg/kg | 7/2/98-5/1/99 |
| Suicide Attempt | Unknown | GBP 4500 mg/day | 5/2/00-5/1/01 |
| Suicide | 28,454 | Blinded | 7/1/97-7/1/98 |

*The 2001-2002 Annual Report for gabapentin includes data from 4 separate INDs but does not specify under which IND the adverse event originated.

[#] This patient experienced suicidal ideation prior to being randomized to treatment.

173.    Data provided below include information on withdrawals due to psychobiologic adverse events (Section A) and serious psychobiologic adverse events (Section B).  These data are separated by year.  Of note, patients taking gabapentin withdrew due to a variety of psychobiologic adverse events, including emotional lability (7 patients) and hostility (3 patients).   A constellation of serious psychobiologic adverse events was also observed including reports of mania, hostility and agitation.  These types of events mirrored those observed in post-marketing adverse event databases and were further evidence of the growing numbers of psychobiologic adverse events occurring in gabapentin patients.

# Gabapentin Annual IND Reports

<u>1996-1997</u>

## A.    Withdrawals

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Emotional Lability (5) | Gabapentin | 28,454 |
| Acute Mania (2) | Gabapentin | 28,454 |
| Acute Mania (2) | Placebo | 28,454 |
| Depression (3) | Placebo | 28,454 |
| Dysphoric Mania (3) | Placebo | 28,454 |
| Hostility (3) | Gabapentin | 28,454 |
| Psychosis (2) | Gabapentin | 28,454 |
| Psychosis (1) | Placebo | 28,454 |
| Thinking Abnormal (2) | Gabapentin | 28,454 |
| Confusion (2) | Gabapentin | 28,454 |
| Nervousness (1) | Gabapentin | 28,454 |
| Nervousness (1) | Placebo | 28,454 |
| Anxiety (1) | Gabapentin | 28,454 |
| Anxiety (1) | Placebo | 28,454 |
| Agitation (1) | Gabapentin | 28,454 |
| Personality Disorder (1) | Gabapentin | 28,454 |
| Emotionally Upset (1) | Placebo | 28,454 |
| Manic Psychosis (1) | Placebo | 28,454 |
| Mania (1) | Placebo | 28,454 |

## Gabapentin Annual Reports *continued*

<u>1996-1997</u>

### B.   Serious Adverse Events

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Mania (2) | Gabapentin | 28,454 |
| Mania (4) | Placebo | 28,454 |
| Psychosis (1) | Gabapentin | 28,454 |
| Psychosis (2) | Placebo | 28,454 |
| Agitation (2) | Gabapentin | 28,454 |
| Depression (1) | Placebo | 28,454 |
| Hostility (1) | Gabapentin | 28,454 |
| Overdose (1) | Gabapentin | 28,454 |
| Suicidal (1) | Placebo | 28,454 |

<u>1997-1998</u>

### A.   Withdrawals

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Thinking Abnormal (3) | Gabapentin | 28,454, 52,719 |
| Thinking Abnormal (2) | Placebo | 28,454, 52,719 |
| Thinking Abnormal (1) | Unknown | 52,719 |
| Manic Reaction (4) | Placebo | 28,454 |
| Emotional Lability (2) | Gabapentin | 28,454 |
| Confusion (1) | Gabapentin | 52,719 |
| Confusion (1) | Placebo | 28,454 |
| Anxiety (1) | Gabapentin | 52,719 |
| Personality Disorder (1) | Gabapentin | 52,719 |

# Gabapentin Annual Reports *continued*

<u>1997-1998</u>

## B.    Serious Adverse Events

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Depression (2) | Gabapentin | 28,454 |
| Overdose (1) | Gabapentin | 28,454 |
| Overdose (1) | Placebo | 28,454 |
| Overdose (intentional) (1) | Gabapentin | 28,454 |
| Anxiety (1) | Gabapentin | 28,454 |
| Psychotic Episode (1) | Gabapentin | 28,454 |
| Acute Mania with Psychotic Features (1) | Placebo | 28,454 |
| Dysphoric Mania (1) | Placebo | 28,454 |
| Suicidal Ideation (1) | Placebo | 28,454 |
| Suicide (1) | Blinded | 28,454 |

111

<u>1998-1999</u>

## A.    Withdrawals

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Thinking Abnormal (1) | Gabapentin | 52,719 |

## B.    Serious Adverse Events

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Explosive Aggressive Behavior (1) | Gabapentin | 28,454 |
| Suicide Ideation (1) | Gabapentin | 28,454 |
| Overdose (1) | Placebo | 28,454 |

