*GABAPENTIN - UNITED STATES REGULATORY EVENTS*

236.   The following events comprise an overview of pertinent regulatory events occurring during the period under review in this section of the report (June 2002 – August 2006).   Please note that this is not an all-inclusive list of regulatory events during the current period and does not include events already covered in earlier sections of this document.   During this period, Pfizer Defendants also received marketing approval for Lyrica (pregabalin), a product similar to gabapentin.   Interestingly, the Lyrica product label included the terms suicide and suicide attempt at product launch, reflecting the occurrence of 1 and 3 events for each respective term.

237.   Over-The-Counter Indication – Sleep Quality 2000-2003. Pfizer Defendants have pursued an over-the-counter (OTC) indication for gabapentin in the enhancement of sleep quality during the current period under study in this section.[101]   In July 2000, Pfizer Defendants submitted an IND (60,622) for this indication and have met with FDA (October 2000, January 2003) to discuss clinical protocols and review information.   FDA has never been opposed to Pfizer Defendants pursuing an OTC indication, but has indicated that this is a unique situation as there is no large existing prescription database for gabapentin in this indication.[102]   FDA has informed Pfizer Defendants that safety is an issue for OTC products and that adverse events listed in the gabapentin label would need to be evaluated carefully.   Pfizer Defendants had hoped to use safety data obtained in epileptic patients as support for the OTC indication.   However, FDA noted that additional data in the indicated population would be required and felt that the biggest question was related to safety.   Indeed, FDA recognized serious adverse event reports in the epilepsy population that caused concern (it was not stated what these events were) and they were not convinced the product was "OTC-able".   FDA also stated that the risks needed to be weighed against the minimal benefits to be gained.[103]

238.   United States Food and Drug Administration (August 12, 2002).   On June 14, 2002, Pfizer Defendants requested FDA (Division of Drug Marketing, Advertising and Communications, DDMAC) comments on gabapentin promotional materials.[104]   The response by DDMAC included general comments that the promotional items overstated the efficacy of gabapentin, minimized risk information, included misleading dosage information, implied superiority claims not supported by substantial evidence, described a misleading mechanism of action, and included misleading information about the marketing experience of gabapentin.[105]

239.   Potential for Drug Abuse with Gabapentin: A Post-Marketing Safety Analysis (August 16, 2002).   This internal Pfizer Defendant document reviews events of drug dependence, addiction, and euphoria reported to the Pfizer Defendants' (internal) postmarketing database through a cutoff date of June 20, 2001.[106]   Sixty cases were identified and evaluated (36 euphoria, 24 drug dependence or addiction), representing 0.6% of all cases entered during the same time interval.   Sixteen of the 24 drug dependence or addiction cases were excluded for various reasons.   Of the 8 non-excluded cases, 5 were listed as drug-abuse/addiction; 2 were listed as drug seeking behavior; and 1 described gabapentin use to relieve cocaine withdrawal effects.   All 8 cases were classified as serious and 2 patients required hospitalization.   Thirty-six cases of euphoria were noted.   In the majority of cases, euphoria was accompanied by additional unspecified neuropsychiatric effects.   Of note, euphoria

---

[101] *See* IND60622_MISC_002_0011-24
[102] *See* IND60622_MISC_002_0011-24
[103] *See* IND60622_MISC_002_0011-24
[104] *See* Pfizer_LCastro_0073128-32
[105] *See* Pfizer_LCastro_0073128-32
[106] *See* Pfizer_LCastro_0065672

was often reported to occur shortly after commencing gabapentin (immediately or almost immediately in 3 cases).

240.   Approval of Pregabalin (Lyrica) (December 30, 2004). Lyrica was approved for the treatment of neuropathic pain associated with diabetic peripheral neuropathy (see attached letter). In the initial product label, Pfizer Defendants included the terms suicide and suicide attempt to reflect, respectively, a single completed suicide and three suicide attempts. This is in contrast to the initial gabapentin label which included only the terms "suicide gesture" and "suicidal" despite receiving reports of completed suicide and suicide attempt prior to approval in December 1993. Had Pfizer Defendants (Parke-Davis) chosen to provide a more complete label for gabapentin either at or soon after product launch, the more susceptible patient populations and their prescribers would have known of these serious risks. Unfortunately, the recent label changes incorporated by Pfizer Defendants to the gabapentin label occurred only following initiation by the FDA and do not adequately convey the extent of suicide-related behavior occurring in patients receiving the drug outside of a clinical study.

241.   Zoloft DDMAC Letter (May 6, 2005). Pfizer Defendants received a DDMAC letter concerning the omission of "*important information relating to the risk of suicidality in patients taking Zoloft*" from a print advertisement.[107] FDA noted that this omission was particularly concerning as "*it fails to include a serious risk associated with the drug*" and that it "*fails to reveal material facts with respect to consequences that may result from use of Zoloft.*" Thus, Pfizer Defendants once again demonstrated an unwillingness to share all risk/benefit information with patients and prescribers. Similar to the situation observed with gabapentin, patients taking Zoloft are at increased risk for drug-induced adverse psychobiologic events, a situation which requires that all risk information be adequately conveyed.

242.   Gabapentin Label Change (Inclusion of "suicide" and "suicide attempt") (May 2006). Following an FDA request to identify completed suicides and suicide-related events in gabapentin clinical trials and their internal adverse event database, Pfizer Defendants received approval for their "Changes Being Effected" supplemental new drug applications in May 2006[108]. The applications were submitted on December 21, 2005, and provided for the inclusion of the terms "suicide" and "suicide attempt" in the Adverse Reactions section of the label.[109] Despite numerous postmarketing suicide-related events reported to their internal database as well as the US AERS database, Pfizer Defendants chose not to amend the postmarketing section of the label.

---

[107] Letter from Kay Chitale (DDMAC) to Mojgan Moghadassi (Pfizer); May 6, 2005

[108] Letter from Russell Katz, MD (FDA) to Mary Ann Evertsz (Pfizer); May 3, 2006

[109] Such language should have been added to the post-marketing safety section of the package insert as well, and this was a feasible option for Defendants. *See* Deposition of Manfred Hauben (Med. Director of Risk Management Strategy for Pfizer), July 12, 2007, pp 160-161, where in response to inquiry regarding whether to recommend implementing a Dear Doctor or Dear Healthcare Professional letter if information during post-marketing safety surveillance demonstrated changes to the risk-benefit profile of a drug, witness Hauben explained, in part, "there are various instruments or mechanisms or, you know, procedures that you do, depending on the scenario. And of course, that could range from adding an event to the adverse event section of the label. It could, in some instances, it's rather rare, sending out a Dear Doctor letter, or something in between. . . ."

