282.    While these do not represent the "gold standard" studies, which Pfizer Defendants failed to conduct even though it was clear that adverse event safety signals were evident even prior to the original marketing of Neurontin, they demonstrate that suicide-related events occur in subjects receiving Neurontin. Furthermore, given the well-known effect of under-reporting of adverse events, this suggests that many more similar type events may occur yet not be realized by the medical community.

### *Journal of Affective Disorders (2007):*
### *Significant Increased Risk of Suicide with Gabapentin vs. Lithium*

283.    Despite Pfizer Defendants' failure to sponsor an appropriate controlled clinical or epidemiological study designed to assess whether there is a significant difference in suicide-related events in patients taking Neurontin, there does exist in the literature such information. Authors Jon Collins and Bentson McFarland presented an article entitled, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder**, in the Journal of Affective Disorders (2007). The authors recognized an increased risk of completed suicide in those patients exposed to gabapentin as compared to lithium.[132]

284.    Collins and McFarland "examined relationships between suicidal behavior and medication use for Medicaid patients with diagnoses of bipolar disorder. The objective was to compare rates of completed suicide and suicide attempts among those Medicaid patients using lithium, divalproex, and/or other anticonvulsant medications, with emphasis on the initial (or index) episode of medication use during the study period."[133]

285.    Having identified subjects from Oregon's Medicaid and mental health databases, the authors evaluated completed suicide and emergency department visits related to suicide attempts. Out of 12,662 subjects in said databases, gabapentin subjects equaled 4,025 (31.8%) of the total population. There were observed two suicides among lithium users (3,200 subjects), two among divalproex users (4,142 subjects), seven among gabapentin users (4,025 subjects), and none in the carbamazepine group (420 subjects).[134] The chart below reflects exposures and events as reflected by Collins and McFarland:

---

[132] *See* J.C. Collins, B.H. McFarland, *Journal of Affective Disorders* (2007). "Funding for this study was provided by Abbott Laboratories, which had no further role in study design; in the collection, analysis and interpretation of data; in writing of the report; and in the decision to submit the paper for publication." *Ibid.*

[133] J.C. Collins, B.H. McFarland, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,** *Journal of Affective Disorders* (2007).

[134] J.C. Collins, B.H. McFarland, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,** *Journal of Affective Disorders* (2007).

Table 2
Exposures and events

| | Lithium | Divalproex | Gabapentin | Carbamazepine | Total |
|---|---|---|---|---|---|
| Total person-years of exposure | 2553 | 2314 | 2003 | 242 | 768.9 |
| Completed suicides | 2 | 2 | 7 | 0 | 11 |
| Suicide attempts | 15 | 43 | 19 | 4 | 79 |
| Completed suicides per thousand person-years of exposure | 0.78 | 0.80 | 3.50 | 0.00 | 1.57 |
| Suicide attempts per thousand person-years of exposure | 5.86 | 18.52 | 9.49 | 16.54 | 11.26 |

Note: Analyses excluded subjects who used lamotrigine, oxcarbazepine, or combinations of mood stabilizers. The excluded subjects accounted for two suicide attempts and one completed suicide.

286.    Collins and McFarland provided hazard ratios for the divalproex, gabapentin, and carbamazepine users, respectively, versus lithium users as the reference group. "The adjusted hazard ratio for completed suicide among divalproex users was 1.5 but this elevated risk of suicide death was not statistically significant. However, risk of suicide completion was significantly (2.6 times) greater among gabapentin users versus lithium users (*p* less than 0.001)"[135] As noted earlier in this report, FDA has instructed manufacturers that safety signals cannot be minimized or dismissed based on a reliance of background incidence rates. Similarly, NDA sponsors must amend product labeling to reflect new safety signals notwithstanding background incidence rates.

### Comparing Neurontin's Labeling to other Anti-epileptic Drugs

287.    A comparison of the gabapentin labeling to that of other antiepileptic agents reveals that the wording relating to suicide is deficient for gabapentin. In fact, wording related to suicidal behavior in the gabapentin label has not changed over the lifetime of the drug's approval until its minor revision in 2006. The initial label, (January 1994) lists the term "suicidal" as an *infrequent* event and the generic term "suicide gesture" as a *rare* event observed in all clinical trials. Labeling for gabapentin (revised February 2005) contains identical wording in relation to the suicide events despite the growing number of suicide attempts and completed suicides in patients receiving gabapentin.

288.    Following a request by FDA to examine suicide-related events in their controlled clinical trials (March 2005) Pfizer Defendants belatedly corrected the Neurontin label to reflect the incidence of suicide and suicide attempts during these trials. Importantly, Pfizer Defendants' label change to add suicide and suicide attempt to the product labeling was based upon information that existed in part since the drug's pre-marketing clinical trials. In contrast, another Pfizer Defendants product (Lyrica®) noted the occurrence of suicide and suicide attempt in the label at product launch, reflecting the occurrence of these events during clinical trials although there was only one event of suicide and three events of suicide attempt.

289.    Other antiepileptic agents contain enhanced warnings in their product labeling related to suicide including Keppra® and Zonegran®. The labeling for Zonegran® (Elan Biopharmaceuticals, approved March 2000) provides a comparison of the percentage of placebo (0.4%) versus Zonegran® (1.1%) patients attempting suicide in

---

[135] J.C. Collins, B.H. McFarland, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,** *Journal of Affective Disorders* (2007).

pre-marketing trials. In addition, the Zonegran® label provides a separate section on OVERDOSE, describing as little as 3 patients who ingested an overdose in an attempt to commit suicide.

290.    Another antiepileptic drug with enhanced suicide warnings is Keppra (levitiracetam, approved December 1999) which compares the percentage of patients attempting suicide while taking placebo (0%) versus those taking Keppra (0.5%). The labeling, which was updated from the original label approved December 1999, also notes a completed suicide. Moreover, the Keppra label specifically discusses suicide events and suicidal behavior in the *Postmarketing Experience* section. The labels for Zonegran and Keppra demonstrate a reasonable approach to informing patients and prescribers about the risks of suicidal behavior associated with these drugs. Pfizer Defendants should have taken a similar approach with gabapentin, especially given the drug's controlling share of the marketplace and the increasing numbers of suicide attempts observed in clinical trials, the Spontaneous Reporting System and in the Pfizer Defendants' internal database.

291.    The labeling for a number of other pharmaceutical products also contain enhanced warnings related to suicidal behaviors observed following their launches. These include products indicated to treat acne (Accutane), panic disorder (Prozac) and depression (Prozac, Wellbutrin, Remeron, Effexor). In many cases, these enhanced warnings were the result of postmarketing reports received following approval of the drug. This includes antiepileptic drugs that possess a mechanism of action similar to that of gabapentin.

### *Failure to Provide Mechanism of Action Language Regarding Brain Neurotransmitters*

292.    Pfizer Defendants failed to appropriately address or pursue language in the product labeling, or otherwise inform healthcare providers or patients, regarding Neurontin's mechanism of action: Neurontin reduces the release of monoamine neurotransmitters in the brain (e.g., serotonin, norepinephrine), an action that is implicated in the pathophysiology of clinical depression and suicidal behavior.[136]

293.    Pfizer Defendants acknowledge the "need to define the mechanism of action of gabapentin . . . so that it can be presented in product labeling in a form that is understandable for the prescribing physician. The same information will be very useful for business managers, product Marketing, etc."[137] With knowledge that Neurontin would be used for off-label indications, attention should have been placed on informing prescribers of Neurontin's capacity to reduce the release of monoamine neurotransmitters and consequently contribute to mood and behavioral disturbances.

---

[136] Pfizer Defendants have also known that Neurontin (Gabapentin), in human studies, has significantly increased the brain tissue concentrations of GABA, as demonstrated with NMR spectroscopy where the spectroscopy was "used to measure whole-brain concentrations of GABA after oral administration of gabapentin to human patients with epilepsy." *See* RR-REG 740-03550 (p.35). Increased GABA has been associated with mood and behavioral disturbances; this, too, is an action about which Pfizer Defendants failed to reasonably warn healthcare professionals and patients.

