UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

Discovery Order No. 16

November 5, 2007

SOROKIN, M.J.

The Court hereby makes the following rulings and orders on the matters pending before the Court.

1. Defendants' Emergency Motion Regarding Dr. Blume's Deposition (Docket #938)

   Products Liability Plaintiffs' shall file their response no later than Wednesday **November 7, 2007 at 2:00 p.m.**

2. Defendants' Motion to Compel Kaiser (Docket # 917) and Cross-Motion for Protective Order (Docket #935)

   The Court will hold a hearing on **Tuesday November 20, 2007 at 10:00 a.m.** regarding Defendants' Motion to Compel and Kaiser's Cross-Motion for Protective Order.   Defendants may file a combined opposition/reply no later than November 13, 2007 (this replaces he earlier reply date of November 7th)  and Kaiser may file a reply no later than November 16, 2007.

3. Pfizer's Emergency Motion Regarding Dr. Tremble (Docket #925)

Plaintiffs shall file their response to this Motion by Thursday November 8, 2007.

4. Schedule for Discovery Motion Hearings (All Actions)

All hearings are set for 2:00 p.m.

| Hearing Date | Motion(s) & Memoranda Due | Opposition Due | Replies Due |
|---|---|---|---|
| 12/18/07 | 12/6/07 | 12/11/07 | 12/14/07 |
| 1/22/08 | 1/10/08 | 1/15/08 | 1/22/08 |
| 2/26/08 | 2/14/08 | 2/19/08 | 2/22/08 |
| 3/20/08 | 3/7/08 | 3/12/08 | 3/17/08 |
| 4/17/08 | 4/4/08 | 4/9/08 | 4/14/08 |
| 5/20/08 | 5/8/08 | 5/13/08 | 5/16/08 |
| 6/17/08 | 6/5/08 | 6/10/08 | 6/13/08 |
| 7/22/08 | 7/10/08 | 7/15/08 | 7/18/08 |

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge