UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS ) ) ) ) ) | Magistrate Judge Leo T. Sorokin |

**PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY
MOTION FOR AN EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION TO STRIKE THE REPORT AND
<u>EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT DR. TRIMBLE</u>**

Products Liability Plaintiffs respectfully move for an extension of time, from November 8, 2007, to November 26, 2007, for Plaintiffs to file a response to Defendants' Motion to strike the report and exclude the testimony of Plaintiffs' expert Michael Trimble, M.D.  *See* ECF Doc. # 925.  Plaintiffs are proceeding by Emergency Motion because the Court has ordered that Plaintiffs shall file their response to Defendants' Motion by Thursday, November 8, 2007.  *See* Discovery Order No. 16, ECF Doc. # 941.  This Motion is supported by the Memorandum submitted herewith.

Dated:  November 6, 2007

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550

By:   **/s/ Jack W. London**
     Jack W. London, Esquire
     Law Offices of Jack W. London
      & Associates
     106 E. 6th Street, Suite 700
     Austin, TX 78701

## CERTIFICATION OF GOOD FAITH

     I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:   November 6, 2007

     **/s/ Kenneth B. Fromson**
     Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 6, 2007.

     **/s/ Kenneth B. Fromson**
     Kenneth B. Fromson, Esquire