UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ) | Magistrate Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS ) ) |  |

**PRODUCTS LIABILITY PLAINTIFFS' MEMORANDUM IN SUPPORT
OF EMERGENCY MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTION TO STRIKE THE REPORT AND
EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT DR. TRIMBLE**

Products Liability Plaintiffs respectfully move for an extension of time, from November 8, 2007, to November 26, 2007, for Plaintiffs to file a response to Defendants' Motion to strike the report and exclude the testimony of Plaintiffs' expert Michael Trimble, M.D. *See* ECF Doc. # 925. Plaintiffs are proceeding by Emergency Motion because the Court has ordered that Plaintiffs shall file their response to Defendants' Motion by Thursday, November 8, 2007, *see* Discovery Order No. 18, ECF Doc. # 941, but Dr. Trimble is not be available at this time to consult with Plaintiffs' counsel in order to respond fully and properly to the motion.

As noted in Plaintiffs' prior motion to compel the deposition of Dr. Trimble to be held on October 18 and 19, 2007, which was granted by this Court, Dr. Trimble's extensive schedule necessitated that his deposition be held on those particular dates, and the next dates that Dr. Trimble would have been available for deposition were December 5-7, 2007. *See* Mem. in Supp., p. 3, ECF Doc. # 806. Dr. Trimble is presently on vacation on a three-week cruise and cannot be contacted until he returns sometime during the week of November 18, 2007. Plaintiffs

will contact Dr. Trimble immediately upon his return in order to obtain information and a Declaration to support their response to Defendants' motion.

Plaintiffs' general/specific causation expert, Dr. Trimble, is the world renown expert on epileptic anti-convulsant drugs and their effects, and his testimony is essential to Plaintiffs' successful prosecution of this litigation. As noted above Dr. Trimble is currently unavailable for consultation in order for Plaintiffs' counsel to attempt to resolve the alleged deficiencies in his expert disclosure. It is critical that counsel have the opportunity to consult with Dr. Trimble as to the issues posed by Defendants in their motion, including the issue of what is in Dr. Trimble's possession, custody or control regarding past testimony. Plaintiffs would be severely prejudiced if this expert is unable to testify in support of this litigation.

Therefore, Plaintiffs respectfully request that in the interest of justice, the Court grant Plaintiffs an extension of time (taking into account the Thanksgiving break), from November 8, 2007, to November 26, 2007, to file a response to Defendants' motion regarding Plaintiffs' expert Dr. Trimble.

Dated: November 6, 2007

                                        Respectfully submitted,

                                        *Members of Products Liability*
                                        *Plaintiffs' Steering Committee*

                        By:   **/s/ Andrew G. Finkelstein**
                                Andrew G. Finkelstein, Esquire
                                Finkelstein & Partners, LLP
                                436 Robinson Avenue
                                Newburgh, NY  12550

By: **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 6, 2007.

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire