UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                                    :
        SALES PRACTICES AND                                                     :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                                                :
THIS DOCUMENT RELATES TO:                                                       :
                                                                                :   Magistrate Judge Leo T.
        PRODUCTS LIABILITY ACTIONS                                              :   Sorokin
                                                                                :
                                                                                :
                                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ASSENTED-TO MOTION FOR RELIEF FROM TRIAL
CASE DESIGNATION AND DISCOVERY DEADLINES**

Defendants, Pfizer Inc. and Warner Lambert Company, hereby respectfully move, with the assent of plaintiffs, for relief from the currently-operative trial case designation and discovery deadlines. The grounds for this motion are as follows.

1.  Pursuant to Discovery Order No. 14, defendants selected *Ellis v. Pfizer* and *Wendorf v. Pfizer* as its two new case selections.

2.  In light of plaintiffs' counsel's motion to withdraw in *Ellis* and stated intent to dismiss *Wendorf*, coupled with defendants' Case Management Proposal and Response to Plaintiffs' Emergency Motion for Leave to Withdraw ("Case Management Proposal") and the Court's Discovery Order No. 15, which indicates that new dates for Track One cases would be forthcoming, defendants have has not pursued discovery in *Ellis* or *Wendorf*.

3.  Because defendants' Case Management Proposal remains under advisement, defendants now respectfully request an Order confirming that they do not need to designate a Trial case on November 9, 2007, or to finish discovery in that case by December 28, 2007.

4.     Co-counsel for plaintiffs has assented to this motion.

WHEREFORE, defendants respectfully request an Order confirming that they do not need to designate a Trial case on November 9, 2007, or to finish discovery in that case by December 28, 2007.

Dated:  November 8, 2007

                                DAVIS POLK & WARDWELL

                                By:   /s/ James P. Rouhandeh
                                        James P. Rouhandeh

                                450 Lexington Avenue
                                New York, New York 10017
                                (212) 450-4000


                                SHOOK, HARDY & BACON L.L.P.

                                By:   /s/ Scott W. Sayler
                                        Scott W. Sayler

                                2555 Grand Boulevard
                                Kansas City, Missouri 64108
                                (816) 474-6550

                                    -     and -

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on November 8, 2007.

                                            /s/David B. Chaffin