UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 ) ) Master File No. 04-10981 ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: PRODUCTS LIABILITY ACTIONS | ) ) Magistrate Judge Leo T. Sorokin ) ) ) |

**ASSENTED-TO EMERGENCY
MOTION FOR EXTENSION OF DEADLINES**

Products Liability Plaintiffs hereby respectfully move, with the assent of Defendants, for relief from the currently operative deadlines for expert discovery and summary judgment motions. The grounds for this motion are as follows:

1. The deposition of Plaintiffs' general causation expert, Stefan P. Kruszewski, M.D., is currently scheduled to be held on Monday and Tuesday, November 12 and 13, 2007.

2. Plaintiffs' counsel have been advised that Dr. Kruszewski sustained a back injury and was taken by ambulance for medical care today; that Dr. Kruszewski has been diagnosed with a herniated disc in his lower back with extrusion and free fragment of disc impinging on nerve roots; that he underwent an epidural injection this afternoon; that he is presently incapacitated and unable to appear for his deposition as scheduled.

3. Counsel for Plaintiffs and Defendants have therefore agreed that Dr. Kruszewski's deposition should be rescheduled to be held the week of December 3, 2007, and that the schedule for expert discovery, motions for summary judgment on general causation and preemption, and Daubert motions should be adjusted accordingly.

4. Counsel propose the following new schedule for expert discovery and summary judgment motions in this matter:

| | |
|---|---|
| 12/21/07 | Deadline for Defendants' expert reports regarding general causation |
| 1/25/08 | Deadline for Defendants to produce for deposition their designated experts |
| 2/29/08 | Motions for summary judgment on general causation and preemption and Daubert motions |
| 3/28/08 | Briefs in opposition due |
| 4/18/08 | Reply briefs due |
| 4/25/08 | Sur-Reply briefs due |
| TBD | Hearing on motions for summary judgment on general causation and preemption and Daubert motions |

5. Counsel for Defendants has assented to this motion.

WHEREFORE, Plaintiffs respectfully request an Order as described above.

Dated: November 8, 2007                               Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*


By:   **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY  12550


By:   **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
           & Associates
        106 E. 6th Street, Suite 700
        Austin, TX  78701

**CERTIFICATION OF GOOD FAITH**

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:   November 8, 2007

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 8, 2007.

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire
