UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------- x | MDL Docket No. 1629 |
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION : | Master File No. 04-10981 |
| ------------------------------------------------- x | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS | |
| ------------------------------------------------- x | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR AN
ENLARGEMENT OF TIME ALLOTTED FOR THE DEPOSITION
OF PLAINTIFFS' DESIGNATED EXPERT CHERYL D. BLUME, Ph.D.**

Defendants, Pfizer Inc. and Warner-Lambert Company ("Defendants"), respectfully move for leave to file the attached Reply Memorandum in Further Support of Motion for an Enlargement of Time Allotted for the Deposition of Plaintiffs' Designated Expert Cheryl D. Blume, Ph.D. The grounds for this motion are:

1. Defendants believe that their reply memorandum will assist the Court in its consideration of their motion for an enlargement of time allotted to the deposition of Dr. Blume.

2 Plaintiffs do not oppose Defendants' motion for leave to file a Reply (provided "it does not jeopardize the Court's ability to render a decision before the currently scheduled deposition (November 12 and 13)").

3. The proposed reply memorandum is attached hereto.

2694272v1

WHEREFORE, Defendants respectfully request leave to file the attached reply memorandum.

Dated: November 9, 2007

                                          DAVIS POLK & WARDWELL

                                          By:   /s/ James P. Rouhandeh
                                                  James P. Rouhandeh
                                          450 Lexington Avenue
                                          New York, New York 10017
                                          (212) 450-4000

                                          SHOOK, HARDY & BACON L.L.P.

                                          By:   /s/ Scott W. Sayler
                                                  Scott W. Sayler

                                          2555 Grand Boulevard
                                          Kansas City, Missouri 64108
                                          (816) 474-6550

                                              - and -

                                          HARE & CHAFFIN

                                          By:   /s/ David B. Chaffin
                                                  David B. Chaffin

                                          160 Federal Street
                                          Boston, Massachusetts 02110
                                          (617) 330-5000

                                          *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

2694272v1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, I certify that counsel have conferred in good faith and that Plaintiffs' counsel has indicated, as noted above, that Plaintiffs do not oppose this motion, with the proviso noted above.

/s/ David B. Chaffin

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 9, 2007.

/s/ David B. Chaffin

2694272v1