UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

    PRODUCTS LIABILITY ACTIONS

------------------------------------------------------------x

: MDL Docket No. 1629
: Master File No. 04-10981
: Judge Patti B. Saris
: Magistrate Judge Leo T. Sorokin

**<u>NOTICE OF WITHDRAWAL OF MOTION WITHOUT PREJUDICE</u>**

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT defendants, Pfizer Inc. and Warner-Lambert Company ("defendants"), hereby withdraw, without prejudice, their motion for an enlargement of time allotted for the deposition of plaintiffs' designated expert Cheryl D. Blume, Ph.D. (Docket # 938).

The motion is withdrawn following a discussion with plaintiffs' counsel regarding the scope and nature of Dr. Blume's analyses and opinions, as well as plaintiffs' counsel's agreement that if defendants re-assert the motion for an enlargement of time allotted for Dr. Blume's deposition after completing two days of deposition on November 12 and 13, plaintiffs will not oppose the motion on the ground that it is untimely, but reserve all other rights to object.

Dated: November 9, 2007

        DAVIS POLK & WARDWELL

        By:  /s/ James P. Rouhandeh
               James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        SHOOK, HARDY & BACON L.L.P.

        By:  /s/ Scott W. Sayler
               Scott W. Sayler

        2555 Grand Boulevard
        Kansas City, Missouri 64108
        (816) 474-6550

        - and -

        HARE & CHAFFIN

        By:  /s/ David B. Chaffin
               David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 9, 2007.

        /s/ David B. Chaffin

2694065v1