UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| IRENE BARLOW | |

# PLAINTIFF IRENE BARLOW'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Irene Barlow, by and through her attorneys of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Archie Carl Pierce. I am counsel of record for Plaintiff Irene Barlow.

2. I have conferred with Irene Barlow per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff Irene Barlow intends to proceed with the litigation.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

LAW OFFICES OF JACK W. LONDON
106 E. 6th, Suite 700
Austin, Texas  78701
(512) 478-5858 (telephone)
(512) 478-1120 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas  78701
(512) 476-4600 (telephone)
(512) 476-5382 (facsimile)

By: _____
Archie Carl Pierce
State Bar No. 15991500

ATTORNEYS FOR PLAINTIFF
IRENE BARLOW

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to the following on the ___12___ day of November, 2007.

Kenneth J. Ferguson
Susan E. Burnett
Clark, Thomas & Winters, P.C.
P. O. Box 1148
Austin, TX  78767

SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

_____
Archie Carl Pierce