UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
In re:  NEURONTIN MARKETING,                                        :
        SALES PRACTICES, AND                                        :
        PRODUCTS LIABILITY LITIGATION                               :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
THIS DOCUMENT RELATES TO:                                           :
                                                                    :
        HARDEN MANUFACTURING                                        :
        CORPORATION; LOUISIANA                                      :  MDL Docket No. 1629
        HEALTH SERVICE INDEMNITY                                    :
        COMPANY, dba                                                :  Master File No. 04-10981
        BLUECROSS/BLUESHIELD OF                                     :
        LOUISIANA; INTERNATIONAL                                    :  Judge Patti B. Saris
        UNION OF OPERATING ENGINEERS,                               :
        LOCAL NO. 68 WELFARE FUND;                                  :  Magistrate Judge Leo T. Sorokin
        ASEA/AFSCME LOCAL 52 HEALTH                                 :
        BENEFITS TRUST; GERALD SMITH;                               :
        and LORRAINE KOPA, on behalf of                             :
        themselves and all others similarly                         :
        situated, v. PFIZER INC. and WARNER-                        :
        LAMBERT COMPANY.                                            :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF RAJESH S. JAMES

RAJESH S. JAMES declares upon penalty of perjury in accordance with 28 U.S.C.

§ 1746 as follows:

1.      I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for

Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2.      I submit this declaration in support of Defendants' Reply Memorandum of Law in

Support of Defendants' Motion to Compel Kaiser to Produce an Adequately Prepared Rule

30(b)(6) Witness and for Attorneys' Fees and Costs Pursuant to Rule 37, and in Opposition to

Kaiser's Cross-Motion for an Order Under Rules 26(b)(2)(C) and 26(c), filed on November 13, 2007.

3.      Attached at Exhibit A is a true and correct copy of a letter, dated October 23, 2007, that I received from Aviah Cohen Pierson, an attorney associated with the law firm Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Kaiser.

Dated:  New York, New York
        November 13, 2007

                              /s/ Rajesh S. James
                                 Rajesh S. James


                    **CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on November 13, 2007.


                                 /s/David B. Chaffin

2

# EXHIBIT A



Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

October 23, 2007

**VIA EMAIL**

Rajesh S. James
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Re: In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629 (PBS)**

Dear Rajesh:

I write regarding the continued Rule 30(b)(6) deposition of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (together "Kaiser") taken on October 11, 2007.

We are in the process of reviewing the transcript of this 30(b)(6) deposition with our client, as provided for under the Federal Rules of Civil Procedure. To the extent we determine that certain responses provided by the witness were incomplete or incorrect, we intend to make corrections to the transcript by next week. In addition, we are in the process of collecting information from Kaiser's regions outside California which would be responsive to the questions asked at the 30(b)(6) deposition regarding the status of Neurontin on each region's formulary during the relevant time period, as well as drug utilization initiatives related to Neurontin for these regions. We expect to have gathered this information by next week as well and can provide such information to you at that time.

If you have any questions, give me a call.

Very truly yours,

Aviah Cohen Pierson

cc: Linda Nussbaum, Esq.

NEW YORK, NY          LOS ANGELES, CA          SAN FRANCISCO, CA

CHICAGO, IL          RICHMOND, VA          MORRISTOWN, NJ