UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:  NEURONTIN MARKETING, SALES PRACTICES,  :
       AND PRODUCTS LIABILITY LITIGATION :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO: :
: MDL Docket No. 1629
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Master File No. 04-10981
HARDEN MANUFACTURING CORPORATION; :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, : Judge Patti B. Saris
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, : Magistrate Judge Leo T.
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL : Sorokin
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF :
AMERICA v. PFIZER INC. and :
:
AETNA, INC. v. PFIZER INC., :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' EMERGENCY MOTION TO COMPEL PLAINTIFF AETNA, INC. TO PRODUCE DOCUMENTS AND OTHER EVIDENCE IN RESPONSE TO DEFENDANTS' 30(b)(6) DEPOSITION NOTICE AND DISCOVERY REQUESTS**

Pursuant to Federal Rule of Civil Procedure 37, Pfizer Inc. and Warner-Lambert Company ("defendants") hereby respectfully move to compel discovery from Coordinated Plaintiff Aetna, Inc. ("Aetna"). The discovery sought includes written discovery responses, documents, and testimony responsive to defendants' Requests for Production, Interrogatories and 30(b)(6) deposition notice.

-1-

2698870v1

The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, defendants respectfully request that the Court grant their motion and enter an Order directing Aetna to abide by the parties' September 11, 2007 discovery Agreement, and to expeditiously produce witnesses for deposition as revealed in the materials produced.

Dated: November 14, 2007

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
        James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
        Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

- and -

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

-3-

2698870v1

-4-

## CERTIFICATE OF COMPLIANCE

I certify pursuant to Local Rules 7.1 and 37.1 that counsel have conferred concerning the issues presented by this motion on numerous occasions in the past and that a further attempt to confer was made prior to the filing of this motion, but was unsuccessful in resolving the issues presented.

/s/ David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I caused a true and correct copy of the foregoing document to be served on the parties pursuant to Case Management Order No. 3 by filing it through the Court's ECF System

/s/ David B. Chaffin