# EXHIBIT F

**Mizell, Nick P. (SHB)**

| | |
|---|---|
| From: | Mizell, Nick P. (SHB) |
| Sent: | Tuesday, September 11, 2007 10:23 AM |
| To: | 'Gerald Lawrence' |
| Cc: | 'Rowland, Matthew B.' |
| Subject: | RE: Aetna's 30(b)(6) and Written Discovery Responses |

Gerry,

Thank you for confirming Aetna's agreement to the items below during our call this morning. We'll contact the court to withdraw the motion.

Nick.

Nicholas P. Mizell
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550 (main)
(816) 559-2329 (direct)
(913) 579-2775 (cell)
(816) 421-2708 (fax)

-----Original Message-----
From: Mizell, Nick P. (SHB)
Sent: Friday, September 07, 2007 5:47 PM
To: 'Gerald Lawrence'
Cc: 'Rowland, Matthew B.'
Subject: Aetna's 30(b)(6) and Written Discovery Responses

Gerry,

Following our discussions to date, the motion to compel will be withdrawn in exchange for Aetna's agreement to the following:

Aetna will search for and produce any documents or materials available through its intranet ("Aetnet") or external or public websites that refer or relate to Neurontin or gabapentin, or it will otherwise certify that no such documents exist.

If Aetna maintains any databases of correspondence, calls or other contacts with providers or members, it will search these databases for references to Neurontin or gabapentin and produce responsive records. Aetna will also search for and produce any newsletters it sent to members or providers with references to Neurontin or gabapentin. Aetna will otherwise certify that no such records exist.

Aetna will search for and produce e-mails to or from Aetna's 30(b)(6) designees, Susan Scheid and Michael Brodeur, and to or from the Aetna employees identified by name during their depositions, that refer to Neurontin, gabapentin or the off-label use of any other anticonvulsant from 2003 to the present.

Aetna will search the hard copy and electronic files of those employed in the Formulary Development and Clinical Policies business unit for any documents that refer or relate to Neurontin or gabapentin or that discuss or relate to any consideration of or efforts to manage the anticonvulsant class of drugs. The head of this business unit, Michael Brodeur, will provide a declaration describing the effort made to search for and produce any responsive documents in this unit. To the extent that no additional minutes of or documents related to P&T committee meetings are identified that have not already been produced, the declaration will certify that no such additional documents exist.

Aetna will produce previous and current versions, both draft and final, of its anticonvulsant "drug review" - including appended materials and bibliographies.

Aetna will produce all internal and external, draft and final, Pharmacy Clinical Policy

1

Bulletins and any related FAQ documents from 1994 to the present that mention Neurontin or gabapentin.

Aetna will produce a list of the journals, compendia and all other periodicals subscribed to or collected in the library maintained by its Formulary Development and Clinical Policies group from 1994 to the present.

To the extent they are not already within Defendants' possession, Aetna will produce its formularies from 1994 to the present.

To the extent they have not been previously provided, Aetna will produce all documents related to its Neurontin rebates.

Aetna will produce position-specific organizational charts for its formulary development and clinical policies, clinical programs, manufacture contracting, and data warehouse units from 2003 to the present, and its P&T committee and previous internal and external equivalents from 1994 to the present.

Aetna will supplement its responses to Interrogatories 2, 3, 9, 10, 11, 13, 15 and 19, and its responses to Requests for Production 4-9, 11-13, 14, 16, 17, 19, 20, 21, 22, 25, 27, 33, 35, 38, 39, 40, 42, 49, 53, 66, 74, 75, 76, 79, 82, 83, 85, 88, 89 and 91. To the extent these requests pertain to documents other than those described above, or to documents other than the expert reports that will be produced regarding Aetna's alleged damages, any documents that refer or relate to Neurontin or gabapentin will be produced. In response to RFPs 74 and 79, Aetna will produce exemplars depicting any changes in the off-label reimbursement policy included within its pharmaceutical benefit riders. Aetna will otherwise certify that it has searched for and not found any responsive documents to these requests.

Aetna will supplement its discovery responses, produce these items on a rolling basis and will complete this production by September 21, 2007.

This agreement is without prejudice to Defendants' rights to renew the motion to compel if Aetna does not supplement its discovery responses and produce documents as described above. In such an event, Aetna will not argue in opposition that any potentially applicable discovery deadline has passed or that the motion is otherwise untimely.

Nicholas P. Mizell
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550 (main)
(816) 559-2329 (direct)
(913) 579-2775 (cell)
(816) 421-2708 (fax)