# EXHIBIT G

Case 1:04-cv-10981-PBS   Document 955-9   Filed 11/14/2007   Page 1 of 4

**LOWEY** Dannenberg Bemporad
Selinger & Cohen, P.C.

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

September 21, 2007

**VIA OVERNIGHT DELIVERY**
Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

  re: *In re Neurontin Marketing Sales Practices Litigation*

Dear Mr. Mizell:

  With respect to the various matters remaining at issue regarding discovery in the above case, please be advised as follows:

  Aetna is in the process of searching the computer hard drives and e-mail servers of the following: Susan Scheid, Michael Brodeur, Sandra Williams, Natalie Chang Mitchum, Jason Bruckner, Rose Chappacontreras, and Julie Carlson for emails that refer to "Neurontin", "gabapentin" or "off-label use of anticonvulsant" from 2003 to the present. As we discussed on Wednesday, this process is not going to be completed today, but we estimate that it will be completed by October 5, 2007.

  Aetna produced earlier this week its formularies that were readily available in either hard copy or electronic format. Aetna has located twelve additional formulary guides from during the relevant period and they are being copied for production next week. Aetna is continuing a search of off-site storage to see if any formularies from other periods are available. If found, any additional formularies will be produced within the next several days.

  Aetna is producing the list of the journals, compendia and all other periodicals subscribed to or collected in the library maintained by its Formulary Development and Clinical Policies group about which Michael Broduer testified at his deposition.

  Aetna does not maintain any databases of correspondence, calls or other contacts with providers or members that are searchable as we discussed for references to Neurontin or gabapentin.


**Dannenberg Bemporad Selinger & Cohen, P.C.**

Nicholas P. Mizell, Esq.
September 21, 2007
Page 2 of 3

    Aetna has produced the available position-specific organizational charts for its data warehouse unit from 2003 to the present. Such charts are being produced for Aetna's formulary development, clinical policies, clinical programs, P&T committee and previous internal and external equivalents for the relevant time periods (2003 and 1994, respectively) and we are continuing to search for such charts for the manufacturer contracting units.

    Aetna has previously produced documents or materials available through its intranet ("Aetnet") or external or public websites that refer or relate to Neurontin or gabapentin, additional documents are being produced.

    Aetna has searched for and did not yet locate any newsletters sent to members or providers with references to Neurontin or gabapentin. A limited search is continuing and additional confirmation will be given next week.

    Aetna has further searched the hard copy and electronic files of the Formulary Development and Clinical Policies business unit for any documents that refer or relate to Neurontin or gabapentin or that discuss or relate to consideration of or efforts to manage the anticonvulsant class of drugs and, other than email files referenced above, no additional materials were found. As you know, Michael Brodeur previously testified at his deposition that he "pulled any reference related to gabapentin". Upon production of emails as referenced above, Aetna will serve an appropriate declaration.

    Aetna has produced previous and current versions, both draft and final, of its anticonvulsant "drug review" - including appended materials and bibliographies.

    To the extent they exist, Aetna has previously produced internal and external, draft and final, Pharmacy Clinical Policy Bulletins and any related FAQ documents from 1994 to the present that mention Neurontin or gabapentin. A limited search is continuing and additional confirmation will be given next week.

    Aetna has produced all documents related to Neurontin rebates.



Nicholas P. Mizell, Esq.
September 21, 2007
Page 3 of 3

Other than the materials indicated above, Aetna has no additional materials to supplement its responses to Interrogatories or Requests for Production at this time.

Very truly yours,

GERALD LAWRENCE

GL/bms