# EXHIBIT H

**LOWEY** **Dannenberg Bemporad Selinger & Cohen, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

October 2, 2007

**VIA OVERNIGHT DELIVERY**

Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

  Re: *In re Neurontin Marketing Sales Practices Litigation*

Dear Nick:

  Enclosed please find the next installment of Aetna's supplemental production.

          Very truly yours,

          GERALD LAWRENCE

Enclosure

GL/bms

{1825 / LTR / 00084256.DOC v1}

# EXHIBIT I


www.shb.com

October 3, 2007

Gerald Lawrence
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

**Nicholas P. Mizell**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2329 DD
816.421.5547 Fax
nmizell@shb.com

RE: *In re Neurontin Marketing Sales Practice Litigation*

Dear Mr. Lawrence:

Thank you for your letter of September 21, 2007, outlining the steps you are currently taking to comply with our September 11, 2007 agreement with respect to Aetna's 30(b)(6) and Written Discovery Responses. Based on that agreement, Aetna is to search for and produce e-mails to or from its 30(b)(6) designees, Susan Scheid and Michael Brodeur, and to or from the Aetna employees identified by name during the 30(b)(6) depositions, that refer to Neurontin, gabapentin or the off-label use of any other anticonvulsant from 2003 to the present. Excluding in-house counsel and external members of the P&T committee, the individuals named during the depositions are as follows:

| | |
|---|---|
| Don Bishop | Bill Russell |
| Greg Brown | Jeff Taylor |
| Jason Buckner | Robin Walsh |
| Julie Carlson | Peter Wickersham |
| Rose Chappacontrerras | Ronald A. Williams |
| Edward Curran | Sandra Williams |
| Eric Elliot | Zoe Zavalishin |
| Dawn Erdman | Linda Bagette |
| Ellen Frasco | Troy Brennan |
| Bob Gregory | Terry Burnell |
| Mark Heibockel | Caroline Dobson |
| Robert Jackson | Mary Fox |
| Jo Beth Levy | Barbara Green |
| Kevin Lile | Jill Griffin |
| Deborah Lindgren | Deborah ("Belle") Holloway |
| Dr. Robert McDonough | Dr. Clementine Jones |
| Steve Mahalick | Julie Kendall |
| Michelle Vancura | John Locksterman |
| Mark Rabino | Natalie Chang Mitchum |
| Alan Reicher | Devin Shaw |
| Steve Roberts | Dr. Hoy Un |

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2648010v1



Gerald Lawrence
October 3, 2007
Page 2

As per our agreement, please ensure that Aetna includes the e-mails to and from these individuals when searching the e-mails for responsive documents. We appreciate your assistance with this matter.

Very truly yours,

Nicholas P. Mizell

NPM:dmr

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2648010v1

# EXHIBIT J



**Dannenberg Bemporad Selinger & Cohen, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

October 4, 2007

**VIA OVERNIGHT DELIVERY**

Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

    Re: *In re Neurontin Marketing Sales Practices Litigation*

Dear Nick:

    Enclosed please find the next installment of Aetna's supplemental production.

Very truly yours,

*Gerald Lawrence /ds*

GERALD LAWRENCE

Enclosure

GL/bms

# EXHIBIT K

**LOWEY Dannenberg Bemporad Selinger & Cohen, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

October 8, 2007

**VIA OVERNIGHT DELIVERY\***

Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

Re: *In re Neurontin Marketing Sales Practices Litigation*

Dear Nick:

Enclosed please find the last installment of Aetna's supplemental production, with the exception of emails which have yet to be produced.

Very truly yours,

GERALD LAWRENCE

Enclosure

GL/bms

\* Please note that the documents are being shipped in two separate Federal Express packages

Box 1 of 2

{1825 / LTR / 00084311.DOC v1}

# EXHIBIT L

**Shook,
Hardy &
Bacon** L.L.P.®
www.shb.com

October 16, 2007

Gerald Lawrence
DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
Four Tower Bridge
200 Barr Harbour Drive, Suite 400
West Conshohocken, PA 19428-2977

**Pamela Macer**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
pmacer@shb.com

RE: *In re Neurontin Marketing Sales Practices Litigation*

Dear Gerry:

In your cover letter to Aetna's supplemental production of October 8, 2007, you indicated that your efforts to produce documents and materials responsive to Pfizer's discovery requests as per our September 11, 2007 agreement was complete with the exception of emails. We have completed our review of your supplemental production and note the following omissions in addition to the emails:

- Declaration from Michael Brodeur describing the effort made to search for and produce all responsive documents in the Formulary Development and Clinical Policies business units.

- Previous and current versions, both draft and final, of Aetna's anti-convulsant "drug review" – including appended materials and bibliographies.

- All internal and external, draft and final, Pharmacy Clinical Policy Bulletins and any related FAQ documents from 1994 to the present that mention Neurontin or gabapentin. (If Aetna has produced all such documents, please have Michael Brodeur certify in his declaration that this portion of the production is complete.)

- Aetna's formularies from 1997, 1999, and 2000.

- List of the journals, compendia and all other periodicals subscribed to or collected in the library maintained by Aetna's Formulary Development and Clinical Policies Group from 1994 to the present. (One list dated 2002 was produced. Aetna may provide this information in supplemental written discovery responses or in Michael Brodeur's declaration.)

- All documents related to Aetna's Neurontin rebates. (Agreements produced to date reference addendums and/or agreements that have not been produced. Rebate invoices were produced for 1998-2001 only.)

