Rx Date/Time  NOV 05 2007(MON) 18:21  5616841470  P.001
Case 1:04-cv-10981-PBS   Document 956   Filed 11/13/2007   Page 1 of 1
ov 05 07 05:13p  ALOHA PROCESS  5616841470  p.1
NOV 05 07 05:07p  ZIRKLE PROCESS SVC  9545645329  p.1

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Georgia

**FILED CLERKS OFFICE**
**2007 NOV 13 P 2: 23**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS.**

Case Number: 1:07CV00110 / 1:07CV11499-PBS MDL DOCKET

Plaintiff:
ERIK NEWBERY, DANIEL NEWBERRY, AND HOLLY NEWBERRY, INDIVIDUALLY AND AS PERSONAL ADMINISTRATORS OF THE ESTATE OF STEPHEN PHILLIP NEWBERRY, DECEASED

vs.

Defendant:
PFIZER, INC., PARKE-DAVIS, A DIVISION OF WARNER-LAMBERT COMPANY AND WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT COMPANY AND WARNER-LAMBERT COMPANY LLC, TEVA PHARMACEUTICALS INDUSTRIES, LTD AND TEVA PHARMACEUTICALS USA, AS A SUBSIDIARY OF TEVA PHARMACEUTICALS USA, AS A ET AL

For:
Robert N. Wilkey
POGUST BRASLOW LLC
161 Washington Street
Suite 1520
Conshohocken, PA 19428

Received by ZIRKLE PROCESS SERVICE INC. on the 17th day of October, 2007 at 12:00 pm to be served on IVAX PHARMACEUTICALS, INC., 4400 BISCAYNE BLVD., MIAMI, FL 33137.

I, Chris Moussally, do hereby affirm that on the 30th day of October, 2007 at 11:45 am, I:

Served the within named CORPORATION by delivering a true copy of the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, JURY TRIAL DEMANDED AND CERTIFICATION with date and hour of service endorsed thereon by me to RAZIUR RAHMAN as employee authorized to accept service for CORPORATE CREATIONS NETWORK registered agent, at the address of: 11380 PROSPERITY FARMS RD., SUITE 221 E, PALM BEACH GARDENS, FL 33410, and informed said person of the contents therein, PURSUANT TO F. S. 48.081(3)(a).

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true._____(Date).

*[signature]*

Chris Moussally
997

ZIRKLE PROCESS SERVICE INC.
600 West Prospect Road
Suite 1-D
Fort Lauderdale, FL 33309
(954) 567-1050
Our Job Serial Number: 2007006064

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2l