11/13/2007

Dellapino Ballard
Din# 05-R-2261
Date filed: 06/22/007
Lead Case 1:04-cv-10981-PBS
Ballard vs. McKinnell et al
Assigned to: Judge Patti B Saris
Civil Doct case# 1-07-cv-11154-PBS
     ATTD.   US District Court Clerk
                   District of Massachusetts (Boston)

Dear Sir/Madam

I am writing your office in reguards to a civil case that was filed in my behalf. At this time I would like to know where my case stands at this point. And if their is any additional information needed to be presented to your office in reguards to this civil suite. However it would be most appreciated if your office can send me an update reguarding to this Legal matter.

Thanking your office in advanced, please respond to the name and Din # above at your earlist convience.

                             Sincerely yours
                             Dellapino Ballard
                             05-R-2261