UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA v. ) <br> PFIZER, INC., and ) <br> ) <br> AETNA, INC. v. PFIZER, INC. ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## DECLARATION OF ELIZABETH F. VILLALUZ

ELIZABETH F. VILLALUZ declares under penalty of perjury under the laws of the United States that the following is true and correct:

1.      I am a paralegal employed by Plaintiff Kaiser Foundation Health Plan, Inc. (hereinafter "Kaiser") in this action.

2.      I submit this declaration in support of Kaiser's reply memorandum of law in support of their cross-motion for an order under Rules 26(b)(2)(C) and 26(c) requiring Defendants Pfizer Inc. and Warner-Lambert Company (together "Defendants") to submit any further inquiries on Topic 2 through interrogatories or written deposition questions.

3.      I have personal knowledge of the matters stated herein.

4.      Neurontin was included on Kaiser's Colorado region formulary at least as of 1995 with no restrictions.

5.      In Kaiser's Colorado region, at least as of March 2004, tricyclic antidepressants (hereinafter "TCAs") were recommended over gabapentin as a first line agent for neuropathy.

1

6.  As of August 2004, there was a line extension on Kaiser's Colorado region formulary for generic gabapentin for 600 and 800 mg strengths of the drug.

7.  In 2000, Kaiser's Colorado region initiated a utilization program related to Neurontin in pain syndromes to review the use of Neurontin for pain.

8.  In December 1996, Neurontin was added to Kaiser's Georgia region formulary with no restrictions or guidelines.

9.  In 2004, at Kaiser's Georgia region, there was a Neurontin related initiative called the Drug Utilization Evaluation.

10. Effective October 31, 2005, there was a line extension on Kaiser's Georgia region formulary to include gabapentin in the 600 and 800 mg strengths.

11. As of June 2000, Neurontin was added to Kaiser's Hawaii region formulary. At that time, Neurontin (in 100, 300 and 400 mg strengths) was added to the formulary with criteria. The criteria were: (a) For use in epilepsy, as an adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults; (b) For use in neuropathic pain, with guidelines (which are referenced on page KAIS-044137); and (c) Limited initial dispense quantity to a 14 day supply.

12. In Kaiser's Hawaii region, if one of the criteria for dispensing Neurontin was not met, the drug would be considered non-formulary and the pharmacist could still dispense the drug if the doctor determined that the drug was medically necessary.

13. In October 2004, the decision was made to add generic gabapentin (in 100, 300 and 400 mg stengths) to Kaiser's Hawaii region formulary and delete brand name Neurontin in those strengths from that formulary (this decision was effective November 2004).

14.    In approximately May 2004, there was an initiative in Kaiser's Hawaii region to suggest TCAs be used in favor of Neurontin in the treatment of neuropathic pain.

15.    The relevant documents pertaining to the formulary status of Neurontin in Kaiser's Mid-Atlantic region are not all in electronic form. Therefore, it has been difficult to determine when Neurontin was added to the formulary in this region as well as the changes that were made to the status of Neurontin on this region's formulary.

16.    At least as of December 2000, there was a gabapentin drug utilization evaluation in Kaiser's Mid-Atlantic region pursuant to the P&T Committee agenda KAIS-044130.027.

17.    In September 2004, brand name Neurontin was deleted from Kaiser's Mid-Atlantic formulary and replaced with generic gabapentin.

18.    In April 1994, Neurontin (in 100, 300 and 400 mg strengths) was added to Kaiser's Northwest formulary with no restrictions or guidelines.

19.    In February 2000, Neurontin (in 600 and 800 mg strengths) was added to Kaiser's Northwest formulary.

20.    In December 2003, Neurontin (in 300 and 400 mg strengths) was deleted from Kaiser's Northwest formulary.

21.    In April 2004, Neurontin (in 100, 800 and 900 mg strengths) was deleted from Kaiser's Northwest formulary (this change was effective in May 2004).

22.    On May 15, 2004, enhanced criteria-based prescribing of gabapentin was implemented. Under this initiative, patients were expected to fail a trial of TCAs for neuropathic pain before receiving gabapentin.

23. In September 2005, generic gabapentin (in 100, 300, 400, 600 and 800 mg strengths) was added to Kaiser's Northwest formulary.

24. In October 2006, generic gabapentin (in 100, 300 and 400 mg strengths) was added to Kaiser's Northwest formulary.

25. In September 2007, generic gabapentin (in 100, 300 and 400 mg strengths) was deleted from Kaiser's Northwest formulary.

26. In June 1994, Neurontin was added to Kaiser's Ohio region formulary.

27. When Neurontin was added to Kaiser's Ohio region formulary in June 1994, it was restricted to prescribing by a neurologist or by other physicians with evidence of a Neurology consult.

28. In Kaiser's Ohio region, the term "restriction to neurology" means that a neurologist may prescribe the drug, or the drug can be dispensed if the member has certain evidence in his/her medical record, or if the physician has indicated on the prescription that the drug was recommended as a result of a neurology consult.

29. The first change to Kaiser's Ohio formulary for Neurontin took place in January 1998. In January 1998, the restrictions for Neurontin were expanded to include Drs. Spevak and Arceneaux (pain management specialists in the Ohio region) as allowable prescribers.

30. The next change to Kaiser's Ohio formulary for Neurontin took place in May 1999. At that time, the restriction for Neurontin was expanded and any pain management specialist was permitted to prescribe Neurontin.

31. As of March 1, 2000, the 600 and 800 mg strengths of Neurontin were included in Kaiser's Ohio formulary with the same formulary restrictions.

32. In March 2002, Drs. Avtar Saran and Anthony Smartnick in Kaiser's Ohio region, made a recommendation to extend prescribing restrictions of gabapentin to psychiatry specialists. This change was made effective as of April 1, 2002.

33. In September 2004, generic gabapentin (in 100, 300 and 400 mg strengths) was approved for Kaiser's Ohio region formulary and Neurotin brand name was deleted from the formulary. Patients prescribed larger doses would receive multiples of the smaller strength generic strengths to provide equivalent doses they had been receiving.

34. In 2005, there was a line extension for gabapentin on Kaiser's Ohio region formulary to include the 250 mg/5 ml oral solution restricted to Neurology, Psychiatry, Pain Management, Ortho, Rheumatology, or with the chief/lead approval.

35. In 2006, there was a line extension for generic gabapentin on Kaiser's Ohio region formulary to include gabapentin in 600 and 800 mg strengths.

36. Pursuant to the September 2004 P&T minutes from Kaiser's Ohio region, an interregional initiative was endorsed to promote TCAs as the first-line adjuvant agent for neuropathic pain at that time.

Dated: November 16, 2007

*Elizabeth F. Villaluz*
Elizabeth F. Villaluz

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

                                          ATTORNEY FOR PLAINTIFFS

                                          /s/ Linda P. Nussbaum
                                          LINDA P. NUSSBAUM