UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

--------------------------------------------------------------- x
                                                                :
In re:  NEURONTIN MARKETING, SALES PRACTICES          :
        AND PRODUCTS LIABILITY LITIGATION             :
--------------------------------------------------------------- x
                                                                :
THIS DOCUMENT RELATES TO                              :
                                                                : MDL Docket No. 1629
--------------------------------------------------------------- x
                                                                : Master File No. 04-10981
                                                                :
HARDEN MANUFACTURING CORPORATION:                     : Judge Patti B. Saris
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,           :
dba BLUECROSS/BLUESHIELD OF LOUISIANA:                :
INTERNATIONAL UNION OF OPERATING ENGINEERS,           : Magistrate Judge Leo T.
LOCAL NO. 68 WELFARE FUND; ASEA/AFSME LOCAL           : Sorokin
52 HEALTH BENEFITS TRUST: GERALD SMITH; and           :
LORRAINE KOPA. on behalf of themselves and all others :
similarly situated. v. PFIZER INC. and WARNER-LAMBERT :
COMPANY.                                               :
--------------------------------------------------------------- x
                                                                :
THE GUARDIAN LIFE INSURANCE COMPANY OF               :
AMERICA v. PFIZER INC. and                           :
                                                                :
AETNA, INC. v. PFIZER INC.                           :
--------------------------------------------------------------- x


**AETNA'S RESPONSE TO DEFENDANTS' EMERGENCY MOTION
TO COMPEL PLAINTIFF AETNA, INC. TO PRODUCE DOCUMENTS
AND OTHER EVIDENCE IN RESPONSE TO DEFENDANTS'
30(b)(6) DEPOSITION NOTICE AND DISCOVERY REQUESTS**

Plaintiff Aetna, Inc. ("Aetna") in the above referenced matter hereby responds to

Defendants' Emergency Motion to Compel Plaintiff Aetna, Inc. to Produce Documents and Other

Evidence in Response to Defendant's 30(b)(6) Deposition Notice and Discovery Requests

[Docket # 954] ("Defendants Motion").

1825 / BRF / 00085127.WPD v2

I.     **ARGUMENT**

In their instant motion. defendants lists documents that Plaintiff Aetna has purportedly

failed to produce.  Aetna has made a reasonable, good faith effort to search for responsive

documents and has in fact produced virtually all of the requested documents and is in the process

of making a final review of a limited set of materials to confirm that all responsive material has

been produced.   To date, Aetna has produced over 10.000 pages of documents, not including

excel spreadsheets and Aetna Online Commercial Drugbase guides which were produced to

defendants in their native format and as such were not bates stamped.

With respect to "Aetna's formularies from 1997, 1999 and 2000." attached hereto as

Exhibit A is a list of Aetna documents available for viewing.  Exhibit A sets forth documents.

including Aetna's formularies from 1997, 1999 and 2000. which are in pamphlet or booklet

form and are difficult and costly to copy.  These documents are available at the offices of Lowey

Dannenberg Bemporad Selinger & Cohen, P.C. in White Plains, New York. for inspection and

copying.

Defendant's request for e-mails as set forth on page 5 of their Memorandum of Law in

Support of Defendants' Emergency Motion to Compel ("Defendants' Memorandum) was

addressed by Gerald Lawrence in his letter to Nicholas Mizell. dated September 21, 2007

(attached hereto as Exhibit B).   On Aetna's behalf. Mr. Lawrence agreed to produce, responsive

e-mails to or from current Aetna employees Susan Scheid, Michael Brodeur, Sandra Williams.

Natalie Chang Mitchum, Jason Brukner. Rose Chappacontreras and Julie Carlson.

Aetna has produced all documents in its possession, custody and control relating to

Neurontin rebates.  On July 24, 2007. Defendants deposed Aetna's 30(b)(6) designee, Susan

Scheid. the Aetna employee with knowledge of rebates as they relate to Neurontin.  At no time

did counsel for defendant's raise concerns regarding the scope of Neurontin rebate documents produced or inquire of Ms. Scheid about the production. Further, the documents requested relate to rebates issued by defendants and to the extent such information exists it would also be in defendant's custody and control.

With respect to the "list of the print and electronic journals, newsletters, newspapers. magazines, compendia and other periodicals or publications subscribed to or collected by Aetna" (Defendants' Memorandum page 5) Aetna has produced the list of publications maintained by Michael Brodeur as identified in his July 2007 deposition. Aetna has searched its files and no other such list exists.

The final item sought by Defendants' Motion, a declaration describing the effort made to search for and produce all responsive documents in the Formulary Department and Clinical Policies Business Unit and confirming production of responsive materials, is premature at this time. When the above described review is completed an appropriate declaration will be produced.

Wherefore, Plaintiff respectfully requests that the Court deny Defendants' Emergency Motion to Compel Plaintiff Aetna, Inc. to Produce Documents and Other Evidence in Response to Defendant's 30(b)(6) Deposition Notice and Discovery Requests.

Dated: November 19, 2007

_____
Gerald Lawrence
Deborah Rogozinski
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

Respectfully submitted,

**BERMAN DEVALERIO PEASE**
  **TABACCO BURT & PUCILLO**


_____
Peter A. Pease, Esq. (BBO # 392880)
One Liberty Square
Boston, MA 02109
(617) 542-8300