# EXHIBIT A

# NEURONTIN
### AETNA DOCUMENTS AVAILABLE FOR VIEWING

Aetna Health Plans of Southern New England
Select/Senior Formulary. Effective date 1/1/96

Health Partners Drug Formulary, effective date 11/1/94
    Select Formulary, effective 3/13/96

Aetna Health Plans of the Mid-Atlantic, Inc.
    Select Formulary, effective 11/15/95

Aetna Health Plans of Louisiana, Inc.
    Select Formulary, effective 2/14/96

Aetna Formulary - January 2004

Aetna Formulary - January 2003

Aetna U.S. Healthcare Formulary - January 2002

Provider Guide to the Aetna U.S. Healthcare Formulary - January 2001

Aetna Provider Preferred Drug Guide
Commercial and Medicare Plans - 2007

Aetna Provider Preferred Drug Guide
Commercial and Medicare Plan - 2006

Aetna Preferred Drug (Formulary) Guide - January 2005

Aetna US Healthcare
Provider Medication Formulary Guide - January 2000

Provider Guide, Aetna U.S. Healthcare,
Medication Formulary Guide - January 1999

Provider Guide, Aetna U.S. Healthcare
Preferred Medication Program - April 1997

**EXHIBIT A**

The Geon Company 1997 Voluntary Formulary

Aetna Health Plans Voluntary Formulary 1996/1997

Aetna US Healthcare Retiree Program Formulary 1996/1997

Aetna Health Plans Retiree Program Formulary (6/96)

The BFGoodrich Company 1996/Aetna Health Plans Voluntary Formulary

The BFGoodrich Company 1997/Aetna Health Plans Voluntary Formulary

Aetna Health Plans of Arizona, Inc. Select/Senior Formulary,
Effective Date: November 1, 1996

The Geon Company 1996 Voluntary Formulary (pamphlet) and
Geon Drug Formulary Guide (chart)

Aetna Health Plans of California, Inc. Select and Senior Formulary
Effective Date: November 1, 1996

Aetna Health Plans of Carolinas, Inc. Select Formulary,
Effective Date: October 15, 1996

Aetna Health Plans of Florida, Inc. Select Formulary,
Effective Date: November 1, 1996

Aetna Health Plans of Georgia, Inc. Select Formulary
Effective Date:  October 15, 1996

Aetna Health Plans of Louisiana, Inc. Select/Senior Formulary,
Effective Date: November 1, 1996

Aetna Health Plans of the Midwest Select Formulary,
Effective Date:  November 15, 1995

Aetna Health Plans of the Midwest, Inc. Select Formulary,
Effective Date: November 1, 1996

Aetna Health Plans of New York, Inc.
Select Choice Preferred Medication Formulary
Effective Date: April 1, 1996

Aetna Health Plans of New Jersey, Inc. d/b/a Aetna Health Plans
Select/Senior Choice Preferred Medication Formulary
Effective Date: April 1, 1996

Aetna Health Plans of Ohio, Inc. dba Aetna U.S. Healthcare
Select Formulary, Effective Date: May 1, 1997

Aetna Health Plans of Ohio, Inc. dba Aetna U.S. Healthcare
Select Formulary, Effective Date: June 10, 1997

Aetna Health Plans of Central and Eastern Pennsylvania, Inc.
Select/Senior Choice Preferred Medication Formulary
Effective Date: February 1, 1996

Aetna Health Plans of Tennessee, Inc.
Select Formulary, Effective Date: November 1, 1996

Aetna Health Plans of Texas, Inc. (San Antonio)
Select Formulary, Effective Date: January 1, 1997

Aetna Health Plans of Texas, Inc. (Houston)
Select/Senior Formulary, Effective Date: November 1, 1996

Aetna Health Plans of North Texas, Inc.
Select/Senior Formulary, Effective Date: November 1, 1996

HealthPartners Formulary Change Matrix, Effective Date: May 1, 1994

Member Guide to the Prudential HealthCare Formulary January 2000

Member Guide to the Prudential HealthCare Formulary
Three-Tier Copay - January 2001

