UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS ORDER RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | | |

### ATTORNEY'S CERTIFICATION UNDER DOCUMENT 949

Christopher E. Fitzgerald, counsel for Plaintiff, Andria Blackwell, certifies the following under Document 949, *Products Liability Case Management Order and Order Regarding Motions to Withdraw*:

1. That Christopher E. Fitzgerald has conferred with his client, Andria Blackwell;

2. That Plaintiff intends to proceed with the litigation (absent a request for dismissal);

3. That Plaintiff and Plaintiff's counsel have reviewed the relevant medical records and allegations of the Complaint; and

4. That Plaintiff's counsel believes pursuit of the above action is warranted.

Respectfully submitted,

FITZGERALD & ASSOCIATES, PLLC

By: _____
Christopher F. Fitzgerald

Christopher E. Fitzgerald, MS Bar # 10668
FITZGERALD & ASSOCIATES, PLLC
Post Office Box 1500
Ocean Springs, MS 39566-1500
Telephone: (228) 875-9072
Facsimile: (228) 818-2877

OF COUNSEL:

Paul A Koerber, MS Bar # 4239
Post Office Box 12805
Jackson, MS 39236-2805
Telephone: (601) 956-0072
Facsimile: (601) 956-0018

## CERTIFICATE OF SERVICE

  I, Christopher E. Fitzgerald, certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 20, 2007.

_____
Christopher E. Fitzgerald

Christopher E. Fitzgerald, MS Bar # 10668
FITZGERALD & ASSOCIATES, PLLC
Post Office Box 1500
Ocean Springs, MS 39566-1500
Telephone: (228) 875-9072
Facsimile: (228) 818-2877

OF COUNSEL:

Paul A Koerber, MS Bar # 4239
Post Office Box 12805
Jackson, MS 39236-2805
Telephone: (601) 956-0072
Facsimile: (601) 956-0018