UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: ) ) ALL ACTIONS ) ) | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

[Proposed] Stipulated Order Regarding Discovery Directed to Aetna, Inc.

November 20, 2007

SOROKIN, M.J.

With respect to Defendants' Emergency Motion to Compel Plaintiff Aetna, Inc. to Produce Documents and other Evidence in Response to Defendants' 30(b)(6) Deposition Notice and Discovery Requests (Docket No. 954), the parties stipulate and the Court hereby orders:

1. On or before November 30, 2007, Aetna will:

    - Produce to Defendants any documents, electronic or otherwise, that mention Neurontin or gabapentin from 1994 to the present from the files of all employees who authored, supplemented or revised Pharmacy Clinical Policy Bulletins or any related FAQ documents; and

    - Provide to Defendants written supplemental responses to Defendants' Interrogatories 2, 3, 9, 10, 11, 13, 15 and 19, and to Defendants' Requests for Production 4-9, 11-13, 14, 16, 17, 19, 20, 21, 22, 25, 27, 33, 35, 38, 39, 40, 42, 53, 66, 74, 75, 76, 79, 82, 83, 85, 88, 89, and 91.

2.  On or before December 21, 2007, Aetna will:

    - Search its computer hard drives and email servers and produce to Defendants any responsive e-mails found in its possession, custody or control to or from Edward Curran, Mark Heibockel, Robert Jackson, Jo Beth Levy, Deborah Lindgren, Bill Russell, Michelle Vancura, Robin Walsh, Zoe Zavalishin, Jill Griffin and John Lockstreman that refer to Neurontin, gabapentin or the off-label use of any other anticonvulsants from 2003 to the present; and

    - Provide to Defendants an inventory of the journals and periodicals (name and publication date) subscribed to or collected by Aetna for use as reference sources for developing its formulary and prescription drug coverage policies from 1994 to the present and describe its document retention practices with respect to these materials from 1994 to the present.

3.  On or before December 21, 2007, Aetna will provide Defendants a Declaration attesting that Aetna has performed a thorough search of its files and produced to Defendants copies of all documents found in its possession, custody or control responsive to this Order or Defendants' Requests for Production, including:

    - Internal and external, draft and final, Pharmacy Clinical Policy Bulletins and any related FAQ documents that mention Neurontin or gabapentin from 1994 to the present;

    - Position-specific organizational charts for Aetna's formulary development and clinical policies, clinical programs, manufacture contracting, and data warehouse units from 2003 to present, and its P&T committee and previous internal and external equivalents from 1994 to the present;

    - Documents related to Aetna's Neurontin rebates; and

    - Aetna formularies from 1997, 1999 and 2000.

4.  On or before January 11, 2008, Defendants shall notice any 30(b)(6) or fact witness depositions regarding issues or matters further revealed to Defendants in the discovery responses of or items produced by Aetna after September 11, 2007. By January 18, 2008,

Aetna will provide available dates on which it will produce any such individuals for deposition or provide written objections to producing any such witness(es).

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge