UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

<u>Discovery Order No. 17</u>

November 20, 2007

SOROKIN, M.J.

      The Defendants' Motion to Compel Kaiser to Produce An Adequately Prepared Rule 30(b)(6) Witness (Docket #917) is ALLOWED. Defendants seek further testimony regarding two aspects of Topic 2 from the deposition notice: the policies and procedures regarding Neurontin in Kaiser's non-California regions (beginning in 1994) and Kaiser's drug utilization policies and practices especially as they pertain to Neurontin in Kaiser's California and non-California regions. These areas of inquiry are plainly within the scope of Topic 2 and plainly relevant and material to the claims and defenses in this litigation. The testimony of the Rule 30(b)(6) witnesses on these two areas was insufficient and thus Defendants are entitled to further Rule 30(b)(6) discovery.

      Kaiser's proposal for the submission of written questions by Defendants is inadequate. In addition, while other senior employees of Kaiser may have testified regarding portions of the subject areas on which Kaiser seeks further testimony, they did not testify as Rule 30(b)(6) witnesses. Although an after the fact designation of the testimony, or portions thereof, as

testimony of Kaiser is a creative proposal, on the present facts it is not appropriate.

Kaiser shall produce, no later than December 20, 2007, for one day of testimony, a Rule 30(b)(6) witness adequately prepared to testify on the two areas of Topic 2 Defendants seek testimony. The deposition shall occur in the city in which the witness's office is located, unless counsel for Kaiser and defense counsel agree upon a different location. The request for fees and costs is DENIED.

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge