UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :   Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
ALL PRODUCTS LIABILITY CASES                                   :
                                                               :
---------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE EXPERT REPORT OF MICHAEL TRIMBLE, M.D. AND TO EXCLUDE DR. TRIMBLE'S TESTIMONY

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.      This Declaration is submitted in opposition to Defendants' motion to strike the expert report of Michael Trimble, M.D. and to exclude Dr. Trimble's testimony.

3.      In preparation for submitting Dr. Trimble's expert report, I asked him to gather all information and provide a list of cases in which he had provided previous testimony. Dr. Trimble advised he had in fact provided testimony in other cases in the United Kingdom, but he did not maintain a list of the cases or any materials related to those cases. Dr. Trimble explained he is often an "expert to the Court" as he is consented

to by both parties to render his opinion. Dr. Trimble advised the only way for him to create such a list would be to search a legal database which he did not have access to.

4.     Therefore, in order to comply with the expert disclosure requirements under Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, my firm performed searches using the term "Trimble" on both LEXIS (for United Kingdom) and the British and Irish Legal Information Institute (BAILII) legal search engine in an effort to compile a list of such cases. The results of these two searches were reviewed to determine whether the cases appeared to relate to our expert, Dr. Michael Trimble. We adopted a more expansive response than what Rule 26(a)(2)(B) required and provided all matters in which Dr. Trimble provided testimony, without limiting it to the previous four years. The list of cases was compiled and attached to the Expert Disclosure for Dr. Trimble which was served upon Defendants on October 1, 2007.

5.     Due to Dr. Trimble's travel schedule, he was not available to review the list prior to service.

6.     Since his deposition, Dr. Trimble has been provided with the list of cases which was served with this expert's initial expert disclosure, and copies of each opinion obtained from the above-mentioned searches.

7.     Dr. Trimble has submitted a further Declaration amending his initial expert report, affirming that he has in fact searched for and reviewed the records within his office, and has provided a new list confirming the cases in which he testified during the past four years.

8.     Dr. Trimble has also provided an additional list of the data and information which he considered in forming the opinions expressed in his report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2007.

_____
Andrew G. Finkelstein