UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,           :  MDL Docket No. 1629
        SALES PRACTICES AND            :
        PRODUCTS LIABILITY LITIGATION  :  Master File No. 04-10981
                                       :
                                       :  Judge Patti B. Saris
------------------------------------------------------------x
                                       :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:              :
                                       :
ALL PRODUCTS LIABILITY CASES           :
                                       :
------------------------------------------------------------x

### DECLARATION OF KEITH L. ALTMAN IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE EXPERT REPORT OF MICHAEL TRIMBLE, M.D. AND TO EXCLUDE DR. TRIMBLE'S TESTIMONY

I, Keith L. Altman, declare under penalty of perjury as follows:

1. I am an employee of the law firm of Finkelstein & Partners, LLP.

2. I submit this Affidavit in support of Products Liability Plaintiffs' opposition to Defendants' motion to strike the expert report of Michael Trimble, M.D., and to exclude Dr. Trimble's testimony.

3. I am the individual who was responsible for obtaining the documents produced by Defendants to Products Liability Plaintiffs in this litigation, and including such documents in a single database to be utilized for document search and retrieval.

4. Dr. Trimble was provided with access to this database comprised of all of the data and information which Defendants produced to Plaintiffs in this litigation.

5. This data and information total approximately three million pages which comprise some 250,000 documents.

6. Due to the sheer volume of documents, Dr. Trimble was provided with access to Concordance software and an objective database to the documents, the New Drug Application (NDA) for Neurontin, and various medical articles.

7. Moreover, at Dr. Trimble's request, he was provided with a CD of certain documents.

8. Furthermore, copies of the research reports produced by Defendants were also provided to Dr. Trimble.

9. The Concordance software and objective database to the documents enabled Dr. Trimble to review documents on an electronic basis by performing various searches.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2007.

_____
Keith L. Altman