UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------x
                                       :
In re: NEURONTIN MARKETING,            :   MDL Docket No. 1629
       SALES PRACTICES AND             :
       PRODUCTS LIABILITY LITIGATION   :   Master File No. 04-10981
                                       :
                                       :   Judge Patti B. Saris
---------------------------------------x
                                       :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:              :
                                       :
ALL PRODUCTS LIABILITY CASES           :
                                       :
---------------------------------------x

### DECLARATION OF MICHAEL TRIMBLE, M.D., AMENDING THE DECLARATION OF PROFESSOR MICHAEL TRIMBLE, M.D. IN RELATION TO NEURONTIN CAUSING NEGATIVE MOOD AND BEHAVIORAL ALTERATIONS, INCLUDING SUICIDAL BEHAVIOR, IN TREATED PATIENTS

1.  This Declaration amends my prior Declaration in Relation to Neurontin Causing Negative Mood and Behavioral Alterations, Including Suicidal Behavior, in Treated Patients, submitted on behalf of the Plaintiffs as my expert report.

2.  I have reviewed the list of cases which Finkelstein & Partners served on my behalf, and the actual case decisions, to confirm those cases on the list in which I have provided prior testimony.

3.  I have reviewed the records within my office and found no other matters on which I have provided a medical opinion on a legal matter in relationship to court appearances. The list is to the best of my knowledge full and complete.

4.  Attached as Exhibit A is a confirmed list of the cases in which I have provided testimony over the past four years.

5.  In preparing my expert report, I was provided with access to millions of pages of corporate documents and materials concerning Neurontin which were produced

by Defendants to Finkelstein & Partners. Due to the sheer volume of this material, I also was provided with access to Concordance software and an objective database to the documents, the New Drug Application (NDA) for Neurontin, and various medical articles. I performed an electronic review of a number of these documents by utilizing various search terms.

6. I also requested that various documents be retrieved from the database and provided to me on a CD.

7. Based upon these materials, I have prepared a supplemental list of data and information which I considered but which may not have been included in my report, attached as Exhibit B.

8. When I appeared in New York City for deposition in October 2007, I brought in my possession documents and articles as an "aid memoir". Defendants' counsel requested and was granted permission to review these documents during the lunch break on October 19, 2006.

9 Attached as Exhibit C are two lists comprised of the materials which I had in my possession that day: the first is a list of corporate documents, and the second is a list of medical journal articles. I am hereby amending my expert report to include these two lists as data and information which were considered but which may not have been included in my expert report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19th, 2007

_____
Michael Trimble

2