UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                               :
        SALES PRACTICES AND                                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                                           :
THIS DOCUMENT RELATES TO:                                                  :   Magistrate Judge Leo T.
                                                                           :   Sorokin
      PRODUCTS LIABILITY ACTIONS                                           :
                                                                           :
                                                                           :
                                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO PRODUCTS LIABILITY PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE EXPERT REPORT OF MICHAEL TRIMBLE, M.D., AND TO <u>EXCLUDE DR. TRIMBLE'S TESTIMONY</u>**

Defendants, Pfizer Inc. and Warner-Lambert Company ("Defendants"), respectfully move for leave to file the attached Memorandum in Reply to Products Liability Plaintiffs' ("Plaintiffs") Memorandum in Opposition to Defendants' Motion to Strike the Expert Report of Michael Trimble, M.D., and to Exclude Dr. Trimble's Testimony. The grounds for this motion are:

1.   Defendants believe that their reply memorandum will assist the Court in its consideration of their motion to strike Dr. Trimble's report and exclude his testimony.

2    Plaintiffs do not oppose Defendants' motion for leave to file a reply (provided "that a reply would be appropriately limited to issues raised in [Plaintiffs'] opposition as opposed to new theories or arguments proffered by Defendants").

3.   The proposed reply memorandum is attached hereto.

2714789v1

WHEREFORE, Defendants respectfully request leave to file the attached reply memorandum.

Dated: November 30, 2007

          DAVIS POLK & WARDWELL

          By:  /s/ James P. Rouhandeh
                James P. Rouhandeh

          450 Lexington Avenue
          New York, New York 10017
          (212) 450-4000

          SHOOK, HARDY & BACON L.L.P.

          By:  /s/ Scott W. Sayler
                Scott W. Sayler

          2555 Grand Boulevard
          Kansas City, Missouri 64108
          (816) 474-6550

          - and -

          HARE & CHAFFIN

          By:  /s/ David B. Chaffin
                David B. Chaffin

          160 Federal Street
          Boston, Massachusetts 02110
          (617) 330-5000

          *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

2714789v1

**CERTIFICATE OF COMPLIANCE**

      Pursuant to Local Rule 7.1, I certify that counsel have conferred in good faith and that Plaintiffs' counsel has indicated, as noted above, that Plaintiffs do not oppose this motion, with the proviso noted above.

                                                                /s/ David B. Chaffin

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 30, 2007.

                                                                /s/ David B. Chaffin