UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION                  :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :
ALL PRODUCTS LIABILITY ACTIONS                :
-------------------------------------------------------------x
```

# DECLARATION OF KENNETH B. FROMSON
# ATTACHING CERTIFICATIONS

I, Kenneth B. Fromson, declare under penalty of perjury as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2.      Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

    Exhibit 1  - Certification Regarding Plaintiff Patti Paulsen
                 Individual Case No. 05-10830

    Exhibit 2  - Certification Regarding Plaintiff Shanan Feyer
                 Individual Case No. 05-11035

    Exhibit 3  - Certification Regarding Plaintiff Peggy Ann Colton
                 Individual Case No. 05-11996

    Exhibit 4  - Certification Regarding Plaintiff Edna Roberson
                 Individual Case No. 05-12001

    Exhibit 5  - Certification Regarding Plaintiff Arnold O'Bryan, Jr.
                 Individual Case No. 05-12594

Exhibit 6  - Certification Regarding Plaintiff Algina Sizemore
            Individual Case No. 06-10111

Exhibit 7  - Certification Regarding Plaintiff Earl Richard Cook
            Individual Case No. 06-10777

Exhibit 8  - Certification Regarding Plaintiff Fazila Mustafa
            Individual Case No. 06-11394

Exhibit 9  - Certification Regarding Plaintiff Nicole Campbell
            Individual Case No. 06-11483

Exhibit 10 - Certification Regarding Plaintiff Lena Ramsey
            Individual Case No. 06-12212

Exhibit 11 - Certification Regarding Plaintiff Pamela Woolum
            Individual Case No. 07-10853

Exhibit 12 - Certification Regarding Plaintiff Linda B. Shearer
            Individual Case No. 07-11428

Dated:  December 3, 2007

                                                     **/s/ Kenneth B. Fromson**
                                                     Kenneth B. Fromson
                                                     FINKELSTEIN & PARTNERS, LLP
                                                     Attorneys for Plaintiffs
                                                     436 Robinson Avenue
                                                     Newburgh, NY  12550
                                                     Tel.: 845-562-0203
                                                     Fax: 845-562-3492

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 3, 2007.

                                                 **/s/ Kenneth B. Fromson**
                                                   Kenneth B. Fromson