# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                 :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                         :
        LIABILITY LITIGATION                                 :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :   Individual Case No. 05-11035
        SHANAN FEYER v. PFIZER INC.                          :
-------------------------------------------------------------x
```

**CERTIFICATION REGARDING PLAINTIFF SHANAN FEYER**

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

            FINKELSTEIN & PARTNERS, LLP
            Attorneys for Plaintiff

By: **/s/ Kenneth B. Fromson**
   Kenneth B. Fromson
   436 Robinson Avenue
   Newburgh, NY 12550
   Tel.:  845-562-0203
   Fax:  845-562-3492