# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,            :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS    :
        LIABILITY LITIGATION            :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                        :
THIS DOCUMENT RELATES TO:               :
                                        :   Individual Case No. 05-11996
        PEGGY ANN COLTON v. PFIZER INC. :
---------------------------------------------------------------x

**CERTIFICATION REGARDING PLAINTIFF PEGGY ANN COLTON**

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.  I have conferred with Plaintiff.

2.  Plaintiff intends to proceed with the litigation.

3.  I have reviewed the relevant medical records and allegations of the Complaint.

4.  I believe pursuit of the action is warranted.

> FINKELSTEIN & PARTNERS, LLP
> Attorneys for Plaintiff
>
> By:  **/s/ Kenneth B. Fromson**
> Kenneth B. Fromson
> 436 Robinson Avenue
> Newburgh, NY 12550
> Tel.:  845-562-0203
> Fax:  845-562-3492