# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                                    :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                      :    Master File No. 04-10981
         SALES PRACTICES AND PRODUCTS   :
         LIABILITY LITIGATION                            :    Judge Patti B. Saris
---------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                                                    :
THIS DOCUMENT RELATES TO:                       :
                                                                    :    Individual Case No. 05-12594
         ARNOLD O'BRYAN, JR. v. PFIZER INC.  :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF ARNOLD O'BRYAN, JR.

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

                          FINKELSTEIN & PARTNERS, LLP
                          Attorneys for Plaintiff

By:  **/s/ Kenneth B. Fromson**
      Kenneth B. Fromson
      436 Robinson Avenue
      Newburgh, NY 12550
      Tel.:  845-562-0203
      Fax:  845-562-3492