EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                         :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,             :    Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS     :
        LIABILITY LITIGATION             :    Judge Patti B. Saris
------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                         :
THIS DOCUMENT RELATES TO:                :
                                         :    Individual Case No. 06-10111
        ALGINA SIZEMORE v. PFIZER INC.   :
------------------------------------------------------------x
```

### CERTIFICATION REGARDING PLAINTIFF ALGINA SIZEMORE

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP,

counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products

Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.      I have conferred with Plaintiff.

2.      Plaintiff intends to proceed with the litigation.

3.      I have reviewed the relevant medical records and allegations of the Complaint.

4.      I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff


By:   **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson
        436 Robinson Avenue
        Newburgh, NY 12550
        Tel.:  845-562-0203
        Fax:  845-562-3492