# EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                 :   Master File No. 04-10981
         SALES PRACTICES AND PRODUCTS         :
         LIABILITY LITIGATION                 :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :   Individual Case No. 06-10777
         EARL RICHARD COOK v. PFIZER INC.     :
-------------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF EARL RICHARD COOK

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

        FINKELSTEIN & PARTNERS, LLP
        Attorneys for Plaintiff

By:  **/s/ Kenneth B. Fromson**
     Kenneth B. Fromson
     436 Robinson Avenue
     Newburgh, NY 12550
     Tel.:  845-562-0203
     Fax:  845-562-3492