# EXHIBIT 8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                 :    Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                         :
        LIABILITY LITIGATION                                 :    Judge Patti B. Saris
-------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :    Individual Case No. 06-11394
        FAZILA MUSTAFA v. PFIZER INC.                        :
-------------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF FAZILA MUSTAFA

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

                                                          FINKELSTEIN & PARTNERS, LLP
                                                          Attorneys for Plaintiff

By:  **/s/ Kenneth B. Fromson**
      Kenneth B. Fromson
      436 Robinson Avenue
      Newburgh, NY 12550
      Tel.:  845-562-0203
      Fax:  845-562-3492