# EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION                  :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :   Individual Case No. 06-12212
        LENA RAMSEY v. PFIZER INC.            :
---------------------------------------------------------------x
```

**CERTIFICATION REGARDING PLAINTIFF LENA RAMSEY**

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

> FINKELSTEIN & PARTNERS, LLP
> Attorneys for Plaintiff
>
> By:  **/s/ Kenneth B. Fromson**
>      Kenneth B. Fromson
>      436 Robinson Avenue
>      Newburgh, NY 12550
>      Tel.:  845-562-0203
>      Fax:  845-562-3492