# EXHIBIT 11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS             :
        LIABILITY LITIGATION                     :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                 :
THIS DOCUMENT RELATES TO:                        :
                                                 :   Individual Case No. 07-10853
        PAMELA WOOLUM v. PFIZER INC.             :
-------------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF PAMELA WOOLUM

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

> FINKELSTEIN & PARTNERS, LLP
> Attorneys for Plaintiff
>
> By:  **/s/ Kenneth B. Fromson**
>      Kenneth B. Fromson
>      436 Robinson Avenue
>      Newburgh, NY 12550
>      Tel.:  845-562-0203
>      Fax:  845-562-3492