# EXHIBIT 12

Case 1:04-cv-10981-PBS     Document 971-13     Filed 12/03/2007     Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                 :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                         :
        LIABILITY LITIGATION                                 :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :   Individual Case No. 07-11428
        LINDA B. SHEARER v. PFIZER INC.                      :
-------------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF LINDA B. SHEARER

I, Kenneth B. Fromson, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By:  **/s/ Kenneth B. Fromson**
     Kenneth B. Fromson
     436 Robinson Avenue
     Newburgh, NY 12550
     Tel.: 845-562-0203
     Fax: 845-562-3492