UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION                  :   Judge Patti B. Saris
------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :
ALL PRODUCTS LIABILITY ACTIONS                :
------------------------------------------------------------x
```

## DECLARATION OF ANDREW G. FINKELSTEIN ATTACHING CERTIFICATIONS

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

    Exhibit 1 - Certification Regarding Plaintiff Nicole Justine James
                Individual Case No. 05-11022

    Exhibit 2 - Certification Regarding Plaintiff Steven BelBruno
                Individual Case No. 05-11153

    Exhibit 3 - Certification Regarding Plaintiff Ruth Smith
                Individual Case No. 05-11515

    Exhibit 4 - Certification Regarding Plaintiff Carole Werner
                Individual Case No. 05-11994

    Exhibit 5 - Certification Regarding Plaintiff Thelma Juanita Mosley
                Individual Case No. 05-12388

Exhibit 6 - Certification Regarding Plaintiff Gerald W. Belongie, Jr.
Individual Case No. 06-10109

Exhibit 7 - Certification Regarding Plaintiff Larry Haddock
Individual Case No. 06-10254

Dated: December 3, 2007

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein
                                            FINKELSTEIN & PARTNERS, LLP
                                            Attorneys for Plaintiffs
                                            436 Robinson Avenue
                                            Newburgh, NY 12550
                                            Tel.: 845-562-0203
                                            Fax: 845-562-3492

3

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 3, 2007.

                                       **/s/ Andrew G. Finkelstein**
                                         Andrew G. Finkelstein