EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                             :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                 :    Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS         :
        LIABILITY LITIGATION                 :    Judge Patti B. Saris
-------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                             :
THIS DOCUMENT RELATES TO:                    :
                                             :    Individual Case No. 05-11022
        NICOLE JUSTINE JAMES                 :
        v. PFIZER INC.                        :
-------------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF NICOLE JUSTINE JAMES

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP,

counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products

Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.      I have conferred with Plaintiff.

2.      Plaintiff intends to proceed with the litigation.

3.      I have reviewed the relevant medical records and allegations of the Complaint.

4.      I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff


By:    **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein
       436 Robinson Avenue
       Newburgh, NY 12550
       Tel.:  845-562-0203
       Fax:  845-562-3492