# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                  :    MDL Docket No. 1629

In re:  NEURONTIN MARKETING,         :    Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS :
        LIABILITY LITIGATION                :    Judge Patti B. Saris
---------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                                  :
THIS DOCUMENT RELATES TO:            :
                                                    :    Individual Case No. 05-11153
        STEVEN BELBRUNO v. PFIZER INC.    :
---------------------------------------------------------------x

**<u>CERTIFICATION REGARDING PLAINTIFF STEVEN BELBRUNO</u>**

       I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.    I have conferred with Plaintiff.

2.    Plaintiff intends to proceed with the litigation.

3.    I have reviewed the relevant medical records and allegations of the Complaint.

4.    I believe pursuit of the action is warranted.

                                               FINKELSTEIN & PARTNERS, LLP
                                               Attorneys for Plaintiff

                            By:   **/s/ Andrew G. Finkelstein**
                                      Andrew G. Finkelstein
                                      436 Robinson Avenue
                                      Newburgh, NY 12550
                                      Tel.: 845-562-0203
                                      Fax: 845-562-3492