# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                 :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                         :
        LIABILITY LITIGATION                                 :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :   Individual Case No. 05-11515
        RUTH SMITH v. PFIZER INC.                            :
-------------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF RUTH SMITH

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

                                                      FINKELSTEIN & PARTNERS, LLP
                                                      Attorneys for Plaintiff

                                      By:  **/s/ Andrew G. Finkelstein**
                                               Andrew G. Finkelstein
                                               436 Robinson Avenue
                                               Newburgh, NY 12550
                                               Tel.:  845-562-0203
                                               Fax:  845-562-3492