# EXHIBIT 4

Case 1:04-cv-10981-PBS   Document 972-5   Filed 12/03/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,           :  Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS  :
        LIABILITY LITIGATION           :  Judge Patti B. Saris
---------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:              :
:  Individual Case No. 05-11994
        CAROLE WERNER v. PFIZER INC.   :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF CAROLE WERNER

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

        FINKELSTEIN & PARTNERS, LLP
        Attorneys for Plaintiff


By:  **/s/ Andrew G. Finkelstein**
     Andrew G. Finkelstein
     436 Robinson Avenue
     Newburgh, NY 12550
     Tel.:  845-562-0203
     Fax:  845-562-3492