# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION                  :   Judge Patti B. Saris
-----------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :   Individual Case No. 06-10109
        GERALD W. BELONGIE, JR.                :
        v. PFIZER INC.                        :
-----------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF GERALD W. BELONGIE, JR.

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By:  **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492