# EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------------x
                                                    :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                        :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                :
        LIABILITY LITIGATION                        :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                    :
THIS DOCUMENT RELATES TO:                           :
                                                    :   Individual Case No. 06-10254
        LARRY HADDOCK v. PFIZER INC.                :
---------------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF LARRY HADDOCK

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

        FINKELSTEIN & PARTNERS, LLP
        Attorneys for Plaintiff

By: **/s/ Andrew G. Finkelstein**
     Andrew G. Finkelstein
     436 Robinson Avenue
     Newburgh, NY 12550
     Tel.: 845-562-0203
     Fax: 845-562-3492