UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**STIPULATION AND PROPOSED ORDER REGARDING
MOTION FOR CLASS CERTIFICATION**

Pursuant to the Court's November 2, 2007 Electronic Order that the parties "[w]ork together on a schedule" for Plaintiffs' motion for class certification, the parties have agreed that the most sensible course is for them to meet and confer after the motion is filed, so that the remaining schedule may be set appropriately. As for the filing of Plaintiffs' opening brief, Plaintiffs represent that they have purchased large quantities of archived prescription and usage data, at considerable cost, from the primary purveyors of that information, IMS and Wolters Kluwer. Plaintiffs further state that, for whatever reason, the data was not provided by those vendors to Plaintiffs on the schedule projected, forcing a postponement of the completion of Plaintiffs' expert declaration. As set forth below, Defendants do not oppose a brief, two-week extension until December 19th for the filing of Plaintiffs' opening brief.

In light of the proximity of the proposed filing date to the year end holidays, the parties have agreed that whatever amount of time is ultimately allowed Defendants to file their opposition, the interval between December 19 and January 7 shall not be counted against

Defendants, and the parties have agreed to confer on the latter date to attempt to agree on a schedule, which, subject to the Court's approval, they will present to the Court by January 14th.

As to page limits, Plaintiffs state that the information requested by the Court requires a rather detailed explication, and while Plaintiffs know the Court values economy of language, it is important that the record on these matters be relatively complete. The parties have agreed, subject to the Court's approval, that Plaintiffs be allowed 40 pages for their opening brief, and Defendants 40 pages for their response.

Wherefore, the parties respectfully request that the Court approve their stipulation as follows: (1) Plaintiffs may have until December 19, 2007 to file their new motion for class certification, which shall be no longer than 40 pages; (2) the parties will meet and confer by January 7, 2008, and submit to the Court by January 14, 2008, a proposed schedule for the further briefing of the motion, allowing sufficient time for discovery.

IT IS SO STIPULATED AND AGREED.

Dated: December 4, 2007

By: */s/ Thomas M. Sobol*
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By: */s/ Barry Himmelstein*
Barry Himmelstein
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

3

By: */s/ Thomas Greene*
Thomas Greene
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By: */s/ Don Barrett*
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: */s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: */s/ James Dugan*
James Dugan
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs'*
*Steering Committee*


By: */s/ James P. Rouhandeh*
James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Counsel for Defendants*

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE NEURONTIN MARKETING, SALES ) | |
| PRACTICES, AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | |
| ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) | Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| ALL MARKETING AND ) | Mag. Judge Leo T. Sorokin |
| SALES PRACTICES ACTIONS ) | |
| ) | |

## [PROPOSED] ORDER

Pursuant to stipulation, it is so ordered. Plaintiffs may have until December 19, 2007 to file their renewed motion for class certification, which shall be no longer than 40 pages; and (2) the parties will meet and confer by January 7, 2008, and report to the Court by January 14, 2008, a proposed schedule the further briefing of the motion.

Dated: December __, 2007      _____
                              Hon. Patti B. Saris
                              United States District Judge

4

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 4, 2007.

                                                                  /s/Edward Notargiacomo