UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
In re:  NEURONTIN MARKETING,           : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS   :
        LIABILITY LITIGATION           : Master File No. 04-10981
                                       :
------------------------------------------------------------ x Judge Patti B. Saris
                                       : Magistrate Judge Leo T.
THIS DOCUMENT RELATES TO:              : Sorokin
                                       :
MARY P. DORSEY, Individually and as    : Individual Case No. 05-
Administrator of the Estate of James Dorsey : 11022
                                       :
                                       :
------------------------------------------------------------ x

## CERTIFICATION REGARDING PLAINTIFF MARY P. DORSEY

I, Timothy J. Perry, an attorney with the law firm Perry, Krumsiek & Jack LLP,

counsel for Plaintiff in the above-entitled individual action, certify pursuant o the

Products Liability Case Management Order dated November 9, 2007, ECF#949, as

follows:

1.   I have conferred with Plaintiff Mary P. Dorsey.

2.   Plaintif fintends to proceed proceed with the litigation.

3.   I have received the relevant medical records and allegations of the Complaint.

4.   I believe pursuit of this action is warranted.

              PERRY, KRUMSIEK & JACK LLP,
              Attorneys for Plaintiff,

     By:     /s/Timothy J. Perry
             Timothy J. Perry (BBO#631397)
             PERRY, KRUMSIEK, & JACK LLP
             One McKinley Square
             Boston, MA 02109
             TEL (617) 720-4300

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record by the Electronic Court Filing system of the United States District Court for the District of Massachusetts.

Dated: December 4, 2007   /s/ Timothy J. Perry
Timothy J. Perry