UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

MARY P. DORSEY, Individually and as
Administrator of the Estate of James Dorsey

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

Individual Case No. 05-11022

------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF MARY P. DORSEY

I, Timothy J. Perry, an attorney with the law firm Perry, Krumsiek & Jack LLP, counsel for Plaintiff in the above-entitled individual action, certify pursuant o the Products Liability Case Management Order dated November 9, 2007, ECF#949, as follows:

1. I have conferred with Plaintiff Mary P. Dorsey.

2. Plaintif fintends to proceed proceed with the litigation.

3. I have received the relevant medical records and allegations of the Complaint.

4. I believe pursuit of this action is warranted.

      PERRY, KRUMSIEK & JACK LLP,
      Attorneys for Plaintiff,

   By: /s/Timothy J. Perry
      Timothy J. Perry (BBO#631397)
      PERRY, KRUMSIEK, & JACK LLP
      One McKinley Square
      Boston, MA 02109
      TEL (617) 720-4300

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record by the Electronic Court Filing system of the United States District Court for the District of Massachusetts.

Dated: December 4, 2007                    /s/ Timothy J. Perry
                                           Timothy J. Perry