UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES PRACTICES,   :  MDL Docket No. 1629
        AND PRODUCTS LIABILITY LITIGATION       :
                                                :  Master File No. 04-10981
------------------------------------------------------------x
                                                :  Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                       :
                                                :  Magistrate Judge Leo T.
------------------------------------------------------------x  Sorokin
                                                :
                                                :
THE GUARDIAN LIFE INSURANCE COMPANY OF          :
AMERICA v. PFIZER INC. and                      :
                                                :
AETNA, INC. v. PFIZER INC.                      :
                                                :
------------------------------------------------------------x

## MOTION REGARDING THE CONTINUED 30(b)(6) DEPOSITION OF COORDINATED PLAINTIFFS KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITALS

Coordinated Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (together, "Kaiser") respectfully move for an enlargement of the time period within which Kaiser may produce a Rule 30(b)(6) witness to testify concerning Topic 2 pursuant to Discovery Order No. 17. The grounds for this motion are:

1.  On October 24, 2007, Defendants filed a motion to compel Kaiser to produce a Rule 30(b)(6) witness concerning Topic 2 of the Rule 30(b)(6) notice served on Kaiser on July 5, 2007.

2.  On November 20, 2007, the Court issued Discovery Order 17 requiring Kaiser to produce a Rule 30(b)(6) witness no later than December 20, 2007.

3.  Counsel for Kaiser has determined that Mirta Millares would be the most appropriate witness for this deposition.

4.  Dr. Millares is not available for deposition on or before December 20, 2007.

5.  Dr. Millares is available for deposition on January 10, 2008. Counsel for Kaiser has met and conferred with defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") regarding this motion and has advised defendants that Dr. Millares is available on this date in Los Angeles, California (where she is located). Defendants requested that Kaiser produce Dr. Millares outside of San Francisco instead of Los Angeles. Kaiser agreed to produce Dr. Millares in Oakland instead of Los Angeles, for convenience to defendants.

WHEREFORE, Kaiser respectfully requests that the Court enlarge the period within which Kaiser may produce a Rule 30b)(6) witness pursuant to Discovery Order No. 17 to January 10, 2008.

Dated: December 5, 2007

        KAPLAN FOX & KILSHEIMER LLP

        By:  /s/ Linda P. Nussbaum
              Linda P. Nussbaum

        850 Third Avenue
        New York, NY 10022
        (212) 687-1980

        *Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 5, 2007.

        /s/Linda P. Nussbaum