UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

---------------------------------------- x

THIS DOCUMENT RELATES TO:

Master File No. 04-10981

Judge Patti B. Saris

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA v. PFIZER, INC., and

Magistrate Judge Leo T. Sorokin

AETNA, INC. v. PFIZER, INC.

---------------------------------------- x

**DEFENDANTS' RESPONSE TO KAISER'S MOTION TO
ENLARGE THE TIME PERIOD WITHIN WHICH KAISER MAY
PRODUCE A RULE 30(B)(6) WITNESS TO TESTIFY TO TOPIC 2
PURSUANT TO DISCOVERY ORDER NO. 17**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "defendants"), by and through their attorneys, submit this response to the motion of Kaiser Foundation Hospitals Inc. and Kaiser Foundation Health Plan, Inc. (together, "Kaiser") to enlarge the time period within which Kaiser may produce a Rule 30(b)(6) witness to testify concerning Topic 2 pursuant to Discovery Order No. 17.

As defendants have advised Kaiser repeatedly since Kaiser first raised the topic of further adjourning the Rule 30(b)(6) deposition beyond the deadline specified by the Court, defendants do not object to conducting the deposition on January 10, 2008, so long as Kaiser produces all responsive documents well in advance of the deposition date. During the meet-and-confer process, defendants proposed that Kaiser commit to completing its document production on or

before December 20, 2007. Kaiser refused, instead proposing to "endeavor" to "substantially complete" the document production by that date, without specifying any final deadline for actually completing its production. Notwithstanding the patently dilatory nature of Kaiser's document production, defendants responded by suggesting that if Kaiser did not believe that it could complete its production by December 20, that Kaiser propose a deadline that it believed that it could meet. In response, Kaiser refused to specify any date for completion of its production. Defendants respectfully request that if the Court permits Kaiser to proffer its Rule 30(b)(6) witness on January 10, 2008 as Kaiser has proposed, that the Court also Order as follows: "Kaiser shall produce all responsive documents in its possession forthwith and on a rolling basis as they become available to it, and in all events Kaiser shall complete its production and shall furnish a privilege log, if any, on or before December 20, 2007."

Dated: December 5, 2007

>DAVIS POLK & WARDWELL
>
>By: /s/ James P. Rouhandeh
>   James P. Rouhandeh
>
>450 Lexington Avenue
>New York, New York 10017
>(212) 450-4000
>
>       - and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
    David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 5, 2007.

/s/David B. Chaffin