UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                           :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,               :
        SALES PRACTICES AND                :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION      :
                                           :    Judge Patti B. Saris
-----------------------------------------------------------x
                                           :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                  :
                                           :
        ALL ACTIONS                        :
                                           :
-----------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' MOTION
FOR ORDER IMPOSING SANCTIONS AGAINST
DEFENDANTS PURSUANT TO FED. R. CIV. P. 37(c)**

Products Liability Plaintiffs respectfully move, pursuant to Rule 37(c) of the Federal

Rules of Civil Procedure, for an order imposing sanctions against Defendants Pfizer Inc., Parke-

Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-

Lambert Company, and Warner-Lambert Company LLC ("Defendants), striking the Affidavit of

Cynthia McCormick dated September 13, 2007, and prohibiting Defendants from using or

introducing in evidence the McCormick Affidavit and any subsequent affidavit or testimony of

Ms. McCormick, or any of the other individuals newly named on Defendants' Supplemental

Disclosure Statement dated November 15, 2007.  This motion is supported by the Memorandum,

and the Declaration of Andrew G. Finkelstein and attached Exhibits, submitted herewith.

Dated:  December 6, 2007                        Respectfully submitted,

                                               ***Members of Products Liability
                                               Plaintiffs' Steering Committee***

                              By:    **/s/ Andrew G. Finkelstein**
                                     Andrew G. Finkelstein, Esquire
                                     Finkelstein & Partners, LLP
                                     436 Robinson Avenue
                                     Newburgh, NY  12550

                              By:    **/s/ Jack W. London**
                                     Jack W. London, Esquire
                                     Law Offices of Jack W. London
                                        & Associates
                                     106 E. 6th Street, Suite 700
                                     Austin, TX  78701


### CERTIFICATION OF GOOD FAITH

        I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  December 6, 2007

                                          **/s/ Kenneth B. Fromson**
                                          Kenneth B. Fromson, Esquire


### CERTIFICATE OF SERVICE

        I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 6, 2007.

                                          **/s/ Andrew G. Finkelstein**
                                          Andrew G. Finkelstein, Esquire