UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
        ALL ACTIONS                                        :
                                                           :
-----------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN IN SUPPORT OF
PRODUCTS LIABILITY PLAINTIFFS' MOTION FOR ORDER IMPOSING
SANCTIONS AGAINST DEFENDANTS PURSUANT TO FED. R. CIV. P. 37(c)**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1.   I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.   This declaration is submitted in support of the motion by Products Liability Plaintiffs, pursuant to Rule 37(c) of the Federal Rules of Civil Procedure, for an order imposing sanctions against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner-Lambert Company LLC ("Defendants), striking the Affidavit of Cynthia McCormick dated September 13, 2007, and prohibiting Defendants from using or introducing in evidence the McCormick Affidavit and any subsequent affidavit or testimony of Ms. McCormick, or any of the other individuals newly named on Defendants' Supplemental Disclosure Statement dated November 15, 2007.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Affidavit of Cynthia McCormick

Exhibit B - Excerpts from Deposition of Cheryl D. Blume, Ph.D., November 13, 2007

Exhibit C - Defendants' Initial Disclosure Statement, dated October 29, 2004

Exhibit D - Defendants' Supplemental Disclosure Statement, dated May 16, 2005

Exhibit E - Defendants' Supplemental Disclosure Statement, dated November 15, 2007

Exhibit F - Products Liability Plaintiffs' Requests for Production of Documents and Things to Defendants, dated September 22, 2006

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2007

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY  12550
        (800) 634-1212

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 6, 2007.

Dated: December 6, 2007

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein