UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Peter A. Pease, hereby moves that this Court enter an Order granting leave to Gerald Lawrence of the law firm Lowey Dannenberg Bemporad Selinger & Cohen, P.C. to appear on behalf of the plaintiffs and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Gerald Lawrence is admitted to the state bars of the State of New York and Pennsylvania and is admitted to practice in the United States District Court for the Eastern District of Pennsylvania, and the U.S. Court of Appeals for the Third Circuit.

2.  Mr. Lawrence is a member in good standing in all of the courts listed above in paragraph 1 and there are no disciplinary proceedings pending against Mr. Lawrence as a member of the bar in any jurisdiction.

3.  Mr. Lawrence has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  Mr. Lawrence has submitted herewith his Certification For Admission Pro Hac Vice as required by Local Rule 83.5.3, it is attached hereto as Exhibit A.

Dated: December 7, 2007                    Respectfully submitted,

                                           BERMAN DEVALERIO PEASE
                                           TABACCO BURT & PUCILLO

                                           /s/ Peter A. Pease
                                           Peter A. Pease, Esq. (BBO # 392880)
                                           One Liberty Square
                                           Boston, MA 02109
                                           (617) 542-8300

2