UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Peter A. Pease, hereby moves that this Court enter an Order granting leave to Deborah Rogozinski of the law firm Lowey Dannenberg Bemporad Selinger & Cohen, P.C. to appear on behalf of the plaintiffs and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Deborah Rogozinski is admitted to the State Court of New York and the United States District Court for the Southern District of New York.

2.  Ms. Rogozinski is a member in good standing in all of the courts listed above in paragraph 1 and there are no disciplinary proceedings pending against Ms. Rogozinski as a member of the bar in any jurisdiction.

3.  Ms. Rogozinski has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  Ms. Rogozinksi has submitted herewith her Certification For Admission Pro Hac Vice as required by Local Rule 83.5.3, it is attached hereto as Exhibit A.

Dated: December 7, 2007                     Respectfully submitted,

                                            BERMAN DEVALERIO PEASE
                                            TABACCO BURT & PUCILLO

                                            /s/ Peter A. Pease
                                            _____
                                            Peter A. Pease, Esq. (BBO # 392880)
                                            One Liberty Square
                                            Boston, MA 02109
                                            (617) 542-8300