# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO | Judge Patti B. Saris |
| ALL ACTIONS | Magistrate Leo T. Sorokin |

## CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Deborah Rogozinski, declare as follows:

1.  I am associated with the law firm Lowey Dannenberg Bemporad Selinger & Cohen, P.C., which maintains its office at One North Broadway, Suite 509, White Plains, New York 10601;

2.  I am an attorney admitted to practice before the State Court of New York and the United States District Court for the Southern District of New York;

3.  I am a member of the bar in good standing in each of these jurisdictions. These are the only jurisdictions in which I have been admitted to practice;

4.  There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction; and

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2007.

*Deborah Rogozinski*
Deborah Rogozinski
Lowey Dannenberg Bemporad
Selinger & Cohen, P.C.
One North Broadway, Suite 509
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
E-mail: drogozinski@lowey.com