UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
...................................................)
In re:  NEURONTIN MARKETING,           ) MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS   )
        LIABILITY LITIGATION           ) Master File No. 04- 10981
...................................................)
                                       ) Judge Patti B. Saris
THIS DOCUMENT RELATES TO:              )
                                       ) Magistrate Judge Leo T. Sorokin
                                       )
CYNTHIA ULETT LYNCH (Plaintiff)        )
...................................................)
```

### PLAINTIFF CYNTHIA ULETT LYNCH'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff (Cynthia Ulett Lynch), by and through his/her attorneys of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Cynthia Ulett Lynch. I am Plaintiff, *pro se*, in the above entitled action.

2. I intend to proceed with the litigation of the above entitled action.

3. I have reviewed the relevant medical records and the allegations of the complaint in The above entitled action.

4. I believe pursuit of the action is warranted.

Respectfully submitted,

*Cynthia Ulett Lynch*
CYNTHIA ULETT LYNCH
1817 Dusk Drive
Killeen, Texas 76543
(254) 680-7551

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to the following on ____5th____ day of December, 2007.

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd,
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

_____
Cynthia Ulett Lynch