# EXHIBIT F

| | |
|---|---|
| **From:** | Zissu, Erik M. [erik.zissu@dpw.com] |
| **Sent:** | Wednesday, October 25, 2006 11:36 AM |
| **To:** | Kenneth Fromson |
| **Cc:** | Roche, Christopher J. |
| **Subject:** | Discovery |

Ken:

I am re-sending a corrected version of an email previously sent on Oct. 11, 2006:

This message confirms that the products plaintiffs' requests for production dated September 22, 2006 -- which you stated are identical to requests served in the MDL on or about March 11, 2006 by the sales and marketing plaintiffs -- do not require that defendants serve separate responses and objections. Products plaintiffs agree to accept defendants' responses and objections that were previously served on or about April 11, 2006.

Products plaintiffs further acknowledge that defendants have met and conferred with the sales and marketing plaintiffs about the responses and objections to the March 11, 2006 requests, and that products plaintiffs will confer with the sales and marketing plaintiffs so as to get up to speed with respect to those discussions.

If you have any questions, please do not hesitate to contact me.

Erik

Erik M. Zissu
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
tel: (212) 450-4511
fax: (212) 450-3511

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and destroy the original message and all copies.