UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION                  :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :
ALL PRODUCTS LIABILITY ACTIONS                :
-------------------------------------------------------------x
```

## DECLARATION OF ANDREW G. FINKELSTEIN
## ATTACHING CERTIFICATIONS

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1.     I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2.     Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

       Exhibit 1  - Certification Regarding Plaintiff Dallas Mae Lutz
                    Individual Case No. 05-10255

       Exhibit 2  - Certification Regarding Plaintiff Jay DiGiacomo
                    Individual Case No. 05-11023

       Exhibit 3  - Certification Regarding Plaintiff Johnnie Hargrove
                    Individual Case No. 05-11034

       Exhibit 4  - Certification Regarding Plaintiff John Jarosz
                    Individual Case No. 05-11263

       Exhibit 5  - Certification Regarding Linda Richey
                    Individual Case No. 05-12000

Exhibit 6 - Certification Regarding Plaintiff Oscar McGee
Individual Case No. 05-12593

Exhibit 7 - Certification Regarding Plaintiff Maralyn Montgomery
Individual Case No. 06-10110

Dated: December 12, 2007

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 12, 2007.

                                                 **/s/ Andrew G. Finkelstein**
                                                  Andrew G. Finkelstein