# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,            :   Master File No. 04-10981
SALES PRACTICES AND PRODUCTS   :
LIABILITY LITIGATION            :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:               :
:   Individual Case No. 05-10255
DALLAS MAE LUTZ v. PFIZER INC.          :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF DALLAS MAE LUTZ

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Mary Ellen Wright
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492