EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :    MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                  :    Master File No. 04-10981
         SALES PRACTICES AND PRODUCTS                          :
         LIABILITY LITIGATION                                  :    Judge Patti B. Saris
---------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                                               :
THIS DOCUMENT RELATES TO:                                      :
                                                               :    Individual Case No. 05-12593
         OSCAR MCGEE   v. PFIZER INC.                          :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF OSCAR MCGEE

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

> FINKELSTEIN & PARTNERS, LLP
> Attorneys for Plaintiff
>
> By: _Mary Ellen Wright_
> Mary Ellen Wright
> 436 Robinson Avenue
> Newburgh, NY 12550
> Tel.: 845-562-0203
> Fax: 845-562-3492