# EXHIBIT 7

Case 1:04-cv-10981-PBS	Document 988-8	Filed 12/12/2007	Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
                                                             :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                :   Master File No. 04-10981
         SALES PRACTICES AND PRODUCTS                        :
         LIABILITY LITIGATION                                :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :   Individual Case No. 06-10110
MARALYN MONTGOMERY   v. PFIZER INC.                          :
-------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF MARALYN MONTGOMERY

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: *Mary Ellen Wright*
Mary Ellen Wright
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492