UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :    Master File No. 04-10981
       SALES PRACTICES AND PRODUCTS                        :
       LIABILITY LITIGATION                                 :    Judge Patti B. Saris
------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                                            :
THIS DOCUMENT RELATES TO:                                   :
                                                            :
ALL PRODUCTS LIABILITY ACTIONS                              :
------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN
## ATTACHING CERTIFICATIONS

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1.    I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2.    Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

    Exhibit 1  -  Certification Regarding Plaintiff Monica Smith
                     Individual Case No. 05-10833

    Exhibit 2  -  Certification Regarding Plaintiff Mark Minisquero
                     Individual Case No. 05-11021

    Exhibit 3  -  Certification Regarding Plaintiff William Montgomery
                     Individual Case No. 05-11032

    Exhibit 4  -  Certification Regarding Plaintiff Robin Stern Briggs
                     Individual Case No. 05-11700
                     Individual Case No. 07-10327

    Exhibit 5  -  Certification Regarding Andre Lashall Dixon
                     Individual Case No. 05-11998

Exhibit 6 - Certification Regarding Plaintiff Paul Marzolo
Individual Case No. 05-12387

Exhibit 7 - Certification Regarding Plaintiff Kim E. Scott
Individual Case No. 06-10253

Exhibit 8 - Certification Regarding Plaintiff Patti Long
Individual Case No. 06-11582

Exhibit 9 - Certification Regarding Plaintiff Larry A. Shelley
Individual Case No. 06-11935

Exhibit 10 - Certification Regarding Plaintiff Mitzi Pursey
Individual Case No. 07-10106

Dated:  December 12, 2007

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs
436 Robinson Avenue
Newburgh, NY  12550
Tel.: 845-562-0203
Fax: 845-562-3492

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 12, 2007.

                                              **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein