# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,        :   MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS   :   Master File No. 04-10981
        LIABILITY LITIGATION        :
                                    :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                    :
THIS DOCUMENT RELATES TO:           :
                                    :   Individual Case No. 05-12387
PAUL MARZOLO v. PFIZER INC.         :
---------------------------------------------------------------x

**CERTIFICATION REGARDING PLAINTIFF PAUL MARZOLO**

I, Gail Schlanger, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: /s/ Gail Schlanger
Gail Schlanger
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492