EXHIBIT 8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                  :   Master File No. 04-10981
         SALES PRACTICES AND PRODUCTS                          :
         LIABILITY LITIGATION                                  :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                               :
THIS DOCUMENT RELATES TO:                                      :
                                                               :   Individual Case No. 06-11582
         PATTI LONG v. PFIZER INC.                             :
---------------------------------------------------------------x

### CERTIFICATION REGARDING PLAINTIFF PATTI LONG

I, Gail Schlanger, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

                                        FINKELSTEIN & PARTNERS, LLP
                                        Attorneys for Plaintiff

                                        By: _____
                                            Gail Schlanger
                                            436 Robinson Avenue
                                            Newburgh, NY 12550
                                            Tel.: 845-562-0203
                                            Fax: 845-562-3492