# EXHIBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  :  Master File No. 04-10981
       SALES PRACTICES AND PRODUCTS  :
       LIABILITY LITIGATION  :  Judge Patti B. Saris
------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:  :
:  Individual Case No. 06-11935
LARRY A. SHELLEY v. PFIZER INC.  :
------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF LARRY A. SHELLEY

I, Gail Schlanger, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.  I have conferred with Plaintiff.

2.  Plaintiff intends to proceed with the litigation.

3.  I have reviewed the relevant medical records and allegations of the Complaint.

4.  I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Gail Schlanger
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492