UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETS

------------------------------------------------------- x   MDL Docket No: 1629
In re: NEURONTIN MARKETING,
    SALES PRACTICES AND PRODUCTS
    LIABILITY LITIGTION     :   Master File No: 04-10981
------------------------------------------------------- x
    :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:
    :   Magistrate Judge Leo T.
    :   Sorokin

SULEMA SALINAS

### PLAINTIFF SULEMA SALINAS'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Sulema Salinas, by and through her attorneys of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Ricardo A. Garcia. I am counsel of record for Plaintiff Sulema Salinas.
2. I have conferred with Sulema Salinas per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.
3. Plaintiff Sulema Salinas intends to proceed with the litigation.
4. I have reviewed the relevant medical records and the allegations of the complaint.
5. I believe pursuit of the action is warranted.

    Respectfully submitted,

    **GARCIA & KARAM, L.L.P.**

    By: /s/ Ricardo A. Garcia
        RICARDO A. GARCIA
        STATE BAR NO. 07643200
        Federal ID No. 1095
        AIZAR J. KARAM, JR.
        STATE BAR NO. 00796860
        820 South Main Street
        McAllen, Texas 78501
        956/630-2882 - Telephone
        956/630-5393 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and foregoing document has been sent by certified mail, return receipt requested, to the following on the 12th day of December, 2007.

Kenneth J. Ferguson
Susan E. Burnett
Clark, Thomas & Winters, P.C.
P.O. Box 1148
Austin, TX  78767

SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO  64108-2613

By:  /s/ Ricardo A. Garcia
RICARDO A. GARCIA