UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETS

---

In re: NEURONTIN MARKETING,
    SALES PRACTICES AND PRODUCTS
    LIABILITY LITIGTION

THIS DOCUMENT RELATES TO:

JOSE GARCIA

    x  MDL Docket No: 1629

    Master File No: 04-10981

    Judge Patti B. Saris

    Magistrate Judge Leo T. Sorokin

### PLAINTIFF JOSE GARCIA'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Jose Garcia, by and through his attorneys of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Ricardo A. Garcia. I am counsel of record for Plaintiff Jose Garcia.

2. I have conferred with Jose Garcia per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff Jose Garcia intends to proceed with the litigation.

4. I have reviewed the relevant medical records and the allegations of the complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**

By: /s/ Ricardo A. Garcia
    RICARDO A. GARCIA
    STATE BAR NO. 07643200
    Federal ID No. 1095
    AIZAR J. KARAM, JR.
    STATE BAR NO. 00796860
    820 South Main Street
    McAllen, Texas 78501
    956/630-2882 - Telephone
    956/630-5393 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and foregoing document has been sent by certified mail, return receipt requested, to the following on the 12th day of December, 2007.

Kenneth J. Ferguson
Susan E. Burnett
Clark, Thomas & Winters, P.C.
P.O. Box 1148
Austin, TX 78767

SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

By: /s/ Ricardo A. Garcia
RICARDO A. GARCIA