UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGTION | MDL Docket No: 1629<br>Master File No: 04-10981<br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>JOSE FONSECA, AS REPRESEMTATIVE OF THE ESTATE OF MARIA FONSECA (DESEASED) | |

**PLAINTIFF JOSE FONSECA'S CERTIFICATION**
**PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Jose Fonseca, by and through his attorneys of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Ricardo A. Garcia. I am counsel of record for Plaintiff Jose Fonseca.

2. I have conferred with Jose Fonseca per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff Jose Fonseca intends to proceed with the litigation.

4. I have reviewed the relevant medical records and the allegations of the complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**

By: /s/ Ricardo A. Garcia
RICARDO A. GARCIA
STATE BAR NO. 07643200
Federal ID No. 1095
AIZAR J. KARAM, JR.
STATE BAR NO. 00796860
820 South Main Street
McAllen, Texas 78501
956/630-2882 - Telephone
956/630-5393 - Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the above and foregoing document has been sent by certified mail, return receipt requested, to the following on the 12th day of December, 2007.

Kenneth J. Ferguson
Susan E. Burnett
Clark, Thomas & Winters, P.C.
P.O. Box 1148
Austin, TX  78767

SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO  64108-2613

By: __/s/ Ricardo A. Garcia_____
   RICARDO A. GARCIA