## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JERRY HOLLAWAY and CAROLYN HOLLAWAY, on behalf of themselves and all others similarly situated in the State of Oklahoma,** </br></br>    **Plaintiffs,** </br></br> v. </br></br> **PFIZER, INC. and WARNER-LAMBERT COMPANY,** </br></br>    **Defendants.** | IN RE: <u>MDL DOCKET No. 1629</u> </br> In Re: Neurontin Marketing and Sales Practices </br> Master File No. 04-10981 </br> USDC-Massachusetts <u>Lead</u> </br> Case No 1:04CV10739-PBS </br></br> District of MA No. 1:04cv12624 PBS </br> Eastern District of OK CIV-04-375-W </br></br> District Judge Pattie B. Saris </br> Magistrate Judge Leo T. Sorokin |

### PLAINTIFFS' COUNSEL'S CERTIFICATION OF CASE WORTHINESS

**COMES NOW** Mark Edwards, counsel for Plaintiffs, Jerry Hollaway and Carolyn Hollaway, on behalf of themselves and all others similarly situated in the State of Oklahoma, and hereby certifies that: (1) Counsel has conferred with Plaintiffs; (2) That Plaintiffs intend to proceed with litigation; (3) That counsel has reviewed the relevant medical records and allegations of the complaint; and (4) That counsel believes pursuit of the action is warranted.

Respectfully submitted,

s/Mark Edwards_____
Mark Edwards, OBA #16570
THE EDWARDS LAW FIRM
PO Box 1066
McAlester OK 74502
(918) 302-3700 Telephone
(918) 302-3701 Facsimile

### CERTIFICATE OF MAILING

   I hereby certify that on the 11th day of December, 2007, that I mailed a true and correct copy of the foregoing document with postage prepaid to the following:

  Thomas E. Steichen
  Eldridge, Cooper, Steichen & Leach, PLLC
  110 W. 7th Street, Ste 200
  Tulsa OK 74101-3566
  **ATTORNEYS FOR PFIZER AND WARNER-LAMBERT**

              _____
              MAKR EDWARDS