IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>FRIEDA BURROUGHS, as Executor of the Estate of EMORY M. BURROUGHS, Deceased | MDL DOCKET NO. 1629<br>MASTER FILE NO. 04-10981<br>JUDGE PATTIE B. SARIS<br>MAGISTRATE JUDGE LEO T. SOROKIN |

**PLAINTIFF FRIEDA BURROUGHS'
CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff, Frieda Burroughs, as Executor of the Estate of Emory M. Burroughs, deceased, by and through her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007, certifies as follows:

1. My name is Silas G. Cross, Jr. I am counsel of record for Plaintiff, Frieda Burroughs, as Executor of the Estate of Emory M. Burroughs, deceased.

2. I have conferred with Frieda Burroughs per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff, Frieda Burroughs, as Executor of the Estate of Emory M. Burroughs, deceased, intends to proceed with the litigation.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

1

5.  I believe pursuit of the action is warranted.


        Respectfully submitted,


        CROSS, POOLE, GOLDASICH & FISCHER, L.L.C.
        1416 Greensboro Avenue
        Tuscaloosa, AL 35401
        (205) 391-9932 (telephone)
        (205) 391-9557 (facsimile)

        By: s/Silas G. Cross, Jr.
           Silas G. Cross, Jr.
           State Bar No. 0417-C39S
           Attorney for Plaintiff Frieda Burroughs, as Executor of
           the Estate of Emory M. Burroughs, deceased


## CERTIFICATE OF SERVICE

I certify that on December 17, 2007, a true copy of the foregoing document was served upon counsel of record by the Electronic Court Filing System of the United States District Court for the District of Massachusetts.


        s/Silas G. Cross, Jr.
        Silas G. Cross, Jr.