UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, : Master File No. 04-10981
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Judge Patti B. Saris
---------------------------------------------------------------x Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO: :
:
ALL PRODUCTS LIABILITY ACTIONS :
---------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN
## ATTACHING CERTIFICATIONS

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

    Exhibit 1  - Certification Regarding Plaintiff Darlene Owens
                 Individual Case No. 05-11017

    Exhibit 2  - Certification Regarding Plaintiff Frank Vercillo, Jr.
                 Individual Case No. 05-11019

    Exhibit 3  - Certification Regarding Plaintiff John Dees
                 Individual Case No. 05-11028

    Exhibit 4  - Certification Regarding Plaintiff Kevin Keegan
                 Individual Case No. 06-10538

    Exhibit 5  - Certification Regarding Plaintiff Brent D. Young
                 Individual Case No. 06-11446

Exhibit 6 - Certification Regarding Plaintiff Joy M. Shaw
Individual Case No. 06-11584

Exhibit 7 - Certification Regarding Plaintiff Doris Sloan
Individual Case No. 07-11253

Dated: December 17, 2007

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 17, 2007.

                                          **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein