# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | : | Master File No. 04-10981 |
| SALES PRACTICES AND PRODUCTS | : | |
| LIABILITY LITIGATION | : | Judge Patti B. Saris |
| ------------------------------------------------------------x | | Magistrate Judge Leo T. Sorokin |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | Individual Case No. 05-11017 |
| DARLENE OWENS v. PFIZER INC. | : | |
| ------------------------------------------------------------x | | |

## CERTIFICATION REGARDING PLAINTIFF DARLENE OWENS

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

    FINKELSTEIN & PARTNERS, LLP
    Attorneys for Plaintiff

By: **/s/ Andrew G. Finkelstein**
    Andrew G. Finkelstein
    436 Robinson Avenue
    Newburgh, NY 12550
    Tel.: 845-562-0203
    Fax: 845-562-3492