EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:  MDL Docket No. 1629
In re: NEURONTIN MARKETING,    : Master File No. 04-10981
  SALES PRACTICES AND PRODUCTS :
  LIABILITY LITIGATION    : Judge Patti B. Saris
---------------------------------------------------------------x Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:    :
: Individual Case No. 05-11019
FRANK VERCILLO, JR. v. PFIZER INC.  :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF FRANK VERCILLO, JR.

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

> FINKELSTEIN & PARTNERS, LLP
> Attorneys for Plaintiff
>
> By:  **/s/ Andrew G. Finkelstein**
> Andrew G. Finkelstein
> 436 Robinson Avenue
> Newburgh, NY 12550
> Tel.: 845-562-0203
> Fax: 845-562-3492