EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                                     :     MDL Docket No. 1629

In re: NEURONTIN MARKETING,         :     Master File No. 04-10981
       SALES PRACTICES AND PRODUCTS  :
       LIABILITY LITIGATION            :     Judge Patti B. Saris
---------------------------------------------------------------x     Magistrate Judge Leo T. Sorokin
                                                               :

THIS DOCUMENT RELATES TO:           :
                                                                :     Individual Case No. 05-11028

       JOHN DEES v. PFIZER INC.            :
---------------------------------------------------------------x

**<u>CERTIFICATION REGARDING PLAINTIFF JOHN DEES</u>**

      I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

    1.    I have conferred with Plaintiff.

    2.    Plaintiff intends to proceed with the litigation.

    3.    I have reviewed the relevant medical records and allegations of the Complaint.

    4.    I believe pursuit of the action is warranted.

                                                     FINKELSTEIN & PARTNERS, LLP
                                                     Attorneys for Plaintiff

                          By:   **/s/ Andrew G. Finkelstein**
                                Andrew G. Finkelstein
                                436 Robinson Avenue
                                Newburgh, NY 12550
                                Tel.: 845-562-0203
                                Fax: 845-562-3492