# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :   Master File No. 04-10981
    SALES PRACTICES AND PRODUCTS    :
    LIABILITY LITIGATION                                 :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:              :
:   Individual Case No. 06-10538
    KEVIN KEEGAN v. PFIZER INC.           :
---------------------------------------------------------------x

**CERTIFICATION REGARDING PLAINTIFF KEVIN KEEGAN**

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

>   FINKELSTEIN & PARTNERS, LLP
>   Attorneys for Plaintiff
>
>   By:  **/s/ Andrew G. Finkelstein**
>       Andrew G. Finkelstein
>       436 Robinson Avenue
>       Newburgh, NY 12550
>       Tel.:  845-562-0203
>       Fax:  845-562-3492