# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, : Master File No. 04-10981
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Judge Patti B. Saris
---------------------------------------------------------------x Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO: :
: Individual Case No. 07-11446
BRENT D. YOUNG v. PFIZER INC. :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF BRENT D. YOUNG

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.  I have conferred with Plaintiff.

2.  Plaintiff intends to proceed with the litigation.

3.  I have reviewed the relevant medical records and allegations of the Complaint.

4.  I believe pursuit of the action is warranted.

> FINKELSTEIN & PARTNERS, LLP
> Attorneys for Plaintiff
>
>
> By: **/s/ Andrew G. Finkelstein**
> Andrew G. Finkelstein
> 436 Robinson Avenue
> Newburgh, NY 12550
> Tel.: 845-562-0203
> Fax: 845-562-3492