# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,          :   Master File No. 04-10981
          SALES PRACTICES AND PRODUCTS  :
          LIABILITY LITIGATION         :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                       :
THIS DOCUMENT RELATES TO:              :
                                       :   Individual Case No. 06-11584
          JOY M. SHAW v. PFIZER INC.   :
---------------------------------------------------------------x

**<u>CERTIFICATION REGARDING PLAINTIFF JOY M. SHAW</u>**

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

           FINKELSTEIN & PARTNERS, LLP
           Attorneys for Plaintiff


By:  **/s/ Andrew G. Finkelstein**
     Andrew G. Finkelstein
     436 Robinson Avenue
     Newburgh, NY 12550
     Tel.:  845-562-0203
     Fax:  845-562-3492