# EXHIBIT 7

Case 1:04-cv-10981-PBS     Document 1001-8     Filed 12/17/2007     Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,    :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS   :
        LIABILITY LITIGATION    :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:   :
:   Individual Case No. 07-11253
        DORIS SLOAN v. PFIZER INC.    :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF DORIS SLOAN

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

    FINKELSTEIN & PARTNERS, LLP
    Attorneys for Plaintiff

By:   **/s/ Andrew G. Finkelstein**
    Andrew G. Finkelstein
    436 Robinson Avenue
    Newburgh, NY 12550
    Tel.: 845-562-0203
    Fax: 845-562-3492