UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, : Master File No. 04-10981
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Judge Patti B. Saris
---------------------------------------------------------------x Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO: :
:
ALL PRODUCTS LIABILITY ACTIONS :
---------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN
## ATTACHING CERTIFICATIONS

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

   Exhibit 1 - Certification Regarding Plaintiff Dan Huffman
   Individual Case No. 05-10829

   Exhibit 2 - Certification Regarding Plaintiff Nancy Henry
   Individual Case No. 05-11995

   Exhibit 3 - Certification Regarding Plaintiff Albert Acton
   Individual Case No. 05-12129

   Exhibit 4 - Certification Regarding Plaintiff Donna Joyce Adkins
   Individual Case No. 06-10539

   Exhibit 5 - Certification Regarding Dawn M. Libby
   Individual Case No. 06-11482

Exhibit 6   -   Certification Regarding Plaintiff Debora L. Isaacs
                    Individual Case No. 07-10630

Exhibit 7   -   Certification Regarding Plaintiff Ronald J. Bulger
                    Individual Case No. 07-11426

Dated:  December 17, 2007

                                              **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein
                                              FINKELSTEIN & PARTNERS, LLP
                                              Attorneys for Plaintiffs
                                              436 Robinson Avenue
                                              Newburgh, NY  12550
                                              Tel.:  845-562-0203
                                              Fax:  845-562-3492

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 17, 2007.

                                            **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein