# EXHIBIT 2

Case 1:04-cv-10981-PBS   Document 1002-3   Filed 12/17/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                         :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                             :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                     :
        LIABILITY LITIGATION                             :   Judge Patti B. Saris
---------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                         :
THIS DOCUMENT RELATES TO:                                :
                                                         :   Individual Case No. 05-11995
        NANCY HENRY v. PFIZER INC.                       :
---------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF NANCY HENRY

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: *Mary Ellen Wright*
    Mary Ellen Wright
    436 Robinson Avenue
    Newburgh, NY 12550
    Tel.: 845-562-0203
    Fax: 845-562-3492