# EXHIBIT 3

Case 1:04-cv-10981-PBS   Document 1002-4   Filed 12/17/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        : Master File No. 04-10981
        LIABILITY LITIGATION                :
                                            : Judge Patti B. Saris
------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
                                            :
THIS DOCUMENT RELATES TO:                   :
                                            : Individual Case No. 05-10829
ALBERT ACTON v. PFIZER INC.                 :
------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF ALBERT ACTON

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. The plaintiff has died while the action was pending. I have conferred with his next of kin, his son John Acton.

2. John Acton, the next of kin of the deceased plaintiff, Albert Acton, intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Mary Ellen Wright
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492