EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------x
                                               :   MDL Docket No. 1629
                                               :   Master File No. 04-10981
In re:  NEURONTIN MARKETING,                   :
        SALES PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION                   :   Judge Patti B. Saris
----------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                               :
THIS DOCUMENT RELATES TO:                      :
                                               :   Individual Case No. 06-10539
        DONNA JOYCE ADKINS  v. PFIZER INC.     :
----------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF DONNA JOYCE ADKINS

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP,

counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products

Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.    I have conferred with Plaintiff.

2.    Plaintiff intends to proceed with the litigation.

3.    I have reviewed the relevant medical records and allegations of the Complaint.

4.    I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff


By: _Mary Ellen Wright_
Mary Ellen Wright
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492