# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:    MDL Docket No. 1629
In re:   NEURONTIN MARKETING,      :    Master File No. 04-10981
         SALES PRACTICES AND PRODUCTS :
         LIABILITY LITIGATION       :    Judge Patti B. Saris
---------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:          :
                                    :    Individual Case No. 06-11482
DAWN LIBBY v. PFIZER INC.          :
---------------------------------------------------------x

### CERTIFICATION REGARDING PLAINTIFF DAWN LIBBY

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: *Mary Ellen Wright* (signature)
Mary Ellen Wright
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492