# EXHIBIT 7

Case 1:04-cv-10981-PBS    Document 1002-8    Filed 12/17/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, : Master File No. 04-10981
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Judge Patti B. Saris
---------------------------------------------------------x Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO: :
: Individual Case No. 07-11426
RONALD J. BULGER  v. PFIZER INC. :
---------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF RONALD J. BULGER

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP,

counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products

Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.  I have conferred with Plaintiff.

2.  Plaintiff intends to proceed with the litigation.

3.  I have reviewed the relevant medical records and allegations of the Complaint.

4.  I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Mary Ellen Wright
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492