UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION                  :   Judge Patti B. Saris
------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :
ALL PRODUCTS LIABILITY ACTIONS                :
------------------------------------------------------------x
```

**<u>DECLARATION OF ANDREW G. FINKELSTEIN
ATTACHING CERTIFICATIONS</u>**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

Exhibit 1 - Certification Regarding Plaintiff Rosalia Sumait
    Individual Case No. 05-10832

Exhibit 2 - Certification Regarding Plaintiff Gary L. Lyman
    Individual Case No. 05-11020

Exhibit 3 - Certification Regarding Plaintiff Debra Johnson Alsberge
    Individual Case No. 05-11699
    Individual Case No. 06-10957

Exhibit 4 - Certification Regarding Plaintiff Joanna Bentley
    Individual Case No. 05-11997

Exhibit 5 - Certification Regarding Plaintiff Rosemary Smith
    Individual Case No. 05-12386
    Individual Case No. 06-10535

2

    Exhibit 6  - Certification Regarding Plaintiff Sandra French
              Individual Case No. 05-12595

Dated:  December 18, 2007

                                        **/s/ Andrew G. Finkelstein**
                                        Andrew G. Finkelstein
                                        FINKELSTEIN & PARTNERS, LLP
                                        Attorneys for Plaintiffs
                                        436 Robinson Avenue
                                        Newburgh, NY  12550
                                        Tel.:  845-562-0203
                                        Fax:  845-562-3492

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 18, 2007.

                                                        **/s/ Andrew G. Finkelstein**
                                                          Andrew G. Finkelstein