# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                           :
        LIABILITY LITIGATION                                   :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:                                      :
                                                               :   Individual Case No. 05-11020
GARY L. LYMAN v. PFIZER INC.                                   :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF GARY L. LYMAN

I, Marshall P. Richer, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

                                        FINKELSTEIN & PARTNERS, LLP
                                        Attorneys for Plaintiff

                                    By: _____
                                        Marshall P. Richer
                                        436 Robinson Avenue
                                        Newburgh, NY 12550
                                        Tel.: 845-562-0203
                                        Fax: 845-562-3492