# EXHIBIT 5

Case 1:04-cv-10981-PBS    Document 1003-6    Filed 12/18/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :    MDL Docket No. 1629
In re: NEURONTIN MARKETING,                                 :    Master File No. 04-10981
       SALES PRACTICES AND PRODUCTS                         :
       LIABILITY LITIGATION                                 :    Judge Patti B. Saris
------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                                            :
THIS DOCUMENT RELATES TO:                                   :
                                                            :    Individual Case No. 05-12386
       ROSEMARY SMITH v. PFIZER INC.                        :    Individual Case No. 06-10535
------------------------------------------------------------x

### CERTIFICATION REGARDING PLAINTIFF ROSEMARY SMITH

I, Marshall P. Richer, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.   I have conferred with Plaintiff.

2.   Plaintiff intends to proceed with the litigation.

3.   I have reviewed the relevant medical records and allegations of the Complaint.

4.   I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Marshall P. Richer
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492