# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------x
                                                         :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                            :   Master File No. 04-10981
         SALES PRACTICES AND PRODUCTS                    :
         LIABILITY LITIGATION                            :   Judge Patti B. Saris
---------------------------------------------------------x   Magistrate Judge Leo T. Sorkin
                                                         :
THIS DOCUMENT RELATES TO:                                :   Individual Case No. 06-11393
                                                         :
         DEANNA PUTNAM v. PFIZER, INC., et al.           :
---------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF DEANNA PUTNAM

I, Peter J. Stubbs, counsel for the Plaintiff in the above-entitled individual action, certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and the allegations of the Complaint.

4. I believe pursuit of the action is warranted.

Dated:  December 18, 2007

          LAW OFFICE OF PETER J. STUBBS

          By:  /s/ **Peter J. Stubbs**
          Peter J. Stubbs
          Attorney for Plaintiff
          **777** Campus Commons Road, Suite 200
          Sacramento, CA 95825
          Tel.:  (916) 797-9485
          Fax:  (916) 797-9472

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 18, 2007.

By: /s/ **Peter J. Stubbs**
Peter J. Stubbs