UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re:  NEURONTIN MARKETING,
         SALES PRACTICES AND PRODUCTS
         LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

------------------------------------------------x

THIS CERTIFICATION RELATES TO:

Magistrate Judge Leo T. Sorokin

SANDRA GAUDIO and GERARD
GAUDIO

------------------------------------------------x

### CERTIFICATION OF ADAM M. SLATER, ESQ. PURSUANT TO THE NOVEMBER 9, 2007 CASE MANAGEMENT ORDER

I, ADAM M. SLATER, hereby certify as follows:

1. I am a partner in the law firm of Mazie Slater Katz & Freeman, LLC, attorneys for the plaintiff in the above-entitled action, and I have been entrusted with the handling of this matter. As such, I am familiar with the facts and circumstances stated herein.

2. This certification is made and submitted pursuant to the Products Liability Case Management Order and Order Regarding Motions to Withdraw, filed November 9, 2007.

3. On December 14, 2007 I conferred with plaintiffs Sandra Gaudio and Gerard Gaudio.

4. The plaintiffs advised me that they intend to proceed with the litigation.

5. On or about December 13, 2007 I reviewed the relevant medical records and allegations of the complaint.

6. After completing said review, I believe that pursuit of this action is warranted.

I hereby certify that the foregoing statements made by me are true and the aforesaid information was not reasonably available or discoverable by the exercise of due diligence prior to the discovery end date. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
ADAM M. SLATER

Dated: 12/17/07

CERTIFICATION OF SERVICE

I hereby certify a true and correct copy of the above document has been sent by certified mail, return receipt requested, and facsimile to the following on the 18th day of December, 2007.

Angela Seaton
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Michelangelo Troisi
DECHERT
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

MATTHEW R. MENDELSOHN

H:\AMS\Gaudio\AMS Cert pursuant to Case Mgmt Order 11-14-07.doc