UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------- x
In re:  NEURONTIN MARKETING,         :    MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS         :
LIABILITY LITIGATION                 :    Master File No. 04-10981
------------------------------- x
                                     :
                                     :    Judge Patti B. Saris
THIS DOCUMENT RELATES TO:            :
                                     :    Magistrate Judge Leo T.
JENNIFER DE LA GARZA                 :    Sorokin
                                     :
                                     :

### PLAINTIFF JENNIFER DE LA GARZA'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Jennifer De La Garza, by and through her attorneys of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Kathryn Snapka. I am the attorney in charge for Plaintiff Jennifer De La Garza.

2. I have conferred with Jennifer De La Garza per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff Jennifer De La Garza intends to proceed with the litigation.

4. I have reviewed the relevant medical records and the allegations of the

Plaintiff Jennifer De La Garza's Certification Per November 9, 2007 Order - Page 1

Complaint.

    5.    I believe pursuit of the action is warranted.

        Respectfully submitted,

        **SNAPKA, TURMAN & WATERHOUSE, L.L.P.**

        606 N. Carancahua, Suite 1511 (78476)
        P.O. Drawer 23017
        Corpus Christi, Texas 78403
        Telephone: 361/888-7676
        Facsimile: 361/884-8545

        By: _____
        Kathryn Snapka
        State Bar No. 18781200
        Greg W. Turman
        State Bar No. 00785123

        **Attorneys for Plaintiff *Jennifer De La Garza***

## CERTIFICATE OF SERVICE

I, Kathryn Snapka, do hereby certify that a true and correct copy of the above and foregoing was this 18th day of December, 2007, served upon all counsel of record by electronic transmission through the court's transmission facilities.

        _____
        Kathryn Snapka