UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                :   MDL Docket No. 1629

In re:  NEURONTIN MARKETING,       :   Master File No. 04-10981
          SALES PRACTICES AND PRODUCTS :
          LIABILITY LITIGATION              :   Judge Patti B. Saris
------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                :

THIS DOCUMENT RELATES TO:          :

ALL PRODUCTS LIABILITY ACTIONS   :
------------------------------------------------------------x

### DECLARATION OF HARRIS L. POGUST ATTACHING CERTIFICATIONS

I, Harris L. Pogust, declare under penalty of perjury as follows:

1.    I am a partner with the law firm of Pogust & Braslow, LLC, counsel for Plaintiffs in the following matters.

2.    Pursuant to the Products Liability Case Management Order, dated November 9, 2006, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

      Exhibit 1  - Certification Regarding Plaintiffs Erik Newberry, Daniel Newberry, and Holly Newberry
                   Individual Case No. 07-11499

      Exhibit 2  - Certification Regarding Plaintiff Hilda Bonner
                   Individual Case No. 07-10324

      Exhibit 3  - Certification Regarding Plaintiffs Sharon Cox and Earl Cox
                   Individual Case No. 06-12048

      Exhibit 4  - Certification Regarding Plaintiff Dale Wayne Henderson
                   Individual Case No. 06-10956

Dated: December 18, 2007

                                          **/s/ Harris L. Pogust**
                                          Harris L. Pogust, Esq.
                                          POGUST & BRASLOW, LLC
                                          Attorneys for Plaintiffs
                                          161 Washington Street, Suite 1520
                                          Conshohocken, PA 19428
                                          Tel.:610-941-4204
                                          Fax: 610-941-4245

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 18, 2007.

/s/ **Harris L. Pogust**
Harris L. Pogust