# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, : Master File No. 04-10981
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Judge Patti B. Saris
---------------------------------------------------------------x Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO: :
: Individual Case No. 07-11499
ERIK NEWBERRY, DANIEL NEWBERRY, :
AND HOLLY NEWBERRY v. PFIZER INC. :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFFS ERIK NEWBERRY, DANIEL NEWBERRY, AND HOLLY NEWBERRY

I, Harris L. Pogust, an attorney with the law firm of Pogust & Braslow, LLC, counsel for Plaintiffs Erik Newberry, Daniel Newberry, and Holly Newberry in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiffs.

2. Plaintiffs intend to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

POGUST & BRASLOW, LLC
Attorneys for Plaintiff

By: /s/ Harris L. Pogust
Harris L. Pogust, Esq.
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel.: 610-941-4204
Fax: 610-941-4245