**EXHIBIT 2**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                        :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                            :    Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                    :
        LIABILITY LITIGATION                            :    Judge Patti B. Saris
---------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                                        :
THIS DOCUMENT RELATES TO:                               :
                                                        :    Individual Case No. 07-10324
HILDA BONNER v. PFIZER INC.                             :
---------------------------------------------------------------x

**CERTIFICATION REGARDING PLAINTIFF HILDA BONNER**

I, Harris L. Pogust, an attorney with the law firm of Pogust & Braslow, LLC, counsel for Plaintiff Hilda Bonner in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

                                POGUST & BRASLOW, LLC
                                Attorneys for Plaintiff

                                By: _____
                                Harris L. Pogust, Esq.
                                161 Washington Street, Suite 1520
                                Conshohocken, PA 19428
                                Tel.: 610-941-4204
                                Fax: 610-941-4245