**EXHIBIT 3**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                            :
                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                            :
                                            :
THIS DOCUMENT RELATES TO:                   :
                                            :   Individual Case No. 06-12048
SHARON COX AND EARL COX v. PFIZER INC.:     :
-------------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFFS SHARON COX AND EARL COX

I, Harris L. Pogust, an attorney with the law firm of Pogust & Braslow, LLC, counsel for

Plaintiffs Sharon Cox and Earl Cox in the above-entitled individual action, certifies pursuant to

the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as

follows:

1.   I have conferred with Plaintiffs.

2.   Plaintiffs intend to proceed with the litigation.

3.   I have reviewed the relevant medical records and allegations of the Complaint.

4.   I believe pursuit of the action is warranted.


POGUST & BRASLOW, LLC
Attorneys for Plaintiff


By: _____
    Harris L. Pogust, Esq.
    161 Washington Street, Suite 1520
    Conshohocken, PA 19428
    Tel.: 610-941-4204
    Fax: 610-941-4245