**EXHIBIT 4**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,            :    Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS    :
        LIABILITY LITIGATION            :    Judge Patti B. Saris
---------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                        :
THIS DOCUMENT RELATES TO:               :
                                        :    Individual Case No. 06-10956
DALE WAYNE HENDERSON v. PFIZER INC.     :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF DALE WAYNE HENDERSON

I, Harris L. Pogust, an attorney with the law firm of Pogust & Braslow, LLC, counsel for Plaintiff Dale Wayne Henderson in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

POGUST & BRASLOW, LLC
Attorneys for Plaintiff

By: _____
Harris L. Pogust, Esq.
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel.: 610-941-4204
Fax: 610-941-4245