## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:  NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCT LIABILITY
LITIGATION

)
)
)
)
)
)
)

**MDL Docket No. 1629**
**Master File No. 04-10981**

**Judge Patti B. Saris**
**Mag. Judge Leo T. Sorokin**

**THIS DOCUMENT RELATES TO:**

*Mary Cooper, et al v. Pfizer, Inc., Case No.  2:04cv255*

---

### ATTORNEY CERTIFICATION

I, Levi Boone, III, Esq., of Boone Law Firm, P.A. hereby certify that I have conferred with each of the plaintiffs in the case, *Mary Cooper, et al v. Pfizer, Inc.,* and said conference included the result(s) of a review of the relevant medical records, i.e. record(s) showing off-label use(s), and a summary review of the allegations of the complaint and that based thereon each plaintiff was asked if he/she wanted to proceed with the litigation and each of the plaintiffs listed on the caption of the complaint attached as Exhibit "A" hereto indicated intent to proceed with the litigation except Plaintiff, **Lestine Rogers**.

I believed that pursuit of this action is warranted particularly because Mississippi is a punitive damage state for the commission of fraud.

So Certified, this the 18th day of December, 2007

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686