AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Northern Mississippi, Delta Division

## SUMMONS IN A CIVIL CASE

**MARY COOPER, GLINDA JEAN FORD, CHARLES HAYNES, PEARLIE MADDOX, LOLITA MYERS, BETTIE A. NEWSOM, ETHEL PEARSON, RODGER T. RICE, LESTINE ROGERS, ANDREW SMITH, JANIE SMITH, WILLIAM WEBB et al.,**

PLAINTIFFS

VS.

CASE NUMBER: 2:04CV255-M-A

**PFIZER, INC., individually and as successor in interest to PARKE-DAVIS and WARNER LAMBERT COMPANY**

DEFENDANTS

TO:  Pfizer, Inc.
     Attention: Legal Department
     235 East 42nd Street Frnt.
     New York, New York 10017-5703

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Levi Boone, III, Esq.
Boone Law Firm, P.A.
401 W. Sunflower Road
P.O. Box 1772
Cleveland, MS 38732

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Arlen B. Coyle, Clerk of Court

CLERK

(By) DEPUTY CLERK

DATE: 9-1-04

EXHIBIT A