**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: VIOXX®PRODUCTS | ) | MDL Docket No. 1657 |
| LIABILITY LITIGATION | ) | Plaintiff  BRENDA CUNNINGHAM |
| | ) | Administrator of the Estate of CHARLES |
| THIS RELATES TO: | ) | CUNNINGHAM, and BRENDA |
| | ) | CUNNINGHAM, individually and on |
| Civil Action No: | ) | behalf of the heirs at law of CHARLES |
| 2:05-cv-1511 | ) | CUNNINGHAM, deceased |

**PLAINTIFF'S CERTIFICATION PER**
**NOVEMBER 9, 2007 ORDER**

COMES NOW, Gene E. Schroer, counsel for the Plaintiff, on this 18th day of December, 2007 do hereby certify that:

1.      I have conferred with the Plaintiff in the above entitled case.

2.      Plaintiff intends to proceed with litigation.

3.      Counsel has reviewed the relevant medical records and allegations of the complaint.

4.      Counsel believes pursuit of the action is warranted.

Respectfully Submitted:

_____
Gene E. Schroer
Attorney at Law
115 SE 7th St. 2nd Floor
Topeka, KS 66603
(785) 357-7300
(785) 233-3933 FAX
Attorney for Plaintiff

**CERTIFICATE OF MAILING**

I, Gene E. Schroer, do hereby certify that on this 18th day of December, 2007,

I mailed a true and correct copy of the above Certification postage paid to the following:

Shook, Hardy & Bacon
Attn: Angela Seaton
2555 Grand Blvd.
Kansas City, MO 64108

_____
Gene E. Schroer
Attorney at Law