UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x

In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------- x

THIS DOCUMENT RELATES TO:

HENRY C. MECIJA (deceased)

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## PLAINTIFFS' CERTIFICATION PER NOVEMER 9, 2007 ORDER

COMES NOW Plaintiffs, JENNIFER MECIJA, individually and as guardian ad litem for JHOANNE MECIJA, a minor, and JEFFREY MECIJA, by and through their attorneys of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007, and certifies as follows:

1. My name is Jeremy R. Fietz. I am counsel of record for Plaintiffs.

2. I have conferred with the plaintiffs per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiffs intend to proceed with the litigation.

4. I have reviewed the relevant medical records and the allegations of the complaint.

5. I believe pursuit of the action is warranted.

Dated: December 19, 2007            Respectfully submitted,

*EDGAR LAW FIRM*

/s/ Jeremy R. Fietz
JEREMY R. FIETZ, ESQ.
*CA State Bar No. 200396*
408 College Avenue
Santa Rosa, California 95401
Ph. 707-545-3200
Fax 707-578-3040

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and foregoing document has been sent by certified mail, return receipt requested, to the following on the 19th day of December, 2007.

Angela M. Seaton, Esq.
SHOOK HARDY & BACON
2555 Grand Blvd.
Kansas City, MO   64108-2613

By: /s/ Jeremy R. Fietz
JEREMY R. FIETZ