# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | : MDL Docket No. 1629<br>: Master File No. 04-10981<br>:<br>: Judge Patti B. Saris |
| THIS DOCUMENT RELATED TO:<br>ALL PRODUCTS LIABILITY ACTIONS | : Magistrate Judge Leo T. Sorokin<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISAL

The Plaintiff in the tag along action *Craft v. Pfizer, Inc., et al.*, M.D. Fla. 05-310-VMC-SPC, by and through undersigned counsel, and pursuant to the Products Liability Case Management Order (Doc. 3) and Order Regarding Motions to Withdraw previously entered on November 9, 2007 (Doc. 949), as well as the applicable Rules of Procedure, hereby voluntarily dismiss the action with prejudice.

Dated: December 19, 2007

GILMAN AND PASTOR, LLP

/s/ Kenneth G. Gilman
Kenneth Gilman (BBO #192760)
225 Franklin Street, 16th Floor
Boston MA 02110-2804
Telephone (617) 742-9700
Facsimile (617) 742-9701
Attorneys for Plaintiff

GOLDSTEIN BUCKLEY CECHMAN
RICE & PURTZ, P.A.
David H. Harris
1515 Broadway
Fort Myers, FL 33902-2366
Telephone (239) 334-1146
Facsimile (239) 334-3039

Attorneys for Plaintiff

{00016498.DOC ; 1}

<u>Certificate of Service</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 19, 2007.

                                                /s/  Kenneth G. Gilman
                                                Kenneth G. Gilman