```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------x
In re:  NEURONTIN MARKETING,              :    MDL Docket No. 1629
        SALES PRACTICES AND               :
        PRODUCTS LIABILITY LITIGATION :    Master File No.: 04-10981
-----------------------------------------------------------x
                                          :    Judge: Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
                                          :    Magistrate Judge: Leo T. Sorokin
MARY ANN MINERVINO                        :
-----------------------------------------------------------x
```

## PLAINTIFF MARY ANN MINERVINO'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW, plaintiff Mary Ann Minervino, as Administratrix of the Estate of Carmine Minervino, deceased, by and through her attorneys, Westermann, Hamilton, Sheehy, Aydelott & Keenan, L.L.P., and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007, certifies as follows:

1. My name is Christopher P. Keenan. I am counsel of record for plaintiff, Mary Ann Minervino.

2. I have conferred with Mary Ann Minervino per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff Mary Ann Minervino intends to proceed with the litigation.

4. I have reviewed the relevant medical records and the allegations of the complaint.

5. I believe pursuit of the action is warranted.

Dated: White Plains, New York
       December 17, 2007

Respectfully submitted,

WESTERMANN, HAMILTON, SHEEHY,
AYDELOTT & KEENAN, L.L.P.
Attorneys for Plaintiff, Mary Ann Minervino
222 Bloomingdale Road, Suite 305
White Plains, New York 10605
(914) 946-7770 (telephone)
(914) 946-4587 (facsimile)

By _____
Christopher P. Keenan, Esq.
(CT 22233)

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to the following on the 19th day of December, 2007.

Davis, Polk, Wardwell
450 Lexington Avenue
New York, New York 10017

Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165