UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING ) | |
| SALES PRACTICES, AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | MDL Docket No. 1629 |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | Master File No. 04-10981 |
| Plaintiff BRENDA CUNNINGHAM ) | Judge Patti B. Saris |
| Administrator of the Estate of CHARLES ) | Magistrate Judge Leo T. Sorokin |
| CUNNINGHAM, and BRENDA ) | |
| CUNNINGHAM, individually and on ) | |
| Behalf of the heirs at law of CHARLES ) | |
| CUNNINGHAM, deceased ) | |

**PLAINTIFF, BRENDA CUNNINGHAM'S CERTIFICATION PER
NOVEMBER 9, 2007 ORDER**

COMES NOW, Gene E. Schroer, counsel for the Plaintiff, on this 19th day of December, 2007 do hereby certify that:

1. I have conferred with the Plaintiff in the above entitled case.

2. Plaintiff intends to proceed with litigation.

3. Counsel has reviewed the relevant medical records and allegations of the complaint.

4. Counsel believes pursuit of the action is warranted.

Respectfully Submitted:

_____
Gene E. Schroer
Attorney at Law
115 SE 7th St. 2nd Floor
Topeka, KS 66603
(785) 357-7300
(785) 233-3933 FAX
Attorney for Plaintiff

**CERTIFICATE OF MAILING**

I, Gene E. Schroer, do hereby certify that on this 19th day of December, 2007, I mailed a true and correct copy of the above Certification postage paid to the following:

Shook, Hardy & Bacon
Attn: Angela Seaton
2555 Grand Blvd.
Kansas City, MO 64108

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gene E. Schroer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney at Law