UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) ) | Master File No. 04-10981 Judge Patti B. Saris |
| ALL MARKETING AND SALES PRACTICES ACTIONS ) ) ) ) | Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

742515.1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's September 4, 2007 Memorandum and Order, and Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, plaintiffs Louisiana Health Service Indemnity Company dba BlueCross/BlueShield of Louisiana ("BCBSLA"), ASEA/AFSCME Local 52 Health Benefits Trust ("ASEA"), and Harden Manufacturing Corporation ("Harden," and, collectively, the "TPP Class Representatives"), hereby move for an order certifying a TPP Class, composed of separate Subclasses for each indication, defined as:

All private, non-governmental entities in the United States and its territories that paid or reimbursed all or part of the cost of Neurontin prescribed, provided, or administered to natural persons covered by any contract, policy, or plan, for any of the following indications during the following periods of time (the "TPP Class"):

| TPP Subclass | Subclass Period |
|---|---|
| Bipolar/Mood Disorders | 11/95 – 12/04 |
| Neuropathic Pain | 7/95 – 12/04 |
| Migraine/Headache | 9/95 – 12/04 |
| Nociceptive Pain | 9/95 – 12/04 |
| Doses > 1800 mg/day | 3/95 – 12/04 |

Such entities include, but are not limited to, insurance companies, union health and welfare benefit plans, entities with self-funded plans that contract with a health insurance company or other entity to serve as a third-party claims administrator to administer their prescription drug benefits, private entities paid by any governmental entity (including a state Medicaid program), and other organizations.

Plaintiffs Gerald Smith, Lorraine Kopa, and proposed additional Consumer Class and Subclass representatives Carolyn Hollaway, Gary L.Varnam, Jan Frank Wityk, and Jeanne Ramsey (collectively, the "Consumer Class Representatives") hereby move for an order

certifying a Consumer Class, composed of separate Subclasses for each indication, defined as: "all individuals in the United States and its territories who, for purposes other than resale, purchased, reimbursed, or paid for some or all of the price of Neurontin," for any of the indications set forth above during the same periods of time.

Excluded from the Classes and the Subclasses are Defendants and any entity in which any Defendant has a controlling interest, and their legal representatives, officers, directors, assignees and successors and any co-conspirators. Also excluded from the Classes and the Subclasses are any judge or justice to whom this case is assigned, together with any relative of such judge or justice within the third degree of relationship, and the spouse of any such person. Finally, excluded from the Classes and the Consumer Subclass are any individuals (or their estates) who have filed actions for personal injuries resulting from taking Neurontin.

Plaintiffs seek certification of their First and Second Claims for Relief, for violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 ("RICO"); their Third Claim for Relief, for violation of the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 et seq. ("NJCFA"); their Fourth Claim for Relief, for Common Law Fraud; and their Fifth Claim for Relief, for Unjust Enrichment. Certification is sought in *Harden Manufacturing Corp., et al. v. Pfizer, Inc., et al.*, D. Mass. C.A. No. 04-10981.

Class Plaintiffs also move for the appointment of the TPP Class Representatives and Consumer Class Representatives as representatives of their respective Class and Subclass(es), as follows: TPP/Neuropathic Pain – BCBSLA, ASEA, Harden; TPP/ Migraine and Headache /Bipolar/ Nociceptive and Non-Neuropathic Pain/Doses Over 1800 mg/day – BCBSLA, ASEA; Consumer/Neuropathic Pain – Gerald Smith, Lorraine Kopa; Consumer/Migraine and Headache – Gerald Smith; Consumer/Bipolar – Jan Frank Wityk, Gary L. Varnam; Consumer/Nociceptive

and Non-Neuropathic Pain – Carolyn Hollaway; Consumer/Doses Over 1800 mg/day – Jeanne Ramsey, Jan Frank Wityk.

