D. Michael Noonan
*Attorney At Law*

Admitted in New Hampshire, Maine,
 Massachusetts and Vermont

December 20, 2007

**<u>FILED ELECTRONICALLY</u>**

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

      Re:    *Ellen DeRosa v. Pfizer, Inc., et al* (D. New Hampshire, C.A. No. 1:05-116)
              *Mary Hansen v. Pfizer, Inc., et al* (D. Vermont, C.A. No. 1:05-100)
              *Gerald Demers v. Pfizer, Inc., et al* (D. Maine, C.A. No. 2:05-84)
              MDL Docket No. 1629

Dear Clerk Thornton:

      Pursuant to the Court's recent Order, please be advised that we will not be pursing claims on behalf of the above referenced Plaintiffs.

      Thank you for your attention.

                                        Very truly yours,

                                        /s/ D. Michael Noonan

                                        D. Michael Noonan
                                        mnoonan@shaheengordon.com

DMN/klh
cc:     Robert Bonsignore, Esq.