UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING<br>AND SALES PRACTICES LITIGATION<br><br> | )<br>)<br>)<br>) MDL DOCKET NO. 1629<br>) Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO<br><br>SEAN McMINN, on behalf of himself and all<br>others similarly situated | )<br>) Judge Patti B. Saris<br>) Magistrate Judge Leo T. Sorokin<br>)<br>)<br>) |

## CERTIFICATION

The undersigned counsel for the Plaintiff Sean McMinn, and others similarly situated, hereby certifies that:

1. Pursuant to this Court's Order of November 9, 2007, I have conferred with the individual Plaintiff, Sean McMinn.

2. The Plaintiff intends to proceed with this litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint

4. I believe pursuit of this action is warranted.

Respectfully submitted:

ANDERSON, HEMMAT & LEVINE, LLC

By: _____
Chad P. Hemmat, Esq.
1490 Lafayette Street, Suite 307
Denver, Colorado 80218
(303) 839-5000
Attorneys for the Plaintiff

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) ) | MDL DOCKET NO. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO ) )<br>SEAN McMINN, on behalf of himself and all others similarly situated ) ) ) | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Certification on behalf of Plaintiffs, Sean McMinn, on behalf of himself and others similarly situated, has been served by U.S. First Class Mail on this 20th day of December, 2007 to:

**ATTORNEYS FOR DEFENDANTS**

James P. Rouhandeh, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Angela M. Seaton, Esq.
Shook, Hardy and Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street
Boston, MA 02110

John W. Frazier, IV, Esq.
John E. Caruso, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, Pennsylvania 19109-1099

**ATTORNEYS FROM PLAINTIFFS' STEERING COMMITTEE**

Jack London, Esq.
Jack London & Associates, P.C.
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

Kenneth Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550

all other parties have been served by electronic mail on this date.

Dated this 20th day of December, 2007

1