## CERTIFICATION

I, Manuel H. Miller, certify as follows:

1. I am the attorney for plaintiff Melissa Johnson, as guardian ad litem for William Johnson, in case no. 2:05-cv-2615, MELISSA JOHNSON v. PFIZER ET AL and I have personal knowledge of each fact stated in this certification.

2. I have conferred with the plaintiff and she intends to proceed with the litigation.

3. I have reviewed the relevant medical records.

4. I believe that pursuit of this action is warranted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of December, 2007, in Woodland Hills, California.

By: ___s/ Manuel H. Miller___
Manuel H. Miller
Attorney for Plaintiff