UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:   NEURONTIN MARKETING,  : MDL Docket No. 1629
         SALES PRACTICES AND PRODUCTS  :
         LIABILITY LITIGATION  : Master File No. 04-10981
                               :
                               : Judge Patti B. Saris

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:   : Magistrate Judge Leo T.
                            : Sorokin
SANDRA LEIENDECKER, individually and as Guardian Ad  :
Litem for: JUSTIN LEIENDECKER, a minor child;        :
COURTNEY LEIENDECKER, a minor child, and             :
TAYLER LEIENDECKER, a minor child                    :

------------------------------------------------------------x

**CERTIFICATION REGARDING PLAINTIFFS SANDRA LEIENDECKER, et al.**

I, Michael D. Liberty, counsel for Plaintiffs SANDRA LEIENDECKER, individually and as Guardian Ad Litem for: JUSTIN LEIENDECKER, a minor child; COURTNEY LEIENDECKER, a minor child, and TAYLER LEIENDECKER, a minor child in the above-entitled action, certify pursuant to the Products Liability Case Management Order Dated November 9, 2007, ECF Doc. #949, as follows:

1. I have conferred with Plaintiff SANDRA LEIENDECKER,

2. Plaintiffs intend to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

Dated: December 12, 2007

LAW OFFICE OF MICHAEL D. LIBERTY

By: _____
Michael D. Liberty
Attorney for Plaintiffs
1290 Howard Avenue, Suite 303
Burlingame, CA 94010

<u>PROOF OF SERVICE</u>

  I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. I am employed in the County of San Mateo; my business address is 1290 Howard Avenue, Suite 303, Burlingame, CA 94010. On this date, I served the following document(s):

CERTIFICATION REGARDING PLAINTIFFS SANDRA LEIENDECKER, et al.

__X__ By placing for collection and mailing, following ordinary business practices at my place of business, a true and correct copy thereof, in a sealed envelope with postage thereon fully prepaid, and addressed as set forth below. I am familiar with the business practice for collection and processing of documents for mailing with the United States Postal Service, said practice being that in the ordinary course of business, documents are deposited with the United States Postal Service on the same day as they are placed for collection.

____ By E-Filing with the U.S. District Court) By submitting this document for electronic case filing, at the Law Office of Michael D. Liberty, 1290 Howard Avenue, Suite 303, Burlingame, CA 94010.

____ By personal service on the parties to this action by causing a true and correct copy thereof to be fax delivered to the offices or addresses of the person(s) set forth below.

Angela Seaton
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MI 64108

  I declare under penalty of perjury that the foregoing is true and correct. Executed on December 18, 2007 at Burlingame, California.

*/s/ Maribel Gomez*

2