UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                 :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                         :
        LIABILITY LITIGATION                                 :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :
ALL PRODUCTS LIABILITY ACTIONS                               :
-------------------------------------------------------------x
```

## DECLARATION OF ANDREW G. FINKELSTEIN
## ATTACHING CERTIFICATIONS

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

Exhibit 1  - Certification Regarding Plaintiff Sidney Brown
             Individual Case No. 05-11037

Exhibit 2  - Certification Regarding Plaintiff Krystie Dane
             Individual Case No. 05-12384

Exhibit 3  - Certification Regarding Plaintiff Joseph Cascio
             Individual Case No. 06-10536

Exhibit 4  - Certification Regarding Lore J. Cailor
             Individual Case No. 06-10537

Exhibit 5  - Certification Regarding Plaintiff Kelly Tilley
             Individual Case No. 06-11773

Exhibit 6  - Certification Regarding Plaintiff Dorothy Beckworth
             Individual Case No. 06-12213

Exhibit 7  - Certification Regarding Plaintiff Deborah Valentine
             - Individual Case No. 07-11067

Exhibit 8  - Certification Regarding Plaintiff Bryan Wampole
             Individual Case No. 07-11072

Exhibit 9  - Certification Regarding Plaintiff Janeen Brida
             Individual Case No. 07-12129

Exhibit 10 - Certification Regarding Plaintiff Janice Vinyard
             Individual Case No. 07-12233

Exhibit 11 - Certification Regarding Plaintiff Arthur Reilly
             Individual Case No. 07-12236

Dated:  December 20, 2007

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein
                                            FINKELSTEIN & PARTNERS, LLP
                                            Attorneys for Plaintiffs
                                            436 Robinson Avenue
                                            Newburgh, NY  12550
                                            Tel.: 845-562-0203
                                            Fax:  845-562-3492

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 20, 2007.

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein