# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

JOSEPH CASCIO v. PFIZER INC.
------------------------------------------------------------x

MDL Docket No. 1629
Master File No. 04-10981

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

Individual Case No. 06-10536

### CERTIFICATION REGARDING PLAINTIFF JOSEPH CASCIO

I, Marshall P. Richer, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Marshall P. Richer
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492