# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------x
In re: NEURONTIN MARKETING,       :   MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS :   Master File No. 04-10981
       LIABILITY LITIGATION       :
                                  :   Judge Patti B. Saris
----------------------------------------x   Magistrate Judge Leo T. Sorokin
                                  :
THIS DOCUMENT RELATES TO:         :
                                  :   Individual Case No. 06-11773
KELLY TILLEY v. PFIZER INC.       :
----------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF KELLY TILLEY

I, Mary Ellen Wright, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: *Mary Ellen Wright* (signature)
Mary Ellen Wright
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492