# EXHIBIT 7

Case 1:04-cv-10981-PBS    Document 1024-8    Filed 12/20/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS : Master File No. 04-10981
LIABILITY LITIGATION : 
 : Judge Patti B. Saris
------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
 : 
THIS DOCUMENT RELATES TO: : 
 : Individual Case No. 06-11067
DEBORAH VALENTINE v. PFIZER INC. : 
------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF DEBORAH VALENTINE

I, Marshall P. Richer, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Marshall P. Richer
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492