# EXHIBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,         : Master File No. 04-10981
SALES PRACTICES AND PRODUCTS  :
LIABILITY LITIGATION          : Judge Patti B. Saris
---------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:            :
: Individual Case No. 07-12129
JANEEN BRIDA v. PFIZER INC.          :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF JANEEN BRIDA

I, Marshall P. Richer, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Marshall P. Richer
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492