# EXHIBIT 10

Case 1:04-cv-10981-PBS    Document 1024-11    Filed 12/20/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                           :
        LIABILITY LITIGATION                                   :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                               :
THIS DOCUMENT RELATES TO:                                      :
                                                               :   Individual Case No. 07-12233
        JANICE VINYARD v. PFIZER INC.                          :
---------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFF JANICE VINYARD

I, Gail Schlanger, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
    Gail Schlanger
    436 Robinson Avenue
    Newburgh, NY 12550
    Tel.: 845-562-0203
    Fax: 845-562-3492