# EXHIBIT 11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                              :     MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                 :     Master File No. 04-10981
         SALES PRACTICES AND PRODUCTS         :
         LIABILITY LITIGATION                 :     Judge Patti B. Saris
-----------------------------------------------------------x     Magistrate Judge Leo T. Sorokin
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :     Individual Case No. 07-12236
         ARTHUR REILLY v. PFIZER INC.         :
-----------------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF ARTHUR REILLY

I, Andrew G. Finkelstein, an attorney with the law firm of Finkelstein & Partners, LLP,

counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products

Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.      I have conferred with Plaintiff.

2.      Plaintiff intends to proceed with the litigation.

3.      I have reviewed the relevant medical records and allegations of the Complaint.

4.      I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By:   /s/ Andrew G. Finkelstein
      _____
      Andrew G. Finkelstein
      436 Robinson Avenue
      Newburgh, NY 12550
      Tel.:  845-562-0203
      Fax:  845-562-3492