UNITED STATES DISTRICT COURT
DISTRICT OF MASSASSCHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ELMENIA JOHNSON, individually and as Tutor For CAMERON JOHNSON AND LAURYN JOHNSON v. PFIZER, INC., et al. EDLA NO. 04-10981 | Mag. Judge Leo T. Sorokin |

*********************************************

## CERTIFICATE OF COMPLIANCE

This will confirm that, counsel has conferred with plaintiff, Elmenia Johnson, individually and as Tutor for Cameron Johnson and Lauryn Johnson, intends to proceed with the litigation, that they have reviewed the relevant medical records, and that counsel believes pursuit of the action is warranted.

Respectfully submitted:

ROBERT L. MANARD, PLC

BY: _____
Paul E. Mayeaux, Bar #21750
Robert L. Manard Bar # 9076
1100 Poydras Street, Suite 2610
New Orleans, LA 70160
Telephone: (504) 585-7777

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 13th day of December, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by via e-mail and by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid.

_____
PAUL E. MAYEAUX