UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
        PRODUCTS LIABILITY ACTIONS                          :
                                                            :
------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' REPORT IN RESPONSE
TO THE PRODUCTS LIABILITY CASE MANAGEMENT ORDER
AND ORDER REGARDING MOTIONS TO WITHDRAW, DATED
NOVEMBER 9, 2007, AND IN RESPONSE TO THE COURT'S
DIRECTIVES AT THE DISCOVERY HEARING ON DECEMBER 18, 2007**

The report is submitted on behalf of the law firm of Finkelstein & Partners, LLP, representing Products Liability Plaintiffs in 93 individual cases in this litigation, in response to the Products Liability Case Management Order and Order Regarding Motions to Withdraw, dated November 9, 2007 (ECF Doc. # 949), and in response to the Court's directives at the discovery hearing on December 18, 2007.

**A.   Certifications Filed in 67 Cases**

As set forth in the list attached as Exhibit A, Certifications have been filed to date in 67 of the 93 individual cases.

**B.   Motions to Dismiss or Withdraw in 21 Cases**

As set forth below, and in the list attached as Exhibit A, motions to dismiss the case or withdraw as counsel will be filed in 21 of the 93 individual cases:

|    | D. Mass. Docket No. | Plaintiff |
|----|---------------------|-----------|
| 1  | 05-10828 | Brodsky, Stephen |
| 2  | 05-11024 | Aronson, Avrill C. |
| 3  | 05-11025 | Dodson, Joy |
| 4  | 05-11027 | Kern, Dorothy |
| 5  | 05-11030 | Populis, Theodore |
| 6  | 05-11031 | Wilson, Kathleen |
| 7  | 05-11033 | Mendoza, Michael |
| 8  | 05-11036 | Retzer, Gregory |
| 9  | 05-11999 & 06-11398 | Wendorf, Amy |
| 10 | 05-12075 | Dolgoff, Shirley |
| 11 | 05-12127 & 06-11021 | White, Judy / White, Ryan |
| 12 | 05-12128 | Christ, Lisa M. |
| 13 | 06-10108 | Spears, Christy Poe |
| 14 | 06-10419 | Sims, Donna |
| 15 | 06-10780 | Morris, Judy |
| 16 | 06-11397 | Blackwell, Marilyn |
| 17 | 06-11581 | Fenelon, Jamie |
| 18 | 06-11774 | Diana, Amanda Marie |
| 19 | 06-11882 | Johnson, Daniel |
| 20 | 06-12049 | Hogge, Sean |
| 21 | 07-10569 | Armbruster, Mary |

**C.    Certification Not Filed in One Case Where Plaintiff Is Now Deceased**

Plaintiff in Individual Case No. 06-11395, Dennis Wolosonowich, died on November 13, 2007. A decision has yet to be made by Plaintiff's next of kin as to whether to proceed with the litigation.

**D.    Certification Not Filed in One Case Where Relevant Medical Records
       Are Not Available to Determine Whether Pursuit of the Action Is Warranted**

As set forth in the Declaration of Mary Ellen Wright, Esq., attached hereto as Exhibit B, counsel has conferred with Plaintiff Peter Veraas, Individual Case No. 05-11029, who has indicated that he intends to proceed with the litigation. However, counsel lacks relevant medical records necessary to determine whether pursuit of the action is warranted.

E.  **Certifications Not Filed in Three Cases Where Counsel Has Been Unable to Confer With Plaintiff To Determine Whether Plaintiff Intends to Proceed With the Litigation**

As set forth in the Declaration of Mary Ellen Wright, Esq., attached hereto as Exhibit C, involving Plaintiff James H. Whitehouse, Individual Case No. 05-11018, counsel has been unable to confer with Plaintiff to determine whether Plaintiff intends to proceed with the litigation.

As set forth in the Declaration of Marshall P. Richer, Esq., attached as Exhibit D, in the case involving Plaintiff Lanny George, Individual Case No. 06-10112, counsel has been unable to confer with Plaintiff to determine whether Plaintiff intends to proceed with the litigation.

As set forth in the Declaration of Mary Ellen Wright, Esq., attached as Exhibit E, in the case involving Plaintiff Jeffrey Farris, Individual Case No. 06-12063, counsel has been unable to confer with Plaintiff to determine whether Plaintiff intends to proceed with the litigation.

Dated: December 20, 2007               Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY  12550

By:   **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
          & Associates
        106 E. 6th Street, Suite 700
        Austin, TX  78701

3

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 20, 2007.

Dated: December 20, 2007

                                                   **/s/ Andrew G. Finkelstein**
                                                   Andrew G. Finkelstein