# EXHIBIT A

| | D. Mass. Docket No. | Plaintiff | Cert Filed | Cert Not Filed Motions to Dismiss or Withdraw | Cert Not Filed Plaintiff Is Now Deceased | Cert Not Filed Need Medical Records | Cert Not Filed Need to Confer With Plaintiff |
|---|---|---|---|---|---|---|---|
| 1 | 05-10828 | Brodsky, Stephen | | X | | | |
| 2 | 05-10829 | Huffman, Dan | 12/17/07 | | | | |
| 3 | 05-10830 | Paulsen, Patti | 12/03/07 | | | | |
| 4 | 05-10832 | Sumait, Rosalia | 12/18/07 | | | | |
| 5 | 05-10833 | Smith, Monica | 12/12/07 | | | | |
| 6 | 05-11017 | Owens, Darlene | 12/17/07 | | | | |
| 7 | 05-11018 | Whitehouse, James H. | | | | | X |
| 8 | 05-11019 | Vercillo, Frank, Jr. | 12/17/07 | | | | |
| 9 | 05-11020 | Lyman, Gary L. | 12/18/07 | | | | |
| 10 | 05-11021 | Minisquero, Mark | 12/12/07 | | | | |
| 11 | 05-11022 | James, Nicole Justine | 12/03/07 | | | | |
| 12 | 05-11023 | DiGiacomo, Jay | 12/12/07 | | | | |
| 13 | 05-11024 | Aronson, Avrill C. | | X | | | |
| 14 | 05-11025 | Dodson, Joy | | X | | | |
| 15 | 05-11027 | Kern, Dorothy | | X | | | |
| 16 | 05-11028 | Dees, John | 12/07/07 | | | | |
| 17 | 05-11029 | Veraas, Peter | | | | X | |
| 18 | 05-11030 | Populis, Theodore | | X | | | |
| 19 | 05-11031 | Wilson, Kathleen | | X | | | |
| 20 | 05-11032 | Montgomery, William | 12/12/07 | | | | |
| 21 | 05-11033 | Mendoza, Michael | | X | | | |
| 22 | 05-11034 | Hargrove, Johnnie | 12/12/07 | | | | |
| 23 | 05-11035 | Feyer, Shanan | 12/03/07 | | | | |
| 24 | 05-11036 | Retzer, Gregory | | X | | | |
| 25 | 05-11037 | Brown, Sidney | 12/20/07 | | | | |
| 26 | 05-11153 | Bel Bruno, Steven | 12/03/07 | | | | |
| 27 | 05-11263 | Jarosz, John | 12/12/07 | | | | |
| 28 | 05-11515 | Smith, Ruth | 12/03/07 | | | | |
| 29 | 05-11699 & 06-10957 | Alsberge, Debra Johnson | 12/18/07 | | | | |
| 30 | 05-11700 & 07-10327 | Briggs, Robin Stern | 12/12/07 | | | | |
| 31 | 05-11994 | Werner, Carole | 12/03/07 | | | | |
| 32 | 05-11995 | Henry, Nancy | 12/17/07 | | | | |
| 33 | 05-11996 | Colton, Peggy Ann | 12/03/07 | | | | |
| 34 | 05-11997 | Bentley, Joanna | 12/18/07 | | | | |
| 35 | 05-11998 | Dixon, Andre Lashall | 12/12/07 | | | | |
| 36 | 05-11999 & 06-11398 | Wendorf, Amy | | X | | | |
| 37 | 05-12000 | Richey, Linda | 12/12/07 | | | | |
| 38 | 05-12001 | Roberson, Edna N. | 12/03/07 | | | | |
| 39 | 05-12075 | Dolgoff, Shirley | | X | | | |
| 40 | 05-12127 & 06-11021 | White, Judy / White, Ryan | | X | | | |
| 41 | 05-12128 | Christ, Lisa M. | | X | | | |
| 42 | 05-12129 | Acton, Albert | 12/17/07 | | | | |
| 43 | 05-12384 | Dane, Krystie | 12/20/07 | | | | |
| 44 | 05-12386 & 06-10535 | Smith, Rosemary | 12/18/07 | | | | |
