EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
--------------------------------------------------------x
                                          :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,              :    Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              :    Judge Patti B. Saris
--------------------------------------------------------x    Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:                 :
                                          :    Individual Case No.05-11209
        PETER VERAAS v. PFIZER INC.       :
                                          :
--------------------------------------------------------x
```

## DECLARATION REGARDING PLAINTIFF PETER VERAAS

I, Mary Ellen Wright, declare under penalty of perjury as follows:

1.     I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2.     Pursuant to the Products Liability Case Management Order, dated November 9, 2006, ECF Doc. # 949, I have made diligent efforts to review and evaluate the above entitled action for purposes of providing a certification to the Court.

3.     Plaintiff was in Norway and had not returned MDL or updated authorizations to us. We were unable to request additional records without updated authorizations.

4.     Without additional records I am unable to certify that pursuit of the action is warranted.

5.     I have attempted to confer with Plaintiff to discuss whether Plaintiff intends to pursue the action.

6.     On December 5, 2007, I called the last known phone number in Norway. The phone rang out. I called the secondary contact, Plaintiff's father, who advised me that Plaintiff

would be coming to the United States for a few days near the holidays. I asked Plaintiff's father to ask Plaintiff to call me immediately upon his arrival. On December 17, 2007, I again called the number in Norway. The phone again rang out. Authorizations were sent to the father's house via overnight delivery. On December 18, 2007, Plaintiff called me. He had arrived at his father's home in Ohio. He advised me that he was returning authorization forms to us, and that he intends to pursue the action.

7.    Based upon a review of my file thus far, I respectfully request additional time in which to obtain additional medical records in order to determine if further pursuit of the action is warranted and whether a certification will be submitted.

Dated:  December 20, 2007

_Mary Ellen Wright_
Mary Ellen Wright