# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
:     MDL Docket No. 1629
In re:  NEURONTIN MARKETING,              :     Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              :     Judge Patti B. Saris
                                          :     Magistrate Judge Leo T. Sorokin
---------------------------------------------------x
                                          :
THIS DOCUMENT RELATES TO:                 :
                                          :     Individual Case No.05-11018
JAMES WHITEHOUSE V. PFIZER INC.           :
                                          :
---------------------------------------------------x

## DECLARATION REGARDING PLAINTIFF JAMES WHITEHOUSE

I, Mary Ellen Wright, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2006, ECF Doc. # 949, I have made diligent efforts to review and evaluate the above entitled action for purposes of providing a certification to the Court.

3. Pursuant to said Order, I have attempted to confer with Plaintiff to discuss whether Plaintiff intends to pursue the action.

4. I have been unable to confer with Plaintiff. The home phone number rings out to an AT&T voicemail but will not accept the mailbox number. Both cell phones do the same. The email bounces back with a "mailbox full" message.

5. On December 18, 2007, I located a temporary contact number from 2005 and left a voicemail for a return call.

6. Without having conferred with Plaintiff, and without knowing whether Plaintiff intends to proceed with the litigation, I am unable to submit a certification at this time.

7. I respectfully request additional time to consult with Plaintiff to determine whether a certification will be submitted.

Dated: December 20, 2007

*Mary Ellen Wright*
Mary Ellen Wright