# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                 :   Master File No. 04-10981
       SALES PRACTICES AND PRODUCTS   :
       LIABILITY LITIGATION                  :   Judge Patti B. Saris
---------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:                    :
:   Individual Case No. 06-10112
     LANNY GEORGE v. PFIZER INC.           :
:
---------------------------------------------------------x

## DECLARATION REGARDING PLAINTIFF LANNY GEORGE

I, Marshall P. Richer, declare under penalty of perjury as follows:

1.     I am an attorney with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2.     Pursuant to the Products Liability Case Management Order, dated November 9, 2006, ECF Doc. # 949, I have made diligent efforts to review and evaluate the above entitled action for purposes of providing a certification to the Court.

3.     Pursuant to said Order, I have attempted to confer with Plaintiff to discuss whether Plaintiff intends to pursue the action.

4.     On December 5, 2007 I attempted to call Plaintiff at the number provided to us by him. I received a recording indicating that this number was "disconnected or no longer in service". I repeated calls to this number on December 11, 2007, December 17, 2007, December 18, 2007, December 19, 2007 and December 20, 2007, each call with the same result. On December 19, 2007 I personally conducted various internet searches for a telephone number for Plaintiff. I did identify a number associated with a prior address of Plaintiff which we were

previously unaware of. I called this number on several occasions on December 19th and again on December 20th. On each occasion the phone rang without answer, or any answering machine or voice mail. I have tried on multiple occasions, including most recently on December 17th, 18th, 19th and 20th to call Vicky George, the alternate contact person designated for our use by Plaintiff. On each occasion the telephone rang without answer, or any answering machine or voice mail. Despite these attempts to reach Plaintiff by telephone, I have been unable to confer with Plaintiff.

5. On December 20, 2007, I wrote to Plaintiff via United State Postal Service Certified Mail, Return Receipt Requested and via regular First Class Mail, asking Plaintiff to contact me.

6. Based upon a review of my file thus far, I am inclined to submit a certification to the Court per the Court's aforementioned Order, certifying that I have reviewed the relevant medical records and allegations of the Complaint, and that I believe pursuit of the action is warranted However, without having conferred with Plaintiff, and without knowing whether Plaintiff intends to proceed with the litigation, I am unable to submit a certification at this time.

7. I respectfully request additional time to consult with Plaintiff to determine whether a certification will be submitted.

Dated: December 20, 2007

_____
Marshall P. Richer

2