# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
In re: NEURONTIN MARKETING,      :   MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS     :   Master File No. 04-10981
LIABILITY LITIGATION             :
                                 :   Judge Patti B. Saris
----------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                 :
THIS DOCUMENT RELATES TO:        :
                                 :   Individual Case No. 06-12063
JEFFREY FARRIS v. PFIZER INC.    :
                                 :
                                 :
----------------------------------------------------------x

### DECLARATION REGARDING PLAINTIFF JEFFREY FARRIS

I, Mary Ellen Wright, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2006, ECF Doc. # 949, I have made diligent efforts to review and evaluate the above entitled action for purposes of providing a certification to the Court.

3. Pursuant to said Order, I have attempted to confer with Plaintiff to discuss whether Plaintiff intends to pursue the action.

4. I have been unable to confer with Plaintiff as both primary and secondary contact phone numbers have been disconnected with no further available information. A letter asking Plaintiff to call us immediately was sent to Plaintiff on December 7, 2007; the letter has not been returned by the U.S. Postal Service as of this date. An additional phone number located in the medical records has also been disconnected.

5. Based upon a review of my file thus far, I am inclined to submit a certification to the Court per the Court's aforementioned Order, certifying that I have reviewed the relevant medical records and allegations of the Complaint, and that I believe pursuit of the action is warranted However, without having conferred with Plaintiff, and without knowing whether Plaintiff intends to proceed with the litigation, I am unable to submit a certification at this time.

7. I respectfully request additional time to locate and consult with Plaintiff to determine whether a certification will be submitted.

Dated: December 20, 2007

*Mary Ellen Wright*
Mary Ellen Wright

2