# Exhibit A

Martha Accettullo
Mary J. Anderson
Kay Blake
Carson Bunch
Gwenna J. Byrum-Hill
Damon Carter
Vera Colley, Individually and as Personal Representative of the Estate of Robert Colley
Connie B. Cook
Coleen M. Craig
Larry W. Dauernheim
Kelly Deleon
Stacey Douglas
Debra Espey
Sherrial Gilbow
Tommy D. James
Elroy L. Johnson
Mario Laspina
Tracy Lewis
Leslie Luttrell
Jacqueline K. Manning
Wanda F. Nichols
Lonnie J. Payne
Richardson Perdue
Linda Phipps
Doris J. Smith
Harold Sprinkle
Jana Stephens
Jeffrey Taggart
Betty Thurmond
Annette White
Charles White
Jeffrey Wilkin
Brady L. Williams Sr.
Dexter Williams
Leotis C. Williams