# Exhibit B

Melissa W. Barkley
Beth A. Bellino
Carmen L. Boltin
Susan L. Brazell
Patricia L. Brockman
Anne D. Bruce
Pamela S. Calvert
Kimberly A. Campbell-Dean
Lester C. Carr
Wilbur C. Conyers
Richard A. Crosby Jr.
Kimm J. Davis
David A. Day
Robert G. Devore
Loretta V. Dreher
Allison D. Dukes
Sharon K. Emmons
Sharon Y. Floyd
Monica S. Gann
Karen J. Greer
Christopher L. Hall
Debbie R. Hiers
Donald A. Hildebrand Jr.
Latonya A. Jeffers
Dexter K. Lee
Janice W. Lee
George B. Lemacks
Stephanie A. Lowe
Darren P. Marlow
Autherine Middleton
Isiah E. Mitchell Sr.
Jason M. Mitchell
Lori L. Mocci
Robert J. Moses
Earnestine Parker
Barbara T. Payne
David W. Pettit
Mary J. Pickett
Craig G. Reaves
Florence Y. Seagraves
Robert L. Small
Kathaleen B. Smalls
Dorothy E. Smith
Robert N. St. Hilaire
Edgar J. Watson

David D. Weatherford
Louis M. Weger
Dexter P. Wigfall