# Exhibit C

Kamaliha Y. Brewster
Corrine M. Falk
Drew Gordon
Mehmet Kilic
Ann E. Larkin
Dena D. Pina
Monica L. Saenz
Diane M. Valentino
John W. Wilhelm