# Exhibit D

Case 1:04-cv-10981-PBS    Document 1027-5    Filed 12/20/2007    Page 1 of 2

Robert D. Angel
Catherine L. Brown
Garry P. Clemons
Christine M. Dozier
Shanna G. Ericsson-Harkness
Charles D. Girard Sr.
Janet Hargett
Kenneth M. Knauff
Debra F. Leger
Freddie B. Lytle
Joshua M. Martinez, Individually and as Personal Representative of the Estate of Teresa Huff
Bryan A. May
Marlene K. McIntyre
Sandra D. McMahon-Lough
Cynthia K. Myers, Individually and as Personal Representative of the Estate of Aldina Sweitzer
Barbara M. Pfaff-Melani, As Next Friend of Nikko A. Gonzalez
Donald H. Scheidt
Herman C. Segle
Tuwanda V. Shakoor
Caryl A. Taylor
Melissa L. Vice
Theresa A. Williams
Helen S. Wine