UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES  :
       PRACTICES AND PRODUCTS  :
       LIABILITY LITIGATION  :   MDL Docket No. 1629
---------------------------------------------------------------------x
:   Master File No. 04-10981
THIS DOCUMENT RELATES TO:  :
:   Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,  :
06-10912-PBS  :   Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,  :
06-11024-PBS  :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al.,  :
06-11022-PBS  :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al.,  :
06-11023-PBS  :
---------------------------------------------------------------------x

**PLAINTIFFS' MOTION TO FILE EXTENSION OF TIME TO COMPLY WITH THIS COURT'S NOVEMBER 9, 2007 ORDER**

      Plaintiffs MARTHA ACCETTULLO, ET AL (Exhibit "A"); VIRGIL L. ANDERSON ET AL (Exhibit "B"); KAMALIHA Y BREWSTER ET AL (Exhibit "C"); and CHARLES D. GIRARD, SR. ET AL (Exhibit "D"), requests leave of the Court to file Plaintiffs' Motion for Leave to file Extension of Time to Comply with this Court's November 9, 2007 Order.

      A.    INTRODUCTION

1. Plaintiffs' are MARTHA ACCETTULLO, ET AL; VIRGIL L. ANDERSON, ET AL; KAMALIHA Y BREWSTER, ET AL and CHARLES D. GIRARD, SR. ET AL. Defendants are PFIZER, INC.; PARK-DAVIS, a division of Warner-Lambert

      Company, L.L.C.; WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY, L.L.C; and Pfizer, Inc., Corporation Company.

2. Plaintiffs' sued Defendants for personal injuries and their deaths under wrongful death and survivors statutes.

### B.    ARGUMENT

3. Certain Plaintiffs (Exhibits "A", "B", "C" and "D") have not been located, even though Plaintiffs' attorneys have diligently attempted to contact them through various means such as mail and phone service.

4. Defendants PFIZER, INC.; PARK-DAVIS, a division of Warner-Lambert Company, L.L.C.; WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY, L.L.C; and Pfizer, Inc., Corporation Company will not be prejudiced by Plaintiffs' seeking additional time to comply with this Court's Order of November 9, 2007.

### CONCLUSION

5. For all the above reasons Plaintiffs ask the Court to grant their Motion for Extension of Time to Comply with this Court's November 9, 2007 Order..

Justice here requires that leave be granted.

                        Respectfully submitted

                        _s/Newton B. Schwartz, Sr._
                        Newton B. Schwartz, Sr.
                        1911 Southwest Freeway
                        Houston, TX 77098

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 20, 2007

          /s/Newton B. Schwartz, Sr.
          Newton B. Schwartz, Sr.