# Exhibit A

| | |
|---|---|
| Alysia Ashley | Number disconnected. Found additional number, but it was a wrong number. Further internet research was unsuccessful. |
| Kenneth Gross | Number disconnected. Found two additional numbers, but they were wrong numbers. Further internet research was unsuccessful. |
| Clennon C. Hall | Number disconnected. Found two additional numbers, but they were wrong numbers. Further internet research was unsuccessful. |
| Dametria Igbonagwam | (Estate of Alesha Brown) Wrong number. Found additional number, but it was a wrong number. Further internet research was unsuccessful. |
| Carla Jones | No phone number. Internet research was unsuccessful. |
| Lovell L. Jones-Coleman | Wrong number. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 no answer or machine. |
| Cassandra Knox | Number disconnected. Found another number, left messages 11/16/07, 11/19/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07. Not sure if this is correct number. |
| Charles Northcutt | Attempted to call on 11-16-07, 11-20-07, 11-23-07, 11-24-07, 12/3/07, 12/10/07, 12/18/07 with no answer each time. |
| Kristina Wilson | Wrong number. Found additional numbers which were disconnected. |
| Kathy A. Young | Wrong number. Found another number, but it was disconnected. |