# Exhibit B

| | |
|---|---|
| Virgil L. Anderson | Disconnected number. Found additional number, called 11/16, 11/29, 12/3, 12/18 with no answer or machine |
| Tosha R. Best | 11/12, 11/13, 11/16 and 11/29, 12/3, 12/10, 12/18: Called with no answer and no answering machine. Not sure if this is correct number. |
| Joy N. Boyer | Disconnected number. Found additional number, called 11/16, 11/29, 12/3, 12/18 with no answer or machine |
| Bryan E. Burnett | Wrong number. Internet search unsuccessful. |
| Rachel A. Hash | 11/12, 11/13, 11/16 and 11/29, 12/3, 12/10, 12/18: left message. Not sure if this is correct number |
| Amy S. James | 11/12, 11/13, 11/16 and 11/29, 12/3, 12/10, 12/18: Called with no answer and no answering machine. Not sure if this is correct number. |
| Zina R. McCue | Disconnected number. Found additional number, called 11/16, 11/29, 12/3, 12/18 with no answer or machine |
| Mary K.W. Perry | Disconnected number. Internet search unsuccessful. |
| Jacqueline Sanders | Disconnected number. Internet search unsuccessful. |