# Exhibit C

| | |
|---|---|
| Michele C. Grayson | Number disconnected. Internet search unsuccessful. |
| Timothy L. Jackson | Number disconnected. Internet search unsuccessful. |
| Sandra M. Logan | Called 12/12, 12/13, 12/14, 12/20 left messages. Not sure if this is the correct number. |
| Daryl K. Nakamura | Called 12/12, 12/13, 12/14, 12/20 left messages. Not sure if this is the correct number. |
| Shelly Tarvan | Number disconnected. Internet search unsuccessful. |