# Exhibit D

| | |
|---|---|
| Merrie E. Beavers | 11/12, 11/13, 11/16 and 11/29: Called with no answer and no answering machine |
| Denise D. Boyd | 11/12: Number disconnected. Found new number but it was the wrong number. |
| Willie G. Brewster | No phone number. Internet search unsuccessful. |
| Felisha Carpenter | Wrong number. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 no answer or machine. |
| Lesa Carpenter | Number not working. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 no answer or machine. |
| Vathana S. Chhiv | No phone number. Internet search unsuccessful. |
| Nicholas Clark | 11/12: Number disconnected. Internet search unsuccessful. |
| Sharon L. Coburn | No phone number. Internet search unsuccessful. |
| Richard W. Dodd | Wrong number. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 no answer or machine. |
| Jeffrey B. Drain | Wrong number. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 no answer or machine. |
| Foster A. Duzan | Wrong number. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 no answer or machine. |
| Eugene J. Fay | 11/13: Number disconnected. Internet search unsuccessful. |
| Robert D. Gangi | No phone number Further search unsuccessful. |
| Joseph P. Graham | Wrong number. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 left messages. |
| Zola M. Hatfield | Called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 left messages. Not sure if this is correct number. |

| | |
|---|---|
| Beth A. Howard | Wrong number. Internet research was unsuccessful. |
| Patricia L. Hunter | Wrong number. Internet research was unsuccessful. |
| Mary J. Kestner | Called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 left messages. Not sure if this is correct number. |
| Barbara A. Knowlton | Wrong number. Internet research was unsuccessful. |
| Donald L. Lockhart | Called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 with no answer. Not sure if this is correct number. |
| Mary A. Lueker | (ESTATE OF MICHAEL S. GERLA) 11/16: Number disconnected. Found additional number, but it was a wrong number. Internet search unsuccessful. |
| Kimberly D. McKenzie | Wrong number. Internet research was unsuccessful. |
| Michelle L. Moats | Called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 with no answer. Not sure if this is correct number. |
| Michael J. Moscato | 11/16, 11/26: Called and it was wrong number. Found additional number, but it was wrong number. |
| Jennifer C. Napoli-Branson | (ESTATE OF SHERRY GROVES) Wrong phone number. Internet search unsuccessful. |
| Sherry Pastine | (Estate of Samuel Pastine) Wrong number. Internet research was unsuccessful. |
| Donna M. Pitzer | Wrong number. Internet research was unsuccessful. |
| Melissa S. Ratz | Wrong number. Internet research was unsuccessful. |
| Tonya R. Allen | Wrong number. Internet research was unsuccessful. |
| John W. Scurlock | No phone number. Internet search unsuccessful. |
| Teina M. Shaffer | Called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 with no answer. Not sure if this is correct number. |
| Debra R. Smith | Wrong number. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 no answer or machine. |
| Kenneth C. Smith | No phone number. Internet search unsuccessful. |

| | |
|---|---|
| Donnie L. Statom | Wrong number and further search unsuccessful. |
| Carolyn C. Taylor | Number not working. Internet research was unsuccessful. |
| Edward C. Thibodeau | wrong number; internet research unsuccessful |
| Bonnie A. Volek | Called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 with no answer. Not sure if this is correct number. |
| Christopher E. Wagoner | Number not working. Found another number, called 11/16/07, 11/20/07, 11/23/07, 12/3/07, 12/10/07, 12/18/07 no answer or machine. |