# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
                                                            :
In re:  NEURONTIN MARKETING, SALES                          :
        PRACTICES AND PRODUCTS                              :
        LIABILITY LITIGATION                                :   MDL Docket No. 1629
------------------------------------------------------------------------x
                                                            :   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                   :
                                                            :   Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,             :
06-10912-PBS                                                :   Magistrate Judge Leo T. Sorokin
                                                            :
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,             :
06-11024-PBS                                                :
                                                            :
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al.,        :
06-11023-PBS                                                :
------------------------------------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN PLAINTIFFS

COME NOW attorneys NEWTON B. SCHWARTZ, SR.., counsel of record for certain plaintiffs in MARTHA ACCETTULLO, et.al., listed in Exhibit "A"; counsel of record for certain plaintiffs in VIRGIL L. ANDERSON et. al., listed in Exhibit "B"; and counsel of record for certain plaintiffs in CHARLES D. GIRARD, SR. et al., listed in Exhibit "C", and with respect to these individual plaintiffs moves this Court as follows:

Counsel respectfully requests that this Court enter its Order allowing them leave to withdraw as counsel of record for the individual plaintiffs listed in Exhibits "A", "B" and "C", as these individuals have not complied with requests for HIPPA forms or do not meet the medical requirements to proceed in this litigation.

Respectfully submitted,

      /s/Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 20, 2007.

      /s/Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.