# Exhibit A

Tony Armour
Aaron P. Baker
Georgia L. Baker
Kenneth L. Bramlett
Ernie Brooks
Rita Brooks
Haywood Broomfield
Russell T. Cephas Jr.
Karen M. Chancellor
Kevin W. Clark
David W. Faught
Jennifer Funderburg
James E. Gilmore
Paul H. Golden
Ethel M. Hall
Linda Hall
Lisa Harper
David Hartsell
Thomas Harvey
Ramona Haynes
Thomas C. Henson Sr.
Tatika Jernigan-Wilson
Sherry K. Ligon
Vincent W. Ludacka
Barbara McAnally
Vivian S. Meeks
William S. Moore
Betty L. Siltman
Rebecca A. Smith
Bular D. Taylor
Brenda Thompson
Mark Turner
Jimmie K. Williams
Ramal Williams
Sydney L. Williams