# Exhibit B

Joe N. Blake
James G. Davenport
Georgia M. Fludd
Sonya M. Galloway
Cheryl W. Kirby
Mary Pittman
William J. Reed
Jarvis L. Richberg
Monica Ridgeway
Earvin N. Smith
Ezell Summers
Willie R. Thames
Joseph O. Washington III