# Exhibit C

Sherman D. Robinson