UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING ) <br> AND SALES PRACTICES LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> EDWARD REOTT ) <br> ) <br> ) | MDL DOCKET NO. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |

## CERTIFICATION

The undersigned counsel for the Plaintiffs, Edward Reott and Carol Reott, his wife, hereby certifies that:

1. Pursuant to this Court's Order of November 9, 2007, I have conferred with the individual plaintiff, Edward Reott.

2. The Plaintiff intends to proceed with this litigation.

3. I have reviewed the relevant medical records and allegations of the complaint.

4. I believe pursuit of this action is warranted.

Respectfully submitted:

EGAN & JAMIOLKOWSKI

Date: December 19, 2007

By: *Margaret M. Egan*
Margaret M. Egan, Esquire
PA I.D. #34601
1609 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219
(412) 765-2120

ATTORNEYS FOR THE PLAINTIFFS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION )<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>EDWARD REOTT )<br>)<br>) | MDL DOCKET NO. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Certification on behalf of Plaintiffs, Edward Reott and Carol Reott, has been served by U.S. First Class Mail on this 19th day of December, 2007 to:

**ATTORNEYS FOR DEFENDANTS**

James P. Rouhandeh, Esquire
Davis, Polk and Wardwell
450 Lexington Avenue
New York, NY 10017

Angela M. Seaton, Esquire
Shook, Hardy and Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

David B. Chaffin, Esquire
Hare & Chaffin
160 Federal Street
Boston, MA 02110

John W. Frazier, IV, Esquire
John E. Caruso, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker and Rhoads
123 South Broad Street
Philadelphia, PA 19109-1099

**ATTORNEYS FROM PLAINTIFFS' STEERING COMMITTEE**

Jack London, Esquire
Jack London & Associates, P.C.
3701 Bee Cave Road, Suite 200
Austin, TX 78746

Kenneth Fromson, Esquire
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550

all other parties have been served by electronic mail on this date.

Date:   December 19, 2007

*Margaret M. Egan*
Margaret M. Egan, Esquire