

| | | | | |
|---|---|---|---|---|
| Howard S. Finkelstein, P.C. (NY) | Thomas C. Yatto (NY) | Steven B. Shultz (NY) | *Of Counsel* |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Elyssa M. Fried-DeRosa (NY) | Victoria Lieb Lightcap (NY & MA) | Jules P. Levine, P.C. (NY & FL) |
| George M. Levy (NY) | Mary Ellen Wright (NY) | Ann R. Johnson (NY & CT) | Michael O. Gittelsohn, P.C. (NY) |
| Kenneth L. Oliver, P.C. (NY) | Kenneth B. Fromson (NY, NJ & PA) | Marshall P. Richer (NY) | Joel A. Reback (NY & Israel) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Nancy Y. Morgan (NY, NJ & PA) | Thomas J. Pronti (NY) | Kenneth Cohen (NJ) |
| Duncan W. Clark (NY) | Andrew L. Spitz (NY) | Kristine M. Cahill (NY & CT) | Cynthia M. Maurer (NY & NJ) |
| Ronald Rosenkranz (NY) | James W. Shuttleworth, III (NY) | Kara L. Campbell (NY & CT) | Raye D. Futerfas (NJ) |
| Robert J. Camera (NY & NJ) | Lawrence D. Lissauer (NY) | Christopher T. Milliman (NY) | Frances M. Bova (NY & NJ) |
| Joseph P. Rones (NY & FL) | David E. Gross (NY & NJ) | Silvia Fermanian (NY) | Kenneth G. Bartlett (CT & NJ) |
| Steven Lim (NY) | Terry D. Horner (NY) | Edward M. Steves (NY) | Ari Kresch (NY & MI) |
| George A. Kohl, II (NY & MA) | Robert F. Moson (NY) | Marie M. DuSault (NY) | Gustavo W. Alzugaray (NY & NJ) |
| Eleanor L. Polimeni (NY) | Julio E. Urrutia (NY) | Glenn W. Kelleher (NY) | Sharon A. Scanlan (NY & CT) |
| Steven H. Cohen (NY) | | Melody A. Gregory (NY & CT) | Jeffrey A. Brown, M.D. (NY & NJ) |
| Francis Navarra (NY) | Debra J. Reisenman (NY) | Gail Schlanger (NY) | Dennis G. Ellis (NY) |
| Andrew J. Genna, LLM (NY & PA) | Michael T. McGarry (NY) | Elizabeth A. Wolff (NY & MA) | John F. Dowd (NY & CT) |
| | | | Gail Koff, P.C. (NY) |

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

*Accredited CLE Provider*

REFER TO OUR FILE #: 200599                                                    December 24, 2007

**FILED VIA ECF SYSTEM**

Magistrate Judge Leo T. Sorokin
United States District Court
John Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA  02210

      Re:  Neurontin Marketing, Sales Practices and
            Products Liability Litigation
            MDL Docket No. 1629
            Master File No. 04-10981

Honorable Sir:

      Please be advised that new facts and circumstances have arisen subsequent to the December 18, 2007 discovery hearing, when the Court heard oral argument on Plaintiffs' motion to strike the Affidavit of Cynthia McCormick dated September 13, 2007.  *See* ECF Doc. # 978.  On December 21, 2007, Defendants served their expert reports in regard to general causation.  Six of Defendants' seven experts cite the McCormick Affidavit in their reports and/or have considered the Affidavit in preparing their reports.  This appears to belie Defendants' contention at the hearing that the McCormick Affidavit was prepared for purposes of a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Plaintiffs are in the process of ordering a copy of the transcript of the December 18 hearing and may seek leave from this Court to file supplemental reply papers upon receiving and reviewing the transcript.

      Thank you very much for your consideration in this matter.

                                                            Respectfully submitted,

                                                            **/s/ Andrew G. Finkelstein**

                                                            Andrew G. Finkelstein
                                                           *Member of Products Liability*
                                                           *Plaintiffs' Steering Committee*

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

x  436 ROBINSON AVENUE                                                       50 PARK PLACE, 10th FLOOR
    NEWBURGH, NY 12550                                                         NEWARK, NJ 07102