UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 DEC 20  A 11: 56

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § § § § § | U.S. DISTRICT COURT DISTRICT OF MASS. MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: | § § | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS | § | |

## ATTORNEY'S CERTIFICATION UNDER DOCUMENT 949

William L. Bross and W. Lewis Garrison, Jr., counsel for each of the following twelve

Plaintiffs;

Sheila Agee
Meicki Baker
Charles Brown
Troy Chappell as Administrator of the Estate of Glenda Sue Chappell
Leisa Eaddy
Odessa Grissom
Marsha Holloway
Pauline Huff as Administratrix of the Estate of Rickie Huff
Jacqueline Poole
Joyce Reach
Jessica Southern
Jessica Whitten

certifies the following under Document 949, *Products Liability Case Management Order and Order*

*Regarding Motions to Withdraw*:

1.   That a discussion has been held with each of the twelve Plaintiffs above;

2.   That Plaintiff intends to proceed with the litigation (absent a request for dismissal);

3.   That Plaintiff and Plaintiff's counsel have reviewed the relevant medical records and

allegations of the Complaint; and

4.    That Plaintiff's counsel believes pursuit of the action of each Plaintiff is warranted.

Respectfully submitted,

HENINGER GARRISON DAVIS, LLC

By: _____
William L. Bross

W. Lewis Garrison, Jr.
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

## CERTIFICATE OF SERVICE

I, William L. Bross, certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 18, 2007.

_____
William L. Bross

W. Lewis Garrison, Jr.
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332