UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------- X

In re: NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION.

: MDL Docket No. 1629
:
: Master File No. 04-10981PBS.
:
X Judge Patti B. Saris.
:

THIS DOCUMENT RELATES TO:

ALLAN M. HUBERMAN vs. PFIZER, INC. and
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT
COMPANY,
No. 07-CA-11336-PBS.

: Magistrate Judge Leo T.
: Sorokin.
:
: Individual Case No.
: 07CA11336PBS.
:

------------------------------------------------------------------- X

**CERTIFICATION REGARDING PLAINTIFF ALLAN M. HUBERMAN.**

I, Paul S. Hughes, counsel for Plaintiff in the above-entitled action, certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

(1) I have conferred with Plaintiff.

(2) Plaintiff intends to proceed with the litigation.

(3) I have reviewed the relevant medical records and allegations of the Complaint.

(4) I believe that the action is warranted.

Date: December 20, 2007.

/s/ Paul S. Hughes
Attorney for Plaintiff
Paul S. Hughes, Esq.
B.B.O. No. 243780
2120 Commonwealth Avenue,
Ste. 200
Newton, Massachusetts 02466
(617) 244-5620.

## CERTIFICATE OF SERVICE.

I hereby certify that I will serve this document by the ECF system has been served pursuant to Case Management No. 3 on December 21, 2007.

/s. Paul S. Hughes.