UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO

MDL DOCKET No. 1629

---

TERESA E.A. TEATER on behalf of herself v. PFIZER INC. AND
WARNER - LAMBERT COMPANY

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

FILED
IN CLERKS OFFICE

2007 DEC 20   A 11: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO PROCEED

**Plaintiff Teater**, in the above referenced matter hereby responds to the Order of the Court to file "Motion to Proceed."

Plaintiff Teater acting as *Pro se* is conferring that it is in Plaintiffs best interest to Proceed with litigation and has reviewed medical records and truly believes Motion to Proceed is Warrented

Respectfully submitted,

Teresa .A. Teater *Pro se*    *[signature] Teresa E.A. Teater*

*[signature] Teresa E.A. Teater*    December 17th, 2007

Teresa E.A. Teater   *Pro se*

815 Harrison Street #4

Oregon City, Oregon 97045

## Certificute of Service

This is to Certify that I have placed in the U.S. Mail to be delievered to the United States District Court for the District of Massachusetts to the John Joesph Makley U.S. Courthouse, 1 Courthouse way, Boston, Mass 02210, a "Motion To Proceed" MDL case No: 1629

12-17th 2007.

*Teresa E.A. Teater*

Teresa E.A. Teater *Pro se*
815 Harrison Street # 4
Oregon City, Oregon 97045