UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETS

---------------------------------------------MDL Docket No. 1629
In re: NEURONTIN MARKETING,            :
SALES PRACTICE AND PRODUCTS            :
LIABILITY LITIGATION                   :CASE NO. 05-11701-PBS
---------------------------------------
                                       :JUDGE PATTI B. SARIS
THIS DOCUMENT RELATES TO:              :
                                       :MAGISTRATE JUDGE
                                       :LEO T. SOROKIN
                                       :
KEITH P. EDWARDS #211-800              :

PLAINTIFF KEITH P. EDWARDS CERTIFICATION
PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff, Keith P. Edwards, Pro se, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Keith P. Edwards. I am Pro se Plaintiff.

2. I have been notified, however late, of the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff Keith Edwards intends to proceed with the litigation.

4. I have reviewed the medical records and the allegations of the complaint.

5. I believe pursuit of the action is warranted.

Respectfully Submitted

*Keith P. Edwards*

Keith P. Edwards, Pro se
#211-800 Richland Corr. Inst.
P.O. Box 8107
Mansfield, Ohio 44901

CERTIFICATE OF SERVICE

I hereby certify that true copy of the above and foregoing d document has been sent vie fax from the Richland Correctional Inst. to the UNITED STATES DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MASSACHUSETS 02210, On this 20th day of Decembner, 2007

*Keith P. Edwards*
Keith P. Edwards, Pro Se