UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN KAIL,

        Plaintiffs,

PFIZER, INC., et al.

        Defendants.

04-cv-10981

## NOTICE OF APPEARANCE

The undersigned enters his appearance for Plaintiff STEVEN KAIL pursuant to Mass. Civil Procedure Rule 11(b):

_____
Lawrence Walner,
Attorney for Plaintiff,
STEVEN KAIL

Lawrence Walner Bar No.: 2928442

Dated: December 11, 2007

Lawrence Walner
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois 60606
Tel: (312) 201-1616
Fax: (312) 201-1538

## CERTIFICATE OF SERVICE

I, April Boland, a non-attorney, do hereby certify that on **December 11, 2007**, I caused a copy of the **Notice of Appearance** to be served upon the below named party via U.S. Mail. I declare under the penalty of perjury that the foregoing is true and correct.

        Clerk for Judge Patti B. Saris
        U.S. District Court
        District of Massachusetts
        1 Courthouse Way
        Suite 2300
        Boston, MA  02210

*/s/ April Boland*

Lawrence Walner
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois 60606
Tel: (312) 201-1616
Fax: (312) 201-1538