## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

STEVEN KAIL,

      Plaintiffs,

PFIZER, INC., et al.

      Defendants.

)
)
)
)
)
)

FILED
IN CLERKS OFFICE

2007 DEC 17  P 2: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

The undersigned enters his appearance for Plaintiff STEVEN KAIL pursuant to Mass. Civil Procedure Rule 11(b):

Aaron R. Walner,
Attorney for Plaintiff,
STEVEN KAIL

Aaron R. Walner Bar No.: 06284207

Dated: December11, 2007

Lawrence Walner
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois 60606
Tel: (312) 201-1616
Fax: (312) 201-1538

## CERTIFICATE OF SERVICE

I, April Boland, a non-attorney, do hereby certify that on **December 11, 2007,** I caused a copy of the **Notice of Appearance** to be served upon the below named party via U.S. Mail. I declare under the penalty of perjury that the foregoing is true and correct.

Clerk for Judge Patti B. Saris
U.S. District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA 02210

April Boland

Lawrence Walner
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois 60606
Tel: (312) 201-1616
Fax: (312) 201-1538