UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re:  NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION
------------------------------------------------- x
THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY ACTIONS

------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## DEFENDANTS' NOTICE REGARDING DESIGNATION OF TRACK ONE CASES

Defendants Pfizer Inc. and Warner-Lambert Company LLC, on its own behalf and on behalf of its unincorporated division, Parke-Davis (collectively referred to hereinafter as "Defendants") hereby respectfully notify the Court and all parties that they will designate two new Track One cases on or before January 4, 2008, per the direction of the Court at the December 18, 2007 hearing, unless the Court extends such deadline via a subsequent order due to plaintiffs' failure to certify all cases by the December 20, 2007 certification deadline.

Dated: December 31, 2007        Respectfully submitted,

                                DAVIS POLK & WARDWELL

                                By: /s/James P. Rouhandeh
                                    James P. Rouhandeh

                                450 Lexington Avenue
                                New York, NY 10017
                                Tel: (212) 450-4000

-and-

HARE & CHAFFIN

By: /s/David B. Chaffin
    David B. Chaffin

BBO # 549245
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 31, 2007.

/s/David B. Chaffin
David B. Chaffin

2