UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES AND PRODUCT S LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | Magistrate Leo T. Sorokin |

## NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE that effective January 1, 2008, the law firm Lowey Dannenberg Bemporad Selinger & Cohen, P.C. has changed its name to Lowey Dannenberg Cohen, P.C.

Please use this new firm name on all pleadings, correspondence and other documents.

Dated: January 2, 2008

By: /s/ Deborah Rogozinski
Deborah Rogozinski, Esq.
Lowey Dannenberg Cohen, P.C.
White Plains Plaza
1 North Broadway, 5th Floor
White Plains, NY  10601-2310
Tel:  914-997-0500
Fax:  914-997-0035

*Attorneys for Plaintiff Aetna, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 2, 2008.

/s/ Deborah Rogozinski
Deborah Rogozinski