UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2007 DEC 26 P 1: 53

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981<br>Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS) and | |
| AETNA, INC. v. PFIZER INC., et al., 04 CV 10958 (PBS) | |

GLORIA TELLES et al
                Plaintiffs
v.                                              3:07-161

PFIZER, INC.,
                Defendant

Comes now Plaintiffs, GLORIA TELLES, et al and file this their certificate of comliance in response to the Court's ORDER concerning representation and would state:

1) Plaintiffs' counsel has conferred with Plaintiffs.

2) Plaintiffs' counsel intends to proceed with the case.

3) Plaintiffs' counsel and Plaintiffs have reviewed the medical records.

4) Plaintiffs' counsel believes pursuit of the action is warranted and will proceed.

Respectfully,

WALTER BOYAKI
4621 Pershing Dr.
El Paso, Texas 79903

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was mailed to the Clerk of the U.S. District Court, Boston, MA on the 20th day of December, 2007.

WALTER BOYAKI
Attorney for the Plaintiffs.