**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL Docket No. 1629 ) Master File No. 04-10981 |
| THIS RELATES TO: | ) Judge Patti B. Saris ) Mag. Judge Leo T. Sorokin |
| Civil Action No.: 2:04-cv-10981 | ) ) ) |

## PLAINTIFF'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

COMES NOW, MARC A. SAGGESE, ESQ. counsel for the Plaintiff, MONICA ALMEIDA, on this 19th day of December, 2007 and do hereby certify that:

1. I have conferred with the Plaintiff in the above entitled case.

2. That Plaintiff intends to proceed with the litigation.

3. That Counsel has reviewed the relevant medical records and allegations of the complaint.

4. Counsel believes pursuit of the action is warranted.

Respectfully submitted:

MARC A. SAGGESE, ESQ.
Nevada Bar No. 007166
CRISTALLI & SAGGESE, LTD.
732 S. Sixth Street, Suite 100
Las Vegas, NV 89101
(702) 386-2180
Attorney for Plaintiff ALMEIDA

## CERTIFICATE OF MAILING

I do hereby certify that on the 20th day of December, 2007, I mailed a true and correct copy of the above Certification, by depositing same into the United States Mail, postage prepaid to the following:

SHOOK, HARDY & BACON
Attention: Angela Seaton, Esq.
2555 Grand Boulevard
Kansas City, MO  64108

_____
An Employee of CRISTALLI & SAGGESE, LTD.