IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
                                                                  :
In re: NEURONTIN MARKETING,                  : MDL Docket No. 1629
     SALES PRACTICES AND PROCEDURES          :
     LIABILITY LITIGATION                         : Master File No. 04-10981

------------------------------------------------------------------X Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                    :
                                                                  :
PRODUCT LIABILITY ACTIONS                    : Magistrate Judge Leo T.
                                                                  : Sorokin

KELLY STRICKLAND, as Administratrix of       :
the Estate of JACK COLEMAN REEVES, And       :
KELLY R. STRICKLAND, DEIDRE R.               :
RODRIGUEZ, and JACK C. REEVES, JR.,        )
Individually,                                                )
     Plaintiffs,                                           )
                                                                    )
vs.                                                              ) CIVIL ACTION NUMBER:
                                                                    )   1:05-cv-11993-PBS.
PFIZER, INC. AND WARNER LAMBERT )
COMPANY,                                                  )
     Defendants.                                          )

## PLAINTIFFS' CERTIFICATION TO PROCEED WITH LITIGATION

     COMES NOW Counsel for Plaintiffs in the above-entitled action, and certifies to the Court as follows:

     1.    Counsel has conferred with each of the named Plaintiffs;

     2.    Each Plaintiff has indicated he/she wishes to proceed with the above litigation; and

     3.    Plaintiff's Counsel has reviewed the relevant medical records and allegations contained in the Complaint filed herein and believes pursuit of the action is warranted.

THIS, the  2nd  day of January, 2008

.

                                                                                     s/ Eugene C. Brooks, IV.
                                                                                     EUGENE C. BROOKS, IV
                                                                                     State Bar No. 084750
                                                                                     Attorney for Plaintiffs

Eugene C. Brooks, IV, P.C.
PO Box 9545
313 W. York Street
Savannah, GA  31412
Telephone no.:  912/233-9696
gbrooks@brooks-law.com

X:\USERS\Active\Product Liability\Reeves, Jack C\Certification of Proceeding With Litigation.wpd