CERTIFICATE OF SERVICE

  I hereby certify that on   January 2,   2008, I electronically filed Plaintiff's Certification to Proceed With Litigation with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        SHOOK, HARDY & BACON
        Attention: Angela Seaton, Esq.
        2555 Grand Boulevard
        Kansas City, MO 64108

          s/ Eugene C. Brooks, IV
          EUGENE C. BROOKS, IV
          Attorney for Plaintiff
          State Bar No: 084750

BROOKS LAW FIRM
313 W. York Street
P.O. Box 9545
Savannah, GA  31412
912/233-9696
Telephone No.: 912-233-9696
E-Mail: gbrooks@brooks-law.com