UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------------- X
                 :  MDL Docket No.  1629

In  re: NEURONTIN MARKETING AND          :
SALES PRACTICES LITIGATION.               : Master File No. 04-10981PBS.
                 :

_____ X Judge Patti B. Saris.
                 :

THIS DOCUMENT RELATES TO:          :  Magistrate Judge Leo T.
                 : Sorokin.

ALLAN M. HUBERMAN vs. PFIZER, INC. and    :
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT   : Individual Case No.
COMPANY,                  : 07CA11336PBS.
No. 07-CA-11336-PBS.            :
-------------------------------------------------------------------------- X

**CORRECTED CERTIFICATE OF SERVICE.**

      I hereby correct the certificate of service set forth on the Certification regarding Plaintiff Allan M. Huberman, manually filed with the Federal District Court on December 20, 2007, by stating that I am serving this document pursuant to the ECF system pursuant to t to Case Management No. 3 on January 3, 2008.


Date: January 3, 2008.



                                         /s/ Paul S. Hughes_____
                                         Attorney for Plaintiff
                                         Paul S. Hughes, Esq.
                                         B.B.O. No. 243780
                                         2120 Commonwealth Avenue,
                                         Ste. 200
                                         Newton, Massachusetts  02466
                                         (617)  244-5620.


CERTIFICATE OF SERVICE.

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management No. 3 on January 3, 2008.


                                         /s. Paul S. Hughes.