UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------------- X
:   MDL Docket No. 1629
In re: NEURONTIN MARKETING AND  :
SALES PRACTICES LITIGATION.  : Master File No. 04-10981PBS.
:
_____ X Judge Patti B. Saris.
:
THIS DOCUMENT RELATES TO:  :  Magistrate Judge Leo T.
: Sorokin.
ALLAN M. HUBERMAN vs. PFIZER, INC. and  :
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT  : Individual Case No.
COMPANY,  : 07CA11336PBS.
No. 07-CA-11336-PBS.  :
---------------------------------------------------------------------------- X

**CERTIFICATION REGARDING PLAINTIFF ALLAN M. HUBERMAN.**

    I, Paul S. Hughes, counsel for Plaintiff in the above-entitled action, certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

(1) I have conferred with Plaintiff.

(2) Plaintiff intends to proceed with the litigation.

(3) I have reviewed the relevant medical records and allegations of the Complaint.

(4) I believe that the action is warranted.

Date: December 20, 2007.

        /s/ Paul S. Hughes_____
        Attorney for Plaintiff
        Paul S. Hughes, Esq.
        B.B.O. No. 243780
        2120 Commonwealth Avenue, Ste. 200
        Newton, Massachusetts 02466
        (617) 244-5620.

CERTIFICATE OF SERVICE.

    I hereby certify that I will serve this document by the ECF system has been served pursuant to Case Management No. 3 on December 21, 2007.

                                              /s. Paul S. Hughes.