# UNITED STATES DISTRICT COURT
## DISTRICT OF
## MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| This document relates to:<br>PRODUCTS LIABILITY ACTIONS | |

### CERTIFICATION OF LOUISE AND ROBERT WILSON

I, the undersigned counsel for the Plaintiffs in the case captioned <u>Louise C. Wilson and Robert F. Wilson v Pfizer, Inc., Parke-Davis, and Warner-Lambert</u>, Civil Action No. 3:04 CV 1963 (JCH) previously pending in the United States District Court, District of Connecticut, which case has been transferred and consolidated in the above-captioned matter hereby certify that:

1. I have conferred with the Plaintiffs, Louise C. Wilson and Robert F. Wilson;

2. Said Plaintiffs intend to proceed with the litigation;

3. I have reviewed the relevant medical records and allegations of the complaint; and

4. I believe pursuit of this action is warranted.

/s/ J. Christopher Kervick

LAW OFFICE OF
## J. CHRISTOPHER KERVICK
570 ELM STREET
P.O. Box 875
WINDSOR LOCKS, CONNECTICUT 06096

TELEPHONE
(860) 627-0151

FACSIMILE
(860) 627-8536

December 20, 2007

Maria Simeone, Clerk
Magistrate Leo T. Sorokin

RE: MDL 1629 Certification

Dear Ms. Simeone:

I have being trying to file the enclosed certification for several days. Ms. Nancy Ervin has been assisting me but I have not yet received the access number to permit me to e-file. I hoped to have it by today but, as yet, I have not received the access code. I am forwarding the certification via fax to comply with the deadline. I will follow up with the e-filing as soon as I receive the code.

Thank you for your assistance.

Very truly yours,

*[signature]*

J. Christopher Kervick