UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 JAN -2 P 12: 24

IN RE NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION

U.S. MDL DOCKET No. 1629
MASTER FILE No. 04-10981

### CERTIFICATE OF INTENT TO PROCEED WITH LITIGATION

I, Christopher H. Neyland, attorney of record for Deborah Fish and Keith Coleman, hereby certify that I have conferred with said Plaintiffs, that both said Plaintiffs intend to proceed with the litigation (absent a request for dismissal), that I have reviewed the relevant medical records and/or allegations of the Complaint, and that I believe pursuit of the action is warranted.

SO CERTIFIED, this the 20th day of December, 2007.

_____
Christopher H. Neyland

Christopher H. Neyland
Mississippi Bar # 99216
Neyland & Brewer, PLLC
204 Key Drive, Suite B
Madison, MS 39110
Telephone: (601) 605-2889
Facsimile: (601) 605-8418

## CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system, upon my receipt of an ECF account from the District Court of Massachusetts, and this document will then be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non registered participants.

SO CERTIFIED, this the 20th day of December, 2007.

_____
Christopher H. Neyland