UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re:  NEURONTIN MARKETING,
   SALES PRACTICES AND
   PRODUCTS LIABILITY LITIGATION
------------------------------------------------- x

THIS DOCUMENT RELATES TO:

  ALL PRODUCTS LIABILITY ACTIONS

------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:

## DEFENDANTS' NOTIFICATION PURSUANT TO DISCOVERY ORDER 19

Pursuant to Discovery Order 19, defendants Pfizer Inc. and Warner-Lambert Company, LLC, on its own behalf and on behalf of its unincorporated division, Parke-Davis, hereby respectfully notify the Court of the following additional case originating from the District of Massachusetts: *Dorsey v. Pfizer Inc., et al.*, Case No. 05-cv-10639-PBS.

Dated: January 8, 2008

        DAVIS POLK & WARDWELL

        By: /s/ James P. Rouhandeh
           James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

2762634v1

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
     Scott W. Sayler

2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

-and-

HARE & CHAFFIN

By: /s/ David B. Chaffin
     David B. Chaffin

160 Federal Place
Boston, MA 02110

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2007.

/s/ David B. Chaffin

2762634v1