UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NUERONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 1629 <br> ) Master File NO. 04-10981 <br> ) Judge Patti B. Saris <br> ) Magistrate Judge Leo T. Sorokin |
| **THIS DOCUMENT RELATES TO:** <br><br> MARY P. DORSEY, Individually and as Administrator of the Estate of James Dorsey <br><br> v. <br><br> PFIZER, INC., WARNER LAMBERT COMPANY, and PARKE-DAVIS, a division of Warner-Lambert Company, | ) <br> ) C.A. No. 05CV10639-PBS |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

**PLEASE TAKE NOTICE** that Timothy J. Perry, Esq., counsel for the Plaintiff, Mary Dorsey, has changed his address to the following:

Timothy J. Perry
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA  02109
Email: tperry@perrylegal.com
Phone - 617-720-4300
Fax - 617-720-4310

Please use this new firm name and address for all pleadings, correspondences, and other documents.

Respectfully submitted,

/s/ Timothy J. Perry
Timothy J. Perry (BBO#631397)
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA  02109
(617) 720-430
FAX (617) 720-4310

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon the counsel of record via the ECF filing system of the US District Court for the District of Massachusetts.

Dated: January 9, 2008                                    /s/ Timothy J. Perry
                                                          Timothy J. Perry