UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NUERONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 1629<br>) Master File NO. 04-10981<br>) Judge Patti B. Saris<br>) Magistrate Judge Leo T. Sorokin |
| **THIS DOCUMENT RELATES TO:**<br><br>MARY P. DORSEY, Individually and as Administrator of the Estate of James Dorsey<br><br>v.<br><br>PFIZER, INC., WARNER LAMBERT COMPANY, and PARKE-DAVIS, a division of Warner-Lambert Company, | )<br>) C.A. No. 05CV10639-PBS |

**PLAINTIFF'S NOTIFICATION PURSUANT TO DISCOVERY ORDER 19**

Pursuant to Discovery Order 19, Plaintiff Mary P. Dorsey, Individually and as Administrator of the Estate of James Dorsey, hereby respectfully notifies the Court of the following additional case originating from the District of Massachusetts: Dorsey et al, v. Pfizer, Inc., et al, Case No. 05CV10639-PBS. Please contact undersigned counsel with any questions regarding same.

                                                    Respectfully submitted,

                                                    /s/ Timothy J. Perry
                                                    Timothy J. Perry (BBO#631397)
                                                    Perry, Krumsiek & Jack LLP
                                                    One McKinley Square
                                                    Boston, MA 02109
                                                    (617) 720-430
                                                    FAX (617) 720-4310

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon the counsel of record via the ECF filing system of the US District Court for the District of Massachusetts.

Dated: January 9, 2008 /s/ Timothy J. Perry
Timothy J. Perry