UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, : Master File No. 04-10981
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Judge Patti B. Saris
---------------------------------------------------------------x Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO: :
:
ALL PRODUCTS LIABILITY ACTIONS :
---------------------------------------------------------------x

## DECLARATION OF HARRIS L. POGUST
## ATTACHING CERTIFICATIONS

I, Harris L. Pogust, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Pogust & Braslow, LLC, counsel for Plaintiffs in the following matters.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

    Exhibit 1- Certification Regarding Plaintiffs Marianne Smolucha, Laura Smolucha and Marina Smolucha.

Dated: January 9, 2008

                                                     /s/ Harris L. Pogust
                                                   Harris L. Pogust, Esq.
                                                   POGUST & BRASLOW, LLC
                                                   Attorneys for Plaintiffs
                                                   161 Washington Street, Suite 1520
                                                   Conshohocken, PA 19428
                                                   Tel.:610-941-4204
                                                   Fax: 610-941-4245

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 9, 2008.

                                                            /s/ **Harris L. Pogust**
                                                             Harris L. Pogust

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,               :  Master File No. 04-10981
SALES PRACTICES AND PRODUCTS   :
LIABILITY LITIGATION                       :  Judge Patti B. Saris
------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO:                  :
:  Individual Case No. 05cv11261
MARIANNE SMOLUCHA                          :
On behalf of herself and as                :
Parent and natural guardian of             :
Minor Plaintiffs, Laura Smolucha           :
and Marina Smolucha.                       :
------------------------------------------------------------x

## CERTIFICATION REGARDING PLAINTIFFS MARIANNE SMOLUCHA, LAURA SMOLUCHA AND MARINA SMOLUCHA

I, Harris L. Pogust, an attorney with the law firm of Pogust & Braslow, LLC, counsel for Plaintiffs Marianne Smolucha, Laura Smolucha and Marina Smolucha in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiffs.

2. Plaintiffs intend to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

POGUST, BRASLOW & MILLROOD, LLC
Attorneys for Plaintiffs

By: _____
Harris L. Pogust, Esq.
161 Washington Street, Suite 1520
Conshohocken, PA 19428