UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, ) <br> SALES PRACTICES AND PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> PRODUCTS LIABILITY ACTIONS ) <br> ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**PRODUCTS LIABILITY PLAINTIFFS' MOTION TO REOPEN
DISCOVERY IN ORDER TO FACILITATE THE DEPOSITIONS
OF NON-PARTY WITNESSES CYNTHIA MCCORMICK AND PAUL LEBER**

Products Liability Plaintiffs, (hereinafter "Plaintiffs"), by their attorneys, Finkelstein & Partners, LLP, hereby move this Court pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, for an order reopening discovery to the extent that it facilitates Plaintiffs' conducting the deposition of non-party witnesses Cynthia McCormick and Paul Leber within the next ten (10) days. This Motion is supported by the Memorandum in Support, submitted herewith.

Dated: January 10, 2008

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:  **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
   & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  January 10, 2008

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 10, 2008.

Dated:  January 10, 2008

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein