UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                        : MDL Docket No. 1629
In re:  NEURONTIN MARKETING,       : Master File No. 04-10981
       SALES PRACTICES AND          :
       PRODUCTS LIABILITY LITIGATION  : Judge Patti B. Saris
------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
                                        :
THIS DOCUMENT RELATES TO:         :
                                        :
      AVRILL C. ARONSON              : Individual Case No. 05-11024
      v. PFIZER INC.                       :
------------------------------------------------------------x

**MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF AVRILL C. ARONSON**

Finkelstein & Partners, LLP, counsel for Plaintiff, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases, granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

Plaintiff's counsel has recently discussed this case with Plaintiff, and irreconcilable differences have developed between Plaintiff and Plaintiff's counsel regarding the direction of legal services that may be provided to Plaintiff, which preclude Plaintiff's counsel from further representation of Plaintiff in this case.

Attached hereto as Exhibit A is a copy of the Order re: Motion to Withdraw, dated January 4, 2008, with the appropriate docket number of Plaintiff's individual case.

Dated: January 11, 2008                               Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY  12550

By:   **/s/ Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
         & Associates
      106 E. 6th Street, Suite 700
      Austin, TX  78701

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 11, 2008; and that this document, including the attached Exhibit A, has also been served on Plaintiff pursuant to Discovery Order No. 19 - Products Cases, on January 11, 2008, by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address, 1000 Island Blvd., Apt. 807, Aventura, FL 33160.

                               **/s/ Andrew G. Finkelstein**
                               Andrew G. Finkelstein

EXHIBIT A

Case 1:04-cv-10981-PBS   Document 1058   Filed 01/11/2008   Page 3 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO: ) ) Products Liability C.A. No.05-11024 ) ) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

ORDER RE: MOTION TO WITHDRAW

January 4, 2008

SOROKIN, M.J.

The attorney representing you in this litigation has filed with the Court a Motion to Withdraw as your attorney. **The Court will allow your attorney to withdraw and dismiss your case unless you do one of the following by February 1, 2008:**

1. Hire an Attorney to represent you in this case and have the Attorney file a Notice of Appearance on Your Behalf by February 1, 2008.

2. Write to the Court by February 1, 2008 saying either you object to your lawyer withdrawing and/or you want to represent yourself in this lawsuit. Your letter should include the number of your case listed above. You will then be **required** to attend a hearing on March 7, 2008 at 10:00 a.m. in Courtroom #14 before Magistrate Judge Leo T. Sorokin of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210. If wish to attend this hearing by telephone and you do not live in

9

Massachusetts, you must write to Deputy Clerk Maria Simeone, United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 by February 21, 2008 and provide her the telephone number at which you wish the Court to call you on March 7, 2008.

**If you fail to take either of the above steps by February 1, 2008, the Court will dismiss your case.**

SO ORDERED.

/s/ Leo T. Sorokin

_____
United States Magistrate Judge