UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                          :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,              :    Master File No. 04-10981
        SALES PRACTICES AND               :
        PRODUCTS LIABILITY LITIGATION     :    Judge Patti B. Saris
-----------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                          :
THIS DOCUMENT RELATES TO:                 :
                                          :
        JAMES H. WHITEHOUSE               :    Individual Case No. 05-11018
        v. PFIZER INC.                    :
-----------------------------------------------------------x
```

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF JAMES H. WHITEHOUSE

Finkelstein & Partners, LLP, counsel for Plaintiff, respectfully moves for an order

pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases,

granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

Plaintiff's counsel has recently discussed this case with Plaintiff, and irreconcilable

differences have developed between Plaintiff and Plaintiff's counsel regarding the direction of

legal services that may be provided to Plaintiff, which preclude Plaintiff's counsel from further

representation of Plaintiff in this case.

Attached hereto as Exhibit A is a copy of the Order re: Motion to Withdraw, dated

January 4, 2008, with the appropriate docket number of Plaintiff's individual case.

Dated:  January 11, 2008                                    Respectfully submitted,

                                                            ***Members of Products Liability***
                                                            ***Plaintiffs' Steering Committee***


                                        By:     **/s/ Andrew G. Finkelstein**
                                                _____
                                                Andrew G. Finkelstein, Esquire
                                                Finkelstein & Partners, LLP
                                                436 Robinson Avenue
                                                Newburgh, NY  12550


                                        By:     **/s/ Jack W. London**
                                                _____
                                                Jack W. London, Esquire
                                                Law Offices of Jack W. London
                                                  & Associates
                                                106 E. 6th Street, Suite 700
                                                Austin, TX  78701


## CERTIFICATE OF SERVICE

        I hereby certify that this document filed through the ECF system has been served
pursuant to Case Management Order No. 3 on January 11, 2008; and that this document,
including the attached Exhibit A, has also been served on Plaintiff pursuant to Discovery Order
No. 19 - Products Cases, on January 11, 2008, by sending a copy of the document to Plaintiff by
(1) certified mail return receipt requested at Plaintiff's last known mailing address, 20 Hanover
Court, Bordentown, NJ 08505; and (2) electronic mail to Plaintiff's email address,
lwhite050@aol.com.


                                        **/s/ Andrew G. Finkelstein**
                                        _____
                                        Andrew G. Finkelstein

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO: | ) ) ) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| Products Liability C.A. No. 05- 11018 | ) ) | |

## ORDER RE: FAILURE TO FILE CERTIFICATION AS REQUIRED

January 4, 2008

SOROKIN, M.J.

You were Ordered to file, by December 20, 2007, a certification stating your intent to

pursue your lawsuit and your lawyer's belief that pursuit of this action was warranted in light of

his or her review of your relevant medical records. You did not file this Certification with the

Court as required by the Court's Order. Your failure to comply with the Court's Order or your

failure to communicate with Counsel when required by the Court are grounds for <u>dismissal</u> of

your lawsuit.

**The Court will <u>dismiss</u> your case unless you file the required certification with the**

**Court by the close of business on February 1, 2008.**

SO ORDERED.

/s/ Leo T. Sorokin

_____

United States Magistrate Judge

7

Massachusetts, you must write to Deputy Clerk Maria Simeone, United States District Court for

the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 by February

21, 2008 and provide her the telephone number at which you wish the Court to call you on March

7, 2008.

**If you fail to take either of the above steps by February 1, 2008, the Court will**

dismiss your case.


                                        SO ORDERED.

                                        /s/ Leo T. Sorokin

                                        _____

                                        United States Magistrate Judge