UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                 :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                         :
        LIABILITY LITIGATION                                 :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :
ALL PRODUCTS LIABILITY ACTIONS                               :
-------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN
ATTACHING CERTIFICATIONS**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1.     I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2.     Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. # 949, and Discovery Order No. 19 - Products Cases, ECF Doc. # 1049, attached hereto are Plaintiffs' counsel's Certifications regarding the following Products Liability Plaintiffs:

   Exhibit 1  - Certification Regarding Plaintiff Lanny George
                Individual Case No. 06-10112

   Exhibit 2  - Certification Regarding Plaintiff Dennis Wolosonowich
                Individual Case No. 06-11395

   Exhibit 3  - Certification Regarding Plaintiff Jeffrey Farris
                Individual Case No. 06-12063

2

Dated:  January 11, 2008

                                      **/s/ Andrew G. Finkelstein**
                                      Andrew G. Finkelstein
                                      FINKELSTEIN & PARTNERS, LLP
                                      Attorneys for Plaintiffs
                                      436 Robinson Avenue
                                      Newburgh, NY  12550
                                      Tel.: 845-562-0203
                                      Fax:  845-562-3492

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 11, 2008.

                                      **/s/ Andrew G. Finkelstein**
                                      Andrew G. Finkelstein