EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------x
                                      :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,          :   Master File No. 04-10981
      SALES PRACTICES AND PRODUCTS    :
      LIABILITY LITIGATION            :   Judge Patti B. Saris
-------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                      :
THIS DOCUMENT RELATES TO:             :
                                      :   Individual Case No. 06-10112
      LANNY GEORGE v. PFIZER INC.     :
-------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFF LANNY GEORGE

I, Marshall P. Richer, an attorney with the law firm of Finkelstein & Partners, LLP,

counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products

Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1.     I have conferred with Plaintiff.

2.     Plaintiff intends to proceed with the litigation.

3.     I have reviewed the relevant medical records and allegations of the Complaint.

4.     I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____  01/11/08
Marshall P. Richer
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492