# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND PRODUCTS
        LIABILITY LITIGATION
------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

    DENNIS WOLOSONOWICH
    v. PFIZER INC.
------------------------------------------------------------x

MDL Docket No. 1629
Master File No. 04-10981

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

Individual Case No. 06-11395

## CERTIFICATION REGARDING PLAINTIFF DENNIS WOLOSONOWICH

I, Marshall P. Richer, an attorney with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. Plaintiff died in November of 2007, during the pendency of this action. I have conferred with one of his next of kin and most likely candidate for administrator of his estate, his sister Kimberly Pickett. Ms. Pickett is willing to seek appointment as administrator of plaintiff's estate, and, when so appointed, to proceed with this action.

2. I have reviewed the relevant medical records and allegations of the Complaint.

3. I believe pursuit of the action is warranted.

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Marshall P. Richer
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492