UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
                                                           :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :  Master File No. 04-10981
        SALES PRACTICES AND                                :
        PRODUCTS LIABILITY LITIGATION                      :  Judge Patti B. Saris
-----------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
                                                           :
THIS DOCUMENT RELATES TO:                                  :
                                                           :
MELISSA AMATO                                              :  Individual Case No. 06CV11396
v. PFIZER INC.                                             :
-----------------------------------------------------------x

### MOTION FOR LEAVE TO WITHDRAW
### AS COUNSEL FOR PLAINTIFF MELISSA AMATO

Pogust, Braslow & Millrood, LLC, counsel for Plaintiff, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases, granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff's in this action.

Plaintiff's counsel has recently discussed this case with Plaintiff, and irreconcilable differences have developed between Plaintiff and Plaintiff's counsel regarding the direction of legal services that may be provided to Plaintiff, which preclude Plaintiff's counsel from further representation of Plaintiff in this case.

Attached hereto as Exhibit A is a copy of the Order re: Motion to Withdraw, dated January 4, 2008, with the appropriate docket number of Plaintiff's individual case.

Dated: January 11, 2008            Respectfully submitted,

*Members of Products Liability*
*Plaintiffs' Steering Committee*

By:    /s/ **Harris L. Pogust**
       Harris L. Pogust, Esquire
       Pogust, Braslow & Millrood, LLP
       161 Washington Street, Suite 1520
       Conshohocken, PA 19428
       Telephone: 610-941-4204
       Fax: 610-941-4245