# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: | ) ) ) | |
| Products Liability C.A. No. 04cv12286 | ) ) | |

## ORDER RE: FAILURE TO FILE CERTIFICATION AS REQUIRED

January 4, 2008

SOROKIN, M.J.

You were Ordered to file, by December 20, 2007, a certification stating your intent to pursue your lawsuit and your lawyer's belief that pursuit of this action was warranted in light of his or her review of your relevant medical records. You did not file this Certification with the Court as required by the Court's Order. Your failure to comply with the Court's Order or your failure to communicate with Counsel when required by the Court are grounds for <u>dismissal</u> of your lawsuit.

**The Court will <u>dismiss</u> your case unless you file the required certification with the Court by the close of business on February 1, 2008.**

SO ORDERED.

/s/ Leo T. Sorokin

United States Magistrate Judge