UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                :   Master File No. 04-10981
        SALES PRACTICES AND                 :
        PRODUCTS LIABILITY LITIGATION       :   Judge Patti B. Saris
---------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                            :
THIS DOCUMENT RELATES TO:                   :
                                            :
HOWARD ELLIS AND ANNE ELLIS                 :   Individual Case No. 06cv10914
v. PFIZER INC.                              :
                                            :
---------------------------------------------------------x

**MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFFS HOWARD ELLIS AND ANNE ELLIS**

Pogust, Braslow & Millrood, LLC, counsel for Plaintiffs, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases, granting Plaintiffs' counsel leave to withdraw as counsel of record for Plaintiffs in this action.

Plaintiffs' counsel has recently discussed this case with Plaintiffs, and irreconcilable differences have developed between Plaintiffs and Plaintiffs' counsel regarding the direction of legal services that may be provided to Plaintiffs, which preclude Plaintiffs' counsel from further representation of Plaintiffs in this case.

Attached hereto as Exhibit A is a copy of the Order re: Motion to Withdraw, dated January 4, 2008, with the appropriate docket number of Plaintiffs' individual case.

Dated: January 11, 2008                                  Respectfully submitted,

*Members of Products Liability*
*Plaintiffs' Steering Committee*


By:   /s/ **Harris L. Pogust**
　　　Harris L. Pogust, Esquire
　　　Pogust, Braslow & Millrood, LLP
　　　161 Washington Street, Suite 1520
　　　Conshohocken, PA  19428
　　　Telephone:  610-941-4204
　　　Fax:  610-941-4245

2