## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 11, 2008; and that this document, including the attached Exhibit A, has also been served on Plaintiffs pursuant to Discovery Order No. 19 - Products Cases, on January 11, 2008, by sending a copy of the document to Plaintiffs by (1) certified mail return receipt requested at Plaintiffs' last known mailing address, P.O. Box 143, Mabel, Minnesota 55954; (2) electronic mail to Plaintiffs' email address, ellis_howard@hotmail.com; and (3) regular first class mail postage prepaid to Plaintiffs' last known address P.O. Box 143, Mabel, Minnesota 55954.

/s/ Harris L. Pogust
Harris L. Pogust, Esquire