## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 11, 2008; and that this document, including the attached Exhibit A, has also been served on Plaintiff pursuant to Discovery Order No. 19 - Products Cases, on January 11, 2008, by sending a copy of the document to Plaintiff by (1) certified mail return receipt requested at Plaintiff's last known mailing address, 16389 Franklin Trail SE, Prior Lake, Minnesota 55372; (2) electronic mail to Plaintiff's email address, jenkaye73@yahoo.com; (3) regular first class mail postage prepaid to Plaintiff's last known address 16389 Franklin Trail SE, Prior Lake, Minnesota 55372.

/s/ **Harris L. Pogust**
Harris L. Pogust, Esquire