UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
                                                           :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :    Master File No. 04-10981
        SALES PRACTICES AND                                :
        PRODUCTS LIABILITY LITIGATION    :                      Judge Patti B. Saris
-------------------------------------------------------------x    Magistrate Judge Leo T. Sorokin
                                                           :
THIS DOCUMENT RELATES TO:                                  :
                                                           :
CHRISTINE MANFREDI AND                                     :
ANTHONY CHARLES MANFREDI                                   :    Individual Case No. 06cv11640
v. PFIZER INC.                                             :
-------------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR
## PLAINTIFFS CHRISTINE MANFREDI AND ANTHONY CHARLES MANFREDI

Pogust, Braslow & Millrood, LLC, counsel for Plaintiffs, respectfully moves for an order

pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases,

granting Plaintiffs' counsel leave to withdraw as counsel of record for Plaintiffs in this action.

Plaintiffs' counsel has recently discussed this case with Plaintiffs, and irreconcilable

differences have developed between Plaintiffs and Plaintiffs' counsel regarding the direction of

legal services that may be provided to Plaintiffs, which preclude Plaintiffs' counsel from further

representation of Plaintiffs in this case.

Attached hereto as Exhibit A is a copy of the Order re: Motion to Withdraw, dated

January 4, 2008, with the appropriate docket number of Plaintiffs' individual case.

Dated:  January 11, 2008                          Respectfully submitted,

                                                  ***Members of Products Liability
                                                  Plaintiffs' Steering Committee***


                                  By:    /s/ **Harris L. Pogust**
                                         Harris L. Pogust, Esquire
                                         Pogust, Braslow & Millrood, LLP
                                         161 Washington Street, Suite 1520
                                         Conshohocken, PA  19428
                                         Telephone:  610-941-4204
                                         Fax:  610-941-4245

2