## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 11, 2008; and that this document, including the attached Exhibit A, has also been served on Plaintiffs pursuant to Discovery Order No. 19 - Products Cases, on January 11, 2008, by sending a copy of the document to Plaintiffs by (1) certified mail return receipt requested at Plaintiffs' last known mailing address, 4725 S. W. 244th Street, Vashon, Washington 98070; (2) electronic mail to Plaintiffs' email address, lamancha61@comcast.net (3) regular first class mail postage prepaid to Plaintiffs' last known address 4725 S. W. 244th Street, Vashon, Washington 98070.

                                                   /s/ **Harris L. Pogust**
                                                   Harris L. Pogust, Esquire