3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 11, 2008; and that this document, including the attached Exhibit A, has also been served on Plaintiff pursuant to Discovery Order No. 19 - Products Cases, on January 11, 2008, by sending a copy of the document to Plaintiff by (1) certified mail return receipt requested at Plaintiff's last known mailing address, 211 Maple Street, Pardeeville, Wisconsin 53954; (2) regular first class mail postage prepaid to Plaintiff's last known address 211 Maple Street, Pardeeville, Wisconsin 53954.

/s/ Harris L. Pogust
Harris L. Pogust, Esquire