UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File Number 04-10981 |
| | JUDGE: Patti B. Saris<br>Magistrate Judge: Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>ALL PRODCUT LIABILITY ACTIONS | |

### DECLARATION OF DANIEL E. BECNEL, JR., ATTACHING CERTIFICATIONS

I, Daniel E. Becnel, Jr. declare under the penalty of perjury as follows:

1. I am a partner with the firm Becnel Law Firm, L.L.C.

2. Pursuant to the Products Liability Case Management Order, dated November 9, 2007, ECF Doc. #949, and Discovery Order No. 19-Product Cases, ECF Doc. #1049, attached hereto are Plaintiff counsel's Certifications regarding the following Product Liability Plaintiff:

Exhibit 1:   Certification Regarding Plaintiff Harold McPherson, individually and on behalf of Tamera McPherson.
Individual Case No. 05-12076.

DATED:    JANUARY 22, 2008.

/s/Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.
BECNEL LAW FIRM, L.L.C.
Attorney for Plaintiff
P.O. Drawer H
Reserve, LA 700084
Tel: 985.536.1186
Fax: 985.536.6445
Email:  dbecnel@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 22, 2008.

/s/Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.

2