UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File Number 04-10981 |
| | JUDGE: Patti B. Saris<br>Magistrate Judge: Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>HAROLD MCPHERSON, INDIVIDUALLY AND ON BEHALF OF TAMERA MCPHERSON V. PFIZER, INC. | |

### CERTIFICATION REGARDING PLAINITFF HAROLD MCPHERSON

I, Salvadore Christina, Jr., am an attorney with the Becnel Law Firm, L.L.C., counsel for the Plaintiff in the above entitled actions, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. #949, as follows:

1. I have conferred with Plaintiff.

2. Plaintiff intends to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of this action is warranted.

Salvadore Christina, Jr.
BECNEL LAW FIRM, L.L.C.
Attorney for Plaintiff
P.O. Drawer H
Reserve, LA 700084
Tel:   985.536.1186
Fax:  985.536.6445