UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------x
                                                     :     MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                         :     Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS                 :
        LIABILITY LITIGATION                         :     Judge Patti B. Saris
-----------------------------------------------------xMagistrate Judge Leo T. Sorokin
                                                     :
THIS DOCUMENT RELATES TO:                            :
                                                     :     Individual Case No. 06-10955
JAMES BUNDOFF AND ROBIN BUNDOFF                      :
        v. PFIZER INC.                               :
-----------------------------------------------------x
```

## CERTIFICATION REGARDING PLAINTIFFS JAMES BUNDOFF AND ROBIN BUNDOFF

I, Stephen N. Leuchtman, counsel for Plaintiffs in the above-entitled individual action, certifies pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiffs.

2. Plaintiffs intend to proceed with the litigation.

3. I have reviewed the relevant medical records and allegations of the Complaint.

4. I believe pursuit of the action is warranted.

Dated: January 23, 2008

                                    RAVID ASSOC. (Southfield)
                                    Attorney for Plaintiffs


                                    STEPHEN N. LEUCHTMAN
                                    23855 Northwestern Highway
                                    Southfield, MI 48075-7713
                                    Phone: 248-948-9696