UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re:  NEURONTIN MARKETING,                      : MDL Docket No. 1629
        SALES PRACTICES AND                       :
        PRODUCTS LIABILITY LITIGATION             : Master File No. 04-10981
                                                  :
------------------------------------------------- x Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  : Magistrate Judge Leo T.
                                                  : Sorokin
        ALL PRODUCTS LIABILITY ACTIONS            :
                                                  :
                                                  :
                                                  :
------------------------------------------------- x

**DEFENDANTS' SUPPLEMENTAL FILING IN OPPOSITION TO PRODUCT LIABILITY PLAINTIFFS' MOTION TO REOPEN DISCOVERY**

Defendants Pfizer Inc. and Warner-Lambert Company LLC, on its own behalf and on behalf of its unincorporated division, Parke-Davis ("defendants"), submit this supplemental filing in opposition to Product Liability Plaintiffs' Motion to Reopen Discovery.

The Court held argument on this motion on January 22, 2008. The Court allowed defendants to file a supplement to their opposition to plaintiffs' motion in order to identify the extent to which defendants' experts relied on the September 13, 2007 affidavit of Dr. Cynthia McCormick.

On December 21, 2007, defendants served seven Rule 26 expert reports totaling 233 pages. Although Dr. McCormick's affidavit was provided to each designated defense expert, a manual review of these seven reports reveals that only three of the seven experts cite Dr. McCormick's affidavit in their expert report – Drs. Ruggieri, Rothschild, and Arrowsmith-Lowe. Dr. Ruggieri cites the affidavit just twice in his 30-single-spaced-page report, a copy of which is attached hereto as Exhibit A. The citations appear on pages 11 and 18 of the report. Dr.

Rothschild cites the affidavit just three times in his 39-page report, a copy of which is attached hereto as Exhibit B. The citations appear on pages 26, 33, and 34 of the report. Dr. Arrowsmith-Lowe cites the affidavit just three times in her 31-single-spaced-page report, a copy of which is attached hereto as Exhibit C. The citations appear on pages 17 and 31 of the report. Therefore, the affidavit is only cited on seven of the 233 pages of defendants' expert reports. Notably, plaintiffs' counsel have had a full opportunity to examine these experts as to their limited reliance on Dr. McCormick's affidavit.

Accordingly, defendants respectfully request that the Court deny plaintiffs' motion to reopen discovery.

Dated: January 24, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/James P. Rouhandeh
    James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000


HARE & CHAFFIN

By:  /s/David B. Chaffin
     David B. Chaffin

BBO # 549245
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/Scott W. Sayler
Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 24, 2008.

/s/David B. Chaffin
David B. Chaffin