UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| Sorokin | Judge Patti B. Saris<br>Magistrate Judge Leo T. |
| THIS DOCUMENT RELATES TO:<br><br>MARILYN LEWIS AND HARRY LEWIS v. PFIZER INC. | Individual Case No. 06-11392 |

### CERITIFCATION REGARDING PLAINTIFFS MARILYN LEWIS AND HARRY LEWIS

I, Michael A. K. Dan, Counsel for Plaintiffs in the above-entitled individual action, certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. #9949, as follows:

1. I have conferred with Plaintiffs.
2. Plaintiffs intend to proceed with the litigation.
3. I have reviewed the relevant medical records and allegations of the Complaint.
4. I believe pursuit of the action is warranted.

Dated: January 24, 2008

MICHAEL A. K. DAN
Attorney for Plaintiffs

*[signature]*

MICHAEL A. K. DAN
1990 S. Bundy Drive #540
Los Angeles, CA 90025
Phone: 310/979-0325

MICHAEL A. K. DAN LAW OFFICE
1990 S Bundy Drive, Suite 540
Los Angeles, CA 90025
310. 979.0325 fax 310.979 7329
E-MAIL: mdan@makdlaw.com
A PROFESSIONAL CORPORATION

1