UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| IN RE NEURONTIN MARKETING, SALES ) | |
| PRACTICES, AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL Docket No. 1629 |
| ) | Master File No. 04-10981 |
| ) | |
| THIS ORDER RELATES TO: ) | Judge Patti B. Saris |
| ) | Mag. Judge Leo T. Sorokin |
| ALL PRODUCTS LIABILITY ACTIONS ) | |
| ) | |

Discovery Order No. 20

January 25, 2008

SOROKIN, M.J.

There was only one motion before the Court at the monthly Discovery Hearing held on January 22, 2008. Plaintiffs' Motion for Extension of Time to reopen discovery in order to facilitate the depositions of non-party witnesses Cynthia McCormick ("McCormick") and Paul Leber ("Leber") is ALLOWED in part and DENIED in part.

The motion is ALLOWED with respect to McCormick for a one day deposition. The Case Management Order's 21-day rule with regard to noticing a deposition is waived for this purpose only. Counsel must endeavor to hold the deposition as soon as reasonably possible; the deadlines for summary judgment will not be extended. The motion is DENIED with respect to Leber.

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge