## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE NEURONTIN MARKETING AND**<br>**SALES PRACTICES LITIGATION** ) ) ) | MDL Docket No. 1629 |
| ) | Master File No. 04-10981 |
| **THIS DOCUMENT RELATES TO:** ) ) | Judge Patti B. Saris |
| *Blue Cross & Blue Shield of Alabama, et al.*<br>*v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS ) ) ) | |

### PLAINTIFFS' SUBMISSION OF ADDITIONAL
### AUTHORITY ON
### MOTION TO REMAND

Plaintiffs Blue Cross and Blue Shield of Alabama ("BCBS") and Municipal Workers Compensation Fund ("MWCF") submit the attached Order, *In re Rezulin Prod. Liab. Litig.,* 00cv2843, PreTrial Order No. 445 (S.D.N.Y. Jan. 16, 2008), in further support of their Motion to Remand to State Court on the ground that Plaintiffs and Defendant Doctor Longmire are all residents of the State of Alabama. *In re Rezulin Prod. Liab. Litig.,* 00cv2843 (S.D.N.Y. Jan. 16, 2008). This Motion has been fully briefed in the Middle District of Alabama, and before this Court, and was argued to this Court on April 17, 2007.

Since this Motion was briefed and argued, Judge Kaplan entered the attached Order in the Rezulin MDL remanding a case to Louisiana state court. Plaintiffs respectfully submit that this Order further supports their Motion to Remand.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order remanding this case back to the Circuit Court of Montgomery County, Alabama.

1

Respectfully submitted,


/s/ Kimberly R. West
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Telephone: (205) 874-0352
Facsimile:  (205) 871-7534
kw@wallacejordan.com

One of the Attorneys for Plaintiff Blue Cross and Blue Shield
of Alabama


Dated: January 28, 2008


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), which includes Plaintiffs' Liaison Counsel and attorneys of record in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et al.*, 1:06-cv-12295-PBS, the only attorneys required to receive service of this document pursuant to Case Management Order No. 1, ¶ III(C), Dkt. 15 (12/16/2004).


Dated: January 28, 2008          /s/ Kimberly R. West
                                 Kimberly R. West
                                 Wallace, Jordan, Ratliff & Brandt, LLC
                                 800 Shades Creek Parkway, Suite 400
                                 Birmingham, Alabama 35209
                                 Telephone: (205) 874-0352
                                 Facsimile:  (205) 871-7534
                                 kw@wallacejordan.com