UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION,

MDL Docket No. 1629
Master File No. 04-10981

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

MARILYN LEWIS v. PFIZER INC.

Individual Case No. 06-11392

### CERITIFCATION REGARDING PLAINTIFF MARILYN LEWIS

I, Michael A. K. Dan, Counsel for Plaintiff in the above-entitled individual action, certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. # 949, as follows:

1. I have conferred with Plaintiffs, MARILYN LEWIS and HARRY LEWIS.
2. MARILYN LEWIS intends to proceed with the litigation.
3. I have reviewed the relevant medical records and allegations of the Complaint.
4. I believe pursuit of the action is warranted.
5. HARRY LEWIS will not proceed with the litigation.

Dated: January 29, 2008

MICHAEL A. K. DAN
Attorney for Plaintiff

MICHAEL A. K. DAN
1990 S. Bundy Drive #540
Los Angeles, CA 90025
Phone: 310/979-0325