UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL PRODUCTS LIABILITY ACTIONS ) ) ) ) ) ) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff in the action *Linda Barker v. Pfizer, Inc., et al*, E.D. Texas, C.A. No. 2:04-309, by and through undersigned counsel, and pursuant to the Products Liability Case Management Order (December 3) and the Discovery Order No. 19 - Product Cases (January 4, 2008), as well as the applicable Rules of Procedure, hereby voluntarily dismiss the action with prejudice.

Dated: January 29, 2008

Respectfully submitted,

SLOAN, BAGLEY, HATCHER & PERRY
LAW FIRM


/s/ Laureen F. Bagley
Laureen F. Bagley
State Bar No. 24010522
101 East Whaley Street
P. O. Drawer 2909
Longview, Texas 75606
Telephone     :     (903) 757-7000
Facsimile     :     (903) 757-7574

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Laureen F. Bagley, hereby certify that on this 29th day of January, 2008, a true and accurate copy of the foregoing Notice of Voluntary Dismissal was served upon all counsel of record vie ECF electronic filing.

/s/ Laureen F. Bagley
LAUREEN F. BAGLEY