UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :    Master File No. 04-10981
        SALES PRACTICES AND                                :
        PRODUCTS LIABILITY LITIGATION                      :    Judge Patti B. Saris
-----------------------------------------------------------x    Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:                                  :
                                                           :
        STEPHEN BRODSKY                                    :    Individual Case No. 05-10828
        v. PFIZER INC.                                     :
                                                           :
-----------------------------------------------------------x
```

### STIPULATION OF DISMISSAL RE PLAINTIFF STEPHEN BRODSKY

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice, each party to bear its own costs.

Dated: January 31, 2008

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff

By: _____
Andrew G. Finkelstein
436 Robinson Avenue
Newburgh, NY 12550
(845) 562-0203

DAVIS POLK & WARDWELL
Attorneys for Defendants

By: _____
James P. Rouhandeh
450 Lexington Avenue
New York, NY 10017
(212) 450-4000