UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re:  NEURONTIN MARKETING,          : MDL Docket No. 1629
        SALES PRACTICES AND           : Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION :
                                      : Judge Patti B. Saris
---------------------------------------------------------x Magistrate Judge Leo T. Sorokin
                                      :
THIS DOCUMENT RELATES TO:             :
                                      :
        DOROTHY DOLGOFF                : Individual Case No. 05-12075
        v. PFIZER INC.                :
---------------------------------------------------------x

## STIPULATION OF DISMISSAL RE PLAINTIFF DOROTHY DOLGOFF

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice, each party to bear its own costs.

Dated: January 31, 2008

FINKELSTEIN & PARTNERS, LLP          DAVIS POLK & WARDWELL
Attorneys for Plaintiff              Attorneys for Defendants

By: _____          By: _____
    Andrew G. Finkelstein                 James P. Rouhandeh
    436 Robinson Avenue                   450 Lexington Avenue
    Newburgh, NY 12550                    New York, NY 10017
    (845) 562-0203                        (212) 450-4000