UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                         :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                             :   Master File No. 04-10981
        SALES PRACTICES AND                              :
        PRODUCTS LIABILITY LITIGATION                    :   Judge Patti B. Saris
---------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                         :
THIS DOCUMENT RELATES TO:                                :
                                                         :
        JUDY WHITE and RYAN WHITE                        :   Individual Case No. 05-12127
        v. PFIZER INC.                                   :   Individual Case No. 06-11021
---------------------------------------------------------x

**STIPULATION OF DISMISSAL RE PLAINTIFFS JUDY WHITE AND RYAN WHITE**

IT IS STIPULATED, by all parties to this action, through their counsel of record, that these actions are dismissed with prejudice, each party to bear its own costs.

Dated: January 31, 2008

| FINKELSTEIN & PARTNERS, LLP | DAVIS POLK & WARDWELL |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| | |
| By: _____ | By: _____ |
| Andrew G. Finkelstein | James P. Rouhandeh |
| 436 Robinson Avenue | 450 Lexington Avenue |
| Newburgh, NY 12550 | New York, NY 10017 |
| (845) 562-0203 | (212) 450-4000 |