UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                         :
In re:  NEURONTIN MARKETING,                             :   MDL Docket No. 1629
        SALES PRACTICES AND                              :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                    :
                                                         :   Judge Patti B. Saris
---------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                         :
THIS DOCUMENT RELATES TO:                                :
                                                         :
        CHRISTY POE SPEARS                               :   Individual Case No. 06-10108
        v. PFIZER INC.                                   :
                                                         :
---------------------------------------------------------x

### STIPULATION OF DISMISSAL RE PLAINTIFF CHRISTY POE SPEARS

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice, each party to bear its own costs.

Dated: January 3/, 2008

| FINKELSTEIN & PARTNERS, LLP | DAVIS POLK & WARDWELL |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| By: _____ | By: _____ |
| Andrew G. Finkelstein | James P. Rouhandeh |
| 436 Robinson Avenue | 450 Lexington Avenue |
| Newburgh, NY 12550 | New York, NY 10017 |
| (845) 562-0203 | (212) 450-4000 |