UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING,      : Master File No. 04-10981
SALES PRACTICES AND              :
PRODUCTS LIABILITY LITIGATION    : Judge Patti B. Saris
---------------------------------------------------------x Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:        :
                                 :
AMANDA MARIE DIANA               : Individual Case No. 06-11774
v. PFIZER INC.                   :
---------------------------------------------------------x

### STIPULATION OF DISMISSAL RE PLAINTIFF AMANDA MARIE DIANA

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action (involving the Neurontin claims, but not the Celexa claims previously separated and remanded to the District of Minnesota) is dismissed with prejudice, each party to bear its own costs.

Dated: January 7, 2008

| | |
|---|---|
| FINKELSTEIN & PARTNERS, LLP | DAVIS POLK & WARDWELL |
| Attorneys for Plaintiff | Attorneys for Defendants |
| By: _____ | By: _____ |
| Andrew G. Finkelstein | James P. Rouhandeh |
| 436 Robinson Avenue | 450 Lexington Avenue |
| Newburgh, NY 12550 | New York, NY 10017 |
| (845) 562-0203 | (212) 450-4000 |