UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES :
        PRACTICES AND PRODUCTS :
        LIABILITY LITIGATION :MDL Docket No. 1629
------------------------------------------------------------------------x
:Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
:Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al., :
06-10912-PBS :Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al., :
06-11024-PBS :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., :
06-11022-PBS :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., :
06-11023-PBS :
------------------------------------------------------------------------x

## CERTIFICATION REGARDING CERTAIN PLAINTIFFS

     I, Newton B. Schwartz, Sr., counsel of record for certain plaintiffs in MARTHA ACCETTULLO, et.al., listed in Exhibit A; counsel of record for certain plaintiffs in VIRGIL L. ANDERSON et. al., listed in Exhibit B; counsel of record for certain plaintiffs in KAMALIHA Y. BREWSTER et. al., listed in Exhibit C, and counsel of record for certain plaintiffs in CHARLES D. GIRARD, SR. et al., listed in Exhibit D hereby certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. #949, as follows:

1. Counsel has conferred with the Plaintiffs listed in Exhibit A, Exhibit B, Exhibit C, and Exhibit D.

2. The listed Plaintiffs intend to proceed with the litigation.

3. Counsel has reviewed the relevant medical records and allegations of the Complaint.

4. Counsel believes pursuit of these Plaintiffs claims are warranted.

By: ___s/Newton B. Schwartz, Sr.___
      Newton B. Schwartz, Sr.
      Law Offices of Newton B. Schwartz, Sr.
      1911 Southwest Freeway
      Houston, TX 77098
      Telephone: 713-630-0708
      Facsimile: 713-630-0789

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008.

_/s/Newton B. Schwartz, Sr.____
Newton B. Schwartz, Sr.