# Exhibit A

Case 1:04-cv-10981-PBS    Document 1103-2    Filed 02/01/2008    Page 1 of 2

Dametria Igbonagwam, Individually and as Administratrix of the Estate of Alesha Brown
Kristina Wilson