# Exhibit B

Tosha Best
Zina McCue