# Exhibit C

Timothy Jackson
Sandra Logan