# Exhibit D

Felisha Carpenter
Lesa Carpenter
Mary Kestner
Barbara Knowlton
Jennifer Napoli-Branson, Individually and as Administratrix of the Estate of Sherry Groves
Sherry Pastine, Individually and as Administratrix of the Estate of Samuel Pastine