UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,         :  MDL Docket No. 1629
        SALES PRACTICES AND          :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION :
                                     :  Judge Patti B. Saris
---------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
                                     :
THIS DOCUMENT RELATES TO:            :
                                     :
    PETER VERAAS                     :  Individual Case No. 05-11029
    v. PFIZER INC.                   :
---------------------------------------------------------------x

### STIPULATION OF DISMISSAL RE PLAINTIFF PETER VERAAS

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice, each party to bear its own costs.

Dated: January 31, 2008

| FINKELSTEIN & PARTNERS, LLP | DAVIS POLK & WARDWELL |
| Attorneys for Plaintiff | Attorneys for Defendants |

By: /s/ Andrew Finkelstein

By: /s/ James P. Rouhandeh

Andrew G. Finkelstein
436 Robinson Avenue
Newburgh, NY 12550
(845) 562-0203

James P. Rouhandeh
450 Lexington Avenue
New York, NY 10017
(212) 450-4000