UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                         :    MDL Docket No. 1629
In re:   NEURONTIN MARKETING,            :
         SALES PRACTICES AND             :    Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION   :
                                         :    Judge Patti B. Saris
-------------------------------------------------------------x
                                         :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                :
                                         :
BROOK v. PFIZER INC.                     :    Individual Case No. 07-10857
                                         :
-------------------------------------------------------------x
```

## EMERGENCY MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF SUSAN BROOK

Finkelstein & Partners, LLP, counsel for Plaintiff Susan Brook, respectfully moves for an

order pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases,

granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

This motion is supported by the Declaration of Andrew G. Finkelstein, submitted herewith.

Dated:  February 1, 2008                      Respectfully submitted,

                                              *Members of Products Liability*
                                              *Plaintiffs' Steering Committee*

                                    By:    **/s/ Andrew G. Finkelstein**
                                           Andrew G. Finkelstein, Esquire
                                           Finkelstein & Partners, LLP
                                           436 Robinson Avenue
                                           Newburgh, NY  12550

                                    By:    **/s/ Jack W. London**
                                           Jack W. London, Esquire
                                           Law Offices of Jack W. London
                                             & Associates
                                           106 E. 6th Street, Suite 700
                                           Austin, TX  78701

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008; and that this document has also been served on Plaintiff on February 1, 2008, by sending a copy of the document to Plaintiff by (1) certified mail return receipt requested at Plaintiff's last known mailing address, 4035 120 Ave. N., West Palm Beach, FL 33411; and (2) electronic mail to Plaintiff's email addresses, ssbrook@netzero.com,and spbrook@adelphia.net.


                                          **/s/ Andrew G. Finkelstein**
                                          Andrew G. Finkelstein