# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: | ) ) ) | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| Products Liability C.A. No.__-_____ | ) ) ) | |

ORDER RE: MOTION TO WITHDRAW

January 4, 2008

SOROKIN, M.J.

The attorney representing you in this litigation has filed with the Court a Motion to

Withdraw as your attorney. **The Court will allow your attorney to withdraw and dismiss**

**your case unless you do one of the following by February 1, 2008:**

1. Hire an Attorney to represent you in this case and have the Attorney file a Notice of

Appearance on Your Behalf by February 1, 2008.

2. Write to the Court by February 1, 2008  saying either you object to your lawyer

withdrawing and/or you want to represent yourself in this lawsuit.  Your letter should include the

number of your case listed above.  You will then be **required** to attend a hearing on March 7,

2008 at 10:00 a.m. in Courtroom #14 before Magistrate Judge Leo T. Sorokin of the United

States District Court for the District of Massachusetts, One Courthouse Way, Boston,

Massachusetts 02210.  If wish to attend this hearing by telephone and you do not live in

9

Massachusetts, you must write to Deputy Clerk Maria Simeone, United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 by February 21, 2008 and provide her the telephone number at which you wish the Court to call you on March 7, 2008.

**If you fail to take either of the above steps by February 1, 2008, the Court will dismiss your case.**

SO ORDERED.

/s/ Leo T. Sorokin

United States Magistrate Judge