UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
        MICHIELSEN v. PFIZER INC.                           :   Individual Case No. 07-10332
                                                            :
------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN IN SUPPORT OF EMERGENCY MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF STEVEN MICHIELSEN

I, Andrew G. Finkelstein, deposes and states as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, (hereinafter "Plaintiff's counsel"), counsel of record for Plaintiff Steven Michielsen, (hereinafter "Plaintiff"), in the above-entitled action.

2.      This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases, for an Order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3.      This action was originally commenced in the Circuit Court of Sumner County, Tennessee. The action was subsequently removed to the United States District Court for the Middle District of Tennessee, and then transferred to this Court on or about February 20, 2007. (*See* Civil Docket for Case #: 1:07-cv-10332-PBS, ECF Doc. # 9.)

4.      On December 20, 2007, the Finkelstein firm filed a Response (ECF Doc. # 1026) to the Products Liability Case Management Order and Order Regarding Motions to Withdraw,

dated November 9, 2007 (ECF Doc. # 949). The Report, annexes as Exhibit A, a list of the individual cases in which the Plaintiffs were represented by the Finkelstein firm. (ECF Doc. # 1026-2).

5. Because this case had been initially commenced in state court, it was inadvertently omitted from the Finkelstein firm's list.

6. Defendants also have apparently failed to note that this is a Finkelstein firm case.

7. Upon further reviewing the Finkelstein firm's cases, we discovered that this case should have been included on the list filed on December 20, 2007.

8. The Finkelstein firm has reviewed this case for possible certification but has been unable to contact Plaintiff to date to discuss this case despite diligent efforts.

9. This motion for leave to withdraw as counsel for Plaintiff is being filed at this time because it is contemplated that irreconcilable differences may develop between Plaintiff and Plaintiff's counsel regarding the direction of legal services that may be provided to Plaintiff, which may preclude Plaintiff's counsel for further representation in this case.

10. Because it was only after January 11, 2008, that the Finkelstein firm recognized that this was one of the firm's cases, the Finkelstein firm could not comply with the provision of Discovery Order No. 19 - Products Cases, dated January 4, 2008, (ECF Doc. # 1049), requiring that in the event that counsel cannot file either the certification or stipulation or dismissal by February 1, 2008, counsel must serve a contemplated motion to withdraw by January 11, 2008.

11. The Finkelstein firm therefore requests that the Court issue an Order re: Motion to Withdraw, similar to the Order re: Motion to Withdraw dated January 4, 2008 (ECF Doc. # 1049), *see* Order re: Motion to Withdraw, dated January 4, 2008, attached hereto as Exhibit A,

retaining the March 7, 2008 date, but providing Plaintiff additional time to hire another attorney to represent him in this case, and to write to the Court.

    12.    A copy of the motion papers is also being been mailed this date to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 1, 2008

                                      **/s/ Andrew G. Finkelstein**
                                      Andrew G. Finkelstein

                                      Finkelstein & Partners, LLP
                                      436 Robinson Avenue
                                      Newburgh, NY  12550
                                      (800) 634-1212

                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008; and that this document, including the attached Exhibit A, has also been served on Plaintiff on February 1, 2008, by sending a copy of the document to Plaintiff by (1) certified mail return receipt requested at Plaintiff's last known mailing address, 842 North Water, Gallatin, TN 37066; and (2) regular first class mail postage prepaid to Plaintiff's secondary contact address, c/o H. Robert Michielsen, 440 Corum Hill Road, Castalian Springs, TN 37031.

                                      **/s/ Andrew G. Finkelstein**
                                      Andrew G. Finkelstein