UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                                       :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                           :
        SALES PRACTICES AND                            :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                  :
                                                       :    Judge Patti B. Saris
-------------------------------------------------------x
                                                       :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                              :
                                                       :
        SANUTTI v. PFIZER INC.                         :    Individual Case No. 05-11702
                                                       :    Individual Case No. 05-11750
-------------------------------------------------------x
```

**EMERGENCY MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF GRACE SANUTTI**

Finkelstein & Partners, LLP, counsel for Plaintiff Grace Sanutti, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases, granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this case. This motion is supported by the Declaration of Andrew G. Finkelstein, submitted herewith.

Dated: February 1, 2008                 Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY  12550

By:   **/s/ Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
        & Associates
      106 E. 6th Street, Suite 700
      Austin, TX  78701

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008; and that this document has also been served on Plaintiff on February 1, 2008, by sending a copy of the document to Plaintiff by (1) certified mail return receipt requested at Plaintiff's last known mailing address, 2818 South Simpson, Philadelphia, PA 19142; and (2) regular first class mail postage prepaid to Plaintiff's secondary contact address, c/o Maria Sanutti Spencer, 103 Picnic Lane, Selinsgrove, PA 17870.

                **/s/ Andrew G. Finkelstein**
                 Andrew G. Finkelstein