UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
|  | : | MDL Docket No. 1629 |
In re: NEURONTIN MARKETING, | : |  |
  SALES PRACTICES AND | : | Master File No. 04-10981 |
  PRODUCTS LIABILITY LITIGATION | : |  |
|  | : | Judge Patti B. Saris |
------------------------------------------------------------x
|  | : | Magistrate Judge Leo T. Sorokin |
THIS DOCUMENT RELATES TO: | : |  |
|  | : |  |
SANUTTI v. PFIZER INC. | : | Individual Case No. 05-11702 |
|  | : | Individual Case No. 05-11750 |
------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN IN
SUPPORT OF EMERGENCY MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL FOR PLAINTIFF GRACE SANUTTI**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, (hereinafter "Plaintiff's counsel"), counsel of record for Plaintiff Grace Sanutti, (hereinafter "Plaintiff"), in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases, for an Order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. The action, D. Mass. Case No. 05-11702, was originally commenced in the Court of Common Pleas for Philadelphia County, Pennsylvania, on June 7, 2005.  The action was subsequently removed to the United States District Court for the Eastern District of Pennsylvania (E.D. Pa. Case No. 2:05-cv-03401), and then transferred to this Court on or about August 16, 2005.  *See* Civil Docket for Case #: 1:05-cv-11702-PBS, ECF Doc. # 6.

4. The action, D. Mass. Case No. 05-11750, is apparently the same action that was removed to the United States District Court for the Eastern District of Pennsylvania (E.D. Pa. Case No. 2:05-cv-0340), and previously assigned D. Mass. Case No. 05-11702, and was transferred to this Court on or about August 24, 2005. *See* Civil Docket for Case #: 1:05-cv-11750-RWZ. (ECF Doc. # 7.)

5. On December 20, 2007, the Finkelstein firm filed a Response, (ECF Doc. # 1026) to the Products Liability Case Management Order and Order Regarding Motions to Withdraw, dated November 9, 2007. (ECF Doc. # 949.) The Report annexes as Exhibit A, a list of the individual cases in which the Plaintiffs were represented by the Finkelstein firm. (ECF Doc. # 1026-2).

6. Because Plaintiff had not yet retained the Finkelstein firm, this case was not included on the Finkelstein firm's December 20, 2007 list.

7. Plaintiff advised the Finkelstein firm that her prior attorney was no longer representing her, *see* Civil Docket for Case #: 1:05-cv-11750-RWZ (indicating that Plaintiff is proceeding "PRO SE"), and on or about January 10, 2008, Plaintiff retained the Finkelstein firm.

8. Upon reviewing Plaintiff's file, and discussing the case with Plaintiff, it was determined that a motion for leave to withdraw as counsel for Plaintiff should be filed at this time because irreconcilable differences have developed between Plaintiff and Plaintiff's counsel regarding the direction of legal services that may be provided to Plaintiff, which precludes Plaintiff's counsel for further representation in this case.

9. Because it was only after January 11, 2008, that the irreconcilable differences developed between Plaintiff and Plaintiff's counsel, the Finkelstein firm could not comply with the provision of Discovery Order No. 19 - Products Cases, dated January 4, 2008, (ECF Doc.

# 1049), requiring that in the event that counsel cannot file either the certification or stipulation or dismissal by February 1, 2008, counsel must serve a contemplated motion to withdraw by January 11, 2008.

     10.    The Finkelstein firm therefore requests that the Court issue an Order re: Motion to Withdraw, similar to the Order re: Motion to Withdraw dated January 4, 2008 (ECF Doc. # 1049), *see* Order re: Motion to Withdraw, dated January 4, 2008, attached hereto as Exhibit A, retaining the March 7, 2008 date, but providing Plaintiff additional time to hire another attorney to represent her in this case, and to write to the Court.

     11.    A copy of the motion papers is also being been mailed this date to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2008

                                                 **/s/ Andrew G. Finkelstein**
                                                 Andrew G. Finkelstein

                                                 Finkelstein & Partners, LLP
                                                 436 Robinson Avenue
                                                 Newburgh, NY  12550
                                                 (800) 634-1212

                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008; and that this document, including the attached Exhibit A, has also been served on Plaintiff on February 1, 2008, by sending a copy of the document to Plaintiff by (1) certified mail return receipt requested at Plaintiff's last known mailing address, 2818 South Simpson, Philadelphia, PA 19142; and (2) regular first class mail postage prepaid to Plaintiff's secondary contact address, c/o Maria Sanutti Spencer, 103 Picnic Lane, Selinsgrove, PA 17870.

                                                 **/s/ Andrew G. Finkelstein**
                                                 Andrew G. Finkelstein