UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                 :
         SALES PRACTICES AND                  :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION        :
                                              :   Judge Patti B. Saris
------------------------------------------------------------x
                                              :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
                                              :
         MILLIGAN v. PFIZER INC.               :   Individual Case No. 07-11255
                                              :
------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN IN
SUPPORT OF EMERGENCY MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL FOR PLAINTIFF DONALD E. MILLIGAN, JR.**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, (hereinafter "Plaintiff's counsel"), counsel of record for Plaintiff Donald E. Milligan, Jr., (hereinafter "Plaintiff"), in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), and Discovery Order No. 19 - Products Cases, for an Order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. This action was commenced in the United States District Court for the District of Minnesota on May 30, 2007. The action was subsequently transferred to this Court on or about July 9, 2007. *See* Civil Docket for Case #: 1:07-cv-11255-PBS, ECF Doc. # 2.

4. On December 20, 2007, the Finkelstein firm filed a Response, (ECF Doc. # 1026) to the Products Liability Case Management Order and Order Regarding Motions to Withdraw, dated November 9, 2007. (ECF Doc. # 949.) The Report, annexes as Exhibit A, a list of the

individual cases in which the Plaintiffs were represented by the Finkelstein firm. (ECF Doc. # 1026-2).

6. This case was inadvertently omitted from the Finkelstein firm's December 20, 2007 list, as we were subsequently advised by counsel for Defendants.

7. Upon reviewing Plaintiff's file, and discussing the case with Plaintiff, it has been determined that a motion for leave to withdraw as counsel for Plaintiff should be filed at this time because irreconcilable differences have developed between Plaintiff and Plaintiff's counsel regarding the direction of legal services that may be provided to Plaintiff, which precludes Plaintiff's counsel for further representation in this case.

8. Because it was only after January 11, 2008, that the irreconcilable differences developed between Plaintiff and Plaintiff's counsel, the Finkelstein firm could not comply with the provision of Discovery Order No. 19 - Products Cases, dated January 4, 2008, (ECF Doc. # 1049), requiring that in the event that counsel cannot file either the certification or stipulation or dismissal by February 1, 2008, counsel must serve a contemplated motion to withdraw by January 11, 2008.

9. The Finkelstein firm therefore requests that the Court issue an Order re: Motion to Withdraw, similar to the Order re: Motion to Withdraw dated January 4, 2008 (ECF Doc. # 1049), *see* Order re: Motion to Withdraw, dated January 4, 2008, attached hereto as Exhibit A, retaining the March 7, 2008 date, but providing Plaintiff additional time to hire another attorney to represent him in this case, and to write to the Court.

10. A copy of the motion papers is also being been mailed this date to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 1, 2008

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein

Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550
(800) 634-1212

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008; and that this document has also been served on Plaintiff on February 1, 2008, by sending a copy of the document to Plaintiff by (1) certified mail return receipt requested at Plaintiff's last known mailing address, #1128535, Tipton Correctional Center, 619 North Osage, Tipton, MO 65081; and (2) regular first class mail postage prepaid to Plaintiff's secondary contact address, c/o Theresa Milligan, P.O. Box 103, Curryville, MO 63339.

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein