# Exhibit A

Kenneth Gross
Charles Northcutt
Kathy Young