UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES   :
         PRACTICES AND PRODUCTS       :
         LIABILITY LITIGATION         :MDL Docket No. 1629
---------------------------------------------------------------------------x
                                      :Master File No. 04-10981
THIS DOCUMENT RELATES TO:             :
                                      :Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al., :
06-10912-PBS                          :Magistrate Judge Leo T. Sorokin
                                      :
                                      :
---------------------------------------------------------------------------x

# **CERTIFICATION REGARDING LOVELL L. JONES-COLEMAN**

I, Newton B. Schwartz, Sr., counsel of record for Lovell L. Jones-Coleman hereby certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. #949, as follows:

1. Counsel has conferred with the Plaintiffs listed in Exhibit A.

2. The listed Plaintiffs intend to proceed with the litigation.

3. Counsel has reviewed the relevant medical records and allegations of the Complaint.

4. Counsel believes pursuit of this Plaintiffs claims are warranted.

                        By:   s/Newton B. Schwartz, Sr.
                              Newton B. Schwartz, Sr.
                              Law Offices of Newton B. Schwartz, Sr.
                              1911 Southwest Freeway
                              Houston, TX 77098
                              Telephone: 713-630-0708
                              Facsimile:  713-630-0789

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008.

    /s/Newton B. Schwartz, Sr.
Newton B. Schwartz, Sr.