UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------------x
                                                :

In re:   NEURONTIN MARKETING, SALES         :
             PRACTICES AND PRODUCTS             :
             LIABILITY LITIGATION                    :MDL Docket No. 1629
---------------------------------------------------------------------------x
                                                :Master File No. 04-10981

THIS DOCUMENT RELATES TO:             :
                                                :Judge Patti B. Saris

MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,   :
06-10912-PBS                                          :Magistrate Judge Leo T. Sorokin
                                                :
                                                :
---------------------------------------------------------------------------x

## CERTIFICATION REGARDING CERTAIN PLAINTIFFS

       I, Newton B. Schwartz, Sr., counsel of record for certain plaintiffs in MARTHA ACCETTULLO, et.al., listed in Exhibit A; hereby certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. #949, as follows:

1. Counsel has conferred with the Plaintiffs listed in Exhibit A.

2. The listed Plaintiffs intend to proceed with the litigation.

3. Counsel has reviewed the relevant medical records and allegations of the Complaint.

4. Counsel believes pursuit of these Plaintiffs claims are warranted.

                                                                  By:    s/Newton B. Schwartz, Sr.
                                                                         Newton B. Schwartz, Sr.
                                                                         Law Offices of Newton B. Schwartz, Sr.
                                                                         1911 Southwest Freeway
                                                                         Houston, TX 77098
                                                                         Telephone: 713-630-0708
                                                                         Facsimile:  713-630-0789

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008.

      /s/Newton B. Schwartz, Sr.
      Newton B. Schwartz, Sr.