UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
                                                                     :
In re:   NEURONTIN MARKETING, SALES                                  :
         PRACTICES AND PRODUCTS                                      :
         LIABILITY LITIGATION                                        :MDL Docket No. 1629
---------------------------------------------------------------------x
                                                                     :Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                            :
                                                                     :Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,                      :
06-10912-PBS                                                         :Magistrate Judge Leo T. Sorokin
                                                                     :
                                                                     :
---------------------------------------------------------------------x

# CERTIFICATION REGARDING CARLA JONES

I, Newton B. Schwartz, Sr., counsel of record for Carla Jones hereby certify pursuant to the Products Liability Case Management Order dated November 9, 2007, ECF Doc. #949, as follows:

1. Counsel has conferred with the Plaintiff.

2. The listed Plaintiffs intend to proceed with the litigation.

3. Counsel has reviewed the relevant medical records and allegations of the Complaint.

4. Counsel believes pursuit of this Plaintiffs claims are warranted.

              By:  ___s/Newton B. Schwartz, Sr.___
                   Newton B. Schwartz, Sr.
                   Law Offices of Newton B. Schwartz, Sr.
                   1911 Southwest Freeway
                   Houston, TX 77098
                   Telephone: 713-630-0708
                   Facsimile:  713-630-0789

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 1, 2008.

    /s/Newton B. Schwartz, Sr.
    Newton B. Schwartz, Sr.