UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                                :    MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                   :
         SALES PRACTICES AND                                    :    Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                          :
                                                                :    Judge Patti B. Saris
---------------------------------------------------------------x
                                                                :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                       :
                                                                :
ALL PRODUCTS LIABILITY CASES                                    :
                                                                :
---------------------------------------------------------------x

**NOTICE TO COURT IDENTIFYING TRACK ONE CASES
IN WHICH CERTIFICATIONS HAVE NOT BEEN FILED**

Pursuant to Discovery Order No. 19 - Products Cases (ECF Doc. # 1049), the Court is advised that certifications have been filed in five of the six Track One cases selected by the Court.  *See* Order on Random Selection of Track One Cases (ECF Doc. # 620).  Certifications have been filed in (1) Owens v. Pfizer Inc., C.A. No. 05-11017 (ECF Doc. # 1001); (2) Vercillo v. Pfizer Inc., C.A. No. 05-11019 (ECF Doc. # 1001); (3) Roberson v. Pfizer Inc., C.A. No. 05-12001 (ECF Doc. # 971); (4) McGee v. Pfizer Inc., C.A. 05-12593 (ECF Doc. # 988); and (5) Pursey v. Pfizer Inc., C.A. No. 07-10106 (ECF Doc. # 989).  A motion to withdraw has been filed in Fenelon v. Pfizer Inc., C.A. No. 05-11581 (ECF Doc. # 1070).

Dated:  February 4, 2008                                  Respectfully submitted,

                                                          *Members of Products Liability
                                                          Plaintiffs' Steering Committee*

                                                    By:    /s/ Andrew G. Finkelstein
                                                           Andrew G. Finkelstein, Esquire
                                                           Finkelstein & Partners, LLP
                                                           436 Robinson Avenue
                                                           Newburgh, NY  12550

2

By: **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 4, 2008.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein

2