UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO:<br><br>ALL MARKETING AND<br>SALES PRACTICES ACTIONS ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**JOINT MOTION TO**
**MODIFY SALES AND MARKETING SCHEDULE**

The Court has set the hearing on Plaintiffs' Renewed Motion for Class Certification for April 16, 2008. In Discovery Order No. 14, the Court set the remaining schedule for the Sales and Marketing actions as follows:

Provision of All Plaintiffs' Expert Reports: 2/28/08

Provision of Defendants' Expert Reports: 03/30/08

Provision of Rebuttal Reports: 4/21/08

End of Expert Discovery: 6/21/08

Filing of Motions for Summary Judgment: 7/21/08

Filing of Summary Judgment Opposition: 8/21/08

Filing of Summary Judgment Reply: 9/5/2008

The parties agree that given the expert-intensive nature of the ongoing class certification battle, the remaining schedule should be modified so that all Plaintiffs' expert reports are due sixty days following a decision on Plaintiffs' renewed motion for class certification, and that the remaining dates should be adjusted accordingly (*i.e.*, preserving the same intervals), as follows:

734846.1

Provision of All Plaintiffs' Expert Reports:  60 days after ruling on Plaintiffs' Renewed Motion for Class Certification

Provision of Defendants' Expert Reports:  30 days later

Provision of Rebuttal Reports:  21 days later

End of Expert Discovery:  60 days later

Filing of Motions for Summary Judgment:  30 days later

Filing of Summary Judgment Opposition:  30 days later

Filing of Summary Judgment Reply:  15 days later

In jointly making this request, the parties are sensitive to the Court's desire to move this litigation forward as expeditiously as practicable, but believe it would be impractical and inefficient to require the submission of final expert reports prior to a ruling on the pending motion for class certification, which will likely have a significant impact on the expert portion of the case.  Accordingly, the parties respectfully request that the Court adopt the proposed revised schedule.

Dated: February 4, 2008               Respectfully Submitted,

                          By:   */s/ Barry Himmelstein*
                                Barry Himmelstein, Esquire
                                Lieff Cabraser Heimann &
                                Bernstein, LLP
                                Embarcadero Center West
                                275 Battery Street, 30th Floor
                                San Francisco, CA 94111-3339

                          By:   */s/ Thomas Greene*
                                Thomas Greene, Esquire
                                Greene & Hoffman
                                125 Summer Street
                                Boston, MA 02110

2

734846.1

By: */s/ Thomas M. Sobol*
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

By: */s/ Don Barrett*
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: */s/ Daniel Becnel*
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: */s/ James Dugan*
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs' Steering Committee*

By: */s/ Linda P. Nussbaum*
Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

By: */s/ Mark D. Fischer*
Mark D. Fischer, Esq.
Mark Sandmann, Esq.
RAWLINGS & ASSOCIATES, PLLC
325 W. Main Street
Louisville, KY 40202
Tel: (502) 587-1279
Fax: (502) 584-8580

3

By: */s/ Richard Bemporad*
Richard Bemporad, Esq.
Richard W. Cohen, Esq.
Gerald Lawrence, Esq.
Peter St. Phillip, Jr., Esq.
Todd S. Garber, Esq.
LOWEY DANNENBERG &
COHEN PC
The Gateway – 11th Floor
One North Lexington Avenue
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

*Counsel for Coordinated Plaintiffs*

By: */s/ James P. Rouhandeh*
James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Counsel for Defendants*

4

734846.1