UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 ) ) Master File No. 04-10981 ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: PRODUCTS LIABILITY ACTIONS | ) ) Magistrate Judge Leo T. Sorokin ) ) |

**PRODUCTS LIABILITY PLAINTIFFS' LIAISON COUNSEL'S REPORT TO COURT CONCERNING CERTIFICATION OF PRODUCTS LIABILITY CASES**

In response to Discovery Order No. 19 - Products Cases, dated January 4, 2008 (ECF Doc. # 1049), Products Liability Plaintiffs' Liaison Counsel has collected the reports, certifications, stipulations of dismissal and motions to withdraw filed by Products Liability Plaintiffs into one document, listing by civil action number, each plaintiff and plaintiff's counsel, and indicating whether a certification, stipulation or motion to withdraw has been filed, along with the filing date and docket number of the filing. This document is attached hereto as Exhibit A.

In addition, Finkelstein & Partners, LLP, has submitted a report, listing by civil action, each plaintiff represented by the Finkelstein firm, and indicating whether a certification, stipulation of dismissal or motion to withdraw has been filed, along with the filing date and docket number of the filing. This document is attached hereto as Exhibit B.

2

Dated:  February 6, 2008			Respectfully submitted,

					*Members of Products Liability
					Plaintiffs' Steering Committee*

					By:	**/s/ Andrew G. Finkelstein**
						Andrew G. Finkelstein, Esquire
						Finkelstein & Partners, LLP
						436 Robinson Avenue
						Newburgh, NY  12550


					By:	**/s/ Jack W. London**
						Jack W. London, Esquire
						Law Offices of Jack W. London
						  & Associates
						106 E. 6th Street, Suite 700
						Austin, TX  78701


## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 6, 2008.

Dated:  February 6, 2008

						**/s/ Andrew G. Finkelstein**
						Andrew G. Finkelstein