EXHIBIT A

Case 1:04-cv-10981-PBS   Document 1117-2   Filed 02/06/2008   Page 1 of 9

**IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**
**MDL Docket No. 1629**
**Master File No. 04-10981**
**Judge Patti B. Saris**
**Mag. Judge Leo T. Sorokin**

|    | D. Mass. C.A. No. | Plaintiff | Plaintiff's Counsel | Filing | Date of Filing | Dckt. No. |
|----|----|----|----|----|----|----|
| 1  | 04-12286 | Bakle, Julie | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/07 | 1077 |
| 2  | 04-12624 | Hollaway, Jerry | Mark Edwards<br>The Edwards Law Firm | Certification | 12/13/07 | 996 |
| 3  | 05-10390 | McMinn, Sean | Chad Patrick Hemmat<br>Anderson, Hemmat & Levine, LLC | Certification | 12/20/07 | 1021 |
| 4  | 05-10501 | Barlow, Irene | Jack W. London<br>Jack W. London & Associates P.C. | Certification | 11/13/07 | 951 |
| 5  | 05-10639 | Dorsey, Mary P. | Timothy J. Perry<br>Perry, Krumsiek & Jack LLP | Certification | 12/04/07 | 974 |
| 6  | 05-10828 | Brodsky, Stephen | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 02/01/08 | 1097 |
| 7  | 05-10829 | Huffman, Dan | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1002 |
| 8  | 05-10830 | Paulsen, Patti | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 9  | 05-10832 | Sumait, Rosalia | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/18/07 | 1003 |
| 10 | 05-10833 | Smith, Monica | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |
| 11 | 05-10834 | Cooper, Mary | Levi Boone, III<br>Boone Law Firm | Certification | 12/18/07 | 1009 |
| 12 | 05-10835 | Anderson, Leroy | Levi Boone, III<br>Boone Law Firm | Certification | 12/18/07 | 1010 |
| 13 | 05-10836 | Barker, Linda | Lareen F. Bagley<br>Sloan & Monsour | Not. of Vlntry. Dism. | 01/29/08 | 1096 |
| 14 | 05-11017 | Owens, Darlene | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1001 |
| 15 | 05-11018 | Whitehouse, James H. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1074 |
| 16 | 05-11019 | Vercillo, Frank | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1001 |
| 17 | 05-11020 | Lyman, Gary L. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/18/07 | 1003 |
| 18 | 05-11021 | Minisquero, Mark | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |
| 19 | 05-11022 | James, Nicole Justine | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 972 |
| 20 | 05-11023 | DiGiacomo, Jay | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 988 |
| 21 | 05-11024 | Aronson, Avrill C. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1058 |
| 22 | 05-11025 | Dodson, Joy | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1059 |

