Deputy Clerk Maria Simeone,
United States District Court for
the District of Massachusetts,
One Courthouse Way,
Boston, Massachusetts 02210

RE: UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETT
In re: NEURONTIN MARKETING,        : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS       :
LIABILITY LITIGATION               : Master File No. 04-10981

: Judge Patti B. Saris

: Magistrate Judge Leo T. Sorokin

Dear Deputy Clerk Maria Simeone:

Please be advised that I will be available on March 7, 2008 to speak with you about the above noted litigation.

Please call me directly at (570) 441-8315 at your convenience.

Thank you for your assistance in this matter.

Grace D. Sanutti
Planitff-Pro-Se
703 Picnic Lane
Selinsgrove Pa. 17870
(570) 441-8315 cell
(570) 743-4275 home