UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x

In re:  NEURONTIN MARKETING,               : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS       :
        LIABILITY LITIGATION               : Master File No. 04-10981

----------------------------------------------------------------x

                                           : Judge Patti B. Saris
                                           :
        THIS DOCUMENT RELATES TO:          :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
        (*Grace D. Sanutti*)      :

----------------------------------------------------------------x

## PLAINTIFF GRACE D. SANUTTI'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Grace D. Sanutti, *pro se* and pursuant to United States
Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.      My name is Grace D. Sanutti. I am Plaintiff, *pro se*, in the above entitled
        action.

2.      I intend to proceed with the litigation of the above entitled action.

3.      I have reviewed the relevant medical records and the allegations of the
        Complaint in the above entitled action.

4.      I believe pursuit of the action is warranted.

                                   Respectfully submitted,

                                   *[signature]*

                                   Grace D. Sanutti
                                   703 Picnic Lane
                                   Selinsgrove, Pa. 17870
                                   570-441-8315 phone
                                   570-743-3038 fax

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to the following on 28 day of January 2008.

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendant*

Grace D. Sanutti, Plantiff


703 Picnic Lane
Selinsgrove, Pa. 17870
(570) 441-8315