UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES            )
PRACTICES, AND PRODUCTS LIABILITY           )
LITIGATION                                  )    MDL Docket No. 1629
_____)    Master File No. 04-10981
                                            )
THIS ORDER RELATES TO:                      )    Judge Patti B. Saris
                                            )    Mag. Judge Leo T. Sorokin
ALL PRODUCTS LIABILITY ACTIONS              )
_____)

Discovery Order No. 21

February 8, 2008

SOROKIN, M.J.

    1. Designation of Track One Cases

    Originally, the Court designated for Track One the following six cases:

    (1) Owens v. Pfizer, Inc., CA No. 05-11017; (2) Vercillo v. Pfizer, Inc., CA No. 05-11019; (3) Roberson v. Pfizer, Inc., CA No. 05-12001; (4) McGee v. Pfizer, Inc., CA No. 05-12593; (5) Pursey v. Pfizer, Inc., CA No. 07-10106; and (6) Fenelon v. Pfizer, Inc., CA No. 05-11581.

    In light of the Motion to Withdraw in Fenelon, this case is no longer a Track One Case. Based upon the Court's review of the docket, the other five plaintiffs have all filed the required certifications. In place of the Fenelon case, the Court designates Dixon v. Pfizer, Inc., CA No. 05cv11998. The Court selected this case randomly from the Finkelstein firm cases. When defense counsel file their Notice designating two cases, their notice shall include a list of all the Track One cases (i.e. the above six cases, the District of Massachusetts cases previously designated by the Court and the two cases designated by the Plaintiffs).

2. <u>Order Re: Motions to Withdraw (Docket #s 1106, 1107, 1109)</u>

On February 1, 2008, the Finkelstein firm filed motions to withdraw from several cases which were omitted from the December 20, 2007 list of Finkelstein cases (Docket #s 1106, 1107, and 1109). Due to that omission, counsel did not comply with the Court's Discovery Order No. 19, dated January 4, 2008. Counsel is hereby ORDERED to serve on the below plaintiffs, no later than Wednesday, February 13, 2008, the attached Order on counsel's Motion to Withdraw. As specified in the revised Order, plaintiffs must respond to the Court no later than February 25, 2008.

| <u>Plaintiff</u> | <u>CA No.</u> | <u>Docket #</u> |
|---|---|---|
| Susan Brook | 07-10857 | 1106 |
| Steven Michielsen | 07-10332 | 1107 |
| Donald E. Milligan, Jr. | 07-11255 | 1109 |

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES )
PRACTICES, AND PRODUCTS LIABILITY )
LITIGATION                                  )    MDL Docket No. 1629
_____)    Master File No. 04-10981
                                            )
THIS ORDER RELATES TO:             )    Judge Patti B. Saris
                                            )    Mag. Judge Leo T. Sorokin
Products Liability C.A. No.__-_____   )
_____)

ORDER RE: MOTION TO WITHDRAW
February 8, 2008

SOROKIN, M.J.

The attorney representing you in this litigation has filed with the Court a Motion to Withdraw as your attorney.  **The Court will allow your attorney to withdraw and dismiss your case unless you do one of the following by February 25, 2008:**

1. Hire a different Attorney to represent you in this case and have the Attorney file a Notice of Appearance on Your Behalf by February 25, 2008.

2. Write to the Court by February 25, 2008 saying either you object to your lawyer withdrawing and/or you want to represent yourself in this lawsuit.  Your letter should include the number of your case listed above.  You will then be **required** to attend a hearing on March 7, 2008 at 10:00 a.m. in Courtroom #14 before Magistrate Judge Leo T. Sorokin of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.  If wish to attend this hearing by telephone and you do not live in Massachusetts, you must write to Deputy Clerk Maria Simeone, United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 by February

3

25, 2008 and provide her the telephone number at which you wish the Court to call you on March 7, 2008.

**If you fail to take either of the above steps by February 25, 2008, the Court will dismiss your case.**

SO ORDERED.

/s/ Leo T. Sorokin

_____

United States Magistrate Judge