UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION
------------------------------------------------- x

THIS DOCUMENT RELATES TO:

    ALL PRODUCTS LIABILITY ACTIONS

------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin

**DEFENDANTS' RE-DESIGNATION OF "TRACK ONE"
CASES PURSUANT TO DISCOVERY ORDER 19**

Pursuant to Discovery Order No. 19, defendants hereby select the following Track One cases to proceed to deposition discovery: *Valentine, et al. v. Pfizer Inc., et al.,* No. 07-11067-PBS, and *Woolum, et al. v. Pfizer Inc., et al.*, No. 07-10853-PBS.

Dated: February 11, 2008              DAVIS POLK & WARDWELL


                                      By: /s/ James P. Rouhandeh
                                          James P. Rouhandeh

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      (212) 450-4000

                                      SHOOK, HARDY & BACON L.L.P.

                                      By: /s/ Scott W. Sayler
                                          Scott W. Sayler

                                      2555 Grand Boulevard
                                      Kansas City, MO 64108
                                      (816) 474-6550

-and-

HARE & CHAFFIN

By: /s/ David B. Chaffin
     David B. Chaffin

160 Federal Place
Boston, MA 02110

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 11, 2008.

/s/ David B. Chaffin