UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                                       :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                           :   Master File No. 04-10981
        SALES PRACTICES AND                            :
        PRODUCTS LIABILITY LITIGATION                  :   Judge Patti B. Saris
-------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                       :
THIS DOCUMENT RELATES TO:                              :
                                                       :
     STEVEN MICHIELSEN.                                :   Individual Case No. 07-10332
     v. PFIZER INC.                                    :
-------------------------------------------------------x
```

**CERTIFICATE OF SERVICE RE PLAINTIFF STEVEN MICHIELSEN**

I hereby certify that the attached Order re: Motion to Withdraw, dated February 8, 2008, has been filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 11, 2008; and that this document has also been served on Plaintiff Steven Michielsen, pursuant to Discovery Order No. 21, on February 11, 2008, by sending a copy of the document to Plaintiff by (1) certified mail return receipt requested at Plaintiff's last known mailing address, 842 North Water, Gallatin, TN 37066; and (2) regular first class mail postage prepaid to Plaintiff's secondary contact address, c/o H. Robert Michielsen, 440 Corum Hill Road, Castalian Springs, TN 37031.

        /s/ Andrew G. Finkelstein
        Andrew G. Finkelstein
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY  12550

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| ) <br> THIS ORDER RELATES TO: ) <br> ) <br> Products Liability C.A. No.07- 10332 ) <br> ) | Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

ORDER RE: MOTION TO WITHDRAW
February 8, 2008

SOROKIN, M.J.

The attorney representing you in this litigation has filed with the Court a Motion to Withdraw as your attorney. **The Court will allow your attorney to withdraw and dismiss your case unless you do one of the following by February 25, 2008:**

1. Hire a different Attorney to represent you in this case and have the Attorney file a Notice of Appearance on Your Behalf by February 25, 2008.

2. Write to the Court by February 25, 2008 saying either you object to your lawyer withdrawing and/or you want to represent yourself in this lawsuit. Your letter should include the number of your case listed above. You will then be **required** to attend a hearing on March 7, 2008 at 10:00 a.m. in Courtroom #14 before Magistrate Judge Leo T. Sorokin of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210. If wish to attend this hearing by telephone and you do not live in Massachusetts, you must write to Deputy Clerk Maria Simeone, United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 by February

3

25, 2008 and provide her the telephone number at which you wish the Court to call you on March 7, 2008.

**If you fail to take either of the above steps by February 25, 2008, the Court will dismiss your case.**

SO ORDERED.

/s/ Leo T. Sorokin

_____

United States Magistrate Judge