# EXHIBIT B

EXPERT REPORT OF SANDER GREENLAND, M.A., M.S., Dr.P.H.

Regarding the Epidemiology of Neurontin® (gabapentin) and Suicidal Behavior

October 19, 2007

**1. Task and Summary**

I have been asked by Andrew Finkelstein of Finkelstein and Partners LLP to review and comment on the epidemiologic evidence linking gabapentin (Neurontin®) to suicide. The epidemiologic evidence regarding the relation of gabapentin to suicidal behavior appears to be very limited, with only one report appearing as a primary study in a peer-reviewed journal.

The unpublished material I have reviewed comprises reports and communications from Pfizer to the FDA, including the following submissions:

1) "Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials and Postmarketing Survelliance," dated 09 September 2004; signatory: Bruce Parsons, M.D., Ph.D. and hereafter referred to as the first Parsons report, which covers phase 2-4 trials.

2) "Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials – Phase I Studies," dated 16 November 2004; signatory: Bruce Parsons, M.D., Ph.D. and hereafter referred to as the second Parsons report, which supplements the clinical-trials section of the first report with phase-I trials.

3) "Gabapentin and Suicide," dated 17 October 2005; signatory: Jeffrey D. Mohan, Pharm. D. and hereafter referred to as the Mohan report.

support for any conclusion. It is equally true that the available postmarketing data on the gabapentin case reports does not support absence of a causal association between gabapentin and suicide or suicide attempt. Again, a neutral summary would say that the data presented provide no statistical basis for evaluating any reasonable hypothesis about gabapentin effects on completed suicide or on suicide attempts.

*Evertsz Letter*

The Evertsz letter provides a summary of data from blinded controlled clinical trials of gababpentin involving in total 5,194 gabapentin-treated patients and 3,635 controls (including 2,682 inert-placebo controls); see table at top of page 4 of letter. No completed suicides or attempted suicides were reported in any group, rendering the data uninformative for comparing suicide risk in the gabapentin-treated to the suicide risk in the controls. The table also reports two cases of suicidal ideation among the gabapentin treated as opposed to one case among the controls, numbers too small to support any statistically reliable comparison.

The letter follows the table with the comment "Pfizer believes that the currently submitted data provides further support for the conclusion that Neurontin neither causes nor is associated with an increased risk of suicidal behavior and thinking, including completed suicide, suicide attempt, suicide gesture, and suicide ideation." This comment fails to recognize the paucity of information in the data regarding suicide outcomes. The lack of completed and attempted suicides implies that the data presented provide no statistical support for any reasonable hypothesis, including the hypothesis that gabapentin

does not cause suicide or suicide attempt (the null hypothesis), and the hypothesis that gabapentin does cause suicide or suicide attempt (the causal hypothesis).

*Conclusions*

The Conclusions (section 16, p. 57) of the first Parsons report only repeats the one-sided interpretation of the results mentioned above. It states the results "did not indicate and increased risk for suicide with gabapentin treatment," but fails to note that the results also do not indicate that there is no increased risk. The same problem afflicts the conclusions of the Mohan report and the Evertsz letter. A neutral evaluation of the results would acknowledge that the data presented in the unpublished Pfizer reports and communications (including the Parsons reports, the Mohan report, and the Evertsz letter) provide too little information regarding the relation of gabapentin to suicide risk to draw any statistical or epidemiological conclusion based on those data.

The same problems and consequent inability to derive sound and reliable conclusions would apply to any other data that have few suicides, or that lack a control group, or that come from postmarketing surveillance systems.

**4. Evaluation of J.C. Collins and B.H. McFarland, "Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,"** *Journal of Affective Disorders,* **2007.**

Collins and McFarland (2007) used the Oregon State Medicaid and mental health databases to construct comparisons of suicide rates among patients prescribed one of 3 drugs (divalproex, gabapentin, and carbamazepine) to the rates among patients prescribed