# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------X

In re: NEURONTIN MARKETING     MDL Docket No. 1629

SALES PRACTICES, AND PRODUCTS  Master File No.

LIABILITY LITIGATION           04-10981

-------------------------------X


VIDEOTAPED DEPOSITION OF

MICHAEL ROBERT TRIMBLE, M.D.

New York, New York

October 19, 2007

VOLUME II


Reported by:
Bonnie Pruszynski, RMR

Page 251

 2  us yesterday; do you recall that? Changes in mood
 3  and depression leading to suicide.
 4      A   More than just depression.
 5  Psychiatric adverse events leading to suicide
 6  which include depression.
 7      Q   And as a scientific matter, if you
 8  are assessing a causal relationship between
 9  exposure to an agent of interest and an outcome of
10  interest, is it preferable to examine the outcome
11  of interest or, rather, is it preferable to look
12  at an intermediate step between exposure and the
13  ultimate outcome of interest?
14          MR. FINKELSTEIN: Objection as to
15      form.
16      A   If you have a signal of an adverse
17  event, then you may want to go backwards to see
18  other associations to that adverse event, if
19  that's what you mean by an intermediate outcome.
20          So, if you have an event, such as in
21  the Smith case, of a suicide, you may want to go
22  back to see what the relationship, intermediate
23  relationship could have been between depression,
24  hostility, anger, et cetera, and that ultimate
25  event, if that is what you mean by an intermediate

Page 252

 2  event.
 3          (Trimble Exhibit Number 10 marked for
 4      identification as of this date.)
 5      Q   Let's look at what we have marked as
 6  Exhibit 10.
 7          Professor Trimble what has been
 8  placed in front of you is a letter addressed to
 9  Russell G. Katz of the FDA, dated 22 June, 2006;
10  is that correct?
11      A   Correct.
12      Q   Have you ever seen this document
13  before, sir?
14      A   I don't believe so. I have seen a
15  lot of documents. I don't believe I have seen
16  this.
17      Q   The central issue in your report in
18  this litigation deals with a presumed connection
19  between or an alleged connection --
20          MR. FINKELSTEIN: Do you want him to
21      read the letter?
22      A   I would like to know what it is you
23  are going to ask me questions about.
24      Q   I'm asking you about your report
25  right now.

Page 253

 2      A   Okay.
 3      Q   I will ask you about that in a
 4  minute.
 5      A   Okay.
 6      Q   Your central, the central issue of
 7  your report in this case is the alleged
 8  relationship between exposure to gabapentin and
 9  suicidal behavior; correct?
10      A   Correct.
11      Q   All right. You have not seen this
12  document before?
13      A   I would like time to read it, please.
14      Q   Can you recognize, looking at the
15  first page, whether you have seen it or not?
16      A   No, I can't.
17      Q   Read it, please.
18      A   Could you clarify for me what the
19  nature of the document is? Why it was sent from
20  one person to another?
21      Q   It should be evident if are you going
22  to take the time to read it.
23      A   Okay. Thank you.
24          Excuse me. Do you have a pen --
25  marker pen?

Page 254

 2          Am I permitted to mark this, please?
 3      Q   No, I would prefer you didn't.
 4      A   Oh, okay.
 5      Q   Mark his copy.
 6      A   Can I --
 7          MR. FINKELSTEIN: Sure.
 8          (Discussion held off the record.)
 9      A   You did ask me to read it.
10      Q   You asked to read it. Please, go
11  ahead.
12          Have you ever seen the document
13  marked as Exhibit 10 before I showed it to you
14  this morning?
15      A   No, I haven't.
16      Q   Turn to page four, please.
17      A   I have page four.
18      Q   There is a table there that lists
19  incidence rates for completed suicide, suicide
20  attempt and suicidal ideation, among other
21  outcomes; correct?
22      A   That is correct.
23      Q   In the second column from the right,
24  gabapentin, what is the N or number of patients
25  comprising that group?

Page 255

2   A   5194.
3   Q   To the right of it, what is the
4 number patients comprising the placebo group?
5   A   2682.
6   Q   What is the incidence of completed
7 suicide in the gabapentin group?
8   A   Zero.
9   Q   What is the incidence of completed
10 suicide in the placebo group?
11   A   Zero.
12   Q   What is the incidence of suicide
13 attempt in the gabapentin group?
14   A   Zero.
15   Q   And what is the incidence of suicide
16 attempt in the placebo group?
17   A   Zero.
18   Q   And, Professor, if you would please
19 look down at the fourth row from the bottom,
20 suicidal ideation, what is the number of, excuse
21 me, the number of events of suicidal ideation and
22 the percentage thereof in the gabapentin group?
23   A   Two, in parentheses 0.039.
24   Q   And what is the number of events and
25 percentage in the placebo group?

Page 256

2   A   One, in parentheses 0.037.
3   Q   Is this something that you think a
4 scientist should have looked at in assessing
5 whether there is a relationship between gabapentin
6 and suicide in this case?
7   A   It is not relevant to the issue. The
8 answer is no.
9   Q   Professor Trimble, I just want to
10 give you another chance on that.
11      Is it your opinion, as a scientist,
12 that the incidence rates of completed suicide,
13 suicide attempt and suicidal ideation from
14 randomized, double blind, placebo-controlled
15 clinical trials are not relevant to a causal
16 assessment of whether the agent of interest,
17 gabapentin, has a causal association with either
18 of those three outcomes? Is that your opinion?
19   A   That is my opinion.
20      Have we finished with this?
21   Q   Yes.
22      Do you have any information or
23 knowledge as to the total patient exposure to
24 gabapentin in clinical use since the time of its
25 introduction in 1993?

Page 257

2   A   As of today, no.
3   Q   So, I take it you, therefore, have no
4 expectation as to how many events of suicide or
5 suicide attempt or ideation would have, might have
6 been reported if your theory were true?
7   A   I do not know how many cases of
8 suicidal ideation, suicide attempt or completed
9 suicide have been reported worldwide.
10   Q   Now, do you have any belief as to
11 what those numbers might be?
12   A   I do not.
13   Q   Have you looked at any post-marketing
14 data analyses in connection with this case?
15   A   I have referred already to company
16 documents that I have seen.
17   Q   None other than what is cited in your
18 report; correct?
19      Let me ask it better.
20      Have you looked at any post-marketing
21 pharmacovigilance data regarding suicide, suicide
22 attempt or suicidal ideation that are not
23 referenced in your report?
24   A   My report did not reference every
25 single document that I have seen for obvious

Page 258

2 reasons that it has to be a containable document
3 and readable by people involved in the case, but I
4 have cited the most relevant that I consider to be
5 important in this case, but there are other
6 company documents. There are hundreds of company
7 documents that I could have quoted leading, for
8 example, to the conclusion that depression is a
9 side effect that occurs in five percent or more of
10 the population, but I don't quote them all, but I
11 quote some.
12   Q   Were you provided any company
13 documents constituting an overall analysis of the
14 post-marketing safety database for gabapentin?
15   A   I just don't know the status of some
16 of the documents that I have had — I don't, I
17 just don't know whether a document that I have
18 here in front of me now is the kind of document
19 you are talking about. I just don't know the
20 status of the documents, that is all I am saying.
21 And, of course, they change from year to year, I
22 expect.
23   Q   Please take a look at page 3806 in
24 your report marked as Exhibit 3.
25   A   Yes.