Theodore L Populis
16080 N. Populis Road
Amite, La. Parish of Tangipahoa
70422

January 27, 2008

Deputy Clerk Maria Simone
United States District Court for
The District of Massachusetts
One Courthouse Way
Boston, Massachusetts  02210

Re.  MDL Docket No. 1629
Master File No. 04-10981

Deputy Clerk Maria Simone

I received a certified letter from counsel with a copy of motion to withdraw.  I understand I must now acknowledge my desire to represent myself in this lawsuit.  I will be available by phone on March 7, 2008, as set by your order/directive.  My cell phone is (985) - 517 - 2076.  I give this as a 1st contact. My home phone is (985) 748 - 8585.  This is my 2nd number of choice.

Thank you for this courtesy.