UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES :
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : MDL Docket No. 1629
---------------------------------------------------------------------x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al., :
06-10912-PBS : Magistrate Judge Leo T. Sorokin
:
VIRGIL L. ANDERSON et al. v. PFIZER INC et al., :
06-11024-PBS :
:
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., :
06-11022-PBS :
:
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., :
06-11023-PBS :
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that James A. Stegall, III of Law Offices of Newton B. Schwartz, Sr. hereby enters his appearance in above referenced proceedings.

Dated: February 11, 2008

Respectfully submitted,

_____
James A. Stegall, III
TX. Bar 24037544
LAW OFFICES OF NEWTON B. SCHWARTZ, SR.
1911 Southwest Freeway
Houston, TX 77098
Telephone: 713-630-0708
Facsimile: 713-630-0789
Email: trey@nbslawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 31, 2006.

_____
James A. Stegall, III