UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------ x
                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :
        SALES PRACTICES AND                      :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION            :
------------------------------------------------ x   Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :   Magistrate Judge Leo T.
                                                 :   Sorokin
        ALL PRODUCTS LIABILITY ACTIONS           :
                                                 :
                                                 :
                                                 :
                                                 :
------------------------------------------------ x
```

**DEFENDANTS' SUPPLEMENTAL RE-DESIGNATION OF TRACK ONE CASES PURSUANT TO DISCOVERY ORDER 19 AND IDENTIFICATION OF TRACK ONE CASES PURSUANT TO DISCOVERY ORDER NO. 21**

Pursuant to Discovery Order No. 19, defendants selected the following Track One cases to proceed to deposition discovery: *Valentine, et al. v. Pfizer Inc., et al.* No. 07-11067-PBS, and *Woolum, et al. v. Pfizer Inc., et al.*, No. 07-10853-PBS. Pursuant to Discovery Order No. 21, defendants provide the Court with the following list of all Track One Cases:

(1)  *Owens v. Pfizer, Inc., et al.,* CA No. 05-11017-PBS
(2)  *Vercillo v. Pfizer, Inc., et al.,* CA No. 05-11019-PBS
(3)  *Roberson v. Pfizer, Inc., et al.,* CA No. 05-12001-PBS
(4)  *McGee v. Pfizer, Inc.., et al.,* CA No. 05-12593-PBS
(5)  *Pursey v. Pfizer, Inc., et al.,* CA No. 07-10106-PBS
(6)  *Dixon v. Pfizer, Inc., et al.,* CA No. 05cv11998-PBS
(7)  *Valentine v. Pfizer, Inc., et al.* No. 07-11067-PBS
(8)  *Woolum v. Pfizer Inc., et al.*, No. 07-10853-PBS
(9)  *Smith v. Pfizer Inc., et al.,* No 05-11515-PBS
(10) *Bentley v. Pfizer Inc., et al.,* No. 05-11997-PBS
(11) *Shearer v. Pfizer Inc., et al.,* No. 07-11428-PBS
(12) *Bulger v. Pfizer Inc., et al.,* No. 07-11426-PBS
(13) *Huberman v. Pfizer Inc., et al.,* 07-11336-PBS
(14) *Dorsey v Pfizer Inc., et al.,* No. 05-10639-PBS

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
      James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
      Scott W. Sayler

2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

-and-

HARE & CHAFFIN

By: /s/ David B. Chaffin
      David B. Chaffin

160 Federal Place
Boston, MA 02110

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 12, 2008.

/s/ David B. Chaffin

2817171v1