UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge Patti B. Saris |
| ALL ACTIONS | ) ) | Magistrate Judge Leo T. Sorokin |

### PRODUCTS LIABILITY PLAINTIFFS' MOTION TO ESTABLISH A PLAINTIFFS' PERSONAL INJURY LITIGATION EXPENSE FUND

Products Liability Plaintiffs respectfully move for: (1) a Case Management Order establishing a Plaintiffs' Personal Injury Litigation Expense Fund to compensate and reimburse attorneys for services performed and expenses incurred for the common benefit of MDL 1629 personal injury plaintiffs; and (2) a Case Management Order delineating guidelines for MDL 1629 personal injury plaintiffs' counsel's time and expense reporting for the reimbursement of common benefit fees and related costs incurred in the prosecution of this pharmaceutical litigation. The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Products Liability Plaintiffs respectfully request that the Court approve, sign and enter: (1) the Case Management Order for Establishment of Plaintiffs' Personal Injury Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for Common Benefit; and (2) the Case Management Order for the Establishment of Guidelines for MDL 1629 Plaintiffs' Personal Injury Counsel for Time and Expense Reporting of Common Benefit Fees and Related Costs.

## REQUEST FOR ORAL ARGUMENT

Products Liability Plaintiffs believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: February 14, 2008

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

By: **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
106 E. 6th Street, Suite 700
Austin, TX 78701

## CERTIFICATION OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 14, 2008.

                                                     **/s/ Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein, Esquire