EXHIBIT A

1

2    ⦙ HONORABLE BARBARA J. ROTHSTEIN

3

MD 01 01407   00000695

4

5    ___ FILED   ___ ENTERED
     ___ LODGED  ___ RECEIVED

6                                              
     JUL 09 2002

7
     AT SEATTLE
8    CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
     BY _____ DEPUTY

9

10

11              UNITED STATES DISTRICT COURT

12              WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

13   | IN RE: PHENYLPROPANOLAMINE | MDL Docket No. 1407 |
14   | (PPA) PRODUCTS LIABILITY | |
     | LITIGATION. | AMENDED CASE MANAGEMENT |
15   | | ORDER NO. 8, |
     | This document relates to all actions. | ESTABLISHING PLAINTIFFS' |
16   | | LITIGATION EXPENSE FUND |
     | | TO COMPENSATE AND |
17   | | REIMBURSE ATTORNEYS FOR |
     | | SERVICES PERFORMED AND |
18   | | EXPENSES INCURRED FOR |
     | | COMMON BENEFIT **[PROPOSED]** |

19

20        AND NOW, THIS __8th__ DAY OF ____July____, 2002, it is hereby

21   ORDERED, ADJUDGED AND DECREED that:

22        A.    Set Aside for Counsel Fees and Costs in MDL 1407

23
24        1.    The Court finds that this litigation has advanced to the point that it is

25   appropriate to establish a fair system for the sequestration of a certain percentage of all

26   payments by defendant(s) to plaintiff(s) in fulfillment of obligations to settle claims of

27   plaintiffs from time to time as well as to satisfy judgments that may result in some

28

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 1

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

ORIGINAL

instances (all such payments hereinafter referred to as "claim payments"). The funds so sequestered are to be available to provide for reimbursement of costs and payment of attorneys' fees to the Plaintiffs' Steering Committee ("PSC") and other attorneys who have been authorized by the PSC, pursuant to the Court's "Order Appointing Members to Plaintiffs' and Joint Committees" (entered Jan. 17, 2002), to perform work for the benefit of plaintiffs in MDL 1407 and any state-court counsel that agrees to be coordinated hereunder (hereinafter the "Common Benefit Attorneys"), subject to a proper showing in the future.

2.    Before making any claim payment to a plaintiff whose action has been subject to coordinated pretrial proceedings in MDL 1407, defendants shall deduct from such payments an amount equal to four (4) percent for the federal court recoveries and three (3) percent for the state court coordinating case recoveries of the aggregate of the amount being paid and any amounts to be paid to the plaintiff in the future; and shall pay such sum as hereinafter provided for deposit into the MDL 1407 Fee and Cost Account. In measuring the gross amount due or to become due to any plaintiff as such claim payments, the defendant shall include the present value of any fixed and certain payments to be made in the future.

3.    The requirements of paragraph 2 shall apply regardless of whether a plaintiff's case is disposed of during the time it is on the docket of the transferee court, or following remand or transfer from the transferee court to another federal district court for trial, or transfer to other district courts in accordance with 28 U.S.C. § 1404 or other provisions of law. The obligation shall follow the case to its final disposition in any United States court, including a court having jurisdiction in bankruptcy.

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 2

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

4.    As a condition of appointment made by this Court of any counsel to any committee, counsel deemed to have agreed to the terms of paragraph 2 for all said counsel retaining any recovery in both federal and state forums, however, recoveries in federal forums shall be subject to a four (4) percent assessment and recoveries in state forums (or unfiled cases that result in a recovery) shall only be subject to a three (3) percent assessment.

5.    State Court counsel who wish to obtain the PSC's proprietary attorney work product described herein shall voluntarily agree to the terms of this Order upon execution of the express written agreement attached hereto as "Exhibit 1". 1  No State Court litigant will be subject to a tax, fee, assessment or other charge imposed by this Court except upon execution of an express written agreement with the PSC to share the PSC's proprietary attorney work product.  For the purposes of this Order, "proprietary attorney work product" of the PSC shall not include fact depositions taken in these MDL proceedings, transcripts and videotapes thereof and/or exhibits thereto, and shall not include any documents produced in PPA litigation by any party or by any non-party pursuant to any Notice of Subpoena served in these MDL proceedings.

Accordingly, no tax, fee, assessment or other charge will be imposed on any State Court litigant by virtue of attending and participating in fact depositions conducted in this MDL proceedings, and/or use by any party of transcripts, videotapes and/or exhibits from such depositions or documents produced in the PPA MDL litigation in a State Court Case.  Before making any claim payment to a state court plaintiff who

---

1    The proposed Agreement for state court attorneys who voluntarily agree to the use of the MDL work product is attached hereto as "Exhibit 1".

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 3

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

has voluntarily agreed to coordinate by accepting the terms of this CMO, defendants

shall withhold from such payments an amount equal to three (3) percent of the

aggregate of the amount being paid and any amounts to be paid in the future; and shall

pay such sum as herewith provided for deposit into the MDL 1407 fee and cost account.

The PSC and each defendant subject to this Order shall promptly notify defendant's

liaison counsel of any state court attorney who they have reason to believe is a

Common Benefit Attorney.

6.    Defendants shall have primary responsibility for withholding the four

percent (4%) and three percent (3%) set-off of the claim payments and tendering such

sums to the MDL 1407 Fee and Cost Account.  If, however, a defendant fails to do so,

in addition to the Court's power generally, including the exercise of its powers to compel

payment by defendant in compliance with this Order, the Court, under appropriate

circumstances, can be expected to seek such payment from the plaintiff and/or his or

her counsel under terms that are just and equitable.

7.    The Court shall cause the Defendants to deposit the set-off payments, as

provided in this Order, into the Registry of this District Court in an interest-bearing

account.  All funds in the account will be held as funds subject to the direction of the

Court.

8.    The Defendants' Co-Lead Counsel shall maintain detailed records which

identify the plaintiffs and plaintiffs' counsel's names, current address and telephone

numbers, civil actions or other identifying number, amount of deposit, date of deposit,

identification of the parties contributing to the amount deposited (and any allocation if

more than one contribution is being made), and other information that may be required

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 4

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

by the circumstances. All such records shall be maintained as highly confidential

material and the only persons with access to such records shall be the Court and

Defendants' Co-Lead Counsel. Plaintiffs' Co-Lead Counsel shall have access to the

information limited only to the total amount of funds in the account, but not to the

particularized information as to individual plaintiffs or individual dollar amounts.

9.    Each party who is in any way affected by the creation of an obligation to

make a claim payment is jointly and severally liable for promptly reporting to the

Registry of this District Court and the PSC the terms of any settlement or judgment that

may be subject to this Order as well as the information described in paragraph 8 so the

Court and Co-Lead Counsel can monitor compliance with this Order.

10.    Upon a proper showing, the Common Benefit Attorneys will be entitled to

receive an award of counsel fees and reimbursement of out-of-pocket litigation

expenses to be paid from the MDL 1407 Fee and Cost Account in such amounts as are

determined by the Court, after a hearing, based on the appropriate and controlling law.

In making such an award, the Court will first determine the amount of costs for which

reimbursement is appropriate. The amount remaining in the MDL 1407 Fee and Cost

Account after deducting the amount of costs awarded by the Court will be available for

any award of counsel fees. In making an award of counsel fees to the Common Benefit

Attorneys and in apportioning any fee award among those attorneys, appropriate

consideration will be given to the experience, talent, and contribution made by each

Common Benefit Attorney who seeks to recover counsel fees from the MDL 1407 Fee

and Cost Account, provided, however, that the Court will only consider compensation

for those services which were authorized by the PSC.

