UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| ALL ACTIONS ) ) | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF ANDREW G. FINKELSTEIN IN SUPPORT OF
PRODUCTS LIABILITY PLAINTIFFS' MOTION TO ESTABLISH
A PLAINTIFFS' PERSONAL INJURY LITIGATION EXPENSE FUND**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of the motion by Products Liability Plaintiffs, for: (1) a Case Management Order establishing a Plaintiffs' Personal Injury Litigation Expense Fund to compensate and reimburse attorneys for services performed and expenses incurred for the common benefit of MDL 1629 personal injury plaintiffs; and (2) a Case Management Order delineating guidelines for MDL 1629 personal injury plaintiffs' counsel's time and expense reporting for the reimbursement of common benefit fees and related costs incurred in the prosecution of this pharmaceutical litigation.

3. The following documents are attached hereto in support of this motion:

   Exhibit A -   [Proposed] Case Management Order for Establishment of Plaintiffs' Personal Injury Litigation Expense Fund To Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for Common Benefit (attaching Exhibit 1)

Exhibit B -   [Proposed] Case Management Order to Establish Guidelines for MDL 1629 Plaintiffs' Personal Injury Counsel for Time and Expense Reporting Of Common Benefit Fees and Related Costs (attaching Exhibits 1-4)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 14, 2008

>  **/s/ Andrew G. Finkelstein**
>  Andrew G. Finkelstein
>  Finkelstein & Partners, LLP
>  436 Robinson Avenue
>  Newburgh, NY  12550
>  (800) 634-1212
>
>  *Member of Products Liability*
>  *Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 14, 2008.

>  **/s/ Andrew G. Finkelstein**
>  Andrew G. Finkelstein, Esquire