UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
: 
In re:  NEURONTIN MARKETING, SALES PRACTICES, :
AND PRODUCTS LIABILITY LITIGATION :
: MDL Docket No. 1629
------------------------------------------------ x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
:
------------------------------------------------ x
: Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION; : Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
:
------------------------------------------------ x

**DEFENDANTS' MOTION FOR LEAVE TO TAKE THREE DEPOSITIONS AFTER
THE FEBRUARY 14, 2008 CLOSE OF CLASS DISCOVERY**

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move for leave to take three depositions after the February 14, 2008 close of class discovery.

The grounds for this motion are set forth in the accompanying memorandum.

<u>Defendants do not seek to amend the schedule with respect to class certification briefing, or to alter any other deadlines in the case.</u>

WHEREFORE, defendants respectfully request that the Court grant them leave to take the depositions of Dr. Clifford Jack Fraim, Dr. Beverley Grimm, and Dr. Nagoveni Ragothaman after February 14, 2008.

Dated: February 14, 2008

                    DAVIS POLK & WARDWELL

                    By:   /s/ James P. Rouhandeh
                            James P. Rouhandeh
                            Matthew B. Rowland

                    450 Lexington Avenue
                    New York, New York 10017
                    (212) 450-4000

                          - and -

                    HARE & CHAFFIN

                    By:   /s/ David B. Chaffin
                            David B. Chaffin

                    160 Federal Street
                    Boston, Massachusetts 02110
                    (617) 330-5000

                    *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 14, 2008.

                                            /s/ Matthew B. Rowland

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion and that the requirements of Local Rule 37.1 have been complied with.

                                            /s/ Matthew B. Rowland