EXHIBIT A



"McGroder, Lori (SHB)"
<LMCGRODER@shb .com>

01/17/2008 03:55 PM

To   KennethFromson@lawampm.com

cc

bcc

Subject   Dr. Jacobs' Supplement List of Materials Considered

History:          🖹 This message has been forwarded.

Ken, I was informed by Dr. Jacobs that he has created an additional list of materials reviewed, comprised of published articles, which I am forwarding in advance of his deposition scheduled for Jan 23.  This list supplements Attachment A to his report, produced to you on Dec. 21, 2007.  Let me know if you have any questions.

Lori


<<Additional Materials Reviewed-20080117.doc>>

Mail Gate made the following annotations on Thu Jan 17 2008 14:56:02 CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

---



Additional Materials Reviewed-20080117.doc

# Additional Material Reviewed

Ault A. FDA Seeking Suicidality Data on 14 Anticonvulsants. Clinical Psychiatry News 2005; 33(6).

Backonja M, et al. Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus: A Randomized Controlled Trial. JAMA 1998; 280(21): 1831-1836.

Baldessarini RJ. American Biological Psychiatry and Psychopharmacology, 1944-1994. In Menninger RW, Nemiah JC (Eds.). American Psychiatry After World War II: 1944-1994 (2000). Washington, D.C.: American Psychiatric Press; 371-412.

Baldessarini RJ, Tondo L, Hennen J. Lithium Treatment and Suicide Risk in Major Affective Disorders: Update and New Findings. J Clin Psychiatry 2003; 64(suppl 5):44-52.

Baldessarini RJ, Tondo L. Suicide Risk and Treatments for Patients With Bipolar Disorder. JAMA 2003; 290(11):1517-1519.

Ben-Menachem E, Söderfelt B, Hamberger A, Hedner T, Persson LI. Seizure Frequency and CSF Parameters in a Double-Blind Placebo Controlled Trial of Gabapentin in Patients with Intractable Complex Partial Seizures. Epilepsy Research 1995; 21:231-236.

Botts SR, Raskind J. Gabapentin and Lamotrigine in Bipolar Disorder. Am J Health-Syst Pharm 1999; 56:1939-44.

Bourgeois M. Serotonin, Impulsivity and Suicide. Hum Psychopharmacol 1991; 6:S31-36.

Broich K, Lyons D, Brassart L. Joint Reponse Assessment Report on List of Outstanding Issues: Neurontine and Associated Tradenames (Gabapentin). Pfizer Ltd 2006.

Cabras PL, Hardoy MJ, Hardoy MC, Carta MG. Clinical Experience with Gabapentin in Patients with Bipolar or Schizoaffective Disorder: Results of an Open-Label Study. J Clin Psychiatry 1999; 60(4):245-248.

Carta MG, Hardoy MC, Hardoy MJ, Grunze H, Carpiniello B. The Clinical Use of Gabapentin in Bipolar Spectrum Disorders 2003; 75:83-91.

Cattell H, Jolley DJ. One Hundred Cases of Suicide in Elderly People. The British Journal of Psychiatry 1995; 166(4):451-457.

Cipriani A, Pretty H, Hawton K, Geddes JR. Lithium in the Prevention of Suicidal Behavior and All-Cause Mortality in Patients With Mood Disorders: A Systematic Review of Randomized Trials. Am J Psychiatry 2005; 162:1805-1819.

Dodrill CB, et al. Cognitive Abilities and Adjustment with Gabapentin: Results of a Multisite Study. Epilepsy Research 1999; 35: 109-121.

FDA Approved Labeling. Neurontin® (Gabapentin) Capsules, Neurontin® (Gabapentin) Tablets, Neurontin® (Gabapentin) Oral Solution. February 2005.

Fishbain DA.  Current Research on Chronic Pain and Suicide.  American Journal of Public Health 1996; 86(9):1320-1.

Fishbain DA.  The Association of Chronic Pain and Suicide.  Seminars in Clinical Neuropsychiatry 1999; 4(3):221-227.

Fisher BJ, Haythornthwaite JA, Heinberg LJ, Clark M, Reed J.  Suicidal Intent in Patients with Chronic Pain.  Pain 2001; 89:199-206.

Goodwin GM. Evidence-based Guidelines for Treating Bipolar Disorder: Recommendations from the British Association for Psychopharmacology. Journal of Psychopharmacology 1003; 17(2):149-173.

Goodwin FK, Fireman B, Simon GE, Hunkeler EM, Lee J, Revicki D. Suicide Risk in Bipolar Disorder During Treatment with Lithium and Divalproex. JAMA 2003; 290(11):1467-1473.

Gordis L. Epidemiology. Philadelphia: W.B. Saunders Company, 1996. 13:173-178.

Grabowska-Grzyb A, Jedrzejczak J, Naganska E, Fiszer U. Risk Factors for Depression in Patients with Epilepsy. Epilepsy & Behavior 2006; 8:411-417.

