UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
PRODUCTS LIABILITY ACTIONS :
:
---------------------------------------------------------x

**DECLARATION OF GAIL SCHLANGER IN OPPOSITION
TO DEFENDANTS' EMERGENCY MOTION TO MODIFY
THE NOVEMBER 9, 2007 CASE MANAGEMENT ORDER**

I, Gail Schlanger, declare under penalty of perjury as follows:

1. I am associated with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this litigation.

2. This declaration is submitted in opposition to Defendants' Motion to Modify the November 9, 2007 Case Management Order of this Court.

3. On June 29, 2006, I requested that the Food and Drug Administration (FDA), pursuant to the Freedom of Information Action (FOIA), provide us with two certified copies of the NDA #20-235 Clinical Review and Evaluation of Clinical data for Neurontin (Gabapentin). *See* Letter attached as Exhibit A.

4. On July 10, 2006, I was advised by the FDA that they had received my FOIA request and would respond as soon as possible. *See* Letter attached as Exhibit B.

5. Thereafter, I repeatedly called the FDA and spoke to numerous individuals concerning the request for this document and the urgency of our request.

6.  On February 11, 2008, almost a year and eight months after my initial request, I received one certified hard copy of the Clinical Review and a certified copy of same on a disc. *See* copies of post-marked envelope, Certificates and Affidavits, attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2008

/Gail Schlanger/
Gail Schlanger

Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212

*Attorneys for Products Liability Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 15, 2008.

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire

2