EXHIBIT A



Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & MA)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mazoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Andrew I. Falk (NY)
Glenn W. Kelleher (NY)

Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

Of Counsel
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)

*Accredited CLE Provider*

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

June 29, 2006

Food and Drug Administration
Freedom of Information Staff
5600 Fishers Lane
Rockville, Maryland 20857
HFI-35
Parklawn Bldg. Foom 6-32

Re:  NDA #20-235 Clinical Review
     Review and Evaluation of Clinical data for Neurontin (Gabapentin)
     Dated January 31, 1992

Dear Sir/Madam:

Attached hereto please find a copy of the above referenced document. Pursuant to the Freedom of Information Act, I require that you provide two (2) Certified copies of this document to my attention as soon as possible. As time is of the essence, if there is any unusual delay or if you require any additional information in relation to my request, please do not hesitate to contact the undersigned at the above telephone number, extension 9297.

Thank you for your kind assistance in this matter.

Very truly yours,


Gail Schlanger, Esq.

Newburgh • Albany • Binghamton • Goshen • Kingston • Middletown • Monroe • New Windsor • Newark • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

*Please Send All Correspondence to the Address Indicated Above*

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

EXHIBIT B

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville MD 20857

FINKELSTEIN AND PARTNERS
GAIL SCHLANGER
436 ROBINSON AVE
NEWBURGH NY 12550

07/06/2006

In Reply refer to:
2006-10795
Your reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

NEURONTIN (GABAPENTIN) NDA 20-235 - CLNCL RVWS (CERTIFIED)

We will respond as soon as possible and may charge you a fee for processing your request. If you have any questions about your request, please call Shera S. Behram, Information Technician, at (301) 827-6552 or write to us at:

Food and Drug Administration
Division of Freedom of Information
5600 Fishers Lane, HFI-35
Rockville, MD 20857

If you call or write, use the reference number above which will help us to answer your questions more quickly.



EXHIBIT C

**DEPARTMENT OF
HEALTH & HUMAN SERVICES**

Public Health Service
Food and Drug Administration
Rockville MD 20857

Official Business
Penalty For Private Use $300



DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Regulatory Policy
Division of Information Disclosure Policy
5600 Fishers Lane (HFD-13)
Rockville, Maryland 20857

Gail Schlanger, Esq
Finkelstein and Partners
436 Robinson Avenue
Newburgh, NY 12550

**CONFIDENTIAL**

**CONFIDENTIAL**



MEDIA MAIL

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Regulatory Policy
Division of Information Disclosure Policy
5600 Fishers Lane (HFD-13)
Rockville, Maryland 20857

## CERTIFICATE

Pursuant to the provisions of Rule 27 of the Federal Rules of Criminal Procedure and Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Bibie Adesioye, Regulatory Counsel, Division of Information Disclosure Policy, Center for Drug Evaluation and Research, whose Affidavit is attached, has custody of the records relating to human drugs on file with the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provisions of Title 42, United States Code, section 3505, and the authority delegated to me by the Commissioner of Food and Drugs, hereto set my hand and caused the seal of the Department of Health and Human Services to be affixed this 4th day of February 2008.

*[signature]*

Nancy B. Sager
Director
Division of Information Disclosure Policy
Center for Drug Evaluation and Research
By Direction of the Secretary of
Health and Human Services



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Public Health Service
*Food and Drug Administration*
*Center for Drug Evaluation and Research*
*Office of Regulatory Policy*
*Division of Information Disclosure Policy*
*5600 Fishers Lane (HFD-13)*
*Rockville, Maryland 20857*

## AFFIDAVIT

Bibie Adesioye, being duly sworn, deposes and says:

1. I am a Regulatory Counsel, Division of Information and Disclosure Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration.

2. In this capacity I have custody of certain records relating to human drugs on file with the United Stated Food and Drug Administration.

3. Attached hereto is a true paper copy of the Medical Review for Neurontin NDA 20-235. The document consists of 122 pages.

4. The document referred to in paragraph 3 above is part of the official records of the United States Food and Drug Administration.

_____
Bibie Adesioye

State of Maryland         )
County of Montgomery   )

Subscribed and sworn to before me on this 4th day of February 2008.

My commission expires _____12/30/08_____

_____
Notary Public

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service
*Food and Drug Administration*
*Center for Drug Evaluation and Research*
*Office of Regulatory Policy*
*Division of Information Disclosure Policy*
*5600 Fishers Lane (HFD-13)*
*Rockville, Maryland 20857*

## CERTIFICATE

[Pur]suant to the provisions of Rule 27 of the Federal Rules of Criminal Procedure and Rule 44 of the Federal [Rul]es of Civil Procedure, I hereby certify that Bibie Adesioye, Regulatory Counsel, Division of Information [Dis]closure Policy, Center for Drug Evaluation and Research, whose Affidavit is attached, has custody of the [reco]rds relating to human drugs on file with the United States Food and Drug Administration.

[In w]itness whereof, I have, pursuant to the provisions of Title 42, United States Code, section 3505, and the [auth]ority delegated to me by the Commissioner of Food and Drugs, hereto set my hand and caused the seal of [the D]epartment of Health and Human Services to be affixed this 4th day of February 2008.

Nancy B. Sager
Director
Division of Information Disclosure Policy
Center for Drug Evaluation and Research
By Direction of the Secretary of
Health and Human Services

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**     Public Health Service
*Food and Drug Administration*
*Center for Drug Evaluation and Research*
*Office of Regulatory Policy*
*Division of Information Disclosure Policy*
*5600 Fishers Lane (HFD-13)*
*Rockville, Maryland 20857*

## AFFIDAVIT

Bibie Adesioye, being duly sworn, deposes and says:

1. I am a Regulatory Counsel, Division of Information and Disclosure Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration.

2. In this capacity I have custody of certain records relating to human drugs on file with the United Stated Food and Drug Administration.

3. Attached hereto on compact disc is a true copy of the Medical Review for Neurontin NDA 20-235. The electronic document is in Adobe PDF format and consists of 122 pages.

4. The document referred to in paragraph 3 above is part of the official records of the United States Food and Drug Administration.

_____
Bibie Adesioye

State of Maryland          )
County of Montgomery  )

Subscribed and sworn to before me on this 4th day of February 2008.

My commission expires   12/30/08   .

_____
Notary Public