UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 FEB 15  P 12: 22

DISTRICT COURT
DISTRICT OF MASS.

---------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES PRACTICES,
     AND PRODUCTS LIABILITY LITIGATION

 

---------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

: MDL Docket No. 1629

---------------------------------------------------------------x

: Master File No. 04-10981

HARDEN MANUFACTURING CORPORATION;
LOUISIAN HEALTH SERVICE INDEMNITY COMPANY,
dba BLUECROSS/BLUESHIELD OF LOUISIANA;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL
52  HEALTH BENEFITS TRUST; GERALD SMITH; and
LARRAINE KOPA, on behalf of themselves and all others
similarly situated, v. PFIZER INC. and WARNER-LAMBERT
COMPANY.

: Judge Patti B. Saris

: Magistrate Judge Leo T.
: Sorokin

---------------------------------------------------------------x

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC. and

AETNA, INC. v PRIZER, INC.

---------------------------------------------------------------x

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------x

In re: NEURONTIN
     PRODUCT LIABILITY LITIGATION

---------------------------------------------------------------x Index No. 7650000/06

THIS DOCUMENT APPLIES TO:

: Hon. Marcy s. Friedman

    ALL CASES

---------------------------------------------------------------x

## NOTICE OF DEATH AND
## <u>MOTION TO DISMISS DEFENDANT JAY SEASTRUNK, M.D.</u>

COMES NOW, the Estate of Jay Seastrunk, M.D., and provides this Court with a *Notice of Death and Motion to Dismiss Defendant Jay Seastrunk, M.D.*, and in support thereof would respectfully show the Court as follows:

The Estate of Jay Seastrunk, M.D., hereby provides the court with a Notice of Death of Defendant Jay Seastrunk, M.D. Dr. Seastrunk passed away on May 31, 2005; a copy of Dr. Seastrunk's death certificate is attached as Exhibit "A". See Exhibit "A", which is attached hereto and incorporated herein by reference as though fully set forth.

FURTHERMORE, the Estate of Jay Seastrunk, M.D. requests the Court to remove Defendant Jay Seastrunk, M.D., from the above referenced case, and;

## II.

Denise Seastrunk was appointed executor of the Estate of Jay Seastrunk, M.D. and Denise Seastrunk, in her capacity as Executor of the Estate of Jay Seastrunk, has consented to this withdrawal.

WHEREFORE, PREMISES CONSIDERED, Jay Seastrunk, by and through Denise Seastrunk, Executor of the Estate of Jay Seastrunk, request that this Court enter an Order permitting Robert K. Dowd, P.C. and Robert K. Dowd to withdraw as counsel from the above-referenced case, and for such other and further relief, both in law and in equity to which Robert K. Dowd, P.C. and Robert K. Dowd may show themselves to be justly entitled.

Notice of Death and Motion to Dismiss Defendant Jay Seastrunk, M.D.

2

Respectfully submitted,

ROBERT K. DOWD, P.C.
3141 Hood Street
Dallas, Texas 75219
(214) 922-9330 Telephone
(214) 922-9372 Telecopy

BY: _____
ROBERT K. DOWD
State Bar No. 06070800

ATTORNEY FOR JAY SEASTRUNK,
M.D., DECEASED AND DENISE
SEASTRUNK, EXECUTOR OF THE
ESTATE OF JAY SEASTRUNK, M.D.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the above and foregoing instrument has been duly served on all parties of record, pursuant to the Texas Rules of Civil Procedure, on this the 12th day of February, 2008, addressed to wit:

Andrew G. Finkelstein, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550
Telephone:  845-562-0203
Facsimile: 845-562-3492

Jack W. London, Esq.
Law Offices of Jack London & Associates, P.C.
106 E. 6th Street, Suite 700
Austin, TX 78701
Telephone: 512-478-5858
Facsimile: 512-479-5934
*Members of the Products Liability Plaintiffs'*
*Steering Committee*

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: 617-482-3700
Facsimile: 617-482-3003
*Attorneys for Plaintiff Harden Manufacturing*
*Corporation and Plaintiffs' Liaison Counsel*

Ronald J. Aranoff, Esq.
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: 212-779-1414
Facsimile: 212-779-3218
*Attorneys for the Sales and Marketing Plaintiffs*

Motion to Withdraw as Counsel

3

Neal H. Klausner, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York. NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

