UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
In re:  NEURONTIN MARKETING,                       :   MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS               :
        LIABILITY LITIGATION                       :   Master File No. 04-10981
------------------------------------------------- x
                                                   :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                          :
                                                   :   Magistrate  Judge  Leo  T.
                                                   :   Sorokin
IRENE BARLOW                                       :
                                                   :
------------------------------------------------- x
```

## PLAINTIFF IRENE BARLOW'S MOTION FOR SUBSTITUTION AND RESPONSE TO MOTION TO DISMISS DR. JAY SEASTRUNK, M.D.

COMES NOW Irene Barlow, Plaintiff, by and through her attorney of record, and files this her Motion for Substitution and Response to Motion to Dismiss Defendant Dr. Jay Seastrunk, M.D. and in support would respectfully show the Court as follows:

1.      Plaintiff Barlow and the Court received notice that Defendant Dr. Jay Seastrunk, M.D. has died.  Pursuant to Rule 25(a)(1), Federal Rules of Civil Procedure, Plaintiff Barlow moves that Denise Seastrunk, as Personal Representative of the Estate of Dr. Jay Seastrunk, M.D. be substituted as the party defendant.

2.      Substitution of parties is the appropriate remedy, not dismissal, when a defendant dies while litigation is pending.  Rule 25(a)(2), Federal Rules of Civil Procedure.  Accordingly, the Motion to Dismiss Dr. Jay Seastrunk, M.D. should be denied.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Barlow prays that her Motion for Substitution be granted and that the Motion to Dismiss Defendant Dr. Jay Seastrunk, M.D. be denied in all respects.

LAW OFFICES OF JACK LONDON
  & ASSOCIATES, P.C.
Jack London
State Bar No. 12512500
106 E. 6th Street, Suite 700
Austin, TX  78701
512/478-5858
512/478-1120 (Fax)


and


WRIGHT & GREENHILL, P.C.
Archie Carl Pierce
221 West 6th Street, Suite 1800
Austin, Texas  78701
512/476-4600
512/476-5382 (Fax)


By: _____
\Archie Carl Pierce
State Bar No. 15991500
ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to the following on the ____15____ day of February, 2008.

Kenneth J. Ferguson
Susan E. Burnett
Clark, Thomas & Winters, P.C.
P. O. Box 1148
Austin, TX  78767

SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613


2

Robert K. Dowd, P.C.
3141 Hood Street
Dallas, TX 75219

_____
Archie Carl Pierce