UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**ASSENTED-TO MOTION BY CLASS PLAINTIFFS FOR LEAVE TO FILE REVISIONS TO THE DECLARATION OF RENA CONTI, PH.D. IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

Class Plaintiffs in the Sales and Marketing Actions in the above-captioned matter hereby respectfully request leave to file minor revisions to the Declaration of Rena Conti, Ph.D. in Support of Plaintiffs' Renewed Motion for Class Certification.  Class Plaintiffs have conferred with Defendants and provided Defense counsel with an advance copy of the revisions at issue and they have consented to Class Plaintiffs' Motion for Leave.

In preparing for her deposition in this matter, Dr. Conti's office discovered that a very minor error was introduced into the working NDTI dataset that Dr. Conti used to generate several figures and tables that accompany her Declaration filed on December 19, 2007 (Docket No. 1017).  This error affected only a handful of the total data records, resulting in very minor changes in certain figures and tables that were included in her Declaration.  In aggregate, this revision represents a change of only about one percent or less in some of the figures set out in her Declaration.

Attached as Exhibit A to this Motion are the revisions to Dr. Conti's Declaration which includes any charts or tables that were impacted by the discovery of this minor data error. Class Plaintiffs believe that these revisions affect none of the substantive statements in Plaintiffs' Memorandum in Support of Plaintiffs' Renewed Motion for Class Certification (Docket No. 1018). However, because they do affect some of the charts and figures in Dr. Conti's Declaration, Class Plaintiffs seek leave of Court to submit these revisions in order to clarify the record.

Wherefore, Class Plaintiffs respectfully request that the Court grant them leave to file the revisions attached hereto as Exhibit A.

Dated: February 15, 2008

By: */s/ Thomas M. Sobol*
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By: */s/ Barry Himmelstein*
Barry Himmelstein
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: */s/ Thomas Greene*
Thomas Greene
Greene & Hoffman
125 Summer Street
Boston, MA 02110

2

By: */s/ Don Barrett*
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: */s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: */s/ James Dugan*
James Dugan
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs' Steering Committee*

By: */s/ James P. Rouhandeh*
James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

*Counsel for Defendants*

3

4

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 15, 2008.

                                                   /s/Ilyas J. Rona

001615-12 218873 V1