UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**REVISION TO THE DECLARATION OF RENA CONTI, PH.D.
IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS
CERTIFICATION**

After the submission of my Declaration of December 19, 2007, it was discovered that a minor error was introduced into the working NDTI dataset that I used to generate several figures and tables. This error affected only a handful of the total data records, resulting in very minor changes in certain figures and tables that were included in my Declaration. These figures and tables are: Figures 4-10, Figures 19-22, Table 1, Table 2 and Table 4. In aggregate, this revision represents a change of only about one percent or less in the figures and tables set out in my Declaration.

As a result of discovering the data error, I have revised the dataset and I have regenerated the appropriate figures and tables, which are attached to this revised declaration. As can be plainly seen, these revisions are *de minimis* and do not alter any observations set out in my Declaration. Note that any figures or tables that were not affected by this revision are not included here.

I declare under penalty of perjury that this Declaration is true and correct.


 /s/ Rena Conti_____
Dr. Rena Conti
Executed January 18, 2008



Figure 4
Total Drug Uses Compared to Total New Prescriptions
All Physicians

Note: For data definitions see Conti Declaration, para 7.
Source: IMS NDTI, IMS Xponent, Wolters Kluwer

*Privileged and Confidential*



**Figure 5 (Revised)**
**Neurontin's On-Label Use vs Off-Label Use for All Physicians**

Source: IMS NDTI data.



**Figure 6 (Revised)
Area A from Figure 5 Broken Down by Specific Indication Category**

Source: IMS NDTI data.

**Figure 7 (Revised)**
**Total Neurontin Use for Bipolar Indications**



Source: IMS NDTI data. Includes all physician specialties.

**Figure 8 (Revised)
Total Neurontin Use for Neuropathic Pain Indications (Excluding PHN)**



Source: IMS NDTI data. Includes all physician specialties.

**Figure 9 (Revised)**
**Total Neurontin Use for Nociceptive Pain Indications**



Source: IMS NDTI data. Includes all physician specialties.

1/18/08 — Privileged and Confidential



**Figure 10 (Revised)
Total Neurontin Use for Migraine Indications**

Source: IMS NDTI data. Includes all physician specialties.

1/18/08                                              Privileged and Confidential



**Figure 19 (Revised)
Neurontin Indications for Psychiatrists**

Source: IMS NDTI Data.

Case 1:04-cv-10981-PBS    Document 1138-2    Filed 02/15/2008    Page 11 of 16



**Figure 20 (Revised)
Neurontin Indications for Pain Specialists**

Source: IMS NDTI Data.



Figure 21 (Revised)
Neurontin Indications for Neurologists

Source: IMS NDTI Data.



**Figure 22 (Revised)
Neurontin Indications for All Other Specialists Including Unknown**

Source: IMS NDTI Data.

**Table 1 (Revised): Estimated Number of Consumer Class Members**

|  | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total 1997-2002 |
|---|---|---|---|---|---|---|---|
| Unique Patients that Began Using Neurontin in a Given Year | 530,602 | 809,065 | 1,283,875 | 1,652,342 | 1,899,501 | 1,786,693 | 7,962,078 |
| % of use for Bipolar Indications | 6.6% | 9.4% | 20.7% | 16.0% | 14.0% | 16.0% | 15.0% |
| Unique Members for Bipolar | 35,240 | 75,922 | 266,091 | 264,827 | 266,210 | 286,062 | 1,195,585 |
| % of use for Neuropathic Pain Indications | 23.1% | 24.8% | 25.2% | 30.7% | 33.3% | 27.9% | 28.8% |
| Unique Members for Neuropathic Pain | 122,741 | 200,428 | 323,088 | 507,408 | 633,269 | 498,020 | 2,290,535 |
| % of use for Nociceptive Pain Indications | 9.0% | 8.7% | 9.5% | 9.2% | 8.8% | 10.5% | 9.4% |
| Unique Members for Nociceptive Pain | 47,625 | 70,276 | 121,743 | 151,385 | 166,499 | 186,784 | 747,787 |
| % of use for Migraine Indications | 4.1% | 5.7% | 3.4% | 4.0% | 6.3% | 3.9% | 4.6% |
| Unique Members for Migraine | 21,784 | 46,132 | 44,209 | 66,624 | 120,311 | 69,285 | 367,608 |
| % of use for Doses > 1800 mg | 9.8% | 12.7% | 9.5% | 8.2% | 9.8% | 10.5% | 9.9% |
| Unique Members for Doses > 1800 mg | 51,780 | 102,834 | 121,853 | 134,698 | 186,902 | 187,039 | 786,236 |

Sources: Neurontin Report 07_01a.xls and Neurontin Report 12_02.xls (tab "AED data"); Unique patients new to Neurontin in a year equals the cumulative unique number in January of the subsequent year minus the cumulative unique number of patients in January of the year in question. Since data for January of 2003 is not available, the calculation for 2002 is based on the total from December 2002 minus the total from January 2002.

1/18/08

**Table 2 (Revised): Number of Total Members a TPP would Need to Cover During the Class Period to Be Represented with 99%, 95% and 90% Probability**

|  | Bipolar (population incidence during period=0.5%) | Neuropathic pain (population incidence during period=0.9%) | Nociceptive pain (population incidence during period=0.3%) | Migraine (population incidence during period=0.1%) | Doses > 1800 mg (population incidence during period=0.3%) |
|---|---|---|---|---|---|
| 99% probability | 992 | 517 | 1,587 | 3,231 | 1,509 |
| 95% probability | 645 | 336 | 1,032 | 2,102 | 982 |
| 90% probability | 496 | 258 | 793 | 1,615 | 755 |

1/18/08

Table 4 (Revised): Total Estimated Payments Made by TPP Class Representatives for Neurontin Off-Label Prescriptions

| Off-Label Indication | BCBSLA | ASEA | Harden |
|---|---|---|---|
| Bipolar | $1,179,748 | $42,956 | $1,067 |
| Neuropathic Pain | $2,586,067 | $94,120 | $2,337 |
| Nociceptive Pain | $857,249 | $31,204 | $775 |
| Migraine | $350,940 | $12,774 | $317 |
| Doses > 1800 mg | $871,752 | $31,715 | $788 |

1/18/08