UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re:  NEURONTIN MARKETING, SALES PRACTICES, :
       AND PRODUCTS LIABILITY LITIGATION :
: MDL Docket No. 1629
------------------------------------------------ x :
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
------------------------------------------------ x :
: Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION; : Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
------------------------------------------------ x

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO TAKE THREE DEPOSITIONS AFTER
THE FEBRUARY 14, 2008 CLOSE OF CLASS DISCOVERY**

                                   DAVIS POLK & WARDWELL
                                   450 Lexington Avenue
                                   New York, NY 10017
                                   (212) 450-4000

                                   *Attorneys for Defendants Pfizer Inc.
                                   and Warner-Lambert Company*

On February 14, 2008, defendants filed their motion seeking leave to take the depositions of three of the treating physicians of the new putative consumer class representatives after the close of class discovery. On February 15, plaintiffs advised defendants telephonically that they would not oppose defendants' motion. Plaintiffs have not filed any opposition to defendants' motion. Accordingly, defendants respectfully request that the Court grant defendants' motion.

Dated: February 21, 2008

                DAVIS POLK & WARDWELL

                By:   /s/ James P. Rouhandeh
                      James P. Rouhandeh
                      Matthew B. Rowland

                450 Lexington Avenue
                New York, New York 10017
                (212) 450-4000

                - and -

                HARE & CHAFFIN

                By:   /s/ David B. Chaffin
                      David B. Chaffin

                160 Federal Street
                Boston, Massachusetts 02110
                (617) 330-5000

                *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 21, 2008.

                /s/ David B. Chaffin