UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------- x
THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY ACTIONS


------------------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

**DEFENDANTS' REPLY IN FURTHER SUPPORT OF EMERGENCY
MOTION FOR CLARIFICATION OF BRIEFING SCHEDULE
AND TO RESCHEDULE HEARING ON *DAUBERT* MOTIONS**

Defendants Pfizer Inc. and Warner-Lambert Company ("defendants") submit this reply in further support of their Emergency Motion for Clarification of Briefing Schedule and to Reschedule Hearing on *Daubert* Motions (Docket # 1143) (the "Emergency Motion").

1.   Less than one hour ago, plaintiffs filed a response to the Emergency Motion.

2.   In the response, plaintiffs assert that the Court did **not** grant defendants' request at the February 19 hearing for leave to file their summary judgment and *Daubert* motions one week later, i.e., on March 7 rather than February 29.

3.   In support of this assertion, plaintiffs provide a lengthy quotation from page 37 and the top of page 38 of the transcript of the February 19 hearing.

4.   Plaintiffs' selective quotation misrepresents the Court's ruling.

5.  Plaintiffs omitted the relevant portion of the transcript, which appears **immediately** after the portion plaintiffs quoted. The relevant portion makes clear that the Court granted defendants' request for leave to file their motions one week later than previously scheduled:

```
 8          MR. ROUHANDEH: Yes, I think we would like to
 9   present it all up front.
10          THE COURT: I'm sure you would, but I'm not willing
11   to wait until the guy gets back from Paris or someone at the
12   FDA. Do we have a hearing date on these?
13          MR. FINKELSTEIN: No. That's an open issue we were
14   hoping to address today with you.
15          THE COURT: So when is the briefing schedule as
16   provided complete?
17          MR. ROUHANDEH: I don't know. I'm not sure that I
18   have it in front of me. Just the history of this issue in
19   the past in not being able to agree on simple things like
20   this, I would request if your Honor would actually order that
21   they produce their experts by the end of February. If the
22   one in Paris can't do it, you know, I don't see why he
23   couldn't do it the following week, but produce their experts
24   by February 28. And we'll put our brief in by March 7, and
25   then there's certainty to it.
 1          THE COURT: Can you live with that?
 2          MR. FINKELSTEIN: I don't know why your Honor's
 3   suggestion, which I think is perfect, is it goes in the reply
 4   papers. We will make the phone calls as soon as we walk out
 5   of here.
 6          THE COURT: All right, I order you to produce
 7   anyone who's humanly producible by February 28. I'm not
 8   going to ruin someone's vacation with their kids. It's a
 9   school vacation week, at least if you have your kids in
10   public school, and then I assume it will morph into the
11   private school week. So I'm not going to destroy someone's
12   vacation, and I'm not going to delay it longer than a week.
13   Whatever you can get in this week, get in, and otherwise --
14   and I'll give you the one week.
15          MR. ROUHANDEH: Thank you, your Honor.
16          THE COURT: But then I'm not going to increase --
17   but still file your papers one week later, and then whatever
18   you can't fold in you'll have to put in your reply.
19          MR. ROUHANDEH: That's fine.
```

(See Exhibit A hereto (emphasis added).)

6. There is no excuse for plaintiffs' distortion of the record: Defendants filed with the Court at 9:28 this morning the transcript pages on which the language quoted above appears.

Dated: February 25, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

- and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
David B. Chaffin

160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

      I certify that this document has been served pursuant to Case Management Order No. 3.

                                        /s/David B. Chaffin

# Exhibit A

1  things very much, but --

2        THE COURT: Do I care if you put it off a week?
3  No, if you can get all the experts on board. What I'm not
4  willing to do, because you just got me worried, if some guy
5  is in Paris for three weeks, I'm not willing to wait that.
6  So whatever you can do within the week, fabulous. Otherwise,
7  I'm not going to prejudice you. Throw it into your reply.

8        MR. ROUHANDEH: Yes, I think we would like to
9  present it all up front.

10       THE COURT: I'm sure you would, but I'm not willing
11 to wait until the guy gets back from Paris or someone at the
12 FDA. Do we have a hearing date on these?

13       MR. FINKELSTEIN: No. That's an open issue we were
14 hoping to address today with you.

15       THE COURT: So when is the briefing schedule as
16 provided complete?

17       MR. ROUHANDEH: I don't know. I'm not sure that I
18 have it in front of me. Just the history of this issue in
19 the past in not being able to agree on simple things like
20 this, I would request if your Honor would actually order that
21 they produce their experts by the end of February. If the
22 one in Paris can't do it, you know, I don't see why he
23 couldn't do it the following week, but produce their experts
24 by February 28. And we'll put our brief in by March 7, and
25 then there's certainty to it.

1        THE COURT: Can you live with that?

2        MR. FINKELSTEIN: I don't know why your Honor's
3   suggestion, which I think is perfect, is it goes in the reply
4   papers. We will make the phone calls as soon as we walk out
5   of here.

6        THE COURT: All right, I order you to produce
7   anyone who's humanly producible by February 28. I'm not
8   going to ruin someone's vacation with their kids. It's a
9   school vacation week, at least if you have your kids in
10  public school, and then I assume it will morph into the
11  private school week. So I'm not going to destroy someone's
12  vacation, and I'm not going to delay it longer than a week.
13  Whatever you can get in this week, get in, and otherwise --
14  and I'll give you the one week.

15       MR. ROUHANDEH: Thank you, your Honor.

16       THE COURT: But then I'm not going to increase --
17  but still file your papers one week later, and then whatever
18  you can't fold in you'll have to put in your reply.

19       MR. ROUHANDEH: That's fine.

20       MR. FINKELSTEIN: And, your Honor, they've already
21  had two days of depositions with these experts. I trust that
22  their examination is limited to the FDA?

23       THE COURT: Only limited to the FDA.

24       MR. ROUHANDEH: Yes, that's fine, your Honor.

25       MR. FINKELSTEIN: And the surreply is April 25.