UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION )<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL MARKETING AND<br>SALES PRACTICES ACTIONS | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' MOTION TO**
**MODIFY SALES AND MARKETING SCHEDULE**

The Court held a hearing on the Parties Joint Motion to Modify the Sales and Marketing Schedule on February 19, 2008. In that hearing, the Court asked that the Parties confer and submit a revised schedule for the remaining events in the Sales and Marketing Litigation. The Plaintiffs (Class and Coordinated) have conferred and hereby respectfully request that the Court adopt the proposed revised schedule:

| | |
|---|---|
| Provision of All Plaintiffs' Expert Reports | June 30, 2008 |
| Provision of Defendants' Expert Reports | July 31, 2008 |
| Provision of Rebuttal Reports | August 21, 2008 |
| End of Expert Discovery | October 21, 2008 |
| Filing of Motions for Summary Judgment | November 21, 2008 |
| Filing of Summary Judgment Oppositions | December 22, 2008 |
| Filing of Summary Judgment Reply | January 6, 2009 |

Additionally, the Plaintiffs have conferred with the Defendants who have proposed a different schedule beginning with disclosure of all expert reports on September 15, 2008.

Dated: February 26, 2008                    Respectfully Submitted,

|   |   |
|---|---|
| By: | /s/ Thomas M. Greene<br>Thomas M. Greene, Esq.<br>Greene & Hoffman<br>125 Summer Street<br>Boston, MA 02110 |
| By: | /s/ Barry Himmelstein<br>Barry Himmelstein, Esq.<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 |
| By: | /s/ Thomas M. Sobol<br>Thomas M. Sobol, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142 |
| By: | /s/ Don Barrett<br>Don Barrett, Esq.<br>Barrett Law Office<br>404 Court Square North<br>P.O. Box 987 Lexington, MS 39095 |
| By: | /s/ Daniel Becnel<br>Daniel Becnel, Jr., Esq.<br>Law Offices of Daniel Becnel, Jr.<br>106 W. Seventh Street<br>P.O. Drawer H Reserve, LA 70084 |
| By: | /s/ James Dugan<br>James Dugan, Esq.<br>Dugan & Browne<br>650 Poydras St., Suite 2150<br>New Orleans, LA 70130 |

*Members of the Class Plaintiffs' Steering Committee*

By: /s/ Linda P. Nussbaum
    Linda P. Nussbaum, Esq.
    KAPLAN FOX & KILSHEIMER LLP
    850 Third Avenue, 14th Floor
    New York, NY 10022

By: /s/ Mark D. Fischer
    Mark D. Fischer, Esq.
    Mark Sandmann, Esq.
    RAWLINGS & ASSOCIATES, PLLC
    325 W. Main Street
    Louisville, KY 40202

By: /s/ Gerald Lawrence
    Gerald Lawrence, Esq.
    LOWEY DANNENBERG COHEN & HART PC
    The Gateway – 11th Floor
    One North Lexington Avenue
    White Plains, NY 10601

*Counsel for Coordinated Plaintiffs*

## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned, counsel for Class Plaintiffs in the above-referenced matter, hereby certifies that on February 25, 2008 he conferred with James P. Rouhandeh, counsel for Defendants concerning the foregoing motion, via an exchange of telephone calls.

/s/ Thomas M. Greene

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 26, 2008.

/s/ Edward Notargiacomo