Dear Maria Simeone,

I become aware of this letter from Finkelstein attorneys the 20th of February, all I can do is send you this letter in response in addition to the Hospital Records. My Cell phone # is 407-965-7675. In Addition To this Handwritten letter there is also a type letter in response to the Dismissal letter that Finkelstein attorneys sent me. With I might add little to no time to Respond to.

Sincerely,
Daniel L. Johnson
848 Iron Oak dr
Orlando Fl. 32809
Cell phone 407-965-7675

no phone # provide

1151