UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br>ALL PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

Discovery Order No. 22

February 27, 2008

SOROKIN, M.J.

    1.    <u>Motions to Withdraw and the March 7th Hearing</u>

In Discovery Order #19 (Docket #1049) the Court set out certain procedures to follow in the Products Liability Actions. The Court is awaiting further filings from Defendants discussed at the February hearing before responding to the various filings made by the Plaintiffs except as noted below.

In the following cases, Plaintiff's counsel has filed a Motion to Withdraw and the Plaintiff has filed either an objection to this Motion or an indication that the Plaintiff intends to proceed pro se:

| Plaintiff | CA No. | Docket # of motion to withdraw |
|---|---|---|
| Grace Sanutti | 05-11702 | 1108 |
| Grace Sanutti | 05-11750 | 1108 |
| Theodore Populis | 05-11030 | 1061 |

      Daniel Johnson                06-11882                1151

In each of the above listed actions, the Court will hold a hearing on the Motion to Withdraw on March 7, 2008 at 10:00 A.M. Each Plaintiff's counsel shall appear at that hearing. Counsel for the Products Liability Plaintiffs Steering Committee are requested to inform the individual Plaintiffs Counsel of this Order. The above individual Plaintiffs' will be appearing by telephone.

The pro se plaintiffs in CA No. 05-11701 and CA No. 05-12123 have filed their certifications and their cases remain pending. These two plaintiffs are not required to appear at the March 7, 2008 hearing.

The following other plaintiffs have been proceeding pro se and are not required to attend the March 7, 2008 hearing: Dellapino Ballard, 06-11154; Jason Morrow, 06-11579; Cynthia Lynch, 07-11280 (filed certification at dkt#985), and Scott Watson, 05-12002.

    2.  <u>Defendant Seastrunk's Motion to Dismiss (Docket #1136)</u>

The Estate of Defendant Seastrunk has moved to dismiss due to his death. Plaintiff Barlow opposes and argues substitution of the estate as a defendant is the proper course. Docket #1137. Defendant Seastrunk shall file a response to Plaintiff Barlow's Opposition and Motion For Substitution by March 5, 2008.

                              SO ORDERED.

                              /s/ Leo T. Sorokin
                              _____
                              United States Magistrate Judge