UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
IN RE NEURONTIN MARKETING AND       )
SALES PRACTICES LITIGATION          )
                                    ) MDL DOCKET NO. 1629
                                    ) CIVIL ACTION NO. 04-10981
THIS DOCUMENT RELATES TO:           )
 ALL ACTIONS                        )
                                    )
```

**CASE MANAGEMENT ORDER**

February 29, 2008

Saris, U.S.D.J.

| | |
|---|---|
| Provision of All Plaintiffs' Expert Reports | August 1, 2008 |
| Provision of Defendants' Expert Reports | September 2, 2008 |
| Provision of Rebuttal Reports | September 19, 2008 |
| End of Expert Discovery | October 21, 2008 |
| Filing of Motions for Summary Judgment | November 12, 2008 |
| Filing of Summary Judgment Oppositions | December 15, 2008 |
| Filing of Summary Judgment Reply | January 6, 2009 |
| Filing of Summary Judgment Sur-Reply | January 20, 2009 |

Hearing on January 27, 2009 at 2:00 p.m.

**S/PATTI B. SARIS**
United States District Judge