UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,           :   Master File No. 04-10981
          SALES PRACTICES AND                 :
          PRODUCTS LIABILITY LITIGATION  :   Judge Patti B. Saris
------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:               :

    GRACE SANUTTI.                             :   Individual Case No. 05-11702
    v. PFIZER INC.                            :   Individual Case No. 05-11750

    THEODORE POPULIS                   :
    v. PFIZER INC.                            :   Individual Case No. 05-11030

    DANIEL JOHNSON                     :
    v. PFIZER INC.                            :   Individual Case No. 06-11882
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Discovery Order No. 22, dated February 27, 2008, ECF Doc. # 1152, the individual Plaintiffs Counsel in the above-entitled individual cases were informed of Discovery Order No. 22 by sending a copy of Discovery Order No. 22 by certified mail return receipt requested to: (1) Plaintiff Grace Sanutti at 703 Picnic Lane, Selinsgrove, PA 17870; (2) Plaintiff Theodore Populis at 16080 N. Populis Road, Amite, LA 70422; and (3) Plaintiff Daniel Johnson, 848 Iron Oak Drive, Orlando, FL 32809.

                                                                            *Products Liability Plaintiffs'*
                                                                            *Liaison Counsel*

                                                                            /s/ Eleanor L. Polimeni
                                                                            Eleanor L. Polimeni
                                                                            Finkelstein & Partners, LLP
                                                                            436 Robinson Avenue
                                                                            Newburgh, NY 12550