UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------ X
                                                 :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :
        SALES PRACTICES AND                      :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION            :
------------------------------------------------ X  Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :  Magistrate Judge Leo T.
                                                 :  Sorokin
                                                 :
        ALL PRODUCTS LIABILITY ACTIONS           :
                                                 :
                                                 :
                                                 :
------------------------------------------------ x
```

**DEFENDANTS' SUBMISSION OF CHARTS CONCERNING STATUS
OF PRODUCT LIABILITY PLAINTIFFS' CLAIMS PURSUANT TO
<u>DIRECTIVES OF COURT DURING FEBRUARY 26, 2008 CONFERENCE</u>**

Pursuant to the Court's directives during the February 26, 2008, conference, defendants Pfizer Inc. and Warner-Lambert Company ("defendants") respectfully submit the following charts concerning the status of product liability plaintiffs' claims:

1. List of All Product Liability Plaintiffs (Exhibit A hereto);

2. Product Liability Plaintiffs Not Identified on Docket No. 1117 (Exhibit B hereto); and

3. Plaintiffs Whose Claims Have Been or are Subject to Dismissal (Exhibit C hereto).

As directed, defendants will file directly with chambers a disk containing these charts in WordPerfect and Excel formats.

Dated:  March 3, 2008 Respectfully submitted,

        DAVIS POLK & WARDWELL

        By: /s/James P. Rouhandeh
            James P. Rouhandeh

        450 Lexington Avenue
        New York, NY 10017
        Tel:  (212) 450-4000

        SHOOK, HARDY & BACON L.L.P.

        By:  /s/Scott W. Sayler
            Scott W. Sayler

        2555 Grand Blvd.
        Kansas City, MO 64108-2613
        Tel:  (816) 474-6550

            -and-

        HARE & CHAFFIN

        By:  /s/David B. Chaffin
            David B. Chaffin

        BBO # 549245
        160 Federal Street
        Boston, MA 02110
        Tel:  (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and*
        *Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 3, 2008.

        /s/David B. Chaffin
        David B. Chaffin