# EXHIBIT C

## Plaintiffs Whose Claims Have Been or are Subject to Dismissal

* This list does not include plaintiffs whose certifications fail to meet the express requirements of section 5.a of the Court's November 9, 2007 Order.

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 1. | 04-cv-12286 | Backle, Julie | Julie Backle, et al. v. Pfizer Inc., et al. | Cuneo Pogust & Mason | Motion to Withdraw Docket No. 1077 Nothing further filed. |
| 2. | 05-cv-10828 | Brodsky, Stephen | Stephen Brodsky v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 1097 |
| 3. | 05-cv-10834 | Rogers, Lestine | Mary Cooper, et al. v. Pfizer Inc., et al. | The Boone Law Firm | Plaintiff does not intend to proceed with litigation. Docket No. 1009 |
| 4. | 05-cv-10835 | Lewis, Sonya | Leroy Anderson v. Pfizer Inc., et al. | The Boone Law Firm | Plaintiff does not intend to proceed with litigation. Docket No. 1010 |
| 5. | 05-cv-10836 | Barker, Linda | Linda Barker v. Pfizer Inc., et al. | Sloan & Monsour | Notice of Voluntary Dismissal |
| 6. | 05-cv-11018 | Whitehouse, James & Linda | James and Linda Whitehouse v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1074 Nothing futher filed. |
| 7. | 05-cv-11024 | Aronson, Avrill | Avrill Aronson v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1058 Nothing further filed. |
| 8. | 05-cv-11025 | Dodson, Joy | Joy Dodson v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1059 Nothing further filed. |
| 9. | 05-cv-11027 | Kern, Dorthy | Dorthy Kern v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1060 Nothing further filed. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 10. | 05-cv-11029 | Veraas, Peter | Peter Veraas v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 1104 |
| 11. | 05-cv-11030 | Populis, Theodore | Theodore Populis v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1061 Plaintiff filed a response Docket No. 1126 |
| 12. | 05-cv-11031 | Wilson, Kathleen | Kathleen Wilson v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1062 Nothing further filed. |
| 13. | 05-cv-11033 | Mendoza, Michael | Michael Mendoza v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1063 Nothing further filed. |
| 14. | 05-cv-11036 | Retzer, Gregory | Gregory Retzer v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 1098 |
| 15. | 05-cv-11154 | Ballard, Dellapino | Dellapino Ballard v. Pfizer Inc., et al. | Pro Se | No certification filed Plaintiff filed request for case status.  Docket Nos. 886 & 957 |
| 16. | 05-cv-11262 | Gambardello, Christine | Christine Gambardello v. Pfizer Inc., et al. | Cuneo Pogust & Mason | Motion to Withdraw Docket No. 1081 Nothing further filed. |
| 17. | 05-cv-11706 | DeRosa, Ellen | Ellen DeRosa v. Pfizer Inc., et al. | Shaheen & Gordan, P.A. | Notice of Voluntary Dismissal Docket No. 1020 |
| 18. | 05-cv-11707 | Hansen, Mary | Mary Hansen v. Pfizer Inc., et al. | Shaheen & Gordan, P.A. | Notice of Voluntary Dismissal Docket No. 1020 |
| 19. | 05-cv-11999 06-cv-11398 | Wendorf, Amy | Amy Wendorf v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1064 Nothing further filed. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 20. | 05-cv-12002 | Watson, Scott | Scott Watson v. Pfizer Inc., et al. | Pro Se | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 21. | 05-cv-12075 | Dolgoff, Dorothy | Dorothy Dolgoff v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 1099 |
| 22. | 05-cv-12122 | Demers, Gerald | Gerald Demers v. Pfizer Inc., et al. | Shaheen & Gordan, P.A. | Voluntary Dismissal Docket No. 1020 |
| 23. | 05-cv-12127 | White, Judy | Jusy White v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 1100 |
| 24. | 05-cv-12128 | Christ, Lisa | Lisa Christ v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1065 Nothing further filed. |
| 25. | 05-cv-12444 | Craft, Joan | Joan Craft v. Pfizer Inc., et al. | Gilman Pastor | Voluntary Dismissal Docket No. 1013 |
| 26. | 06-cv-10108 | Spears, Christy Poe | Christy Poe Spears v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 1101 |
| 27. | 06-cv-10419 | Sims, Donna | Donna Sims v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1067 Nothing further filed. |
| 28. | 06-cv-10778 | Strickland, Bernard | Bernard & Cathy Strickland v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 895 |
| 29. | 06-cv-10779 | Burke, Sharon | Sharon Burke v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1078 Nothing further filed. |
| 30. | 06-cv-10780 | Morris, Judy | Judy Morris v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1068 Nothing further filed. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 31. | 06-cv-10912 | Anderson, Virgil | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 32. | 06-cv-10912 | Armour, Tony | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 33. | 06-cv-10912 | Ashley, Alysia | Martha Accettullo, et al. v. Pfizer Inc. et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 34. | 06-cv-10912 | Baker, Aaron | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 35. | 06-cv-10912 | Baker, Georgia | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 36. | 06-cv-10912 | Beavers, Merrie | Martha Accettullo. et al. v. Pfizer Inc. