UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                         :
        SALES PRACTICES AND                                          :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                                     :
THIS DOCUMENT RELATES TO:                                            :   Magistrate  Judge  Leo  T.
                                                                     :   Sorokin
ALL PRODUCTS LIABILITY CASES                                         :
                                                                     :
                                                                     :
                                                                     :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S MOTION TO EXCLUDE THE TESTIMONY OF DOCTORS TRIMBLE, KRUSZEWSKI AND BLUME ON THE ISSUE OF GENERAL CAUSATION

Defendants, Pfizer Inc. and Warner-Lambert Company LLC ("Pfizer"), respectfully move to exclude the opinion testimony of Drs. Michael Trimble, Stefan Kruszewski and Cheryl Blume that Neurontin (gabapentin) is capable of causing suicide, suicide attempt, suicide gesture, or suicidal ideation (collectively "suicide-related events").

The grounds for this motion are set forth in the accompanying memorandum.  Also submitted in support of this motion are (1) a Declaration of Scott W. Sayler, Esq. (with Exhibits 1-57), and (2) a Declaration of Mary Ann Coronel, R.Ph. (with Exhibits 1-9).

WHEREFORE, Defendants respectfully request that the Court exclude the opinion testimony of Drs. Trimble, Kruszewski and Blume that Neurontin (gabapentin) is capable of causing suicide-related events.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard.

Therefore, they respectfully request a hearing on this motion.

Dated: March 7, 2008                    Respectfully submitted,

                                        DAVIS POLK & WARDWELL

                                        By:    /s/James P. Rouhandeh
                                               James P. Rouhandeh

                                        450 Lexington Avenue
                                        New York, NY 10017
                                        Tel:  (212) 450-4000

                                               -and-

                                        SHOOK, HARDY & BACON L.L.P.

                                        By:    /s/Scott W. Sayler
                                               Scott W. Sayler

                                        2555 Grand Blvd.
                                        Kansas City, MO 64108-2613
                                        Tel:  (816) 474-6550

                                               -and-

                                        HARE & CHAFFIN

                                        By:    /s/David B. Chaffin
                                               David B. Chaffin

                                        (BBO # 549245)
                                        160 Federal Street
                                        Boston, MA 02110
                                        Tel:  (617) 330-5000

                                        *Attorneys for Defendants Pfizer Inc. and*
                                        *Warner-Lambert Company LLC*

## <u>CERTIFICATE OF CONSULTATION</u>

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

/s/David B. Chaffin

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 7, 2008.

/s/David B. Chaffin