UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------- x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,           :
       SALES PRACTICES AND              :  Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION   :
---------------------------------------------------- x  Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:              :  Magistrate Judge Leo T.
:  Sorokin
:
ALL PRODUCTS LIABILITY CASES           :
:
:
---------------------------------------------------- x

## DECLARATION OF MARY ANN CORONEL, R.Ph.

I, **Mary Ann Coronel**, R.Ph., declare and state as follows:

1. My name is Mary Ann Coronel. I make this declaration in support of Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Testimony of Doctors Trimble, Kruszewki and Blume on the Issue of General Causation.

2. Since 2003, I have been employed in Pfizer's Worldwide Regulatory Affairs department in New York, New York. I currently hold the position of Associate Director, Worldwide Regulatory Strategy. In this position, I act as liaison between Pfizer and the United States Food and Drug Administration ("FDA") in connection with certain pharmaceutical products, including Neurontin® (gabapentin) ("Neurontin"), the pharmaceutical drug that is the subject of this litigation. Some of my responsibilities include the submission and management of regulatory files (e.g., Investigational New Drug Applications ("INDs"), New Drug Applications ("NDAs"), and associated amendments and supplements to such applications. I assumed these responsibilities for Neurontin in 2005.

3. As part of my responsibilities, I have personal knowledge of the manner in which Pfizer keeps and maintains the records that comprise the regulatory files for Neurontin. I attach to this declaration true and correct copies of certain Pfizer regulatory files for Neurontin, which reflect communications between Pfizer and FDA, correspondence between Pfizer and FDA, and other materials pertaining to Neurontin.

4. The documents attached to this declaration were made at or near the date on the documents; were prepared by a person with personal knowledge of their contents or as a result of information received from a person with such personal knowledge; are kept and maintained in the course of Pfizer's regularly conducted business activity; and it is the practice of Pfizer to maintain and keep these documents in the regular course of its business activity. Altogether, the regulatory files for Neurontin consist of at least hundreds of thousands of pages and material.

5. Attached as Exhibit 1 is a true and correct copy of a letter from Robert Temple, M.D., Center for Drug Evaluation and Research (FDA), to Janeth L. Turner, Warner-Lambert (Dec. 30, 1993).

6. Attached as Exhibit 2 is a true and correct copy of a letter from Cynthia McCormick, M.D., Center for Drug Evaluation and Research (FDA), to Drusilla Scott, Ph.D, Pfizer (May 24, 2002).

7. Attached as Exhibit 3 is a true and correct copy of Jeffrey Mohan, *Gabapentin and Suicide* (Mar. 14, 2006).

8. Attached as Exhibit 4 is a true and correct copy of Pfizer's *Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials and Postmarketing Surveillance* (without appendices) (Sept. 9, 2004).

9. Attached as Exhibit 5 is a true and correct copy of a letter from Mary Ann Coronel Evertsz, Pfizer, to Russell Katz, M.D., Center for Drug Evaluation and Research (FDA) (without enclosures) (June 22, 2006).

10. Attached as Exhibit 6 is a true and correct copy of Pfizer's *Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials – Phase 1 Studies* (Nov. 16, 2004).

11. Attached as Exhibit 7 is a true and correct copy of Investigator's Brochure Addendum for Epilepsy Studies in Japan, Neurontin (Gabapentin) (July 2004).

12. Attached as Exhibit 8 is a true and correct copy of Michael Trimble, Institute of Neurology, London, *Psychosis with Gabapentin,* Report for Warner Lambert (May 20, 1995).

13. Attached as Exhibit 9 is a true and correct copy of Michael Trimble, Institute of Neurology, London, *Behavioural Disturbance with Gabapentin,* Report for Parke, Davis & Company (1995).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2008, in New York, New York.

*/s/ Mary Ann Coronel*
Mary Ann Coronel, R.Ph.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 7, 2008.

/s/David B. Chaffin