# Exhibit 1



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

**CONFIDENTIAL**

Public Health Service



Food and Drug Administration
Rockville MD 20857

NDA 20-235

DEC 30 1993

Parke-Davis Pharmaceutical Research
Division of Warner-Lambert Company
Attention: Janeth L. Turner
Worldwide Regulatory Affairs
2800 Plymouth Road
Ann Arbor, Michigan 48105

Dear Ms. Turner:

Reference is made to your new drug application dated January 15, 1992 submitted under section 505(b) of the Federal Food, Drug and Cosmetic Act for Neurontin® (Gabapentin) 100, 300, and 400 mg capsules.

We also refer to an Agency Approvable letter dated December 21, 1993 and to your amendments dated:

09/15/92    10/15/92    10/28/92    11/16/92    12/01/92    10/14/93
12/09/93    12/17/93    2/21/93     12/22/93    12/23/93

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended with the labeling changes noted in the enclosed final draft of labeling that accompanies this letter ( as Attachment 1). Accordingly, the application, with these labeling revisions, is APPROVED, effective as of the date of this letter.

We note that in your response of December 23, 1993 you committed to continue your efforts to identify the mechanism of the animal carcinogenic response.

<u>Methods Validation</u>

The validation of the analytical methods has not been completed. We will expect your full cooperation in resolving any problems that may arise.

<u>Labeling/PPI</u>

The final printed labeling (FPL) must be identical to the draft labeling/PPI enclosed as Attachment 1 with this letter. Marketing the product with FPL that is not identical to the draft labeling may render the product misbranded and an unapproved new drug.

Y 014835

CONFIDENTIAL

NDA 20-235

2

Please submit 12 copies of the FPL as soon as it is available. Seven of the copies should be individually mounted on heavy-weight paper or similar material. The submission should be designated for administrative purposes as "FPL for approved NDA 20-235". Approval of the submission by FDA is not required before the labeling may be used. Should additional information relating to the safety and effectiveness of this drug product become available, further revision of the labeling may be required.

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA as set forth under 21 CFR 314.80 and 314.81.

Sincerely yours,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Attachment

Y 014836

Y014835.002