# Exhibit 3

CONFIDENTIAL

# GABAPENTIN AND SUICIDE



Pfizer, Inc
Risk Management Strategy
New York, NY
14 March 2006

Prepared by

Jeffrey D. Mohan, Pharm. D.
Manager
Safety Analysis

Pfizer  MEvertsz  0079951

CONFIDENTIAL

## CORRECTION TO
## GABAPENTIN AND SUICIDE REPORT (17October 2005)

This report has been revised to correct typographical errors found in the Gabapentin and Suicide report dated 17 October 2005.

The number of cases with risk factors that could have contributed to suicide was corrected to 34 cases (originally listed as 36 cases in the 17 October 2005 version) in the Abstract and Conclusion. The 34 cases with risk factors that could have contributed to suicide were correctly expressed in Results and Discussion section and Table 2.



1

Pfizer MEvertsz 0079952

CONFIDENTIAL

# GABAPENTIN AND SUICIDE



Pfizer, Inc
Risk Management Strategy
New York, NY
17 October 2005 (Updated 1 March 2006)

Prepared by

Jeffrey D. Mohan, Pharm. D.
Manager
Safety Analysis

Pfizer  MEvertsz  0079953

CONFIDENTIAL

# GABAPENTIN AND SUICIDE

*ABSTRACT:*

*Postmarketing data on gabapentin cases reporting suicide or suicide attempt were assessed. A review of gabapentin clinical study and solicited cases identified three cases of completed suicide and seven cases of suicide attempt; causality was assessed as unrelated to study drug in all but one case that reported suicide attempt, in which it was unclear if the causality assessment referred to somnolence only or both somnolence and suicide attempt. A review of another 359 cases reporting a fatal outcome identified no additional cases of death due to suicide, and a review of ten cases reporting either self-injury or suicidal ideation identified one additional case of possible suicide attempt. Causality was assessed as unrelated to study drug in this case, by both the investigator and the Marketing Authorization Holder (MAH).*

*A review of non-clinical study gabapentin cases identified 111 cases of completed suicide, representing a small proportion (0.5%) of the total number of gabapentin non-clinical study cases. Of the 111 cases of completed suicide, 37 cases did not provide sufficient information for a proper assessment. In one case, it was specifically stated that the patient was not treated with gabapentin prior to the event. In two other cases, the cause of death was being questioned as homicide or suicide. Another 33 cases originated from the literature and were based on data from American Association of Poison Control Centers either in Annual Reports [covering calendar years 2000 (ten cases), 2001 (seven cases), 2002 (seven cases), and 2003 (seven cases)] or as a separate publication (two cases). Three cases contained limited or no information on gender, age, medical history, concomitant medication use, and/or dose and indication for gabapentin therapy. Thirty-six cases reported that the patients had been treated with gabapentin prior to committing suicide, 34 of which reported risk factors that could have contributed to the suicide. Two cases reported suicide without an alternate etiology or contributory factor.*

*There were 192 non-clinical study cases reporting suicide attempt, representing a small proportion (0.8%) of the total number of gabapentin non-clinical study cases. Of the 192 cases of suicide attempt, 186 cases were notable for: reporting insufficient information (87 cases), limited information with significant data unknown (three cases), no actual suicide attempt (two cases), an unlikely or unknown temporal association between gabapentin therapy and event onset (five cases), risk factors that could have contributed to the suicide attempt (88 cases), or a multiple drug overdose, including gabapentin, where it is unclear whether the patient was being treated with gabapentin prior to the event (one case). The other six cases reported suicide attempts in patients with no reported risk factors.*

*A review of 459 non-clinical study cases reporting a fatal outcome not specifically reporting suicide or suicide attempt identified no additional cases of death due to suicide. A review of 173 cases reporting either self-injury or suicidal ideation identified twelve additional cases of possible suicide attempts, although such determination was difficult based on the information provided. Ten of these patients had pre-existing psychiatric conditions that could have contributed to the event.*

*In summary, the available data do not suggest a causal association between gabapentin and suicide or suicide attempt.*

## INTRODUCTION

2

Pfizer_MEvertsz_0079954

CONFIDENTIAL

This report is a summary, prepared by Pfizer, reviewing gabapentin cases reporting suicide or suicide related events. Based on the worldwide sales volume and an estimated daily regimen of three units daily, there were approximately 13,788,663 patient-years of exposure to gabapentin during the second quarter of 1993 through the fourth quarter of 2004. The worldwide exposure estimate is based on audited pharmacy and/or wholesaler sales of gabapentin received from IMS Health. The worldwide market experience information is based on standard units sold from the second quarter of 1993 through the fourth quarter of 2004. One standard unit is equal to one tablet, one capsule, or one 5mL dose of oral solution.

