CONFIDENTIAL

reported suicide. The case numbers and risk factors for these cases can be found in Table 2 below.

| Table 2. Gabapentin Non-Clinical Study Cases and Risk Factors for Completed Suicide ||
|---|---|
| Case # | Risk Factor(s) for Completed Suicide |
| 001-0945-940300 | Previous suicidal thoughts |
| 2002057053 | Return of neuropathic pain |
| 2003001595 | Bipolar disorder |
| 2003017239 | Withdrawn and "acting strange" for an unspecified period of time |
| 2003113340 | Neuropathic pain / recently diagnosed depression |
| 2003121920 | Acute deafness and recent diagnosis of cellulitis and hepatic disease |
| 2004022191 | Depression / obsessive compulsive disorder / neuropathic pain |
| 2004031173 | Previous suicide attempt, bipolar disorder, obsessive compulsive disorder |
| 2004032207 | Previous suicidal ideation, depression, a host of social stressors, chronic back pain |
| 2004043537 | Previous suicidal thoughts, depression, pain due to degenerative disc disease |
| 2004049251 | Previous suicidal ideation, depression |
| 2004052118 | Previous suicidal ideation, major depression, psychotic features |
| 2004058040 | Previous suicidal ideation, major depression, alcohol and drug abuse |
| 2004058042 | Depression, social stressors, chronic back pain |
| 2004059901* | Previous suicide attempt, depression, bipolar disorder, drug abuse |
| 2004064324 | Depression, bipolar tendencies, obsessive compulsive disorder, panic attacks, hallucinations, psychotic behavior |
| 2004065930 | Chronic pain |
| 2004071970 | Previous suicide attempt, depression, bipolar disorder, anxiety disorder, chronic pain |
| 2004074993* | Depression, brief psychotic episode, alcohol and drug abuse |
| 2004083654 | Previous suicide attempts, alcohol and drug abuse |
| 2004093246 | Chronic pain, terminal cancer |
| 2004102854 | Depression, chronic pain |
| 2004106658 | Depression, panic attacks, degenerative joint disease pain, alcohol abuse |
| 2004106702 | Depression, chronic back pain from spinal injury |
| 2004106719 | Depression due to chronic pain, "personal problems" |
| 2004106809 | Previous suicidal ideation, depression, chronic back pain, problem with girlfriend |
| 2004117310 | Previous suicidal ideation, depression, mental disorder, bipolar disorder, anxiety, chronic pain, drug abuse |
| 2005004215 | Bipolar disorder |
| 2005022778 | Depression, bipolar disorder |
| 2005024066 | Depression |
| 2005041264 | Bipolar disorder, anxiety disorder |
| 2005048449* | Chronic pain |
| 2005088622 | Chronic pain, fibromyalgia |
| 2005092327 | Severe depression, bipolar disorder |

*Case reported both suicide attempt and completed suicide.

Two cases reported suicide without an alternate etiology or contributory factor. Case 2005042984 involved a 54-year-old female who was found dead in her apartment, along with an empty bottle of flurazepam, several empty and partially filled bottles of gabapentin, a partially filled bottle of citalopram, an empty bottle of acetaminophen, and an empty bottle of metaxalone. The flurazepam, gabapentin, and citalopram appeared to have been taken as prescribed. Postmortem toxicological analysis of the heart blood identified acetaminophen (97mg/L), citalopram (0.4mg/L), gabapentin (24mg/L), and metaxalone (21mg/L). Based on the autopsy and toxicological findings, the medical examiner ruled that the cause of death was metaxalone and gabapentin intoxication and that the manner of death was suicide. It was felt that the central nervous system depression caused by gabapentin exacerbated the intoxication produced from metaxalone. It is worth noting that citalopram is used to treat severe depression. The second case (001-0945-M0200490) reported that a 79-year-old male, with a history of colostomy, had his gall bladder removed. At an unknown time, gabapentin (dose and frequency unknown) was started. "Twists" in the intestines were discovered in the patient at an unknown time, and he started

8

CONFIDENTIAL

oxycontin therapy. The patient increased his oxycontin dose without consulting his physician, so the physician decreased the oxycontin dose and increased the gabapentin dose (dose and frequency unknown). Sertraline was then started to assist with pain control and the patient began to have stomach pains and trouble eating. Four days after starting sertraline, the patient tried to eat breakfast but announced that he could not due to his stomach pain. He then went to his room and committed suicide. The patient's daughter stated that the patient was never depressed.

