# Exhibit 5



Worldwide Regulatory Strategy
Pfizer Inc
235 East 42ⁿᵈ Street  605/5/23
New York, NY 10017

## Pfizer Global Pharmaceuticals

22 June 2006

Russell G. Katz, MD
Division Director
Division of Neurology
Products (HFD-120)
Center for Drug Evaluation and Research
Food and Drug Administration
5901-B Ammendale Road
Beltsville, Maryland 20705-1266

THIS DOCUMENT CONTAINS CONFIDENTIAL AND/OR TRADE SECRET INFORMATION THAT IS DISCLOSED ONLY IN CONNECTION WITH THE LICENSING AND/OR REGISTRATION OF PRODUCTS FOR PFIZER INC OR ITS AFFILIATED COMPANIES. THIS DOCUMENT SHOULD NOT BE DISCLOSED OR USED, IN WHOLE OR IN PART, FOR ANY OTHER PURPOSE WITHOUT THE PRIOR WRITTEN CONSENT OF PFIZER INC.

RE:    NEURONTIN®(gabapentin) capsules NDA 20-235
       NEURONTIN®(gabapentin) tablets NDA 20-882*
       NEURONTIN®(gabapentin) oral solution NDA 21-129*

**Request for Information - Response to FDA suicidality request**

Dear Dr. Katz:

Reference is made to NDA 20-235, NDA 20-882 and NDA 21-129 for Neurontin® (gabapentin) capsules, tablets and oral solution respectively.

Reference is also made to correspondence dated 16 March 2005, which requested the evaluation of "possibly suicide-related" adverse events occurring in placebo-controlled trials for gabapentin and correspondence dated 11 July 2005, which provided additional clarifications to the request. On 25 October 2005, Pfizer submitted a list of 52 gabapentin studies that met FDA's delineated criteria of unblinded; placebo-controlled; parallel arm and/or crossover design; at least 30 subjects; patient and volunteer studies; with no duration limit. Also included in this submission was a second list of the remaining gabapentin studies that did not meet the specified inclusion criteria with an explanation of the criteria that caused their removal. On 28 Dec 2005 approval of the gabapentin study inclusion list was received from the Division as well as additional instructions to exclude studies that only enrolled pediatric patients 5 years of age of younger.

Further reference is made to subsequent correspondences from the Agency. Correspondence dated 20 April 2006 provided for the exclusion of patients less than 5 years of age from the

analysis. Correspondence dated 19 May 2006 provided clarification on the EVENT variable changing the type from numeric to character type to accommodate the 6a and 6b classifications.

With this response, Pfizer is submitting the data consistent with the criteria stated in the above-mentioned correspondences.

On 03 May 2006, Pfizer received an additional request from the Agency to include classification data on all suicidality events that occurred in the patients with more than one event and not to summarize only the most serious event as previously noted. The dataset containing classification of multiple suicidality events will be submitted within 45 days of this submission.

**Revisions To List Of Studies To Be Included in Neurontin "Possibly Suicide-Related" Adverse Event Analysis Since October 25, 2005**

In our letter dated 25 October 2005, Pfizer identified 52 studies to be included in the "possibly suicide-related" adverse event analysis.  Upon further review of the data and clarifications received from the Agency, Pfizer determined that 49 studies met the FDA criteria for inclusion. Please find below the 3 studies that were previously identified, but were subsequently excluded from the SAS transport dataset.

Studies Previously Identified In October 25, 2005 List, That Were Excluded From Dataset Due To Failure To Meet FDA Criteria Upon Further Review Of Data

| Study | Reason |
|-------|--------|
| 945-212 | Not placebo controlled or include a low dose comparator group |
| 945-305 | All subjects $\leq$ 3 years of age |
| 945-405 | All subjects $\leq$ 3 years of age |

Please also note that the 25 October 2005 listing utilized Pfizer's enrollment tracking database to populate the "Number of Patients Randomized" column. The numbers listed in Table 1 of this submission are based on the Number of Patients Dosed (defined as randomized and taken at least one dose of study medication) determined from the database/final study report.   As a result, some minor discrepancies may exist in patient numbers between the two tables.

