# Exhibit 6

Regulatory Affairs
Pfizer Inc
235 East 42nd Street   150/7/6
New York, NY 10017
Tel 212 573 5957  Fax 212 857 3558
Email manini.patel@pfizer.com



# Pfizer Pharmaceuticals Group

November 19, 2004

**Manini Patel**
Director
Worldwide Regulatory Strategy

Russell Katz, M.D., Director
Division of Neuropharmacological
Drug products (HFD-120 Room 4037)
Office of Drug Evaluation and Research
Woodmont office Complex 2
1451 Rockville Pike
Rockville, MD 20852

**RE:    NEURONTIN® (gabapentin) capsules NDA 20-235**
**NEURONTIN® (gabapentin) tablets NDA 20-882***
**NEURONTIN® (gabapentin) oral solution NDA 21-129***

**General information – Response to FDA regarding Suicide and Suicide**
**Attempt in Neurontin®(gabapentin) Phase I studies in Electronic Format**

Dear Dr. Katz:

Reference is made to NDA 20-235, NDA 20-882 and NDA 21-129 for Neurontin
capsules, tablets and oral solution respectively.

Reference is also made to the teleconferences between the Division and Pfizer on April
26 and May 6, 2004 and to e-mail correspondences dated June 10, 22, 28 and July 2 and
16, 2004 to discuss FDA's request for review of gabapentin clinical studies included in
the INDs, NDAs, and sNDAs, Phase I studies and post-marketing data and conduct an
analysis of data regarding Neurontin and suicide/suicide attempt. During the May 6, 2004
teleconference, it was also agreed that Pfizer would provide the responses to this request
in two parts. The first part of the response would contain data from Phase 2-4 clinical
studies submitted to the INDs, NDAs and sNDAs and post marketing reports. The second
part of the response would contain data from the Phase I studies submitted to the INDs,
NDAs, and sNDAs and would be submitted at a later date.

Further reference is made to the September 10, 2004 submission of the report including
the results of the search for cases of suicide and suicide attempts in 92 Phase 2-4 placebo-
controlled, non-placebo-controlled, or open-label gabapentin studies included in the
INDs, NDAs, and sNDAs and the search strategy and results of analysis of the post-
marketing data for gabapentin based on the request from the FDA. In the September 10th
submission, Pfizer noted that the data from the Phase I studies were being reviewed and a
response would be submitted separately in November 2004.

CONFIDENTIAL/TRADE SECRET INFORMATION SUBJECT TO 18-USC-1905 AND TO WHICH ALL CLAIMS OF
PRIVILEGE AND CONFIDENTIALITY ARE ASSERTED IN BOTH STATUTORY AND COMMON LAW.

Pfizer_LCastro_0071972

At this time, Pfizer is submitting the report which includes the results of the search for cases of suicide and suicide attempts in 55 Phase I studies included in the INDs, NDAs, and sNDAs. This submission completes the request made by the Agency for the review of gabapentin clinical studies and Phase I studies included in the INDs, NDAs, and sNDAs and post-marketing data and to conduct an analysis of the data regarding Neurontin and suicide/suicide attempt.

This electronic submission is contained in a CD-ROM, which has been scanned with McAfee VirusScan Version 4.51 SP1 and is virus free. The electronic submission is approximately 1.50 MB in size.

Please also include this information by cross-reference to NDA 20-882 and NDA 20-129.

Please contact me if you have any questions regarding this information.

Sincerely,

Manini Patel

cc: Jacqueline H. Ware, Pharm.D., Regulatory Management Officer, HFD-120

* Cover Letter Only

Pfizer_LCastro_0071973

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br><br>**APPLICATION TO MARKET A NEW DRUG, BIOLOGIC,<br>OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>*(Title 21, Code of Federal Regulations, Parts 314 & 601)* | *Form Approved: OMB No. 0910-0338*<br>*Expiration Date: August 31, 2005*<br>*See OMB Statement on page 2.* |
|---|---|
| | **FOR FDA USE ONLY** |
| | APPLICATION NUMBER |

**APPLICATION INFORMATION**

| NAME OF APPLICANT<br>Pfizer | DATE OF SUBMISSION<br>11/19/04 |
|---|---|
| TELEPHONE NO. *(Include Area Code)*<br>212-573-3412 | FACSIMILE (FAX) Number *(Include Area Code)*<br>(212) 857-3558 |
| APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):*<br>235 E 42nd Street<br>New York, NY 10017 | AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE |

**PRODUCT DESCRIPTION**

| NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(If previously issued)* NDA 20-235 | |
|---|---|
| ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*<br>Gabapentin | PROPRIETARY NAME *(trade name)* IF ANY<br>**Neurontin®** |
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(If any)* | CODE NAME *(If any)* |

| DOSAGE FORM:<br>Capsules | STRENGTHS:<br>**100 mg, 300 mg, 400 mg** | ROUTE OF ADMINISTRATION:<br>**Oral** |
|---|---|---|

(PROPOSED) INDICATION(S) FOR USE:

Treatment of Epilepsy, Management of Post Herpetic Neuralgia in adults

**APPLICATION INFORMATION**

APPLICATION TYPE
*(check one)*   ☒ NEW DRUG APPLICATION (21 CFR 314.50)   ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

| IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☒ 505 (b)(1)   ☐ 505 (b)(2) |
|---|

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                        Holder of Approved Application

TYPE OF SUBMISSION *(check one)*   ☐ ORIGINAL APPLICATION   ☐ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
☐ P RESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☒ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____

| IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA) |
|---|

REASON FOR SUBMISSION
Request for information: data regarding Neurontin and suicide/suicide attempt

| PROPOSED MARKETING STATUS *(check one)*   ☒ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC) |
|---|
| NUMBER OF VOLUMES SUBMITTED _____   THIS APPLICATION IS   ☐ PAPER   ☒ PAPER AND ELECTRONIC   ☐ ELECTRONIC |

**ESTABLISHMENT INFORMATION  (Full establishment information should be provided in the body of the Application.)**
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

NDA 20-882, NDA 21-129

**FORM FDA 356h (4/00)**                                        Created by Media Arts/USDHHS: (301) 443-2454   EF
**PAGE 1**

| | This application contains the following items: (*Check all that apply*) |
|---|---|
| | 1. Index |
| | 2. Labeling *(check one)*        ☐ Draft Labeling              ☐ Final Printed Labeling |
| | 3. Summary (21 CFR 314.50 (c)) |
| | 4. Chemistry section |
| |   A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50 (d)(1); 21 CFR 601.2) |
| |   B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| |   C. Methods validation package (e.g., 21 CFR 314.50 (e)(2)(i); 21 CFR 601.2) |
| | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50 (d)(2); 21 CFR 601.2) |
| | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50 (d)(3); 21 CFR 601.2) |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50 (d)(4)) |
| | 8. Clinical data section (e.g., 21 CFR 314.50 (d)(5); 21 CFR 601.2) |
| | 9. Safety update report (e.g., 21 CFR 314.50 (d)(5)(vi)(b); 21 CFR 601.2) |
| | 10. Statistical section (e.g., 21 CFR 314.50 (d)(6); 21 CFR 601.2) |
| | 11. Case report tabulations (e.g., 21 CFR 314.50 (f)(1); 21 CFR 601.2) |
| | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| | 13. Patent information on any patent which claims the drug (21 U.S.C 355 (b) or (c)) |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C 355 (b)(2) or (j)(2)(A)) |
| | 15. Establishment description (21 CFR Part 600, if applicable) |
| | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) |
| | 18. User Fee Cover Sheet (Form FDA 3397) |
| | 19. Financial Information (21 CFR Part 54) |
| X | 20. OTHER *(Specify)* Request for information: data regarding Neurontin and suicide/suicide attempt |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowlegde are certified to be true and accurate.

