Exhibit 7

**Investigator's Brochure Addendum for Epilepsy Studies in Japan**

**Neurontin (Gabapentin)**

**July 2004**

**THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION BELONGING TO PFIZER.  EXCEPT AS OTHERWISE AGREED TO IN WRITING, BY ACCEPTING OR REVIEWING THIS DOCUMENT, YOU AGREE TO HOLD THIS INFORMATION IN CONFIDENCE AND NOT TO DISCLOSE IT TO OTHERS (EXCEPT WHERE REQUIRED BY APPLICABLE LAW) OR TO USE IT FOR UNAUTHORIZED PURPOSES.  IN THE EVENT OF ANY ACTUAL OR SUSPECTED BREACH OF THIS OBLIGATION, PFIZER SHOULD BE PROMPTLY NOTIFIED**

Worldwide Safety Operations and Risk Management

Pfizer Global Research & Development

Pfizer Inc and Affiliates

# 1. TABLE OF CONTENTS

1.  TABLE OF CONTENTS...................................................................................2

2.  SUMMARY .................................................................................................3

3.  INTRODUCTION..........................................................................................6

4.  PHYSICAL, CHEMICAL, & PHARMACEUTICAL PROPERTIES &
    FORMULATION...........................................................................................6

5.  NONCLINICAL STUDIES..............................................................................7
5.1.  Nonclinical Pharmacology..........................................................................7
5.2.  Pharmacokinetics and Product Metabolism in Animals....................................15
5.3.  Toxicology...............................................................................................23

6.  EFFECTS IN HUMANS ..............................................................................27
6.1.  Pharmacokinetics and Product Metabolism in Humans....................................29
6.2.  Safety and Efficacy ..................................................................................38
6.3.  Marketing Experience ...............................................................................64

7.  SUMMARY OF DATA AND GUIDANCE FOR THE INVESTIGATOR .......................64

8.  APPENDIX.................................................................................................66
8.1.  Toxicology Study Tables.............................................................................66
8.2.  Serious Adverse Events in Pfizer-Sponsored Clinical Studies and Postmarketing
      Experience...............................................................................................79
8.3.  Serious Adverse Events Reported from Spontaneous Reports (Global Post Marketing
      Surveillance) ...........................................................................................85

This document contains confidential information belonging to Pfizer.  Except as otherwise agreed to in writing, by accepting or reviewing this
document, you agree to hold this information in confidence and not to disclose it to others (except where required by applicable law) or to use it
for unauthorized purposes.  In the event of any actual or suspected breach of this obligation, Pfizer should be promptly notified.

## 2.  SUMMARY

Gabapentin (CI-945) is a structural analogue of the inhibitory neurotransmitter γ-aminobutyric acid (GABA).  Gabapentin was marketed in the United Kingdom in May 1993 and in the United States in January 1994 as an adjunctive therapy for partial seizures in epilepsy patients at least 12 years of age.  Subsquently, gabapentin has been approved in over 85 countries for use in epilepsy, and in numerous countries for use in neuropathic pain.  In addtion, gabapentin is approved for adjunctive therapy for partial seizures in pediatric patients aged 3 to 12 years in numerous countries, and is approved in some countries as a monotherapy in epilepsy patients at least 12 years of age

The worldwide experience with the use of gabapentin (neurontin) is described in the current US package insert (USPI) for gabapentin as approved by the FDA, the drug regulatory agency of the United States.  This document contains additional nonclinical pharmacologic and toxicologic data as well as clinical data, which are required for the support of clinical studies in Japan.

In single-dose toxicology studies, no deaths occurred in mice and rats given oral doses of up to 5000 mg/kg.  Gabapentin was well tolerated in repeated-dose toxicity studies in mice, rats, dogs, and monkeys.  Growth inhibition was observed at doses of 1000 and 2000 mg/kg in a 52-week study in rats.  The nontoxic dose in 52-week studies was 250 mg/kg in rats and monkeys.  Gabapentin was not carcinogenic in mice or female rats given up to 2000 mg/kg for 104 weeks.  An increase in pancreatic acinar cell tumors was noted in male rats at 2000 mg/kg; however, the lack of metabolic transformation, lack of genotoxicity, and lack of tumorigenicity in mice and female rats, the low-grade nature of the tumorigenic response in male rats, and the separation between therapeutic drug concentration and that at 2000 mg/kg in male rats indicates that the carcinogenic risk of gabapentin in humans is low.

Gabapentin prevents seizures in a number of animal models.

Although gabapentin is a GABA analogue, gabapentin is not active at $GABA_A$, benzodiazepine, or most $GABA_B$ receptors, and does not alter GABA degradation nor acutely change GABA uptake in brain tissue.  Gabapentin binds to the $\alpha_2\delta$ subunit of voltage-gated calcium channels, reduces neurotransmitter release in vitro, and increases brain GABA concentrations in human patients with epilepsy.  These actions suggest a novel mechanism; however, the relevance of these findings to clinical use is not yet clear.

In general pharmacology studies, no particular effects on the circulatory system, the autonomic nervous system, or the blood system were observed.

Following oral administration, $T_{max}$ is 2 to 3 hours, and half-life is 5 to 7 hours.  Gabapentin is not appreciably metabolized; approximately 80% and 20% of the dose is excreted from urine and feces, respectively, as parent compound.  Plasma protein binding rate is low (3%).  Food does not seem to affect absorption.

Gabapentin steady-state plasma concentrations increase with dose; however, increases are less than dose-proportional as absolute bioavailability decreases with dose.

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Confidential

In studies in adult subjects with renal insufficiency, reduced creatinine clearance was associated with reduced renal gabapentin clearance and a longer elimination half-life. This suggests that dose adjustment is necessary in patients with renal impairment.

The pharmacokinetics of gabapentin are unaffected by the concomitant use of other antiepileptic medications. Although a slight reduction in bioavailability has been seen following use with Maalox® or cimetidine, the extent of these reductions has not been clinically significant.

Five placebo-controlled, double-blind studies have been conducted in adult patients with intractable epilepsy. Subjects were given gabapentin or placebo as an add-on therapy for 12 weeks. The results revealed that gabapentin is superior to placebo in reducing the incidence of epileptic seizures.

The following Phase 1 studies were conducted in Japan: oral single-dose studies in healthy adults (200 to 1800 mg) and oral multiple-dose studies in healthy adults (1800, 2400, and 3600 mg/day, for 6 days). The most commonly seen adverse events in these clinical studies were somnolence and dizziness. These were common to all treatment groups. Overall, gabapentin was well tolerated in healthy adults. Gabapentin was rapidly absorbed following oral dosing, and excreted in urine mostly without being metabolized. The $T_{max}$ was approximately 3 hours, and the elimination half-life was 6 to 7 hours. These results were consistent with the characteristics of gabapentin in Western studies.

In an open-label study of 600 to 1800 mg/day of gabapentin as add-on therapy to existing antiepileptic drugs conducted in Japanese patients with intractable epilepsy (partial seizures), the proportion of subjects who experienced a 50% reduction in seizure incidence compared with before therapy (the responder rate) was 21.9% in the per-protocol set and 23.5% in the full analysis set. The most common adverse events were somnolence, dizziness, diplopia, and malaise. Gabapentin was generally well tolerated. The final global improvement rate indicated that 31.3% of subjects in the per-protocol set and 37.3% of subjects in the full analysis set had a response of "moderate" or better.

