accumulation of hyaline droplets in renal proximal tubular epithelium and spontaneous glomerulonephrosis.

Hyaline droplets are commonly observed after administration of many compounds (Read et al., 1988), and are reported to be related to rat-specific alpha 2 micro-globulin accumulation (Swenberg et al., 1989). A special study of gabapentin utilizing electron microscopy and gel filtration chromatography indicated that the hyaline droplets contained alpha 2 micro-globulin, a male rat-specific, poorly hydrolyzed protein resorbed by proximal tubular epithelium.

Reversible increases in liver weights occurred in rats given 3000 mg/kg for 13 weeks. In a 52-week study, male rats given 2000 mg/kg had increased liver weights, which were still elevated after a 4-week withdrawal period. Hepatic centrilobular cytomegaly was observed at the end of treatment but not at 4 weeks after treatment. Reversible increases in liver weights were seen in dogs given 2000 mg/kg for 26 weeks. Two of 6 females given 2000 mg/kg had slight to moderate hydropic enlargement, which was slight in one dog after a 4-week withdrawal period. No pathologic findings were noted in mice after 13 weeks treatment with 2000 mg/kg, or in monkeys given up to 500 mg/kg for 52 weeks.

### 5.3.3.    Reproductive and Developmental Toxicity

In a fertility and general reproduction study in rats with dietary doses of gabapentin from 500 to 2000 mg/kg, no adverse effects were noted on fertility, precoital interval, pregnancy rate, gestation length, parturition, nesting/nursing behavior, or lactation. Parent weight gain was reduced during the treatment period at 1000 and 2000 mg/kg. Skeletal ossification of offspring was delayed at 2000 mg/kg, but subsequent development, growth, behavior, and fertility were not impaired.

No maternal toxicity or teratogenicity was observed in mice or rats given oral doses of gabapentin up to 3000 and 1500 mg/kg, respectively. Skeletal ossification was slightly delayed in mice at 1000 and 3000 mg/kg, but fetal body weights were not affected. Maternal toxicity was observed in rabbits given 1500 mg/kg on gestation Days 6 to 18, but no evidence of teratogenicity was observed.

In a perinatal/postnatal study in rats given doses up to 2000 mg/kg, male offspring had decreased body weight at 1000 and 2000 mg/kg at birth and/or postnatal Day 4, but body weights were comparable to control by postnatal Day 7. A dose-related increased incidence of hydroureter occurred for both sexes on postnatal Day 21. This incidence rate was diminished by postnatal Day 28, and cases of hydroureter were not observed at postnatal Week 10. Gabapentin did not produce any behavioral effects on the offspring.

### 5.3.4.    Antigenicity

The antigenicity of gabapentin was investigated with active systemic anaphylaxis (ASA) and homologous passive cutaneous anaphylaxis (PCA) tests in Hartley guinea pigs. In addition, a heterogeneous PCA test was conducted in mice (BALBc/C3H/He) and rats.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

In the ASA test, guinea pigs were given PO doses of 30 and 300 mg/kg of gabapentin, or received subcutaneous (SC) gabapentin at 30 and 150 mg/kg, which were emulsified in complete Freund's adjuvant (FCA). No systemic anaphylactic response was observed.

Sera collected from the guinea pigs sensitized with the same method mentioned above as the ASA test was employed in homogeneous PCA tests. None of the sera from these animals induced any positive PCA reaction in guinea pigs.

For heterologous PCA, mice were given PO doses of 30 and 300 mg/kg of gabapentin, or received IP doses of 30 and 300 mg/kg, which were emulsified with aluminum hydroxide gel. Sera collected from the mice after the final sensitization was used, and none of the sera induced any positive PCA reaction in rats.

These tests did not show any antigenic potential.

### 5.3.5.    Genotoxicity

The mutagenic potential of gabapentin was assessed with the microbial reverse mutation assays, mammalian cells gene mutation assay, and in vivo micronucleus assay.

The Ames test (plate method) was performed using histidine auxotrophic *Salmonella typhimurium* strains TA98, TA100, TA1535, TA1537, and TA1538 and *Escherichia coli* strain WP2uvrA. Gabapentin was not mutagenic in the assays at concentrations up to 5000 µg/plate with or without metabolic activation.

The gene mutation assay was performed using Chinese hamster ovary cells. Gabapentin was not cytotoxic, and did not induce structural chromosome aberrations at concentrations up to 10000 µg/mL.

Gabapentin, given by gavage to mice, did not increase the frequency of chromosome aberrations or micronuclei in bone marrow at doses up to 5000 mg/kg at 24 or 48 hours after dosing.

These studies do not indicate a genotoxic risk with gabapentin.

### 5.3.6.    Carcinogenicity

Gabapentin was not carcinogenic in mice or female rats given up to 2000 mg/kg for 104 weeks. A dose-related increase in pancreatic acinar cell tumors (18/50 at the high dose, 11/50 in the mid dose, and 7/50 in both the low dose and control groups) occurred in male rats. The incidence of these pancreatic acinar cell tumors was not different from concurrent and historical control incidences except at the highest dose, 2000 mg/kg. The biologic characteristics of these pancreatic acinar cell tumors were different from neoplasia elicited by frank pancreatic carcinogens; they were not invasive, did not metastasize, were not seen until week 85, had no effect on survival, and occurred without an increase in acinar cell hyperplasia. Also, the tumor type was different from the ductular histotype predominant in human pathology. There were no other increases in tumor incidence of any type in these male rats, and the overall tumor incidence was similar to controls. Similar pancreatic acinar cell tumors develop in male rats given natural products/feed such as trypsin inhibitors (TIs) or trophic factors such as cholecystokinin (CCK) or

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

pentagastrin, due to overstimulation of cellular proliferation by endogenous CCK. This process represents an altered physiologic rather than a direct carcinogenic process. Therefore, the increased incidence of pancreatic acinar cell tumors could represent an exacerbation of spontaneous tumor incidence mediated by indirect mechanisms stimulating cell proliferation. In fact, gabapentin had no effects on the TIs.

The biologic characteristics of these tumors were similar to those in controls and were unlike those induced by the pancreatic carcinogen and genotoxic agent azaserine. Thus, neither K-ras point mutation nor p53 missenses, which are commonly seen in human pancreatic tumors, were seen in the tumors obtained in the additional study. The increase observed could be considered an exacerbation of spontaneous tumors in male Wistar rats related to the peculiar disposition of the drug in rodent pancreas.

Given the lack of metabolic transformation, lack of genotoxicity, and lack of tumorigenicity in mice and female rats, the low-grade nature of the tumorigenic response in male rats, and the separation between therapeutic drug concentration and that at 2000 mg/kg in male rats, the carcinogenic risk of gabapentin in humans is low.

### References

Read NG, Astbury PJ, Morgan RJI, et al. Induction and exacerbation of hyaline droplet formation in the proximal tubular cells of the kidneys from male rats receiving a variety of pharmacological agents. Toxicol 1988;52:81-101.

Swenberg JA, Short B, Borghoff S, et al. The comparative pathobiology of alpha2microglobulin nephropathy. Toxicol Appl Pharmacol 1989;97:35-46.

### 6.    EFFECTS IN HUMANS

A summary of clinical information of gabapentin can be found in the product label. The clinical information presented in this section is in addition to the information found in the product label. The studies conducted in Japan are provided in Table 23.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028660

