Neurontin (Gabapentin)    INVESTIGATOR'S BROCHURE    Page 75 of 95

**Table 76.  Results of a Study for Effects on Peri- and Post-Natal Development in Rats (Segment 3)**

| | | 0 | 500 | 1000 | 2000 |
|---|---|---|---|---|---|
| Species, strain, sex, age and weight | | SD rats Males : 11 weeks old (at start of mating), 268-387g / Females : 11 weeks old (at start of mating), 165-230g | | | |
| Dosing regimen | | Diet admixture from Day 15 of gestation to Day 21 of lactation | | | |
| Dose (mg/kg/day) | | 0 | 500 | 1000 | 2000 |
| No. of pregnant dams | | 21 | 22 | 22 | 22 |
| | No. of death | 0 | 0 | 0 | 0 |
| | No. of dams with Live Pup | 21 | 22 | 22 | 22 |
| | Clinical signs | - | - | - | - |
| | Body weight | - | - | - | - |
| | Food consumption | - | - | - | - |
| | Gestation period (Day) | 21.6 ± 0.11 | 21.4 ± 0.11 | 21.3 ± 0.10 | 21.4 ± 0.11 |
| | No. of implantations | - | - | - | - |
| | Postimplantation loss(%) | 7.3 ± 1.54 | 12.2 ± 1.76 | 7.5 ± 1.70 | 7.7 ± 1.65 |
| Dam F₀ | Necropsy | - | - | - | - |
| | Delivery index (%) | 100 | 100 | 100 | 100 |
| | Birth index (%) | 99.0 | 97.4 | 97.8 | 98.5 |
| | 4-day p.p. viability index (%) | 97.0 | 95.8 | 96.8 | 93.5 |
| | Weaning index (%) | 97.0 | 100 | 99.4 | 95.5 |
| Body Weight (M/F, g) | PD[a] 0 | 6.1/5.6 | 5.9/5.5 | 5.7*/5.5 | 5.8*/5.5 |
| | PD  4 | 8.8/8.2 | 8.4/8.1 | 8.2/7.8 | 8.0*/7.7 |
| | PD 21 | 42.0/39.8 | 43.3/42.3 | 41.9/40.9 | 39.3/37.6 |
| Necropsy | PD 21 | Hydroureter(12) | Hydroureter (20) | Hydroureter (24) | Hydroureter (28) |
| | PD 28 | Hydroureter(3) | Hydroureter (3) | Hydroureter (5) | Hydroureter (7) |
| Pup F₁ | Differentiation[b] | - | - | - | - |
| | Behavioral tests[c] | - | - | - | - |
| Non-toxic dose | | 2000 mg/kg for Dams and 500 mg/kg for offspring | | | |

-    No notable findings    Mean ± SE
[a]    Postnatal Day
[b]    Including pinna detachment, opening eyelids, eruption of incisors, testicular descent, opening of vaginal orifice.
[c]    Including acoustic startle response, motor activity, rotor rod, and Shuttle-box avoidance performance
*    p <0.05 (Tukey's dose trend test or Dunnett multiple comparison method on rank-transformed data)

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028708

**Table 77. A 104-Week Oral Carcinogenicity Study in Mice**

| Species, strain, age and weight | B₆C₃F₁ mice, 6 weeks old, 14-21g | | | |
|---|---|---|---|---|
| Dosing method | Diet admixture for 104 weeks | | | |
| Dose (mg/kg/day) | 0 | 200 | 600 | 2000 |
| No. of Animals (M/F) | 50 / 50 | 50 / 50 | 50 / 50 | 50 / 50 |
| No. of Death | 7 / 6 | 5 / 11 | 4 / 11 | 7 / 8 |
| Clinical Signs | - | - | - | - |
| Body Weight (M/F) | - / - | ↑(13%)/↑ (13%) | ↑ (25%)/↑ (13%) | ↑ (13%)/↑ (13%) |
| Food Consumption | - | - | - | - |
| Ophthalmology | - | - | - | - |
| Hematology | - | - | - | - |
| Organ weight | - | - | - | - |
| Neoplastic findings[a] | | | | |
| [Male] | | | | |
| M-Chondrosarcoma | 0 | 0 | 0 | 1 |
| Generalized Tumors | 3 | 4 | 4 | 8 |
| M-Lymphoma | 0 | 0 | 0 | 1 |
| B-Small intestine adenoma | 0 | 0 | 0 | 1 |
| B-Spleen hemangioma | 0 | 0 | 0 | 1 |
| B-Thyroid adenoma | 0 | 0 | 0 | 3† |
| [Female] | | | | |
| B-Brain astrocytoma | 0 | 0 | 0 | 1 |
| All liver tumors | 3 | 5 | 7 | 10* |
| B-Liver cell adenoma | 1 | 5 | 4 | 7 |
| M-Subcutaneous fibrosarcoma | 0 | 0 | 0 | 1 |

