gastric irritation; gastric ulcer; gastric ulcer perforation; gastritis; gastrointestinal discomfort; gastrointestinal disorder; gastrointestinal haemorrhage; gastrointestinal obstruction; gastrointestinal pain; gastrooesophageal reflux disease; gingival bleeding; gingival discolouration; gingival disorder; gingival hyperplasia; gingival hypertrophy; gingival pain; gingival recession; gingival swelling; gingivitis; glossitis; glossodynia; haematemesis; haematochezia; haemorrhoids; halitosis; hiatus hernia; hypoaesthesia oral; impaired gastric emptying; inguinal hernia; intestinal functional disorder; intestinal haemorrhage; intestinal infarction; intestinal ischaemia; intestinal obstruction; intestinal perforation; intestinal stenosis; intra-abdominal haemorrhage; irritable bowel syndrome; large intestine perforation; lip dry; loose stools; malabsorption; megacolon acquired; melaena; mouth ulceration; nausea; oedema mouth; oedematous pancreatitis; oesophageal disorder; oesophageal pain; oesophageal spasm; oesophageal varices haemorrhage; oesophagitis; oral discomfort; oral mucosal blistering; oral mucosal disorder; oral pain; oral soft tissue disorder; pancreatic cyst; pancreatic disorder; pancreatic enlargement; pancreatic insufficiency; pancreatic mass; pancreatitis; pancreatitis acute; pancreatitis chronic; pancreatitis necrotising; pancreatitis relapsing; peptic ulcer; peritoneal haemorrhage; rectal haemorrhage; rectocele; retching; saliva altered; salivary hypersecretion; sensitivity of teeth; small intestinal obstruction; steatorrhoea; stomach discomfort; stomatitis; stools watery; stress ulcer; swollen tongue; tongue black hairy; tongue blistering; tongue discolouration; tongue disorder; tongue dry; tongue ulceration; tooth discolouration; tooth disorder; tooth fracture; tooth loss; toothache; umbilical hernia; volvulus of bowel; vomiting; general disorders and administration conditions; abasia; adverse drug reaction; adverse event; alcohol interaction; allodynia; application site reaction; asthenia; atrophy; catheter site pain; chest discomfort; chest pain; condition aggravated; death; developmental delay; difficulty in walking; discomfort; drug effect decreased; drug effect increased; drug ineffective; drug interaction; drug interaction potentiation; drug intolerance; drug tolerance; drug tolerance decreased; drug tolerance increased; drug withdrawal syndrome; drug withdrawal syndrome neonatal; energy increased; fatigue; feeling abnormal; feeling cold; feeling drunk; feeling hot; feeling hot and cold; feeling jittery; feeling of relaxation; gait abnormal; general physical health deterioration; generalised oedema; granuloma; growth retardation; hangover; hernia; hunger; hyperpyrexia; hypothermia; ill-defined disorder; impaired healing; inflammation; inflammation localised; influenza like illness; localised oedema; loss of control of legs; malaise; mass; medication residue; microlithiasis; moaning; mobility decreased; mucosal dryness; multi-organ failure; necrosis; no adverse effect; nodule; non-cardiac chest pain; nonspecific reaction; obstruction; oedema; oedema peripheral; oral administration complication; pain; pain exacerbated; performance status decreased; pharmaceutical product complaint; pitting oedema; prostration; pyrexia; rigors; sluggishness; sudden death; swelling; tachyphylaxis; tenderness; therapeutic response increased; thirst; thirst decreased; ulcer; ulcer haemorrhage; unevaluable event; unexpected therapeutic drug effect; vestibulitis.

**Hepatobiliary disorders:** alcoholic liver disease; autoimmune hepatitis; bile duct obstruction; bile duct stone; biliary dilatation; budd-chiari syndrome; cholangitis; cholecystitis; cholecystitis acute; cholecystitis chronic; cholelithiasis; cholelithiasis obstructive; cholestasis; cytolytic hepatitis; gallbladder disorder; gallbladder pain; hepatic cirrhosis; hepatic failure; hepatic function abnormal; hepatic mass; hepatic necrosis; hepatic steatosis; hepatitis; hepatitis acute; hepatitis cholestatic; hepatitis fulminant; hepatitis toxic; hepatocellular damage; hepatomegaly; hepatotoxicity; jaundice; jaundice cholestatic; liver disorder.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Immune system disorders:** anaphylactic reaction; autoimmune disorder; drug hypersensitivity; food allergy; graft versus host disease; hypersensitivity; immune system disorder; lung transplant rejection; multiple allergies; poems syndrome; reaction to drug excipient; sarcoidosis; seasonal allergy.

