# Exhibit 8

SENT BY:MEDICAL DEPT    ;23- 5-95 ;10:12AM ;    WARNER LAMBERT→    +49 761 5183099;# 3/18

# PSYCHOSIS WITH GABAPENTIN

## PROFESSOR MICHAEL TRIMBLE

Institute of Neurology, London
REPORT FOR WARNER LAMBERT

CONFIDENTIAL

Pfizer_PSUR_0002000

SENT BY:MEDICAL DEPT    :23- 5-95 ;10:12AM ;    WARNER LAMBERT→    +49 761 5183099;# 4/18

## PSYCHOSIS WITH GABAPENTIN (NEURONTIN)

### INTRODUCTION

I have been asked to provide a report on the relationship of anticonvulsant drugs to psychosis, specifically commenting on the situation with regards to gabapentin. I have been provided with relevant adverse event report forms, by Warner Lambert, and this report is prepared in the light of the information contained in those reports, and on my clinical experience with the use of the newer anticonvulsant drugs in the management of epilepsy.

I qualified in Medicine in Birmingham in 1970, having earlier obtained a first class honours degree in neuroanatomy. I did postgraduate training at the Radcliffe Infirmary, Oxford, the National Hospital for Nervous Diseases, Queen Square, the Maudsley Hospital, and the Johns Hopkins Hospital, Baltimore.

In 1976 I was appointed consultant physician to the National Hospitals, in 1979 became Senior Lecturer in Behavioural Neurology to the Department of Neurology, at the Institute of Neurology. At the present time I am now Professor of Behavioural Neurology, in the Department of Neurology, at the Institute of Neurology, Queen Square, London. I am also consultant physician to the National Hospital for Neurology and Neurosurgery, Queen Square, and Consultant to the Chalfont Centre for Epilepsy.

The research group that I run has as its main interest, epilepsy, and its management. I have written five books. These include: Neuropsychiatry (J Wiley and sons, 1981), Biological Psychiatry (J Wiley and sons, 1988), The Psychoses of Epilepsy (Raven Press, 1991), and recently, A Concise Guide to Behavioral

CONFIDENTIAL

Pfizer_PSUR_0002001

Neurology and Neuropsychiatry, jointly with J Cummings (APA Press, 1995). In addition I have edited 19 books, with a common theme, namely the interface between neurology and psychiatry. I have in addition over 300 literature publications, which include 97 peer-reviewed papers.

I have three research degrees (BSc, MPhil, MD). I am a Fellow of the Royal College of Physicians, a Fellow of the Royal College of Psychiatrists, a Corresponding Fellow of the American Psychiatric Association, and a Member of the Association of British Neurologists, and the American Neurological Association.

I have had a special interest in the links between epilepsy and psychiatric illness, and have researched the areas of both epilepsy and psychosis, and the effects of anticonvulsant drugs on the mental state and behaviour. In the past three years were have been collecting data on the newer anticonvulsant drugs, and we have specific data on the following agents (in alphabetical order): clobazam, felbamate, gabapentin, lamotrigine, tiagabin, and vigabatrin.

### EPILEPSY AND PSYCHOSIS

Psychiatric aspects of epilepsy were virtually neglected in this century until they were "rediscovered" in the 1950s and 60s (Gastaut 1956). American and English authors reported an excess of schizophrenia-like psychoses in epilepsy patients, especially in those suffering from temporal lobe epilepsy (Slater and Beard 1963).

Slater and his colleagues published a detailed analysis of 69 patients from two London hospitals who suffered from epilepsy and interictal psychoses. On the basis of this case series authors postulated a positive link between epilepsy and

CONFIDENTIAL

Pfizer_PSUR_0002002

SENT BY:MEDICAL DEPT    ;23- 5-95 ;10:13AM ;    WARNER LAMBERT→    +49 761 5183099;# 6/18

schizophrenia, and they noted an association with temporal lobe epilepsy. The temporal lobe hypothesis soon became broadly accepted and stimulated extensive research into the role of temporal lobe pathology in schizophrenia. The use of epileptic psychoses as a biological model or "mock-up" of schizophrenia (Roberts et al. 1990) is largely based on Gibbs and Slater's work.

