Exhibit 9

# BEHAVIOURAL DISTURBANCE WITH GABAPENTIN

## PROFESSOR MICHAEL TRIMBLE

Institute of Neurology, London
REPORT FOR PARKE, DAVIS & COMPANY

*[signature]*

Professor Michael Trimble
MD FRCP FPCPsych
Professor in Behavioural Neurology
Consultant Physician in Psychological Medicine

Pfizer_CPacella_0009404

BEHAVIOURAL DISTURBANCE WITH GABAPENTIN (NEURONTIN)

INTRODUCTION

I have been asked to provide a report on the relationship of anticonvulsant drugs to behavioural disturbance, specifically commenting on the situation with regards to gabapentin. I have been provided with relevant adverse event report forms, by Parke, Davis & Company and this report is prepared in the light of the information contained in those reports, and on my clinical experience with the use of the newer anticonvulsant drugs in the management of epilepsy.

I qualified in Medicine in Birmingham in 1970, having earlier obtained a first class honours degree in neuroanatomy. I did postgraduate training at the Radcliffe Infirmary, Oxford, the National Hospital for Nervous Diseases, Queen Square, the Maudsley Hospital, and the Johns Hopkins Hospital, Baltimore.

In 1976 I was appointed consultant physician to the National Hospitals, in 1979 became Senior Lecturer in Behavioural Neurology to the Department of Neurology, at the Institute of Neurology. At the present time I am now Professor of Behavioural Neurology, in the Department of Neurology, at the Institute of Neurology, Queen Square, London. I am also consultant physician to the National Hospital for Neurology and Neurosurgery, Queen Square, and Consultant to the Chalfont Centre for Epilepsy.

The research group that I run has as its main interest, epilepsy, and its management. I have written five books. These include: Neuropsychiatry (J Wiley and sons, 1981), Biological Psychiatry (J Wiley and sons, 1988), The Psychoses of Epilepsy (Raven Press, 1991), and recently, A Concise Guide to Behavioural Neurology and Neuropsychiatry, jointly with J Cummings (APA Press, 1995). In addition I have edited 19 books, with a common theme, namely

1.

Pfizer_CPacella_0009405

the interface between neurology and psychiatry. I have in addition over 300 literature publications, which include 97 peer-reviewed papers.

I have three research degrees (BSc, MPhil, MD). I am a Fellow of the Royal College of Physicians, a Fellow of the Royal College of Psychiatrists, a Corresponding Fellow of the American Psychiatric Association, and a Member of the Association of British Neurologists, and the American Neurological Association.

I have had a special interest in the links between epilepsy and psychiatric illness, and have researched the areas of both epilepsy and psychosis, and the effects of anticonvulsant drugs on the mental state and behaviour. In the past three years we have been collecting data on the newer anticonvulsant drugs, and we have specific data on the following agents (in alphabetical order): clobazam, felbamate, gabapentin, lamotrigine, tiagabin, and vigabatrin.

**EPILEPSY AND PSYCHOSIS**

Psychiatric aspects of epilepsy were virtually neglected in this century until they were "rediscovered" in the 1950s and 60s (Gastaut 1956). American and English authors reported an excess of schizophrenia-like psychoses in epilepsy patients, especially in those suffering from temporal lobe epilepsy (Slater and Beard 1963).

Slater and his colleagues published a detailed analysis of 69 patients from two London hospitals who suffered from epilepsy and interictal psychoses. On the basis of this case series authors postulated a positive link between epilepsy and schizophrenia, and they noted an association with temporal lobe epilepsy. The temporal lobe hypothesis soon became broadly accepted and stimulated extensive research into the role of temporal lobe pathology in schizophrenia. The use of epileptic psychoses as a biological model or "mock-up" of schizophrenia (Roberts et al. 1990) is largely based on Gibbs and Slater's work.

2

Pfizer_CPacella_0009406

There are several population-based studies on the frequency of mixed psychoses in epilepsy. These report prevalences ranging from two to 20% (for references see Trimble 1991).

Most figures in the literature on the frequency of psychosis in epilepsy derive from clinical case series and are therefore likely to be biased by unknown selection mechanisms. In table 1, prevalence rates are presented as a function of the source of patients. The table suggests that psychoses are highly over-represented in specialized centres, where patients with difficult to control epilepsy may be expected to accumulate.

