UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## **DECLARATION OF SCOTT W. SAYLER, ESQ.**

I, Scott W. Sayler, declare and state as follows:

1.      My name is Scott W. Sayler.  I make this declaration in support of Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation.  I am currently employed as an attorney by Shook, Hardy & Bacon LLP, attorneys of record for Pfizer Inc. and Warner-Lambert Company LLC.  I have personal knowledge of the matters stated below in this declaration.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the FDA Alert, entitled "Information for Healthcare Professionals – Suicidality and Antiepileptic Drugs" (Jan. 31, 2008).

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Affidavit of Cynthia McCormick, M.D. (without exhibits) (Sept. 13, 2007).

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Donna L. Hoyert et al., *National Vital Statistics Report: Deaths: Final Data for 2003,* 54 Centers for Disease Control and Prevention 1 (2006).

5.      Attached as Exhibit 4 is a true and correct copy of a letter from Russell Katz, FDA Division Director, to Andrew Finkelstein (Apr. 12, 2005).

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Deposition of Dr. Cheryl Blume (Nov. 11-12, 2007).

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the Deposition of Professor Michael Trimble (Oct. 18-19, 2007).

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the Deposition of Dr. Bentson McFarland (Nov. 5, 2007).

9.      Attached hereto as Exhibit 8 is a true and correct copy of the expert report of Dr. Douglas Jacobs (submitted Dec. 21, 2007).

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Deposition of Dr. Stefan Kruszewski (Dec. 6-7, 2007 and Feb. 26, 2008).

11.     Attached hereto as Exhibit 10 is a true and correct copy of the expert report of Dr. Sander Greenland (submitted October 22, 2007).

12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the Deposition of Dr. Robert Roth (Nov. 29, 2007).

13.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts of Michael D. Green et al., *Reference Guide on Epidemiology, in* Reference Manual on Scientific Evidence (2d ed. 2000).

14.     Attached hereto as Exhibit 13 is a true and correct copy of the expert report of Dr. Anthony Rothschild (submitted Dec. 21, 2007).

2847138v1

15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts of U.S. Dep't of Health, Educ. & Welfare, *Smoking and Health: Report of the Advisory Committee to the Surgeon General of the Public Health Service* (1964).

16.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts of Mahmoud F. Fathalla et al., *Interpreting Research Results*, in A Practical Guide for Health Researchers 106 (2004).

17.    Attached hereto as Exhibit 16 is a true and correct copy of Austin Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 Proc. Royal Soc'y Med. 295 (1965).

18.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts of Immunization Safety Review Committee Board of Health Promotion and Disease Prevention, *Immunization Safety Review: Vaccines and Autism* (2004).

19.    Attached hereto as Exhibit 18 is a true and correct copy of Jon C. Collins & Bentson H. McFarland, *Divalproex, Lithium and Suicide Among Medicaid Patients with Bipolar Disorder*, J. Affect. Disord. (2007) (e-publication, forthcoming in print), *available at* doi:10.1016/j.jad.2007.07.014.

20.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the Deposition of Professor Michael Trimble (February 27, 2008).

21.    Attached hereto as Exhibit 20 is a true and correct copy of the excerpts of the Deposition of Doctor Cheryl Blume (February 29, 2008).

22.    Attached hereto as Exhibit 21 is a true and correct copy of William Garnett, *New Opportunities for the Treatment of Epilepsy*, 52 Am. J. Health-Syst. Pharm. 88 (1995).

2847138v1

23.    Attached hereto as Exhibit 22 is a true and correct copy of *In re Bextra &
Celebrex Prod. Liab. Litig.*, No. 762000/2006 at 19-31 (N.Y. Sup. Ct. Jan. 7, 2008) (slip
opinion).

24.    Attached hereto as Exhibit 23 is a true and correct copy of the expert report of Dr.
Stefan Kruszewski (submitted October 22, 2007).

25.    Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the expert
report of Dr. Cheryl Blume (submitted October 22, 2007).

26.    Attached hereto as Exhibit 25 is a true and correct copy of excerpts of Brian L.
Strom, Pharmacoepidemiology (4th Ed).

27.    Attached hereto as Exhibit 26 is *Manning v. Pfizer, Inc.*, No. 5:02CV71
(N.D.W.V. Dec. 30, 2004).

28.    Attached hereto as Exhibit 27 is *Dellinger v. Pfizer Inc.*, No. 5:03CV95
(W.D.N.C. July 19, 2006)

29.    Attached hereto as Exhibit 28 is a true and correct copy of excerpts of Michael
Trimble, Biological Psychiatry (2006).

30.    Attached hereto as Exhibit 29 is a true and correct copy of Michael Trimble,
*Psychosis with Gabapentin* (1995);

31.    Attached hereto as Exhibit 30 is a true and correct copy of Michael Trimble,
*Behavioural Disturbance with Gabapentin* (1995).

32.    Attached hereto as Exhibit 31 is a true and correct copy of Neurontin
advertisements authored by Finkelstein & Partners.

33.    Attached hereto as Exhibit 32 is a true and correct copy of a plot

2847138v1

34.    Attached hereto as Exhibit 33 is a true and correct copy of EMEA Joint Response Assessment Report on List of Outstanding Issues: Neurontin and associated tradenames (gabapentin) (Jan. 17, 2006).

35.    Attached hereto as Exhibit 34 is a true and correct copy of the expert report of Professor Michael Trimble (submitted October 1, 2007).

