# Exhibit 3

# National Vital Statistics Reports



Volume 54, Number 13                                                                          April 19, 2006

# Deaths: Final Data for 2003

by Donna L. Hoyert, Ph.D.; Melonie P. Heron, Ph.D.; Sherry L. Murphy, B.S.; and Hsiang-Ching Kung, Ph.D.; Division of Vital Statistics

## Abstract

*Objectives*—This report presents final 2003 data on U.S. deaths; death rates; life expectancy; infant and maternal mortality; and trends by selected characteristics such as age, sex, Hispanic origin, race, marital status, educational attainment, injury at work, State of residence, and cause of death. A previous report presented preliminary mortality data for 2003 and summarized key findings in the final data for 2003.

*Methods*—This report presents descriptive tabulations of information reported on death certificates, which are completed by funeral directors, attending physicians, medical examiners, and coroners. The original records are filed in the State registration offices. Statistical information is compiled into a national database through the Vital Statistics Cooperative Program of the Centers for Disease Control and Prevention's, National Center for Health Statistics (NCHS). Causes of death are processed in accordance with the *International Classification of Diseases, Tenth Revision* (ICD–10).

*Results*—In 2003, a total of 2,448,288 deaths were reported in the United States. The age-adjusted death rate was 832.7 deaths per 100,000 standard population, representing a decrease of 1.5 percent from the 2002 rate and a record low historical figure. Life expectancy at birth rose by 0.2 years to a record high of 77.5 years. Considering all deaths, age-specific death rates rose only for those 45–54 years and declined for the age groups 55–64 years, 65–74 years, 75–84 years, and 85 years and over. For the most part, the 15 leading causes of death in 2003 remained the same as in 2002. Heart disease and cancer continued to be the leading and second leading causes of death, together accounting for over half of all deaths. Homicide became the 15th leading cause in 2003, dropping from the 14th leading cause in 2002. Pneumonitis dropped out of the top 15 altogether, and Parkinson's disease entered the list as the 14th leading cause of death. The infant mortality rate in 2003 was 6.85 per 1,000 births.

*Conclusions*—Generally, mortality patterns in 2003 were consistent with long-term trends. Life expectancy in 2003 increased again to a new record level. The age-adjusted death rate declined to a record low historical figure. The infant mortality rate decreased significantly in 2003; except for 2002, it either decreased or remained level each successive year from 1958 to 2003.

**Keywords:** deaths • mortality • cause of death • life expectancy • vital statistics • ICD–10

## Highlights

### Mortality experience in 2003

- In 2003, a total of 2,448,288 deaths occurred in the United States.
- The age-adjusted death rate, which takes the aging of the population into account, was 832.7 deaths per 100,000 U.S. standard population.
- Life expectancy at birth was 77.5 years.
- The 15 leading causes of death in 2003 were:
    Diseases of heart (heart disease)
    Malignant neoplasms (cancer)
    Cerebrovascular diseases (stroke)
    Chronic lower respiratory diseases

### Acknowledgments

This report was prepared in the Division of Vital Statistics under the general direction of Robert N. Anderson, Chief, Mortality Statistics Branch (MSB). Elizabeth Arias of MSB provided content related to life expectancy. Robert N. Anderson and Sherry Murphy of MSB, David W. Justice of the Data Acquisition and Evaluation Branch, and Van L. Parsons of the Office of Research and Methodology contributed to the "Technical Notes." Nicholas F. Pace, Chief of the Systems, Programming, and Statistical Resources Branch (SPSRB), Jordan A. Sacks, Manju Sharma, John Birken, Charles E. Royer, and Gail A. Parr, formerly, of SPSRB provided computer programming support. Thomas D. Dunn of SPSRB provided population tables and content review. Steven J. Steimel and David P. Johnson of SPSRB prepared the mortality file. Staff of MSB provided content and table review. Registration Methods staff and staff of the Data Acquisition and Evaluation Branch provided consultation to State vital statistics offices regarding collection of the death certificate data on which this report is based. This report was edited by Demarius V. Miller, typeset by Jacqueline M. Davis, and the graphics produced by NOVA contractor Michael Jones of the Office of Information Services, Information Design and Publishing Staff.



