# Exhibit 7

```
                                                              1
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3

 4  IN RE:  NEURONTIN MARKETING,

 5  SALES PRACTICES, AND PRODUCTS    No. 04-10981

 6  LIABILITY LITIGATION.

 7

 8

 9

10

11              VIDEOTAPED DEPOSITION OF

12         BENTSON H. McFARLAND, M.D., PH.D.

13       Taken on behalf of Defendant Pfizer, Inc.

14

15                   November 5, 2007

16                     *    *    *

17

18

19

20

21

22

23

24

25
```

*Condensed Copy*

Page 58

1  thought going in as the project got started about
2  undertaking this particular project?
3  A. The project was stimulated by concern that
4     Divalproex may be less effective than lithium at
5     prevention of suicide among patients with bipolar
6     disorder.
7  Q. Less effective than lithium in what way?
8  A. In that people taking Divalproex would have higher
9     suicide risk than comparable individuals taking
10    lithium.
11 Q. So it started with the premise that lithium use may
12    be more protective than Divalproex in bipolar
13    patients taking the medication?
14 A. Correct.
15 Q. Or, in other words, that lithium might have a
16    greater reduction in the possibility -- in suicidal
17    behavior in bipolar patients than Divalproex might?
18 A. Correct.
19 Q. Did you use lithium as the reference point or the
20    reference drug?
21 A. Yes.
22 Q. And was this an issue or a hypothesis that you
23    wanted to look at that you had thought of or
24    Dr. Collins? Where was the original idea from?
25 A. The original idea came from work by Goodwin,

Page 59

1     et al., published in the Journal of American
2     Medical Association.
3  Q. From that publication, who was it that thought to
4     do this next project? In other words, who had the
5     original idea to do another project?
6  A. Myself.
7  Q. How was it that you went about getting funding for
8     the project?
9  A. I discussed the possibility of research in this
10    area with employees of Abbott Laboratories.
11 Q. Was there any particular employee?
12 A. Abby Bassett, B, as in boy, A-S-S-E-T-T.
13 Q. Was there any reason you thought that Abbott might
14    be interested in sponsoring that program, that
15    project?
16 A. Abbott manufactures Depakote which is a brand of
17    Divalproex.
18 Q. Was there any discussion between you and Abbott as
19    far as their thought behind doing the project, why
20    that might be of interest to them?
21 A. Yes.
22 Q. What was the nature of those discussions?
23 A. Abbott was interested in conducting a study in the
24    Medicaid population.
25 Q. Did they -- anyone from Abbott indicate to you why

Page 60

1     they were interested in conducting this study in
2     Medicaid patients?
3  A. Yes.
4  Q. What did they say?
5  A. Medicaid clients represented a substantial fraction
6     of people taking Depakote.
7  Q. And did they mention to you what they -- why they
8     might be interested in the results of this project;
9     in other words, what it might tell them?
10 A. The Abbott employees were interested in learning
11    whether or not Depakote was inferior or superior to
12    lithium in Medicaid clients with bipolar disorder.
13 Q. Inferior or superior to lithium in Medicaid
14    patients with bipolar as it relates to preventing
15    suicidal behavior?
16 A. Correct.
17 Q. Going into the project, did you have the belief
18    that lithium had been shown to be protective
19    against suicide and suicide attempts?
20 A. That was a hypothesis. Yes.
21 Q. Was that a hypothesis that you believed was
22    correct?
23 A. Yes.
24 Q. You had -- you started with the project with the
25    belief that there are studies out there that had

Page 61

1     shown that lithium actually protected against
2     suicide and suicide attempt?
3  A. Yes.
4  Q. Had you had before starting the project experience
5     with prescribing lithium to patients with bipolar?
6  A. Yes.
7  Q. And had you had experience with prescribing lithium
8     to patients with bipolar disorder for the purpose
9     of protecting against suicide and suicide attempts?
10 A. Yes.
11 Q. Approximately how many patients had you prescribed
12    lithium for purposes of trying to protect against
13    suicide or suicide behavior?
14 A. Approximately 100.
15 Q. And what from that 100 population did you see as
16    far as results of lithium protecting against
17    suicide and/or suicide attempt? In other words,
18    what was your experience?
19 A. My experience was that in some patients lithium can
20    be very helpful.
21 Q. Lithium can be very helpful in actually being
22    protective against suicide and/or suicide attempt?
23 A. Correct.
24 Q. And the people that you worked with at Abbott were
25    interested as far as whether Divalproex may be as

