# Exhibit 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MDL DOCKET NO: 1629
MASTER FILE 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

---------------------------x

In re:
    NEURONTIN MARKETING SALES
    PRACTICES, AND PRODUCTS
    LIABILITY LITIGATIOZ

---------------------------x

THIS DOCUMENT RELATES TO:

    ALL PRODUCTS LIABILITY
    ACTIONS

---------------------------x

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

ASCE MANAGEMENT INDEX NO.
765000/2006

Hon. Marcy S. Friedman

---------------------------x

In re:
    NEW YORK NEURONTIN PRODUCTS
    LIABILITY LITIGATION

THIS DOCUMENT APPLIES TO ALL CASES

---------------------------x

        DEPOSITION OF:  ROBERT H. ROTH, PH.D
        DATE:           November 29, 2007
        HELD AT:        Garcia & Milas
                        44 Trumbull Street
                        New Haven, CT 06510

Page 10

1          (Roth Exhibit 1:
2       Marked for identification.)
3
4       CROSS EXAMINATION
5
6   BY MR. HOOPER:
7       Q   Professor Roth, would you please examine
8   what has been handed to you, marked as Exhibit 1,
9   and confirm that it is a complete and accurate
10  copy of the report that you prepared in this
11  case?
12      A   It's complete, except I think I have
13  some more appended references and things that
14  went on the end of this later.
15      Q   But for the appended references, in
16  terms of the substance and body of the report, is
17  it complete?
18      A   Yes.
19      Q   Professor Roth, in the first paragraph
20  of your report, on its first page you list four
21  issues, enumerated A, B, C and D, that you
22  address in your report; is that correct?
23      A   I see them. I am sorry. I was looking
24  down below.
25          Yes, I do.

Page 11

1       Q   Okay. Let me ask you: Is it your
2   opinion, Professor Roth, that the use of
3   neurontin causes suicide in humans?
4       A   I am not really --
5
6           (Phone interruption. Alexander
7           Carmichael has left the conference.)
8
9       A   I am not really -- clinicians, I really
10  haven't reviewed that data nor can I comment on
11  it.
12      Q   You have formed no opinion on the issue
13  of whether neurontin causes suicide in humans?
14      A   Uh-huh.
15      Q   Is that yes?
16      A   Yes.
17          MR. FINKELSTEIN: She can't take
18          down "uh-huh" or nods.
19          THE WITNESS: Sorry.
20  BY MR. HOOPER:
21      Q   Just so we are clear, am I correct that
22  you have formed no opinion on the issue of
23  whether neurontin causes suicide in humans?
24      A   Correct.
25      Q   Does your report, marked as Exhibit 1,

Page 12

1   contain a complete statement of your opinions and
2   your reasons and the basis for those opinions as
3   to those that you have formed in this case?
4       A   Yes.
5       Q   Okay. Professor Roth, who first asked
6   you to prepare a report in this litigation?
7       A   I think Mr. Feinstein (sic) called me
8   and wanted to set up a meeting to see if I would
9   be willing to see if I could help out. And I
10  think he identified me because of the, you know,
11  the book that I, the book that I had written.
12      Q   Your book The Biological Basis of
13  Psychiatry?
14      A   Yes, right.
15      Q   I believe you just said Mr. -- maybe I
16  misheard -- Mr. Feinstein, but you meant
17  Mr. Finkelstein?
18      A   Finkel -- I am sorry. Sorry. Don't
19  take offense. Sorry.
20          MR. FINKELSTEIN: We go by first
21          names as well.
22          MR. HOOPER: Sure.
23  BY MR. HOOPER:
24      Q   When were you first asked to prepare
25  this report?

Page 13

1       A   I am not certain when I was asked to
2   prepare the report. I think -- I think we first
3   met in -- let's say the spring of 2007 for our
4   initial meeting.
5       Q   I would like to ask you to think back
6   and tell me the names of each person with whom
7   you have communicated about your work in this
8   case, apart from Mr. Finkelstein.
9           MR. FINKELSTEIN: Can I just ask you
10          to break it down, on a -- lawyers or are
11          you asking colleagues?
12  BY MR. HOOPER:
13      Q   Why don't we start first with lawyers.
14  With whom, in terms of lawyers, have you spoken
15  with about your work on this case, apart from
16  Mr. Finkelstein?
17      A   Only a couple other members from
18  Mr. Finkelstein's firm. I don't remember the
19  last name. Ken was one.
20          You'll have to help me out on this.
21          MR. FINKELSTEIN: I am not the
22          witness. It's whatever you remember.
23          THE WITNESS: That is all I
24          remember. I can't remember the names.
25          There were, I think three, three people.

