Exhibit 13

**IN RE: NEURONTIN**


**GENERAL CAUSATION REPORT**


**SUBMITTED BY ANTHONY J. ROTHSCHILD, M.D.**
**December 19, 2007**

Anthony J. Rothschild, M.D.
**Irving S. and Betty Brudnick Endowed Chair of Psychiatry**
**Professor of Psychiatry**
**Department of Psychiatry**
**Director, Senior Scholars Program**
**University of Massachusetts Medical School**
**Phone:        508-856-1027**
**Fax:            508-856-4854**
E-mail:rothscha@ummhc.org

1
2
3
4

## Background and Qualifications

5   I am a medical doctor and am certified as a specialist in Psychiatry by the American
6   Board of Neurology and Psychiatry. I obtained my medical degree from the University of
7   Pennsylvania School of Medicine in 1979 and thereafter completed a four-year residency in
8
9   Psychiatry at McLean Hospital, in Belmont, Massachusetts. I am licensed to practice medicine
10  in the Commonwealth of Massachusetts.

11  During my residency, I was also a Clinical Fellow in Psychiatry at Harvard Medical
12  School. From 1983 until 1996, I successively held the positions of Instructor, Assistant
13  Professor, and Associate Professor of Psychiatry at Harvard Medical School. While at Harvard,
14  I also served as Clinical Director of the Mood, Anxiety, and Trauma Disorders Program and
15  Associate Director of the Psychopharmacology Service at McLean Hospital. From 1982 until
16  1986, I was also a Research Fellow in Neurochemistry at the Ralph Lowell Laboratories at
17  McLean Hospital.

18

19  Since 1996, I have held the positions of Professor of Psychiatry, Director of Clinical
20  Research, and Vice-Chair for Research in the Department of Psychiatry at the University of
21  Massachusetts Medical School, in Worcester, Massachusetts. Since October, 1997 I have held
22  the Irving and Betty Brudnick Endowed Chair in Psychiatry at the University of Massachusetts
23  Medical School. I serve as a reviewer or member of the Editorial Board of 17 scientific and
24  medical journals, including *The New England Journal of Medicine*, *Archives of General*
25  *Psychiatry*, *Journal of Clinical Psychiatry*, *Psychopharmacology*, and *Clinical Drug*
26  *Investigation*. I have published more than 75 articles in peer-reviewed journals and numerous
27
28

-2-

1  abstracts, letters, commentaries, books, and book chapters addressing various issues in

2  psychiatry and psychopharmacology. I am a member of the American College of

3  Neuropsychopharmacology and the Collegium Internationale Neuro-Psychopharmacologium,

4  which are the principal national and international scientific organizations for the study and

5

6  treatment of psychiatric illnesses with psychotropic medications. Since 1987, I have also served

7  as an examiner in Psychiatry for the American Board of Psychiatry and Neurology.

8       During my career, I have received many honors and awards. I have been named one of

9  the "Best Doctors in America" every year since 2001 (and previously in 1998). Other honors

10  and awards I have received include: Massachusetts Psychiatry Society Outstanding Psychiatrist

11  Award for Research (2004); Paul F. Briscoli Award for Resident-Faculty Academic

12  Collaboration, University of Massachusetts Medical School (2003 and 2004); Families for

13  Depression Awareness, Founding Advisory Board Award (2004); Distinguished Fellow,

14  American Psychiatric Association (2003); Member, American College of Neuro-

15

16  psychopharmacology (1995); Fellow, Collegium Internationale Neuro-Psychopharmacologicum

17  (2002) and the Paul Barreira Teaching Award, University of Massachusetts Medical School

18  (2000).

19

20       For the past 25 years, my primary research interest and the focus of my clinical practice

21  have been neurological bases and pharmacological treatment of depressive disorders, many of

22  which carry a high risk of suicide. I am familiar with the world medical and scientific literature

23  regarding psychotropic medication. I have personally conducted research in patients with

24  psychiatric illnesses including depression and bipolar disorder. This research has included

25

26  clinical trials of medications currently in use in psychiatric practice as well as investigational

27  medications not yet approved by the Food and Drug Administration. My research has been

28

- 3 -

funded by the National Institute of Mental Health (NIMH) as well as by the pharmaceutical industry. I have prescribed Neurontin (gabapentin) in my practice for the symptoms of anxiety for patients with mood and anxiety disorders, including patients with bipolar disorder; and in my practice I treat many patients who are taking Neurontin for pain. I have found Neurontin to be a safe medication and have not had any patients commit suicide or engage in suicidal behaviors because they were taking Neurontin.

In this case, I have been retained by the defendant, Pfizer, the manufacturer of Neurontin, to render an opinion regarding whether there is sufficient reliable scientific evidence to support the conclusion that treatment with Neurontin can cause suicidality, *i.e.*, suicide, suicide attempts, and suicidal ideation.

As discussed below, there is no reliable scientific evidence to support the conclusion that Neurontin causes or contributes to suicidal ideation or behavior. There are no clinical trial or epidemiologic data which finds an association between Neurontin and suicide or suicide attempts. It is not scientifically reliable to draw conclusions from case reports. Claims that Neurontin can cause suicidality or even suicide in some patients are based in part on the case reports[1] of suicidality occurring in temporal association with the prescription of Neurontin, spontaneous reports to the United States Food and Drug Administration (FDA) or to Pfizer regarding various adverse events purportedly occurring in conjunction with Neurontin treatment,[2] and other uncontrolled studies.[3] As discussed more fully below, these opinions are

---

[1] Case reports are nothing more than a published account of certain clinical observations made by a physician during the course of treating one (case report) or more (case series) patients. While the published articles often include the physician's hypotheses regarding what may have prompted the observed event or condition, such reports are not "studies" of a potential cause and effect relationship; they simply provide information regarding isolated events temporally related to drug exposure.

[2] The FDA's Spontaneous Reporting System (SRS) provides the agency with a means of

(continued...)

- 4 -

1  not supported by reliable scientific evidence and are not generally accepted within the medical

2  and scientific communities.  In fact, there is no reliable scientific evidence to support the

3  conclusion that Neurontin is associated with suicidal behavior, let alone that any such association

4  could be considered causal.

5

6      I have reviewed the reports and testimony of plaintiffs' expert witnesses and they

7  generally concede that  there is no reliable scientific evidence from controlled clinical studies

8  and epidemiologic studies (comparing Neurontin to untreated populations) demonstrating that

9  Neurontin is associated with suicide or suicide attempts.  Plaintiffs experts ignore many scientific

10  issues and factors in concluding that Neurontin can cause suicide, including:

11

12  1. Valid reliable scientific methodology to determine an association and whether any association

13  is causal

14  2. Background incidence of suicide behavior in the populations taking Neurontin

15

16  (..continued)
    collecting reports (called Drug Experience Reports or DERs) of medical events observed by the reporters

17  – who can be physicians, patients, pharmacists, pharmaceutical companies, hospitals, lawyers, litigants, or
    others – to have occurred at some point following drug ingestion.  With the exception of events that come

18  to the attention of the drug manufacturer, submission of DERs is wholly voluntary.  FDA monitors the
    DERs for individual drugs looking for "signals" suggesting that a drug might potentially be associated

19  with an adverse event not observed during clinical trials.  In the event such a signal is seen, controlled
    epidemiological studies and/or further clinical trials are then undertaken to determine whether an

20  association between drug exposure and the adverse event actually exists and, if so, whether sufficient
    evidence exists to support a causal inference.

21          SRS data cannot be used to determine the incidence (i.e., frequency of occurrence) of a
    particular adverse event in relation to drug exposure because neither the number of patients who have

22  experienced the outcome nor the number of patients exposed to the drug is known.  In fact, the FDA and
    its Psychopharmacological Drug Products Advisory Committee (PDAC) have taken the published

23  position that anecdotal data, such as case reports and spontaneous adverse event reports, cannot be relied
    on to establish a cause and effect relationship between drug exposure and a particular medical event.

24  (Kennedy DL, Goldman SA, Lillie RB. Spontaneous reporting in the United States. In: Strom BL, ed.
    Pharmacoepidemiology. 3rd ed. New York, NY: John Wiley & Sons; 2000:151-174.)

25

26          [3] It is generally accepted in the medical and scientific communities that neither case reports/case
    series nor spontaneous reports of adverse events following drug exposure provide a sufficient basis for

27  making a determination of causality.  At most, such uncontrolled observations might be relied on to
    generate hypotheses regarding a cause and effect relationship that can then be properly tested through

28  clinical trials or other controlled epidemiological studies.

1    3. Data from controlled studies on Neurontin

2    4. Limitations of adverse event data from spontaneously reported events

3    5. Unreliability of extrapolating results from animal studies to human behavioral experience.

