# Exhibit 17

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/R1.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

# Immunization Safety Review

## Vaccines and Autism

Immunization Safety Review Committee
Board on Health Promotion and Disease Prevention

INSTITUTE OF MEDICINE
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/24.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

24



FIGURE 1 Committee charge.

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/25.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

---

**BOX 1
Previous Reports of the
Immunization Safety Review Committee**

*Immunization Safety Review: Measles-Mumps-Rubella Vaccine and Autism* (IOM, 2001a)
*Immunization Safety Review: Thimerosal-Containing Vaccines and Neurodevelopmental Disorders* (IOM, 2001b)
*Immunization Safety Review: Multiple Immunizations and Immune Dysfunction* (IOM, 2002b)
*Immunization Safety Review: Hepatitis B Vaccine and Demyelinating Neurological Disorders* (IOM, 2002a)
*Immunization Safety Review: SV40 Contamination of Polio Vaccine and Cancer* (IOM, 2002c)
*Immunization Safety Review: Vaccinations and Sudden Unexpected Death in Infancy* (IOM, 2003)
*Immunization Safety Review: Influenza Vaccines and Neurological Complications* (IOM, 2004)

---

materials reviewed by the committee, including many items not cited in this report, can be found on the project's website.

## THE FRAMEWORK FOR SCIENTIFIC ASSESSMENT

### Causality

The Immunization Safety Review Committee has adopted the framework for assessing causality developed by previous IOM committees (IOM, 1991, 1994a,b) convened under the congressional mandate of P.L. 99-660 to address questions of immunization safety. The categories of causal conclusions used by the committee are as follows:

1. No evidence
2. Evidence is inadequate to accept or reject a causal relationship
3. Evidence favors rejection of a causal relationship
4. Evidence favors acceptance of a causal relationship
5. Evidence establishes a causal relationship

Assessments begin from a position of neutrality regarding the specific immunization safety hypothesis under review. That is, there is no presumption that a specific vaccine (or vaccine component) does or does not cause the adverse event in question. The weight of the available clinical and epidemiologic evi-

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/26.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

*26*                                                                                              *IMMUNIZATION SAFETY REVIEW*

dence determines whether it is possible to shift from that neutral position to a finding for causality ("the evidence favors acceptance of a causal relationship") or against causality ("the evidence favors rejection of a causal relationship"). The committee does not conclude that the vaccine does not cause the adverse event *merely* because the evidence is inadequate to support causality. Instead, it maintains a neutral position, concluding that the "evidence is inadequate to accept or reject a causal relationship."

Although no firm rules establish the amount of evidence or the quality of the evidence required to support a specific category of causality conclusion, the committee uses standard epidemiologic criteria to guide its decisions. The most definitive category is "establishes causality," which is reserved for those relationships in which the causal link is unequivocal, as with the oral polio vaccine and vaccine-associated paralytic polio or with anaphylactic reactions to vaccine administration (IOM 1991, 1994a). The next category, "favors acceptance" of a causal relationship, reflects evidence that is strong and generally convincing, although not firm enough to be described as unequivocal or established. "Favors rejection" is the strongest category in the negative direction. (The category of "establishes no causal relationship" is *not* used because it is virtually impossible to prove the absence of a relationship with the same surety that is possible in establishing the presence of one.)

If the evidence is not reasonably convincing either in support of or against causality, the category "inadequate to accept or reject a causal relationship" is used. Evidence that is sparse, conflicting, of weak quality, or merely suggestive—whether toward or away from causality—falls into this category. Under these circumstances, some authors of similar assessments use phrases such as "the evidence does not presently support a causal association." The committee believes, however, that such language does not make the important distinction between evidence indicating that a relationship does not exist (category 3) and evidence that is indeterminate with regard to causality (category 2). The category of "no evidence" is reserved for those cases in which there is a complete absence of clinical or epidemiologic evidence.

