# Exhibit 18




ELSEVIER

Journal of Affective Disorders xx (2007) xxx–xxx

JOURNAL OF
AFFECTIVE
DISORDERS

www.elsevier.com/locate/jad

Research report

# Divalproex, lithium and suicide among Medicaid patients with bipolar disorder

Jon C. Collins [a,b], Bentson H. McFarland [a,*]

[a] *Department of Psychiatry, CR-139, Oregon Health & Science University, Portland, Oregon 97239, United States*
[b] *Addictions and Mental Health Division, Department of Human Services, State of Oregon, Salem, Oregon 97301, United States*

Received 25 October 2006; received in revised form 1 June 2007; accepted 11 July 2007

## Abstract

*Background:* Suicide completion and attempted suicide are major concerns for people with bipolar disorder. Studies in the private sector have suggested that lithium treatment may be superior to divalproex therapy with regard to minimizing suicidal behavior among individuals with bipolar disorder. However, few data are available regarding Medicaid patients diagnosed with bipolar disorder.
*Methods:* Subjects were 12,662 Oregon Medicaid patients diagnosed with bipolar disorder and treated with medication between 1998 and 2003. Outcomes measures were completed suicide and emergency department visits for suicide attempts (including non-fatal poisoning). Cox proportional hazards models were used to adjust for demographics, co-morbidity, and concurrent psychotropic medication use.
*Results:* Divalproex was the most common mood stabilizer (used by 33% of subjects) followed by gabapentin (32%), lithium (25%), and carbamazepine (3%). There were 11 suicide deaths and 79 attempts. Adjusted hazard ratios (versus lithium users) for suicide attempts were 2.7 for divalproex users ($p<0.001$), 1.6 for gabapentin users (not significant) and 2.8 for carbamazepine users (not significant). For suicide deaths, the adjusted hazard ratios were 1.5 for divalproex users (not significant), 2.6 for gabapentin users ($p<0.001$), and not available for carbamazepine users.
*Limitations:* It should be noted that subjects were not assigned at random to medication use, data on prior suicide attempts were not available, medication use was measured by automated pharmacy records, and duration of mood stabilizer utilization may have been brief.
*Conclusions:* Lithium may have a protective effect with regard to suicide attempts among Medicaid patients with bipolar disorder. It remains unclear whether or not lithium protects these patients against completed suicide.
© 2007 Elsevier B.V. All rights reserved.

*Keywords:* Mood stabilizer; Valproate; Valproic acid; Carbamazepine; Gabapentin; Community mental health; Anticonvulsant; Antiepileptic

## 1. Introduction

Completed suicide and attempted suicide are major concerns for people with bipolar disorder (Baldessarini et al., 2006; Baldessarini and Tondo, 2003; Goodwin, 1999; Müller-Oerlinghausen et al., 2002). In the absence

* Corresponding author. Tel.: +1 503 245 6550; fax: +1 503 494 1209.
  E-mail address: mcfarlab@ohsu.edu (B.H. McFarland).

0165-0327/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2007.07.014

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014

of treatment, approximately one person per hundred individuals with bipolar disorder completes suicide annually and about four per hundred attempt suicide (Baldessarini et al., 2006). These risks are approximately one hundred-fold higher (completed suicide) and ten-fold greater (suicide attempts) than those for the general population (Baldessarini et al., 2006).

Although the data are not unequivocal (Coryell et al., 2001; Gelenberg, 2001) there is evidence that lithium may markedly reduce the risk of completed suicide and suicide attempts among individuals with affective conditions such as bipolar disorder (Baldessarini et al., 2006, 2003; Baldessarini and Tondo, 2003; Müller-Oerlinghausen, 2001; Schou, 1999; Tondo et al., 2001). Summarizing numerous studies, Baldessarini et al. (2006) suggested that lithium treatment reduces the risk of completed suicide by roughly nine-fold (to around one death per thousand persons per year) and lowers the risk of suicide attempt about four-fold (to about one attempt per hundred persons per year) among people with affective conditions (chiefly bipolar disorder).

