Exhibit 19

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
2                 CA No.  04-10981-PBS

3

4   IN RE:
    NEURONTIN MARKETING, SALES  :    Deposition of:
5   PRACTICES AND PRODUCTS       :
    LIABILITY LITIGATION SALES   :    MICHAEL TRIMBLE
6   PRACTICES LITIGATION         :
    ---------------------------

7

8

9

10          TRANSCRIPT of testimony as taken by and

11   before PATRICIA A. SANDS, a Shorthand Reporter

12   and Notary Public of the States of New York and

13   New Jersey, at the offices of Lanier Law Firm,

14   126 East 56th Street, New York, New York, on

15   Thursday, February 27, 2008, commencing at 4:43

16   in the afternoon.

17

18

19          REPORTING SERVICES ARRANGED THROUGH:
           VERITEXT/NEW JERSEY REPORTING COMPANY
20              25B Vreeland Road, Suite 301
               Florham Park, New Jersey 07932
21     Phone: (973) 410-4040     Fax: (973) 410-1313

22

23

24

25

Page 10

1    A    It was only a few minutes ago in the
2  car, but it was essentially to do with whether
3  or not the -- I can agree with what the FDA has
4  stated.  It was all around that.  In other
5  words, do I accept this document, I think that
6  was the crux of it.
7    Q    Is that the first time you had a
8  conversation with lawyers representing the
9  plaintiffs in this lawsuit about whether or not
10  you can quote unquote "accept", that FDA alert?
11    A    I think so in that sense, yes.
12    Q    At any time prior to the conversation
13  that you just had with Mr. Finkelstein today,
14  did you, were you asked or did you tell lawyers
15  representing plaintiffs in this litigation that
16  you, in fact, rely on the FDA alert?
17    A    I just need to go back a little.  If
18  I'm slightly slow, it's because it's getting up
19  to late in the evening now.
20    Q    I understand.
21    A    Ten o'clock at night, and I have been
22  on an airplane all day.
23        When Mr. Finkelstein told me that I have
24  to come and give another deposition, I have to
25  say I was very surprised and I must have asked

Page 11

1  him what it was all about.  And that was the
2  only conversation that I would have had about
3  it.  And he said it's all about whether or not
4  I agree with the FDA statement.  But that was
5  really all it was.
6    Q    And when was the phone conversation
7  with Mr. Finkelstein when he, when you had this
8  discussion about coming for another deposition?
9    A    I don't remember, but it basically
10  has to do with my time here in New York, when
11  I'm supposed to be in Charleston.  And it had
12  to do with fixing up the time of this and where
13  it would be.
14    Q    Was the conversation that you had
15  with Mr. Finkelstein within, say, the last
16  week?
17    A    I think it -- no, it would be before
18  that, because I have had to arrange things
19  here.  It was really the technical business
20  about where it was going to be, what time I
21  would meet Mr. Finkelstein, what time my
22  airplane was, what time my driver would pick me
23  up.  Than kind of thing.
24    Q    Did Mr. Finkelstein tell you that
25  there had been a hearing in the case, and the

Page 12

1  court had ordered the lawyers representing the
2  plaintiffs to produce you for a deposition
3  again in this case?
4    A    That would have been when he said I
5  had to come -- well, he didn't say, he asked me
6  if I would come, and I said I can fit it into
7  my schedule, yes.  But I was aware of that,
8  yes.
9    Q    So the conversation you had with
10  Mr. Finkelstein about whether you can quote
11  unquote "accept" the FDA alert occurred after
12  the hearing in which the court ordered that you
13  appear for deposition?
14    A    Yes.
15    Q    Is that correct?
16    A    Yes.
17    Q    Have you had any other discussions,
18  on any level, of a substantive nature with
19  plaintiffs' lawyers regarding the FDA alert?
20    A    No.
21    Q    So we have now discussed all of the
22  substantive discussions you have had with
23  Mr. Finkelstein, or other lawyers representing
24  the plaintiffs, about the FDA alert?
25    A    I believe so, yes.

