# Exhibit 21

# COMMENTARY

## New opportunities for the treatment of epilepsy

WILLIAM R. GARNETT

Am J Health-Syst Pharm. 1995; 52:88-91

The goals for the treatment of epilepsy are to (1) control the seizures, (2) induce no significant adverse effects, and (3) promote a good quality of life.[1] The major drugs for the treatment of epilepsy are phenobarbital (introduced in 1912), phenytoin (1938), ethosuximide (1960), carbamazepine (1974), and valproic acid (1978). Phenytoin, carbamazepine, and valproic acid exert their antiepileptic action by blocking the sodium channel in the neuron.[2-4] Phenobarbital and valproic acid potentiate γ-aminobutyric acid, a neuroinhibitory substance.[4,5] Ethosuximide blocks the T-calcium channel.[6]

Carbamazepine, phenytoin, and phenobarbital are effective primarily for partial and tonic–clonic generalized seizures. Valproic acid is effective primarily for generalized seizures, including myoclonic, atonic, and absence seizures. Ethosuximide is useful only in patients with absence seizures.[1] While these drugs are effective for many patients, they are not effective in all patients with epilepsy, may cause adverse effects in some patients, and may be difficult to dose because of their pharmacokinetics (e.g., Michaelis-Menton pharmacokinetics with phenytoin, autoinduction with carbamazepine, and circadian variability and saturable protein binding with valproic acid). In spite of these drawbacks, the "big five" have been the mainstay of epilepsy therapy because no other major antiepileptic drugs (AEDs) were approved between 1978 and 1993.

The lack of new AED development resulted in the formation of the Antiepileptic Drug Development (ADD) Program, a coordinated effort among the Epilepsy Branch of the National Institute of Neurological Disease and Stroke, the pharmaceutical industry, and clinical investigators. Compounds were screened by the Epilepsy Branch for antiepileptic activity, and clinical research was cofunded by the Epilepsy Branch and industry. Investigators who had an interest in epilepsy and adequate patient populations were recruited nationally. The ADD Program resulted in marketing approval for felbamate (1993) and gabapentin (1994); approval for lamotrigine should occur soon. Several other new AEDs (e.g., vigabatrin, tiagabine, topiramate, zonisamide) are in Phase II and III clinical trials but will not be available for several years.

In addition to the new AEDs, new formulations of older AEDs (phenytoin, carbamazepine, valproic acid, and diazepam) will soon be available. These new drugs and new formulations offer hope for patients with epilepsy. Because these new drugs and formulations are available, pharmacists should help evaluate all patients with epilepsy to ensure that they are receiving the best drug therapy to meet the stated goals of epilepsy treatment.

### Clinical evaluation of the new AEDs

The new AEDs have been evaluated primarily as adjunctive therapy in adult patients with refractory partial seizures. It is considered unethical to compare an investigational drug and placebo in patients with newly diagnosed epilepsy. However, FDA requires that the efficacy of a new drug be determined in comparison with placebo rather than by comparison with conventional therapy. Partial seizures are the most common seizure type in adults. Therefore, the standard Phase III AED trial has compared the new AED with placebo as add-on therapy in patients who continue to have four or more partial (simple, complex, or secondarily generalized) seizures per month despite maximum therapy with one or more conventional AEDs. Thus, the pivotal trials have been a severe test of efficacy and safety for the new AEDs. An average reduction of 25–40% in seizure frequency in patients in whom all available conventional AEDs have failed is considered clinically significant.

Because of the potential for drug interactions and additive or synergistic adverse effects, it has also been difficult to assess the adverse effect profile of the new AEDs in these trials. Also, even if the preclinical testing or anecdotal reports indicate that the new AED has potential antiseizure activity in a variety of seizure

WILLIAM R. GARNETT, PHARM.D., FCCP, is Professor of Pharmacy and Pharmaceutics and Professor of Neurology, Virginia Commonwealth University, Medical College of Virginia, P.O. Box 980533, Richmond, VA 23298-0533.

