# Exhibit 24

## I. BACKGROUND

1.     My name is Cheryl D. Blume, Ph.D. I am the President of Pharmaceutical Development Group, Inc. (hereinafter, "PDG") a consulting firm specializing in pharmaceutical development and registration activities, located in Tampa, Florida. As described in the Curriculum Vitae attached as Exhibit 1, my background includes holding several executive positions in pharmaceutical companies over a period of 20 years, including Vice President of Scientific Affairs for Mylan Laboratories, Inc., and Executive Vice President and Chief Operations Officer for Somerset Pharmaceuticals, Inc. I also was a member of the Board of Directors of Somerset.

2.     I was responsible for overseeing preclinical and clinical (Phases I-IV) programs associated with pharmaceutical product development and the securing of premarketing approvals for over 100 new prescription pharmaceutical drugs from the U.S., Food and Drug Administration (FDA). These products included both new (brand name) and generic drug products. These responsibilities included the design, execution and interpretation of pivotal preclinical and clinical trials.

3.     My duties included direction of all phases of interactions with the FDA relating to the prosecution of New Drug Applications (NDAs), Abbreviated New Drug Application (ANDAs) Supplements to New Drug Applications (sNDAs), drafting labeling and other aspects of the approval procedures. I have been centrally involved in supervising the collection and evaluation of post marketing adverse medical events, the design and implementation of studies to assess post-marketing signals, and the preparation and dissemination of updated product information to health providers and patients.

4.     I have been asked by counsel to provide an opinion on whether Neurontin contributes to mood and behavior disturbances including self-injurious actions and suicide. I have also been asked to evaluate the actions taken by defendants (Warner Lambert Co., Parke-Davis and Pfizer; hereinafter "Pfizer Defendants") with respect to the regulatory and marketing efforts associated with Neurontin (gabapentin). The scientific opinions set forth in this report are true to a reasonable degree of scientific certainty based on the data and information provided to date.

5.     I reserve the right to supplement this report if additional information is provided. I cannot possibly list all of the documentation that supports my opinions; however, I have based my opinions in part upon my education, personal experience, and review of documents disclosed during the pendency of this litigation, included but not limited to sources containing adverse events associated with Neurontin, Pfizer Defendants' internal Research Reports, Investigational and New Drug Applications, Annual Reports, adverse event surveillance databases (Pfizer's internal database, Spontaneous Reporting System (SRS), Adverse Event Reporting System (AERS), and the World Health Organization (WHO)), Periodic Safety Update Reports, FDA records, international regulatory efforts, expert reports prepared by Drs. Trimble, Kruszewski and Roth, medical literature, deposition transcripts and exhibits.

## II. INTRODUCTION

6.     The documentary evidence in this case demonstrates that the Pfizer Defendants were aware of multiple pre-marketing clinical trial reports and post-marketing patient events of self-injurious behavior, including suicide, in association with Neurontin.

## IV(a) <u>Psychobiological Adverse Events in Pre-Approval Stage</u>

44.    Neurontin's capacity to contribute to mood and behavioral disturbances, particularly depression and suicide-related behavior, was known to Pfizer Defendants prior to the product's approval by the FDA.  Before Neurontin was approved by FDA in 1993, on December 14th and 15th, 1992, a meeting was held between Parke-Davis and the Peripheral and Central Nervous System Drugs Advisory Committee.[25]  At that time, a total of 5 reports of overdose involving gabapentin were noted.  Four cases involved patients in Neurontin clinical trials, who also ingested additional drugs.  The other case involved the child of a study subject who ingested gabapentin only.  None of these patients died.

45.    In the total exposed population of the NDA there were 78 reports of depression (or 5.3% of the patients).[26]  There were 7 reports of depression as a serious adverse event and 9 patients withdrew from studies because of depression, some of which had suicidal ideation (no number was provided for this).  It was determined that of the 78 patients reporting depression, 19 had no prior history and 22 patients required treatment for their symptoms.  In the transcript to the Advisory Committee Meeting it is indicated that "*gabapentin has a safety profile that is generally good, but ... there remain some concerns.*"[27]  FDA approval for gabapentin was received on December 30, 1993.

46.    Regulatory documents from the FDA reflect Pfizer Defendants' knowledge about Neurontin's capacity to contribute to mood and behavioral disturbances, including depression and suicidal behavior. Prior to approval for use as adjunctive medication in refractory partial epilepsy, the FDA via the Division of Neuropharmacological Drug Products prepared a combined medical-statistical review.[28]  As part of this clinical safety review, FDA reviewed portions of Pfizer Defendants' New Drug Application (NDA).  The FDA concluded that "**[l]ess common but more serious events may limit the drug's widespread usefulness.... [D]epression, while it may [not be] an infrequent occurrence in the epileptic population, may become worse and require intervention or lead to suicide, as it has resulted in some suicide attempts.**"[29]  FDA further stated the following:

> In its clinical database of 2048 patients, gabapentin has a risk profile that is uncertain, with five groups of important adverse events that have not yet been fully characterized, specifically, seizure exacerbation, carcinogenicity, **clinically important depression**, renal failure and teratogenicity.  Accumulated long range safety data are limited by the excessive attrition due to apparent lack of sustained efficacy. . . .   In conclusion NDA 20-235 is approvable with appropriate and prominent labeling for use in a specific population.[30]

---

[25] Dept. of Health and Human Services, Public Health Services, FDA, Peripheral and Central Nervous System Drugs Advisory Committee Transcript (Vol. II, Dec. 15, 1992); *see also* Deposition of Lloyd Knapp, at Ex. 7 (July 18, 2006).

[26] Dept. of Health and Human Services, Public Health Services, FDA, Peripheral and Central Nervous System Drugs Advisory Committee Transcript (Vol. II, Dec. 15, 1992 at p.58); *see* NDA #20-235 Medical-Statistical Review, at 114.

[27] Dept. of Health and Human Services, Public Health Services, FDA, Peripheral and Central Nervous System Drugs Advisory Committee Transcript (Vol. II, Dec. 15, 1992 at p.59).

[28] NDA #20-235 Medical Statistical Review.

[29] NDA #20-235 Medical Statistical Review, at p.117.

[30] NDA #20-235 Medical Statistical Review, at pp. 117, 119.

**Dechallenge and Rechallenge Events**

52.    Psychobiological events involving dechallenge and rechallenge data associated with Neurontin use were not fully described in the ISS documents or disclosed in the Neurontin launch label.

53.    If an adverse event that develops following the initiation of drug therapy subsequently resolves following the discontinuation of the drug, this is referred to as a positive dechallenge.    A positive rechallenge refers to the re-occurrence of the adverse event (following a positive dechallenge) subsequent to re-initiation of the drug.

54.    The FDA places great significance on dechallenge/rechallenge observations and these events are often included in product labeling to assist prescribers and patients with benefit/risk assessments.    As such, the dechallenge/rechallenge psychobiological events described in conjunction with Neurontin use should have been incorporated into the labeling.[35]    Such incorporation into the labeling would have been consistent with FDA guidelines.    The following description of serious adverse events can be found in the *Guideline for the Format and Content of the Clinical and Statistical Sections of an Application (July 1988)*, a document prepared by the Center for Drug Evaluation and Research (FDA) and intended to be used as a guide for the formatting of a New Drug Application (NDA): *"It may not, indeed often will not, be possible to decide whether a particular serious event is drug-induced, but such events should be noted for future review and consideration in the post-marketing period and perhaps identified in labeling as a possible adverse effect of uncertain relationship to the drug.    Steps planned to evaluate adverse events further should be noted."*

55.    It is not necessary to have significant numbers of dechallenge/rechallenge events to appreciate drug toxicities.    For example, in the March 2005 Guidance for Industry – Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, FDA notes the following: *"It is possible that even a single well-documented case report can be viewed as a signal, particularly if the report describes a positive rechallenge or if the event is extremely rare in the absence of drug"*.

