> As part of an educational service and at its expense, Parke-Davis, marketer of NEURONTIN, is providing healthcare professionals with a reprint of the article listed below. The article reports on a study of NEURONTIN for the treatment of social phobia. This information concerns a use that has not been approved by the Food and Drug Administration. There are products or treatments that have been approved for social phobia.[45]

In light of Pfizer Defendants' actions to distribute information favorable to marketing of Neurontin (e.g., Social Phobia article), their inaction regarding the unfavorable information about Neurontin with Bipolar Disorder may have suppressed critically-important information.[46] Pfizer Defendants failed to reasonably warn healthcare professionals of Neurontin's lack of efficacy, particularly pertaining to "off-label" psychiatric uses. This failure to warn is alarming in light of Pfizer Defendants illegal promotional scheme for "off-label" uses, and even in the absence of a promotional scheme, Pfizer Defendants knew of the widescale use of Neurontin for "off-label" psychiatric uses and should have reasonably warned about its lack of efficacy.[47]

---

[45] WLC_CBU_000836.

[46] Even in response to specific inquiries about mood disorders, Pfizer Defendants suppressed Pande's article reflecting lack of efficacy with Neurontin use in a bipolar disorder population. For example, Pfizer Defendants' witness, Adrian Vega, testified on June 13, 2007 that in response to specific inquiries from prescribers, Pfizer Defendants' Medical Communication (or Medical Information ) Department provided Standard Response Documents. See Deposition of Adrian Vega, June 13, 2007. Pfizer Defendants' standard response document on mood disorders included a specific section entitled, "Bipolar Disorder". See Deposition of Adrian Vega, June 13, 2007, at Exhibit 15. However, the section did not specifically reference either Pande's article or the actual Research Report. Instead, there was merely a footnote (i.e., number 17) indicating "Data on file, Parke-Davis" presumably referencing the subject research report on bipolar disorder. The section, "Bipolar Disorder"  The section on "Bipolar Disorder" did however reference other favorable information regarding Neurontin (e.g., "Gabapentin showed a positive response in most reports. The case reports of one to five patients did well on gabapentin for up to several months. . . .In the studies with larger numbers, at least half of the patients had a positive response…."). In a separate section, "Mania and Other Disorders", Pfizer Defendants did acknowledge a "double-blind placebo for which gabapentin was shown not be effective in bipolar was also not effective in controlling mania-related symptoms."

[47] See Bernstein, Enhancing Drug Effectiveness and Efficacy through Personal Injury Litigation, Journal of Law and Policy, at p. 148: "Lack of safety and lack of effectiveness both violate a popular, uncontroversial, established-for-decades statutory mandate..... True, the harm of an ineffective drug is harder to see than the harm of an unsafe one, and when harm is not seen, personal injury litigation appears beside the point. It is not. Safety and effectiveness are related conditions that cannot be understood in isolation from each other. Lack of effectiveness is central to lack of safety. Without the possibility of good results, even small risks become intolerable. Without alignment between label-promises and outcomes, the perils of deceit, wrongfully gained revenue, and emotional distress loom large. Without therapeutic benefit from a product ... a patient remains in danger. Lack of effectiveness in a drug causes plenty of harm. A subset of injured persons ought to find relief in the courts for this injury.".

88.     All psychobiological adverse events observed in the Bipolar study are provided in the following Table.

**All Psychobiological Adverse Events (Bipolar Study)**

| Event | Placebo | Gabapentin |
|-------|---------|------------|
| Manic reaction | 5 | 2 |
| Manic depressive reaction | 0 | 1 |
| Confusion | 2 | 1 |
| Paranoia | 0 | 1 |
| Nervousness | 0 | 1 |
| Psychosis | 0 | 1 |
| Thinking abnormal | 2 | 0 |

89.     As referenced above, Pfizer Defendants pursued a clinical trial regarding Neurontin for use in treating Diabetic Peripheral Neuropathy, entitled **A Double-Blind Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy** (945-210).  The Trial dates encompassed July 2, 1996 through March 20, 1997.

90.     In this placebo controlled trial, gabapentin was administered for pain relief in diabetic neuropathy for a total of 8 weeks.  Patients were allowed the use of SSRIs, but no other antidepressant, anticonvulsants, pain medication, or neuroleptics (though one placebo patient did take amitriptyline, a tricyclic antidepressant).  Patients with serious psychological conditions were excluded from the study.   There were no patient listings of concurrent medication or prior medical history in the research report.

91.     Gabapentin produced significantly greater pain relief compared to placebo treatment.  Some aspects of the patient's quality of life (as assessed by the SF-36 Quality of Life Questionnaire and Profile of Mood States) were improved by gabapentin.  These included Anger/Hostility; Total Mood Disturbance; and Mental Health.  **More patients in the gabapentin group experienced an adverse event related to psychobiologic function** (see chart below).  This study was published in JAMA in 1998 (Backonja et al.).  Of 165 total patients, there were 7 withdrawals involving patients taking Gabapentin 900-3600 mg/day versus 5 patients taking placebo.  Withdrawals due to psychobiological adverse events in patients taking Gabapentin included the following:

Thinking abnormal          1- 900mg/day GBP, positive de-challenge, possibly related, no history listed

Confusion          1- 2400mg/day GBP, positive de-challenge, probably related, no history listed

44

92.    Psychobiologic Adverse Events observed during the Diabetic Neuropathy trial are set forth below.

**Psychobiologic Adverse Events (Diabetic Neuropathy Trial)**

| Event | Placebo | Gabapentin |
|-------|---------|------------|
| Confusion | 1 | 7 |
| Anxiety | 1 | 1 |
| Nervousness | | 4 |
| Thinking abnormal | | 3 |
| Euphoria | | 2 |
| Depersonalization | | 1 |
| Emotional lability | | 1 |

### Cumulative Serious Psychobiological Events Reported to Pfizer Defendants' Internal Database (1994)

| | Through 1994 Q4 | |
|---|---|---|
| Term | Reports | Pct* |
| Depression | 13 | 3.16% |
| Psychotic Disorder | 11 | 2.68% |
| Overdose | 8 | 1.95% |
| Confusional State | 7 | 1.70% |
| Suicidal ideation | 6 | 1.46% |
| Hallucination | 5 | 1.22% |
| Aggression | 3 | 0.73% |
| Agitation | 3 | 0.73% |
| Anxiety | 3 | 0.73% |
| Intentional overdose | 3 | 0.73% |
| Paranoia | 3 | 0.73% |
| Delirium | 1 | 0.24% |
| Delusion | 1 | 0.24% |
| Depressed level of consciousness | 1 | 0.24% |
| Hallucinations, mixed | 1 | 0.24% |
| Hostility | 1 | 0.24% |
| Hypomania | 1 | 0.24% |
| Personality change | 1 | 0.24% |
| Suicide attempt | 1 | 0.24% |

