# Exhibit 25

# PHARMACOEPIDEMIOLOGY
## Fourth Edition

Edited by

**BRIAN L. STROM**

University of Pennsylvania, Philadelphia, USA



John Wiley & Sons, Ltd



DEPOSITION EXHIBIT
11- Blume
PENGAD 800-631-6989

### Biological Plausibility

In the original statement of biological plausibility as one of the considerations in judging causality, Hill noted:

> It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends on the biological knowledge of the day.

He went on to note, among other examples, that the role of rubella in causing congenital malformations was initially doubted on the basis of presumed lack of biological plausibility.[29] As important as we consider biological plausibility to be, it is equally important to realize that it can mislead in either direction. It is worth noting, however, that some epidemiologists have expressed the view that too little attention is currently paid to biological plausibility in reviews of epidemiologic evidence.[36]

### Coherence

The postulated cause-and-effect interpretation should not seriously conflict with what is known of the natural history and biology of the event. In this regard, biological and laboratory evidence may strengthen a causal interpretation, but lack of it cannot be used to nullify one.

### Analogy

Reasoning by analogy often serves as a basis for having a lower threshold for judging an adverse event to be causally related to one drug in a class when the same effect is considered to be causally related to another drug in the class. Such reasoning can be misleading when applied uncritically to individual drugs. However, it is important to anticipate potential mechanism-based toxicity based on considerations including experience with similar drugs and to design the drug development program to address concerns that can reasonably be anticipated and tested.[20,31]

### Specificity

The finding that an adverse event has a very specific presentation or is associated with a specific histopathology can be useful evidence in favor of causality. Absence of specificity in an epidemiologic study often manifests itself as elevation in positive associations between an exposure and a large number of unrelated outcomes. Such a finding raises the possibility of uncontrolled confounding or selection bias.

In summary, while the Hill criteria were originally proposed for use in interpreting evidence from observational studies, they also provide a good framework for evaluating evidence from unplanned comparisons of adverse experiences in pre-approval clinical trials.

Another approach to assessing causality is through Bayesian causality assessment,[37,38] which provides a framework for using clinical and epidemiologic information to compute a probability that a specific drug caused a specific set of events in a specific patient. In Bayesian causality assessments the statement that a given drug D *caused* an event E is defined to mean that the event would not have happened as and when it did, if drug D had not been administered. Using this definition, a Bayesian causality assessment begins by decomposing the calculation of a probability of causation into a number of sub-calculations, some of which make use of epidemiologic information and others of which make use of pharmacologic and medical information specific to the case. Thus, rather than being alternatives to epidemiologic assessments, Bayesian causality assessments *require* epidemiologic assessments as a (somewhat hidden) part of a process which yields a numerical probability of causation. Bayesian analysis is discussed in more detail in Chapter 36.

## STATISTICAL ANALYSIS METHODS IN PREMARKETING AND POSTMARKETING PHARMACOEPIDEMIOLOGY

While both cohort and case–control study designs are commonly used in postmarketing pharmacoepidemiology, premarketing studies typically involve only cohort designs. One of the most common problems in premarketing pharmacoepidemiology is to compare the incidence of a given adverse event in the cohort of patients exposed to the study drug to the incidence in a suitably chosen cohort of historical controls. Here *incidence* is used in the epidemiologic sense, where the numerator refers to the number of events (counting only the initial event in each patient) and the denominator often refers to the total *person-time at risk* during exposure to the study drug, sometimes referred to as incidence density. Person-time at risk is typically measured in *person-days*, where each patient contributes one person day for each day he or she is on the study drug and is at risk for the given adverse event. The person-time of exposure for each patient is thus most commonly measured from the day of first exposure to the study drug, up to the earlier of: (i) the date of last follow-up for the patient, or (ii) the day that the patient first experienced the adverse event. When analyzing incidence it is important to review the data for any evidence of temporal trends in relation to start of therapy.[39,40] This may occur, for example, through depletion of susceptibles.[41] When such trends are found, it may be necessary to produce