# Exhibit 28

# BIOLOGICAL PSYCHIATRY

Second Edition

Michael R. Trimble

WILEY



# Biological Psychiatry

## Second Edition

*Michael R. Trimble, MD, FRCP, FRCPsych*
Professor of Behavioural Neurology, Institute of Neurology,
Queen Square, London WC1N 3BG, UK

and

Consultant Physician to the Department of Psychological
Medicine, National Hospital for Neurology and Neurosurgery,
Queen Square, London WC1N 3BG, UK

JOHN WILEY & SONS
Chichester · New York · Brisbane · Toronto · Singapore

Copyright © 1996 by John Wiley & Sons Ltd
Baffins Lane, Chichester.
West Sussex PO19 1UD, England

National 01243 779777
International (+44) 1243 779777

All rights reserved.

No part of this book may be reproduced by any means, or transmitted, or translated into a machine language without the written permission of the publisher.

*Other Wiley Editorial Offices*

John Wiley & Sons, Inc., 605 Third Avenue,
New York, NY 10158–0012, USA

Jacaranda Wiley Ltd, 33 Park Road, Milton,
Queensland 4064, Australia

John Wiley & Sons (Canada) Ltd, 22 Worcester Road,
Rexdale, Ontario M9W 1L1, Canada

John Wiley & Sons (Asia) Pte Ltd, 2 Clementi Loop #02–01,
Jin Xing Distripark, Singapore 0512

*Library of Congress Cataloging-in-Publication Data*

Trimble, Michael R.
Biological psychiatry/by Michael R. Trimble.—2nd ed.
p. cm.
Includes bibliographical references and index.
ISBN 0 471 95374 1 (alk. paper)
1. Biological psychiatry. I. Title.
[DNLM: 1. Mental Disorders. 2. Biological Psychiatry. 3. Brain—physiology. WM 102 T831b 1996]
RC341.T73 1996
616.89—dc20
DNLM/DLC 95-24372
for Library of Congress CIP

*British Library Cataloguing in Publication Data*

A catalogue record for this book is available from the British Library

ISBN 0 471 95374 1 (paperback)
ISBN 0 471 96360 7 (hardback)

Typeset in 10/12pt Palatino by
Dobbie Typesetting Ltd, Tavistock, Devon
Printed and bound in Great Britain by
Biddles Ltd, Guildford and King's Lynn
This book is printed on acid-free paper responsibly manufactured from sustainable forestation, for which at least two trees are planted for each one used for paper production.

memory changes, do not necessarily reflect the other behavioural changes so characteristic of dementia. Further, as Kopelman (1985) has shown, even the memory deficits are more pervasive than those provoked by artificial disruption of acetylcholine activity.

Treatments have either been with choline precursors such as choline, deanol or lecithin, with anticholinesterases such as physostigmine, or with agonists such as arecholine or the longer acting oxytremorine. At the present time none of these treatments can be recommended, and the only encouraging results have emerged with an oral anticholinesterase drug tetahydroaminoacridine (Tacrine). However, the drug is associated with hepatic toxicity in over 30% of cases, and subgroups of patients that may respond have not been identified.

Other therapeutic strategies sometimes employed include giving L-dopa and a decarboxylase inhibitor (sinemet, madopar) to help motor symptoms; the use of $5\text{-}HT_3$ receptor agonists (ondansetron); and prescription of MAOIs.

One of the major problems inhibiting trials of treatments is the lack of any *in vivo* diagnostic technique for the vast majority of people with dementia, and the inclusion into trials of such heterogenous pathological subtypes. However, it is clear that future strategies are going to concentrate more on amyloid related changes, and ways to deal with either its accumulation or resorption, than on cholinergic mechanisms.

# 12
# Biological Treatments

## PHARMACOLOGY: PHARMACOKINETICS AND PHARMACODYNAMICS

Of the several ways that drugs are administered to patients, the oral route is the most common. Following absorption from the gastrointestinal tract, the drug passes to the liver via the portal system, where metabolism may occur, usually by the process of oxidation, reduction, hydrolysis or conjugation. This metabolism is referred to as 'first-pass metabolism', and drugs which are given intramuscularly or intravenously avoid this 'first-pass' effect. The rate of absorption of a drug from the stomach depends upon a number of factors, including the concentration of the active compound, the carrying medium with which they are given, including whether or not they are taken with food, the pH of the gastrointestinal tract, associated disease of the gut, and other active medications which may compete with uptake across the gastointestinal cell membranes.

Ionization is an important factor determining uptake since only non-ionized drug crosses cell membranes freely, and, unless specific transport mechanisms exist, the rate of movement is proportional to the concentration of the drug across cell membranes. The proportion of ionized to un-ionized drug is dependent on both pH and its dissociation constant. It is immediately apparent how oral ingestion may lead to a wide variation in the amount of drug finally absorbed from the gut, and thus how oral dose does not necessarily relate to serum levels.

Some drugs increase the activity of enzymes responsible for their metabolism or for the metabolism of other drugs within the liver. Barbiturates, phenytoin, carbamazepine and steroids are particularly implicated, although the enzyme-inducing properties of the psychotropic drugs have been relatively little studied. Carbamazepine is known to induce its own metabolism.




**Figure 1.** An example of zero-order kinetics. Dose/serum level relationship for phenytoin in three patients in whom steady state concentrations were measured at several doses of the drug. Each point represents the mean ± SD of three to seven separate estimations. The curves were fitted by computer using the Michaelis-Menten equation. The therapeutic range suggested by Buchthal *et al.* (1960) has been drawn in to illustrate the steepness of the relationship within this range.

Note: 4 µM = 1 µg/ml. (From Richens, 1976. Reproduced with permission.)

Cytochrome P450 plays a major role in oxidative metabolism, and at least 19 forms exist in the human liver. Individual ones may metabolize different drugs, and inhibition of the metabolism of one drug by another using the same isoenzymes may result in high serum levels of the inhibited drug, and toxicity.

From the bloodstream, drugs become widely distributed throughout the body, initially determined by the relative blood flow of the various organs and the presence of the blood–brain barrier which protects the brain from being affected by many neurotoxic compounds. Further, many drugs are bound to plasma proteins, especially albumin, the presence of the drug in plasma thus being in both bound and unbound (free) forms.

