antipsychotic action. Since the majority readily provoke extrapyramidal effects, it has been suggested that the antipsychotic potential is due to antagonism of dopamine receptors in the mesolimbic or mesocortical areas of the brain, while the motor effects relate to the nigrostriatal system. There are a few drugs that appear to possess minimal potential to evoke extrapyramidal effects, namely sulpiride, clozapine and thioridazine. One explanation for this has been the anticholinergic potential of these drugs which may counteract the tendency to provoke extrapyramidal symptoms. Alternatively, it has been suggested that they preferentially act on dopamine receptors in mesolimbic areas, rather than at the striatum. Although studies examining dopamine metabolites do not confirm a preferential increase in levels when comparing mesolimbic to striatal structures for various neuroleptics, those examining the disappearance or release of dopamine from selective sites do support a suggestion of a more preferential action in mesolimbic areas for these compounds (Leysen and Niemegeers, 1985; Scatton and Zivkovic, 1984). Since sulpiride does not have anticholinergic properties it would seem that the most likely explanation for these differing clinical effects of some of the neuroleptics relates to differential blockade of dopamine receptors in limbic as opposed to striatal areas.

These biochemical differences have given rise to the concept of atypical neuroleptics. These drugs weakly antagonize dopamine-induced stereotypies, but do not induce catalepsy. They do not lead to an upregulation of $D_2$ receptors or to the development of tolerance of increased dopamine turnover with chronic treatment. Clozapine is the paradigm.

When typical neuroleptics are given chronically, it is shown in animal models that tolerance occurs, and in patients initially elevated HVA levels in the CSF tend to decrease after a few weeks of drug administration (Post and Goodwin, 1975). However, it seems that this tolerance is observed in the striatum but not in mesolimbic and mesocortical dopaminergic systems (Scatton and Zivkovic, 1984), possibly explaining the clinically effective antipsychotic action of these drugs which persists over time.

It should be noted that of the various subclasses of dopamine receptors described antagonism of the $D_2$ receptor is related to many behavioural effects. Table 6 shows a comparison of the antagonism at $D_1$ and $D_2$ receptors for some neuroleptic drugs.

However, clozapine shows equal occupancy at the $D_1$ and $D_2$ receptors, and has a potent effect at $D_4$ receptors (Seeman, 1992) (see Table 7). Risperidone has high affinity for $D_2$, $D_4$, 5-HT$_2$ and alpha adrenergic receptors, but acts only weakly at the $D_1$ site (Table 7).

In general, the rank order of the potency of the drugs for interaction with the $D_1$ receptor is unrelated to any of the behavioural tests of measuring dopaminergic activity, and as yet the relationship of this

Table 6. $D_1$ and $D_2$ receptor site antagonism

| | $D_1$ | $D_2$ |
|---|---|---|
| Pimozide | + | ++++ |
| Butaclamol | ++++ | ++++ |
| Chlorpromazine | ++ | +++ |
| Thioridazine | ++ | +++ |
| Flupenthixol | ++++ | ++++ |
| Haloperidol | ++ | ++++ |
| Sulpiride | − | +++ |
| Clozapine | ++ | ++ |
| Fluphenazine | +++ | +++ |
| Risperidone | ± | +++ |

Table 7. Percent occupancy of $D_{2-4}$ receptors by neuroleptics

| | $D_2$ | $D_3$ | $D_4$ |
|---|---|---|---|
| Chlorpromazine | 80 | 61 | 20 |
| Clozapine | 52 | 21 | 93 |
| Haloperidol | 87 | 58 | 44 |
| Pimozide | 77 | 75 | 43 |
| Sulpiride | 74 | 59 | 27 |

receptor to CNS function is undetermined. However, the $D_2$ receptor binding does correlate with effects on behavioural tests of dopaminergic function, and probably relates to their antipsychotic function. Following treatment with these drugs, it has been shown in animal models that the number of $D_2$ receptor binding sites increases, which, on drug withdrawal, slowly reverts to pretreatment values (Leysen and Niemegeers, 1985). Other effects mediated by the $D_2$ receptor are dopamine-activated locomotion, prolactin release, dopamine-induced vomiting and impaired learning noted following administration of dopamine antagonists. The alpha-1 adrenergic blockade is related to cardiovascular problems including hypotension, tachycardia and sedative effects—the latter may be enhanced by any antihistaminic effect.

Although the effects of clozapine at the $D_4$ receptor have stimulated considerable interest as a significant potential interaction site to explain its properties, it also antagonizes 5-HT$_2$ receptors. This, and the fact that some other new neuroleptics such as risperidone also antagonize the 5-HT$_2$ system has led to a renewed interest in the role of 5-HT in schizophrenia.

SPECT and PET data have shown that clinical response to neuroleptics in schizophrenia is not directly related to the amount of $D_2$ blockade

350  *Biological Psychiatry*

(Pilowsky et al., 1992), although low occupancy (<50%) is more likely in non-responders and the occurrence of extrapyramidal side effects is more likely with high occupancy (Nordstrom et al., 1993).

Sulpiride has more effect on the mesolimbic system, is a selective $D_2$ antagonist, and is without effect on GABA binding. At low doses, it is antiemetic (150–600 mg per day), while at medium doses it is disinhibitory, having some form of antidepressant activity. However, in higher doses (above 800 mg per day) it is antipsychotic. It has a powerful effect on prolactin release and unlike traditional neuroleptics does not readily provoke catalepsy or inhibit apomorphine-induced circling and stereotypical behaviour in rodents. These latter findings suggest it may have less powerful an effect on motor systems and thus have a low incidence of extrapyramidal side effects. The half-life of sulpiride is eight hours.

Following oral administration, chlorpromazine is easily absorbed and metabolized by the liver with peak plasma level occurring in one to three hours. Its half-life is 17 hours. Some metabolites, such as the sulfoxide, have little pharmacological activity, while others, for example the hydroxy derivatives are more potent. It is strongly protein bound, and preferentially accumulates in the brain with a brain–plasma ratio of about 5:1. After termination of treatment, excretion of the drug or one of its metabolites may continue for several months.

Haloperidol is less rapidly absorbed, maximal concentrations occurring around five hours, with a half-life of 13–20 hours. It is 90% protein bound, and does not induce its own metabolism. Pimozide has a half-life of over 50 hours, and it is possible to give the drug on less than a daily basis. Once weekly treatment has been tried successfully in maintenance therapy for psychotic patients.

Clozapine is well absorbed, with peak plasma levels at one to four hours. It is 95% protein bound, and metabolized through the liver with a half-life of about 14 hours. It is started at a dose of 25 mg once or twice daily and increased as necessary up to 300–600 mg a day. Because of the problem of agranulocytosis, it is essential to monitor blood counts, and the risk of seizures is increased with larger doses (5–10% over 600 mg). Other drugs which may be associated with agranulocytosis should be avoided.

The incidence of extrapyramidal reactions, especially tardive kinesia, is low, although there are reports of the neuroleptic malignant syndrome associated with this drug, and akathisia is common. Patients often non-responsive to other antipsychotics have been reported to respond, in particular patients with negative symptoms have done well. There may be a relationship between a low ratio of CSF HVA to 5-HIAA and better response (Pickar et al., 1992).

Risperidone is also rapidly absorbed, with a half-life of about 24 hours. It has an active metabolite 9-hydroxyrisperidone. It seems to have

*Biological Treatments*  351

maximal antipsychotic efficiency at doses of 6–10 mg daily, and while it provokes little parkinsonism, dystonias and akathisia are reported.

The dose of major tranquillizers prescribed needs to be titrated for individual patients against their symptoms, but in some cases large doses are necessary. With drugs that are alpha adrenergic blockers, for example chlorpromazine and risperidone, such doses may lower blood pressure and monitoring of the latter may be necessary. It is usual in clinical practice to start patients on oral medications, and often once daily prescription is possible. Following control of psychotic symptoms with oral therapy, especially if the patient has schizophrenia, a change to intramuscular preparations may be preferred.

Esterified drugs, mostly dissolved in oil, are given intramuscularly, and released over a varying period of time, up to about four weeks. They include the decanoate preparations of haloperidol, fluphenazine, flupenthixol, and clopenthixol and fluspiriline. The latter is held in aqueous solution as opposed to a vegetable oil base, and may be given on a once weekly regime. These drugs provoke the same incidence of extrapyramidal problems as do oral preparations, although the onset may be more rapid (Ayd, 1974). Trials comparing groups of patients on injectable preparations or oral pimozide suggest little difference in relapse rate (McCreadie et al., 1980), although some studies have reported oral therapy to be superior with regards to several aspects of social adjustment (Falloon et al., 1978).

