# Exhibit 31

1-800-LAW-FIRM

PENGAD 800-631-6989

DEPOSITION EXHIBIT
H. Blume
11/2/07

