# Exhibit 32



PRR OVER TIME Completed suicide (PT)

Generated 3/6/2006