## Gabapentin Annual Reports *continued*

<u>1999-2000</u>

## A.    Withdrawals

**No withdrawals due to psychobiologic adverse events**

## B.    Serious Adverse Events

**No Serious Psychobiologic Adverse Events reported**

<u>2000-2001</u>

## A.    Withdrawals

| Event | Treatment | IND # |
|---|---|---|
| Aggressive Behavior (1) | Gabapentin | 57,813 |
| Behavior Change (1) | Gabapentin | 57,813 |
| Behavior Problems (1) | Gabapentin | 57,813 |
| Severe Irritability (1) | Gabapentin | 57,813 |
| Anxiousness (1) | Placebo | 60,622 |

## B.    Serious Adverse Events

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Intentional Overdose (1) | Gabapentin | Unknown |
| Suicide Attempt (1) | Gabapentin | Unknown |

## Gabapentin Annual Reports *continued*

<u>2001-2002</u>

## A.     Withdrawals

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Confusion (1) | Gabapentin | 63,994 |
| Emotional Lability (1) | Gabapentin | 57,813 |
| Hostility (1) | Gabapentin | 57,813 |
| Nervousness (1) | Gabapentin | 57,813 |

## B.     Serious Adverse Events

| Event (Frequency) | Treatment | IND # |
|---|---|---|
| Agitation (2) | Gabapentin | 28,454 |
| Confusion (1) | Gabapentin | 63,994 |

114

## SPONTANEOUS REPORTING SYSTEM (SRS) / ADVERSE EVENT REPORTING SYSTEM (AERS)

174.    Adverse psychobiologic events occurring in individuals receiving gabapentin and reported to the Spontaneous Reporting System (SRS) / Adverse Event Reporting System (AERS) database were analyzed.  A number of signals associated with suicide-related events were apparent during the time period reviewed.  These include a significant number of cumulative suicide attempts in 1996 (8 reports) and a steady increase thereafter.  By the end of 2002, this number had increased to 73 reports.  In a similar manner, suicide ideation reports steadily increased from 1 event (through the end of 1997) to 15 events in 1999.  At the end of 2002, 55 reports were found in the database.  Completed suicides began to appear in the database in 1999 (3 reports) and by 2002, the number of reports had increased by a factor of 9 (to 27).

175.    Notable increases were also observed in the SRS/AERS database for the numbers of aggression, anxiety, agitation, depersonalization and depression events from 1996 to 2002.  These events, coupled with the suicide-related events and the constellation of other adverse psychobiologic events found in the SRS/AERS database, should have alerted Pfizer Defendants to the serious risks associated with gabapentin and prompted them to perform necessary amplifications of the gabapentin product labeling.  This was particularly important during the period under review as gabapentin was being used increasingly for indications for which it was not approved, including for a number of mood disorders.  These patient populations are obviously considered more at risk for suicide-related events.[61]  As such, a full explanation of the (purported) benefits and risks associated with the uses of gabapentin should have been given to these patients.

---

[61] Khan *et al.*, 2002.

115

## Suicide-related events from the SRS/AERS Database (1996–2002)

| Costart Term | 1996 Q4 | | 1997 Q4 | | 1998 Q4 | | 1999 Q4 | | 2000 Q4 | | 2001 Q4 | | 2002 Q4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reports[#] | % | Reports | % | Reports | % | Reports | % | Reports | % | Reports | % | Reports | % |
| Completed suicide | | | | | | | 3 | 0.12 | 8 | 0.21 | 22 | 0.39 | 27 | 0.42 |
| Suicide attempt | 8 | 1.21 | 10 | 1.16 | 12 | 0.84 | 25 | 1.02 | 43 | 1.14 | 63 | 1.10 | 73 | 1.13 |
| Suicidal ideation | | | 1 | 0.12 | 3 | 0.21 | 15 | 0.61 | 29 | 0.77 | 44 | 0.77 | 55 | 0.85 |

[#]Reports are cumulative and represent numbers received through the fourth quarter for each year.