## PFIZER DEFENDANTS INTERNAL ADVERSE EVENT DATABASE

243.    The internal adverse event database compiled by Pfizer Defendants to monitor adverse events reported to the company through various sources was reviewed.  The table below provides an overview of suicide-related events and intentional overdoses reported to the Pfizer Defendants internal database between 2002 and 2005.  Of note, the numbers of cases of completed suicide and suicide attempt provided in the table below are consistent with numbers reported (through March 31, 2004) by Pfizer Defendants in their September 2004 submission to FDA.  As such, at the end of 2003 there were 33 cases of suicide reported to the database; Pfizer Defendants reported 35 through March 31, 2004.  Similarly, there were 62 cases of suicide attempt through the end of 2003 and Pfizer Defendants reported 73 cases as of March 31, 2004.

244.    Pfizer Defendants should have recognized the growing numbers of suicide attempts and completed suicides that continued to accumulate in their internal database.  Between 2002 and 2003 reports of both events more than doubled, a finding which should have prompted a thorough review of these events and resulted in the necessary changes to the product label reflecting the suicidal behaviors.  A similar trend was observed for both events during 2003-2004; unfortunately it was not until FDA requested an analysis of all of the suicide-related events that Pfizer Defendants undertook a complete analysis of these events.

245.    Pfizer Defendants attempted to minimize these numbers by noting the elevated rates of suicide in a number of different patient populations treated with gabapentin (epilepsy, bipolar, neuropathic pain, etc.).  They also noted that these numbers represented a small percentage of the total adverse events reported to the adverse event database.  However, these rationalizations have been previously criticized by FDA as inadequate and not applicable for suicide-related events.[110]

---

[110] Alert for Healthcare Professionals: Isotretinoin (marked as Accutane), FDA; November 2005

**Pfizer Defendants' Internal Database – Suicide-Related Terms (2002-2005)**

### Completed Suicide

| Quarter | Reports | Cumulative | Cumulative Reports | Pct Total |
|---|---|---|---|---|
| 2002 Q4 | 9 | 14 | 3604 | 0.39% |
| 2003 Q4 | 1 | 33 | 4779 | 0.69% |
| 2004 Q4 | 13 | 68 | 6269 | 1.08% |
| 2005 Q4 | 0 | 76 | 6419 | 1.18% |

### Suicide Attempt

| Quarter | Reports | Cumulative | Cumulative Reports | Pct Total |
|---|---|---|---|---|
| 2002 Q4 | 1 | 29 | 3604 | 0.80% |
| 2003 Q4 | 15 | 62 | 4779 | 1.30% |
| 2004 Q4 | 16 | 118 | 6269 | 1.88% |
| 2005 Q4 | 0 | 127 | 6419 | 1.98% |

### Suicidal Ideation

| Quarter | Reports | Cumulative | Cumulative Reports | Pct Total |
|---|---|---|---|---|
| 2002 Q4 | 4 | 29 | 3604 | 0.80% |
| 2003 Q4 | 20 | 56 | 4779 | 1.17% |
| 2004 Q4 | 16 | 117 | 6269 | 1.87% |
| 2005 Q4 | 0 | 128 | 6419 | 1.99% |

### Intentional Overdose

| Quarter | Reports | Cumulative | Cumulative Reports | Pct Total |
|---|---|---|---|---|
| 2002 Q4 | 33 | 291 | 3604 | 8.07% |
| 2003 Q4 | 40 | 428 | 4779 | 8.96% |
| 2004 Q4 | 0 | 513 | 6268 | 8.18% |
| 2005 Q4 | 0 | 515 | 6419 | 8.02% |

246.   Periodic Safety Update Reports (PSUR):   Below is an overview of suicide-related adverse events (completed suicide, attempted suicide) found in a gabapentin PSUR covering the period from February 1, 2003 through January 31, 2004.[111]   The PSUR documents include cases of adverse events reported spontaneously to Pfizer Defendants, cases reported from healthcare providers, cases published in the medical literature and cases reported from clinical studies, regardless of causality.   Many of the cases noted below were published in the medical literature.    A search of the database for additional PSUR documents was unsuccessful.

247.   Gabapentin was listed as the sole suspect agent in a total of 6 completed suicides and 15 suicide attempts.   In addition, there was one case of intentional self-injury where gabapentin was considered the sole suspect agent.    Twelve cases of completed suicide and 7 cases of attempted suicide listed gabapentin as a co-ingestant.    Note that on Page 5 of the PSUR document (under a section titled Death), 18 completed suicides are noted.   Very limited information is provided about these cases.   The 5 year PSUR document (reviewed previously) listed 12 and 14 cases of suicide and suicide attempt, respectively.   These cases represent additional evidence that completed and attempted suicides continued to accumulate in postmarketing databases.   Pfizer Defendants should have noted these events and taken the necessary steps to adequately warn patients and prescribers of the risks associated with gabapentin.   As discussed in previous sections of this report, these changes should have included strengthened labeling language related to the suicide events.

---

[111] Pfizer_PSUR_0003596

# Gabapentin Suicide-Related Events

## February 1, 2003 - January 31, 2004 PSUR

### Gabapentin as the Sole Suspect Agent

## Completed Suicide    (6)

| Patient ID | Age/Sex |
|---|---|
| **2003013657**[1] | Unk |
| **2003013658** | Unk |
| *2003016394*[2] | 54 Unk |
| 2003017239 | Unk M |
| 2003113340 | 73 M |
| 2004002253 | Unk |

## Suicide Attempt    (15)

| Patient ID | Age/Sex |
|---|---|
| **2003013675** | Unk |
| **2003013665** | Unk |
| **2003013666** | Unk |
| **2003013667** | Unk |
| **2003013668** | Unk |
| **2003013669** | Unk |
| **2003013670** | Unk |
| **2003013671** | Unk |
| **2003013672** | Unk |
| **2003013673** | Unk |
| **2003013674** | Unk |
| 2003018800 | 76 F |
| 2003009454 | 45 M |
| 2003118178 | 65 F |
| (Intentional Self-Injury) | |
| 2003030526 | Unk F |

165

[1] Cases in **bold** were reported in the Journal of Toxicology and Clinical Toxicology (2003), 41(1):11-15.
[2] Cases in italics were reported in the American Journal of Emergency Medicine (2001), 19(5): 337-395 or (2003), 21(5): 353-421.