[137] *See* Pfizer_CTaylor_0012843, entitled, "Gabapentin Mechanism Work Group – Team Charter (*Draft*), September 5, 2000.

294.    Pfizer Defendants have known since at least the 1980s --- since the pre-clinical, pre-FDA approval stages of Neurontin for its original epilepsy indication --- that its mechanism of action included the reduction of monamine neurotransmitters in the brain. Pfizer Defendants' documents provided for review reflect that such knowledge has been consistently recognized by Defendants throughout the development and marketing of Neurontin and up to the present time.[138]

295.    In 1984, Pfizer Defendants' Research Report No. 4192-0166 (May 1984) stated the following:

> Title of Investigation: Gabapentin attenuates the release of noradrenaline and serotonin but not acetylcholine from brain slices. Abstract: In previous investigations gabapentin inhibited the release of dopamine from rabbit brain caudate nucleus slices in a similar manner as GABA and baclofen....Thus, gabapentin impaired the release of biogenic amines in a similar manner as has been reported for GABA and baclofen.[139]

296.    Pfizer Defendants' research from the periods covering 1981 through 2001, as reflected in Defendants' Research Reports, reflects an acknowledgement as to the reduction of monoamine neurotransmitters. For example, Defendants' Research Report 740-03550, entitled, Summary of Preclinical Pharmacological Studies with Gabapentin (CI-0945, PD 0087842-0000) In Vitro and in Laboratory Animals, states the following:

> Gabapentin was examined for effects on the release of radiolabeled monoamine neurotransmitters from rat neocortical or striatal tissue slices in vitro. If neocortical slices were superfused with gabapentin for 15 minutes prior to application of elevated potassium ions for 120 seconds, the release of $[^3H]$norepinephrine was reduced up to 40% in comparison to the same experiment with addition of drug vehicle.... These results suggests that the inhibition of neurotransmitter release by gabapentin may occur by a reduction in depolarization-induced entry of calcium ions.[140]

297.    In addition to the application of elevated potassium ions, Pfizer Defendants' research included the electrical stimulation of brain slices and specifically acknowledge that the effects of gabapentin upon monoamine neurotransmitter release could contribute to effects in behavior:

---

[138] "In actions that do not appear to relate to changes in GABA systems, gabapentin binds to an auxiliary protein of voltage-gated calcium channels, the alpha-2-delta protein. Apparently in response to this binding, gabapentin reduces the release of noradrenaline, dopamine and (in trigeminal nucleus slices), the release of glutamate. The effects of gabapentin on neurotransmitter release appear to require sustained depolarization or modulation of synapses by pro-allodynic compounds like substance P or CGRP.....Therefore, it appears likely that gabapentin alters synaptic action in a way that is specific for prolonged depolarization or abnormally elevated neurotransmitter release, with relatively little effect on physiologic synaptic transmission." Pfizer_CTaylor_0001913 at 1927 (*Draft* - Antiepileptic Drugs for Treatment of Neuropathic Pain, Charles Taylor, Ph.D., Pfizer Global Research & Development
[139] *See* IND_28454_SUB_004_0101; *see* Research Report 4192-0166.
[140] *See* RR-REG 740-03550 (p.39).

The electrical stimulation of brain slices (3 Hz stimulation for 30 seconds) also causes release of [$^3$H]norepinephrine that is reduced by gabapentin or pregabalin, but the inhibition is less pronounced (maximum of 20% inhibition). The release of [$^3$H]dopamine from rat striatal slices also was reduced significantly by gabapentin. It is possible that these effects of gabapentin on monamine neurotransmitter release contribute to their effects in anxiety and other mood disorders, but this remains to be clearly established.[141]

298. Whether the decrease of neurotransmitter release is precipitated by electrical stimulation, potassium application, or other artificial means, this hyperexcited state equates to the presence of an enhanced or excessive state of neurotransmitter release, and this is the case where individuals suffer from anxiety, as recognized by Pfizer Defendants: "And we think … that that kind of enhanced release of neurotransmitter is relevant for the pathophysiology of pain, epilepsy, and anxiety".[142] Reducing the release of neurotransmitters where there are hyperexcited cells is analogous to reducing the release of neurotransmitters where an individual suffers from an underlying disease (e.g., a disease that includes hyperexcited cells). Pfizer Defendants' witness, Charlie Taylor, Ph.D., who testified as to Neurontin's mechanism of action, stated the following in this regard:

> "Q. And if those cells are hyperexcited, the neurons in the brain, would you expect to see an impact of Neurontin on those cells that relates to the release of biogenic amines? A. I think that is a strong possibility, but I think that it remains to be tested in animal – I mean, in humans, because we don't have any data that addresses that in human beings. So that's what I would expect, but I could always be surprised."[143]
> ….
> "Q. Well, does depression have hyperexcited neuronal activity, as you described? A. I'm certain that in a depressed brain, if you studied carefully enough, **you would find regions where there is hyperexcitability.** You would probably also find regions, and I know that this is the case, there are regions that have decreased excitability."[144]
> ….
> "Q. And the human brain, when it's subject to stress, some areas may have hyperexcited neuronal activity, correct? A. Some might, but under normal resting conditions, some brains, some brain regions might have unusually elevated levels of activity."[145]

---

[141] *See* RR-REG 740-03550 (p.40).
[142] Deposition of Charlie Taylor, June 4, 2007 at p.292.
[143] Deposition of Charlie Taylor, June 4, 2007, at p.321.
[144] Deposition of Charlie Taylor, June 4, 2007, at p.82 (emphasis added).
[145] Deposition of Charlie Taylor, June 4, 2007, at p.82-83.

"Q. ... If somebody is suffering from chronic pain, would you expect within their central nervous system, there would be some hyperexcited neurons? A. I think so. But, as I said, there would probably, undoubtedly be other neurons that have reduced activity."

"A. Under almost any behavioral state you can name, be it depression, or pain, or anxiety, or thinking, or remembering, brain imaging studies have shown that, in general, some regions have increased activity, other regions have decreased activity. Now, whether that corresponds exactly to the hyperexcited activity that I was talking about in vitro, is a good question. I don't think that there is a simple answer to that. We think that maybe there is a connection, but we don't know that for a fact."[146]

299.    Pfizer Defendants acknowledge that the "effects of gabapentin on neurotransmitter release occur at drug concentrations that are relevant for the pharmacological actions of gabapentin in animal models (e.g., approximately 10 µM or 1.5 µg/mL.)"[147] Moreover, Pfizer Defendants also acknowledge that these actions are relevant in human use. Defendants' witness, Charlie Taylor, Ph.D., testified as follows in this regard: "A. ...And absolutely I think, its my opinion after writing all these papers, that concentrations of the gabapentin in the ten micromolar to 100 micromolar range are relevant for clinical practice."[148]

300.    Pfizer Defendants' Project Operation Plan in March 2001 recognized the reduction of neurotransmitter release as an area of major investigation: "A second major area of investigation involves effects of gabapentin and related compounds on neurotransmitter release. Gabapentin has been known to reduce monoamine neurotransmitter release for many years."[149]

301.    This disclosure by Pfizer Defendants has been made outside the U.S. Since at least 1992, Pfizer Defendants' International Regulatory Affairs have included language regarding the reduction of monoamine neurotransmitters in the Neurontin Product Profile: "Gabapentin slightly reduces the release of monoamine neurotransmitters, in vitro."[150] Yet, it remains absent from the Neurontin product labeling.

302.    As part of Pfizer Defendants' pursuit of a supplemental NDA for the management of neuropathic pain associated with post-herpetic neuralgia, Pfizer Defendants submitted proposed revisions to its Neurontin labeling that included the following language: "Gabapentin reduces the stimulated release of noradrenaline, dopamine, and glutamate under certain laboratory conditions. Gabapentin administration ... increases the total brain content of GABA after a single dose. However, the relevance of these findings to clinical use is not yet clear."[151] Pfizer Defendants

---

[146] Deposition of Charlie Taylor, June 4, 2007, at pp.86-87.