- Position-specific organizational charts for Aetna's formulary development and clinical policies, clinical programs, manufacture contracting, and data warehouse units from 2003 to the present, and its P&T committee and previous internal and

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

Shook,
Hardy &
Bacon L.L.P.
www.shb.com

October 16, 2007
Page 2

external equivalents from 1994 to the present. (To date, we have received incomplete sets of charts for the Pharmacy Data Team, Formulary Development & Pharmacy Clinical Policies Team, P&T Committee members and PQAC members. Nothing produced for Clinical Programs or Manufacture Contracting.)

- Supplemental written responses to Interrogatories 2, 3, 9, 10, 11, 13, 15 and 19, and to Requests for Production 4-9, 11-13, 14, 16, 17, 19, 20, 21, 22, 22, 25, 27, 33, 35, 38, 39, 40, 42, 53, 66, 74, 75, 76, 79, 82, 83, 85, 88, 89, and 91.

The September 21, 2007 agreed-upon deadline for curing the deficiencies in Aetna's discovery responses has passed. Please provide us with a firm date within the next 2 weeks by which Aetna will produce all outstanding materials including the items listed above and the emails identified in our October 3, 2007 letter to you. As previously discussed, we continue to reserve our right to conduct further or additional 30(b)(6) or fact witness depositions of Aetna and its current or former employees pending our receipt of these materials. Thank you for your efforts to work with us on these discovery issues.

Sincerely,

Pamela Macer

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

# EXHIBIT M



**Lowey Dannenberg Bemporad Selinger & Cohen, P.C.**

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

October 31, 2007

**VIA OVERNIGHT DELIVERY\***

Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

       *In re Neurontin Marketing Sales Practices Litigation*

Dear Nick:

      Enclosed please find the final installment of Aetna's supplemental production. Note that as part of the production, a disk of documents is also included.

                                   Very truly yours,

                                   GERALD LAWRENCE

Enclosure

GL/bms

\* This production is being shipped in 3 separate Federal Express packages

{1825 / LTR / 00084807.DOC v1}

# EXHIBIT N

**Shook, Hardy & Bacon L.L.P.**
www.shb.com

November 9, 2007

Gerald Lawrence
DABBENBERG BEMPORAD SELINGER & COHEN, P.C.
Four Tower Bridge
200 Barr Harbour Drive, Suite 400
West Conshohocken, PA 19428-2977

RE: *In re Neurontin Marketing Sales Practice Litigation*

Pamela Macer

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
pmacer@shb.com

Dear Gerry:

We previously agreed that by September 21, 2007, Aetna would supplement its written discovery responses, search for and produce additional documents and provide a declaration from Michael Brodeur attesting to the effort made to search for and produce all responsive materials. We subsequently agreed to a 10-day extension for Aetna to produce emails responsive to our agreement. Aetna has yet to complete the agreed-upon production. Referencing our letters dated October 3, 2007, and October 16, 2007, we note that the following deficiencies remain:

- Declaration from Michael Brodeur regarding Aetna's document production and discovery responses.

- All internal and external, draft and final, Pharmacy Clinical Policy Bulletins and any related FAQ documents from 1994 to the present that mention Neurontin or gabapentin. (If Aetna has produced all such documents, please have Michael Brodeur certify in his declaration that this portion of the production is complete.)

- E-mails to or from the following employees that refer to Neurontin, gabapentin or the off-label use of any other anticonvulsants from 2003 to the present: Edward Curran, Mark Heibockel, Robert Jackson, Jo Beth Levy, Deborah Lindgren, Steve Mahalick, Bill Russell, Michelle Vancura, Robin Walsh, Zoe Zavalishin, Jill Griffin and John Lockstreman. (If Aetna has searched and found no responsive emails from the accounts of these individuals, please have Michael Brodeur certify in his declaration that this portion of the production is complete.)

- List of the journals, compendia and all other periodicals subscribed to or collected in the library maintained by Aetna's Formulary Development and Clinical Policies Group from 1994 to the present. (One list dated 2002 was produced. Aetna may provide this information in supplemental written discovery responses or in Michael Brodeur's declaration.)

- All documents related to Aetna's Neurontin rebates. (Agreements produced to date reference addendums and/or agreements that have

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.



www.shb.com

November 9, 2007
Page 2

not been produced. Rebate invoices have not been produced for 1994-1997 and 2002.)

- Supplemental written responses to Interrogatories 2, 3, 9, 10, 11, 13, 15 and 19, and to Requests for Production 4-9, 11-13, 14, 16, 17, 19, 20, 21, 22, 25, 27, 33, 35, 38, 39, 40, 42, 53, 66, 74, 75, 76, 79, 82, 83, 85, 88, 89, and 91.

- Position-specific organizational charts for Aetna's formulary development and clinical policies, clinical programs, manufacture contracting, and data warehouse units from 2003 to the present, and its P&T committee and previous internal and external equivalents from 1994 to the present. (To date, we have received incomplete sets of charts for the Pharmacy Data Team, Formulary Development & Pharmacy Clinical Policies Team, P&T Committee members and PQAC members. Nothing produced for Clinical Programs or Manufacture Contracting.)

- Aetna's formularies from 1997, 1999 and 2000.

Please contact us at your earliest convenience to discuss. If these deficiencies are not cured by November 14, 2007, we may seek to bring this issue before Magistrate Sorokin during the November 20, 2007 discovery hearing. As discussed previously, we continue to reserve our right to conduct further or additional 30(b)(6) or fact witness depositions of Aetna and its current or former employees pending our receipt of these materials.

Sincerely,

*Pam Mace*

Pamela Macer

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2694739v1