Member Guide Aetna U.S. Healthcare Medication Formulary Guide
January 1999

Member Guide Aetna U.S. Healthcare Preferred Medication Program
1997

Aetna U.S. Healthcare Voluntary Medication Formulary 1997/1998

U.S. Healthcare Preferred Medication Program
Quick Reference Guide [ref # GR-57510 printed 4/97]

U.S. Healthcare Preferred Medication Program
Quick Reference Guide [ref# GR-57509 printed 4/97]

Member Guide to the Aetna U.S. Healthcare Formulary
Three-Tier Copay/Open Formulary - January 2001

Provider Guide to the Aetna U.S. Healthcare Formulary January 2001

Aetna US Healthcare Member Medication Formulary Guide January 2000 [printed 8/99]

Aetna US Healthcare Member Medication Formulary Guide January 2000 [printed 12/99]

Aetna US Healthcare Provider Medication Formulary Guide January 2000

Member Guide  NYLCare Health Plans
Medication Formulary Guide - September 1998

Member Guide -  NYLCare Health Plans
Medication Formulary Guide - July 1, 1999 [printed 3/99]

Provider Guide NYLCare Medication Formulary Guide July 1, 1999 [printed 4/99]

The Prudential Health Care System
Preferred (Exclusive) Drug Formulary 1994-1995

The Prudential Health Care System
National Drug Formulary 1994-1995

The Prudential Health Care System
National Drug Formulary 1996

Prudential HealthCare Formulary Booklet
Pre-Certification and Step Therapy Guidelines Included
Updates through December 1, 1998

Prudential HealthCare Formulary Booklet
New Rx Treatment Guidelines Insert
(current as of print date April 1998)

Prucare/Prudential Formulary - Nashville, TN
September 1994

Prudential/Prucare Formulary - Nashville, TN \December 1995

The Prudential Health Care System
Preferred (Exclusive) National Drug Formulary 1993-1994

The Prudential Health Care System
Preferred (Exclusive) Drug Formulary 1996

The Prudential Health Care system
National Drug Formulary 1993-1994

PruCare of Tampa Bay - The Prudential
Formulary July 1995

PruCare of California Prescription Drug Formulary 1996

The Prudential Health Care System
Preferred (Exclusive) Drug Formulary 1996

The Prudential Health Care System
Preferred (Exclusive) National Drug Formulary 1993-1994

Aetna US Healthcare Member Medication Formulary Guide - January 2000

Member Guide to the Prudential HealthCare Formulary January 2000

Prudential HealthCare Formulary Booklet
Pre-Certification and Step Therapy Guidelines Included
Effective January 2000

The Prudential HealthCare Formulary Booklet
(current as of print date September 1997)

The Prudential HealthCare Formulary Booklet
(current as of print date September 1997)

Prudential HealthCare At-A-Glance Pocket Guide
Abbreviated Formulary List by Therapeutic Class
(current as of print date September 1997)

Prudential HealthCare At-A-Glance Pocket Guide
Abbreviated Formulary List by Therapeutic Class
(current as of print date September 1997)

Prudential HealthCare 1998 At-A-Glance Formulary Wallet Guide

Member Guide to the Prudential HealthCare Formulary - Current as of April 1998

Member Guide to the Prudential HealthCare Formulary - Current as of October 1, 1998

Prudential HealthCare Community Plan Formulary Notebook
Updates through February 15, 1999

Member Guide - Aetna US Healthcare Medication Formulary Guide
January 1999

Member Guide - NYLCare Medication Formulary Guide
July 1, 1999

Member Guide to the Prudential HealthCare Formulary
(current as of January 1999)

Prudential Healthcare At-A-Glance Pocket Guide
Abbreviated Formulary List by Therapeutic Class
(current as of print date December 1, 1998)

Prudential HealthCare At-A-Glance Formulary Card
Abbreviated Formulary List by Therapeutic Class
(current as of print date September 1997)

Prudential Healthcare Plan of Jacksonville Formulary 1997
(Revised 4/97)