Plaintiffs further move for the appointment of the following attorneys and their law firms as Class Counsel, pursuant to Fed. R. Civ. P. 23(g):  Thomas Greene, Greene & Hoffman; Thomas M. Sobol, Hagens Berman Sobol Shapiro LLP; Barry Himmelstein, Lieff, Cabraser, Heimann & Bernstein LLP; Don Barrett, Barrett Law Office; Daniel Becnel, Law Offices of Daniel Becnel, Jr.; and James Dugan, The Dugan Law Firm.  Class Plaintiffs also move for appointment of Messrs. Sobol, Himmelstein and Dugan and their respective firms as counsel for the TPP Class and Subclasses, and Messrs. Greene, Barrett, and Becnel and their firms as counsel for the Consumer Class and Subclasses.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs further move for an order deeming the operative, Third Amended Class Action Complaint amended to add paragraphs 10.1 through 10.4, identifying the additional proposed consumer class representatives, as follows:

10.1    Jan Frank Wityk is a resident of Butler, Indiana.  Between August 2000 and September 2001, Ms. Wityk was prescribed and took Neurontin for the treatment of bipolar disorder by Dr. Jerrold Gray.  At certain times, she was prescribed and took Neurontin doses of 2400 mg/day.  Ms. Wityk made copayments ranging from $20.00 to $49.87 for each of her Neurontin prescriptions, and, in at least one case, paid the entire prescription cost of $151.98.  Neurontin was completely ineffective in treating Ms. Wityk's bipolar disorder.

10.2    Gary L. Varnam is a resident of Winthrop, Maine.  Between February 2001 and June 2004, Mr. Varnam was prescribed and took Neurontin for the treatment of bipolar disorder.  Neurontin was prescribed for Mr. Varnam by three physicians – Dr. Beverly Grimm, Dr. Teresa Hermida, and Dr. John Arness, all of Kennebec Valley MHC (Mental Health Counseling).  Mr. Varnam made a copayment toward each prescription.  Neurontin was completely ineffective in treating Mr. Varnam's bipolar disorder.

10.3    Carolyn Hollaway is a resident of McAlester, Oklahoma.  Between November 2003 and March 2004, she was prescribed and took Neurontin for the

treatment of back pain resulting from an automobile accident. Neurontin was prescribed for Ms. Hollaway by Dr. Gregory Rogers. Ms. Hollaway made a $25 copayment toward each prescription. Neurontin was ineffective in treating Ms. Hollaway's back pain.

10.4    Jeanne Ramsey is a resident of Dallas, Texas. Between March 2000 and December 2003, she was prescribed and took Neurontin for the treatment of reflex sympathetic dystrophy and musculoskeletal pain. Ms. Ramsey was prescribed Neurontin by two physicians, Dr. Robert Haynsworth, Jr. of Baylor Pain Management, and Dr. Rick Waldo. At times, Ms. Ramsey was prescribed and took Neurontin in dosages ranging from 2100 to 3200 mg/day. Ms. Ramsey made a copayment toward each prescription. Neurontin was completely ineffective in treating either of Ms. Ramsey's pain conditions.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Renewed Motion for Class Certification, the Declarations of Dr. Rena Conti and the proposed additional Consumer Class representatives, the pleadings and papers on file in this action, including the briefing on Plaintiffs' original motion for class certification, and such other and further documents or evidence as may be filed or submitted in connection with the determination of this motion.

Dated: December 19, 2007                    Respectfully Submitted,


By:    /s/ Barry Himmelstein_____
Barry Himmelstein, Esquire
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:    /s/ Thomas Greene_____
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By:      */s/ Thomas M. Sobol*
            Hagens Berman Sobol Shapiro LLP
            One Main Street, 4th Floor
            Cambridge, MA  02142
            Boston, MA 02110

By:      */s/ Don Barrett*
            Don Barrett, Esquire
            Barrett Law Office
            404 Court Square North
            P.O. Box 987
            Lexington, MS 39095

By:      */s/ Daniel Becnel*
            Daniel Becnel, Jr., Esquire
            Law Offices of Daniel Becnel, Jr.
            106 W. Seventh Street
            P.O. Drawer H
            Reserve, LA 70084

By:      */s/ James Dugan*
            James Dugan, Esquire
            Dugan & Browne
            650 Poydras St., Suite 2150
            New Orleans, LA 70130

***Members of the Class Plaintiffs'***
***Steering Committee***