| 45 | 05-12387 | Marzolo, Paul | 12/12/07 | | | | |
| 46 | 05-12388 | Mosley, Thelma Juanita | 12/03/07 | | | | |
| 47 | 05-12593 | McGee, Oscar | 12/12/07 | | | | |

| # | Case No. | Name | Date | | | | |
|---|---|---|---|---|---|---|---|
| 48 | 05-12594 | O'Bryan, Jr., Arnold | 12/03/07 | | | | |
| 49 | 05-12595 | French, Sandra | 12/18/07 | | | | |
| 50 | 06-10108 | Spears, Christy Poe | | X | | | |
| 51 | 06-10109 | Belongie, Jr., Gerald W. | 12/03/07 | | | | |
| 52 | 06-10110 | Montgomery, Maralyn | 12/12/07 | | | | |
| 53 | 06-10111 | Sizemore, Algina | 12/03/07 | | | | |
| 54 | 06-10112 | George, Lanny | | | | | X |
| 55 | 06-10253 | Scott, Kim E. | 12/12/07 | | | | |
| 56 | 06-10254 | Haddock, Larry | 12/03/07 | | | | |
| 57 | 06-10255 | Lutz, Dallas Mae | 12/12/07 | | | | |
| 58 | 06-10419 | Sims, Donna | | X | | | |
| 59 | 06-10536 | Cascio, Joseph | 12/20/07 | | | | |
| 60 | 06-10537 | Cailor, Lore J. | 12/20/07 | | | | |
| 61 | 06-10538 | Keegan, Kevin | 12/17/07 | | | | |
| 62 | 06-10539 | Adkins, Donna Joyce | 12/17/07 | | | | |
| 63 | 06-10777 | Cook, Earl Richard | 12/03/07 | | | | |
| 64 | 06-10780 | Morris, Judy | | X | | | |
| 65 | 06-11394 | Mustafa, Fazila | 12/03/07 | | | | |
| 66 | 06-11395 | Wolosonowich, Dennis | | | X | | |
| 67 | 06-11397 | Blackwell, Marilyn | | X | | | |
| 68 | 06-11446 | Young, Brent D. | 12/17/07 | | | | |
| 69 | 06-11482 | Libby, Dawn M. | 12/17/07 | | | | |
| 70 | 06-11483 | Campbell, Nicole Y. | 12/03/07 | | | | |
| 71 | 06-11581 | Fenelon, Jamie | | X | | | |
| 72 | 06-11582 | Long, Patti | 12/12/07 | | | | |
| 73 | 06-11584 | Shaw, Joy M. | 12/17/07 | | | | |
| 74 | 06-11773 | Tilley, Kelly A. | 12/20/07 | | | | |
| 75 | 06-11774 | Diana, Amanda Marie | | X | | | |
| 76 | 06-11882 | Johnson, Daniel | | X | | | |
| 77 | 06-11935 | Shelley, Larry A. | 12/12/07 | | | | |
| 78 | 06-12049 | Hogge, Sean | | X | | | |
| 79 | 06-12063 | Farris, Jeffrey | | | | | X |
| 80 | 06-12212 | Ramsey, Lena | 12/03/07 | | | | |
| 81 | 06-12213 | Beckworth, Dorothy | 12/20/07 | | | | |
| 82 | 07-10106 | Pursey, Mitzi | 12/12/07 | | | | |
| 83 | 07-10569 | Armbruster, Mary | | X | | | |
| 84 | 07-10630 | Isaacs, Debora L. | 12/17/07 | | | | |
| 85 | 07-10853 | Woolum, Panela | 12/03/07 | | | | |
| 86 | 07-11067 | Valentine, Deborah | 12/20/07 | | | | |
| 87 | 07-11072 | Wampole, Bryan | 12/20/07 | | | | |
| 88 | 07-11253 | Sloan, Doris | 12/17/07 | | | | |
| 89 | 07-11426 | Bulger, Ronald J. | 12/17/07 | | | | |
| 90 | 07-11428 | Shearer, Linda B. | 12/03/07 | | | | |
| 91 | 07-12129 | Brida, Janeen | 12/20/07 | | | | |
| 92 | 07-12233 | Vinyard, Janice | 12/20/07 | | | | |
| 93 | 07-12236 | Reilly, Arthur | 12/20/07 | | | | |