| # | Case No. | Plaintiff | Counsel | Filing | Date | Doc # |
|---|----------|-----------|---------|--------|------|-------|
| 23 | 05-11027 | Kern, Dorothy | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1060 |
| 24 | 05-11028 | Dees, John | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1001 |
| 25 | 05-11029 | Veraas, Peter | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 02/01/08 | 1104 |
| 26 | 05-11030 | Populis, Theodore | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1061 |
| 27 | 05-11031 | Wilson, Kathleen | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1062 |
| 28 | 05-11032 | Montgomery, William | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |
| 29 | 05-11033 | Mendoza, Michael | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1060 |
| 30 | 05-11034 | Hargrove, Johnnie | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 988 |
| 31 | 05-11035 | Feyer, Shanan | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 32 | 05-11036 | Retzer, Gregory | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 02/01/08 | 1098 |
| 33 | 05-11037 | Brown, Sidney | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 34 | 05-11153 | BelBruno, Steven | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 972 |
| 35 | 05-11260 | Burroughs, Frieda | Silas G. Cross, Jr.<br>Cross, Poole, Goldasich & Fischer, L.L.C. | Certification | 12/17/07 | 1000 |
| 36 | 05-11261 | Smolucha, Marianne | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Certification | 01/10/08 | 1055 |
| 37 | 05-11262 | Gambardello, Christine | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/08 | 1081 |
| 38 | 05-11263 | Jarosz, John | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 988 |
| 39 | 05-11264 | Almeida, Monica | Marc A. Saggese<br>Cristalli & Saggese, Ltd. | Certification | 12/26/07 | 1044 |
| 40 | 05-11502 | Wilson, Louise C. | J. Christopher Kervick<br>Law Office of J. Christopher Kervick | Certification | 12/20/07 | 1048 |
| 41 | 05-11503 | Cunningham, Brenda | Gene E. Schroer<br>Gene E. Schroer | Certification | 12/19/07 | 1015 |
| 42 | 05-11504 | Coleman, Keith | Christopher H. Neyland<br>Neyland & Brewer, PLLC | Certification | 01/08/08 | 1050 |
| 43 | 05-11505 | Fish, Deborah K. | Christopher H. Neyland<br>Neyland & Brewer, PLLC | Certification | 01/08/08 | 1050 |
| 44 | 05-11513 | Minervino, Mary Ann | Christopher P. Keenan<br>Westermann, Hamilton, Sheehy, Aydelott & Keenan, L.L.P. | Certification | 12/19/07 | 1014 |
| 45 | 05-11514 | Reott, Edward | Margaret M. Egan<br>Egan & Jamiolkowski | Certification | 12/20/07 | 1030 |
| 46 | 05-11515 | Smith, Ruth | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 972 |
| 47 | 05-11699<br>06-10957 | Alsberge, Debra Johnson | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/18/07 | 1003 |
| 48 | 05-11700<br>07-10327 | Briggs, Robin Stern | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/18/07 | 989 |

| # | Case No. | Plaintiff | Attorney / Firm | Status | Date | Doc# |
|---|---|---|---|---|---|---|
| 49 | 05-11701 | Edwards, Keith P. | Keith P. Edwards, pro se<br>Keith P. Edwards, pro se | Certification | 12/20/07 | 1037 |
| 50 | 05-11702<br>05-11750 | Sanutti, Grace | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 02/01/08 | 1108 |
| 51 | 05-11706 | DeRosa, Ellen | D. Michael Noonan<br>Shaheen & Gordon, P.A. | Voluntary Dismissal | 12/20/07 | 1020 |
| 52 | 05-11707 | Hansen, Mary | D. Michael Noonan<br>Shaheen & Gordon, P.A. | Voluntary Dismissal | 12/20/07 | 1020 |
| 53 | 05-11993 | Strickland, Kelly | Eugene C. Brooks<br>Brooks Law Firm | Certification | 01/02/08 | 1045 |
| 54 | 05-11994 | Werner, Carole | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 972 |
| 55 | 05-11995 | Henry, Nancy | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1002 |
| 56 | 05-11996 | Colton, Peggy Ann | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 57 | 05-11997 | Bentley, Joanna | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/18/07 | 1003 |
| 58 | 05-11998 | Dixon, Andre Lashall | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |
| 59 | 05-11999<br>06-11398 | Wendorf, Amy | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1064 |
| 60 | 05-12000 | Richey, Linda | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 988 |
| 61 | 05-12001 | Roberson, Edna | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 62 | 05-12002 | Watson, Scott Alan | Scott Alan Watson, pro se<br>Scott Alan Watson, pro se | (plaintiff is incarcerated but sister advises plaintiff wishes to proceed) | | |
| 63 | 05-12073 | Johnson, Melissa | Manuel H. Miller<br>Law Offices of Manuel H. Miller | Certification | 12/20/07 | 1022 |
| 64 | 05-12074 | Leiendecker, Sandra | Michael D. Liberty<br>Law Office of Michael D. Liberty | Certification | 12/20/07 | 1023 |
| 65 | 05-12075 | Dolgoff, Shirley | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 02/01/08 | 1099 |
| 66 | 05-12076 | McPherson, Harold J. | Daniel E. Becnel, Jr.<br>Becnel Law Firm, L.L.C. | Certification | 01/22/08 | 1088 |
| 67 | 05-12122 | Demers, Gerald | D. Michael Noonan<br>Shaheen & Gordon, P.A. | Voluntary Dismissal | 12/20/07 | 1020 |
| 68 | 05-12123 | Teater, Teresa E. | Teresa E. Teater, pro se<br>Teresa E. Teater, pro se | Certification | 12/20/07 | 1036 |
| 69 | 05-12127<br>06-11021 | White, Judy & Ryan | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 02/01/08 | 1100 |
| 70 | 05-12128 | Christ, Lisa M. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1065 |
| 71 | 05-12129 | Acton, Albert | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1002 |
| 72 | 05-12384 | Dane, Krystie | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 73 | 05-12386<br>06-10535 | Smith, Rosemary | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/18/07 | 1003 |
| 74 | 05-12387 | Marzolo, Paul | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |