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 5

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

11.    Any sum ordered to be paid by the Court pursuant to this Order as an award of counsel fees shall be deducted from the gross recovery that any plaintiff would have been entitled to receive.  Any sum ordered to be paid by the Court pursuant to this Order as reimbursement for out-of-pocket costs shall be prorated among the plaintiffs whose claim payments were deposited, in part, in the MDL 1407 Fee and Cost Account.

12.    Nothing in this Order will limit the amount of attorneys' fees and costs, in the form of a percentage award or otherwise, which may be awarded by the Court in the event of recovery in any action certified as a class action under *Fed.R.Civ.P. 23*.

13.    The Court is not making the determination by this Order that the Common Benefit Attorneys shall receive any specific sum as payment of counsel fees and reimbursement of litigation expenses.  Such a determination is specifically reserved for an appropriate time following petitions related to such an award.  Rather, this Order is merely intending to develop a mechanism for the creation of a fund from which the amount of fees and costs which the Common Benefit Attorneys are ultimately entitled may be awarded and paid with reliability.

14.    At such time as the MDL 1407 Fee and Cost Account contains balances that are not necessary to be retained for the payment of fees and costs, the Court will, upon applicable provisions of law, following a hearing, make refunds on an equitable basis, or if such balances are of small amounts, enter such orders concerning the disposition of such funds as are appropriate under the law.

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 6

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

1

2

3    SO ORDERED this __8th__ day of __July__, 2002.

4

5

6    _(signature)_
     Honorable Barbara Jacobs Rothstein
7    United States District Judge

8

9

Presented by:

10

*Levinson Friedman, P.S.*

11

12

By _____
13   Lance E. Palmer
     WSBA #18141
14   **Plaintiffs' Liaison Counsel**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 7

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

# Exhibit 1

THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION. | MDL Docket No. 1407 |
| This document relates to all actions. | AGREEMENT BETWEEN PSC AND STATE COURT ATTORNEY |

## AGREEMENT

This Agreement is made this _____ day of _____, 2002, by and

between the Plaintiffs' Steering Committee ("PSC") appointed by the United States

District Court for the Western District of Washington in MDL Docket No. 1407 and

**[FILL IN THE NAME OF THE FIRM EXECUTING THE AGREEMENT]** (hereinafter "the

State Attorneys").

WHEREAS the United States District Court for the Western District of

Washington has appointed Counsel to serve as members of the PSC to facilitate the

conduct of pretrial proceedings in the federal actions relating to the ingestion of PPA;

and

AGREEMENT BETWEEN PSC AND STATE
COURT ATTORNEY(MDL Docket No. 1407) -
Page 1

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

WHEREAS the PSC in association with other attorneys working for the common benefit of plaintiffs have developed or are in the process of developing work product which will be valuable in the litigation of state court proceedings involving PPA induced injuries, including:

    a.    CD-ROMs and a virtual depository containing images of the key documents selected by the PSC from the document productions of the defendants and third-parties in MDL 1407;

    b.    a bibliographic database providing a "coded" index of such key documents;

    c.    the depositions of each generally applicable fact witness taken in MDL 1407 and in any coordinated state-court actions in the form of paper transcripts, text searchable computer disks and CD-ROMs and videotapes of videotaped depositions; and

    d.    time-lines, casts of characters, and other work product relating to the facts at issue in MDL 1407;

which will collectively be referred to as the "PSC Work Product"; and

WHEREAS the State Attorneys are desirous of acquiring the PSC Work Product and establishing an amicable working relationship with the PSC for the mutual benefit of their clients;

NOW, THEREFORE, in consideration of the covenants and promises contained herein, and intending to be legally bound hereby, the parties agree as follows:

1. With respect to each client who they represent in connection with a PPA related claim, other than clients with claims filed or pending in any federal court, each of the State Attorneys shall deposit or cause to be deposited in an MDL 1407 Fee and Cost Account established by the District Court in the MDL three (3) percent of the gross amount recovered by each such client. For purposes of this Agreement, the gross

AGREEMENT BETWEEN PSC AND STATE
COURT ATTORNEY(MDL Docket No. 1407) -
Page 2

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

amount of recovery shall include the present value of any fixed and certain payments to be made to the plaintiff or claimant in the future.

2.    The State Attorneys, on behalf of themselves, their affiliated counsel, and their clients, hereby grant and convey to the PSC a lien upon and/or a security interest in any recovery by any client who they represent in connection with any PPA induced injury, to the full extent permitted by law, in order to secure payment in accordance with the provisions of paragraph 1 of this Agreement. The State Attorneys will undertake all actions and execute all documents which are reasonably necessary to effectuate and/or perfect this lien and/or security interest.

3.    This Agreement shall apply to each and every claim or action arising from the ingestion of PPA in which the State Attorneys have a right to a fee recovery.

PLAINTIFFS' STEERING COMMITTEE

*Levinson Friedman, P.S.*

_____
Lance E. Palmer
WSBA #18141
**Plaintiffs' Liaison Counsel**

_____
[State Court Attorney]

AGREEMENT BETWEEN PSC AND STATE
COURT ATTORNEY(MDL Docket No. 1407) -
Page 3

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

THE HONORABLE BARBARA JACOBS ROTHSTEIN

ENTERED
RECEIVED

2002   KN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY LITIGATION

MDL NO. 1407

CERTIFICATE OF SERVICE

I, Kaj Trapp, declare under penalty of perjury under the laws of the State of

Washington that the following is true and correct.

I am a citizen of the United States and a resident of King County, Washington. I

am over the age of 18 years and am not a party to the within cause. My business mailing

address is that of Levinson Friedman, P.S., Pacific Building, 720 Third Avenue, Suite 1800,

Seattle, WA 98104.

On July 3, 2002, I caused true and correct copies of the following documents:

1.       AMENDED CASE MANAGEMENT ORDER NO. 8,ESTABLISHING
         PLAINTIFFS' LITIGATION EXPENSE FUND TO COMPENSATE AND
         REIMBURSE ATTORNEYS FOR SERVICES PERFORMED AND
         EXPENSES INCURRED FOR COMMON BENEFIT

to be served by electronic-mail upon the following parties:

**CERTIFICATE OF SERVICE**
**(MDL NO. 1407) - Page 1**

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912



**See Exhibit A**

And to be served by ABC Legal Messengers, Inc. by hand delivery, and by electronic mail upon

the following counsel of record:

>        Joseph D Hurson
>        LANE POWELL SPEARS LUBERSKY LLP
>        1420 Fifth Ave, Suite 4100
>        Seattle, WA 98101-2338
>        HursonD@LanePowell.com
>
>        Douglas A. Hofmann
>        WILLIAMS, KASTNER & GIBBS PLLC
>        4100 Two Union Square
>        Seattle, WA
>        dhofmann@wkg.com

Executed on July 3, 2002, at Seattle, Washington.