Hamer AM, McFarland BH, Ketchum K. Gabapentin Use in a Managed Medicaid Population. Journal of Managed Care Pharmacy 2002; 8(4):266-271.

Hardoy, MC, Hardoy MJ, Carta MG, Cabras PL. Gabapentin as a Promising Treatment for Antipsychotic-Induced Movement Disorders in Schizoaffective and Bipolar Patients. Journal of Affective Disorders 1999; 54:315-317.

Juurlink DN, Herrmann N, Szalai JP, Kopp A, Redelmeier DA.  Medical Illness and the Risk of Suicide in the Elderly.  Arch Intern Med 2004; 164:1179-1184.
Kelly KM. Gabapentin: Antiepileptic Mechanism of Action. Neuropsychobiology 1998; 38:139-144.

Kelly KT, Knudson MP. Are No-Suicide Contracts Effective in Preventing Suicide in Suicidal Patients Seen by Primary Care Physicians? Arch Fam Med 2000; 9(10):1119-21.

Letterman L, Markowitz JS. Gabapentin: A Review of Published Experience in the Treatment of Bipolar Disorder and Other Psychiatric Conditions. Pharmacotherapy 1999; 19(5):565-572.

Luoma JB, Martin CE, Pearson JL. Contact with Mental Health and Primary Care Providers Before Suicide: A Review of the Evidence. Am J Psychiatry 2002; 159:909-916.

Mack A. Examination of the Evidence for Off-Label Use of Gabapentin. Journal of Managed Care Pharmacy 2003; 9(6):559-571.

Macfarlane GJ, McBeth J, Silman AJ. Widespread Body Pain and Mortality: Prospective Population Based Study. BMJ 2001; 323-1-5.

Mann JJ, Currier D. Effects of Genes and Stress on the Neurobiology of Depression. International Review of Neurobiology 2006; 73:153-189.

McManaman J, Tam DA. Gabapentin for Self-Injurious Behavior in Lesch-Nyhan Syndrome. Pediatr Neurol 1999; 20:381-382.

Meilman PW. Choices for Dealing with Chronic Pain. JOSPT 1984; 5(6):310-312.

Müller-Oerlinghausen B, Berghöfer A, Bauer M. Bipolar Disorder. Lancet 2002; 359:241-47.

Muzina DJ, El-Sayegh S, Calabrese JR. Antiepileptic Drugs in Psychiatry—Focus on Randomized Controlled Trial. Epilepsy Research 2002; 50(1-2):195-202.

Nilsson L, et al. Risk Factors for Suicide in Epilepsy: A Case Control Study. Epilepsia 2002; 43(6):644-651.

Ohayon MM, Schatzberg AF. Using Chronic Pain to Predict Depressive Morbidity in the General Population. Arch Gen Psychiatry 2003; 60:39-47.

Penttinen J. Back Pain and Risk of Suicide Among Finnish Farmers. American Journal of Public Health 1995; 85(10):1452-3.

Perugi G, et al. Effectiveness of Adjunctive Gabapentin in Resistant Bipolar Disorder: Is It Due to Anxious-Alcohol Abuse Comorbidity? Journal of Clinical Psychopharmacology 2002; 22(6):584-591.

Petty F. GABA and Mood Disorders: A Brief Review and Hypothesis. Journal of Affective Disorders 1995; 34:275-281.

Rose MA, Kam PCA. Gabapentin: Pharmacology and Its Use in Pain Management. Anaesthesia 2002; 57:451-462.

Rosenberg JM, Harrell C, Ristic H, Werner RA, de Rosayro MA. The Effect of Gabapentin on Neuropathic Pain. The Clinical Journal of Pain 1997; 13(3):251-255.

Rothschild AJ, Locke CA. Reexposure to Fluoxetine After Serious Suicide Attempts by Three Patients: The Role of Akathisia. J Clin Psychiatry 1991; 52(12):491-3.

Ruhè HG, Mason NS, Schene AH. Mood is Indirectly Related to Serotonin, Norepinephrine and Dopamine Levels in Humans: A Meta-Analysis of Monoamine Depletion Studies. Molecular Psychiatry 2007; 12:331-359.

Serpell MG. Gabapentin in Neuropathic Pain Syndromes: A Randomised, Double-Blind, Placebo-Controlled Trial. Pain 2002; 99:557-566.

Smith MT, Perlis ML, Haythornthwaite JA.  Suicidal Ideation in Outpatients with Chronic Musculoskeletal Pain:  An Exploratory Study of the Role of Sleep Onset Insomnia and Pain Intensity.  Clin J Pain 2004; 20(2):111-188.

Smith MT, Edwards RR, Robinson RC, Dworkin RH.  Suicidal Ideation, Plans, and Attempts in Chronic Pain Patients:  Factors Associated with Increased Risk.  Pain 2004; 111:201-208.

Snowdon J, Baume P.  A Study of Suicides of Older People in Sydney.  International Journal of Geriatric Psychiatry 2002; 17:261-269.