Paul F. Corcoran, Esq.
Scott L. Walker, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
Telephone: 212-468-4800
Facsimile: 212-468-4888
*Attorneys for Cline, Davis & Mann, Inc.*

John A. Boyle, Esq.
Marino & Associates
One Newark Center, 9th Floor
Newark, NJ 07102-5211
Telephone: 972-824-9300
Facsimile: 973-824-8425
*Attorneys for Cline, Davis & Mann, Inc., Lodewijk J.R. DeVink, and Anthony Wild*

Carolyn C. Wu, Esq.
Scott A. Edelman, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: 212-530-5000
Facsimile: 212-530-5219

Daniel J. Dwyer, Esq.
Daniel J. Lyne, Esq.
Hanify & King
One Beacon Street
Boston, MA 02108-3107
Telephone: 617-423-0400
Facsimile: 617-423-0498
*Attorneys for Lodewijk J.R. DeVink and Anthony Wild*

Asa Groves, III, Esq.
Groves and Verona PA
7385 SW 87th Avenue, Suite 400
Miami, FL 33173
Telephone: 305-273-7133
Facsimile: 305-273-7763
*Attorneys for Eckerd Corporation*

Alice S. Johnston, Esq.
Obermayer, Rebmann, Maxwell & Hippel LLC
1617 John F. Kennedy Blvd.
One Pennsylvania Center, 19th Floor
Philadelphia, PA 19103-1895
Telephone: 215-665-3000
Facsimile: 215-665-3165

U. Gwen Williams, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Facsimile: 617-523-1231

Notice of Death and Motion to Dismiss Defendant Jay Seastrunk, M.D.

4

Jonathan I. Price, Esq.
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-813-8800
Facsimile: 212-355-3333
*Attorneys for Teva Pharmaceuticals USA, Inc.*

Benjamin M. Welch, Esq.
Paul W. Shaw, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center, 18th Floor
Boston, MA 02111
Telephone: 617-856-8200
Facsimile: 617-856-8201

Bruce F. Rogers, Esq.
Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith
P. O. Box 530886
Birmingham, Allstate 35253
Telephone: 205-879-1100
Facsimile: 205-879-4300

Robert A. Griffith, Esq.
Gargiulo/Rudnick, LLP
66 Long Wharf
Boston, MA 02110
Telephone: 617-742-3833
Facsimile: 617-523-7834
*Attorneys for David Reynolds Longmire*

Steven A. Stadtmauer, Esq.
Harris Beach PLLC
One Gateway Center, Suite 2500
Newark, NJ 07102
Telephone: 973-848-1244
Facsimile: 212-687-0569
*Attorneys for Actavis Inc., Actavis Elizabeth LLC, and Purepac Pharmaceutical Co.*

Debra V. Urbanowicz-Pandos, Esq.
Duran & Pandos
1044 Route 22 West, Suite 3
Mountainside, NJ 07092
Telephone: 908-518-5000
Facsimile: 908-518-0030
*Attorney for Philip J. Obiedzinski, DPM*

Jan R. McLean Bernier, Esq.
Halleland, Lewis, Nilan & Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402
Telephone: 612-338-1838
Facsimile: 612-338-7858
*Attorneys for Forest Laboratories, inc. and Forest Pharmaceuticals, Inc.*

Notice of Death and Motion to Dismiss Defendant Jay Seastrunk, M.D.    5

Douglas L. Brown, Esq.
Brady Radcliff & Brown LLP
P. O. Box 1668
Mobile, AL 36633
Telephone: 251-405-0077
Facsimile: 251-405-0076
*Attorneys for Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc. and Rite Aid 7028*

William E. Johnson, III, Esq.
The Law Office of William E. Johnson III, PC
3141 Hood Street
Suite 650
Dallas, TX 75219
Telephone: 214-922-8884
Facsimile: 214-363-6485
*Attorney for Rehabilitation Staffing Services, LTD*

Ray M. Aragon
Megan Kinsey-Smith
McKenna Long & Aldrige
1900 K Street N. W.
Washington, D.C. 20006
*Attorney for Atavis Inc., Actavis Elizabeth LLC and Purepac Pharmaceuticals Company*


_____
Robert K. Dowd

## COUNTY OF SAN LUIS OBISPO
SAN LUIS OBISPO, CALIFORNIA

CERTIFIED COPY OF VITAL RECORDS

EXHIBIT
A

Blomberg No. 5208