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 37. | 06-cv-10912 | Blake, Joe | Martha Accettullo v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 38. | 06-cv-10912 | Boyd, Denise | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 39. | 06-cv-10912 | Boyer, Joy | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 40. | 06-cv-10912 | Bramlett, Kenneth | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 41. | 06-cv-10912 | Brewster, Willie | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 42. | 06-cv-10912 | Brooks, Ernie | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 43. | 06-cv-10912 | Brooks, Rita | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 44. | 06-cv-10912 | Broomfield, Haywood | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 45. | 06-cv-10912 | Burnett, Bryan | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 46. | 06-cv-10912 | Cephas, Russell | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 47. | 06-cv-10912 | Chancellor, Karen | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 48. | 06-cv-10912 | Chhiv, Vathana | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 49. | 06-cv-10912 | Clark, Kevin | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 50. | 06-cv-10912 | Clark, Nicholas | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 51. | 06-cv-10912 | Coburn, Sharon | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 52. | 06-cv-10912 | Davenport, James | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 53. | 06-cv-10912 | Dodd, Richard | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 54. | 06-cv-10912 | Drain, Jeffrey | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 55. | 06-cv-10912 | Duzan, Foster | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 56. | 06-cv-10912 | Faught, David | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 57. | 06-cv-10912 | Fay, Eugene | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 58. | 06-cv-10912 | Fludd, Georgia | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 59. | 06-cv-10912 | Funderburg, Jennifer | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 60. | 06-cv-10912 | Galloway, Sonya | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 61. | 06-cv-10912 | Gangi, Robert | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 62. | 06-cv-10912 | Gilmore, James | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 63. | 06-cv-10912 | Golden, Paul | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 64. | 06-cv-10912 | Graham, Joseph | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 65. | 06-cv-10912 | Grayson, Michele | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 66. | 06-cv-10912 | Hall, Clennon | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 67. | 06-cv-10912 | Hall, Ethel | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 68. | 06-cv-10912 | Hall, Linda | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 69. | 06-cv-10912 | Harper, Lisa | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 70. | 06-cv-10912 | Hartsell, David | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 71. | 06-cv-10912 | Harvey, Thomas | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 72. | 06-cv-10912 | Hash, Rachel | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 73. | 06-cv-10912 | Hatfield, Zola | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 74. | 06-cv-10912 | Haynes, Romana | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 75. | 06-cv-10912 | Henson, Thomas | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 76. | 06-cv-10912 | Howard, Beth | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 77. | 06-cv-10912 | Hunter, Patricia | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 78. | 06-cv-10912 | James, Amy | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 79. | 06-cv-10912 | Jemigan-Wilson, Tatika | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 80. | 06-cv-10912 | Kirby, Cheryl | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 81. | 06-cv-10912 | Knox, Cassandra | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 82. | 06-cv-10912 | Ligon, Sherry | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 83. | 06-cv-10912 | Lockhart, Donald | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 84. | 06-cv-10912 | Ludacka, Vincent | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 85. | 06-cv-10912 | Lueker, Mary | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 86. | 06-cv-10912 | McAnally, Barbara | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 87. | 06-cv-10912 | McKenzie, Kimberly | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 88. | 06-cv-10912 | Meeks, Vivian | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 89. | 06-cv-10912 | Moats, Michelle | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 90. | 06-cv-10912 | Moore, William | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 91. | 06-cv-10912 | Moscato, Michael | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 92. | 06-cv-10912 | Nakamura, Daryl | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 93. | 06-cv-10912 | Perry, Mary | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 94. | 06-cv-10912 | Pittman, Mary | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 95. | 06-cv-10912 | Pitzer, Donna | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 96. | 06-cv-10912 | Prince, Rebecca | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed. |
| 97. | 06-cv-10912 | Ratz, Melissa | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 98. | 06-cv-10912 | Reed, William | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 99. | 06-cv-10912 | Richberg, Jarvis | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 100. | 06-cv-10912 | Riddle, Tonya R. | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 101. | 06-cv-10912 | Ridgeway, Monica | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 102. | 06-cv-10912 | Robinson, Sherman | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 103. | 06-cv-10912 | Sanders, Jaqueline | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 104. | 06-cv-10912 | Scurlock, John | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 105. | 06-cv-10912 | Shaffer, Teina | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 106. | 06-cv-10912 | Siltman, Betty | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 107. | 06-cv-10912 | Smalls, Kathleen | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by by 01/04/08 |
| 108. | 06-cv-10912 | Smith, Debra | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