Gabapentin, with an International Birthdate of 05 February 1993 (United Kingdom), is an anticonvulsant structurally related to the inhibitory central nervous system (CNS) neurotransmitter gamma amino butyric acid (GABA), but it does not interact with the GABA receptors and does not act as a GABA agonist.[1] The mechanism by which gabapentin exerts its anticonvulsant action is yet to be elucidated, and it is also used for the treatment of neuropathic pain.[1] Gabapentin is not metabolized but solely eliminated by renal excretion, and it does not induce hepatic enzyme activity.[1] It has a fast onset of action and peak plasma concentration is reached within two to three hours following oral administration. Gabapentin bioavailability is dose-dependent: it decreases with increasing dosage, due to saturable gastrointestinal absorption.[1] It is not bound to plasma proteins and has a short elimination half-life of five to seven hours.[1] Dosage adjustment is recommended in patients with impaired renal function. Gabapentin is generally well tolerated and has a very low potential for drug interaction.

Suicide is the 11th leading cause of death in the United States.[2] The estimated one-year incidence rate internationally is 0.0143%.[3] Suicides can be misallocated to several other causes of death and are most likely to be underreported for groups with low official suicide rates, such as African Americans and females.[4] Pre-existing psychiatric conditions have been closely associated with suicide, most notably major depressive disorder, bipolar disorder, terminal insomnia, schizophrenia, borderline personality disorder, and sociopathic personality disorder.[5] Other risk factors for suicide include male gender, alcohol or substance abuse, a family history of suicide or psychiatric disorder, adolescence or advanced age, and physical illnesses, particularly those affecting the brain or accompanied by chronic pain.[6]

With regard to psychotic disorders and suicide, it is well recognized that between 20 and 50% of patients with schizophrenia attempt suicide and between 10 and 15% eventually die of suicide.[7] Schizoaffective disorders show rates of 19% for committed suicides and more than 36% for suicide attempts. There were 15 cases identified reporting psychotic disorders or symptoms and completed suicide, suicide attempt, or intentional self-injury.

[1] Gabapentin Core Data Sheet (CDS) – Pfizer, Inc., 24 March 2004.
[2] Centers for Disease Control and Prevention. Web-based Injury Statistics Query and Reporting System (WISQARS) [Online]. (2002). National Center for Injury Prevention and Control. Centers for Disease Control and Prevention (producer). Available from URL: http://www.cdc.gov/ncipc/wisqars. [2003 March 27]
[3] Tondo L et al. Suicidal behavior in bipolar disorder: risk and prevention. CNS Drugs 2003; 17: 491-511.
[4] Phillips DP, Ruth TE. Adequacy of official suicide statistics for scientific research and public policy. Suicide Life Threat Behav. 1993 Winter; 23(4): 307-319.
[5] Tanney BL. Psychiatric diagnoses and suicide. Maris RW et al (Eds) Comprehensive textbook of suicidology. New York: Guilford, 2000: 311-41.
[6] Msocicki E. Epidemiology of suicide. Goldsmith S (Ed) Risk factors for suicide. Washington DC: National Academy Press, 2001: 10-12.
[7] Pillman F, et al. Suicidal behavior in acute and transient psychotic disorders. Psychiatric Research 117 (2003); pg. 199-209.

3

CONFIDENTIAL

## METHODOLOGY

Pfizer's safety databases contain cases of adverse events reported spontaneously to Pfizer, cases reported from health authorities, cases published in the medical literature, and cases of serious adverse events reported from clinical studies and Pfizer-sponsored marketing programs (solicited cases) regardless of causality.