Case narratives of these 111 cases are provided in Appendix III.

*Suicide Attempts*

A total of 192 gabapentin non-clinical study cases reported suicide attempt without completed suicide. Key characteristics of these 192 cases are presented in Table 3.

| Table 3. Gabapentin Non-Clinical Study Cases of Suicide Attempt |||
|---|---|---|
| Characteristic | | Number of Cases (n = 192) |
| Gender | Male | 80 |
| | Female | 97 |
| | Unknown | 15 |
| Age (years) range: 10 - 76 mean = 38.4 | ≤ 16 | 10 |
| | 17-30 | 16 |
| | 31-50 | 58 |
| | 51-64 | 12 |
| | ≥ 65 | 3 |
| | Unknown | 93 |
| Indication* | ill-defined disorder (44); bipolar disorder (43); depression (28); pain (21); back pain (12); neuralgia (8); convulsion, migraine, restless leg syndrome (7); anxiety (6); neuropathy peripheral, post-traumatic stress disorder (5); diabetic neuropathy, mood swings, neuropathic pain, neuropathy (4); fibromyalgia, pain in extremity (3); affective disorder, epilepsy, movement disorder, muscle spasms, panic attack (2); anger, anxiety disorder, arthralgia, bipolar I disorder, complex regional pain syndrome, connective tissue disorder, drug withdrawal syndrome, dyskinesia, headache, insomnia, intentional misuse, intermittent explosive disorder, major depression, mental disorder, nerve injury, nervous system disorder, neuritis, obsessive-compulsive disorder, panic disorder, Parkinson's disease, radiculopathy, rheumatoid arthritis, schizoaffective disorder, thinking abnormal (1 each). ||

*More than one indication was reported for some cases.

Among the 177 cases in which gender was reported, there were more females (97 cases) than males (80 cases). Age was reported in approximately half of these cases and ranged from 10 to 76 years old. Of the 151 cases reporting an indication for gabapentin therapy, most of the patients were treated for indications other than epilepsy or neuropathic pain.

Of these 192 cases, 87 cases did not provide sufficient information for a proper assessment. These cases did not include information such as gabapentin therapy dates, onset of event dates, concomitant medications, and past medical histories. Sixty-two of these cases were reported by attorneys, some of these in the form of a summons. Eleven of these (2003013665, 2003013666, 2003013667, 2003013668, 2003013669, 2003013670, 2003013671, 2003013672, 2003013673, 2003013674, 2003013675) reported suicide attempt with gabapentin only and originated from the same literature publication based on data from Poison Control Centers.[12]

Three cases provided limited information, making a proper assessment difficult. Case 2004028910 reported that a 47-year-old male was started on gabapentin 300 mg three times daily

9

as needed for an unknown indication. At an unknown time, the patient attempted suicide and was subsequently hospitalized in the psychiatric unit. The patient's complete blood count (CBC), alanine transaminase (ALT), and aspartate transaminase (AST) were within normal limits. A mental evaluation was performed but the results were unavailable. The patient was taking paracetamol, quetiapine fumarate, trazodone, and venlafaxine concomitantly. Case 2004049238 reported that a 59-year-old female attempted suicide by ingesting gabapentin, clonazepam, and meprobamate at unknown doses at an unknown time. It was her first suicide attempt. The patient was not taking any other concomitant medication. It was unknown whether the patient was taking gabapentin prior to the suicide attempt. In case 2004068326, it was reported that a 10-year-old male was admitted to the hospital with lethargy following a suicide attempt after overdosing with over 10.5 grams of gabapentin. The patient also overdosed on valproate (156 mg/kg), lorazepam (0.13 mg/kg), and an unknown quantity of paroxetine. His gabapentin levels were determined to be non-toxic. It was unknown whether the patient was taking gabapentin prior to the suicide attempt. Although a specific history of psychiatric illness was not reported in these three cases, the patients in two cases were taking concomitant medications suggestive of treatment of psychiatric illness.

In two cases (2005026375, 2005108184), the patient contemplated suicide; however, no confirmed suicide attempt was reported.