2

**SAS Transport Dataset Content**

Of the 49 studies that met the FDA inclusion criteria, the following 5 studies were not electronically available:

1. 945-8J (Number Dosed=209)
2. 945-420-276 (Number Dosed=121)
3. 945-468-429 (Number Dosed=132)
4. 945-421-291 (Number Dosed=42)
5. 945-475-283 (Number Dosed=133)

For these 5 studies, available adverse event data (i.e., study reports, listings, etc.) were utilized and reviewed manually according to FDA specified criteria. Narratives were prepared for all "possibly suicide-related" adverse events identified via this manual review and classified in the method consistent with narratives for which electronic data were available. Information for these "possibly suicide-related" adverse events was also added to the SAS transport dataset.

Please note that we did not manually add information to the SAS transport dataset for patients who did not have an adverse event that met the search criteria for these 5 studies, due to the nature of these non-electronic datasets and limitations on available data. Further, careful consideration supported a conclusion that omission of these data would not positively bias the outcome of the "possibly suicide-related" adverse events analysis in favor of no effect given that we are reducing the overall denominator.

**Methodology**

A search was conducted of the Pfizer clinical trial registry of gabapentin studies meeting FDA's delineated criteria: unblinded; placebo-controlled; parallel arm and/or crossover design; at least 30 subjects; patient and volunteer studies; with no duration limit. The dataset includes a total of 8829 subjects (5194 treated with gabapentin, 2682 treated with placebo, and 661 treated with another active control and 292 treated with Low-Dose Placebo).

Using the search strategies stipulated by FDA for "Possibly Suicide-Related" adverse events that occurred during the double-blind phase of treatment or within one day of beginning of taper, switching or stopping treatment, 336 possible cases out of 8829 patients were identified. A complete set of narrative summaries were prepared for each identified case. The narrative summaries were all subsequently blinded with information blocked out as requested by the agency prior to any review. Appropriately trained and qualified Pfizer psychiatrists then reviewed and classified the blinded narratives using the approach from the Colombia group for the pediatric suicidality narratives. The results of their blinded reviews and classifications are summarized in the following table:

3

| Category | Gabapentin (N=5194) n (%) | Placebo (N=2682) n (%) | Active Control (N=661) n (%) | Low-Dose Placebo (N=292) n (%) |
|---|---|---|---|---|
| Completed suicide (code 1) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Suicide attempt (code 2) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Preparatory acts towards imminent suicidal behavior (code 3) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Self-injurious behavior, intent unknown (code 4) | 1 (0.019) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Suicidal ideation (code 5) | 2 (0.039) | 1 (0.037) | 0 (0.000) | 0 (0.000) |
| Not enough information (code 6) | 3 (0.058) | 3 (0.112) | 0 (0.000) | 0 (0.000) |
| - Fatal (code 6a) | 1 (0.019) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| - Non-fatal (code 6b) | 2 (0.039) | 3 (0.112) | 0 (0.000) | 0 (0.000) |

Pfizer believes that the currently submitted data provides further support for the conclusion that Neurontin neither causes nor is associated with an increased risk of suicidal behavior and thinking, including completed suicide, suicide attempt, suicide gesture, and suicide ideation. While the population of patients who use gabapentin is known to have significantly higher rates of suicide relative to the general population, Pfizer believes that an analysis of gabapentin clinical trial data fully supports the conclusion that there is no increased risk of suicidal behavior and thinking as a result of treatment with gabapentin.

**Contents of Submission**

As requested, we are herein forwarding the following **Table 1: Basic Study Design** (Enclosure 1), **Table 2: Screening and Key Exclusionary Criteria** (Enclosure 2) and a **False Positive Table Listing** (Enclosure 3). The required dataset was generated and the SAS transport files (Enclosure 4) is also provided.

Enclosed please find a virus free CD ROM approximately 4.0 MB in size. This CD ROM was scanned for viruses using McAfee Viruscan Enterprise 8.0.0 created on 22 June 2006.

Please also include this information by cross-reference to NDA 20-882 and NDA 20-129.

Pfizer_MEvertsz_0079434

Should you have any questions regarding this submission, please do not hesitate to contact me at (212) 572-1747.

Sincerely,

Mary Ann Coronel Evertsz, R.Ph

cc: Jacqueline H. Ware, Pharm. D., Senior Regulatory Project Manager, HFD-120 (cover letter only)
cc: Courtney R. Calder, Pharm, D., Regulatory Project Manager, HFD-120 (cover letter only)

*Cover Letter Only

5

Pfizer_MEvertsz_0079435