**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE<br>ROBERT B. CLARK<br>Vice President, US Regulatory | DATE<br>11/19/04 |
|---|---|---|
| *Maxine Gater for RC* | | |
| ADDRESS *(Street, City, State, and ZIP Code)*<br>235 E 42nd Street<br>New York, NY 10017 | Telephone Number<br>(212) 573-3412 | |

**Public reporting burden for this collection of information** is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration
CBER, HFM-99
1401 Rockville Pike
Rockville, MD 20852-1448

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

**FORM FDA 356h (4/00)**

PAGE 2

Confidential

Pfizer_LCastro_0071975

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br><br>**APPLICATION TO MARKET A NEW DRUG, BIOLOGIC,<br>OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>*(Title 21, Code of Federal Regulations, Parts 314 & 601)* | *Form Approved: OMB No. 0910-0338*<br>*Expiration Date: August 31, 2005*<br>*See OMB Statement on page 2.* |
|---|---|
| | **FOR FDA USE ONLY** |
| | APPLICATION NUMBER |

**APPLICATION INFORMATION**

| NAME OF APPLICANT<br>Pfizer | DATE OF SUBMISSION<br>11/19/04 |
|---|---|
| TELEPHONE NO. (*Include Area Code*)<br>212-573-3412 | FACSIMILE (FAX) Number (*Include Area Code*)<br>(212) 857-3558 |
| APPLICANT ADDRESS (*Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued*):<br>235 E 42nd Street<br>New York, NY 10017 | AUTHORIZED U.S. AGENT NAME & ADDRESS (*Number, Street, City, State, ZIP Code, telephone & FAX number*) IF APPLICABLE |

**PRODUCT DESCRIPTION**

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (*If previously issued*) NDA 20-882

| ESTABLISHED NAME (*e.g., Proper name, USP/USAN name*)<br>Gabapentin | PROPRIETARY NAME (*trade name*) IF ANY<br>**Neurontin®** |
|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (*If any*) | CODE NAME (*If any*) |

| DOSAGE FORM:<br>Tablets | STRENGTHS:<br>**600, 800  mg** | ROUTE OF ADMINISTRATION:<br>**Oral** |
|---|---|---|

(PROPOSED) INDICATION(S) FOR USE:

Treatment of Epilepsy, Management of Post Herpetic Neuralgia in adults

**APPLICATION INFORMATION**

APPLICATION TYPE
*(check one)*   ☒ N EW DRUG APPLICATION (21 CFR 314.50)   ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

| IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☒ 505 (b)(1)   ☐ 505 (b)(2) |
|---|

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                          Holder of Approved Application

TYPE OF SUBMISSION *(check one)*   ☐ ORIGINAL APPLICATION   ☐ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
☐ P RESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☒ OTHER

| IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____ |
|---|

| IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA) |
|---|

REASON FOR SUBMISSION
Request for information: data regarding Neurontin and suicide/suicide attempt

| PROPOSED MARKETING STATUS *(check one)*   ☒ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC) |
|---|

| NUMBER OF VOLUMES SUBMITTED | THIS APPLICATION IS   ☐ PAPER   ☒ PAPER AND ELECTRONIC   ☐ ELECTRONIC |
|---|---|

**ESTABLISHMENT INFORMATION** (**Full establishment information should be provided in the body of the Application.**)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

NDA 20-235, NDA 21-129

FORM FDA 356h (4/00)                                           Created by Media Arts/USDHHS: (301) 443-2454   EF
**PAGE 1**

| | This application contains the following items: (*Check all that apply*) | | |
|---|---|---|---|
| | 1. Index | | |
| | 2. Labeling (*check one*) | ☐ Draft Labeling | ☐ Final Printed Labeling |
| | 3. Summary (21 CFR 314.50 (c)) | | |
| | 4. Chemistry section | | |
| | A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50 (d)(1); 21 CFR 601.2) | | |
| | B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) | | |
| | C. Methods validation package (e.g., 21 CFR 314.50 (e)(2)(i); 21 CFR 601.2) | | |
| | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50 (d)(2); 21 CFR 601.2) | | |
| | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50 (d)(3); 21 CFR 601.2) | | |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50 (d)(4)) | | |
| | 8. Clinical data section (e.g., 21 CFR 314.50 (d)(5); 21 CFR 601.2) | | |
| | 9. Safety update report (e.g., 21 CFR 314.50 (d)(5)(vi)(b); 21 CFR 601.2) | | |
| | 10. Statistical section (e.g., 21 CFR 314.50 (d)(6); 21 CFR 601.2) | | |
| | 11. Case report tabulations (e.g., 21 CFR 314.50 (f)(1); 21 CFR 601.2) | | |
| | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) | | |
| | 13. Patent information on any patent which claims the drug (21 U.S.C 355 (b) or (c)) | | |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C 355 (b)(2) or (j)(2)(A)) | | |
| | 15. Establishment description (21 CFR Part 600, if applicable) | | |
| | 16. Debarment certification (FD&C Act 306 (k)(1)) | | |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) | | |
| | 18. User Fee Cover Sheet (Form FDA 3397) | | |
| | 19. Financial Information (21 CFR Part 54) | | |
| X | 20. OTHER (*Specify*) Request for information: data regarding Neurontin and suicide/suicide attempt | | |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowlegde are certified to be true and accurate.

**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| *M. [signature] for R Clark* | ROBERT B. CLARK<br>Vice President, US Regulatory | 11/19/04 |
| ADDRESS (*Street, City, State, and ZIP Code*)<br>235 E 42nd Street<br>New York, NY 10017 | Telephone Number<br>(212) 573-3412 | |

**Public reporting burden for this collection of information** is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration
CBER, HFM-99
1401 Rockville Pike
Rockville, MD 20852-1448

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

FORM FDA 356h (4/00)

Confidential

Pfizer_LCastro_0071977

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**APPLICATION TO MARKET A NEW DRUG, BIOLOGIC,<br>OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>*(Title 21, Code of Federal Regulations, Parts 314 & 601)* | *Form Approved: OMB No. 0910-0338*<br>*Expiration Date: August 31, 2005*<br>*See OMB Statement on page 2.* |
|---|---|
| | **FOR FDA USE ONLY** |
| | APPLICATION NUMBER |

## APPLICATION INFORMATION

| NAME OF APPLICANT<br>Pfizer | DATE OF SUBMISSION<br>11/19/04 |
|---|---|
| TELEPHONE NO. (*Include Area Code*)<br>212-573-3412 | FACSIMILE (FAX) Number (*Include Area Code*)<br>(212) 857-3558 |
| APPLICANT ADDRESS (*Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued*):<br>235 E 42nd Street<br>New York, NY 10017 | AUTHORIZED U.S. AGENT NAME & ADDRESS (*Number, Street, City, State, ZIP Code, telephone & FAX number*) IF APPLICABLE |

## PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(If previously issued)* NDA 21-129

| ESTABLISHED NAME (*e.g., Proper name, USP/USAN name*)<br>Gabapentin | PROPRIETARY NAME (*trade name*) IF ANY<br>**Neurontin®** |
|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (*If any*) | CODE NAME (*If any*) |

| DOSAGE FORM:<br>Oral Solution | STRENGTHS:<br>**250mg/5ml** | ROUTE OF ADMINISTRATION:<br>**Oral** |
|---|---|---|

(PROPOSED) INDICATION(S) FOR USE:

Epilepsy and Post Herpetic Neuralgia

## APPLICATION INFORMATION

APPLICATION TYPE
*(check one)*     ☒ NEW DRUG APPLICATION (21 CFR 314.50)     ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

| IF AN NDA, IDENTIFY THE APPROPRIATE TYPE | ☒ 505 (b)(1) | ☐ 505 (b)(2) |
|---|---|---|

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug          Holder of Approved Application