A Phase 3 study (Protocol 945-08J) was conducted to evaluate the efficacy and safety of 1200 and 1800 mg/day doses of gabapentin compared with placebo as add-on therapy in the treatment of subjects with AED-resistant partial seizures. The responder rate in the PPS was 6.7% (5/75 subjects) in the placebo group, 16.3% (13/80 subjects) in the 1200 mg/day group, and 20.0% (7/35 subjects) in the 1800 mg/day group, respectively, and although no statistically significant differences were observed between the gabapentin and placebo groups, significant dose-response relationships were observed (p = 0.0418). Treatment-emergent treatment-related adverse events were reported in 46.3% of placebo, 64.0% of 1200-mg/day treated subjects, and 65.9% of 1800-mg/day treated subjects in the group. The most common treatment-related adverse events were somnolence, dizziness, headache, and diplopia, and most of these events were mild or moderate in severity. The incidences of somnolence and dizziness were reported in more gabapentin-treated subjects than in the placebo subjects, but the increase was not dose-dependent.

Protocol 945-05J was conducted to evaluate the safety and efficacy of gabapentin as a long-term, open-label add-on therapy in the treatment of subjects exhibiting good toleration in the early Phase 2 study. In the treatment periods 1 (approximately 24 weeks), 2 (approximately 48 weeks) and 3 (approximately 104 weeks), the responder rate in the PPS was 35.0% (7/20 subjects), 52.6%

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028637

Neurontin (Gabapentin)    INVESTIGATOR'S BROCHURE    Page 5 of 95

(10/19 subjects), and 62.5% (10/16 subjects), respectively. Treatment-related treatment-emergent adverse events were reproted in 50% of subjects. The most common treatment-related adverse events were dizziness, somnolence, and asthenia. Results from this study confirmed that gabapentin was effective in reducing the number of partial seizures and was well tolerated for in subjects with intractable epilepsy in the long-term treatment.

Protocol 945-09J was conducted to evaluate the safety and efficacy of gabapentin as a long-term, open-label add-on therapy in the treatment of subjects from the Phase 3 study. During Weeks 48, 96, and 132 the responder rates in the PPS were 45.5% (51/112 subjects), 48.9% (23/47 subjects), 100% (3/3 subjects), respectively. Treatment-emergent treatment-related adverse events were reported in 56.2% of subjects (104/185 subjects). The most common treatment-emergent treatment-related adverse events were somnolence (22.7%), dizziness (12.4%), and headache (11.9%). Again, treatment with gabapentin resulted in a decrease in partial seizure frequency, suggesting that efficacy maintained over long-term treatment. Based on these clinical data, gabapentin was well tolerated in terms of safety when the drug is concomitantly used with other AEDs.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028638

### 3.   INTRODUCTION

Epilepsy is a chronic disorder of brain function characterized by seizures. In some patients, epilepsy has been treated through surgical procedures, but antiepileptic drugs are generally the therapy of first choice. There are approximately 1,000,000 epilepsy patients in Japan, of which approximately 25%, or 250,000, have intractable cases that are resistant to therapy with existing antiepileptic drugs.

Currently, various drugs are being used clinically as antiepileptic drugs, including phenytoin, phenobarbital, carbamazepine, valproic acid, and primidone. Several of these antiepileptic drugs require blood concentration monitoring in order to determine the optimum dosage, and their clinical use is restricted in many ways because of, among other things, drug interactions. For this reason, the introduction of an antiepileptic medication having a profile different from that of existing antiepileptic drugs is awaited.

Placebo-controlled, double-blind studies that have been conducted outside of Japan involving adjunctive therapy in patients with refractory epilepsy (partial seizures) show that gabapentin is superior to placebo in terms of a reduction in epileptic seizure frequency.

**Clinical Plan**

In Japan, 1 long-term studies are currently ongoing.

### 4.   PHYSICAL, CHEMICAL, & PHARMACEUTICAL PROPERTIES & FORMULATION

A complete description of the physical, chemical, and pharmaceutical properties and formulations of gabapentin can be found in the product label.

Chemical name:        (1-Aminomethylcyclohexyl)acetic acid
Generic name:         Gabapentin (INN)
                      Gabapentin (JAN)
Laboratory code:      CI-945
Chemical structure:



Molecular formula:    $C_9H_{17}NO_2$

Molecular weight:     171.24

Physical description: White to pale yellowish white crystalline powder

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Solubility:        It is freely soluble in acetic acid (100), soluble in water, methanol, and
                   ethanol.  It is practically insoluble in chloroform and diethyl ether.

**Clinical Drug Product**

Strength:          200, 300, and 400 mg

Dosage forms:      1) Tablet (white round tablet)

                   2) Capsule (200 mg - yellow, 300 mg - orange, 400 mg - gray)

Storage condition: Store at room temperature

## 5.    NONCLINICAL STUDIES

### 5.1.    Nonclinical Pharmacology

A summary of nonclinical information for gabapentin can be found in the product label.  The
following are additional data to that found in the product label.

#### 5.1.1.    Anticonvulsant Effect

##### 5.1.1.1.    Maximal Electroshock Seizures in Rats

Gabapentin and comparator compounds were administered orally to male SD rats (n = 8).
Electroshock (90 mA, 100 Hz, 0.2 sec) was delivered to the rats by an ear clip at the peak time of
anticonvulsant effect.  Gabapentin prevented maximal electroshock with an $ED_{50}$ of 9.42 mg/kg
(Table 1).

Table 1.    Effect of Anticonvulsants on Maximal Electroshock Seizure in Rats

| Anticonvulsants[a] | $ED_{50}$ values (mg/kg) |
|---|---|
| Gabapentin | 9.42 |
| Carbamazepine | 8.11 |
| Phenytoin | 44.63 |
| Phenobarbital | 4.95 |
| Zonisamide | 7.90 |
| Sodium valproate | 236.59 |
| Ethosuximide | >2322 |

[a]    Electroshocks were administered at the peak time of anticonvulsant effect.  The peak times were 120,
       120, 240, 120, 90, 60, and 60 min for gabapentin, carbamazepine, phenytoin, phenobarbital, zonisamide,
       sodium valproate, and ethosuximide, respectively.

##### 5.1.1.2.    Chemical-induced Seizures in Mice and Rats

###### 5.1.1.2.1.    Effect of Gabapentin on Threshold Clonic Seizure

Drugs were intraperitoneally (IP) administered to male CF No.1 mice (n = 7 to 8).  At the peak
time of anticonvulsant effect, pentylenetetrazole, bicuculline, picrotoxin and strychnine were
subcutaneously administered to induce the seizure.  Gabapentin prevented the pentylenetetrazole-
induced seizures in mice with an $ED_{50}$ value of 47.47 mg/kg.  However, gabapentin did not

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the
study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third
parties without the prior written consent of Pfizer.

prevent the bicuculline, picrotoxin, and strychnine-induced seizures (Table 2). Gabapentin did not prevent pentylenetetrazole-induced seizures when it was given orally to rats.

**Table 2.     Effect of Gabapentin on Chemical-induced Seizure in Mice[a]**

| Anticonvulsants | $ED_{50}$ values (mg/kg) | | | |
|---|---|---|---|---|
| | Pentylenetetrazole 85 mg/kg | Bicuculline 2.70 mg/kg | Picrotoxin 3.15 mg/kg | Strychnine 1.20 mg/kg |
| Gabapentin | 47.47 | >500 | >500 | >500 |
| Phenytoin | >300 | >100 | >100 | >100 |
| Phenobarbital | 13.17 | 37.72 | 27.51 | 95.30 |
| Ethosuximide | 130.35 | 459.01 | 242.69 | >1000 |
| Valproate | 148.59 | 359.95 | 387.21 | 292.96 |

[a]     Proconvulsants were administered at the peak time of anticonvulsant effect, the peak times were 120, 120, 60, 30, and 15 minutes for gabapentin, phenytoin, phenobarbital, ethosuximide, and valproate, respectively.

In addition, gabapentin was given orally to male NMRI mice (n = 6 to 13) after which pentylenetetrazole was given by IV infusion. The threshold doses of pentylenetetrazole required to induce seizure were compared to those of controls. Gabapentin dose-dependently increased the threshold dose of pentylenetetrazole that was required to provoke seizure (Table 3).