**Table 23.  List of the Clinical Studies in Japan**

| Type of Study | No. of Subjects[a] | Eligibility | Dose and Administration (mg) and treatment period | Protocol No. |
|---|---|---|---|---|
| **Phase 1** | | | | |
| Single-dose | Gabapentin: 19 Placebo: 7 | Healthy adult males | Gabapentin 200 to 1200 mg, and placebo | 945-01J |
| Multiple-dose | Gabapentin: 6 Placebo: 2 | Healthy adult males | Gabapentin 1800 mg, and placebo for 6 days | 945-02J |
| Single-dose | Gabapentin: 6 Placebo: 2 | Healthy adult males | Gabapentin 1500 to 1800 mg, and placebo | 945-03J |
| Multiple-dose | Gabapentin: 6 Placebo: 2 | Healthy adult males | Gabapentin 2400 mg, and placebo for 6 days | 945-06J |
| Multiple Dose | Gabapentin: 8[b] Placebo: 3 | Healthy adult males | Gabapentin 3600 mg/day, and placebo for 6 days | 945-10J |
| Open, single-dose crossover bioequivalence | Gabapentin : 10 for all treatment groups | Healthy adult males | 200 mg (Cap or Tab) 300 mg (Cap or Tab) 200 mg (Tab) x 3 or 300 mg (Tab) x 2 200 mg (Tab) x 2 or 400 mg (Tab) | 945-07J |
| Open, single-dose, randomized, 2-way crossover bioequivalence and food effect | 20 | Healthy adult males | 400 mg (Marketed Tab) 400 mg (Research Tab) single oral dose(at fasting/after meal) | A9451032 |
| **Phase 2** | | | | |
| Open | 59 | Intractable epilepsy subjects with partial seizures | Gabapentin 600 to 1800 mg/day dose titration period:max. 12w maintenance dose period:12w (min. 4 w) Dose reduction period:1w~6w | 945-04J |
| **Phase 3** | | | | |
| Blinded | 209 | Subjects with AED resistant partial seizures | Gabapentin 1200 or 1800 mg/day or placebo in addition to their AED treatments for 12 weeks | 945-08J |
| **Long-term** | | | | |
| Long-term | 27 | Subjects with AED resistant partial seizures | Gabapentin 600~1800 mg/day | 945-05J |
| Long-term | 185 | Subjects with AED resistant partial seizures | Gabapentin 600~2400 mg/day | 945-09J |

AED = antiepileptic drug
[a]  The number of subjects who received study drug
[b]  Completed study period

In single-dose studies (Protocols 945-01J and 945-03J), gabapentin was given in the fed and fasted (10-hour fast) condition to healthy adult males.  For fasted dosing, in each group of 8 subjects, 6 subjects were given 200, 400, 600, 800, 1000, 1200, 1500, or 1800 mg, and 2 were given placebo in a parallel group design.  For fed dosing, in each group of 8 subjects, 6 subjects were given 400 mg, and 2 were given placebo.

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

In multiple-dose studies (Protocols 945-02J and 945-06J), on study Day 1, a single dose of 600 or 800 mg was given to healthy adult males, in an open-label, parallel group, study design. From study Day 3 on, 1800 or 2400 mg (3 divided doses) was given for 6 days (on the final day, only the morning administration was given). Of the 8 subjects in each group, 2 were given placebo. Also, a survey was conducted 24 hours after completion of multiple dosing with 1800 and 2400 mg/day of gabapentin, as well as at the end-of-study examinations, in order to assess symptoms following discontinuation of gabapentin.

In Protocol 945-10J during the single-dose phase of the study, a 1200 mg dose of gabapentin was administered orally under fasting conditions. After a 2-day washout period, multiple-doses of gabapentin (3600 mg/day, 1200 mg tablets TID) were given, which lasted through the morning of the sixth day of dosing.

In addition, to evaluate the bioequivalence between gabapentin marketed tablet that is to be marketed and the research tablet (current tablet) that has been used in domestic studies and the effects of food on the pharmacokinetics of Gabapentin New Tablet was studied by means of a crossover method in adult healthy male subjects. Protocol 945-04J was a Phase 2 study conducted to evaluate the safety and efficacy of the concomitant use of 600 to 1800 mg/day of gabapentin with other antiepileptic drugs in patients with intractable epilepsy for whom drug therapy with existing antiepileptic drugs had not afforded adequate epileptic seizure control, and to investigate the appropriateness of the efficacy endpoints. In addition, blood concentrations of gabapentin and the concomitantly used antiepileptic drugs were measured, and the relationship between the blood concentration and the efficacy of gabapentin and drug interactions was investigated.

In addition, a Phase 3 study (945-08J) was conducted to evaluate the efficacy and safety of 1200 and 1800 mg/day of gabapentin compared with placebo as add-on therapy in the treatment of subjects with AED-resistant partial seizures.

Protocol 945-05J and Protocol 945-09J were 2 long-term studies conducted to evaluate safety and efficacy as an add-on therapy in the treatment of subjects with AED-resistant partial seizures. Protocol 945-05J evaluated of 600 to 1800 mg/day doses of gabapentin in the treatment of subjects from Protocol 945-04J. Protocol 945-09J evaluated 600 to 1800 mg/day doses of gabapentin in the treatment of subjects from Protocol 945-08J.

## 6.1. Pharmacokinetics and Product Metabolism in Humans

### 6.1.1. Inhibitory Effect on Isoforms of Human Cytochrome P450

The ability of gabapentin at 40, 200, and 1000 μmol/L to inhibit cytochrome P450 enzymes (CYP1A2, CYP2A6, CYP2C9, CYP2C19, CYP2D6, CYP2E1, and CYP3A4) was investigated using isoform selective marker substrates.

A slight degree of inhibition (14% to 30%) at 1000 μmol/L of a single isoform, CYP2A6, was observed. (This is approximately 15 times of the $C_{max}$ for steady-state of gabapentin at 3600 mg/day, given in 3 divided doses, in Japanese healthy subjects). No evidence of inhibition was observed with any of the other cytochrome P450 isoforms tested.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**6.1.2.    Studies Conducted in Japan**

**6.1.2.1.    Single-Dose Studies (Fasted Administration) (945-01J, 945-03J)**

Gabapentin was rapidly absorbed through the gastrointestinal tract; the maximum blood concentration was reached approximately 3 hours after dosing, and it was eliminated from plasma with a half-life of 6 to 8 hours (Figure 5).

The AUC and $C_{max}$ increased with increasing dose.  The $T_{max}$, half-life, and CLr were all constant, irrespective of the dose.  No significant differences were seen in the pharmacokinetic parameters following the administration of 1500 and 1800 mg to the same subjects, suggesting that absorption of gabapentin was nonlinear (Table 24).

**Figure 5.    Mean Plasma Gabapentin Concentrations in Fasted Japanese Subjects given Single Doses**



**Table 24.    Mean Gabapentin Pharmacokinetic Parameters (Single-Dose, Fasted Administration) in Japanese Subjects**

| Dose (mg) | $C_{max}$ (µg/mL) | $T_{max}$ (h) | $t_{1/2}$ (h) | $AUC_{0-\infty}$ (µg·h/mL) | CLr (mL/min) | Ae (%) |
|---|---|---|---|---|---|---|
| 200 | 2.52 | 3.0 | 6.47 | 22.8 | 102 | 70.1 |
| 400 | 3.05 | 3.1 | 6.67 | 28.0 | 100 | 42.1 |
| 600 | 4.36 | 3.0 | 6.13 | 44.5 | 104 | 46.4 |
| 800 | 5.30 | 3.3 | 6.99 | 53.0 | 106 | 41.2 |
| 1000 | 5.21 | 3.2 | 8.62 | 51.4 | 105 | 32.0 |
| 1200 | 5.95 | 2.8 | 6.65 | 58.4 | 105 | 30.5 |
| 1500 | 8.23 | 2.3 | 7.10 | 84.0 | 106 | 35.1 |
| 1800 | 8.01 | 2.7 | 7.17 | 80.4 | 100 | 26.4 |

**6.1.2.2.    Single-Dose Studies (Fed Administration) (945-01J)**

The effect of food on the pharmacokinetics of gabapentin was evaluated by administering 400 mg of gabapentin shortly after intake of food; pharmacokinetic parameters in the fed condition

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028663

compared with fasted administration were similar, indicating that gabapentin can be administered with or without food (Figure 6, Table 25).

**Figure 6.    Mean Plasma Gabapentin Concentrations after Single Doses of Gabapentin (Fed vs Fasted Condition) in Japanese Subjects**



**Table 25.    Mean Gabapentin Pharmacokinetic Parameters (Single-Dose, Food Effect Study) in Japanese Subjects**

| Condition | $C_{max}$ ($\mu$g/mL) | $T_{max}$ (h) | $t_{1/2}$ (h) | $AUC_{0-\infty}$ ($\mu$g·h/mL) | CLr (mL/min) |
|---|---|---|---|---|---|
| Fasted | 3.05 | 3.1 | 6.67 | 28.05 | 99.96 |
| Fed | 2.99 | 2.8 | 5.51 | 28.39 | 112.59 |
| Fed/Fasted | 0.98 | 0.90 | 0.83 | 1.01 | 1.13 |

### 6.1.2.3.    Multiple Dosing

### 6.1.2.3.1.    Protocols 945-02J, 945-06J

Following multiple oral doses in Japanese healthy subjects, gabapentin reached a steady state on treatment day 2 with an accumulation factor of 1.5 to 1.6 (based on $C_{max}$ values). This is consistent with the dosing regimen and with gabapentin's elimination half-life (Table 26).