- = No significant findings
[a]  B-: Benign, M-: Malignant,  Listed findings (p <0.1 by Peto's dose trend test)
*    p <0.05,
†    p <0.01 Peto's dose trend test

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028709

**Table 78.   A 104-Week Oral Carcinogenicity Study in Rats**

| Species, strain, age, sex and weight | Wistar rat, 8 weeks old, Male's MBW 266g, Female's MBW 182g (at start of dosing) | | | |
|---|---|---|---|---|
| Dosing method | Diet admixture for 104 weeks | | | |
| Dose (mg/kg/day) | 0 | 250 | 1000 | 2000 |
| No. of animals (M/F) | 50 / 50 | 50 / 50 | 50 / 50 | 50 / 50 |
| No. of death | 28 / 21 | 26 / 26 | 28 / 24 | 23 / 22 |
| Rate of survival (%) | 44 / 58 | 48 / 48 | 44 / 52 | 54 / 56 |
| Clinical signs | - | Soft feces (M) | Soft feces (M) | Soft feces (Both) |
| Body weight (M/F) | - / - | - / - | ↓ (22%)/ - | ↓ (22%)/↓ (20%) |
| Food consumption (M/F) | - / - | - / - | - / - | - / - |
| Ophthalmology | - | - | - | - |
| Hematology | - | - | - | - |
| Organ weight (M/F) | - / - | - / - | - / - | Liver↑ (25%), Kidney↑ (54%) /Thymus↓ (28%) |
| Major Neoplastic Findings[a] *[Male]* | | | | |
| B-Mediastinal Hibernoma | 0 | 0 | 1 | 1 |
| Pancreatic Acinar Cell Tumors | 7 | 7 | 11 | 18† |
| B-Pancreatid Acinar Cell Adenoma | 7 | 6 | 10 | 16† |
| M-Pancreatic Acinar Cell Carcinoma | 0 | 4 | 3 | 8* |
| B-Parathyroid Adenoma *[Female]* | 0 | 0 | 2 | 2 |
| M-Histiocytic Sarcoma | 0 | 0 | 0 | 2* |
| Uterine Tumors | 0 | 0 | 0 | 2* |

- = No significant findings
[a]   B-: Benign, M-: malignant,   Listed findings (p <0.1 by Peto's dose trend test)
*    p = <0.05
†    p = <0.01(Peto's dose trend test)

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028710

**Additional Carcinogenicity Study in Male Rats**

It has been reported that the pancreatic acinar cell tumors in male rats were induced by the trypsin inhibitors (TIs) in the feed. In addition, the TIs produce an increase in the blood cholecystokinin (CCK) concentration, which results in the pancreatic acinar cell tumor inducer.

It has been investigated that gabapentin neither inhibits the activity of TIs in vitro, nor raises the blood CCK concentration.

For the verification of the hypothesis mentioned above, an additional study was conducted over 2 years in 6 groups as follows;

1. PN group; Common rodent feed including soybean (TIs)
2. PG group; Common rodent feed including soybean plus 2000 mg/kg of gabapentin
3. CN group; Casein-rich rodent feed without soybean
4. CG group; Casein-rich rodent feed without soybean plus 2000 mg/kg of gabapentin
5. SN group; Soybean-rich rodent feed
6. SG group; Soybean-rich rodent feed plus 2000 mg/kg of gabapentin

In addition to histopathologic tests, the emergent tumors were investigated by means of nude mice transplant tests, soft agar plate growth tests, the effects on the k-ras and p53 genes, and the extent of DNA methylation.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

The results are summarized in Table 79 and discussed in Section 5.3.6.