**Infections and infestations:** abdominal abscess; abdominal infection; abscess; abscess limb; acute sinusitis; appendicitis; arthritis infective; bacteraemia; bacterial infection; blister infected; bone infection; brain abscess; bronchial infection; bronchiolitis; bronchitis; bronchitis acute; bronchitis chronic; bronchopneumonia; campylobacter infection; candidiasis; catheter site infection; cellulitis; central line infection; cerebral toxoplasmosis; cervicitis; clostridial infection; clostridium colitis; condyloma acuminatum; creutzfeldt-jakob disease; cystitis; cytomegalovirus infection; dental caries; diarrhoea infectious; diverticulitis; dysentery; ear infection; endocarditis; epiglottitis; escherichia sepsis; extradural abscess; eyelid infection; folliculitis; fungal infection; furuncle; gastroenteritis; genital candidiasis; gingival abscess; gingival infection; hepatitis b; hepatitis c; hepatitis infectious; herpes virus infection; herpes zoster; herpetic stomatitis; histoplasmosis; HIV disease progression; HIV infection; hordeolum; impetigo; implant site infection; infected skin ulcer; infection; infectious mononucleosis; influenza; kidney infection; klebsiella sepsis; labyrinthitis; laryngitis; lobar pneumonia; localised infection; lower respiratory tract infection; lung infection; lyme disease; meningitis viral; nasopharyngitis; nosocomial infection; onychomycosis; oral candidiasis; oral infection; osteomyelitis; otitis media; otitis media acute; otitis media chronic; parotitis; pelvic inflammatory disease; peritonsillar abscess; pharyngitis; pneumonia; pneumonia bacterial; pneumonia cytomegaloviral; pneumonia mycoplasmal; pneumonia respiratory syncytial viral; pneumonia staphylococcal; pneumonia streptococcal; pneumonia viral; pyelonephritis; rash pustular; reiter's syndrome; renal abscess; respiratory tract infection; rhinitis; sepsis; septic shock; sialoadenitis; sinusitis; skin infection; staphylococcal infection; staphylococcal sepsis; streptococcal sepsis; subcutaneous abscess; tetanus; tonsillitis; tooth abscess; tooth infection; toxoplasmosis; tuberculosis; tubo-ovarian abscess; upper respiratory tract infection; ureteritis; urinary tract infection; urosepsis; vaginal infection; vaginal mycosis; vaginitis bacterial; varicella; viral infection; viral labyrinthitis.

**Injury, poisoning and procedural complications:** accident at work; accidental exposure; accidental overdose; acetabulum fracture; animal bite; ankle fracture; anticonvulsant toxicity; back injury; bite; blister; burns second degree; burns third degree; cervical vertebral fracture; chemical poisoning; clavicle fracture; complications of transplanted kidney; compression fracture; concussion; contusion; coronary artery restenosis; cranial nerve injury; device failure; drug exposure during pregnancy; drug toxicity; excoriation; eye injury; face injury; facial bones fracture; fall; femoral neck fracture; femur fracture; foot fracture; foreign body trauma; fracture; frostbite; haemothorax; hand fracture; head injury; heart injury; heat stroke; hepatic haematoma; hip fracture; humerus fracture; injury; injury asphyxiation; intentional misuse; intentional overdose; intervertebral disc injury; joint dislocation; joint injury; joint sprain; limb injury; lower limb fracture; lumbar puncture headache; lung injury; medical device complication; medication error; meniscus lesion; muscle injury; muscle rupture; muscle strain; neck injury; nerve injury; open fracture; open wound; overdose; patella fracture; pathological fracture; pelvic fracture; poisoning; polytraumatism; post procedural complication; postoperative adhesion; rib fracture; road traffic accident; scratch; self mutilation; shunt malfunction; skin laceration; skull fracture; spinal compression fracture; spinal cord injury lumbar; spinal fracture; sternal fracture; stoma site reaction; stress fracture; subdural haematoma; superficial injury of eye; tendon rupture;

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

therapeutic agent toxicity; thermal burn; tooth injury; underdose; vascular graft occlusion, complications; wrist fracture.