There are several population-based studies on the frequency of mixed psychoses in epilepsy. These report prevalences ranging from two to 20% (for references see Trimble 1991).

Most figures in the literature on the frequency of psychosis in epilepsy derive from clinical case series and are therefore likely to be biased by unknown selection mechanisms. In table 1, prevalence rates are presented as a function of the source of patients. The table suggests that psychoses are highly over-represented in specialized centres, where patients with difficult to control epilepsy may be expected to accumulate.

The strongest risk factors for psychosis in epilepsy are those which indicate severity of epilepsy. These are long duration of active epilepsy (Slater and Beard 1963), multiple seizure types (Schmitz 1988), history of status epilepticus (Schmitz 1988) and poor response to drug treatment (Lindsay et al. 1979). It is precisely these characteristics that are found in patients who are in the first instance placed on the newer antiepileptic drugs.

Forced Normalisation

A full understanding of the relationships between epilepsy

4

CONFIDENTIAL

Pfizer_PSUR_0002003

and psychosis requires appreciation of this concept.

Earlier this century reports appeared that suggested there was some kind of antagonism between epilepsy and psychosis. These led von Meduna to introduce convulsive therapy for the treatment of schizophrenia. In the 1950's Landolt (Landolt 1953, 1958), published a series of papers on patients who had epilepsy who became psychotic when their seizures were under control. He defined forced normalisation thus:

> "Forced normalisation is the phenomenon characterised by the fact that, with the recurrence of psychotic states, the EEG becomes more normal, or entirely normal as compared with previous and subsequent EEG findings".

Forced normalisation was thus essentially an EEG phenomenon. The clinical counterpart of patients becoming psychotic when their seizures became under control, and their psychosis resolving with return of seizures, is referred to as alternative psychoses. These phenomena have now been well documented clinically. The clinical presentation need not necessarily be a psychosis, but sometimes is. In childhood, or in the mentally handicapped, aggression and agitation are common. Other manifestations include pseudo-seizures or other conversion symptoms, depression, mania and anxiety states. The psychotic episodes may last days or weeks. They may be terminated by a seizure, and the EEG abnormalities then return.

It is important in the context of this report to note that forced normalisation may be provoked by the administration of anticonvulsants, and has been reported with barbiturates,

5

CONFIDENTIAL                                                                                              Pfizer_PSUR_0002004

SENT BY:MEDICAL DEPT        :23- 5-95 :10:14AM ;        WARNER LAMBERT→        +49 761 5183093;# 8/18

benzodiazepines, ethosuximide, and several of the newer drugs (Trimble 1991).

ANTICONVULSANT DRUGS AND THE MENTAL STATE.

It has been known for a long time that anticonvulsant drugs influence the mental state, and this can be broken down into adverse and beneficial effects. However, the behavioural toxicity profile of most drugs is not simple. A particular drug may influence one aspect of behaviour positively and another negatively.

The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression. Robertson et al (1987), studying epileptic patients on polytherapy presenting with a depressive illness, noted that patients on phenobarbitone were judged to be significantly more depressed than those not receiving the drug. This was in contrast to patients treated with carbamazepine who were less depressed, and had lower anxiety scores than patients on other anticonvulsants.

Another drug recently linked with the reporting of depression is vigabatrin. Idiosyncratic responses are described in a group of patients given the drug as add-on therapy. The depression seems in some cases interlinked with improvement of seizure frequency (an example of forced normalisation), and is more common in patients with a past history of affective disorder.

Adverse effects of anticonvulsant drugs are often seen in children. Essentially these include the provocation of conduct disorder, or the development of hyperactivity syndrome, similar phenomenologically to attention-deficit-hyperactivity-

6

CONFIDENTIAL                                                                                      Pfizer_PSUR_0002005

disorder (ADHD). The drug most frequently implicated is phenobarbitone, but similar responses have been shown following some benzodiazepines (for example, clonazepam) and vigabatrin. It is of interest that all of these drugs have some action at the GABA-benzodiazepine receptor.