The strongest risk factors for psychosis in epilepsy are those which indicate severity of epilepsy. These are long duration of active epilepsy (Slater and Beard 1963), multiple seizure types (Schmitz 1988), history of status epilepticus (Schmitz 1988) and poor response to drug treatment (Lindsay et al. 1979). It is precisely these characteristics that are found in patients who are in the first instance placed on the newer antiepileptic drugs.

**Forced Normalisation**

A full understanding of the relationships between epilepsy and psychosis requires appreciation of this concept.

Earlier this century reports appeared that suggested there was some kind of antagonism between epilepsy and psychosis. These led von Meduna to introduce convulsive therapy for the treatment of schizophrenia. In the 1950's Landolt (Landolt 1953, 1958), published a series of papers on patients who had epilepsy who became psychotic when their seizures were under control. He defined forced normalisation thus:

> "Forced normalisation is the phenomenon characterised by the fact that, with the recurrence of psychotic states, the EEG becomes more normal, or entirely normal as compared with previous and subsequent EEG findings".

Forced normalisation was thus essentially an EEG phenomenon. The clinical counterpart of

3

patients becoming psychotic when their seizures became under control, and their psychosis resolving with return of seizures, is referred to as alternative psychoses. These phenomena have now been well documented clinically. The clinical presentation need not necessarily be a psychosis, but sometimes is. In childhood, or in the mentally handicapped, aggression and agitation are common. Other manifestations include pseudo-seizures or other conversion symptoms, depression, mania and anxiety states. The psychotic episodes may last days or weeks. They may be terminated by a seizure, and the EEG abnormalities then return.

It is important in the context of this report to note that forced normalisation may be provoked by the administration of anticonvulsants, and has been reported with barbiturates, benzodiazepines, ethosuximide, and several of the newer drugs (Trimble 1991).

**EPILEPSY AND DEPRESSION**

Epilepsy is frequently associated with depression, although there are fewer studies than with psychosis. Interestingly, forced normalisation seems less associated with depression than with psychosis, at least in the published literature (Trimble 1991).

The clinical spectrum of depression seen in epilepsy varies from mild dysthymic pictures, through the irritable dysphoria of drug induced states, to a more florid major affective disorder. Bipolar disorders, with classical manic and depressive swings are considered rare.

There is a less clear relationship between side or site of an epileptic focus and depression than with psychosis, although most investigators have noted an excess of patients with complex partial seizures, and a focus on the left side (Robertson et al 1987: Trimble 1991). Psychosocial factors are more likely to be important than with the psychoses, in view of the distressing and unrewarding life that many patients with epilepsy have.

4

Pfizer_CPacella_0009408

## EPILEPSY AND AGGRESSION

This has, for a long time, been a controversial issue. While in clinical practice, patients with episodic outbursts of aggression are frequently encountered, it has been difficult experimentally to identify the nature of the aggression, and any underlying variables.

In laboratory animal models, clear associations between the amygdala and the hypothalamus and control of aggression are known, but in epilepsy attempts to link aggression to, for example, temporal lobe epilepsy have not been conclusive (Trimble 1991). The epidemiology of this problem is simply not known, although aggressive episodes represent one of the more difficult but frequent management problems of epilepsy in neuropsychiatric practice.

## ANTICONVULSANT DRUGS AND THE MENTAL STATE.

It has been known for a long time that anticonvulsant drugs influence the mental state, and this can be broken down into adverse and beneficial effects. However, the behavioural toxicity profile of most drugs is not simple. A particular drug may influence one aspect of behaviour positively and another negatively.

The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression. Robertson et al (1987), studying epileptic patients on polytherapy presenting with a depressive illness, noted that patients on phenobarbitone were judged to be significantly more depressed than those not receiving the drug. This was in contrast to patients treated with carbamazepine who were less depressed, and had lower anxiety scores than patients on other anticonvulsants.

Another drug recently linked with the reporting of depression is vigabatrin. Idiosyncratic responses are described in a group of patients given the drug as add-on therapy. The depression

5

Pfizer_CPacella_0009409

seems in some cases interlinked with improvement of seizure frequency (an example of forced normalisation), and is more common in patients with a past history of affective disorder

Adverse effects of anticonvulsant drugs are often seen in children. Essentially these include the provocation of conduct disorder, or the development of hyperactivity syndrome, similar phenomenologically to attention-deficit-hyperactivity-disorder (ADHD). The drug most frequently implicated is phenobarbitone, but similar responses have been shown following some benzodiazepines (for example, clonazepam) and vigabatrin. It is of interest that all of these drugs have some action at the GABA-benzodiazepine receptor. It is further of interest that these drugs seem to have associations with irritability and dysphoria, which may include release of aggression.