36.    Attached hereto as Exhibit 35 is a true and correct copy of Kathryn A. O'Connell et al., *Isotretinoin (Accutane) and Serious Psychiatric Adverse Events*, 48 J. Am. Acad. Dermatol. 306 (2002).

37.    Attached hereto as Exhibit 36 is a true and correct copy of Marc Girard, *Conclusiveness of Rechallenge in the Interpretation of Adverse Drug Reactions*, 23 Br. J. Clin. Pharmacol. 73 (1987).

38.    Attached hereto as Exhibit 37 is a true and correct copy of Ronald W. Maris, *Suicide*, 360 Lancet 319, 320 (2002).

39.    Attached hereto as Exhibit 38 is a true and correct copy of excerpts of the Deposition of Dr. Cynthia McCormick (Feb. 14, 2008).

40.    Attached hereto as Exhibit 39 is a true and correct copy of the expert report of Dr. Robert Roth (submitted October 22, 2007).

41.    Attached hereto as Exhibit 40 is a true and correct copy of Charles P. Taylor et al., *A Summary of Mechanistic Hypotheses of Gabapentin Pharmacology*, 29 Epilepsy Res. 233 (1998).

42.    Attached hereto as Exhibit 41 is a true and correct copy of Christophe Lanneau et al., *Gabapentin Is Not a GABA B Receptor Agonist*, 41 Neuropharmacology 965 (2001).

43.     Attached hereto as Exhibit 42 is a true and correct copy of Anders A. Jensen et al., *The Anticonvulsant Gabapentin (Neurontin) Does Not Act Through Gamma-aminobutyric Acid-B Receptors*, 61 Molecular Pharmacology 1377(2002).

44.     Attached hereto as Exhibit 43 is a true and correct copy of Ognen A.C. Petroff et al., *Effects of Gabapentin on Brain GABA, Homocarnine and Pyrrolidinone in Epilepsy Patients*, 41 Epilepsia 675 (2000).

45.     Attached hereto as Exhibit 44 is a true and correct copy of R. Kuzniecky et al., *Modulation of Cerebral GABA by Topiramate, Lamotrigine and Gabapentin in Healthy Adults*, 58 Neurology (abstract) (2002).

46.     Attached hereto as Exhibit 45 is a true and correct copy of Laura D. Errante et al., *Gabapentin and Vigabatrin Increase GABA in the Human Neocortical Slice*, 49 Epilepsy Res. 203 (abstract) (2002).

47.     Attached hereto as Exhibit 46 is a true and correct copy of Wia Timmerman et al., *A Microdialysis Study on the Mechanism of Action of Gabapentin*, 398 Eur. J. Pharmacology 53, 53 (abstract) (2000).

48.     Attached hereto as Exhibit 47 is a true and correct copy of Chris C. Streeter et al., *Yoga Asana Sessions Increase Brain GABA Levels: A Pilot Study*, 13 J. Alternative & Complementary Med. 419 (2007).

49.     Attached hereto as Exhibit 48 is a true and correct copy of Gerard Sanacora et al., *Increased Cortical GABA Concentrations in Depressed Patients Receiving ECT*, 160 Am. J. Psychiatry 577 (2003).

2847138v1

50.    Attached hereto as Exhibit 49 is a true and correct copy of Gerard Sanacora et al., *Increased Occipital Cortex GABA Concentrations in Depressed Patients After Therapy with Selective Serotonin Reuptake Inhibitors*, 159 Am. J. Psychiatry 663(2002).

51.    Attached hereto as Exhibit 50 is a true and correct copy of F. Petty, *GABA and Mood Disorders: A Brief Review and Hypothesis*, 34 J. Affective Disorders 275, 277 (1995).

52.    Attached hereto as Exhibit 51 is a true and correct copy of Wade H. Berrettini et al., *Reduced Plasma and CSF GABA in Affective Illness: Effect of Lithium Carbonate*, 18 Biological Psychiatry 185, 185 (1983).

53.    Attached hereto as Exhibit 52 is a true and correct copy of the expert report of Dr. Gerald Sanacora.

54.    Attached hereto as Exhibit 53 is a true and correct copy of Elinor Ben-Menachem et al., *Seizure Frequency and CSF Parameters in a Double-Blind Placebo Controlled Trial of Gabapentin in Patients with Intractable Complex Partial Seizures*, 21 Epilepsy Res. 231 (abstract) (1995) .

55.    Attached hereto as Exhibit 54 is a true and correct copy of Elinor Ben-Menachem et al., *Selected CSF Biochemistry and Gabapentin Concentrations in the CSF and Plasma in Patients with Partial Seizures After a Single Oral Dose of Gabapentin,* 11 Epilepsy Res. 45 (1992).

56.    Attached hereto as Exhibit 55 is a true and correct copy of G. Sanacora et al., *Sub-type Specific Alterations of GABA and Glutamate in Patients with Major Depression*, 61 Archives Gen. Psychiatry 705 (2004).

57.    Attached hereto as Exhibit 56 is a true and correct copy of R.M. Berman et al., *Antidepressant Effects of Ketamine in Depressed Patients*, 47 Biological Psychiatry 351 (2000).

2847138v1

58.     Attached hereto as Exhibit 57 is a true and correct copy of C.A. Zarate et al., *A Randomized Trial of an N-methyl-D-aspartate Antagonist in Treatment-Resistant Major Depression,* 63 Archives Gen. Psychiatry 856 (2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March ⟋, 2008, in Kansas City, Missouri.

Scott W. Sayler, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 7, 2008.

/s/David B. Chaffin

2847138v1