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
NATIONAL CENTER FOR HEALTH STATISTICS

**CENTERS FOR DISEASE CONTROL AND PREVENTION**
NATIONAL VITAL STATISTICS SYSTEM

  Accidents (unintentional injuries)
  Diabetes mellitus (diabetes)
  Influenza and pneumonia
  Alzheimer's disease
  Nephritis, nephrotic syndrome and nephrosis
   (kidney disease)
  Septicemia
  Intentional self-harm (suicide)
  Chronic liver disease and cirrhosis
  Essential (primary) hypertension and hypertensive
   renal disease (hypertension)
  Parkinson's disease
  Assault (homicide)

- In 2003, the infant mortality rate was 6.85 infant deaths per 1,000 live births.
- The 10 leading causes of infant death were:
   Congenital malformations, deformations, and chromosomal abnormalities (congenital malformations)
   Disorders relating to short gestation and low birth weight, not elsewhere classified (low birthweight)
   Sudden infant death syndrome (SIDS)
   Newborn affected by maternal complications of pregnancy (maternal complications)
   Newborn affected by complications of placenta, cord, and membranes (cord and placental complications)
   Accidents (unintentional injuries)
   Respiratory distress of newborn
   Bacterial sepsis of newborn
   Neonatal hemorrhage
   Diseases of the circulatory system (circulatory diseases)

## Trends

- The age-adjusted death rate in 2003 was a record low.
- Life expectancy was 77.5 years, a record high that surpassed the previous highest value, recorded in 2002. Record high life expectancy was attained by the total population, as well as by each of the black and white populations. Both males and females in each of the two major race groups attained record high levels.
- Age-adjusted death rates decreased from 2002 to 2003 for 4 of the 15 leading causes of death and increased for 5 of the 15 leading causes of death. Decreasing trends for heart disease, cancer, and stroke, the three leading causes, continued. Increasing trends for Alzheimer's disease continued.
- Differences in mortality between men and women continued to narrow. The age-adjusted death rate for men was 41 percent greater than that for women (down from 42 percent greater in 2002), and life expectancy for men was less than that for women by 5.3 years, the smallest difference since 1948.
- Differences in mortality between the black and white populations persisted even though there was a trend toward convergence. The age-adjusted death rate was 1.3 times greater, the infant mortality rate 2.4 times greater, and maternal mortality rate 3.5 times greater for the black population than that for the white population. Life expectancy for the white population exceeded that for the black population by 5.3 years.

- The Infant mortality rate did not change significantly in 2003; infant mortality had increased for the first time in over four decades in 2002.

## Introduction

This report presents detailed 2003 data on deaths and death rates according to a number of social, demographic, and medical characteristics. These data provide information on mortality patterns among residents of the United States by such variables as age, sex, Hispanic origin, race, marital status, educational attainment, injury at work, State of residence, and cause of death. Information on these mortality patterns is important for understanding changes in the health and well-being of the U.S. population (1). Preliminary data for 2003 were presented in the report "Deaths: Preliminary Data for 2003" using a 93 percent (demographic file) sample of U.S. deaths weighted to independent control totals (2). Key findings of the final data for 2003 were summarized in a *Health E-Stats* publication in January 2006 (3). The findings in this report, based on the final mortality file, are generally consistent with those based on preliminary data; the final mortality file incorporates some modifications to the preliminary file as described in the "Technical Notes." Separate companion reports present additional details on leading causes of death, injury-related deaths, and life expectancy in the United States (4–6).

Mortality data in this report can be used to monitor and evaluate the health status of the Nation in terms of current mortality levels and long-term mortality trends, as well as to identify segments of the U.S. population at greater risk of death from specific diseases and injuries. Differences in death rates among various demographic subpopulations, including race and ethnic groups, may reflect subpopulation differences in factors such as socioeconomic status, access to medical care, and the prevalence of specific risk factors of a particular subpopulation.