16 (Pages 58 to 61)

Page 114

```
1   the outcome.
2 Q. What do those numbers reflect?
3 A. The lower 95 percent confidence interval is 1.636.
4 Q. Is there an upper confidence interval?
5 A. Yes, there is. I didn't write it down, however.
6 Q. Did you -- do you know it?
7 A. I don't know it offhand.
8 Q. Is it -- do you have everything -- is everything in
9     Exhibit 2-P there that you would need to calculate
10    that upper confidence interval?
11 A. Assuming I had a calculator, yes.
12 Q. Okay. That was my question. Are those confidence
13    intervals actually reported in your article?
14 A. No.
15 Q. Why were those not included?
16 A. We had limited space in the article.
17 Q. Did you calculate any of the confidence intervals
18    for the other comparisons made?
19 A. Yes.
20 Q. Are those on here, too?
21 A. The data needed to obtain those confidence
22    intervals are contained on Exhibit 2-P.
23 Q. That's not something you looked at for today?
24 A. No.
25 Q. Is the data that is contained in Exhibit 2-P
```

Page 115

```
1     specifically referenced in your article? In other
2     words, are all the numbers contained in 2-P
3     reflected in your article?
4 A.  Yes. I'm sorry. Not all the numbers. It's the
5     other way around. The numbers in the article are
6     contained within Exhibit 2-P.
7 Q.  Okay. My question was Exhibit 2-P has a lot of
8     numbers. Are all those contained in your article?
9 A.  No.
10 Q. Are any of them?
11 A. Yes.
12 Q. Which ones?
13 A. The P values for the row labels that said drug two.
14    The column header SIG standing for significance is
15    indicating P values.
16 Q. Okay. Again looking at the article in more detail,
17    Dr. McFarland, the article describes the results of
18    a comparison of the rates of suicide and suicide
19    attempts between certain drugs in a bipolar
20    population in Medicaid patients in Oregon, correct?
21 A. Correct.
22 Q. The comparison is not between drugs and placebo,
23    correct?
24 A. Correct.
25 Q. The drugs primarily looking at -- we primarily
```

Page 116

```
1     looked at are lithium, Divalproex, Carbamazepine
2     and Gabapentin, correct?
3 A.  Correct.
4 Q.  In your article, do you reference a number of
5     studies that have shown that lithium reduces the
6     risk of suicide and attempt in bipolar patients, in
7     other words, that it's protective of suicide and
8     suicide attempt?
9 A.  Correct.
10 Q. You indicate on page 2 in fact that the evidence
11    that has been generated states that lithium
12    markedly reduces the risk of completed suicide and
13    suicide attempts among individuals with affective
14    conditions such as bipolar disorder as reported by
15    a number of authors; is that correct?
16 A. Correct.
17 Q. Is that something that you believe as well that the
18    data shows?
19 A. Yes.
20 Q. You cite specifically to a study by Baldessarini
21    that refers to lithium reducing the risk of suicide
22    versus those not taking the medication to as much
23    as ninefold, correct?
24 A. Correct.
25 Q. That same paper refers to reducing the risk of
```

Page 117

```
1     suicide attempt by -- in patients taking lithium by
2     fourfold?
3 A.  Correct.
4 Q.  As you state, those kinds of reductions constitute
5     a markedly protective affect? Is that a fair
6     statement?
7 A.  Yes.
8 Q.  And the studies that are referenced have looked at
9     lithium as compared to Divalproex and
10    Carbamazepine, correct?
11 A. Correct.
12 Q. In those studies, the authors found that lithium is
13    more protective than those other medications; in
14    other words, there's a greater reduction in the
15    number of suicides and suicide attempts in patients
16    taking lithium over those taking Divalproex or
17    Carbamazepine?
18 A. Not exactly.
19 Q. How is it different than what I said?
20 A. The studies generally have compared lithium versus
21    Divalproex or lithium versus Carbamazepine and have
22    found that individuals taking lithium have lower
23    risk of suicide or suicide attempts than
24    individuals taking the other medications.
25 Q. Okay. How is that different than what I said?
```