4 (Pages 10 to 13)

Page 54

1    A   There are some pretty sophisticated
2   techniques which have tried to address that issue
3   and get an estimate of intracellular,
4   extracellular. That is microdialysis.
5        So what we can do is we can actually
6   measure the amount of amine, in this case amine
7   or GABA or one of the other transmitters that is
8   released and no longer intracellular but
9   extracellular is released.
10       But the difficulty with that technology
11  is we really are not measuring what is in the
12  synapse. We are measuring overflow outside. So
13  people tried to get estimates by doing short-term
14  studies and recalculating study state measures to
15  get an idea of what is really extracellular or
16  synaptic.
17       I think your question is really more
18  related to synaptic, not extracellular, but
19  synaptic and free from vesicles.
20       It is possible to get a, get a fairly
21  good estimate and categorize that, those changes.
22       MR. HOOPER:  Want to take --
23       MR. FINKELSTEIN:  Take a five-minute
24  break.
25       VIDEOGRAPHER:  Going off record.

Page 55

1        The time will be 10:06.
2
3        (Whereupon, a recess was taken from
4        10:16 o'clock a.m. until 10:20 o'clock
5        a.m.)
6
7        VIDEOGRAPHER:  We're back on the
8        record. Time will be 10:20. You may
9        begin.
10
11  BY MR. HOOPER:
12   Q   Professor Roth, earlier today you told
13  me that you had not formed an opinion in this
14  case as to whether neurontin can cause suicide in
15  humans. Do you recall that?
16   A   Yes.
17   Q   Is the same true that you have not
18  formed an opinion as to whether neurontin can
19  cause suicide attempts in humans?
20   A   Yes.
21   Q   Is the same true I take it for whether,
22  that you have not considered or formed an opinion
23  as to whether neurontin can cause suicidal
24  ideation in humans?
25   A   Right.

Page 56

1    Q   Is the same thing true for clinical
2   depression in humans; i.e., you have not formed
3   an opinion on that subject?
4    A   Yes.
5    Q   Looking back at your report marked as
6   Exhibit 1, Professor Roth, we were talking just a
7   moment ago about excitatory and inhibitory?
8    A   Uh-huh.
9    Q   Do you recall that? Would you agree
10  that it is not the case that raising the level of
11  an excitatory neurotransmitter in a human being
12  means that the person will behave in an excited
13  way?
14   A   It is not.
15   Q   It is not the case?
16   A   Yes, I agree.
17   Q   You agree. It is not the case that
18  raising the level of an inhibitory
19  neurotransmitter in a person means that the
20  person will behave in an inhibited way; is that
21  correct?
22   A   Say that again. Raising --
23   Q   Raising the level of an inhibitory
24  neurotransmitter doesn't mean that the person
25  will behave in what might be described as an

Page 57

1   inhibited way?
2    A   Yes.
3    Q   In your -- I am on the second page of
4   your report. As I give you -- tell you the page
5   numbers, I am just going to go from the first
6   page.
7    A   Okay.
8    Q   Page numbers on --
9    A   I should number the pages.
10   Q   On the second page at the top, the first
11  full sentence there reads, quote, dysfunction of
12  be monoamine systems are associated with
13  psychiatric illnesses such as depression, mania
14  and schizophrenia. Did I read that correctly?
15   A   Correct.
16   Q   Can you explain what you -- first, what
17  you mean by monoamine systems?
18   A   Momoamine systems I consider being the
19  norepinephrine, dopamine, serotonin system, and
20  maybe even epinephrine, too. They are all
21  monoamines.
22   Q   That is a particular subset of the more
23  than 100 neurotransmitters. Correct?
24   A   Correct.
25   Q   And what do you mean by the -- when you

15 (Pages 54 to 57)

**Page 66**

1  A  I don't really know.
2  Q  Can you quantify how much of a -- can
3  you quantify the imbalance that would be required
4  to produce depression in an adult --
5  A  Uh-huh.
6  Q  -- brain?
7  A  That really is out of my area of
8  expertise, because I don't really work with
9  patients, but I think, you know, you do have an
10  expert report declaration from Dr. Trimble who
11  actually, I think, focused on this issue.
12  So I think that he would be much more
13  qualified than myself to comment on that.
14  Q  Okay.  Let me focus your attention on
15  this last sentence.  It is your report and it's
16  very important.  Where you say, "If depression
17  and suicidal ideation are related to a decrease
18  in brain serotonin, a reduction in the release of
19  serotonin from a compromised system could worsen
20  the existing condition."
21  Do you believe that that is scientific
22  knowledge that you have expressed there, or are
23  you --
24  A  I think it is general common knowledge,
25  I think, and most often -- I am taking it out of