4

5    These deficiencies will be further addressed in my report.

6                                    **Suicide**

7    Suicide is the 11th leading cause of death in the United States (Centers for Disease

8    Control and Prevention. National Vital Statistics Reports (NVSS). Deaths: Preliminary Data for

9

10    2002. Vol 52, No. 13, Washington: Public Health Service, February 11, 2004).  Up to 90% of

11    adults who commit suicide in the United States have at least one psychiatric disorder described

12    in the Diagnostic and Statistical Manual of Mental Disorders (DSM-IV).  It is well-recognized

13    and generally accepted that suicidal ideation, suicide attempts, and completed suicide are

14    complications of numerous mental illnesses, including mood disorders (Major Depression and

15    Bipolar Disorder), anxiety disorders, schizophrenia, borderline personality disorder, and

16

17    sociopathic personality disorder in adolescents and men.  Terminal insomnia; alcohol, substance

18    abuse, and a family history of suicide or mental disorder, or both, are also significant risk factors

19    (Moscicki E. Epidemiology of suicide. In: Goldsmith S, ed. Risk factors for suicide. Washington,

20    DC:National Academy Press, 2001:10-12.).  As described below, physical illnesses such as pain

21    syndromes and epilepsy are also risk factors.

22

23    Suicide and Bipolar Disorder

24    Bipolar disorder (manic-depressive illness) is a common, serious psychiatric illness with

25    a worldwide lifetime prevalence ranging from 2% to 5% (Tanney BL. Psychiatric Diagnoses and

26    Suicide, in Maris, R.W. et al, eds., Comprehensive Textbook of Suicidology. (New York:

27    Guilford, 2000:311-41.)  Bipolar disorder is associated with a high rate of premature mortality

28

- 6 -

from several causes, including suicide  (Tohen M et al. Epidemiology of bipolar disorder. In: Tsuang MT et al, eds. Psychiatric epidemiology. New York, NY:Wiley-Liss;2002:427-44; Goodwin FK et al. Manic-depressive illness. New York:Oxford University Press, 1990;  Ahrens B et al. Excess cardiovascular and suicide mortality of affective disorders may be reduced by lithium prophylaxis. J Affect Disord 1995;33:67-75; Rihmer Z et al. Bipolar II disorder and suicidal behavior. Psychiatr Clin North Am 1999;22:667-73).  Approximately one person per hundred individuals with bipolar disorder commits suicide annually and about four per hundred attempt suicide  (Baldessarini et al., Suicide in Bipolar Disorder: Risks and Management.  CNS Spectrums, 11:465-471, 2006).  These risks are approximately one hundred-fold higher (completed suicide) and ten-fold greater (suicide attempts) than those for the general population (Baldessarini et al., Suicide in Bipolar Disorder: Risks and Management.  CNS Spectrums, 11:465-471, 2006; Collins and McFarland, Divalproex, lithium, and suicide among Medicaid patients with bipolar disorder.  Journal of Affective Disorders, 2007, in press). One recent pooled analysis that examined 28 international studies in bipolar disorder found a one-year incidence rate for suicide of 0.40%, compared to the general international baseline rate of 0.0143%, which corresponds to an age-adjusted relative risk (RR) of 22.1 overall (95% CI 20.0, 24.1); 14.9 for men (95% CI 13.1, 16.7) and 21.1 for women (95% CI 15.4, 26.7) (Tondo L et al. Suicidal behavior in bipolar disorder: risk and prevention. CNS Drugs 2003;17:491-511).

Suicide and Major Depression

The annual rate of suicide in depressed patients has been estimated to range from 275-1,352 per 100,000 patients.  (Bostwick and Pankratz, Am J Psychiatry 157:1925-1932, 2000; Khan et al, Arch Gen Psychiatry 57:311-317, 2000.)  There are approximately 30,000 suicides per year in the United States, the majority of which are associated with untreated or inadequately

- 7 -

treated depression. (Oquendo et al, Am J Psychiatry 156:190-194, 1999). When depression is accompanied by anxiety, the suicide risk increases even further (Fawcett et al, Am J Psychiatry 1990; 147:1189-1194; Fawcett, Annals of the NY Acad Sciences 2001; 932:94-105; Busch et al., 1993; Psychiatr. Ann. 23(5): 256-262; Hall et al., 1999; Psychosomatics 40(1): 18-27; Schnyder et al, 1999; Gen. Hosp. Psychiatry 21(1): 62-69; Apter et al., 1999; Biol. Psychiatry 46(4): 532-541; Ohring et al, 1996; J. Am. Acad. Child Adolesc. Psychiatry 35(2): 154-157; Roose et al., 1983; Am J Psychiatry 140:1159-62).

Suicide and Anxiety Disorders

Anxiety disorders are the most prevalent psychiatric illnesses in the general population, and are present in 15-20% of medical clinic patients (Harrison's Online. Part 14: Neurolgic Disorders:Section 5; Chapter 385: Anxiety Disorders. MrGraw-Hill Companies, 26 Sept 2002. Available at URL: http://www.harrisons.accessmedicine.com/serverjava/Arknoid/made /harrisons/chapters/ch385/ch385_01.html?searchterm=anxiety). Approximately 2.8% of the U.S. population aged 18-54 years has generalized anxiety disorder (GAD) during a given year (http://www.nimh.nih.gov/anxiety/gadfacts.cfm). Over 80% of those with GAD also suffer from major depression, dysthymia, or social phobia (http://www.harrisons.accessmedicine.com /serverjava/Arknoid/made/harrisons/chapters/ch385/ch385_01.html?searchterm=anxiety). Between 4% and 8% of adults in the population suffer from social anxiety disorder (SAD) in a given year and lifetime prevalence is higher (Magee WJ et al. Agoraphobia, simple phobia and social phobia in the National Comorbidity Survey. Arch Gen Psychiatry 1996;53:159-68). Similarly, SAD frequently co-occurs with depressive illness (Stein MB et al. Social anxiety disorder and the risk of depression. Arch Gen Psychiatry 2001;58:251-56). The annual prevalence of panic disorder in the U.S. is from 2.0% to 3.0% (Lydiard RB. Panic disorder and

social phobia: possible implications for comorbid depression for drug therapy). Published data indicate that the rate of suicide in anxiety disorders, such as GAD, SAD and panic disorder is significantly elevated compared to the rate of suicide in the general population. A review of the FDA database of persons participating in anti-anxiety trials (n=20,076) estimated the rate of suicide to be 0.193% per year (Khan A et al. Suicide risk in patients with anxiety disorders: a meta-analysis of the FDA database. J of Affective Disorders 2002;68:183-90). This rate is 17.5 times higher than the annual U.S.population rate in 2002 of 0.011% (Centers for Disease Control and Prevention. National Vital Statistics Reports (NVSS). Deaths: Preliminary Data for 2002. Vol 52, number 13, Washington: Public Health Service, February 11, 2004).

Suicide and Pain Disorders

People who suffer with chronic pain are at higher risk for completed suicides, suicidal attempts and suicidal ideation than the general population (Kaplan et al., Physical illness, functional limitations, and suicide risk: a population-based study. Am J Orthopsychiatry 2007; 77:56-60; Magni G et al. Suicide in chronic abdominal pain: an analysis of the Hispanic Health and Nutritional Examination Survey (NHANES). Pain 1998;76:137-144; Pentinnen J. Back pain and risk of suicide among Finnish farmers. Am J Public Health 1995;85:1452-53; Fishbain DA et al. Completed suicides in chronic disease. Clin J Pain 1991;7:29-36; Fishbain DA. Current research on chronic pain and suicide. American Journal of Public Health. 1996;86:1320-1321; Stenager E et al. Attempted suicide,depression and physical disease: a one year follow up study. Psychother Psychosom. 1994 ;61:65-73; Venkoba RA. Physical illness, pain and suicidal behavior Crisis 1990;11:48-56; Hitchcock LS et al. The experience of chronic nonmalignant pain. J Pain Symptom Manage. 1994;9:312-18; Breslau N. Migraine suicidal ideation and suicide attempts. Neurology 1992;42:392-95).

Available data for suicide in published studies in chronic pain patients report annual rates from 0.02 –0.03 %; low back pain patients: 0.05%; and patients with multiple sclerosis: 0.02%. This is in contrast to an annual US population rate in 2002 of 0.011% (Centers for Disease Control and Prevention. National Vital Statistics Reports (NVSS). Deaths: Preliminary Data for 2002. Vol 52, number 13, Washington: Public Health Service, February 11, 2004).

Physical illnesses such as pain syndromes are significant risk factors for suicide. Relative to controls, the risk of death by suicide is at least doubled in chronic pain patients (Tang NKY et al., Suicidality in chronic pain: a review of the prevalence, risk factors, and psychological links. Psychological Medicine 2006; 36: 575-586.) People who suffer with chronic pain are at higher risk for completed suicides, suicidal attempts and suicidal ideation than the general population (Breslau N. Migraine suicidal ideation and suicide attempts. Neurology 1992;42:392-95; Magni G et al., Suicide in chronic abdominal pain: an analysis of the Hispanic Health and Nutritional Examination Survey (NHANES). Pain 1998;76:137-144; Pentinnen J. Back pain and risk of suicide among Finnish farmers. Am J Public Health 1995;85:1452-53; Fishbain DA et al. Completed suicides in chronic disease. Clin J Pain 1991;7:29-36; Fishbain DA. Current research on chronic pain and suicide. American Journal of Public Health. 1996;86:1320-1321; Stenager E et al. Attempted suicide, depression and physical disease: a one year follow up study. Psychother Psychosom. 1994 ;61:65-73; Venkoba RA. Physical illness, pain and suicidal behavior Crisis 1990;11:48-56; Hitchcock LS et al. The experience of chronic nonmalignant pain. J Pain Symptom Manage. 1994;9:312-18). When chronic pain is accompanied by the presence of co-morbid depression, the risk of suicide is even greater (Tang NKY et al., Suicidality in chronic pain: a review of the prevalence, risk factors, and psychological links. Psychological Medicine 2006; 36: 575-586).