The sources of evidence considered by the committee in its assessment of causality include epidemiologic and clinical studies directly addressing the question at hand. That is, the data are specifically related to the effects of the vaccine(s) under review and the adverse health outcome(s) under review—in this report, the MMR vaccine and thimerosal-containing vaccines and the risk of autism.

Epidemiologic studies carry the most weight in a causality assessment. These studies measure health-related exposures and outcomes in a defined set of subjects and use that information to make inferences about the nature and strength of associations between such exposures and outcomes in the overall population from which the study sample was drawn. Epidemiologic studies can be categorized as observational or experimental (clinical trial), and as uncontrolled or

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/27.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

*VACCINES AND AUTISM* 27

controlled. Among these categories, experimental studies generally have the advantage of random assignment to exposures and are therefore the most influential in assessing causality. Uncontrolled observational studies are important but are generally considered less definitive than controlled observational studies. Ecological studies are another category of epidemiological studies that use populations or groups of people, rather than individuals, as the units of analysis (Last et al., 1995). Because the joint distribution of the study factors(s) and disease within each group is unknown in ecological studies, it is difficult to make any causal inferences regarding the association between an exposure and disease at the individual level (Kleinbaum et al., 1982). The committee also separates those studies that analyze data from passive reporting systems into a separate category. Case reports and case series are generally inadequate by themselves to establish causality. Despite the limitations of case reports, the causality argument for at least one vaccine-related adverse event (the relationship between vaccines containing tetanus toxoid and Guillain-Barré syndrome) was strengthened most by a single, well-documented case report on recurrence of the adverse event following readministration of the vaccine, a situation referred to as a "rechallenge" (IOM, 1994a).

### Biological Mechanisms

The committee's causality assessments must be guided by an understanding of relevant biological processes. Therefore the committee's scientific assessment includes consideration of biological mechanisms by which immunizations might cause an adverse event. The evidence reviewed comes from human, animal, and *in vitro* studies of biological or pathophysiological processes relevant to the question before the committee. This kind of review was referred to in previous reports of this committee on vaccines and autism (IOM, 2001a,b) and others (IOM, 1991, 1994a) as an assessment of the "biological plausibility" of a causal relationship. The use of "biologic mechanisms" in lieu of "biologic plausibility" was introduced in the committee's third report (IOM, 2002b). The committee shifted its terminology for several reasons. First, an agreed upon hierarchy of evidence required for assessments of biological plausibility does not exist, nor does an associated terminology (Weed and Hursting, 1998).

Second, the committee noted that the term biological plausibility is associated with a particular set of guidelines (sometimes referred to as the Bradford Hill criteria) for causal inference from epidemiological evidence (Hill, 1965). In that context, an assessment of the biological plausibility of an association demonstrated by epidemiological analysis is meant to ensure that such an association is consistent with current biological knowledge. Evidence regarding biological plausibility, however, can never prove causality. It is also meant to guard against attributions of causality to biologically implausible statistical associations that

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/28.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

might result from studies that have not adequately accounted for important variables.[1]

Third, the committee understands that some readers of its reports are confused by what might be perceived as contradictory findings. Although the committee has previously stated that biological plausibility can range across a spectrum, readers sometimes regard the term with a degree of certainty or precision the committee never intended. When other evidence of causality is available, biological plausibility adds an additional piece of supportive evidence. However, in the absence of other evidence pointing to a causal relationship, use of the term biological plausibility, as ingrained in the language of causal inference, seems to add confusion.

Thus the committee concluded in its third report (IOM, 2002b) that for future reports, the lack of clarity in the phrase "biological plausibility" warranted the adoption of new terminology and a new approach to its discussion of biological data. The committee decided to review evidence regarding "biological mechanisms" that might be consistent with the proposed relationship between a vaccine exposure and given adverse events.