Over the last several years in the United States anticonvulsant medications have overtaken lithium for treatment of people with bipolar disorder (Blanco et al., 2002; Fenn et al., 1996; Goodwin, 1999; Goodwin et al., 2003) with divalproex being especially popular. In a large study of some twenty thousand health maintenance organization members with bipolar disorder, Goodwin et al. (2003) found that risks of completed suicide and of suicide attempts were lower during treatment with lithium versus treatment with divalproex. For example, the suicide death rates were 0.7 per thousand persons per year during lithium use versus 1.7 per thousand persons per year during divalproex use. Similarly, a randomized trial of 378 individuals with affective disorder followed for over two years suggested that lithium (versus carbamazepine) may have a protective effect with regard to suicide completion and suicide attempts (Thies-Flechtner et al., 1996). On the other hand, in a small study of 140 private practice patients with bipolar disorder followed for an average of about two years, Yerevanian et al. (2003) found no differences in suicide attempts between users of lithium versus patients taking antiepileptic medications (chiefly divalproex). Moreover, there was only one suicide death in the Yerevanian et al. (2003) study (in a patient who was off lithium).

It should be noted that both the Goodwin et al. (2003) and the Yerevanian et al. (2003) studies involved persons with bipolar disorder treated in the private sector. Little is known about relationships between medication use and suicidal behavior among individuals with bipolar disorder served chiefly in the public sector. In particular, there are few (if any) data about Medicaid patients with this condition. Yet the joint state-federal Medicaid program is a key health insurer for poor and/or disabled individuals in the United States who have long-lasting mental conditions such as bipolar disorder. For example, the National Co-morbidity Survey Replication showed that in the United States from 2001 through 2003 some 26% of individuals with lifetime diagnosis of Type I bipolar disorder were Medicaid patients at the time of the interview versus only 9% of the general population.

In addition, the Goodwin et al. (2003) study included individuals who switched medication (for example from lithium to divalproex). Moreover, subjects who switched medication could contribute time under observation to, for example, both lithium and divalproex (Goodwin et al., 2003). It has been pointed out that switching medications complicates interpretation of the data (Yerevanian et al., 2004). Also, it has been suggested that individuals who discontinue lithium (especially if lithium is discontinued rapidly) may be at an especially high risk for suicide (Bowden, 2000). An alternative approach is to restrict the study to the initial (or index) episode of medication treatment during the observation period (Goodwin et al., 2004).

Therefore, the present study examined relationships between suicidal behavior and medication use for Medicaid patients with diagnoses of bipolar disorder. The objective was to compare rates of completed suicide and suicide attempts among those Medicaid patients using lithium, divalproex, and/or other anticonvulsant medications, with emphasis on the initial (or index) episode of medication use during the study period.

## 2. Methods

Subjects were identified from Oregon state Medicaid and mental health databases. Inclusion criteria were (a) enrollment in the Oregon Medicaid program, (b) diagnosis of bipolar disorder (either Type I or Type II) between 1998 and 2003, and (c) receipt of at least one dispensing of lithium, divalproex, carbamazepine, gabapentin, or other anticonvulsant medication (e.g., lamotrigine or oxcarbazepine). Subjects were excluded if there was more than one diagnosis of schizophrenia at any time during the study period or any diagnosis of schizoaffective disorder, dementia, or other cognitive disorder prior to first diagnosis of bipolar disorder.

The outcome measures were completed suicide (or fatal poisoning) and emergency department visits related to suicide attempt (including non-fatal poisoning). Completed suicides and fatal poisonings were identified

Table 1
Oregon Medicaid patients treated for bipolar disorder — 1998 through 2003

| Characteristics | N (12,662) | Percent |
|---|---|---|
| Age, mean (SD) | 38.7 (14.2) | |
| Female | 8337 | 65.8 |
| First mood stabilizer | | |
| Lithium | 3200 | 25.3 |
| Divalproex | 4142 | 32.7 |
| Carbamazepine | 420 | 3.3 |
| Gabapentin | 4025 | 31.8 |
| Lamotrigine | 108 | 0.9 |
| Oxcarbazepine | 88 | 0.7 |
| Combination | 679 | 5.4 |
| Completed suicides | 12 | 0.1 |
| Suicide attempt emergency department visits | 81 | 0.6 |

Note: There were two suicide attempts and one completed suicide among subjects who used lamotrigine, oxcarbazepine, or combinations of mood stabilizers.

by matching state Medicaid and mental health records with Oregon vital statistics data. Emergency department visits associated with attempted suicide (including nonfatal poisoning) were obtained from state Medicaid records.

Treatment exposure was measured using Medicaid pharmacy claim records, which showed the date of dispensing and the days' supply of the medication. Sequential dispensing records were linked to construct an episode of treatment exposure. A "grace period" (Goodwin et al., 2003) of 31 days was employed in situations where the sequence of refills appeared to have been interrupted temporarily.