Page 13

1    Q    The FDA alert expressly states, does
2  it not, that, quote:  "Posting this information
3  does not mean that FDA has concluded there is a
4  causal relationship between the drug products
5  and the emerging safety issue;" correct?
6    A    If that's what it says, yes.
7    Q    Did you read that statement?
8    A    Yes, I did.
9    Q    And it says that; does it not?
10    A    It does say that, yes.
11    Q    The FDA alert also states that it is
12  not, quote:  "Advising health care
13  professionals to discontinue prescribing these
14  products."  Correct?
15    A    Correct.
16    Q    So doctors are still prescribing
17  Neurontin today; is that correct?
18    A    That's correct.
19    Q    Are there any anti-convulsant
20  medications of these eleven identified in the
21  alert that you prescribed?
22    A    I have prescribed all of these drugs,
23  with the exception of Pregabalin, which is a
24  relatively new product.  I know that it's not
25  as new as it might be, but it's a relatively

4 (Pages 10 to 13)



Page 34

1    A    All right, okay.
2    Q    My question was about the court.
3    A    Right.
4    Q    And, so, is your answer you don't
5    know --
6    A    I do not know --
7    Q    You do not know that the plaintiffs'
8    lawyers in this litigation have told the court
9    they don't dispute that the Neurontin specific
10   data don't demonstrate an increased risk of
11   suicide?
12        MR. FINKELSTEIN: Objection.
13        THE WITNESS: I don't know what the
14        lawyers in this case from either side have
15        told the courts. I don't have access to
16        that kind of information.
17   BY MS. McGRODER:
18   Q    Mr. Finkelstein never had a
19   conversation with you about that?
20   A    No.
21   Q    When you read the alert, what did it
22   tell you about Neurontin that you did not know
23   when you wrote your report?
24        And I'm not talking about AEDs generally,
25   or antiepileptic drugs generally. I'm talking

Page 35

1    about Neurontin.
2        What did the alert tell you about
3    Neurontin that you did not know when you wrote
4    your report?
5    A    The -- it's epidemiological data,
6    based upon a large number of cases which was
7    not available to me when I wrote my report.
8    Q    And the large number of cases to
9    which you refer, as referenced in the alert, do
10   not all deal with Neurontin; correct?
11   A    That's correct.
12   Q    They deal with ten other
13   antiepileptic drugs, as well; correct?
14   A    That's correct.
15   Q    So setting aside those ten other
16   antiepileptic drugs, does that alert tell you
17   anything specifically about Neurontin that you
18   did not know when you wrote your report?
19   A    Not specifically about Neurontin, no.
20   Q    Does the FDA alert address your
21   theory for the mechanism by which you believe
22   Neurontin causes suicide events?
23   A    I think this FDA alert vindicates the
24   scientific approach that I have taken to this
25   matter.

Page 36

1    Q    And --
2    A    And the conclusions that the FDA come
3    to are of no surprise to me at all.
4    Q    And when you say the FDA alert
5    indicates the scientific --
6    A    Vindicates.
7    Q    Oh, vindicates.
8    A    Vindicates.
9    Q    I'm sorry, I misunderstood you.
10   A    Yeah, vindicates.
11   Q    So your testimony is the FDA alert
12   vindicates the scientific approach you took?
13   A    Yes.
14   Q    Does the FDA alert say anything about
15   your mechanistic theory for how Neurontin
16   causes suicide?
17   A    This FDA alert does not attend to
18   mechanism.
19   Q    And so the answer to my question is
20   no?
21   A    No.
22   Q    Yes, the answer to my question is no?
23   I'm sorry, that's unclear.
24   A    It does not attend to mechanism.
25   Q    Right.

Page 37

1        MR. FINKELSTEIN: Repeat the
2        question.
3    BY MS. McGRODER:
4    Q    So in other words, the FDA alert does
5    not address your mechanistic theory, it doesn't
6    confirm that; correct?
7    A    It doesn't discuss mechanistic
8    theory.
9    Q    And it --
10   A    The answer is no, it doesn't discuss
11   that.
12   Q    And it doesn't confirm your
13   mechanistic theory; does it?
14   A    No, there's nothing in here about the
15   mechanistic theory.
16   Q    The FDA alert analyzes placebo
17   controlled data from eleven different
18   antiepileptic drugs; is that correct?
19   A    That's correct.
20   Q    The eleven drugs that it analyzes all
21   have disparate mechanisms of action; would you
22   agree?
23   A    I believe that's -- well, no, I can't
24   agree with that in an overall proposition.
25   They all, in some way, are antiepileptic. But

10 (Pages 34 to 37)