Copyright © 1995, American Society of Health-System Pharmacists, Inc. All rights reserved. 1079-2082/95/0101-0088$06.00.

types, the initial trials will not conclusively confirm this because the entry criteria have been limited to adult patients with partial seizures. Since the standard trials have involved adults with refractory partial seizures, the labeling is restricted to use in adults. Studies with gabapentin and lamotrigine in children and in patients with seizure types other than partial seizures are ongoing.

Patients included in the Phase III evaluation trials also had to be otherwise healthy, less than 65 years of age, and not pregnant. Therefore, there are no data for the new AEDs in patients with concurrent liver or renal disease. Their effect in the elderly has not been determined. While some patients have become pregnant during trials with the new AEDs, this has happened too rarely to identify potential teratogenic effects. Use of the new AEDs should be carefully monitored in these special populations.

Innovative study designs helped extend felbamate use beyond the initially considered indications. Felbamate was compared with placebo in patients who had had all concurrent AEDs withdrawn[7] (as a part of the evaluation process for seizure surgery) and with low-dose valproic acid.[8] These trials led to FDA-approved labelling of felbamate for use as monotherapy in patients with partial seizures. Felbamate was also evaluated in patients ages two and above with Lennox-Gastaut syndrome and found to be effective in reducing atonic and akinetic seizures[9]; this led to FDA-approved labeling for use in children two years of age and older with specific types of generalized seizures associated with Lennox-Gastaut syndrome.

The new AEDs have not been directly compared with conventional AEDs or with each other. The comparison of felbamate with low-dose valproic acid was not a one-on-one comparison of the drugs; the valproic acid was used as an active control.[8] The dose of valproic acid was low (15 mg/kg/day) and the resulting serum valproic acid concentrations were low but considered adequate to prevent the emergence of status epilepticus. This study was not designed to compare felbamate with valproic acid in full therapeutic doses and does not imply that felbamate is better than valproic acid. Valproic acid may be used as an active control in trials with other drugs. A one-on-one comparison of the new AEDs will require a design similar to the one used by the Veterans Administration (VA) Cooperative Trials, which initially compared carbamazepine, phenytoin, phenobarbital, and primidone[10] and later compared carbamazepine with valproic acid[11] as monotherapy in a randomized, controlled manner. The VA Cooperative Trials used a blinded investigator to evaluate seizure frequency and an unblinded investigator to evaluate adverse effects. Patients were randomized to receive one drug and rerandomized to receive another single agent if they did not tolerate the first AED. At this time, it is not possible to say that one of the new AEDs is more effective than another AED.

### Use as add-on agents

Although preference for monotherapy over multidrug therapy has been a principle in the treatment of epilepsy since the mid-1980s, the new AEDs will typically be added to conventional AED therapy in an attempt to achieve the goals of epilepsy therapy. There have been no direct comparative trials to determine which of the new AEDs is most effective as add-on therapy. The decision of which AED to use will be based on considerations such as (1) their having alternative mechanisms of action, (2) the potential for drug interactions, (3) the typical dosage frequency, and (4) the adverse effect profile.

Felbamate blocks seizures by blocking the glycine receptor on the $N$-methyl-D-aspartate complex,[12] whereas gabapentin alters amino acid metabolism in the CNS[13] and lamotrigine regulates the release of glutamate and aspartate, which are neuroexcitatory agents.[14] In some cases, a patient may be refractory to one of the new AEDs but respond to another with a different mechanism of action.