56.    Publications contributed by FDA authors also note that dechallenge/rechallenge data are useful for causation considerations.[36]

---

[35] Temple et al., 1979; Strom 2000 Pharmacoepidemiology, 3rd Edition

[36] See Temple *et al.*, 1979; See also Strom, BL, 2000 Pharmacoepidemiology, Chapter 10 (Kennedy, DL, Goldman, SA & Lillie RB, *Spontaneous Reporting in the United States*)

57.     Incidences of positive dechallenge/rechallenge events have been documented in clinical trials involving gabapentin. Dechallenge events include suicidal ideation, depression and hostility. In addition, a positive rechallenge event was documented in one patient (depression).

58.     Original patient narratives relating to dechallenge events are outlined below. **In one particular instance there was a well-documented case of dechallenge/rechallenge.** A patient (Patient 1-1 from Study 945-015, RR #720-02837) receiving gabapentin became severely depressed and had suicidal ideations while on the drug. **When gabapentin was tapered and subsequently discontinued, the patient recovered from both the depressive and suicidal events. Upon readministration of gabapentin (rechallenge) the patient again became depressed. "The investigator considered the event probably related to gabapentin therapy, and the patient was withdrawn from the study."[37]** This event should have been highlighted in a separate section of the Pfizer Defendants' ISS and discussed in detail with the additional patients who expressed suicidal ideations or attempted to take their own life. Examples of positive dechallenge/rechallenge events related to psychobiologic function and associated with Neurontin are provided below (a-g). All of these events occurred prior to the December 1993 approval of Neurontin.

a.     Research Report #RR-X-4300-00003          June 9, 1986
        Positive dechallenge: **reactive depression (1)**

Psychological symptoms of "depression/depressed feeling" were reported in 3/57 patients of unknown origin: 2 under baseline SAEDs and 1 patient under 600 mg gabapentin (possibly reactive depression) lasting 1.5 months during the dosage reduction period (following completion of the treatment phase up to 1200 mg) which completely disappeared in the one month follow-up phase after washout of gabapentin.

---

[37] RR 720-02837 (emphasis added) at p. 94-95. Pfizer Defendants' causal association assessment ranged from Definite, Probable, Possible, or of Unknown Relationship. *See* RR 720-02837 at p.67. Additionally, Pfizer Defendants also appear to have utilized Causality Assessments based on Karch, F.E. and Lasagna, L., JAMA 234, 1236-1241 (1975) as it pertained to such open-label studies of the safety and efficacy of gabapentin (Protocol 945-15). *See* Pfizer_LLaMoreaux_0018652 at 0018671. The criteria for assessment of causality (using Karch and Lasagna's approach) included Definite, Probable, Possible, Remote, and Unclear. Under these circumstances, the adverse event of depression regarding Patient 1 should have been coded more conservatively as Definitely Related. Definite is defined as "[a] reaction that follows a reasonable temporal sequence from administration of the drug or in which the drug level has been established in body fluids or tissues. Improvement or disappearance on stopping or reducing the dosage (dechallenge), [and] Reappearance of the reaction on repeated exposure (rechallenge)." Pfizer_LLaMoreaux_0018652 at 0018671.

b.    Research Report # 4301-00124          September 12, 1991
      Positive dechallenge: **hostility (1)**

> Patient 10 (Center 37), a 17-year-old man, had hyperkinesia
> (hyperactivity) and hostility (aggressive behavior) from Day 31 of
> gabapentin administration.  The investigator considered these events
> moderate in intensity and probably related to gabapentin treatment
> (1200 mg/day), and the patient was withdrawn on Day 70.  Mild
> hyperkinesia (900 mg/day) had previously occurred from Day 19 through
> Day 31, at which time intensity increased.  Other adverse events were
> not reported.  The hyperkinesia and hostility resolved on Day 76.
> Concurrent medications included valproate and phenytoin.

c.    Research Report # RR 720-02816          September 10, 1991
      Positive dechallenge: **depression (1)**

> Patient 205 (Center 10), a 30-year-old white woman in the
> gabapentin/gabapentin group, became depressed on Study Day 2 while
> receiving 1200 mg/day of gabapentin.  The investigator considered this
> event mild and of unknown relationship to gabapentin.  The depression
> became moderate and possibly related to gabapentin on Study Day 57.  No
> concurrent medications were given for the depression and the gabapentin
> dosage remained unchanged until Study Day 93, when the patient was
> withdrawn from the study.  Taper was completed on Study Day 97, and the
> depression resolved on Study Day 105.  Medical history included
> hysterectomy, headaches, and urinary bladder repair.  Concurrent
> medications included hydrochlorothiazide, estrogen, prednisone,

14

d.    Research Report # 720-02837                    September 6, 1991
      Positive dechallenge: **depression/suicidal ideation**

   **Positive rechallenge: depression (1)

Patient 1 (Center 1), a 36-year-old white man, experienced depression of
moderate intensity on Day 12 while receiving 1500 mg/day gabapentin.
Other concurrent adverse events were headache of severe intensity and
diplopia of moderate intensity. The investigator stated that the
patient had been depressed for two years prior to the study, but that
the condition had worsened when headaches became severe in intensity.
The headaches were position dependent; they resolved when the patient
was supine, but they were severe in intensity and incapacitating when
the patient was sitting up. The patient also had dizziness and
nystagmus beginning on Days 20 and 22, respectively. The patient was
hospitalized due to severe headache on Day 22. A spinal tap, CT scan,
MRI, and arteriogram performed during this hospital stay were negative.
Elevated serum concentration of carbamazepine was noted, and dosage was
reduced from 2800 to 2600 mg/day. Gabapentin dosage was not changed.
The patient was discharged on Day 24 with resolution of dizziness and
nystagmus; however, headache, diplopia, and depression were continuing.
The patient was referred for neurosurgical consultation. Medical
history included a draining temporal arachnoid cyst diagnosed at age 33
and placement of a cystoperitoneal shunt two years later. Headache,

also beginning at age 33, was treated with aspirin, ibuprofen,
acetaminophen/codeine, and indomethacin during the study. Hypertension
was present at screening, and blood pressure remained at 160/100 before
and during the study despite treatment with verapamil and lisinopril.
Treatment with verapamil began on Day 18 and treatment with lisinopril
began on Day 30. Hospitalization occurred for a second time on Days 61
to 62 when an angiogram was performed. On Day 71, ongoing depression
changed from moderate to severe intensity, and the patient also
experienced suicidal ideation of severe intensity. Both events were
judged clinically important by the investigator and possibly related to
gabapentin treatment. Gabapentin treatment was tapered beginning on Day
85 and temporarily stopped on Day 111. Depression and suicide ideation
resolved by Day 111, although headache continued. During Days 226 to
231, while off gabapentin therapy, the patient was hospitalized for
revision of a left cystoperitoneal shunt, and headache resolved. The
patient was rechallenged with gabapentin on Day 267. Depression
reoccurred on Day 271, and became severe on Day 295. The investigator
considered the event probably related to gabapentin therapy, and the
patient was withdrawn from the study. The last dose of gabapentin was
given on Day 300. Depression, diplopia, and nystagmus were continuing
at the last visit.