* Percentage of total serious adverse events across all body systems

**Cumulative Serious Psychobiological Events Reported
to Pfizer Defendants' Internal Database (1995)**

|  | Through 1995 Q4 | |
| --- | --- | --- |
| Term | Reports | Pct [*] |
| Depression | 20 | 3.01% |
| Psychotic Disorder | 17 | 2.56% |
| Confusional State | 12 | 1.81% |
| Agitation | 11 | 1.66% |
| Overdose | 9 | 1.36% |
| Aggression | 8 | 1.20% |
| Intentional overdose | 8 | 1.20% |
| Suicidal ideation | 7 | 1.05% |
| Hallucination | 6 | 0.90% |
| Anxiety | 4 | 0.60% |
| Suicide attempt | 4 | 0.60% |
| Paranoia | 3 | 0.45% |
| Delirium | 2 | 0.30% |
| Delusion | 2 | 0.30% |
| Depressed level of consciousness | 2 | 0.30% |
| Anger | 1 | 0.15% |
| Emotional distress | 1 | 0.15% |
| Hallucination, auditory | 1 | 0.15% |
| Hallucinations, mixed | 1 | 0.15% |
| Hostility | 1 | 0.15% |
| Hypomania | 1 | 0.15% |
| Mood altered | 1 | 0.15% |
| Personality change | 1 | 0.15% |
| Personality disorder | 1 | 0.15% |

* Percentage of total serious adverse events across all body systems

## Cumulative Serious Psychobiological Events Reported
## to Pfizer's Internal Database (1996)

| | Through 1996 Q3 | |
|---|---|---|
| **Term** | **Reports** | **Pct** * |
| Depression | 25 | 2.85% |
| Psychotic Disorder | 21 | 2.40% |
| Confusional State | 17 | 1.94% |
| Aggression | 16 | 1.83% |
| Intentional overdose | 14 | 1.60% |
| Agitation | 13 | 1.48% |
| Overdose | 9 | 1.03% |
| Anxiety | 7 | 0.80% |
| Hallucination | 7 | 0.80% |
| Suicidal ideation | 7 | 0.80% |
| Suicide attempt | 5 | 0.57% |
| Paranoia | 4 | 0.46% |
| Delirium | 3 | 0.34% |
| Personality disorder | 3 | 0.34% |
| Anger | 2 | 0.23% |
| Delusion | 2 | 0.23% |
| Depressed level of consciousness | 2 | 0.23% |
| Major depression | 2 | 0.23% |
| Mood swings | 2 | 0.23% |
| Emotional distress | 1 | 0.11% |
| Hallucination, auditory | 1 | 0.11% |
| Hallucinations, mixed | 1 | 0.11% |
| Hostility | 1 | 0.11% |
| Hypomania | 1 | 0.11% |
| Intentional self-injury | 1 | 0.11% |
| Irritability | 1 | 0.11% |
| Mood altered | 1 | 0.11% |
| Personality change | 1 | 0.11% |

* Percentage of total serious adverse events across all body systems

**Top 25 Adverse Events Reported to Pfizer's Internal Database (1994 – 1996)**

| Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Convulsion | 1994-Q4 | 73 | 17.76% | Convulsion | 1995-Q4 | 118 | 17.77% | Convulsion | 1996-Q2 | 148 | 18.66% |
| Status epilepticus | 1994-Q4 | 32 | 7.79% | Death | 1995-Q4 | 47 | 7.08% | Death | 1996-Q2 | 48 | 6.05% |
| Death | 1994-Q4 | 27 | 6.57% | Status epilepticus | 1995-Q4 | 40 | 6.02% | Status epilepticus | 1996-Q2 | 44 | 5.55% |
| Depression | 1994-Q4 | 13 | 3.16% | Depression | 1995-Q4 | 20 | 3.01% | Somnolence | 1996-Q2 | 28 | 3.53% |
| Ataxia | 1994-Q4 | 12 | 2.92% | Somnolence | 1995-Q4 | 20 | 3.01% | Ataxia | 1996-Q2 | 23 | 2.90% |
| Psychotic disorder | 1994-Q4 | 11 | 2.68% | Grand mal convulsion | 1995-Q4 | 19 | 2.86% | Depression | 1996-Q2 | 22 | 2.77% |
| Grand mal convulsion | 1994-Q4 | 10 | 2.43% | Ataxia | 1995-Q4 | 19 | 2.86% | Pneumonia | 1996-Q2 | 21 | 2.65% |
| Pneumonia | 1994-Q4 | 10 | 2.43% | Psychotic disorder | 1995-Q4 | 17 | 2.56% | Grand mal convulsion | 1996-Q2 | 21 | 2.65% |
| Overdose | 1994-Q4 | 8 | 1.95% | Pneumonia | 1995-Q4 | 16 | 2.41% | Psychotic disorder | 1996-Q2 | 19 | 2.40% |
| Somnolence | 1994-Q4 | 8 | 1.95% | Sudden death | 1995-Q4 | 12 | 1.81% | Confusional state | 1996-Q2 | 16 | 2.02% |

72

**Top 25 Adverse Events Reported to Pfizer's Internal Database (1994 – 1996, *continued*)**

| Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drug interaction | 1994-Q4 | 8 | 1.95% | Confusional state | 1995-Q4 | 12 | 1.81% | Dizziness | 1996-Q2 | 16 | 2.02% |
| Confusional state | 1994-Q4 | 7 | 1.70% | Pyrexia | 1995-Q4 | 11 | 1.66% | Drug interaction | 1996-Q2 | 15 | 1.89% |
| Lethargy | 1994-Q4 | 6 | 1.46% | Agitation | 1995-Q4 | 11 | 1.66% | Sudden death | 1996-Q2 | 15 | 1.89% |
| Condition aggravated | 1994-Q4 | 6 | 1.46% | Drug interaction | 1995-Q4 | 11 | 1.66% | Pyrexia | 1996-Q2 | 15 | 1.89% |
| Suicidal ideation | 1994-Q4 | 6 | 1.46% | Lethargy | 1995-Q4 | 10 | 1.51% | Vomiting | 1996-Q2 | 14 | 1.77% |
| Pyrexia | 1994-Q4 | 6 | 1.46% | Fall | 1995-Q4 | 10 | 1.51% | Agitation | 1996-Q2 | 12 | 1.51% |
| Thrombocythaemia | 1994-Q4 | 5 | 1.22% | Overdose | 1995-Q4 | 9 | 1.36% | Anticonvulsant drug level increased | 1996-Q2 | 12 | 1.51% |
| Sudden death | 1994-Q4 | 5 | 1.22% | Abdominal pain | 1995-Q4 | 9 | 1.36% | Fall | 1996-Q2 | 12 | 1.51% |
| Pneumonia aspiration | 1994-Q4 | 5 | 1.22% | Dizziness | 1995-Q4 | 9 | 1.36% | Lethargy | 1996-Q2 | 11 | 1.39% |