Many psychotropic drugs are secondary or tertiary amines and weak bases and are absorbed better from the duodenum than the stomach. Since lipid solubility is important for passing through the blood–brain barrier, they are highly lipid soluble but are also often highly protein bound.



Excretion of drugs is usually via the kidney, although the liver and other organs such as the lung may also be involved.

The half-life of a drug refers to the time it takes for its concentration to decrease in the plasma by 50%. The quicker the metabolism and elimination, the shorter the half-life. 'Zero-order' kinetics refers to a situation in which there is an exponential relationship between the dose of a drug and its serum levels (see Figure 1), while in 'first-order' kinetics the relationship is one of equivalence.

Zero-order kinetics arise because the enzymes responsible for drug metabolism and excretion become saturated at levels required for the therapeutic effects. Phenytoin is one drug that follows such kinetics, whereas the majority of psychotropics show first-order kinetics. Knowledge of the half-life of a drug is useful, since it is recommended that the dose interval be equivalent to the half-life. The steady state, namely that in which the serum level of the drug reaches a steady plateau, excretion being in balance with intake, is approximately equivalent to four half-lives.

Since factors which influence drug metabolism include genetics, age, diet, coexistent medications and coexistent disease, careful consideration of pharmacokinetic principles is required, but particularly in certain patients. These include those with diseases of the liver, kidney and heart, but also the young and the elderly. In children, absorption from the stomach is faster than in adults, which may lead to higher peak drug concentrations and thus an increased risk of adverse effects. Plasma protein binding is reduced because of lower albumin and globulin contents of the blood, values comparable to those of adults being reached between the ages of 10 and 15. The enzyme systems responsible for drug degradation are faster than those of adults in early childhood, and decrease slowly with age, such that adult clearance values develop around puberty. The increased metabolism of drugs in childhood means dosing requirements need careful adjustment.

In elderly patients, the body composition has altered, with a generally leaner body mass and an increase in adipose tissue. This means that lipid-soluble drugs are more extensively distributed, particularly in elderly females, as the fraction of their total body weight composed of adipose tissue increases more than in males. Alteration of gastrointestinal tract activity, with reduction of gastroparietal cell function and impaired acid secretion with an elevated pH, leads to impaired absorption of certain drugs. Hepatic and renal activity may also be altered. In particular, the hepatic microsomal enzymes responsible for oxidative metabolism, principally hydroxylation and n-dealkylation, may be diminished in this age group, leading to reduced clearance and higher steady state plasma concentrations with multiple drug dosage. Further, reduced hepatic blood

flow occurs, on account of reduced cardiac output, with a further decline of clearance. Elderly patients may have diminished plasma albumin with reduced total protein binding, and elimination of drugs by renal clearance is increased since there is a fall of glomerular filtration rate and decreased tubular secretion and absorption capacity of the renal tubules. All of these factors mean alterations in the volume of the drug distribution (the hypothetical volume relating the amount of drug in the body to the plasma concentration at all times after the attainment of distribution equilibrium) and reduced clearance with considerable danger of drug toxicity if dosages employed for younger patients are not modified.

Pharmacodynamics is a term that refers to the biochemical, physiological and behavioural effects of drugs, which in many cases bears no direct relation to pharmacokinetics. Behavioural toxicity refers to specific side effects of drugs, leading to impaired performance. These problems, frequently encountered in clinical practice, include a whole spectrum from minor mood changes, impairment of psychomotor performance, fatigue and drowsiness, through to severe agitation and psychoses.

## ANTIDEPRESSANTS

These are divided into two major categories. The monoamine oxidase inhibitors (MAOI) and non-MAOI drugs. The latter are traditionally referred to as tricyclic or non-tricyclic. The MAOI may be subdivided either by chemical structure into hydrazines and non-hydrazines, or in reference to their enzyme selectivity as MAOA or MAOB inhibitors or in relation to their reversibility of enzyme inhibition.

### MAOI antidepressants

These compounds, the first of which was isoniazid, were introduced for the treatment of tuberculosis, but were soon recognized to be energizing in their effects. The early forerunners were all hydrazines, and were notable because of their hepatotoxicity and the 'cheese reaction'. The mechanism of the latter is as follows. Monoamine oxidase is widely distributed throughout the body, and together with catechol-O-methyl transferase is responsible for the detoxification of absorbed primary amines. Some sympathomimetic amines, in particular tyramine, exert a hypertensive effect by releasing noradrenaline from tissue. Although the main problem is tyramine, other amines and amine precursors such as tyrosine, histamine and dopamine may also be involved, and such products may derive from protein-containing foods that have undergone degradation or from other drugs.



**Table 1.** Substances that may interact with MAOI drugs

| |
|---|
| Cheese—especially matured (not including cottage cheese or cream cheese) |
| Marmite, Bovril and other protein extracts (not including Bisto) |
| Pickled herring, liver, game food, broad beans (whole) |
| Yoghurt |
| Alcoholic drinks—especially chianti, beer and red wine (excluding spirits) |
| Drugs—amphetamine, fenfluramine, ephedrine, phenylpropanolamine, pethidine and other narcotics, antihypertensives, tricylic antidepressants, cocaine, barbiturates and general anaesthetics, antihistamines, L-dopa, insulin and antihypoglycaemic drugs |

MAO inhibitors will minimize the degradation of these amines in the gut wall, and thus one explanation for the 'cheese effect' relates to an increased presence of them in the circulation. Alternatively, inhibition of MAO in adrenergic nerve endings will delay the metabolism of tyramine and noradrenaline and thus increase their effects.

It is now known that MAO exists in both A and B forms. The substrates for MAOA include noradrenaline and serotonin, while phenylethylamine is a substrate for MAOB. Tyramine and dopamine are substrates for both forms, but it has been suggested that selective inhibition of only one form of MAO may minimize the chances of a hypertensive reaction.

The symptoms of the reaction include headache, sweating, nausea, vomiting and a rise in blood pressure that can lead to cerebral bleeding. The foods most often involved are outlined in Table 1, although fatalities have almost always been associated with cheese.

Currently marketed hydrazine derivatives include isocarboxide, nialamide and phenelzine, the non-hydrazine groups include tranylcypramine and pargyline. The selective compounds include deprenyl for MAOB and clorgyline, cimoxatone and moclobemide for MAOA.