In schizophrenia, once treatment has been started, it probably needs to be continued indefinitely. Discontinuation of therapy leads to relapse in approximately 20% of patients in six months and 45% of patients at one year (Curson et al., 1985). It is estimated that some 60–65% of patients will relapse over a 24 month period if not taking drugs, comparable data for those in maintenance therapy being 35%. Poor response to treatment relates to younger age of onset of illness, prominent initial negative symptoms, impairment of cognitive performance and an enlarged ventricular–brain ratio on the CT or MRI scan.

A relationship between clinical response to serum levels of neuroleptics or plasma prolactin has not been demonstrated in schizophrenia (Kolakowska et al., 1985), although Van Putten et al. (1992) have suggested a therapeutic window for haloperidol between 5 and 12 ng/ml. In contrast, some authors have reported a relationship between extrapyramidal symptoms and elevations of prolactin (Rao et al., 1980) and in acute mania, improvement in clinical symptoms parallels the prolactin rise. Maintenance with low dose neuroleptics (for example 5 mg of fluphenazine decanoate every two weeks) may reduce the long-term incidence of side effects. Low doses of neuroleptic medication have been used in other conditions, for example depressive illness, borderline

352  *Biological Psychiatry*

**Table 8.** Extrapyramidal effects of psychotropic drugs

| Acute | Chronic |
|---|---|
| Dystonia | Tardive dyskinesia |
| Akathisia | Tardive dystonia |
| Akinesia | |
| Parkinsonism | |
| Rabbit syndrome | |

personalities and anxiety neurosis. The preferential response of monosymptomatic psychoses to pimozide has been reported (Riding and Munroe, 1975), and for aggression, in particular in patients with brain damage, clopenthixol may have special value.

Major tranquillizers are also used in the management of manic depressive illness and in patients with acute or chronic organic brain syndromes. They may be used in alcohol withdrawal states, although their potential to lower seizure threshold is a problem in this setting.

In some cases it is necessary to tranquillize patients rapidly, and intramuscular or intravenous doses may be given. For example a regime may include haloperidol 10–20 mg every 30–60 minutes, following an initial loading dose of 10–30 mg intramuscularly. In these situations, changeover to oral therapy should be carried out as soon as possible. Side effects, such as acute dystonias, seem to be rare. With haloperidol, the chances of severe side effects such as hypotension or a seizure are less than with chlorpromazine.

## Side effects

The side effects of major tranquillizers are similar to those listed for antidepressants (Table 4). Of particular interest, however, are the extrapyramidal syndromes, which include dystonias, akinesia, akathisia, parkinsonism and tardive syndromes.

In general, these disorders fall into two groups, as shown in Table 8. In practice, some admixture of symptoms is seen, and the division may not be so clear. The acute disorders include acute dystonias, akathisia, akinesia and parkinsonism. The chronic ones are mainly tardive dystonia and tardive dyskinesia. Acute dystonia is one of the earliest extrapyramidal side effects and usually occurs within the first two or three days of treatment. Typically, the movements are uncoordinated and spasmodic, and may involve the body, the limbs, the head and the neck. The jaws may be tightly clenched together, the tongue may be forcibly protruded and facial grimaces occur. Retrocollis, torticollis, antecollis,

*Biological Treatments*  353

oculogyric crises or opisthotonos may all be seen. Males are preferentially affected and some suggest that up to 50% of patients may develop some form of reaction following treatment with high potency neuroleptics (Winslow *et al.*, 1986). There are repeated spasms of muscles with hypertonicity between attacks, and the condition can be distressing and painful. Dystonia is usually treated by intramuscular or intravenous administration of an anticholinergic drug such as benztropine or orphenadrine, although benzodiazepines are also effective. It is thought to be due to increased dopamine turnover that occurs following acute administration of dopamine antagonists, stimulating dopamine receptors not blocked by the action of the drugs and thus provoking the movement disorder.

Much more common is akinesia, which is usually seen within 24 hours of starting the drugs. Patients have diminished spontaneous movements, reduced facial expression and may complain of fatigue. Muscle tone is not increased, and the clinical picture may be mistaken for an increasing apathy of depression or schizophrenia. It is usually helped by lowering the dose of the major tranquillizer or adding an anticholinergic drug.

Akathisia is sometimes less acute, but occurs very frequently, affecting over 50% of patients. It is characterized by a subjective sense of restlessness and presents as motor hyperactivity, with shifting posture and inability to sit or stay still for more than a few moments. It thus resembles agitation, and may lead to a mistaken diagnosis of agitated depression, or a deterioration of the psychosis if unrecognized. Gibb and Lees (1986) have pointed out that a group of patients exists who also have orofacial dyskinesia, recognizing the frequent occurrence of the two disorders in the same patient. They also note that, particularly in those with late onset and persistent akathisia, the subjective restlessness is often not manifest, although patients still demonstrate motor restlessness. Akathisia usually responds to a reduction of dose or to the administration of anticholinergic or benzodiazepine drugs. Since similar clinical pictures have been reported in patients following L-dopa therapy in Parkinson's disease, it is thought that it somehow relates to abnormalities of dopamine transmission in the basal ganglia.

The classical picture of parkinsonism, with increased muscle tone, rigidity, increased salivation, gait and posture disturbances, may be seen in patients prescribed neuroleptic drugs, and over 60% of patients may have mild symptoms. In contrast to idiopathic Parkinson's disease, tremor tends to occur late in the picture and is less common than rigidity and akinesia. Akathisia may also be associated with the parkinsonian picture. The parkinsonism tends to come on gradually, and may be preceded by complaints of weakness or limb pains. Females are more affected than males. A variant is the so-called 'rabbit syndrome' in which rapid

Case 1:04-cv-10981-PBS    Document 1160-37    Filed 03/07/2008    Page 4 of 16

chewing-like movements of the lips occur that resemble a rabbit eating. This is to be distinguished from tardive dyskinesia.

It has been suggested that the incidence of parkinsonism, and indeed some of the other extrapyramidal syndromes, may be diminished by the administration of routine prophylactic anticholinergic drugs. However, it may be argued that since anticholinergic drugs may exacerbate some motor disorders, for example tardive dyskinesia, may provoke a toxic psychosis, may delay gastric emptying and by neurochemical antagonism of the dopamine blocking potential of the antipsychotic drugs may diminish their therapeutic potential, such routine prescription should be avoided.

As noted, some antipsychotic drugs provoke less in the way of parkinsonism and other extrapyramidal side effects, sulpiride, thioridazine and clozapine being in clinical use. Again, treatment is either by reducing the dose of the neuroleptic drug or by changing to one of these alternative prescriptions. Administration of long-term anticholinergic drugs is probably best avoided.

Other conditions seen after varying time intervals of introducing neuroleptic drugs include the blepharospasm–oromandibular–dystonia syndrome (Meige's or Bruegel's syndrome), catatonic reactions and the neuroleptic malignant syndrome. The blepharospasm–oromandibular–dystonia syndrome is characterized by prolonged spasms of the jaw and mouth usually in association with blepharospasm, which is seen both as an idiopathic form and also following neuroleptic treatment. Females are more affected than males, and the onset is usually in the sixth decade. The dystonia can be extremely painful, the teeth being forced together and sometimes damaged, or alternatively tongue biting occurring. The mouth may be forced into an open position for varying periods, which if severe may lead to difficulties with speaking, eating and sometimes jaw dislocation. Tongue protrusion, lip pouting and occasionally dystonic posturing in other parts of the body may also be noted. The pathogenesis is unknown, but again it is thought to be related to abnormalities of dopamine activity within the basal ganglia. It is one of a group of tardive dystonias, which include other forms of dystonic posturing, spasmodic dysphonia, and abnormal vocalizations which sometimes are in association with tics, a tardive form of the Gilles de la Tourette syndrome.

Catatonic reactions involve posturing, waxy flexibility, withdrawal, mutism and associated parkinsonism, which may be severe and life threatening and misinterpreted as an exacerbation of the underlying psychosis.

The neuroleptic malignant syndrome is one of the most serious of the extrapyramidal complications, presenting as hyperpyrexia and rigidity. It may emerge from a catatonic reaction and be associated with a variety of

other abnormal involuntary movements. Autonomic disturbances including cardiovascular and respiratory difficulties, perspiration, salivation and incontinence may be seen, and death may occur from respiratory, cardiac, hepatic or renal failure. It can develop quite suddenly and has been described following a single injection of a neuroleptic. Its appearance may be facilitated by the combined administration of lithium. Its pathogenesis is not understood, but presumably relates to dopamine receptor blockade in the basal ganglia and hypothalamus. In view of its high mortality (20–30%), attention to the patient's medical state is extremely important. Leucocytosis and elevated creatine kinase levels in the presence of abnormal liver function tests are often found. Treatment with bromocryptine, dantrolene, amantadine and ECT have all been tried.