116

# Psychobiologic Adverse Events from the SRS/AERS Database
# (1996-1999)

### Gabapentin AERS / SRS Psychobiologic Adverse Event Data (1996 – 1999)

| Costart Term | 1996 Q4 Reports[*] | Pct | 1997 Q4 Reports | Pct | 1998 Q4 Reports | Pct | 1999 Q4 Reports | Pct |
|---|---|---|---|---|---|---|---|---|
| Abnormal Dreams | 1 | 0.15% | 1 | 0.12% | 2 | 0.14% | 4 | 0.16% |
| Affect lability | 4 | 0.60% | 6 | 0.69% | 6 | 0.42% | 6 | 0.25% |
| Aggression | | | | | 3 | 0.21% | 18 | 0.74% |
| Agitation | 8 | 1.21% | 10 | 1.16% | 14 | 0.99% | 33 | 1.35% |
| Anxiety | 4 | 0.60% | 4 | 0.46% | 10 | 0.70% | 28 | 1.15% |
| **Completed suicide** | | | | | | | **3** | **0.12%** |
| Confusional state | 18 | 2.72% | 26 | 3.01% | 44 | 3.10% | 83 | 3.40% |
| Delirium | 3 | 0.45% | 6 | 0.69% | 12 | 0.84% | 18 | 0.74% |
| Delusion | 1 | 0.15% | 1 | 0.12% | 2 | 0.14% | 4 | 0.16% |
| Depersonalization | 1 | 0.15% | 1 | 0.12% | 3 | 0.21% | 7 | 0.29% |
| Depression | 10 | 1.51% | 11 | 1.27% | 25 | 1.76% | 51 | 2.09% |
| Hallucination | 10 | 1.51% | 15 | 1.73% | 24 | 1.69% | 35 | 1.43% |
| Hostility | 15 | 2.27% | 18 | 2.08% | 22 | 1.55% | 27 | 1.11% |
| Intentional self-injury | | | | | | | | |
| Major depression | 2 | 0.30% | 2 | 0.23% | 2 | 0.14% | 5 | 0.20% |
| Nervousness | 5 | 0.76% | 6 | 0.69% | 14 | 0.99% | 23 | 0.94% |
| Overdose | 10 | 1.51% | 16 | 1.85% | 23 | 1.62% | 37 | 1.51% |
| Paranoia | 4 | 0.60% | 5 | 0.58% | 7 | 0.49% | 8 | 0.33% |
| Personality disorder | 7 | 1.06% | 7 | 0.81% | 9 | 0.63% | 13 | 0.53% |
| Psychotic disorder | 12 | 1.81% | 12 | 1.39% | 21 | 1.48% | 29 | 1.19% |
| **Suicidal ideation** | | | **1** | **0.12%** | **3** | **0.21%** | **15** | **0.61%** |
| **Suicide attempt** | **8** | **1.21%** | **10** | **1.16%** | **12** | **0.84%** | **25** | **1.02%** |
| Thinking abnormal | 9 | 1.36% | 11 | 1.27% | 13 | 0.91% | 22 | 0.90% |
| Death | 18 | 2.72% | 18 | 2.08% | 21 | 1.48% | 26 | 1.06% |

[*] Numbers represent cumulative reports

117

## Psychobiologic Adverse Events from the SRS/AERS Database (2000-2002)

| Gabapentin AERS Psychobiologic Adverse Event Data (2000 – 2002) | | | | | | |
|---|---|---|---|---|---|---|
| | | **2000 Q4** | | **2001 Q4** | | **2002 Q4** |
| **Costart Term** | **Reports**[*] | **Pct** | **Reports** | **Pct** | **Reports** | **Pct** |
| Abnormal Dreams | 10 | 0.26% | 13 | 0.23% | 13 | 0.20% |
| Affect lability | 6 | 0.16% | 6 | 0.11% | 6 | 0.09% |
| Aggression | 24 | 0.63% | 37 | 0.65% | 45 | 0.70% |
| Agitation | 48 | 1.27% | 68 | 1.19% | 81 | 1.26% |
| Anxiety | 53 | 1.40% | 92 | 1.61% | 117 | 1.82% |
| Apathy | 3 | 0.08% | 5 | 0.09% | 5 | 0.08% |
| **Completed suicide** | **8** | **0.21%** | **22** | **0.39%** | **27** | **0.42%** |
| Confusional state | 132 | 3.49% | 205 | 3.59% | 246 | 3.82% |
| Delirium | 24 | 0.63% | 35 | 0.61% | 41 | 0.64% |
| Delusion | 11 | 0.29% | 15 | 0.26% | 18 | 0.28% |
| Depersonalization | 9 | 0.24% | 12 | 0.21% | 12 | 0.19% |
| Depression | 92 | 2.43% | 145 | 2.54% | 186 | 2.89% |
| Hallucination | 52 | 1.37% | 76 | 1.33% | 86 | 1.33% |
| Hostility | 33 | 0.87% | 39 | 0.68% | 40 | 0.62% |
| Intentional self-injury | 2 | 0.05% | 3 | 0.05% | 4 | 0.01% |
| Major depression | 7 | 0.18% | 9 | 0.16% | 9 | 0.14% |
| Nervousness | 40 | 1.06% | 56 | 0.98% | 58 | 0.90% |
| Overdose | 62 | 1.64% | 96 | 1.68% | 130 | 2.02% |
| Paranoia | 14 | 0.37% | 25 | 0.44% | 26 | 0.40% |
| Personality disorder | 13 | 0.34% | 13 | 0.23% | 13 | 0.20% |
| Psychotic disorder | 39 | 1.03% | 55 | 0.96% | 66 | 1.02% |
| **Suicidal ideation** | **29** | **0.77%** | **44** | **0.77%** | **55** | **0.85%** |
| **Suicide attempt** | **43** | **1.14%** | **63** | **1.10%** | **73** | **1.13%** |
| Thinking abnormal | 26 | 0.69% | 41 | 0.72% | 46 | 0.71% |
| Death | 32 | 0.85% | 60 | 1.05% | 93 | 1.44% |