# Gabapentin Suicide-Related Events

## February 1, 2003 - January 31, 2004 PSUR

### Gabapentin Listed with Co-Ingestants

| Completed Suicide | (12) | Suicide Attempt | (7) |
|---|---|---|---|
| **Patient ID** | **Age/Sex** | **Patient ID** | **Age/Sex** |
| 2003016387[2] | 52 Unk | 2003115804 | 52 F |
| 2003016395 | 19 Unk | 2003116563 | 28 F |
| 2003016396 | 36 Unk | 2003119634 | Unk F |
| 2003016397 | 54 Unk | 2004001909 | 48 F |
| 2003016399 | 11 F | 2003041397 | Unk |
| 2003016415 | 21 Unk | **2003006078**[1] | 19 M |
| 2003016417 | 38 Unk | 2003119930 | Unk F |
| 2003039719 | 54 Unk | | |
| 2003039720 | 50 Unk | | |
| 2003039721 | 34 Unk | | |
| 2003039897 | 27 Unk | | |
| 2003039898 | 52 Unk | | |

[1] Cases in **bold** were reported in the Journal of Toxicology and Clinical Toxicology (2003), 41(1):11-15.
[2] Cases in italics were reported in the American Journal of Emergency Medicine (2001), 19(5): 337-395 or (2003), 21(5): 353-421

166

**Adverse Event Reporting System (AERS) Adverse Event Data**

248.    Adverse psychobiologic events occurring in individuals receiving gabapentin and reported to the Adverse Event Reporting System (AERS) database were analyzed.  A number of signals associated with suicide-related events were apparent during the time period reviewed.  Between 2002 and 2003 the number of completed suicides nearly tripled.  This increase mirrored similar signals observed by Pfizer Defendants for psychobiologic adverse events.    Events linked to suicidal behavior (depersonalization, depression) were also noted to occur in patients receiving gabapentin, demonstrating the potential serious psychobiologic effects of this drug and further confirming the necessity of an enhanced product label.  By the end of 2005, completed suicide comprised over 3% of the total database.  Cases of suicide attempt and suicide ideation also continued to increase, comprising 1.42% and 1.98% of the database respectively by the end of 2005.

# Gabapentin Suicide-Related Events from the AERS Database
# 2002-2005

| | 2002 Q4 | | 2003 Q4 | | 2005 Q4 | |
|---|---|---|---|---|---|---|
| **Costart Term** | **Reports[#]** | **%** | **Reports** | **%** | **Reports** | **%** |
| Completed suicide | 27 | 0.42 % | 75 | 0.79% | 485 | 3.17% |
| Suicide attempt | 73 | 1.13% | 98 | 1.03% | 217 | 1.42% |
| Suicidal ideation | 55 | 0.85% | 98 | 1.03% | 303 | 1.98% |

[#]Reports are cumulative and represent numbers received through the fourth quarter for each year.

# Gabapentin AERS Psychobiologic Adverse Event Data (2002-2005)

| Costart Term | 2002 Q4 | | 2003 Q4 | | 2005 Q4 | |
|---|---|---|---|---|---|---|
| | Reports[a] | Pct | Reports | Pct | Reports | Pct |
| Abnormal Dreams | 13 | 0.20% | 18 | 0.19% | 42 | 0.27% |
| Affect lability | 6 | 0.09% | 6 | 0.06% | 20 | 0.13% |
| Aggression | 45 | 0.70% | 67 | 0.71% | 124 | 0.81% |
| Agitation | 81 | 1.26% | 127 | 1.34% | 236 | 1.54% |
| Anxiety | 117 | 1.82% | 229 | 2.41% | 459 | 3.00% |
| **Completed suicide** | **27** | **0.42%** | **75** | **0.79%** | **485** | **3.17%** |
| Confusional state | 246 | 3.82% | 370 | 3.90% | 603 | 3.94% |
| Delirium | 41 | 0.64% | 56 | 0.59% | 99 | 0.65% |
| Delusion | 18 | 0.28% | 24 | 0.25% | 49 | 0.32% |
| Depersonalization | 12 | 0.19% | 15 | 0.16% | 17 | 0.11% |
| Depression | 186 | 2.89% | 309 | 3.25% | 614 | 4.01% |
| Hallucination | 86 | 1.33% | 132 | 1.39% | 209 | 1.37% |
| Hostility | 40 | 0.62% | 43 | 0.45% | 54 | 0.35% |
| Intentional self-injury | 4 | 0.01% | 7 | 0.07% | 26 | 0.17% |
| Major depression | 9 | 0.14% | 15 | 0.16% | 27 | 0.18% |
| Nervousness | 58 | 0.90% | 83 | 0.87% | 139 | 0.91% |
| Overdose | 130 | 2.02% | 183 | 1.93% | 384 | 2.51% |
| Paranoia | 26 | 0.40% | 43 | 0.45% | 66 | 0.43% |
| Personality disorder | 13 | 0.20% | 18 | 0.19% | 27 | 0.18% |
| Psychotic disorder | 66 | 1.02% | 80 | 0.84% | 116 | 0.76% |
| **Suicidal ideation** | **55** | **0.85%** | **98** | **1.03%** | **303** | **1.98%** |
| **Suicide attempt** | **73** | **1.13%** | **98** | **1.03%** | **217** | **1.42%** |
| Thinking abnormal | 46 | 0.71% | 65 | 0.68% | 103 | 0.67% |
| Death | 93 | 1.44% | 141 | 1.48% | 199 | 1.30% |

**World Health Organization (WHO) Adverse Event Data**

249.    Adverse psychobiologic events associated with gabapentin and reported to the World Health Organization (WHO) between 2002 and 2005 were compiled and are presented below (see table). Of note, suicide attempts were the third most frequently-reported adverse psychiatric event, and they increased by more than 3-fold between 2002 and 2003.   Other events considered precursors to suicide-related behavior (depression, depersonalization) also increased dramatically in 2005.   These elevated numbers of adverse psychobiologic events should have come as no surprise to Pfizer Defendants, as these trends mirrored effects observed even prior to gabapentin approval.   These types of adverse psychobiologic events were also observed in additional Postmarketing databases including the Pfizer Defendants' internal database and the AERS database.