[147] See RR-REG 740-03550 (p.44).

[148] Deposition of Charlie Taylor, June 4, 2007, at p.327.

[149] See Pfizer_MDong_0000112 at 113 (emphasis added). See Pfizer_CTaylor_0011878 at 0011891: "It is the most realistic mechanism that gabapentin binds to $\alpha_2\delta$ subunit of voltage-dependent Ca channel, and subsequently and partially inhibits Ca influx and excitatory transmitter releases.".

[150] See MAA_MISC_030_0075-7.

[151] See NDA21397_MISC_007_0051 at 0067.

maintain that the language was struck or otherwise rejected by the FDA.[152] Consequently, such language or similar information has never been included in the package insert.

303.    Pfizer Defendants produced for deposition a "labeling" witness, Dr. Lloyd Knapp, who testified about the "value" of the subject neurotransmitter language and the reality that physicians may utilize the label for both approved and off-label indications:

> "A. We thought it was informational. We thought it was useful general information, scientific-type information. Q. And for what purpose would such useful general information, science-type information be utilized, as far as Pfizer understood? A. For --- for those physicians, healthcare providers that might be interested in further details on mechanism of action that --- that they might not otherwise be aware of from peer-reviewed public ---- or publicly available publications, literature
>
> ....
>
> Q. Are you saying that physicians would look to your label, which is meant to inform someone on approved indications, to --- because of an interest in gaining information about potential off-label uses? A. I really can't comment on what physicians may or may not do. However, you know, as a healthcare provider myself, and if there were a suggested use of a medication for which it was not approved, I would absolutely go to the label and I would look up general information that would be there that might be of interest."[153]

304.    Pfizer Defendants' witness, Charlie Taylor, Ph.D., was deposed on June 4, 2007, and discussed, among other issues, the mechanism of action of Neurontin and facts related to language regarding mechanism of action being included in the Neurontin product labeling. Dr. Taylor responded to inquiries regarding the lack of language in the Neurontin product labeling as it pertained to mechanism of action and the reduced release of neurotransmitters. There was no evidence that FDA removed the language for any substantive reason; witness Taylor's only recollection is that FDA struck the language for the sake of brevity.[154] Not only should Pfizer Defendants have

---

[152] *See* Deposition of Pfizer Defendants' witness Charlie Taylor, Ph.D., June 4, 2007 at pp.210-211: "Q. Have you ever attempted to do that with Neurontin or gabapentin, reach out to the FDA to revise the label? A. Well, when we filed for the post-herpetic neuralgia indication, in about 2001, there were some realized --- there was some revised wording around mechanism of action. That was submitted at the time of this submission for post-herpetic neuralgia."

[153] *See* Deposition of Pfizer Defendants' witness, Lloyd Knapp, June 27, 2007 at pp. 447- 448; *see also* Deposition of Lloyd Knapp, June 27, 2007 at p. 505: "[A]nd all of the information is summarized and that information is general useful, even for uses outside of the approved indications."

[154] *See* Deposition of Pfizer Defendants' witness Charlie Taylor, Ph.D., June 4, 2007 at pp.216-220: "Q. Do you understand that to be in the label? A. I don't think that that's in the current label, but I know that this wording at one time actually was proposed. Q. Who proposed it? A. Well, I was part of the group that proposed it, and it was a group decision what language to put in the proposed labeling that went to FDA . . . . And, you know, we had a whole bunch of competing goals, really, in coming up with the final label wording. We wanted to include as much useful information as possible that could potentially be of use to a prescriber, and we also wanted to meet the expectations of the Agency, of the Food and Drug Administration. And, you know, I have to be very honest with you, I don't recall why not all of these

continued to negotiate for the inclusion of this language as it pertained to approved indications, surely Pfizer Defendants should have sought to have this or similar language regarding the reduction of neurotransmitter release included in light of the known psychiatric and chronic pain population of patients that were susceptible to mood and behavioral disturbances with the use of Neurontin.[155]

305.    The reviewed documents reflect that Pfizer Defendants wanted to expedite the approval process in light of FDA reviewer Dr. Cynthia McCormick "leaving the country for several weeks", and Pfizer Defendants were "pleased with the FDA's initial reaction and response to [their] submission"; Pfizer Defendants accepted as "OK" the FDA's revisions regarding mechanism of action.[156]

306.    Pfizer Defendants' witness, Lloyd Knapp, who was produced as a "labeling" witness, testified with respect to the mechanism of action section as follows: "Just in terms of the Mechanism of Action section in general, rather than specific substance that was in there, Pfizer made proposals for additional language to be included in that Mechanism of Action section. It was removed by FDA, and I believe that at the time we did not further discuss that with FDA."[157]

---

words are in the current labeling, but I suspect that was because it was just becoming a big long, and the agency actually struck some of our proposed wording, and made it simpler and shorter. Q. Do you know that with certainty? A. No. I don't know that with certainty because it was a while ago, and as I think I already mentioned, there were several versions of this label. Obviously, this is an important issue and I don't want to misstate the facts, but I do know that this wording was proposed and, I do know that it was later taken out. . . . Q. And if you proposed those words, you thought they were material and important? A. Well, as I said before, views of how something works and anything that is really a scientific investigation change over time.... But at the time, this was sort of the consensus of what we thought was relevant and of use to prescribers.....Q. If the FDA said those words should come out, would there be some documentation to that effect? Is it a phone call or is there a paper trail that would say that it's the FDA who wanted to take it out? A. . . . And my recollection, which I am not 100 percent confident about, but my recollection is FDA struck the wording and we didn't think that it was an important enough issue to prolong the whole label negotiation about to fight it, essentially.... And this mechanism of action part of the label is not a central, not of central importance. Its useful, but its not of central importance to prescribing physicians.

[155] *See* Deposition of Charlie Taylor, Ph.D., June 4, 2007 at pp.224-226: "Q. The comments that you had regarding mechanism of action in the label, are they restricted to your understanding as to how it is used for the approved indications? A. Well, I think that that is ---- again, a little bit of a difficult question to answer, because the mechanism of action of a drug is usually not, you know, a drug binds to receptors in the brain, so the receptors in the brain is same regardless of what indication is approved. And the mechanism of action wording that is in our gabapentin label is not really specific to indication, but, of course, it is the approved labeling only for post-herpetic neuralgia and epilepsy. So, for other indications that are not in the label, presumably the mechanism of action description is adequate, but it's not really designed to address other potential indications of the drug, only really to address the approved indications.....But for any conceivable indication would this mechanism description be adequate? I don't know. I mean that is a pretty broad area."

[156]*See* Pfizer_AGarrity_0002266. The exhibit states in part, "MOA (p.3). Changes OK . . . Deletion of second paragraph OK." Additionally, Pfizer Defendants' motivation not to pursue appropriate language may have been driven by a strategic effort to protect a "trade secret" as to Neurontin's mechanism of action. *See* Pfizer_CTaylor_0017230 where Pfizer Defendants' witness Charlie Taylor's email (May 23, 2002) states as follows: "I find it curious that LaMattina would suggest to go forward with alpha2-delta as a mechanism of action, when in our strategic view a couple of months ago, the sentiment was to keep much of our supporting data around alpha2-delta as a trade secret. We simply can't do both…"

[157] *See* Deposition of Lloyd Knapp, June 27, 2007 at pp.442-443. Witness Knapp did not provide any further testimony revealing that the subject mechanism of action language regarding neurotransmitter

307.   Pfizer Defendants' position at the time was that they could "submit a labeling supplement at any time with the information when we are ready" and reasoned that FDA "seems eager to close this and letting it linger there always opens up possibilities for making changes that are not in our favor.  I would suggest we then gather the rationale for the [mechanism of action] MOA and any other minor points and attempt to add those modifications at a latter date."[158]   Nevertheless, Pfizer Defendants have never sought to revise or otherwise supplement the Neurontin product labeling, provide Dear Healthcare Provider letters, or undertake an educational campaign to inform the public or prescribers as to Neurontin's mechanism of action which reduces the release of neurotransmitters.   This information would be important and relied upon by prescribers as part of their risk/benefit analysis when prescribing Neurontin, particularly for off-label, psychiatric uses.[159]

---

release was struck for any substantive reason: "Q.  And what documents, if any, serve as the basis for your understanding that the proposed language was stricken or struck?  A.  Original --- original proposed label regarding the neuropathic pain/PHN submission, feedback from the FDA which shows the deletion of those sections, and then ultimate final label that was agreed.  Q.  Okay.  When you say "feedback", other than the language being struck with a black line --- A.  Correct.  Q. ---was there any other feedback from the FDA?  A.  I don't recall any specific feedback other than the fact that they requested it to be removed."  Deposition of Lloyd Knapp, June 27, 2007 at pp. 443-444.