Provider Guide - Aetna U.S.Healthcare
Medication Formulary - 1998

Member Guide to the Prudential HealthCare Formulary - 1999

Provider Guide - NYLCare Medication Formulary Guide - July 1, 1999

Provider Guide - Aetna U.S. Healthcare Medication Formulary Guide - January 1999

Provider Medication Formulary Guide - Aetna US Healthcare - January 2000

PruCare of North Carolina HMO Formulary - 1995/1996

PruCare of Orlando Formulary August 1995

Central Oklahoma Medical Group HMO Formulary dated August 28, 1995

Prucare of Richmond Drug Formulary 1994-1995

PruCare of North Carolina HMO Formulary - 1995/1996

PruCare of Jacksonville Formulary 1996

# EXHIBIT B

**LOWEY Dannenberg Bemporad Selinger & Cohen, P.C.**

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

September 21, 2007

**VIA OVERNIGHT DELIVERY**
Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

re: *In re Neurontin Marketing Sales Practices Litigation*

Dear Mr. Mizell:

With respect to the various matters remaining at issue regarding discovery in the above case, please be advised as follows:

Aetna is in the process of searching the computer hard drives and e-mail servers of the following: Susan Scheid, Michael Brodeur, Sandra Williams, Natalie Chang Mitchum, Jason Bruckner, Rose Chappacontreras, and Julie Carlson for emails that refer to "Neurontin", "gabapentin" or "off-label use of anticonvulsant" from 2003 to the present. As we discussed on Wednesday, this process is not going to be completed today, but we estimate that it will be completed by October 5, 2007.

Aetna produced earlier this week its formularies that were readily available in either hard copy or electronic format. Aetna has located twelve additional formulary guides from during the relevant period and they are being copied for production next week. Aetna is continuing a search of off-site storage to see if any formularies from other periods are available. If found, any additional formularies will be produced within the next several days.

Aetna is producing the list of the journals, compendia and all other periodicals subscribed to or collected in the library maintained by its Formulary Development and Clinical Policies group about which Michael Broduer testified at his deposition.

Aetna does not maintain any databases of correspondence, calls or other contacts with providers or members that are searchable as we discussed for references to Neurontin or gabapentin.



**Dannenberg Bemporad
Selinger & Cohen, P.C.**

Nicholas P. Mizell, Esq.
September 21, 2007
Page 2 of 3

    Aetna has produced the available position-specific organizational charts for its data warehouse unit from 2003 to the present. Such charts are being produced for Aetna's formulary development, clinical policies, clinical programs, P&T committee and previous internal and external equivalents for the relevant time periods (2003 and 1994, respectively) and we are continuing to search for such charts for the manufacturer contracting units.

    Aetna has previously produced documents or materials available through its intranet ("Aetnet") or external or public websites that refer or relate to Neurontin or gabapentin, additional documents are being produced.

    Aetna has searched for and did not yet locate any newsletters sent to members or providers with references to Neurontin or gabapentin. A limited search is continuing and additional confirmation will be given next week.

    Aetna has further searched the hard copy and electronic files of the Formulary Development and Clinical Policies business unit for any documents that refer or relate to Neurontin or gabapentin or that discuss or relate to consideration of or efforts to manage the anticonvulsant class of drugs and, other than email files referenced above, no additional materials were found. As you know, Michael Brodeur previously testified at his deposition that he "pulled any reference related to gabapentin". Upon production of emails as referenced above, Aetna will serve an appropriate declaration.

    Aetna has produced previous and current versions, both draft and final, of its anticonvulsant "drug review" - including appended materials and bibliographies.

    To the extent they exist, Aetna has previously produced internal and external, draft and final, Pharmacy Clinical Policy Bulletins and any related FAQ documents from 1994 to the present that mention Neurontin or gabapentin. A limited search is continuing and additional confirmation will be given next week.

    Aetna has produced all documents related to Neurontin rebates.



**Dannenberg Bemporad Selinger & Cohen, P.C.**

Nicholas P. Mizell, Esq.<br>
September 21, 2007<br>
Page 3 of 3

  Other than the materials indicated above, Aetna has no additional materials to supplement its responses to Interrogatories or Requests for Production at this time.

Very truly yours,

GERALD LAWRENCE

GL/bms