| # | Case No. | Plaintiff | Attorney / Firm | Type | Date | Doc |
|---|---|---|---|---|---|---|
| 75 | 05-12388 | Mosley, Thelma Juanita | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 972 |
| 76 | 05-12444 | Craft, Joan | Kenneth Gilman<br>Gilman and Pastor, LLP | Voluntary Dismissal | 12/19/07 | 1013 |
| 77 | 05-12593 | McGee, Oscar | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 988 |
| 78 | 05-12594 | O'Bryan, Arnold | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 79 | 05-12595 | French, Sandra | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/18/07 | 1003 |
| 80 | 06-10108 | Spears, Christy Poe | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 02/01/08 | 1101 |
| 81 | 06-10109 | Belongie, Gerald W., Jr. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 972 |
| 82 | 06-10110 | Montgomery, Maralyn | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 988 |
| 83 | 06-10111 | Sizemore, Algina | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 84 | 06-10112 | George, Lanny | Marshall P. Richer<br>Finkelstein & Partners, LLP | Certification | 01/11/08 | 1075 |
| 85 | 06-10253 | Scott, Kim E. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |
| 86 | 06-10254 | Haddock, Larry | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 972 |
| 87 | 06-10255 | Lutz, Dallas Mae | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 988 |
| 88 | 06-10309 | Johnson, Elmenia | Paul E. Mayeaux<br>Robert L. Manard, PLC | Certification | 12/17/07 | 1025 |
| 89 | 06-10310 | Aranda, Maria | Ricardo A. Garcia<br>Garcia & Karam, L.L.P. | Certification | 12/12/07 | 995 |
| 90 | 06-10311 | Fonseca, Jose Magdaleno | Ricardo A. Garcia<br>Garcia & Karam, L.L.P. | Certification | 12/12/07 | 993 |
| 91 | 06-10419 | Sims, Donna | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1067 |
| 92 | 06-10420 | Blackwell, Andria Renee | Christopher E. Fitzgerald<br>Fitzgerald & Associates, PLLC | Certification | 11/20/07 | 961 |
| 93 | 06-10536 | Cascio, Joseph | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 94 | 06-10537 | Cailor, Lore J. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 95 | 06-10538 | Keegan, Kevin | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1001 |
| 96 | 06-10539 | Adkins, Donna Joyce | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1002 |
| 97 | 06-10687 | Salinas, Sulema | Ricardo A. Garcia<br>Garcia & Karam, L.L.P. | Certification | 12/12/07 | 991 |
| 98 | 06-10689 | Felici, Lilia | Ricardo A. Garcia<br>Garcia & Karam, L.L.P. | Certification | 12/12/07 | 990 |
| 99 | 06-10777 | Cook, Earl Richard | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 100 | 06-10778 | Strickland, Bernard | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 10/03/07 | 895 |