Kaj Trapp

**CERTIFICATE OF SERVICE**
**(MDL NO. 1407) - Page 2**

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

# Exhibit A

| First | Middle | Last | Suffix | Firm | City | State | Email |
|-------|--------|------|--------|------|------|-------|-------|
| Janet | | Abaray | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sjkirby@fuse.net |
| Russ | | Abney | | Fleming & Associates, L.L.P. | Houston | TX | russ_abney@fleming-law.com |
| Roy | F. | Amedee | Jr | Attorneys at Law | LaPlace | LA | ramedeejr@aol.com |
| Maria K. | | Anastasia | | Wilentz Goldman & Spitzer P.A. | Woodbridge | NJ | anastm@wilentz.com |
| Jessica | | Anderson | | Zimmerman Reed | Minneapolis | MN | JLA@zimmreed.com |
| Ann | | Andrews | | Andrews & Thornton | Newport Beach | CA | aa@andrewsthornton.com |
| Jonathan | Beauregan | Andry | | Andry Law Firm, The | New Orleans | LA | jonathan@communique.net |
| Nancy | | Armstrong | | Armstrong & Guy Law Offices, L.L.C. | McComb | MS | b1m2o3@telapex.com |
| Richard | J. | Arsenault | | Neblett, Beard, & Arsenault | Alexandria | LA | rarsenault@nbalawfirm.com |
| Franklin | D. | Azar | | Franklin D. Azar & Associates | Aurora | CO | axvign@fdazar.com |
| Lee | B. | Balefsky | | Greitzer and Locks | Philadelphia | PA | lbalefsky@greitzerlocks.com |
| Alexander | E. | Barnett | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | abarnett@cmht.com |
| George | E. | Barrett | | Barrett, Johnston, & Parsley | Nashville | TN | gbarrett@barrettjohnston.com |
| Daniel | E. | Becnel | Jr. | Law Office of Daniel E. Becnel Jr. | Reserve | LA | dbecnel@rtconline.com |
| Allan | | Berger | | Allan Berger and Associates | New Orleans | LA | allanb@telocity.com |
| Marvin | B. | Berke | | Berke, Berke & Berke | Chattanooga | TN | marvin_berke@berkeattys.com |
| Brian | N. | Bishop | | Watts & Watts | Oklahoma City | OK | BNBriBish@aol.com |
| Paula | | Bliss | | Robinson & Cole L.L.P. | Boston | MA | pbliss@rc.com |
| Lee | J. | Bloomfield | | Allen Godwin Morris Laurenzi & Bloomfield, P.C. | Memphis | TN | lawljb@aol.com |
| Jeffrey | A. | Bogue | | Bogue Koury Law Firm | Denver | CO | bkmlaw@bkmllc.com |
| Philip | | Bohrer | | Bohrer Law Firm, L.L.C. | Baton Rouge | LA | phil@bohrerlaw.com |
| Robert | J. | Bonsignore | | Bonsignore & Brewer | Medford | MA | rbonsignore@aol.com |
| Reshonda | L. | Bradford | | The Singleton Law Firm | Shreveport | MS | Rsinglaw@Shreve.net |
| Scott | | Brady | | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | sbrady@mckernanlawfirm.com |
| Turner | W. | Branch | | Branch Law Firm | Albuquerque | NM | kmatthes@branchlawfirm.com |
| Christine | | Brandt | | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | cbrandt@cwcd.com |
| Trece | L. | Brown | | Gauthier, Downing, LaBarre, Beiser, & Dean | New Orleans | LA | brownt66@bellsouth.net |
| Gregory | J. | Bubalo | | Becker Law Office | Louisville | KY | gbubalo@beckerlaw.com |
| David | | Buchanan | | Seeger & Weiss L.L.P. | Newark | NJ | dbuchanan@seegerweiss.com |
| Robert | Cape | Buck | | Schlueter Buck & Childers | Conyers | GA | rbuck@sbc-law.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Vivian | Vines | Campbell | Whatley Drake, L.L.C. | Birmingham | AL | vcampbell@whatleydrake.com |
| James | T. | Capretz | Attorney at Law | Newport Beach | CA | jcapretz@capretz.com |
| Edmund | | Carey | Barrett, Johnston, & Parsley | Nashville | TN | tcarey@barrettjohnston.com |
| Ted | | Carey | Robinson & Cole L.L.P. | Boston | MA | tcarey@bost.rc.com |
| Dwayne | | Champion | Grouppa | Minneapolis | MN | grouppa@qwest.net |
| Bryan | | Cigelske | Taylor Martino & Hedge | Mobile | AL | Bryan@jtmlaw.com |
| Daniel | A. | Claitor | Claitor, Loupe & Bateman | Baton Rouge | LA | claitor@bellsouth.net |
| Lee | L. | Coleman | Hughes & Coleman | Bowling Green | KY | lcoleman@hughesandcoleman.com |
| William | Peter | Connick | Connick, Lentini, Wimberly & deLaup | Metairie | LA | cwdlaw@bellsouth.net |
| Ernest | | Cory | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | ECory@cwcd.com |
| Frank | | Costilla | Jr | Attorney at Law | Brownsville | TX | Frank@costillalaw.com |
| Sidney | A. | Cotlar | Herman, Mathis, Casey, Kitchens & Gerel | New Orleans | LA | ppa@hhkc.com |
| Mark | T. | Coulter | Peirce, Raimond, and Coulter | Pittsburgh | PA | mcoulter@peircelaw.com |
| Donald | | Cravins | Domengeaux Wright Roy Edwards | Lafayette | LA | donaldc@wrightroy.com |
| Gordon | R. | Crawford | Gordon R. Crawford & Associates | Gonzales | LA | gcrawford@attorneycrawford.com |
| Rebecca | | Cunard | Rebecca Cunard | Baton Rouge | LA | rebecca@cunardlaw.com |
| J. | Robert | Davis | J. Robert Davis LLP | Houston | TX | robert@jrobertdavisllp.com |
| Leonard | | Davis | Herman, Mathis, Casey, Kitchens & Gerel | New Orleans | LA | ldavis@HHKC.com |
| Dana | E. | Deering | Parry Deering Futscher & Sparks PSC | Covington | KY | ddeering@pdfslaw.com |
| Annesley | H. | DeGaris | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | adegaris@cwcd.com |
| Terry | L. | Dempsey | Lowery & Dempsey | Russellville | AL | TDemp20078@aol.com |
| Robert | | Diliberto | Murray Law Firm | New Orleans | LA | rdiliberto@murray-lawfirm.com |
| James | R. | Dugan | II | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | jrd@gauthier-downing.com |
| Walter | C. | Dumas | Dumas & Associates Law Corporation | Baton Rouge | LA | wdumas1@bellsouth.net |
| Tom | | Dutton | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | tomd@pittmanhooks.com |
| James | B. | Early | Early, Ludwick & Sweeney | New Haven | CT | jearly@elslaw.com |
| Marc | | Edelson | Hoffman & Edelson | Doylestown | PA | medelson@hofedlaw.com |
| Connie | | Edwards | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | CEdwards@CMHT.com |
| Tony | W. | Edwards | Stipe Law Firm | McAlester | OK | tedwards@stipelaw.com |
| Jeffrey | | Ellis | Herman, Mathis, Casey, & Kitchens | Jackson | MS | jellis@kandelaw.com |