Sokolski KN, Green C, Maris DE, DeMet EM. Gabapentin as an Adjunct to Standard Mood Stabilizers in Outpatients with Mixed Bipolar Symptomatology. Annals of Clinical Psychiatry 1999; 11(4):217-222.

Spiller HA, Dunaway MD, Cutino L. Massive Gabapentin and Presumptive Quetiapine Overdose. Vet Hum Toxicol 2002; 44(4):243-4.

Tang NY, Crane C.  Suicidality in Chronic Pain:  A Review of the Prevalence, Risk Factors and Psychological Links.  Psychological Medicine 2006; 36(5):575-586.

Taylor CP, et al. A Summary of Mechanistic Hypotheses of Gabapentin Pharmacology. Epilepsy Research 1998; 29:233-249.

Verma A, St. Clair EW, Radtke RA. A Case of Sustained Massive Gabapentin Overdose Without Serious Side Effects. Therapeutic Drug Monitoring 1999; 21:615-617.

Waern M, et al. Burden of Illness and Suicide in Elderly People:  Case-Control Study. BMJ 2002; 324(7350):1355-8.

Waern M, Beskow J, Runeson B, Skoog I. Suicidal Feelings in the Last Year of Life in Elderly People who Commit Suicide. The Lancet 1999; 354:917-8.

Wang PW, et al. Gabapentin Augmentation Therapy in Bipolar Depression. Bipolar Disorders 2002; 4:296-301.

Wang PW, Ketter TA, Becker OV, Nowakowska. New Anticonvulsant Medication Use in Bipolar Disorder. CNS Spectrums 2003; 8(12):930-932,941-7.

Wysowski DK, Pitts M, Beitz J. An Analysis of Reports of Depression and Suicide in Patients Treated with Isotretinoin. J Am Acad Dermatol 2001; 45:515-9.

Yasmin S, et al. Adjunctive Gabapentin in Treatment-Resistant Depression: A Retrospective Chart Review. Journal of Affective Disorders 2001; 63:243-247.

Young LT, et al. Gabapentin as an Adjunctive Treatment in Bipolar Disorder. Journal of Affective Disorders 1999; 55:73-77.

EXHIBIT B



"McGroder, Lori (SHB)"
<LMCGRODER@shb .com>

01/02/2008 04:06 PM

To  KennethFromson@lawampm.com

cc  "Stufflebean, Kerry (SHB)" <KSTUFFLEBEAN@shb.com>

bcc

Subject  List of Prior Testimony Dr. Arrowsmith- Lowe

History:          🔊 This message has been forwarded.

<<Deposition and Trial Testimony for Janet Arrowsith-Lowe.pdf>>

Ken, apparently there is an additional and more complete list of prior testimony than the last version I sent you on Friday Dec 28.  Please use this list.  Thanks.

Mail Gate made the following annotations on Wed Jan 02 2008 15:06:54 CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

---



Deposition and Trial Testimony for Janet Arrowsith-Lowe.pdf

**Cases in Which Dr. Janet Arrowsmith-Lowe has Testified
as an Expert at Trial or by Deposition Since March  2003**

Hollis Haltom et al v Bayer Corp et al Cause No. 02-60165-00-0-2 (County Court at Law No. 2, Nueces County, Texas) Corpus Christi, TX (March, 2003)

Concepcion Morgado v Warner-Lambert, Parke Davis and Co and Pfizer,Inc No. 403243/01 (Supreme Court of the State of New York, County of New York) (3/31/03)

Dana Leon Lefler, et al. v.  Parke-Davis Division of Warner-Lambert Company, Pfizer, Incorporated No. 2000-CI-13553 (Texas District Ct., Bexar Co.) (May 1, 2003, May 2, 2003 and May 5, 2003)

Mario Toumayan v Bayer Corporation et al No 02-C-5M (Marshall County West Virginia) (August 11, 2003).

Mary Jones v. Wyeth No. 0236 (Circuit Court, Second Judicial District of Hinds County, Mississippi) (October 14, 2003)

Hayes et Ux vs American Home Products et al (Cause no B-165,374) District Court of Jefferson County Texas 60th Judicial District; Beaumont, Texas (November 3 and 4, 2003)

Ronnie Lee Crews and Ernestine Crews vs  American Home Products et al (MID-L-9881-02-MT)  Superior Court of New Jersey Middlesex County, Santa Fe, NM (November 13, 2003) (PPA)

Linda Eichmiller and Betty Horn vs. American Home Products Civil Action File No. 2002-CV-52077 Superior Court for the County of Fulton, State of Georgia, Atlanta Georgia November 19 and 20, 2003.

Baycol Products Litigation MDL No. 1431 (MJD/JGL) United States District Court District of Minnesota: New York, NY.  January 30, 2004.

Diet Drugs Product Liability Litigation MDL No. 1203  United States District Court for the Eastern District of Pennsylvania: Santa Fe, NM, March 12, 2004.