14

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 109. | 06-cv-10912 | Smith, Earvin | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 110. | 06-cv-10912 | Smith, Kenneth | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 111. | 06-cv-10912 | Statom, Donnie | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 112. | 06-cv-10912 | Summers, Ezell | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 113. | 06-cv-10912 | Tarvan, Shelly | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 114. | 06-cv-10912 | Taylor, Bular | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 115. | 06-cv-10912 | Taylor, Carolyn | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 116. | 06-cv-10912 | Thames, Willie | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 117. | 06-cv-10912 | Thibodeau, Edward | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 118. | 06-cv-10912 | Thompson, Brenda | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 119. | 06-cv-10912 | Turner, Mark | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 120. | 06-cv-10912 | Volek, Bonnie | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 121. | 06-cv-10912 | Wagoner, Christopher | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 122. | 06-cv-10912 | Washington, Joseph | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 123. | 06-cv-10912 | Williams, Jimmie | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 124. | 06-cv-10912 | Williams, Ramal | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 125. | 06-cv-10912 | Williams, Sydney | Martha Accettullo, et al. v. Pfizer Inc., et al. | Law Offices of Newton B. Schwartz | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 126. | 06-cv-10913 | Flanders, Jennifer | Jennifer Flanders v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1080 Nothing further filed. |
| 127. | 06-cv-10914 | Ellis, Howard | Howard Ellis v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1079 Nothing further filed. |
| 128. | 06-cv-10954 | Huff, David | David Huff v. Pfizer Inc., et al. | Cuneo Pogust & Mason | Motion to Withdraw Docket No. 1082 Nothing furthur filed. |
| 129. | 06-cv-11021 | White, Ryan | Ryan White, et al. v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 1100 |
| 130. | 06-cv-11396 | Amato, Melissa | Melissa Amato v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1076 Nothing further filed. |
| 131. | 06-cv-11397 | Blackwell, Marilyn | Marilyn Blackwell v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1069 Nothing further filed. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 132. | 06-cv-11579 | Morrow, Jason | Jason Morrow v. Pfizer Inc., et al. | Pro Se | No certification or Motion to Withdraw filed by 02/01/08 deadline as required by 01/04/08 Order. |
| 133. | 06-cv-11581 | Fenelon, Jamie | Jamie Fenelon v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1070 Nothing further filed. |
| 134. | 06-cv-11640 | Manfredi, Christine | Christine Manfredi v. Pfizer Inc., et al. | Cuneo Pogust & Mason | Motion to Withdraw Docket No. 1082 Nothing further filed. |
| 135. | 06-cv-11774 | Diana, Amanda | Amanda Diana v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of dismissal Docket No. 1102 |
| 136. | 06-cv-11882 | Johnson, Daniel and Susan | Daniel and Susan Johnson v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1071 Plaintiff filed a response Docket No. 1151 No certification filed. |
| 137. | 06-cv-12049 | Hogge, Sean | Sean Hogge v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1072 Nothing further filed. |
| 138. | 07-cv-10332 | Michielsen, Steven | Steven Michielsen v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1107 Nothing further filed. |
| 139. | 07-cv-10569 | Armbruster, Mary and Glenn | Mary & Glenn Armbruster v. Pfizer Inc., et al. | Finkelstein & Partners | Stipulation of Dismissal Docket No. 1104 |
| 140. | 07-cv-10857 | Brook, Susan | Susan Brook v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1106 Nothing further filed. |
| 141. | 07-cv-11007 | Neilson, Leslie | Leslie Neilson v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1084 Nothing further filed. |

| No. | Case No. | Plaintiff Name | Case Name | Plaintiff's Counsel | Status |
|---|---|---|---|---|---|
| 142. | 07-cv-11255 | Milligan, Donald | Donald Milligan v. Pfizer Inc., et al. | Finkelstein & Partners | Motion to Withdraw Docket No. 1109 Nothing further filed. |