The database was searched for gabapentin cases received through 31 July 2005 reporting MedDRA (version 8.0) Preferred Terms Completed suicide and Suicide attempt. Gabapentin cases reporting MedDRA Preferred Terms describing self-injury or suicidal ideation, including Intentional self-injury, Self-injurious behavior, Self-mutilation, Self-injurious ideation, Suicidal ideation, and Depression suicidal, were also reviewed to identify cases describing suicide attempts. All gabapentin cases reporting a fatal outcome were reviewed to identify any that may have resulted from a suicide but were not captured by the search of appropriate MedDRA terms.

Case narratives of the relevant cases reviewed are provided in appendices as narrative line listings.

When interpreting the data from spontaneously reported cases, the following limitations of spontaneous adverse event reporting should be considered:

- Reports are submitted voluntarily, and the magnitude of underreporting is unknown. Some of the factors that may influence whether an event is reported include: length of time since marketing, market share of the drug, publicity about a drug or an adverse event, seriousness of the reaction, regulatory actions, awareness by health professionals and consumers of adverse drug event reporting and litigation.
- Because many external factors influence whether or not an adverse event is reported, the spontaneous reporting system yields reporting rates not incidence rates. As a result, it is generally not appropriate to make between-drug comparisons of these rates because of the limitations and potential biases described above. The spontaneous reporting system should be used for signal detection, not hypothesis testing.
- In some reports, clinical information (such as medical history, validation of diagnosis, time from drug use to onset of illness, dose, and use of concomitant drugs) is missing or incomplete. Follow-up information may not be available.
- An accumulation of adverse event reports does not necessarily indicate that the drug caused the adverse event; rather, the event may be due to an underlying disease or some other factor(s) such as past medical history or concomitant medication.

## RESULTS AND DISCUSSION

### CLINICAL STUDY AND SOLICITED CASES

A review of gabapentin clinical study and solicited cases identified three cases reporting completed suicide and seven cases reporting suicide attempt. In addition to the three cases of completed suicide, a fatal outcome was reported in another 359 cases, which were reviewed to identify cases reporting death possibly due to suicide. Another ten cases reporting adverse events describing suicidal ideation or self-injury were identified and reviewed to identify potential cases of suicide attempt. All clinical study cases described patients who had been treated with gabapentin prior to the relevant suicide-related event.

4

Pfizer MEvertsz 0079956

CONFIDENTIAL

*Completed suicide*

There were three clinical study cases reporting completed suicide, which were all assessed as unrelated to study drug by both the investigator and the sponsor. One of these cases (032-0945-M0000010) involved a patient (38-year-old male) with a history of depression and social problems who reportedly committed suicide by ingesting one box of gabapentin and unspecified amounts of carbamazepine and loprazolam. In the second case (2003023631), the patient (54-year-old male) reportedly committed suicide most likely due to social reasons, specifically repeated dismissal from work due to his seizures. The third case (061-0945-970004) described a 47-year-old male who had been treated with gabapentin 2400mg for epilepsy for 41 days when he committed suicide by gunshot. His medical history was significant for psoriasis, headaches, removal of penile mole, removal of skin cancer, and recent testing by electroencephalogram (one week before his death) because of a prolonged period of "vagueness and strange behavior". Case narratives of these three cases are provided in Appendix I.

*Suicide Attempt*

Suicide attempt was reported in seven clinical study cases and causality was assessed as unrelated in all but one case (052-0945-M0000009). In this case, a 36-year-old female attempted suicide by taking a gabapentin overdose of 4500mg on study day 27 after which she experienced somnolence and was hospitalized. Attempt to empty the patient's stomach failed but she recovered and was released on the following day. The only reported medical history was Type II diabetes mellitus. Both the investigator and the sponsor determined that "the events" were related to the study drug, but it was unclear if the causality assessment referred to somnolence only or both somnolence and suicide attempt since follow-up information only confirmed the causal association with somnolence. Of the six cases in which causality was not attributed to the study drug, significant risk factors were reported in four cases (inoperable brain tumor and drug abuse (001-0945-950630); previous suicide attempt / alcoholism, and depression (033-0945-950069); depression (001-0945-930017; 001-0945-920021)). In another case (001-0945-940009), the suicide attempt ("jumped off the third floor balcony") was most likely related to the patient (18-year-old male) getting angry because of an argument with his father due to the reporter's account of the timing of the events. The last case (061-0945-980008) described a 37-year-old male who was hospitalized for an overdose of 120 capsules of gabapentin on Study Day 96; no symptoms related to the overdose were related. While hospitalized, he attempted suicide by slashing his wrists. The patient recovered and gabapentin therapy continued unchanged. Case narratives of these seven cases are provided in Appendix II.