An unlikely or unknown temporal association between gabapentin use and the event onset was reported in five cases. One case (001-0945-M0100215) described a post-therapy event in which a female patient (age unknown) attempted suicide at an unknown time after discontinuation of gabapentin therapy. Another case (2003119899) involved a 43-year-old female with rheumatoid arthritis and fibromyalgia who had been treated with gabapentin 1200mg for "a long time" when she attempted suicide by unspecified means; she was evaluated in a psychiatric facility and released. The third case (2004013502) described a female patient (age unknown) with a medical history of multiple stomach surgeries and recent hospitalization who experienced ineffectiveness after using gabapentin for leg cramps. She was concomitantly treated with ten different unspecified medications daily. She reported having constant suicidal thoughts and attempted suicide three times, but it was unclear from the information provided if the attempts occurred before, during, or after gabapentin therapy. The fourth case (2004102771), reported by an attorney, involved a female (age unknown) who was treated with gabapentin (dose and frequency unknown) for chronic pain. After approximately six months, she began having suicidal thoughts, which prompted her to seek psychiatric assistance. Over the next year and a half, she continued to have psychological problems and suicidal ideation, which ceased when she discontinued gabapentin. At an unknown time after the discontinuation of gabapentin, the patient attempted suicide. The fifth case (2005103497) reported that a 42-year-old female, with a history of bipolar disorder, started sertraline (dose and frequency unknown) for the treatment of panic attacks, anxiety, obsessive-compulsive disorder, and the depression phase of her bipolar disorder. While taking sertraline, the patient attempted suicide. She was then hospitalized and started taking gabapentin (dose and frequency unknown) for depression. Gabapentin was discontinued at an unknown time due to the patient's over-eating. The patient did not attempt suicide while taking gabapentin.

In 88 cases, the patients were treated with gabapentin prior to attempting suicide and the cases reported risk factors that could have contributed to the reported suicide attempt. The case numbers and risk factors for these cases can be found in Table 4 below.

10

Pfizer MEvertsz 0079962

CONFIDENTIAL

| Table 4. Gabapentin Non-Clinical Study Cases and Risk Factors for Suicide Attempt ||
| Case # | Risk Factor(s) for Suicide Attempt |
|---|---|
| 001-0073-960183 | Incarceration, drug and alcohol abuse |
| 001-0945-950347 | Depression |
| 001-0945-970529 | Bipolar disorder, rage, panic attacks |
| 001-0945-990118 | Family history of depression and suicide |
| 001-0945-990628 | Unknown psychiatric disorder |
| 001-0945-991042 | Schizoaffective disorder, intermittent explosive disorder |
| 001-0945-991279 | Bipolar disorder |
| 001-0945-M0000282 | Mother recently died |
| 001-0945-M0000897 | Severe depression |
| 001-0945-M0001245 | Previous suicide attempts, depression, a nervous breakdown, chronic back pain |
| 001-0945-M0100747 | Schizoaffective disorder |
| 001-0945-M0100754 | Drug and alcohol abuse |
| 001-0945-M0100761 | Depression |
| 001-0945-M0101398 | Chronic depression, chronic pain |
| 055-0945-M0100042 | Depression due to mother's death, psychosis, chronic pain |
| 2002050997 | Depression |
| 2002073396 | Bipolar behavior, chronic back pain |
| 2003009454 | Depression |
| 2003018800 | Recent placement into a nursing home |
| 2003030526 | Bipolar disorder |
| 2003030759 | Depression, panic disorder |
| 2003041397 | Depression |
| 2003112984 | Depression |
| 2003113767 | Bipolar disorder |
| 2003115340 | Post-traumatic stress disorder, history of an "unspecified disability" |
| 2003115804 | Alcoholism |
| 2003116563 | Mood swings, chronic back pain |
| 2003116915 | Depression, bipolar disorder, panic attacks |
| 2003119634 | Previous suicide attempt, chronic back pain |
| 2003119747 | Depression |
| 2003119930 | Depression, anxiety |
| 2003121173 | Depression |
| 2003124521 | Severe depression, post-traumatic stress disorder, financial stress, beaten by a man, chronic pain |
| 2003124522 | Bipolar disorder, emotional upset |
| 2003125905 | Unstable mood |
| 2003126925 | Previous suicidal thoughts, five psychiatric facility stays, drug abuse |
| 2004000879 | Nerves which caused depression |
| 2004001691 | Depression, post-traumatic stress disorder |
| 2004001909 | Depression, mood swings, alcohol and drug abuse |
| 2004001917 | Manic depression, "mental disorder", children were recently taken away |
| 2004011726 | Chronic back pain |
| 2004012957 | Major depression, bipolar disorder, drug and alcohol abuse |
| 2004013492 | Psychotic symptoms, hallucinations |
| 2004013495 | Bipolar disorder |
| 2004013496 | Destructive behavior, anger outbursts |
| 2004013500 | Depression, bipolar disorder, chronic back pain |
| 2004013511 | Bipolar disorder, mood swings |
| 2004015524 | Bipolar disorder |
| 2004021501 | Depression, hallucinations |
| 2004031827 | Bipolar disorder |
| 2004035088 | Bipolar disorder |
| 2004048907 | Previous suicide attempts and self-injurious behavior, depression, bipolar disorder |
| 2004054424 | Diffuse back pain, chronic regional pain |
| 2004054853 | Mood swings |
| 2004058034 | Depression, bipolar disorder, schizoaffective disorder, anxiety, personality disorder, drug abuse, obsessive-compulsive disorder, mood swings, delusions, hallucinations |