TYPE OF SUBMISSION *(check one)*     ☐ ORIGINAL APPLICATION     ☐ AMENDMENT TO A PENDING APPLICATION     ☐ RESUBMISSION
☐ P RESUBMISSION     ☐ ANNUAL REPORT     ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT     ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT     ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT     ☒ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____

| IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY | ☐ CBE | ☐ CBE-30 | ☐ Prior Approval (PA) |
|---|---|---|---|

REASON FOR SUBMISSION
Request for information: data regarding Neurontin and suicide/suicide attempt

| PROPOSED MARKETING STATUS *(check one)* | ☒ PRESCRIPTION PRODUCT (Rx) | ☐ OVER THE COUNTER PRODUCT (OTC) |
|---|---|---|

| NUMBER OF VOLUMES SUBMITTED | THIS APPLICATION IS | ☐ PAPER | ☒ PAPER AND ELECTRONIC | ☐ ELECTRONIC |
|---|---|---|---|---|

**ESTABLISHMENT INFORMATION  (Full establishment information should be provided in the body of the Application.)**
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

**Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)**

NDA 20-882, NDA 20-235

**FORM FDA 356h (4/00)**                    Created by Media Arts/USDHHS: (301) 443-2454     EF
**PAGE 1**

| | This application contains the following items: (*Check all that apply*) |
|---|---|
| | 1. Index |
| | 2. Labeling *(check one)*    ☐ Draft Labeling            ☐ Final Printed Labeling |
| | 3. Summary (21 CFR 314.50 (c)) |
| | 4. Chemistry section |
| |    A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50 (d)(1); 21 CFR 601.2) |
| |    B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| |    C. Methods validation package (e.g., 21 CFR 314.50 (e)(2)(i); 21 CFR 601.2) |
| | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50 (d)(2); 21 CFR 601.2) |
| | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50 (d)(3); 21 CFR 601.2) |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50 (d)(4)) |
| | 8. Clinical data section (e.g., 21 CFR 314.50 (d)(5); 21 CFR 601.2) |
| | 9. Safety update report (e.g., 21 CFR 314.50 (d)(5)(vi)(b); 21 CFR 601.2) |
| | 10. Statistical section (e.g., 21 CFR 314.50 (d)(6); 21 CFR 601.2) |
| | 11. Case report tabulations (e.g., 21 CFR 314.50 (f)(1); 21 CFR 601.2) |
| | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| | 13. Patent information on any patent which claims the drug (21 U.S.C 355 (b) or (c)) |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C 355 (b)(2) or (j)(2)(A)) |
| | 15. Establishment description (21 CFR Part 600, if applicable) |
| | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) |
| | 18. User Fee Cover Sheet (Form FDA 3397) |
| | 19. Financial Information (21 CFR Part 54) |
| X | 20. OTHER *(Specify)* Request for information: data regarding Neurontin and suicide/suicide attempt |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowlegde are certified to be true and accurate.

**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE<br>ROBERT B. CLARK<br>Vice President, US Regulatory | DATE<br>11/19/04 |
|---|---|---|
| *M Cathy for R Clark* | | |
| ADDRESS *(Street, City, State, and ZIP Code)*<br>*235 E 42nd Street*<br>*New York, NY 10017* | Telephone Number<br>(212) 573-3412 | |

**Public reporting burden for this collection of information** is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Department of Health and Human Services<br>Food and Drug Administration<br>CBER, HFM-99<br>1401 Rockville Pike<br>Rockville, MD 20852-1448 | An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. |
|---|---|

**FORM FDA 356h** (4/00)

PAGE 2

Pfizer_LCastro_0071979

NDA #20-235
Neurontin (gabapentin) Capsules
Response to FDA Regarding Suicide and Suicide Attempt
in Neurontin (gabapentin) Clinical Trials – Phase 1 Studies
19-November-2004

| Table of Contents | |
|---|---|
| Description | Archive Copy Folder(s)/File Name |
| | |
| Cover Letter | N20235/cover.pdf |
| FDA Form 356h – NDA 20-235 | N20235/356h20235.pdf |
| FDA Form 356h – NDA 20-882 | N20235/356h20882.pdf |
| FDA Form 356h – NDA 21-129 | N20235/356h21129.pdf |
| Response to FDA Regarding Suicide and Suicide Attempt in Neurontin (Gabapentin) Clinical Trials - Phase 1 Studies | response/response.pdf |
| Appendix A - Supporting Tables | response/appendixA.pdf |
| Appendix B – Listings | response/appendixB.pdf |
| | |
| | |

Pfizer_LCastro_0071980



Response to FDA: Neurontin® (gabapentin)

Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials – Phase 1 Studies

0100000447730911.1\Approved\17-Nov-2004 16:19

| | |
|---|---|
| **Final Signoff Date:** | 16 November 2004 |
| **Sponsor's Signatory:** | Bruce Parsons, M.D., Ph.D. |

Confidential

## OVERVIEW

At the request of the U.S. Food and Drug Administration (FDA), a comprehensive search of gabapentin clinical trials included in its investigational new drug (IND) applications, new drug applications (NDAs), and supplemental NDAs and postmarketing databases across all patient populations for cases of suicide and suicide attempt was conducted. The FDA agreed to have Pfizer submit a response in 2 parts. The first part of the response, submitted to FDA on 10 September 2004, contained data from Phase 2-4 clinical trials and postmarketing reports. This second part of the response is contained in this report, which summarizes the data from 55 Phase 1 gabapentin clinical trials. There were no cases of suicide or suicide attempt in any of the placebo-controlled or non-placebo controlled Phase 1 studies in healthy volunteers or patients. The results of the search of Phase 1 gabapentin studies do not change the conclusions presented in the first response.

OVERVIEW.................................................................................................................................... 2

1.    INTRODUCTION........................................................................................................... 4
1.1.    Overview of Request....................................................................................................... 4

2.    SEARCH METHODS AND CLASSIFICATION OF CASES OF SUICIDE AND
        SUICIDE ATTEMPT IN PHASE 1 CLINICAL TRIALS ................................................ 4

3.    TABLE OF STUDIES INCLUDED IN SEARCH ............................................................ 6

4.    PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS ........................... 12
4.1.    Demographic Characteristics and Exposure Data............................................................ 12
4.2.    Tables of Risk, Rate, and Cumulative Risk .................................................................... 12
4.3.    Listings and Narratives for Placebo-Controlled Studies in Healthy Volunteers ............... 13

5.    NON-PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS ................. 13
5.1.    Demographic Characteristics and Exposure Data............................................................ 13
5.2.    Tables of Risk, Rate, and Cumulative Risk .................................................................... 13
5.3.    Listings and Narratives for Non-Placebo-Controlled Studies in Healthy Volunteers ....... 14

6.    NON-PLACEBO-CONTROLLED STUDIES IN PATIENTS ........................................... 14
6.1.    Demographic Characteristics and Exposure Data............................................................ 14
6.2.    Tables of Risk, Rate, and Cumulative Risk .................................................................... 14
6.3.    Listing and Narratives for Non-Placebo-Controlled Studies in Patients .......................... 14

7.    CONCLUSIONS............................................................................................................. 15

Appendix A – Supporting Tables
        This response document was the second part of a 2-part response. Therefore tables for
        this response begin with Table 9.

| Table Number | Title |
|---|---|
| Table 9.1.1.1 | Demographics for Placebo Controlled Studies in Healthy Volunteers |
| Table 9.1.1.2 | Total Exposure for Placebo Controlled Studies in Healthy Volunteers |
| Table 9.1.2.1 | Demographics for Non-Placebo Controlled Studies in Healthy Volunteers |
| Table 9.1.2.2 | Total Exposure for Non-Placebo Controlled Studies in Healthy Volunteers |
| Table 9.2.1.1 | Demographics for Non-Placebo Controlled Studies in Patients |
| Table 9.2.1.2 | Total Exposure for Non-Placebo Controlled Studies in Patients |

Appendix B – Listings

| Appendix B1.1 | Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Placebo Controlled Studies in Healthy Volunteers |
|---|---|
| Appendix B1.2 | Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Healthy Volunteers |
| Appendix B1.3 | Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Patients |
| Appendix B2 | Listing of Investigator Terms Coding to Accidental Injury or Injury |

0100000477309\1.1\Approved 17-Nov-2004 15:19

## 1.    INTRODUCTION

### 1.1.    Overview of Request

At the request of the U.S. Food and Drug Administration (FDA), Pfizer conducted a search of its gabapentin investigational new drug (IND) applications, new drug applications (NDAs), and supplemental NDAs and postmarketing databases for cases of suicide and suicide attempt. As agreed upon with the FDA, the search was performed and reported in 2 parts: 1) for the Phase 2-4 clinical trials and postmarketing data and 2) for the Phase 1 clinical trials. The first part was submitted 10 September 2004 and contained the results of the search for cases of suicide and suicide attempt in 92 Phase 2-4 placebo-controlled and non-placebo-controlled or open-label gabapentin studies and in the gabapentin postmarketing databases. This response summarizes the findings of the search conducted in 55 Phase 1 gabapentin studies.