**Table 3.     Dose Relation of Gabapentin and Pentylenetetrazole Required Provoking Clonic Seizure[a]**

| Gabapentin (mg/kg) | Pentylenetetrazole (mg/kg) | | |
|---|---|---|---|
| | Experiment 1 | Experiment 2 | Experiment 3 |
| Control | 43.9 (100) | 73.5 (100) | 58.8 (100) |
| 12.5 | ND | ND | 66.6 (113) |
| 25 | ND | 86.1 (117) | ND |
| 50 | 53.2 (121) | 92.1 (125) | 81.4 (138) |
| 100 | 72.9 (166) | 111.8 (151) | 86.8 (148) |
| 200 | ND | 97.1 (132) | ND |

ND = Not determined
[a]     Numbers in parenthesis show the % changes compared with control.

### 5.1.1.2.2.     Effect of Gabapentin on Chemical-induced Tonic Extensor Seizure in Mice

Gabapentin was orally administered to male NMRI mice (n = 10). At the peak time of gabapentin effect, pentylenetetrazole, bicuculline, picrotoxin, strychnine, and thiosemicarbazide were administered subcutaneously to mice. Gabapentin prevented chemical-induced seizures with $ED_{50}$ values of 5.53 to 56.2 mg/kg (Table 4).

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028641

**Table 4.    Effect of Gabapentin on Convulsant-induced Tonic Extensor Seizure in Mice**

| Chemicals (dose)[a] | ED$_{50}$ Values (mg/kg) (95% confidence interval) |
|---|---|
| Pentylenetetrazole (140 mg/kg) | 52.0 (29.8-74.9) |
| Bicuculline (3 mg/kg) | 31.9 (12.6-53.1) |
| Picrotoxin (15 mg/kg) | 56.2 (39.5-78.2) |
| Strychnine (1.1 mg/kg) | 34.7 (0.55-68.9) |
| Thiosemicarbazide (1000 mg/kg) | 5.53 (3.55-8.30) |

[a]    Proconvulsants were administered at the peak time of anticonvulsant effect.
The peak times were 60, 90, 60, 60 and 30 for pentylenetetrazole, bicuculline,
picrotoxin, strychnine, and semicarbazide, respectively.

#### 5.1.1.3.    Effect of Gabapentin on Seizure in Kindled Rats

Electrodes were surgically implanted into male rats (n = 5 or more), and electrical stimuli were repeated to establish 'kindling.' IP administration of gabapentin at 10 to 100 mg/kg was given to the rats and electrical stimulus was applied at 15-minute intervals until 105 minutes after dosing. Duration of after-discharges was recorded with the electrodes and a seizure score (0 to 5) was recorded by a standardized behavioral scale (seizure score). Gabapentin decreased the seizure score at 30 to 100 mg/kg (Figure 1). In addition, gabapentin reduced the after-discharge duration at 100 mg/kg. Gabapentin improved (reduced) the seizure score at low doses even though these low doses exert little effect on the after discharge duration. These results suggest that gabapentin may prevent seizure generalization.

**Figure 1.    Effect of Gabapentin on Hippocampus-Kindled Rats**



This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028642

#### 5.1.1.4.    Effect of Gabapentin on Seizure in Genetically Susceptible Models

#### 5.1.1.4.1.    Audiogenic Seizure in Mice

Gabapentin was examined in mice with a genetic sensitivity to seizures induced by sound.
Gabapentin was administered orally to male DBA/2 mice (n = 5 to 10) at 1 to 30 mg/kg. A sound
stimulus (8 to 16 kHz, 100 dBA, 60 sec duration) was applied 120 minutes after dosing.
Gabapentin dose-dependently prevented the audiogenic seizure with an $ED_{50}$ value of 12.5 mg/kg.

#### 5.1.1.4.2.    Absence-like Seizure in Rats

Gabapentin was examined in Wistar rats with spontaneous absence-like seizures. Gabapentin was
administered IP to male Wistar rats (Genetic Absence Epilepsy Rats of Strabourg (GAERS),
n = 6). Electroencephalograms were recorded to evaluate the effect of gabapentin on absence-like
seizures. Gabapentin prolonged spike and wave duration and did not prevent the absence-like
seizure following the highest dose (100 mg/kg).

#### 5.1.1.4.3.    Tonic-Clonic Convulsion in Mongolian Gerbil

Anticonvulsants were given orally to male and female Mongolian gerbils (n = 15 to 24). Shaking
stimuli were applied to the gerbils at the peak time of anticonvulsant effect. Gabapentin prevented
tonic-clonic seizures, major clonic seizures, and minor plus major seizures (Table 5).

Table 5.    Effects of Gabapentin on Tonic-clonic Convulsion[a] in Mongolian Gerbil

| Anticonvulsant | $ED_{50}$ values (mg/kg)(95% confidence interval) |
| --- | --- |
| Gabapentin | 15.1  (8.3 to 21.9) |
| Phenytoin | 29.4  (26.5 to 32.1) |
| Carbamazepine | 11.8  (8.6 to 13.9) |
| Valproate | 231  (165 to 321) |
| Phenobarbital | 7.1  (5.4 to 8.5) |

[a]    Anticonvulsants were administered at the peak time of anticonvulsant effect (90, 120, 60, 30, and 120 minutes for
gabapentin, phenytoin, carbamazepine, valproate, and phenobarbital, respectively).

#### 5.1.2.    Photosensitive Epilepsy in Baboons

Gabapentin was administered IV to male (n = 2) and female (n = 1) baboons at 1 to 240 mg/kg.
Protective effect was tested for prevention of myoclonus induced by stroboscopic stimuli
(20 to 45Hz). Gabapentin had no effect on the myoclonic response from 15 to 360 minutes after
the dosing.

#### 5.1.3.    Mode of Action

#### 5.1.3.1.    GABAergic Systems

#### 5.1.3.1.1.    Glutamic Acid Decarboxylase Activity

Glutamic acid decarboxylase (GAD) is the primary synthetic enzyme for GABA. Gabapentin
enhanced GAD activity up to 45% and 78% at 1 and 2.5 mmol/L, respectively. However, the
concentrations of gabapentin required for the effect were greater than those expected to be

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the
study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third
parties without the prior written consent of Pfizer.

encountered during therapeutic use (Taylor et al., 1992). Therapeutic doses should neither affect GAD activity nor increase GABA contents.

### 5.1.3.1.2.    GABA-transaminase Activity

GABA-transaminase (GABA-T) is the primary metabolic enzyme for GABA. Gabapentin inhibited GABA-T activity only at high concentrations ($IC_{50}$ value approximately 6 mmol/L) in synaptosomes isolated from male SIV rat brain (n = 50) (Leach et al., 1997). Therefore, it is unlikely that gabapentin will affect GABA-T activity or GABA contents in brain at therapeutic doses.

### 5.1.3.1.3.    GABA Uptake

Whether gabapentin has acute effects on GABA uptake into neuronal cells was determined by incorporation of $^3$H-GABA into synaptosomes isolated from rabbit caudate nucleus. Gabapentin did not alter GABA uptake at 1 mmol/L.

### 5.1.3.2.    Effect of Gabapentin on Branched-chain Amino Acid Aminotransferase Activity

Branched-chain amino acid aminotransferase (BCAA-T) is the primary glutamate synthetic enzyme for BCAA (leucine, isoleucine, and valine). BCAA-T was partially purified from male Sprague-Dawley rat brain. Gabapentin inhibited BCAA-T activity up to 64% (p <0.05), but only at a concentration greater than that anticipated to be reached during therapeutic use (Goldlust et al., 1995). Therefore, gabapentin is unlikely to decrease glutamate content in brain at therapeutic doses.