**Table 26.    Mean Gabapentin Pharmacokinetic Parameters after Multiple Dosing**

|  |  | $C_{max}$ ($\mu$g/mL) | $T_{max}$ (h) | $t_{1/2}$ (h) | $AUC_{0-\infty}$ ($\mu$g·h/mL) | CLr (mL/min) | Ae (%) |
|---|---|---|---|---|---|---|---|
| Single Dose | 600 mg | 5.64 | 3.83 | 7.02 | 58.96 | 100.78 | 57.6 |
|  | 800 mg | 6.01 | 3.83 | 10.21 | 64.02 | 101.42 | 47.4 |
| Multiple Dose | 1800 mg/day | 8.29 | 3.17 | 5.38 | 55.51[a] | 112.23 | 57.4 |
|  | 2400 mg/day | 9.83 | 3.08 | 5.87 | 63.06[a] | 109.73 | 58.0 |

[a]    The value is obtained by extrapolating the terminal elimination phase from the concentration just before the last dosing time to exclude the AUC derived from dosing until second to last dosing.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

#### 6.1.2.3.2. Protocol 945-10J

By Day 2 of the multiple-dose phase in Protocol 945-10J in Japanese healthy subjects, the urinary excretion rate was nearly constant, indicating that steady state had been achieved. The accumulation index derived from the AUC was 1.694, indicating that accumulation was not greater than expected. $AUC_{tss}$ was consistent with single-dose AUC and indicated that gabapentin had a linear kinetic profile at the 3600 mg/day (1200 mg TID) dose (Table 27).

**Table 27.  Summary of Gabapentin Pharmacokinetic Parameter**

|  | AUC ($\mu g \cdot h/mL$) | $AUC_{tss}$ ($\mu g \cdot h/mL$) | $C_{max}$ ($\mu g/mL$) | $T_{max}$ (h) | $t_{1/2}$ (h) | Ae (%) | CLr (mL/min) | $R_{ee}$ |
|---|---|---|---|---|---|---|---|---|
| Single dose | 66.235 | - | 7.590 | 2.6 | 5.73 | 34.2 | 104.3 | - |
| Multiple dose (Day 6) | - | 64.311 | 10.689 | 2.4 | 7.95 | 32.2 | 108.6 | 1.694 |

AUC, $AUC_{tss}$, $C_{max}$, $R_{ee}$: geometric mean, other parameter: arithmetic mean
N = 8

#### 6.1.2.4.    Bioequivalence (945-07J)

In the bioequivalence study, the 90% confidence interval of the $AUC_{0-48}$ and $C_{max}$ geometric mean ratios between the capsule formulation and the tablet formulation, and between the tablet formulations with different dose strengths, was between 80 and 125% at each step. Based on these findings, it was concluded that the formulations are bioequivalent.

#### 6.1.2.5.    Interaction with Antiepileptic Agents (945-04J)

Drug-drug interactions were investigated in patients who participated in the Japanese Phase 2 study. Blood concentrations of the concomitantly used AEDs did not vary from the predosing observation period at any point during gabapentin dosing, and no statistically significant differences from predosing concentrations were observed at any time point (paired t-test). Thus, it was concluded that gabapentin did not affect the blood concentrations of the concomitantly used AEDs (Table 28).

**Table 28.  Changes of Blood Concentration of Concomitant AEDs in Japanese Subjects**

|  | Predosing observation period | Maintenance-Dose Period (weeks) | | |
|---|---|---|---|---|
|  |  | 4 | 8 | 12 |
| Phenobarbital | 16.9±6.9 16 | 18.3±5.25 11 | 16.5±5.7 11 | 14.9±4.93 7 |
| Primidone | 8.25±0.64 2 | 9.90±2.26 2 | 17.7±15.1 2 | 19.00 1 |
| Phenytoin | 15±7 33 | 15.5±7.57 26 | 14.66±8.23 22 | 14.8±8.38 19 |
| Carbamazepine | 8.66±3.05 37 | 8.78±3.53 30 | 9.32±3.02 27 | 8.70±3.71 22 |
| Valproate | 60.4±17.2 10 | 60.0±14 8 | 58±10.8 5 | 53.77±14.5 3 |
| Zonisamide | 16.7±10.3 21 | 16.4±11.6 17 | 16.5±10.4 18 | 16.25±11.60 16 |
| Clonazepam | 22.0±3.52 3 | 15.3±11 3 | 16.4±7.47 4 | 28.60 1 |

Upper value: mean ± SD ($\mu g/mL$) except for clonazepam (ng/mL)
Lower value: Number of subjects

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028665

### 6.1.3.     Studies Conducted Outside of Japan

#### 6.1.3.1.     Dose-Proportionality

Protocol 945-190-0 was designed to characterize the steady state dose-proportionality of gabapentin at doses up to 4800 mg/day. Subjects were given oral gabapentin doses of 1200, 2400, 3600, and 4800 mg/day. Multiple doses (q8h) of gabapentin were given on Days 1, 2, 8, 9, 15, 16, 22, and 23 of the study and single doses of gabapentin were given on Days 3, 10, 17, and 24 of the study according to a nonblind, multiple-dose, dose escalation, dose-proportionality, 4-way crossover study design. For each dose, steady state was assessed by drawing blood samples prior to the second and third day's morning dose. Serial blood samples were collected for 48 hours and urine for 8 hours following the last dose at each dose. Escalation to the next dose was contingent upon the absence of significant adverse events at lower doses. Fourteen healthy subjects (6 males/8 females) were enrolled in the study, all of whom received treatment with gabapentin.

Steady-state was achieved within 24 to 48 hours following initiation of each multiple dose treatment. Mean elimination half-life (t½) values ranged from 10 to 15 hours. Mean plasma gabapentin concentration-time profiles and mean $C_{max}$ and $AUC_{0-8}$ values increased with increasing dose; however, the increase was less than dose proportional (Table 29). These results are consistent with a carrier-mediated transport system involved in the absorption of gabapentin (Stewart et al., 1993). Based on urinary excretion data, the absolute bioavailability of gabapentin following daily doses of 1200, 2400, 3600, and 4800 mg/day averaged 47%, 34%, 33%, and 27%, respectively.

**Table 29.   Phamacokinetic Values in Subjects (Protocol 945-190-0)**

| Dose (mg/day) | Mean | |
|---|---|---|
| | $C_{max}$ (µg/mL) | $AUC_{0-8}$ (µg·h/mL) |
| 1200 | 5.43 | 32.8 |
| 2400 | 8.37 | 49.7 |
| 3600 | 11.6 | 69.5 |
| 4800 | 11.9 | 75.1 |

Mean = antilog back-transformed value x daily dose of least-squares mean of log-transformed dose-normalized values.

The relationship between amount of drug excreted into urine during 1 dosing interval (Ae) and daily dose was consistent with that for $C_{max}$ and $AUC_{0-8}$ parameters. Mean Ae values increased with increasing dose; however, the increase was less than proportional to dose. Time of peak plasma gabapentin concentrations ($T_{max}$) were similar among treatment groups and averaged between 1.6 to 2.3 hours. Mean $T_{max}$ parameter values were independent of daily dose. Mean elimination half-life values of 10.8, 10.6, and 10.0 hours were similar at the 1200, 2400, and 3600 mg/day doses, respectively, but slightly higher (15.0 hours) at 4800 mg/day.

#### 6.1.3.2.     Effect of Age (945-40-0)

The pharmacokinetics of gabapentin were evaluated following a single oral dose of 400 mg gabapentin to 36 healthy adults organized into age groups by decade (3 males and females per age category).

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

The $AUC_{0-\infty}$ for gabapentin increased with age, while the apparent oral clearance (CL/F) and apparent elimination rate constants ($\lambda z$) decreased (Figure 7, Table 30). The renal clearance (CLr) for gabapentin was correlated with the creatinine clearance (CLcr), indicating that the pharmacokinetics of gabapentin are affected by age-related alterations in renal function. Thus, reduction of gabapentin dosage may be required in patients with reduced renal function.