**Table 79.    Additional Carcinogenicity Studies with Male Rats**

| Species, strain, No. of animals, age | Dosing method | Dose (mg/kg/day) | Results |
|---|---|---|---|
| Rat (Wistar) 75 Males/group 6 weeks old | 104 weeks Diet-admixture On weeks 52, 65, 78, and 91, 10 males each/group were autopsied Survival of animals fed casein-diet was low, C-diet was supplemented with l-methionine from week 74. | N = 0 G = 2000 P = Normal diet (Purina) C = Casein diet S = Soybean-rich diet | Histopathology (Incidence of PACT-bearing animals) Dead or Autopsied animals till 52 weeks PN 0/10  CN 1/15  SN 5/10 PG 0/11  CG 0/24  SG 4/9 Dead or Autopsied Animals during 53 to 78 weeks PN 0/21  CN 3/29  SN 22/24 PG 9/33  CG 2/40  SG 21/25 Dead or Autopsied Animals after 79 weeks PN 2/28  CN 8/31  SN 19/19 PG 8/31  CG 3/11  SG 25/26 Growth in soft agar culture(%) |

Growth in soft agar culture(%)

| | No Growth | 1-4 Cells | >4 Cells |
|---|---|---|---|
| SN | 30 | 70 | 0 |
| SG | 4 | 96 | 0 |

Cell Cycle population of PACT cells (%)

| | G0/G1 | S | G2/M |
|---|---|---|---|
| **Adenoma** | | | |
| SN | 24 | 4 | 72 |
| SG | 21 | 7 | 72 |
| **Carcinoma** | | | |
| SN | 32 | 4 | 64 |
| SG | 64 | 8 | 28 |
| **Adenoma** | | | |
| Diploid | 10 | 2 | 88 |
| Aneuploid | 52 | 11 | 37 |
| **Carcinoma** | | | |
| Diploid | 24 | 2 | 74 |
| Aneuploid | 65 | 9 | 26 |

Analysis of tumor-associated gene
No point mutation in K-ras
No appearance of p53 antigen
Methylation of H-ras gene was seen in tumor cells

## 8.2.    All-Causality Serious Adverse Events in Pfizer-Sponsored Clinical Studies and Post-marketing Experience

Numerous clinical trials have been completed with gabapentin that have evaluated it safety and efficacy and safety in a variety of indications.  Summarized here are data from 4989 subjects who have participated in 71 clinical trials whose data have been managed by Pfizer, Inc and its predecessors.

The serious adverse events as of 08 June 2004 in gabapentin-treated and blinded therapy subjects in Pfizer clinical trials are listed below (MedDRA Preferred Terms).

**Blood and Lymphatic System Disorders:** anaemia, cyclic neutropenia, disseminated intravascular coagulation, hypochromic anaemia, iron deficiency anaemia, leukopenia, lymphadenopathy, microcytic anaemia, pancytopenia, thrombocytopenia.

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Confidential

Pfizer_LCastro_0028712

Neurontin (Gabapentin)     INVESTIGATOR'S BROCHURE

**Cardiac Disorders:** acute myocardial infarction, angina pectoris, angina unstable, aortic valve incompetence, arrhythmia, atrial fibrillation, atrioventricular block, atrioventricular block complete, bradycardia, cardiac arrest, cardiac failure, cardiac failure congestive, cardiac valve disease, cardiomyopathy, cardio-respiratory arrest, coronary artery atherosclerosis, coronary artery disease, myocardial infarction, myocardial ischaemia, pericardial effusion, pericarditis, sick sinus syndrome, sinus tachycardia, tachyarrhythmia, tachycardia, ventricular arrhythmia, ventricular fibrillation.

**Congenital, Familial, and Genetic Disorders:** hamartoma.

**Ear and Labyrinth Disorders:** ear disorder, vertigo, vertigo positional.

**Endocrine Disorders:** adrenal insufficiency, hypothyroidism.

**Eye Disorders:** blindness unilateral, diplopia, lacrimation increased, macular oedema, mydriasis, retinal detachment, retinal vascular disorder, retinal vein occlusion, visual disturbance.

**Gastrointestinal Disorders:** abdominal distension, abdominal pain, abdominal pain upper, abdominal tenderness, colitis, constipation, diabetic gastroparesis, diarrhoea, dysphagia, faecaloma, food poisoning, gastric ulcer, gastric ulcer haemorrhage, gastritis, gastrointestinal disorder, gastrointestinal haemorrhage, gastrooesophageal reflux disease, gingival hyperplasia, gingival hypertrophy, haemorrhoids, impaired gastric emptying, intestinal functional disorder, intestinal haemorrhage, intestinal obstruction, intestinal perforation, nausea, oesophageal varices haemorrhage, pancreatitis, pancreatitis acute, rectocele, small intestinal obstruction, steatorrhoea, stress ulcer, subileus, volvulus of bowel, vomiting.