**Investigations:** activated partial thromboplastin time, prolonged; alanine aminotransferase increased; albumin globulin ratio decreased; ammonia increased; antibody test positive; anticonvulsant drug level above, therapeutic; anticonvulsant drug level below, therapeutic; anticonvulsant drug level decreased; anticonvulsant drug level increased; antinuclear antibody positive; apgar score low; aspartate aminotransferase increased; bacterial culture positive; basophil count increased; bleeding time prolonged; blood albumin decreased; blood alcohol increased; blood alkaline phosphatase increased; blood amylase increased; blood bicarbonate decreased; blood bilirubin decreased; blood bilirubin increased; blood calcium decreased; blood calcium increased; blood chloride decreased; blood cholesterol decreased; blood cholesterol increased; blood copper increased; blood creatine phosphokinase increased; blood creatinine increased; blood electrolytes abnormal; blood follicle stimulating hormone; increased; blood glucose abnormal; blood glucose decreased; blood glucose fluctuation; blood glucose increased; blood growth hormone increased; blood iron decreased; blood oestrogen decreased; blood oestrogen increased; blood potassium decreased; blood potassium increased; blood pressure abnormal; blood pressure decreased; blood pressure increased; blood prolactin increased; blood sodium decreased; blood sodium increased; blood test abnormal; blood testosterone decreased; blood thyroid stimulating hormone decreased; blood thyroid stimulating hormone increased; blood triglycerides increased; blood urea decreased; blood urea increased; blood urea nitrogen/creatinine ratio; increased; blood uric acid decreased; blood urine; body height decreased; body temperature decreased; body temperature increased; bone density decreased; c-reactive protein increased; carcinoembryonic antigen increased; cardiac murmur; catheterisation cardiac; coagulation time prolonged; computerised tomogram abnormal; creatinine renal clearance decreased; CSF pressure increased; dehydroepiandrosterone decreased; drug level below therapeutic; drug level decreased; drug level fluctuating; drug level increased; drug screen positive; electrocardiogram abnormal; electrocardiogram qt prolonged; electrocardiogram st segment depression; electrocardiogram t wave inversion; electroencephalogram abnormal; electromyogram abnormal; eosinophil count increased; eosinophil percentage increased; full blood count abnormal; full blood count decreased; gamma-glutamyltransferase increased; glucose urine present; glycosylated haemoglobin increased; granulocyte count decreased; haematocrit decreased; haemoglobin abnormal; haemoglobin decreased; haptoglobin increased; heart rate decreased; heart rate increased; heart rate irregular; heart sounds abnormal; helicobacter pylori antibody positive; hepatic enzyme increased; high density lipoprotein decreased; hormone level abnormal; immunosuppressant drug level decreased; international normalised ratio abnormal; international normalised ratio decreased; international normalised ratio increased; intraocular pressure increased; laboratory test abnormal; lipase increased; lipids abnormal; liver function test abnormal; low density lipoprotein increased; lymphocyte count decreased; mean platelet volume decreased; monocyte count increased; neurological examination abnormal; neutrophil count decreased; nitrite urine present; nuclear magnetic resonance imaging abnormal; oxygen saturation decreased; pancreatic enzymes abnormal; pancreatic enzymes increased; pco2 decreased; platelet aggregation abnormal; platelet count decreased; platelet count increased; prostatic specific antigen increased; protein total abnormal; protein total decreased; protein urine present; prothrombin level decreased; prothrombin time abnormal; prothrombin time prolonged; prothrombin time shortened; pulse absent; red blood cell count abnormal; red blood cell count decreased; red blood cell sedimentation rate increased; serology abnormal; serum ferritin decreased; serum ferritin

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

increased; serum serotonin decreased; smear cervix abnormal; sperm count decreased; spermatozoa abnormal; sputum abnormal; stool analysis abnormal; thrombin time shortened; thyroid function test abnormal; transaminases increased; urine analysis abnormal; urine leukocyte esterase positive; urine osmolarity increased; urine output decreased; venous pressure jugular increased; volume blood decreased; weight decreased; weight increased; white blood cell count; white blood cell count decreased; white blood cell count increased; x-ray abnormal.