There is a literature demonstrating that in some cases anticonvulsant drugs can be associated with the development of a psychosis. This is interlinked with the concept of forced normalisation. It was well described with ethosuximide (Trimble 1991). Several clinical pictures may evolve, not all psychotic, and the development of psychotic symptomatology may be preceded by premonitory symptoms, especially insomnia, anxiety and withdrawal.

Vigabatrin appears to be related to the development of a psychotic illness in a small number of patients. A recent series of cases was compared with a group of patients developing a psychosis in epilepsy that had not been exposed to vigabatrin (Thomas and Trimble 1995 - in preparation). The main factors that distinguished the two groups were that the vigabatrin sample had a 30% incidence of previous history of psychosis, and remarkably, 60% became seizure free on starting the drug. This compared with around 7% of a larger sample of trial patients. Two patterns were especially noted. In the first, patients became seizure free and then, in a time interval between ten days and six weeks, developed a psychosis, the pattern being typical for that seen in forced normalisation. In the second, a three to six week seizure free interval was followed by a cluster of seizures and the development of a post-ictal psychosis. The clinical features

7

were characteristic, with the exception that the mental state often showed minimal confusion, and where it was captured, the EEG appeared "normalised". In nearly all cases the psychosis resolved on stopping the drug, and in most patients, neuroleptic medication was not required.

Behavioral problems including psychoses have also been described with felbamate, and lamotrigine, again forced normalisation, or the precipitation of a partial seizure status being relevant. I am not aware of any published reports with gabapentin, with the exception of one case in a recent edition of the British Journal of Psychiatry (see below).

SUMMARY.

In summary, psychosis and other behaviour problems are common in epilepsy. They are more likely to be seen in association with difficult to control epilepsy, with a temporal lobe focus, presenting with partial seizures. It is this group that are being given new anticonvulants in the first instance.

There is a further problem with this group of patients, namely that sudden control of seizures can precipitate behavioural problems, which is not so much a drug effect, as a seizure related effect.

It is in the light of these comments that the adverse reports of behavioural problems associated with gabapentin have been reviewed.

REPORTS OF ADVERSE EFFECTS WITH GABAPENTIN.

There are six adverse event reports with psychosis. At the outset it should be commented that the information contained

8

within the charts is subject to the limitations of adverse event reporting and not always complete. Prospective studies are planned to formulate more useful conclusions on the subject.

In addition to these 6 reports, I have seen a recent case report from the British Journal of Psychiatry (Short & Cooke, 166, 679).

From the 6 cases, there are 3 females and 2 males (one unspecified sex). All patients are on polytherapy receiving one or more drugs in association with gabapentin. In 4 cases, this is carbamazepine.

One report (N/S, WAERS # 940114) is of a clear post-ictal psychosis, with a past history of similar events. The psychosis here is seizure related, and simply treatment emergent effect of gabapentin, not drug related.

Of the remaining cases, one (JB, WAERS # 940462) developed a psychosis after withdrawal of felbamate, and had been experiencing increased seizures. These are both possible causes.

A further two cases were probably not psychotic, but had anxiety (S/M, WAERS #s 940035 & 940042), or agitation (NT, WAERS # 940090). In the latter, improved seizure frequency suggests possible forced normalisation.

This leaves two cases for consideration of a possible neurotoxic effect of gabapentin provoking a psychosis. One (JW, WAERS # 940458) became psychotic three to six weeks after starting the drug. However, the psychosis did not resolve, the patient had a probable past psychiatric history, and came from a typical group of patients at risk for the development of psychosis anyway (complex partial seizures with brain damage).

9

CONFIDENTIAL

Pfizer_PSUR_0002008

This probably represented the development of a schizophrenia-like psychosis, unrelated to any drug.

The second (LC, WAERS # 940206), was a clearer example of forced normalisation with alternative psychosis. On gabapentin she became seizure free, the psychosis gradually emerged over a four to six week period, and seems later to have resolved.