There is literature demonstrating that in some cases anticonvulsant drugs can be associated with the development of a psychosis. This is interlinked with the concept of forced normalisation. It was well described with ethosuximide (Trimble 1991). Several clinical pictures may evolve, not all psychotic, and the development of psychotic symptomatology may be preceded by premonitory symptoms, especially insomnia, anxiety and withdrawal.

Vigabatrin appears to be related to the development of a psychotic illness in a small number of patients. A recent series of cases was compared with a group of patients developing a psychosis in epilepsy that had not been exposed to vigabatrin (Thomas and Trimble 1995 - in preparation). The main factors that distinguished the two groups were that the vigabatrin sample had a 30% incidence of previous history of psychosis, and remarkably, 60% became seizure free on starting the drug. This compared with around 7% of a larger sample of trial patients. Two patterns were especially noted. In the first, patients became seizure free and then, in a time interval between ten days and six weeks, developed a psychosis, the pattern being typical for that seen in forced normalisation. In the second, a three to six week seizure free interval was followed by a cluster of seizures and the development of a post-ictal psychosis. The clinical features were

Pfizer_CPacella_0009410

characteristic, with the exception that the mental state often showed minimal confusion, and where it was captured, the EEG appeared "normalised". In nearly all cases the psychosis resolved on stopping the drug, and in most patients, neuroleptic medication was not required.

Behavioral problems including psychoses have also been described with felbamate, and lamotrigine, again forced normalisation, or the precipitation of a partial seizure status being relevant. I am not aware of any published reports with gabapentin, with the exception of one case in a recent edition of the British Journal of Psychiatry (see below).

### SUMMARY.

In summary, psychosis and other behaviour problems are common in epilepsy. They are more likely to be seen in association with difficult to control epilepsy, with a temporal lobe focus, presenting with partial seizures. It is this group that are being given new anticonvulsants in the first instance.

There is a further problem with this group of patients, namely that sudden control of seizures can precipitate behavioural problems, which is not so much a drug effect, as a seizure related effect. It is in the light of these comments that the adverse reports of behavioural problems associated with gabapentin have been reviewed.

### REPORTS OF ADVERSE EFFECTS WITH GABAPENTIN

The whole of the Parke Davis worldwide adverse events database has been searched for events in these categories during the full life history of gabapentin (the first clinical trials in humans were performed in 1982). The total exposure of gabapentin since launch is estimated at 62,758 patient years. All of the valid reports related to the categories in question have been evaluated as detailed below. Many of these reports are from clinical trials which have a lower reporting threshold than

Pfizer_CPacella_0009411

spontaneous reports. The case reports studied are as follows:

| | |
|---|---|
| Psychosis | 22 (14 from studies) |
| Mood disturbance | 33 (20 from studies) |
| Aggressive behaviour | 21 ( 8 from studies) |

At the outset it should be commented that the information contained within the charts is subject to the limitations of adverse event reporting and not always complete even though I understand all details given to the company have been included in the charts.

(1) PSYCHOSIS

There are twenty two adverse event reports with psychosis including 8 spontaneous events. From the 22 cases, it seems that in 2 cases, information on the same case has been duplicated (event nos: 30746 and 30640; and 11667 and 12912). Information has therefore been analysed on the 20 events although additionally one single patient (208/R & B) was the subject of four reports. There are 12 males, in one case sex is not given. The mean age is 38.0. Most patients (16 out of the total 17) were on polytherapy, receiving one or more drugs in association with gabapentin. In 14 cases this was carbamazepine, although it is not clear from the reports that full information on concomitant drugs has been given on all forms.

The descriptions of the mental state do not allow any comprehensive assessment, most patients being referred to as psychotic or paranoid. Interestingly, in the light of other studies of psychoses in epilepsy, the term schizophrenia-like psychosis is not used. At least three have associated mental handicap.

One patient died from an unrelated cause, otherwise where information is available, 14 of 18 recovered from their psychiatric episode. In other reports, follow-up information is incomplete.

8

Eleven reports are of a clear post-ictal psychosis, some with a past history of similar events. In one patient (No. 8212) there was a failed temporal lobectomy. The psychoses here are seizure related, and were simply treatment emergent effects of gabapentin, not drug related. Thus, reports 12/KVK, and /N/S, 5-208/RCB (x3), 002/DBF, 220/WCW, 102/VE, 002/IML, 002/PC, 33490 are unrelated.