## Methods

Data in this report are based on information from all resident death certificates filed in the 50 States and the District of Columbia. It is believed that more than 99 percent of deaths occurring in this country are registered (7). Tables showing data by State also provide information for Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands (Northern Marianas). Cause-of-death statistics presented in this report are classified in accordance with the *International Classification of Diseases, Tenth Revision* (ICD–10) (8). (A discussion of the cause-of-death classification is provided in the "Technical Notes.")

Mortality data on specific demographic and medical characteristics except educational attainment cover all 50 States and the District of Columbia. Educational attainment data are provided for 43 States and the District of Columbia. Details on reporting areas for educational attainment are provided in the "Technical Notes."

Measures of mortality in this report include the number of deaths; crude, age-specific, and age-adjusted death rates; infant, neonatal, postneonatal, and maternal mortality rates; life expectancy; and rate ratios. Changes in death rates from 2002 to 2003 and differences in death rates across demographic groups in 2003 are tested for statistical significance. Unless otherwise specified, reported differences are statistically significant. Additional information on these statistical methods,

random variation and relative standard error, the computation of derived statistics and rates, population denominators, and the definition of terms is presented in the "Technical Notes."

The populations used to calculate death rates for 2001–03, and the intercensal period 1991–99 shown in this report were produced under a collaborative arrangement with the U.S. Census Bureau and are consistent with the 2000 census. Reflecting the new guidelines issued in 1997 by the Office of Management and Budget (OMB), the 2000 census included an option for individuals to report more than one race as appropriate for themselves and household members (9); see "Technical Notes." The 1997 OMB guidelines also provided for the reporting of Asian persons separately from Native Hawaiians or other Pacific Islanders. Under the prior OMB standards (issued in 1977), data for Asian or Pacific Islander persons were collected as a single group (10). Most death certificates currently collect only one race for the decedent in the same categories as specified in the 1977 OMB guidelines (that is, death certificate data do not report Asians separately from Native Hawaiians or other Pacific Islanders). Death certificate data by race (the numerators for death rates) are thus currently incompatible with the population data collected in the 2000 census (the denominators for the rates). To produce death rates for 2001–03, and revised intercensal rates for the 1991–99 period, it was necessary to "bridge" the reported population data for multiple-race persons back to single-race categories. In addition, the 2000 census counts were modified to be consistent with the 1977 OMB race categories, that is, to report the data for Asian persons and Native Hawaiians or other Pacific Islanders as a combined category, Asian or Pacific Islanders, and to reflect age as of the census reference date (11). The procedures used to produce the "bridged" populations are described in separate publications (12,13). It is anticipated that "bridged" population data will be used over the next few years for computing population-based rates. Beginning with deaths occurring in 2003, some States allowed for multiple-race reporting on the death certificate. Multiple-race data for these States are "bridged" back to single-race categories; see "Technical Notes." Once all States are collecting data on race according to the 1997 OMB guidelines, it is expected that use of the "bridged" race algorithm will be discontinued.

Readers should keep in mind that the population data used to compile death rates by race shown in this report are based on special estimation procedures. They are not true counts. This is the case even for the 2000 populations. The estimation procedures used to develop these populations contain some error. Smaller population groups are affected much more than larger populations (12). Over the next several years, additional information will be incorporated in the estimation procedures, possibly resulting in further revisions of the population estimates; see "Technical Notes."

Data in this report are based in part on unpublished work tables. These and other data are available on the NCHS Web site at: http://www.cdc.gov/nchs/deaths.htm, and on the forthcoming CD-ROM titled, *Vital Statistics of the United States, Mortality, 2003*. Availability of mortality microdata is described in the "Technical Notes" of this report.

## Results and Discussion

### Deaths and death rates

In 2003, a total of 2,448,288 resident deaths were registered in the United States, 4,901 more than in 2002. The crude death rate for 2003, 841.9 deaths per 100,000 population, was 0.6 percent lower than the 2002 rate (847.3) (Tables 1 and A).