### Page 134

1 Q. Where would the error be reflected in these study
2    results?
3 A. In the P values.
4 Q. Again, if there was error that was reflected in the
5    P values, that could affect whether the values
6    obtained were statistically significant?
7 A. Correct.
8 Q. You also mention as a limitation that you could not
9    factor for the potential that Gabapentin users in
10   the bipolar population also were the group of
11   chronic pain patients, correct?
12 A. Correct.
13 Q. I believe you acknowledge in the paper that
14   Gabapentin is often prescribed for chronic pain,
15   correct?
16 A. Correct.
17 Q. Chronic pain can also mean decrease in mobility or
18   reduced mobility, correct?
19 A. Correct.
20 Q. I believe you indicated in your paper that both
21   chronic pain and decreased mobility can increase
22   the risk for suicide or suicide attempt?
23 A. Correct.
24 Q. I believe you cited in your paper a paper that you
25   had done which reported that reduced mobility is a

### Page 135

1    powerful predictor of suicide?
2 A. Correct.
3 Q. So you state in your paper that it's your opinion
4    that the results that you obtained with respect to
5    Gabapentin and lithium users could be the result of
6    this fact alone; is that correct?
7 A. Correct.
8 Q. On a related sort of limitation, is it correct that
9    the paper was not able to account for differential
10   prescribing, that is, what went into each doctor's
11   individual decision to prescribe the medications to
12   the different groups?
13 A. Correct.
14 Q. And some of those factors could include whether
15   they were treating a manic episode versus a
16   depressive episode?
17 A. Yes.
18 Q. The decisions could have turned on the severity of
19   the disease that was presented?
20 A. Yes.
21 Q. Could have turned on whether other medications had
22   been tried earlier --
23 A. Yes.
24 Q. -- perhaps that did not work, correct?
25 A. Correct.

### Page 136

1 Q. In other words, some of the patients could have
2    proven refractory on other medications?
3 A. Correct.
4 Q. Also indicates also that could not account for
5    patient decisions that could have been based on
6    concern of overdose, correct?
7 A. Correct.
8 Q. For example, medications like lithium and
9    Divalproex, you can overdose on those medications,
10   correct?
11 A. Yes.
12 Q. Also we talked about that individual patient
13   decisions could have been based in some instances
14   on concerns about metabolism to the liver, correct?
15 A. Yes.
16 Q. Some individual patient decisions could have been
17   based on concern for patients who might be pregnant
18   or become pregnant, correct?
19 A. Correct.
20 Q. Certain medications have warnings for use in
21   pregnancy, correct?
22 A. Correct.
23 Q. For example, I think Divalproex is at least
24   referenced in the literature as a potential
25   teratogen?

### Page 137

1 A. Correct.
2 Q. And medications like lithium have been reported to
3    be toxic to the fetus, correct?
4 A. Correct.
5 Q. There was a significant female population in the
6    group that you looked at, correct?
7 A. Correct.
8 Q. So doctors' decisions on prescribing could have
9    turned on concerns arising out of their female
10   population potentially becoming pregnant or already
11   pregnant?
12 A. With the caveat that the analysis did adjust for
13   gender.
14 Q. Okay. Individual patient decisions could have been
15   based on drug-to-drug interactions --
16 A. Correct.
17 Q. -- based on other medications the patients were
18   taking?
19 A. That's correct.
20 Q. All of these sorts of factors could have affected
21   the patient population getting each medication,
22   correct?
23 A. Correct.
24 Q. And those different factors could explain the
25   results that you obtained from the analysis of the