**Page 67**

1  the literature now, because I haven't done it
2  personally myself, but depression and suicidal
3  ideations are related to diminished serotonin.
4  But I think, you know, I am not the expert in
5  this area, so I think, probably, looking at the
6  declaration that Professor Trimble gave you, he
7  is really an expert in this area.  And I think
8  that was his -- if I remember correctly, that was
9  the title of his declaration.  So, probably, he
10  could speak more directly to that.
11  I am basing my report here on people
12  like himself who have really worked in this field
13  for their lives and have come to the conclusion
14  of, you know, lower serotonin is bad, and people
15  that have lower serotonin are more, you know,
16  vulnerable to conditions that may lower it
17  further.
18  Q  Uh-huh.
19  A  But I am not an expert in that.
20  Q  Okay.  Well, I need to know your, your
21  opinions and you just told me what they are.
22  A  That is my opinion right there.
23  Q  Okay.  And you said "if."  By "if" do
24  you -- you are assuming a premise and then making
25  an inference about what a reduction would bring

**Page 68**

1  about --
2  A  I guess --
3  Q  -- if the premise is true?
4  A  I guess that is true.  You know, yes.
5  Q  How much of a reduction in the release
6  of serotonin would be required to worsen an
7  existing depression?
8  A  I have no idea.
9  Q  Okay.
10  A  I don't know.
11  Q  Okay.  Do you know whether all, all
12  cases of depression are associated with
13  impairment of the serontonergic or serotonin
14  system?
15  A  I don't, I don't think anybody knows
16  that, but I certainly don't know because that's
17  not my specialty area.
18  But I think there is a great variance in
19  clinical syndrome, and I don't think you can make
20  a global statement like that for every single
21  one.
22  Q  Do you know any way to tell whether a
23  particular individual's depression is due to a
24  decrease in brain serotonin in that particular
25  individual?

**Page 69**

1  A  No.
2  Q  What impact, if any, do you believe that
3  neurontin has on serotonin levels in the brain?
4  MR. FINKELSTEIN: Can you define
5  that when you say in the brain?  Human
6  and animal?
7  MR. HOOPER: Human.
8  MR. FINKELSTEIN: Alive?
9  BY MR. HOOPER:
10  Q  What effect, if any, do you believe
11  therapeutic use of neurontin has on serotonin
12  levels within the adult human brain?
13  A  Well, from the little, little bit that
14  is in the literature, there is not a lot of
15  information that shows that neurontin has much of
16  an effect on serotonin.
17  There is that one paper, I believe, that
18  shows looking at a marker of serotonin turnover
19  in human brain, which would be looking at CSF
20  5HIAA, I think there is -- CSF 5HIAA -- I can't
21  remember the name of the person -- Ben-Menachem,
22  I think she showed that there was some modest
23  change in -- or decrease, actually, in 5HIAA and
24  the CSF of depressed subjects.
25  Q  Do you believe that the observation in

18 (Pages 66 to 69)

Page 70

1  that one study is of any clinical significance to
2  depression?
3      A   I don't know if there is any other study
4  that they studied neurontin, to be honest with
5  you. That, that is an indication that there
6  might be an effect, but I am worried -- when I
7  looked at the paper, it was a pretty -- the
8  number of patients was only small. Three or
9  four. I don't know how significant it was.
10     Q   Okay.
11     A   But it clearly, clearly shows it goes
12  down.
13     Q   Okay. Other than the Ben-Menachem paper
14  that you mentioned, are you aware of any evidence
15  of any effect of neurontin on serotonin levels in
16  the adult human brain?
17     A   Human? No.
18     Q   Do you know John Mann?
19     A   No, I do not.
20     Q   Do you know -- you know of John Mann?
21     A   I know of him; I don't know him.
22     Q   Looking at the third page of your
23  report, Professor Roth, there is a section that
24  begins with Roman Numeral IV at the bottom,
25  entitled "Gabapentin raises human brain GABA."