Given the devastating impact of chronic pain on the lives of people who suffer from it, when all medical treatment fails, chronic pain patients are left with limited choices, and suicide is unfortunately perceived as a solution (Tang NKY et al., Suicidality in chronic pain: a review of the prevalence, risk factors, and psychological links. Psychological Medicine 2006; 36: 575-586). For some patients, the pain may be so unbearable that they perceive their future to be "an eternity of suffering", with "pill after pill after pill" (Thomas S. A phenomenologic study of chronic pain. Western Journal of Nursing Research 2000; 22:683-705). While it is unclear which factors result in a person deciding to commit suicide to terminate suffering, it has been suggested that the feelings of defeat and entrapment, play a key role (Williams et al., Psychology and suicidal behavior: elaborating the entrapment model. In Prevention and Treatment of Suicidal Behavior: From Science to Practice (ed. K Hawton), pp. 71-89. Oxford University Press: Oxford, UK.

<u>Suicide and Epilepsy</u>

Persons with epilepsy are at increased risk for suicide compared with the general population (Jones JE et al. Rates and risks for suicide, suicidal ideation, and suicide attempts in chronic epilepsy. Epilepsy and Behavior 2003;S31-38; Nilsson L et al. Risk factors for suicide in epilepsy: a case control study. Epilepsia 2002;43:644-51; Harden C et al. Mood disorders in patients with epilepsy. CNS Drugs 2002;15:291-302; Christensen et al., Epilepsy and risk of suicide: a population-based case-control study. Lancet Neurol. 2007 6:693-698). Reported rates of suicide in the published literature for epilepsy range from less than 1% to 25%, with an average of 11.5% (Jones JE et al. Rates and risks for suicide, suicidal ideation, and suicide attempts in chronic epilepsy. Epilepsy and Behavior 2003;S31-38). However, the larger cohort and population-based studies reported rates of suicide in epilepsy patients that ranged from

- 11 -

0.035% to 0.073% (Nilsson L et al. Risk factors for suicide in epilepsy: a case control study. Epilepsia 2002;43:644-51; White SJ et al. Anticonvulsant drugs and cancer: a cohort study in patients with severe epilepsy. Lancet 1979:2:458-60; Zielinski JJ. Epilepsy and mortality rate and cause of death. Epilepsia 1974;15:191-201). Part of this higher risk is believed to be due to specific neuropsychiatric disorders that are associated with epilepsy. Among persons with epilepsy, the co-occurrence of Axis I psychiatric disorders ranges from 19 to 62% (Shukla G et al. Psychiatric manifestations in temporal lobe epilepsy: a controlled study. Br J Psychiatry 1979;135:411-7; Fiordelli E et al. Epilepsy and psychiatric disturbance: a cross sectional study. Br J Psychiatry 1993;163:446-50; Manchanda R et al. Psychiatric disorders in candidates for epilepsy surgery. J Neurol Neurosurg Psychiatry 1996;61:82-9). The lifetime rate of mood disorders in epilepsy is reported to be from 42% to 63% (Victoroff J. DSM-III-R psychiatric diagnoses in candidates for epilepsy surgery: lifetime prevalence. Neuropsychiatry Neuropsychol Behav Neurol 1994;7:87-97; Altshuler L et al. Temporal lobe epilepsy, temporal lobe epilepsy, temporal lobectomy and major depression. J Neuropsychiatry Clin Neurosci 1999;11:436-43). Rates of major depression, in particular, are reported to be from 32% to 48% (Robertson MM. Suicide parasuicide and epilepsy. In: Engel J et al. eds. Epilepsy: a comprehensive textbook. Philadelphia: Lippincott-Raven;1997:2141-51 which is considerably higher than the rates of major depression in the general population of between 10% and 25% for women and between 5% and 12% for men.

<u>Summary</u>

In summary, people who suffer from mood disorders (such as Bipolar Disorder and Major Depression), anxiety disorders, pain syndromes, and epilepsy, have an increased risk of suicide when compared to the general population. People who suffer from these conditions and

- 12 -

who are subject to the increased suicide risks associated with these conditions are also more likely to be prescribed Neurontin by their physician than the general population. Of note is the fact that since the introduction of Neurontin to the United States market in 1994, epidemiologic studies have not reported an increase in the rate of suicide, but rather, a decrease in the rates of suicide as a result of new treatments.

### Neurontin

Physicians Prescribe Neurontin For A Wide Range of Patients

Based upon my own clinical experience with Neurontin and my professional experience with numerous colleagues who also frequently prescribe Neurontin, physicians prescribe Neurontin for patients with a wide range of diagnoses in part because Neurontin is effective for many patients and because it lacks significant side effects (see below). Some of the prescriptions written for Neurontin are what is referred to as "off-label" meaning the prescription of medications by physicians for diseases for which the manufacturer of the medication has not obtained FDA approval or at dosages outside the range contained in the manufacturer's package insert. For example, I have prescribed Neurontin to patients suffering from symptoms of anxiety with the diagnoses of Generalized Anxiety Disorder, Major Depression, and Bipolar Disorder. Once a medication has been approved by the FDA to be marketed and labeled for one or more specific medical uses (indications) in the United States, physicians have the legal authority to prescribe the medication for additional "off-label" uses. Physicians are guided by studies in the medical literature on the efficacy and safety of a medication for a particular condition, rather than being limited to the labeled FDA indications. "Off-label" use of medications is a common practice in medicine. For example, a recent study reported that there were an estimated 150 million "off-label mentions" (21% of overall use) in a study using data from the 2001 IMS

- 13 -

Health National Disease and Therapeutic Index (NDTI) (Radley DC, Finkelstein SN, Stafford RS. Off-label prescribing among office-based physicians. Arch Intern Med 2006; 166:1021-1026).

The peer-reviewed literature as well as my personal experience are that the prescription of medications for "off-label" use is particularly common in the field of Psychiatry.    Neurontin is commonly prescribed by physicians for "off-label" uses such as neuropathic pain conditions other than PHN, migraine headache, spasticity, anxiety, social phobia, and as an adjunctive treatment for bipolar disorder based on studies reported in the medical literature.  A review of 40 open-label and two controlled trials published in 2003 suggested that Neurontin may have a role as an adjunctive agent  in the treatment of patients with bipolar disorders particularly when complicated by comormid anxiety disorder or substance abuse (Carta et al., The Clinical Use of Gabapentin In Bipolar Spectrum Disorders.  Journal of Affective Disorders, 75:83-91, 2003). For example, in a 14-week study of the treatment of social phobia, patients receiving Neurontin (900-3600 mg/day) displayed significantly greater reduction in symptoms of social phobia at study endpoint than patients treated with placebo (Pande AC, Davidson JRT, Jefferson JW, et al. Treatment of social phobia with Neurontin: a placebo-controlled study.  J Clin Psychopharmacol 1999: 19:341-348).  In bipolar disorder, several open-label studies have observed that Neurontin was effective and well-tolerated suggesting that further study of Neurontin in placebo-controlled randomized studies was warranted (Vieta E, Martinez-Aran A, Nieto E, et al. Adjunctive Neurontin treatment of bipolar disorder. Eur Psychiatry 2000; 15:433-437; Cabras PL, Hardoy MJ, Hardoy MC, et al.  Clinical experience with Neurontin in patients with bipolar or schizoaffective disorder: results of an open-label study.  J Clin Psychiatry 1999; 60:245-248; Erfurth A, Kammerer C, Grunze H, et al.  An open label study of Neurontin in the treatment of

- 14 -

acute mania. J Psychiatr Res 1998; 32:261-264 ;  Young LT, Robb JC, Patelis-Siotis I, et al.
Acute treatment of bipolar depression with Neurontin. Biol Psychiatry 1997; 42:851-853;
McElroy SL, Soutullo CA, Keck PE Jr, et al.  A pilot trial of adjunctive Neurontin in the
treatment of bipolar disorder.  Ann Clin Psychiatry 1997; 9:99-103).  While controlled trials have
failed to show the efficacy of Neurontin on acute episodes in bipolar disorder (Pande AC,
Crockatt JG, Janney CA, et al.  Neurontin in bipolar disorder:  a placebo-controlled trial of
adjunctive therapy.  Neurontin Bipolar Disorder Study Group.  Bipolar Disord 2000; 2:249-255),
a double-blind, randomized, placebo-controlled study found that Neurontin (900 – 2400 mg/day)
provided benefits in quality of sleep and less need for benzodiazepines over the long-term in
people who suffer from bipolar disorder (Vieta E, Goikolea JM, Martinez-Aran A et al. A
double-blind, randomized, placebo-controlled, prophylaxis study of adjunctive Neurontin for
bipolar disorder.  J Clin Psychiatry 2006; 67:473-477).  Of particular relevance to the issues in
this case is the fact that there were no suicide events reported in the double-blind, randomized,
placebo-controlled study of gabapentin (Neurontin) as an adjunctive treatment in patients with
bipolar disorder (Parke-Davis Research Report No: RR 720-04174, March 26, 1999, pp. 155-
156, 222).