The biological mechanisms section of the report is written distinct from any argument regarding the causality of such relationships. This is not meant to imply that current understanding of biological processes does not shape or guide assessments of causality. When convincing statistical or clinical evidence of causality is available, biological data add support. This committee, however, is often faced with a set of circumstances in which the epidemiological evidence is judged inadequate to accept or reject a causal association between a vaccine exposure and an adverse event of concern. It is then left with the task of examining proposed or conceivable biological mechanisms that might be operating if an epidemiologically sound association *could* be shown between vaccine exposure and an adverse event. Identification of sound mechanisms could influence the development of an appropriate research agenda and give support to policymakers, as decisions frequently must be made in situations of incomplete information regarding causality. Finally, there is often value in understanding and pursuing possible biological mechanisms even if the epidemiological evidence suggests a

---

[1] For example, although a strong statistical relationship might exist between a woman's risk of breast cancer and the number of bathrooms in her home, there is no mechanism based on knowledge of cancer biology that could indicate the relationship is causal. Rather, the number of bathrooms is associated with socioeconomic status, which is associated with such factors as diet that can be linked mechanistically to cancer biology. The biological implausibility of an association between the number of bathrooms in a house and the risk of breast cancer weakens the argument for a causal relationship. In other cases, a review of the biological plausibility of an association might add reassurance that the epidemiological findings point toward or reflect causality. Occasionally an epidemiological observation has been explained by a reasonable biological mechanism that, on further investigation, appeared not to be relevant for the pathophysiology.

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/29.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

lack of a causal association. New epidemiological studies could lead one to revise a previous causality assessment thus giving sound biological mechanisms more prominence in future assessments. Also, a review of biological data could give support to the negative causality assessment or could cause one to reconsider or pursue the epidemiological findings further. However, absent evidence of a statistical association, or convincing clinical evidence, biological mechanisms cannot be invoked to prove causality.

The committee has established three general categories of evidence on biological mechanisms:

1. *Theoretical.* A reasonable mechanism can be hypothesized that is commensurate with scientific knowledge and does not contradict known physical and biological principles, but has not been demonstrated in whole or in part in humans or animal models. Postulated mechanisms by which a vaccine might cause a specific adverse event but for which no coherent theory exists would not qualify for this category. Thus, "theoretical" is not a default category, but one that requires thoughtful and biologically meaningful suppositions.

2. *Experimental.* A mechanism can be shown to operate in *in vitro* systems, animals, or humans. But experimental evidence often describes mechanisms that represent only a portion of the pathological process required for expression of disease. Showing that multiple portions of a process operate in reasonable experimental models strengthens the case that the mechanisms could possibly result in disease in humans, but it cannot establish proof.

Some experimental evidence is derived under highly contrived conditions. For example, achieving the results of interest may require extensive manipulation of the genetics of an animal system, or *in vivo* or *in vitro* exposures to a vaccine component that are extreme in terms of dose, route, or duration. Other experimental evidence is derived under less contrived conditions. For example, a compelling animal or *in vitro* model might demonstrate a pathologic process analogous to human disease when a vaccine antigen is administered under conditions similar to human use. Experimental evidence can also come from studies in humans. In any case, biological evidence is distinct from the epidemiologic evidence obtained from randomized controlled trials and other population-based studies that are the basis for the causality assessment.

3. *Evidence that the mechanism results in known disease in humans.* For example, a wild-type infection causes the adverse health effect associated with the vaccine, or another vaccine has been demonstrated to cause the same adverse effect by the same or a similar mechanism. Data from population-based studies of the risk of adverse outcomes following vaccination constitute evidence regarding causality, not biological mechanisms.

If the committee identifies evidence of biological mechanisms that could be operating, it offers a summary judgment of that body of evidence as weak, mod-

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/30.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

30                                                                IMMUNIZATION SAFETY REVIEW

crate, or strong. Although the committee tends to judge biological evidence in humans as "stronger" than biological evidence from highly contrived animal models or *in vitro* systems, the summary judgment of the strength of the evidence also depends on the quantity (e.g., number of studies or number of subjects in a study) and quality (e.g., the nature of the experimental system or study design) of the evidence. Obviously, the conclusions drawn from this review depend both on the specific data and scientific judgment. To ensure that its own summary judgment is defensible, the committee aims to be as explicit as possible regarding the strengths and limitations of the biological data.