The data analysis focused on initial episodes of mood stabilizer utilization and the first events (such as suicide attempt) during the study period. In other words, the analysis examined in some detail the subject's first use of mood stabilizer medication during the study time period.

For each subject, potential confounding factors were extracted from state Medicaid claims files and mental health databases and used as covariates in the analysis. Covariates included physical and mental illnesses (seizure disorder, thyroid disorder, hepatic disorder, renal disease, pancreatitis or other pancreatic disorder, and anxiety disorders) as well as concomitant use of antidepressants, typical antipsychotics, and/or atypical antipsychotic medications.

For each outcome measure, Cox proportional hazards models were used to examine risk in relation to mood stabilizer exposure after adjustment for age, gender, year of diagnosis, co-occurring medical and psychiatric conditions, and concomitant use of other psychotropic medication. SPSS software was employed.

The project was approved by the Institutional Review Board at Oregon Health & Sciences University.

3. Results

As shown in Table 1, subjects were 12,662 Oregon Medicaid patients receiving services for bipolar disorder between 1998 and 2003. As would be expected in a Medicaid population, the patients were two-thirds female. The average age was 39. There were 81 suicide attempts and 12 completed suicides in the study population during the years of the project.

Table 1 also shows that the most frequently used mood stabilizer was divalproex (33% of subjects) with gabapentin the next most used anticonvulsant (32% of subjects). Lithium was used by 25% of subjects and carbamazepine by 3%. The remaining subjects used other anticonvulsants or combinations of mood stabilizers. Owing to small numbers of subjects using lamotrigine or oxcarbazepine, data from these individuals were not analyzed. In order to simplify the analyses, individuals using combinations of mood stabilizers were also excluded as per Yerevanian et al. (2003). Therefore, subjects were uniquely assigned to groups who used lithium, divalproex, gabapentin, or carbamazepine, respectively.

Table 2 shows the follow-up periods and the events for each of the medication use groups. There were two suicide deaths among lithium users, two among divalproex users, seven among gabapentin users, and none in the carbamazepine group. Regarding emergency

Table 2
Exposures and events

| | Lithium | Divalproex | Gabapentin | Carbamazepine | Total |
|---|---|---|---|---|---|
| Total person-years of exposure | 2558 | 2214 | 2002 | 242 | 7017 |
| Completed suicides | 2 | 2 | 7 | 0 | 11 |
| Suicide attempts | 15 | 41 | 19 | 4 | 79 |
| Completed suicides per thousand person-years of exposure | 0.78 | 0.90 | 3.50 | 0.00 | 1.57 |
| Suicide attempts per thousand person-years of exposure | 5.86 | 18.52 | 9.49 | 16.51 | 11.26 |

Note: Analyses excluded subjects who used lamotrigine, oxcarbazepine, or combinations of mood stabilizers. The excluded subjects accounted for two suicide attempts and one completed suicide.

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014

Table 3
Risks of completed suicides and suicide attempts

|  | Divalproex | | Gabapentin | | Carbamazepine | |
|---|---|---|---|---|---|---|
|  | Adjusted | | Adjusted | | Adjusted | |
|  | Hazard ratio | $p$-value | Hazard ratio | $p$-value | Hazard ratio | $p$-value |
| Completed suicides | 1.5 | 0.1 | 2.6 | <0.001 | NA | NA |
| Suicide attempts | 2.7 | <0.001 | 1.6 | 0.2 | 2.8 | 0.1 |

Based on Cox proportional hazards models adjusted for age, gender, year of diagnosis, co-occurring medical and psychiatric conditions, and concomitant use of other psychotropic medication with lithium users as the reference group.

department visits associated with suicide attempts, there were 15 events among lithium users, 41 in the divalproex group, 19 among gabapentin users, and four in the carbamazepine group.

The average completed suicide rate was 1.6 per thousand person-years with the highest rate in the gabapentin group (3.5 per thousand person-years) and the lowest rate (0.78 per thousand person-years) in the lithium user group. Regarding suicide attempts, the overall rate was approximately 11 per thousand person-years with the highest rate (approximately 19 per thousand person-years) among divalproex users and the lowest rate (approximately six per thousand person-years) in the lithium group.