1  they are obviously different chemical
2  compounds, but some of them act on the same
3  mechanisms within the brain.  That's why they
4  are antiepileptic.
5      So by and large that's correct, but there
6  is a similarity of underlying chemical effects
7  for a number of these drugs.
8      Q    Okay, and the similarity to which you
9  are referring, are you -- I just want to make
10  sure I understand you -- are referring to
11  similarity in the way that they all treat
12  epilepsy?
13      A    Affect brain chemicals to increase
14  inhibition in the brain to treat epilepsy,
15  correct.
16      Q    And you're not saying or suggesting
17  by that statement that they all have the same
18  mechanism of action; are you?
19      A    They do not.
20      Q    You testified previously in this
21  litigation, Professor Trimble, that the
22  controlled clinical trial data for Neurontin,
23  which were sent to the FDA for its alert, or
24  part of its analysis, that those data were not
25  relevant to your opinions; do you recall that

1  testimony?
2          MR. FINKELSTEIN:  Objection.
3          THE WITNESS:  Are we talking about
4      this document again now?
5  BY MS. McGRODER:
6      Q    No, I'm just asking you about your
7  testimony.
8      A    Okay.
9      Q    Listen to my question.
10      A    Yeah.
11      Q    You testified previously in this
12  litigation that the controlled clinical trial
13  data for Neurontin were not relevant to your
14  opinions; do you recall that testimony?
15          MR. FINKELSTEIN:  Objection.
16          THE WITNESS:  I am not prepared to
17      answer that question, because I have not
18      looked at my deposition specifically for
19      the purpose of this meeting.
20  BY MS. McGRODER:
21      Q    Okay.  So you just don't know, as you
22  sit, here today whether that's a fact or not?
23      A    Well, how I expressed it and what
24  followed after it, and what is the question was
25  that was leading up to it.  But I was not asked

1  to prepare for this meeting to go over my last
2  deposition.
3      Q    Do you know what percentage of the
4  data the FDA analyzed was comprised of data for
5  Neurontin?
6      A    No.
7      Q    I'm going to represent to you that it
8  was 19 percent of the data, or approximately
9  19 percent of the dataset that the FDA
10  analyzed.  Okay?
11          MR. FINKELSTEIN:  Objection.
12          THE WITNESS:  I have no idea.
13  BY MS. McGRODER:
14      Q    Well, I want you to assume that it
15  was.  Can you assume that for purposes of the
16  question?
17      A    No.
18      Q    You won't assume it?
19      A    No.
20      Q    All right.
21      A    With due respect, I'm a scientist.
22  I'm being asked a scientific question, and I'm
23  not prepared to answer it on hearsay.
24      Q    My question is not really a
25  scientific question.  I just want you to --

1  it's a hypothetical, and I want you to make the
2  assumption.
3      And under the rules, the Civil Rules of
4  Procedure in America, you have to accept my
5  assumption and answer the question, okay.
6      Do you understand that?
7      A    You can ask the question, I might not
8  be able to answer it.
9      Q    Well, if you can answer it, you have
10  to try, okay.
11      So I want you to assume that the Neurontin
12  data comprised about 19 percent of the data the
13  FDA looked at in its analysis, okay?
14          MR. FINKELSTEIN:  Objection.
15          THE WITNESS:  Let me just get
16      there -- 19 percent, that's one fifth.
17      One fifth of all of these cases was
18      Neurontin.
19  BY MS. McGRODER:
20      Q    And the way that you would figure
21  that out, Professor Trimble, is you know that
22  5,194 patients took Gabapentin in the placebo
23  controlled trials, and the complete numbers of
24  drug treated patients analyzed by the FDA was
25  27,863.

11 (Pages 38 to 41)

Page 42

1       A    Okay.
2       Q    And so I'm going to represent to you
3    that looking at the drug treatment group, the
4    Neurontin data comprise approximately
5    19 percent.
6       A    Okay.
7       Q    I think the precise number is 18.6;
8    okay.
9       A    Okay.
10      Q    Do you know what happens to the
11   incidence for the suicide events addressed by
12   the FDA in the alert if you exclude the
13   Neurontin data?
14      A    No.
15      Q    You didn't endeavor to calculate
16   that?
17      A    I did not.
18      Q    Do you know how you would calculate
19   it?
20      A    No.
21      Q    You haven't given that any thought?
22      A    No.
23      Q    Would you expect that the incidence
24   would increase if the Neurontin data was
25   excluded?