Felbamate is an enzyme inhibitor and has been reported to decrease the clearance of phenytoin,[15] valproic acid, carbamazepine epoxide,[16] phenobarbital,[17] and warfarin.[18] The clearance of felbamate may be increased by enzyme-inducing agents such as phenytoin and carbamazepine.[19] The clearance of lamotrigine is increased by enzyme-inducing agents such as phenytoin and carbamazepine and decreased by enzyme-inhibiting agents such as valproic acid.[20] Gabapentin is not highly protein bound and is not hepatically metabolized, which indicates a low potential for drug interactions.[21]

Felbamate and lamotrigine could be taken once a day if used as monotherapy and twice a day if used with enzyme-inducing agents. Gabapentin has a short half-life (5.3 hours) and saturable absorption that necessitates at least a thrice-daily dosage schedule.[22] The pharmacodynamic effect of gabapentin may exceed the pharmacokinetic half-life. However, the absorption of gabapentin appears to plateau at a dosage of 1200 mg three times a day. Doses in excess of 3600 mg per day (which is outside the range recommended in the package labeling) may need to be divided into dosing intervals more frequent than three times a day.[23]

The new agents differ among themselves in terms of adverse effects. Clinicians must carefully consider the drugs' tolerability not only as single agents but as part of what may be complex drug regimens.

### Formulary evaluation

Because the new AEDs have different structures and mechanisms of action, as compared with each other and with conventional AEDs, they should be evaluat-

ed as separate entities and not as one class. For example, formulary evaluations of the new AEDs should be different from evaluations of new angiotensin-converting-enzyme inhibitors, whose mechanisms of action are the same as those of existing formulary drugs that might be deleted if a new drug is approved. The new AEDs will not replace the big five conventional AEDs. These older drugs have a secure place in epilepsy therapy, and with the possible exception of phenobarbital (which has the highest frequency of adverse effects), they will remain useful as AEDs.

Cost is always a consideration in formulary review. With AEDs it should be remembered that the cost of drug therapy is less than 10% of the total direct costs of epilepsy.[24] Any new drug that reduces seizure frequency may reduce the direct and indirect costs of epilepsy and may be cost-effective.

### Need for monitoring

The monitoring of the new AEDs will not initially include laboratory monitoring for drug concentrations in serum or plasma. At this time, a therapeutic range for the new AEDs has not been defined. The drug concentration should always be considered in the context of the patient's clinical response, which is the appropriate endpoint of AED therapy.

There will be more emphasis on evaluation of the clinical response of the patient with the new AEDs. Therefore, when a new AED is added, a detailed baseline evaluation should be made and specific patient outcomes defined. The baseline information should include the frequency and severity of seizures, the presence of adverse effects, and the quality of life. The patient should be consulted to determine what he or she wants to achieve from the new therapy. Continuation of the new AED cannot be justified if there is no improvement in seizure frequency, reduction in adverse effects as a result of the withdrawal or reduction in dose of concomitant AED therapy, or improvement in the patient's quality of life. The response of the patient should be periodically compared with the baseline to ensure that a benefit is being achieved. If the addition of another AED results in clinical improvement, consideration should be given to slowly withdrawing the initial therapy to determine if the patient can meet the goals of epilepsy therapy without combination therapy.

### Postmarketing surveillance

Continued clinical monitoring of the new AEDs is needed. Phase III clinical trials result in limited patient exposures to new drugs, and the criteria for entry are restrictive. None of the new AEDs have the extensive patient exposure that has been achieved with the conventional AEDs. Of the new AEDs, lamotrigine has the greatest patient exposure because it has been marketed in a number of countries worldwide. Rare adverse effects or those that occur in special populations may not be recognized in the initial trials. This became clear with the recent reports of aplastic anemia and acute liver failure associated with felbamate use. There were no indications of any hematologic or hepatic adverse effects in the preclinical or clinical testing of felbamate. However, the Phase III trials involved fewer than 2000 patients. The reports of aplastic anemia and liver failure occurred after 100,000 patient exposures, or 50,000 patient years of use.[a,b] As of August 18, 1994, there were 21 reported cases of aplastic anemia in patients taking felbamate, with three reported deaths. Aplastic anemia occurred after 2.5–6 months of felbamate therapy.[a] Acute liver failure occurred in eight patients taking felbamate for 14 to 257 days.[b] Of the eight patients, four died and one required liver transplantation. FDA's Peripheral and Central Nervous System Drugs Advisory Committee recommended that felbamate remain available only for use in a limited population.[25] Patients with a history of liver disease should not receive felbamate, and the alanine aminotransferase, aspartate aminotransferase, and bilirubin should be monitored weekly in patients taking felbamate.[b] Clearly, the adverse effects and drug interaction profiles of the new AEDs should be carefully monitored.