15

e.     Research Report # 720-02883          August 16, 1991
       Positive dechallenge: **depression**

> Patient 213 (Center 1), a 46-year-old white female, became depressed on
> Day 294 while receiving 2400 mg/day of gabapentin. The investigator
> considered this event of moderate intensity and possibly related to
> study drug, but no changes in study medication were made at this time.
> On Day 433 the investigator felt that the depression had changed in
> intensity to severe and designated it as a clinically important adverse
> event. At this time, the patient was permanently discontinued from
> further gabapentin treatment. The taper was completed on Day 438. The
>
> patient's past medical history included a tubal ligation and a
> hysterectomy. Other adverse events during the study included insomnia,
> upper respiratory infection, and blurred vision. Concurrent medications
> included norephedrine, guaifenesin, and conjugated estrogens.
> Concurrent AEDs included carbamazepine (1200 mg/day) and clorazepate
> (15 mg/day). The patient's depression resolved on Day 447.

f.     Research Report # 720-02883          August 16, 1991
       Positive dechallenge: **depression**

> Patient 107 (Center 4), a 29-year-old white male, entered the present
> study with amnesia, impotence, and depression that had begun in the
> preceding studies (945-5 and 945-5X) on Days 14, 68, and 147 of
> gabapentin therapy, respectively. The patient was receiving
> 1200-1800 mg/day of gabapentin at the time the events began. The
> investigator considered all three of these events mild and possibly
> related to the study medication. These problems continued in the
> extended open-label protocol as the gabapentin dose was increased to
> 2000 mg/day on Day 168 and to 2200 mg/day on Day 190. On Day 217 the
> patient was permanently discontinued from the study and the gabapentin
> taper was complete on Day 238. The memory problems and depression
> resolved on Day 239 but the resolution of the impotence was unknown.
> The patient's past medical history is listed in the appendix.
> Concurrent medications included ibuprofen, bismuth subsalicylate,
> acetaminophen, and cholestyramine. Concurrent AEDs included
> carbamazepine (1600 mg/day) and primidone (750 mg/day). Because this
> patient was withdrawn from the study as a result of adverse events that
> were not TESS, he is not included in the total number of patients
> withdrawing due to adverse events in Appendix B.53.

16

g.  Research Report # RR 720-02993         September 13, 1991
    Positive dechallenge: **hostility (1)**

Patient 102 (Center 211), a 21-year-old man, completed the double-blind
phase of the study in the placebo group and began gabapentin treatment
as open-label therapy. From Day 20 of gabapentin administration
(1200 mg/day), the patient experienced dizziness (drunk feeling) and
hostility (aggressive behavior). The investigator considered these
events mild in intensity and possibly associated with gabapentin
treatment. Tapering for gabapentin discontinuation began on Day 30, and
the last dose of gabapentin was taken on Day 37. The dizziness and
hostility resolved on Day 34. This patient was also receiving
carbamazepine and phenytoin.


## CONCLUSIONS – NEURONTIN PREAPPROVAL STAGE

59.    It is clear that self-injurious behaviors, including suicide-related events associated with
Neurontin, were evidenced in the clinical trial data generated in support of the initial
Neurontin approval. Available biochemical and pharmacology data supported the biological
plausibility of these observations (*e.g.*, Research Reports #740-02959 and #740-03075). As
such, the Pfizer Defendants were placed on notice of these events and should have carefully
monitored postmarketing reports associated with Neurontin upon product launch, especially
those reports related to psychobiologic function and suicide-related behavior.

17

## IV(b) Psychobiological Adverse Events in
## Post-Marketing Stage: 1994-1996

60.    In addition to reviewing the psychobiological adverse events that occurred during the pre-approval phase (*e.g.*, the period from initial clinical testing with gabapentin (mid 1980's) through the time of its approval for the adjunctive treatment of epilepsy (December 1993), the frequencies and severities of psychobiological adverse events in the initial years following market launch (January 1994 through September 1996) were also examined.

61.    In examining the Pfizer Defendants' activities regarding Neurontin during the 1994-1996 timeframe, data, information and adverse event reports from multiple sources including internal Pfizer Defendant documents (Research Reports, Annual Reports, Periodic Safety Update Reports, internal adverse event database); adverse event databases (the United States FDA Spontaneous Reporting System; the World Health Organization, WHO); clinical and scientific literature and other sources were reviewed.

62.    Clinical studies of gabapentin were conducted in the United States and internationally by the Defendants.  The time period review from 1994-1996 encompasses the time immediately following the approval of gabapentin for adjunctive treatment of epilepsy through the completion of the large STEPS (Study of Titration to Effectiveness and Profile of Safety) trial (September 1996).

### NEURONTIN CLINICAL PHARMACOLOGY STUDIES

63.    Nine clinical pharmacology studies conducted/sponsored by Pfizer Defendants provide data for this section and a description of each study is provided.  Eight of the nine studies were performed in adults, 7 of which were in healthy volunteers.  Six of the nine studies examined single doses of gabapentin and in 2 of these studies psychobiologic adverse events were observed.  Psychobiological adverse events were observed in two of the three multi-dose studies.

64.    As noted in the following Tables, there were a variety of psychobiological adverse events, though there were no reports of depression, hostility, or suicidal behaviors.  There were no deaths, withdrawals or serious adverse events with gabapentin treatment in any of these studies.  Depersonalization was reported in three of the five studies reporting psychobiological adverse events.[38]  Further, abnormal thinking and depersonalization were the two most frequently reported psychobiological events.  These findings are particularly concerning in healthy volunteers receiving either one dose of gabapentin, or (at most) repeated doses for short periods of time.

65.    A notable increase in the incidence of psychobiological events was observed in study 945-195, which used a high dose of gabapentin (2400 mg/day) for several weeks.  This finding suggests that higher doses of gabapentin coupled with increased exposure may lead to increased incidences of psychobiologic adverse events.

---

[38] Depersonalization is an event often considered a preliminary event to suicidal behavior (Kelly and Knudson, 2000).

**Overview of all Psychobiological Adverse Events**

| Studies[a] | # Subjects/Patients[b] | Psychobiological AE's (# events) | |
|---|---|---|---|
| **CLINICAL PHARMACOLOGY STUDIES** | | | |
| Total # of Studies (9) | 240 | Abnormal Thinking | 16 |
| | | Depersonalization | 11[c] |
| | | Euphoria | 6 |
| | | Confusion | 5 |
| | | Nervousness | 4 |
| | | Hyperkinesia | 3 |
| | | Agitation | 2 |
| | | Personality Disorder | 2 |
| | | Abnormal Dreams | 2 |
| | | Emotional Lability | 1 |

[a] Studies completed or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of subjects/patients receiving at least one dose of gabapentin

[c] Note the high number of depersonalization events in these studies. Depersonalization has been considered a precursor to suicidal thoughts (Kelly and Knudson, 2000). The fact that this event occurred in predominantly healthy subjects provides further evidence that caution is warranted in patient populations susceptible to this and other psychobiologic events

19

# CLINICAL PHARMACOLOGY STUDIES
## Single Dose Studies

| Study # | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---|---|---|---|
| 945-188 (724-00222) | A study in healthy volunteers to determine the taste acceptability of 3 gabapentin (CI-945) liquid formulations (945-188-0) | 1-5-94 to 11-11-94 | None |
| 945-189 (744-00249) | A single-dose bioequivalence study comparing 600-mg CI-945 tablets to 300-mg gabapentin Supro capsules (945-189-0) | 4-17-95 to 4-28-95 | Abnormal thinking {3}; Nervousness {2}; Euphoria {2}; Depersonalization {1}; Confusion {1} |
| 945-196 (744-00309) | A single-dose study of Neurontin (gabapentin; CI-945), pharmacokinetics in healthy lactating women and evaluation of gabapentin concentrations in breast milk (945-196-0) | 2-4-95 to 2-6-95 | None |
| 945-208 (744-00328) | A single-dose bioavailability study comparing 800-mg CI-945 tablets to 400-mg gabapentin supro capsules (945-208-0) | 3-5-96 to 3-28-96 | Emotional lability {2}; Thinking abnormal {3}; Personality disorder {1}; Abnormal dreams {2, *one unrelated*}; Depersonalization {1} |
| 945-202-0 (744-00377) | A Single-Dose Study of Neurontin (Gabapentin; CI-945)Pharmacokinetics in Healthy Pediatric Subjects | 12-9-95 to 12-10-95 | None |
| 945-072 (720-03359) | Open study for quantitative determination of gabapentin concentrations in pancreatic tissue and plasma following intravenous administration of gabapentin to patients undergoing pancreatic surgery (945-72) | 7-20-92 to 8-19-93 | None |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted

## CLINICAL PHARMACOLOGY STUDIES *(continued)*
### Multiple Dose Studies

| Study # | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---------|-------|-------------|---------------------------------------------|
| 945-190 (744-00238) | A multiple-dose, dose-proportionality study of Neurontin (gabapentin; CI-945) capsules in healthy volunteers (945-190-0) | 1-23-95 to 2-27-95 | Depersonalization {9}; Abnormal thinking {6}; Euphoria {4}; Hyperkinesia {3}; Agitation {2}; Nervousness {2}; Confusion {1}; Personality disorder {1} |
| 945-430-005 (430-00110) | Comparison of gabapentin, carbamazepine, and placebo in a randomized, blinded 3-way crossover psychometric study in healthy volunteers (945-430-005, NE005) | 10-21-94 to 8-15-95 | None |
| 945-195 (995-00072) | Double-Blind, Randomized, Two Period Crossover Comparison of the Cognitive and Behavioral Effects of Gabapentin and Carbamazepine in Healthy Adults | 11-29-95 to 2-18-98 | Thinking abnormal {4}; Confusion {3} |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted.