73

**Top 25 Adverse Events Reported to Pfizer's Internal Database (1994 – 1996, *continued*)**

| Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct | Term | Date | Cumulative Reports | Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Neutropenia | 1994-Q4 | 5 | 1.22% | Cerebrovascular accident | 1995-Q4 | 9 | 1.36% | Intentional overdose | 1996-Q2 | 11 | 1.39% |
| Diarrhea | 1994-Q4 | 5 | 1.22% | Aggression | 1995-Q4 | 8 | 1.20% | Aggression | 1996-Q2 | 10 | 1.26% |
| Hallucination | 1994-Q4 | 5 | 1.22% | Intentional overdose | 1995-Q4 | 8 | 1.20% | Abdominal pain | 1996-Q2 | 10 | 1.26% |
| Leukopenia | 1994-Q4 | 5 | 1.22% | Condition aggravated | 1995-Q4 | 7 | 1.05% | Headache | 1996-Q2 | 9 | 1.13% |
| Abdominal pain | 1994-Q4 | 5 | 1.22% | Weight increased | 1995-Q4 | 7 | 1.05% | Overdose | 1996-Q2 | 9 | 1.13% |
| Weight increased | 1994-Q4 | 4 | 0.97% | Epilepsy | 1995-Q4 | 7 | 1.05% | Tremor | 1996-Q2 | 9 | 1.13% |
| Appendicitis | 1994-Q4 | 4 | 0.97% | Suicidal ideation | 1995-Q4 | 7 | 1.05% | Cerebrovascular accident | 1996-Q2 | 9 | 1.13% |
| Tremor | 1994-Q4 | 4 | 0.97% | Diarrhoea | 1995-Q4 | 7 | 1.05% | Weight increased | 1996-Q2 | 9 | 1.13% |
| Arthralgia | 1994-Q4 | 4 | 0.97% | Pancreatitis | 1995-Q4 | 7 | 1.05% | | | | |
| Nausea | 1994-Q4 | 4 | 0.97% | | | | | | | | |
| Pancreatitis | 1994-Q4 | 4 | 0.97% | | | | | | | | |
| Ankle fracture | 1994-Q4 | 4 | 0.97% | | | | | | | | |

74

SPONTANEOUS REPORTING SYSTEM (SRS) ADVERSE EVENT DATABASE

117.    Psychobiological adverse events reported to the Spontaneous Reporting System (SRS) Database during the period from January 1994 through September 1996 were examined.  Of note, the numbers for several of these events, including deaths, suicide attempts and overdose, increased by a factor of 2 (or more) between 1994 and 1996. These trends should have served as a signal to Pfizer Defendants, prompting an immediate and thorough review of all suicide-related behavior.   In addition, physicians and patients should have been notified of the potential for such events to occur.  This notification should have included updates to the product labeling and/or a Dear Doctor letter describing suicide-related behaviors in patients receiving gabapentin.

### Psychobiological Adverse Events Reported to the SRS Database

|  | 1994 Q4 | | 1995 Q4 | | 1996 Q2 | |
|---|---|---|---|---|---|---|
| **Costart Term** | **Reports** | **Pct** | **Reports** | **Pct** | **Reports** | **Pct** |
| Abnormal dreams | 1 | 0.68% | 1 | 0.26% | 1 | 0.20% |
| Affect lability | 1 | 0.68% | 2 | 0.52% | 3 | 0.60% |
| Agitation | 2 | 1.35% | 5 | 1.31% | 7 | 1.39% |
| Anxiety | | | 1 | 0.26% | 2 | 0.40% |
| Confusional state | 3 | 2.03% | 9 | 2.35% | 12 | 2.38% |
| Delirium | 1 | 0.68% | 2 | 0.52% | 3 | 0.60% |
| Delusion | | | 1 | 0.26% | 1 | 0.20% |
| Depersonalisation | | | 1 | 0.26% | 1 | 0.20% |
| Depression | 1 | 0.68% | 5 | 1.31% | 6 | 1.19% |
| Hallucination | 2 | 1.35% | 7 | 1.83% | 9 | 1.79% |
| Hostility | 3 | 2.03% | 6 | 1.57% | 10 | 1.98% |
| Major depression | 2 | 1.35% | 2 | 0.52% | 2 | 0.40% |
| Nervousness | 1 | 0.68% | 3 | 0.78% | 4 | 0.79% |
| Overdose | 4 | 2.70% | 8 | 2.09% | 9 | 1.79% |
| Paranoia | 2 | 1.35% | 3 | 0.78% | 3 | 0.60% |
| Personality disorder | 2 | 1.35% | 6 | 1.57% | 7 | 1.39% |
| Psychotic disorder | 3 | 2.03% | 10 | 2.61% | 11 | 2.18% |
| **Suicide attempt** | **2** | **1.35%** | **5** | **1.31%** | **6** | **1.19%** |
| Thinking abnormal | 3 | 2.03% | 7 | 1.83% | 9 | 1.79% |
| Death | 5 | 3.38% | 16 | 4.18% | 17 | 3.37% |

### Suicide-related events from the SRS/AERS Database (1996-2002)

| Costart Term | 1996 Q4 | | 1997 Q4 | | 1998 Q4 | | 1999 Q4 | | 2000 Q4 | | 2001 Q4 | | 2002 Q4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reports[#] | % | Reports | % | Reports | % | Reports | % | Reports | % | Reports | % | Reports | % |
| Completed suicide | | | | | | | 3 | 0.12 | 8 | 0.21 | 22 | 0.39 | 27 | 0.42 |
| Suicide attempt | 8 | 1.21 | 10 | 1.16 | 12 | 0.84 | 25 | 1.02 | 43 | 1.14 | 63 | 1.10 | 73 | 1.13 |
| Suicidal ideation | | | 1 | 0.12 | 3 | 0.21 | 15 | 0.61 | 29 | 0.77 | 44 | 0.77 | 55 | 0.85 |

[#]Reports are cumulative and represent numbers received through the fourth quarter for each year.