The place of MAO drugs in the treatment of depression has been evaluated in several reviews (Tyrer, 1976; Pare, 1985). Generally they are recommended for patients with 'atypical depressions', although the exact features that respond are often less than clearly defined. Tyrer (1976) suggested that the clinical profile most commonly associated with a good response included hypochondriasis, somatic anxiety, irritability, agoraphobia, social phobias and anergia. A poor result is associated with guilt, depressed mood, ideas of reference and nihilistic delusions. Klein and Davis (1969) referred to hysteroid dysphorics with markedly labile mood, vulnerability to interpersonal rejection, with some elements of the hysterical personality, and hyperphagia and hypersomnia. Most workers agree that a patient with typical major affective disorder and endogenous features is the least appropriate for this class of drugs, while

additional anxiety or phobic symptoms, or mixed anxiety–depressive states may respond. The presence of somatic symptoms, of the phobic anxiety–depersonalization syndrome and the presence of panic attacks suggest a good response. Following administration there is often a delay before an improvement which may be days or even weeks, although this is less with the non-hydrazine drugs. These compounds suppress REM sleep, and the onset of the clinical improvement coincides with the change in sleep pattern. Dosage is particularly important, and some negative results of earlier trials stemmed from inadequate prescriptions. It is usual to start with doses in the medium range and then increase after one or two weeks, depending on the patient's response. However, doses of up to 90 mg of phenelzine, 20–40 mg of tranylcypromine and 50 mg of isocarboxazid may be necessary. Once treatment has been started it may continue for several years if necessary, and apart from the limitations of interactions with foodstuffs and other drugs, long-term side effects appear to be rare.

The drugs are metabolized by acetylation, and the speed (fast and slow) at which this is carried out is a polygenetically inherited trait. In the United Kingdom, some 40% of the population are fast acetylators, but the clinical relevance of this is unclear.

MAOI drugs may be combined with tricyclic or other antidepressants in certain clinical situations. Although this may lead to unwanted effects, especially hypotension, used carefully such combinations can be useful, particularly with resistant depressions. In general, a patient on a tricyclic antidepressant may be started on an MAOI, while more caution needs to be exercised when patients are already on the latter and need to be given additional tricyclic therapy. Both drugs may be started simultaneously, but it is wise to start each drug at a lower dose than would be used when given as the sole drug. Pare *et al.* (1982) have suggested that a combination of a tricyclic antidepressant and an MAOI might even protect patients from the 'cheese effect' since the tricyclics inhibit the neuronal uptake of tyramine, thus preventing the displacement of noradrenaline and the possible hypertensive consequences. Using the intravenous tyramine test they reported a greater increase in blood pressure in patients on an MAOI alone compared to those on a combination, although it was amitriptyline and not dothiepin or trimipramine which had this protective effect. It has been suggested that clomipramine should not be combined with an MAOI, but some newer antidepressants, such as mianserin, may be safely used. It is generally recommended that selective serotonin reuptake inhibitors (SSRIs) be used with caution, after a washout period.

Apart from the hyper- and hypotensive reactions, other side effects noted include tremor, weakness, dizziness, hyperreflexia, irritability, ataxia, impotence, hypotension, micturition problems, sweating,



hyperpyrexia, rashes and, rarely, convulsions. The drugs are contra-indicated in liver disease, congestive heart failure and following cerebro-vascular accidents. The hypertensive complications respond to alpha adrenergic blocking drugs, such as phentolamine or chlorpromazine.

The newer generation of MAOI drugs currently being investigated show selectivity for one or other of the enzymes. Most work has been carried out with deprenyl, which appears to possess antidepressant properties (Mendlewicz and Youdim, 1983), which can be shown to inhibit platelet MAOB, an effect that may be related to the clinical response. The selectivity for MAOB is probably related to lack of the hypertensive effect with tyramine and lack of postural hypotension as a side effect. The main use of deprenyl is in Parkinson's Disease.

Murphy *et al.* (1983) compared the selective MAOA inhibitor clorgyline to the partially selective MAOB inhibitor pargyline. Clorgyline proved to be significantly more effective as an antidepressant, associated with effects on noradrenaline metabolism including a decrease in MHPG levels in the plasma and CSF. The changes of MHPG in the CSF were greater than those for 5-HIAA or dopamine metabolites, and a highly significant association was noted between changes in CSF noradrenaline concentration and the reduction of depression and anxiety rating following both clorgyline and pargyline. Pargyline was shown to elevate the urinary excretion of monoamines principally metabolized by MAOB such as phenylethylamine and to produce virtually maximal inhibition of platelet MAOB activity. These authors suggested that inhibition of MAOA is more closely related to the antidepressant effects of these drugs. It has yet to be demonstrated that the antidepressant effect of deprenyl is an MAOB effect, since higher doses are required for the response, and, at such levels, MAOA might well be inhibited also. There is no direct evidence that inhibition of the MAO activity is directly responsible for the antidepressant effect, since the biochemical inhibition may be demonstrated within a day or two of starting the drug, whereas the clinical effects and some of the side effects do not emerge for up to two weeks or more. Secondary changes must be postulated, included in these being down-regulation of central noradrenergic receptors (Murphy *et al.*, 1983).

Reversible inhibitors of monoamine oxidase (RIMAs) are selective MAOA inhibitors that are themselves inhibited in action by the presence of high levels of natural substrate. Thus, high released or ingested endogenous amines would continue to be peripherally metabolized, and not provoke an hypertensive reaction. MAO in the brain would continue to be inhibited, exerting the therapeutic effect. Several of these compounds have been tested (toloxatone, brofaromine), the only one clinically available is moclobemide.

There is no dietary restriction with moclobemide, an average meal contains 25 mg of tyramine, and doses of up to 100 mg of the latter have been given with moclobemide safely. However, caution is advised with clomipramine or deprenyl, and a serotoninergic syndrome has been reported in combination with SSRIs. The starting dose is 300 mg, with target doses of 450–600 mg, and single daily dosing is possible. Moclobemide has a half-life of 1–4 hours, and is generally non-sedative. It is unclear whether these compounds are effective for the atypical presentations that are responsive to the earlier generation of MAOIs, their use at present being for depression, and social phobias.