*Tardive dyskinesia*

This condition is a chronic disorder secondary to the administration of major tranquillizers, although idiopathic forms with an identical clinical picture are noted. In addition, it has been associated with the taking of antihistamines, anticholinergic drugs, anticonvulsants, particularly phenytoin, and the tricyclic antidepressants. It usually comes on after about three months of therapy, and its appearance is gradual. In some patients, the first movements are noted following reduction of drug dosage. This withdrawal dyskinesia is frequently seen in patients who have been on neuroleptic medication for a long period of time.

The characteristic features of tardive dyskinesia are persistent abnormal muscular movements, predominantly affecting the tongue and perioral region, but, in addition, choreiform and athetoid movements in the limbs, and occasionally the trunk. There is smacking of the lips with masticatory jaw movements and protrusion of the tongue, often in combination. Sometimes the only clinical manifestation is increasing writhing movements of the lips. In other patients, blepharospasm, blinking, tics, abdominal movement and laryngeal spasms may also be noted. More rarely, particularly in younger patients, a to-and-fro clonic-type movement of the spine is seen. Although it is sometimes stated that the condition does not cause much stress, and it is true that patients often lightly dismiss the dyskinesia, putting their problems down to 'denture difficulties', it nevertheless in some patients is very uncomfortable and may be socially quite disabling.

Tardive dyskinesia is found more frequently in patients receiving neuroleptics than in control populations, is commoner in females and is found with increasing frequency with age. Younger patients tend to have involvement of the extremities and trunk, occasionally with bizarre postures and ballistic movements with gait abnormalities and rocking,

while in the elderly a perioral distribution with associated limb movements is the more frequent picture. Kidger et al. (1980), using a principal components analysis of the symptoms, suggested three components to the overall syndrome, which were an orofacial factor, a trunk and limb movement factor and a parkinsonian factor.

In some cases the dyskinesia is persistent, although a withdrawal dyskinesia will tend to disappear over weeks to months, following cessation of the neuroleptic. Present estimates suggest that about 50% of patients with tardive dyskinesia will remain unchanged at follow-up. No convincing association between duration, dose or type of antipsychotic drug treatment has emerged, although there is a suggestion that patients who develop tardive dyskinesia are more likely to show impairments on psychological testing (Struve and Willner, 1983; Wegner et al., 1985), and an increased incidence of CT scan changes including ventricular dilatation (Owens et al., 1985).

The pathogenesis of tardive dyskinesia has yet to be clarified. The facts that it is commonly related to drugs whose principal action is dopamine antagonism and that it is a tardive disorder have led to the suggestion that it is related to the development of postsynaptic dopamine receptor supersensitivity. This is supported by observations that similar movements may be seen following L-dopa therapy for Parkinson's disease and that L-dopa itself may exacerbate the movements of tardive dyskinesia. However, there are serious shortcomings to the concept that the condition is simply related to some form of receptor disuse supersensitivity. These include the discrepancies between the development of the clinical syndrome and the time of the increase in dopamine receptors following the beginning of treatment, which can be shown to occur rapidly in animal models. Further, all animals given neuroleptics develop supersensitivity, whereas only some 20% of patients develop the persisting dyskinesia. In addition, in animal models where increased receptor sensitivity is shown, no equivalent of tardive dyskinesia has been seen. The receptor changes tend to revert to normal after withdrawal, but again, in patients, persistence of the syndrome can continue for many years. Finally, in patient post-mortem studies, no difference in binding has been shown with respect to either $D_1$ or $D_2$ receptors in the brain when patients with schizophrenia with or without movement disorders are compared (Waddington, 1985).

An alternative hypothesis relates to an alteration of GABA, since significant reductions in GAD activity have been shown in the globus pallidus, subthalamus and substantia nigra of primates receiving long-term neuroleptic therapy (Gunne et al., 1984). This deficit appeared related to abnormal orofacial movements in the animals. The hypothesis receives some support from early suggestions that GABA agonists may improve some of the symptoms of tardive dyskinesia in patients (Casey et al.,

1980). These data have recently been replicated using vigabatrin in studies in which dyskinetic schizophrenic patients were reported to show lower CSF GABA levels than those without dyskinesias (Thaker et al., 1987). Although no consistent abnormalities or neuropathological changes at post-mortem have been described, there are several reports of microscopic changes in some basal ganglia areas, including the substantia nigra in patients receiving long-term neuroleptics (Christensen et al., 1970), perhaps suggesting that the clinical picture arises from the combination of some form of intrinsic neuronal damage in these crucial regions of the brain and long-term dopamine receptor blockade.

A large number of drugs have been tried in the treatment of tardive dyskinesia, but success has been very limited. Most of the studies have been continued for a few weeks only, and the majority are not double-blind. Neuroleptic drugs themselves are the most effective method of suppressing the symptoms, although in the long term it seems hardly logical to use them. Anticholinergic drugs exacerbate the symptoms, and withdrawal should be undertaken if they are concurrently prescribed in a patient with the syndrome (Burnett et al., 1980).

### Other side effects

Agranulocytosis, due to a direct toxic effect of phenothiazines on the bone marrow, may occur and depression of the white cell count is often encountered. The estimated incidence of this with clozapine is 1–2% of patients. This mainly occurs within four months of treatment, and is reversible in most cases on stopping the drug. Photosensitivity may be a problem with chlorpromazine, and may lead to skin eruptions on exposure to sunlight or a pattern of contact dermatitis. Retinal pigmentation has been described with thioridazine. Combinations of lithium and haloperidol may lead to an organic psycho-syndrome.

Cardiac arrhythmias are noted with pimozide, necessitating an EEG examination prior to commencing therapy. The finding of a prolonged QT interval, or prescription of other drugs that may increase the QT interval, which includes other antipsychotics, are contraindications to its use.

Sudden death on neuroleptic drugs has been reported, and this may be due to cardiac problems. Findings at post-mortem are usually negative.

A withdrawal syndrome has been seen after long-term treatment, with insomnia, anxiety, restlessness and the already mentioned movement disorders. A depressive illness has been reported to occur in some patients treated with neuroleptics, although the exact relationship between the medication and the depression is unclear, since postpsychotic depression is a well-recognized clinical entity. One suggestion is that suppression of the psychotic symptoms permits the expression of pre-existent affective symptoms.

### Antipsychotic drugs in development

There are several drugs in clinical testing including zotepine and sertindole, both $D_2$ and $5\text{-HT}_2$ antagonists; olanzapine, an analogue of clozapine; amisulpiride, a $D_2/D_3$ receptor antagonist that blocks the dopamine autoreceptors; roxindole, a dopamine autoreceptor agonist; and there is an interest in developing excitatory amino acid antagonists as antipsychotics.

## MINOR TRANQUILLIZERS

Three main groups are included: barbiturates, benzodiazepines and others. As such, they are the most widely used drugs in psychiatry, and possess sedative and anticonvulsant properties in addition to being anxiolytic. The main differences between the barbiturates and the benzodiazepines reside in the lack of suicide potential with the latter and the greater tendency to addiction with the former.

Barbiturates include phenobarbitone, butobarbitone and amylobarbitone. They are rapidly absorbed from the GI tract and are powerful hepatic enzyme inducers. Their duration of action is around eight hours, but their generalized effect on the brain leads to respiratory depression, which may cause death in overdose. Since the introduction of the benzodiazepines, they are used far less frequently, although occasional patients still benefit from the prescription of a hypnotic barbiturate in very selected circumstances. Although phenobarbitone at one time was an important drug in the management of epilepsy, its use these days is not encouraged.

The benzodiazepines have a common structure, but differ with respect to their metabolites (see Figure 5).

Ultimately, they are conjugated with glucuronic acid, and a number of the metabolic products themselves are active compounds. However, some of the benzodiazepines (particularly the short-acting ones) tend not to



Figure 5. Showing the pathway of benzodiazepine metabolism.