[*] Numbers represent cumulative reports

## PFIZER DEFENDANTS' INTERNAL ADVERSE EVENT DATABASE

176.    The internal adverse event database compiled by Pfizer Defendants to monitor adverse events reported to the company through various sources was reviewed. A review of the top 25 adverse events reported to this internal database (from 1996 through 2002) reveals a large number of intentional overdose events. Although some of these events may also include off-label use of a higher than approved dose of gabapentin, Pfizer Defendants also knew of suicide attempts from clinical trials (reviewed in previous sections of this report) and another safety alert database contained significant numbers of suicide attempts by 1997 (SRS/AERS). Thus, they had a responsibility to incorporate stronger self-injury, suicide-related warnings into the gabapentin labeling. In addition, depression ranks consistently in the top 10 events from 1996 through 1999.

177.    Pfizer Defendants did update the gabapentin product label in 1997 to include the following terms under the heading **Post-introduction Reports**: erythema multiforme, Stevens Johnson Syndrome and elevated liver function tests. In the Pfizer Defendants internal database at the end of 1997, there were 3 reports of erythema multiforme, 4 reports of Stevens Johnson Syndrome and 6 reports of liver function tests abnormal. In contrast, there were 7 reports of suicidal ideation, 5 reports of suicide attempt and 1 report of a completed suicide. Why Pfizer Defendants chose to focus only on these adverse events and ignore other life-threatening and even fatal adverse events is concerning.

178.    In 1998, the **Post-introduction Reports** section of the gabapentin labeling was replaced with a section titled **Postmarketing and Other Experience.** The following terms were added, following an examination of the Pfizer Defendants internal database, to those already present in the previous label (note that the number of cumulative reports present in the Pfizer Defendants internal database is provided in parentheses): angioedema (1), blood glucose fluctuation (0), fever (0), and jaundice (3). A review of this database revealed that similar label changes should have been made for suicide-related events during this same time period. The corresponding numbers for suicide attempt and suicidal ideation in Pfizer's internal database during this time were 7 and 11.

179.    This particular label change represented yet another opportunity for Pfizer Defendants to update their gabapentin product labeling to warn patients and prescribers of the risks associated with this product. The presence of the terms "suicidal" and "suicide gesture" under adverse events observed in clinical trials did not (and does not) adequately inform patients of the postmarketing risks associated with gabapentin use.[62] At a minimum, these suicide-related terms should have been included in the Post-marketing and Other Experience section of the label. These analyses were corroborated on May 3, 2006, when FDA approved a labeling supplement noting reports of suicide attempts and completed suicide in patients taking gabapentin in clinical trials.[63]

---

[62] As previously set forth in this report, in the absence of the product labeling specifically referencing "suicide" and "suicide attempt", these adverse events are to be considered unexpected and unlabeled. *See* 21 CFR 314.80(a): "Unexpected adverse drug experience. Any adverse drug experience that is not listed in the current labeling for the drug product. This includes events that may be symptomatically and pathophysiologically related to an event listed in the labeling, but differ from the event because of greater severity or specificity." For example, "Suicide attempt" is a term more specific --- and arguably even of greater severity --- than "suicidal" or "suicidal gesture". Prior to the 2005/2006 labeling change, Pfizer Defendants submitted suicide reports as unlabeled adverse events.

[63] *See* Correspondence dated May 3, 2006 from Russel Katz, MD (FDA, Dir. of Neurology Products CDER). The correspondences approved the "Changes Being Effected" supplemental new drug applications that "provide[d] for revisions of suicide-related adverse event terms under the subheading **Other Adverse Events Observed During All Clinical Trials** and an update to the number of patients exposed to Neurontin in add-on Epilepsy trials."