# World Health Organization
## Top 25 Psychiatric Adverse Events (2002–2005)

| Adverse Reaction | 2002 | 2003 | 2004 | 2005 | Cumulative Total (since 1993) |
|---|---|---|---|---|---|
| Somnolence | 37 | 56 | 41 | 90 | 496 |
| Confusion | 26 | 49 | 25 | 57 | 276 |
| **Suicide Attempt** * | **13** | **48** | **42** | **96** | **249** |
| Amnesia | 11 | 25 | 11 | 47 | 178 |
| Depression | 3 | 27 | 14 | 56 | 152 |
| Aggressive Reaction | 5 | 15 | 9 | 37 | 152 |
| Hallucination | 8 | 23 | 13 | 27 | 144 |
| Depersonalization | 5 | 10 | 17 | 62 | 142 |
| Insomnia | 6 | 20 | 16 | 40 | 133 |
| Anxiety | 8 | 14 | 15 | 47 | 123 |
| Agitation | 4 | 20 | 7 | 35 | 118 |
| Nervousness | 5 | 6 | 13 | 21 | 111 |
| Drug Abuse | 9 | 11 | 8 | 11 | 103 |
| Personality Disorder | 3 | 4 | 10 | 34 | 94 |
| Emotional Lability | 6 | 13 | 12 | 22 | 86 |
| Thinking Abnormal | 7 | 12 | 8 | 13 | 66 |
| Psychosis | 3 | 8 | 5 | 19 | 64 |
| Anorexia | 4 | 9 | 2 | 23 | 63 |
| Impotence | 3 | 6 | 6 | 9 | 57 |
| Drug Dependence | 5 | 13 | 7 | 20 | 50 |
| Concentration Impaired | 0 | 4 | 8 | 13 | 47 |
| Mental Deficiency | 5 | 3 | 3 | 5 | 43 |
| Sleep Disorder | 4 | 5 | 6 | 12 | 35 |
| Libido Decreased | 2 | 2 | 4 | 5 | 31 |
| Paranoid Reaction | 2 | 7 | 1 | 3 | 31 |

*
*Intentional Overdose was not included under this term until late 2004*

170

### GABAPENTIN – FOREIGN REGULATORY EVENTS

250.    A number of foreign regulatory events concerning gabapentin demonstrate that safety was a concern for this drug not only in United States patients but also worldwide.

251.    Netherlands Medicines Evaluation Board (April 9, 2003).  The Netherlands MEB submitted an assessment report on gabapentin to Pfizer Defendants stating that sudden death, off-label use of gabapentin in treating bipolar disorders, manic episodes due to gabapentin (and other adverse events) should be discussed in the next PSUR.[112]  Additional items were also noted but are not discussed here.  In response to this query, Pfizer Defendants noted (in an internal document) that they would monitor and discuss sudden death, off-label use of gabapentin in treating bipolar disorders and manic episodes following use of gabapentin in the next PSUR (February 1, 2003 through January 31, 2004).  Pfizer Defendants did provide discussion for each of these topics in the noted PSUR document.

252.    Investigator's Brochure Addendum for Epilepsy Studies in Japan (July 2004).  This document lists a total of 3 reports of completed suicide occurring in the overall gabapentin development program (data were current as of May 24, 2004).  The cause for 2 of these events was listed (cervical vertebral fracture, intentional overdose).  Other serious psychobiologic adverse events occurring in Japanese studies are also listed (psychiatric symptom aggravated, panic disorder).  These reports further demonstrate the serious psychobiologic adverse events associated with gabapentin and the need for strengthened wording in the label relating to these risks.  Note that the Japanese Investigators brochure lists 3 suicides associated with gabapentin while the September 2004 submission to the FDA listed only 2 completed suicides.  This discrepancy may result from differences in the reporting period between the two documents.

253.    Australian Therapeutic Goods Administration (TGA) (September 4, 2003).  Following review of a 5 year gabapentin PSUR document (February 1, 1998 through January 31, 2003), the Australian Therapeutic Goods Administration (TGA) recommend a number of gabapentin labeling changes.[113]  These include addition of the following terms: anxiety (based on 93 reports); hallucinations (94 reports); depersonalization (56 reports); and psychosis (40 reports).   It is unclear whether these events were incorporated into the Product Information sheet.  Pfizer Defendants addressed these concerns in a submission dated December 4, 2003.

254.    German inquiry on suicide (September 10, 2004).  Pfizer Defendants received an inquiry from the "arznei-telegramm" (Drug Telegram) requesting the number of reports of "suicidal tendency, suicidal ideation or (attempted) suicides…" associated with gabapentin.[114]  The author also requested clarification as to why the adverse event terms "suicidal" and "suicide gesture" were included in the gabapentin United States Product Information (label) but were not mentioned in the German Product Information.  Pfizer Defendant internal emails discussing this inquiry note that the

---

[112] See Pfizer_THO_0000746
[113] See Pfizer_THO_0008296-300
[114] See Pfizer_THO_0001538-41

reason for inclusion of these terms (suicidal and suicide gesture) in the US label but not in the German label is the difference in the approach to adverse events taken by each country. The following is quote from an email dated September 13, 2004:

> In US, all AEs (whether or not related to the drug) have been listed in the USPI whereas the European approach is to list only relevant information (with at least possible drug relationship), thus the IPI reflects only the AEs that were considered revelant [sic].[115]

255.    Based on this statement, the US label should have contained the adverse event terms "completed suicide" and "suicide attempt". Up to that point in time, numerous reports of suicide and suicide attempt had been reported to various postmarketing databases, published in the medical literature and discussed in Pfizer Defendant-prepared documents such as PSURs and Safety Updates. Indeed, the FDA submission noted 12 cases of suicide attempt and 2 completed suicides; despite this, the US labeling contained no information on these risks, instead listing only the generic terms suicidal and suicide gesture. Pfizer Defendants have recently updated the US Neurontin label to reflect suicide and suicide attempt in clinical trial patients receiving gabapentin.

256.    <u>Medical Literature</u>:   A review of published medical literature during the period under review in this section of the report reveals cases of completed or attempted suicide and/or overdose associated with Gabapentin. Included below for reference are pertinent citations:

1.  Klein-Schwartz et al. (2003) **Characterization of gabapentin overdose using a poison center case series**, *Journal of Toxicology and Clinical Toxicology*, 41(1): 11-15.

- **Design:** Multicenter, Prospective, Observational Study

- **Dates of study:** 4/1/98- 4/1/00

- Gabapentin exposure cases obtained from 3 poison centers evaluated with regard to age, gender, reason, dose ingested, chronicity, management site, treatment, clinical effects, duration of clinical effects, and medical outcome.

- Cases were excluded because of reports of coingestants or because of unknown final management site or unknown medical outcome.

- **77 cases reported**
    - ➢  52 excluded due to co-ingestants
    - ➢  5 excluded due to unknown medical outcome or management site

---

[115] *See* Pfizer_THO_0001538-41

- **20 (of 77) cases reported as gabapentin-only**
    - ➢ Age range: 11 months to 83 years (50% < 19 years old)
    - ➢ Intentional suicide reported for 55% of the cases
    - ➢ 65% of the exposures were acute-on-chronic
    - ➢ No deaths occurred

2. Watson et al. (2003) **2002 Annual Report of the American Association of Poison Control Centers Toxic Exposure Surveillance System**, *American Journal of Emergency Medicine*, 21: 353-421.