[158] See Pfizer_CTaylor_0017228.

[159] Deposition transcripts of Neurontin prescribers who have been deposed during the pendency of the litigation were reviewed.  Pertinent testimony reflecting the importance of mechanism of action language, particularly regarding the reduced release of neurotransmitters has been elicited. See Deposition of Richard R. Burris,MD, July 18, 2007 (Roberson v. Pfizer, et al., p. 113-115) wherein he testified as follows: "Q.  Is a reduction in serotonin in the brain of any clinical concern with regard to people who are being treated for depression?  A.  Yes.  Generally speaking, if you decrease serotonin effect on the brain the depression symptoms will increase.".  …  Q. If Warner-Lambert or Pfizer or Parke-Davis, for that matter, had been in possession of such information, that information you would have wanted to have when you were treating Tommy Robertson? A.  If it was confirmed I would want to know that so I could adjust medication dosages." See also Deposition of William Crotwell, III, MD, May 1, 2007 (Owens v. Pfizer, et. al. at pp. 58-60): "Q.  Did you --- What significance, if any, would you have attached back then when you were prescribing Neurontin to Mr. Owens if the evidence in this case is that Neurontin, through its mechanism of action, can reduce the release of production of serotonin in the brain?  A.  Again, it would depend on his history, the psychiatric history.  If a person is --- If they're on medications like that, then I think I would have probably questions using it.  But again, I didn't have that. . . . .  Q.  Doctor, going back to the line of questioning about the reduction of neurotransmitter release, in general, would --- if it was given to you in understandable terms, would you want to know whether Neurontin had the capacity to reduce the release of excitatory neurotransmitters as part of your risk/benefit approach in determining whether to prescribe Neurontin in the first place?  A.  In general, yes, it would be." See also Deposition of Thomas Maltese, M.D.,  May 22, 2007 (Vercillo v. Pfizer, et. al., at p.172) (referencing exhibit 11;  Pfizer_CTaylor_0012930 at 0012933): "Q.  'Gabapentin has been shown to reduce the stimulated release of noradrenaline, dopamine and glutamate under certain laboratory conditions.  Gabapentin administration to humans has been shown to increase the total brain content of gaba after a single dose.  However, the relevance of these findings to clinical use are not yet clear,' all right.  Now, that was in a proposed label.  Is that something that you as a psychiatrist thank would have been important to see in the label? A.  Yes." See also Deposition of Lakshman Rasiah, M.D., May 8, 2007 (Bentley v. Pfizer, et. al, pp. 53-57): "Q.  I'm going to ask you just to assume if this was evidence in the case if you attach any significance to this; that Neurontin reduces the release and production of dopamine, noradrenaline and serotonin. . . .  Q.  Is that important for you to know?  …Q.  Would you want to know that?  A.  Yes.  ….  Q.  Did you know whether or not Neurontin attenuates the release of serotonin?  No.  Q.  And did you know whether or not Neurontin attenuates or diminishes the

308.    Illustrative of the importance of this mechanism of action language is its presence in Pfizer Defendants' sister drug, Lyrica® (pregabalin).  Pregabalin is a compound structurally similar to gabapentin and was approved by FDA in part based upon the very research that was originally done for the benefit of gabapentin's approval by FDA.  Pfizer Defendants acknowledge that it has been "established that gabapentin and pregabalin alter $Ca^{2+}$ influx and monoamine neurotransmitter release in rat brain synaptosomes."[160]

309.    Unlike gabapentin, Pfizer Defendants' pregabalin product labeling does include language reflecting the drug's mechanism of action regarding neurotransmitters as follows: "*In vitro*, pregabalin reduces the calcium-dependent release of several neurotransmitters, possibly by modulation of calcium channel function."[161]

310.    Despite Pfizer Defendants' having in the market two drugs (gabapentin and pregabalin) with similar mechanisms of action and similar populations who are ingesting the drug, there is no reasonable basis why pregabalin has at least some reference to the reduction of neurotransmitters, yet gabapentin has none.[162]

311.    Dr. Knapp testified that the basis for the presence of the language in the pregabalin labeling, but not in Neurontin, may simply have been based upon a change of personnel at FDA:

"Q. And so do you have any explanation as to why the language was accepted for the Lyrica package insert but not for the Neurontin package insert?  A.  I don't, other than the observation that the division directors have changed in the meantime at the FDA and this could be --- this could be something of particular interest to the division director who ultimately has to approve that label.  And so the division director that approved and was --- was in fact in charge of the

_____

release of norepinephrine [noradrenaline]?  No.  Q.  And you would want to know all of that as relates to your treatment in the psychiatric patients?  A. Ultimately clinically for its clinical value."

[160] *See* Pfizer_MDong_0000112 at 113.

[161] *See* Pregabalin (Lyrica®) U.S. Package Insert, (Revised 2005). This information is immediately preceded by a specific reference to gabapentin: "Although the mechanism of action of pregabalin is unknown, results with genetically modified mice and with compounds structurally related to pregabalin (such as gabapentin) suggest that binding to the alpha$_2$-delta subunit may be involved in pregabalin's antinociceptive and antiseizure effects in animal models." *See* Taylor, et. al., *Pregabalin and gabapentin reduce release of substance P and CGRP from rat spinal tissues only after inflammation or activation of protein kinase C*, Pain 2003; Deposition of Charlie Taylor June 4, 2007, Exhibit 21: "Since inflammation and neuropathic pain cause an augmentation of stimulated neuropeptide release and because gabapentin and pregabalin are antinociceptive only in states of inflammation or neuropathy, we asked whether these drugs could block the augmentation of transmitter release produced by inflammation.… [W]e found that gabapentin and pregabalin did attenuate the stimulated release of neuropeptides from spinal cord slices taken from the side ipsilateral to inflammation.  These findings suggest that gabapentin and pregabalin act on cellular mechanisms that are not active under resting conditions, but play a role in presynaptic transmitter release during pathological conditions such as inflammation."

[162] *See* Deposition of Pfizer Defendants' "labeling" witness, Dr. Lloyd Knapp at p. 492-493: "Q.  The Lyrica label, in fact, has a reference to the reduction of the neurotransmitter release, right?  A.  I'm aware of that. . . .Q. In what --- for whatever reason it's in the Lyrica label as you --- as you referenced, what were the indications for Lyrica at the time?  A.  I'm just --- I'm thinking.… I believe that the indications were adjunctive therapy of epilepsy in adults, neuropathic pain that is associated with painful diabetic peripheral neuropathy, and post-herpetic neuralgia.  Q.  That's awfully similar to the indications for Neurontin, correct?  A.  Yes, it is.  Q.  And the mechanism of action for Lyrica or for pregabalin is awfully similar to that of neurontin, correct?  A.  Yes, it is."

division when the Neurontin statements were removed is different from the person who reviewed the Lyrica label."[163]

312.    From a practical perspective, Pfizer Defendants had an opportunity to pursue a supplement in the Neurontin package insert because the mechanism of action language at issue could have been proposed to the same director that had favored the language in the Lyrica® labeling. Such action would have been appropriate in light of the acknowledged importance of the language by Pfizer Defendants, as well as the recognition that they could submit a labeling supplement at any time with the information when they were ready (as stated above).