| # | Case | Name | Attorney / Firm | Type | Date | Doc |
|---|---|---|---|---|---|---|
| 101 | 06-10779 | Burke, Sharon | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/08 | 1078 |
| 102 | 06-10780 | Morris, Judy | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1068 |
| 103 | 06-10912 | Accettullo, Martha | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 12/20/07 | 1027 |
|  | 06-10912 | Igbonagwam, Dametria | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-10912 | Wilson, Kristina | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-10912 | Jones-Coleman, Lovell L. | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1111 |
|  | 06-10912 | Gross, Kenneth | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1112 |
|  | 06-10912 | Northcutt, Charles | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1112 |
|  | 06-10912 | Young, Kathy | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1112 |
|  | 06-10912 | Jones, Carla | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1113 |
| 104 | 06-10913 | Flanders, Jennifer | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/08 | 1080 |
| 105 | 06-10914 | Ellis, Howard | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/08 | 1079 |
| 106 | 06-10954 | Huff, David | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/08 | 1082 |
| 107 | 06-10955 | Bundoff, Robin | Stephen N. Leuchtman<br>Ravid Assoc. | Certification | 01/23/08 | 1089 |
| 108 | 06-10956 | Henderson, Dale Wayne | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Certification | 12/18/07 | 1008 |
| 109 | 06-11022 | Brewster, Kamaliha Y. | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 12/20/07 | 1027 |
|  | 06-11022 | Jackson, Timothy | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-11022 | Logan, Sandra | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
| 110 | 06-11023 | Girard, Charles D., Sr. | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 12/20/07 | 1027 |
|  | 06-11023 | Carpenter, Felisha | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-11023 | Carpenter, Lesa | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-11023 | Kestner, Mary | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-11023 | Knowlton, Barbara | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-11023 | Napoli-Branson, Jennifer | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-11023 | Pastine, Sherry | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |

| # | Case | Name | Attorney / Firm | Type | Date | Doc |
|---|---|---|---|---|---|---|
| 111 | 06-11024 | Anderson, Virgil L. | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 12/20/07 | 1027 |
|  | 06-11024 | Best, Tosha | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
|  | 06-11024 | McCue, Zina | Newton B. Schwartz, Sr.<br>Law Offices of Newton B. Schwartz, Sr. | Certification | 02/01/08 | 1103 |
| 112 | 06-11154 | Ballard, Dellapino | Dellapino Ballard, pro se<br>Dellapino Ballard, pro se | (correspondence to plaintiff returned as undeliverable) | | |
| 113 | 06-11381 | Agee, Shelia | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 114 | 06-11382 | Baker, Meicki | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 115 | 06-11383 | Brown, Charles | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 116 | 06-11384 | Chappell, Troy | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 117 | 06-11385 | Eaddy, Leisa | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 118 | 06-11386 | Grissom, Odessa | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 119 | 06-11387 | Holloway, Marsha | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 120 | 06-11388 | Huff, Pauline | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 121 | 06-11389 | Poole, Jacqueline | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 122 | 06-11390 | Reach, Joyce | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 123 | 06-11391 | Whitten, Jessica | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 124 | 06-11392 | Lewis, Marilyn | Michael A.K. Dan<br>Michael A.K. Dan Law Office | Certification<br>Certification (revised) | 01/24/08<br>01/29/08 | 1091<br>1095 |
| 125 | 06-11393 | Putnam, Deanna | Peter J. Stubbs<br>Law Offices of Peter J. Stubbs | Certification | 12/18/07 | 1004 |
| 126 | 06-11394 | Mustafa, Fazila | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 127 | 06-11395 | Wolosonowich, Dennis A. | Marshall P. Richer<br>Finkelstein & Partners, LLP | Certification | 01/11/08 | 1075 |
| 128 | 06-11396 | Amato, Melissa | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/08 | 1076 |
| 129 | 06-11397 | Blackwell, Marilyn | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1069 |
| 130 | 06-11445 | Mecija, Jennifer | Jeremy R. Feitz<br>Edgar Law Firm | Certification | 12/19/07 | 1012 |
| 131 | 06-11446 | Young, Brent D. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1001 |
| 132 | 06-11482 | Libby, Dawn M. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1002 |
| 133 | 06-11483 | Campbell, Nicole | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 134 | 06-11579 | Morrow, Jason | Jason Morrow, pro se<br>Jason Morrow, pro se | (correspondence to plaintiff returned as undeliverable) | | |