| First | Middle | Last | Firm | City | State | Email |
|---|---|---|---|---|---|---|
| Margaret | | Ellis | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandepasms@aol.com |
| Sharon | | Ericksen | Robinson & Cole L.L.P. | Boston | MA | sericksen@rc.com |
| Kim | | Evers | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | kevers@levinlaw.com |
| Calvin | C. | Fayard | Fayard & Honeycutt, A.P.C. | Denham Springs | LA | calvinfayard@fayardlaw.com |
| Steve | | Fearon | Squitieri & Fearon, LLP | New York | NY | stephen@sfclasslaw.com |
| Michael | | Fishbein | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | mfishbein@msn.com |
| Dina | S. | Fisher | Robinson & Cole L.L.P. | Hartford | CT | dfisher@rc.com |
| Keith | | Fleishman | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | kf@mwbhlny.com |
| Keelyn | | Friesen | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Seattle | WA | kfriesen@cmht.com |
| Hector | G. | Gancedo | Gancedo & Nieves L.L.P. | Pasadena | CA | hgancedo@gancedonieves.com |
| Laura | | Gianni | Sherman Salkow Petoyan & Weber, P.C. | Los Angeles | CA | lgianni@shermanonlaw.com |
| Jeff | | Goldenberg | Murdock, Goldenberg, Schneider & Groh | Cincinnati | OH | jgoldenberg@mgsglaw.com |
| Ronald | S. | Goldser | Zimmerman Reed | Minneapolis | MN | rsg@zimmreed.com |
| James | D. | Gotz | Robinson & Cole L.L.P. | Boston | MA | jgotz@bost.rc.com |
| Peter | A. | Grammas | Langston Sweet & Freese PA | Birmingham | AL | debbie.hudson@lsf-law.com |
| Jim | | Green | Ashcraft & Gerel | Washington | DC | jgreen@dc.ashcraftlaw.com |
| David | | Greenstone | Walter & Kraus | Dallas | TX | greenstone@awpk.com |
| Thomas | P. | Gressette Jr | Richardson, Patrick, Westbrook & Brickman, LLC | Charleston | SC | tgressette@rpwb.com |
| William | | Guy | Law Offices of William Guy | McComb | MS | janiceguy@guylaw.com |
| H. | Blair | Hahn | Richardson, Patrick, Westbrook & Brickman, LLC | Charleston | SC | bhahn@rpwb.com |
| Molly | McGinley | Han | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | mmcginley@cmht.com |
| Robert | H. | Harrison Jr. | | Denhan Springs | LA | RHHLawyer@yahoo.com |
| W. | Todd | Harvey | Whatley Drake, L.L.C. | Birmingham | AL | tharvey@whatleydrake.com |
| James | A. | Hatch | Attorneys at Law | LaPlace | LA | jahmmb@yahoo.com |
| Molly | | Hegarty | Von Briesen, Purtell & Roper | Milwaukee | WI | mhegarty@vonbriesen.com |
| Russ | M. | Herman | Herman, Herman, Katz & Cotlar L.L.P. | New Orleans | LA | ppa@hhkc.com |
| James | E. | Hoffmann | Levin & Hoffmann | Encino | CA | jhoffmann@levinhoffmann.net |
| Thomas | | Hollander | Attorney at Law | Pittsburgh | PA | th@hollander-law.com |

| Alva | A. | Hollon | Jr. | Sams & Hollon, P.A. | Jacksonville | FL | aahjoh@aol.com |
|---|---|---|---|---|---|---|---|
| Andrew | J. | Horne | | Oldfather & Morris | Louisville | KY | ajh@omky.com |
| Richard | | Hunnicutt | | Wayne Wright, LLP | San Antonio | TX | dbaker@waynewright.com |
| Candice | | Jenkins | | Law Offices of Ronnie G. Penton | Bogalusa | LA | candice@rgplaw.com |
| Douglas | | Johnston | | Barrett, Johnston, & Parsley | Nashville | TN | djohnston@barrettjohnston.com |
| Jane | | Joseph | | Lopez, Hodes, Restaino, Milman & Skikos | Shaker Hts. | OH | jejoseph@ix.netcom.com |
| Joshua | | Katz | | Lanahan & Reilley L.L.P. | Santa Rosa | CA | jkatz@lanahan.com |
| Keenan | | Kelly | | Kelly Townsend & Thomas | Natchitoches | LA | kkelly@cp-tel.net |
| James | M. | Kenna | | Gancedo & Nieves L.L.P. | Pasadena | CA | jkenna@gancedonieves.com |
| Damon | | Kirin | | Murray Law Firm | New Orleans | LA | dkirin@murray-lawfirm.com |
| Dana | | Kirk | | Kirk Law Firm | Houston | TX | KirkLawFirm@aol.com |
| James | W. | Kitchens | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandejaxon@aol.com |
| Rhett | D. | Klok | | Ness Motley | Mt. Pleasant | SC | rklok@nmlrp.com |
| Richard | | Kopelman | | Orlando & Kopelman | Decatur | GA | richard@orlandokopelman.com |
| Jeff | S. | Korek | | Gersowitz Libo & Korek P.C. | New York | NY | jkorek@lawyertime.com |
| Peter | A | Kraus | | Walter & Kraus | Dallas | TX | kraus@asbestos-lawyer.com |
| Stuart | A. | Kritzer | | Stuart A. Kritzer Law Offices | Denver | CO | stuart@kritzer.com |
| David | | Krugler | | Seeger & Weiss L.L.P. | Newark | NJ | dkrugler@seegerweiss.com |
| Lisa | | Kruse | | Gallagher, Leiws, Serafin, Downey & Kim | Houston | TX | lisak@gld-law.com |
| Beth | J. | Kushner | | Von Briesen, Purtell & Roper | Milwaukee | WI | bkushner@vonbriesen.com |
| Rick | | Kuykendall | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | fold8@aol.com |
| Regina | | Lapolla | | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | rll@mwbhlny.com |
| Erin | Sweeny | Larkin | | Robinson & Coie L.L.P. | Boston | MA | elarkin@bost.rc.com |
| David | C | Lee | | Lee, Lee & Lee | Knoxville | TN | dlee@jdlee.com |
| Gano | D. | Lemoine | Jr. | Andrus, Boudreaux, Lemoine & Tonore | Lafayette | LA | ganoablt@aol.com |
| Arnold | | Levin | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | alevin@lfsblaw.com |
| Irwin | B. | Levin | | Cohen & Malad | Indianapolis | IN | ilevin@cohenandmalad.com |
| Richard | S. | Lewis | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | rlewis@cmht.com |
| Lawrence | H. | Lieberman | | Cross & Lieberman PA | Phoenix | AZ | lieberman@crosslieb.com |
| Hans | Joseph | Liljeberg | | Connick & Liljeberg, LLC | Metairie | LA | connickliljeberg@aol.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kathy | | Limbaugh | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | KathyL@pittmanhooks.com |
| Robert | F. | Linton | Jr. | Linton & Hirshman | Cleveland | OH | amills@lintonhirshman.com |
| Gene | | Locks | Greitzer and Locks | Philadelphia | PA | glocks@greitzerlocks.com |
| Ramon | Rossi | Lopez | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | rlopez@lopez-hodes.com |
| J. | Chandler | Loupe | Claitor, Loupe & Bateman | Baton Rouge | LA | jloupe@aol.com |
| Gail | M. | Lundgren | Bernard, Lundgren & Associates, PLLC | Seattle | WA | Gail@bernardlundgren.com |
| Hunter | W. | Lundy | Lundy & Davis, L.L.P. | Lake Charles | LA | hlundy@lundydavis.com |
| Matthew | | Lundy | Lundy & Davis L.L.P. | Lake Charles | LA | mlundy@lundydavis.com |
| Alex | | MacDonald | Robinson & Cole L.L.P. | Boston | MA | amacdonald@bost.rc.com |
| Grant | | Marylander | Bogue Koury Law Firm | Denver | CO | gmland@bkmllc.com |
| John | Paul | Massicot | Silvestri & Massicot | New Orleans | LA | jpm@silmas.com |
| Charles | Allison | Mathis | Jr. | Mathis & Adams | Atlanta | GA | cmathis@hermanmathis.com |
| David | P. | Matthews | Abraham, Watkins, Nichols, Sorrels, et al. | Houston | TX | lizy_cardenas@abrahamwatkins.com |
| Gordon | | McKernan | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | gmckernan@mckernanlawfirm.com |
| Jerry | | McKernan | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | jemckernan@mckernanlawfirm.com |
| Tyrone | C. | Means | Thomas Means Gillis & Seay PC | Montgomery | AL | tcmeans@tmgpc.com |
| Ron | Michael | Meneo | Early, Ludwick, Sweeney & Strauss | New Haven | CT | ppamdl@elslaw.com |
| David | | Miceli | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Montgomery | AL | dfm@beasleyallen.com |
| Clay | | Miller | Miller Curtis LLP | Dallas | TX | jmiller@millerandcurtis.com |
| Kathleen | | Millican | Lopez, Hodes, Restaino, Milman & Skikos | San Francisco | CA | kmillican@lopez-hodes.com |
| Donna | Siegel | Moffa | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | donna@rr-law.com |
| James | A. | Morris | Jr | Provost & Umphrey | Beaumont | TX | jmorris@provostumphrey.com |
| Peyton | Patrick | Murphy | Murphy Law Firm | Baton Rouge | LA | pmurphy@murphyfirm.com |
| Stephen | | Murray | Murray Law Firm | New Orleans | LA | smurray@murray-lawfirm.com |
| Dianne | M. | Nast | Roda & Nast, PC | Lancaster | PA | dnast@rodanast.com |
| Barrington | R. | Neil | Upton & Marinoff | Baton Rouge | LA | brneil@bellsouth.net |
| Heather | | Neulight | Greitzer and Locks | Philadelphia | PA | hneulight@greitzerlocks.com |
| Tina | B. | Nieves | Gancedo & Nieves L.L.P. | Pasadena | CA | tnieves@gancedonieves.com |
| Melinda | Davis | Nokes | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | mdavisnokes@lopez-hodes.com |
| Tom | | O'Driscoll | Mayfield & Ogle, PA | Ormond Beach | FL | tmolegal@Bellsouth.net |
| Leslie | | O'Leary | Williams, Daily, O'Leary, Craine, & Love, P.C. | Portland | OR | loleary@wdolaw.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Robert | G. | Pahlke | Van Steenberg Law Firm | Scottsbluff | NE | rgp@vanlaw.net |
| Alexander | C. | Papandreou | Clark, Depew & Tracey, Ltd. LLP | Houston | TX | Papandreou@clarkdepew.com |
| Michelle | | Parfitt | Ashcraft & Gerel | Washington | DC | mparfitt@dc.ashcraftlaw.com |
| Gale | D. | Pearson | Gale D. Pearson & Associates P.A. | Minneapolis | MN | attorneys@outtech.com |
| Michael | Edward | Pederson | Weitz & Luxenberg | New York | NY | mpederson@weitzlux.com |
| Patrick | W. | Pendley | Pendley Law Firm | Plaquemine | LA | Pendley@pendleylawfirm.com |
| Robert | E. | Piper | Piper & Associates | Shreveport | LA | piper@mnss.com |
| Kirk | L. | Pittard | Walter & Kraus | Dallas | TX | pittard@awpk.com |
| Robert | | Ramsey | Ramsey Law Firm | Mobile | AL | rsramsey@ramseylawfirm.com |
| Ellen | | Relkin | Weitz & Luxenberg | New York | NY | erelkin@weitzlux.com |
| John | | Restaino | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | jrestaino@lopez-hodes.com |
| David | B. | Rheingold | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | drheingold@rheingoldlaw.com |
| Paul | D. | Rheingold | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | prheingold@rheingoldlaw.com |
| Louis | C. | Ricciardi | Rodriguez & Richards, L.L.C. | Philadelphia | PA | louis@trrlaw.com |
| Jennifer | A. | Riley-Collins | Edward A. Williamson, Attorney | Philadelphia | MS | jcollins@eawlaw.com |
| Mark | P. | Robinson  Jr. | Robinson Calcagnie & Robinson | Newport Beach | CA | mrobinson@robinson-pilaw.com |
| Lisa | J. | Rodriguez | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | lisa@rr-law.com |
| Thomas | D. | Rogers | Ness, Motley,Loadholt, Richardson, & Poole, P.A. | Mount Pleasant | SC | trogers@nmlrp.com |
| Sandra | | Rohrstaff | Miller & Associates | Alexandria | VA | srohrstaff@doctoratlaw.com |
| Michael | L. | Rosenberg | Seeger & Weiss LLP | Newark | NJ | mrosenberg@seegerweiss.com |
| Steven | | Rotman | Robinson & Cole L.L.P. | Boston | MA | srotman@bost.rc.com |
| Kevin | W. | Ryan | Michie, Hamlett, Lowry, Rasmussen, & Tweel, P.C. | Charlottesville | VA | kryan@mhlrt.com |
| Frederick | P. | Santarelli | Elliott Reihner Siedzikowski & Egan, P.C. | Blue Bell | PA | FPSantarelli@erse.com |
| Joseph | H. | Saunders | Saunders, Walker & Coleman, P.A. | Pinellas Park | FL | joe@saunderslawyers.com |
| Fred | | Schenk | Casey, Gerry, Reed, & Schenk L.L.P. | San Diego | CA | jfschenk.ppa@cglaw.com |
| Chris | | Seeger | Seeger & Weiss L.L.P. | New York | NY | cseeger@seegerweiss.com |
| Roman | A. | Shaul | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Montgomery | AL | roman.shaul@beasleyallen.com |
| Arthur | | Sherman | Sherman Salkow Petoyan & Weber, P.C. | Los Angeles | CA | asherman@shermanonlaw.com |