Jerry Coffey, et al vs. Wyeth, et al. Cause No. E-167,334 District Court of Jefferson County Texas 172nd Judicial District: Beaumont, Texas April 7, 13, 14, 2004.

Hazel Frances Nichols vs Bayer Corporation No.CV 01-72 Circuit Court of Crenshaw County, Alabama. Ruidoso, NM April 22, 2004.

Paul Dearman vs Bayer Corporation; SmithKline Beecham d/b/a GlaxoSmithKline; Civil Action No. C102-0423 Circuit Court of Forrest County, Mississippi. Hattiesburg, MS; April 29, 2004.

Vickie Carol Campbell-Reese et al (Lanna Nustad)  vs Wyeth-Ayerst Laboratories Company District Court of  Upshur County 115th Judicial District, Texas. Gilmer Texas, May 19 and 20,  2004.

Gaylene Davis, D. May, M. Roberts, L. Rogowski and B. Sidwell vs . Wyeth, Wyeth-Ayerst Pharmaceuticals, Inc., Wyeth-Ayerst International, Inc., and Wyeth Pharmaceuticals, Division of Wyeth; Court of Common Pleas 1st Judicial District of Pennsylvania, Civil Trial Division.  Philadelphia, Pa. August 2 and 3, 2004.

Lynette Hargrove, R. Steward, F. ford, C. Nixon vs. Wyeth, Wyeth-Ayerst Pharmaceuticals, Inc., Wyeth-Ayerst International, Inc., and Wyeth Pharmaceuticals, Division of Wyeth. ; Court of Common Pleas 1st Judicial District of Pennsylvania, Civil Trial Division.  Philadelphia, Pa. August 4, 2004.

Evangelina Rubio et al v. American Home Products et al.  No. 2002-930 (Texas District Court, El Paso County, 327th District. Santa Fe, NM  August 17, 2004

Nicole Hurley et al v. The Heart Physicians, R. Landesman, MD and  Medtronic, Inc. Superior Court, State of Connecticut, Judicial District of Stamford/Norwalk at Stamford #CV 00 0177475 S.  Columbus, Ohio; August 30, 2004.

Pennsylvania Diet Drugs Litigation Annicola Bornstein, et al. vs Wyeth, et al. Civil Action Master Docket No. 9709-3162 Court of Common Pleas, Philadelphia, PA, Philadelphia, PA; September 15 and 16, 2004.

Robert and Tonya Havey vs Wyeth et al., Case No. CV-03-5083 USDC Western District of Washington at Seattle, Santa Fe, NM September 28, 2004.

Lucy A. Hansen, et al. vs. Wyeth, Wyeth-Ayerst Pharmaceuticals, Inc., Wyeth-Ayerst International, Inc., and Wyeth Pharmaceuticals, Division of Wyeth, Court of Common Pleas 1st Judicial District of Pennsylvania, Civil Trial Division.  Philadelphia, Pa. October 28, 2004.

Maria De Jesus Cabrera and spouse Antonio Cabrera v. Bayer Corporation et al Cause No. 2002-CI-15612 166th Judicial District Bexar County Texas January 11, 2005.

Warner-Lambert Company vs. LEP  Profit International, Inc. et al Civil Action No. 99-3619 United States District Court, District of New Jersey,  Albuquerque NM, June 16, 2005.

Ernst et al vs. Merck & Co, Inc Cause no. 19962*BH02 23rd Judicial District Court Brazoria County Texas Houston Texas 29 June 2005

<u>Evelyn Irvin Plunkett vs. Merck & Co, Inc</u>. United States District Court Eastern District of Louisiana, MDL Docket No 1657 Santa Fe, NM 28 October 2005.

<u>Bonnie Weston v. Wyeth Inc</u>, 03-679878 Jasper County, Circuit Court at Joplin MO, 18 January  2006.

<u>Garza v. Merck & Co., Inc.</u>, No. DC-03-84, District Court of 229th Judicial District, Starr County, Texas Houston TX 2 February 2006.

<u>Evelyn Irvin Plunkett vs. Merck & Co, Inc</u>. United States District Court Eastern District of Louisiana, MDL Docket No 1657, New Orleans, Louisiana, February 16, 2006.

<u>Patricia Geers vs. Wyeth, et al</u>, United States District Court, Western District of Texas, Midland Division, February 27-28, 2006.

<u>Barnett vs Merck & Co Inc</u>.  United States District Court Eastern District of Louisiana, MDL Docket No 1657, Santa Fe, NM 7 June 2006.

<u>Smith v. Merck & Co, Inc</u>. United States District Court Eastern District of Louisiana, MDL Docket No 1657, New Orleans, Louisiana, September 21, 2006

<u>Anthony Wayne Dedrick  vs Merck & Co., Inc.</u> United States District Court Eastern District of Louisiana, MDL Docket No. 1657 New Orleans LA 7 December 2006.

<u>Virginia Cavender vs American Home Products Corporation, et al</u>.  United States District Court Eastern District of Missouri Case No. 4:02CV01830 ERW St. Louis MO 18 June 2007.