*Other Potential Completed Suicide Cases*

In addition to the three cases of completed suicide, another 359 cases reporting a fatal outcome were reviewed. Of these, one case (001-0945-910002) reported death due to suicide six months after gabapentin therapy was discontinued. This case described an 18-year-old female with a history of depression and suicide attempts who slashed her wrist while taking gabapentin. She was evaluated and diagnosed with an adjustment disorder; she discharged herself and discontinued gabapentin therapy. The investigator learned later that the patient successfully committed suicide more than six months later, but the details could not be confirmed. None of the other fatal cases reported death due to suicide, although the cause of death in two cases was suspicious: insulin overdose and cardiac arrest (001-0945-970148); cardiac arrhythmia and toxic levels of pethidine and nortriptyline (061-0945-M0000002). Based on the reported information, there were no indications of suicide, and both cases were assessed as unrelated to the study drug.

5

Pfizer MEvertsz 0079957

CONFIDENTIAL

### *Self-Injury and Suicidal ideation Cases*

Additionally, ten clinical study cases reporting either self-injury (one case) or suicidal ideations (nine cases) were reviewed, and one case (001-0945-960096) appeared to be a suicide attempt. This case involved a 29-year-old female, with a history of reactive psychosis, a familial history of suicide including a brother and sister diagnosed as psychotic that both committed suicide, and a mother with a history of paranoid ideation. The patient stabbed herself in the left anterior chest wall. Both the investigator and the MAH believed that the event was definitely not related to gabapentin.

## NON-CLINICAL STUDY CASES

As of 31 July 2005, a total of 22,422 gabapentin non-clinical study cases have been entered in Pfizer's safety database. A review of gabapentin non-clinical study cases identified 111 cases reporting completed suicide and 196 cases of suicide attempt. Four of these cases (2004059901, 2004074993, 2005048449, 2005094535) reported both completed suicide and suicide attempt and are included in the completed suicide section of the report. In addition to the 111 cases of completed suicide, a fatal outcome was reported in another 459 cases, which were reviewed to identify cases reporting death possibly due to suicide. Another 175 cases reporting adverse events describing suicidal ideation or self-injury were identified and reviewed to identify potential cases of suicide attempt.

### *Completed Suicide*

The database searches identified 111 cases of completed suicide. These 111 cases are reviewed in detail and selected key characteristics are presented in Table 1.

| Table 1. Gabapentin Non-Clinical Study Cases of Completed Suicide | | |
|---|---|---|
| **Characteristic** | | **Number of Cases (n = 111)** |
| Gender | Male | 48 |
| | Female | 25 |
| | Unknown | 38 |
| Age (years) range: 11 - 79 mean = 45.3 | ≤ 16 | 2 |
| | 17-30 | 12 |
| | 31-50 | 37 |
| | 51-64 | 26 |
| | ≥ 65 | 7 |
| | Unknown | 27 |
| Indication* | Ill-defined disorder/unknown (47); pain (20); bipolar disorder (17); back pain (9); depression (8); neuropathy peripheral (6); anxiety (5); migraine, neuropathy, restless leg syndrome (4); convulsion, neuropathic pain (3); arthralgia, diabetic neuropathy, movement disorder (2); alcoholic seizure, anxiety disorder, carpal tunnel syndrome, dyskinesia, fatigue, fibromyalgia, insomnia, multiple sclerosis, muscle spasms, neck pain, necrosis, osteoarthritis, partial seizures, polyneuropathy idiopathic progressive, post herpetic neuralgia, post procedural pain, sleep disorder, stress, tremor, ulnar nerve injury (1 each). | |

*More than one indication was reported for some cases.