11

CONFIDENTIAL

| Table 4. Gabapentin Non-Clinical Study Cases and Risk Factors for Suicide Attempt | |
|---|---|
| Case # | Risk Factor(s) for Suicide Attempt |
| 2004058193 | Severe depression, post-traumatic stress disorder |
| 2004058979 | Chronic pain |
| 2004061469 | Bipolar disorder |
| 2004062471 | Depression, bipolar disorder |
| 2004065552 | Previous suicidal ideation, depression, anxiety |
| 2004067843 | Depression, anxiety |
| 2004068340 | Panic attacks |
| 2004070397 | Depression, bipolar disorder, anxiety, obsessive-compulsive disorder, anxiety, alcoholism, personality disorder |
| 2004075210 | Depression, recent fight with husband and children, drug and alcohol abuse |
| 2004075225 | Bipolar disorder, her kids recently alienated her |
| 2004077855 | Previous suicide attempt, major depression, dissociative disorder, schizoaffective disorder, mood alterations, sex abuse, self mutilation, panic disorder |
| 2004078031 | Fibromyalgia, chronic pain |
| 2004080828 | Major depression, bipolar disorder |
| 2004102750 | Bipolar disorder |
| 2004106748 | Previous suicide attempts, post-traumatic stress disorder, bipolar disorder, drug and alcohol abuse, schizophrenia, hallucinations/delusions, sexual abuse, psychotic, recent death of a relative |
| 2004109175 | Husband broke her back, boyfriend almost killed her, HIV positive |
| 2004114821 | Depression, bipolar disorder, chronic pain |
| 2004117393 | Depression, mood swings, dysthymic disorder, alcoholism |
| 2005003323 | Panic disorder, marital problems |
| 2005003387 | Chronic pain |
| 2005003617 | Depression, personality disorder, anxiety, substance abuse |
| 2005007423 | Depressed due to an incident at work, panic attacks, cocaine induced psychosis, chronic back pain |
| 2005016042 | Previous suicide attempt, depression, bipolar disorder, fibromyalgia, alcoholism |
| 2005026643 | Patient was in prison, worried about paying taxes on his house |
| 2005041869 | Depression |
| 2005042730 | Previous suicide attempts and suicide ideation, depression, bipolar disorder, personality change, anxiety, drug and alcohol abuse |
| 2005043864 | Depression, anxiety, kids left home, having trouble with spouse |
| 2005051608 | Bipolar disorder, intermittent explosive disorder, antisocial personality, drug abuse |
| 2005060985 | Patient was assaulted at an earlier date, depressed about the outcome of this event |
| 2005107304 | Previous severe suicidal ideations |
| 2005107343 | Bipolar disorder |
| A030358 | Previous depression and drug overdose |
| A037638 | Moderate to severe depression |

Of the six cases not reporting risk factors for suicide, one case (001-0945-M0200504) reported a suicide attempt involving a multiple drug overdose, including gabapentin. It is unclear whether the patient was being treated with gabapentin prior to the event. Both medical history and concomitant medications were unknown in this case.