The 55 Phase 1 studies presented in this response were primarily conducted in healthy volunteers; 10 of the studies were conducted in patients (e.g., with epilepsy or renal disease). The majority of the 55 studies were single- and multiple-dose pharmacokinetic or bioequivalence studies, with both cross-over and non-crossover designs. There were also a small number of food effect studies, drug interaction studies, and safety studies. There was 1 long-term, open-label, efficacy study in patients with epilepsy that lasted for more than 1 year. All of the Phase 1 studies searched are listed in Section 3, Table 1.

## 2.    SEARCH METHODS AND CLASSIFICATION OF CASES OF SUICIDE AND SUICIDE ATTEMPT IN PHASE 1 CLINICAL TRIALS

The methods used to identify any cases of suicide and suicide attempt in Phase 1 studies were the same as used in the previous search of Phase 2-4 studies.

***Clinical Study Databases and Clinical Reports Searched*** – The entire list of Phase 1 studies included in the search is provided in Section 3 (Table 1). Pfizer has followed internal standard operating procedures in the capture and review of the clinical study data. Data were obtained from electronically available datasets and final study reports. Of the studies listed in Table 1, a total of 6 had no available electronic datasets (Studies 945-430-005, 945-073-0, 945-195, 1032-010-0, 1032-015-0, and 945-72). Data from the studies with no available electronic databases were reviewed manually and any cases of suicide or suicide attempt from these studies were entered into the analyses manually.

For presentation purposes in the summary tables, the following groupings were used:

- Placebo-controlled studies in healthy volunteers
- Non-placebo-controlled studies in healthy volunteers
- Non-placebo-controlled studies in patients

***Search Terms and Case Identification Methods*** - Cases of suicide were identified through the review of clinical study reports and safety summaries for the studies described in Table 1 and through programmatic search in clinical trial databases of all preferred or investigator terms

0100000447730901.1.1\Approved\17-Nov-2004 16:19

including the text, "suic" or "overdos." In addition, any available narratives for deaths reported in the clinical study reports and safety updates for the studies in Table 1 were reviewed in a blinded fashion (i.e., treatment group not identified) by a clinician who determined if the death described or could be interpreted to describe a completed suicide that was not captured by the terms "suic" or "overdos." Any cases identified through the string search for "suic" or "overdos" were also reviewed in a blinded fashion by the clinician, who determined whether the case was an intentional or accidental overdose. If the case was considered an intentional overdose, then that case was categorized as a suicide attempt or suicide (whichever applied).

Cases of suicide attempt were identified through the review of all preferred or investigator terms including the text, "suicide attempt."

All studies were searched for the investigators' terms that coded to the preferred term, "accidental injury" or "intentional injury."

Any data identified using the criteria above were forwarded to a clinician for a blinded review and determination of potential cases of suicide or suicide attempt.

***Data Summaries*** – For each grouping of studies, the following was to be summarized:

- Demographic and exposure information

- Occurrence of suicide (number of suicides per total study population; number of suicides per patient-years of exposure)

- Occurrence of suicide attempt (number of suicide attempts per total study population, number of suicide attempt per patient-years of exposure)

- Cumulative risk of suicide (number of cases/accumulated exposure time by month) in tabular format

- Cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in tabular format

***Survival and Cumulative Hazards Functions*** - Product-Limit (Kaplan-Meier) survival functions were to be estimated for suicide and suicide attempt and the corresponding cumulative hazards functions were to be presented graphically.

***Listings*** - A listing of investigator terms coded to "accidental injury" is provided in Appendix B2.

Listings of any cases of suicide and suicide attempt were to be provided. A separate list of cases of accidental overdose or suicide ideation that were excluded from the analysis were also to be provided. The listings include the following variables:

- Patient ID number
- Adverse event term – both investigator term and preferred term

- Seriousness
- Protocol number
- Treatment group
- Gabapentin daily dose at the time of the event
- Sex
- Age
- Indication
- Duration of treatment at the time of event
- Discontinuation due to event (y/n)
- Outcome
- Concomitant medications
- Concurrent illnesses
- Medical history
- Investigator causality

*Narratives* – The clinical study reports were searched for any relevant narratives. Narratives for deaths (where available) that were reviewed but not considered cases of suicide were to be provided. If narratives for accidental overdose were available, these were also to be included for review purposes; however, cases of accidental overdose were not included in the analyses of suicide or suicide attempt.

## 3.    TABLE OF STUDIES INCLUDED IN SEARCH

The list of studies included in the search for cases suicide and suicide attempt is provided in Table 1.  For a detailed explanation of methods for searching the data from the studies in Table 1, see Section 2, Search Methods and Classification of Cases of Suicide and Suicide Attempt in Clinical Trials.