### 5.1.3.3.    Effect of Gabapentin on Glutamate Dehydrogenase Activity

Gabapentin was examined for the effect on the oxidative deamination activity (degradation of glutamate) of glutamate dehydrogenase (GDH). GDH activity was measured in synaptosomes isolated from SD rat brain. At 5 to 10 mmol/L gabapentin, oxidative deamination activity was maximally increased. Half-maximum activity was obtained at 1.5 mmol/L of gabapentin (Goldlust et al., 1995). These observations occurred only at high concentrations, and therefore are unlikely to be relevant in clinical treatment.

### 5.1.4.    Effects of Gabapentin in Radioligand-binding Assays

Gabapentin was tested in a wide range of radioligand-binding assays. Gabapentin had no effect on the interaction with any receptors, channels and enzyme at 0.01 to 100 µmol/L (Table 6).

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Table 6.    Summary of Receptors, Channels and Enzymes Tested in Radioligand Binding Assay**

| | |
|---|---|
| Adenosine receptor (A1, A2) | Calcium channel[a] |
| Sodium channel | Opiates ($\mu$, $\delta$, $\kappa$) |
| Strychnine-sensitive glycine receptor | cAMP |
| GABA receptor | Acetylcholine receptor |
| (A, B, Benzodiazepine) | (Muscarnic m1,m2, Nicotinic) |
| Dopamine receptor D1, D2 | Adrenaline receptor ($\alpha_1$, $\alpha_2$, $\beta$) |
| Histamine receptor (H1) | Protein kinase C |
| Serotonin receptor (5-HT1,5-HT-2) | Sigma receptor |
| Glutamate receptor | Arachidonic metabolites |
| (Glutamate, Quisqualate, Kainate, NMDA and Strychnine-insensitive glycine) | Leukotriene $B_4$, $D_4$, Thromboxane $A_2$) |

[a]    $^3$H-Nitrenzipine and diltiazem (L-type calcium channel blocker) were used as radiolabeled ligands.

### 5.1.5.    Effect of Gabapentin on Calcium Channel

### 5.1.5.1.    Identification of Gabapentin-Binding Protein

Radiolabeled gabapentin was added to the solubilized membrane fraction of pig brain. The gabapentin binding protein was purified by several column filtration steps. The N-terminal amino acid sequence of gabapentin binding protein was identical to that of the $\alpha_2\delta$ subunit of calcium channels, with which gabapentin binds with high affinity ($K_D$ value = 13 nmol/L) (Gee et al., 1996). Therefore, the $\alpha_2\delta$ subunit of calcium channels was identified as the gabapentin binding protein.

### 5.1.5.2.    Effect of Gabapentin on Calcium$^{2+}$ Influx to Neuronal Cells

Gabapentin was tested for an effect on calcium influx to synaptosomes via calcium channels. A fluorescence probe (Fura-2) was loaded to synaptosomes from male Wistar rat brains (n = 4 to 14). $K^+$ (30 mmol/L)-induced an increase in $Ca^{2+}$ concentration in synaptosomes (using a spectrofluorimeter). Gabapentin dose-dependently reduced the increase of $Ca^{2+}$ concentration in synaptosomes ($IC_{50}$ = 14 $\mu$mol/L, Figure 2) (Fink et al., 2000).

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Figure 2.    Effect of Gabapentin on Calcium Influx in Neuronal Cells**



Data are expressed as mean ± SE.    * = p <0.05; ** = p <0.01

### 5.1.6.    Effect of Gabapentin on Neurotransmitter Release

Gabapentin was tested for the effect of $K^+$, substance-P and electrically induced neurotransmitter release from rat neocortical or striatal tissue slices.  Gabapentin reduced glutamate, aspartate, norepinephrine, and dopamine release from tissues in most conditions (Table 7) (Fink et al., 2000).

**Table 7.    Effect of Gabapentin on Neurotransmitter Release**

| Neurotransmitter | Stimuli | Tissue | Result (concentration) |
|---|---|---|---|
| Glutamate | $K^+$ (30 mmol/L) and Substance P (1 μmol/L) | Trigeminal nucleus | $EC_{50}$ value = 6.49 μmol/L |
| Aspartate | $K^+$ (50 mmol/L) | Neocortical slice | Decrease by 20% (p <0.05) at 100 μmol/L |
|  | $K^+$ (50 mmol/L) | Neocortical slice | Decrease by 20% (p <0.05) at 100 μmol/L |
| Norepinephrine | $K^+$ (25 mmol/L) | Neocortical slice | Decrease by 39% (p <0.001) at 100 μmol/L $IC_{50}$ value = 8.9 μmol/L |
|  | Electrostimulation (3Hz, 30 sec) | Neocortical slice | Decrease by 22% (p <0.05) at 100 μmol/L |
| Dopamine | $K^+$ (25 mmol/L) | Corpus striatum slice | No effect at 100 μmol/L |
|  | Electrostimulation (3Hz, 30 sec) | Corpus striatum slice | Decrease by 23% (p <0.05) at 100 μmol/L |

### 5.1.7.    General Pharmacology

Table 8 summarizes the in vitro and in vivo general pharmacology of gabapentin.

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Table 8.    General Pharmacology Tests of Gabapentin (Male Animals)**

| Organ system evaluated | Species Gender (n) | Route | Dose (mg/kg) | Noteworthy findings |
|---|---|---|---|---|
| **Gross behavior** | | | | |
| (Multidimensional observation method) | Male rat (Wistar) (n = 10) | PO | 32, 100, 320 | Ataxic gait, decrease in locomotor activity and prone or lateral posture at ≥100mg/kg |
| **Central Nervous System** | | | | |
| Spontaneous movement | Male mouse (ddy) (n = 10) | PO | 32, 100, 320 | Tendency to decline at 100 mg/kg Decline at 320 mg/kg |
| Hexobarbital-induced Sleeping time (80 mg/kg, IP) | Male mouse (ddy) (n = 10) | PO | 32, 100, 320 | Prolongation of sleeping time at ≥100mg/kg |
| Analgesic test (Acetic acid-induced writhing) | Male mouse (ddy) (n = 10) | PO | 32, 100, 320 | No effect |
| Body temperature (rectal temperature) | Male rabbit (J.W.) (n = 5) | PO | 32, 100, 320 | No effect |
| **Cardiovascular system** | | | | |
| EEG, heart rate, blood pressure, LVP, dp/dtmax, LVDP, cardiac output, blood flow | Anesthetized male dog (Beagle) (n= 6) | IV | 12.5, 50, 100, 200 | Moderate decrease in heart rate and blood pressure at 200 mg/kg |
| Isolated heart (Blood flow, LVP, dp/dtmax, Heart rate) | Male guinea pig (Hartley) (n = 3-4) | in vitro | $10^{-5}$, $10^{-4}$ (mol/L) | No effect |
| Isolated atrial (Contractile force, beating frequency) | Male guinea pig (Hartley) (n = 4) | in vitro | $10^{-7}$, $10^{-6}$, $10^{-5}$, $10^{-4}$ (mol/L) | No effect |
| **Autonomic nervous system and smooth muscle** | | | | |
| Isolated ileum | Male guinea pig (Hartley) (n = 5) | in vitro | $10^{-5}$, $10^{-4}$, $10^{-3}$ (g/mL) | No effect on contraction when given alone No effect on acetylcholine-, histamine- and barium chloride-induced contraction |
| Isolated vas deferens | Male rat (Wistar) (n = 5) | in vitro | $10^{-5}$, $10^{-4}$, $10^{-3}$ (g/mL) | No effect on contraction when administered alone No effect on noradrenaline–induced contraction |
| Isolated stomach fundus strip | Male rat (Wistar) (n = 5) | in vitro | $10^{-5}$, $10^{-4}$, $10^{-3}$ (g/mL) | No effect on contraction when administered alone No effect on serotonin–induced contraction |
| **Gastro-intestinal system** | | | | |
| Intestinal transit (Charcoal meal method) | Male mouse (n = 10) | PO | 32, 100, 320 | inhibited at ≥100 mg/kg |
| **Renal /Urinary system** | | | | |
| Urine volume, electrolytes ($Na^+$, $K^+$, $Cl^-$), Uric acid | Male Rat (Wistar) (n = 6) | PO | 3.2, 10, 32, 100, 320 | Decrease in $K^+$ excretion at ≥32 mg/kg |

**References**

Fink K, et al. Inhibition of neuronal $Ca^{+2}$ influx by gabapentin and subsequent reduction of neurotransmitter release from rat neocortical slices. Br J Pharmacol 2000;130:900-6.