**Figure 7.    Mean Plasma Gabapentin Concentrations Following Single Oral Dose in 6 Age Groups of Healthy Subjects**



**Table 30.    Mean Gabapentin Pharmacokinetic Parameters after Single Dose of Gabapentin to Various Aged Subjects**

| Parameter | Age Group | | | | | |
|---|---|---|---|---|---|---|
| | 20-29 | 30-39 | 40-49 | 50-59 | 60-69 | 70-80 |
| $C_{max}$ (µg/mL) | 3.41 | 4.60 | 4.30 | 4.49 | 3.72 | 4.49 |
| $T_{max}$ (h) | 3.2 | 3.8 | 4.0 | 3.0 | 3.0 | 3.5 |
| $\lambda z$ (h$^{-1}$) | 0.133 | 0.136 | 0.147 | 0.115 | 0.0965 | 0.109 |
| $t_{1/2}$ (h) | 5.2 | 5.1 | 4.7 | 6.0 | 7.2 | 6.3 |
| $AUC_{0-\infty}$ (µg·h/mL) | 30.2 | 43.2 | 41.8 | 46.3 | 43.7 | 56.1 |
| Ae (%) | 49.2 | 69.0 | 55.2 | 54.2 | 46.8 | 60.8 |
| CL/F (mL/min) | 227 | 156 | 167 | 155 | 178 | 124 |
| CLr (mL/min) | 111 | 106 | 88.5 | 79.7 | 78.5 | 74.3 |
| CLcr (mL/min) | 98.4 | 90.1 | 93.5 | 78.3 | 74.3 | 64.8 |

$t_{1/2}$ = Harmonic mean

### 6.1.3.3.    Pharmacokinetics in Subjects with Various Degrees of Renal Function (945-38-0)

Protocol 945-38-0 is representative of 3 studies designed to evaluate the pharmacokinetics of gabapentin in subjects with renal impairment. The results were similar for all 3 studies.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Neurontin (Gabapentin)        INVESTIGATOR'S BROCHURE              Page 35 of 95

The pharmacokinetics of gabapentin were evaluated following single oral doses of 400 mg to
20 subjects (19 to 74 years of age) with various degrees of renal function. The extent of renal
function was classified on the basis of the creatinine clearance values, and subjects were assigned
to 3 groups depending on their creatinine clearance, >60 mL/min, 30 to 60 mL/min, <30 mL/min.
The renal clearance (CLr) for gabapentin showed a linear correlation to creatinine clearance
(CLcr). Impaired renal function resulted in higher plasma gabapentin concentrations, longer $t_{1/2}$,
and greater AUC (Figure 8, Table 31). Thus, gabapentin dosage in subjects with renal
dysfunction should be lowered according to their endogenous creatinine clearance.

**Figure 8.   Mean Plasma Gabapentin Concentrations Following Single Oral Doses in
Subjects with Various Degrees of Renal Function**



**Table 31.   Mean Pharmacokinetic Parameters after Single Doses of Gabapentin to Subjects
with Various Degree of Renal Function**

| Parameter | CLcr | | |
| --- | --- | --- | --- |
| | >60 mL/min (n = 6) | 30-60 mL/min (n = 6) | <30 mL/min (n = 8) |
| CLcr (mL/min) | 89.1 | 52.7 | 14.0 |
| $C_{max}$ (µg/mL) | 3.17 | 3.52 | 4.93 |
| $T_{max}$ (h) | 4.5 | 5.1 | 7.1 |
| $\lambda z$ ($h^{-1}$) | 0.107 | 0.0541 | 0.0133 |
| $t_{1/2}$ (h) | 6.5 | 12.8 | 52.0 |
| $AUC_{0-\infty}$ (µg·h/mL) | 37.8 | 73.5 | 551 |
| Ae (%) | 43.0 | 33.7 | 33.8 |
| CL/F (mL/min) | 194 | 97.3 | 22.2 |
| CLr (mL/min) | 81.7 | 44.7 | 9.0 |

$t_{1/2}$ = Harmonic mean

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the
study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third
parties without the prior written consent of Pfizer.

#### 6.1.3.4.    Drug Interactions

##### 6.1.3.4.1.    With Other Antiepileptics (945-01, 945-45-0, 945-44-0, 945-7-0)

The drug interaction between gabapentin and phenytoin, valproic acid, carbamazepine, and
phenobarbital was studied in healthy subjects and epileptic subjects. Concomitant use of
gabapentin did not affect the plasma concentration of any of these drugs (Table 32).

**Table 32.    Mean Plasma Concentrations of Various Anti-epileptic Drugs after Concomitant
Gabapentin Administration to Subjects**

| | | Concomitant Medication/Subject Type/n/Gabapentin (mg/day) | | | |
| | | Phenytoin Patient N = 8 1200 | Carbamazepine Patient N = 12 1200 | Valproic Acid Patient N = 14 1200 | Phenobarbital Healthy Subject N = 14 900 |
|---|---|---|---|---|---|
| Gabapentin (-) | Total | 17.6 µg/mL | Total 7.87 µg/mL | 81.2 µg/mL | 15.1 µg/mL |
| | Free | 1.57 µg/mL | Epoxide 1.65 µg/mL | - | - |
| Gabapentin (+) | Total | 16.4 µg/mL | Total 7.26 µg/mL | 82.4 µg/mL | 13.9 µg/mL |
| | Free | 1.43 µg/mL | Epoxide 1.44 µg/mL | - | - |

- = without gabapentin, + : with gabapentin

The effect of various AEDs on the steady-state pharmacokinetics of gabapentin (1200 mg/day)
was studied. The pharmacokinetics of gabapentin were not found to be affected by the
concomitant use of such AEDs (Table 33).

**Table 33.    Concomitant AEDs Effect on Mean Plasma Gabapentin Concentrations**

| | Concomitant Drug/Subject Type | | | |
|---|---|---|---|---|
| Subject | None Healthy Subject | Phenytoin Patient | Carbamazepine Patient | Valproic Acid Patient |
| No. of Subjects | 11 | 8 | 12 | 14 |
| $C_{max}$ (µg/mL) | 5.50 | 6.34 | 5.43 | 5.81 |
| $T_{max}$ (h) | 2.1 | 1.9 | 3.2 | 2.5 |
| $t_{1/2}$ (h) | 6.1 | 6.0 | 6.2 | 6.8 |
| $AUC_{0-\infty}$ (µg·h/mL) | 33.3 | 42.3 | 36.4 | 36.5 |

$t_{1/2}$ = Harmonic mean

##### 6.1.3.4.2.    Effect on Antipyrine (945-3-0)

Twelve healthy males (18 to 39 years of age) received 1200 mg/day of gabapentin or 300 mg/day
phenytoin (in 3 divided doses) for 2 weeks in a double-blind study. The pharmacokinetics of
antipyrine were evaluated after single-dose administration of 600 mg of antipyrine 2 weeks before
dosing, the day after final dosing, and 2 weeks later. The results suggested that gabapentin did not
affect the pharmacokinetics of antipyrine.

##### 6.1.3.4.3.    Effect of Probenecid on Gabapentin Pharmacokinetics (945-048-0)

In order to investigate the effect of probenecid on the pharmacokinetics of gabapentin, 12 healthy
subjects (19 to 60 years of age) were given a single dose of 200 mg of gabapentin 1 hour after the

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the
study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third
parties without the prior written consent of Pfizer.

administration of 1000 mg probenecid or placebo (n = 6/group) in a crossover study. The results suggested that the renal excretion of gabapentin was unaffected by probenecid.

#### 6.1.3.4.4.    Effect of Maalox® on Gabapentin Pharmacokinetics (945-047-0)

To assess the effect on gabapentin pharmacokinetics, plasma and urine gabapentin concentration were measured after single-dose administration of 400 mg gabapentin given with either concomitant 30 mL Maalox® or 2 hours before or after Maalox® dosing in a crossover study with 16 healthy adults (31 to 59 years of age). Concomitant Maalox® use resulted in slightly lower gabapentin bioavailability, but this was not considered to be of clinical significance (Table 34).

**Table 34.   Mean Gabapentin Pharmacokinetic Parameters following Administration of Gabapentin Alone, Simultaneously with Maalox, 2 Hours Before Maalox®, or 2 Hours After Maalox®**

| Parameter | Gabapentin Alone | Gabapentin with concomitant Maalox® | Gabapentin 2 hours before Maalox® | Gabapentin 2 hours after Maalox® |
|---|---|---|---|---|
| $C_{max}$ (µg/mL) | 3.17 | 2.64 | 2.78 | 3.00 |
| $T_{max}$ (h) | 3.5 | 2.7 | 3.0 | 3.1 |
| $t_{1/2}$ (h) | 7.6 | 7.9 | 7.9 | 7.1 |
| $AUC_{0-\infty}$ (µg·h/mL) | 31.3 | 25.2 | 25.4 | 27.9 |
| Ae (%) | 47.3 | 37.7 | 39.1 | 42.9 |

$t_{1/2}$ = Harmonic mean

#### 6.1.3.4.5.    Effect of Cimetidine on Gabapentin Pharmacokinetics (945-058-0)

The effect of cimetidine on gabapentin pharmacokinetics was evaluated after single oral doses of 400 mg gabapentin to 12 healthy adults (21 to 63 years of age). The results revealed a slight decrease in the renal excretion of gabapentin. This difference was not considered to be of clinical importance.