**General Disorders and Administration Site Conditions:** adverse event, alcohol interaction, asthenia, chest discomfort, chest pain, death, drug ineffective, drug interaction, drug withdrawal syndrome, fatigue, feeling abnormal, gait abnormal, generalised oedema, ill-defined disorder, malaise, multi-organ failure, non-cardiac chest pain, oedema, oedema peripheral, pain, pain exacerbated, pyrexia, sluggishness, sudden death, unevaluable event.

**Hepatobiliary Disorders:** alcoholic liver disease, cholecystitis, cholecystitis acute, cholelithiasis, cholelithiasis obstructive, gallbladder disorder, hepatic failure, hepatitis, jaundice.

**Immune System Disorders:** anaphylactic reaction, drug hypersensitivity, hypersensitivity.

**Infections and Infestations:** abdominal wall abscess, abscess, appendicitis, arthritis infective, bacteraemia, bronchiolitis, bronchitis, bronchitis acute, bronchopneumonia, cellulitis, central line infection, endocarditis, gastroenteritis, gastroenteritis rotavirus, gastroenteritis viral, gastrointestinal infection, herpes zoster, infection, infectious mononucleosis, influenza, laryngitis, lobar pneumonia, lower respiratory tract infection, lung infection, nasopharyngitis, nosocomial infection, oophoritis, oral candidiasis, osteomyelitis, otitis media, otitis media chronic, peritonsillar abscess, pharyngitis, pharyngitis streptococcal, pneumococcal sepsis, pneumonia, pneumonia bacterial, pneumonia respiratory syncytial viral, pneumonia streptococcal, pneumonia viral, pyelonephritis, pyelonephritis acute, respiratory syncytial virus infection, respiratory tract infection, sepsis, septic shock, sinusitis, subcutaneous abscess, systemic candida, tonsillitis,

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Confidential

Case 1:04-cv-10981-PBS    Document 1159-13    Filed 03/07/2008    Page 7 of 12

tuberculosis; upper respiratory tract infection; urinary tract infection; urosepsis; varicella; viral infection; viral upper respiratory tract infection; wound infection, wound infection staphylococcal.

**Injury, Poisoning, and Procedural Complications:** alcohol poisoning; ankle fracture; anticonvulsant toxicity; arthropod bite; brain contusion; brain herniation; burns third degree; cervical vertebral fracture; clavicle fracture; collapse of lung; concussion; contusion; coronary artery restenosis; device failure; drug toxicity; face injury; facial bones fracture; fall; femoral neck fracture; femur fracture; foot fracture; foreign body trauma; fracture; haemothorax; hand fracture; head injury; hip fracture; humerus fracture; injury; intentional overdose; joint dislocation; lower limb fracture; medication error; multiple fractures; near drowning; open fracture; patella fracture; pelvic fracture; radius fracture; rib fracture; road traffic accident; shunt malfunction; shunt occlusion; skin laceration; skull fracture; spinal fracture; sternal fracture; stress fracture; subdural haematoma; tendon rupture; therapeutic agent toxicity; thermal burn; tibia fracture; ulna fracture; upper limb fracture; wound; wrist fracture.

**Investigations:** alanine aminotransferase increased; anticonvulsant drug level below therapeutic; anticonvulsant drug level decreased; anticonvulsant drug level increased; aspiration bronchial; blood glucose increased; blood lactate dehydrogenase increased; blood prolactin increased; blood sodium decreased; gamma-glutamyltransferase increased; glucose urine present; heart rate increased; hepatic enzyme increased; laboratory test abnormal; liver function test abnormal; prothrombin time prolonged; red blood cell sedimentation rate increased; respiratory rate decreased; transaminases increased; weight decreased.

**Metabolism And Nutrition Disorders:** anorexia; dehydration; diabetes mellitus non-insulin-dependent; diabetic ketoacidosis; hyperglycaemia; hypoglycaemia; hyponatraemia.

**Musculoskeletal And Connective Tissue Disorders:** arthralgia; back pain; bone disorder; cervical spinal stenosis; flank pain; intervertebral disc protrusion; lumbar spinal stenosis; muscle spasms; muscle twitching; muscular weakness; musculoskeletal stiffness; myalgia; neck pain; neuropathic arthropathy; osteoarthritis; pain in extremity; polyarthritis; spinal column stenosis; tenosynovitis.