**Metabolism and nutrition disorders:** alkalosis, anorexia, appetite disorder, cachexia, calcium deficiency, decreased appetite, dehydration, diabetes mellitus, diabetes mellitus inadequate control, diabetes mellitus insulin-dependent, diabetes mellitus non-insulin-dependent, diabetic ketoacidosis, electrolyte imbalance, feeding disorder, feeding problem in newborn, fluid retention, food craving, gout, haemosiderosis, hyperglycaemia, hyperkalaemia, hyperlipidaemia, hypernatraemia, hyperphagia, hyperphosphataemia, hypertriglyceridaemia, hypervolaemia, hypochloraemia, hypoglycaemia, hypoglycaemia unawareness, hypokalaemia, hyponatraemia, hypovolaemia, increased appetite, increased insulin requirement, lactic acidosis, lactose intolerance, malnutrition, metabolic acidosis, metabolic disorder, obesity, polydipsia, vitamin B12 deficiency, vitamin d deficiency, weight fluctuation, weight gain poor, weight loss poor.

**Musculoskeletal and connective disorders:** amyotrophy, ankylosing spondylitis, arthralgia, arthritis, arthropathy, back disorder, back pain, bone cyst, bone disorder, bone pain, bone spur, buttock pain, cervical spinal stenosis, chest wall pain, collagen disorder, compartment syndrome, costochondritis, extremity contracture, facial pain, fibromyalgia, flank pain, ganglion, groin pain, head deformity, intervertebral disc degeneration, intervertebral disc disorder, intervertebral disc protrusion, jaw disorder, joint lock, joint range of motion decreased, joint stiffness, joint swelling, juvenile arthritis, kyphosis, limb discomfort, local swelling, localised osteoarthritis, lower limb deformity, lupus-like syndrome, morphoea, muscle atrophy, muscle cramp, muscle disorder, muscle fatigue, muscle rigidity, muscle spasms, muscle tightness, muscle twitching, muscular weakness, musculoskeletal discomfort, musculoskeletal disorder, musculoskeletal stiffness, myalgia, myofascial pain syndrome, myokymia, myositis, neck pain, neuropathic arthropathy, nuchal rigidity, osteoarthritis, osteomalacia, osteonecrosis, osteopenia, osteoporosis, pain in extremity, pain in jaw, periarthritis, plantar fasciitis, polyarthritis, polymyalgia rheumatica, posture abnormal, psoriatic arthropathy, relapsing polychondritis, rhabdomyolysis, rheumatoid arthritis, rickets, scleroderma, scoliosis, sensation of heaviness, soft tissue disorder, spinal column stenosis, spinal disorder, spinal fusion acquired, spinal osteoarthritis, spondylolisthesis acquired, spondylosis, synovitis, systemic lupus erythematosus, tendon disorder, tendonitis, tenosynovitis, toe deformity, trismus.

**Neoplasms benign, malignant, and unspecified (incl cysts and polyps):** acrochordon, acute lymphocytic leukaemia, adenoma benign, adrenal neoplasm, astrocytoma, basal cell carcinoma, benign breast neoplasm, benign hepatic neoplasm, benign hydatidiform mole, biliary neoplasm, bladder cancer, bone neoplasm malignant, brain neoplasm, brain neoplasm malignant, breast cancer, breast cancer female, breast cancer metastatic, breast cancer stage i, breast neoplasm, bronchial carcinoma, carcinoma, chronic leukaemia, chronic lymphocytic leukaemia, colon cancer, conjunctival neoplasm, cyst, enchondromatosis, endometrial cancer, endometrial cancer metastatic, fibroadenoma of breast, fibroma, gallbladder cancer, gastric cancer, gastric neoplasm, gastrointestinal carcinoma, gastrointestinal tract adenoma, glioblastoma multiforme, glioma, haemangioma acquired, hepatic neoplasm malignant, hodgkin's disease, leukaemia, lipoma, lung