I now consider the case report in the British Journal of Psychiatry. This was a case of hypomania, but the patient was coprescribed lamotrigine. The seizures were said to be complex partial and in "good control". Previous episodes of psychiatric disturbance, possibly of a similar nature were suspected. This is probably another example of forced normalisation, but interactions between lamotrigine and gabapentin cannot be ruled out.

CONCLUSIONS

I have considered all the cases histories that have been sent to me. I find no convincing evidence that any case can be directly attributable to gabapentin. One of the cases was a typical post-ictal psychosis, and directly seizure related, not drug induced. One case was probably not psychosis, one had two possible causes other than gabapentin induced, and one case probably represented the development of concurrent illness unrelated to any drug. There are two possible cases of forced normalisation, a well recognised complication of controlling seizures in a population such as these patients with difficult to control seizures.

I am very familiar with the pattern of drug induced psychoses associated with anticonvulsant drugs, and have

CONFIDENTIAL

Pfizer_PSUR_0002009

investigated this, following clinical presentations of patients with psychoses after the prescription of vigabatrin, lamotrigine and tiagabine. I have not seen a case of psychosis, or acute behaviour deterioration with gabapentin, and the failure in these case reports to find clear evidence of a link would be in accord with my clinical experience.

Signed: _[signature]_          Date: 20.5.95

Professor M R Trimble  MD FRCP FRCPsych
Professor in Behavioural Neurology and Consultant
Physician in Pyschological Medicine

11

Table 1

Frequency of Mixed Psychoses in Epilepsy (Europe, Japan, USA)

| Source of Patients | Author | Year | Prevalence |
|---|---|---|---|
| Field study | Gudmundsson | 1966 | 7 % |
|  | Zielinski | 1974 | 2 % |
| General practices | Edeh and Toone | 1987 | 5 % |
| Neurological departments | Roger et al. | 1956 | 9 % |
|  | Standage and Fenton | 1975 | 8 % |
| Epileptological departments | Bruens | 1973 | 6 % |
|  | Sengoku et al. | 1983 | 6 % |
|  | Schmitz | 1988 | 4 % |
| Psychiatric departments | Roger et al. | 1956 | 41 % |
|  | Betts | 1974 | 21 % |
|  | Bash and Mahnig | 1984 | 60 % |

CONFIDENTIAL    Pfizer_PSUR_0002011

SENT BY:MEDICAL DEPT    :23- 5-95 ;10:17AM ;    WARNER LAMBERT→    +49 761 5183093;#15/18

## REFERENCES
Gastaut H (1956) Colloque de Marseille. 15-19 Octobre 1956. Compte rendu du colloque sur l'etude electroclinique des episodes psychotiques qui survennient chez les epileptiques en dehors des crises cliniques. Rev Neurol 95:587-616.

Landolt H (1953) Some clinical EEG correlations in epileptic psychoses (twilight states). EEG and Clinical Neurophysiology; 5: 121.

Lindsay J, Ounsted C, Richards P (1979) Long-term outcome in Children with Temporal Lobe Seizures. II. Psychiatric Aspects in Childhood and Adult Life. Devel Med Child Neurol 21:630-636.

Roberts G W, Done D J, Bruton C, Crow T J (1990) A "mock up" of schizophrenia: Temporal lobe epilepsy and schizophrenia-like psychosis. Biol Psychiatry 28:127-143.

Robertson MM, Trimble MR, Townsend HRA, (1987). Phenomenology of depression in epilepsy. Epilepsia, 28, 364-372.

Schmitz B (1988) Psychosen bei Epilepsie. Eine epidemiologische Untersuchung. Thesis, FU Berlin.

Slater E, Beard A W, Glithero E (1963) The Schizophrenia-Like Psychoses of Epilepsy. V. Discussion and Conclusions. Brit J Psychiat 109:95-150.

CONFIDENTIAL

Pfizer_PSUR_0002012

SENT BY:MEDICAL DEPT    :23- 5-95 ;10:17AM ;    WARNER LAMBERT→    +49 761 5183099;#16/18

Trimble M. (1991)  The Psychoses of Epilepsy. Raven Press. New York.

14

CONFIDENTIAL

Pfizer_PSUR_0002013