Case 009/KEM may have been post ictal or related to a prescription of phenytoin, but in any case had been on gabapentin 518 days before the report was made.

Cases 009/GHH and 02/CAN became psychotic after gabapentin had been discontinued. In the first case it was thought due to mysoline which had been prescribed, but there was no indication of any seizure frequency given. In the second case the event was eight months after stopping gabapentin.

Of the remaining cases, one (/JB) developed a psychosis after withdrawal of felbamate, and had been experiencing increased seizures. These are both possible causes.

A further case was probably not psychotic, but had anxiety or agitation (NT). In the latter, improved seizure frequency suggests possible forced normalisation.

This leaves six cases for consideration of a possible neurotoxic effect of gabapentin provoking a psychosis. One (/JW) became psychotic three to six weeks after starting the drug. However, the psychosis did not resolve, the patient had a probable past psychiatric history, and came from a typical group of patients at risk for the development of psychosis anyway (complex partial seizures with brain damage). This probably represented the development of a schizophrenia-like psychosis unrelated to any drug.

The second (/LC), was a clearer example of forced normalisation with alternative psychosis. On gabapentin she became seizure free, the psychosis gradually emerged over a four to six week period, and seems later to have resolved.

9

Pfizer_CPacella_0009413

The third case was a patient who developed psychotic episodes while on gabapentin, but this was after the prescription of a potentially hallucinogenic agent (atropine), and surgery. The patient continued on the gabapentin treatment.

This leaves three cases for further consideration, cases 007/BWB, NS (28999) and NS or /SM (30746/30640). The first started gabapentin on 30.3.90 and on 1800mgm had an acute psychosis, similar to previous episodes of psychosis on 4.8.90. The case NS (or /SM) seems to have developed an acute psychotic reaction three days after being on gabapentin at a dose of 1.2gms, having begun therapy on 23 February 1994. However, the details are rather muddled, two reports being provided with differing dose regimes and start of therapy dose. The event lasted only three days. She appears to have remained on the drug at a reduced dose. Case 28999 is impossible to interpret. A 45 year old man, with prior frontal lobe abscess and neurosurgery for this, who had a past history of similar events, started gabapentin in June 1993, was also on carbamazepine and lamotrigine. The date of the event not given, neither is there any detail of the clinical picture.

There is one further case for consideration, the case report in the British Journal of Psychiatry. This was a case of hypomania, but the patient was coprescribed lamotrigine. The seizures were said to be complex partial and in "good control". Previous episodes of psychiatric disturbance, possibly of a similar nature were suspected. This is probably another example of forced normalisation, but interactions between lamotrigine and gabapentin cannot be ruled out.

### (II) MOOD DISORDERS

I have reviewed 33 case reports including 13 spontaneous events in which some kind of mood disorder is mentioned as a treatment emergent effect of gabapentin. As a general comment, the information provided in these reports is less satisfactory than the psychosis data reviewed

10

Pfizer_CPacella_0009414

above. Little or no information is given on the clinical psychiatric picture, no diagnostic categories are used, and usually no mention of either the past history, or the progress of the seizures during gabapentin therapy is made.

In five cases, there is simply no worthwhile information, and they have been omitted from further analysis (32526; 4098; 36184; 5833; 5754). One case (11671) is reported twice, the patient developed the problem while gabapentin had been discontinued. In another case, my opinion is that the patients problem was, if drug related, associated with ethosuximide, not gabapentin.

In my view 14 of the reports, despite having only little clinical data, were simply not an affective disorder, or were not associated with gabapentin. An example would be case 25655, in which the problem emerged nearly 3 years after starting gabapentin. Another, 34780, an 11 year old boy who developed screaming and crying. Case number 29632 seemed to be a report of a continuation of a previous illness, not influenced by gabapentin. The other cases in this group are 31998, 31848, 32960, 33572, 31917, 30638, 32611, 3663, 30797, 28828, 27694, 14362.

This leaves for further consideration, 10 cases where fuller information is available. There were 7 females (in one case unknown sex). Of the ten cases, there is a report of a past history of depression in seven, it should be noted that in nine of the ten cases all except one recovered. Also of interest, there are no reports of any relationship of the depression to seizure events, no post ictal depressions, forced normalisation or seizure clusters. These data are of interest in comparison with the psychosis reports since that group contains more males, more seizure related events and more past history of psychosis.

Two cases (30362, 14752) had been on the drug for a year or longer, the relationship to depression must be considered doubtful.