The age-adjusted death rate in 2003 was 832.7 deaths per 100,000 U.S. standard population, a record low value that was 1.5 percent lower than the 2002 rate of 845.3 (Tables 1 and A). Age-adjusted death rates are constructs that show what the level of mortality would be if no changes occurred in the age composition of the population from year to year. (For a discussion of age-adjusted death rates, see "Technical Notes.") Thus, the age-adjusted death rates are better indicators than unadjusted (crude) death rates for examining changes in the risk of death over a period of time when the age distribution of the population is changing. Also, age-adjusted death rates are better indicators of relative risk when comparing mortality across geographic areas or between sex or race subgroups of the population that have different age compositions; see "Technical Notes." Since 1980, the age-adjusted death rate has decreased every year except 1983, 1985,

Table A. Percentage change in death rates and age-adjusted death rates between 2002 and 2003 by age, race, and sex: United States

| | All races[1] | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| Age | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| | Percent change | | | | | | | | |
| All ages | | | | | | | | | |
| Crude | −0.6 | −0.7 | −0.5 | −0.6 | −0.7 | −0.5 | −0.6 | −0.4 | −0.9 |
| Age-adjusted | −1.5 | −1.9 | −1.3 | −1.4 | −1.9 | −1.2 | −1.6 | −1.7 | −1.8 |
| Under 1 year[2] | 0.7 | 2.1 | −1.0 | 0.8 | 1.2 | 0.3 | 0.8 | 4.3 | −3.4 |
| 1–4 years | 1.0 | −0.3 | 3.0 | 1.4 | 0.0 | 4.1 | −0.6 | −1.3 | 0.5 |
| 5–14 years | −2.3 | −1.0 | −4.8 | −1.9 | 0.0 | −4.4 | −6.5 | −7.3 | −5.0 |
| 15–24 years | 0.1 | −0.7 | 1.6 | 0.0 | −0.7 | 1.9 | −0.5 | −0.8 | −0.7 |
| 25–34 years | 0.0 | −0.6 | 0.9 | 0.9 | 0.4 | 1.9 | −2.8 | −3.1 | −2.5 |
| 35–44 years | −0.6 | −1.0 | −0.2 | −0.5 | −0.7 | −0.2 | −1.4 | −1.8 | −0.8 |
| 45–54 years | 0.7 | 0.9 | 0.5 | 0.6 | 0.8 | 0.1 | 0.7 | 0.9 | 0.5 |
| 55–64 years | −1.2 | −1.6 | −0.7 | −1.1 | −1.5 | −0.7 | −1.0 | −1.4 | −0.5 |
| 65–74 years | −2.6 | −2.9 | −2.2 | −2.7 | −3.2 | −2.1 | −1.6 | −1.1 | −2.3 |
| 75–84 years | −1.7 | −1.8 | −1.7 | −1.6 | −1.8 | −1.5 | −2.5 | −1.3 | −3.6 |
| 85 years and over | −1.6 | −2.8 | −1.0 | −1.5 | −2.6 | −1.0 | −2.0 | −4.7 | −0.9 |

[1]Includes races other than white and black.
[2]Death rates for "Under 1 year" (based on population estimates) differ from infant mortality rates (based on live births).

**4** National Vital Statistics Reports, Vol. 54, No. 13, April 19, 2006

1988, 1993, and 1999. These were years when influenza outbreaks contributed to increased mortality in the United States (14–16). Between 1980 and 2003, the age-adjusted death rate declined 19.9 percent (Figure 1 and Table 1).

*Race*—In 2003, age-adjusted death rates for the major race groups (Table 1) were:

- white population, 817.0 deaths per 100,000 U.S. standard population
- black population, 1,065.9
- American Indian population, 685.0
- Asian or Pacific Islander population, 465.7

Rates for the American Indian and Asian or Pacific Islander populations should be interpreted with caution because of reporting problems on both the death certificate and in population censuses and surveys. The net effect of the reporting problems is for the American Indian rate to be approximately 21 percent understated and the Asian or Pacific Islander rate to be approximately 11 percent understated (17).