### Page 150

1  background rate or what the rate would be of
2  Medicaid population in Oregon who are not treated
3  who have bipolarism against that that Baldessarini
4  reported, correct?
5 A. Correct.
6 Q. As we have discussed, the study that you reported
7    in your article is a comparison study where you are
8    looking at the rates between various drugs by means
9    of the adjusted hazards ratio model, correct?
10 A. Correct.
11 Q. So as to Gabapentin, you were comparing the suicide
12    rates and attempt rates between lithium treated
13    patients and Gabapentin treated patients, correct?
14 A. Correct.
15 Q. You weren't comparing Gabapentin treated patients
16    to an unexposed or untreated group, correct?
17 A. Correct.
18 Q. And you looked at the comparison by using lithium
19    as the reference drug versus Gabapentin, correct?
20 A. Correct.
21 Q. If you wanted to use Gabapentin as the reference
22    group -- reference drug as it relates to lithium,
23    you would basically just flip the mathematics,
24    correct?
25 A. Flip the mathematics. Yes.

### Page 151

1 Q. Can you just on a ballpark figure tell me what the
2    results would be if you used Gabapentin as a
3    reference drug versus lithium?
4 A. I would need a calculator.
5 Q. I won't hold you to the figures. I just was
6    curious on generally where it would come down.
7 A. Very roughly, and this might not in fact be all
8    that accurate, very roughly the adjusted odds ratio
9    would be the inverse of the 2.6 figure. But that's
10    a very crude approximation.
11 Q. Oh, sure. I will only hold you to the very crude
12    approximation. But what would the number be?
13 A. Well, it would be one divided by 2.6, which is
14    roughly .4. That's a crude approximation.
15 Q. Oh, sure. Understood.
16    And if you did that comparison and it came out
17    to be .4, what would you say as far as the results?
18 A. Well, I would say that versus lithium -- versus
19    Gabapentin users as the reference group, people
20    taking lithium were 60 percent less likely to
21    commit suicide.
22 Q. Again, that is a comparison of Gabapentin users
23    against lithium users and not against a population
24    not taking any medication?
25 A. Correct.

### Page 152

1 Q. And if both drugs are protective against suicide or
2    suicide attempt but lithium is more protective,
3    that could explain the results of your study,
4    correct?
5 A. Correct.
6 Q. So in other words, in terms of your 60 percent
7    figure that we just talked about, you could have
8    both medications reduce the risk of suicide or
9    suicide attempt, but if lithium had greater
10    protective affects, that could explain the 60
11    percent difference?
12 A. Yes.
13    MR. LONDON: Objection; form.
14 Q. BY MR. HEGARTY: In fact, if lithium has a greater
15    protective affect than all the medications that you
16    studied, then the hazard ratios that you found
17    would always show higher rates of suicide and
18    suicide attempt in patients taking those other
19    medications, correct?
20 A. Correct.
21 Q. Going back to my hypothetical that -- I recognize
22    you would need to accept the rates that
23    Baldessarini reported are those same rates that
24    would be reflected in a Medicaid population.
25    With that hypothetical, you would compare the

### Page 153

1    ten per 1,000 of suicide against the 3.5 per 1,000
2    suicide in Gabapentin users and find a 2.8, 3.0
3    fold decrease in risk in patients taking
4    Gabapentin?
5    MR. LONDON: Objection.
6 Q. BY MR. HEGARTY: Is that a fair, crude calculation?
7 A. Accepting those hypothetical assumptions, yes.
8 Q. Accepting the same hypothetical assumptions looking
9    at attempt, you would have 40 for the background
10    versus 9.49 versus the Gabapentin users or a
11    fourfold reduction in risk?
12    MR. LONDON: Objection; form.
13 Q. BY MR. HEGARTY: Under the hypothetical?
14 A. Again, assuming the hypotheses are true, correct.
15 Q. In looking at ultimately the opinions that you
16    cited specifically in your article, that the
17    present -- particularly the present project found
18    that Gabapentin use was associated with a greater
19    risk of suicide than lithium, that was based on --
20    that statement was based on a finding of
21    statistically significant in that number?
22 A. Yes.
23 Q. With respect to looking at Gabapentin use as it
24    relates -- and lithium as it relates to attempt, is
25    it correct that you did not find a greater risk of