Page 71

1  Is that correct?
2      A   Right.
3      Q   Okay. Generally in these three
4  paragraphs that comprise this section you present
5  the findings of Dr. Petroff here at Yale, and,
6  and other researchers who have found increased
7  GABA levels associated with the administration of
8  neurontin in various experiments; is that
9  correct?
10     A   Correct.
11     Q   Okay. Do you know whether there is any
12  association between GABA levels and depression?
13     A   Again, since I am not a clinician, I
14  can't really -- I am not the expert to comment on
15  that, really.
16     Q   Okay. Am I correct that in these three
17  paragraphs you do not opine anywhere here in this
18  section of your report that -- or elsewhere in
19  your report that the increased GABA levels that
20  you describe here produce suicidality?
21     A   Correct.
22     Q   You don't have that opinion; is that
23  correct?
24     A   I don't have that opinion.
25     Q   Okay. Can I ask you, Professor Roth,

Page 72

1  what was your -- what was your intended purpose
2  in discussing elevation of GABA levels in this
3  section of your report?
4      A   I guess I was asked to discuss whether
5  or not, what gabapentin did to GABA levels in the
6  brain.
7          So I pulled together the data that
8  exists in terms of human data versus the data
9  that was generated in the small animal data and
10  came to the conclusion that, you know, I think
11  all the things that had been summarized before
12  had suggested that it was gabapentin, named
13  gabapentin should alter GABA function and in
14  rodents it didn't seem to do it but in man it
15  did.
16     Q   You do not mean to opine here that
17  elevated GABA levels associated with neurontin
18  produce suicidal behavior. Correct?
19     A   Correct.
20     Q   You do not mean to opine here that
21  elevated GABA levels associated with use of
22  neurontin produce depression. Correct?
23     A   Correct.
24         MR. FINKELSTEIN: Just so it's
25     clear, he doesn't opine either way. The

Page 73

1          question is the opposite, that is all.
2          I want it to be clear.
3          THE WITNESS: Right.
4  BY MR. HOOPER:
5      Q   You express no opinion --
6      A   No opinion.
7      Q   -- on the relationship between elevated
8  GABA levels and suicidal behavior or depression,
9  one way or the other?
10     A   Correct.
11     Q   Okay. In doing your research in this
12  case, did you -- did you find any peer reviews,
13  scientific studies or publications in which
14  anyone, any other researcher or scientist, stated
15  that elevated GABA levels associated with use of
16  neurontin produces suicide?
17     A   I didn't, I didn't come across that
18  specifically, no.
19     Q   Professor Roth, let me ask you to look a
20  little -- well, the fifth page of your report is
21  part of a section on whether animal -- on animal
22  models as a predictor of human behavior.
23  Correct?
24     A   Correct.
25     Q   Okay. In the opening paragraph of this

Page 74

1   section you, you explain that, in general, animal
2   models may not always necessarily transfer --
3       A   Right.
4       Q   -- to human beings; that is correct?
5   Right?
6       A   That is correct.
7       Q   Okay. You say specifically here, at the
8   end of the second numbered paragraph at the top
9   of page five, "This dramatic difference between
10  rodents and primates serves as a constant
11  reminder and warning that rodent models are not
12  necessarily predictive of therapeutic, and,
13  slash, or toxic effects in humans;" is that
14  correct?
15      A   Correct.
16      Q   Can you explain very basically why it is
17  the case that results in animals do not always
18  transfer to humans?
19      A   I don't think we know why they don't
20  always transfer to humans. We would like them to
21  transfer, but it's clear that primate models are
22  much better than rodent models in terms of any
23  sort of transfer of information.
24      Q   By "primates" you mean monkeys and apes?
25      A   Monkeys and apes. Not human primates,

Page 75

1   right.
2       Q   Okay. Is it -- to the extent, if we
3   know, if you know, is it the case that primates
4   are closer to human beings in terms of their
5   biology and physiology than other animals such as
6   rodents?
7       A   Correct.
8       Q   Okay. Now, along with the caution that
9   you express here that the animal models may not
10  apply, it's also the case that many times animal
11  models do apply to human experiences; is that
12  also true?
13      A   Correct.
14      Q   Sometimes the animal models are good
15  models, and sometimes they are not predictive
16  models?
17      A   Correct.
18      Q   You, yourself, have done many, many
19  studies in animal models, including rodents,
20  through the years; isn't that right?
21      A   Correct.
22      Q   And you say at the end of paragraph
23  three of your report here that animal models must
24  be validated by patient-based studies.
25          Did I read that correctly again?