Neurontin Lacks Significant Side-Effects

       The use of Neurontin for off-label purposes is in no small part due to Neurontin's lack of
significant side effects.  When treating patients, physicians routinely weigh the potential risks
versus the potential benefits of available treatments.  Given Neurontin's benign safety profile,
there is little to no risk to the patient when the physician prescribes Neurontin, prompting
physicians to prescribe Neurontin as an adjunctive or add-on treatment for particular conditions
other than its FDA approved indications.For example, physicians sometimes need alternatives to

- 15 -

1    using benzodiazepine medications for anxiety in patients with a history of substance abuse or a

2    medicine less toxic in patients at risk for a self-induced overdose.  Neurontin provides to

3    physicians such an alternative.

4           Side effects that occurred more commonly in patients receiving Neurontin compared with

5    placebo in the postherpetic neuralgia studies were dizziness, somnolence, and peripheral edema

6    (Neurontin USPI, 2004.).  Side effects that occurred more commonly in patients (> 12 years of

7    age) enrolled in epilepsy studies who received adjunctive Neurontin compared with placebo were

8    somnolence, dizziness, ataxia, fatigue, and nystagmus (USPI 2004).  In studies of patients with

9    bipolar disorder, side effects that occurred more commonly in patients treated with Neurontin

10   compared to placebo were sedation, asthenia, dizziness, and ataxia (Dunner DL.  Safety and

11   tolerability of emerging pharmacological treatments for bipolar disorder.  Bipolar Disorders

12   2005; 7:307-325).  Finally, in studies of patients with social phobia, the adverse events dizziness,

13   dry mouth, somnolence, nausea, flatulence, and decreased libido occurred at a higher frequency

14   among patients receiving Neurontin than among those receiving placebo (Pande et al., Treatment

15   of social phobia with gabapentin: a placebo-controlled study.  Journal of Clinical

16   Psychopharmacology 1999; 19:341-348).

17          It is important to point out that not all of the adverse events listed in the labeling for

18   psychiatric medications are necessarily "side effects".  Physicians look to the drug versus

19   placebo incidence rates to assess which adverse events are likely to be related to the medication

20   itself as opposed to non-medication causes or factors that affect clinical trial populations and

21   result in the generation of a myriad of adverse event reports on both drug and placebo.

22          Finally, the results of three well-controlled randomized trials studying Neurontin in

23   patients with psychiatric disorders -- panic disorder, bipolar disorder, and social phobia --

demonstrate that Neurontin does not increase the risk of anxiety or depression (Pande et al., Placebo-controlled study of gabapentin treatment of panic disorder. Journal of Clinical Psychopharmacol 2000; 20:467-471; Pande et al., Treatment of social phobia with gabapentin: a placebo-controlled study. Journal of Clinical Psychopharmacol 1999; 19:341-348; Pande et al., Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Bipolar Disorders 2000; 2:249-255). In all three trials, researchers utilized the gold standard method -- Hamilton Depression (HAM-D) and Hamilton Anxiety (HAM-A) Scales -- when evaluating the primary and secondary efficacy measures. Results from these studies showed no significant differences from baseline in either the HAM-D or HAM-A scores at any time during the study period, indicating that no cases of treatment-emergent depression or anxiety were observed. There were no reports of suicide or attempted suicide by any patient on Neurontin in any of the three psychiatric clinical studies. And although there were reports of suicidal ideation by patients on placebo in the psychiatric controlled studies, there were no such reports in any patients on Neurontin.

## PROVING GENERAL CAUSATION

It is generally accepted that when a particular outcome of interest, such as suicide, occurs in the general population irrespective of drug exposure, a scientifically reliable proof that treatment with a particular drug is associated with that outcome must be based on well-controlled epidemiologic studies or clinical trials establishing association between that drug and suicide (Reference Manual on Scientific Evidence, 2nd Edition, 2000; Reekum et al., Applying Bradford Hill's Criteria for Causation to Neuropsychiatry: Challenges and Opportunities, The Journal of Neuropsychiatry and Clinical Neurosciences 2001; 13:318—325; Fathalla and Fathalla, A Practical Guide for Health Researchers, In: WHO Regional Publications, Eastern Mediterranean

Series 30, World Health Organization Regional Office for the Eastern Mediterranean, 2004).

Such studies permit a determination and comparison of (1) the incidence rate or frequency of the outcome within a population that has not been exposed to the drug (but that is exposed to the various non-drug factors that may produce the outcome) and (2) the incidence rate or frequency of occurrence of the same outcome within a drug exposed and otherwise similar population. If the frequency of occurrence of the outcome is greater in the exposed population than it is in the unexposed, it can be concluded that exposure to the drug is <u>associated</u> with that particular outcome. The association is meaningful, however, only if the difference between the groups cannot be ascribed to bias or confounding (i.e., differences in the underlying characteristics of the respective exposed and unexposed groups or how they were tested that may account for a difference in the incidence of the outcome regardless of any actual drug effect) and if the observed statistical difference reaches statistical significance. If the association is not statistically significant, the possibility that the observed difference in frequency occurred merely by chance cannot be ruled out.

If no statistically significant positive association is found, it cannot be said that exposure to the drug caused, or is associated in any way, with the outcome. The analysis of potential causality would be over; there is no causality (Reference Manual on Scientific Evidence, 2nd Edition, 2000 ). The existence of a statistically significant association, however, does not establish that the drug caused the outcome. To make a determination that the observed association is one of cause and effect requires consideration of a number of factors. These factors include the strength of the association; consistency with other findings; specificity of the association; temporal relationship between the exposure and the outcome; presence of a dose-response relationship; biological plausibility; coherence with existing scientific knowledge;

- 18 -

replication of the findings, consideration of alternative explanations, and cessation of exposure. These factors are commonly known as the Bradford-Hill criteria and since the mid-1960s have been routinely applied in scientific causal reasoning. (See Hill, A. B., The Environment and Disease: Association or Causation? Proceedings of the Royal Society of Medicine (1965); Reference Manual on Scientific Evidence, 2nd Edition, 2000).

Applying the Bradford-Hill criteria to the question whether Neurontin causes suicide or suicidal behaviors, it is clear that there is no reliable scientific evidence that Neurontin causes suicide, suicide attempts, or suicidal ideation: 1) Strength of association – there is no association. The double-blind, randomized clinical trials of Neurontin versus placebo found no increased risk of suicide, suicide attempts, or suicidal ideation when patients took Neurontin. No epidemiologic study has found an increased risk of suicide, suicide attempts, or suicidal ideation in people taking Neurontin compared to the risk in the general population; 2) Consistency of the association – no association of Neurontin with suicide, suicide attempts, or suicidal ideation has been repeatedly observed by different people, in different places, circumstances, and times; 3) Specificity of the association – as discussed above, suicide, suicide attempts, or suicidal ideation are associated with many other factors including mood disorders (such as Bipolar Disorder and Major Depression), anxiety disorders, pain syndromes, and epilepsy. There is no specific association (in fact there is no association) between Neurontin and suicide, suicide attempts, or suicidal ideation; 4) Temporal relationship – no temporal relationship has been demonstrated between the prescription of Neurontin and the onset of suicide, suicide attempts, or suicidal ideation; 5) Dose-response relationship – no dose-response relationship has been demonstrated between taking Neurontin and worsening suicidal behaviors; 6) Biological plausibility – there is no accepted hypothesis in the medical and scientific community which proposes that Neurontin

- 19 -

causes suicide, suicide attempts, or suicidal ideation or any accepted mechanism of action that leads to suicide. No scientist or medical expert has published in a peer-reviewed scientific journal a biological explanation for Neurontin causing suicide. Outside this litigation and Plaintiff's hired experts, there has been no proposed biological theory as to how Neurontin would cause suicide; 7) Coherence with existing scientific knowledge – no published, peer-reviewed scientific paper nor professional organization such as the American Psychiatric Association or the American College of Neuropsychopharmacology has stated (or even speculated) that Neurontin causes or contributes to suicide, suicide attempts, or suicidal ideation; 8) Replication of the findings – as discussed below, the experimental evidence indicates that there is no support for the theory that Neurontin causes suicide, suicide attempts, or suicidal ideation. The finding of no association between Neurontin and suicide, suicide attempts, or suicidal ideation has been replicated; 9) Consideration of alternative explanations – as discussed above, suicide, suicide attempts, and suicidal ideation are complications of numerous mental illnesses, epilepsy, and pain syndromes, each of which has a known background rate of suicide and suicide attempts; and, 10) Cessation of exposure - Since exposure to Neurontin has not been associated with an increased risk of suicide or suicide attempts, it is impossible to assess whether stopping Neurontin would decrease the risk of suicide or suicide attempts.