The committee's examination of biological mechanisms reflects its opinion that available information on possible biological explanations for a relationship between immunization and an adverse event should influence the design of epidemiologic studies and analyses. Similarly, the consideration of confounders and effect modifiers is essential in epidemiologic studies and depends on an understanding of the biological phenomena that could underlie or explain the observed statistical relationship. The identification of sound biological mechanisms can also guide the development of an appropriate research agenda and aid policymakers, who frequently must make decisions without having definitive information regarding causality.

In addition, investigating and understanding possible biological mechanisms is often of value even if the available epidemiologic evidence suggests the absence of a causal association. A review of biological data could give support to the negative causality assessment, for example, or it could prompt a reconsideration or further investigation of the epidemiologic findings. If new epidemiologic studies were to question the existing causality assessment, the biological data could gain prominence in the new assessments.

### Published and Unpublished Data

Published reports carry the most weight in the committee's assessment because their methods and findings are laid out in enough detail to be assessed. Furthermore, those published works that undergo a rigorous peer review are subject to comment and criticism by the entire scientific community. Thus the committee generally cannot rely heavily on unpublished data in making its scientific assessments (regarding either causality or biological mechanisms) because they usually lack the commentary and criticism provided by peer review and must therefore be interpreted with caution. The committee also relies on editorial and peer-review procedures to ensure the disclosure of potential conflicts of interest that might be related to sources of funding of the research studies. The committee does not itself investigate the sources of funding of the published research reports it reviews, nor do funding sources influence the committee's interpretation of the evidence.

Unpublished data and other reports that have not undergone peer review do

Immunization Safety Review: Vaccines and Autism (2004)
http://www.nap.edu/openbook/030909237X/html/31.html, copyright 2004, 2001 The National Academy of Sciences, all rights reserved

*VACCINES AND AUTISM* 31

have value, however, and are often considered by the committee. They might be used, for example, in support of a body of published, peer-reviewed literature with similar findings. If the committee concluded that the unpublished data were well described, had been obtained using sound methodology, and presented very clear results, the committee could report, with sufficient caveats in the discussion, how the unpublished data fit with the entire body of published literature. Only in extraordinary circumstances, however, could an unpublished study refute a body of published literature.

The Immunization Safety Review Committee's scope of work includes consideration of clinical topics for which high-quality experimental studies are rarely available. Although many other panels making clinical recommendations using evidence-based methods are able to require that randomized trials be available to reach strong conclusions, the IOM committee was convened specifically to assess topics that are of immediate concern yet for which data may just be emerging. Given the unique nature of this project, therefore, the committee deemed it important to review and consider as much information as possible, including unpublished reports. The committee does not perform primary or secondary analyses of unpublished data, however. In reviewing unpublished material, the committee applies generally accepted standards for assessing the quality of scientific evidence, as described above. (All unpublished data reviewed by the committee and cited in this report are available—in the form reviewed by the committee—through the public access files of the National Academies. For a summary of these submissions, see Appendix E. Information about the public access files is available at 202-334-3543 or www.national-academies.org/publicaccess.)

## UNDER REVIEW:
## VACCINES AND AUTISM

In this report, the committee examines the hypothesis of whether or not the MMR vaccine and the use of vaccines containing the preservative thimerosal can cause autism. The IOM has issued two previous reports examining the role of vaccines in autism. The first report, which reviewed the hypothesized causal association between the MMR vaccine and autism (IOM, 2001a), the committee concluded that the evidence at the time favored rejection of a causal relationship at the population level between MMR vaccine and autism. The committee's conclusion did not exclude the possibility that MMR could contribute to autism in small number of children, given that the epidemiological studies lacked sufficient precision to assess rare occurrences. Thus it was possible that epidemiological studies would not detect a relationship between autism and MMR vaccination in a subset of the population with a genetic predisposition to autism. The biological models for an association between MMR and autism were not established, but nevertheless were not disproved.

In a subsequent report, the committee reviewed the hypothesized link be-