Table 3 provides the adjusted hazard ratios for the divalproex, gabapentin, and carbamazepine users, respectively, versus lithium users as the reference group. The adjusted hazard ratio for completed suicide among divalproex users was 1.5 but this elevated risk of suicide death was not statistically significant. However risk of suicide completion was significantly (2.6 times) greater among gabapentin users versus lithium users ($p$ less than 0.001). There were no suicide deaths among carbamazepine users.

Regarding risks of suicide attempt, divalproex users had increased risk (adjusted hazard ratio of 2.7) compared to lithium users ($p$ less than 0.001). Conversely, the increased hazard ratios for suicide attempts among gabapentin users (1.6) and carbamazepine users (2.8) were not statistically significant.

## 4. Discussion

These data suggest that lithium was associated with reduced risk of attempted suicide among Medicaid patients with bipolar disorder. It remains unclear whether or not lithium is associated with reduced risk of completed suicide. The elevated rate of completed suicide among gabapentin users may well be related to prescription of this medication for people with chronic pain (in addition to bipolar disorder) who could be at very high risk for suicide. Although the present study used diagnosis codes to adjust for co-occurring physical conditions, this approach may not capture indicators of especially poor health among people with chronic pain. For example, Kaplan et al. (2007) recently showed that functional limitations (such reduced mobility) were much more powerful predictors of suicide than diagnoses in a longitudinal population-based project. Measures of functional status were not available in the Medicaid database.

This study had numerous limitations. Subjects were not, of course, assigned at random to the various mood stabilizing medications. Moreover, as in the study by Goodwin et al. (2003), important clinical data such as history of suicide attempts (Bowden and Fawcett, 2004) and medication adherence measures (Yerevanian et al., 2004) were not available. Diagnoses were obtained from electronic data systems and not from structured psychiatric interviews. Age at first diagnosis of bipolar disorder was not available. As in the Goodwin et al. (2003) project, this study presumed the data satisfied proportional hazards assumptions of the Cox model.

Also, there were modest numbers of suicide deaths which may have limited statistical power. Limited numbers of outcome events are common problems in studies of this type. For one example, Born et al. (2005) conducted a retrospective chart review of 128 patients at a university clinic in Germany. About half the patients were on lithium with the remainder on anticonvulsant mediation (chiefly lamotrigine or valproate). There were no suicides and no suicide attempts during follow-up (which was approximately one year). For another example, Bowden et al. (2000) conducted a randomized trial in which 372 participants with bipolar disorder were assigned to lithium (90 subjects), divalproex (187 subjects), or placebo (92 subjects) and then followed for a year. Reportedly there were few suicide attempts with two in the divalproex group, two in the lithium group, and none in the placebo group (Bender, 1998) and no completed suicides (Bowden, 2000).

There are similarities and differences between the present study and those of Goodwin et al. (2003) and Yerevanian et al. (2003). This study and Goodwin et al. (2003) found similar rates of completed suicide in the lithium user group (0.78 per thousand person-years in the present study versus 0.7 in Goodwin et al.). The only completed suicide in the Yerevanian et al. (2003) study was that of a person who had recently discontinued

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014

Case 1:04-cv-10981-PBS    Document 1160-25    Filed 03/07/2008    Page 6 of 7
ARTICLE IN PRESS
*J.C. Collins, B.H. McFarland / Journal of Affective Disorders xx (2007) xxx–xxx*    5

lithium. Rates of completed suicide per thousand person-years among divalproex users were lower in the present study (0.9) than in Goodwin et al. (1.7). Among carbamazepine users, there were no completed suicides in the present project and only two in Goodwin et al. (2003).

While the numbers of deaths were small, it is conceivable that the lower rate of completed suicide among anticonvulsant users in the present study versus that found by Goodwin et al. (2003) might in part reflect the focus on first episodes of mood stabilizer use. In other words, the present analysis did not include episodes that followed a switch from lithium to an anticonvulsant. It is possible that individuals in the Goodwin et al. (2003) study who switched from lithium to an anticonvulsant might have been at elevated risk of subsequent suicide due either to poor response to lithium or to adverse effects from lithium withdrawal.

Suicide attempt rates were generally lower in the present study versus Goodwin et al. (2003). For lithium users, the rates of suicide attempts associated with emergency department visits were 5.9 per thousand person-years in the present project versus 10.8 in Goodwin et al. (2003). For divalproex users, the present study found a rate of 18.5 versus 31.3 in Goodwin et al. (2003). For carbamazepine users, the present project had a rate of 16.5 versus 22.1 in Goodwin et al. (2003).