Page 43

1       A    I don't know.
2       Q    Would that --
3       A    I just haven't thought about it, and
4    I'm not prepared to think about it now.
5       Q    What about the relative risk, would
6    you expect that the relative risk would go up
7    if the Neurontin data were excluded?
8       A    I don't know.
9       Q    Okay, we'll come back to that.
10           MR. FINKELSTEIN:  Did you get his
11   answer?
12      A    I just don't know.
13      Q    You have not reviewed the data for
14   all eleven of the drugs referenced in the
15   alert; correct?
16           MR. FINKELSTEIN:  The data that was
17   submitted to the FDA?
18           MS. McGRODER:  Right.
19      A    No.
20      Q    And at the time of your prior
21   deposition in this litigation, you had not
22   reviewed all of the placebo controlled clinical
23   data for Neurontin; correct?
24      A    In my deposition?
25      Q    The last time you gave a deposition

Page 44

1    in this case, you had not reviewed all of the
2    placebo controlled study data for Neurontin;
3    correct?
4       A    I'm not certain.  I mean, when I did
5    my report, I read a huge amount of data.  So I
6    can't, I just I don't know -- I don't know the
7    answer to that question.
8           I mean, whether I looked at it at all, I
9    don't know, but I saw a lot of internal company
10   documents and things.
11      Q    Okay.
12      A    Which were summarizing things, but,
13   but I do not know whether I have reviewed it
14   all.
15      Q    As you sit here today, have you ever
16   reviewed all of the placebo controlled clinical
17   trial data from Neurontin that were submitted
18   to the FDA?
19      A    No.
20      Q    Can you identify the incidence of
21   suicidal behavior or thinking with respect to
22   any one of the drugs analyzed by the FDA?
23      A    I'm only prepared to answer on this
24   document.  And the FDA have not broken it
25   down --

Page 45

1       Q    So the answer is --
2       A    -- so I can't give you any answer to
3    that.
4       Q    So the answer is you don't know?
5       A    I don't know.
6       Q    And so the answer is, you can't
7    identify the incidence of suicide behavior or
8    thinking respect to any one of the drugs
9    mentioned in the FDA alert; correct?
10      A    There is nothing in the FDA alert to
11   comment on that, except the FDA says that the
12   risk is shared by all AEDs.  And I have to
13   accept that as a statement from the FDA.
14      Q    That's not what I asked you,
15   Professor Trimble.  I'm sorry.  Listen to my
16   question.
17           And my question is:  As you sit here
18   today, can you identify the incidence of
19   suicide behavior or thinking with respect to
20   any one of the eleven drugs identified in the
21   FDA alert?
22      A    That is not in the FDA alert.
23      Q    So the answer is no, you cannot?
24      A    The answer is no.
25      Q    Do you agree that if any one or two

12 (Pages 42 to 45)

1  of the drugs identified in the alert had a high
2  number of suicide events, the incidence
3  reported for those drugs could drive the
4  overall increased risk identified by the FDA in
5  the alert?
6       MR. FINKELSTEIN: Objection.
7       THE WITNESS: That's a possible case.
8  BY MS. McGRODER:
9       Q   You can't rule that out; right?
10      A   I can't rule that out.
11      Q   Does chemical structure -- just so we
12  are on the same page -- determine the mechanism
13  of action of these drugs?
14      A   We're going beyond this.
15      Q   You know what, if we do go beyond it,
16  Professor Trimble, your lawyer sitting here
17  will tell me that. You just need to answer the
18  questions I ask.
19      A   It's a very complicated question
20  where the chemical structure in a
21  laboratory dish reflects directly on chemical
22  action in the brain.
23      Q   That's wasn't my question.
24      A   Chemical -- well, you said does
25  chemical -- well, ask the question again.

1       Q   Yes. Does chemical structure
2  determine the mechanism of action of a drug?
3       MR. FINKELSTEIN: Don't answer it.
4       THE WITNESS: Can we just take a
5  break and get a cup of tea? Is that right
6  all right with you?
7       MS. McGRODER: That's fine by me.
8       (Recess.)
9       MS. McGRODER: Can you read that
10  back.
11      (The pending question was read back
12  by the reporter.)
13      MR. FINKELSTEIN: And I said don't
14  answer it.
15      MS. McGRODER: And that's where we
16  left off.
17  BY MS. McGRODER:
18      Q   Professor Trimble, does the fact that
19  the Neurontin controlled study data analyzed by
20  the FDA show zero suicides and zero suicide
21  attempts, does that have any effect on your
22  reliance on the FDA alert?
23      A   The FDA alert does not state that.
24      MS. McGRODER: Okay, and I object and
25  move to strike as nonresponsive.