### New formulations

In addition to the new drug entities available for the treatment of epilepsy, new formulations of older drugs will also benefit patients with epilepsy.

**Fosphenytoin.** Fosphenytoin, a phosphate ester of hydantoin, is a water-soluble prodrug for phenytoin.[26] Systemically, it is rapidly converted to phenytoin. When fosphenytoin is given intramuscularly, it is rapidly absorbed without the necrosis and pain that is associated with intramuscular injection of phenytoin. Also, because it is water-soluble, fosphenytoin does not require propylene glycol as a solvent, as phenytoin does. Therefore, fosphenytoin can be given by rapid intravascular injection.

**Controlled-release carbamazepine.** A controlled-release formulation of oral carbamazepine has been developed.[27] This formulation uses the principles of an osmotic pump, in which water forces drug out of a matrix at a controlled or zero-order rate. This preparation can be given twice a day, which should improve compliance with carbamazepine regimens, and the controlled release of the drug should help minimize the peak-to-trough fluctuations that may be associated with transient adverse effects and breakthrough seizures.

**Rectal diazepam.** Diazepam is rapidly and reliably absorbed rectally. It has been used to prevent acute repetitive seizures and status epilepticus. A new formulation can be given easily by a caregiver and may eliminate emergency room visits for urgent seizure conditions.[28]

**Intravenous valproic acid.** An intravenous formulation of valproic acid has been studied. The availability of this formulation may prove useful in status epilepticus and in patients who cannot take valproic acid orally.

## Conclusion

It is an exciting time for the treatment of epilepsy. Some of this excitement has been diminished by the unexpected occurrence of the serious adverse effects with felbamate, which will limit the use of this drug. However, other new major AEDs and new formulations of conventional AEDs have been developed for the first time in 15 years. Each patient with epilepsy should be carefully evaluated to ensure that he or she has achieved the stated goals for the treatment of epilepsy. Any patient who is having seizures or adverse effects may be a candidate for one of the new therapies. The new drugs and drug formulations offer new hope to patients with epilepsy who have not achieved optimal therapeutic success with conventional AEDs. When these new drugs are used, patients should be carefully evaluated for response and for rare and unusual adverse effects.

[a]Costin JC, Wallace Laboratories. Important drug warning—felbamate (Dear Doctor letter). 1994 Aug 26.

[b]Costin JC, Wallace Laboratories. Important drug warning—felbamate (Dear Doctor letter). 1994 Sep 21.