21

## NEURONTIN MONOTHERAPY STUDIES

66.     Seven (of 8 total) epilepsy monotherapy studies were completed during the period 1994-1996. A total of 989 patients received gabapentin in these completed trials. To date, Pfizer has not received FDA approval for the monotherapy indication in the U.S.,  and the enclosed studies do not provide data to support gabapentin's efficacy for this use.

67.     An integrated across-study tabular summary of the psychobiological adverse events occurring in all completed epilepsy monotherapy trials is provided. The five most frequently-occurring psychobiological adverse events observed in all completed monotherapy trials were nervousness, thinking abnormal, confusion, emotional lability and depression. Depersonalization was reported in one patient from these trials. A total of 9 positive dechallenge reactions related to psychobiologic function were observed in 6 gabapentin patients participating in monotherapy studies. These events included reports of depression, hostility and hypomania.

22

*Psychobiological Adverse Events in Monotherapy Trials*

| Studies[a] | # Patients[b] | (# events) |
|---|---|---|

**CLINICAL EPILEPSY STUDIES**
Monotherapy Studies (8)    1133*
*This includes both completed and
  ongoing studies

| | |
|---|---|
| Nervousness | 58 |
| Thinking Abnormal | 37 |
| Confusion | 29 |
| Depression | 27 |
| Emotional Lability | 26 |
| Anxiety | 24 |
| Agitation | 8 |
| Hostility | 7 |
| Doped Feeling | 6 |
| Euphoria | 5 |
| Hallucinations | 4 |
| Psychosis | 4 |
| *Suicide Attempt* | *2[c]* |
| Personality Disorder | 2 |
| Apathy | 1 |
| Depersonalization | 1 |
| Overdose | 1 |
| Abnormal Dreams | 1 |
| Feeling High | 1 |
| Feeling Abnormal | 1 |
| Frustration | 1 |
| Hypomania | 1 |
| Paranoia | 1 |
| Psychiatric Disorder | 1 |
| Schizophrenic | 1 |
| **Suicidal** | **1** |
| Withdrawal Syndrome | 1 |

[a] Studies completed or ongoing during the observed time period (January 1994
   through September 1996) were included in the analysis

[b] number of patients receiving at least one dose of gabapentin

[c] Events that *should* have been coded as suicide attempts

23

68.    Although one patient receiving monotherapy was listed as being suicidal (945-083), 2 instances of suicide attempts were found in this trial (945-083). The patient listed (by Pfizer Defendants) as suicidal, actually attempted to kill himself (this should have been coded as a suicide attempt). The additional suicide attempt was coded (by Pfizer Defendants) as an overdose.

69.    One monotherapy study was ongoing during the period under review. This study (945-092) was initiated in February 1995 and was completed in January 1998. Adverse events noted for this trial may thus have not occurred during the period January 1994 through September 1996. A total of 144 patients received gabapentin in this trial. Adverse psychobiologic events observed during this trial include reports of depression, thinking abnormal, anxiety, confusion, emotional lability and psychiatric disorder. It is important to note that gabapentin was less effective than the active comparator drug (carbamazepine).[39]

---

[39] *See* Study 945-092 (RR 720-04229), entitled "Gabapentin Monotherapy Trial: A 36-Week Double-Blind, Parallel-Group, Multicenter, Comparative Study of the Efficacy and Safety of Gabapentin Versus Carbamazepine in Patients with Partial Epilepsy (Protocol 945-092). The clinical trial dates encompassed February 2, 1995 through January 3, 1998, and adverse events associated with Neurontin included the following: Nervousness {*5, three unrelated*}; Depression {*3, one unrelated*}; Thinking Abnormal {*4, one unrelated*}; Anxiety {*3, two unrelated*}; Confusion {2}; Emotional Lability {1}; Psychiatric Disorder {*1, unrelated*}. Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted.

## CLINICAL STUDIES – EPILEPSY MONOTHERAPY (Completed Studies)

| Study # | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---|---|---|---|
| 945-077 (720-03779) | A double-blind, dose-controlled, multicenter study comparing 3 doses of gabapentin (CI-945, Neurontin) administered as monotherapy and open-label carbamazepine in patients with newly diagnosed epilepsy: titration and evaluation phases (protocol 945-077 (international) | 7-13-93 to 7-29-96 | Confusion {1}; Nervousness {*9, two unrelated*}; Depression {*4, one unrelated*}; Anxiety {*2, both unrelated*}; Thinking Abnormal {*2, one unrelated*}; Euphoria {2}; Hostility {*2, both unrelated*}; Emotional Lability {*2, one unrelated*}; Withdrawal syndrome {*1, unrelated*}; Abnormal dreams {*1, unrelated*} |
| 945-177 (720-03847) | Combined safety data from two double-blind, dose-controlled, multicenter study comparing 3 doses of gabapentin (CI-945, Neurontin) administered as monotherapy and open-label carbamazepine in patients with newly diagnosed epilepsy: titration and evaluation phases (945-077, 945-177) | 7-13-93 to 7-29-96 | Depression {1}; Anxiety {*2, one unrelated*} |
| 945-082 (720-03495) | A 26-week, double-blind, dose-controlled, multicenter study of conversion from marketed antiepileptic drug therapy to gabapentin (CI-945, Neurontin) monotherapy in patients in patients with complex partial or secondarily generalized seizures (protocol 945-082, US & Canada) | 12-15-92 to 2-23-95 | Nervousness {*18, seven unrelated*}; Thinking Abnormal {*10, three unrelated*}; Emotional Lability {*9, one unrelated*}; Confusion {*8, one unrelated*}; Depression {*8, two unrelated*}; Anxiety {*6, two unrelated*}; Agitation {1}; Apathy {1}; Depersonalization {*1, unrelated*}; Frustration {1}; Paranoia {*1, unrelated*} |
| 945-088 (720-03675) | Gabapentin inpatient monotherapy trial: a double-blind, dose-controlled, multicenter study in patients with refractory partial epilepsy (945-88, US, Canada) | 2-10-94 to 8-9-95 | Psychosis {*2, both unrelated*}; Anxiety {1}; Confusion {*1, unrelated*}; Feeling High {1}; Hallucination {*1, unrelated*}; Thinking Abnormal {1} |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted.