116

## Psychobiologic Adverse Events from the SRS/AERS Database
## (1996-1999)

### Gabapentin AERS / SRS Psychobiologic Adverse Event Data (1996 – 1999)

| Costart Term | 1996 Q4 | | 1997 Q4 | | 1998 Q4 | | 1999 Q4 | |
|---|---|---|---|---|---|---|---|---|
| | Reports[*] | Pct | Reports | Pct | Reports | Pct | Reports | Pct |
| Abnormal Dreams | 1 | 0.15% | 1 | 0.12% | 2 | 0.14% | 4 | 0.16% |
| Affect lability | 4 | 0.60% | 6 | 0.69% | 6 | 0.42% | 6 | 0.25% |
| Aggression | | | | | 3 | 0.21% | 18 | 0.74% |
| Agitation | 8 | 1.21% | 10 | 1.16% | 14 | 0.99% | 33 | 1.35% |
| Anxiety | 4 | 0.60% | 4 | 0.46% | 10 | 0.70% | 28 | 1.15% |
| **Completed suicide** | | | | | | | **3** | **0.12%** |
| Confusional state | 18 | 2.72% | 26 | 3.01% | 44 | 3.10% | 83 | 3.40% |
| Delirium | 3 | 0.45% | 6 | 0.69% | 12 | 0.84% | 18 | 0.74% |
| Delusion | 1 | 0.15% | 1 | 0.12% | 2 | 0.14% | 4 | 0.16% |
| Depersonalization | 1 | 0.15% | 1 | 0.12% | 3 | 0.21% | 7 | 0.29% |
| Depression | 10 | 1.51% | 11 | 1.27% | 25 | 1.76% | 51 | 2.09% |
| Hallucination | 10 | 1.51% | 15 | 1.73% | 24 | 1.69% | 35 | 1.43% |
| Hostility | 15 | 2.27% | 18 | 2.08% | 22 | 1.55% | 27 | 1.11% |
| Intentional self-injury | | | | | | | | |
| Major depression | 2 | 0.30% | 2 | 0.23% | 2 | 0.14% | 5 | 0.20% |
| Nervousness | 5 | 0.76% | 6 | 0.69% | 14 | 0.99% | 23 | 0.94% |
| Overdose | 10 | 1.51% | 16 | 1.85% | 23 | 1.62% | 37 | 1.51% |
| Paranoia | 4 | 0.60% | 5 | 0.58% | 7 | 0.49% | 8 | 0.33% |
| Personality disorder | 7 | 1.06% | 7 | 0.81% | 9 | 0.63% | 13 | 0.53% |
| Psychotic disorder | 12 | 1.81% | 12 | 1.39% | 21 | 1.48% | 29 | 1.19% |
| **Suicidal ideation** | | | **1** | **0.12%** | **3** | **0.21%** | **15** | **0.61%** |
| **Suicide attempt** | **8** | **1.21%** | **10** | **1.16%** | **12** | **0.84%** | **25** | **1.02%** |
| Thinking abnormal | 9 | 1.36% | 11 | 1.27% | 13 | 0.91% | 22 | 0.90% |
| Death | 18 | 2.72% | 18 | 2.08% | 21 | 1.48% | 26 | 1.06% |

[*] Numbers represent cumulative reports

# Psychobiologic Adverse Events from the SRS/AERS Database
# (2000-2002)

| Gabapentin AERS Psychobiologic Adverse Event Data (2000 – 2002) | | | | | | |
|---|---|---|---|---|---|---|
| | | 2000 Q4 | | 2001 Q4 | | 2002 Q4 |
| **Costart Term** | **Reports**[*] | **Pct** | **Reports** | **Pct** | **Reports** | **Pct** |
| Abnormal Dreams | 10 | 0.26% | 13 | 0.23% | 13 | 0.20% |
| Affect lability | 6 | 0.16% | 6 | 0.11% | 6 | 0.09% |
| Aggression | 24 | 0.63% | 37 | 0.65% | 45 | 0.70% |
| Agitation | 48 | 1.27% | 68 | 1.19% | 81 | 1.26% |
| Anxiety | 53 | 1.40% | 92 | 1.61% | 117 | 1.82% |
| Apathy | 3 | 0.08% | 5 | 0.09% | 5 | 0.08% |
| **Completed suicide** | **8** | **0.21%** | **22** | **0.39%** | **27** | **0.42%** |
| Confusional state | 132 | 3.49% | 205 | 3.59% | 246 | 3.82% |
| Delirium | 24 | 0.63% | 35 | 0.61% | 41 | 0.64% |
| Delusion | 11 | 0.29% | 15 | 0.26% | 18 | 0.28% |
| Depersonalization | 9 | 0.24% | 12 | 0.21% | 12 | 0.19% |
| Depression | 92 | 2.43% | 145 | 2.54% | 186 | 2.89% |
| Hallucination | 52 | 1.37% | 76 | 1.33% | 86 | 1.33% |
| Hostility | 33 | 0.87% | 39 | 0.68% | 40 | 0.62% |
| Intentional self-injury | 2 | 0.05% | 3 | 0.05% | 4 | 0.01% |
| Major depression | 7 | 0.18% | 9 | 0.16% | 9 | 0.14% |
| Nervousness | 40 | 1.06% | 56 | 0.98% | 58 | 0.90% |
| Overdose | 62 | 1.64% | 96 | 1.68% | 130 | 2.02% |
| Paranoia | 14 | 0.37% | 25 | 0.44% | 26 | 0.40% |
| Personality disorder | 13 | 0.34% | 13 | 0.23% | 13 | 0.20% |
| Psychotic disorder | 39 | 1.03% | 55 | 0.96% | 66 | 1.02% |
| **Suicidal ideation** | **29** | **0.77%** | **44** | **0.77%** | **55** | **0.85%** |
| **Suicide attempt** | **43** | **1.14%** | **63** | **1.10%** | **73** | **1.13%** |
| Thinking abnormal | 26 | 0.69% | 41 | 0.72% | 46 | 0.71% |
| Death | 32 | 0.85% | 60 | 1.05% | 93 | 1.44% |

[*] Numbers represent cumulative reports

## Intentional Overdose Events Reported to Pfizer Defendants' Internal Database
### (1996-2002)

| Term | Date | Reports | Cumulative Reports | Cumulative Total | Pct |
|------|------|---------|--------------------|------------------|-----|
| **Intentional overdose** | 1996-Q4 | 0 | 14 | 915 | 1.53% |
| **Intentional overdose** | 1997-Q4 | 2 | 17 | 1064 | 1.60% |
| **Intentional overdose** | 1998-Q4 | 2 | 25 | 1246 | 2.01% |
| **Intentional overdose** | 1999-Q4 | 3 | 32 | 1526 | 2.10% |
| **Intentional overdose** | 2000-Q4 | 5 | 52 | 1924 | 2.70% |
| **Intentional overdose** | 2001-Q4 | 25 | 130 | 2638 | 4.93% |
| **Intentional overdose** | 2002-Q4 | 33 | 291 | 3604 | 8.07% |