## Non-MAOI antidepressants

The first of these to be synthesized and used was imipramine, followed shortly by amitriptyline. These two drugs are probably still the most widely used antidepressants. The early members of this group were all variations of the tricyclic nucleus, but more recently drugs have been developed with non-tricyclic structures. Some of these are shown in Figure 2.

Traditionally, the tricyclic drugs were thought to act by inhibition of monamine uptake into the presynaptic neurone, thus enhancing the availability of monoamines within the synaptic cleft. Further, it was taught that drugs which are tertiary amines have more of an effect on 5-HT uptake, while the secondary amines are more potent with regards to catecholamine uptake. Some of the non-tricyclic non-MAOI drugs may have an entirely different mode of action however, for example the precursor loading drug L-tryptophan or the neuroleptic drug flupenthixol. The spectrum of action of a group of antidepressants in relationship to biochemical effects in shown in Table 2.

Recently, selective 5-HT uptake inhibitors have been developed, which are discussed in more detail below. Anticholinergic effects are noted particularly with amitriptyline, clomipramine and protriptyline, which not only will relate to their side effects, but also to their clinical efficacy if patients find them difficult to take. Antihistaminic effects also vary as shown.

### *Mianserin*

This is a tetracyclic compound, whose main mode of action appears to be as an antagonist at the presynaptic alpha adrenoceptor. It has antihistaminic but only minimal anticholinergic and serotonergic activity. It was originally identified by its EEG profile, which was similar to that of amitriptyline. Its biochemistry confers certain






**Figure 2.** Showing the structure of some tricyclic and non-tricyclic antidepressants.

**Table 2.** Properties of some antidepressant drugs

| | Inhibition of uptake | | | Affinities for receptor | |
|---|---|---|---|---|---|
| | 5-HT | NA | DA | Muscarinic anticholinergic | Anti-histaminic |
| Amitriptyline | ++ | +++ | ± | +++ | +++ |
| Clomipramine | +++ | + | – | ++ | ± |
| Imipramine | ++ | + | ± | + | + |
| Maprotiline | – | +++ | ± | ± | + |
| Desipramine | + | +++ | – | + | – |
| Notriptyline | + | +++ | ± | + | + |
| Bupropion | – | – | ++ | – | – |
| L-tryptophan | – | – | – | – | – |
| Mianserin | – | + | + | – | ++ |
| Viloxazine | – | + | + | – | – |
| Paroxetine | +++ | – | – | ± | – |
| Fluvoxamine | +++ | – | – | – | – |
| Sertraline | +++ | – | – | – | – |
| Citalopram | +++ | – | – | – | – |
| Fluoxetine | +++ | – | – | – | – |
| Trazadone | + | – | – | – | ± |
| Iprindole | – | – | ± | – | – |
| Dothiepin | + | + | ± | ± | +++ |
| Protriptyline | + | +++ | ± | +++ | ± |
| Lofepramine | – | ++ | – | + | ? |
| Venlafaxine | ++ | ++ | ± | – | – |
| Nefadozone | ++ | ++ | – | – | – |

advantages, for example minimal anticholinergic side effects and cardiotoxicity, although it is epileptogenic. Unlike tricyclic antidepressants, it does not significantly decrease the antihypertensive action of drugs such as bethanidine, debrisoquine or guanethidine.

It is rapidly absorbed following oral administration, peak plasma concentrations occurring in two to three hours. Its half-life is 10–17 hours. It is highly protein bound, and the majority is metabolized by hydroxylation, *N*-oxidation or *N*-demethylation. It has been shown in several trials to possess antidepressant activity at doses between 30 and 120 mg daily, and it is customary to prescribe it as a single night-time dose.

Blood dyscrasias have been noted, including agranulocytosis, which are usually reversible but are an indication for blood monitoring. It appears relatively safe if taken in overdose, a marked advantage over tricyclic drugs (Crome and Newman, 1977).



*Maprotiline*

Although often referred to as a tetracyclic drug, this is tricyclic in nature. It is thought to be relatively selective for blocking noradrenergic reuptake. It is low in anticholinergic effects, and may even have cardiac antiarrhythmic properties. It is well absorbed after oral administration, peak plasma levels being reached between six and 19 hours, the half-life being around 30 hours. This makes it ideal for single daily administration.

It appears to have antidepressant effects, equivalent to tricyclic drugs, but seizures are a specific problem which have emerged with its clinical use, particularly at higher doses (Trimble, 1980).

*Trazadone*

This is a triazolopyridine with an added phenylpiprazine group. It has no anticholinergic properties and again is free from cardiovascular side effects, but is a $5\text{-}HT_2$ antagonist, a 5-HT uptake inhibitor and an alpha-2 adrenoceptor antagonist. It is thus serotoninergic. It is rapidly and completely absorbed following oral administration and its metabolites are inactive. The half-life is about four hours, and its clinical dosage is approximately twice that of tricyclic drugs, going to a maximum of 600 mg per day. It has similar efficacy to tricyclic antidepressants, but is sedative, and like mianserin is relatively safe when taken in overdose. It is reported to provoke priapism in males, (Scher *et al.*, 1983) but may increase libido in females (Gartrell, 1986). Nefazodone is chemically related to trazadone. In addition to its effects inhibiting the uptake of 5-HT and noradrenaline, it blocks $5\text{-}HT_2$ receptors.

*Viloxazine*

This drug has minimal anticholinergic properties. It is rapidly absorbed after oral administration, with maximal blood levels between one and four hours and a half-life of two to five hours. In animal models it is a stimulant, and is a weak inhibitor of noradrenergic uptake. Its main disadvantages are nausea and vomiting, but, of the antidepressants, it has minimal convulsant potential (Trimble, 1978). However, its use in epilepsy is inhibited because of its adverse pharmacokinetic interaction with carbamazepine (Pisani *et al.*, 1984). It has limited antihistaminic and anticholinergic properties, but is mildly sympathomimetic.