Chlordiazepoxide ⟶ Desmethylchlordiazepoxide ⟶ Desmethyldiazepam ⟶ Demoxepam ⟶ (Metabolites)
(Librium)
Medazepam ⟶ Diazepam ⟶                                              ⟶ Oxazepam ⟶ Lorazepam  Chlorazepate
(Norbium)    (Valium)                                                  (Serenid D)   (Ativan)  (Tranxene)
             Temazepam ⟶                                              (Metabolites)
             (Normison)
             (Metabolites)

Table 9. Half-life of different benzodiazepines

|  | Hours |
|---|---|
| Temazepam | 8 |
| Oxazepam | 8 |
| Lorazepam | 12 |
| Medazepam | 6–20 |
| Flurazepam | 10–20 |
| Chlordiazepoxide | 24 |
| Diazepam | 30 |
| Chlorazepate | 30–60 |
| Nitrazepam | 48 |
| Triazolam | 2 |
| Clonazepam | 53 |
| Clobazam | 18 |

have active intermediaries. Many of the longer-acting ones have desmethyldiazepam as their active metabolite, which has a half-life of some 50 hours. However, benzodiazepines differ both with regards to their half-life and with their potential for anxiolytic, anticonvulsant, muscle relaxant, sedative and amnesic effects. Some of these differences are shown in Tables 9 and 10.

On the basis of their half-lives, they may be divided into long, intermediate and short duration of action. Some of these pharmacokinetic differences are shown in Table 11.

In general, those with a long duration of action tend to be prescribed as anxiolytics, while those in the short-acting class are hypnotics. The clearance of many of these drugs is increased with age, although oxazepam, lorazepam and temazepam show only minor differences in their kinetics with advancing years. The metabolism of lorazepam and oxazepam are little influenced by liver disease.

The discovery of the benzodiazepine receptor has led to a clearer understanding of their mode of action (Braestrup and Nielsen, 1982). The

Table 10. Differential effect of different benzodiazepines

| Drug | Anxiolytic | Anti-convulsant | Muscle relaxing | Sedative | Amnesic |
|---|---|---|---|---|---|
| Lorazepam | ++ | +++ | + | + | +++ |
| Diazepam | ++ | + | +++ | ++ | + |
| Temazepam | + | ± | + | +++ | ± |
| Clonazepam | ± | +++ | ++ | + | ± |
| Nitrazepam | + | ++ | + | +++ | ± |
| Clobazam | ++ | +++ | + | ± | ± |

360  *Biological Psychiatry*

benzodiazepine binding site, thought to represent part of the GABA–receptor chloride ionophor complex, is in some way related to the behavioural actions of these drugs, although it does not explain all of their effects. For example, meprobamate and alcohol, both effective anxiolytics, do not bind to the receptor. This is one element of the argument which has led Gray (1982) to suggest that at least the anxiolytic effect of the benzodiazepines is related to enhancement of the GABA transmission, probably at selective sites within the CNS, but that interaction with other neurotransmitter systems, in particular the ascending monoamines, is also involved (Iversen, 1983). Benzodiazepine antagonists counteract some of the effects of benzodiazepines, and provoke anxiety in humans (Dorow et al., 1983). Respiratory depression does not appear to be a complication of benzodiazepine therapy, and after overdose, if taken alone, benzodiazepines rarely result in death.

The existence of multiple potential configurations of the benzodiazepine–GABA receptor has allowed further understanding of the spectrum of benzodiazepine effects. These range from full agonism to partial agonism, to antagonism and inverse agonism, illustrated in Figure 6. This has allowed partial agonists to be developed for clinical use, and several are in trial as anxiolytics, including abercarnil, the beta-carboline derivative, alpidem, and bretazenil.

The differing profile of benzodiazepines is reflected in two compounds, namely clobazam and alprazolam. Clobazam is a 1,5-benzodiazepine, in which the nitrogen on the heterocyclic ring is moved from the 4 to the 5 position. This appears to confer a better therapeutic potential of the drug with regards to its anticonvulsant effect, the drug possessing minimal sedative, myorelaxant and cognitive side effects (Trimble, 1986b). Alprazolam is a triazolobenzodiazepine, which in addition to its anxiolytic properties is reported to be effective in the control of panic



*Biological Treatments*  361

Figure 6. The spectrum of benzodiazepine effects (from Cummings and Trimble, 1995).

disorder and may possess antidepressant properties (Judd et al., 1986). It appears that most benzodiazepines are ineffective for panic attacks, while tricyclic antidepressants, MAOI drugs and alprazolam are therapeutically useful. Alprazolam is antidepressant for patients with reactive or neurotic depression (Imlah, 1985) and mania has been reported as a side effect (Arana et al., 1985).

Concern has been expressed about benzodiazepine dependence. This has been reported after as short a time as six weeks of treatment, although tends to occur in patients who have been on high doses for prolonged periods. Withdrawal symptoms may occur, particularly if the dose of the drug is withdrawn at an inappropriate rate. The withdrawal syndrome in many cases actually represents a return of earlier anxiety, although some authors have suggested that perceptual distortions and feelings of depersonalization are characteristic (Ashton, 1984). Withdrawal seizures are certainly one manifestation, although again, in the clinical setting, probably reflect too rapid a decrease in dose. The presence of the withdrawal syndrome suggests how effective these compounds are biologically, and thus how they should be used judiciously in clinical practice. It has been reported that premorbid personality characteristics may be important in predicting those patients who will show withdrawal

Table 11. Pharmacokinetic differences among benzodiazepines

| Long | Intermediate | Short |
|---|---|---|
| Chlordiazepoxide | Alprazolam | Brotizolam |
| Clorazepate | Bromazepam | Midazolam |
| Clobazam | Flunitrazepam | Triazolam |
| Diazepam | Lorazepam | |
| Flurazepam | Lormetazepam | |
| Ketazolam | Nitrazepam | |
| Medazepam | Oxazepam | |
| Prazepam | Temazepam | |

362   *Biological Psychiatry*

reactions, those with passive and dependent personality traits being more susceptible than those showing premorbid conscientiousness, rigidity or even premorbid anxiety proneness (Tyrer et al, 1983).

Other side effects include oversedation, problems with concentration and memory, and in the elderly, ataxia and confusion, particularly with the longer-acting and more sedative compounds. Depression has been reported, but it is also seen following long-term benzodiazepine withdrawal (Olajide and Lader, 1984). Release of aggression has also been noted in both animals and humans.

Other minor tranquillizers include meprobamate, which is absorbed rapidly, induces its own metabolism and has a half-life of about 12 hours. It is approximately halfway between the barbiturates and the benzodiazepines in terms of producing tolerance, sedation and cortical depression. Other hypnotics include chloral hydrate, dichloralphenazone, glutethamide, paraldehyde and chlormethiazole. The latter may be particularly useful in the management of alcohol withdrawal syndromes.

The azapirones are non-benzodiazepine anxiolytics which include gepirone, ipsapirone and buspirone. They act as agonists at the 5-HT$_{1a}$ receptor, and seem also to possess antidepressant properties. The role of the 5-HT receptors in anxiety is actively under investigation at present, and some 5-HT$_2$ antagonists such as mianserin and ritanserin may diminish anxiety. It is thought that the down-regulation of 5-HT$_2$ receptors by antidepressants may be related to the anxiolytic effects of these drugs. 5-HT$_3$ antagonists such as ondansetron and zaclopride are also effective in some anxiety states.

Buspirone is well absorbed and widely distributed throughout the body. It has a half-life of approximately two to three hours, and although a weak dopamine antagonist does not appear to be antipsychotic, and lacks sedative, muscle relaxant and anticonvulsant effects.

Zopiclone is a cyclopyrrolone that acts at the benzodiazepine A receptor, with sedative and anticonvulsant properties. It is used as an hypnotic, with a half-life of three to six hours.

When using minor tranquillizers, doses of drugs have to be based on clinical judgement, and for tranquillization once daily or twice daily regimes can be used. Although some patients develop tolerance to these drugs, requiring increasing doses over time, this is not usual and many patients continue to get clinical benefit on small doses. However, it is important that they should not be given for longer than is necessary, and that when withdrawal is undertaken it should be done slowly and with care.