3. Watson et al. (2004) **2003 Annual Report of the American Association of Poison Control Centers Toxic Exposure Surveillance System**, *American Journal of Emergency Medicine*, 22: 335-404.

4. Watson et al. (2005) **2004 Annual Report of the American Association of Poison Control Centers Toxic Exposure Surveillance System**, *American Journal of Emergency Medicine*, 23: 589-666.

257.    Available data from the 2002-2004 Annual Reports of the American Association of Poison Control Centers were reviewed for suicide-related events. Data contained in these reports, which include a listing of primary and suspect medications in the case of overdoses, were obtained from poison control centers in the US and published in the American Journal of Emergency Medicine. From these reports, 24 instances of a poisoning death in which a patient was taking gabapentin were found. Eighteen of these reports were intentional overdoses; the remaining 5 were for either unknown or adverse reaction reasons.

258.    Although Pfizer Defendants did discuss with FDA the requirements necessary for obtaining OTC approval for use of gabapentin as a sleep enhancing agent in 2003, Pfizer Defendants received no new indications for gabapentin during the period covered by this section of PDG's evaluation (June 2002 through 2006). Pfizer Defendants did receive FDA approval for pregabalin (Lyrica), a drug similar to gabapentin, in December of 2004. Lyrica is indicated for the treatment of epilepsy (add-on therapy), neuropathic pain associated with post herpetic neuralgia, neuropathic pain associated with diabetic peripheral neuropathy, and fibromyalgia Of note, the product labeling for Lyrica contained the terms suicide and suicide attempt to reflect the occurrence of these events during pre-marketing clinical trials. Pfizer Defendants did not perform a similar action for gabapentin for more than 12 years.

259.    During the period reviewed for this section of the report (June 2002 – 2006) Pfizer Defendants continued to reap the benefits of off-label gabapentin use. A recent publication reviewed efforts utilized by Pfizer Defendants to promote gabapentin for

use in unapproved conditions and underscored the extent to which profits were prioritized over demonstrations of efficacy and safety.[116]   A large percentage of this off-label use likely occurred in patient populations at risk of adverse psychobiologic events, including patients with various mood disorders and those experiencing generalized neuropathic pain.[117]   Despite this off-label use in susceptible populations and the continuing accumulation of postmarketing reports of suicide-related events in their internal database, Pfizer Defendants did not update their gabapentin label to include the terms "suicide" and "suicide attempt" until May 2006 and only following FDA requests for information on suicide events.   Furthermore, these changes were incorporated only into the section discussing events observed in clinical trials.   The vast numbers of postmarketing suicide-related events continue to be ignored, depriving patients and prescribers of adequate risk/benefit information.

260.    Pfizer Defendants submitted to FDA their analysis of suicide-related events in September 2004.   Despite the occurrence of 12 suicide attempts and 2 completed suicides in patients participating in gabapentin clinical studies, Pfizer Defendants felt no need at that time (September 2004) to update the label to include these terms.   This change was ultimately made in May 2006, following an additional request by FDA to analyze suicide events occurring in controlled clinical trials (March 2005).   Unfortunately, this critical update to the product label, providing prescribers (and patients) with a more "real world" view of adverse events occurring in subjects receiving gabapentin, was not made.   As more homogeneous populations are typically observed in pre-marketing clinical trials, one cannot expect a similar adverse event profile following use in the general population, particularly with a drug such as gabapentin which enjoys a high percentage of off-label use.   Furthermore, many of these off-label patient populations are at increased risk for suicidal behaviors, a situation that should have prompted Pfizer Defendants to provide adequate suicide-related warnings in the gabapentin label.

261.    Pfizer Defendants could have performed a review similar to that requested by FDA at a much earlier time point.   The recent label changes (May 2006) were apparently (at least partly) based on data provided to FDA in September 2004 (2 completed suicides and 12 suicide attempts).   Interestingly, as all of these events occurred prior to September 2000, one has to wonder why Pfizer Defendants did not consider it appropriate to update the gabapentin label at that time.   Had Pfizer Defendants performed the necessary pharmacovigilance and appreciated the increasing numbers of postmarketing events of suicidal behavior, observed in their own internal database as well as the US and foreign (WHO) databases, and medical literature, perhaps the appropriate label changes could have been made earlier. Unfortunately, this did not occur.

262.    Pfizer Defendants had been warned in 2005 about failing to provide important information in a print advertisement relating to the risk of suicidality in patients taking Zoloft.   FDA noted that the omission of this information was "…concerning from a public health perspective because it fails to include a serious risk associated with the drug."[118]   A similar situation exists with gabapentin.   Important information

---

[116] Steinman et al., 2006

[117] Hamer et al., 2002

[118] Letter from Kay Chitale (DDMAC) to Mojgan Moghadassi (Pfizer); May 6, 2005

174

about the risks associated with the drug are not prominently noted in the label, as they should be.

## V. PFIZER DEFENDANTS FAILED TO ADEQUATELY ASSESS AND TAKE APPROPRIATE ACTION REGARDING RISKS OF SUICIDAL BEHAVIOR ASSOCIATED WITH USE OF NEURONTIN.

263.    As mentioned previously, abundant information relating to drug safety in a variety of populations is not available when a new drug product is first marketed.  Pre-marketing clinical trials are designed to demonstrate efficacy and usually only provide information concerning the most common side effects (e.g., dizziness, somnolence) because the employed populations are relatively small and inadequate to detect the more infrequently occurring events.  Following FDA approval and use of the drug in a broader population for longer periods, additional safety concerns may arise.  It is critical that these events, particularly the serious and potentially fatal events (such as those related to suicidal behavior) are monitored closely and that appropriate risk information is provided immediately to patients and prescribers.  As noted earlier, this is especially critical for patient populations that may be more vulnerable to the observed adverse event.  Manufacturers may provide this information in numerous formats including Dear Dr. letters, new labeling changes and promotional materials.

264.    Pfizer Defendants have repeatedly utilized case reports of Neurontin efficacy in off-label indications (e.g., psychiatric conditions, neuropathic pain, migraine, sleep) to initiate further investigations.  Conversely, a similar process has not been followed for case reports describing serious psychobiologic adverse events, including those related to suicide (see below for a list of case reports describing suicidal behavior in subjects taking Neurontin).  Pfizer Defendants have chosen to either ignore these adverse events or provide mitigating factors such as other drug use, patient history or the background rate of the event in subpopulations.