### Proportional Reporting Ratio (PRR) Analysis Demonstrated a Safety Signal for Suicidal Behavior

313.    A pharmacovigilance calculation, employed by the pharmaceutical industry and regulatory authorities, is the Proportional Reporting Ratio (PRRs). It is used to compare different adverse events within a product or differences in adverse events between two products.    This approach is fully discussed in the recognized epidemiology text book Pharmacoepidemiology, edited by Brian Strom.[164]

314.    The proportion of the event of interest to the total number of reports can be compared with this same calculation for another reaction, or at another point in time or for two different drugs. The expected or null value for a PRR is 1.0 if no changes in an event have occurred. However, a signal is considered whenever the PRR exceeds one. Higher PRRs indicate greater signal strengths. Dr. Strom notes that "Examination of changes in PRRs over time may help to demonstrate how signals of adverse drug reaction can be identified as early as possible."[165]

315.    PRR analysis compares the percentage of adverse event reports with a given adverse event term between multiple drugs or a background. For example, if Drug A had 1,000 reports and 40 of them were for completed suicide, this would represent 4% of the reports.  If drug B had 500 reports and 10 of them were for completed suicide, this would represent 2% of the reports.  The two percentages could then be compared.

316.    All adverse events associated with a drug product must be known in order to calculate PRRs. If one detects a change in the proportion of a given event, compared with earlier data points, or differences between similar drugs or drugs in the same class (i.e. anti-epileptics), this would constitute a signal.  The strength of the signal would partially dictate how the signal should be evaluated and what further action may be appropriate.

317.    It is also necessary to assess all adverse events to ascertain the regulatory adequacy of a company's safety surveillance procedures for the evaluation of adverse event information and the maintenance of current product labeling.  For example,

---

[163]See Deposition of Pfizer Defendants' "labeling" witness, Dr. Lloyd Knapp at pp. 493-494.
[164] Strom, B. 2000, Pharmacoepidemiology: 3rd Edition, pp 180-2
[165] Strom, B. 2000, Pharmacoepidemiology: 3rd Edition, p. 181

only by reviewing all the adverse events would one appreciate if the non troublesome as well as the threatening events were evenly handled with respect to labeling amplification and FDA notification.

318.    In March of 2005, the FDA published Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment.    This document provided the FDA's non-binding recommendations on how companies should conduct pharmacovigilance activities.[166]    The FDA discusses the use of several data mining tools for signal detection: one of the methods of data mining discussed by the FDA is Proportional Reporting Rate (PRR) analysis.[167]    The FDA states that "[a]lthough all of these approaches are inherently exploratory or hypothesis generating, they may provide insights into the patterns of adverse events reported for a given product relative to other products in the same class or to all other products."[168]

319.    With respect to Neurontin, computations for comparing Neurontin to several other drugs used to treat epilepsy or which are similar pharmacologically are provided below.    For this particular analysis, publicly-available data from the FDA Adverse Event Reporting System (AERS) is utilized.

320.    Included below is a chart reflecting the PRR for Suicidal and Self-Injurious Behavior.  In this chart Neurontin, Gabitril, and Baclofen are at or near the top of the group.  Both Neurontin and Gabitril are GABA analogues and are used heavily off-label for similar conditions.  As noted previously in this report, Pfizer Defendants have noted similarities in the pharmacologic activity between Baclofen and Neurontin.

---

[166] *See* U.S. Dept. of Health and Human Services (FDA), Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (March 2005).

[167] *See* U.S. Dept. of Health and Human Services (FDA), Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (March 2005), at p. 9.

[168] *See* U.S. Dept. of Health and Human Services (FDA), Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (March 2005), at p. 9.



321.    All three of these drugs appear to have the highest percentages of suicidal and self-injurious events over a period of years. No later than mid 2001, Pfizer Defendants had a safety signal of a possible association between Neurontin and suicidal events. Specifically, the percentage of reports reflecting serious events with Neurontin, Gabitril and Baclofen are approximately twice as much as the percentage of reports from other anti-epileptic drugs used to treat similar conditions.

322.    Illustrative of PRR application by the FDA, in 2007 there were safety concerns about Avandia® (Rosiglitazone), a drug used for the treatment of diabetes. At the end of July 2007, the FDA convened an advisory committee to review the safety of the drug. In preparation of the committee meeting, the FDA prepared a briefing package.[169] The FDA performed a PRR analysis for Avandia® against other anti-diabetic drugs with respect to cardiovascular adverse events. Provided below (in chart form) is the data that FDA evaluated.

---

[169]*See* FDA Briefing Document, Joint Meeting Endocrinologic and Metabolic Drugs Advisory Committee and the Drug Safety and Risk Management Advisory Committee, July 30, 2007, at p.44.

**Percentage of Cardiac SOC Reports for Various Anti-Diabetic Drugs**



323.    The FDA concluded "from 2000 to 2005 that both TZDs [Avandia and Actos] consistently showed that about 20% more of the serious outcomes are cardiac events compared to the other four hypoglycemic agents .... The finding supports an association of cardiac events with TZDs as a signal."[170]  In comparing the data from the FDA for Avandia with the data reviewed for Neurontin, the data is qualitatively very similar: in both cases, the drugs of concern had percentages of reports about twice that of the other drugs. Applying the same reasoning FDA used in determining a signal with Avandia, one can similarly state that a safety signal existed for Neurontin regarding suicidal behavior.

*Proposed Labeling Information*

324.    As previously set forth in this report, Pfizer Defendants have failed to reasonably warn healthcare professionals about the association of Neurontin with psychobiologic adverse events, including suicidal behavior.  Below is language that should have been pursued by Pfizer Defendants:

      a.    Incidences of positive dechallenge/rechallenge events have been documented in clinical trials involving gabapentin.  Dechallenge events include suicidal ideation, depression and hostility.  In addition, a positive rechallenge event was documented in one patient (depression).  The

---

[170] *See* FDA Briefing Document, Joint Meeting Endocrinologic and Metabolic Drugs Advisory Committee and the Drug Safety and Risk Management Advisory Committee, July 30, 2007, at p.44.

temporal relationship between the tapering/discontinuation of gabapentin therapy and the resolution of the depression and suicidal ideation events in this patient suggests that gabapentin precipitated these events. As such, these dechallenge/rechallenge events demonstrate that gabapentin may be associated with adverse effects on mood and special precautions should be taken to monitor patients for any changes in their mental health status.

b. Neurontin reduces the stimulated release of noradrenaline, dopamine, and glutamate under certain laboratory conditions. Gabapentin administration increases the total brain content of GABA after a single dose. However, the relevance of these findings to clinical use is not yet clear.

c. Neurontin slightly reduces the release of excitatory neurotransmitters (*e.g.*, serotonin, norepinephrine) *in vitro*. A reduced release of excitatory neurotransmitters in the brain may contribute to depression and suicidal behavior.

d. Patients of all ages who are started on Neurontin should be monitored appropriately and observed closely for clinical worsening, suicidality, or unusual changes in behavior. Families and caregivers should be advised of the need for close observation and communication with the prescriber.

e. Depression and suicidal behavior (ideation, attempt, completed suicide) have been reported to occur in patients receiving Neurontin. Patients treated with Neurontin should be advised to report immediately any symptoms of depression and/or suicidal ideation to their prescribing physicians. If a patient develops depression, cessation of Neurontin therapy should be considered.

f. A variety of abnormal thinking and behavior changes have been reported to occur in association with the use of Neurontin. Some of these changes may be characterized by decreased inhibition (*e.g.*, aggressiveness), depersonalization. In patients with pre-existing psychiatric conditions, worsening of depression, including suicidal thinking has been reported in association with the use of Neurontin. It can rarely be determined with certainty whether a particular instance of abnormal behaviors listed above is drug induced, spontaneous in origin, or a result of an underlying psychiatric or physical disorder. Nonetheless, the emergence of any new behavioral sign or symptom of concern requires careful and immediate evaluation.