| # | Case No. | Plaintiff | Counsel | Filing | Date | Doc |
|---|---|---|---|---|---|---|
| 135 | 06-11580 | Gaudio, Sandra | Mazie Slater Katz & Freeman, LLC<br>Adam M. Slater | Certification | 12/18/07 | 1005 |
| 136 | 06-11581 | Fenelon, Jamie | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1070 |
| 137 | 06-11582 | Long, Patti | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |
| 138 | 06-11583 | Burleson, James Michael | Ricardo A. Garcia<br>Garcia & Karam, L.L.P. | Certification | 12/12/07 | 994 |
| 139 | 06-11584 | Shaw, Joy M. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1001 |
| 140 | 06-11640 | Manfredi, Christine | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/08 | 1082 |
| 141 | 06-11773 | Tilley, Kelly | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 142 | 06-11774 | Diana, Amanda Marie | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 02/01/08 | 1102 |
| 143 | 06-11775 | Garcia, Jose | Ricardo A. Garcia<br>Garcia & Karam, L.L.P. | Certification | 12/12/07 | 992 |
| 144 | 06-11882 | Johnson, Daniel | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1071 |
| 145 | 06-11935 | Shelley, Larry E. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |
| 146 | 06-12048 | Cox, Sharon & Earl | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Certification | 12/18/07 | 1008 |
| 147 | 06-12049 | Hogge, Sean | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 01/11/08 | 1072 |
| 148 | 06-12063 | Farris, Jeffrey | Mary Ellen Wright<br>Finkelstein & Partners, LLP | Certification | 01/11/08 | 1075 |
| 149 | 06-12212 | Ramsey, Lena | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 150 | 06-12213 | Beckworth, Dorothy | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 151 | 07-10106 | Pursey, Mitzi | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/12/07 | 989 |
| 152 | 07-10324 | Bonner, Hilda | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Certification | 12/18/07 | 1008 |
| 153 | 07-10332 | Michielsen, Steven L. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 02/01/08 | 1107 |
| 154 | 07-10428 | Southern, Jessica | William L. Bross<br>Heninger Garrison Davis, LLC | Certification | 12/27/07 | 1034 |
| 155 | 07-10567 | De La Garza, Jennifer | Kathryn Snapka<br>The Snapka Law Firm | Certification | 12/18/07 | 1006 |
| 156 | 07-10569 | Armbruster, Mary | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Stip. of Dismissal | 02/01/08 | 1103 |
| 157 | 07-10630 | Isaacs, Debora L. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1002 |
| 158 | 07-10853 | Woolum, Pamela | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 159 | 07-10857 | Brook, Susan | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 02/01/08 | 1106 |
| 160 | 07-11007 | Neilson, Leslie | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Motion to Withdraw | 01/14/08 | 1084 |

| # | Case No. | Name | Attorney / Firm | Type | Date | Doc |
|---|----------|------|-----------------|------|------|-----|
| 161 | 07-11067 | Valentine, Deborah | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 162 | 07-11072 | Wampole, Bryan | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 163 | 07-11156 | Telles, Gloria | Walter L. Boyaki<br>Miranda & Boyaki | Certification | 01/02/08 | 1043 |
| 164 | 07-11253 | Sloan, Doris | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1001 |
| 165 | 07-11255 | Milligan, Donald E., Jr. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Motion to Withdraw | 02/01/08 | 1109 |
| 166 | 07-11280 | Lynch, Cynthia Ulett | Cynthia Ulett Lynch, pro se<br>Cynthia Ulett Lynch, pro se | Certification | 12/10/07 | 985 |
| 167 | 07-11336 | Huberman, Allan M. | Paul S. Hughes<br>Paul S. Hughes, Esq. | Certification | 01/03/08 | 1047 |
| 168 | 07-11426 | Bulger, Ronald J. | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/17/07 | 1002 |
| 169 | 07-11428 | Shearer, Linda B. | Kenneth B. Fromson<br>Finkelstein & Partners, LLP | Certification | 12/03/07 | 971 |
| 170 | 07-11499 | Newberry, Holly | Harris L. Pogust<br>Pogust, Braslow & Millrood, LLC | Certification | 12/18/07 | 1008 |
| 171 | 07-11795 | Allen, Jessie | Levi Boone, III<br>Boone Law Firm | Certification | 12/18/07 | 1007 |
| 172 | 07-12129 | Brida, Janeen | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 173 | 07-12233 | Vinyard, Janice | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |
| 174 | 07-12236 | Reilly, Arthur | Andrew G. Finkelstein<br>Finkelstein & Partners, LLP | Certification | 12/20/07 | 1024 |