| First | Middle | Last | Firm | City | State | Email |
|---|---|---|---|---|---|---|
| Judy | | Shopp | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | jshopp@lfsblaw.com |
| Jonathan | | Shub | Sheller, Ludwig & Badey, PC | Philadelphia | PA | jshub@sheller.com |
| Charles | Stein | Siegel | Walter & Kraus | Dallas | TX | siegel@awpk.com |
| Frank | A. | Silvestri | Silvestri & Massicot | New Orleans | LA | fas@silmas.com |
| Anthony | | Simon | Richmond Simon & Abston | Jackson | MS | arsfr2000@aol.com |
| Cindy | | Sims | Claitor, Loupe & Bateman | Baton Rouge | LA | cecesims@aol.com |
| W. | James | Singleton | The Singleton Law Firm | Shreveport | MS | singlaw@shreve.net |
| Steven | | Skikos | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sskikos@lopez-hodes.com |
| Ward | D. | Smith | Levin & Hoffmann | Encino | CA | wsmithesq@earthlink.net |
| John | Hunter | Stevens | Grenfell, Sledge & Stevens PLLC | Jackson | MS | jstevens91@aol.com |
| Michael | H. | Strong | Adams, Welsh, Strong & Pitstick, LLC | Cincinnati | OH | mstrong@fuse.net |
| David | | Suggs | Lopez, Hodes, Restaino, Milman & Skikos | Shorewood | MN | dsuggs@attglobal.net |
| Jennifer | | Sustacek | Zimmerman Reed | Minneapolis | MN | jks@zimmreed.com |
| Lynn | E. | Swanson | Law Office of Daniel E. Becnel Jr. | Reserve | LA | leswans@rtconline.com |
| Nelda | | Talamantes | Walter & Kraus | Dallas | TX | talamantes@awpk.com |
| Jacqueline | | Taylor | Taylor & Associates | Atlanta | GA | jaktaylor2@yahoo.com |
| David | | Terry | Law Office of Vic Terry | Dallas | TX | davidterry@davidterry.com |
| Robert | Simms | Thompson | Robert Simms Thompson, PC | Tuskegee | AL | rstpc@aol.com |
| John | C. | Thornton | Andrews & Thornton | Newport Beach | CA | jct@andrewsthornton.com |
| Michelle | | Tiger | Greitzer and Locks | Philadelphia | PA | mtiger@greitzerlocks.com |
| Chris | | Tisi | Ashcraft & Gerel | Washington | DC | cvtisi@aol.com |
| Dianne | G. | Vervaeke | Domengeaux Wright Roy Edwards | Lafayette | LA | dianev@wrightroy.com |
| Margaret | | Walker | Saunders, Walker & Coleman, P.A. | Pinellas Park | FL | mwalker7@tampabay.rr.com |
| S. | Micholle | Walker | Silvestri & Massicot | New Orleans | LA | mw@silmas.com |
| Elizabeth | | Wall | Seeger & Weiss L.L.P. | Newark | NJ | ewall@seegerweiss.com |
| Leila | H. | Watson | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | lwatson@cwcd.com |
| Phillip | O. | Watts | Watts & Watts | Oklahoma City | OK | wattslawoffices@coxinet.net |
| Lee | | Weiss | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | law@mwbhlny.com |
| John | H | Westover | Attorney at Law | Phoenix | AZ | jwestoveratty@qwest.net |
| Joe | | Whatley | Whatley Drake, L.L.C. | Birmingham | AL | jwhatley@whatleydrake.com |
| Daniel | E. | Wherry | Mattson Ricketts Law Firm | Lincoln | NE | dew@mattsonricketts.com |
| J. | Stewart | White | Law Offices of White & Meany | Reno | NV | jswhite@whiteandmeany.com |