<u>Lisa Dean v. American Home Products Corporation, et al.</u>, United States District Court Eastern District of Missouri, Eastern Division, 02-CV-1833-ERW, St. Louis MO 20 July 2007

<u>Aredia® and Zometa® Products Liability Litigation (MDL No. 1760)</u>, United States District Court Middle District of Tennessee at Nashville, No. 3:06-MD-1760, Santa Fe NM 3 August 2007

<u>Dunston v. L. Perrigo Co.</u>, United States District Court District of Maryland, Case No. 06-cv-01732, Baltimore, Maryland, September 27, 2007.

<u>Scherring AG and Berlex, Inc v. Barr Laboratories, Inc.</u>, United States District Court for the District of New Jersey, Civil Action No. 05-2308 (PGS) (ES), Albuquerque, NM 4 October 2007.

<u>Nicole Hurley PPA Navarro and Lucinda Hurley, etc. vs The Heart Physicians, P.C., tichard H. Landesman, and Medtronic, Inc.</u> Judicial District of Stamford No. X05 CV 00-0177475S Stamford CT 14 December 2007.

EXHIBIT C

Stefan P. Kruszewski, M.D.
133 Linglestown Road
Harrisburg, Pennsylvania 17110

# Gabapentin: Mechanism of Mood-altering Action

## Introduction

This report is limited to gabapentin's capacity to cause negative mood alteration in susceptible people. I have analyzed from ingestion through excretion the various sites of action where gabapentin exerts chemical changes in the body, how the body affects gabapentin (generally understood as *pharmacokinetics*), and how gabapentin affects the body (generally understood as *pharmacodynamics.*) It is my opinion, based upon a reasonable degree of medical certainty, that gabapentin produces GABAergic effects on neurotransmitters. It is my opinion, based upon a reasonable degree of medical certainty that gabapentin impairs glutaminergic neurotransmitter systems. It is further my opinion that gabapentin's net effect on these neurotransmitter systems results in self-injurious behavior, including attempted and completed suicide, in a susceptible minority of consumers.

In formulating this opinion, I have relied upon my education, training and experience as a physician certified by the American Board of Psychiatry and Neurology, general reference works in my field of psychiatric expertise as well as other scientific and medical disciplines, and upon a substantial body of literature (see attached references), that contains, to the best of my knowledge, scientific evidence that I specifically considered in reaching my opinions. The reference list also includes items I considered, but from which I did not specifically cite or refer; the scientific conclusions corresponding to these items were nonetheless important to my general understanding of the issues related to gabapentin's neurobiologic effects.

I cannot possibly list all of the scientific and medical literature that supports my opinions. Therefore, I reserve the right to supplement my opinions with the appearance of new medical and scientific literature, and as data are brought to my attention that I have not previously reviewed, including the opinions of experts retained on behalf of either party. I believe the opinions herein to be true as they are based upon available data and reasonable scientific and medical principles. I have used the same type of scientific analysis and reasoning herein that I use in my professional work.

# DISCUSSION

### Explaining neurotransmitters

Brain activity is controlled through a complex network of electrical impulses. These electrical impulses, neurons, use chemical messengers called neurotransmitters. A neurotransmitter is a chemical substance that is released at the end of a nerve fiber

effect on glutaminergic neurotransmission.  The consequence of gabapentin's net effect is that gabapentin decreases cortical excitability (enhancing GABAergic systems and/or inhibiting glutaminergic systems) and/or decreases the availability of serotonin and norepinephrine neurotransmitters.  This net effect has been repeatedly shown in peer reviewed literature to affect mood and mood-related behaviors.  Gabapentin's adverse effects upon mood and mood related behaviors have the capacity to cause, *inter alia,* dysphoria, sadness, depression, abnormal thinking, depersonalization, irritability, agitation, aggression, suicidal behavior and completed suicides.

Stefan P. Kruszewski, M.D.

[1] Parke-Davis. (Aug 2003) **Neurontin® (Gabapentin) Capsules: Neurontin® (Gabapentin) Tablets: Neurontin® (Gabapentin) Oral Solution**. Lori Murray, Senior Ed. *PDR: 58 Edition: 2004: Physicians' Desk Reference*. Thompson PDR. Montvale, NJ. 2004. 2559.

[2] Lloyd KG, Morselli PL, Depoortere H, et al. (1983) **The Potential Use of GABA Agonists in Psychiatric Disorders: Evidence from Studies with Progabide in Animal Models and Clinical Trials**. *Pharmacology Biochemistry & Behavior*. 18: 957-966.

[3] Ng GYK, Bertrand S, Sullivan R, et al. (2001) γ-Aminobutyric Acid Type B Receptors with Specific Heterodimer Composition and Postsynaptic Actions in Hippocampal Neurons Are Targets of Anticonvulsant Gabapentin Action. *Molecular Pharmacology*. 59(1): 144-152.