Age was reported in 84 cases and ranged from 11 to 79 years old. Gender was reported in 73 cases, among which close to two-thirds were males (48 cases or 66%). Gabapentin therapy indication was reported as unknown or ill-defined in nearly half of these cases (47 cases or 42%).

6

Pfizer MEvertsz 0079958

CONFIDENTIAL

Thirty-seven cases did not provide sufficient information for a proper assessment. These cases did not include information such as gabapentin therapy dates, onset of event dates, concomitant medications, and past medical histories. Thirty of these cases were reported by attorneys, some of these in the form of a summons, which did not include patient information.

In case 2002060656, it was specifically stated that the patient was not treated with gabapentin prior to committing suicide by drinking one liter of aniseed alcohol with several tablets of gabapentin from a friend's box; the patient was found dead at home and no autopsy was performed. The patient's medical history was significant for previous suicide attempts and treatment with an unspecified antidepressant.

In two cases, the cause of death was questioned as a homicide or suicide. In case 001-0945-M0101475, a female patient (age unknown) treated with gabapentin (dose and frequency unknown) for back pain reportedly became suicidal. On an unknown date, she took "an overdose" (dose and drug unspecified), fell asleep then awoke, took "something else", fell asleep and awakened again. It was reported that she then asked her husband to "put a plastic bag over her", which he did. She died and the autopsy showed no petechial hemorrhages. Post-mortem analysis showed gabapentin level of "5.48", hydrocodone level of "0.039", fentanyl level of "0.0825" and hydroxyzine level of "0.47"; no reference values or assessment of these levels were provided by the reporting pathologist. In case 2004035685, a pharmacist reported that a 43-year-old female died with high levels of gabapentin and baclofen in her system. It was uncertain whether the patient committed suicide or was killed by a man whom she had lived with. No further information was provided.

A total of 33 cases originated from the literature and were based on data from American Association of Poison Control Centers, either in Annual Reports of the Toxic Exposure Surveillance System (covering calendar years 2000 (ten cases),[8] 2001 (seven cases),[9] 2002 (seven cases)[10], and 2003 (seven cases)[11] or as a separate publication (two cases)[12]. All 33 cases contained limited information. Patient age was provided in the 31 cases listed in the Annual Reports while gender was not provided in 32 cases. Dose and indication for gabapentin therapy, medical history and concomitant medications were not reported in all 33 cases. In these cases, the gabapentin use appeared to be acute exposures, and in 29 of these 33 cases, the patients committed suicide using multiple drugs.

In 36 cases, the patients were reported to have been treated with gabapentin prior to committing suicide. Two of these cases contained limited information; one case (001-0945-M0100100) described a male patient who committed suicide while being treated with gabapentin and other unspecified medications, and the other case (2002064869), reported by a consumer, described a female patient with a history of "being nuts all her life" who was treated with gabapentin for an unspecified period of time and committed suicide. No additional information was reported in these two cases. The other 34 cases reported risk factors that could have contributed to the

---

[8] Litovitz TL, *et al*. 2000 Annual Reports of the American Association of Poison Control Centers Toxic Exposure Surveillance System. *Am J Emerg Med* 2001; 19(5): 337-395.

[9] Litovitz TL, *et al*. 2001 Annual Reports of the American Association of Poison Control Centers Toxic Exposure Surveillance System. *Am J Emerg Med* 2002; 20(5): 391-452.

[10] Litovitz TL, *et al*. 2002 Annual Reports of the American Association of Poison Control Centers Toxic Exposure Surveillance System. *Am J Emerg Med* 2003; 21(5): 353-421.

[11] Litovitz TL, *et al*. 2003 Annual Reports of the American Association of Poison Control Centers Toxic Exposure Surveillance System. *Am J Emerg Med* 2004; 22(5): 335-404.

[12] Klein-Schwartz W, *et al*. Characterization of gabapentin overdose using a poison center case series. *J Tox* 2003; 41(1): 11-15.

7

Pfizer MEvertsz 0079959