The remaining six cases described suicide attempts in patients with no reported risk factors. The first case (001-0945-980441) reported a negative rechallenge; a 27-year-old male treated with gabapentin 3600mg daily for seizures for an unspecified period of time developed depression and hostility. The patient did not receive any treatment for the depression and was hospitalized for a suicide attempt three months later. At an unknown time, gabapentin was discontinued and replaced by phenytoin and the patient recovered. Subsequently, phenytoin was discontinued and gabapentin was restarted without recurrence of the previously reported events. Medical history included peptic ulcer treated with ranitidine. The second case (2003006078) was a literature report describing a 19-year-old male who overdosed on lamotrigine (quantitiy of 250 of the 100mg tablets) and gabapentin (quantity of 100 of the 300mg tablets) in a suicide attempt. While

12

a history of seizure disorder was reported, it was unclear if the patient had been treated with gabapentin and/or other anticonvulsants prior to the event. He was combative, tachycardic, mildly hypertensive, and had conduction abnormalities and multiple episodes of brief generalized seizures. The authors attributed the cardiac conduction abnormalities to lamotrigine ingestion. No additional information on the suicide attempt was provided. The third case (2004041015) was a report from the French health products safety agency that described a 15-year-old male, with an unknown medical history, who attempted suicide via overdose of gabapentin, bromazepam, and tramadol (all doses and frequencies unknown). It was not reported whether the patient was taking gabapentin prior to the suicide attempt. The patient was taking isosorbide mononitrate 40mg concomitantly. He was admitted to the hospital for drowsiness. All of his neurological and other exams were normal. He became agitated and aggressive on the same day and was admitted to a psychiatric ward where he received diazepam. The patient recovered at the time of the report. The fourth case (2004054695) reported that a 55-year-old male, with a history of diabetes and hearing loss, started taking gabapentin for diabetic neuropathy in his legs and feet. That same year, he started having angina and heart attacks. At an unknown time during the same year, the patient attempted suicide four times. At an unknown time during the same year, he was started on unspecified heart medications and he had 19 stents placed into the heart. Six years later, he was hospitalized for an unknown reason and gabapentin was discontinued for an unknown reason. The patient's last thallium test (date unknown) showed that his heart was 75% "dead" and that he needed a defibrillator. Four years after discontinuation of gabapentin, the patient had a defibrillator and a pacemaker placed. He has since read an unknown medical journal that stated that gabapentin is associated with suicide attempts. He suspects that gabapentin was the cause of his suicide attempts years earlier. The fifth case (2004082360) reported that a male disabled army veteran, age unknown, had a liver transplant due to hepatitis C that he contracted while serving in Korea. Along with the anti-rejection drugs, he'd been given meperidine and diazepam (doses and frequencies unknown) to treat the pain associated with the transplant. At an unknown time, he was in detox and was started on gabapentin to replace the meperidine. After approximately one week of gabapentin therapy he experienced stomach pains and weight loss. He discontinued gabapentin at an unknown time. He stated that at some point while taking gabapentin, he tried to commit suicide by sniffing gasoline in his garage. He reported that he was still losing weight but has been eating better since discontinuing gabapentin. He was taking "Actifex" for the liver pain instead of gabapentin at the time of the report. The sixth case (2005028641) involved a 47-year-old female, taking hydrocodone and carisoprodol for her bad back, who started gabapentin 300mg six times daily for "problems with her feet". At an unknown time last year, while continuing gabapentin, she experienced an intentional overdose of her hydrocodone and carisoprodol. Due to the overdose, the patient was comatose and hospitalized for about two weeks. She woke up in intensive care the next morning. Gabapentin was discontinued due to the overdose. The patient recovered from the overdose and the coma. She had no history of suicide attempts.

Case narratives of these 192 cases are provided in Appendix IV.

*Other Potential Completed Suicide Cases*

A total of 570 gabapentin non-clinical study cases reported a fatal outcome, including the 111 cases of completed suicide. A review of the 459 fatal cases not reporting completed or attempted suicide identified four cases in which the cause of death was suspicious, although suicide was ruled out in three of these cases (033-0945-M0200067, 2002063521, 2004067531). The fourth case (2002065565) was reported from the American Journal of Emergency Medicine in which a listing indicated that a 55-year-old patient died from acute/chronic exposure to long-acting diltiazem, atenolol, and gabapentin but the intention was unknown.[9]