0100000447730911.11Approved\17-Nov-2004 16:19

01000004477309/1.1\Approved:17-Nov-2004 15:19

7

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

Table 1. Table of Studies

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| Neuropathic Pain | 1032-015-0 | A DRUG INTERACTION STUDY COMPARING THE PK OF GABAPENTIN CAPSULES AND NAPROXEN SODIUM CAPSULES ADMINISTERED SEPARATELY WITH GABAPENTIN CAPSULES AND NAPROXEN SODIUM CAPSULES ADMINISTERED CONCOMITANTLY IN HEALTHY SUBJECTS. A NON-BLIND, RANDOMIZED, 3-WAY CROSSOVER STUDY | 18 Healthy Subjects |
| Add-on Epilepsy (Adult) | 104-001 | A RANDOMIZED, PLACEBO-CONTROLLED, DOUBLE-BLIND, RISING-DOSE STUDY OF THE SAFETY AND TOLERANCE OF ORAL GABAPENTIN (CI-945) IN HEALTHY SUBJECTS. | 8 Healthy Subjects |
| Add-on Epilepsy (Adult) | 104-002 | A RANDOMIZED, PLACEBO-CONTROLLED, DOUBLE-BLIND, SINGLE-DOSE, FORERUNNER STUDY OF THE SAFETY AND TOLERANCE OF INTRAVENOUS GABAPENTIN (CI-945) IN HEALTHY SUBJECTS. | 6 Healthy Subjects |
| Add-on Epilepsy (Adult) | 877-070 | A CLINICAL PHARMACOKINETIC STUDY OF GABAPENTIN (CI-945) IN HEALTHY VOLUNTEERS AT THREE DIFFERENT DOSES. A RANDOMIZED, NON-BLIND, 3-WAY CROSSOVER STUDY | 9 Healthy Subjects |
| Add-on Epilepsy (Adult) | 877-072 | ABSOLUTE AND RELATIVE BIOAVAILABILITY OF GABAPENTIN (CI-945) 300-MG CAPSULES AND SOLUTION IN HEALTHY SUBJECTS, AND A COMPARISON OF PLASMA AND SALIVA CONCENTRATIONS AFTER ADMINISTRATION OF A SINGLE 150-MG IV GABAPENTIN DOSE: A RANDOMIZED, 3-WAY CROSSOVER STUDY. | 12 Healthy subjects |
| Add-on Epilepsy (Adult) | 877-073 | EFFECT OF FOOD ON THE BIOAVAILABILITY OF GABAPENTIN (CI-945) CAPSULES IN HEALTHY SUBJECTS. A RANDOMIZED, NON-BLIND, 2-WAY CROSSOVER STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 877-074 | PHARMACOKINETICS OF GABAPENTIN (CI-945) FOLLOWING MULTIPLE ORAL DOSE ADMINISTRATION OF 300MG CAPSULES TO EIGHT HEALTHY SUBJECTS. A NON-BLIND, MULTI-DOSE STUDY. | 8 Healthy Subjects |
| Add-on Epilepsy (Adult) | 877-076 | EVALUATION OF A PILOT FORMULATION OF 600-MG SUSTAINED-RELEASE GABAPENTIN TABLETS (CI-945) FOR ONCE OR TWICE DAILY DOSING RELATIVE TO GABAPENTIN 400-MG SOLUTION IN HEALTHY VOLUNTEERS. A SINGLE DOSE, NON-BLIND, RANDOMIZED, 2-WAY CROSSOVER STUDY | 6 Healthy Subjects |
| Add-on Epilepsy (Adult) | 880-032 | A SINGLE-CENTER, NON-RANDOMIZED, OPEN-LABEL STUDY OF THE EFFICACY OF ORAL GABAPENTIN(CI-945) IN THE TREATMENT OF PATIENTS WITH GENERALIZED OR SYMPTOMATIC EPILEPSY | 6 Patients |
| Add-on Epilepsy (Adult) | 880-051 | A RANDOMIZED, PLACEBO-CONTROLLED, DOUBLE-BLIND, MULTIPLE-DOSE, THREE-WAY CROSSOVER STUDY OF THE EFFECT OF ORAL GABAPENTIN (CI-945) ON NOCTURNAL NEUROHORMONE SECRETION AND THE PATTERN OF SLEEP IN HEALTHY SUBJECTS | 6 Healthy Male Subjects |
| Add-on Epilepsy (Adult) | 945-035 | GASTROINTESTINAL ABSORPTION OF GABAPENTIN (CI-945) FOLLOWING PERFUSION OF 400-MG GABAPENTIN SOLUTION INTO THE DUODENUM-JEJUNUM, ILEUM, AND CECUM OF SIX HEALTHY MALE SUBJECTS-C21 | 6 Healthy Male Subjects |

Pfizer_LCastro_0071987

Confidential

Pfizer_LCastro_0071988

01000004477309/1.1/Approved/17-Nov-2004 15:19

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

8

**Table 1. Table of Studies**

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| Add-on Epilepsy (Adult) | 945-048-0 | POTENTIAL EFFECT OF A 1000-MG SINGLE DOSE OF PROBENECID ON THE SINGLE DOSE PHARMACOKINETICS OF 200-MG GABAPENTIN CAPSULES IN HEALTHY SUBJECTS. A RANDOMIZED, TWO-WAY CROSSOVER STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-054-0 | A SINGLE DOSE BIOEQUIVALENCE STUDY GABAPENTIN (CI-945) 100-MG AND 400-MG MARKET-IMAGE SUPRO CAPSULES RELATIVE TO 200-MG CAPSULES USED IN CLINICAL TRIALS AND TO A 400-MG SOLUTION. A NON-BLIND, RANDOMIZED, 4-WAY CROSSOVER STUDY | 20 Subjects |
| Add-on Epilepsy (Adult) | 945-055-0 | A SINGLE DOSE, BIOEQUIVALENCE STUDY OF GABAPENTIN (CI-945) IN HEALTHY SUBJECTS COMPARING 300-MG MARKET-IMAGE SUPRO CAPSULES TO 300-MG CLINICAL TRIAL CAPSULES. A NON-BLIND, RANDOMIZED, 2-WAY CROSSOVER STUDY. | 20 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-062-0 | A SINGLE-DOSE PHARMACOKINETIC STUDY OF GABAPENTIN (CI-945) IN SUBJECTS WITH VARIOUS DEGREES OF RENAL FUNCTION | 20 Subjects |
| Add-on Epilepsy (Adult) | 945-064-0 | A SINGLE-DOSE PHARMACOKINETIC STUDY OF GABAEPNTIN (CI-945) IN SUBJECTS WITH VARIOUS DEGREES OF RENAL FUNCTION | 20 Subjects with renal disease |
| Add-on Epilepsy (Adult) | 945-068-0 | A SINGLE DOSE BIOAVAILABILITY STUDY OF NEURONTIN (GABAPENTIN) 100-MG AND 400-MG SUPRO MARKET-IMAGE CAPSULES MANUFACTURED IN PUERTO RICO RELATIVE TO 400-MG MARKET-IMAGE SUPRO CAPSULES MANUFACTURED IN FREIBURG. A NON-BLIND, RANDOMIZED, 3-WAY, CROSSOVER STUDY. | 21 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-01 | SINGLE AND MULTIPLE DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945) IN EPILEPTIC PATIENTS MAINTAINED ON A CONSTANT PHENYTOIN DOSE REGIMEN | 8 Patients |
| Add-on Epilepsy (Adult) | 945-12-0 | SINGLE AND MULTIPLE DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945) IN HEALTHY SUBJECTS. A NON-BLIND, SEQUENTIAL STUDY | 8 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-17 | A MULTIPLE-DOSE, DOSE PROPORTIONALITY STUDY IN HEALTHY SUBJECTS RECEIVING 100, 200, AND 400 MG GABAPENTIN (CI-945) DOSES EVERY EIGHT HOURS FOR SIX DAYS. A RANDOMIZED, DOUBLE-BLIND, 3-WAY CROSSOVER STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-3-0 | A DOUBLE-BLIND, COMPARATIVE STUDY OF THE EFFECTS OF CHRONIC ADMINISTRATION OF GABAPENTIN (CI-945) AND PHENYTOIN ON ANTIPYRINE CLEARANCE IN 12 HEALTHY MALE SUBJECTS. A RANDOMIZED, PARALLEL GROUP STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-37 | PHARMACOKINETICS OF GABAPENTIN (CI-945) FOLLOWING INTRAVENOUS ADMINISTRATION TO SUBJECTS WITH VARYING DEGREES OF RENAL FUNCTION. A NON-RANDOMIZED, OPEN-LABEL STUDY. | 9 Healthy Subjects and Patients |
| Add-on Epilepsy (Adult) | 945-38-0 | SINGLE-DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945) IN SUBJECTS WITH VARYING DEGREES OF RENAL FINCTION | 20 Subjects with renal disease |