Gee NS, et al. The Novel Anticonvulsant Drug, Gabapentin (Neurontin), Binds to the $\alpha 2\delta$ Subunits of a Calcium Channel. The J Bio Chem 1996;271(10):5768-76

Goldlust A, Su T, Welty DF, et al. Effects of anticonvulsant drug gabapentin on the enzymes in metabolic pathways of glutamate and GABA. Epilepsy Research 1995;22:1-11.

Leach JP, Sills GJ, Butler E, et al. Neurochemical actions of gabapentin in mouse brain. Epilepsy Res 1997;27:175-80.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Taylor CP, Vartanian MG, Andruszkiewicz R, et al. 3-Alkyl GABA and 3-Alkylglutamic acid analogues: two new classes of anticonvulsant agents. Epilepsy Res 1992;11:103-10.

### 5.2.    Pharmacokinetics and Product Metabolism in Animals

### 5.2.1.    Single Dosing

### 5.2.1.1.    Rat

Blood concentrations of radioactivity were determined following a single 50 mg/kg IV (n = 6) or oral (n = 7) administration of $^{14}$C-gabapentin to male SD rats.

$C_{max}$ of 16.4 μg eq/mL was observed 1.7 hours after dosing following oral administration. Oral bioavailability was 79%, suggesting gabapentin was well absorbed following oral administration (Table 9).

Table 9.    Pharmacokinetic Parameters in Male Rats Following Single 50 mg/kg IV and PO Doses of $^{14}$C-Gabapentin

| Route | $C_{max}$ (μg eq/mL) | $T_{max}$ (h) | $AUC_{0-\infty}$ (μg eq·h/mL) | $t_{1/2}$[a] (h) |
|---|---|---|---|---|
| IV | - | - | 92.4 | 1.7 |
| PO | 16.4 | 1.7 | 73.1 | 1.7 |

[a]    Harmonic mean.  Values of parameter represent mean of 6 or 7 animals

### 5.2.1.2.    Monkey

Two fasted male and female monkeys (cynomolgus, n = 2/gender) were given single oral and IV doses of 25 mg/kg $^{14}$C-gabapentin.  Concentrations of unchanged gabapentin in plasma and radioactivity in plasma and red blood cells were determined.

Oral bioavailability of gabapentin in monkeys was 40.1%.  Pharmacokinetic parameters derived from plasma radioactivity data were similar to those determined for unchanged drug.  Elimination of radioactivity from blood cells was similar to that from plasma with a $t_{1/2}$ value of 5.3 hours, indicating that gabapentin is not sequestered in red blood cells.  Table 10 summarizes the results of this study.

Table 10.    Pharmacokinetics in Monkeys Following Single 25 mg/kg Doses of $^{14}$C-Gabapentin

| | Plasma | | | | Unchanged/$^{14}$C | | RBC | |
|---|---|---|---|---|---|---|---|---|
| | Unchanged | | $^{14}$C | | | | $^{14}$C | |
| | PO | IV | PO | IV | PO | IV | PO | IV |
| $C_{max}$ (μg/mL) | 8.12 | - | 8.09 | - | 1.00 | - | 6.34 | - |
| $T_{max}$ (h) | 1.8 | - | 1.8 | - | 1.00 | - | 1.6 | - |
| $AUC_{0-24}$ (μg·h/mL) | 65.1 | 163 | 59.0 | 157 | 1.10 | 1.04 | 49.5 | 121 |
| $t_{1/2}$[a] (h) | 5.8 | 3.0 | 4.9 | 3.2 | 1.18 | 0.94 | 5.3 | 3.2 |

[a]    Harmonic mean.  Values of parameter represent mean of 2 males and 2 females

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028648

Neurontin (Gabapentin)        INVESTIGATOR'S BROCHURE        Page 16 of 95

### 5.2.2.    Repeated Dosing

#### 5.2.2.1.    Rats

Blood concentrations of radioactivity were determined following a single 100 mg/kg oral $^{14}C$-gabapentin dose to male and female rats (n = 6/gender).  Another group of rats (n = 6/gender) received 100 mg/kg gabapentin orally once daily for 27 days and a single 100 mg/kg $^{14}C$-gabapentin on Day 28.  Blood concentrations of radioactivity were determined following serial sampling on Day 28.

Blood concentration profiles following single and repeated administration was similar.  There were no gender effects or statistically significant differences between Day 1 and Day 28 $C_{max}$, $T_{max}$, and $AUC_{0-24}$ (Table 11).

**Table 11.    Mean Pharmacokinetic Parameters in Male and Female Rats Following Administration of 100 mg/kg of $^{14}C$-Gabapentin Orally on Days 1 or 28[a]**

| Day | Gender | $C_{max}$ (µg eq/mL) | $T_{max}$ (h) | $AUC_{0-24}$ (µg eq·h/mL) |
|---|---|---|---|---|
| 1 | M | 24.4 | 2.7 | 168.9 |
| 28 | | 25.5 | 2.7 | 159.3 |
| 1 | F | 23.1 | 2.2 | 146.5 |
| 28 | | 23.6 | 2.5 | 177.0 |

[a]    Unlabelled drug was administered on Days 1 through 27.  Values represent mean of n = 6

#### 5.2.2.2.    Toxicokinetics

Table 12 and Table 13 summarize the toxicokinetics of gabapentin in dogs and monkeys, respectively.

**Table 12.    Toxicokinetics After 14-Day Oral Administration in Dogs**

| Species, No. animals/group | Duration and route of administration | Dose (mg/kg/day) | Values | | | |
|---|---|---|---|---|---|---|
| | | | Gabapentin | | N-methylgabapentin | |
| | | | $C_{max}$ | $AUC_{0-24}$ | $C_{max}$ | $AUC_{0-24}$ |
| Beagle dogs, 2M+2F Males and females combined (n = 4) | 14 days, Gavage (solution in 0.5% MC) (satellite study) | 125 | 57.6 | 374 | 11.0 | 109 |
| | | 500 | 108 | 628 | 13.1 | 145 |
| | | 2000 | 197 | 1382 | 17.4 | 204 |

$C_{max}$ = µg/mL, $AUC_{0-24}$ = µg·h/mL

**Table 13.    Toxicokinetics of 14-Day and 52-Week Oral Studies in Monkeys[a]**

| Species, #animals/group | Duration and route of administration | Dose (mg/kg/day) | Values | | |
|---|---|---|---|---|---|
| | | | Plasma drug concentration at 2 h after dosing (µg/mL) | | |
| | | | 3 months | 6 months | 12 months |
| Cynomolgus monkeys, 4M+4F | 52 weeks, Gavage | 100 | 13.8/10.0 | 13.1/12.4 | 12.4/12.0 |
| | | 250 | 21.9/23.5 | 27.6/27.8 | 24.1/18.9 |
| | | 500 | 25.6/35.6 | 32.5/38.4 | 34.5/38.2 |
| | | | $C_{max}$ (µg/mL) | $AUC_{0-24}$ (µg·h/mL) | |
| Cynomolgus monkeys, 2M+2F | 14 days, Gavage (Satellite Study) | 100 | 12.9/17.0 | 125/120 | |
| | | 250 | 32.5/26.1 | 324/256 | |
| | | 500 | 41.0/39.0 | 393/298 | |

[a]    Male/Female

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

### 5.2.3.    Intestinal Absorption Mechanism

The intestinal absorption mechanism of gabapentin in rat jejunum was investigated using in situ perfusion and in vitro everted ring methods. A 70% to 75% decrease in intestinal permeability was observed when the concentration of gabapentin was increased (0.01 to 50 mmol/L) (Figure 3).