#### 6.1.3.4.6.    Effect of Gabapentin on Oral Contraceptives (945-59)

Thirteen healthy females (18 to 36 years of age) took Norlestrin oral contraceptive tablets (norethindrone and ethinyl estradiol) 21 days for 3 consecutive menstrual cycles. The concentrations of norethindrone and ethinyl estradiol during the second menstrual cycle were compared with the concentrations obtained with repeated oral administration of gabapentin 1200 mg/day (in 3 divided doses) from the 16th to 22nd days of the third menstrual cycle. The results showed that gabapentin did not affect the pharmacokinetics of Norlestrin.

#### Reference

Stewart BH, Kugler AR, Thompson PR, et al. A saturable transport mechanism in the intestinal absorption of gabapentin is the underlying cause of the lack of proportionality between increasing dose and drug levels in plasma. Pharm Res 1993,10:276-81.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028670

**6.2.    Safety and Efficacy**

**6.2.1.    Safety**

For specific study descriptions refer to Section 6.

**6.2.1.1.    Japanese Studies**

**6.2.1.1.1.    Single-Dose Studies (945-01J, 945-03J)**

Overall, subjective symptoms and objective findings showed that somnolence and dizziness were the most commonly observed in these Japanese subjects at all doses.  (Table 35).

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Table 35.  Adverse Events Following Single Doses of Gabapentin to Japanese Subjects (Protocols 945-01J and 945-03J)**

| Body System/WHOART | 200 A | 200 P | 400 A | 400 P | 400.fed A | 400.fed P | 600 A | 600 P | 800 A | 800 P | 1000 A | 1000 P | 1200 A | 1200 P | 1500 A | 1500 P | 1800 A | 1800 P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of subjects | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 |
| **Skin and appendages disorders** | | | | | | | | | | | | | | | | | | |
| Sweating increased | 1 | | | | | | | | | | | | | | | | | |
| **Central and peripheral nervous system disorders** | | | | | | | | | | | | | | | | | | |
| Hypertonia | | 1 | | | | | | | | | | | | | | | | |
| Speech disorder | | | | | | | | | | | | | 1 | | 1 | 1 | 1 | |
| Headache | 2 | 1 | 2 | | 1 | | | | 1 | | 1 | 1 | 1 | | 2 | | 1 | |
| Dysaesthesia | | | | | | | | | | | | | | | | | 1 | |
| Ataxia | | | | | | | | | | | | | | | 1 | | 2 | |
| Dizziness | 1 | 1 | | | 1 | | 1 | | 3 | | 2 | | 3 | | 5 | 1 | 4 | |
| **Cardiovascular disorders, general** | | | | | | | | | | | | | | | | | | |
| Hypotension postural | | | | | | | | | 1 | | | | | | | | | |
| Hypotension | | | | | | | 1 | | | | | | | | | | | |
| **Heart rate and rhythm disorders** | | | | | | | | | | | | | | | | | | |
| Extrasystoles | | | | | | | | | | | | | | | | | | 1 |
| A-V block | | | | | | | | | 1 | | | | | | | | | |
| Bradycardia | | | | | | | 3 | 1 | 2 | 2 | 1 | | | | 1 | 1 | | |
| Palpitation | 1 | | | | | | | | | | | | | | | | | |
| Tachycardia | | | 1 | 1 | 1 | | | | 1 | | | | | | | | | |
| **Vision disorders** | | | | | | | | | | | | | | | | | | |
| Asthenopia | | | | | 1 | | | | | | | | | | | | | |
| Accommodation disorder | | | | | 1 | | | | | | | | | | | | | |
| Eye abnormality | | | 1 | 1 | 2 | | 1 | | | | 1 | | | | | | | |
| **Hearing and vestibular disorders** | | | | | | | | | | | | | | | | | | |
| Tinnitus | | | | | | | | | 1 | | | | | | | | | |
| **Psychiatric disorders** | | | | | | | | | | | | | | | | | | |
| Depression | | | | | | | | | | | | | 1 | | | | | |
| Somnolence | 2 | 2 | 6 | | 3 | 1 | 4 | 2 | 1 | | 3 | 1 | 3 | | 3 | 3 | 2 | |
| Concentration impaired | 1 | 2 | 4 | 1 | 2 | 1 | 2 | 1 | 1 | | 3 | 1 | 3 | | 4 | 1 | 2 | 1 |
| Nervousness | | | | | 1 | | | | | | 1 | | | | | | | |
| Euphoria | 2 | | | | | | | | | | | | 3 | | 5 | | 3 | |
| Anxiety | 1 | | | | | | | | | | | | | | | | | |
| Drug Dependence | | | | | | | | | | | | | | | 2 | | 2 | |
| **Gastro-intestinal system disorders** | | | | | | | | | | | | | | | | | | |
| Diarrhoea | | | | | | | 1 | | | | | | | | | | | |
| Mouth Dry | | | 1 | | 1 | | 1 | | | | 2 | | | | | | | |
| Constipation | 1 | | | | | | | | 1 | | 1 | | | | | | | |
| Appetite increased | | | 4 | | 1 | | | | | | | | | | | | | |
| Abdominal pain | | | | | | | | | | | | | | | | | 1 | |
| **Liver and biliary system disorders** | | | | | | | | | | | | | | | | | | |
| SGOT increased | | | | | 1 | | | | | | | | | | | | | |
| SGPT increased | | | | | 1 | | | | | | | | 1 | | | | | |
| **Metabolic and nutritional disorders** | | | | | | | | | | | | | | | | | | |
| LDH increased | | | | | 1 | | | | | | | | | | | | | |
| CPK increased | | | 1 | | 2 | | | | | | | | 1 | | | | | |
| Hyperuricaemia | | | | | | | | | 1 | | | | | | | | | |
| **Endocrine disorders** | | | | | | | | | | | | | | | | | | |
| Blood testosterone increased | | | | 1 | | | | | | | | | | | | | | |
| **Respiratory system disorders** | | | | | | | | | | | | | | | | | | |
| Common cold syndrome | | | | | | | | | | | | | 1 | | | | | |
| Rhinitis | | | | | 1 | | | | 1 | | | | | | | | | |
| **White cell and RES disorders** | | | | | | | | | | | | | | | | | | |
| WBC abnormal | | | 1 | | | | | | | | | | | | | | | |
| Leukocytosis | | | 1 | | | | 1 | 1 | | | 1 | | 1 | | | | | |

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Neurontin (Gabapentin)    INVESTIGATOR'S BROCHURE    Page 40 of 95

**Table 35.    Adverse Events Following Single Doses of Gabapentin to Japanese Subjects (Protocols 945-01J and 945-03J) (Continued)**

| | Gabapentin group (mg) (A = active; P = placebo) | | | | | | | | | | | | | | | | | |
| | 200 | | 400 | | 400 fed | | 600 | | 800 | | 1000 | | 1200 | | 1500 | | 1800 | |
| Body System/WHOART | A | P | A | P | A | P | A | P | A | P | A | P | A | P | A | P | A | P |
| | | | | | | | Number of subjects | | | | | | | | | | | |
| | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 |
| **Body as a whole-general disorders** | | | | | | | | | | | | | | | | | | |
| Malaise | 2 | 1 | 2 | | 3 | 1 | 1 | | 2 | | 2 | 1 | 2 | | 2 | | 1 | |
| Fever | 1 | | 1 | | | | | | | | | | | | 3 | | | |
| Hot flushes | 1 | | | | | | | | | | 1 | | | | | | | 1 |
| Asthenia | 2 | | 2 | | 2 | 1 | 2 | | 2 | | 2 | 1 | 1 | | 3 | | 2 | |
| Feeling of relaxation | | | | | | | | | | | | | | | 1 | | | |
| **Musculo-skeletal system disorders** | | | | | | | | | | | | | | | | | | |
| Myalgia | | | | | 1 | | | | | | | | | | | | | |
| Back pain | | | | | | | | | | | | | 1 | | | | | |
| **Resistance mechanism disorders** | | | | | | | | | | | | | | | | | | |
| Infection | | | 1 | | | | | | | | 1 | | 1 | | | | | |
| Herpes simplex | | | | | | | | | | | | | 1 | | | | | |
| **Urinary system disorders** | | | | | | | | | | | | | | | | | | |
| BUN increased | | | | | 1 | | | | 1 | | | | | | | | | |

No drug-induced changes were seen in vital signs or ECG findings, hematology, blood biochemistry, or urinalysis parameters. In addition, no effect was seen on performance during psychological testing (finger tapping test).