**Neoplasms Benign, Malignant, and Unspecified (Incl Cysts And Polyps):** anaplastic astrocytoma; astrocytoma; basal cell carcinoma; bladder cancer; brain neoplasm; brain neoplasm malignant; breast cancer; breast cancer female; bronchial carcinoma; cervix carcinoma; chronic leukaemia; chronic lymphocytic leukaemia; colon adenoma; colon cancer; colon neoplasm; conjunctival neoplasm; gastric cancer; glioblastoma multiforme; hepatic neoplasm malignant; Hodgkin's disease; laryngeal cancer; laryngeal neoplasm; lipoma; lung neoplasm malignant; lymphoma; metastases to liver; metastasis; metastatic neoplasm; multiple myeloma; neoplasm malignant; neoplasm progression; non-Hodgkin's lymphoma; oligodendroglioma; ovarian cancer; pancreatic carcinoma; pharyngeal cancer stage unspecified; prostate cancer; rectal cancer; salivary gland neoplasm; skin carcinoma; thyroid gland cancer; uterine adenocarcinoma; uterine cancer.

**Nervous System Disorders:** amyotrophic lateral sclerosis; aphasia; ataxia; balance disorder; brain damage; brain oedema; cerebellar ataxia; cerebral atrophy; cerebral haematoma; cerebral haemorrhage; cerebral infarction; cerebral ischaemia; cerebrovascular accident; cerebrovascular disorder; cervicobrachial syndrome; coma; complex partial seizures; convulsion; convulsions local; depressed level of consciousness; disturbance in attention; dizziness; drop attacks;

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028714

dysarthria; dyskinesia; dysphasia; encephalitis; encephalopathy; epilepsy; facial palsy; grand mal convulsion; headache; hemiparesis; hemiplegia; hydrocephalus; hypoaesthesia; intracranial pressure increased; ischaemic stroke; lacunar infarction; lethargy; loss of consciousness; lumbar radiculopathy; migraine; monoparesis; monoplegia; movement disorder; multiple sclerosis; myoclonic epilepsy; myoclonus; neuritis; neuropathic pain; neuropathy; nystagmus; paraesthesia; paralysis; parkinson's disease; partial seizures; post herpetic neuralgia; psychomotor hyperactivity; quadriparesis; reversible ischaemic neurological deficit; sciatica; sedation; somnolence; speech disorder; status epilepticus; status migrainosus; stupor; subarachnoid haemorrhage; syncope; tongue biting; transient ischaemic attack; tremor; visual field defect.

**Pregnancy, Puerperium and Perinatal Conditions:** abortion spontaneous; pregnancy; unintended pregnancy.

**Psychiatric Disorders:** abnormal behaviour; abnormal dreams; acute psychosis; adjustment disorder; affect lability; aggression; agitation; alcoholism; anger; anxiety; bipolar disorder; bipolar i disorder; completed suicide; confusional state; conversion disorder; delirium; delusion; depression; disorientation; dysphoria; excitability; hallucination; hypomania; insomnia; intentional self-injury; irritability; major depression; mania; mood altered; mood disorder due to a general medical condition; negativism; obsessive-compulsive disorder; panic attack; panic disorder; paranoia; personality disorder; psychiatric symptom; psychotic disorder; schizoaffective disorder; somatoform disorder; suicidal ideation; suicide attempt; tearfulness; thinking abnormal.

**Renal And Urinary Disorders:** bladder disorder; calculus ureteric; dysuria; glomerulonephritis; haematuria; hydronephrosis; micturition disorder; nephrolithiasis; nephropathy; renal colic; renal failure acute; renal failure chronic; renal insufficiency; stress incontinence; urinary retention; urine odour abnormal.

**Reproductive System and Breast Disorders:** breast disorder female; dysmenorrhoea; endometrial disorder; endometriosis; fibrocystic breast disease; menorrhagia; pelvic pain; sexual dysfunction; testicular disorder; uterine disorder; uterine haemorrhage; uterine prolapse.

**Respiratory, Thoracic, and Mediastinal Disorders:** acute respiratory distress syndrome; apnoea; asphyxia; asthma; bronchospasm; choking; chronic obstructive airways disease; chronic obstructive airways disease exacerbated; cough; cryptogenic organizing pneumonia; dyspnoea; dyspnoea exacerbated; epistaxis; haemoptysis; hypoventilation; hypoxia; interstitial lung disease; laryngeal disorder; lung disorder; nocturnal dyspnoea; pharyngolaryngeal pain; pleural effusion; pleurisy; pneumonia aspiration; pneumothorax; pulmonary embolism; pulmonary oedema; respiratory arrest; respiratory disorder; respiratory distress; respiratory failure; respiratory tract congestion; rhinorrhoea; status asthmaticus; tonsillar hypertrophy; tracheal stenosis.