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

cancer metastatic, lung neoplasm malignant, lymphoma, malignant melanoma, malignant neoplasm progression, marrow hyperplasia, meningioma, mesothelioma, metastases to central nervous system, metastases to liver, metastases to lung, metastasis, metastatic carcinoma of the bladder, metastatic neoplasm, Morton's neuroma, multiple myeloma, myeloproliferative disorder, neoplasm, neoplasm malignant, neoplasm progression, neoplasm skin, neuroma, non-hodgkin's lymphoma, ocular neoplasm, oesophageal carcinoma, ovarian cancer, pancreatic carcinoma, pelvic neoplasm, peritoneal carcinoma, pharyngeal cancer stage unspecified, pituitary tumour, polyp, prostate cancer, prostate cancer metastatic, rectal cancer, renal cell carcinoma stage unspecified, renal neoplasm, sarcoma, seborrhoeic keratosis, skin carcinoma, spinal cord neoplasm, throat cancer, uterine cancer.

**Nervous system disorders:** ageusia, akathisia, akinesia, amnesia, anosmia, anoxic encephalopathy, aphasia, aphonia, apraxia, arachnoid cyst, arachnoiditis, asterixis, ataxia, athetosis, aura, autism, autistic disorder, balance disorder, benign intracranial hypertension, bradykinesia, brain damage, brain mass, brain oedema, brain stem syndrome, burning sensation, carotid artery disease, carotid artery stenosis, carpal tunnel syndrome, cerebellar ataxia, cerebellar atrophy, cerebellar syndrome, cerebral atrophy, cerebral disorder, cerebral haematoma, cerebral haemorrhage, cerebral infarction, cerebrovascular accident, cerebrovascular disorder, cervical myelopathy, cervicobrachial syndrome, chorea, choreoathetosis, clonic convulsion, clonus, clumsiness, cluster headache, cognitive disorder, coma, coma hepatic, complex partial seizures, convulsion, convulsion neonatal, coordination abnormal, cranial nerve disorder, dementia, dementia alzheimer's type, depressed level of consciousness, diabetic hyperosmolar coma, diabetic neuropathy, disturbance in attention, dizziness, dizziness postural, dreamy state, drooling, drug withdrawal convulsions, drug withdrawal headache, dysaesthesia, dysarthria, dysgeusia, dysgraphia, dyskinesia, dyslexia, dysphasia, dysstasia, dystonia, encephalitis, encephalopathy, epilepsy, essential tremor, extrapyramidal disorder, facial nerve disorder, facial neuralgia, facial palsy, frontal lobe epilepsy, grand mal convulsion, guillain-barre syndrome, haemorrhage intracranial, head discomfort, headache, hemianopia, hemiparesis, hemiplegia, hepatic encephalopathy, hydrocephalus, hyperaesthesia, hyperkinesia, hyperreflexia, hypersomnia, hypertonia, hypoaesthesia, hypokinesia, hyporeflexia, hyposmia, hypotonia, incoherent, intention tremor, intracranial pressure increased, ivth nerve paralysis, judgement impaired, lacunar infarction, lethargy, loss of consciousness, lumbar radiculopathy, mastication disorder, memory impairment, mental impairment, mental retardation severity unspecified, migraine, monoplegia, motor dysfunction, movement disorder, multiple sclerosis, multiple sclerosis relapse, muscle contractions involuntary, muscle spasticity, myasthenia gravis, myasthenic syndrome, myelopathy, myoclonic epilepsy, myoclonus, narcolepsy, nerve compression, nervous system disorder, neuralgia, neuritis, neuroleptic malignant syndrome, neurological symptom, neuromyopathy, neuropathic pain, neuropathy, neuropathy peripheral, neurotoxicity, nystagmus, optic neuritis, paraesthesia, paraesthesia oral, paralysis, paraparesis, paraplegia, parkinson's disease, parkinsonism, parosmia, partial seizures, peripheral sensory neuropathy, peroneal nerve palsy, petit mal epilepsy, phantom pain, polyneuropathy, post herpetic neuralgia, psychomotor hyperactivity, quadriplegia, reflex sympathetic dystrophy, restless legs syndrome, reversible ischaemic neurological deficit, sciatica, sedation, sensory disturbance, sensory loss, serotonin syndrome, simple partial seizures, sleep apnoea syndrome, somnolence, speech disorder, spinal cord ischaemia, status epilepticus, status migrainosus, stupor, subarachnoid haemorrhage, syncope, syncope vasovagal, tardive dyskinesia, tongue biting, tonic clonic movements, transient

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

ischaemic attack; tremor; trigeminal neuralgia; tunnel vision; unresponsive to pain stimuli; vegetative state chronic; visual field defect.