The remaining eight cases are considered in more detail. No 36128 seemed like an

11

Pfizer_CPacella_0009415

exacerbation of a continuing disorder; In No. 25691 the event occurred after 232 days of treatment; in 14801 it was after ten months therapy. Cases 10353 and 5977 were not thought to be related to gabapentin by the investigators, and several serious psychosocial difficulties were discussed in relation to the event in both reports.

This leaves three possible cases from this data base. Case 7621 was an 18 year old female, doing badly in college. She seems to have started Gabapentin in July 1990, and in November was hospitalised with a depression. In January 1991 she discontinued gabapentin and in July committed suicide. The latter was clearly not gabapentin associated. Cases 30714 and 4827, both with a past history of affective disorder, may have been more directly linked with gabapentin but the reporting of data is not good.

(III) AGGRESSION AND RELATED DISORDERS

Twenty one such cases have been evaluated including 13 spontaneous events, some kind of aggressive outburst or irritability has been the main clinical report. In general, it has to be stated that these reports are even less helpful than the data on affective disorder. Once again, clinical descriptions are weak, and there is no information at all given on the relationship of seizure frequency to the outburst of behaviour in question.

However, the population, as may be expected, is different in character from the other two examined. There are more males than in the depression sample (14 out of 20, not revealed in the other case), and they have more mental handicap and autism (7/21 cases). There seem to be more in this group receiving polytherapy, fewer patients on carbamazepine, and the average dose of gabapentin seems higher. This reflects the more severe nature of the epilepsy in these patients and identifies them as coming from a population in which such behaviour disorders and aggression are common.

Pfizer_CPacella_0009416

In 11 cases I can find no association between the gabapentin prescribed and the resulting behaviour. In cases such as 29581, 28827 and 35719, there was a long time interval between the prescription of the drug and the onset of the behaviour - (1312, 306 and 246 days respectively). In two other cases felbamate was probably more relevant (34631; 32483). The others of this group are: 31276, 34236, 25979, 8844, 20586, 6115. Case number 34757 is simply not evaluable.

Of the remaining 9 cases, it seems that behaviour problems may have been exacerbated in 4, and occurred de novo in 5. The first groups are all male and all recovered from the exacerbation (No. 32046: 34956: 29355: 36123). Two were mentally handicapped.

In the second group, one was an eight year old boy, on 300mgms of gabapentin, the clinical details of the case are unclear (34828). The other four cases were all male, two were mentally handicapped and all recovered from the episode (35363; 35397; 35855; 31469).

**DISCUSSION**

I have considered all the cases histories that have been sent to me. Most of the psychosis cases were typical post-ictal psychoses, and directly seizure related, not drug induced. There are two possible cases of forced normalisation, a well recognised complication of controlling seizures in a population such as this, containing patients with difficult to control seizures.

I am very familiar with the pattern of drug induced psychoses associated with anticonvulsant drugs, and have investigated this, following clinical presentations of patients with psychoses after the prescription of vigabatrin, lamotrigine and tiagabine. I find no convincing evidence that any case I have reviewed can be directly attributable to gabapentin. I have not personally seen a case of psychosis, or acute behaviour deterioration with gabapentin, and the failure in these case reports to find clear evidence of a link would be in accord with my clinical

13

Pfizer_CPacella_0009417

experience.

With regards to the data on **depression and affective disorder**, sadly the case information provided is of less useful than that for the psychosis cases. Of the 33 reports of depression, I could only with some confidence consider in more detail 10. It is of interest that the sex ratio (F > M) of this group is in accord with the sex ratio of depression (as opposed to psychosis where males are more equivalent to females) in the community. Further, there was a frequent reporting of a past history of depression (at least 70%) and no clear association with seizure patterns. This may reflect clear differences compared with the psychoses, in that the latter are strongly associated in several studies with seizure related variables (seizure clusters; forced normalisation). On the other hand, it may be that these treatment emergent affective disorders seen on gabapentin are a part of the continuing history of recurrent depression in these patients. It has to be remembered that depression is commoner by far than psychosis in the general population, but also in epilepsy. Many of the patients given gabapentin would be in a group considered susceptible to develop depression (poorly controlled partial seizures), and reporting of some cases in trials would be expected. Although I have noted possible associations in two cases (30714:4827), it is in truth not possible to clearly link gabapentin with any case directly.