In 2003, the age-adjusted death rate for the black population was 1.3 times that for the white population (Table C); that is, the average risk of death for the black population was about 30 percent higher than for the white population. This ratio was the same in 2002 and 2001. Between 1960 and 1982, rates for the black and white populations declined by similar percentages (22.6 and 26.5 percent, respectively). For the period ranging from 1982 to 1988, rates diverged (18), increasing 5.2 percent for the black population and decreasing 1.7 percent for the white population. The disparity in age-adjusted death rates between the black and white populations reached its highest point in 1989. Since then, rates for the black and white populations have tended toward convergence, declining by 16.4 percent for the black population and by 11.2 percent for the white population.

Between 2002 and 2003, decreases in age-adjusted death rates were observed for both white males and females, and for both black males and females. In order of relative magnitude of decrease from 2002, the reductions were 1.9 percent for white males, 1.8 percent for black females, 1.7 percent for black males, and 1.2 percent for white females (Tables A and 1).

Age-adjusted death rates have generally declined between 1980 and 2003 for white males and females. However, increases were observed for both white males and white females in 1983, 1985, 1988, and 1993. In addition, the age-adjusted death rate for white females increased in 1995 and 1999. For black males, age-adjusted death rates tended to decrease except for a period of increase between 1983 and 1988; rates for black females decreased between 1980 and 2003, although with considerable variability in direction of change from year to year (Table 1).

*Hispanic origin*—Problems of race and Hispanic-origin classification affect Hispanic death rates and the comparison of rates for the Hispanic and the non-Hispanic population; see "Technical Notes." Mortality for Hispanics is somewhat understated because of net underreporting of Hispanic origin on the death certificate. Hispanic origin on the death certificate is underreported by an estimated 7 percent (17); see "Technical Notes." Mitigating this somewhat is undercoverage of the Hispanic population in the census and in annual population estimates based on the census (17). The age-adjusted death rate for the Hispanic population in 2003 was 621.2, decreasing by 1.3 percent from the rate of 629.3 observed in 2002 (Tables B and 2). Age-adjusted death rates for the total non-Hispanic and non-Hispanic white populations both decreased 1.4 percent. The age-adjusted death rate for the non-Hispanic black population declined 1.5 percent from the previous year.

Among Hispanic males, the age-adjusted death rate declined by 2.4 percent between 2002 and 2003. The age-adjusted death rate for non-Hispanic white males and non-Hispanic black males declined 1.8 and 1.4 percent, respectively. Similarly, non-Hispanic white and non-Hispanic black females experienced declines of 1.1 and 1.7 percent, respectively (Tables B and 2). Rates for Hispanic females were not significantly different.

In 2003, the age-adjusted death rate (Table 2) was 26.4 percent lower for the Hispanic population than for the non-Hispanic population. It was similarly 24.8 percent lower than the rate for the non-Hispanic white population and considerably lower (42.7 percent) than the rate for the non-Hispanic black population. The large differences in mortality between the Hispanic and non-Hispanic populations are partly a function of the Hispanic population's lower age-specific death rates at older ages (Table 4). Part of the difference is also attributable to underreporting of Hispanic origin on the death certificate. In addition, there are various hypotheses that have been proposed to explain Hispanics' favorable mortality outcomes. The most prevalent hypotheses include the healthy migrant effect, which argues that Hispanic immigrants are selected for their good health and robustness; and, the salmon bias effect, which posits that U.S. residents of Hispanic origin may return to their country of origin to die or when ill (19).