Page 154

1    suicide attempt with Gabapentin users as it relates
2    to lithium?
3 A. The difference was not statistically significant.
4 Q. So that means that you could not make that same
5    statement as to suicide attempt, correct?
6 A. Correct.
7 Q. In terms of the opinion that you set out a while
8    ago, the present project found that Gabapentin use
9    was associated with a greater risk of suicide
10   compared to lithium, would it also need to be part
11   of that opinion the next sentence that you listed,
12   "However, this greater risk during Gabapentin use
13   did not pertain to suicide attempts. Gabapentin is
14   often prescribed for chronic pain which may well be
15   related to suicide and suicide attempts," correct?
16 A. Correct.
17 Q. All of that should be encompassed within your
18   opinions in this case, correct?
19 A. These are all my opinions. Yes.
20 Q. You also mentioned that -- as an opinion that the
21   finding from the present study needs further
22   exploration, correct?
23 A. Correct.
24 Q. Is it correct that that means that further study
25   would need to be needed and undertaken to determine

Page 155

1    the findings -- to look again at the findings to
2    see if -- well, strike that.
3       I guess what did you mean by that statement?
4 A. I guess more research is needed.
5 Q. So the research that you had conducted would not
6    allow you to draw any definitive conclusions,
7    correct?
8 A. Correct.
9       MR. LONDON: Objection; form.
10 Q. BY MR. HEGARTY: Do you plan on undertaking any
11   further studies?
12 A. No.
13 Q. Would it be correct -- strike that.
14      As you indicated on the last paragraph, you
15   were not able to establish any definitive
16   conclusions as it relates to population of bipolar
17   users generally, correct?
18 A. Correct.
19      MR. LONDON: Objection; form.
20 Q. BY MR. HEGARTY: Did this study have what would be
21   called a no hypothesis?
22 A. Yes.
23 Q. What was the no hypothesis?
24 A. The no hypothesis was that people taking Divalproex
25   had the same adjusted -- had the same suicide rate

Page 156

1    as people taking lithium.
2 Q. Were you able to prove the no hypothesis?
3 A. I'm sorry. Disprove?
4 Q. Were you able to prove the no hypothesis?
5 A. It's perhaps difficult if not impossible to prove a
6    no hypothesis.
7 Q. Okay. What do you do with the no hypothesis?
8 A. Disprove the no hypothesis.
9 Q. Okay. Were you able to disprove it?
10 A. Not with regard to completed suicide.
11 Q. Were you able to prove it as to completed suicide
12   between lithium and Divalproex?
13 A. I'm sorry. Could you --
14 Q. Were you able to prove it as to completed suicide
15   between lithium and Divalproex? Disprove it? I'm
16   sorry.
17 A. No. We were not able to disprove the no hypothesis
18   regarding suicide attempts in users of Divalproex
19   versus users of lithium.
20 Q. Did you have a no hypothesis with respect to
21   suicide completions?
22 A. Yes.
23 Q. What was the no hypothesis there?
24 A. That was the -- no hypothesis being that the rate
25   of suicide in Divalproex users, rate of completed

Page 157

1    suicide, was the same in Divalproex users as in
2    lithium users.
3 Q. Were you able to disprove that no hypothesis?
4 A. No.
5 Q. Is it correct, Dr. McFarland, that the study
6    results are consistent with all of the drugs,
7    Divalproex, lithium, Carbamazepine and Gabapentin
8    being protective against suicide and suicide
9    attempt but that lithium is just more protective?
10 A. Yes.
11 Q. Dr. McFarland, in terms of a few cleanup questions
12   that I wanted to cover, where are you currently
13   licensed?
14 A. Oregon, Washington, California.
15 Q. Have you ever practiced medicine in those other
16   states?
17 A. No.
18 Q. Have you ever been denied a license to practice
19   medicine?
20 A. No.
21 Q. Some of these questions are just a matter of form.
22   Has your license ever been suspended or revoked?
23 A. No.
24 Q. Have you ever had any kind of complaint filed
25   against you?