Page 76

1       A   That is correct.
2       Q   Okay. Can you explain what you mean
3   when you say that animal models must be validated
4   by patient-based studies?
5       A   I think they have to be validated. Once
6   you have an animal model, to be able to validate
7   it -- really a good animal model, you have to
8   have sort of construct and treatment validity in
9   the animal model that parallels what you see in
10  human subjects. In this case it would be
11  patients.
12          The one thing I am most familiar with,
13  of course, is MPTP. So we have a nice animal
14  model in Parkinson's Disease. We had to validate
15  that it is so similar to Parkinson's Disease that
16  it's a good animal model. I think that is true
17  of all, all different animal models.
18      Q   By validating, does that refer to the
19  process of confirming that the, that the
20  experimental results that you see in animals are
21  also seen or are consistent with what you see --
22      A   In patients.
23      Q   -- in patients; is that right?
24      A   Right.
25      Q   Professor Roth, when you have a finding

Page 77

1   in animal models that suggests a potential
2   therapeutic effect of a compound, and you perform
3   clinical research in human subjects that
4   demonstrates that therapeutic effect does, in
5   fact, exist in human subjects, does that tend to
6   validate the findings from the animal model?
7       A   That helps to validate, yes.
8       Q   In paragraph numbered four of your
9   report you say that -- in the first sentence,
10  quote, There are no animal models that accurately
11  predict suicide in man, so studies have to be
12  carried out directly on human subjects.
13          Did I read that correctly?
14      A   Uh-huh.
15      Q   Okay. Can you explain what you mean
16  when you say that there are no animal models that
17  will predict suicide in man, and comment on that
18  a little further?
19      A   I couldn't find, in my literature
20  search, any reasonable animal model that would
21  predict suicide in man. I was given that charge.
22  Are there any animal models that predict suicide?
23  I would say there are not, to my knowledge. I
24  couldn't find any.
25      Q   Very good. In the, in the fourth full

20 (Pages 74 to 77)

Page 166

1   have.
2        MR. HOOPER:  Just a couple
3   questions.
4        THE WITNESS:  Sure.
5
6        RECROSS EXAMINATION
7
8   BY MR. HOOPER:
9     Q   Professor Roth, when, when you were
10  using the verb "block" in the answers you gave to
11  the questions that Mr. Finkelstein asked you, by
12  use of the word "block" did you mean a reduction
13  of the release to zero, a total blockade, or do
14  you mean instead a partial blockade or a
15  lessening of the rate of release?
16    A   I would say attenuation.
17    Q   Attenuation?
18    A   Better term; not a full block.
19    Q   Okay.  One more question -- or a few.
20  Assume that we can measure a pharmacological
21  effect of a compound on a living organism.  Let's
22  say that it is serotonin reuptake inhibition; say
23  that we can determine that a compound inhibits
24  serotonin reuptake.
25        Scientifically is it proper and accepted

Page 167

1   that one can take that finding of that specific
2   pharmacological effect in a laboratory setting
3   and from that conclude that the compound will
4   have behavioral effects in human beings?
5     A   No.
6     Q   More research is required to be done?
7     A   Exactly.
8     Q   Is that what you are referring to when
9   you talk in your report about in the prospective
10  studies in humans and their criticality?
11    A   That is different, at a different level.
12  That is more of a suicide thing we were talking
13  about, more predisposition to suicide.
14        Again, I am not the expert on that, but
15  that clearly, for the drug studies I can be very
16  definitive, that, you know, just because you have
17  a mechanism action in the test tube, you can't
18  necessarily say when you have the same mechanism
19  action in man, that it's going equate to have a
20  behavioral effect in man in a disorder.
21        I mean, that would clearly, cannot, you
22  know, have a direct track.
23    Q   Okay.
24    A   Okay.
25        MR. HOOPER:  I think that is all.

Page 168

1        MR. FINKELSTEIN:  That is it.
2
3        VIDEOGRAPHER:  That concludes
4   today's deposition.  Going off record.
5   The time would be 2:29.
6
7        (Whereupon the deposition was
8   concluded at 2:29 o'clock p.m.)

Page 169

1             JURAT
2        I, ROBERT H. ROTH, Ph.D, do hereby
3   certify that the foregoing testimony given by
4   me on November 29, 2007 is true and accurate,
5   including any corrections noted on the
6   corrections page, to the best of my knowledge
7   and belief.
8
9
10
11  _____
         ROBERT H. ROTH, Ph.D
12
13     At _____ in said County of
14  _____, this _____day of
15  _____, 2007, personally appeared ROBERT
16  H. ROTH, Ph.D, and he made oath to the truth of
17  the foregoing corrections by him subscribed.
18
19
20  Before me, _____ Notary Public.
21  My Commission expires: _____
22
23
24
25