Plaintiff's experts have asserted that "rechallenge" data exists that supports their position that Neurontin causes suicide, suicide attempts, and suicidal ideation. However, these "rechallenge" data are from open-label studies in which both the recipient of the medication and the investigator were aware of when the medication was being administered or discontinued. Open-label rechallenge studies are of little value when the adverse event being measured is subjective (Girard M, Conclusiveness of rechallenge in the interpretation of adverse reactions. Br

- 20 -

J Clin Pharmac., 1987; 23:73-79), as is the case with adverse psychiatric events such as depression. This is because of expectations in both the patient and the investigator that an event will or will not occur with administration or discontinuation of the medication. Plaintiff's expert, Dr. Stefan Kruszewski, conceded at his deposition that depression was a subjective adverse event and that there's no peer reviewed literature stating that subjective events can be reliably used on rechallenge to determine causation (Kruszewski Deposition Tr., pg. 399).

The procedure outlined above is the generally accepted scientific methodology for establishing that the drug being investigated is capable of causing the outcome of interest and is employed in well-designed clinical trials and various types of epidemiologic studies. It is also the methodology by which the FDA bases its decisions regarding the approval of medications. (FDA regulation requiring "adequate, well-controlled studies", Hammad, 2004, Stone & Jones 2006. An evaluation of existing data from studies/trials utilizing this approach belies the contention that Neurontin causes suicide, suicide attempts, or suicidal ideation.

### There Is No Reliable Scientific Evidence That Neurontin Causes Suicide

Before Neurontin could be marketed in this country, Neurontin required the approval of the FDA. The warnings, precautions, adverse reactions information, and instructions for use that are set out in the labeling that accompanies Neurontin are completely subject to the approval of the FDA. FDA approval of a drug for marketing in the United States means that the FDA has engaged in an analysis of potential therapeutic benefits and potential risks and determined that the benefits outweigh the risks. It is my opinion to a reasonable degree of medical and scientific certainty that the package insert for Neurontin adequately describes the benefits and risks of the medication for the prescribing physician.

- 21 -

As of September, 2004, an estimated 12 million patients worldwide had been exposed to Neurontin. The consensus of the field of Psychiatry is that Neurontin is a safe medication and does not cause or contribute to suicide, suicide attempts, or suicidal ideation. After more than a decade of clinical use of Neurontin, prescriptions of the medication by many thousands of physicians, and use of the medication by many millions of patients, no expert in a peer-reviewed journal has proposed a mechanism of injury, much less demonstrated, as to how Neurontin might cause or contribute to suicide, suicide attempts, or suicidal ideation. No professional organization such as the American Psychiatric Association or the American College of Neuropsychopharmacology has stated (or even speculated) that Neurontin causes or contributes to suicide, suicide attempts, or suicidal ideation. The European Agency for the Evaluation of Medicinal Products (EMEA), after reviewing the Neurontin data, issued a report in January, 2006 which stated "A review of the available postmarketing data on gabapentin cases reporting suicide or suicide attempt does not suggest a signal of a potential causal association between gabapentin and suicide or suicide attempts" (pg. 27).

**FDA Spontaneous Reporting System (SRS)**

It is the published position of the FDA and the generally accepted view of the medical and scientific community that the Spontaneous Reporting System (SRS) data submitted to the FDA are not capable of being used to determine actual incidence or frequency of occurrence of specific adverse events, and consequently, such data are not capable of generating reliable estimates of the relative risks of various drugs to cause particular types of adverse events.

The quality of information in the SRS varies widely. These data represent an accumulation of information submitted in Drug Experience Reports (DERs) by numerous and various reporters. There is no control of the method of ascertainment of an adverse event

1  because each reporter has used individual, personal criteria for identifying an adverse event and

2  individual criteria for attributing an event to a drug.  Accordingly, the proportion of adverse

3  events reported to the SRS which are actually caused by the subject drug is unknown and

4  unknowable.  The SRS was not designed to and is not capable of generating this information.

5

6  There is no control over the quality of events reported because the FDA encourages reporting of

7  suspected events attributed to a drug; there is no causality assessment required for the filing of a

8  DER.  There is no control of the amount of information submitted in each DER because, even

9  though there is a standard form, the amount of information actually provided varies with each

10  reporter.  Because no standards exist controlling the input of information into the SRS, it is not

11  scientifically possible to extract valid information on causality, incidence or comparative drug

12  safety from the SRS.  Because of the above limitations on methodology of data collection and

13  variability, it is not scientifically possible to calculate any meaningful error rate for SRS data.The

14

15  use of SRS data for purposes other than generation of a possible signal indicating the need for

16  further scientific research is a misuse of the data and is not scientifically justified.SRS data are

17  not the type of data reasonably relied upon by experts in the medical field in forming opinions or

18  drawing inferences of causation or drug safety.

19

20  **PostMarketing Spontaneous Reports Regarding Neurontin**

21         The number of postmarketing adverse event reports of suicide or suicide attempts while

22  patients were taking Neurontin is low and does not even reach the level of generating a signal

23  indicating the need for further scientific research.  As of March 31, 2004, Neurontin had been on

24  the market for over 10 years with an estimated 12 million patient exposures.  During that time

25  period, a total of 17,768 non-clinical study Neurontin cases were submitted to Pfizer's

26  postmarketing surveillance database (Pfizer's Response to FDA Regarding Suicide and Suicide

27

28

- 23 -

Attempt in Neurontin (gabapentin) Clinical Trials and Postmarketing Surveillance, September 9, 2004). Pfizer's early alert safety databases contain cases of adverse events reported spontaneously to Pfizer, cases reported from health authorities, cases published in the medical literature, and cases of serious adverse events reported from clinical studies and Pfizer-sponsored marketing programs (solicited cases) regardless of causality. A review of the postmarketing database of non-clinical study Neurontin cases identified 35 cases of completed suicide and 73 cases of suicide attempt, representing a small proportion (0.2% and 0.4%, respectively) of the total number of Neurontin cases. Of the 35 suicide cases, 25 cases reported limited data for causality assessment, and the other 10 cases reported other contributory or confounding factors. Of the 73 suicide attempt cases, 20 reported limited data for causality assessment, 50 reported other contributory or confounding factors, and 3 described patient with no reported risk factors but who developed depression during Neurontin treatment. Contributory or confounding factors reported include pre-existing psychiatric conditions, severe chronic pain, other recent events, and an unlikely temporal association with Neurontin therapy. The rates of suicide and suicide attempts from post-marketing reports are considerably lower than the known background rates for suicide available in published studies in chronic pain patients of 0.02 –0.03 % per year; low back pain patients: 0.05% per year; patients with multiple sclerosis: 0.02% per year (Pfizer September, 2004 submission to FDA); and patients with epilepsy: 11.5% (Jones JE et al. Rates and risks for suicide, suicidal ideation, and suicide attempts in chronic epilepsy. Epilepsy and Behavior 2003;S31-38). Thus, not only are the number of suicides and suicide attempts low, but in light of the background rates for suicide and suicide attempts, the rates are exceedingly low.

In summary, postmarketing data across all patient populations did not indicate a signal of

- 24 -

1    a potentially increased risk of suicide or suicide attempts with Neurontin treatment and did not

2    indicate a signal indicating the need for further scientific research.  Even assuming under-

3    reporting of events occurring in the vast Neurontin-treated clinical population, the results of this

4
     review are below the reports in the published literature for suicide and suicide attempts in
5
6    comparable patient populations in which Neurontin has been studied or used.

7    **Randomized Controlled Clinical Trial Data for Neurontin**

8        Analysis of the database of both controlled and uncontrolled clinical trials using

9    Neurontin provides no support for the hypothesis that Neurontin causes or contributes to suicidal

10   behavior.  Instead, the data provide no reliable scientific evidence that  Neurontin is associated

11
     with, let alone causes, suicide or suicide attempts.  In 2004, the FDA requested that Pfizer search
12
13   its new drug application (NDA) clinical trial databases (both controlled and open-label studies)

14   and the postmarketing databases for Neurontin to review all cases of suicide and suicide-related

15   events, including suicide attempts identified through investigator verbatim terms (e.g., "self

16   harm").  The database included studies of Neurontin in patients with psychiatric disorders
17
     (bipolar disorder, panic disorder, social phobia), neuropathic pain (painful diabetic neuropathy,
18
19   post-herpetic neuralgia, and other neuropathic pain studies), non-neuropathic pain (osteoarthritis

20   pain, postoperative pain, and mucosal injury), add-on therapy for epilepsy in adults and pediatric

21   subjects, monotherapy for epilepsy in adults and pediatric subjects, other neurology studies

22   (sleep, migraine, and spasticity), and miscellaneous studies (compassionate use, named patient,
23
     or studies)  (Pfizer's Response to FDA Regarding Suicide and Suicide Attempt in
24
25   Neurontin (gabapentin) Clinical Trials and Postmarketing Surveillance, September 9, 2004).