Similarly, the suicide attempt rates in Yerevanian et al. (2003) were also higher than those in the present project: 29.4 per thousand person-years among lithium users, 32.3 for valproate users, and 44.8 for carbamazepine users. However, the Yerevanian et al. (2003) rates are based on small numbers of events (five suicide attempts for lithium users and one each in the valproate and carbamazepine groups). In addition, it is not clear that the suicide attempts in the Yerevanian et al. (2003) study were associated with emergency department visits. With the same limitations, one can also estimate suicide attempt rates from the Bowden et al. (2000) randomized trial at 53.4 per thousand person-years for lithium users and 19.7 per thousand person-years for divalproex users.

It is possible that there may have been under-reporting of suicide attempts in the present project owing to complexities of the Medicaid data system. On the other hand, it is unlikely that there would have been differential under-reporting for members of particular medication use groups. Moreover, the overall ratio of suicide attempts to suicide deaths in the present study was approximately seven to one which is similar to the 6.4 to 1 ratio calculated by Baldessarini and Tondo (2003) from the Goodwin et al. (2003) data. Consequently, under-reporting of suicide attempts may have reduced statistical power in the present project but is unlikely to have introduced bias.

Additional differences between the present project and the previous studies are as follows. The subjects were Medicaid patients versus private sector health maintenance organization patients in Goodwin et al. (2003) and private practice patients in Yerevanian et al. (2003). While Medicaid patients are a special population, this group includes large numbers of people with bipolar disorder. Also, the present study involved more recent data than did the 1994 through 2001 work of Goodwin et al. (2003) and the 1979 through 2002 project by Yerevanian et al. (2003). Changes over time in the population of people treated with mood stabilizing medications might contribute to differences in the findings of the present study versus those of the earlier projects. In addition, the present data analysis focused on first episodes of mood stabilizer use and first events (such as suicide attempts) versus lumping together all episodes and all events as in the earlier work.

The focus of the present project on first episodes of mood stabilizer use among Medicaid patients may also account for the relatively brief exposures to these medications observed in this study. For example, lithium users averaged about ten months of use and users of the other mood stabilizers averaged about six months of medication use during these index episodes. These limited exposures reflect discontinuation of medication or switching from one to another mood stabilizer. It is not unlikely that discontinuation or switching of medication may occur more frequently in Medicaid patients than in private sector individuals with bipolar disorder.

As with the Goodwin et al. (2003) study, the present project used automated pharmacy records as the measure of medication utilization. It was not possible to confirm independently that patients were taking the medication as prescribed. Conversely, the Yerevanian et al. (2003) study involved closely monitored private practice patients for whom medication usage could be ascertained via several strategies. This difference in measures of medication use may account, at least in part, for discrepancies between results of the present project and those of Yerevanian et al. (2003).

The present project found that gabapentin use was associated with a greater risk of suicide compared to lithium. However, this greater risk during gabapentin use did not pertain to suicide attempts. Gabapentin is often prescribed for chronic pain which may well be related to suicide and suicide attempts (see, e.g., Kaplan et al., 2007). Goodwin et al. (2003) and Yerevanian et al. (2003) did not examine the risk associated with

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014

gabapentin use. This finding from the present study needs further exploration.

In summary, results from this study are not completely consistent with those of Goodwin et al. (2003) nor with those of Yerevanian et al. (2003). The present project found a higher risk of suicide attempt during use of divalproex compared to lithium but did not find greater risk with regard to suicide death among Medicaid patients with bipolar disorder.

Overall, then, it remains unclear whether or not there is differential impact on suicide deaths among the mood stabilizing agents. Lithium may exert a protective effect with regard to attempted suicide.

**Role of funding source**
Funding for this study was provided by Abbott Laboratories, which had no further role in study design; in the collection, analysis and interpretation of data; in the writing of the report; and in the decision to submit the paper for publication.

**Conflict of interest**
This work was supported in part by Abbott Laboratories. B.H.M. currently receives research grant funding from Eli Lilly. The authors have no other conflicts of interest.

## References

Baldessarini, R.J., Tondo, L., 2003. Suicide risk and treatments for patients with bipolar disorder. JAMA 290, 1517–1519.

Baldessarini, R.J., Tondo, L., Hennen, J., 2003. Lithium treatment and suicide risk in major affective disorders: update and new findings. J. Clin. Psychiatry 64 (Suppl 5), 44–52.

Baldessarini, R.J., Pompili, M., Tondo, L., 2006. Suicide in bipolar disorder: risks and management. CNS Spectr. 11, 465–471.