1  BY MS. McGRODER:
2       Q   My question to you is: Does the fact
3  that the placebo controlled data for Neurontin
4  submitted to the FDA --
5       A   Oh, submitted to the FDA, I am sorry.
6  I thought you were talking about this document.
7       Q   Does the fact that the placebo
8  controlled data for Neurontin for the FDA, that
9  data shows zero suicides and zero suicide
10  attempts, does that have any impact on your
11  reliance on the FDA alert?
12      A   I have already made my comments on
13  these data, so I'm unable to comment on whether
14  or not these data have influenced the FDA
15  alert. Directly.
16      Q   And when you say "these data," you're
17  referring to Exhibit 2, the placebo
18  controlled --
19      A   Yes.
20      Q   -- data specific to Neurontin that
21  was submitted to the FDA?
22      A   That's correct, yes.
23      Q   I'm not sure I understand your answer
24  and I don't be to belabor it. My question is
25  simple.

1       Does the fact that the Neurontin specific
2  data analyzed by the FDA shows zero suicides
3  and zero suicide events, does that influence or
4  have any impact at all on your reliance on the
5  FDA alert for the purposes of your opinion in
6  this case?
7       A   I do not know what data the FDA used
8  to analyze these reports, which reports they
9  used to analyze to bring out these data. I do
10  not know that.
11      Q   You don't know that for the ten other
12  drugs, but you do know it for the Neurontin
13  specific data, because it's right here;
14  correct?
15      A   If this is correct. I would, I have
16  no knowledge as to whether these data are
17  exactly what the FDA used. I just don't know
18  what the FDA used, I'm not a party to that.
19      MR. FINKELSTEIN: I just want the
20  record to be clear: When he says "these
21  data", he's referencing Exhibit 2 and then
22  back to Exhibit 1.
23      THE WITNESS: Yes.
24  BY MS. McGRODER:
25      Q   So it's not your understanding that

13 (Pages 46 to 49)

Page 58

1  And I'm not prepared to go beyond what I was
2  asked to come here to do.
3       MS. McGRODER:  Okay, object and move
4  to strike.
5  BY MS. McGRODER:
6    Q    Will you agree with me, Professor
7  Trimble, that the mechanism of action for
8  Carbamazpine is not identical to the mechanism
9  of action for Felbatol?
10    A    That's correct.
11    Q    Will you agree with me that the
12  mechanism of action for Lamotrigine is not the
13  same as the mechanism of action for Felbatol or
14  Carbamazpine?
15    A    No.
16    Q    You won't agree with that one?
17    A    No.
18    Q    Will you agree with me that the
19  mechanism of action for Keppra is not the same
20  as the mechanism for action for Lamtical?
21    A    Can we stick, please, to the chemical
22  names.
23    Q    Will you agree with me that the
24  mechanism of action for Levet --
25    A    Levetiracetam.

Page 59

1    Q    -- Levetiracetam is not identical to
2  the mechanism of action of Lamtical?
3    A    Correct.
4    Q    Will you agree with me that the
5  mechanism of action of Tiagabine is not the
6  same as the mechanism of action of
7  Levetiracetam?
8    A    Correct.
9    Q    Will you agree with me that the
10  mechanism of action of Topiramate is not
11  identical to the mechanisms of action for
12  Tiagabine, Levetiracetam, Lamotrigine,
13  Felbamate, and Tegretol?
14    A    This is where you, I'm afraid are
15  getting into very difficult mortar.  And there
16  is a crossover of mechanisms of action between
17  Topiramate and a number of the other drugs that
18  you've asked for.
19    Q    Okay, will you --
20    A    And it's just, you know, to put a
21  question like that is scientifically not
22  possible to answer.
23    Q    Okay.  Will you agree with me that
24  the mechanisms for these eleven drugs, as
25  identified in the FDA alert, are not identical?