### References

1. Garnett WR. Epilepsy. In: DiPiro JT, Talbert RL, Hayes PE et al., eds. Pharmacotherapy: a pathophysiologic approach. Norwalk, CT: Appleton and Lange; 1993:879-903.
2. DeLorenzo RJ. Phenytoin: mechanism of action. In: Levy RH, Dreifuss FE, Mattson RH et al., eds. Antiepileptic drugs. New York: Raven Press; 1989:143-58.
3. Macdonald RL. Carbamazepine: mechanism of action. In: Levy RH, Dreifuss FE, Mattson RH et al., eds. Antiepileptic drugs. New York: Raven Press; 1989:447-56.
4. Fariello R, Smith MC. Valproate: mechanism of action. In: Levy RH, Dreifuss FE, Mattson RH et al., eds. Antiepileptic drugs. New York: Raven Press; 1989:567-76.
5. Prichard JW, Ransom BR. Phenobarbital: mechanism of action. In: Levy RH, Dreifuss FE, Mattson RH et al., eds. Antiepileptic drugs. New York: Raven Press; 1989:267-83.
6. Ferrendelli JA, Holland KD. Ethosuximide: mechanism of action. In: Levy RH, Dreifuss FE, Mattson RH et al., eds. Antiepileptic drugs. New York: Raven Press; 1989:653-62.
7. Bourgeois B, Leppik IE, Sackellares JC et al. Felbamate: a double-blind controlled trial in patients undergoing presurgical evaluation of partial seizures. *Neurology*. 1993; 43:693-6.
8. Faught E, Sachdeo RC, Remler MP et al. Felbamate monotherapy for partial-onset seizures: an active-control trial. *Neurology*. 1993; 43:688-92.
9. The Felbamate Study Group in Lennox-Gastaut Syndrome. Efficacy of felbamate in childhood epileptic encephalopathy (Lennox-Gastaut syndrome). *N Engl J Med*. 1993; 328:29-33.
10. Mattson RH, Cramer JA, Collins JF et al. Comparison of carbamazepine, phenobarbital, phenytoin, and primidone in partial and secondarily generalized tonic-clonic seizures. *N Engl J Med*. 1985; 313:145-51.
11. Mattson RH, Cramer JA, Collins JF et al. A comparison of valproate with carbamazepine for the treatment of complex partial seizures and secondarily generalized tonic-clonic seizures in adults. *N Engl J Med*. 1992; 327:765-71.
12. Ramsay RE. Advances in the pharmacotherapy of epilepsy. *Epilepsia*. 1993; 34(Suppl 5):S9-S16.
13. Goa KL, Sorkin EM. Gabapentin—a review of its pharmacological properties and clinical potential in epilepsy. *Drugs*. 1993; 46:409-27.
14. Peck AW. Clinical pharmacology of lamotrigine. *Epilepsia*. 1991; 32(Suppl 2):S9-S12.
15. Graves NM, Holmes GB, Fuerst RH et al. Effect of felbamate on phenytoin and carbamazepine serum concentrations. *Epilepsia*. 1989; 30:225-9.
16. Fuerst RH, Graves NM, Leppik IE et al. Felbamate increases phenytoin but decreases carbamazepine concentration. *Epilepsia*. 1988; 29:488-91.
17. Gidal BE, Zupanc ML. Potential pharmacokinetic interaction between felbamate and phenobarbital. *Ann Pharmacother*. 1994; 28:455-8.
18. Tisdel KA, Israel DS, Kolb KW. Warfarin-felbamate interaction: first report. *Ann Pharmacother*. 1994; 28:805. Letter.
19. Graves NM. Felbamate. *Ann Pharmacother*. 1993; 27:1073-81.
20. Rambeck B, Wolf P. Lamotrigine clinical pharmacokinetics. *Clin Pharmacokinet*. 1993; 25:433-43.
21. Richens A. Clinical pharmacokinetics of gabapentin. In: Chadwick D, ed. New trends in epilepsy management: the role of gabapentin. International congress and symposium series number 198. London: Royal Society of Medicine Services; 1993:41-6.
22. Bialer M. Comparative pharmacokinetics of the newer antiepileptic drugs. *Clin Pharmacokinet*. 1993; 24:441-52.
23. McLean MJ. Clinical pharmacokinetics of gabapentin. *Neurology*. 1994; 44(Suppl 5):S17-S22.
24. Pashko S, McCord A, Sena MM. The cost of epilepsy and seizures in a cohort of Pennsylvania Medicaid patients. *Med Interface*. 1993; (Nov):79-84.
25. Food and Drug Administration. Felbatol update. Rockville, MD: U.S. Department of Health and Human Services; 1994 Sep 27. (Talk Paper T94-46.)
26. Leppik IE, Boucher BA, Wilder BJ et al. Pharmacokinetics and safety of a phenytoin prodrug given i.v. or i.m. in patients. *Neurology*. 1990; 40:456-60.
27. Thakker KM, Mangat S, Garnett WR et al. Comparative bioavailability and steady state fluctuations of Tegretol commercial and carbamazepine OROS tablets in adult and pediatric epileptic patients. *Biopharm Drug Dispos*. 1992; 13:559-69.
28. Lombroso CT. Intermittent home treatment of status and clusters of seizures. *Epilepsia*. 1989; 30(Suppl 2):S11-S14.