25

**CLINICAL STUDIES – EPILEPSY MONOTHERAPY** (Completed Studies - *continued*)

| Study # | Title | Trial dates | Psychobiologic Adverse Events (Gabapentin) |
|---|---|---|---|
| 945-083 (720-03497) | Interim report of an extended open-label, multicenter, safety and efficacy study of gabapentin (CI-945, Neurontin) monotherapy following a double-blind study (Protocol 945-082) in patients with complex partial or secondarily generalized seizures (Protocol 945-083) | 5-22-93 to 8-31-95 | Nervousness {*23, seven unrelated*}; Thinking abnormal {*17, four unrelated*}; Emotional Lability {*12, nine unrelated*}; Depression {*11, six unrelated*}; Confusion {*10, five unrelated*}; Anxiety {*10, six unrelated*}; Agitation {*5, three unrelated*}; Hostility {*5, two unrelated*}; Doped feeling {*5, two unrelated*}; Psychosis {*1, unrelated*}; Euphoria/high {3}; Apathy {1}; **Suicide Attempt {2}[#]**; Suicidal {*1, unrelated*}; Depersonalization {1}; Hallucinations {*1, unrelated*}; Schizophrenic {*1, unrelated*}; Hypomania/overdose {1}; |
| 945-089 (720-03677) | Interim report of a 26-week, open-label, multicenter, safety and efficacy study of gabapentin (ci-945, Neurontin) monotherapy following a double-blind inpatient study (protocol 945-088) in patients with refractory partial epilepsy (protocol 945-089, US and Canada) | 2-13-94 to 8-31-95 | Confusion {3}; Nervousness {3}; Emotional Lability {2}; Thinking Abnormal {2}; Agitation {1}; Hallucination {1}; Psychosis {*1, unrelated*} |
| 945-36; 945-13-14 (720-03733) | A double-blind, single-center, 3-Way Crossover Study in patients with refractory partial seizures to determine the efficacy and safety of gabapentin monotherapy compared with carbamazepine monotherapy and gabapentin /carbamazepine combination therapy and follow-on open-label safety. | 5-15-89 to 4-5-94 | **Double-blind study:** Confusion {*2, one unrelated*}; Emotional lability {5}; Thinking abnormal {3}; Nervousness {3}; Depression {*2, one unrelated*}; Doped-up {1}; Psychosis {1} **Open-label study:** Confusion {*2, one unrelated*}; Thinking Abnormal {*2, one unrelated*}; Doped-Up {*1, unrelated*}; Hallucinations {1} |

# 2 suicide attempts should have been noted in this trial.

26

NEURONTIN ADJUNCTIVE (ADD-ON) THERAPY STUDIES

70.    A total of 8 studies examining the efficacy of gabapentin as add-on therapy were either completed or ongoing during the period January 1994 through September 1996. Seven of these studies were completed prior to September 1996. Because the one ongoing study contained only 3 reports of psychobiologic adverse events (in 10 total patients receiving gabapentin) this review includes data from that study with the completed study data. Note also that one study, which failed to demonstrate efficacy (completed in 1991, initiated in June 1986) for which a Research Report was not published until 1994 (877-210G) is included. A total of 3235 patients received gabapentin in these studies. An integrated across-study tabular summary of the psychobiological adverse events occurring in all epilepsy add-on trials is provided below.

71.    As noted, in the following Tables, the five most common psychobiological adverse events observed in all add-on therapy trials were nervousness, confusion, depression, thinking abnormal and emotional lability. Depersonalization was reported in one patient from these trials. A total of 6 positive dechallenge reactions related to psychobiologic function were observed in 6 gabapentin patients participating in these adjunctive therapy studies. These events included reports of confusion, nervousness and thinking abnormal.

*Psychobiological Adverse Events in Add-on Therapy Trials*

| Studies[a] | # Patients[b] | (# events) | |
|---|---|---|---|
| Add-On Studies (8) | 3235* | Confusion | 57 |
| *This includes both completed and | | Nervousness | 56 |
| ongoing studies | | Depression | 38 |
| | | Thinking Abnormal | 32 |
| | | Emotional Lability | 20 |
| | | Anxiety | 18 |
| | | Hostility | 12 |
| | | Overdose | 12 |
| | | Personality Disorder | 12 |
| | | Agitation | 10 |
| | | Euphoria | 10 |
| | | Forgetfulness | 8 |
| | | Depersonalization | 7 |
| | | Hallucinations | 5 |
| | | Giddiness | 3 |
| | | Psychosis | 3 |
| | | *Suicide Attempt* | *3[c]* |
| | | Delirium | 2 |
| | | Neurosis | 2 |
| | | Paranoia | 2 |
| | | Aggression | 1 |
| | | Apathy | 2 |
| | | Manic Reaction | 1 |
| | | Mood Swings | 1 |
| | | **Suicidal** | **1[d]** |
| | | **Suicide Attempt** | **1** |
| | | **Suicide** | **1** |

[a] Studies completed or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of patients receiving at least one dose of gabapentin

[c] Events that *should* have been coded as suicide attempts

[d] Event that *should* have been coded as suicidal

28

## CLINICAL STUDIES – EPILEPSY ADD-ON THERAPY
### (Completed and Ongoing Studies)

| Study # | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---|---|---|---|
| 945-090 (995-00059) | A multicenter, randomized, double-blind, comparative study of gabapentin (CI-945) administered as an initial dosage of 900 mg/day versus a dosage titrated to 900 mg/day over three days (protocol 945-090) | 6-6-94 to 6-8-95 | Agitation {3, *one unrelated*}; Anxiety {2, *one unrelated*}; Apathy {2}; Confusion {13, *two unrelated*}; Depersonalization {4}; Depression {1}; Emotional lability {4}; Euphoria {7}; Nervousness {18, *four unrelated*}; Neurosis {1}; Overdose {2}; Paranoia {1}; Thinking Abnormal {8} |
| 945-423 (423-00110) | Open-label multicenter study to determine the percentage of patients with focal (partial onset) seizures, who are insufficiently controlled by antiepileptic monotherapy, becoming seizure free in at least one focal seizure type under add-on therapy with gabapentin | 6-29-94 to 8-16-96 | Depression {1}; Anxiety Attack {1, *unrelated*}; Overdose {1} |
| 945-430-004 (430-00112) | Double blind placebo controlled crossover study of the effects of three doses of Neurontin as add-on therapy in cognitive function of patients with epilepsy (protocol 945-430-004, NE004) | 1-27-94 to 10-12-95 | Aggression {1}; Mood Swings {1}; Anxiety {1, *unrelated*}; Depression {1, *unrelated*} |
| 945-436-002 (436-000-072) | A multicenter, double-blind study comparing the safety and efficacy of gabapentin versus extended-release valproate sodium (depakine chrono) in 96 patients with partial seizures not controlled with carbamazepine | 1-94 to 12-95 | Depressive Syndrome {1} |
| 945-462 (462-00008) | Open label multicenter uncontrolled 12 week study of efficacy and safety of gabapentin as add-on therapy in refractory partial epilepsy with or without secondary generalization | 11-94 to 7-95 | Forgetfulness {8}; Giddiness {3} (*Relationship of adverse events to gabapentin not provided in the Research Report*) |

29

**CLINICAL STUDIES – EPILEPSY ADD-ON THERAPY** (Completed and Ongoing Studies - *continued*)

| | | | |
|---|---|---|---|
| 877-210G (720-03366) | A Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of the Safety and Efficacy of Gabapentin (CI-945) as Add-On Therapy in Patients with Medically Uncontrolled Generalized Epilepsy | 6-19-86 to 4-16-91 | Agitation {2}; Anxiety {1}; Confusion {2, *one unrelated*}; Depression {2, *both unrelated*}; Emotional Lability {4, *one unrelated*}; Hostility {1}; Nervousness {2, *one unrelated*} |
| 945-193; 945-200 (995-00057) | Neurontin STEPS (Study of Titration to Effectiveness and Profile of Safety) Plus Serum Gabapentin Levels | 3-95 to 9-96 | Overdose {9, *six unrelated*}; Suicide Attempt {1, *unrelated;* should have been 2[#]}; **Suicidal {1};** Agitation {5, *three unrelated*}; Anxiety {14, *four unrelated*}; Confusion {41, *seven unrelated*}; Delirium {2, *both unrelated*}; Depersonalization {3}; Depression {33, *twenty-one unrelated*}; Emotional Lability {12, *three unrelated*}; Euphoria {3, *one unrelated*}; Hallucinations {5, *four unrelated*}; Hostility {11, *one unrelated*}; Manic Reaction {1}; Nervousness {34, *seven unrelated*}; Neurosis {1, *unrelated*}; Paranoid Reaction {1, *unrelated*}; Personality Disorder {12, *two unrelated*}; Psychosis {3, *all unrelated*}; Thinking Abnormal {24, *two unrelated*}; Suicide {1, *unrelated*} |
| 945-430003 (430-00120) | A Blinded Parallel Group Comparison of Neurontin (Gabapentin) and Sodium Valproate as Add-On Therapy in the Treatment of Partial Seizures | 12-6-94 to 1-20-97 | Nervousness {2}; Confusion {1} |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted
# 2 suicide attempts should have been noted in this trial.