**Top 25 Adverse Events Reported to Pfizer Defendants' Internal Database (1996 Q4)**

| Term | Date | Reports | Cumulative Reports | Cumulative Total | Pct |
|------|------|---------|--------------------|------------------|-----|
| Convulsion | 1996-Q4 | 11 | 174 | 915 | 19.02% |
| Status epilepticus | 1996-Q4 | 1 | 50 | 915 | 5.46% |
| Death | 1996-Q4 | 0 | 48 | 915 | 5.25% |
| Somnolence | 1996-Q4 | 4 | 33 | 915 | 3.61% |
| Ataxia | 1996-Q4 | 1 | 27 | 915 | 2.95% |
| Depression | 1996-Q4 | 0 | 25 | 915 | 2.73% |
| Pneumonia | 1996-Q4 | 1 | 24 | 915 | 2.62% |
| Grand mal convulsion | 1996-Q4 | 0 | 21 | 915 | 2.30% |
| Psychotic disorder | 1996-Q4 | 0 | 21 | 915 | 2.30% |
| Sudden death | 1996-Q4 | 1 | 20 | 915 | 2.19% |
| Dizziness | 1996-Q4 | 1 | 19 | 915 | 2.08% |
| Drug interaction | 1996-Q4 | 1 | 19 | 915 | 2.08% |
| Vomiting | 1996-Q4 | 3 | 19 | 915 | 2.08% |
| Aggression | 1996-Q4 | 2 | 18 | 915 | 1.97% |
| Confusional state | 1996-Q4 | 1 | 18 | 915 | 1.97% |
| Anticonvulsant drug level increased | 1996-Q4 | 1 | 16 | 915 | 1.75% |
| Pyrexia | 1996-Q4 | 0 | 16 | 915 | 1.75% |
| Lethargy | 1996-Q4 | 1 | 15 | 915 | 1.64% |
| Agitation | 1996-Q4 | 1 | 14 | 915 | 1.53% |
| Fall | 1996-Q4 | 1 | 14 | 915 | 1.53% |
| **Intentional overdose** | 1996-Q4 | 0 | 14 | 915 | 1.53% |
| Pancreatitis | 1996-Q4 | 2 | 12 | 915 | 1.31% |
| Abdominal pain | 1996-Q4 | 1 | 11 | 915 | 1.20% |
| Tremor | 1996-Q4 | 0 | 11 | 915 | 1.20% |
| Cerebrovascular accident | 1996-Q4 | 0 | 10 | 915 | 1.09% |

### Top 25 Adverse Events Reported to Pfizer Defendants' Internal Database (1997 Q4)

| Term | Date | Reports | Cumulative Reports | Cumulative Total | Pct |
|---|---|---|---|---|---|
| Convulsion | 1997-Q4 | 4 | 192 | 1064 | 18.05% |
| Adverse event | 1997-Q4 | 13 | 51 | 1064 | 4.79% |
| Status epilepticus | 1997-Q4 | 0 | 51 | 1064 | 4.79% |
| Death | 1997-Q4 | 0 | 49 | 1064 | 4.61% |
| Somnolence | 1997-Q4 | 1 | 37 | 1064 | 3.48% |
| Ataxia | 1997-Q4 | 1 | 31 | 1064 | 2.91% |
| Pneumonia | 1997-Q4 | 1 | 29 | 1064 | 2.73% |
| Drug interaction | 1997-Q4 | 0 | 27 | 1064 | 2.54% |
| Depression | 1997-Q4 | 0 | 25 | 1064 | 2.35% |
| Dizziness | 1997-Q4 | 1 | 24 | 1064 | 2.26% |
| Vomiting | 1997-Q4 | 0 | 24 | 1064 | 2.26% |
| Psychotic disorder | 1997-Q4 | 0 | 23 | 1064 | 2.16% |
| Confusional state | 1997-Q4 | 0 | 22 | 1064 | 2.07% |
| Sudden death | 1997-Q4 | 0 | 22 | 1064 | 2.07% |
| Grand mal convulsion | 1997-Q4 | 0 | 21 | 1064 | 1.97% |
| Pyrexia | 1997-Q4 | 1 | 20 | 1064 | 1.88% |
| Lethargy | 1997-Q4 | 1 | 19 | 1064 | 1.79% |
| Aggression | 1997-Q4 | 0 | 18 | 1064 | 1.69% |
| Fall | 1997-Q4 | 1 | 17 | 1064 | 1.60% |
| **Intentional overdose** | 1997-Q4 | 2 | 17 | 1064 | 1.60% |
| Anticonvulsant drug level increased | 1997-Q4 | 0 | 16 | 1064 | 1.50% |
| Agitation | 1997-Q4 | 0 | 15 | 1064 | 1.41% |
| Headache | 1997-Q4 | 1 | 14 | 1064 | 1.32% |
| Abdominal pain | 1997-Q4 | 0 | 13 | 1064 | 1.22% |
| Dyspnoea | 1997-Q4 | 0 | 13 | 1064 | 1.22% |

### Top 25 Adverse Events Reported to Pfizer Defendants' Internal Database (1998 Q4)

| Term | Date | Reports | Cumulative Reports | Cumulative Total | Pct |
|------|------|---------|--------------------|------------------|-----|
| Convulsion | 1998-Q4 | 5 | 209 | 1246 | 16.77% |
| Adverse event | 1998-Q4 | 21 | 135 | 1246 | 10.83% |
| Death | 1998-Q4 | 2 | 53 | 1246 | 4.25% |
| Status epilepticus | 1998-Q4 | 0 | 53 | 1246 | 4.25% |
| Somnolence | 1998-Q4 | 2 | 41 | 1246 | 3.29% |
| Ataxia | 1998-Q4 | 0 | 35 | 1246 | 2.81% |
| Drug interaction | 1998-Q4 | 3 | 34 | 1246 | 2.73% |
| Pneumonia | 1998-Q4 | 0 | 34 | 1246 | 2.73% |
| Depression | 1998-Q4 | 1 | 29 | 1246 | 2.33% |
| Dizziness | 1998-Q4 | 4 | 29 | 1246 | 2.33% |
| Confusional state | 1998-Q4 | 1 | 28 | 1246 | 2.25% |
| **Intentional overdose** | 1998-Q4 | 2 | 25 | 1246 | 2.01% |
| Psychotic disorder | 1998-Q4 | 1 | 25 | 1246 | 2.01% |
| Vomiting | 1998-Q4 | 1 | 25 | 1246 | 2.01% |
| Pyrexia | 1998-Q4 | 1 | 24 | 1246 | 1.93% |
| Sudden death | 1998-Q4 | 0 | 24 | 1246 | 1.93% |
| Grand mal convulsion | 1998-Q4 | 0 | 22 | 1246 | 1.77% |
| Headache | 1998-Q4 | 4 | 21 | 1246 | 1.69% |
| Lethargy | 1998-Q4 | 1 | 21 | 1246 | 1.69% |
| Aggression | 1998-Q4 | 1 | 19 | 1246 | 1.52% |
| Fall | 1998-Q4 | 0 | 19 | 1246 | 1.52% |
| Anticonvulsant drug level increased | 1998-Q4 | 1 | 17 | 1246 | 1.36% |
| Pancreatitis | 1998-Q4 | 1 | 17 | 1246 | 1.36% |
| Asthenia | 1998-Q4 | 1 | 16 | 1246 | 1.28% |
| Dyspnoea | 1998-Q4 | 0 | 16 | 1246 | 1.28% |