*Flupenthixol*

This is a neuroleptic compound, discussed further below, which has been used in small doses as an antidepressant. It is a dopamine receptor

antagonist, which in small doses appears to have some alerting properties. It is well absorbed after oral administration. It may be superior for patients with mixed anxiety depressive states but its antagonism at the dopamine receptor raises the possibility of extrapyramidal side effects. It is one of a number of major tranquillizers that have been used in the treatment of depression, including thioridazine, chlorpromazine, perphenazine, fluphenazine and the substituted benzamides (see below) such as sulpiride. There is an extensive literature on the use of thioxanthine drugs in depression (Robertson and Trimble, 1982), flupenthixol belonging to this chemical group. The onset of action tends to be rapid (Trimble and Robertson, 1983) and its clinical value may be more in patients with non-endogenous dysthymic disorder.

*Amoxapine*

This is a demethylated metabolite of the antipsychotic drug loxapine. It is rapidly absorbed following oral administration. It has minimal anticholinergic properties, but does block dopamine receptors, which contributes to its side effect profile. This includes extrapyramidal reactions and hyperprolactinaemia, but in addition, seizures may be a problem.

*L-tryptophan*

Some of the literature that relates to the antidepressant properties of tryptophan is discussed in Chapter 9. It is an essential amino acid, and its antidepressant effects, potentiated in particular by MOAI drugs, form part of the evidence for implication of 5-HT mechanisms in depression. It possesses no anticholinergic, antiadrenergic or dopaminergic properties, with a half-life of around four hours. It may, in addition, be usefully combined with tricyclic drugs, in particular amityriptyline and clomipramine. It has few side effects, other than drowsiness, although it has been linked to the development of an eosinophilic myalgia syndrome, which has limited its availability.

*Venlafaxine*

This selectively blocks the reuptake of 5-HT and noradrenaline. It has no muscarinic or histaminic effects. It has a half-life of between one and six hours, and an active metabolite. It is given twice daily, the dose range is from 75–300 mgs. Nausea, anorexia and insomnia are the main side effects.

While it does not affect cardiac conduction, there are reports of increased blood pressure with the drug, especially with higher doses.





**Figure 3.** The structure of some clinically available SSRIs.

*Selective serotonin reuptake inhibitors (SSRIs)*

The first of these drugs, zimelidine, was withdrawn because of neurotoxic side effects. Several others are now available, that seem to have a good safety profile, and are effective antidepressants. The structures of these are

**Table 3.** Some properties of SSRI antidepressants

| Drug | 5-HT* | 5-HT/NA** | Half-life | Active metabolite | Protein binding |
|---|---|---|---|---|---|
| Citalopram | 2.6 | 1500 | 36 h | none | 50% |
| Fluoxetine | 25 | 20 | 1–3 days | 7–15 days | 94% |
| Fluvoxamine | 6.2 | 180 | 15 h | none | 77% |
| Paroxetine | 1.1 | 320 | 20 h | none | 95% |
| Sertraline | 7.3 | 190 | 25 h | 66 h | 99% |

*Impramine = 100: Inhibition of uptake.
**Ratio of 5-HT to noradrenaline uptake inhibition.

shown in Figure 3, and some properties in Table 3. There is no obvious relationship, which suggests these drugs may have differing pharmacokinetic and pharmacodynamic properties.

The main ones in clinical practice are citalopram, fluoxetine, fluvoxamine, paroxetine and sertraline.

As noted below, they block the 5-HT transporter, but this effect occurs in a matter of hours, the activity of the serotonin neurones slowly recovering over the next 14 days (Montigny and Blier, 1985).

Fluoxetine is a bicyclic drug with high selectivity for inhibition of 5-HT uptake and virtually no effect on catecholamine neurones. It is the least potent of the SSRIs for the inhibition of 5-HT uptake. It is highly protein bound (95–99%) and has an active metabolite, norfluoxetine giving a long half-life of 6–14 days. It reduces REM sleep and increases REM latency although its effect on the seizure threshold, as with other drugs in this group, has yet to be evaluated.

Several of these selective 5-HT uptake inhibitors have minimal sedative effects, and do not impair psychomotor performance.

Fluvoxamine is a single ringed compound with no anticholinergic properties, which is rapidly absorbed, after oral administration and has a half-life of approximately 15 hours. It is extensively metabolized and its metabolites also have no effect on the catecholamine uptake process. Gastrointestinal side effects appear to be a particular problem, although it has minimal effects on the EEG profile (Saletu *et al.*, 1983). It has a half-life of approximately 15 hours, and can therefore be given on a once daily basis.

Paroxetine is one of the more highly selective of the group for 5-HT, and has no active metabolites. It does however inhibit its own clearance, its half life therefore increases with higher dose. Agitation as a side effect is not reported.

Sertraline has long-acting metabolites, sexual side effects have been more prominent.



The main advantages of the SSRIs are the lack of cardiac effects, weight gain and sedation, the main side effects that limit their use being nausea or diarrhoea. Others are mainly CNS related, including insomnia, dizziness, tremor, and extrapyramidal reactions. The SSRIs do show an effect on dopamine uptake, this being strongest for sertraline, and weakest for fluvoxamine and citalopram.

The metabolites of citalopram, fluvoxamine, paroxetine and sertraline are inactive, and the potential for interactions with other drugs is therefore less than with fluoxetine. It is recommended that at least a five week interval is allowed when switching from fluoxetine to an MAOI.

The dose prescribed depends on the product, but, unlike the tricyclics, there is often little to be gained by increasing the dose if a response is not obtained with the recommended prescription.

Clinically the SSRIs have also been used to treat obsessive–compulsive disorder, migraine (sumitriptan), bulimia, and panic disorder.

### *Some other novel or new antidepressants*

Iprindole is a weak inhibitor of both noradrenaline and 5-HT uptake, with relatively weak antidepressant action. Like mianserin, its lack of effect on traditional monoamine systems has been one piece of evidence which has led to questioning of the classical neurotransmitter hypothesis of affective disorder. Clovoxamine inhibits both noradrenaline and 5-HT uptake, and appears from its EEG profile to have some activating properties (Saletu *et al.*, 1983). Another compound with alerting properties is bupropion, a drug with a single ring novel structure that has no effect on 5-HT or noradrenaline uptake, and does not inhibit monoamine oxidase. It may block dopamine reuptake and has a chemical structure which resembles amphetamine, and at higher doses it provokes seizures.