*Biological Treatments*   363

## BETA-ADRENERGIC BLOCKERS

Beta-adrenergic blockers, such as propranolol, are widely used in the management of cardiovascular disorders, and clinically decrease the heart rate, lower the blood pressure and may cause bronchial constriction. Their use in the management of anxiety disorders has been advocated, one suggestion being that they influence the somatic symptoms such as palpitations, sweating and diarrhoea as opposed to psychic symptoms (Tyrer and Lader, 1974). However, improvement of psychic symptoms has also been reported (Kathol et al., 1980), and the suggestion that their effect is primarily on peripheral receptors may need revision. Some beta blockers such as practolol, with little ability to cross the blood-brain barrier, also appear to be effective anxiolytics. They are of little value in agoraphobia and panic attacks and do not influence lactate-induced panic (Gorman et al., 1983). There has been interest in their use in schizophrenia, but the results of various trials are contradictory. If they are of value, it is only in high doses, over 600 mg of propranolol per day, and at least part of their clinical efficacy may be related to their interaction with neuroleptics, significantly elevating serum chlorpromazine levels (Peet, 1981). They are contraindicated in patients with respiratory and cardiac disorders, where beta blockade may lead to deterioration of the clinical state and are poorly tolerated by some people who develop a severe malaise and lethargy which, if unrecognized, may be taken for further symptoms of the underlying psychiatric disturbance. A withdrawal syndrome has been described with abrupt termination of treatment. Their use as single doses (40 mg of oxprenolol) to quell stage fright and other brief-lived episodes of stress-induced anxiety may be helpful, but generally in the management of patients with anxiety, benzodiazepines are preferred, particularly by patients (Tyrer and Lader, 1974).

## LITHIUM

Lithium carbonate was first introduced for the treatment of manic depressive illness in 1949 and is the drug of choice for prophylactic management of manic depressive psychosis. Following ingestion, it is absorbed rapidly, peak concentrations occurring in one to two hours, with a half-life of approximately 24 hours. It is mainly excreted in the urine, and thus patients with renal disease readily become intoxicated. Since it is reabsorbed with sodium into the proximal renal tubules, any drug that leads to a negative sodium balance, such as a diuretic, will lead to increased retention of lithium. This also occurs with alteration of the diet, heavy sweating and diseases that reduce sodium intake. For a

hypertensive patient, a beta blocker or clonidine is preferred, and thiazide diuretics should be avoided.

Its mode of action is still unknown in spite of its widespread use, but it does reduce sodium content of the brain, increase central 5-HT synthesis and noradrenaline turnover, increase platelet 5-HT uptake (Coppen et al., 1980) and reduce urinary noradrenaline, MHPG, VMA and whole body noradrenaline turnover (Linnoila et al., 1983a). Lithium also affects the PI intracellular transduction system, perhaps interfering with neurotransmitter stimulated PI metabolism. This may thus downregulate, for example, an overactive dopamine system. Since dopamine-induced stimulation of PI can also be inhibited by dopamine antagonists, one explanation for the effects of both neuroleptics and lithium in mania is through this common mechanism. Rangel-Guerra et al. (1983) reported that using MRI, $T_1$ proton relaxation time was reduced from elevated levels in 20 patients with bipolar affective disorder following lithium therapy of 900 mg per day for 10 days.

The main indication for lithium is in bipolar affective disorder, although it is now known to be useful in the management of recurrent unipolar affective disorder. It may also be used in the acute treatment of affective disorder, especially mania, when it is usually started in combination with a major tranquillizer. Other uses of lithium include recurrent aggressive disorders, migraine, cluster headaches, cycloid psychoses and organic mental disorders with secondary affective symptoms. In one trial (Coppen et al., 1978), lithium was found to be superior to mianserin in the long-term maintenance treatment of depressive illness.

It has a number of toxic effects, which are shown in Table 12. Although these are minimized by regular monitoring of serum lithium levels, with a suggested non-toxic range of 0.6–1.5 µmol/l, severe toxicity has been described at lower levels, and coexistent medication such as phenytoin, carbamazepine and haloperidol may be related to this. Ibuprofen, indomethacin, mefenamic acid, diclofenac and piroxicam inhibit lithium excretion, and diuretics cause lithium retention, which may increase serum levels. Patients with cardiac or renal disease, or in other situations that may interfere with the clearance of lithium, will obviously need regular monitoring and, prior to starting therapy, it is customary to assess renal and hepatic function. Thyroid function is also checked since hypothyroidism, sometimes associated with goitre or even advanced myxoedema, has been observed. Lithium therapy may decrease thyroxine and $T_3$ and increase TSH levels which may lead to abnormalities of thyroid function tests even in the absence of clinical signs of hypothyroidism. If lithium maintenance therapy is essential, then supplementary thyroxine treatment will be required if the patient develops myxoedema.

Table 12. Toxic effects of lithium

| Category | Effects |
|---|---|
| Neuropsychiatric | Drowsiness<br>Confusion<br>Psychomotor retardation<br>Restlessness<br>Stupor<br>Headache<br>Weakness<br>Tremor<br>Ataxia<br>Myasthenia gravis syndrome<br>Peripheral neuropathy<br>Choreoathetoid movements<br>Cerebellar syndrome<br>Dysarthria<br>Dysgeusia<br>Blurred vision<br>Seizures<br>Dizziness, vertigo<br>Impaired short-term memory and concentration |
| Gastrointestinal | Anorexia, nausea, vomiting<br>Diarrhoea<br>Dry mouth, metallic taste<br>Weight gain |
| Renal | Microtubular lesions<br>Impairment of renal concentrating capacity |
| Cardiovascular | Low blood pressure<br>ECG changes |
| Endocrine | Myxoedema<br>Hyperthyroidism<br>Hyperparathyroidism |
| Other | Polyuria and polydipsia<br>Glycosuria<br>Hypercalciuria<br>Rashes |

Although a teratogenic effect of lithium in humans has not been demonstrated, there are reports of a high incidence of congenital malformations in babies born to mothers who take lithium, and it should probably be discontinued if possible during pregnancy.

One of the commonest side effects relates to altered renal function, with polyuria and polydipsia. Urinary concentrating ability is impaired, which may be exacerbated by combination with neuroleptics. The polyuria may result in compensatory increases in antidiuretic hormone secretion, although occasionally a picture of nephrogenic diabetes insipidus is

366  *Biological Psychiatry*

seen. In spite of these findings, long-term follow-up does not suggest that serious renal damage occurs with prolonged therapy.

Severe intoxication may lead to an organic brain syndrome with hyperactive reflexes, seizures and tremor. On occasions, unilateral neurological abnormalities have been reported, which may be interpreted as an alternative neurological diagnosis. If toxicity results in coma, dialysis should be considered, especially if clearance is in any way delayed. On stopping the drug, the serum concentration usually falls by about half each day, and after routine therapy withdrawal symptoms including irritability and emotional lability have been described (King and Hullin, 1983).

## ANTICONVULSANT TREATMENT

Some of the anticonvulsant drugs presently in use are shown in Table 13. The older barbiturate related compounds and phenytoin are gradually being replaced by drugs such as carbamazepine and sodium valproate. Recently new anticonvulsants have been introduced including gabapentin, vigabatrin and lamotrigine. One problem has been the long-term growing recognition of chronic toxic side effects that occur with the long-term administration that the treatment of epilepsy requires.

Phenytoin is highly plasma bound and cleared from the plasma by hepatic metabolism. Varying serum levels may be noted amongst different patients on the same dose, and small increments in prescription can lead to rapidly escalating serum levels on account of its zero-order pharmacokinetics (Figure 1). In spite of its long use, its mechanism of action is still unclear although there are suggestions that it may interact with sodium or calcium channels in excitable neurones, thus limiting the potential for high frequency neuronal discharges. It is a membrane stabilizer and also possesses some benzodiazepine binding and thus has some influence at the GABA receptor, particularly at higher concentrations.