265.    In the U.S., Neurontin has been approved for use only in a relatively restricted set of patients (e.g., epileptics and patients with neuropathic pain associated with post herpetic neuralgia).  Unrestrained off-label use of Neurontin resulted in the exposure of numerous patient populations to a drug demonstrated to produce a constellation of psychobiological adverse events, including psychosis, depression, suicide attempts and completed suicide.  An especially cruel consequence to Pfizer Defendants' illegal activities was that the most vulnerable populations (bi-polar and other psychiatric disorders, chronic or unresolved pain) were exposed to Neurontin and these dangerous self-injurious and auto-aggressive side effects.  Additionally, Pfizer Defendants failed to reasonably warn healthcare professionals and patients as to the lack of proven efficacy in off-label uses, even though Pfizer Defendants illegally promoted Neurontin on an off-label basis.  Even in the absence of such off-label promotion, Pfizer Defendants knew about and financially benefited from the overwhelming off-label use of Neurontin and suppressed information as to Neurontin's lack of efficacy.

266.    Because the vulnerable patient populations noted above (bipolar and other psychiatric disorders, chronic or unresolved pain) are at increased risk for suicide-

related behavior, it is imperative that they (and their prescribers) are fully cognizant of adverse events that may occur following use of Neurontin. Had Pfizer Defendants chosen to adequately address the significance of the growing numbers of common psychobiological adverse events (including those related to suicide) observed during clinical trials and reported in Pfizer Defendants' post-marketing databases, through amplifications of the product labeling and/or warning letters to physicians, many of these events could have been avoided. Indeed, the July 1996 letter from the FDA represented an opportunity for Pfizer Defendants to mitigate the off-label uses of Neurontin and thereby reduce the risk to these susceptible populations.[119] Unfortunately, Pfizer Defendants did not take any action and allowed the risk to these vulnerable populations to continue without adequately warning these populations of the risks.

267. Manufacturers have frequently attempted to utilize a "causation argument" to shield their inadequate actions, or inaction, from liability for not providing adequate warnings to consumers or their prescribers. However, as plainly articulated above, *causation* is not a required element before a reasonable manufacturer takes the necessary action to either incorporate an adverse event term into a drug label or send a Dear Doctor letter warning of the risk. In reality, if *causation* were required, patients and prescribers would be needlessly imperiled by delays in receiving critical safety information, assuming that the innovator would even choose to conduct such causation studies.

268. For example, as noted in the Code of Federal Regulations (21 C.F.R. § 201.57) a causal relationship need not have been proved or definitely established in order to revise a warning in the drug product label.[120] The FDA has also provided similar statements on multiple occasions, including when changing the label for diphenhydramine-containing products; "*Mandating a warning does not require a finding that ... drug products contain[ing] diphenhydramine actually caused an adverse event, and FDA does not so find.*" (Federal Register, Vol. 67, No. 235; p. 72556, Dec 6, 2002). Later in the same document, FDA noted that "*[t]o mandate a warning, or take similar regulatory action, FDA need not show, nor do we allege, actual causation.*" (Federal Register, Vol. 67, No. 235; p 72556, Dec 6, 2002). FDA

---

[119] *See* WLC_FRANKLIN_0000053292-53300; correspondence from Lesley R. Frank, Ph.D., J.D., Special Assistant to the Dir. Division of Drug Marketing, Advertising and Communications (FDA, CDER) July 19, 1996.

[120] 21 CFR 201.57 (2007) provides that a product's "labeling must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established". Noteworthy, Defendant Pfizer's witness, Manfred Hauben (Medical Director of Risk Management Strategy for Pfizer) was produced by Pfizer Defendants as a person to specifically address issue of pharmacovigilance by Defendants. Witness Hauben defined the purpose of his Risk Management Strategy Department as follows: "Its to detect, understand, identify and take appropriate mitigating and management activities to --- to manage risks associated with the use of medicines." Deposition of Manfred Hauben, July 12, 2007 at pp. 9-10. Yet, he did not know there was a distinction between causal association and causal relationship. *See* Deposition of Manfred Hauben, July 13, 2007, at p.506-507. "Q. And in terms of your knowledge, speaking here on behalf of the companies is there a distinction between a causal relationship and a causal association, when you're trying to determine whether an adverse event is attributable to Neurontin such as a psychiatric adverse event? A. Are you asking just in terminology used in discussions, would the word "a causal association" be equivalent to "a causal relationship"? Q. Yes. A. I would say yes."

also approved a recent (November 2005) change to the product labeling for Mifeprex[®] (US Food and Drug Administration, Questions and Answers on Mifeprex[®] (Mifepristone), November 4, 2005) to convey information regarding fatal bacterial infections in patients (four total) taking the drug. FDA specifically noted that a causal relationship between Mifeprex[®] use and these fatal infections had not been established. Thus, the absence of a well-controlled study demonstrating a difference in suicide rates between Neurontin and placebo-treated patients does not negate the importance of the additional factors (spontaneous postmarketing reports, case reports, biologic plausibility, dechallenge and rechallenge reactions) all suggesting a link between the drug and suicidal events.

269.    There are various other drugs with stronger suicide warnings in their label despite the fact that the innovators of the drugs performed no controlled clinical trials designed to demonstrate "causation" differences between adverse event frequencies in the placebo and treated groups. For example, FDA noted that evidence of causation was not required to determine risk-benefit assessments or effect labeling changes related to suicide events associated with the acne medication Accutane.[121]

270.    Pfizer Defendants, as the innovators and marketers of Neurontin, were responsible for conducting any studies that would be considered to be critical determinants of safety. Of course, it is nearly impossible (as well as unethical) to conduct a clinical study designed with suicide as the expected outcome.[122] Moreover, the number of patients required to detect the difference between an adverse event incidence of $1/10,000$ versus $2/10,000$ with 90% power would be $>300,000$ for both the treatment and control groups.[123] Given that most New Drug Applications (NDAs) contain information on drug effects in no more than 3000 patients, and Neurontin was

---

[121] See www.hhs.gov/asl/testify/t001205.html for statement of Jonca Bull, M.D., (FDA, Deputy Office Dir. of the Center for Drug Evaluation and Research (CDER), on December 5, 2000, at which time she discussed incoming adverse event reports of suicide with Accutane: They "were not numerous relative to the rate of depression and suicide expected to be seen in the population likely to receive Accutane, namely teens and young adults (sometimes referred to as the 'background rate'). Some of the reports, however, included important details that did suggest the possible involvement of Accutane. Some reports described a consistent pattern of symptoms in patients with no previous history of such symptoms and no other identifiable reason for their occurrence. Other cases were described in which the symptoms began during the Accutane treatment and then resolved soon after the medicine was stopped. In a subset of these cases, Accutane was then restarted and the same symptoms returned. While these findings do not prove that Accutane causes psychiatric illness, they are suggestive of a possible link."