## CONCLUSIONS 2002-present

325.    Despite the steady accumulation of postmarketing suicide-related events over the past several years, the Pfizer Defendants have not amplified their labeling to alert prescribers and patients to these risks.

326.    The Neurontin labeling is deficient relative to those employed for other antiepileptic products and other drug products associated with self-injurious behaviors.

327.    Despite the steady accumulation of biochemical and pharmacology-related information, Pfizer Defendants have not amplified the Neurontin labeling to provide information relating to its potential to elicit self-injurious events.

328.    The Pfizer Defendants have not conducted the epidemiologic evaluations necessary to quantify Neurontin's adverse psychobiological and self-injurious properties and determine the most critical at-risk populations.

# Reference List

1. 1996    Chadwick DW, Marson T, and Kadir Z   **Clinical administration of new antiepileptic drugs: an overview of safety and efficacy**, *Epilepsia*, 37 Suppl 6: S17-S22.

2. 04/1996    Dimond KR, Pande AC, LaMoreaux L et al., **Effect of gabapentin (Neurontin) [corrected] on mood and well-being in patients with epilepsy**, *Prog Neuropsychopharmacol Biol Psychiatry*, 20: 407-417.

3. 02/1996    Dixit SN, Jain S, Padma MV et al., **Gabapentin in refractory partial epilepsy--a trial in India**, *Acta Neurol Scand*, 93: 85-87.

4. 1996    French JA, **Clinical efficacy of new antiepileptic drugs in refractory partial epilepsy: experience in the United States with three novel drugs**, *Epilepsia*, 37 Suppl 2: S23-S26.

5. 11/09/1996    Marson AG, Kadir ZA, and Chadwick DW, **New antiepileptic drugs: a systematic review of their efficacy and tolerability**, *BMJ*, 313: 1169-1174.

6. 12/1996    Miller RG, Moore D, Young LA et al., **Placebo-controlled trial of gabapentin in patients with amyotrophic lateral sclerosis. WALS Study Group. Western Amyotrophic Lateral Sclerosis Study Group**, *Neurology*, 47: 1383-1388.

7. 05/1996    Perry JR and Sawka C, **Add-on gabapentin for refractory seizures in patients with brain tumours**, *Can J Neurol Sci*, 23: 128-131.

8. 01/1996    Petroff OA, Rothman DL, Behar KL et al., **The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy**, *Ann Neurol*, 39: 95-99.

9. 04/1996    Stahl JS, Rottach KG, Averbuch-Heller L et al., **A pilot study of gabapentin as treatment for acquired nystagmus**, *Neuroophthalmology*, 16: 107-113.

10. 11/1996    Trudeau V, Myers S, LaMoreaux L et al., **Gabapentin in naive childhood absence epilepsy: results from two double-blind, placebo-controlled, multicenter studies**, *J Child Neurol*, 11: 470-475.

11. 04/1997    Adler CH, **Treatment of restless legs syndrome with gabapentin**, *Clin Neuropharmacol*, 20: 148-151.

12. 06/1997    Averbuch-Heller L, Tusa RJ, Fuhry L et al., **A double-blind controlled study of gabapentin and baclofen as treatment for acquired nystagmus**, *Ann Neurol*, 41: 818-825.

13. 1997    Beydoun A, **Monotherapy trials of new antiepileptic drugs**, *Epilepsia*, 38 Suppl 9: S21-S31.

14. 1997    Chadwick D, **Monotherapy clinical trials of new antiepileptic drugs: design, indications, and controversies**, *Epilepsia*, 38 Suppl 9: S16-S20.

15. 1997    Chadwick DW, **An overview of the efficacy and tolerability of new antiepileptic drugs**, *Epilepsia*, 38 Suppl 1: S59-S62.

16. 08/1997    Houtchens MK, Richert JR, Sami A et al., **Open label gabapentin treatment for pain in multiple sclerosis**, *Mult Scler*, 3: 250-253.

17. 08/1997    Marson AG, Kadir ZA, Hutton JL et al., **The new antiepileptic drugs: a systematic review of their efficacy and tolerability**, *Epilepsia*, 38: 859-880.

18. 01/1997    Olson WL, Gruenthal M, Mueller ME et al., **Gabapentin for parkinsonism: a double-blind, placebo-controlled, crossover trial**, *Am J Med*, 102: 60-66.

19. 03/1997    Priebe MM, Sherwood AM, Graves DE et al., **Effectiveness of gabapentin in controlling spasticity: a quantitative study**, *Spinal Cord*, 35: 171-175.

20. 12/1997    Steinhoff BJ, Freudenthaler N, and Paulus W, **The influence of established and new antiepileptic drugs on visual perception. 1. A placebo-controlled, double-blind, single-dose study in healthy volunteers**, *Epilepsy Res*, 29: 35-47.

21. 12/02/1998    Backonja M, Beydoun A, Edwards KR et al., **Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial**, *JAMA*, 280: 1831-1836.

22. 02/1998    Beydoun A, Fakhoury T, Nasreddine W et al   **Conversion to high dose gabapentin monotherapy in patients with medically refractory partial epilepsy**, *Epilepsia*, 39: 188-193.

23. 03/1998    Boothe DM   **Anticonvulsant therapy in small animals**, *Vet Clin North Am Small Anim Pract*, 28: 411-448.

24. 11/1998    Chadwick DW, Anhut H, Greiner MJ et al   **A double-blind trial of gabapentin monotherapy for newly diagnosed partial seizures. International Gabapentin Monotherapy Study Group 945-77**, *Neurology*, 51: 1282-1288.

25. 1998    Covington EC   **Anticonvulsants for neuropathic pain and detoxification**, *Cleve Clin J Med*, 65 Suppl 1: SI21-SI29.

26. 1998    Davidson JR, Connor KM, and Sutherland SM  **Panic disorder and social phobia: current treatments and new strategies**, *Cleve Clin J Med*, 65 Suppl 1: SI39-SI44.

27. 09/1998    Erfurth A, Kammerer C, Grunze H et al  **An open label study of gabapentin in the treatment of acute mania**, *J Psychiatr Res*, 32: 261-264.

28. 10/1998    Ferrier IN  **Lamotrigine and gabapentin. Alternative in the treatment of bipolar disorder**, *Neuropsychobiology*, 38: 192-197.

29. 10/1998    Mazzini L, Mora G, Balzarini C et al  **The natural history and the effects of gabapentin in amyotrophic lateral sclerosis**, *J Neurol Sci*, 160 Suppl 1: S57-S63.

30. 08/1998    Merren MD  **Gabapentin for treatment of pain and tremor: a large case series**, *South Med J*, 91: 739-744.

31. 06/1998    Noachtar S, von Maydell B, Fuhry L et al  **Gabapentin and carbamazepine affect eye movements and posture control differently: a placebo-controlled investigation of acute CNS side effects in healthy volunteers**, *Epilepsy Res*, 31: 47-57.

32. 05/1998    Pahwa R, Lyons K, Hubble JP et al  **Double-blind controlled trial of gabapentin in essential tremor**, *Mov Disord*, 13: 465-467.

33. 12/02/1998    Rowbotham M, Harden N, Stacey B et al  **Gabapentin for the treatment of post herpetic neuralgia: a randomized controlled trial**, *JAMA*, 280: 1837-1842.

34. 08/1998    Solaro C, Lunardi GL, Capello E et al  **An open-label trial of gabapentin treatment of paroxysmal symptoms in multiple sclerosis patients**, *Neurology*, 51: 609-611.

35. 1999    Beydoun A  **Monotherapy trials with gabapentin for partial epilepsy**, *Epilepsia*, 40 Suppl 6: S13-S16.