| W. | Paul | Wilkins | LeBlanc Maples & Waddell | Baton Rouge | LA | pwilkins@lw-law.net |
|---|---|---|---|---|---|---|
| Michael | L. | Williams | Williams, Daily, O'Leary, Craine, & Love, P.C. | Portland | OR | mwilliams@wdolaw.com |
| Martin | | Willoughby | Frazer Davidson | Jackson | MS | mwilloughby@frazerdavidson.com |
| Bob | F. | Wright | Domengeaux Wright Roy Edwards | Lafayette | LA | bobw@wrightroy.com |
| Sortirios | B. | Yanakakis | Ashcraft & Gerel | Washington | DC | syanakakis@dc.ashcraftlaw.com |
| Charles | S. | Zimmerman | Zimmerman Reed | Minneapolis | MN | csz@zimmreed.com |

THE HONORABLE BARBARA J. ROTHSTEIN

MD 01 01407  00000616



JUN 0 4 2002

WESTERN DISTRICT OF WASHINGTON
DEPUTY
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION. | MDL Docket No. 1407 |
| | CASE MANAGEMENT ORDER NO. ___7___, GUIDELINES FOR PPA MDL 1407 PLAINTIFFS' COUNSEL COMMON BENEFIT TIME AND EXPENSE REPORTING |
| This document relates to all actions. | |

        The Court recognizes that common benefit time and expense items reported

must be reasonable and necessary for the collective prosecution of this case and must

be for the benefit of the Plaintiffs' Steering Committee ("PSC") and plaintiffs as a whole

and not for individual clients.  The Guidelines for Common Benefit Time and Expense

Reporting set forth herein will be complied with by the PSC, all plaintiffs' counsel in MDL

1407 and all state-court coordinating counsel.  Reporting for time and expenses will be

on a monthly basis by the PSC, plaintiffs' counsel in MDL 1407, and state-court

coordinating counsel.  The first time and expense report is due on June 15, 2002, and

will be cumulative for the hours expended and expenses incurred during this litigation

CASE MANAGEMENT ORDER NO. ___7___,
GUIDELINES FOR PLAINTIFFS' COUNSEL
COMMON BENEFIT TIME AND EXPENSE
REPORTING (MDL Docket No 1407) - Page 1

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

ORIGINAL

up to and including May 31, 2002.  Thereafter, monthly time and expense reports will be

filed on the fifteenth day of each month until the close of the litigation.

REPORTING GUIDELINES

A.    TIME

Common Benefit Time will be reported consistent with the forms attached hereto

in Exhibit A, and will be reported to Plaintiffs' Liaison Counsel on a monthly basis

beginning on June 15, 2002.

B.    EXPENSES

Common Benefit Expenses will be reported consistent with the guidelines set

forth below and submitted on the form attached hereto in Exhibit A.  Common Benefit

Expenses will be reported to Plaintiffs' Liaison Counsel on a monthly basis beginning on

June 15, 2002.

1.    RECEIPTS:

Each expense claimed must be properly documented by a receipt or some other

form of proof of payment.  Receipts do not need to be submitted on a monthly basis, but

must be available for production upon request.  Cash advances will not be considered

for reimbursement without evidence of payments made with the cash.

2.    MISCELLANEOUS CASH EXPENSES:

Miscellaneous cash expenses for which receipts generally are not available (tips,

luggage handling, pay telephone, etc.), will be allowed up to a maximum of $50.00 per

trip, providing those expenses are properly itemized.

CASE MANAGEMENT ORDER NO. __7__,
GUIDELINES FOR PLAINTIFFS' COUNSEL
COMMON BENEFIT TIME AND EXPENSE
REPORTING (MDL Docket No 1407) - Page 2

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

1

2      3.     AIRFARE:

3          First class airfare will not be fully reimbursed.  If first class travel is selected, the

4      difference between coach rate and first class rate must be shown on the expense claim,

5      and only the coach airfare shall be claimed.

6      4.     HOTELS:

7          Luxury accommodations will not be fully reimbursed.  If luxury hotels and suites

8      are selected, the regular room rate must be indicated on the expense claim and only the

9      regular room rate will be claimed.  Charges for movies, laundry, toiletries or liquor will

10     not be reimbursed.

11     5.     MEALS:

12         A copy of the restaurant receipt must be submitted.  Charges for alcoholic

13     beverages will not be reimbursed.

14     6.     RENTAL AUTOMOBILES:

15         Luxury automobile rentals will not be fully reimbursed, unless satisfactory

16     evidence is submitted that only luxury automobiles were available.  If luxury automobiles

17     are selected, where ordinary vehicles are available, the difference between the luxury

18     and ordinary vehicle rates must be indicated on the expense claim and only the ordinary

19     vehicle rate will be claimed.

20     7.     MILEAGE:

21         Mileage claims must be documented by stating origination point, destination, total

22     actual miles for each trip, and the rate per mile paid by the individual's firm.  The

23     maximum allowable rate is 30¢ per mile (which is the current allowable rate set by the

24     I.R.S.).

25

26

27

28     CASE MANAGEMENT ORDER NO. __7__,
       GUIDELINES FOR PLAINTIFFS' COUNSEL
       COMMON BENEFIT TIME AND EXPENSE
       REPORTING (MDL Docket No 1407) - Page 3

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

8.    LONG DISTANCE:

Long distance telephone expenses must be documented. Copies of telephone bills must be submitted with notation as to which charges are related to MDL No. 1407. Only actual charges are reimbursable.

9.    FEDERAL EXPRESS, LOCAL COURIER SERVICE OR OTHER COURIER:

All claimed expenses must be documented with bills showing the sender, origin of the package, recipient and destination of the package.

10.    POSTAGE CHARGES:

A contemporaneous postage log or other supporting documentation must be maintained and submitted. Postage charges are to be reported at actual cost.

11.    TELEFAX CHARGES:

Contemporaneous records should be maintained and submitted showing faxes sent and received. The per-fax charge should be $1.00 per page.

12.    IN-HOUSE PHOTOCOPY:

A contemporaneous photocopy log or other supporting documentation must be maintained and submitted. The maximum copy charge is 25¢ per page.

13.    SECRETARIAL AND CLERICAL OVERTIME:

An itemized description of the task and time spent must be submitted for secretarial and clerical time. All such overtime for secretarial and clerical assistance shall be approved by PSC members or the employee's supervising attorney, who shall review and approve such overtime prior to submission.

14.    LEXIS/WESTLAW:

Claims for expenses relating to computerized legal research, i.e. LEXIS or WESTLAW, should be in the exact amount charged to your firm for these research services.