[4] Löscher W, Hönack D, Taylor CP. (1991) **Gabapentin increases aminooxyacetic acid-induced GABA accumulation in several regions of rat brain**. *Neuroscience Letters*. 128: 150-154.

[5] Pfizer_L_Castro_ 0011361.

[6] Petroff OA, Hyder F, Rothman DL, Mattson RH. (2000 Jun) **Effects of Gabapentin on brain GABA, homocarnosine, and pyrrolidinone in epilepsy patients**. *Epilepsia*. 41(6): 675-680.

[7] Bertrand S, Nouel D, Morin F, et al. (2003) **Gabapentin Actions on Kir3 Currents and N-type Ca$^{2+}$ Channels via GABA$_B$ Receptors in Hippocampal Pyramidal Cells**. *Synapse*. 50: 95-109.

[8] Bertrand S, Ng GYK, Purisai MG, et al. (2001) **The Anticonvulsant, Antihyperalgesic Agent Gabapentin Is an Agonist at Brain γ-Aminobutyric Acid Type B Receptors Negatively Coupled to Voltage-Dependent Calcium Channels**. *The Journal of Pharmacology and Experimental Therapeutics*. 298(1): 15-24.

[9] Pritts J, Panek D. (March 5, 2001) **Drugs in Clinical Development for Epilepsy: March 2001**. PGRD Ann Arbor Laboratories for Pfizer, Inc. 1.

[10] Taylor CP. (1993) **Mechanism of Action of New Anti-Epileptic Drugs**. In: Int Congr Symp Ser, No. 198, *New Trends in Epilepsy Management: The Role of Gabapentin*, edited by D. Chadwick, London, R Soc Med Serv, 13-40.

[11] Flattery KV, Spero L. (1985) *Drugs acting on adrenergic neurons (adrenergic neuronal blocking drugs), in Principles of Medical Pharmacology, 4th Edition*. Edited by Kalant H, Roschlau WH, Sellers EM. Toronto, University of Toronto Press. 203-212. as referenced in: Brown TM, Stoudemire A. (1998) *Psychiatric Side Effects of Prescription and Over-the-Counter Medications: Recognition and Management*. American Psychiatric Press, Inc. Washington, DC. 4.

[12] Cooper JR, Bloom FE, Roth RH. (1986) **The Biochemical Basis of Neuropharmacology: Fifth Edition**. *Oxford University Press*. New York, NY. 137, 139-140, 316.

[13] Brown TM, Stoudemire A. (1998) *Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management*. American Psychiatric Press, Inc. Washington, DC. 216.

EXHIBIT D

# DECLARATION OF PROFESSOR MICHAEL TRIMBLE, M.D. IN RELATION TO NEURONTIN CAUSING NEGATIVE MOOD AND BEHAVIOURAL ALTERATIONS, INCLUDING SUICIDAL BEHAVIOR, IN TREATED PATIENTS

PROFESSOR MICHAEL TRIMBLE MD, FRCP FPCPsych

PROFESSOR OF BEHAVIOURAL NEUROLOGY

INSTITUTE OF NEUROLOGY

LONDON

# Introduction

This report is prepared as an expert opinion in relationship to the capacity of the drug gabapentin (Neurontin) to contribute to acts of completed suicide or suicidal attempts in patients prescribed the medication. It is based on my extensive knowledge and use of drugs of the class referred to as antiepileptic (AEDs) in patients with a variety of neurological and psychiatric disorders. I have prescribed these drugs clinically for over 30 years, and have carried out research not only into their therapeutic effects but also their side effects, and have published widely on these topics.

Before preparing this report I have relied upon versions of the Neurontin package insert/label provided to prescribers of gabapentin. Further, I have relied upon many Pfizer, Warner Lambert and Parke-Davis corporate internal documents not yet available to the general scientific community, as well as depositions of testimony during the pendency of the litigation. Within these documents are internal reports prepared by myself at the request of Parke-Davis in 1995. At that time I stated, and reaffirm now, "the main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression" (Pfizer_PSUR_0002000 at 0002005; Pfizer_CPacella_0009404 at 0009409).

I cannot possibly list all of the scientific, medical literature and confidential corporate documents that I have reviewed and which support my opinions. However, I have published and read extensively in this area. In forming the following opinions, I have used the same scientific analysis and reasoning that I use in my professional work. This report has specifically to do with the links between the psychotropic/antiepileptic agent gabapentin and mood instability including suicidality. This report reflects the author's professional opinion, and is based on clinical experience of dealing with these drugs

2

panic, irritable mood, emotional lability, dysphoria, anger, agitation, hostility, and impulsivity.

Accordingly, patients taking gabapentin are at risk to develop mood instability and affective disorders that may predictably result in suicidal behavior; in particular,  patients who have a prior personal history of mood disorders are at greater risk with gabapentin. Although it would be unethical for outcomes research to be done with suicide as an endpoint, there are scientific data in the peer-reviewed literature that substantiate that patients who are depressed or who are aggressive are at increased risk for suicide and related suicidal behaviors.  Prescribing of drugs with the profile of gabapentin to vulnerable patients with a past history of mood disorder or impulsive aggressivity or with a current mood disorder should be undertaken only after a complete psychiatric anamnesis, and with a risk assessment with regards to the potential for suicide.