13

CONFIDENTIAL

*Self-Injury and Suicidal ideation Cases*

Eleven non-clinical study cases reporting intentional self-injury were reviewed. One case (2004036756) provided limited information involving a 17-year-old female who was prescribed gabapentin for bipolar disorder. She cut her wrist at an unknown time and was sent to a psychiatric facility. No further information was provided. Case 2005107414, reporting both intentional self-injury and suicidal ideation, involved a 52-year-old male who was started on gabapentin (dose and frequency unknown) for chronic nerve pain. At an unknown time after starting gabapentin, the patient suffered from severe suicidal ideation and gesture, including loading his gun and aiming it toward his own head. No further information was reported. Another case (2003118178) described a suicide gesture (unspecified) in a 65-year-old female who had been treated with gabapentin 1800mg daily for seizures for at least ten months. She had a history of depression and suicidal episodes "twice a year". Case 2005045099 reported that a 68-year-old female, with a history of depression due to her husband, father, and cousin all committing suicide, started taking gabapentin 800mg three times daily for the treatment of foot pain. The patient felt that the gabapentin was making her depressed, and that this depression was worsened by harassment by her landlord and the impending loss of her home and dogs. Approximately one to two years after starting gabapentin therapy, she became suicidal and slit her wrists with a knife. The self-injurious behaviors reported in the other seven cases do not appear to be suicidal but were most likely associated with the patients' medical conditions, such as Down's syndrome or a mental handicap, or only attempts for attention.

Suicidal ideation was reported in 162 cases. One of these cases (001-0945-M0101301) reported death due to multi-organ failure unrelated to the suicidal ideation. A review of the other 161 cases identified eight cases in which the possibility that the patient attempted suicide in addition to experiencing suicidal ideation could not be excluded or even seemed likely. One case (2003006076) reported overdose of gabapentin (91g) and delayed-release valproic acid (54g) with unspecified amount of alcohol (beer and whisky). While the intention was unclear, the patient (32-year-old male) felt dizzy, sleepy, depressed, and "suicidal afterwards". It was unclear if this patient was treated with gabapentin prior to the overdose. In case 2004051692, a 60-year-old female started gabapentin 400mg twice daily as adjunct to her carbamazepine therapy. About six months to one year after adding gabapentin to her therapy, she began to experience depression and she was more withdrawn. At an unknown time, she was reported to have been suicidal and slashed her wrists twice. Gabapentin was discontinued and the patient reported that she was unsure whether the depression and suicidal tendencies had improved since discontinuation of the drug. The other six cases involved patients, with pre-existing risk factors for suicide, who had been treated with gabapentin prior to the events. Case 001-0945-M0100487 reported suicidal tendency and hospitalization for self-inflicted laceration in a patient (33-year-old female) with a history of depression and being suicidal, although it was unclear if the laceration was indeed a suicide attempt. The patient had a history of excessive acetaminophen/diphenhydramine and alcohol use. Case 001-0945-980921 reported suicidal ideation in a 27-year-old female with a history of mood disorders and panic attacks, and that her father "stopped her from shooting herself with a gun". Case 2005049912 involved a 32-year-old female who started gabapentin therapy (dose and frequency unknown) for mania. At an unknown time after starting therapy, the patient heard voices, which told her "to go be with God". She then proceeded to run her car into a tree in an apparent suicide attempt. The patient was hospitalized and her escitalopram was changed to aripiprazole, while gabapentin was changed to lithium. She was then transferred to a psychiatric facility for evaluation. In case 2005071191, a 49-year-old female began taking gabapentin 1,800mg per day for bipolar disorder. On an unspecified date, the patient became suicidal and mutilated her wrists, arms, and overdosed on unspecified pills over the course of a

14

Pfizer MEvertsz 0079966

CONFIDENTIAL

year. The patient was taking clonazepam and venlafaxine concomitantly. She eventually discontinued all of her medications approximately two years after the suicide attempts. Two months after discontinuing the medications, she stopped feeling suicidal and stopped hurting herself. The patient suspects that gabapentin caused her to become suicidal, as she had no history of being suicidal prior to gabapentin therapy. Case 9925406 reported that a 10-year-old male was started on sertraline (dose and frequency unknown) for obsessive-compulsive disorder and depression at an unknown time. This dose was increased to 200mg daily at an unknown time for an unspecified reason. The patient began to act "crazy" and experienced suicidal ideations, demonstrated by putting dental floss around his neck. The patient was also taking gabapentin 300mg (frequency unknown) for "problems sleeping" and the physician suspected a possible drug interaction.