Confidential

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

Table 1. Table of Studies

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| Add-on Epilepsy (Adult) | 945-39-0 | EFFECT OF MULTIPLE-DOSE GABAPENTIN ADMINISTRATION ON THE SINGLE-DOSE PHARMACOKINETICS OF 250 MG VALPROIC ACID (DEPAKENE) CAPSULES IN HEALTHY SUBJECTS | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-40-0 | A STUDY TO EVALUATE THE EFFECT OF SUBJECT AGE ON THE SINGLE DOSE PHARMACOKINETICS OF ORALLY ADMINISTERED GABAPENTIN (CI-945) | 36 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-44-0 | A STUDY OF POTENTIAL INTERACTION BETWEEN VALPROIC ACID AND GABAPENTIN (CI-945) IN EPILEPTIC PATIENTS MAINTAINED ON VALPROIC ACID. A NON-BLIND, SINGLE AND MULTIPLE-DOSE, SEQUENTIAL STUDY | 14 Patients |
| Add-on Epilepsy (Adult) | 945-45-0 | A SINGLE AND MULTIPLE DOSE DRUG INTERACTION STUDY OF GABAPENTIN (CI-945) IN PATIENTS WITH EPILEPSY MAINTAINED ON CARBAMAZEPINE. A NON-BLIND, SEQUENTIAL STUDY. | 12 Patients |
| Add-on Epilepsy (Adult) | 945-46 | AN OPEN LABEL, MULTIPLE DOSE STUDY OF THE SAFETY OF GABAPENTIN (CI-945) ADMINISTERED ORALLY FOR 10 DAYS TO HEALTHY VOLUNTEERS. | 15 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-47-0 | NONBLIND, SINGLE DOSE, FOUR WAY CROSSOVER STUDY IN HEALTHY SUBJECTS/ EFFECT OF MAALOX ON GABAPENTIN PK IN SUBJECTS. A RANDOMIZED, 4-WAY CROSSOVER STUDY. | 16 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-57 | A RANDOMIZED, DOUBLE-BLIND, PLACEBO CONTROLLED STUDY OF THE SAFETY, TOLERANCE, AND PHARMACOKINETICS OF GABAPENTIN (CI-945) SINGLE DOSES AND MULTIPLE DOSES OF 1800, 2400, 3600, OR 4800 MG/DAY FOR 2 WEEKS IN HEALTHY VOLUNTEERS | 24 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-58-0 | A STUDY TO DETERMINE THE EFFECT OF CIMETIDINE ON THE SINGLE-DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945). A NON-BLIND, SEQUENTIAL STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-59 | A STUDY TO DETERMINE THE EFFECT OF GABAPENTIN (CI-945) ON THE PHARMACOKINETICS OF AN ORAL CONTRACEPTIVE AGENT (NORLESTRIN 21 2.5/50). A NONBLIND, MULTIPLE DOSE STUDY. | 13 Healthy Female Subjects |
| Add-on Epilepsy (Adult) | 945-63-0 | A SINGLE-DOSE PHARMACOKINETICS STUDY OF GABAPENTIN(CI-945) IN SUBJECTS ON CHRONIC HEMODIALYSIS | 11 Subjects with renal disease |
| Add-on Epilepsy (Adult) | 945-7-0 | A SINGLE- AND MULTIPLE-DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945) IN HEALTHY SUBJECTS MAINTAINED ON PHENOBARBITAL | 14 Healthy Subjects |
| Add-on Epilepsy (Adult) | 104-005 | PHARMACOKINETICS AND METABOLISM OF GABAPENTIN (CI-945) IN MAN FOLLOWING SINGLE ORAL DOSES OF 200-MG $^{14}$C-GABAPENTIN | 9 Healthy Male Subjects (repeated trial for 6 subjects) |
| Add-on Epilepsy (Adult) | 945-073-0 | A SINGLE-DOSE FOOD-EFFECT STUDY OF NEURONTIN (GABAPENTIN) 400-MG MARKET-IMAGE SUPRO CAPSULES IN HEALTHY VOLUNEERS. A NON-BLIND, RANDOMIZED, 3-WAY CROSSOVER STUDY. | 12 Healthy Subjects |

Pfizer_LCastro_0071989

Confidential

01000004477309/1.1\Approved 17-Nov-2004 15:19

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

10

Table 1. Table of Studies

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| | 945-195 | DOUBLE BLIND, RANDOMIZED, TWO-PERIOD CROSSOVER COMPARISON OF THE COGNITIVE AND BEHAVIORAL EFFECTS OF GABAPENTIN AND CARBAMEZAPINE IN HEALTHY ADULTS | 45 Subjects |
| | 945-430-005 | COMPARISON OF GABAPENTIN, CARBAMAZEPINE, AND PLACEBO IN A RANDOMIZED, BLINDED 3-WAY CROSSOVER PSYCHOMETRIC STUDY IN HEALTHY VOLUNTEERS | 16 Healthy Subjects |
| | 945-72 | OPEN STUDY FOR QUANTITATIVE DETERMINATION OF IV GABAPENTIN CONCENTRATION IN PANCREATIC TISSUE AND PLASMA IN PATIENTS UNDERGOING PANCREATIC SURGERY/ GABAPENTIN PANCREATIC EFFECT | 5 Patients |
| | 1032-010-0 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING THE PHARMACOKINETICS OF MARKET-IMAGE CI-1032 (COMBINATION OF GABAPENTIN WITH NAPROZEN SODIUM) WITH GABAPENTIN CAPSULES AND NAPROZEN SODIUM CAPSULES IN HEALTHY SUBJECTS | 24 Healthy Subjects |
| Add-on Epilepsy (Pediatric) | 945-201 | A SINGLE-DOSE BIOEQUIVALENE STUDY COMPARING A GABAPENTIN SYRUP FORMULATION TO 300-MG NEURONTIN CAPSULE. AN OPEN-LABEL, RANDOMIZED, 2-WAY CROSSOVER STUDY. | 20 Healthy Subjects |
| Add-on Epilepsy (Pediatric) | 945-296 | A SINGLE DOSE STUDY OF GABAPENTIN SYRUP (CI-945) PHARMACOKINETICS IN HEALTHY INFANTS AND CHILDEREN | 24 healthy Subjects (1 month to 4 years old) |
| | 945-439-0 | A BENCHMARKING STUDY OF COGNITIVE AND MOTOR EFFECTS OF GABAPENTIN, ALPRAZOLAM, AND PLACEBO IN HEALTHY SUBJECTS | 60 Healthy Subjects |
| | A9451028 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING NEURONTIN 300-MG CAPSULES (MARKETED) TO TWO NEW GABAPENTIN 300-MG TABLET FORMULATIONS | 18 Healthy Subjects |
| | A9451033 | A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, CROSSOVER STUDY TO INVESTIGATE EXPOSURE-RESPONSE RELATIONSHIPS OF GABAPENTIN ON SECONDARY HYPERALGESIA, PAIN AND HEART RATE IN EXPERIMENTAL PAIN MODELS FOLLOWING SINGLE ORAL DOSES IN HEALTHY VOLUNTEERS | 16 Healthy Subjects |
| | A9451034 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING NEURONTIN 100-MG CAPSULES (MARKETED) TO A NEW GABAPENTIN 100-MG ST (SMALL TAB) FORMULATION, AN OPEN-LABEL, RANDOMIZED, 2-WAY CROSSOVER STUDY. | 16 Healthy Subjects |
| | A9451036 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING THREE NEURONTIN 300-MG (900-MG DOSE) CAPSULES (MARKETED) TO A NEW GABAPENTIN 900-SMALL TAB (ST) FORMULATION. AN OPEN-LABEL, RANDOMIZED, 2-WAY CROSSOVER STUDY. | 24 Healthy Subjects |