**Figure 3.   Effective Permeability of Gabapentin in Perfused Rat Intestine**



In the rat everted ring experiment, transport of L-phenylalanine was inhibited by gabapentin. Transport of gabapentin was significantly inhibited by L-phenylalanine and L-leucine, which are substrates for System L transporter, suggesting that System L is involved in the absorption of gabapentin (Table 14).

**Table 14.   Inhibition of L-Phenylalanine and Gabapentin Uptake in Rat Everted Intestinal Rings**

| Inhibitor | Uptake Rate Ratio[a] | |
|---|---|---|
|  | [3]H-L-Phe | [14]C-Gabapentin |
| 0.01 mmol/L, L-Phenylalanine  (L-Phe control) | 1.00 | ND |
| 5 mmol/L | 0.83 | ND |
| 50 mmol/L | 0.22 | 0.75* |
| 0.04 mmol/L, Gabapentin  (Gabapentin control) | ND | 1.00 |
| 5 mmol/L | ND | 0.89 |
| 50 mmol/L | 0.34 | 0.74* |
| 50 mmol/L, L-Leucine | 0.20 | 0.66* |

ND = Not Determined
[a]   Value represents mean uptake ratio to that of respective control
*   p <0.05 vs gabapentin control

### 5.2.4.    Distribution

### 5.2.4.1.    Rat

Male and female rats (Wistar, n = 2/gender/time point) were given single oral doses of 10 mg/kg [14]C-gabapentin and euthanized at 2, 4, or 12 hours. Some male rats were euthanatized at

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028650

120 hours after dosing. Concentrations of radioactivity in major tissues were determined by video densitometric analysis of autoradiograms.

Highest radioactivity at 2 hours after dosing was found in the pancreas, followed by the kidney, heart, thymus, adrenal, pituitary, liver, muscle, spleen, and blood (Table 15). High radioactivity was observed in the pancreas at 4 hours after dosing, but had declined by 50% at 6 hours. At 12 hours after dosing, radioactivity in all tissues including the pancreas had declined appreciably, but higher activity was observed in the lens. No detectable radioactivity remained in any tissue at 120 hours after dosing (male only), demonstrating that gabapentin radioequivalents are not sequestered in any tissue.

The distribution pattern of radioactivity was similar between male and female, suggesting there was no gender related difference in the distribution of $^{14}$C-gabapentin.

**Table 15.** **Tissue Concentration of Radioactivity in Rats Following a Single Oral 10 mg/kg Dose of $^{14}$C-Gabapentin**

| Tissue | Tissue Concentration of Radioactivity (µg eq/g) | | | | | |
|---|---|---|---|---|---|---|
| | Male | | | Female | | |
| | 2 h | 4 h | 12 h | 2 h | 4 h | 12 h |
| Adrenal | 6.61 | 3.19 | 0.10 | 5.83 | 1.76 | 0.09 |
| Blood | 5.89 | 2.72 | 0.09 | 5.23 | 1.64 | 0.08 |
| Brain | 4.26 | 2.33 | 0.08 | 4.29 | 1.53 | 0.07 |
| Brown fat | 4.57 | 2.15 | ND | 4.73 | 1.42 | ND |
| Harder's | 4.85 | 3.26 | 0.12 | 6.91 | 2.12 | 0.10 |
| Heart | 6.93 | 3.07 | 0.10 | 6.31 | 1.96 | 0.08 |
| Kidney | 19.0 | 9.55 | 0.20 | 14.8 | 6.19 | 0.14 |
| Lacrimal Gland | 5.19 | 5.47 | ND | 9.95 | 4.49 | ND |
| Lens | 2.70 | 3.67 | 2.10 | 3.11 | 2.21 | 1.45 |
| Liver | 6.36 | 3.26 | 0.14 | 5.35 | 1.77 | 0.10 |
| Lung | 5.56 | 2.72 | 0.10 | 4.78 | 1.49 | 0.09 |
| Lymph node | 5.83 | 2.60 | ND | 5.57 | 1.73 | ND |
| Marrow | 4.95 | 2.36 | ND | 4.04 | 1.26 | ND |
| Muscle | 6.33 | 2.73 | 0.09 | 5.58 | 1.79 | 0.08 |
| Pancreas | 32.8 | 18.5 | 0.19 | 27.5 | 9.76 | 0.16 |
| Pituitary | 6.38 | 3.10 | ND | 5.89 | 1.81 | ND |
| Salivary Gland | 5.65 | 2.60 | 0.09 | 5.40 | 1.64 | 0.08 |
| Spleen | 5.94 | 2.84 | 0.10 | 5.12 | 1.70 | 0.08 |
| Testis/Ovary | 4.69 | 2.10 | 0.09 | 5.76 | 1.97 | 0.10 |
| Thymus | 6.89 | 2.94 | ND | 6.93 | 1.89 | ND |
| Thyroid | 4.31 | 2.22 | 0.19 | 3.92 | 1.35 | 0.16 |

ND-No Data; not distinguishable from surrounding muscle or blood. Values represent mean of n = 2/gender/time point

### 5.2.4.2.  Monkey

Male and female monkeys (cynomolgus, n = 1/gender/time point) given single oral doses of 25 mg/kg of $^{14}$C-gabapentin and were euthanized at 4 or 10 hours. Concentrations of radioactivity in major tissues were determined by video densitometric analysis of autoradiograms.

Radioactivity at 4 hours after dosing was widely distributed in tissues (Table 16). Most tissues were approximately equivalent in activity to blood with the exception of the kidneys. Gray matter

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

was higher in activity than white matter and it appeared that activity in the hippocampus was slightly higher than other brain regions. Radioactivity in tissues declined at 10 hours after dosing, while relative distribution between tissues remained unchanged. There was no gender difference in gabapentin distribution. In the monkey, distribution of radioactivity to the pancreas was markedly reduced compared with that observed in the rodent.

**Table 16.   Tissue Concentration of Radioactivity in Monkeys Following a Single 25 mg/kg Oral Dose of $^{14}$C-Gabapentin**

| Tissue | Tissue Concentration of Radioactivity (µg eq/g) | | | |
|---|---|---|---|---|
| | Male | | Female | |
| | 4 h | 10 h | 4 h | 10h |
| Adrenal gland | 4.00 | 2.13 | 3.43 | 0.65 |
| Blood | 3.56 | 1.83 | 3.61 | 0.61 |
| Brain | 1.41 | 1.25 | 1.26 | 0.53 |
| Cerebellum | 1.35 | 1.48 | 1.44 | 0.67 |
| Gray matter | 1.87 | 1.66 | 1.74 | 0.82 |
| White matter | 0.94 | 1.00 | 1.03 | 0.44 |
| Heart | 4.42 | 2.67 | 4.37 | 1.28 |
| Kidney | 9.48 | 5.67 | 6.90 | 2.30 |
| Lens | 0.70 | 0.96 | 0.79 | 1.13 |
| Liver | 5.33 | 2.18 | 4.02 | 0.92 |
| Lung | 3.97 | 1.26 | 2.83 | 0.45 |
| Lymph node | 4.44 | 1.70 | 2.48 | 0.79 |
| Marrow | 2.31 | 0.92 | 1.96 | 0.34 |
| Muscle | 4.22 | 1.97 | 3.32 | 0.79 |
| Pancreas | 3.90 | 1.64 | 3.33 | 0.66 |
| Pituitary Gland | 2.25 | 1.88 | 2.86 | 0.93 |
| Salivary Gland | 3.44 | 2.05 | 2.93 | 0.75 |
| Spleen | 4.68 | 2.09 | 3.53 | 0.75 |
| Testis | 5.85 | 3.75 | -- | -- |
| Thymus | 4.16 | 2.09 | 3.39 | 0.80 |
| Thyroid | 1.60 | 0.70 | 1.35 | 0.35 |

Data represent n = 1/gender/timepoint

### 5.2.4.3.   Pregnant Rat

Pregnant female rats at approximately 19 days gestation were given single oral doses of 10 mg/kg $^{14}$C-gabapentin and were euthanized at 2, 4, 8, 12, or 24 hours. Concentrations of radioactivity in major tissues were determined by video densitometric analysis of autoradiograms.