### 6.2.1.1.2.    Multiple-Dose Studies (Protocol 945-02J, 945-06J)

In the 1800 mg/day multiple-dose study (Protocol 945-02J), although adverse events were reported in all subjects, there were no serious adverse events or discontinuations due to adverse events. The most commonly reported adverse events in subjects receiving gabapentin were somnolence and concentration impaired, feeling of drunkenness, dizziness, headache, ataxia, malaise, asthenia, and bilirubinemia. In addition, vision disorders, prone to myopia and accommodation abnormal were reported in subjects receiving gabapentin. Most of the adverse events reported in gabapentin-treated subjects resolved before the end of the study. In addition, the causality was unclear for all of the adverse events that were seen in subjects receiving gabapentin. No clinically significant variations were seen in the laboratory tests, ECG, EEG, equilibrium function tests, or psychologic working tests.

In the 2400 mg/day multiple-dose study (945-06J), as in the 1800 mg/day multiple-dose study, sleepiness was observed in all subjects in both the gabapentin and placebo groups, but no other clinically significant subjective symptoms or objective findings were seen. No clinically significant findings were seen in audiometry tests, ophthalmological tests, vital signs, detailed balance function tests, or performance tests. In the EEG tests, 2 subjects had small changes after dosing, but had returned to normal at the follow-up examination. In addition, no clinically significant changes were seen in the laboratory tests.

Twenty-four hours after the end of multiple dosing with 1800 mg/day, 4 of 6 subjects reported a gabapentin-induced feeling of drunkenness. In the 2400 mg/day multiple-dose study at the end-of-study examination, difficulty falling asleep and nervousness was observed in 1 of 6 subjects,

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Confidential

Pfizer_LCastro_0028673

Neurontin (Gabapentin)        INVESTIGATOR'S BROCHURE        Page 41 of 95

these events were reported as drug dependence, although, this case was not indicated to be clinically significant.

Table 36 summarizes the adverse events that occurred in multiple-dose Japanese studies.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028674

**Table 36.   Multiple-Dose Adverse Events (Protocol 945-2J and 945-06J)**

| | Gabapentin group (mg/day) | | Placebo group (mg/day) | |
| --- | --- | --- | --- | --- |
| | 1800 N=6 | 2400 N=6 | 1800 N=2 | 2400 N=2 |
| **Central and peripheral nervous system disorders** | | | | |
| Ataxia | 2 | 3 | | 1 |
| Hypertonia | 1 | | | |
| Headache | 3 | 1 | | |
| Drunkenness feeling of | 4 | 2 | | 1 |
| Dizziness | 4 | 1 | | |
| Tremor | 1 | | | |
| EEG abnormal | | 2 | | |
| Paraesthesia | | 1 | | |
| **Vision disorders** | | | | |
| Myopia | 1 | | | |
| Accommodation abnormal | 1 | | | |
| **Psychiatric disorders** | | | | |
| Somnolence | 6 | 6 | 2 | 2 |
| Concentration impaired | 6 | 1 | 1 | |
| Euphoria | | | 1 | |
| Insomnia | 1 | 2 | | |
| Nervousness | | 1 | | 1 |
| Drug dependence | | 1 | | |
| **Gastrointestinal system disorders** | | | | |
| Nausea | 1 | | | |
| Abdominal pain | | | 1 | |
| Constipation | 1 | 1 | 1 | 1 |
| Diarrhoea | | | | 1 |
| **Liver and biliary system disorders** | | | | |
| SGOT increased | 1 | | | |
| SGPT increased | 1 | 1 | | |
| Bilirubinaemia | 2 | | | |
| **Metabolic and nutritional disorders** | | | | |
| Hypertriglyceridaemia | 1 | 1 | 1 | |
| **Endocrine disorders** | | | | |
| Follicle stimulating hormone decreased | 1 | | | |
| **Body as a whole-general disorders** | | | | |
| Malaise | 2 | 1 | | |
| Hot flushes | 1 | | | |
| Asthenia | 2 | | | |
| Temperature changed sensation | | 2 | | |
| **Skin and Appendages Disorders** | | | | |
| Sweating increased | 1 | | | |
| **Resistence mechanism disorders** | | | | |
| Eye infection | | 1 | | |

#### 6.2.1.1.3.    Protocol 945-10J

In the gabapentin-treatment group for Protocol 945-10J , a total of 8 treatment-emergent adverse events were seen in 6 of the 8 subjects.  Six treatment-emergent, treatment-related adverse events were seen in 6 subjects, dizziness (5 events), and somnolence (1 event).  In the placebo group, no

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

adverse events were seen (Table 37). All of the treatment-emergent adverse events were mild, and all subjects recovered without treatment.

**Table 37.  Treatment-Emergent Adverse Events (Protocol 945-10J)**

| | Gabapentin Group N = 8 | | Placebo Group N = 3 | |
|---|---|---|---|---|
| | All causality | Treatment related | All causality | Treatment related |
| No. of subjects | 6 | 6 | 0 | 0 |
| Adverse events | 8 | 6 | 0 | 0 |
| **Central & peripheral nervous disorders** | | | | |
| Dizziness | 5 | 5 | 0 | 0 |
| **Psychiatric disorders** | | | | |
| Somnolence | 1 | 1 | 0 | 0 |
| **Liver and biliary system disorders** | | | | |
| SGOT increased | 1 | 0 | 0 | 0 |
| SGPT increased | 1 | 0 | 0 | 0 |

### 6.2.1.1.4.    Bioequivalence (945-07J)

In the bioequivalence study, in a total of 157 Japanese healthy subjects, the most common adverse events were somnolence (36 subjects; 22.9%) and headache (6 subjects; 3.8%) (Table 38). Most of the symptoms and findings observed in this study were mild and not clinically significant.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028676

**Table 38.    Adverse Events Observed in the Japanese Bioequivalence Study (Protocol 945-07J)**

| | Causality | | Number (%) of Subjects With Events | Number of Events |
|---|---|---|---|---|
| | Yes | No | | |
| **Central & peripheral nervous system disorders** | | | | |
| Dizziness | 2 | | 2 (1.3%) | 2 |
| Headache | 6 | 1 | 6 (3.8%) | 7 |
| **Heart rate and rhythm disorders** | | | | |
| Palpitation | 1 | | 1 (0.6%) | 1 |
| **Body as a whole-general disorders** | | | | |
| Pallor | 1 | | 1 (0.6%) | 1 |
| Hot flushes | | 1 | 1 (0.6%) | 1 |
| Chest pain | 1 | | 1 (0.6%) | 1 |
| Malaise | 1 | | 1 (0.6%) | 1 |
| Chills | 1 | | 1 (0.6%) | 1 |
| Fever | | 1 | 1 (0.6%) | 1 |
| **Psychiatric disorders** | | | | |
| Somnolence | 36 | | 36 (22.9%) | 36 |
| **Gastrointestinal disorders** | | | | |
| Nausea | 2 | | 2 (1.3%) | 2 |
| Anorexia | 1 | | 1 (0.6%) | 1 |
| Diarrhea | 3 | | 3 (1.9%) | 3 |
| Abnormal faeces | 1 | | 1 (0.6%) | 1 |
| **Liver and biliary system disorders** | | | | |
| Urobilinuria | | 1 | 1 (0.6%) | 1 |
| **Vascular (extracardiac) disorders** | | | | |
| Peripheral ischaemia | 1 | | 1 (0.6%) | 1 |
| **Respiratory system disorders** | | | | |
| Pharyngitis | | 1 | 1 (0.6%) | 1 |
| **White cell and RES disorders** | | | | |
| Leucopenia | 3 | | 3 (1.9%) | 3 |
| Leukocytosis | 2 | 1 | 3 (1.9%) | 3 |
| White blood cell differential abnormalities | 3 | 3 | 6 (3.8%) | 6 |

Causality (Yes) includes "Definitely Yes", "Probably Yes", "Possibly Yes", and "Probably No".