**Skin and Subcutaneous Tissue Disorders:** alopecia; angioneurotic oedema; dermatitis; dermatosis; eczema; erythema; erythema multiforme; ingrowing nail; prurigo; pruritus; rash; rash papular; skin lesion; skin ulcer; swelling face; urticaria.

**Social Circumstances:** physical disability.

**Surgical And Medical Procedures:** bone operation; diabetes mellitus management.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Vascular Disorders:** aneurysm; angiopathy; arterial occlusive disease; atherosclerosis; circulatory collapse; deep vein thrombosis; embolism; haematoma; haemorrhage; hot flush; hypertension; hypotension; intermittent claudication; petechiae; phlebitis; phlebolith; phlebothrombosis; shock; thrombosis; vasculitis.

### 8.2.1.   Summary of Deaths Reported in Clinical Studies with Gabapentin

| Indication | Epilepsy Add-On Therapy | Epilepsy Monotherapy | Epilepsy Pediatric Add-On |
|---|---|---|---|
| Safety-Update | SU 4 | SU1 | SU 1 |
| Cutoff Date | 10/29/93 | 9/30/96 | 02/14/00 |
| **Not-Related to Gabapentin:** | | | |
| Death Rate (%) of Exposed | 1.36% | 1.0% | 0.3% |
| Number of Deaths | 30 | 7 | 2 |
| Number Exposed: | 2203 | 674 | 648 |
| **Related to Gabapentin:** | | | |
| Death Rate (%) of Exposed | 0% | 0.3% | 0% |
| Number of Deaths | 0 | 2[a] | 0 |
| Number Exposed: | 2203 | 674 | 648 |
| **Un-Related to Gabapentin:** | | | |
| Death-Total Patient-Days | 23281 | 2003 | 267.0 |
| Death-Total Patient-Years | 63.8 | 5.5 | 0.7 |
| Death Rate Patient-Years[b] | N/A | N/A | 0.15% |
| **Related to GBN:** | | | |
| Death-Total Patient-Days | 0 | 347 | 0 |
| Death-Total Patient-Years | 0 | 0.95 | 0 |
| Death Rate Patient-Years[b] | N/A | N/A | 0 |
| **Total Population:** | ISS | ISS | SU1 |
| Number Exposed | 1307 | 378 | 648 |
| Total Patient-Days | 51241 | 18113 | 173315.0 |
| Total Patient-Years | 985 | 347 | 474.5 |
| Number of Clinical Trials | 43 | 9 | 10 |

ISS – Integrated safety summary; SU – Study update
[a]   One unknown and one possibly related to treatment.
[b]   Cannot be calculated from the Safety Update Reports.

### 8.2.2.   Treatment-Emergent, Treatment-Related Serious Adverse Events

As of 16 June 2004 the treatment-related serious adverse events (number of subjects) are listed in MedDRA preferred terms below.  Events occurring specifically in blinded-therapy subjects are italicized.

**Blood and lymphatic system disorders:** pancytopenia (1); *thrombocytopenia (1).*

cardiac disorders (1); atrial fibrillation (1); bradycardia (1); *tachycardia (1).*

**Ear and labyrinth disorders:** vertigo (1).

**Endocrine disorders:** hypothyroidism (1).

**Eye disorders:** diplopia (1); mydriasis (1); visual disturbance (1).

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Gastrointestinal disorders:** colitis (1); constipation (1); nausea (2); pancreatitis (1); vomiting (2).

**General disorders and administration site conditions:** asthenia (2); death (1); drug interaction (4); fatigue (3); gait abnormal (1); generalised oedema (1); pyrexia *(1)* (1).

**Immune system disorders:** hypersensitivity *(1)* (1).

**Infections and infestations:** bronchitis acute (1); sepsis (1).

**Injury, poisoning, and procedural complications:** concussion (2); facial bones fracture (1); fall (2); haemothorax (1); intentional overdose *(3)* (3); lower limb fracture (1); near drowning (1); rib fracture (1); skull fracture (1); therapeutic agent toxicity (1).