**Pregnancy, puerperium, and perinatal conditions:** abortion; abortion spontaneous; eclampsia; foetal distress syndrome; foetal growth retardation; intra-uterine death; polyhydramnios; pregnancy; premature baby; premature labour; stillbirth; umbilical cord abnormality; unintended pregnancy.

**Psychiatric disorders:** abnormal behaviour; abnormal dreams; acute psychosis; adjustment disorder; affect lability; affective disorder; aggression; agitation; agoraphobia; alcohol withdrawal syndrome; alcoholism; anger; anorgasmia; antisocial behaviour; anxiety; anxiety disorder; apathy; attention-seeking behaviour; bipolar disorder; bipolar i disorder; bradyphrenia; bruxism; catatonia; claustrophobia; cognitive deterioration; completed suicide; confusional state; conversion disorder; crying; daydreaming; decreased activity; delirium; delirium tremens; delusion; dependence; depersonalisation; depressed mood; depression; disorientation; dissociation; dissociative disorder; drug dependence; psychiatric disorders; dysphemia; dysphoria; eating disorder; emotional disorder; emotional distress; euphoric mood; excitability; expressive language disorder; fear; feeling guilty; flat affect; hallucination; hallucination, auditory; hallucination, visual; head banging; homicidal ideation; hostility; hypervigilance; hypomania; illogical thinking; illusion; impaired self-care; impatience; impulsive behaviour; inappropriate affect; initial insomnia; insomnia; intentional self-injury; irritability; lack of spontaneous speech; learning disorder; libido decreased; libido disorder; listless; logorrhoea; loss of libido; major depression; mania; markedly reduced dietary intake; mental disorder; mental status changes; middle insomnia; mood altered; mood disorder due to a general medical condition; mood swings; negative thoughts; nervousness; neurosis; nightmare; obsessive-compulsive disorder; orgasm abnormal; panic attack; panic disorder; panic reaction; paranoia; personality change; personality disorder; phobia; post-traumatic stress disorder; pressure of speech; psychiatric symptom; psychomotor agitation; psychomotor retardation; psychotic disorder; restlessness; schizoaffective disorder; schizophrenia; self injurious behavior; sleep attacks; sleep disorder; sleep walking; social avoidant behaviour; somatisation disorder; sopor; stress symptoms; suicidal ideation; suicide attempt; tearfulness; tension; thinking abnormal; thought blocking; tic; trance.

**Renal and urinary disorders:** azotaemia; bladder disorder; bladder pain; bladder spasm; chromaturia; cystitis interstitial; dysuria; enuresis; glomerulonephritis; haematuria; hydronephrosis; hypertonic bladder; ketonuria; micturition disorder; micturition urgency; nephritis interstitial; nephrolithiasis; nephropathy; nephrosclerosis; nephrotic syndrome; neurogenic bladder; nocturia; oliguria; pollakiuria; polyuria; proteinuria; renal cyst; renal disorder; renal failure acute; renal failure chronic; renal impairment; renal insufficiency; renal tubular disorder; renal tubular necrosis; tubulointerstitial nephritis; ureteral disorder; ureteric obstruction; urethral disorder; urinary hesitation; urinary incontinence; urinary retention; urinary tract disorder; urine abnormality; urine odour abnormal; vesicoureteric reflux.