The population with reported **aggression and related behavioural disorders** are again different, but reflect the patients in which such behaviours may be anticipated. Thus they were mainly male, and there was a high frequency of associated mental handicap. Outbursts of aggression are very common in the latter, and these may be provoked or exacerbated by anti convulsant medications. This is well known with treatments such as phenobarbitone, benzodiazepines and primidone although cases have been reported with several of the newer drugs including vigabatrin and lamotrigine. Often the aggression is seen in the setting of improved seizure frequency (forced normalisation), but in the case reports I have reviewed, no information

14

Pfizer_CPacella_0009418

on this important variable has been provided.

I have identified 9 cases where the behaviour may be explicable in terms of a drug related effect, essentially these are of no surprise for an anti convulsant emergent behaviour; in terms of the population given gabapentin (add-on therapy for difficult patients), such reports would be expected. Relatively, the problem seems of small proportion, figures for other drugs suggesting considerably higher proportions of patients being given anti-convulsants developing these behaviours (for example, 45% with some benzodiazepines, Brown & Penry 1973).

## SUMMARY AND CONCLUSIONS

In this report I have considered all 76 cases of behaviour problems reported with gabapentin. The more serious problem, potentially, namely the psychoses, seem relatively few in number, and, no cases can be directly attributable to the drug. Links between gabapentin and psychosis cannot be made on the basis of the information reviewed.

Interpretation of the data on affective disorder, aggression and agitation is more complicated because of the "background noise" of these problems in the population prescribed the gabapentin. However, I do not find the number of cases in either group surprising, and, considering the world-wide data base has been examined, there seem relatively few cases. The possible provocation of aggression seems perhaps the strongest relationship I note with gabapentin, but this is no different from (as a problem) and less frequent than, this problem as encountered with all other anti-convulsants, standard and new.

With regard to the data sheet, I cannot see it is necessary to change that which is already given. Nervousness covers a good deal and minor changes of mood or agitation are embraced by this term. It may be worth stating that mood and behavioural disturbances are observed in this susceptible patient population but no specific change of behaviour can be directly attributed to gabapentin.

Pfizer_CPacella_0009419

Table 1

Frequency of Mixed Psychoses in Epilepsy (Europe, Japan, USA)

| Source of Patients | Author | Year | Prevalence |
|---|---|---|---|
| Field study | Gudmundsson | 1966 | 7 % |
|  | Zielinski | 1974 | 2 % |
| General practices | Edeh and Toone | 1987 | 5 % |
| Neurological departments | Roger et al. | 1956 | 9 % |
|  | Standage and Fenton | 1975 | 8 % |
| Epileptological departments | Bruens | 1973 | 6 % |
|  | Sengoku et al. | 1983 | 6 % |
|  | Schmitz | 1988 | 4 % |
| Psychiatric departments | Roger et al. | 1956 | 41 % |
|  | Betts | 1974 | 21 % |
|  | Bash and Mahnig | 1984 | 60 % |

Pfizer_CPacella_0009420

# REFERENCES

Brown T & Penry K (1973). Benzodiazepines in the treatment of epilepsy. A Review of Epilepsia 14: 277 - 310.

Gastaut H (1956) Colloque de Marseille. 15-19 Octobre 1956. Compte rendu du colloque sur l'etude electroclinique des episodes psychotiques qui survennient chez les epileptiques en dehors des crises cliniques. Rev Neurol 95:587-616.

Landolt H (1953) Some clinical EEG correlations in epileptic psychoses (twilight states). EEG and Clinical Neurophysiology; 5: 121.

Lindsay J, Ounsted C, Richards P (1979) Long-term outcome in Children with Temporal Lobe Seizures. II. Psychiatric Aspects in Childhood and Adult Life. Devel Med Child Neurol 21:630-636.

Roberts G W, Done D J, Bruton C, Crow T J (1990) A "mock up" of schizophrenia: Temporal lobe epilepsy and schizophrenia-like psychosis. Biol Psychiatry 28:127-143.

Robertson MM, Trimble MR, Townsend HRA, (1987). Phenomenology of depression in epilepsy. Epilepsia, 28, 364-372.

Schmitz B (1988) Psychosen bei Epilepsie. Eine epidemiologische Untersuchung. Thesis, FU Berlin.

Slater E, Beard A W, Glithero E (1963) The Schizophrenia-Like Psychoses of Epilepsy. V. Discussion and Conclusions. Brit J Psychiat 109:95-150.

Trimble M. (1991) The Psychoses of Epilepsy. Raven Press. New York.

Pfizer_CPacella_0009421