Within the Hispanic population, the age-adjusted death rate for males was 1.5 times that for females (Table 2). The corresponding ratio



**Figure 1. Crude and age-adjusted death rates: United States, 1960–2003**

National Vital Statistics Reports, Vol. 54, No. 13, April 19, 2006    5

**Table B. Percentage change in death rates and age-adjusted death rates between 2002 and 2003 by age, Hispanic origin, race for non-Hispanic population, and sex: United States**

[Race and Hispanic origin are reported separately on the death certificate. Persons of Hispanic origin may be of any race. Data for Hispanic persons are not tabulated separately by race. Data for non-Hispanic persons are tabulated by race. Data for Hispanic origin should be interpreted with caution because of inconsistencies between reporting Hispanic origin on death certificates and on censuses and surveys; see "Technical Notes"]

| | All origins[1] | | | Hispanic | | | Non-Hispanic[2] | | | Non-Hispanic white | | | Non-Hispanic black | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| | Percent change | | | | | | | | | | | | | | |
| All ages | | | | | | | | | | | | | | | |
| Crude | -0.6 | -0.7 | -0.5 | 1.2 | 0.6 | 1.9 | -0.5 | -0.5 | -0.4 | -0.4 | -0.5 | -0.3 | -0.5 | -0.2 | -0.9 |
| Age-adjusted | -1.5 | -1.9 | -1.3 | -1.3 | -2.4 | -0.5 | -1.4 | -1.8 | -1.2 | -1.4 | -1.8 | -1.1 | -1.5 | -1.4 | -1.7 |
| Under 1 year[3] | 0.7 | 2.1 | -1.0 | 2.9 | 3.3 | 2.5 | 0.4 | 2.0 | -1.5 | 0.1 | 0.6 | -0.5 | 0.8 | 4.3 | -3.4 |
| 1-4 years | 1.0 | -0.3 | 3.0 | 1.3 | -1.2 | 4.0 | 1.0 | -0.6 | 2.9 | 1.8 | -0.3 | 4.6 | -0.8 | -1.3 | -0.2 |
| 5-14 years | -2.3 | -1.0 | -4.8 | 1.3 | 5.7 | -5.2 | -3.4 | -2.0 | -4.7 | -2.5 | -1.1 | -5.1 | -5.9 | -6.4 | -5.3 |
| 15-24 years | 0.1 | -0.7 | 1.6 | -0.1 | -1.3 | 4.1 | 0.1 | -0.5 | 1.5 | 0.0 | -0.7 | 1.1 | -0.3 | -0.5 | -0.2 |
| 25-34 years | 0.0 | -0.6 | 0.9 | 5.8 | 5.0 | 7.5 | -0.7 | -1.4 | 0.6 | -0.1 | -0.8 | 1.5 | -2.6 | -2.8 | -2.7 |
| 35-44 years | -0.6 | -1.0 | -0.2 | -0.6 | -1.4 | 0.6 | -0.5 | -0.7 | -0.1 | -0.4 | -0.4 | -0.2 | -1.0 | -1.3 | -0.6 |
| 45-54 years | 0.7 | 0.9 | 0.5 | 2.0 | 3.1 | -0.3 | 0.8 | 0.8 | 0.6 | 0.5 | 0.6 | 0.3 | 0.8 | 1.0 | 0.5 |
| 55-64 years | -1.2 | -1.6 | -0.7 | -0.8 | -1.8 | 0.7 | -1.2 | -1.5 | -0.8 | -1.1 | -1.4 | -0.8 | -0.9 | -1.3 | -0.4 |
| 65-74 years | -2.6 | -2.9 | -2.2 | -2.8 | -3.5 | -1.9 | -2.5 | -2.8 | -2.1 | -2.6 | -3.0 | -2.1 | -1.4 | -0.9 | -2.1 |
| 75-84 years | -1.7 | -1.8 | -1.7 | -1.2 | -1.9 | -0.6 | -1.6 | -1.6 | -1.6 | -1.4 | -1.6 | -1.4 | -2.3 | -1.0 | -3.4 |
| 85 years and over | -1.6 | -2.8 | -1.0 | -2.3 | -5.5 | -0.6 | -1.5 | -2.6 | -0.9 | -1.3 | -2.4 | -0.9 | -1.9 | -4.4 | -0.9 |

[1] Figures for origin not stated are included in "All origins" but not distributed among specified origins.
[2] Includes races other than white and black.
[3] Death rates for "Under 1 year" (based on population estimates) differ from infant mortality rates (based on live births).