40 (Pages 154 to 157)

Page 202

1    Go on up.
2    -- there is a true patient population for whom
3    taking Gabapentin is a greater risk of setting up
4    those factors that lead to suicide than is lithium?
5        MR. LONDON: Objection; form. And, again, I
6    object because of the parsing of words. If the
7    intent was only to have the article verbatim
8    without your asking what it meant, you should have
9    simply attached the article and not taken the
10   deposition. When you began asking him questions,
11   you began opening those doors.
12       MR. HEGARTY: I strongly disagree.
13       MR. LONDON: I understand you do.
14       MR. HEGARTY: It was represented to the court
15   before we took this deposition that there would not
16   be any opinions offered that were not specifically
17   referenced in this article.
18       MR. LONDON: Nor have there been with the
19   possible exception of my last one, which I'm
20   willing to let the court decide. But anytime you
21   ask him a question about what the report means and
22   he answers it, you can't say that it's outside the
23   corners of his report.
24       MR. HEGARTY: That was not -- my question has
25   to do with whether the statement --

Page 203

1 Q.  BY MR. HEGARTY: First of all, do you anywhere in
2    your report use the word "implication of the
3    findings of the study"?
4 A.  Not to my knowledge.
5 Q.  Do you anywhere in your report make any statements
6    about the implications of what the study result
7    means to the general population?
8 A.  No.
9 Q.  In fact, you go on to state -- you state that it
10   remains unclear whether or not there is a
11   differential impact on suicide deaths among the
12   mood stabilizing agents, correct?
13 A. Correct.
14 Q. What did you mean by responding to Mr. London's
15   question the way you did?
16 A. I meant to answer his question.
17 Q. Okay. Well, let me read the question and then --
18   and I'll read your answer and you can tell me what
19   you meant by that answer.
20       His question was, "Given my understanding and
21   your response, is there a true patient population
22   for whom taking Gabapentin is a greater risk of
23   setting up those factors that lead to suicide than
24   is lithium?"
25       And your answer was, "That's the implication of

Page 204

1    the findings."
2        What did you mean by that answer?
3 A.  What I meant was that, in my opinion, the findings
4    imply that there are individuals with bipolar
5    disorder who would be well advised to take lithium
6    instead of Gabapentin.
7        (Discussion off the record.)
8 Q.  BY MR. HEGARTY: Dr. McFarland, you stated in
9    answer to my question that the findings imply that
10   there are individuals with bipolar disorder who
11   would be advised -- be well advised to take lithium
12   instead of Gabapentin.
13       Where is that reference -- where is that
14   statement in your article?
15 A. Nowhere.
16 Q. And from the study results in your article, what --
17       Can you go back up. Sorry.
18       -- individuals with bipolar disorder would be
19   well advised to take lithium instead of Gabapentin
20   based on the data that you report in the article?
21 A. I think Oregon Medicaid clients with diagnoses of
22   bipolar disorder.
23 Q. Do you -- is anywhere in your report contain your
24   advice to that group of patients?
25       MR. LONDON: Objection; form.

Page 205

1 A.  No.
2 Q.  BY MR. HEGARTY: And is that statement based on the
3    findings that -- based on your conclusions that
4    lithium may have a more protective affect for
5    suicide than suicide -- and suicide attempt than
6    Gabapentin?
7        MR. LONDON: Objection; form.
8 A.  Chiefly it pertains to suicide.
9 Q.  BY MR. HEGARTY: So is that statement based on your
10   opinion that lithium may have a more protective
11   affect on suicide in Medicaid patients in the State
12   of Oregon than on -- than Gabapentin patients on
13   Medicaid in the State of Oregon?
14       MR. LONDON: Objection; form.
15 A. Correct.
16 Q. BY MR. HEGARTY: That statement was in no way to
17   imply that Gabapentin in your Medicaid population
18   actually caused suicide or suicide attempt?
19 A. Correct.
20       MR. LONDON: Objection; form.
21 Q. BY MR. HEGARTY: And your report does not contain
22   the statement that Neurontin use generally can
23   cause suicide or suicide attempt versus with
24   respect to patients who are not taking the drug,
25   correct?