26       The results of a comprehensive search for cases of suicide and suicide attempt among

27   Neurontin clinical trials across all patient populations in which Pfizer has conducted clinical

28   trials did not indicate an increased risk for suicide with Neurontin treatment because the rate of

suicide is lower than the background rate in these patient populations. It is appropriate to compare these data to the background rates of suicide and suicide attempts in the patient populations under study. For example, background rates are taken into account by the FDA (McCormack Affidavit, pg. 13). The occurrence of suicide and suicide attempt during Neurontin treatment was 1 and 12, respectively, with over 9000 total Neurontin-treated patients and 4495 total-patient years. There were no cases of suicide identified in placebo-controlled studies, regardless of treatment. In non-placebo-controlled studies, there was 1 case of suicide that occurred during Neurontin treatment and another that occurred approximately 6 months after discontinuation of treatment. Both cases of suicide and 11 of the 12 cases of suicide attempt involved patients with epilepsy. Among all the cases of suicide and suicide attempt, none were assessed by the investigator as definitely related to Neurontin, 3 cases (all cases of suicide attempt) were considered possibly related, with the remainder assessed as definitely not related or as having an unlikely relationship to Neurontin. Duration of treatment in each case varied and did not appear to be a factor involved in either the cases of suicide or suicide attempt (Pfizer's Response to FDA Regarding Suicide and Suicide Attempt in Neurontin (gabapentin) Clinical Trials and Postmarketing Surveillance, September 9, 2004). It is important to remember, as discussed above, that the reported rates of suicide in the published literature for epilepsy range from less than 1% to 25%, with an average of 11.5% (Jones JE et al. Rates and risks for suicide, suicidal ideation, and suicide attempts in chronic epilepsy. Epilepsy and Behavior 2003;S31-38). The rate of suicide in the Neurontin clinical trial data base does not even approach the background rates of suicide observed in epilepsy, chronic pain, and bipolar disorder (Fishbain, DA, Association of Chronic Pain on Suicide, Seminars of Clinical Neuropsychiatry, 4:221 (1999); Nilsson et al., Risk Factors for Suicide in Epilepsy: A Case Control Study, Epilepsia 43:644 (2002); Khan et al., Suicide Risk in Patients with Anxiety Disorders: A Meta-Analysis of the FDA Database, Journal of Affective Dsorders 68:183 (2002); L. Tondo et al., Suicidal Behavior in Bipolar Disorder: Risk and Prevention, CNS Drugs 17:491 (2003).

Dr. Sander Greenland, an expert for the Plaintiff's, has stated in his report that the Neurontin clinical trial data is of no value. I disagree. The double-blind randomized controlled

- 26 -

clinical trials are extremely useful to ascertain both the efficacy and side-effects of a medication and to look for a valid association between a drug and an event. It is the accepted methodology in the medical and scientific community and is also used by the FDA. The uncontrolled Neurontin clinical trial data is also useful as the rate of suicides and suicide attempts in the uncontrolled trials can be compared to the background rate of suicide and suicide attempts in that patient population. These data demonstrate that Plaintiff's do not have scientifically reliable evidence to support their proposed theory.

**Pfizer Response to FDA Suicidality Request – June 22, 2006**

Notably, the FDA did not request data or analyses of adverse psychiatric events other than suicide and suicide attempts. This is the accepted methodology to analyze the question whether Neurontin causes suicide. In response to the request from the FDA for an evaluation of "possibly suicide-related" adverse events occurring in placebo-controlled trials for gabapentin, Pfizer conducted a search of the clinical trial registry of Neurontin studies meeting FDA's delineated criteria: unblinded; placebo-controlled; parallel arm and/or crossover design; at least 30 subjects; patient and volunteer studies; with no duration limit. The data set included 8829 subjects (5194 treated with Neurontin, 2682 treated with placebo, and 661 treated with another active control and 292 treated with Low-Dose Placebo) (Pfizer's Response to FDA suicidality request, June 22, 2006). There were no completed suicides, suicide attempts, or predatory acts towards imminent suicidal behavior in any of the groups: 1/5194 (0.019%) gabapentin treated subjects and 0/2682 placebo treated subjects exhibited self-injurious behavior, intent unknown; 2/5194 (0.039%) of gabapentin treated subjects and 1/2682 (0.037%) of placebo treated subjects exhibited suicidal ideation (Pfizer's Response to FDA suicidality request, June 22, 2006). These data provide further support that there is no reliable scientific evidence that Neurontin (gabapentin) causes or is associated with an increased risk of suicidality including completed

- 27 -

1    suicide, suicide attempt, or suicidal ideation.

2    **Epidemiologic Studies**

3         Plaintiff's experts cite as "evidence" for their assertion that Neurontin causes suicide a

4    paper by Collins and McFarland, an uncontrolled observational study of Oregon Medicaid

5    patients.  The authors matched the records of Oregon Medicaid patients with the diagnosis of

6    bipolar disorder from 1998 -2003 using Oregon vital statistics data for suicides and emergency

7    department visits for suicide attempts.   The authors then compared the rates of suicides and

8    suicide attempts in patients taking lithium, divalproex, carbamazepine, gabapentin (Neurontin),

9    lamotrigine, oxcarbazepine, and combination treatment.  They concluded that lithium had a

10   protective effect with regard to suicide attempts.  The authors also concluded that Neurontin was

11   associated with a greater risk of suicide, but not suicide attempts, <u>compared to lithium</u>.  In his

12   deposition, Dr. McFarland concedes that lithium is protective against suicide and suicide

13   attempts (McFarland Deposition Tr., pp.60-61) and that in his study lithium's protective effect

14   may eclipse the protective effects of other drugs.  Dr. McFarland concedes that his study is

15   consistent with the conclusion that all of the study drugs were protective against suicide and

16   suicide attempts, but that lithium was more protective (McFarland Deposition Tr., pp. 147-52).

17   Dr. McFarland also conceded that it is not a valid conclusion to draw from his study  that

18   patients taking Neurontin are at increased risk of suicide compared to patients taking lithium

19   (McFarland Deposition Tr., pp. 211-212 ).  As the authors themselves point out in the article, the

20   study had "numerous limitations" (pg. 4).  These include the fact that subjects were not randomly

21   assigned to the various medications, important clinical data such as history of suicide attempts,

22   medication adherence, and age of first diagnosis of bipolar disorder were not available,

23   diagnoses were obtained from electronic data systems and not from structured psychiatric

interviews, and the low number of suicide deaths may have limited the statistical power (Collins and McFarland, 2007, pg. 4). The authors also point out that "gabapentin (Neurontin) is often prescribed for chronic pain which may well be related to suicide and suicide attempts" (Collins and McFarland, pg. 5). Although the Collins and MacFarland study did not assess or compare the incidence of suicide or suicide attempts in any of their drug-treated groups with an untreated (unexposed) control group, and therefore could not and does not purport to demonstrate an increased risk of suicidality associated with use of any of the studied medications, it is telling that the authors cited a rate of suicide in bipolar patients taking Neurontin (3.50 per thousand person-years of exposure, Pg. 3) that is lower than the rate of suicide they cite in bipolar patients who are not taking any medication (10.0 per thousand person-years, pg. 2). If Neurontin caused suicidal behavior, one would expect the incidence in these Neurontin patients – especially since they also had some chronic pain – to have been measurably higher than the rate in untreated bipolar disorder. Instead the study shows the opposite. Recognizing the limitations of the study, the authors themselves concluded that it remains unclear whether there is a differential impact on suicide deaths among the mood stabilizing agents, including Neurontin.

<u>**Summary**</u>

      There are no published epidemiologtical studies and no placebo controlled randomized trials or controlled studies that show or even hint at an association between Neurontin and suicidality. It is my opinion to a reasonable degree of medical and scientific certainty that there is no reliable scientific evidence demonstrating an association. Not only is there no association, but when you analyze all of the Bradford Hill criteria (reliably evaluated only after you find a statistically significant association), there is no reliable scientific evidence to support the theory that Neurontin causes suicide. No experts (outside of this litigation) have affirmed or even

- 29 -

1    suggested that Neurontin causes suicide or suicide attempts. It is not generally accepted in the

2    scientific, medical and psychiatric communities that Neurontin causes or contributes to suicide.

3                              **Plaintiff's Expert Opinions[4]**

4         Plaintiff's experts' reports contain a number of factual inaccuracies and methodological

5    errors which result in misleading conclusions. In this report, I will respond to some of the more

6
7    problematic statements in their reports. My failure to address any other aspect of their reports

8    should not be interpreted as agreement. All my statements and opinions below are to a

9    reasonable degree of medical and scientific certainty.