Bender, K.J., 1998. NCDEU report I: bipolar, stress and panic disorders. Psychiatric Times XV. Retrieved August 5, 2006, from http://www.psychiatrictimes.com/p980905.html.

Blanco, C., Laje, G., Olfson, M., Marcus, S.C., Pincus, H.A., 2002. Trends in the treatment of bipolar disorder by outpatient psychiatrists. Am. J. Psychiatry 159, 1005–1010.

Born, C., Dittmann, S., Post, R.M., Grunze, H., 2005. Newer prophylactic agents for bipolar disorder and their influence on suicidality. Arch. Suicide Res. 9, 301–306.

Bowden, C.L., 2000. The ability of lithium and other mood stabilizers to decrease suicide risk and prevent relapse. Curr. Psychiatry Rep. 2, 490–494.

Bowden, C., Fawcett, J., 2004. Pharmacotherapy and risk of suicidal behaviors among patients with bipolar disorder [Letter]. JAMA 291, 939.

Bowden, C.L., Calabrese, J.R., McElroy, S.L., Gyulai, L., Wassef, A., Petty, F., Pope Jr., H.G., Chou, J.C., Keck Jr., P.E., Rhodes, L.J., Swann, A.C., Hirschfeld, R.M., Wozniak, P.J., 2000. A randomized, placebo-controlled 12-month trial of divalproex and lithium in treatment of outpatients with bipolar I disorder. Arch. Gen. Psychiatry 57, 481–489.

Coryell, W., Arndt, S., Turvey, C., Endicott, J., Solomon, D., Mueller, T., Leon, A.C., Keller, M., 2001. Lithium and suicidal behavior in major affective disorder: a case-control study. Acta Psychiatr. Scand. 104, 193–197.

Fenn, H.H., Robinson, D., Luby, V., Dangel, C., Buxton, E., Beattie, M., Kraemer, H., Yesavage, J.A., 1996. Trends in pharmacotherapy of schizoaffective and bipolar affective disorders: a 5-year naturalistic study. Am. J. Psychiatry 153, 711–713.

Gelenberg, A.J., 2001. Can lithium help to prevent suicide? Acta Psychiatr. Scand. 104, 161–162.

Goodwin, F.K., 1999. Anticonvulsant therapy and suicide risk in affective disorders. J. Clin. Psychiatry 60 (Suppl 2), 89–93.

Goodwin, F.K., Fireman, B., Simon, G.E., Hunkeler, E.M., Lee, J., Revicki, D., 2003. Suicide risk in bipolar disorder during treatment with lithium and divalproex. JAMA 290, 1467–1473.

Goodwin, F.K., Simon, G., Revicki, D., Hunkeler, E., Fireman, B., Lee, J., 2004. In reply. JAMA 291, 940.

Kaplan, M.S., McFarland, B.H., Huguet, N., Newsom, J.T., 2007. Physical illness, functional limitations, and suicide risk: a population-based study. Am. J. Orthopsychiatr. 77, 56–60.

Müller-Oerlinghausen, B., 2001. Arguments for the specificity of the antisuicidal effect of lithium. Eur. Arch. Psychiatry Clin. Neurosci. 251 (Suppl 2), II72–II75.

Müller-Oerlinghausen, B., Berghöfer, A., Bauer, M., 2002. Bipolar disorder. Lancet 359, 241–247.

Schou, M., 1999. Perspectives on lithium treatment of bipolar disorder: action, efficacy, effect on suicidal behavior. Bipolar Disord. 1, 5–10.

Thies-Flechtner, K., Muller-Oerlinghausen, B., Seibert, W., Walther, A., Greil, W., 1996. Effect of prophylactic treatment on suicide risk in patients with major affective disorders: data from a randomized prospective trail. Pharmacopsychiatry 29, 103–107.

Tondo, L., Hennen, J., Baldessarini, R.J., 2001. Lower suicide risk with long-term lithium treatment in major affective illness: a meta-analysis. Acta Psychiatr. Scand. 104, 163–172.

Yerevanian, B.I., Koek, R.J., Mintz, J., 2003. Lithium, anticonvulsants, and suicidal behavior in bipolar disorder. J. Affect. Disord. 73, 223–228.

Yerevanian, B.I., Koek, R.J., Feusner, J.D., 2004. Pharmacotherapy and risk of suicidal behaviors among patients with bipolar disorder [Letter]. JAMA 291, 939.

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014