Page 60

1       MR. FINKELSTEIN:  Objection.
2       Asked and answered.
3       THE WITNESS:  They are not identical
4  in their chemical effects.
5  BY MS. McGRODER:
6    Q    Okay.  And will you agree with me
7  that they are not the same in their chemical
8  effects either?
9    A    That's a difficult point.
10  Epileptologists are looking for a holy
11  grail, some basic underlying mechanism that is
12  antiseizure, that will explain the effects of
13  these antiepileptic drugs.
14       In other words, I could point to you --
15  and I'm not prepared to do it, other than
16  saying this as a statement -- there are several
17  of these drugs that have an underlying basic
18  mechanism that is probably central to the
19  antiepileptic effect.  In the same way that
20  there is an underlying chemical principle that
21  probably relates to the development of
22  treatment emergent side effects.
23    Q    Do all of the antiepileptics included
24  in the FDA alert bind at the alpha(2)delta
25  site?

Page 61

1    A    I have no idea.  They have not been
2  tested is the answer.
3    Q    You won't dispute that the eleven
4  antiepileptic drugs in the alert have diverse
5  mechanisms of action; will you?
6       MR. FINKELSTEIN:  Asked and answered,
7  three times now.
8       THE WITNESS:  Yes.
9  BY MS. McGRODER:
10    Q    You agree they do have diverse
11  mechanisms of action?
12    A    Yes, yes.
13    Q    Do you also agree that the eleven
14  drugs identified in the alert have diverse
15  treatment effects?
16    A    Yes.
17    Q    Do they have differences in their
18  indicated uses?
19    A    Yes.
20    Q    Do they have differences in their
21  pharmacologic properties?
22    A    Please define "pharmacologic."
23    Q    In the way that they are distributed
24  in the body, metabolized, excreted.
25    A    Yes.

16 (Pages 58 to 61)

Page 70

1    A    Correct.
2    Q    How many suicidal ideations are
3 reported for Gabapentin?
4    A    Two.
5    Q    And what percentage out of the 5,194
6 patients does that make?
7    A    Zero dot zero 39.
8    Q    So that's 0.039 percent; correct?
9    A    0.039 percent, yes.
10    Q    And is 0.039 percent the same as 0.39
11 in a thousand patients?
12    A    0.39 per thousand cases.
13    Q    Correct?
14    A    Yes.
15    Q    What is the incidence reported by the
16 FDA in the alert for all antiepileptic drugs,
17 all of those that the FDA evaluated?
18        MR. FINKELSTEIN:  For incidence of
19        what?
20        MS. McGRODER:  Of those four suicide
21        events.
22        MR. FINKELSTEIN:  Well, are you
23        asking suicide attempt?  There is four
24        categories.
25        MS. McGRODER:  Exactly.  That's what

Page 71

1        the FDA analyzed in order to come up with
2        the incidence that it reported in the
3        alert.
4 BY MS. McGRODER:
5    Q    What is the incidence the FDA
6 reported in the alert?
7    A    For Neurontin?
8    Q    No, for all drugs.
9    A    Ah, the --
10    Q    Do you want me to help you?
11    A    Well, the incidence -- well,
12 unfortunately, it's just that the pages are
13 split here, but the relative incidences are
14 given here.
15    Q    No, I think those are relative risks.
16 I'm asking for --
17    A    Incidence of events in drug and --
18        MR. FINKELSTEIN:  You want to direct
19        him to something specific?
20        MS. McGRODER:  Yes.
21 BY MS. McGRODER:
22    Q    Let me direct you --
23    A    Yes.
24    Q    Look in the first paragraph of the
25 FDA alert.

Page 72

1        MR. FINKELSTEIN:  First page.
2        THE WITNESS:  Yes.
3 BY MS. McGRODER:
4    Q    First page, first paragraph.  Do you
5 see where the FDA says:
6    A    Oh, here, here.  Yeah.
7    Q    "Patients receiving antiepileptic
8 drugs had approximately twice the risk, and the
9 incidence was 0.43 percent."
10        Do you see that?
11    A    Yes.
12    Q    And that's the incidence reported for
13 all eleven drugs; correct?
14    A    Correct.
15    Q    0.43 percent is the same as 4.3 in a
16 thousand patients; correct?
17    A    Yes.
18    Q    Now thinking back to the incidence
19 for Neurontin.
20    A    Yes.
21    Q    For the four suicide events analyzed
22 by the FDA, 0.39 per 1000 patients is less than
23 4.3 per 1000 patients; you would agree with
24 that?
25    A    Yes, I would agree with that.