30

STEPS Trial

(Study of Titration to Effectiveness and Profile of Safety)

72.     The large, multicenter STEPS trial (Study of Titration to Effectiveness and Profile of Safety) was a Phase IV Postmarketing trial, performed (March 1995 through September 1996) to evaluate the safety and tolerability of gabapentin, the effect of gabapentin on the patient's quality of life and the relationship between gabapentin dose and plasma concentrations.  Dosages ≤1800 mg/day were compared to those ≥1800 mg/day.  Patient selection criteria excluded people with serious or unstable psychological conditions.  There were no limitations on concurrent medications.  The study population was 2216 patients.

73.     As rated by the physician, seizure control was good or excellent in 66% of patients, but only 48% of patients met criteria required for evaluation of efficacy. Quality of life assessments for the evaluable population showed statistically significant improvement compared to baseline with gabapentin treatment.  Adverse events in the ≤1800 mg/day group occurred at a higher incidence overall, probably due to the fact that patients with adverse events might not increase their dose or might withdraw from the study.  Patient narratives in the Research Report were only provided for serious events.

74.     As described in the following Tables, a total of 73 serious adverse events occurred, many of which were related to psychobiological function.    Serious psychobiological adverse events included 5 reports of overdose, 3 reports each of depression and psychosis and 1 report each of the following events: suicide attempt (a completed suicide), anxiety, confusion, hostility, personality disorder, and thinking abnormal.  The table below provides patient demographics for a subset of the serious psychobiological adverse events occurring during the STEPS trial.

75.     Although there were 4 instances of suicidal behavior that occurred during the STEPS trial (as coded by PDG), only 1 was listed in the adverse event tables provided in the Research Report.  In addition, one patient in the STEPS trial committed suicide.  This patient is listed in the Research Report for the STEPS trial and is noted in the medical literature.[40]

---

[40] *See* Beran et al., 2001.  Additional publications describing the STEPS trial are also provided (Morrell, 1999; Morrell et al., 2000).

**Serious Psychobiological Events (STEPS Trial)**
**(From the patient narratives, there were four suicidal events rather than the one listed in the adverse events tables)**

| Patient | Demog | AE | Dose | Day | Related | History | Mgmt | Non AE Meds | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| 70163 | 46, Caucasian, female | **Suicide** (Fatal) | 1800 | 15 | Def not | Pseudolupus, no other details of event available | N/A | Nefazodone antidepressant | Fatal |
| 17012 | 29, Caucasian, male | Drug Overdose, *Attempted suicide* | 900 | 14 | Definitely | Astrocytoma | Interrupted | None listed | resolved |
| 29324 | 29, Hispanic, female | Psychosis, chest wound- *Suicide attempt (self inflicted stab wound to the chest)* | 2700 | 73 | Unlikely | Tubal ligation, C-section Narrative: Psychosis, siblings committed suicide | GBP cont. | None listed | resolved |
| 23812 | 52, Hispanic, female | Psychosis, *Suicidal* | 1500 | 68 | Unlikely | Depression Hypercholesterolemia Diabetes Dermatitis Narrative: Suicidal ideation, attempt | GBP cont., outpatient therapy | Nefazodone antidepressant | Not specifically stated |
| 13775 | 34, Caucasian, male | Insulin **overdose** (fatal) | 1800 | 28 | Def not | Alcohol abuse and diabetes | NA probable cause unk. | Insulin | Fatal |
| 33624 | 35, Caucasian, male | Drug abuse, phenobarbital **overdose** | 3600 | 65 | Def not | None listed | GBPdisc. W/D due to abusive behavior | None listed | resolved |

*Text in italics identifies a more fully descriptive narration.*

32

Serious Psychobiological Events (STEPS Trial, *continued*)

| Patient | Demog | AE | Dose | Day | Related | History | Mgmt | Non AE Meds | Outcome |
|---------|-------|-----|------|-----|---------|---------|------|-------------|---------|
| 27955 | 46, Black, female | Major **depression** | 1500 | 37 | Unlikely | Hysterectomy, Hypertension, Headache, Depression | GBP cont., Prozac for depression | Amytriptyline | resolved |
| 101012 | 35, Caucasian, female | Major **depression** | 1800 | 1 | Unlikely | Major depression | ECT, W/D, but continued taking GBP | Benzodiazepines, barbiturates | Resolved |
| 15254 | 40, Caucasian, female | Major **depression** | 1800 | 111 | Unknown | Chronic depression | GBP cont. | None listed | resolved |
| 12692 | 47, Caucasian, male | **Aggressive,** destructive behavior | 2400 | 63 | Possibly | Paranoid schizophrenia Narrative: Aggression | Decr. To 900mg | Buspar Haldol Molindone-antipsychotics | resolved |
| 12152 | 20, Hispanic, male | **Psychiatric** disorder, Behavioral disturbance | 1800 | 36 | unlikely | None listed Narrative: Depression | Interrupted | Imipramine Haldol | Resolved |
| 28942 | 34, Caucasian, female | **Anxiety** | 900 | 57 | unlikely | Huntington's chorea Narrative: Anxiety | GBP cont., alprazolam for anxiety | Desipramine -TCA Sertraline-SSRI Trazodone Clonazepam | ongoing |
| 29623 | 25, Black, female | **Psychotic** break | 1200 | 10 | Def not | Psychosis | GBP disc. | Lithium Prolixan (NSAID) | Ongoing |

33

76.    In terms of adverse events overall (serious and non-serious), there were 33 reports of depression, 9 reports of overdose, 1 suicide attempt, 3 reports each of psychosis and depersonalization. A total of 234 patients withdrew due to adverse events. Common adverse events leading to withdrawal were dizziness and somnolence. Psychobiological adverse events leading to patient withdrawal are provided below.

**Psychobiological adverse events leading to withdrawal (STEPS trial):**

| Event | ≤1800mg | >1800-2400mg | >2400-3600mg | >3600mg | All |
|---|---|---|---|---|---|
| *# patients at this dose* | *2216* | *781* | *719* | *12* | *2216* |
| **Overdose** | **2** | | **1** | | **3** |
| **Suicide attempt** | **1** | | | | **1** |
| Agitation | 1 | | | | 1 |
| Anxiety | 5 | | | | 5 |
| Confusion | 17 | | | | 17 |
| Delirium | 1 | | | | 1 |
| Depression | 6 | | | | 6 |
| Emotional lability | 4 | | | | 4 |
| Hallucinations | 1 | | | | 1 |
| Hostility | 2 | | | | 2 |
| Manic reaction | 1 | | | | 1 |
| Nervousness | 6 | | 1 | | 7 |
| Neurosis | 1 | | | | 1 |
| Paranoid reaction | 1 | | | | 1 |
| Personality disorder | 3 | | | | 3 |
| Psychosis | 1 | | | | 1 |
| Thinking abnormal | 7 | | | | 7 |

77.    The table below lists all psychobiological adverse events in patients receiving gabapentin during the STEPS trial. Note that the total number of events (provided in the **All** column) does not match the combined number at each of the respective doses. It is unclear why this is, but it may relate to the fact that patients were titrated to different dosages (and thus may have experienced the same event at different dosage levels).