### Top 25 Adverse Events Reported to Pfizer Defendants' Internal Database (1999 Q4)

| Term | Date | Reports | Cumulative Reports | Cumulative Total | Pct |
|------|------|---------|--------------------|------------------|-----|
| Adverse event | 1999-Q4 | 48 | 283 | 1526 | 18.55% |
| Convulsion | 1999-Q4 | 12 | 245 | 1526 | 16.06% |
| Drug interaction | 1999-Q4 | 11 | 70 | 1526 | 4.59% |
| Death | 1999-Q4 | 3 | 61 | 1526 | 4.00% |
| Status epilepticus | 1999-Q4 | 1 | 56 | 1526 | 3.67% |
| Somnolence | 1999-Q4 | 3 | 51 | 1526 | 3.34% |
| Pneumonia | 1999-Q4 | 2 | 43 | 1526 | 2.82% |
| Ataxia | 1999-Q4 | 3 | 41 | 1526 | 2.69% |
| Confusional state | 1999-Q4 | 1 | 39 | 1526 | 2.56% |
| Depression | 1999-Q4 | 1 | 37 | 1526 | 2.42% |
| Dizziness | 1999-Q4 | 2 | 36 | 1526 | 2.36% |
| Vomiting | 1999-Q4 | 1 | 34 | 1526 | 2.23% |
| Pyrexia | 1999-Q4 | 3 | 33 | 1526 | 2.16% |
| **Intentional overdose** | 1999-Q4 | 3 | 32 | 1526 | 2.10% |
| Psychotic disorder | 1999-Q4 | 2 | 30 | 1526 | 1.97% |
| Headache | 1999-Q4 | 2 | 27 | 1526 | 1.77% |
| Fall | 1999-Q4 | 4 | 26 | 1526 | 1.70% |
| Grand mal convulsion | 1999-Q4 | 0 | 24 | 1526 | 1.57% |
| Sudden death | 1999-Q4 | 0 | 24 | 1526 | 1.57% |
| Lethargy | 1999-Q4 | 1 | 23 | 1526 | 1.51% |
| Pancreatitis | 1999-Q4 | 1 | 23 | 1526 | 1.51% |
| Tremor | 1999-Q4 | 3 | 23 | 1526 | 1.51% |
| Vision blurred | 1999-Q4 | 4 | 23 | 1526 | 1.51% |
| Abdominal pain | 1999-Q4 | 0 | 22 | 1526 | 1.44% |
| Aggression | 1999-Q4 | 1 | 21 | 1526 | 1.38% |

124

### Top 25 Adverse Events Reported to Pfizer Defendants' Internal Database (2000 Q4)

| Term | Date | Reports | Cumulative Reports | Cumulative Total | Pct |
|------|------|---------|--------------------|------------------|-----|
| Adverse event | 2000-Q4 | 60 | 485 | 1924 | 25.21% |
| Convulsion | 2000-Q4 | 6 | 285 | 1924 | 14.81% |
| Drug interaction | 2000-Q4 | 9 | 99 | 1924 | 5.15% |
| Death | 2000-Q4 | 11 | 76 | 1924 | 3.95% |
| Somnolence | 2000-Q4 | 3 | 65 | 1924 | 3.38% |
| Dizziness | 2000-Q4 | 13 | 62 | 1924 | 3.22% |
| Status epilepticus | 2000-Q4 | 1 | 57 | 1924 | 2.96% |
| Pneumonia | 2000-Q4 | 4 | 54 | 1924 | 2.81% |
| Confusional state | 2000-Q4 | 2 | 52 | 1924 | 2.70% |
| **Intentional overdose** | 2000-Q4 | 5 | 52 | 1924 | 2.70% |
| Ataxia | 2000-Q4 | 1 | 49 | 1924 | 2.55% |
| Vomiting | 2000-Q4 | 2 | 48 | 1924 | 2.49% |
| Depression | 2000-Q4 | 5 | 47 | 1924 | 2.44% |
| Fall | 2000-Q4 | 7 | 42 | 1924 | 2.18% |
| Pyrexia | 2000-Q4 | 1 | 41 | 1924 | 2.13% |
| Headache | 2000-Q4 | 9 | 40 | 1924 | 2.08% |
| Tremor | 2000-Q4 | 8 | 40 | 1924 | 2.08% |
| Psychotic disorder | 2000-Q4 | 1 | 36 | 1924 | 1.87% |
| Fatigue | 2000-Q4 | 4 | 31 | 1924 | 1.61% |
| Vision blurred | 2000-Q4 | 4 | 30 | 1924 | 1.56% |
| Asthenia | 2000-Q4 | 2 | 29 | 1924 | 1.51% |
| Abdominal pain | 2000-Q4 | 3 | 28 | 1924 | 1.46% |
| Pancreatitis | 2000-Q4 | 2 | 28 | 1924 | 1.46% |
| Sudden death | 2000-Q4 | 1 | 28 | 1924 | 1.46% |
| Weight increased | 2000-Q4 | 2 | 27 | 1924 | 1.40% |

**Top 25 Adverse Events Reported to Pfizer Defendants' Internal Database (2001 Q4)**

| Term | Date | Reports | Cumulative Reports | Cumulative Total | Pct |
|------|------|---------|--------------------|------------------|-----|
| Adverse event | 2001-Q4 | 14 | 586 | 2638 | 22.21% |
| Convulsion | 2001-Q4 | 15 | 360 | 2638 | 13.65% |
| **Intentional overdose** | 2001-Q4 | 25 | 130 | 2638 | 4.93% |
| Drug interaction | 2001-Q4 | 4 | 126 | 2638 | 4.78% |
| Death | 2001-Q4 | 12 | 110 | 2638 | 4.17% |
| Dizziness | 2001-Q4 | 10 | 105 | 2638 | 3.98% |
| Somnolence | 2001-Q4 | 12 | 104 | 2638 | 3.94% |
| Confusional state | 2001-Q4 | 9 | 91 | 2638 | 3.45% |
| Pneumonia | 2001-Q4 | 5 | 86 | 2638 | 3.26% |
| Depression | 2001-Q4 | 4 | 74 | 2638 | 2.81% |
| Vomiting | 2001-Q4 | 4 | 71 | 2638 | 2.69% |
| Fall | 2001-Q4 | 12 | 70 | 2638 | 2.65% |
| Headache | 2001-Q4 | 5 | 67 | 2638 | 2.54% |
| Tremor | 2001-Q4 | 3 | 67 | 2638 | 2.54% |
| Unevaluable event | 2001-Q4 | 7 | 66 | 2638 | 2.50% |
| Pyrexia | 2001-Q4 | 3 | 62 | 2638 | 2.35% |
| Asthenia | 2001-Q4 | 6 | 61 | 2638 | 2.31% |
| Fatigue | 2001-Q4 | 3 | 60 | 2638 | 2.27% |
| Ataxia | 2001-Q4 | 3 | 59 | 2638 | 2.24% |
| Status epilepticus | 2001-Q4 | 2 | 59 | 2638 | 2.24% |
| Nausea | 2001-Q4 | 8 | 54 | 2638 | 2.05% |
| Dyspnoea | 2001-Q4 | 7 | 51 | 2638 | 1.93% |
| Pain | 2001-Q4 | 9 | 51 | 2638 | 1.93% |
| Weight increased | 2001-Q4 | 3 | 49 | 2638 | 1.86% |
| Medication error | 2001-Q4 | 15 | 48 | 2638 | 1.82% |