Lofepramine is a newly developed tricyclic antidepressant with similar properties and profile of clinical effect to the other tricyclic drugs, but an apparent excellent safety profile, including in overdose.

S-adenosyl-methionine is a CNS methyl donor at present being investigated for its antidepressant properties, its main disadvantage being that it has to be given intramuscularly or intravenously. The rationale for its use stems from the link between folate metabolism and mood as discussed in Chapter 9.

Novel drugs, whose antidepressant action is being assessed include the $5\text{-HT}_{1a}$ agonist buspirone, the tricyclic tianeptine, the phosphodiesterase inhibitor rolipram, and the beta-agonist clenbuterol. Mirtazapine is an antagonist at $\alpha_2$ receptors. The latter, originating in the locus coeruleus, control the firing rate of serotonergic neurones, the drug increasing hippocampal 5-HT release.

The mode of action of tricyclic drugs has traditionally been related to their ability to inhibit monoamine uptake within neurones of the CNS, and this certainly is a common biological activity they share. However, this effect occurs acutely, while their therapeutic effect may take several weeks to become apparent. In addition, compounds such as mianserin and iprindole minimally inhibit amine uptake *in vivo*. More recently, attention has been paid to the chronic effects of these and other antidepressant treatments on the sensitivity of catecholamine receptors, in particular, down-regulation of beta receptor activity (see Chapter 9, Table 13). This leads to a decrease in glycogenolysis in the postsynaptic cell, small changes at the receptor being magnified through the coupler, effector and amplifier system of the postsynaptic cell membrane into larger dynamic changes. It is known that an intact 5-HT system is required for the beta receptor changes to occur. These data have led to hypotheses that relate depressive illness to a supersensitivity at these receptor sites, itself related to decreased intrasynaptic levels of neurotransmitters, such as 5-HT. The mechanism of the down-regulation and subsensitivity of noradrenergic receptors by antidepressants is unclear, but it could be related to a change of affinity, a reduction of density or interference with cyclic AMP coupling or activity.

Some of the newer antidepressants, such as mianserin, paroxetine, citalopram and fluoxetine fail to down regulate beta receptors, implying that these changes alone are not sufficient. Attention has also been paid to the alpha-2 adrenergic receptor since long-term but not short-term antidepressant treatment reduced the sensitivity of the alpha-2 autoreceptor (Crews and Smith, 1978). The functional effect of this is to increase noradrenergic impulse flow and turnover with behavioural activation. Charney *et al.* (1983) examined alpha receptor function in nine patients with major depressive illness before and following a four to six weeks course of treatment with amitriptyline. Alpha-2 autoreceptor sensitivity was estimated by measuring changes of plasma-free MHPG and patient-related sedation in response to clonidine, while postsynaptic alpha-2 function was determined by the release of growth hormone, also following clonidine. They demonstrated that the antidepressant treatment reduced the autoreceptor sensitivity but had no effect on the postsynaptic receptor. Although some other antidepressants, for example desipramine and imipramine, have also been shown to reduce alpha-2 autoreceptor sensitivity, at the present time information on other drugs, particularly in patient studies, is very limited. None the less, these findings are in keeping with a hypothesis that hypersensitivity of the presynaptic receptors in depression would be associated with decreased release of neurotransmitters and up-regulation of the postsynaptic beta receptor. Antidepressants thus regulate the presynaptic receptor and normalize the



postsynaptic receptor. The association of these findings to the decreased postsynaptic alpha-2 activity in depressed patients (Siever and Uhde, 1984) is unclear. It is of interest that mianserin is an alpha-2 presynaptic receptor antagonist, an action which may be relevant to its antidepressant action.

There has been much interest in serotonergic mechanisms since the introduction of the SSRIs. It is not known how these drugs work, but some findings are secure. All types of antidepressant, including ECT, MAOIs and lithium increase 5-HT neurotransmission. The effects of antidepressant action can be reversed by reduction of brain serotonin (Delgado *et al.*, 1990). Following administration of an SSRI, there is considerable acute release of 5-HT into the synaptic cleft, and this is followed by a dramatic decrease of neuronal activity. Gradually the function of the neurones resume, and the 5-$HT_2$ receptors are normalized (see Table 13, Chapter 9).

There is considerable debate over where these effects take place, and what is primary. It has been speculated (see Chapter 9) that in depression, with reduced 5-HT turnover, there is decreased transmission at the pre- and postsynaptic 5-$HT_{1a}$ receptors and the 5-$HT_2$ receptor is upregulated. With SSRIs, the effect is seen mainly at the raphe nuclei. There are high densities of 5-$HT_{1a}$ autoreceptors there, and one speculation is that SSRIs block the transporter, increasing synaptic 5-HT, which acts as an agonist, the excess 5-HT activating the autoreceptor, decreasing cell firing and the release of 5-HT. On continued treatment, there is desensitization of the autoreceptor (leading to increased 5-HT synaptic transmission), and resumption of normal firing. Further, postsynaptic 5-$HT_{1a}$ receptors in the hippocampus, and 5-$HT_2$ receptors are also normalized.

Tricyclic drugs may not act in the same way, one suggestion is that their response is more via the hippocampal postsynaptic 5-$HT_{1a}$ receptors. Whatever, enhanced responsivity of forebrain 5-HT neurones seems a common response to long-term treatment with both the SSRIs and tricyclic drugs.

Recent data has examined the effect of antidepressants on glutamate receptors. Tricyclics, ECT, MAOIs and some SSRIs decrease NMDA receptor function (Kilts, 1994).

Most antidepressants thus decrease the receptor density of 5-$HT_2$ receptors in the frontal cortex, an effect which distinguishes them from ECT which increases 5-$HT_2$ receptors. As a generalization therefore, antidepressants and ECT down-regulate alpha-2, beta and 5-$HT_1$ receptors, and increase GABA-B receptors. Their action on the 5-$HT_2$ receptor differs.

## Some general principles of treatment

Although many of the newer drugs seem to have equivalent clinical efficacy with the established tricyclic drugs, their main benefit may lie in

having less side effects, particularly those related to anticholinergic activity. Many of them, for example mianserin and the SSRIs are much safer in overdose. Some 15% of all fatal poisonings are due to tricyclic drugs, and 3.3% of tricyclic overdoses have a fatal outcome. Amitriptyline and related tricyclics are responsible for approximately 1.66 deaths by suicide per 10 000 patients prescribed the drug whereas the comparable figure for mianserin is around 0.13; 82% of deaths from antidepressant overdose are due to two drugs, amitryptiline and dothiepin (Henry *et al.*, 1995).