Primidone is partially converted to phenobarbitone, although the primidone component itself probably exerts independent anticonvulsant activity. Phenobarbitone also influences the transcellular transport of sodium, calcium and potassium ions and influences the neurotransmitter release of GABA, glutamate and aspartate. Further, it enhances GABA postsynaptic inhibition interacting at the benzodiazepine-GABA receptor. Carbamazepine is structurally related to the tricyclic antidepressants, and has a mode of action different from phenytoin and phenobarbitone. This drug also acts at the sodium channel, but in addition its biochemical actions include partial agonism of adenosine receptors; it acutely increases

*Biological Treatments*  367

Table 13. Some anticonvulsant drugs in current use

| Name | Half-life (h) | Recommended serum level (μmol/l) | Indications |
|---|---|---|---|
| Carbamazepine (Tegretol) | 8–45 | 16–50* | Generalized seizures: simple or complex partial seizures; secondary generalized seizures |
| Clobazam (Frisium) | 22 | — | As for carbamazepine |
| Clonazepam (Rivotril) | 20–40 | — | Myoclonic epilepsy |
| Ethosuximide (Zarontin) | 30–100 | 300–700 | Generalized absence seizures |
| Phenobarbitone | 36 | 6–180* | Generalized or simple partial seizures |
| Phenytoin (Epanutin) | 22 | 40–80* | Generalized seizures: simple or complex partial seizures |
| Primidone (Mysoline) | 3–12 | — | Generalized: complex or simple partial seizures |
| Sodium valproate (Epilim) | 10–15 | — | Generalized absence seizures: myoclonic epilepsy; simple or complex partial seizures |
| *Newer Agents:* | | | |
| Gabapentin | 5–7 | — | Intractable, partial and generalized seizures |
| Lamotrigine | 22–36 | — | Intractable, partial and generalized seizures |
| Vigabatrin | 5–7 | — | Intractable, partial and secondary generalized seizures |

*Conversion factor for μg/ml: carbamazepine 4.2, phenobarbitone 4.3, phenytoin 4.0.

the firing of the locus coeruleus and decreases CSF somatostatin and HVA accumulation after probenacid (Post and Uhde, 1986; Post *et al.*, 1986). Further, in animal models, carbamazepine is shown to be relatively more effective than other anticonvulsants in inhibiting the seizures developed from amygdala kindling, suggesting some limbic system selectivity for the drug (Albright and Burnham, 1980). Ever since its introduction for the management of epilepsy it has been reported to have psychotropic properties, and its use as a mood stabilizer in manic depressive illness has been widely investigated and reviewed (Post and Uhde, 1986). It appears to be as effective as conventional neuroleptics in the acute management of mania, and to be equivalent to lithium in the long-term prophylaxis of

bipolar affective disorder. Although some trials have been carried out on patients who are lithium resistant, neither this nor the presence of EEG abnormalities are related to a beneficial clinical response. Rapid cycling patients and those with secondary mania may respond well. Some patients respond to a combination of carbamazepine and lithium, while not responding to each individual drug alone. Although its main use is in the control of complex partial seizures, for which it is now the drug of choice, it is also used in schizoaffective disorders, in the management of aggression and episodic dyscontrol and in some schizophrenic patients. Trials in the latter condition are sparse and the indications for its use have yet to be evaluated.

Sodium valproate is thought to be a GABA agonist, although the mechanism of its anticonvulsant action is unknown at the present time. It also reduces sodium and potassium conductance, reducing the excitability of nerve membranes. As with carbamazepine, it has been suggested as having some mood stabilizing properties, although the case is less secure for prophylaxis of recurrent bipolar disorders. It has also recently been shown to possess antipanic effects (Keck et al., 1993).

The role of benzodiazepines in the management of epilepsy has been largely restricted to acute use in status epilepticus. However, clonazepam and clobazam have been used for oral therapy. Clonazepam finds more use in childhood, but is markedly sedative in contrast to clobazam, a non-sedative 1,5-benzodiazepine. Clobazam has effective antiepileptic properties in a subgroup of patients who are non-responsive to other drugs, and is used as adjunctive therapy.

Gabapentin has a novel mechanism of action, not influencing directly the GABA system, and having its own CNS binding site. Lamotrigine was originally developed as a folate antagonist, but is now thought to act by reducing the release of excitatory amino acids from presynaptic terminals. Vigabatrin is the first major designer drug for epilepsy, being developed as a suicide inhibitor of gaba transaminase, the main enzyme that metabolizes GABA in neurones and glial cells. It reliably increases GABA in the CSF and CNS, an effect detected by MRS (Preece et al., 1994).

All three of the newer drugs are advocated for use in intractable epilepsy, usually as add-on therapy. Monotherapy trials are becoming available. Lamotrigine has the broadest spectrum of action, vigabatrin may make some generalized seizures, such as myoclonic seizures, worse.

The side effects of anticonvulsants are many (Table 14). Neuropsychiatric side effects, in particular of phenytoin, include an encephalopathy and deterioration of intellectual function, while apathy, depression, dysphoria, irritability and occasionally hyperactivity are seen in association with the barbiturates and polytherapy. Chronic dyskinesias are occasionally seen, while an acute dystonic reaction has been noted

Table 14. Chronic toxic effects of some anticonvulsant drugs (from Reynolds, 1975)

| System | Effects |
|---|---|
| Nervous system | Cerebellar atrophy (?) |
| | Peripheral neuropathy |
| | Encephalopathy |
| | Other mental symptoms, depression, agitation, psychoses |
| Haemopoietic system | Folic acid deficiency |
| | Coagulation defects |
| | Agranulocytosis |
| | Aplastic anaemia |
| Skeletal system | Metabolic bone disease |
| | Vitamin D deficiency |
| Connective tissue | Gum hypertrophy |
| | Facial skin changes |
| | Wound healing |
| | Dupytren's contracture |
| Skin | Hirsutism |
| | Pigmentation |
| | Hair loss |
| | Acne |
| Liver | Enzyme induction; failure |
| Endocrine system | Pituitary–adrenal |
| | Thyroid–parathyroid |
| | Hyperglycaemia (diabetogenic) |
| Other metabolic disorders | Vitamin $B_6$ deficiency(?) |
| Immunological disorders | Lymphotoxicity |
| | Lymphadenopathy |
| | Systemic lupus erythematosus |
| | Antinuclear antibodies |
| | Immunoglobulin changes(?) |
| | Immunosuppression |

with carbamazepine. Sodium valproate has been associated with liver failure in a small number of young patients, and also produces a reversible alopecia and weight gain. Carbamazepine may be associated with water intoxication and hyponatraemia, although the mechanism of this is not clear. This is in contrast to the polyuria provoked by lithium, and emphasizes the different pharmacological profiles of lithium and carbamazepine, even though both have mood stabilizing effects.

Some other drug-specific effects include weight gain with vigabatrin and sodium valproate, and an association has been noted between some of the newer drugs, especially vigabatrin and lamotrigine, with behaviour problems. These are often associated with seizure-related changes, including the development of a partial status epilepticus, clustering of seizures and a postictal psychosis, or forced normalization (see Chapter 10).

Interactions between anticonvulsants and other drugs, or between anticonvulsants themselves, may present problems in management. Of

particular importance are the drugs that elevate phenytoin levels and may lead to phenytoin toxicity (see Table 15), and interactions with psychotropic drugs. There is some evidence that patients on phenytoin, because of induced hepatic enzymes, will have lower serum levels of antidepressants, and thus prescription of the usual dose may be subtherapeutic. Serum levels of neuroleptics may likewise be significantly lower in patients treated with anticonvulsants than in controls. Viloxazine has been shown to provoke carbamazepine intoxication (Pisani et al., 1984). Carbamazepine intoxication can also be caused by cimetidine, dextropopoxyphene, erythromycin, and verapamil. Of the new drugs, only lamotrigine has significant interactions. Its metabolism is inhibited by sodium valproate, so when given with that drug, the dose of lamotrigine that is needed is much lower.

It is generally accepted that newly diagnosed patients should be treated by the prescription of only one anticonvulsant drug if possible. Upwards of 80% of new patients with appropriate serum level monitoring and adequate serum levels will be satisfactorily controlled on monotherapy. It is not clear that addition of a second drug will lead to better management of seizures in those who continue to have attacks, with exceptions. Recent research has suggested that patients who have further seizures are likely to do so within a year of presentation with the first attack, and it is thus to some extent predictable who is likely to become the patient with chronic uncontrolled seizures. It is this group in particular that are liable to receive polytherapy, and, in the long term, who may suffer neuropsychiatric complications.

The question of which anticonvulsant drug to use for which type of seizure is often a matter of clinical choice, but some guidelines are clear. In some instances, for example, the use of steroids or ACTH for infantile spasms and the almost exclusive use of ethosuximide for generalized absence seizures, there is high specificity. However, for the majority of seizures, there is more overlap, as noted in Table 13. There is some recent evidence that carbamazepine has superiority over the other drugs for the management of complex partial seizures, but aside from this, the choice of prescription relates to side effects and patient's tolerability. Phenytoin is particularly unsuitable for a number of patients because of its side effects, including cognitive dulling, hirsutes, gum hypertrophy and acne with coarsening of the facial features. Teratogenic effects also occur with anticonvulsant drugs, although carbamazepine would appear to bring with it the minimal risk. During pregnancy, serum levels of anticonvulsants may fall, and they thus need to be carefully monitored if control of the epilepsy proves difficult. The best clinical use, and the full spectrum of side effects of the new drugs is still being evaluated.