[122] See statement by Janet Woodcock, FDA, Dir. Of the Center for Drug Evaluation and Research (CDER); December 11, 2002 before the Subcommittee on Oversight and Investigations Committee on Energy and Commerce, US House of Representatives), at www.fda.gov/ola/2002/accutane1211.html. "This groundwork is of particular importance in the case of research on isotretinoin and psychiatric adverse events because there are a number of very significant technical and ethical problems with the type of trial usually conducted to settle causality questions (i.e., a large randomized controlled trial). These problems arise because the drug is already on the market and recruitment of patients with scarring acne for a controlled trial would be very difficult and poses ethical questions…. Obviously, we cannot do a study where suicide is the endpoint; the less objective, but related, psychiatric endpoint, depression, is a problem because patients already know this drug works, and patients in the study would ethically have to need the treatment. Thus, there would be a large incentive to hide psychiatric symptoms in order to avoid being discontinued from the study, again greatly increasing the chance of a false negative result. This is particularly worrisome because such a result could likely seriously undermine the progress made to date in education and awareness".

[123] Wardel et al., 1979, J Clin Pharmacol, 19(4), 169-184

approved based on data from 2074 patients (Neurontin Summary of basis approval, X023722), this number is far too restrictive to be practical. The FDA has repeatedly stated that it is "…impossible to identify all safety concerns during clinical trials" and that post-marketing data are "…critical for evaluating and characterizing a product's risk profile…."[124] As correctly noted by the Defendants, drug labeling "...*must fully apprise doctors of known risks associated with the drug.*"[125]. However, as noted below, these risks can be determined from multiple sources and are not exclusive to those occurring during clinical trials, a fact that has been reiterated by FDA on numerous occasions. Thus, the fact that there is no clinical trial data on the issue of suicide and Neurontin does not equate to a lack of an association. However, many types of epidemiology trials and prescription database evaluations are available to assess infrequently-occurring postmarketing adverse events.

271.    One should never denigrate the value of post-marketing adverse event reporting. Adverse event reports form the basis of post-marketing labeling changes, use restrictions and even market withdrawal of a drug. Indeed, a study examining information utilized to withdraw medicinal products from either the United States or United Kingdom markets during the period 1999-2001 found that a total of 11 products were withdrawn during this period.[126] Evidence from spontaneous (postmarketing) reports supported the withdrawal of 8 of these products and 4 products were apparently withdrawn based solely on spontaneous reports.[127] Thus, because post-marketing reports are sufficient for removing a product from the marketplace, it is obvious that these could support a labeling change to increase safe product use.

272.    FDA defines a safety signal as "*a concern about an excess of adverse events compared to what would be expected to be associated with a product's use*".[128] FDA specifically states that these signals can arise from post-marketing data (as well as other sources) and that "…*even a single well-documented case report can be viewed as a signal….*"[129] Thus, the notion that clinical trials are the gold standard for detection of adverse events is a fallacy, primarily because they are typically not designed to detect rare adverse events.[130]

---

[124] *See* Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, FDA, March 2005.

[125] Pfizer, Inc., Motion for Summary Judgment, July 25, 2006 at p. 16.

[126] Clarke, et al., 2006

[127] Clarke, et al., 2006

[128] Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, FDA, March 2005.

[129] Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, FDA, March 2005; *see also* NDA20235_MISC_002_080, entitled Parke-Davis Worldwide Regulatory Affairs FDA Contact, dated February 11, 1998, in which it states, "Dr. Katz [at FDA] began the teleconference by describing their philosophy for inclusion of specific adverse events. Their threshold for including adverse events [in the package insert] is fairly low because it is hard to determine causation from either the report or the frequency of the report. Thus, their general rule is to add even a single report if it is a 'half way decent' report with no obvious reason not to include it. They prefer to list the report and let the reader be the judge."

[130] *See* Dep. of Pfizer Defendants' witness, Manfred Hauben (Medical Dir. of Risk Management Strategy) (July 12, 2007) at p.194-195. "Q. Do you agree or disagree that premarketing trials are rarely large enough to detect small differences in the risk of common adverse events or to reliably estimate the risk of rare events? . . . A. Generally, clinical trials are not --- are not powered to detect --- rare events . . . ." *See also*

273.    Although it is impossible to design a clinical study and unethical to design a clinical study to demonstrate that Neurontin causes suicide, there are several factors that contribute to a determination of the causality of an event including: the temporal relationship of the adverse event to drug ingestion; positive dechallenge/rechallenge events, biological plausibility of the event in relation to the mechanism of action of the drug and the frequency of the event. Indeed, there is one instance of a patient expressing suicidal ideation which subsided following tapering of Neurontin (*i.e.,* a dechallenge; see Research Report # 720-02837). This patient also experienced a positive rechallenge (re-occurrence of the adverse event following discontinuation and subsequent reinstatement of the drug) for depression. These types of events represent evidence that the drug may have caused (or is associated with) the adverse event. As noted by FDA, "[i]*t is possible that even a single well-documented case report can be viewed as a signal, particularly if the report describes a positive rechallenge or if the event is extremely rare in the absence of drug use.*"[131]

274.    Numerous instances of positive dechallenges can be found in patients experiencing psychobiological adverse events following Neurontin use (see Research Report #s 720-03498; 720-0389; 720-03893; 720-04363; 720-04232; 720-03894; 720-02837). Pfizer Defendants should have examined these events more closely to determine their relationship to Neurontin, particularly as the drug gained wide acceptance for use in non-indicated conditions such as bipolar disorder and neuropathic pain. Some of these psychobiological events (depression, depersonalization) are believed to contribute to suicide-related behavior (Kelly and Knudson, 2000), a finding which reinforces the importance of providing patients and prescribers with appropriate risk-benefit information.

275.    A Safety Update Document prepared by Pfizer Defendants discussed the issue of behavior-related events (psychosis) occurring during the period 1998-2003 (Pfizer, Periodic Safety Update Report, March 21, 2003). Out of a total of 40 reports of psychosis, 7 cases demonstrated a positive dechallenge. Pfizer Defendants admitted that a causal effect of gabapentin in these cases *"could generally not be completely excluded"*. These cases represented yet another signal of the psychiatric effects associated with Neurontin and presented an opportunity to Pfizer Defendants to further study the more serious adverse events related to psychiatric conditions (including suicide and suicide-related behaviors) and to update the product label to reflect these risks.