36. 1999    Beydoun A  **Post herpetic neuralgia: role of gabapentin and other treatment modalities**, *Epilepsia*, 40 Suppl 6: S51-S56.

37. 1999    Bonezzi C and Demartini L  **Treatment options in post herpetic neuralgia**, *Acta Neurol Scand Suppl*, 173: 25-35.

38. 10/01/1999    Botts SR and Raskind J  **Gabapentin and lamotrigine in bipolar disorder**, *Am J Health Syst Pharm*, 56: 1939-1944.

39. 03/1999    Bryans JS and Wustrow DJ  **3-substituted GABA analogs with central nervous system activity: a review**, *Med Res Rev*, 19: 149-177.

40. 04/1999   Cabras PL, Hardoy MJ, Hardoy MC et al   **Clinical experience with gabapentin in patients with bipolar or schizoaffective disorder: results of an open-label study**, *J Clin Psychiatry*, 60: 245-248.

41. 05/1999   Cramer JA, Fisher R, Ben Menachem E et al   **New antiepileptic drugs: comparison of key clinical trials**, *Epilepsia*, 40: 590-600.

42. 10/1999   Faught E   **Epidemiology and drug treatment of epilepsy in elderly people**, *Drugs Aging*, 15: 255-269.

43. 04/1999   Gironell A, Kulisevsky J, Barbanoj M et al   **A randomized placebo-controlled comparative trial of gabapentin and propranolol in essential tremor**, *Arch Neurol*, 56: 475-480.

44. 1999   Harden RN   **Gabapentin: a new tool in the treatment of neuropathic pain**, *Acta Neurol Scand Suppl*, 173: 43-47.

45. 12/1999   Janowsky DS   **New treatments of bipolar disorder**, *Curr Psychiatry Rep*, 1: 111-113.

46. 1999   McLean MJ   **Gabapentin in the management of convulsive disorders**, *Epilepsia*, 40 Suppl 6: S39-S50.

47. 03/1999   Menke JJ and Heins JR   **Treatment of post herpetic neuralgia**, *J Am Pharm Assoc (Wash )*, 39: 217-221.

48. 09/13/1999   Morello CM, Leckband SG, Stoner CP et al   **Randomized double-blind study comparing the efficacy of gabapentin with amitriptyline on diabetic peripheral neuropathy pain**, *Arch Intern Med*, 159: 1931-1937.

49. 1999   Morrell MJ   **Dosing to efficacy with neurontin: the STEPS trial. Study of Titration to Effect Profile of Safety**, *Epilepsia*, 40 Suppl 6: S23-S26.

50. 1999   Morris GL   **Gabapentin** , *Epilepsia*, 40 Suppl 5: S63-S70.

51. 06/1999   Otley CC   **Gabapentin for the treatment of dysesthetic pain after reconstructive surgery**, *Dermatol Surg*, 25: 487-488.

52. 1999   Pellock JM and Appleton R   **Use of new antiepileptic drugs in the treatment of childhood epilepsy**, *Epilepsia*, 40 Suppl 6: S29-S38.

53. 11/1999   Pellock JM   **Managing pediatric epilepsy syndromes with new antiepileptic drugs**, *Pediatrics*, 104: 1106-1116.

54. 09/1999   Privitera MD and Szaflarski JP   **Complex Partial Seizures in Adults**, *Curr Treat Options Neurol*, 1: 323-338.

55. 1999    Schmitz B    **Psychiatric syndromes related to antiepileptic drugs**, *Epilepsia*, 40 Suppl 10: S65-S70.

56. 12/1999    Sindrup SH and Jensen TS    **Efficacy of pharmacological treatments of neuropathic pain: an update and effect related to mechanism of drug action**, *Pain*, 83: 389-400.

57. 04/2000    No author given    **Gabapentin monotherapy: new indication. Sometimes helpful**, *Prescrire Int*, 9: 40-42.

58. 06/2000    Backonja MM    **Anticonvulsants (antineuropathics) for neuropathic pain syndromes**, *Clin J Pain*, 16: S67-S72.

59. 07/2000    Beran RG and Beran ME    **Conduct of trials in private clinical practice**, *Epilepsia*, 41: 875-879.

60. 10/2000    Dallocchio C, Buffa C, Mazzarello P et al    **Gabapentin vs. amitriptyline in painful diabetic neuropathy: an open-label pilot study**, *J Pain Symptom Manage* , 20: 280-285.

61. 07/2000    Eckhardt K, Ammon S, Hofmann U et al    **Gabapentin enhances the analgesic effect of morphine in healthy volunteers**, *Anesth Analg*, 91: 185-191.

62. 08/21/2000    Fragoso YD and Carrazana EJ    **Low doses of gabapentin may be helpful in the management of chronic daily headache**, *MedGenMed*, 2: E52-

63. 02/2000    Herrmann N, Lanctot K, and Myszak M    **Effectiveness of gabapentin for the treatment of behavioral disorders in dementia**, *J Clin Psychopharmacol*, 20: 90-93.

64. 05/2000    Kanazi GE, Johnson RW, and Dworkin RH    **Treatment of postherpetic neuralgia: an update**, *Drugs*, 59: 1113-1126.

65. 09/2000    Keck PE, Jr., Mendlwicz J, Calabrese JR et al    **A review of randomized, controlled clinical trials in acute mania**, *J Affect Disord*, 59 Suppl 1: S31-S37.

66. 06/2000    Laird MA and Gidal BE    **Use of gabapentin in the treatment of neuropathic pain**, *Ann Pharmacother*, 34: 802-807.

67. 06/2000    Nicholson B    **Gabapentin use in neuropathic pain syndromes**, *Acta Neurol Scand*, 101: 359-371.

68. 07/2000    Ondo W, Hunter C, Vuong KD et al    **Gabapentin for essential tremor: a multiple-dose, double-blind, placebo-controlled trial**, *Mov Disord*, 15: 678-682.

69. 09/2000   Pande AC, Crockatt JG, Janney CA et al   **Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Gabapentin Bipolar Disorder Study Group**, *Bipolar Disord*, 2: 249-255.

70. 2000   Pellock JM and Morton LD   **Treatment of epilepsy in the multiply handicapped**, *Ment Retard Dev Disabil Res Rev*, 6: 309-323.

71. 12/2000   Post RM, Frye MA, Denicoff KD et al   **Emerging trends in the treatment of rapid cycling bipolar disorder: a selected review**, *Bipolar Disord*, 2: 305-315.

72. 01/2000   Serrao M, Rossi P, Cardinali P et al   **Gabapentin treatment for muscle cramps: an open-label trial**, *Clin Neuropharmacol*, 23: 45-49.

73. 10/10/2000   Sindrup SH and Jensen TS   **Pharmacologic treatment of pain in polyneuropathy**, *Neurology*, 55: 915-920.

74. 06/2000   Solaro C, Uccelli MM, Guglieri P et al   **Gabapentin is effective in treating nocturnal painful spasms in multiple sclerosis**, *Mult Scler*, 6: 192-193.

75. 11/2000   Tremont-Lukats IW, Megeff C, and Backonja MM   **Anticonvulsants for neuropathic pain syndromes: mechanisms of action and place in therapy**, *Drugs*, 60: 1029-1052.

76. 11/2000   Vieta E, Martinez-Aran A, Nieto E et al   **Adjunctive gabapentin treatment of bipolar disorder**, *Eur Psychiatry*, 15: 433-437.

77. 2000   Wiffen P, Collins S, McQuay H et al   **Anticonvulsant drugs for acute and chronic pain**, *Cochrane Database Syst Rev*, CD001133-

78. 07/2000   Wong IC and Lhatoo SD   **Adverse reactions to new anticonvulsant drugs**, *Drug Saf*, 23: 35-56.

79. 01/2000   Zochodne DW   **Diabetic Neuropathies**, *Curr Treat Options Neurol*, 2: 23-30.