CASE MANAGEMENT ORDER NO. __7__,
GUIDELINES FOR PLAINTIFFS' COUNSEL
COMMON BENEFIT TIME AND EXPENSE
REPORTING (MDL Docket No 1407) - Page 4

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

15.    DEPOSITION COSTS, EXPERT WITNESS FEES, AND EXHIBIT

COSTS:

Fees and costs associated with pretrial discovery that are authorized by the PSC will generally be paid directly by the PSC. No party will be reimbursed for obtaining his or her own personal copy of a deposition transcript.

16.    EQUIPMENT PURCHASES:

Purchases of equipment are not to be claimed, absent special circumstances approved by the PSC. Laptop computers purchased for and utilized by the individual attorneys and their staff, even if used primarily for this case, are not reimbursable.

17.    MONETARY SANCTIONS:

No monetary sanction levied by the Court on any PSC member shall be reported as an expense.

C.    EXCEPTIONS TO REPORTING GUIDELINES:

The only exceptions to these guidelines shall be as specifically approved by the PSC. (E.g., payment of transportation and lodging in connection with expert witness consultation or depositions subject to approval of the PSC or its authorized designee.)

D.    APPLICABILITY OF PROCEDURES:

The procedures set forth herein will apply to PSC members and those to whom the PSC has assigned a specific case related task.

E.    IMPERMISSIBLE TIME AND EXPENSES:

Any item or expense which is not described in sufficient detail to determine the nature and purpose of the service or expense involved (entries such as "research," telephone call to PSC," "conference with LP," (without further description), will be disallowed).

Any item of professional time which is expended to "review" pleadings, correspondence and similar items will be disallowed, unless such "review time" is

CASE MANAGEMENT ORDER NO. __7__,
GUIDELINES FOR PLAINTIFFS' COUNSEL
COMMON BENEFIT TIME AND EXPENSE
REPORTING (MDL Docket No 1407) - Page 5

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1900
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

directly related to and reasonably necessary for the performance of other compensable services.

Any submission of professional time in which the amount of "review" time is excessive as a whole, when judged in reference to the role which the Applicant had in the litigation which substantially benefitted the MDL litigation or in performing common benefit functions in the state litigation with which it was coordinated, will be disallowed.

F.    VERIFICATION OF STATEMENTS:

Each attorney submitting a time and expense statement shall be considered as representing to the Court, under oath, that the time and expense submitted meets the criteria set forth herein.

G.    PSC AUTHORIZATION FORMS:

In order to avoid unnecessary or duplicative work, PSC members will be required to submit a "PSC Authorization Form" signed by a Court approved MDL Committee Chairperson for any person not an employee of a PSC member's firm who undertakes to perform common benefit work on behalf of the PSC. Common benefit work may be assigned to counsel of record in any state or federal action.

CASE MANAGEMENT ORDER NO. ___7___,
GUIDELINES FOR PLAINTIFFS' COUNSEL
COMMON BENEFIT TIME AND EXPENSE
REPORTING (MDL Docket No 1407) - Page 6

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

1

2

3      IT IS ORDERED that all attorneys must fully comply with the provisions set forth

4   above in order to be compensated for any and all time and expense submissions.  The

5   forms which are attached hereto as "Exhibit A" must be used when submitting time and

6   expenses.  Non-compliance with this Order will result in a denial of reimbursement.

7

8      SO ORDERED this ___4th___ day of ___June___, 2002.

9

10

11                                Honorable Barbara Jacobs Rothstein
                                  United States District Judge

12

13   Presented by:

14   Levinson Friedman, P.S.

15

16   By

17                  Lance E. Palmer
                    WSBA #18141
18                  **Plaintiffs' Liaison Counsel**

19

20

21

22

23

24

25

26

27

28   CASE MANAGEMENT ORDER NO. ___7___,
     GUIDELINES FOR PLAINTIFFS' COUNSEL
     COMMON BENEFIT TIME AND EXPENSE
     REPORTING (MDL Docket No 1407) - Page 7

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

# Exhibit A

PPA PRODUCTS LIABILITY LITIGATION MDL NO. 1407

COMMON BENEFIT TIME CATEGORY CODES

1.    Preparation of pleadings, motions and supporting briefs; legal research.

2.    Preparing and responding to written discovery requests.

3.    Taking and defense of depositions, including preparation.

4.    Inspection of documents.

5.    Factual investigation.

6.    Technical research and consultation with experts.

7.    Preparation for court appearances, including trial preparation.

8.    Court appearances and trial.

9.    MDL/Management Committee and Liaison meetings and activities.

10.   Settlement.

11.   Settlement Administration.

\*  **TIME SHOULD BE REPORTED IN TENTHS or QUARTERS OF AN HOUR.**


\*  PLEASE REPORT ONLY TIME AND EXPENSES THAT ARE EXCLUSIVELY

RELATED TO COMMON BENEFIT MDL WORK.


**EXHIBIT "A"**

PPA PRODUCTS LIABILITY LITIGATION, MDL 1407
COMMON BENEFIT TIME SUMMARY SHEET

REPORTING FIRM: _____     MONTHLY PERIOD: _____

1    Preparation of pleadings, motions and supporting briefs     6    Technical research and consultation with experts
    Legal research     7    Preparation for court appearances and trial
2    Preparing and responding to written discovery requests     8    Court appearances and trial
3    Taking and defending depositions, including preparation     9    MDL Management Committee and Liaison meetings and
4    Inspection of documents     10    Settlement
5    Factual investigation     11    Settlement Administration

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | CURRENT TOTAL HOURS | HOURLY RATE | MONTHLY LODESTAR | CUM. HOURS | CUM. LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTORNEY | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | | | | | |

PLEASE ATTACH COPIES OF DAILY RECORDS FOR ALL TIME REPORTED. THESE RECORDS MAY BE COMPUTER GENERATED OR TYPED COPIES OF DAILY RECORDS. PLEASE
ORGANIZE THE RECORDS BY TIMEKEEPER. PLEASE REMEMBER THAT ONLY TIME EXCLUSIVELY RELATED TO COMMON BENEFIT MDL WORK SHOULD BE REPORTED.
    I believe that these hours were expended for the common benefit work.

             _____     _____
                      Signature                          Date

**EXHIBIT "A"**

## PPA PRODUCTS LIABILITY LITIGATION MDL NO. 1407
### COMMON BENEFIT EXPENSE REPORT

FIRM NAME:                        EXPENSES FOR THE PERIOD _____

| DESCRIPTION | AMOUNT |
|---|---|
| FILING COSTS | |
| LONG DISTANCE TELEPHONE CHARGES | |
| TELEFAX CHARGES | |
| PHOTOCOPYING CHARGES | |
| FEDERAL EXPRESS/OVERNIGHT DELIVERY/COURIER | |
| POSTAGE CHARGES | |
| ON-LINE RESEARCH i.e. LEXIS and WESTLAW | |
| SECRETARIAL AND CLERICAL OVERTIME (PRE-APPROVED) | |
| SERVICE OF PROCESS | |
| TRANSCRIPTS OF PROCEEDINGS OR DEPOSITIONS | |
| EXPERT WITNESS FEES | |
| OTHER PROFESSIONAL SERVICES (ITEMIZE): Notary | |
| TRAVEL | |
| LITIGATION FUND ASSESSMENTS | |
| OTHER (ITEMIZE): Medical Expenses | |
| **TOTAL THIS MONTH:** | |
| | |
| **PRIOR EXPENSES REPORTED:** | |
| | |
| **CUMULATIVE EXPENSES TO DATE:** | |

**\* PLEASE ATTACH DOCUMENTATION FOR EACH EXPENSE REPORTED.**
**\* ANY EXPENSES EXCEEDING $1,000 SHOULD INCLUDE THE INITIALS OF THE MANAGEMENT COMMITTEE MEMBER WHO AUTHORIZED OR SUGGESTED SUCH EXPENSE.**

I believe that these expenses are properly documented and were incurred for the common benefit.