## NEUROCHEMICAL CONSIDERATIONS

First of all, some explanation of the workings of the brain's biochemistry is relevant. Neurotransmitters are brain derived chemicals which are central to the brain's signaling mechanisms. They are manufactured in the brain's cells (neurons mainly but not exclusively), and secreted at the nerve terminals of so-called presynaptic cells, to flow across a small gap, the synapse, to influence the postsynaptic cell. They achieve the latter by interacting with receptors on the surface of the postsynaptic cell mainly but not exclusively at the synapse.

Two main types of postsynaptic response are described. The neurotransmitter binding to the receptor either opens up the postsynaptic cell membrane to allow the flow

7

EXHIBIT E

# I. BACKGROUND

1.    My name is Cheryl D. Blume, Ph.D.  I am the President of Pharmaceutical Development Group, Inc. (hereinafter, "PDG") a consulting firm specializing in pharmaceutical development and registration activities, located in Tampa, Florida.  As described in the Curriculum Vitae attached as Exhibit 1, my background includes holding several executive positions in pharmaceutical companies over a period of 20 years, including Vice President of Scientific Affairs for Mylan Laboratories, Inc., and Executive Vice President and Chief Operations Officer for Somerset Pharmaceuticals, Inc.  I also was a member of the Board of Directors of Somerset.

2.    I was responsible for overseeing preclinical and clinical (Phases I-IV) programs associated with pharmaceutical product development and the securing of premarketing approvals for over 100 new prescription pharmaceutical drugs from the U.S., Food and Drug Administration (FDA).  These products included both new (brand name) and generic drug products.  These responsibilities included the design, execution and interpretation of pivotal preclinical and clinical trials.

3.    My duties included direction of all phases of interactions with the FDA relating to the prosecution of New Drug Applications (NDAs), Abbreviated New Drug Application (ANDAs) Supplements to New Drug Applications (sNDAs), drafting labeling and other aspects of the approval procedures.  I have been centrally involved in supervising the collection and evaluation of post marketing adverse medical events, the design and implementation of studies to assess post-marketing signals, and the preparation and dissemination of updated product information to health providers and patients.

4.    I have been asked by counsel to provide an opinion on whether Neurontin contributes to mood and behavior disturbances including self-injurious actions and suicide.  I have also been asked to evaluate the actions taken by defendants (Warner Lambert Co., Parke-Davis and Pfizer; hereinafter "Pfizer Defendants") with respect to the regulatory and marketing efforts associated with Neurontin (gabapentin).  The scientific opinions set forth in this report are true to a reasonable degree of scientific certainty based on the data and information provided to date.

5.    I reserve the right to supplement this report if additional information is provided.  I cannot possibly list all of the documentation that supports my opinions; however, I have based my opinions in part upon my education, personal experience, and review of documents disclosed during the pendency of this litigation, included but not limited to sources containing adverse events associated with Neurontin, Pfizer Defendants' internal Research Reports, Investigational and New Drug Applications, Annual Reports, adverse event surveillance databases (Pfizer's internal database, Spontaneous Reporting System (SRS), Adverse Event Reporting System (AERS), and the World Health Organization (WHO)), Periodic Safety Update Reports, FDA records, international regulatory efforts, expert reports prepared by Drs. Trimble, Kruszewski and Roth, medical literature, deposition transcripts and exhibits.

# II. INTRODUCTION

6.    The documentary evidence in this case demonstrates that the Pfizer Defendants were aware of multiple pre-marketing clinical trial reports and post-marketing patient events of self-injurious behavior, including suicide, in association with Neurontin.

1

temporal relationship between the tapering/discontinuation of gabapentin therapy and the resolution of the depression and suicidal ideation events in this patient suggests that gabapentin precipitated these events. As such, these dechallenge/rechallenge events demonstrate that gabapentin may be associated with adverse effects on mood and special precautions should be taken to monitor patients for any changes in their mental health status.

b.  Neurontin reduces the stimulated release of noradrenaline, dopamine, and glutamate under certain laboratory conditions. Gabapentin administration increases the total brain content of GABA after a single dose. However, the relevance of these findings to clinical use is not yet clear.

c.  Neurontin slightly reduces the release of excitatory neurotransmitters (*e.g.*, serotonin, norepinephrine) *in vitro*. A reduced release of excitatory neurotransmitters in the brain may contribute to depression and suicidal behavior.

d.  Patients of all ages who are started on Neurontin should be monitored appropriately and observed closely for clinical worsening, suicidality, or unusual changes in behavior. Families and caregivers should be advised of the need for close observation and communication with the prescriber.

e.  Depression and suicidal behavior (ideation, attempt, completed suicide) have been reported to occur in patients receiving Neurontin. Patients treated with Neurontin should be advised to report immediately any symptoms of depression and/or suicidal ideation to their prescribing physicians. If a patient develops depression, cessation of Neurontin therapy should be considered.

f.  A variety of abnormal thinking and behavior changes have been reported to occur in association with the use of Neurontin. Some of these changes may be characterized by decreased inhibition (*e.g.*, aggressiveness), depersonalization. In patients with pre-existing psychiatric conditions, worsening of depression, including suicidal thinking has been reported in association with the use of Neurontin. It can rarely be determined with certainty whether a particular instance of abnormal behaviors listed above is drug induced, spontaneous in origin, or a result of an underlying psychiatric or physical disorder. Nonetheless, the emergence of any new behavioral sign or symptom of concern requires careful and immediate evaluation.