## SUMMARY AND CONCLUSION

A review of gabapentin clinical study and solicited cases identified three cases of completed suicide and seven cases of suicide attempt; causality was assessed as unrelated to study drug in all but one case that reported suicide attempt. In this case, while both the investigator and the sponsor determined that "the events" were related to the study drug, it was unclear if the causality assessment referred to somnolence only or both somnolence and suicide attempt since follow-up information only confirmed the causal association with somnolence. A review of cases reporting a fatal outcome without suicide or suicide attempt identified no additional cases of death due to suicide, and a review of ten cases reporting either self-injury or suicidal ideation identified one additional case of suicide attempt.

A review of gabapentin non-clinical study cases identified 111 cases of completed suicide, representing a small proportion (0.5%) of the total number of gabapentin cases. Of the 111 cases of completed suicide, 37 cases did not provide sufficient information for a proper assessment. In one case, it was specifically stated that the patient was not treated with gabapentin prior to the event. In two other cases the cause of death was being questioned as homicide or suicide. Another 33 cases originated from the literature and were based on data from American Association of Poison Control Centers, either in Annual Reports [covering calendar years 2000 (ten cases), 2001 (seven cases), 2002 (seven cases), and 2003 (seven cases)] or as a separate publication (two cases). These cases contained limited or no information on gender, age, medical history, concomitant medication use, and/or dose and indication for gabapentin therapy. Thirty-six cases reported that the patients had been treated with gabapentin prior to committing suicide, 34 of which reported risk factors that could have contributed to the suicide. Two cases reported suicide without an alternate etiology or contributory factor.

There were 192 non-clinical study cases reporting suicide attempt, representing a small proportion (0.8%) of the total number of gabapentin cases. Of the 192 cases of suicide attempt, 186 cases were notable for; reporting insufficient information (87 cases), limited information (three cases), no actual suicide attempt (two cases), an unlikely or unknown temporal association between gabapentin therapy and event onset (five cases), risk factors that could have contributed to the suicide attempt (88 cases), or a multiple drug overdose, including gabapentin, where it is unclear whether the patient was being treated with gabapentin prior to the event (one case). The other six cases reported suicide attempts in patients with no reported risk factors.

A review of 459 non-clinical study cases reporting a fatal outcome and no suicide or suicide attempt identified no additional cases of death due to suicide. A review of 173 cases reporting either self-injury or suicidal ideation identified twelve additional cases of possible suicide

15

Pfizer MEvertsz 0079967

CONFIDENTIAL

attempts, although such determination was difficult based on the information provided. Ten of these patients had pre-existing psychiatric conditions that could have contributed to the event.

Suicidal behavior is the 11th leading cause of death in the United States and has an estimated one-year incidence rate internationally is 0.0143%.[2,3] In controlled clinical trials, suicidality was very rare. In post-marketing reports, analysis is confounded by polypharmacy, underlying psychiatric illness, negative dechallenge/rechallenge, and many case reports generated by lawsuits or contacts from plaintiffs' attorneys.

With regard to psychotic disorders and suicide, it is well recognized that between 20 and 50% of patients with schizophrenia attempt suicide and between 10 and 15% eventually die of suicide.[7] Schizoaffective disorders show rates of 19% for committed suicides and more than 36% for suicide attempts.[7] There were 15 cases identified reporting psychotic disorders or symptoms and completed suicide, suicide attempt, or intentional self-injury.

A review of the available postmarketing data on gabapentin cases reporting suicide or suicide attempt does not suggest a causal association between gabapentin and suicide or suicide attempt. Pfizer will continue to monitor gabapentin cases reporting suicide and suicide attempt.



16

Pfizer MEvertsz 0079968

CONFIDENTIAL

## APPENDICES

Appendix I. Gabapentin Clinical Study and Solicited Cases Reporting Completed Suicide

Appendix II. Gabapentin Clinical Study and Solicited Cases Reporting Suicide Attempt

Appendix III.  Gabapentin Non-Clinical Study Cases Reporting Completed Suicide

Appendix IV.  Gabapentin Non-Clinical Study Cases Reporting Suicide Attempt



Pfizer MEvertsz 0079969