Pfizer_LCastro_0071990

Confidential

010000044773091\1.1\Approved\17-Nov-2004 15:19

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

11

Table 1. Table of Studies

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| | 945-188-0 | A STUDY IN HEALTHY VOLUNTEERS TO DETERMINE THE TASTE ACCEPTABILITY OF 3 GABAPENTIN (CI-945) LIQUID FORMULATIONS. A SINGLE-BLIND, SINGLE-DOSE, RANDOMIZED, 3-WAY CROSSOVER STUDY. | 93 Healthy Young Subjects |
| Add-on Epilepsy (Adult) | 945-189-0 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING 600-MG CI-945 TABLETS TO 300-MG GABAPENTIN SUPRO CAPSULES. AN OPEN-LABEL, 2-WAY CROSSOVER STUDY | 20 Healthy Subjects |
| Neuropathic Pain | 945-190-0 | MULTIPLE DOSE, DOSE PROPORTIONALITY STUDY OF NEURONTIN (GABAPENTIN, CI-945) CAPSULES IN HEALTHY VOLUNTEERS. A NON-BLIND, DOSE ESCALATING, 4-WAY CROSSOVER STUDY. | 14 Healthy Subjects |
| | 945-196-0 | A SINGLE-DOSE STUDY OF NEURONTIN (GABAPENTIN; CI-945) PHARMACOKINETICS IN HEALTHY LACTATING WOMEN AND EVALUATION OF GABPENTIN CONCENTRATIONS IN BREAST MILK | 6 Healthy Subjects |
| Add-on Epilepsy (Pediatric) | 945-202-0 | A SINGLE DOSE STUDY OF NEURONTIN (GABAPENTIN; CI-945) PHARMACOKINETICS IN HEALTHY PEDIATRIC PATIENTS | 24 Healthy Subjects (4-12 years) |
| Add-on Epilepsy (Adult) | 945-205-0 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING 600-MG GABAPENTIN TABLETS MANUFACTURED IN VEGA BAJA (vb) TO 300-MG GABAPENTIN SUPRO CAPSULES. AN OPEN-LABEL, 2-WAY CROSSOVER STUDY. | 20 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-208-0 | A SINGLE-DOSE BIOAVAILABILITY STUDY COMPARING 800-MG CI-945 TABLETS TO 400-MG GABAPENTIN SUPRO CAPSULES (PROTOCOL 945-208-0). AN OPEN-LABEL, 2-WAY CROSSOVER STUDY. | 20 Healthy Subjects |
| Sleep (Adult) | 934-332 | A RANDOMIZED, OPEN, 3-PERIOD, CROSSOVER STUDY TO EVALUATE THE POTENTIAL PHARMACOKINETIC INTERACTION OF SINGLE DOSES OF 500 MG GABAPENTIN AND 10 MG ZOLPIDEM TARTRATE | 40 Healthy Subjects |

Pfizer_LCastro_0071991

Confidential

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies                     12

## 4.    PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS

There were no deaths reported in any of the placebo-controlled studies in healthy volunteers (Appendix B1.1). Also, there were no reports of suicide or suicide attempt in these studies (note that non-serious adverse events were not collected in Studies 104-005 and 880-051, as described in the corresponding clinical study reports). Demographic and exposure data are presented in the following section.

### 4.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the placebo-controlled studies in healthy volunteers are summarized in Table 2.

**Table 2.** Demographic Characteristics[a] and Treatment Exposure in Placebo-Controlled Studies in Healthy Volunteers

|  |  | Gabapentin (N=82) | Placebo (N=32) |
|---|---|---|---|
| Studies 104-001, 104-002, 880-051, 945-57, 945-430-005, 945-439-0, A9451033 | Age (years) | | |
|  | Mean[b] | 31.3 | 33.6 |
|  | SD[b] | 10.4 | 10.1 |
|  | Median[c] | 31.5 | 31.5 |
|  | Range | 19.0-50.0 | 21.0-54.0 |
|  | n  (%) Male | 74 (90.2%) | 29 (90.6%) |
|  | n  (%) Female | 8 (9.8%) | 3  (9.4%) |
|  | Total Patient-Years* | 1.59[d] | 0.88[e] |

\*    Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a]    Demographic information for crossover Studies 104-001 (N=7, placebo) and 880-051 (N=2, placebo), and 945-430-005 (N=7, placebo) were not available in an electronic database at the subject level. Overall demographic information was available from the clinical study reports.
[b]    Mean age and standard deviation for Studies 104-001 (N=7, placebo) and 880-051 (N=2, placebo) could not be determined (these data are not available). Mean age and standard deviation for Study 945-430-005 (N=7, placebo) was given for the overall group only (N=16 gabapentin).
[c]    Median age was calculated only for the studies that have data available in electronic format (excludes Study 945-430-005)
[d]    n=79 (Three subjects from Study 945-430-005 withdrew before gabapentin treatment began.)
[e]    n=48

Source data: Tables  9.1.1.1 and  9.1.1.2

### 4.2.    Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the placebo-controlled studies in healthy volunteers; therefore, no determination of risk, rate, or cumulative risk could be made.

0100000447730901:1:1:Approved:17-Nov-2004 15:19

### 4.3.    Listings and Narratives for Placebo-Controlled Studies in Healthy Volunteers

There were no reports of suicide or suicide attempt in the placebo-controlled studies in healthy volunteers; therefore, there are no listings or narratives to provide. Similarly, there were no deaths or overdoses reported in these studies.

## 5.    NON-PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS

There were no deaths reported in any of the non-placebo-controlled studies in healthy volunteers (Appendix B1.2). Also, there were no reports of suicide or suicide attempt in these studies. Demographic and exposure data are presented in the following section.

### 5.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the non-placebo-controlled studies in healthy volunteers summarized in Table 3.

**Table 3.** Demographic Characteristics and Treatment Exposure in Non-Placebo-Controlled Studies in Healthy Volunteers

|  |  | Gabapentin (N=719) |
| --- | --- | --- |
| Studies 104-005, 877-070, 877-072, 877-073, 877-074, 877-076, 934-332, 945-3-0, 945-7-0, 945-12-0, 945-17, 945-035, 945-39-0, 945-40-0, 945-46, 945-47-0, 945-048-0, 945-054-0, 945-055-0, 945-58-0, 945-59, 945-068-0, 945-073-0, 945-188-0, 945-189-0, 945-190-0, 945-195, 945-196-0, 945-201, 945-202-0 ,945-205-0, 945-208-0, 945-296, 1032-010-0, 1032-015-0, A9451028, A9451034, A9451036 | Age (years) |  |
|  | Mean | 30.7 |
|  | SD | 15.3 |
|  | Median[a] | 28.5 |
|  | Range | $0.0^{b}$ – 78.0 |
|  | n (%) Male | 375 (52.2%) |
|  | n (%) Female | 344 (47.8%) |
|  | Total Patient-Years* | 10.40 |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a]  Median age was calculated only for the studies that have data available in electronic format (excludes Studies 945-073-0, 945-195, 1032-010-0, 1032-015-0)
[b]  The youngest subjects were 1 month of age (Study 945-296).

Source data: Tables 9.1.2.1 and 9.1.2.2

### 5.2.    Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in healthy volunteers; therefore, no determination of risk, rate, or cumulative risk could be made.

01000004477309\1.1\Approved\17-Nov-2004 15:19

Pfizer_LCastro_0071993

### 5.3.    Listings and Narratives for Non-Placebo-Controlled Studies in Healthy Volunteers

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in healthy volunteers; therefore, there are no listings or narratives to provide. Similarly, there were no deaths or overdoses reported in these studies.

## 6.    NON-PLACEBO-CONTROLLED STUDIES IN PATIENTS

There were no deaths reported in any of the non-placebo-controlled studies in patients (Appendix B1.3). Also, there were no reports of suicide or suicide attempt in these studies. Demographic and exposure data are presented in the following section.

### 6.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the non-placebo-controlled studies in patients are summarized in Table 4.

**Table 4.** Demographic Characteristics and Treatment Exposure in Non-Placebo-Controlled Studies in Patients

|  |  | Gabapentin (N=126) |
|---|---|---|
| Studies 880-032, 945-01, 945-37, 945-38-0, 945-44-0, 945-45-0, 945-062-0, 945-63-0, 945-064-0, 945-72 | Age (years) | |
|  | Mean | 43.4 |
|  | SD | 14.6 |
|  | Median[a] | 40.0 |
|  | Range | 17.0 – 74.0 |
|  | n  (%) Male | 78 (61.9%) |
|  | n  (%) Female | 48 (38.1%) |
|  | Total Patient-Years* | 4.72 |

\*    Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a]   Median age was calculated only for the studies that have data available in electronic format (excludes Study 945-72)

Source data: Tables 9.2.1.1 and 9.2.1.2

### 6.2.    Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in patients; therefore, no determination of risk, rate, or cumulative risk could be made.