Concentration of radioactivity in maternal tissues was in agreement with distribution patterns for non-pregnant rats. Concentration of radioactivity in most tissues peaked at 2 hours after dosing and most of the radioactivity in maternal and fetal tissues was excreted by 24 hours after dosing (Table 17). Radioactive concentrations in fetal tissues were higher than maternal blood levels, but declined substantially at 24 hours after dosing, suggesting that retention of gabapentin in fetal tissues is unlikely.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Table 17.  Tissue Concentration of Radioactivity in Pregnant Rats Following a Single 10 mg/kg Oral Dose of $^{14}$C-Gabapentin**

| Tissue | Tissue Concentration of Radioactivity (µg eq/g) | | | | |
|---|---|---|---|---|---|
| | 2 h | 4 h | 8 h | 12 h | 24 h |
| Adrenal Gland | 8.14 | 2.82 | 0.96 | 0.17 | BLQ |
| Blood | 6.04 | 2.42 | 0.78 | 0.12 | BLQ |
| Brain | 4.85 | 2.26 | 0.67 | 0.10 | BLQ |
| Brown Fat | 4.45 | 1.83 | 0.52 | 0.10 | BLQ |
| Harder's Gland | 8.68 | 3.53 | 1.22 | 0.20 | BLQ |
| Heart | 7.22 | 2.81 | 0.92 | 0.14 | BLQ |
| Kidney | 12.98 | 5.85 | 2.12 | 0.31 | BLQ |
| Lacrimal | 8.29 | 4.97 | 1.69 | 0.24 | BLQ |
| Exorbital | 8.73 | 6.56 | 2.39 | 0.28 | BLQ |
| Lens | -- | -- | 3.7 | 1.10 | 0.49 |
| Liver | 6.15 | 2.69 | 0.86 | 0.19 | BLQ |
| Lung | 6.05 | 2.40 | 0.73 | 0.12 | BLQ |
| Lymph Node | 5.96 | 2.59 | 0.83 | 0.15 | BLQ |
| Marrow | 4.71 | 1.93 | 0.55 | 0.14 | BLQ |
| Muscle | 6.12 | 2.53 | 0.80 | 0.14 | BLQ |
| Pancreas | 26.66 | 9.74 | 3.70 | 0.41 | BLQ |
| Pituitary Gland | 6.42 | 3.04 | 0.95 | 0.14 | BLQ |
| Salivary Gland | 5.20 | 2.35 | 0.77 | 0.14 | BLQ |
| Spleen | 6.16 | 2.40 | 0.80 | 0.14 | BLQ |
| Thymus | 6.64 | 2.64 | 0.87 | 0.15 | BLQ |
| Fetus | 17.78 | 8.70 | 2.81 | 0.37 | 0.06 |
| Fetal Brain | 14.10 | 7.51 | 2.56 | 0.33 | BLQ |
| Placenta | 11.66 | 5.59 | 1.88 | 0.24 | BLQ |
| Amniotic Fluid | -- | -- | -- | 0.84 | 0.44 |

BLQ = Below Level of Quantitation

### 5.2.4.4.    Concentration in CSF

Concentrations of radioactivity in plasma and cerebrospinal fluid (CSF) were determined at 6, 12, and 24 hours after dosing following a single IV administration of 25 mg/kg of $^{14}$C-gabapentin to 3 cynomolgus monkeys (2 males and 1 female).

Gabapentin concentration in CSF and plasma was quantifiable only at 6 and 12 hours. CSF/plasma ratios were very low (Table 18).

**Table 18.  Mean Ratios of CSF/Plasma Gabapentin Concentrations in Cynomolgus Monkeys Following Single IV Administration 25 mg/kg of $^{14}$C-Gabapentin**

| Time (h) | CSF Concentration (µg eq/mL) | Plasma Concentration (µg eq/mL) | CSF/Plasma Ratio (%) |
|---|---|---|---|
| 6 | 0.904 | 8.71 | 10.7 |
| 12 | 0.407 | 2.95 | 15.4 |

Data represent mean of n = 2 males and 1 female

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028653

### 5.2.4.5.    In Vitro Uptake in Pancreatic Slice

In vitro pancreatic uptake of gabapentin was assessed by determining gabapentin concentrations in rat, monkey, and human pancreatic slices and perfusion medium following perfusion of 10 $\mu$mol/L $^3$H-gabapentin at 37°C for 45 minutes.

The pancreas/medium concentration ratio in the rat was higher than that in the monkey and human (Table 19).

**Table 19.    Uptake of $^3$H-Gabapentin into Rat, Monkey, and Human Pancreatic Slices**

| Species | Pancreas/Medium Concentration Ratio |
|---------|-------------------------------------|
| Rat | 1.960 |
| Monkey | 0.125 |
| Human | 0.076 |

Values represent mean of 6 tissue slices

### 5.2.5.    Plasma Protein Binding

Plasma protein binding of gabapentin in rat, monkey, and human plasma was investigated using equilibrium dialysis.

In all samples, protein binding of gabapentin was <3%, based on assay limitations.  Protein binding was independent of gabapentin concentration in the range of 1.0 to 10.0 $\mu$g/mL.

### 5.2.6.    In Vivo Metabolite Identification

Urinary metabolite profiling was performed in mouse, dog, and monkey urine following oral administration of 50 mg/kg of $^{14}$C-gabapentin.

A N-methylated derivative of gabapentin (Metabolite I) was observed in dog urine.  Gabapentin was not appreciably metabolized in mouse and monkey (Figure 4).

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028654

**Figure 4.   Representative HPLC Chromatograms of Mouse, Dog, and Monkey Urine and Major Metabolite in Dogs**



#### 5.2.7.    Gabapentin Enzyme Induction Potential

Male rats (SD, n = 8) were dosed orally with 9.1 mg/kg of gabapentin daily for 5 days.  Body weight, liver weight, total microsomal protein, cytochrome P450, and enzyme activities were determined.  There was no effect of gabapentin on the parameters examined (Table 20).

**Table 20.   Effect of Repeated Administration of 9.1 mg/kg/day Gabapentin for 5 Days on the Rodent Hepatic Microsomal System**

| Group | Body Weight (g) | Liver Weight (g) | Total Protein (mg) | Cytochrome P450 (nmol/mg) | p-nitroanisole o-demethylase (nmol/mg/min) | NADP cytochrome C reductase (nmol/mg/min) | Norbenz-phetamine MI complex (nmol/mg/min) |
|---|---|---|---|---|---|---|---|
| Control | 153.8 | 7.88 | 31.9 | 0.58 | 0.45 | 111.1 | 0.013 |
| Gabapentin | 146.3 | 7.74 | 31.4 | 0.62 | 0.58 | 116.1 | 0.013 |

Values represent mean of 8 animals.