Clinical laboratory abnormalities were mild reported in subjects as leukocyte abnormality, leukocytosis, leucopenia, and urobilinurea. The postdose deviations from the reference ranges and the statistically significant changes were sporadically noted in other tests. These tests included evaluation of hematologic parameters, biochemical values, and urinalysis and results were within the normal range of physiologic changes caused by environmental changes and restrictions. In addition, no other abnormal finding or clinically significant change was seen in vital signs and ECG tests (Table 38).

### 6.2.1.1.5.    Phase 2 Studies in Japanese Subjects (Protocol 945-04J)

All-causality treatment-emergent adverse events were seen in 48 of 59 subjects (81.4%, 192 events), and treatment-related treatment-emergent adverse events were seen in 36 cases (61.0%, 80 events). The most common treatment-related adverse events were somnolence (44.1%), dizziness (20.3%), and diplopia (8.5%). Treatment-related severe adverse events were seen in 2 subjects (somnolence, malaise, and injury). Other adverse events were mild, irrespective of causality.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Table 39.   Treatment-Emergent Treatment-Related Adverse Events in Japanese Subjects with Epilepsy (Protocol 945-04J)**

| Adverse events MedDRA preferred term | Number of subjects with emergent events | Incidence rate (%) N = 59 |
|---|---|---|
| **Gastrointestinal disorders** | | |
| Nausea | 1 | (1.7) |
| Constipation | 1 | (1.7) |
| **Vision disorders** | | |
| Abnormal sensation in eye | 1 | (1.7) |
| Vision blurred | 2 | (3.4) |
| **Injury, poisoning and procedural complications** | | |
| Injury NOS | 1 | (1.7) |
| **Nervous system disorders** | | |
| Speech disorder | 1 | (1.7) |
| Hypoaesthesia | 2 | (3.4) |
| Nystagmus NOS | 2 | (3.4) |
| Hypoaesthesia oral | 1 | (1.7) |
| Tremor | 2 | (3.4) |
| Dizziness postural | 2 | (3.4) |
| Headache | 2 | (3.4) |
| Dizziness | 12 | (20.3) |
| Diplopia | 5 | (8.5) |
| Hypogeusia | 1 | (1.7) |
| **Psychiatric disorders** | | |
| Irritability | 2 | (3.4) |
| Somnolence | 26 | (44.1) |
| Respiratory sighs | 1 | (1.7) |
| Confusional state | 1 | (1.7) |
| Nervousness | 1 | (1.7) |
| Psychiatric symptom NOS | 1 | (1.7) |
| **Body as a whole-general disorders** | | |
| Feeling abnormal | 1 | (1.7) |
| Malaise | 4 | (6.8) |
| Thirst | 1 | (1.7) |
| Loss of control of legs | 1 | (1.7) |
| Asthenia | 2 | (3.4) |
| **Skin and Appendages Disorders** | | |
| Alopecia | 2 | (3.4) |
| Rash NOS | 1 | (1.7) |

Clinical laboratory test abnormalities were seen in of 32 of 59 subjects (54.2%), of the 32 subjects, 21 (35.6%) had clinical laboratory test abnormalities that were considered by the investigator to be treatment-related. Clinical laboratory test profiles were within the range of normal, and changes were not clinically significant (Table 40). There were no changes in blood pressure or pulse compared with baseline. Although weight showed significant increase, weight gain was not reported as an adverse event.

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Table 40. Abnormal Laboratory Test Results in the Japanese Subjects with Epilepsy (Protocol 945-04J)**

| Parameter | Number with emergent events | Incidence rate (%) N = 59 |
|---|---|---|
| White blood cell count decreased | 4 | (6.8) |
| White blood cell count increased | 2 | (3.4) |
| RBC decreased | 1 | (1.7) |
| Haemoglobin decreased | 1 | (1.7) |
| Haematocrit value decreased | 1 | (1.7) |
| Platelet decreased | 1 | (1.7) |
| Platelets increased | 1 | (1.7) |
| Band form leucocyte decreased | 1 | (1.7) |
| Segmented Cell count decreased | 1 | (1.7) |
| Eosinopenia | 1 | (1.7) |
| Eosinophilia | 3 | (5.1) |
| Basophilia | 4 | (6.8) |
| Monocytosis | 5 | (8.5) |
| Lymphopenia | 1 | (1.7) |
| Lymphotic smalled | 1 | (1.7) |
| Neutrophilia | 1 | (1.7) |
| CPK increased | 3 | (5.1) |
| GOT increased | 3 | (5.1) |
| GPT increased | 1 | (1.7) |
| γ-GTP increased | 1 | (1.7) |
| Al-P increased | 2 | (3.4) |
| LDH increased | 2 | (3.4) |
| Protein total increased | 1 | (1.7) |
| Albumin increased | 1 | (1.7) |
| Urate decreased | 2 | (3.4) |
| Urate increased | 1 | (1.7) |
| Sodium decreased | 1 | (1.7) |
| Potassium increased | 1 | (1.7) |
| Chloride decreased | 1 | (1.7) |
| Calcium increased | 1 | (1.7) |
| Phosphorus decreased | 1 | (1.7) |
| T₃ decreased | 2 | (3.4) |
| T₄ decreased | 6 | (10.2) |
| Antinuclear antibody increased | 2 | (3.4) |

Results of determinations of safety based on study evaluation criteria are presented in Table 41. Thirteen subjects were reported to have experienced "problems with safety." These were all cases in which gabapentin doses had been reduced because of adverse reactions such as somnolence. Most of these symptoms resolved following dose reduction, and only 1 of these subjects failed to begin the maintenance dose period. Of the 2 subjects for whom gabapentin treatment was rated as "not safe," 1 subject had discontinued after experiencing moderate somnolence, speech disorder, apathy, and ataxia; the other subject had discontinued because of moderate dizziness. In both cases, the symptoms resolved following discontinuation of gabapentin.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Table 41.  Determination of Safety in Japanese Subjects with Epilepsy (Protocol 945-04J)**

| Safe | Nearly safe | Problems with safety | Not safe | Total | Rate of Safety (%) |
|------|-------------|----------------------|----------|-------|--------------------|
| 25(35.1) | 17(38.6) | 13(22.8) | 2(3.5) | 57? | 73.7 |

? 2 subjects who were observed "Indetermine" were not included.

### 6.2.1.1.6.  Phase 3 Studies (Protocol 945-08J)

Japanese subjects with epilepsy who entered the study and received at least 1 dose of the study treatment were included in the safety analysis (Table 42).

A total of 69 (80.2%) subjects in the gabapentin 1200 mg/day group, 35 (85.4%) subjects in gabapentin 1800 mg/day group, and 64 (78.0%) in placebo group had treatment-emergent all-causality adverse events.  A total of 55 (64.0%) subjects in the gabapentin 1200 mg/day group, 27 (65.9%) subjects in gabapentin 1800 mg/day group, and 38 (46.3%) in placebo group had treatment-related adverse events.  The most frequent treatment-related adverse events in the gabapentin group were somnolence, dizziness, and headache (Table 42).

Two subjects in gabapentin 1200 mg/day group, and 1 subject in gabapentin 1800 mg/day group had severe treatment-related adverse events.  One subject in gabapentin 1200 mg/day group, and 1 subject in gabapentin 1800 mg/day group had treatment-related serious adverse events (**Error! Reference source not found.**).

**Table 42.  Treatment-Emergent Treatment-Related Adverse Events in >3% of Subjects in Protocol 945-08J**

|  | Placebo | | Gabapentin | | | |
|--|---------|--|------------|--|--|--|
|  |  | | 1200 mg/day | | 1800 mg/day | |
|  | n = 82 | | n = 86 | | n = 41 | |
| No. of subjects | 38 | (46.3%) | 55 | (64.0%) | 27 | (65.9%) |
| No. of Adverse Events | 65 | | 108 | | 50 | |
| Somnolence | 17 | (20.7%) | 44 | (51.2%) | 18 | (43.9%) |
| Dizziness | 4 | (4.9%) | 16 | (18.6%) | 8 | (19.5%) |
| Headache | 4 | (4.9%) | 5 | (5.8%) | 3 | (7.3%) |
| Diplopia | 3 | (3.7%) | 4 | (4.7%) | 2 | (4.9%) |
| Nausea | 1 | (1.2%) | 3 | (3.5%) | 1 | (2.4%) |
| Malaise | 3 | (3.7%) | 1 | (1.2%) | 0 | (0.0%) |
| Epilepsy aggravated | 3 | (3.7%) | 0 | (0.0%) | 0 | (0.0%) |

A total of 20 (23.5%) subjects in the gabapentin 1200 mg/day group, 8 (21.1%) subjects in gabapentin 1800 mg/day group, and 17 (21.0%) in placebo group had laboratory test abnormalities.  A total of 12 (14.1%) subjects in the gabapentin 1200 mg/day group, 7 (18.4%) subjects in gabapentin 1800 mg/day group, and 11 (13.6%) in placebo group had treatment-related laboratory test abnormalities (Table 43).