**Investigations:** anticonvulsant drug level increased; *respiratory rate decreased (1).*

**Metabolism and nutrition disorders:** anorexia (1); hyponatraemia (1); (1).

**Musculoskeletal and connective tissue disorders:** Myalgia (1).

**Nervous system disorders:** aphasia (1); ataxia (6); balance disorder *(1)* (1); cerebellar ataxia (1); cerebral haematoma (1); convulsion (9); *depressed level of consciousness (1); disturbance in attention (1);* dizziness *(1)* (6); dyskinesia (1); encephalopathy (1); epilepsy *(1)* (2); hemiplegia (1); lethargy (6); myoclonus (1); nystagmus (1); paralysis (1); somnolence *(1)* (5); speech disorder (1); status epilepticus (3); subarachnoid haemorrhage (1); syncope (2); tremor (1).

**Pregnancy, puerperium and perinatal conditions:** unintended pregnancy (1).

**Psychiatric disorders:** aggression: aggression (3); confusional state (3); disorientation (2); dysphoria (1); hypomania (1); *mania (2);* panic attack (1); psychotic disorder (3); suicide attempt (1).

**Renal and urinary disorders:** haematuria (1); micturition disorder (1); renal failure acute (1); urinary retention (1); urine odour abnormal (1).

**Respiratory, thoracic, and mediastinal disorders:** asthma (1); bronchospasm (1); pleural effusion (1); respiratory distress (1); *respiratory failure (1).*

**Skin and subcutaneous tissue disorders:** dermatitis (1); dermatosis (1); erythema multiforme (3); *rash (2).*

**Social circumstances:** physical disability (1).

**Vascular disorders:** hot flush (1); shock (1).

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Confidential

**8.3.  Serious Adverse Events Reported from Spontaneous Reports (Global Post Marketing Surveillance)**

As of June 30, 2003, gabapentin is marketed in over 80 countries.  Since May 1993 in United Kingdom, gabapentin has been used in approximately 12 million patients.

Listed below are serious adverse events reported spontaneously outside of Japan during the postmarketing period from May 1993 to 16 June 2004.  Information sources are spontaneous reports from health care professionals (including published literature and regulatory authority registered reports) and consumers.  The spontaneous serious adverse events are given by body system in MedDRA preferred terms.

Due to the spontaneous nature of the reports the data are insufficient to establish a causal relationship or to support an estimate of their incidence.

This report has information collected from the Pfizer global early alert safety database.  This includes all spontaneous reports to Pfizer and its predecessors from countries where the drug is marketed.

**Being queried:** gamma-glutamyl transferase increased; irregular menstrual cycle; menstrual flow excessive; somnolence; spine deterioration.

**Blood and lymphatic system disorders:** agranulocytosis; anaemia; anaemia megaloblastic; anaemia vitamin b12 deficiency; aplastic anaemia; bone marrow depression; coagulopathy; disseminated intravascular coagulation; eosinophilia.

**Blood and lymphatic system disorders:** erythropenia; granulocytopenia; haemolysis; haemolytic anaemia; haemolytic uraemic syndrome; hypochromic anaemia; idiopathic thrombocytopenic purpura; iron deficiency anaemia; leukocytosis; leukopenia; lymph node pain; lymphadenopathy; lymphocytosis; lymphopenia; macrocytosis; microcytic anaemia; mononucleosis syndrome; neutropenia; pancytopenia; spherocytic anaemia; splenomegaly; thrombocytopenia; thrombocytopenic purpura; thrombotic thrombocytopenic purpura.

**Cardiac disorders:** acute myocardial infarction; age indeterminate myocardial infarction; angina pectoris; angina unstable; aortic valve disease; arrhythmia; atrial fibrillation; atrial flutter; atrioventricular block; bradyarrhythmia; bradycardia; bundle branch block left; cardiac arrest; cardiac disorder; cardiac failure; cardiac failure congestive; cardiac flutter; cardiac tamponade; cardiac valve disease; cardio-respiratory arrest; cardiomegaly; cardiomyopathy; cardiotoxicity; cardiovascular disorder; congestive cardiomyopathy; coronary artery disease; cyanosis; extrasystoles; heart alternation; hypertensive heart disease; left ventricular failure; mitral valve disease; mitral valve incompetence; myocardial fibrosis; myocardial infarction; myocardial ischaemia; myocarditis; palpitations; pericardial effusion; pericarditis; right ventricular failure; sick sinus syndrome; sinus bradycardia; sinus tachycardia; supraventricular extrasystoles; supraventricular tachycardia; tachyarrhythmia; tachycardia; torsade de pointes; ventricular extrasystoles; ventricular fibrillation; ventricular hypertrophy; ventricular tachycardia.