**Reproductive system and breast:** amenorrhoea; benign prostatic hyperplasia; breast discomfort; breast disorder female; breast pain; breast swelling; cervical dysplasia; dysmenorrhoea; dyspareunia; ejaculation delayed; ejaculation disorder; ejaculation failure; endometrial hyperplasia; endometriosis; erectile dysfunction; erection increased; female sexual dysfunction; fibrocystic breast disease; galactorrhoea; gynaecomastia; hypertrophy breast; infertility; infertility

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

male; male sexual dysfunction; menorrhagia; menses delayed; menstrual disorder; menstruation irregular; metrorrhagia; oligomenorrhoea; ovarian cyst; ovarian cyst ruptured; ovarian disorder; pelvic pain; penile haemorrhage; polymenorrhoea; postmenopausal haemorrhage; premenstrual syndrome; priapism; prostatic disorder; pruritus genital; sexual dysfunction; testicular pain; testicular swelling; uterine cyst; uterine disorder; vaginal discharge; vaginal haemorrhage; vaginal pain; vulvovaginal discomfort.

**Respiratory, thoracic, and mediastinal disorders:** acquired tracheo-oesophageal fistula; acute pulmonary oedema; acute respiratory distress syndrome; acute respiratory failure; anoxia; apnoea; asphyxia; aspiration; asthma; bronchospasm; cheyne-stokes respiration; choking; chronic obstructive airways disease; chronic obstructive airways disease exacerbated; cough; cryptogenic organizing pneumonia; dry throat; dysphonia; dyspnoea; dyspnoea exacerbated; dyspnoea exertional; emphysema; epiglottic oedema; epistaxis; foreign body aspiration; haemoptysis; hiccups; hoarseness; hypercapnia; hypoventilation; hypoxia; increased bronchial secretion; increased upper airway secretion; interstitial lung disease; laryngeal oedema; lung disorder; lung infiltration; nasal congestion; nasal discomfort; nasal disorder; nasal dryness; nasopharyngeal disorder; obstructive airways disorder; oropharyngeal swelling; painful respiration; pharyngeal hypoaesthesia; pharyngeal oedema; pharyngolaryngeal pain; pleural effusion; pleurisy; pneumonia aspiration; pneumonitis; pneumothorax; postnasal drip; productive cough; pulmonary embolism; pulmonary fibrosis; pulmonary haemorrhage; pulmonary hypertension; pulmonary oedema; pulmonary thrombosis; respiratory acidosis; respiratory arrest; respiratory depression; respiratory disorder; respiratory distress; respiratory failure; respiratory tract congestion; rhinorrhoea; sinus congestion; sinus disorder; sneezing; status asthmaticus; suffocation feeling; throat irritation; throat tightness; tonsillar disorder; tracheomalacia; upper respiratory tract congestion; wheezing; yawning.

**Skin and subcutaneous tissue disorders:** acne; actinic keratosis; alopecia; angioneurotic oedema; campbell de morgan spots; cold sweat; dermatitis; dermatitis allergic; dermatitis bullous; dermatitis contact; dermatitis exfoliative; dermatitis medicamentosa; dry skin; ecchymosis; eczema; erythema; erythema marginatum; erythema multiforme; exanthem; face oedema; generalised erythema; hair growth abnormal; hair texture abnormal; hyperhidrosis; hyperkeratosis; hypertrichosis; hypertrophic scar; hypotrichosis; increased tendency to bruise; leukocytoclastic vasculitis; lichen planus; nail discolouration; nail disorder; night sweats; onycholysis; onychorrhexis; palmar erythema; pemphigoid; periorbital oedema; photosensitivity reaction; pruritus; pruritus generalised; psoriasis; purpura; rash; rash erythematous; rash macular; rash maculo-papular; rash morbilliform; rash papular; rash pruritic; rash scaly; rash vesicular; rosacea; scab; scar; skin burning sensation; skin desquamation; skin discolouration; skin disorder; skin lesion; skin odour abnormal; skin reaction; skin ulcer; skin warm; skin wrinkling; stevens-johnson syndrome; subcutaneous nodule; swelling face; toxic epidermal necrolysis; toxic skin eruption; urticaria; urticaria generalised; vasculitic rash.