**Table C. Percentage of total deaths, death rates, age-adjusted death rates for 2003, percentage change in age-adjusted death rates from 2002 to 2003, and ratio of age-adjusted death rates by race and sex for the 15 leading causes of death for the total population in 2003: United States**

[Death rates on an annual basis per 100,000 population; age-adjusted rates per 100,000 U.S. standard population; see "Technical Notes." The asterisks (*) preceding the cause-of-death codes indicate that they are not part of the International Classification of Diseases, Tenth Revision (ICD-10); see "Technical Notes"]

| Rank[1] | Cause of death (Based on the International Classification of Diseases Tenth Revision, 1992) | Number | Percent of total deaths | 2003 crude death rate | Age-adjusted death rate 2003 | Percent change 2002 to 2003 | Ratio Male to female | Ratio Black to white | Ratio Hispanic to Non-Hispanic white |
|---|---|---|---|---|---|---|---|---|---|
| ... | All causes | 2,448,288 | 100.0 | 841.9 | 832.7 | -1.5 | 1.4 | 1.3 | 0.8 |
| 1 | Diseases of heart (I00-I09,I11,I13,I20-I51) | 685,089 | 28.0 | 235.6 | 232.3 | -3.5 | 1.5 | 1.3 | 0.8 |
| 2 | Malignant neoplasms (C00-C97) | 556,902 | 22.7 | 191.5 | 190.1 | -1.8 | 1.5 | 1.2 | 0.7 |
| 3 | Cerebrovascular diseases (I60-I69) | 157,689 | 6.4 | 54.2 | 53.5 | -4.8 | 1.0 | 1.5 | 0.8 |
| 4 | Chronic lower respiratory diseases (J40-J47) | 126,382 | 5.2 | 43.5 | 43.3 | -0.5 | 1.4 | 0.7 | 0.4 |
| 5 | Accidents (unintentional injuries) (V01-X59,Y85-Y86) | 109,277 | 4.5 | 37.6 | 37.3 | 1.1 | 2.2 | 1.0 | 0.8 |
| 6 | Diabetes mellitus (E10-E14) | 74,219 | 3.0 | 25.5 | 25.3 | -0.4 | 1.3 | 2.1 | 1.6 |
| 7 | Influenza and pneumonia (J10-J18) | 65,163 | 2.7 | 22.4 | 22.0 | -2.7 | 1.4 | 1.1 | 0.8 |
| 8 | Alzheimer's disease (G30) | 63,457 | 2.6 | 21.8 | 21.4 | 5.9 | 0.8 | 0.8 | 0.6 |
| 9 | Nephritis, nephrotic syndrome and nephrosis (N00-N07,N17-N19,N25-N27) | 42,453 | 1.7 | 14.6 | 14.4 | 1.4 | 1.4 | 2.3 | 1.0 |
| 10 | Septicemia (A40-A41) | 34,069 | 1.4 | 11.7 | 11.6 | -0.9 | 1.2 | 2.3 | 0.8 |
| 11 | Intentional self-harm (suicide) (*U03,X60-X84,Y87.0) | 31,484 | 1.3 | 10.8 | 10.8 | -0.9 | 4.3 | 0.4 | 0.4 |
| 12 | Chronic liver disease and cirrhosis (K70,K73-K74) | 27,503 | 1.1 | 9.5 | 9.3 | -1.1 | 2.2 | 0.9 | 1.6 |
| 13 | Essential (primary) hypertension and hypertensive renal disease (I10,I12) | 21,940 | 0.9 | 7.5 | 7.4 | 5.7 | 1.0 | 2.8 | 1.0 |
| 14 | Parkinson's disease (G20-G21) | 17,997 | 0.7 | 6.2 | 6.2 | 5.1 | 2.2 | 0.4 | 0.5 |
| 15 | Assault (homicide) (*U01-*U02,X85-Y09,Y87.1) | 17,732 | 0.7 | 6.1 | 6.0 | -1.6 | 3.6 | 5.7 | 2.9 |
| ... | All other causes (Residual) | 416,932 | 17.0 | 143.4 | ... | ... | ... | ... | ... |

... Category not applicable.
[1] Rank based on number of deaths; see "Technical Notes."

for the non-Hispanic white population and the non-Hispanic black population were 1.4 and 1.5, respectively.