52 (Pages 202 to 205)

### Page 206

1  A.  Correct.
2  Q.  That statement is also true as to -- as between
3       lithium users and Gabapentin users that you
4       studied, correct?
5       MR. LONDON: Objection; form.
6  Q.  BY MR. HEGARTY: That statement is also true as
7       between the patients that you studied, correct?
8  A.  I didn't follow you.
9  Q.  Okay. Well, your report does not state that with
10      respect to the suicides in those patients studied
11      that those were caused by their use of Neurontin or
12      Gabapentin, correct?
13      MR. LONDON: Objection; form.
14 A.  Correct.
15 Q.  BY MR. HEGARTY: And you did not make those
16      conclusions from the study that you conducted as
17      reflected in your report, correct?
18 A.  Correct.
19      MR. LONDON: Objection; form.
20      MR. HEGARTY: Let's go back to the testimony on
21      implication. Go back up. Can you stop there.
22 Q.  BY MR. HEGARTY: Dr. McFarland, you made the
23      statement in response to a question by Mr. London
24      that this project found that Gabapentin users died
25      at their own hands 2.6 times quicker than the

### Page 207

1   lithium users.
2   Is that also -- is that consistent with the --
3   still consistent with the statement that you have
4   testified to earlier that the end result of this
5   study could be that -- is consistent with lithium
6   providing a more protective affect against suicide
7   than Gabapentin, correct?
8       MR. LONDON: Objection; form.
9  A.  Yes.
10 Q.  BY MR. HEGARTY: That statement that I just read
11      was not intended by you to state the opinion that
12      the patients who were using Gabapentin in the study
13      population, that their suicide was actually caused
14      by their use of Gabapentin, correct?
15      MR. LONDON: Objection; form.
16 A.  Correct.
17 Q.  BY MR. HEGARTY: So that statement was not intended
18      to be a statement that someone could use to contend
19      that Gabapentin use can cause suicide in any
20      patient taking the drug, correct?
21      MR. LONDON: Objection; form.
22 A.  Correct.
23 Q.  BY MR. HEGARTY: Okay. Mr. London also asked the
24      question, "I understand it to mean that Gabapentin
25      had a 2.6 times greater risk factor, adjusted risk

### Page 208

1   hazard, than lithium users, all other conditions
2   being equal?" and you answered, "Correct."
3       With respect to the study, in response to my
4   questions, you indicated that you were not able to
5   make all other conditions equal and that everything
6   was equal between the two groups except for the
7   medication use, correct?
8       MR. LONDON: Objection; form.
9  A.  Correct.
10 Q.  BY MR. HEGARTY: That goes back to the fact it was
11      not randomized, that you had no history of prior
12      suicide or suicide attempts, et cetera, correct?
13 A.  Correct.
14      MR. LONDON: Objection; form.
15 Q.  BY MR. HEGARTY: So it's not a correct statement
16      that the two populations were completely equal and
17      that the only differences were the medications that
18      they were taking, correct?
19      MR. LONDON: Objection; form, misstates the
20      question.
21 A.  I'm confused. Did I say that the two populations
22      were equal?
23 Q.  BY MR. HEGARTY: Well, the question that Mr. London
24      asked of you was, "I understand it to mean that
25      Gabapentin had a 2.6 times greater risk factor,

### Page 209

1   adjusted risk hazard, than lithium users, all other
2   conditions being equal?" and you answered,
3   "Correct."
4       So my question for purposes of clarifying was
5   that you were not saying that all the conditions
6   between the two patient groups were equal and that
7   the only difference was the medication they were
8   taking, correct?
9       MR. LONDON: Objection; form.
10 A.  I believe your statement is correct. However, my
11      understanding of Mr. London's question was that he
12      referred to the conditions described in the paper.
13      The Cox proportional hazards model does adjust for
14      the conditions that were described in the method
15      section of the paper.
16 Q.  BY MR. HEGARTY: Right. But the model that you
17      were able to employ could not adjust for all of the
18      various factors between the groups, correct?
19 A.  All possible factors?
20 Q.  Yes.
21 A.  Correct.
22 Q.  And the limitations that we went over that are
23      reflected in your paper are the various factors
24      between the two groups that you were not able to
25      correct for?