10   **Dr. Stefan Kruszewski**

11        Dr. Kruszewski relies on studies in animals to support his assertion that Neurontin causes

12
13   human beings to commit suicide. His extrapolation of pre-clinical studies in animals to human

14   clinical effects is unscientific. The FDA would never rely on animal studies alone for the

15   approval of a medication to enter the United States market. To assess the effects of a medication

16   in people, conclusions regarding a medication's efficacy and safety must be drawn from placebo-

17   controlled, randomized, double-blind clinical trials in human beings.

18        Dr. Kruszeski's states on page 9 of his report that "it has been demonstrated that

19
20   enhancing GABAergic systems results in self-injurious behavior in both animal and human

21   studies" and cites studies by Baumeister and Frye (1994) and Lloyd and colleagues (1981). The

22   Baumeister and Frye study is in rats and the Lloyd and colleagues study is in Lesch-Nyhan

23

24        [4] I have reviewed the Expert Reports and Depositions of Drs. Blume, Greenland,
25   Kruszewski, McFarland, Roth, and Trimble. I will comment primarily on the reports of Drs.
     Kruszewski, McFarland, and Greenland. Their reports contain a number of factual inaccuracies
26   and use data from studies not relevant to the issues in this case, which result in flawed and
     unreliable theories and conclusions. I will address several of them; my failure to address others
27   should not be taken to imply that I agree with everything else that is stated in the reports. I do
     not.
28

                                      - 30 -

1  syndrome, a rare, inherited disorder caused by a deficiency of the enzyme hypoxanthine-guanine

2  phosphoribosyltransferase (HPRT).  The lack of HPRT causes a build-up of uric acid in all body

3  fluids, and leads to symptoms such as severe gout, poor muscle control, and moderate

4
   retardation, which appear in the first year of life.   Death is usually due to renal failure in the first
5
   or second decade of life.  Lesch-Nyhan syndrome as nothing to do with the issues in this case.
6
7  In fact, at his deposition, Dr. Kruszewski conceded that he could not cite one peer-reviewed

8  publication using any of his mechanism theories that supports his opinion that Neurontin causes

9  suicide (Kruszewski Deposition Tr., pg. 570).

10         In the section of Dr. Kruszewski's report entitled, "Gabapentin's effects have been linked

11  to serious mood, cognitive, and behavioral disturbances in humans" (pp. 10-11), the "evidence"

12
    he cites for this "linkage" are uncontrolled case reports (While it is not scientifically reliable for
13
14  determination of causation to look at surrogates for suicide such as depression, since rates of

15  depression are increased in patients suffering from pain syndromes, epilepsy, and other

16  conditions, it is noteworthy that placebo-controlled studies of Neurontin in neuropathic pain have

17  observed <u>lower rates of depression</u> in subjects taking Neurontin compared to placebo ( FDA

18  Review and Evaluation of Clinical Data, Dr. Sharon Hertz, May 24, 2002, pg. 34, Table 6.14))[5].

19

20  ─────────────────────

21  [5] In fact, all psychological adverse events have been reported to be greater on placebo than on Neurontin
    (Gabapentin Integrated Summary of Safety, pg. 44, Table 14, 2001).  This is true for many of the
22  psychiatric adverse events cited by Dr. Kruszewski. For example, reports of hostility in the epilepsy ISS
    were higher in placebo (0.7%) than Neurontin (0.0%) (Epilepsy ISS, App. B.33); reports of anxiety were
23  higher in placebo (1.3%) than Neurontin (0.7%) (Epilepsy First Safety Update, Table 9).  Dr.
    Kruszewski's use of other psychiatric adverse events to suggest Neurontin causes suicide isnot only
24  scientifically unsound, but a misuse of the clinical data.  Further, the use of a surrogate endpoint is
    restricted to rare instances, specifically to surrogates that are relatively easily measured and that predict a
25  rare or distant outcome, "but which is not itself a direct measure of either harm or clinical benefit."
    (Fathalla and Fathalla, A Practical Guide for Health Researchers, In: WHO Regional Publications,
26  Eastern Mediterranean Series 30, World Health Organization Regional Office for the Eastern
    Mediterranean, 2004, pg. 112).  A surrogate endpoint is not a good measure of the outcome unless it has
27  "a good positive predictor value, and a good negative predictor value, i.e. it should be both sensitive and
28                                                                              (continued...)

- 31 -

1    (Dr. Kruszewski conceded at his deposition that patients with epilepsy are far more likely to

2    experience depression and suicidality than the general population (Kruszewski Deposition Tr.,

3    pg. 303)). Similarly, on pages 13-15 of his report he selects out individual cases from the

4    clinical trials while ignoring the statistical analyses of the clinical trial database as a whole. At

5    his deposition, Dr. Kruszewski conceded that one cannot use case reports to make conclusions

6    regarding causation (Kruszewski Deposition Tr., pg. 340). As discussed above, case reports are

7    nothing more than a published account of certain clinical observations made by a physician

8    during the course of treating one (case report) or more (case series) patients. Precisely the same

9    "linkage" (i.e., temporal associations) between treatments and adverse events, including suicidal

10   ideation and behavior, can be shown in epileptic, chronic pain, and psychiatrically ill patients

11   exposed to no treatment, placebo treatment, and any and all active treatments for any of those

12   classes of disorders; the "linkage" tells us nothing scientifically about the cause of the observed

13   events or outcomes.

16       There is no reliable scientific evidence for Dr. Kruszewski's assertion that "Gabapentin's

17   pro-GABAergic effects and anti-glutaminergic effects result in negative mood alteration to

18   susceptible consumers." Dr. Kruszewski conceded at his deposition that he could not cite any

19   studies that suggest that an increase in brain GABA of 25% causes suicide or any studies that

20   conclude that there is a relationship between glutaminergic effects of Neurontin and suicide

22   (..continued)
23   specific. It is not enough for the endpoint to be biologically plausible to draw clinical conclusions. The
     end point should also be amenable to quality control monitoring." *Id.* The psychiatric-related events
24   plaintiffs' experts cite to are neither sensitive nor specific to predicting suicide or suicide attempt. I am
     aware of no scientific basis or any peer-reviewed literature supporting the use of psychiatric-related
25   events as an acceptable surrogate endpoints for suicide. *Cf.* Ghaemi, SN, et al., "Antidepressants in
     bipolar disorder: the case for caution," Bipolar Disorders 5:421, 427 (2003) ("In other words, one cannot
26   assume, sic et simpliciter, that bipolar depression is a 'surrogate endpoint' for suicide risk.").

1   (Kriszewski Deposition Tr., pg. 246).  Dr. Kruszewski was also unable to describe how he

2   would identify these "susceptible consumers" and conceded that his hypothesis has not been

3   tested or published and that there was no way of quantifying how much error was in his theory

4   (Kruszewski Deposition Tr., pp. 501-503).  As discussed above, analysis of the database of both

5   controlled and uncontrolled clinical trials using Neurontin, provides no reliable scientific

6   evidence of an association between Neurontin and suicide or suicide attempts.  Dr. Kruszewski's

7   reasoning is belied by simply looking to the elevated rates of suicide and suicide attempts in

8

9   untreated bipolar patients described in the Collins & MacFarland (2007) paper that he and other

10  plaintiffs' experts cite:  by his own logic, it is evident that suicide and suicide attempt rates are

11  three and four times greater, respectively, than the rates in the Neurontin-treated patients in that

12  study.

13

14          In the section of his report entitled, "Gabapentin's Ability to Negatively Alter Mood

15  Confirmed by FDA" (pp. 12-15), Dr. Kruszewski quotes Dr. Cynthia McCormick, the FDA

16  reviewer of the New Drug application for Neurontin, to support his assertions that Neurontin

17  causes mood and behavioral disturbances.  I have reviewed Dr. McCormack's affidavit of

18  September 13, 2007 in which she affirms her opinion that Neurontin is a safe and effective

19  medication (page 4, paragraph 12) and stated, "whereas I emphasized in my Review the potential

20

21  risk of depression and suicidality, I never concluded that the clinical data affirmatively

22  established or supported the conclusion Neurontin increases the risk of or causes depression or

23  suicidal behavior.  Had I reached such a conclusion, I would have emphasized this conclusion in

24  one of the several reports I prepared during the epilepsy NDA review process and would have

25  made a strong appeal that the drug should not be approved.  Furthermore, such a concern also

26

27

28

1  would have been prominently noted in a warning in the final approved labeling" (McCormick

2  Affidavit, page 4, paragraph 14).

3       Finally, in his sections entitled "Gabapentin's Effects are Paradoxical and Yield Differing

4  Results from Patient to Patient" (pp. 15-16) and "Other Drugs that Enhance GABAergic Activity

5  Cause Depression" (pp. 16-18), Dr. Kruszewski relies on case reports of Neurontin prescribed

6  with other medications and on case reports involving other medications (not Neurontin).  Each

7

8  of the other medications that Dr. Kruszewski refers to has a distinct chemical composition and

9  structure that differs from all of the others, and as a result, they each exhibit somewhat different

10 pharmacodynamic and pharmacokinetic properties and have different therapeutic and side effect

11 profiles (Valium and alcohol are not even in the same class as Neurontin).  Because of such

12

13 differences, conclusions drawn from studies involving one medication cannot necessarily be

14 ascribed to the other drugs in the class.  It is simply not good science to assume, for example,

15 that if treatment with Vigabatrin® (another anticonvulsant) is found in a scientifically reliable

16 study to be associated with adverse event X, that treatment with Neurontin would also be

17 associated with X.  Such an association can be evaluated only if a rigorous, properly controlled

18 study directly comparing Neurontin with the other medications  is undertaken and demonstrates

19

20 the hypothesized similarity in their respective "effects."  In his deposition, Dr. Kruszewski

21 conceded that he could not identify one peer reviewed study that concluded that Neurontin was

22 like Valium or alcohol and causes suicide (Kruszewski Deposition Tr., pp. 526-528).