Page 73

1    Q    And 0.39 suicide events compared to
2 4.3 per 1000 suicide events in the FDA alert,
3 that's approximately ten times less than the
4 incidence found by the FDA for all eleven
5 drugs; correct?
6    A    If that is correct -- I reserve a
7 judgment on your mathematics.  But if that is
8 correct, it's a difference of ten, ten times,
9 yes.
10    Q    So, you know, if you rounded 0.39 up
11 to 0.4, 0.4 is over ten times less than 4.3 per
12 a 1000; correct?
13    A    That would be correct.
14        MR. FINKELSTEIN:  We've been going
15        for more than an hour, I know we took a
16        quick little break for tea.  I leave it to
17        you, Professor, if you want to take a
18        break or continue on.
19        THE WITNESS:  No, we'll go on.
20        MR. FINKELSTEIN:  Okay.
21 BY MS. McGRODER:
22    Q    It's correct, is it not, Professor
23 Trimble, that the Neurontin data show zero
24 suicide events on drug; correct?
25    A    Which Neurontin data?

19 (Pages 70 to 73)

  
Page 102

1 increased risk of suicide? Is that your
2 testimony?
3    A    The FDA appears to think that is the
4 case.
5    Q    And FDA appears to think that is case
6 not on the basis of reviewing that data;
7 correct?
8    A    I don't know what other drugs they've
9 analyzed.
10    Q    You don't; do you?
11    A    No.
12    Q    You don't have any evidence, as you
13 sit here today, that the FDA analyzed any drugs
14 other than the eleven on that list; do you?
15    A    I do not.
16    Q    To your knowledge, did the FDA have a
17 protocol that governed its meta-analyis of
18 these eleven drugs?
19    A    I don't know.
20    Q    Are you aware of the study design the
21 FDA used to analysis these eleven drugs?
22    A    No.
23    Q    Do you know how the subjects were
24 randomized to treatment groups in the 199
25 placebo controlled trials that comprised this

Page 103

1 meta-analysis?
2    A    Do I know how they were randomized?
3    Q    Yes.
4    A    No.
5    Q    Would you expect differences between
6 the placebo controlled studies, in terms of how
7 subjects were randomized?
8    A    I can't answer that. I would expect
9 differences, because studies done in different
10 countries or in different centers may choose
11 different methods of randomization.
12    Q    Do you know how low-dose placebo and
13 active placebo subjects were classified for
14 this analysis by the FDA?
15    A    No.
16    Q    Do you know how many different
17 approved indications are covered by these
18 eleven drugs?
19    A    No.
20    Q    Do you know how many of the eleven
21 drugs were analyzed by the FDA have black box
22 warnings associated with their use?
23    A    No.
24    Q    Do you know how many of the eleven
25 drugs that the FDA did analyze, how many

Page 104

1 require a signed consent form before use?
2    A    I am not familiar with the --
3    Q    With the concept?
4    A    Yeah, the concept.
5    Q    Do you know how many of the eleven
6 antiepileptic drugs the FDA evaluated are
7 contraindicated in certain patients?
8    A    I am not sure what the term
9 "contraindicated" would mean in, in your
10 context.
11    Q    You don't know what "contraindicated"
12 means?
13    A    Well --
14       MR. FINKELSTEIN: He said in your
15    context.
16    A    In your context. I mean, some of
17 these drugs you wouldn't use in the very young
18 or in the very elderly. Some of them you
19 wouldn't use in people with renal failure. I
20 mean --
21    Q    And then there is some you could?
22    A    Yes, but the indications for the
23 drugs, to some extent, relates to the
24 pharmacology of them and how they are excreted,
25 and things like that, so, but they do differ.

Page 105

1    Q    Do you know how many of the eleven
2 drugs are considered first line treatment for
3 epilepsy?
4    A    I do, but it depends on the country
5 that you're prescribing in.
6    Q    Well, let's talk about the United
7 States, since that's where we are.
8    A    I'm not prepared to answer that
9 question.
10    Q    Do you know how many of the eleven
11 drugs are approved for monotherapy?
12       MR. FINKELSTEIN: In the United
13    States?
14 BY MS. McGRODER:
15    Q    In the United States?
16    A    No.
17    Q    Would you agree that all eleven of
18 these drugs do not have the same risk benefit
19 profile?
20    A    They do not.
21    Q    So you would agree?
22    A    I agree.
23    Q    Have you conducted a review of
24 literature on the limitations of meta-analyses?
25    A    No.

27 (Pages 102 to 105)