34

**All Psychobiologic Adverse Events (STEPS Trial):**

| Event | ≤1800mg | >1800-2400mg | >2400-3600mg | >3600mg | All |
|---|---|---|---|---|---|
| *# patients at this dose* | *2216* | *781* | *719* | *12* | *2216* |
| **Overdose** | **8** | **1** | **1** | | **9** |
| **Suicide attempt** | **1** | | | | **1** |
| Agitation | 5 | 1 | 1 | | 5 |
| Anxiety | 12 | 2 | 3 | | 14 |
| Confusion | 37 | 5 | 4 | | 41 |
| Delirium | 2 | | | | 2 |
| Depersonalization | 2 | | 1 | | 3 |
| Depression | 25 | 8 | 10 | | 33 |
| Emotional lability | 8 | 2 | 4 | | 12 |
| Euphoria | 2 | | 1 | | 3 |
| Hallucinations | 5 | | | | 5 |
| Hostility | 10 | 6 | 5 | | 11 |
| Manic reaction | 1 | | | | 1 |
| Nervousness | 27 | 8 | 12 | | 34 |
| Neurosis | 1 | | | | 1 |
| Paranoid reaction | 1 | | | | 1 |
| Personality disorder | 12 | 1 | 1 | | 12 |
| Psychosis | 2 | | 1 | | 3 |
| Thinking abnormal | 22 | 9 | 6 | | 24 |

78.    As set forth above, Neurontin adverse event data from both adult monotherapy and add-on trials were examined during the period encompassing January 1994 through September 1996. A number of adverse events related to psychobiologic function were observed including reports of suicide, suicide-related behavior, depression, intentional overdose, hostility and psychosis. The numerous psychobiologic adverse events experienced by epileptic patients during this period should have prompted further study by Pfizer Defendants to ascertain their association with gabapentin. In combination with the overdose and suicidal/depression events observed in the pre-FDA approval stage, these trends represent a signal that should have been acted upon. The necessary changes at this time should have included changes in the product labeling to adequately reflect the risk of these adverse psychobiologic effects and increased efforts to inform physicians of the possibility of these events in a population (epileptics) already at risk.

79.    Specifically, enhanced information should have been provided in the label warning patients and prescribers about the risks of suicidal behaviors (suicidal ideation, suicidal thoughts) and in particular, suicide attempt. The inclusion of *suicide gesture* in the gabapentin label did not adequately reflect the significant number of suicide attempts observed in clinical trials sponsored by Pfizer Defendants to that point in time.[41] Furthermore, both references to suicide-related events in the labeling (suicidal, suicide gesture) are contained in the section describing events observed prior to marketing approval. Pfizer Defendants have yet to update the gabapentin labeling to reflect the significant number of suicide-related events (post-marketing reports) observed subsequent to the approval of gabapentin. Additional data sources, including the company's internal database and Annual Reports, Periodic Safety Update Reports and the Spontaneous Reporting System, confirmed these suicide-related events and provided further evidence that enhanced warnings were necessary to provide patients with complete information regarding the risks and benefits of gabapentin.

---

[41] Despite any assertion by Pfizer Defendants that a reader of their product label for Neurontin would understand "suicide gesture" to mean "suicide attempt", the term "suicide attempt" was in fact an unlabeled adverse drug experience because it was not listed in the product labeling. Indeed, to the physician reading the label, it was an "unexpected" adverse drug experience since it was not included in the product labeling. Yet, Pfizer Defendants were aware of such experiences and other psychobiologic adverse events not included in the labeling. *See* 21 CFR 314.80(a): "<u>Unexpected adverse drug experience</u>. Any adverse drug experience that is not listed in the current labeling for the drug product. This includes events that may be symptomatically and pathophysiologically related to an event listed in the labeling, but differ from the event because of greater severity or specificity." Because "suicide attempt' is a term more specific --- and arguably even of greater severity --- than "suicidal" or "suicidal gesture", it was an unlabeled, unexpected adverse drug experience. Noteworthy, in-house Pfizer Defendant documents referenced "suicide attempt" as a labeled event (incorrectly) even though they sought fit not to include the term on their actual product labeling. *See* Pfizer_CPacella_0050918 at 0050926, where Pfizer's Drug Safety Product Reference Guide (draft September 12, 2000) indicates "suicide gesture or suicide attempt (is serious)" as labeled adverse events. Such a circumstance reflects that Pfizer Defendants provided more detailed information within their own company than they chose to provide to those individuals actually using their product.

## NEURONTIN PEDIATRIC EPILEPSY STUDIES

80.    Neurontin pediatric studies reviewed for the time period 1994 – 1996 were ongoing as of the cutoff date for evaluation (September 1996).  Despite this, there were a number of notable adverse events related to psychobiological function that occurred in pediatric patients, including one report of a patient being suicidal.[42]  An overview of the top five psychobiological adverse events occurring in pediatric patients is provided below.

### Psychobiological Adverse Events in Pediatric Trials

| Studies[a] | # Patients[b] | (# events) | |
|---|---|---|---|
| Pediatric Studies (4) | 661 | Emotional Lability | 41 |
| | | Hostility | 22 |
| | | Nervousness | 20 |
| | | Thinking Abnormal | 16 |
| | | Confusion | 8 |
| | | Anxiety | 6 |
| | | Personality Disorder | 3 |
| | | Depression | 2 |
| | | Hallucinations | 2 |
| | | Agitation | 1 |
| | | Apathy | 1 |
| | | Frustration | 1 |
| | | Hysteria | 1 |
| | | Psychiatric Disorder | 1 |
| | | Psychosis | 1 |
| | | **Suicidal** | **1** |

[a] Studies initiated or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of patients receiving at least one dose of gabapentin

81.    In addition, there were 22 instances of positive dechallenge from a total of 16 patients participating in pediatric gabapentin trials.  These included the patient who expressed a desire to kill himself (suicidal) as well as other events of emotional lability and hostility.

---

[42] See RR 720-04231 at p 425

37

**CLINICAL STUDIES – EPILEPSY (PEDIATRIC – Ongoing Studies)**

| Study # (RR #) | Title | Trial dates | Psychobiologic Adverse Events* (Gabapentin) |
|---|---|---|---|
| 945-086; 945-186 (720-03891) | A 12-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of Gabapentin as Add-On Therapy in Children with Refractory Partial Seizures (Protocol 945-86 and 945-186) | 6-6-93 to 12-20-96 | Hostility {9, *one unrelated*}; Emotional Lability {5, *two unrelated*}; Nervousness {2}; Personality Disorder {2}; Psychiatric Disorder {1}; Confusion {1}; Thinking Abnormal {1}; Agitation {1} |
| 945-087; 945-187 (720-03893) | Report on an Open-Label Extension of a Double-Blind, Placebo-Controlled, Multicenter Study of Gabapentin (CI-945, Neurontin) as Add-On Therapy in Children with Partial Seizures (Protocol 945-87/187) | 1-29-94 to 5-14-97 | Emotional Lability {12, *four unrelated*}; Hostility {9, *two unrelated*}; Confusion {7, *four unrelated*}; Nervousness {5}; Anxiety {1}; Apathy {1}; Thinking Abnormal {1}; Hallucination {1, *unrelated*} |
| 945-094 (720-04231) | Gabapentin Pediatric Monotherapy Trial: A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study in Pediatric Patients with Benign Childhood Epilepsy with Centrotemporal Spikes (BECTS) (Protocol 945-094) | 8-17-94 to 1-13-98 | Hostility {3, *two unrelated*}; Emotional Lability {9, *one unrelated*}; Personality Disorder {1, *unrelated*}; Suicidal {1, *unrelated*}; Nervousness {8, *three unrelated*}; Thinking Abnormal {3, *two unrelated*}; Anxiety {2, *one unrelated*} |
| 945-095 (720-04362) | An Extended Open-Label Gabapentin (CI-945) Pediatric Monotherapy Trial Following a Double-Blind Study (Protocol 945-094) in Pediatric Patients with Benign Childhood Epilepsy with Centrotemporal Spikes (BECTS) (Protocol 945-095) | 9-13-94 to 12-22-98 | Emotional Lability {15, *three unrelated*}; Thinking Abnormal {11, *six unrelated*}; Hostility {5, *two unrelated*}; Nervousness {5, *two unrelated*}; Anxiety {3, *all unrelated*}; Depression {2, *both unrelated*}; Frustration {1, *unrelated*}; Hallucination {1, *unrelated*}; Hysteria {1, *unrelated*}; Psychosis {1, *unrelated*} |

*Consistent with the convention used by Pfizer Defendants, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted.