126

### Top 25 Adverse Events Reported to Pfizer Defendants' Internal Database (2002 Q4)

| Term | Date | Reports | Cumulative Reports | Cumulative Total | Pct |
|------|------|---------|--------------------|------------------|-----|
| Adverse event | 2002-Q4 | 2 | 633 | 3604 | 17.56% |
| Convulsion | 2002-Q4 | 10 | 443 | 3604 | 12.29% |
| **Intentional overdose** | 2002-Q4 | 33 | 291 | 3604 | 8.07% |
| Dizziness | 2002-Q4 | 18 | 182 | 3604 | 5.05% |
| Medication error | 2002-Q4 | 31 | 171 | 3604 | 4.74% |
| Drug interaction | 2002-Q4 | 10 | 167 | 3604 | 4.63% |
| Somnolence | 2002-Q4 | 16 | 163 | 3604 | 4.52% |
| Death | 2002-Q4 | 10 | 154 | 3604 | 4.27% |
| Pain | 2002-Q4 | 21 | 130 | 3604 | 3.61% |
| Unevaluable event | 2002-Q4 | 2 | 125 | 3604 | 3.47% |
| Confusional state | 2002-Q4 | 9 | 123 | 3604 | 3.41% |
| Depression | 2002-Q4 | 11 | 119 | 3604 | 3.30% |
| Headache | 2002-Q4 | 11 | 107 | 3604 | 2.97% |
| Fatigue | 2002-Q4 | 15 | 106 | 3604 | 2.94% |
| Pneumonia | 2002-Q4 | 6 | 102 | 3604 | 2.83% |
| Asthenia | 2002-Q4 | 9 | 100 | 3604 | 2.77% |
| Fall | 2002-Q4 | 5 | 100 | 3604 | 2.77% |
| Tremor | 2002-Q4 | 5 | 97 | 3604 | 2.69% |
| Weight increased | 2002-Q4 | 9 | 95 | 3604 | 2.64% |
| Vomiting | 2002-Q4 | 5 | 94 | 3604 | 2.61% |
| Nausea | 2002-Q4 | 9 | 87 | 3604 | 2.41% |
| Ataxia | 2002-Q4 | 6 | 75 | 3604 | 2.08% |
| Pyrexia | 2002-Q4 | 2 | 75 | 3604 | 2.08% |
| Dyspnoea | 2002-Q4 | 4 | 71 | 3604 | 1.97% |
| Cerebrovascular accident | 2002-Q4 | 8 | 70 | 3604 | 1.94% |

**Pfizer Defendants' Internal Adverse Event Database -
A Comparison of Events Added to the Label Versus *Suicide-Related* Terms**

### 1996 Q4

| Adverse Event | Date | Reports | Cumulative Reports | Cumulative Total | Pct. |
|---|---|---|---|---|---|
| *Intentional overdose* | 1996-Q4 | 0 | 14 | 915 | 1.53% |
| *Suicide Attempt* | 1996-Q4 | 0 | 5 | 915 | 0.55% |
| *Suicide Ideation* | 1996-Q4 | 0 | 7 | 915 | 0.77% |
| Erythema Multiforme* | 1996-Q4 | 0 | 3 | 915 | 0.33% |
| Stevens Johnson Syndrome* | 1996-Q4 | 0 | 3 | 915 | 0.33% |
| Liver function test abnormal*# | 1996-Q4 | 0 | 4 | 915 | 0.44% |

@Suicide-related terms (*italicized*) were not added to the gabapentin label in 1997

*Added to the gabapentin label January 1997

#Actual term added was elevated liver function tests

### 1997 Q4

| Adverse Event | Date | Reports | Cumulative Reports | Cumulative Total | Pct. |
|---|---|---|---|---|---|
| *Intentional overdose* | 1997-Q4 | 2 | 17 | 1064 | 1.60% |
| *Suicide Attempt* | 1997-Q4 | 0 | 5 | 1064 | 0.47% |
| *Suicide Ideation* | 1997-Q4 | 0 | 7 | 1064 | 0.66% |
| Angioneurotic edema&+ | 1997-Q4 | 0 | 1 | 1064 | 0.09% |
| Blood Glucose Fluctuations& | 1997-Q4 | 0 | 0 | 1064 | 0.00% |
| Erythema Multiforme* | 1997-Q4 | 0 | 3 | 1064 | 0.28% |
| Fever& | 1997-Q4 | 0 | 0 | 1064 | 0.00% |
| Jaundice& | 1997-Q4 | 0 | 3 | 1064 | 0.28% |
| Liver function test abnormal*# | 1997-Q4 | 0 | 6 | 1064 | 0.56% |
| Stevens Johnson Syndrome* | 1997-Q4 | 0 | 4 | 1064 | 0.37% |

@Suicide-related terms (*italicized*) were not added to the gabapentin label in 1998

&Added to the gabapentin label February 1998

+Actual term added was angioedema

*Added to the gabapentin label January 1997

#Actual term added was elevated liver function tests

282.    While these do not represent the "gold standard" studies, which Pfizer Defendants failed to conduct even though it was clear that adverse event safety signals were evident even prior to the original marketing of Neurontin, they demonstrate that suicide-related events occur in subjects receiving Neurontin.  Furthermore, given the well-known effect of under-reporting of adverse events, this suggests that many more similar type events may occur yet not be realized by the medical community.