There are also major differences between the drugs in regard to their sedative properties, some of which are related to their antihistaminic action. The more sedative compounds include amitriptyline, trimipramine, dothiepin, clomipramine and mianserin, while less sedative are protriptyline, flupenthixol and some of the newer selective 5-HT uptake inhibitors. The clinical implications of this are that patients with depression that require sedation, either because of anxiety, agitation or insomnia, may do better on the more sedative compounds, whereas those with psychomotor retardation require the least sedation. If insomnia is prominent, then the whole of the prescribed dose should be given at night-time, so that maximum sedation is obtained without the need for additional hypnotic drugs. Some patients, especially the elderly or those with heart or urinary problems, will be unable to tolerate the anticholinergic properties of some of the drugs, and those with minimal anticholinergic activity will be required.

Choice of antidepressant needs therefore to take into account the clinical pattern of the depression, the age of the patient and additional medical diagnoses. It is helpful to take a drug history from the patient and to find out if any close relative has had a depressive illness and, if so, to which drug they have responded. If a patient has been reliably treated before on a particular compound and has suffered few side effects from it, it is logical to start on the same preparation, unless there are contraindications. Potential suicide risk may be one of these, and drugs which are safe in overdose such as the SSRIs have obvious advantages.

It is wise, especially if the patient has previously experienced side effects or has some associated medical problem such as a seizure disorder, to start on low doses and build up the prescription over the ensuing one or two weeks. If a rapid early response is required, flupenthixol seems to be helpful, and may be used initially. Polypharmacy should be avoided, however, and no patients should require an additional hypnotic to an antidepressant if a sedative antidepressant can be given as a single night-time dose. Useful combinations, apart from those with MAOI drugs, include L-tryptophan (if available) and clomipramine, or clomipramine and lithium in intractable cases. Some preparations are still available that



combine antidepressants and phenothiazines, for example motival, which is fluphenazine and nortriptyline. If possible, these should be avoided. In unresponsive patients, higher than usual doses may be prescribed, the increments being given until side effects occur or a clinical response is obtained. Once started, an antidepressant should be continued, if successful, for 6–12 months.

## Pharmacology

Serum level monitoring of antidepressant drugs can be undertaken. It is usually carried out using gas–liquid chromatography, although radio-immunoassay and mass spectrometry are also used. With regards to the tricyclic drugs, following absorption, they are metabolized by methylation and hydroxylation in the liver, before passing into the circulation, where they are strongly protein bound. Tertiary tricyclics, for example imipramine and amitriptyline are demethylated to secondary amines, which themselves possess antidepressant properties. They are absorbed well and rapidly, peak plasma concentration occurring in 2–6 hours, although marked variation between patients is noted in terms of the serum levels for identical doses of medication. The half-lives are very variable, from 8 hours for imipramine to over 80 hours for protriptyline. They are highly bound to plasma protein, with about 10% circulating as free drug.

Most of the studies that have examined the relationship between clinical response and serum levels have measured total rather than free levels. Further, since the presence of metabolites has to be taken into account, it is hardly surprising that the results obtained are difficult to interpret. Some authors have claimed that a therapeutic window exists, such that levels below or above this lead to poor results. This has mainly been noted with nortriptyline (Sorensen *et al.*, 1978). In contrast, for imipramine, the relationship is linear, levels below 150 ng/ml (540 nmol/l) being less effective (Glassman *et al.*, 1977). In general it may be said that high levels of drugs are more likely to lead to side effects, while patients with low levels respond poorly.

In practice, measurement of serum levels is helpful in patients not responding as expected on good clinical doses of the drug, or in a patient apparently experiencing side effects on small doses. It may also be useful in monitoring compliance where this is suspect. Interactions between tricyclic drugs and others show that barbiturates and some other anticonvulsants lower, while major tranquillizers raise the serum levels of antidepressants, these effects mainly occurring by alteration of activity of metabolizing enzymes in the liver.

The SSRIs tend to have non-linear pharmacokinetics, but this has little clinical relevance, and to date no relationships have been shown between serum levels and either clinical response or side effects.

**Table 4.** Some side effects of non-MAOI antidepressant drugs

| | |
|---|---|
| Sedation | Tremor |
| Dry mouth | Dyskinesia |
| Palpitations and tachycardia, changes on the ECG | Myopathy, neuropathy |
| Visual difficulties | Convulsions |
| Postural difficulties | Ataxia |
| Postural hypotension | Delirium |
| Nausea, vomiting, heartburn | Agitation |
| Constipation | Transient hypomania |
| Glaucoma | Depersonalization |
| Urinary retention, impotence, delayed ejaculation | Aggression |
| Paralytic ileus | Jaundice (cholestatic) |
| Galactorrhoea | Weight gain |
| Sweating | Impairment of cognitive function |
| Fever | Rashes |
| | Extrapyramidal reactions |

The cytochrome 450 isoenzymes 1A2, IIC, IID6, and IIIA4 are important in the metabolism of psychotropic drugs, especially IID6. Fluoxetine, paroxetine and sertraline have similar inhibitory effects on the IID6 enzyme, and increased levels of some concomitantly prescribed drugs, for example tricyclic drugs or some antipsychotics may be expected. Sertraline and fluoxetine inhibit IIIA4 which mediates the metabolism of carbamazepine, and thus may increase levels of the latter if both classes are coprescribed.

A general list of side effects with antidepressants is shown in Table 4. Some of these occur frequently but may be tolerable, for example dry mouth, while others are rarer and can be very discomforting, such as dyskinesias or seizures. Some may be used therapeutically, for example the hypnotic effect. As noted, generally the SSRIs have less side effects than tricyclic antidepressants.