Dosage of the drugs will vary with each individual, although generally it is wise to start with a small dose and increase gradually until

Table 15. Anticonvulsant interactions

A. Clinically significant interactions with carbamazepine and phenytoin

The following drugs may cause elevation of anticonvulsant levels of carbamazepine or phenytoin:

Allopurinol
Carbamazepine*†
Chloramphenicol
Chlorpromazine
Cimetidine
Co-trimoxole
Dextropropoxyphene
Diltiazem
Disulfiram
Erythromycin
Imipramine
Metronidazole
Miconazole
Sulphonamides
Thioridazine
Troleandomycin
Verapamil
Viloxazine

The following drugs have their effect reduced by phenytoin or carbamazepine:

Amitriptyline
Dexamethasone
Diazepam
Doxepin
Haloperidol
Hydrocortisone
Oral contraceptives
Pethidine
Phenobarbitone
Primidone
Prednisolone
Sodium valproate
Theophylline
Warfarin

B. Other significant anticonvulsant interactions

Sodium valproate:
  Levels reduced by carbamazepine and phenytoin
  Increases free phenytoin levels
  Increases lamotrigine levels
  Increases phenobarbitone levels

*Phenytoin levels can be increased or decreased when carbamazepine is added.
†Carbamazepine induces its own metabolism.

satisfactory serum levels are achieved. Many anticonvulsants can be given on a once daily or twice daily regime and compliance may be enhanced by this prescription.

Some experimental anticonvulsants include the carbamazepine derivative oxcarbazepine, piracetam and its derivatives, the GABA uptake inhibitor tiagabine, remacemide and topiramate.

## CONVULSIVE THERAPY

Although the original observations of von Meduna led to the introduction of convulsive therapy with camphor, electroconvulsive therapy (ECT) was introduced by Cerletti and Bini for the treatment of schizophrenia. However, it was clear that it gave better results in depressive illness, the main indication of its use today. Although it was eclipsed by the successful introduction of antidepressants in the 1960s, more recently there has been an upsurge of interest. This has stemmed partly from the realization that antidepressant drugs may be ineffective in severe affective disorder, and further from the troublesome side effects of psychotropic drugs which may be seen with long-term treatment, sometimes required in psychotic patients, for example the extrapyramidal complications of neuroleptic drugs. Its current place in therapy has been extensively reviewed (Fink, 1986a; Malitz and Sackheim, 1986; Coffey, 1993). The conclusions of an NIH consensus development conference stated: 'ECT is demonstrably effective for a narrow range of severe psychiatric disorders in a limited number of diagnostic categories; delusional and severe endogenous depression and manic and certain schizophrenic syndromes' (Consensus Development Conference Statement, 1986).

Fink (1986a) refers to the changes in behaviour that occur consequent on ECT, dividing them into those which are seizure dependent (see Table 16) and those which are subject dependent (see Table 17).

The seizure dependent effects are a direct result of the seizure or the seizure induction method and include neurophysiological and hormonal consequences, the majority of which are usually transient, returning to pretreatment levels within days or a few weeks of the seizures. The subject dependent effects are related to the state of the patient at the time of administration of the seizure, one of the most persistently observed consequences being elevation of mood in severely depressed patients, an effect being particularly noted in patients who are suicidal or psychotic.

Stimulus parameters have received considerable attention, as has the issue of unilateral or bilateral electrode placement. Waveform, either sine wave or brief pulse stimuli (short current bursts with lower energy content), have been compared, as have different stimulus intensities. At

Table 16. Seizure dependent effects

Organic mental syndrome
Memory difficulty
Amnesia
Disorientation, confusion
Aphasia
Interseizure EEG
Delta/theta slowing
Amplitude increase
Burst patterns
Rise in brain seizure threshold
Rise in plasma prolactin
Increased permeability of the blood–brain barrier
Headache

Table 17. Subject dependent effects

Behavioural consequences vary with clinical syndrome

| | |
|---|---|
| Major depression | Relief of depression |
| Psychosis | Normalized thought patterns |
| Excitement, mania | Reduced hypermotility |
| Stupor | Alerting; normal behaviour |
| Parkinsonism | Reduced rigidity |
| Pseudodementia | Relief of dementia |
| Neuroleptic malignant syndrome | Syndrome relieved |

Characterological issues

| | |
|---|---|
| Hypochondriasis | Symptoms worsened |
| Hysterical character | Increased complaints |
| Denial personality | Increased use of denial |

present there is no evidence of a difference in therapeutic outcome between high and low energy stimuli, although the latter provokes less acute cognitive and electrophysiological abnormalities (Weiner, 1986). Supra threshold stimuli do not produce additional therapeutic benefits (Ottosson, 1960). Caffeine is proconvulsant, and increases seizure duration.

The issue of whether unilateral ECT is as effective as bilateral ECT has been the subject of considerable investigation. The consensus seems to be that no differences in outcomes are demonstrated between the two forms of electrode placement, although some studies demonstrate a therapeutic advantage for bilateral ECT, especially if a fixed number of treatments are compared. Memory disruption is considerably greater with bilateral

374   *Biological Psychiatry*

electrode placement, as are other side effects such as post-seizure confusion and headache. Unilateral non-dominant hemisphere seizure discharge seems to be associated with less intracerebral current and less postictal suppression of the contralateral hemisphere.

Although its use has been established for many years, several double-blind controlled trials of ECT have been carried out (see Crow and Johnstone, 1986b). The majority of these have been in affective disorder, and demonstrate a significant benefit for electroconvulsive therapy. A consistent predictor of response has been the presence of delusions, although clinically 'endogenicity' has been a valuable guide.

Generally, while the prognosis seems unrelated to the pretreatment DST status, normalization of an abnormal DST suggests a good clinical outcome and failure to normalize should be cause for concern. Prolactin has been shown to rise following the seizure (Trimble, 1978), elevations being greater for bilateral as opposed to unilateral electrode placement. Abrahams and Schwartz (1985) have reported an inverse relationship between the prolactin release at 15 minutes of the first four treatments and clinical outcome. Those with good response showed lower peak prolactin elevations than poor responders.

Trials against simulated ECT have also been reported for schizophrenia (Taylor and Fleminger, 1980) demonstrating the benefit of the seizure, and successful use of non-dominant hemisphere unilateral ECT in manic episodes has been shown (Small et al., 1986). Other situations where ECT has occasionally been helpful have been in the management of Parkinson's disease, organic mental disorders, particularly associated with severe affective disorder, in delirium and in epilepsia partialis continua in order to bring the seizure to an end.

The mechanism of action of ECT is not known. Changes of brain function evolve over time, reflected in the usual clinical practice of administering therapy two or three times a week. The antidepressant effect seems directly related to the seizure activity (Ottosson, 1960), cumulative seizure duration being an important variable. Maletsky (1978) estimated that if total seizure time was less than 201 seconds, no response was noted, while most patients respond after 1000 seconds, beyond this little additional improvement being noted.

ECT has an anticonvulsant effect, greater with bilateral as opposed to unilateral treatment. With the former this averages 87% during a course of treatment, but this does not seem persistent over long periods of time after the end of ECT (Nobler and Sackheim, 1993).

In animal models a consistent effect is down-regulation of presynaptic 5-HT$_{1a}$, alpha$_2$ and beta adrenergic receptor sites, and enhanced behavioural responses to 5-HT, possibly related to increased numbers of 5-HT$_2$ receptors, have been noted. Dopamine-related behaviours are also

*Biological Treatments*   375

shown to be enhanced by repeated seizures (Green, 1986). Other reported changes include increased release of GABA and increased GABA$_B$ binding, increased opioid binding and increased limbic neuropeptide Y and TRH levels (Mikkelsen et al., 1994; Nutt and Glue, 1993). Both the GABA and the opiate changes may explain the inherent anticonvulsant properties of ECT. While some of the effects, especially on the adrenergic receptors, which may reflect on increased synaptic noradrenergic activity, are similar to the effects of other antidepressants, the effects of ECT at the 5-HT$_2$ receptor are opposite to the latter.

In man, Slade and Checkley (1980) examined growth hormone responses to clonidine and methylamphetamine in patients with affective disorder before and after a course of ECT. No significant changes were noted. The effects of ECT on neuroendocrine responses to apomorphine have also been reported but are variable.

ECT increases CSF 5-HIAA and HVA (Rudorfer et al., 1988), and enhances the prolactin response to fenfluramine, suggesting increased 5-HT activity (Shapira et al., 1992).

The effects of ECT on CBF using SPECT and PET show consistent increases immediately, with postictal hypoperfusion. The latter is not evenly distributed over the cortex, and is related to the site of electrode placement. Further, it persists after a full course of treatment, and the degree of acute reduction, especially in frontal cortex, predicts response, non-responders showing no CBF decline (Rubin et al., 1994).