276.    Controlled clinical trials performed in support of the efficacy of Neurontin also demonstrate the potential suicide risks. Indeed, Pfizer Defendants were asked by FDA to perform an analysis of suicide-related events occurring during clinical trials with Neurontin. In September 2004, Pfizer Defendants submitted to FDA an analysis of suicide attempts and completed suicides occurring in all Phase I-Phase IV trials (predominantly trials in epileptic patients and patients with neuropathic pain) performed with Neurontin. Their analysis showed that there were 12 instances of

---

Dep. of Pfizer Defendants' witness, Manfred Hauben (Medical Dir. of Risk Management Strategy) (July 12, 2007) at p.253. "Q. Are you familiar with the theory called the Rule of 3s? A. Yes. Q. Can you explain it to us? A. Yes. If you have something with an incidence of, say, one in a thousand, to be 95 % confident of observing one or more cases, you would want to -- you'd have a series of 3000 people."

[131] Guidance for Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, March 2005.

suicide attempt and 2 cases of completed suicide in patients receiving Neurontin. Patients treated with placebo during these trials evidenced no instances of either suicide attempt or completed suicide, a finding that refutes assertions of higher background rates of suicide-related behavior (Response to FDA Regarding Suicide and Suicide Attempt in Neurontin (gabapentin) Clinical Trials and Postmarketing Surveillance). Thus, while it is generally agreed that epileptic patients have elevated rates of suicidal behavior (Jones et al, 2003), the finding that *all* suicide-related events occurred in patients treated with Neurontin represented a pharmacovigilance signal that should have been acted on by Pfizer Defendants. Moreover, FDA has rejected the comparison of self-injury and suicidal pharmacovigilance data with baseline data from a demographically similar untreated population as a method to avoid complete disclosure of suicide-related events (Accutane, FDA Alert for Healthcare Professionals; November 2005).

277.    Pfizer Defendants did acknowledge the occurrence of suicide and suicide attempt in Neurontin clinical trials in a label change submitted by Pfizer Defendants in December 2005 and enacted in May 2006. This label change was prompted by an FDA request to analyze suicide-related events occurring in controlled clinical trials. **Of note, this change to reflect suicidal behavior was affected only in the section related to adverse events occurring in clinical trials and not in the post-marketing section.** This action ignores the vast numbers of post-marketing report of suicide events, some of which are likely to have occurred in patients receiving the drug for off-label indications.

278.    Although the FDA did approve the Neurontin labeling after review of the suicide-related events, the lead reviewer (NDA #20-235 Medical-Statistical Review at p.117) noted that certain risks associated with the drug, including *"clinically important depression"*, were yet to be *"fully characterized"* (NDA #20-235 Medical-Statistical Review at p.117). She also noted that the risk profile for Neurontin was *"uncertain"* (NDA #20-235 Medical-Statistical Review at p.117) and that the drug should only be used in a *"specific population"* and associated *"prominent labeling"* (NDA #20-235 Medical-Statistical Review at p.119).

279.    Soon after receiving approval from the FDA for the adjunctive treatment of epilepsy (December 1993), Neurontin use in the treatment of a number of off-label indications (bipolar disorder, neuropathic pain) greatly increased secondary to the Pfizer Defendants' efforts to promote off-label use. As many of these conditions involved patients at increased risk of suicidal behaviors, Pfizer Defendants (then Parke-Davis) should have realized the potential risks involved (based upon suicide-related behavior observed in the epilepsy studies) and taken steps to warn all patients of the associated suicide-related risks.

280.    Additional lines of evidence reflecting an association between Neurontin and suicide-related events include case reports and post-marketing databases. Indeed, there are numerous examples of uncontrolled studies (case studies, case reports) that demonstrate an association between Neurontin and suicidal behavior, including reports of attempted suicides (intentional overdose) as well as suicide. While these events do not prove that Neurontin causes suicidal behavior, they do demonstrate, in conjunction with the vast numbers of post-marketing events, that Neurontin can be

associated with suicide-related behavior and that appropriate warnings should be provided to patients in order to mitigate against these events.

281.    Pfizer Defendants still have not conducted a controlled clinical or epidemiological study designed to assess whether there is a significant difference in suicide-related events in patients taking Neurontin, but that does not mean that case reports of such events have no value.  A review of the medical literature reveals several articles discussing suicide-related events in patients receiving Neurontin.  It is important to note that the Pfizer Defendants did not initiate theses studies, alert the public of their publication or follow-up on any of the published results.  Below, a list of medical literature describing suicidal behavior in patients receiving Neurontin is provided.  In several cases, there was no listing of additional drugs, a finding that lends additional weight to Neurontin producing these events in certain individuals.

> 1993     Garofalo E, Koto E, and Feuerstein T, **Experience with gabapentin overdose: Five case studies**, *Epilepsia,* 34: 157.

> 1996     Fernandez MC, Walter FG, Petersen LR et al., **Hemodialysis and hemoperfusion for treatment of valproic acid and gabapentin poisoning,** *Vet Hum Toxiccol,* 38: 438-443.

> 1996     Fernandez MC, Walter FG, Petersen LR et al., **Gabapentin, valproic acid, and ethanol intoxication: elevated blood levels with mild clinical effects,** *J Toxicol Clin Toxicol,* 34: 437-439.

> 1997     Stopforth J, **Overdose with gabapentin and lamotrigine,** *S Afr Med J,* 87: 1388.

> 2001     Mathews SC and Dimsdale JE, **Priapism after a suicide attempt by ingestion of olanzapine and gabapentin,** *Psychosomatics,* 42: 280-281.

> 2002    Spiller HA, Dunaway MD, and Cutino L, **Massive gabapentin and presumptive     quetiapine overdose,** *Vet Hum Toxicol,* 44: 243-244.

> 2002     Paopairochanakorn, C, White, S, and Malafa, MJ, **Cardiac and Neurologic Toxicity from Lamotrigine Ingestion,** *J Toxicol Clin Toxicol,* 40: 620-621.

> 2003     Klein-Schwartz W, Shepherd JG, Gorman S et al., **Characterization of gabapentin overdose using a poison center case series,** *J Toxicol Clin Toxicol,* 41: 11-15.

> *Klein-Schwartz et al. examined 20 cases of overdose with gabapentin (Neurontin).  Eleven (11) of these cases were intentional suicide attempts.*

> 2005     Moore KA, Levine B, and Fowler D, **A fatality involving metaxalone,** *Forensic     Sci Int,* 149: 249-251.