80. 07/2001   Bandini F, Castello E, Mazzella L et al   **Gabapentin but not vigabatrin is effective in the treatment of acquired nystagmus in multiple sclerosis: How valid is the GABAergic hypothesis?**, *J Neurol Neurosurg Psychiatry*, 71: 107-110.

81. 12/2001   Barrios C, Chaudhry TA, and Goodnick PJ   **Rapid cycling bipolar disorder**, *Expert Opin Pharmacother*, 2: 1963-1973.

82. 2001   Besag FM   **Behavioural effects of the new anticonvulsants**, *Drug Saf*, 24: 513-536.

83.  04/2001    Bowden CL   **Novel treatments for bipolar disorder**, *Expert Opin Investig Drugs*, 10: 661-671.

84.  04/2001    Carta MG, Hardoy MC, Dessi I et al   **Adjunctive gabapentin in patients with intellectual disability and bipolar spectrum disorders**, *J Intellect Disabil Res*, 45: 139-145.

85.  05/2001    Carter GT and Galer BS   **Advances in the management of neuropathic pain**, *Phys Med Rehabil Clin N Am*, 12: 447-459.

86.  11/2001    Cramer JA, Ben Menachem E, and French J   **Review of treatment options for refractory epilepsy: new medications and vagal nerve stimulation**, *Epilepsy Res*, 47: 17-25.

87.  03/2001    Crawford P, Brown S, and Kerr M   **A randomized open-label study of gabapentin and lamotrigine in adults with learning disability and resistant epilepsy**, *Seizure*, 10: 107-115.

88.  09/2001    De Leon OA   **Antiepileptic drugs for the acute and maintenance treatment of bipolar disorder**, *Harv Rev Psychiatry*, 9: 209-222.

89.  05/2001    Haig GM, Bockbrader HN, Wesche DL et al   **Single-dose gabapentin pharmacokinetics and safety in healthy infants and children**, *J Clin Pharmacol*, 41: 507-514.

90.  04/2001    Hemstreet B and Lapointe M   **Evidence for the use of gabapentin in the treatment of diabetic peripheral neuropathy**, *Clin Ther*, 23: 520-531.

91.  09/2001    Leandri M, Luzzani M, Cruccu G et al   **Drug-resistant cluster headache responding to gabapentin: a pilot study**, *Cephalalgia*, 21: 744-746.

92.  11/2001    Mathew NT   **Antiepileptic drugs in migraine prevention**, *Headache*, 41 Suppl 1: S18-S24.

93.  12/2001    Mellegers MA, Furlan AD, and Mailis A   **Gabapentin for neuropathic pain: systematic review of controlled and uncontrolled literature**, *Clin J Pain*, 17: 284-295.

94.  04/10/2001    Miller RG, Moore DH, Gelinas DF et al   **Phase III randomized trial of gabapentin in patients with amyotrophic lateral sclerosis**, *Neurology*, 56: 843-848.

95.  10/15/2001    Miller RG, Moore DH, Dronsky V et al   **A placebo-controlled trial of gabapentin in spinal muscular atrophy**, *J Neurol Sci*, 191: 127-131.

96. 01/2001   Myrick H, Henderson S, Brady KT et al   **Gabapentin in the treatment of cocaine dependence: a case series**, *J Clin Psychiatry*, 62: 19-23.

97. 05/2001   Pledger G   **Monotherapy trials: presurgical studies**, *Epilepsy Res*, 45: 67-71.

98. 05/15/2001   Schmader K   **Herpes zoster in older adults**, *Clin Infect Dis*, 32: 1481-1486.

99. 04/2001   Towanabut S, Rungreangyingyod L, and Suthisisang C   **Efficacy and safety of gabapentin as an add-on therapy in refractory partial epileptic patients**, *J Med Assoc Thai*, 84: 554-561.

100. 03/2001   Yasmin S, Carpenter LL, Leon Z et al   **Adjunctive gabapentin in treatment-resistant depression: a retrospective chart review**, *J Affect Disord*, 63: 243-247.

101. 08/2002   No author given**Gabapentin: new indication. In postherpetic neuralgia when amitriptyline fails**, *Prescrire Int*, 11: 111-112.

102. 04/2002   No author given**Gabapentin: new indication. Little impact on partial epilepsy in children between 3 and 12**, *Prescrire Int*, 11: 47-48.

103. 09/10/2002   Backonja MM   **Use of anticonvulsants for treatment of neuropathic pain**, *Neurology*, 59: S14-S17.

104. 11/2002   Bergin AM and Connolly M   **New antiepileptic drug therapies**, *Neurol Clin* , 20: 1163-1182.

105. 04/2002   Cheshire WP, Jr.   **Defining the role for gabapentin in the treatment of trigeminal neuralgia: a retrospective study**, *J Pain*, 3: 137-142.

106. 07/2002   Dirks J, Petersen KL, Rowbotham MC et al   **Gabapentin suppresses cutaneous hyperalgesia following heat-capsaicin sensitization**, *Anesthesiology*, 97: 102-107.

107. 09/2002   Dirks J, Fredensborg BB, Christensen D et al   **A randomized study of the effects of single-dose gabapentin versus placebo on postoperative pain and morphine consumption after mastectomy**, *Anesthesiology*, 97: 560-564.

108. 10/2002   Finnerup NB, Gottrup H, and Jensen TS   **Anticonvulsants in central pain**, *Expert Opin Pharmacother*, 3: 1411-1420.

109. 11/2002   Loprinzi L, Barton DL, Sloan JA et al   **Pilot evaluation of gabapentin for treating hot flashes**, *Mayo Clin Proc*, 77: 1159-1163.

110.  2002    Macdonald KJ and Young LT   **Newer antiepileptic drugs in bipolar disorder: rationale for use and role in therapy**, *CNS Drugs*, 16: 549-562.

111.  2002    Mitchell PB and Malhi GS   **The expanding pharmacopoeia for bipolar disorder**, *Annu Rev Med*, 53: 173-188.

112.  02/01/2002   Obrocea GV, Dunn RM, Frye MA et al   **Clinical predictors of response to lamotrigine and gabapentin monotherapy in refractory affective disorders**, *Biol Psychiatry*, 51: 253-260.

113.  03/2002    Putzke JD, Richards JS, Kezar L et al   **Long-term use of gabapentin for treatment of pain after traumatic spinal cord injury**, *Clin J Pain*, 18: 116-121.

114.  09/2002    Silberstein SD and Goadsby PJ   **Migraine: preventive treatment**, *Cephalalgia*, 22: 491-512.

115.  01/2002    Sindrup SH and Jensen TS   **Pharmacotherapy of trigeminal neuralgia**, *Clin J Pain*, 18: 22-27.

116.  2002    Sramek JJ, Zarotsky V, and Cutler NR   **Generalised anxiety disorder: treatment options**, *Drugs*, 62: 1635-1648.

117.  2002    Tai Q, Kirshblum S, Chen B et al   **Gabapentin in the treatment of neuropathic pain after spinal cord injury: a prospective, randomized, double-blind, crossover trial**,   *J Spinal Cord Med*, 25: 100-105.

118.  06/2002    To TP, Lim TC, Hill ST et al   **Gabapentin for neuropathic pain following spinal cord injury**, *Spinal Cord*, 40: 282-285.

119.  10/2002    Wang PW, Santosa C, Schumacher M et al   **Gabapentin augmentation therapy in bipolar depression**, *Bipolar Disord*, 4: 296-301.

120.  04/2002    Yatham LN, Kusumakar V, Calabrese JR et al   **Third generation anticonvulsants in bipolar disorder: a review of efficacy and summary of clinical recommendations**, *J Clin Psychiatry*, 63: 275-283.

121.  2002    Khan A, Leventhal RM, Khan S, and Brown WA  **Suicide risk in patients with anxiety disorders: a meta-analysis of the FDA database,** *J Affective Disorders*, 68:183-190.

122.  2007 J.C. Collins, B.H. McFarland, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,** *Journal of Affective Disorders*.

_Cheryl Blume_                              _10-22-07_

Cheryl Blume, Ph.D.                          Date