_____          _____
Signature                                Date

## EXHIBIT "A"

EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  PROPULSID | : | MDL NO. 1355 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE AFRICK |
|  | : |  |
|  | : |  |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

THIS DOCUMENT RELATES TO ALL CASES

PRE TRIAL ORDER NO. 16
(ESTABLISHING PLAINTIFFS' LITIGATION EXPENSE FUND
TO COMPENSATE AND REIMBURSE ATTORNEYS FOR
SERVICES PERFORMED AND EXPENSES INCURRED FOR COMMON BENEFIT)

This order is entered to provide for the fair and equitable sharing among plaintiffs of the cost of

special services performed and expenses incurred by attorneys acting for the common benefit of all

plaintiffs in this complex litigation.

1.      Plaintiffs Litigation Expense Fund to be Established.

Plaintiffs' Liaison Counsel (Russ M. Herman) and Defendants' Liaison Counsel (James B.

Irwin) are directed to establish an interest-bearing account to receive and disburse funds as provided in

this order.  Counsel shall agree on and designate an escrow agent for this purpose.  These funds will be

held as funds subject to the direction of the Court.  No party or attorney has any individual right to any

of these funds except to the extent of amounts directed to be disbursed to such person by order of the

Court.  These funds will not constitute the separate property of any party or attorney or be subject to

garnishment or attachment for the debts of any party or attorney except when and as directed to be

disbursed as provided by court order to a specific person.  These limitations do not preclude a party or

attorney from transferring, assigning, or creating a security interest in potential disbursements from the

fund if permitted by applicable state laws and if subject to the conditions and contingencies of this

order.

2.    Assessment.

    (a)    All plaintiffs and their attorneys who, either agree or have agreed – for a monetary

consideration – to settle, compromise, dismiss, or reduce the amount of a claim or, with

or without a trial, recover a judgment for monetary damages or other monetary relief,

including such compensatory and punitive damages, with respect to a Cisapride

(Propulsid) claim are subject to an assessment of the  "gross monetary recovery," as

provided herein.

    (b)    Defendants are directed to withhold this assessment from amounts paid to plaintiffs and

their counsel, and to pay the assessment directly into the fund as a credit against the

settlement or judgment.  If for any reason the assessment is not or has not been so

withheld, the plaintiff and his counsel are jointly responsible for paying the assessment

into the fund promptly.

    (c)    No orders of dismissal of any plaintiffs claim, subject to this order, shall be filed unless

accompanied by a certificate of plaintiffs and defendants counsel that the assessment

has been withheld and deposited into the fund.

    (d)    The Plaintiff's Steering Committee shall provide Defendants' Liaison Counsel, plaintiff's

counsel, the escrow agent, the Court or its designee with a list of cases and/or counsel

2

who have entered into written agreements with the Plaintiff's Steering Committee. In the event there is a dispute as to whether a case should be on the list, the Plaintiff's Steering Committee shall resolve the matter with the particular plaintiff's counsel either informally or upon motion.

(e)    In measuring the "gross monetary recovery":

    (1)    Exclude court costs that are to be paid by the defendant.

    (2)    Exclude any payments to be made by the defendant on an intervention asserted by third-parties, such as to physicians, hospitals, and other health-care providers in subrogation related to treatment of plaintiff.

    (3)    Include the present value of any fixed and certain payments to be made in the future (except that, in lieu thereof, a plaintiff may agree to be assessed the appropriate percentage when and as future payments are received).

(f)    This obligation:

    (1)    Applies to all cases now pending, or later filed in, transferred to, or removed to, this court and treated as part of the coordinated proceeding known as *In re: Propulsid Products Liability Litigation* including cases later remanded to a state court. The assessment in such cases shall be six (6) percent of the "gross monetary recovery," except for those cases described in subsections 3 and 4 below.

    (2)    Applies to other federal Cisapride (Propulsid) cases which are not transferred to this court under MDL-1355 or which are transferred back to a transferor court by this Court or by the MDL panel for further proceedings. The

3

assessment in such cases shall be six (6) percent of the "gross monetary

recovery," except for those cases described in subsections 3 and 4 below.

(3)    Applies to cases in a state court to the extent so ordered by the presiding judge

of that court, or in the event a state court plaintiff, through counsel, consents, by

written agreement with the Plaintiff's Steering Committee or Plaintiff's Liaison

Counsel, to be subject to an MDL fee assessment.    The assessment in such

state court cases is limited to four (4) percent of the "gross monetary recovery."

(4)    Shall not apply to cases removed from state court to federal court and then

remanded to state court (based upon an order of improper removal) that have

not at any time been transferred to MDL-1355.

(g)    Relief from obligation. The Court reserves the right to relieve, wholly or partly, a

plaintiff from the obligation of this order upon a showing of exceptional circumstances.

3.    <u>Disbursements</u>.

(a)    Upon order of the Court, payments may be made from the fund to attorneys who

provide services or incur expenses for the joint and common benefit of plaintiffs in

addition to their own client or clients. Attorneys eligible are limited to Plaintiffs' Liaison

Counsel and members of the Plaintiffs' Steering Committee, and other attorneys called

upon by them to assist in performing their responsibilities, State Liaison Counsel, and

other attorneys performing similar responsibilities in state court actions in which the

presiding state court judge has imposed similar obligations upon plaintiffs to contribute

to this fund. All time and expenses are subject to proper and timely submission (each

4

month) of contemporaneous records certified to have been timely received by
Wegmann Dazet & Company in accord with this Court's prior orders.

(b)     Payments will be allowed only to companies for special services performed, and to
reimburse for special expenses incurred, for the joint and common benefit of all
plaintiffs.

(c)     Payment may, for example, be made for services and expenses related to the obtaining,
reviewing, indexing and paying for hard copies or computerized images of documents
from the defendants; to conducting "national" or "state" depositions; and to activities
connected with the coordination of federal and state litigation. The fund will not,
however, be used to pay for services and expenses primarily related to a particular
case, such as the deposition of a treating physician, if such activity results in some
incidental and consequential benefit to other plaintiffs.

(d)     Payments will not exceed the fair value of the services performed or the reasonable
amount of the expenses incurred, and, depending upon the amount of the fund, may be
limited to a part of the value of such services and expenses.

(e)     No amounts will be disbursed without review and approval by the Court or such other
mechanism as the Court may order. Defense Counsel shall provide at least quarterly
notice to the Court or its designee the names and docket numbers of the cases for
which it has made an assessment. Details of any individual settlement agreement,
individual settlement amount and individual amounts deposited into escrow shall be
confidential and shall not be disclosed to the Plaintiff's Steering Committee, the Court,

or the Court's designee, however, the monthly statements from the escrow agent shall be provided to Plaintiff's Liaison Counsel, Defense Liaison Counsel, the Court, and the Court's designee showing only the aggregate of the monthly deposits, disbursements, interest earned, financial institution charges, if any, and current balance.

(f)    If the fund exceeds the amount needed to make payments as provided in this order, the Court may order a refund to those who have contributed to the fund. Any such refund will be made in proportion to the amount of the contributions.

4.    <u>Modification</u>.

The Court reserves the power to modify the terms of this order, but no changes imposing any additional burden or obligation on plaintiffs in actions in a state court that has imposed this obligation on such parties will be made without the approval of the presiding state court judge.

NEW ORLEANS, LOUISIANA, this <u>26th</u> day of <u>December</u>, 2001.

                                              <u>   /s/ Eldon E. Fallon             </u>
                                              UNITED STATES DISTRICT COURT JUDGE