EXHIBIT F

EXPERT REPORT OF SANDER GREENLAND, M.A., M.S., Dr.P.H.

Regarding the Epidemiology of Neurontin® (gabapentin) and Suicidal Behavior

October 19, 2007

## 1. Task and Summary

I have been asked by Andrew Finkelstein of Finkelstein and Partners LLP to review and comment on the epidemiologic evidence linking gabapentin (Neurontin®) to suicide. The epidemiologic evidence regarding the relation of gabapentin to suicidal behavior appears to be very limited, with only one report appearing as a primary study in a peer-reviewed journal.

The unpublished material I have reviewed comprises reports and communications from Pfizer to the FDA, including the following submissions:

1) "Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials and Postmarketing Survelliance," dated 09 September 2004; signatory: Bruce Parsons, M.D., Ph.D. and hereafter referred to as the first Parsons report, which covers phase 2-4 trials.

2) "Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials – Phase I Studies," dated 16 November 2004; signatory: Bruce Parsons, M.D., Ph.D. and hereafter referred to as the second Parsons report, which supplements the clinical-trials section of the first report with phase-I trials.

3) "Gabapentin and Suicide," dated 17 October 2005; signatory: Jeffrey D. Mohan, Pharm. D. and hereafter referred to as the Mohan report.

4) Letter to Russell G. Katz of the FDA from Mary Ann Colonel Evertsz, R. Ph.,

   dated 22nd June 2006, and its enclosures.

The unpublished materials provide no evidence regarding the presence or absence of a

relation of gabapentin to suicide. This is because the Parsons reports and the subsequent

data in the Evertsz letter had no completed suicide and only one suicide attempt among

controlled comparisons, while the data in the Mohan report could not and hence did not

provide a valid suicide-rate calculation for gabapentin users, or a controlled comparison

of users and nonusers.

The published report is the study by J.C. Collins and B.H. McFarland,

"Divalproex, lithium and suicide among Medicaid patients with bipolar disorder"

(*Journal of Affective Disorders*, in press 2007), hereafter referred to as Collins and

McFarland (2007). This study is supportive of the hypothesis of an elevated suicide risk

associated with gabapentin use compared to lithium use among patients with bipolar

disorder, although its broader applicability is unclear. Therefore the overall

epidemiologic evidence known to me at this time is inconclusive, especially with regard

to nonpsychiatric patients, and must be supplemented by other scientific evidence to draw

any inference about the relation of gabapentin to suicide. The limited status of the

epidemiologic evidence is explained by the difficulty and expense of conducting a study

of an outcome as rare as suicide.

Section 2 of the present report provides my qualifications to render these

conclusions, while sections 3 and 4 provide the facts as I know them and the reasoning I

used to form my conclusions. Overall conclusions are given in section 5. All conclusions

are subject to change upon receipt of further evidence or information regarding this topic.

estimated one-year incidence rate of completed suicide in nonpsychiatric patient populations ranges from 0.02% to about 0.07%, or about 2 to 7 per 10,000 annually. The rate in psychiatric populations appears much higher, about 0.20-0.40%, or 20 to 40 per 10,000 annually. These figures are from populations that would include gabapentin users. Given that most of the patients in the first Parsons report were nonpsychiatric and there were only 4,500 patient-years of gabapentin exposure in the first report, we should expect only about 0.02%-0.07% times 4,500 = 1-3 completed suicides in the report. This expectation is borne out in that only one completed suicide was reported during exposure and just one more in the months following exposure. These expected and observed numbers of completed suicides are far too small to draw any statistically reliable conclusion.

Consider next the difference between the gabapentin and non-gabapentin experiences. Because there were no completed suicides in the placebo-controlled trials, the data are statistically compatible with any and every hypotheses about the gabapentin effect. In particular, the results are compatible with the null hypothesis of no gabapentin effect and the hypothesis that gabapentin triples risk of completed suicide. Thus, while it is correct to say that this portion of the report "did not indicate an increased risk of suicide with gabapentin treatment" (Executive Summary, p.2 of first Parsons report), it is just as correct to say that it also does not indicate there is no greatly increased risk of suicide with gabapentin treatment. A neutral summary would say that the data presented in both reports provide no statistical basis evaluating any hypothesis about gabapentin effects on completed suicide.