### 6.3.    Listing and Narratives for Non-Placebo-Controlled Studies in Patients

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in patients; therefore, there are no listings or narratives to provide. Similarly, there were no deaths or overdoses reported in these studies.

## 7. CONCLUSIONS

The results of a comprehensive search for cases of suicide and suicide attempt among Phase 1 gabapentin clinical trials did not reveal any cases of suicide or suicide attempt. In the Phase 1 studies, over 900 subjects were treated with gabapentin with 16.71 total patient years. The results of the search for cases of suicide and suicide attempt in Phase 1 gabapentin studies do not change the outcome of the same search conducted in Phase 2-4 gabapentin clinical trials.

Overall, the results of the first and second review of gabapentin studies remain consistent with the published literature for suicide in comparable patient populations in which gabapentin has been studied or used and they do not indicate an increased risk of suicide or suicide attempt with gabapentin therapy. As stated in the first response, no changes to the current product labeling, which includes suicidal and suicide gesture in the clinical trial adverse event section, are necessitated by these findings.

0100000447730901.1.1\Approved\17-Nov-2004 15:19

Table 9.1.1.1: Demographics for Placebo Controlled Studies in Healthy Volunteers

|              |          | Placebo<br>(N=32) | Gabapentin<br>(N=82) |
|--------------|----------|-------------------|----------------------|
| Age (years)  | Mean     | 33.6              | 31.3                 |
|              | S.D.     | 10.1              | 10.4                 |
|              | Median * | 31.5              | 31.5                 |
|              | Range    | 21.0 - 54.0       | 19.0 - 50.0          |
| Gender N(%)  | Male     | 29 (90.6%)        | 74 (90.2%)           |
|              | Female   | 3 (9.4 %)         | 8 (9.8 %)            |

Studies included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A9451033
Demographic information for crossover studies 104-001 (N=7 PBO), 880-051 (N=2 PBO), and 945-430-005 (N=7 PBO) are not
electronically available on the individual subject level but only for the overall study in the Research reports
Mean age and Standard deviation for Studies 104-001 and 880-051 could not be determined as the data was not available.
* Median Age was calculated only for the studies that are electronically available.
Studies with non-electronic databases include: 945-430-005

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Pfizer_LCastro_0071996

Confidential

Pfizer_LCastro_0071997

Page 1 of 1

Table 9.1.1.2: Total Exposure for Placebo Controlled Studies in Healthy Volunteers

| | Placebo | Gabapentin |
|---|---|---|
| n/Patient Years | 48/ 0.88 | 79/ 1.59 |

----------------------------------------------------------------------------------
Studies included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A9451033
Study 945-430-005 has 3 patients(# 10, 11, 12) who withdrew before entering the Gabapentin phase.
Studies with non-electronic databases include: 945-430-005

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Table 9.1.2.1: Demographics for Non-Placebo Controlled Studies in Healthy Volunteers

|  |  | Gabapentin (N=719) |
|---|---|---|
| Age (years) | Mean | 30.7 |
|  | S.D. | 15.3 |
|  | Median * | 28.5 |
|  | Range | 0.0 - 78.0 |
| Gender N(%) | Male | 375 (52.2%) |
|  | Female | 344 (47.8%) |

Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 934-332 945-3-0 945-7-0 945-12-0 945-17 945-035
945-39-0 945-40-0 945-46 945-47-0 945-48-0 945-54-0 945-055-0 945-58-0 945-59 945-068-0
945-73-0 945-188-0 945-189-0 945-190-0 945-196-0 945-201 945-202-0 945-205-0
945-208-0 945-266 1032-010-0 1032-015-0 A9451028 A9451034 A9451036
Median Age was calculated only for the studies that are electronically available.
Studies with non-electronic databases include: 945-073-0 945-195 1032-010-0 1032-015-0

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Pfizer_LCastro_0071998

Confidential

Pfizer_LCastro_0071999

Page 1 of 1

Table 9.1.2: Total Exposure for Non-Placebo Controlled Studies in Healthy Volunteers

| | Gabapentin |
|---|---|
| n/Patient Years | 719/ 10.40 |

Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 934-332 945-3-0 945-7-0 945-12-0 945-17 945-035
945-39-0 945-40-0 945-46 945-47-0 945-48-0 945-055-0 945-054-0 945-55-0 945-58-0 945-59 945-068-0
945-073-0 945-188-0 945-189-0 945-190-0 945-195 945-196-0 945-201 945-202-0 945-205-0
945-208-0 945-266 1032-010-0 1032-015-0 A945102B A945103A A945103B
Studies with non-electronic databases include: 945-073 945-195 1032-010-0 1032-015-0

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0072000

Page 1 of 1

Table 9.2.1.1: Demographics for Non-Placebo Controlled Studies in Patients

|  |  | Gabapentin (N=126) |
| --- | --- | --- |
| Age (years) | Mean | 43.4 |
|  | S.D. | 14.6 |
|  | Median * | 40.0 |
|  | Range | 17.0 - 74.0 |
| Gender N(%) | Male | 78 (61.9%) |
|  | Female | 48 (38.1%) |

---

Studies included: 880-032 945-01 945-37 945-38-0 945-44-0 945-45-0 945-062-0 945-63-0 945-064-0 945-72
* Median Age was calculated only for the studies that are electronically available.
  Studies with non-electronic databases include: 945-72

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0072001

Page 1 of 1

Table 9.2.1.2: Total Exposure for Non-Placebo Controlled Studies in Patients

```
                        |  Gabapentin
                        |----------------
n/Patient Years         |  126/ 4.72
```

Studies included: 880-032 945-01 945-37 945-38-0 945-44-0 945-45-0 945-062-0 945-63-0 945-064-0 945-72
Studies with non-electronic databases include: 945-72

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Appendix B1.1 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Placebo Controlled Studies in Healthy Volunteers

```
=======================================
    Listing not created
No subject meets the reporting criteria
=======================================
```

```
--------------------------------------------------------------------------------------------------
Studies included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A9451033
Adverse events were not recorded for Study 880-051
Studies with non-electronic databases include: 945-430-005
```

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Pfizer_LCastro_0072002

Confidential

Appendix B1.2 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Healthy Volunteers

```
================================
   Listing not created
   No subject meets the reporting criteria
================================
```

```
-----------------------------------------------------------------------------------------------------------------------
Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 934-332 945-3-0 945-7-0 945-12-0 945-17 945-035 945-39-0 945-40-0
   945-46 945-47-0 945-48-0 945-054-0 945-055-0 945-58-0 945-59 945-068-0 945-073-0 945-188-0  945-189-0 945-190-0
   945-195 945-196-0 945-201 945-202-0 945-205-0 945-208-0 945-296 1032-010-0 1032-015-0 A9451028 A9451034 A9451036
Adverse events were not recorded for Study 104-005
Studies with non-electronic databases include: 945-073-0 945-195 1032-010-0 1032-015-0
```

```
-----------------------------------------------------------------------------------------------------------------------
                                                 Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)
```

Pfizer_LCastro_0072003

Confidential

Appendix B1.3 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Patients

```
================================
   Listing not created
   No subject meets the reporting criteria
================================
```

```
--------------------------------------------------------------------------------
Studies included: 880-032 945-01 945-37 945-38-0 945-44-0 945-45-0 945-062-0 945-63-0 945-064-0 945-72
Studies with non-electronic databases include: 945-72
```

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Pfizer_LCastro_0072004

Confidential

Appendix B2. Listing of Investigator Terms Coding to Accidental Injury or Injury

| Adverse Event Preferred Term | Adverse Event Investigator Term |
|---|---|
| Accidental injury | ABRASION |
| | HAND INJURY |
| | LEFT ANKLE INJURY |
| Injury | HEAD INJURY |

There were 2 Accidental Injuries found in CSR 945-195: the Adverse Event Investigator terms were 'Broken rib-left side-Accident' and 'Cut foot'.

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0072005