#### 5.2.8.    Excretion

#### 5.2.8.1.    Rat

Male rats (SD, n = 5) were given single oral doses of 50 mg/kg of $^{14}$C-gabapentin and urinary and fecal excretion of radioactivity up to 7 days after dosing was determined.

Urinary and fecal excretion of radioactivity up to 7 days after dosing was 67.5% and 29.8%, respectively.  Most radioactivity was excreted within 24 hours after dosing.

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028655

### 5.2.8.2.  Monkey

Male and female monkeys (cynomolgus, n = 2/gender) were given single IV and PO doses of 25 mg/kg of $^{14}$C-gabapentin.  Urinary and fecal excretion of radioactivity up to 96 hours after dosing was determined.

Following IV administration, urinary and fecal excretion of radioactivity up to 96 hours after dosing was 92.9% and 0.5%, respectively.  Following PO administration, urinary and fecal excretion of radioactivity up to 96 hours after dosing was 48.8% and 43.9%, respectively.  Total recovery of radioactivity was 92.7% of the dosed amount.

### 5.3.  Toxicology

Gabapentin has been assessed for acute toxicity in mice, rats, and monkeys, and for repeated-dose toxicity in mice, rats, dogs, and monkeys (Table 21).  Studies were performed to assess hyaline droplet formation in male rat kidneys.  Carcinogenic potential was assessed in mice and rats. Fertility and general reproductive effects of gabapentin were evaluated in rats; teratogenicity was evaluated in mice, rats, and rabbits; and a perinatal/postnatal study was conducted in rats. Potential genetic toxicity was assessed in vitro and in vivo.  These studies were conducted in accordance with Good Laboratory Practice regulations.  See Appendix 8.1 for detailed study result tables.

**Table 21.   List of Toxicology Studies**

| Study type | Route, period of administration and animal species | Dose (mg/kg/day) |
|---|---|---|
| | Oral in mice | 0, 5000 |
| | Intravenous in mice | 0, 2000 |
| | Oral in rats | 0, 5000 |
| Single-dose toxicity | Intravenous in rats | 0, 2000 |
| | Oral in 7-day aged rats | 0, 2000, 3000, 4000, 5000 |
| | Oral in 21-day aged rats | 0, 3000, 4000, 5000 |
| | Oral in monkeys | 0, 50, 100, 200, 300, 400, 500, 600, 700, 800, 900, 1000, 1100, 1250 |
| | Feed for 13 weeks in mice | 0, 100, 500, 1000, 1500, 2000 |
| | Feed for 13 weeks in rats | 0, 250, 1000, 2000, 3000 |
| Repeated-dose toxicity | Feed for 52 weeks in rats | 0, 250, 1000, 2000 |
| | Oral for 7 weeks in juvenile rats | 0, 500, 1000, 2000 |
| | Oral for 26 weeks in dogs | 0, 125, 500, 2000 |
| | Oral for 52 weeks in monkeys | 0, 100, 250, 500 |
| | Oral for fertility in rats | 0, 500, 1000, 2000 |
| | Oral for embryo-fetal development in mice | 0, 0, 500, 1000, 3000 |
| Reproductive toxicity | Oral for embryo-fetal development in rats | 0, 60, 300, 1500 |
| | Oral for embryo-fetal development in rabbits | 0, 60, 300, 1500 |
| | Oral for peri- and post-natal development in rats | 0, 500, 1000, 2000 |
| | Active systemic anaphylaxis in guinea pigs | PO: 30, 300, SC: 30, 150 |
| Antigenicity | Passive cutaneous anaphylaxis in guinea pigs | PO: 30, 300, SC: 30, 150 |
| | Passive cutaneous anaphylaxis in mice and rats | PO: 30, 300, SC: 30, 300 |
| | Microbial reverse mutation assay | 312.5 – 5000 μg/plate |
| Genotoxicity | Mammalian cell gene mutation assay | 6000 – 10000 μg/mL |
| | In vivo micronucleus assay in mice | 1250, 2500, 5000 mg/kg |
| | Feed for 102 weeks in mice | 0, 200, 600, 2000 |
| Carcinogenicity | Feed for 102 weeks in rats | 0, 250, 1000, 2000 |
| | Additionally feed for 102 weeks in male rats | 0, 2000 |

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

### 5.3.1.    Single-dose Toxicity

Gabapentin was well tolerated in adult and juvenile mice and rats.  No deaths occurred in mice given doses up to 5000 and 2000 mg/kg by the oral and intravenous administration, respectively. No deaths were seen in rats given single oral and IV doses of up to 5000 and 2000 mg/kg, respectively.  Deaths occurred in 7-day-old rats given oral doses between 2000 and 5000 mg/kg although the cause of death was determined as gavage error.  Clinical signs revealed ataxia and/or hypoactivity.  No signs of toxicity were noted in monkeys given gabapentin orally at up to 1250 mg/kg.  Table 22 summarizes the results of the single-dose toxicology studies.

**Table 22.    Results of Single-Dose Toxicity Studies of Gabapentin**

| Species, strain No. Animals/group, age | Duration and route of administration | Dose (mg/kg) | Major findings |
|---|---|---|---|
| Mice ($B_6C_3F_1$) 2F, 3M+3F, 7W | Single Oral | 0 5000 | No death occurred. Hypoactivity and diarrhea Approximate oral $LD_{50}$ is >5000 mg/kg. |
| Mice ($B_6C_3F_1$) 2F, 3M+3F, 7W | Single IV | 0 2000 | No death occurred. Hypoactivity Approximate IV $LD_{50}$ is >2000 mg/kg. |
| Rats (SD) 2F, 3M+3F, 7W | Single Oral | 0 5000 | No death occurred.  Hypoactivity, diarrhea, ataxia and urinary incontinence Approximate oral $LD_{50}$ is >5000 mg/kg. |
| Rats (SD) 2F, 3M+3F, 7W | Single IV | 0 2000 | No death occurred.  Hypoactivity, ataxia, and erythema at the injection site Approximate IV $LD_{50}$ is >2000 mg/kg. |
| Juvenile rats (SD) 10M+10F, 1W (7 days) | Single Oral | 0 2000 3000 4000 5000 | Death occurred at 2000 mg/kg (No dose-relationship, due to gavage error), Hypoactivity  Approximate oral $LD_{50}$ is >5000 mg/kg. |
| Juvenile rats (SD) 10M+10F, 3W (21D) | Single Oral | 0 3000 4000 5000 | No death occurred. Hypoactivity 3000 mg/kg, ataxia at 5000 mg/kg, soft feces and diarrhea 4000 mg/kg Approximate oral $LD_{50}$ is >5000 mg/kg. |
| Monkeys (Cynomolgus) 1M, 1F | Escalating oral dose Day 1; 50 mg/kg, Day 2; 100 mg/kg, Day 3-11; step-wise Daily increase of 100 mg/kg, Day 12-14; 1250 mg/kg Toxicokinetics Day 1 Day 8 Day 14 | 50 700 1250 | No abnormalities in clinical signs, body weights, food consumptions, electrocardiography, heart rates, ophthalmology, hematology and blood chemistry  Approximate oral $LD_{50}$ is >1250 mg/kg.  Plasma drug concentrations at 2 h after dosing (male/female, µg/mL) 7.4/4.4 14.2/25.0 25.8/30.4 |

### 5.3.2.    Repeated-Dose Toxicity

Multiple oral doses of gabapentin were well tolerated in mice, rats, dogs, and monkeys. Decreased body weight gain was observed in rats; hypoactivity, emesis, and salivation were noted in dogs and changes in fecal consistency were noted in all species except mice.  Increased kidney weights in male rats were reversible after treatment at 1000, 2000, and 3000 mg/kg for 13 weeks, but not after treatment at 2000 mg/kg for 52 weeks.  These increases correlated with the

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.