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Table 43.  Laboratory Test Abnormalities in Japanese Subject with Epilepsy (Protocol 945-08J)**

| | Gabapentin 1200 mg/day N = 85 | | Gabapentin 1800 mg/day N = 38 | | Placebo N = 81 | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **Number of Subjects with Laboratory Test Abnormalities** | | | | | | |
| All-Causality | 20 | (23.5) | 8 | (21.1) | 17 | (21.0) |
| Treatment-Related | 12 | (14.1) | 7 | (18.4) | 11 | (13.6) |
| **Laboratory Test Abnormality (All-Causality)** | N | n | (%) | N | n | (%) | N | n | (%) |
| CPK increased | 85 | 4 | ( 4.7) | 38 | 4 | (10.5) | 81 | 4 | ( 4.9) |
| WBC increased | 85 | 2 | ( 2.4) | 37 | 2 | ( 5.4) | 81 | 3 | ( 3.7) |
| GPT increased | 85 | 3 | ( 3.5) | 38 | 0 | ( 0.0) | 81 | 3 | ( 3.7) |
| LDH increased | 85 | 0 | ( 0.0) | 38 | 1 | ( 2.6) | 81 | 4 | ( 4.9) |
| Ca decreased | 85 | 2 | ( 2.4) | 38 | 1 | ( 2.6) | 81 | 2 | ( 2.5) |
| **Laboratory Test Abnormality (Treatment-Related)** | | | | | | | | | |
| CPK increased | 85 | 3 | ( 3.5) | 38 | 4 | (10.5) | 81 | 1 | ( 1.2) |
| GPT increased | 85 | 1 | ( 1.2) | 38 | 0 | ( 0.0) | 81 | 3 | ( 3.7) |
| LDH increased | 85 | 0 | ( 0.0) | 38 | 1 | ( 2.6) | 81 | 2 | ( 2.5) |
| Ca decreased | 85 | 1 | ( 1.2) | 38 | 0 | ( 0.0) | 81 | 2 | ( 2.5) |

A total of 4 subjects in the gabapentin 1200 mg/day group, 3 subjects in the gabapentin 1800 mg group, and 1 subject in the placebo group were withdrawn from the study due to a treatment-related adverse event or a laboratory test abnormality (Table 44).

**Table 44.  Discontinuations from Protocol 945-08J**

| | Gabapentin 1200 mg/day | | Gabapentin 1800 mg/day | | Placebo | |
|---|---|---|---|---|---|---|
| Number of Subjects | 86 | | 41 | | 82 | |
| Reasons | | | | | | |
| Exacerbation of epileptic seizures or insufficient effect of the study drug | 0 | (0.0) | 0 | (0.0) | 3 | (3.7) |
| Adverse Event or Laboratory test abnormality | 4 | (4.7) | 3 | (7.3) | 1 | (1.2) |
| Others (Investigator's judgment) | 1 | (1.2) | 1 | (2.4) | 2 | (2.4) |
| Total | 5 | (5.8) | 4 | (9.8) | 6 | (7.3) |

### 6.2.1.1.7.    Long-Term Studies

#### 6.2.1.1.7.1.    Protocol 945-05J

The subjects who received ≥1 dose of gabapentin analysed for safety.  Treatment-related treatment-emergent adverse events were seen in 13 of 26 subjects (50.0%, 23 events).  The most common treatment-related adverse events were dizziness (4 subjects, 15.4%), somnolence (3 subjects, 11.5%), and asthenia (3 subjects, 11.5%) (Table 51).

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028681

Table 45. Treatment-Emergent, Treatment-Related Adverse Events (Protocol 945-05J)

| Adverse Event MedDRA term | I (24 weeks) N=26 | | II (48 weeks) N=24 | | III (104 weeks) N=20 | | IV (152 weeks) N=9 | | V (200 weeks) N=3 | | Total N=26 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. of subjects with Adverse Events | 9 | (34.6) | 1 | (4.2) | 4 | (20.0) | 2 | (22.2) | 0 | (0.0) | 13 | (50.0) |
| No. of Adverse Events | 15 | | 1 | | 5 | | 2 | | 0 | | 23 | |
| **Gastrointestinal disorders** | | | | | | | | | | | | |
| Abdominal pain upper | 1 | (3.8) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 1 | (3.8) |
| **Eye disorders** | | | | | | | | | | | | |
| Flash vision | 1 | (3.8) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 1 | (3.8) |
| **Nervous system disorders** | | | | | | | | | | | | |
| Nystagmus | 1 | (3.8) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 1 | (3.8) |
| Tremor | 0 | (0.0) | 0 | (0.0) | 1 | (5.0) | 0 | (0.0) | 0 | (0.0) | 1 | (3.8) |
| Headache | 2 | (7.7) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 2 | (7.7) |
| Dizziness | 4 | (15.4) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 4 | (15.4) |
| Diplopia | 2 | (7.7) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 2 | (7.7) |
| Dysgeusia | 0 | (0.0) | 0 | (0.0) | 1 | (5.0) | 0 | (0.0) | 0 | (0.0) | 1 | (3.8) |
| **Psychiatric disorders** | | | | | | | | | | | | |
| Abnormal dreams | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 1 | (11.1) | 0 | (0.0) | 1 | (3.8) |
| Somnolence | 3 | (11.5) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 3 | (11.5) |
| **General disorders and administration site conditions** | | | | | | | | | | | | |
| Malaise | 1 | (3.8) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 1 | (3.8) |
| Asthenia | 0 | (0.0) | 1 | (4.2) | 2 | (10.0) | 0 | (0.0) | 0 | (0.0) | 3 | (11.5) |
| **Metabolism and nutrition disorders** | | | | | | | | | | | | |
| Anorexia | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 1 | (11.1) | 0 | (0.0) | 1 | (3.8) |
| **Laboratory test** | | | | | | | | | | | | |
| Weight increased | 0 | (0.0) | 0 | (0.0) | 1 | (5.0) | 0 | (0.0) | 0 | (0.0) | 1 | (3.8) |

All-causality, treatment-emergent clinical laboratory test abnormalities were seen in 12 of 26 subjects (46.2%); of those 12, 6 subjects (23.1%) had abnormalities that were considered by investigator to be treatment-related (Table 46). All subjects with clinical laboratory test abnormalities recovered, there were no clinically significant values.

Table 46. Clinical laboratory Test Abnormalities (Protocol 945-05J)

| | | Treatment-Emergent | | Treatment-Related | |
|---|---|---|---|---|---|
| No. of Subjects analysed for Safety | | 26 | | 26 | |
| No. of Subjects with Clinical laboratory test abnormalities | | 12 | (46.2) | 6 | (23.1) |
| CPK increase | N=24 | 4 | (16.7) | 2 | (8.3) |
| Eosinophilia | N=25 | 2 | (8.0) | 1 | (4.0) |
| Monocytes increased | N=25 | 2 | (8.0) | 1 | (4.0) |
| LDH increased | N=25 | 2 | (8.0) | 1 | (4.0) |
| White blood cell count increased | N=26 | 2 | (7.7) | 0 | (0.0) |
| GPT increased | N=25 | 1 | (4.0) | 1 | (4.0) |
| Ca decreased | N=25 | 1 | (4.0) | 1 | (4.0) |
| T4 decreased | N=23 | 1 | (4.3) | 1 | (4.3) |
| Haemoglobin decreased | N=26 | 1 | (3.8) | 0 | (0.0) |
| Platelets increased | N=26 | 1 | (3.8) | 0 | (0.0) |
| White blood cell count decreased | N=26 | 1 | (3.8) | 0 | (0.0) |
| Lymphocytes decreased | N=25 | 1 | (4.0) | 0 | (0.0) |
| Neutrophils increased | N=22 | 1 | (4.5) | 0 | (0.0) |
| GOT increased | N=25 | 1 | (4.0) | 0 | (0.0) |
| Na decreased | N=25 | 1 | (4.0) | 0 | (0.0) |
| Urinary protein (qualitative) increased | N=17 | 1 | (5.9) | 0 | (0.0) |

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.