**Congenital, familial and genetic disorders:** anal atresia; brain malformation; chromosome abnormality; cleft lip; cleft lip and palate; cleft palate; coarctation of the aorta; colour blindness;

This document contains information that Pfizer considers confidential and proprietary.  It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study.  This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

Pfizer_LCastro_0028718

Neurontin (Gabapentin)        INVESTIGATOR'S BROCHURE                Page 86 of 95

congenital anomaly; congenital atrial septal defect; congenital brain damage; congenital central nervous system anomaly; congenital eye disorder; congenital hydronephrosis; congenital multiplex arthrogryposis; congenital musculoskeletal anomaly; congenital ureteric anomaly; congenital ventricular septal defect; cryptorchism; endocardial fibroelastosis; epidermolysis; foetal valproate syndrome; gilbert's syndrome; haemangioma congenital; heart disease congenital; hypospadias; macroglossia; multiple congenital abnormalities; neurofibromatosis; oesophageal atresia; patent ductus arteriosus; pigmented naevus; polydactyly; porphyria acute; retinitis pigmentosa; sickle cell anaemia with crisis; talipes.

**Ear and labyrinth disorders:** deafness; deafness neurosensory; deafness unilateral; ear discomfort; ear disorder; ear pain; eustachian tube disorder; eustachian tube dysfunction; hearing impaired; hypoacusis; inner ear disorder; meniere's disease; motion sickness; ototoxicity; sudden hearing loss; tinnitus; tympanic membrane perforation; vertigo; vertigo positional; vestibular disorder; vestibular neuronitis.

**Endocrine disorders:** adrenal disorder; adrenal insufficiency; adrenal mass; antidiuretic hormone abnormality; autoimmune thyroiditis; basedow's disease; cushing's syndrome; cushingoid; goitre; hyperprolactinaemia; hyperthyroidism; hypopituitarism; hypothalamo-pituitary disorders; hypothyroidism; inappropriate antidiuretic hormone; secretion; precocious puberty; thyroid disorder; thyroid nodule; thyroid pain.

**Eye disorders:** abnormal sensation in eye; accommodation disorder; acquired night blindness; amblyopia; asthenopia; astigmatism; blepharitis; blepharospasm; blindness; blindness transient; blindness unilateral; cataract; choroidal neovascularisation; conjunctival haemorrhage; conjunctivitis; corneal oedema; diplopia; erythema of eyelid; exophthalmos; extraocular muscle paresis; eye disorder; eye haemorrhage; eye irritation; eye movement disorder; eye oedema; eye pain; eye pruritus; eye redness; eye swelling; eyelid disorder; eyelid oedema; eyelid ptosis; glaucoma; hypermetropia; hyphaema; iritis; keratitis interstitial; keratoconjunctivitis sicca; lacrimation decreased; lacrimation increased; lens disorder; macular degeneration; macular oedema; maculopathy; madarosis; miosis; mydriasis; myopia; neurological eyelid disorder; ocular vascular disorder; oculogyration; ophthalmoplegia; optic atrophy; optic disc haemorrhage; optic ischaemic neuropathy; optic neuropathy; papilloedema; photophobia; photopsia; presbyopia; pupil fixed; refraction disorder; retinal artery occlusion; retinal depigmentation; retinal detachment; retinal haemorrhage; retinal ischaemia; retinal tear; retinal vascular disorder; retinal vein occlusion; retinopathy; retinoschisis; scintillating scotoma; scotoma; strabismus; uveitis; vision blurred; visual acuity reduced; visual disturbance; vitreous detachment; vitreous floaters; vitreous opacities; xanthopsia.

**Gastrointestinal disorders:** abdominal adhesions; abdominal discomfort; abdominal distension; abdominal pain; abdominal pain upper; abdominal symptom; abdominal tenderness; abnormal faeces; acute diverticulitis; anal fissure; anal fistula; anorectal disorder; aphthous stomatitis; aptyalism; ascites; change of bowel habit; chapped lips; coeliac disease; colitis; colitis collagenous; colitis ischaemic; colitis ulcerative; constipation; defaecation urgency; dental discomfort; dental plaque; diarrhoea; diarrhoea haemorrhagic; dry mouth; duodenal ulcer haemorrhage; duodenitis; dyspepsia; dysphagia; enamel anomaly; enteritis; enterocolitis haemorrhagic; eructation; faecal incontinence; faecaloma; faeces discoloured; faeces hard; flatulence; food poisoning; frequent bowel movements; gastric disorder; gastric haemorrhage;

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.