**Social circumstances:** activities of daily living impaired; alcoholic; bedridden; breast prosthesis user; disability; drug abuser; drug addict; family stress; immobile; impaired driving ability; impaired work ability; imprisonment; job dissatisfaction; loss of employment; marital problem; menopause; physical disability; sexual assault victim; social problem; victim of abuse; victim of homicide; walking aid user; walking disability; wheelchair user.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

**Surgical and medical procedures:** angioplasty; appendicectomy; artificial crown procedure; bone marrow transplant; brain operation; breast operation; caesarean section; cardiac operation; cardiac pacemaker insertion; chemotherapy; colon operation; colostomy; coronary artery surgery; diabetes mellitus management; dialysis; drug detoxification; endodontic procedure; eye operation; facial nerve exploration; facial operation; gallbladder operation; gastric bypass; gastric operation; haemodialysis; hepatic embolisation; hip arthroplasty; hip surgery; hospitalisation; hysterectomy; ileostomy; intubation; jejunal operation; joint arthroplasty; knee arthroplasty; knee operation; leg amputation; life support; limb operation; liver transplant; lung lobectomy; mastectomy; neurolysis; obstetrical procedure; ophthalmic fluid drainage; oral surgery; peripheral nerve operation; resuscitation; spinal laminectomy; spinal operation; stent placement; surgery; tooth extraction; vascular operation; wound treatment.

**Vascular disorders:** aneurysm; angiopathy; aortic aneurysm; aortic aneurysm rupture; arterial disorder; arterial occlusive disease; arterial thrombosis; arterial thrombosis limb; arteriopathic disease; arteriosclerosis; atherosclerosis; blood pressure fluctuation; blood pressure inadequately controlled; capillary disorder; circulatory collapse; deep vein thrombosis; diabetic peripheral angiopathy; embolism; erythromelalgia; essential hypertension; flushing; gangrene; haematoma; haemodynamic instability; haemorrhage; hot flush; hypertension; hypertensive crisis; hypotension; intermittent claudication; ischaemia; labile blood pressure; lymphoedema; necrosis ischaemic; orthostatic hypotension; pallor; peripheral coldness; peripheral ischaemia; peripheral vascular disorder; petechiae; phlebitis; phlebothrombosis; poor peripheral circulation; post thrombotic syndrome; raynaud's phenomenon; shock; temporal arteritis; thrombophlebitis; thrombosis; varicose vein; vascular insufficiency; vascular occlusion; vasculitis; vasospasm; vein disorder; vein distended.

*Because gabapentin is not metabolized, drugs suspected of interacting with gabapentin are limited to those that affect GI absorption, including opiates, like morphine. However, despite of this property of gabapentin, the interaction (and drug level increased/decreased) with the following drugs were spontaneously reported (it does not reflect causality assessment by the company):

Regarding **drug interaction NOS**: alprazolam, amitriptyline, amlodipine, amoxicillin, atorvastatin, azathioprine, baclofen, buspirone, carbamazepine, celecoxib, ciclosporin, clozapine, dextropropoxyphene hydrochloride, diazepam, ethambutol, ethanol, fentanyl, fluconazole, fluindione, fluvoxamine, gingko biloba, glibenclamide, grapefruit, haloperidol, isoniazid, lamotrigine, lidocaine, lisinopril, lithium, lorazepam, magnesium, medications for ADHD (attention deficit hyperactivity disorder), metformin, methadone, morphine, nicardipine, olanzapine, opiates, oxaprozin, oxazepam, oxcarbamazepine, oxycodone hydrochloride, paroxetine hydrochloride, perindopril, pethidine hydrochloride, phenobarbital, phenytoin, piroxicam, potassium clavulanate, pyrazinamide, rifampicin, risperidone, rofecoxib, roxithromycin, quetiapine fumarate, sertraline hydrochloride, tramadol hydrochloride, trazodone, troglitazone, acetaminophen, venlafaxine, warfarin sodium.

Regarding **drug level NOS increased:** baclofen, methadone, lithium, valproic acid, warfarin sodium, phenytoin, pentobarbital, gabapentin, carbamazepine.

Regarding **drug level NOS decreased:** cyclosporine, phenytoin.

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.

| Neurontin (Gabapentin) | INVESTIGATOR'S BROCHURE | Page 95 of 95 |

This document contains information that Pfizer considers confidential and proprietary. It is being provided to you as an investigator involved in the study solely to enable you to carry out your obligations in relation to that study. This document should not be copied or disseminated to any third parties without the prior written consent of Pfizer.