The age-adjusted death rates in 2003 for selected Hispanic subgroups (Table 5), in order of relative magnitude, were:

- Puerto Rican population, 763.2 deaths per 100,000 U.S. standard population
- Other Hispanic population, combined, 735.9

6  National Vital Statistics Reports, Vol. 54, No. 13, April 19, 2006

- Mexican population, 604.0
- Cuban population, 506.3

The differences among groups are not statistically significant; however, this is a function of the large statistical variation in age-specific death rates for some of the Hispanic subgroups, reflecting their relatively small population sizes. Just aggregating some of the smaller age groups is enough to affect the statistical significance among these subpopulations.

## Death rates by age and sex

Between 2002 and 2003, age-specific death rates for the total population decreased for age groups 55–64 years, 65–74 years, 75–84 years, and 85 years and over, but increased for age group 45–54 years (Table A and Figure 2). The largest drop in age-specific death rates in 2003 occurred among 65–74 year olds (2.6 percent). The increase for the age group 45–54 years was 0.7 percent.

The death rates for males declined between 2002 and 2003 for age groups 55–64 years, 65–74 years, 75–84 years, and 85 years and over. Rates increased for 45–54-year old males. The largest decrease for males occurred for age group 65–74 years (2.9 percent). For females, death rates declined for age groups 65–74 years, 75–84 years, and 85 years and over. There were no significant increases in age-specific death rates for females. The largest drop in the age-specific rates occurred for females 65–74 years of age (2.2 percent).

*Race*—Age-specific death rates declined for white males for the following age groups in 2003: 55–64 years, 65–74 years, 75–84 years, and 85 years and over. The largest decrease was for age group 65–74 years (3.2 percent). The black male population in 2003 decreased for 85 years and over (4.7 percent) and increased for under 1 year (4.3 percent). For white females, the death rate decreased in 2003 for those aged 65–74 years, 75–84 years, and 85 years and over. The largest decrease was observed for age group 65–74 years (2.1 percent). Age-specific rates for black females decreased for age groups 65–74 years and 75–84 years. The largest decrease was observed for age group 75–84 years (3.6 percent). None of the age-specific rates increased significantly for black females.

*Hispanic origin*—For the Hispanic origin population, the age-specific death rate declined significantly between 2002 and 2003 for age groups 65–74 years and 85 years and over and increased for 25–34 years (Table B). Rates for Hispanic males decreased for age group 65–74 years and 85 years and over and increased for the 25–34 years group (5.0 percent). For Hispanic females, there were no significant changes by age group.

## Expectation of life at birth and at specified ages

Life expectancy at birth represents the average number of years that a group of infants would live if the infants were to experience throughout life the age-specific death rates present at birth. The life table methodology used to calculate the life expectancies shown in this report was revised beginning with the 1997 data year; see "Technical Notes." The revised methodology provides values similar to the method used before 1997 but is more comparable to decennial life table methods, provides more accurate estimates, and provides more age detail. In 2003, life expectancy at birth reached a record high of 77.5 years (Tables 6–8), rising above the previous high of 77.3 years in 2002. The trend in U.S. life expectancy since 1900 is one of gradual improvement.

In 2003, life expectancy for females was 80.1 years, a 0.2-year increase from 2002, and for males it was 74.8 years, a 0.3-year increase from the previous year. Both attained record high life expectancy levels. From 1900 to the late 1970s, the sex gap in life expectancy widened (Figure 3) from 2.0 years to 7.8 years. Since its peak in the



[1]Death rates for "Under 1 year" (based on population estimates) differ from infant mortality rates (based on live births); see Figure 6 for infant mortality rates and "Technical Notes" for further discussion of the difference.

Figure 2. Death rates by age and sex: United States, 1955–2003