### Page 210

1  A. Exactly.
2  Q. Ultimately is it correct that the two groups were
3     not equal except for the medication that they were
4     taking?
5  A. Could you say that again, please.
6  Q. Yes. Is it correct that the two groups, the
7     Gabapentin group and the lithium group, were not
8     equal in terms of all their characteristics,
9     et cetera, except for the medication they were
10    taking?
11 A. Presumably so.
12 Q. Presumably they were -- you could not tell whether
13    they were equal?
14 A. Correct.
15       MR. HEGARTY: Go up a little farther. Can you
16    keep it here.
17 Q. BY MR. HEGARTY: Mr. London -- strike that.
18       Dr. McFarland, Mr. London asked you the
19    question, "Is it a valid scientific conclusion to
20    say from your report that patients taking
21    Gabapentin do not have an increased risk of suicide
22    compared to patients taking lithium?" and your
23    answer was, "No."
24       Is it also correct that -- is it a valid
25    scientific conclusion to say from your report that

### Page 211

1     patients taking Gabapentin -- strike that.
2        Is it also correct that it is not a valid
3     scientific conclusion to say from your report that
4     patients taking Gabapentin do have an increased
5     risk of suicide compared to patients taking lithium
6     as a general proposition?
7        MR. LONDON: Objection; form.
8  A. State the question again, please.
9  Q. BY MR. HEGARTY: Yes. Is it correct that it is not
10    a valid scientific conclusion to take away from
11    your report that patients taking Gabapentin do have
12    an increased risk of suicide compared to patients
13    taking lithium as a general proposition?
14 A. For all patients?
15 Q. Yes.
16 A. Everywhere?
17 Q. Yes.
18 A. That statement would be correct.
19 Q. In other words, that would not be a proper takeaway
20    from your article, correct?
21 A. If you are referring to all patients throughout the
22    world --
23 Q. Yes.
24 A. -- and throughout all time, I agree.
25 Q. Okay. And that would be correct as to any patient

### Page 212

1     outside of your study population, correct?
2  A. Correct.
3  Q. Dr. McFarland, is it correct that there's nothing
4     inconsistent with the statement that Neurontin use
5     does not cause suicide versus those patients not
6     taking the drug based on the study results that you
7     got?
8        MR. LONDON: Objection; form.
9  A. I think there was a double negative in there.
10 Q. BY MR. HEGARTY: Yeah. There might be.
11 A. Could you say it again.
12 Q. Yes. There's nothing inconsistent based on your
13    study report the proposition that Neurontin does
14    not cause suicide or suicide attempt versus those
15    patients not taking the drug, correct?
16 A. Correct.
17       MR. LONDON: Objection; form.
18       Are you closing in on it because I'm going to
19    need to take a break if you are not?
20       MR. HEGARTY: No. I am. Do you have any more
21    questions?
22       MR. LONDON: I don't.
23       MR. HEGARTY: I may be finished.
24 Q. BY MR. HEGARTY: Dr. McFarland, did your study with
25    respect to lithium find the rate of suicide and

### Page 213

1     suicide attempt higher in lithium users as against
2     the general population?
3        MR. LONDON: Objection; form.
4  A. The study didn't look at that issue.
5  Q. BY MR. HEGARTY: Okay.
6        I think that's all the questions that I have.
7        MR. LONDON: I've indicated my position with
8     regard to the door being open beyond the report,
9     and accordingly I will reserve the balance of my
10    questions until the time of trial.
11       MR. HEGARTY: Okay. Well, I stated for the
12    purpose of the record that we do believe that there
13    have been opinions offered that go beyond the
14    corners of the report and that were represented by
15    counsel on Friday to the court that would not go
16    beyond the report itself and that this has been
17    done without us opening the door, and we reserve
18    the right to the extent that we believe appropriate
19    to seek relief from the court which would include
20    moving to strike the expert -- the additional
21    expert testimony and/or having the opportunity to
22    question the expert, Dr. McFarland, at greater
23    detail once we've had a chance to actually hear the
24    additional opinions and then prepare for those
25    opinions in advance of the deposition.