23 **Dr. Bentson McFarland (October 19, 2007)**

24      Dr. McFarland states that all his opinions are contained in the article Collins and

25 McFarland, "Divalproex, lithium, and suicide among Medicaid patients with bipolar disorder". J

26

27 Aff Disorders, in press.  As discussed above, this paper describes an uncontrolled observational

28

- 34 -

study of Oregon Medicaid patients, which as the authors themselves point out in the paper, has serious limitations. Their paper does not purport to conclude, and nowhere even suggests, that Neurontin causes or contributes to causing suicidal behavior. Dr. McFarland conceded this at his Deposition (McFarland Deposition Tr., pg. 106, pp. 211-212). Dr. McFarland also testified that he did not intend the findings of this paper to suggest that Neurontin actually causes suicide (McFarland Deposition Tr., pg. 199) or that those patients who take Neurontin are at an increased risk for suicide compared with patients who do not take Neurontin (McFarland Deposition Tr., pp. 107-109). Moreover, the very data that Collins and MacFarland cite in their paper (Baldessarini et al., CNS Spectrums 2006; 11:465-471; Baldessarini and Tondo JAMA 2003; 290:1517-1519; Goodwin J Clin Psychiatry 1999; 60 (suppl 2):89-93) demonstrates that the Neurontin-treated bipolar patients they examined manifested an approximately 65% lower risk of suicide and 75% lower risk of suicide attempts than untreated bipolar patients. To the extent the Collins and MacFarland study is relevant, it tends strongly to disprove the causal claims made about Neurontin in this litigation.

**Dr. Sander Greenland (October 15, 2007)**

Dr. Greenland does not opine that Neurontin causes suicide. In fact, he concludes that the clinical and epidemiologic data fail to support or prove an association. His opinion is that there is an absence of extensive epidemiologic evidence regarding the relation of Neurontin to suicide risk (pg. 19). He also concludes that the Collins and McFarland study discussed above has significant limitations and in any case, "could not separate causative effects of gabapentin (Neurontin) from preventative effects of lithium" (pg. 19). Finally, Dr. Greenland concludes that the unpublished Pfizer material on Neurontin "provide essentially no evidence on (sic) regarding a possible effect of gabapentin (Neurontin) on suicide risk" (pg. 19). But there is no "absence" of epidemiologic evidence: there is a relatively large body of randomized, blinded, placebo controlled clinical trial data comparing the incidences of the specific outcomes at issue in this

- 35 -

1    case in more than 5100 Neurontin-exposed subjects and more than 2600 placebo controls

2    (unexposed) subjects.  The evidence shows no association whatsoever.  The viable scientific

3    conclusions that remain are that the hypothesized phenomenon – Neurontin-induced suicidal

4    behavior – either does not exist or that it is so exceedingly rare that it could not be detected in

5    studies involving thousands of subjects.  It is certainly the case at this point that there is no

6    reliable scientific evidence that Neurontin causes suicide or suicide attempts.  In contrast, it

7    should be noted that the associations between chronic pain, epilepsy, and comorbidity of either

8    of those conditions with depression and suicide and suicide attempts are readily apparent in

9    studies involving comparably-sized populations  (Fishbain, DA, Association of Chronic Pain on

10   Suicide, Seminars of Clinical Neuropsychiatry, 4:221 (1999); Nilsson et al., Risk Factors for

11   Suicide in Epilepsy: A Case Control Study, Epilepsia 43:644 (2002); Christensen et al., Epilepsy

12   and risk of suicide: a population-based case-control study.  Lancet Neurol. 2007 6:693-698;

13   Khan et al., Suicide Risk in Patients with Anxiety Disorders: A Meta-Analysis of the FDA

14   Database, Journal of Affective Dsorders 68:183 (2002); L. Tondo et al., Suicidal Behavior in

15   Bipolar Disorder: Risk and Prevention, CNS Drugs 17:491 (2003).

16

17        Dr. Greenland also opines that the double-blind, randomized controlled clinical trials are

18   under-powered and are thus of no value.  I disagree.  This is the accepted methodology of the

19   medical and scientific community.  The data has been and continues to be useful to the FDA and

20   the medical and scientific community.  Dr. Greenland is hypothesizing that the association of

21   suicide and Neurontin is so rare that hundreds of thousands of people would need to be studied.

22   The fact that 12 million people world-wide had been exposed to Neurontin by September, 2004

23   and its acceptance by the FDA and the medical community as a safe medication belies Dr.

24   Greenland's assertion.

25

26        Having reviewed the reports of Plaintiff's experts,  they do not present any scientifically

27   reliable evidence that Neurontin causes, worsens, or contributes to suicide or suicidality in

28

- 36 -

adults.  My opinion to a reasonable degree of medical and scientific certainty is that the available scientific evidence does not establish that taking Neurontin is significantly associated with, creates, causes, contributes to or worsens suicidality or suicide.

## CONCLUSION

Based on my review of the scientific literature and data related to Neurontin, there is no reliable scientific evidence that taking Neurontin is significantly associated with, let alone creates, causes, or worsens, suicidality. In fact, the Neurontin clinical trial database does not indicate that there is any association between taking Neurontin and the development of suicidality.  As indicated above, suicide is an unfortunate complication of epilepsy, chronic pain, bipolar disorder, depression, and anxiety especially when accompanied by life stressors.

My opinions expressed in this report are to a reasonable degree of medical and scientific certainty.

I reserve the right to amend or supplement this report based on additional material that becomes available, including Plaintiff's Expert Testimony and the reports and materials considered by other designated Experts.

The bases for my opinion are as follows:  My own professional clinical experience, education and training in Psychiatry and Psychopharmacology and the use of Neurontin in patients with bipolar disorder, anxiety, social phobia, and chronic pain, as well as the literature and materials I have reviewed related to Neurontin, including the references in this report on the attached list.

2.  Qualifications:  A copy of my most current curriculum vitae is attached as Exhibit A which contains all of my articles that were published in the last ten years.

- 37 -

1   <u>Compensation:</u>  I charge $450.00 per hour for time spent on this case.

2       Cases in which I have served as an expert and have testified at trial or have given a

3   deposition in the last four years:

4       <u>2007:</u>

5

6       Tucker v. GlaxoSmithKline, (Federal Court – Southern District of Indiana)

7           Deposition:  January 12, 2007

8       Griffith v. Goldman, (State Court – New Jersey)

9           Deposition:  January 19, 2007

10      Sherman v. Chapman, (State Court – New Hampshire)

11          Deposition:  March 5, 2007

12

13      Molnar v. Kaiser Permanente (State Court – Ohio)

14          Deposition:  May 3, 2007

15      Inyang v. Orvin et al., (State Court – Massachusetts)

16          Testimony at trial:  October 12, 2007

17      Meloche (Jamara) v. March et al., (State Court – Massachusetts)

18          Testimony at trial:  October 18, 2007

19      Infosint v. Lundbeck and Forest Laboratories (Federal Court – New York)

20          Deposition:  November 9, 2007

21      <u>2006:</u>

22      Forest Laboratories, Inc. and H. Lundbeck A/S v. Ivax Pharmaceuticals, Inc., et al,

23          Testimony at trial (Federal Court – District of Delaware), March 27, 2006

24

25      Aron v. Laage, Testimony at trial, Cambridge Superior Court (State Court –

26          Massachusetts),  June 8, 2006

27      Hudson v. Joseph, Testimony at trial, Lawrence Superior Court (State Court –

28

Massachusetts),  June 26, 2006

Miller v. GlaxoSmithKline,  (Federal court – Northern District of Oklahoma),

    Deposition:  November 30, 2006

<u>2005:</u>

MDL Litigation In Re Paxil, (Federal Court – California),  Deposition: February 18, 2005

Forest Laboratories, Inc. and H. Lundbeck A/S v. Ivax Pharmaceuticals, Inc., et al,

    (Federal Court – District of Delaware),  Deposition : March 4, 2005

Baxter v. Eli Lilly and Company (Federal Court – Alabama), Deposition: August 9, 2005

Krygowski vs. Armbrust (State Court – Massachusetts), Testimony at trial:

    December 15, 2005

<u>2004 :</u>

None


_____        _____

Anthony J. Rothschild, M.D.                   Date

- 39 -