38

## NEURONTIN NON-EPILEPSY STUDIES

82.     The safety and efficacy data from 4 non-epilepsy clinical trials initiated, but not completed during the period January 1994 through September 1996 are provided in this section.  Three (3) of these trials were performed in patients with psychiatric indications (social phobia, panic disorder and bipolar disorder) and one (1) trial was performed in patients with diabetic peripheral neuropathy.  Many of the adverse events observed in these trials were related to psychobiologic function.  No instances of suicidal behavior were observed in these trials (*i.e.*, completed suicide, suicide attempt or suicidal ideation).  There was one instance of a positive dechallenge involving a psychobiological adverse event (thinking abnormal) from the diabetic neuropathy trial (945-210).  The five most common psychobiological adverse events in these trials (see Tables below) were nervousness, confusion, thinking abnormal, depersonalization and anxiety (4 events) and euphoria (4 events).

83.     Results obtained in the social phobia trial suggested that gabapentin is an effective treatment for this condition.  However, this finding was not replicated and Pfizer Defendants did not attempt to secure a label indication.  **Effects of gabapentin were not different from placebo for both the panic disorder and bipolar disorder trials.  Despite this, these indications were marketed and promoted.**  Gabapentin was effective in alleviating painful symptoms associated with diabetic peripheral neuropathy and was marketed for this indication although it was never approved by FDA.

**Overview of all Psychobiological Events (*continued*)**

| Studies[a] | # Patients[b] | Psychobiological AE's (# events)[c] | |
|---|---|---|---|
| **CLINICAL NON-EPILEPSY STUDIES** | | | |
| Bipolar Disorder (1) | 58 | Nervousness | 12[c] |
| | | Confusion | 10 |
| Social Phobia (1) | 34 | Thinking Abnormal | 8 |
| | | Anxiety | 4 |
| Panic Disorder (1) | 52 | Depersonalization | 5 |
| | | Euphoria | 4 |
| Peripheral Neuropathy (1) | 84 | Depression | 2 |
| | | Manic Reaction | 2 |
| | | Emotional Lability | 1 |
| | | Manic Depressive Reaction | 1 |
| | | Paranoia | 1 |
| | | Personality Disorder | 1 |
| | | Psychosis | 1 |

[a] Studies initiated or ongoing during the observed time period (January 1994 through September 1996) were included in the analysis

[b] number of patients receiving at least one dose of gabapentin

[c] Psychobiological adverse events occurring in each of the 4 listed studies were pooled for this analysis.

## CLINICAL STUDIES – NON-EPILEPSY TRIALS (Ongoing Studies)

| Study # | Title | Trial dates | Psychobiologic Adverse Events[*] (Gabapentin) |
|---------|-------|-------------|-----------------------------------------------|
| 945-203 (720-03850) | Treatment of Social Phobia with Gabapentin: A Placebo-Controlled Study | 4-26-96 to 5-22-97 | Nervousness {5}; Thinking Abnormal {4}; Anxiety {*2, one unrelated*[a]}; Confusion {1}; Depersonalization {1}; Depression {1}; Euphoria {1}; Personality Disorder {1} |
| 945-204 (720-03851) | A Placebo-Controlled Trial of Gabapentin in Patients with Panic Disorder | 7-15-96 to 10-11-97 | Depersonalization {3}; Nervousness {2}; Anxiety {*1, unrelated*}; Confusion {1}; Depression {1}; Euphoria {1}; Thinking Abnormal {1} |
| 945-209 (720-04174) | Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder | 3-96 to 7-97 | Manic Reaction {*2, both unrelated*}; Manic Depressive Reaction {*1, unrelated*}; Confusion {*1, unrelated*}; Paranoia {*1, unrelated*}; Nervousness {1}; Psychosis {*1, unrelated*} |
| 945-210 (720-03908) | A Double-Blind Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy | 7-2-96 to 3-20-97 | Confusion {7}; Nervousness {*4, one unrelated*}; Thinking Abnormal {*3, one unrelated*}; Euphoria {2}; Anxiety {*1, unrelated*}; Depersonalization {1}; Emotional Liability {1} |

*Consistent with the convention used by Pfizer, adverse events were considered related to gabapentin if coded as unknown, possibly, probably or definitely related; events considered unrelated are noted

41

84.    As referenced above, Pfizer Defendants pursued a clinical trial regarding **Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder (720-04174)**. The trial dates encompassed March 1996 – July 1997. In these trials, patients were randomized to receive either gabapentin (n=58; 600-3600 mg/day) or placebo (n=59) for 10 weeks in this single-blind, flexible-dose, parallel group, multicenter study. Patients included in the study were diagnosed as having bipolar disorder (DSM-IV criteria) despite ongoing therapy with valproate, lithium, or a combination of the two drugs. The following conditions were excluded from the trial: delirium, dementia, amnesia, cognitive disorders, schizophrenia, substance dependence, anti-social personality disorder. Antidepressant use was not allowed.

85.    The primary efficacy outcomes were the change in the Young Mania Rating Scale (YMRS) and the Hamilton Depression Rating Scale. Numerous secondary endpoints of efficacy were measured including Percentage of Internal States Scales responders; Clinical Global Impression of Severity Score; Hamilton Anxiety Scale; Clinical Global Impression of Change and the SF36 Quality of Life Questionnaire.

86.    Results from the trials demonstrated that **Gabapentin was not effective in treating bipolar disorder. Placebo, not gabapentin, showed a significant improvement in YMRS.** No significant differences were noted between the placebo and gabapentin groups for baseline to endpoint changes in the Young Mania Rating Scale and the Hamilton Depression Rating Scale. Similarly, no difference between the placebo and gabapentin groups was observed for any of the secondary efficacy parameters measured. The study reports that the results may have been biased as gabapentin serum levels indicated that some patients failed to take the study medication as directed.

87.    Notwithstanding this clinical trial being completed in approximately 1997, results from this trial were not published (in the Journal of Bipolar Disorder) until 2000.[43] Despite Pfizer Defendants' knowledge as the lack of efficacy of Neurontin for this purported indication, there is no evidence that Pfizer Defendants via Dear Healthcare Professional letters ever sought to pro-actively communicate the results of this clinical trial to the population Pfizer Defendants knew or should have known were prescribing Neurontin for Bipolar Disorder. Conversely, where clinical trial results were favorable to Pfizer Defendants, it is apparent that such an educational campaign to healthcare professionals was pursued. For example, a review of documents reflects that Pfizer Defendants via the "Marketing" Department had Dear Healthcare Professional letters regarding treatment of Social Phobia with Neurontin.[44] The correspondence states in part:

---

[43] *See* Pande AC, Crockatt JG, Janney CA et al., *Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Gabapentin Bipolar Disorder Study Group.* Bipolar Disord, 2: 249-255. *See* Deposition of Adrian Vega, June 13, 2007, at Exhibit 14. The aforementioned article was based upon Pfizer Defendants' Research Report 720-04174, issued March 26, 1999 and which covered clinical research from March '96 – July '97. *See* RR 720-04174; Deposition of Adrian Vega, June 13, 2007 at Exhibit 16.

[44] *See* WLC_CBU_000836. Pfizer Defendants' clinical trial regarding treatment of Social Phobia with Neurontin culminated in Atul Pande's publication of the following article: *Treatment of Social Phobia with Gabapentin: A Placebo Controlled Study*, Journal of Clinical Psychopharmacology, Vol. 19, No. 4 (1999). The results included Pande's assertion that treatment with gabapentin as compared to placebo significantly reduced symptoms of social phobia.