### Journal of Affective Disorders (2007):
### Significant Increased Risk of Suicide with Gabapentin vs. Lithium

283.    Despite Pfizer Defendants' failure to sponsor an appropriate controlled clinical or epidemiological study designed to assess whether there is a significant difference in suicide-related events in patients taking Neurontin, there does exist in the literature such information.  Authors Jon Collins and Bentson McFarland presented an article entitled, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder**, in the Journal of Affective Disorders (2007).  The authors recognized an increased risk of completed suicide in those patients exposed to gabapentin as compared to lithium.[132]

284.    Collins and McFarland "examined relationships between suicidal behavior and medication use for Medicaid patients with diagnoses of bipolar disorder.  The objective was to compare rates of completed suicide and suicide attempts among those Medicaid patients using lithium, divalproex, and/or other anticonvulsant medications, with emphasis on the initial (or index) episode of medication use during the study period."[133]

285.    Having identified subjects from Oregon's Medicaid and mental health databases, the authors evaluated completed suicide and emergency department visits related to suicide attempts.  Out of 12,662 subjects in said databases, gabapentin subjects equaled 4,025 (31.8%) of the total population.  There were observed two suicides among lithium users (3,200 subjects), two among divalproex users (4,142 subjects), seven among gabapentin users (4,025 subjects), and none in the carbamazepine group (420 subjects).[134]  The chart below reflects exposures and events as reflected by Collins and McFarland:

---

[132] *See* J.C. Collins, B.H. McFarland, *Journal of Affective Disorders* (2007). "Funding for this study was provided by Abbott Laboratories, which had no further role in study design; in the collection, analysis and interpretation of data; in writing of the report; and in the decision to submit the paper for publication." *Ibid.*

[133] J.C. Collins, B.H. McFarland, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder**, *Journal of Affective Disorders* (2007).

[134] J.C. Collins, B.H. McFarland, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder**, *Journal of Affective Disorders* (2007).

Table 2
Exposures and events

|  | Lithium | Divalproex | Gabapentin | Carbamazepine | Total |
|---|---|---|---|---|---|
| Total person-years of exposure | 2558 | 2214 | 2002 | 242 | 7017 |
| Completed suicides | 2 | 2 | 7 | 0 | 11 |
| Suicide attempts | 15 | 41 | 19 | 4 | 79 |
| Completed suicides per thousand person-years of exposure | 0.78 | 0.90 | 3.50 | 0.00 | 1.57 |
| Suicide attempts per thousand person-years of exposure | 5.86 | 18.52 | 9.49 | 16.51 | 11.26 |

Note: Analyses excluded subjects who used lamotrigine, oxcarbazepine, or combinations of mood stabilizers. The excluded subjects accounted for two suicide attempts and one completed suicide.

286.    Collins and McFarland provided hazard ratios for the divalproex, gabapentin, and carbamazepine users, respectively, versus lithium users as the reference group. "The adjusted hazard ratio for completed suicide among divalproex users was 1.5 but this elevated risk of suicide death was not statistically significant. However, risk of suicide completion was significantly (2.6 times) greater among gabapentin users versus lithium users (*p* less than 0.001)"[135]  As noted earlier in this report, FDA has instructed manufacturers that safety signals cannot be minimized or dismissed based on a reliance of background incidence rates. Similarly, NDA sponsors must amend product labeling to reflect new safety signals notwithstanding background incidence rates.

## *Comparing Neurontin's Labeling to other Anti-epileptic Drugs*

287.    A comparison of the gabapentin labeling to that of other antiepileptic agents reveals that the wording relating to suicide is deficient for gabapentin. In fact, wording related to suicidal behavior in the gabapentin label has not changed over the lifetime of the drug's approval until its minor revision in 2006. The initial label, (January 1994) lists the term "suicidal" as an *infrequent* event and the generic term "suicide gesture" as a *rare* event observed in all clinical trials. Labeling for gabapentin (revised February 2005) contains identical wording in relation to the suicide events despite the growing number of suicide attempts and completed suicides in patients receiving gabapentin.

288.    Following a request by FDA to examine suicide-related events in their controlled clinical trials (March 2005) Pfizer Defendants belatedly corrected the Neurontin label to reflect the incidence of suicide and suicide attempts during these trials. Importantly, Pfizer Defendants' label change to add suicide and suicide attempt to the product labeling was based upon information that existed in part since the drug's pre-marketing clinical trials. In contrast, another Pfizer Defendants product (Lyrica®) noted the occurrence of suicide and suicide attempt in the label at product launch, reflecting the occurrence of these events during clinical trials although there was only one event of suicide and three events of suicide attempt.

289.    Other antiepileptic agents contain enhanced warnings in their product labeling related to suicide including Keppra® and Zonegran®. The labeling for Zonegran® (Elan Biopharmaceuticals, approved March 2000) provides a comparison of the percentage of placebo (0.4%) versus Zonegran® (1.1%) patients attempting suicide in

---

[135] J.C. Collins, B.H. McFarland, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,** *Journal of Affective Disorders* (2007).



321. All three of these drugs appear to have the highest percentages of suicidal and self-injurious events over a period of years. No later than mid 2001, Pfizer Defendants had a safety signal of a possible association between Neurontin and suicidal events. Specifically, the percentage of reports reflecting serious events with Neurontin, Gabitril and Baclofen are approximately twice as much as the percentage of reports from other anti-epileptic drugs used to treat similar conditions.

322. Illustrative of PRR application by the FDA, in 2007 there were safety concerns about Avandia® (Rosiglitazone), a drug used for the treatment of diabetes. At the end of July 2007, the FDA convened an advisory committee to review the safety of the drug. In preparation of the committee meeting, the FDA prepared a briefing package.[169] The FDA performed a PRR analysis for Avandia® against other anti-diabetic drugs with respect to cardiovascular adverse events. Provided below (in chart form) is the data that FDA evaluated.

---

[169] *See* FDA Briefing Document, Joint Meeting Endocrinologic and Metabolic Drugs Advisory Committee and the Drug Safety and Risk Management Advisory Committee, July 30, 2007, at p.44.

Percentage of Cardiac SOC Reports for Various Anti-Diabetic Drugs



323.    The FDA concluded "from 2000 to 2005 that both TZDs [Avandia and Actos] consistently showed that about 20% more of the serious outcomes are cardiac events compared to the other four hypoglycemic agents .... The finding supports an association of cardiac events with TZDs as a signal."[170]  In comparing the data from the FDA for Avandia with the data reviewed for Neurontin, the data is qualitatively very similar: in both cases, the drugs of concern had percentages of reports about twice that of the other drugs. Applying the same reasoning FDA used in determining a signal with Avandia, one can similarly state that a safety signal existed for Neurontin regarding suicidal behavior.

*Proposed Labeling Information*

324.    As previously set forth in this report, Pfizer Defendants have failed to reasonably warn healthcare professionals about the association of Neurontin with psychobiologic adverse events, including suicidal behavior. Below is language that should have been pursued by Pfizer Defendants:

a.    Incidences of positive dechallenge/rechallenge events have been documented in clinical trials involving gabapentin. Dechallenge events include suicidal ideation, depression and hostility. In addition, a positive rechallenge event was documented in one patient (depression). The

---

[170] *See* FDA Briefing Document, Joint Meeting Endocrinologic and Metabolic Drugs Advisory Committee and the Drug Safety and Risk Management Advisory Committee, July 30, 2007, at p.44.