Much attention in the past has been paid to some specific side effects, in particular cardiac and neurological problems. Tricyclic drugs increase the atrioventricular conduction time (Burrows *et al.*, 1976) and can convert a partial to a complete heart block. In overdose they provoke a variety of arrhythmias, these being the commonest cause of death from overdose. The antidepressants with minimal anticholinergic effects, including the newer selective uptake inhibitors, are safer in this regard. In one study, a comparison between fluoxetine and amitriptyline, an increased heart rate, and prolongation of the P–R interval and QRS complex were noted with the tricyclic drug, but not with fluoxetine (Fisch, 1985).

Nearly all the non-MAOI antidepressants lower the seizure threshold and may precipitate seizures with the possible exception of viloxazine and



nomifensine (Trimble, 1978). The mechanism of this side effect is not understood, although it may be related to interference with monoamine or GABA activity. None the less, patients with organic neurological disease, who may have a lowered seizure threshold, should be prescribed tricyclic drugs with caution. The management of epileptic patients is discussed further below.

Impairment of cognitive function and performance on psychological tests probably occurs with most of the non-MAOI drugs, although this has not been well evaluated. Most studies are single dose or short term in volunteers, and while patient data tends to show improvement of cognitive function on antidepressant therapy, this may well be due to the relief of the cognitive effects of the depression rather than being related to the antidepressant *per se*. Evidence from healthy volunteers suggests differences between drugs, for example, imipramine, amitriptyline and mianserin giving the most detrimental effects, nomifensine and viloxazine being associated with least problems (Thompson and Trimble, 1982b). The SSRIs are also more beneficial in this regard.

Flu-like reactions have been described with several compounds including zimelidine and nomifensine, with headaches, joint pains and elevation of liver enzymes. Weight gain is a particularly difficult problem for patients and this is not solely attributable to an increase in appetite. Recently a withdrawal syndrome on stopping antidepressants after long-term treatment has been suggested. Symptoms include anxiety, panic, abdominal cramping, vomiting and diarrhoea. In addition, insomnia with nightmares, some restlessness, and occasionally hypomanic, manic or even psychotic pictures have been described. These, like withdrawal syndromes generally, tend to occur in patients who have been on higher doses for long periods of time, who stop their drugs suddenly. They can be avoided by careful reduction of dosage and warning to the patient at the time of initial prescription not to suddenly stop taking their medication.

## MAJOR TRANQUILLIZERS

These drugs naturally fall into four groups; phenothiazines, butyrophenones, thioxanthines and others. The phenothiazines have a tricyclic nucleus in which different configurations of the side chain lead to alteration of their properties (see Figure 4). Three subgroups are recognized, one with an aliphatic side chain, such as chlorpromazine, one with a piperidine side chain, such as thioridazine, and one with piperazine side chains, such as trifluoperazine. The thioxanthines have a structure similar to the phenothiazines and include clopenthixol, flupenthixol, thiothixine and related drugs.

Nucleus: S, N (10), (2)

Aliphatic side-chain: e.g. chlorpromazine (Largactil)

(10) $-CH_2-CH_2-CH_2-N(CH_3)_2$
(2) $-Cl$

Piperidine side-chain: e.g. thioridazine (Melleril)

(10) $-CH_2-CH_2-$ N $CH_3$
(2) $-S-CH_3$

Other examples: Pericyazine (Neulactil)

Piperazine side-chain e.g. trifluoperazine (Stelazine)

(10) $-CH_2-CH_2-CH_2-N$ N$-CH_3$

Other examples: Perphenazine (Fentazin)
Fluphenazine (Moditen)
Thiopropazate (Dartalan)

(a) Structures of the phenothiazine compounds

Haloperidol (Haldol)

F– C(=O) $-CH_2-CH_2-CH_2-N$ OH

Related drugs: Pimozide (Orap)
Penfluridol
Fluspiriline (Redeptin)

(b) Structure of the butyrophenones

**Figure 4.** Showing the structure of some phenothiazines and butyrophenones.



**Table 5.** Receptor binding properties of neuroleptics

| | DA | 5-HT | Alpha adrenergic | Histamine | ACh |
|---|---|---|---|---|---|
| Benperidol | +++++ | ± | ± | – | – |
| Droperidol | +++++ | + | + | – | – |
| Haloperidol | +++++ | – | ± | – | – |
| Pimozide | +++++ | – | – | – | – |
| Bromperidol | +++++ | – | ± | – | – |
| Fluspiriline | +++++ | + | – | – | – |
| Thiothixine | ++++ | + | ± | + | – |
| Trifluoperazine | ++++ | ± | ± | ± | – |
| Perphenazine | ++++ | + | – | + | – |
| Flupenthixol | ++++ | + | + | ± | – |
| Fluphenazine | +++ | + | + | + | – |
| Penfluridol | +++ | – | – | – | – |
| Chlorprothixine | +++ | ++ | ++ | ++ | ++ |
| Clozapine | +++ | ++ | ++ | +++ | +++ |
| Risperidone | +++ | +++ | ++ | ++ | – |
| Thioridazine | ++ | + | ++ | + | ++ |
| Chlorpromazine | ++ | ++ | +++ | +++ | ++ |
| Sulpiride | + | – | – | – | – |
| Promazine | ± | + | +++ | +++ | +++ |

The butyrophenones, such as haloperidol, and related diphenylbutylpiperidines, such as pimozide, fluspiriline and penfluridol, have a different chemical structure, and some drugs, for example, fluspiriline and penfluridol, are long-acting oral preparations. Other major tranquillizers include molindone, reserpine, tetrabenazine, oxypertine, loxapine, risperidone, clozapine and the substituted benzamides, such as sulpiride.

The distinguishing property of all the standard drugs is their ability to block dopamine receptors, and clinically they are antipsychotic. In addition they may evoke extrapyramidal symptoms of various types. They all inhibit apomorphine-induced stereotypy and agitation; provoke an acute increase in dopamine turnover with raised HVA levels in areas such as the corpus striatum, nucleus accumbens, olfactory tubercle and frontal cortex; block the stimulation of dopamine-sensitive adenylate cyclase; and displace receptor binding with $H_3$ dopamine or $H_3$ spiroperidol at postsynaptic dopamine receptor sites. The relative receptor binding profiles for some of these drugs is shown in Table 5.

The most potent dopamine receptor antagonist used clinically is benperidol, while pimozide is the most specific. With few exceptions, the ability of these drugs to block the receptor correlates with their clinical