Contraindications to the use of ECT are few, but include the presence of intracranial tumours and a recent cerebrovascular accident. Since an increase in CSF pressure occurs during the seizure discharge, ECT is best avoided in conditions where raised intracranial pressure is suspected. It carries with it minimal risk of mortality, and the morbidity is more related to complications of the accompanying anaesthetic than to the therapy itself.

## SLEEP DEPRIVATION THERAPY

It has been observed for some time that if a patient with a depressive illness is kept awake for the whole night, elevation of mood occurs. This is often only transient, although there are anecdotal reports of some patients having a sustained benefit. The technique can be used to help with diagnosis, the alteration of mood confirming the presence of an affective disorder.

Wu et al. (1992) reported that over 50% of patients with an affective disorder will show a response to deprivation, and in bipolar patients transient hypomania can be seen in up to 30%. They postulated that in

sleep, an endogenous substance is released that caused depression, in contrast to an alternative theory that an endogenous antidepressant substance is released in wakefulness. In more recent studies it has been shown using PET that increased cingulate activity before deprivation predicts the antidepressant response (Ebert *et al.*, 1994).

## PSYCHOSURGERY

The early experiments of Fulton and Jacobsen (1935) demonstrated that primates with destruction of the frontal lobes became more placid and less anxious. Moniz (1936) became the first to sever connections between the frontal lobes and other areas of the limbic system in psychiatric patients, which led Freeman and Watts (1947) to develop a standardized leucotomy technique.

The early operations were radical frontal leucotomies in which a large section of white matter was severed between the frontal lobes and the rest of the brain, although since that time the operation has been remarkably refined. Thus, restricted frontal leucotomy was followed by orbital undercutting in which only the medially situated frontothalamic fibres were destroyed. Other selective lesions include cingulectomy, in which the anterior 4cm of the cingulum are removed, and subcaudate tractotomy, in which lesions are placed beneath the head of the caudate nucleus. Stereotactic techniques have been used to place lesions with greater accuracy, and during some surgical procedures stimulation is carried out. This provokes subjective experiences in patients, but also is used to evaluate autonomic changes such as alteration of heart rate, blood pressure and forearm blood flow in order to locate sites for surgical destruction. In one procedure, multifocal leucocoagulation, patients have lesions made through chronically implanted electrodes after various intervals of time, the change in symptoms being continuously observed. When clinical status improves, further lesions are withheld. In cingulotomy, lesions are placed bilaterally in the cingulum bundle, and capsulotomy targets the anterior limb of the internal capsule. A stereotactic gamma unit in which radioactive cobalt rays are directed at a selected target using the Gamma Knife, can be used for the latter operation which avoids the necessity of a craniotomy (Mindus and Nyman, 1991).

The main frontolimbic connections which are severed pass from the lower medial quadrant of the frontal lobe to the septal and nucleus accumbens regions, thalamus and hypothalamus. Additional target areas are the frontocingular connections passing to the cingulate gyrus and hippocampus. The subcaudate pathway interrupts frontal and temporal connections, in addition to the ascending monoamine projections from the ventral tegmental area to the frontal cortex.

In capsulotomy, fibres between the frontal cortex and the limbic system and basal ganglia are lesioned.

In the United Kingdom, two main procedures are used at the present time. These are subcaudate tractotomy and limbic leucotomy, in which small lesions are placed in the lower medial quadrant of the frontal lobe and in the anterior cingulate gyrus.

Although the very early techniques had a mortality of around 6% and a high morbidity, the modified and restricted operations can be carried out safely. Mitchell-Heggs *et al.* (1976) presented data on 66 patients who had a limbic leucotomy; 73% were improved at six weeks and 76% at 16 months. The best results were in obsessional neurosis, anxiety and depression, although six of seven schizophrenic patients also responded, particularly if the schizophrenic symptoms were accompanied by anxiety, depression or obsessional states. In this follow-up, no intellectual deterioration was noted, and adverse personality changes were reported as minimal. Clinical improvements occurred gradually, for up to a period of a year. Patients with good premorbid personalities did better than those with poor preoperative adjustment. Patients with obsessional illness seemed to do particularly well with stereotactic limbic leucotomy.

Bridges *et al.* (1994) have reported on the results of a large series of patients after subcaudate tractotomy, with 40-60% of patients going on to live normal or near-normal lives. There was a 1% postoperative suicide rate, compared with 15% in cases of affective disorder controls. Similarly, the follow-up data with capsulotomy (Mindus and Nyman, 1991) reveal 70% symptom free or 'much improved' at 1-7 years of follow-up.

Postoperatively, marked frontal lobe oedema can be seen on the MRI scan and a characteristic frontal slow wave activity is seen on the EEG. The amount of this shortly after the operation correlates with a beneficial clinical outcome one year later (Evans *et al.*, 1981).

The indications for psychosurgery have been clarified. Patients should have had a severe psychiatric illness, be potentially suicidal and have been ill for an average of 10 years. Further, they must have been shown to have failed to respond to all alternative forms of therapy, including a good trial with available psychotropic medications. The best responses are seen in patients suffering from depression and obsessional neurosis, with good premorbid personalities, and from a stable home environment. Some schizophrenic patients do well, showing a reduction in the number of their psychotic episodes and a reduced need for phenothiazine medication. Psychopathy is an absolute contraindication, and patients who are addicted to drugs or alcohol are not suitable. Complications include cerebral haemorrhage, postoperative suicide, postoperative seizures, personality changes, urinary and faecal incontinence, increased weight, sleep disturbance and diabetes insipidus.

Other neurosurgical procedures used to ameliorate psychopathology include unilateral or bilateral amygdalotomy in patients with aggression, especially lesions of the medial amygdala in the relief of aggressive behaviour disturbances associated with epilepsy (Narabayashi, 1971). Thalamotomy has been used for obsessional illness, while placing lesions in the hypothalamus and stria terminalis have been tried for aggression.

# References

Abdulla, Y.H., and Hamadah, K. (1970). 3,5 cyclic adenosine monophosphate in depression and mania, *Lancet*, i, 378–81.

Abrahams, R., and Schwartz, C.M. (1985). ECT and prolactin release: relation to treatment response in melancholia, *Convulsive Therapy*, 1, 38–42.

Abrahams, R., and Taylor, M.A. (1979). Differential EEG patterns in affective disorder and schizophrenia, *Archives of General Psychiatry*, 36, 1355–8.

Ackenheil, M., Albus, M., Muller, F., et al. (1979). Catecholamine response to short time stress in schizophrenic and depressive patients. In E. Usdin (ed.), *Catecholamines: Basic and Clinical Frontiers*, Vol. 2, Pergamon Press, New York, pp. 1937–9.

Ackerknecht, E.H. (1973). Contributions of Gall and the phrenologists to knowledge of brain function. In *The Brain and its Functions*, B.M. Israel, Amsterdam, pp. 148–53.

Adamec, R.E. (1989). Kindling, anxiety and personality. In T.E. Bolwig and M.R. Trimble (eds.), *The Clinical Relevance of Kindling*, Wiley, Chichester, pp. 117–35.

Adamec, R.E., and Stark-Adamec, C. (1983). Limbic kindling and animal behaviour, *Biological Psychiatry*, 18, 269–93.

Adams, F. (1939). *The Genuine Works of Hippocrates*, Williams and Wilkins, Baltimore.

Adams, R.D., Fisher, C.M., Hakim, S., Ojemann, R., and Sweet, W.H. (1965). Symptomatic occult hydrocephalus with normal CSF pressure. A treatable syndrome, *New England Journal of Medicine*, 243, 117–26.

Adams, W., Kendell, R.E., Hare, E.H., and Munk-Jorgensen, P. (1993). Epidemiological evidence that maternal influenza contributes to the aetiology of schizophrenia, *British Journal of Psychiatry*, 163, 522–34.

Adolfsson, R., Gottfries, C-G., Oreland, L., Roos, B., Wiberg, A., and Winblad, B. (1978). Monoamine oxidase activity and serotonergic turnover in human brain, *Progress in Neuropsychopharmacology*, 2, 225–30.

Adolfsson, R., Gottfries, C-G., Roos, B.E., and Winblad, B. (1979). Changes in brain catecholamines in patients with dementia of the Alzheimer type, *British Journal of Psychiatry*, 135, 216–23.

Akbarian, S., Bunney, W.E., Potkin, E.G., et al. (1993). Altered distribution of nicotinamide-adenine phosphate-diaphorase cells in frontal lobe schizophrenic brains implies disturbances of cortical development, *Archives of General Psychiatry*, 50, 169–77.