Exhibit 33

# Joint Reponse Assessment Report

## on
## List of Outstanding Issues

# Neurontine and associated tradenames (gabapentin)

## EMEA/H/A-30/616

## MAH: Pfizer Ltd. UK

| | |
|---|---|
| **Rapporteur:** | Karl Broich |
| **Co-Rapporteur:** | David Lyons |
| **EMEA- PTL:** | Laurent Brassart |
| **Start of the procedure/ Restart:** | Oct 2004 / 22. Apr. 2005/ 28. Dec.2005 |
| **Date of this report:** | 12/01/2006  //  17/01/2006 |
| **Deadline for comments:** | 19/01/2006 |

Pfizer_MPatel_0252359

XLS PATH - Documents_Custodian_Patel, Manini_Electronic_NRE0014590387

# ADMINISTRATIVE INFORMATION

| | |
|---|---|
| **Invented name of the medicinal product:** | **Neurontin and associated trade names**<br><br>100 mg, 300 mg, 400 mg Capsules<br>600 mg, 800 mg Filmcoated Tablets |
| **INN (or common name) of the active substance(s):** | gabapentin |
| **MAH:** | Pfizer Ltd. UK |
| **Pharmaceutical form(s) and strength(s):** | capsules, hard<br>film-coated tablets |
| **EMEA Product Team Leader:** | **Name Laurent Brassart**<br>Tel:   +44 207 418 8654<br>Email: laurent.brassart@emea.eu.int |
| **Names of the Rapporteur's assessors:** | Dr. W. Reimann (Non-Clinical) :<br>Drs. S. Kuehn (Clinical )<br>Dr. K. Broich (Clinical)<br>R. Offermann (SPC) |
| **Names of the Co-Rapporteur' assessors:** | Dr. D. Lyons |

Pfizer_MPatel_0252360

**Table of Contents**

## I. ASSESSMENT OF THE RESPONSES TO THE CHMP LIST OF OUTSANDING ISSUES

**4**

I.1   Quality aspects                                                                 4

I.2   Non-clinical aspects                                                            4

I.3   Clinical aspects                                                                4
   1.3.1   Epilepsy                                                    4
      Question 1:                                          4
      Question 2:                                          5
      Question 3:                                          5
      Question 4:                                          6
      Question 5:                                          9
      Question 6:                                          10
      Question 7:                                          23
   1.3.4   Neuropathic pain:                                           28
      Question 1:                                          28
      Question 2:                                          29
      Question 3:                                          34

## II.   RECOMMENDED CONDITIONS FOR MARKETING AUTHORISATION AND PRODUCT INFORMATION IN CASE OF A POSITIVE BENEFIT RISK ASSESSMENT 36

II.1   Proposed list of follow-up measures                                           36

II.2   Other conditions                                                              37

II. 3   Proposed List of Outstanding Issues                                          37

Pfizer_MPatel_0252361

# I. ASSESSMENT OF THE RESPONSES TO THE CHMP LIST OF OUTSANDING ISSUES

## I.1        Quality aspects

**NONE**

## I.2        Non-clinical aspects

**NONE**

## I.3        Clinical aspects

### 1.3.1    EPILEPSY

**Question 1:**
*The MAH should comment on the fact, that in some countries Gabapentin is only approved in patients refractory to standard antiepileptics and justify his proposal not to restrict the indication to these patients.*

**MAH's Response:**
The restricted use of Neurontin as adjunctive therapy for partial seizures in those patients refractory to standard antiepileptics does not adequately nor accurately reflect the scope of approvals obtained in nearly all the Member States. All of the Member States, Iceland and Norway have approved Neurontin for the adjunctive treatment of partial seizures with and without secondary generalization in adults with only Belgium, Denmark, Italy, Luxembourg, and the Netherlands limiting their approval to patients who are refractory to standard antiepileptics, or who cannot tolerate therapeutic dosages of these drugs (Belgium and Luxembourg). In addition, over half of all Member States (14 of 27) have approved Neurontin as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in children aged 3 years and above.

This action to restrict the Neurontin indication is also not considered appropriate by the MAH in light of the number of approvals for monotherapy, as well as the body of evidence in support of monotherapy.

A monotherapy indication for the treatment of partial seizures has been approved for Neurontin in nearly two thirds of Member states (17 of 27). Sixteen Member states have approved Neurontin for this indication for use in adults, as well as in children aged 12 years or older in 14 of these markets (AT, CZ, CY, EE, FR, DE, EL, HU, IE, LV, LT, PL, SI, ES). Finland approved Neurontin for second line monotherapy in patients with partial seizures. The 10 Member states which have not approved Neurontin for monotherapy include BE, DK, IS, IT, LU, MT, NL, NO, SE, and UK.

The application was comprised of data from 9 new clinical trials: 6 trials contributing efficacy and safety data and 3 studies contributing safety data only. All studies were carried out under Good Clinical Practice (GCP) guidelines. A copy of the full Clinical Expert Report was provided in the first referral response submitted in April 2005. The application to gain approval of the use of Neurontin in monotherapy of epilepsy was submitted to Member states in the late 1990's.

Pfizer_MPatel_0252362

These Member states have acknowledged that the data from clinical trials have confirmed that gabapentin is effective and safe as monotherapy in a broad range of patients with partial seizures ranging from newly diagnosed patients to those with resistant seizures.

The main objections cited by the 10 Member states that did not approve the monotherapy indication for Neurontin included the use of an unblinded carbamazepine comparative arm, the low dose of carbamazepine used (600 mg/day while most suggested 800-1200 mg/day), and the duration of the monotherapy trial: 24 weeks versus a desired 52 weeks.

At the time of the Clinical Expert Report, gabapentin had been used in over 550,000 patients and the safety profile was clearly established. The particular symptomatic adverse events associated with gabapentin were more clearly recognized as a result of the studies comprising the monotherapy indication application and none was of any major concern.

Overall the data, both in terms of efficacy and safety, are adequate to recommend the approval of gabapentin as monotherapy in the full range of patients, adults and children aged $\geq$ 12years with partial seizures with and without secondary generalization in addition to the existing license for adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults and children aged 3 years and above. This is consistent with the approvals received from the majority of Member states who reviewed and evaluated the applications.

---

**Assessor's comments:**
The Rapporteur agrees with the MAH, that in view of the conducted studies, the post-marketing experience and the monotherapy indication, a restriction of the gabapentin indication to patients refractory to standard medication would not be appropriate.
**Point resolved.**

---

**Question 2:**
*For the sake of completeness, final results of the studies, which were still ongoing at the time of the clinical expert report (study 945-89, 945-78, 945-178) should be filed subsequently.*

**MAH's Response:**
The following addresses the request for final results for Studies 945-89, 945-78, and 945-178. Final study reports are not available as the safety data from these studies would have been integrated with other long-term safety data as appropriate in various regulatory submissions and safety updates. These were long-term, open-label safety studies which included patients enrolled from previous the double-blind trials (Studies 945-88, 945-77, and 945-177, respectively). The final results for the preceding double-blind studies have all been provided. The primary objective of the open-label studies was assessment of long-term safety and tolerability for patients continuing to receive gabapentin as monotherapy for their epilepsy. Study reports are not available nor are they planned that would provide the safety data from these studies separate from the regulatory submissions and safety updates in which the data would have been provided.

---

**Assessor's comments:**
The applicant's answer is considered acceptable.
**Point resolved.**

---

**Question 3:**

*With regard to the monotherapy indication in the treatment of partial seizures in adults and children over 12 years of age, the study published in 2002 by Brodie et al. should be analyzed in more detail and the efficacy conclusions that can be drawn from this study should be discussed.*

**MAH's Response:**
The study published by Brodie et al, 2002 is based on the results of Study 945-212. The final study report for Study 945-212 is located in section 5.0, Appendix 8.

The study was designed to compare monotherapy of gabapentin and lamotrigine in a pragmatic trial design that allowed after the completion of the titration period, dose adjustment for optimization of seizure control or occurring adverse events. By using flexible dosing, the aim was to replicate usual clinical practice as closely as possible. The primary objective of this study was to demonstrate that gabapentin was clinically comparable to lamotrigine in terms of efficacy and safety in patients aged 16 years or older with partial and/or generalized tonic-clonic seizures. The primary endpoint was a non-inferiority comparison of the distribution of time to exit from the study for prespecified reasons, analyzed by means of the Kaplan-Meier estimate, for gabapentin versus lamotrigine. The prespecified reasons were a composite of lack of efficacy at the highest tolerated dose, occurrence of status epilepticus, addition of another AED, and/or occurrence of an intolerable adverse event at least possible related to study medication necessitating withdrawal from the study.

The results for the primary efficacy parameter, time to exit, revealed no statistically significant difference between both treatment groups, and the upper confidence limit was below the *a priory* defined limit of the relative risk. Furthermore, the rate of single exit reasons, i.e. lack of efficacy, related adverse events, and addition of another AED, was similar in both treatment groups.

The main conclusions of this study are as follows:

- No statistical difference was found for the primary criterion, time to exit, a composite of efficacy and safety in the two treatment groups of gabapentin (1200-3600 mg/day) and lamotrigine (100-300 mg/day).

- Gabapentin monotherapy is clinically comparable to lamotrigine in terms of efficacy and safety in patients with partial and primary generalized tonic-clonic seizures.

- For patients receiving gabapentin, the percentage of completers and exit rates for the different reasons are comparable to lamotrigine.

- A substantial number of patients (76%) remained seizure-free for the last 12 weeks of gabapentin monotherapy treatment and was the same for lamotrigine patients.

- Gabapentin monotherapy in the dose range between 1200-3600 mg/day is safe and well-tolerated in patients with new onset or recurrent partial and primary generalized tonic-clonic seizures.

---

**Assessor's comments:**
The conclusions drawn by the applicant can be followed. The study supports the efficacy and safety of gabapentin monotherapy in the treatment of epilepsy.
**Point resolved.**

---

**Question 4:**

Pfizer_MPatel_0252364



*The proposal to extend the indication to include children aged 3 to 12 years is not endorsed. In the pivotal study 945-886/86, efficacy has not been convincingly demonstrated. Although a statistically significant effect was observed on the RRatio for a modified ITT population, the difference was not significant for the ITT population. For responder rate, there was no difference from placebo. Global assessment concerning well-being did not differ between the placebo and gabapentin groups. In the pivotal study 945-886/86, emotional behavioural changes were common in children treated with gabapentin with "hostility" and "emotional lability" being the most frequent (8 % and 4 %, respectively). As pointed out by the Rapporteurs, the safety data in children are limited and do not fulfil the requirement in the CHMP guidance document (approximately 100 children should be followed for at least 1 year).*

*According to the Rapporteurs, a favourable safety profile in children has been confirmed in the post-marketing period. Supplementary data should be provided to support this statement. In addition, safety data in children aged 3 to 12 years from the open-label study by Appleton et al 2001 should be presented in more detail. It should be noted that the publication by Appleton 1998, which the MAH refers to, is just the published version of the pivotal study 945-886/86. Thus, it adds no more information to the applicants' pivotal study.*

**MAH's Response:**
A favourable safety profile has been confirmed in the post-marketing period.

During the first referral response submitted in April 2005, it was observed that in the pivotal study 945-86/186, emotional behavioural changes were common in children treated with gabapentin with "hostility" and "emotional lability" being the most frequent. Supplementary postmarketing data was requested to support a favourable safety profile in children.

As stated in the proposed harmonised gabapentin Summary of Product Characteristics (SPC), gabapentin is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults and children aged three years and above. Safety and effectiveness for adjunctive therapy in children below the age of three years, and for monotherapy in children below the age of 12 years have not been established.

It is believed that psychiatric and behavioral comorbidities affect approximately half of children and adolescents with epilepsy. These children with epilepsy tend to be at greater risk for developing behavioral and psychiatric conditions as supported by the literature. (Pellock, JM, 2004; Dunn DW and Austin JK, 2004; Austin JK et al, 2004; Ott D et al, 2003).

According to the proposed harmonised gabapentin SPC, the most commonly observed psychiatric adverse events observed in patients participating in clinical studies were confusion, depression, emotional lability, nervousness, thinking abnormal, anxiety, and hostility. In children aged three to 12 years of age, the most commonly observed adverse events reported with the use of gabapentin in combination with other antiepileptic drugs not seen in equal frequency among placebo-treated patients were viral infection and fever. Psychiatric events commonly seen in patients of this age group included emotional lability, and hostility. Approximately 8% of the 292 children aged 3 to 12 years who received gabapentin in clinical trials discontinued treatment because of an adverse event; events most commonly associated with withdrawal in children were somnolence, hyperkinesia, and hostility.

Postmarketing data on adverse events reported for children, aged 3-12 years were assessed. It should be noted that Pfizer's safety database contains cases of adverse events reported spontaneously to Pfizer, cases reported from health authorities, cases published in the medical literature, and cases of serious adverse events reported from clinical studies and Pfizer-sponsored marketing programs (solicited cases) regardless of causality. The full reported is located in section 5.0, Appendix 3.

Pfizer_MPatel_0252365

The adverse events contained in Pfizer's safety database and commonly reported in children aged 3-12 years were generally not unexpected according to the proposed harmonised gabapentin SPC. Antiepileptic indications were primarily reported in this dataset. Adverse events reported more commonly in children compared to the older dataset included aggression (N=14; 5.5%), abnormal behaviour (N=11; 4.3%), psychomotor hyperactivity (N=8; 3.2%), anger (N=4; 1.6%), crying (N=4; 1.6%), and mood swings (N=4; 1.6%). The higher reporting rates of these behavioral disturbances in children are not unexpected because they are well-recognized manifestations of childhood development that may be associated with epilepsy syndromes, are influenced by many environmental factors, including parenting, and may represent learned behaviors. Attention-Deficit Hyperactivity Disorder is commonly diagnosed in children and is more common in children with epilepsy (predominantly inattentive type). Emotional-behavioral adverse events, such as disturbance in attention, irritability, suicidal ideation and anxiety, were reported for children at a rate lower, or similar (less than three-fold higher) to those reported in patients aged 13-64 years. Based on the postmarketing experience, there is no evidence to support that gabapentin is associated with the occurrence of these behavior events.

Additional information has been requested by the Rapporteurs regarding the safety data in children aged 3 to 12 years from the open-label study by Appleton et al 2001. These results are based on the studies 945-86/186. Study 945-86 was ongoing at the time the protocol for Study 945-186 was written. Six amendments were made to Study 945-86 and were incorporated into the final protocol of Study 945-186, such that the design and objectives of both studies were essentially the same. There is one final study report covering both studies and the results of these studies were included in the Clinical Expert Report for paediatric use which was submitted with the first referral response. The safety summary of these studies is as follows.

Study 945-86/186 was the first study to evaluate gabapentin under double-blind, placebo-controlled conditions in pediatric patients with partial seizures. Patients randomized in the study were children ranging from 3 to 12 years of age (mean age = 8.4 years; median age = 9.0 years). These were children with seizures highly refractory to treatment; 46% had tried and failed more than 4 AEDs, and 70% were taking 2 or 3 AEDs during the study. Despite this level of treatment, mean partial seizure frequency during baseline was 69 seizures per 28 days (median = 27).

A total of 247 children were randomized (128 to the placebo group and 119 to gabapentin treatment). During the study 20% of patients overall withdrew from the study; completion rates were similar between the treatment groups (78 placebo versus 82% gabapentin). More patients in the placebo group withdrew from the trial due to lack of efficacy (15% vs 9%), while the rate for AE withdrawals was higher for gabapentin (5% versus 2%). All patients randomized to treatment were evaluated for safety.

The overall incidence of adverse events (AEs) was lower in patients receiving placebo (52%) than those receiving gabapentin (63%); however, most events reported among patients in both treatment groups were not considered related to treatment. No clinically important difference in the AE profile by gender was seen for either treatment group; however, the frequency of AEs was higher among boys than girls in both groups. The majority of AEs reported were considered to be mild or moderate in intensity; approximately 2% of placebo-treated and 12% of gabapentin-treated patients reported severe AEs. Serious AEs were infrequent in both treatment groups; these events were not considered related to treatment with the exception of 2 events in the gabapentin treatment group (overdose of study drug and stupor due to overdose with study medication plus 3 other AEDs). The rate of withdrawal because of AEs was slightly lower in the placebo group (2%) than in the gabapentin group (5%). No deaths occurred during the study.

Pfizer_MPatel_0252366

The incidence of drug-related AEs was lower in the placebo group (20%) compared with the gabapentin group (34%). In the placebo group, the most frequently reported (>2% of patients) drug-associated AEs were somnolence, hostility, convulsions, and anorexia. For the gabapentin group, the most frequently reported (>2% of patients) associated AEs were somnolence, hostility, nausea and/or vomiting, fatigue, headache, convulsions, hyperkinesia, and emotional liability. The types of AEs that occurred in these pediatric patients were similar to those in previous studies of add-on gabapentin therapy in adults, except for reports of concurrent childhood illnesses, hostility and emotional liability.

A total of nine patients were withdrawn because of AEs, 3 (2%) in the placebo group and 6 (5%) in the gabapentin group. one placebo-treated patient reported two AEs that led to withdrawal that were considered related to treatment, while the 6 gabapentin-treated patients reported 14 AEs that led to withdrawal and were considered related to treatment with study drug. AEs resulting in withdrawal of more than 1 gabapentin-treated patient were somnolence, hostility, and insomnia (2 patients each).

Gabapentin as add-on therapy for partial seizures in children presents an efficacy profile similar to that previously found in adults: a significant reduction in seizure frequency in all partial seizures, with the greatest efficacy in secondarily generalized seizures. Gabapentin as add-on therapy is safe and well-tolerated in this pediatric population.

---

**Assessor's comments:**
The MAH presents an evaluation of the postmarketing data on adverse events reported for children aged 3-12 years. The Rapporteur agrees with the conclusion, that the higher reporting rates of the behavioral disturbances (including aggression, abnormal behaviour, posychomotor hyperactivity, anger, crying and mood swings) are not unexpected in children with epilepsy. Moreover, emotional lability, hyperkinesia and hostility are labelled in the proposed harmonised SPC. Apart from behavioral disturbances, the comparison of adverse events reporting rates reported in ≥ 2% of pediatric cases with reporting rates in 13-64 yeear old patients does not reveal any relevant differences in the safety profile of gabapentin.
The presentation of the safety data of study 945-86/186 does not indicate any new safety aspects. Overall a favourable safety profile of gabapentin in children can be concluded.
**Point resolved.**

---

**Question 5:**
*After a daily dose of 900 mg/day has been reached in adults and children over 12 years of age, speed and increments of further dose increase should be specified and justified.*

**MAH's Response:**
The suggested starting dose and dose increment and interval for dose escalation is based on gabapentin data from the following studies:

- Study 945-90 - data for the starting dose of 900mg/day
- Study 945-210 - dose escalation
- Study 945-211 - dose escalation
- Study 945-224 - dose escalation
- Study 945-295 - dose escalation
- Study 945-306 - dose escalation

Table 1. Gabapentin Titration Schedule: 5 Pivotal Controlled Studies

| Study/Length of Titration/ Gabapentin Dose | 3- or 4-Week Titration (mg/day) | | | | | | | 4-Week Fixed Dose |
|---|---|---|---|---|---|---|---|---|
| | First Day[a] | Second Day | Third Day | End Week 1 | End Week 2 | End Week 3 | End Week 4 | Weeks 4-7 or 5-8 |
| 945-210[b]/4 weeks | | | | | | | | |
| 3600 mg/day | 300 | 300-900 | 300-900 | 900 | 1800 | 2400 | 3600 | 3600 |
| 945-211[b]/4 weeks | | | | | | | | |
| 3600 mg/day | 300 | 300-900 | 300-900 | 900 | 1800 | 2400 | 3600 | 3600 |
| 945-224/3 weeks | | | | | | | | |
| 600 mg/day | 200 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| 1200 mg/day | 200 | 600 | 900 | 900 | 1200 | 1200 | 1200 | 1200 |
| 2400 mg/day | 200 | 600 | 900 | 900 | 1800 | 2400 | 2400 | 2400 |
| 945-295/3 weeks | | | | | | | | |
| 1800 mg/day | 300 | 600 | 900 | 1200 | 1800 | 1800 | 1800 | 1800 |
| 2400 mg/day | 300 | 600 | 900 | 1200 | 1800 | 2400 | 2400 | 2400 |
| 945-306[c]/4 weeks | | | | | | | | |
| 2400 mg/day | 300 | 600 | 900 | 900 | 900 | 1800 | 2400[d] | 2400 |

a  Given as a single evening dose
b  At the discretion of the investigator, the dosage could be decreased during titration by one dosage level if intolerable adverse events occurred.
c  Patients could remain at 900 or 1800 mg/day gabapentin if, in the opinion of the investigator, their mean pain scores were decreased by at least 50% from baseline.
d  2400 mg/day achieved on Day 30, 2 days after the end of Week 4.

**Assessor's comments:**
With regard to epilepsy, after a daily dose of 900 mg has been reached in adults and adolescents, the following titration schedule is recommended in the proposed SPC:
'Thereafter, based on individual patient response and tolerability, the dose can be further increased in 300 mg/day increments every 2-3 days up to a maximum dose of 3600 mg/day. Slower titration of gabapentin dosage may be appropriate for individual patients. The minimum time to reach a dose of 1800 mg/day is one week, to reach 2400 mg/day is a total of 2 weeks, and to reach 3600 mg/day is a total of 3 weeks.'
Though the table shows only the dosing schedules of studies, in which patients with neuropathic pain were treated, the proposed text can be considered acceptable, as speed of dose increase is individually determined dependend on clinical response and tolerability. The option of a rapid dose increase (300 mg/day every 2-3 days, limited as stated above) has been in satisfactory clinical use for years. The efficacy and tolerability of the proposed maximum dose (3600 mg/die) has been proven in clinical studies (see also study A945-1008).
**Point resolved.**

**Question 6:**
*Based on the available information, it is not possible to assess, if children aged 3-5 years may benefit from a higher maintenance dose than children aged 5-12 years. The MAH should further discuss the proposed dose in paediatrics, from an efficacy and safety perspective. Plots over individual values of AUC and CL/F, respectively, vs. age and weight, respectively, should be provided. The plots of AUC vs. age and weight should cover both the MAH proposed dosage and*

Pfizer_MPatel_0252368

*the dosage proposed by the Rapporteur. The AUC plots should include a comparison to the exposure in adults (illustrating mean and distribution, e.g. mean, SD and range in adults).*

**MAH's Response:**
Significant research has been performed to characterize the relationship of gabapentin pharmacokinetics and subject age, weight, renal function and gender as well as population pharmacokinetic analyses to address similarities and/or differences due to these and other covariates. The comparison of exposure as a function of age is difficult for gabapentin since bioavailability is dependent on dose administered. For gabapentin, bioavailability decreases with increasing dose. Thus parameters such as AUC, CL/F and Vd/F need to be compared at similar doses (expressed as mg or mg/day) for adults. In pediatric subjects, doses need to be characterized in mg/kg or mg/kg/day to make a comparison among different age groups. However, as you will see, exposure parameters do not remain constant for children under the age of five when dosing is based on a mg/kg basis. Additional information concerning the relationship of exposure and gabapentin dose can be found in the population pharmacokinetic analysis involving pediatric and adult subjects (RR 764-03220), the clinical pharmacology summary to the NDA submission for the pediatric indication (RR 744-00378), and population pharmacokinetic analyses that addressed similarity in the relationship of plasma clearance (CL) and creatinine clearance and the relationship of Vd and body weight for pediatric and adult subjects (754-00015, 754-00030). The last two population pharmacokinetic analyses associated the dose-dependent pharmacokinetics with bioavailability (F) and investigated the pharmacokinetic parameters CL and Vd across a wide range of doses and age groups.

The relationship of AUC as a function of age for subjects (1 month to 30 yrs of age) is shown in the following figure. As observed in the figure, individual and mean AUC values for subjects 5 to 18 years of age and adults are similar. Individual and mean AUC values for pediatric subjects <5 years of age are generally less than that observed in the two older groups. The mean AUC for pediatric subjects <5 years of age is approximately 30% lower for this age group than for older children and adults. The lower exposure in the youngest age group when dosed on a mg/kg basis is the reason that the recommended dose should be increased by 30% in this age group to achieve similar exposure.

**Figure 1.  Relationship Between Individual and Mean (SD) AUC Parameter Values and Age for Subjects One Month to 30 Years of Age Following an Oral Dose of Approximately 10 mg/kg.  Mean AUC parameter is plotted as a function of median age for age groups of <5 years, 5 to 18 years and >18 years of age.**



The following figure illustrates the relationship between exposure parameter AUC and body weight for the same three age groups.  As shown in the figure, individual and mean AUC values for subjects 5 to 18 years of age and adults are similar.  Individual and mean AUC values for pediatric subjects <5 years of age are generally less than that observed in the two older groups.  The mean AUC for pediatric subjects <5 years of age is approximately 30% lower for this age group than for older children and adults.  It is this lower exposure in the youngest age group when dosed on a mg/kg basis that indicated that the dose should be increased by 30% to achieve similar exposure.

Pfizer_MPatel_0252370

Figure 2.   Relationship Between Individual and Mean (SD) AUC Parameter Values and Weight for Subjects One Month to 30 Years of Age Following an Oral Dose of Approximately 10 mg/kg.  Mean AUC parameter is plotted as a function of median weight for age groups of <5 years, 5 to 18 years and >18 years of age.



The relationship of CL/F (unnormalized and normalized for body weight) and subject age is shown in Figures 3 and 4, respectively.  Consistent with a drug that is predominately eliminated by renal excretion, CL/F increases with subject age up to an asymptotic value achieved in young adults (see Figure 3).  The increase in CL/F with age for pediatric and adolescent children is a reflection of the age-related changes in renal function.  The relationship of CL/F (normalized for body weight) and subject age is consistent with the exposure results observed in Figures 1 and 2.  Individual and mean CL/F values for subjects 5 to 18 years of age and adults are similar indicating similar exposure will be achieved when dosed on a mg/kg basis.  For pediatric subjects <5 years of age, their CL/F values are on average higher than those observed for subjects ≥5 years of age, indicating that they would require a higher mg/kg dose to achieve similar exposure.

Pfizer_MPatel_0252371

Figure 3.  Relationship Between Individual and Mean (SD) CL/F Parameter Values and Age of Subjects One Month to 30 Years of Age Following an Oral Dose of Approximately 10 mg/kg.  Mean CL/F parameter is plotted as a function of median age for age groups of <5 years, 5 to 18 years and >18 years of age.



**Figure 4.   Relationship Between Individual and Mean (SD) CL/F Parameter Values Normalized for Body Weight and Age of Subjects One Month to 30 Years of Age Following an Oral Dose of Approximately 10 mg/kg.   Mean CL/F parameter is plotted as a function of median age for age groups of <5 years, 5 to 18 years and >18 years of age.**



Figures 5 and 6 illustrate the relationship between CL/F (unnormalized and normalized for body weight) and subject weight. As with subject age, gabapentin CL/F values tended to increase with body weight. The increase in CL/F with weight for pediatric and adolescent children is a reflection of the age related changes in renal function. The relationship of CL/F (normalized for body weight) and subject weight is consistent with the exposure results observed in Figures 3 and 4. Individual and mean CL/F values for subjects 5 to 18 years of age and adults are similar indicating similar exposure will be achieved when dosed on a mg/kg basis. For pediatric subjects <5 years of age, their CL/F values are on average higher than that observed for subjects ≥5 years of age, indicating that they would require a higher mg/kg dose to achieve similar exposure.

**Figure 5.   Relationship Between Individual and Mean (SD) CL/F Parameter Values and Subject Weight Following an Oral Dose of Approximately 10 mg/kg. Mean CL/F parameter is plotted as a function of median weight for age groups of <5 years, 5 to 18 years and >18 years of age.**

Pfizer_MPatel_0252373



**Figure 6.** Relationship Between Individual and Mean (SD) CL/F Parameter Values Normalized for Body Weight and Subject Weight Following an Oral Dose of Approximately 10 mg/kg. Mean CL/F parameter is plotted as a function of median weight for age groups of <5 years, 5 to 18 years and >18 years of age.

Pfizer_MPatel_0252374



As previously mentioned, a comparison of AUC, CL/F and Vd/F among different patient populations needs to be performed at similar doses since bioavailability is dose dependent. A population pharmacokinetic analysis was performed using data from the clinical pharmacology studies involving pediatric subjects, healthy adult subjects, patients with impaired renal function, and healthy male Japanese subjects (RR 754-00030). The primary purpose of the analysis was to provide recommendations for dosing in Japanese children based on the pharmacokinetic properties of gabapentin in Western pediatric, adolescent, and adults subjects and Japanese adult subjects. In this analysis, oral bioavailability (F) was separated from CL/F and Vd/F to allow a better understanding of bioavailability as a function of dose, the relationship of gabapentin plasma clearance (CL) as a function of CLcr or age, Vd as a function of weight and/or age, and allow comparison of CL and Vd across a wide dosing range. The following lists some of the conclusions from the report along with the associated plots.

1. The relationship between fraction absorbed and gabapentin dose normalized for body weight is similar for Western pediatric subjects between the ages of 1 month and 18 years, Western adult subjects, and Japanese adult subjects.

Pfizer_MPatel_0252375

The following figure illustrates gabapentin bioavailability (F) as a function of dose administered for the pediatric, adolescent, and adult subjects. As observed in the figure, bioavailability decreases with increasing dose and the relationship is similar for Japanese and Western adult subjects. Pediatric and adolescent subjects were only studied at doses of 4 to 12 mg/kg, however, the bioavailability estimates for these subjects are similar to that of Western and Japanese adults. Thus it does not appear that the bioavailability of gabapentin in pediatric and adolescent subjects is significantly different from adults when compared on a mg/kg basis.

**Figure 7.** **Relationship Between Fraction Absorbed and Gabapentin Dose Administered for Western Pediatric Subjects Ages 1 Month to 18 Years, Western Adult Subjects, Western Adult Patients With Impaired Renal Function, and Japanese Adult Subjects**



2. The addition of the Western pediatric data does not significantly alter the pharmacokinetic parameter estimates obtained from the analysis using the Western and Japanese adult data. The relationship between gabapentin clearance and creatinine clearance is similar for Western adults, Japanese adults, and Western pediatric and adolescent subjects between the ages of 1 month and 18 years.

The following figure illustrates the relationship between gabapentin clearance and creatinine clearance for Western pediatric and adolescent subjects (ages 1 month to 18 years), Western adult subjects, and Japanese adult subjects.

Pfizer_MPatel_0252376

**Figure 8.** Relationship Between Gabapentin Clearance and Creatinine Clearance for Western Pediatric and Adolescent Subjects Ages 1 Month to 18 Years, Western Adult Subjects, Western Adult Patients With Impaired Renal Function, and Japanese Adult Subjects



Gabapentin clearance is highly correlated to creatinine clearance indicating that gabapentin clearance is predictable for a typical patient by just knowing the patient's creatinine clearance. The y-intercept for the gabapentin CL and CLcr relationship approaches zero which is consistent with gabapentin being predominately eliminated by renal excretion with negligible metabolism. What is also illustrated in the figure is the similarity in the relationship between gabapentin clearance and creatinine clearance for the Western pediatric and adolescent subjects between the ages of 1 month and 18 years, Western adult subjects, Western adult patients with impaired renal function, and Japanese adult subjects. This indicates that gabapentin CL can be easily estimated for any individual independent of their age just by knowing their renal function.

As with creatinine clearance estimates, the relationship between serum creatinine and CLcr is related to body weight but the relationship differs for different age groups. For example, the suggested relationship (FDA Guidance for Industry: Pharmacokinetics in Patients with Impaired Renal Function, May 1998) for adults is

CLcr = (140-age)/(72*Weight*Scr) for males and female = 0.85 of male value

(Scr has the units of mg/dL in these equations, Scr expressed as μmoles/L must be divided by 88.4)

In pediatric subjects between the age of 1 to 12 years is

CLcr = 0.55*Height/Scr

And in pediatric subjects less than 1 year of age is

Pfizer_MPatel_0252377

CLcr= 0.45*Height/Scr

Thus the relationship between body weight and renal function is dependent on age. Since gabapentin is predominately eliminated by renal excretion, these age-related differences in the relationship of body weight and renal function will impact mg/kg dose of gabapentin.

Dosing gabapentin strictly on a mg/kg will work for adult and adolescent subjects but in pediatric subjects this will not work for all ages. In pediatric subjects, the relationship between body weight and body surface area changes with age. Dosage adjustment based on body weight and height or body surface area might be more appropriate for gabapentin but the simpler approach of dosing on a mg/kg was chosen. This approach recommends a higher mg/kg dose in the young (<5 yrs of age) pediatric subjects. The higher dose in this age group compensates for the higher body weight-normalized drug clearance observed in this age group relative to subjects ≥5 years of age.

3. Gabapentin clearance increases with age up to an age of 10 to 12 years, at which point the range of gabapentin clearance values is similar to those of young Western and Japanese adults. At ages >40 years, the gabapentin clearance values tend to decrease with increasing age which is most likely associated with decreases in renal function with age.

The following figure illustrates the effect of age on gabapentin clearance. As expected, based on creatinine clearance changes with age, gabapentin clearance tended to increase with age from 1 month up to an age of 10 to 12 years. For children between the ages of 12 to 18 years, the range of gabapentin clearance values is within that observed for young (ages 20-40 years) Western and Japanese adults. For subjects ≥40 years of age, gabapentin clearance values tended to decrease with increasing age. This decrease in gabapentin clearance for this age group is most likely a reflection of the change in renal function with age.

Pfizer_MPatel_0252378

**Figure 9.  Relationship Between Gabapentin Clearance and Subject Age for Western Pediatric and Adolescent Subjects Ages 1 Month to 18 Years, Western Adult Subjects, Western Adult Patients With Impaired Renal Function, and Japanese Adult Subjects**



4.  The relationship between gabapentin apparent distribution volume and body weight is similar among Western adults, Japanese adults, and Western pediatric subjects between the ages of 1 month and 18 years.

The relationship of gabapentin apparent distribution volume and subject weight is shown in Figure 10.  Gabapentin apparent distribution volume increased with body weight, and the relationship between gabapentin apparent distribution volume and body weight was similar for Western pediatric and adolescent subjects (ages 1 month to 18 years), Western adult subjects and Japanese adult subjects.

Pfizer_MPatel_0252379

**Figure 10.** Relationship of Gabapentin Apparent Distribution Volume and Subject Weight for Western Pediatric and Adolescent Subjects Ages 1 Month to 18 Years, Western Adult Subjects, and Japanese Adult Subjects



Figure 11 illustrates the relationship between gabapentin apparent distribution volume normalized for body weight and subject age. For subjects around 5 years of age and older, the normalized gabapentin apparent distribution volume was similar for all ages. For subjects less than this age, the apparent distribution volume normalized for body weight tended to increase with decreasing age. As with CL normalized for body weight, Vd normalized for body weight also reflects a different relationship with subject age than that observed in older children and adults.

Pfizer_MPatel_0252380

**Figure 11. Relationship of Gabapentin Apparent Distribution Volume Normalized for Body Weight and Subject Age for Western Pediatric and Adolescent Subjects Ages 1 Month to 18 Years, Western Adult Subjects, and Japanese Adult Subjects**



## Summary

Patients between the ages of 5 and 18 years will achieve similar gabapentin exposure to that achieved in young adults with normal renal function when dosed on a mg/kg/day basis. However, patients <5 years of age will require a 30% higher maintenance dose when dosed on a mg/kg/day basis to achieve similar exposure as that seen in adults.

> **Assessor's comments:**
> The MAH has convincingly demonstrated, that using a mg/kg based dosing, the mean AUC for pediatric subjects < 5 years is approximately 30% lower than for adults, indicating that the maintenance dose in patients aged 3 to 5 years should be increased by 30% to achieve similar exposure.
> **Point resolved.**

## Question 7:

*The dosage instructions in patients with renal impairment and in patients undergoing haemodialysis are contradictory; as in patients with severe renal function, administration of gabapentin is recommended every other day, whereas in patients undergoing haemodialysis, administration is only recommended following haemodialysis. The applicant is asked to comment on this contradiction and propose a clear-cut information.*

## MAH's Response:

The current label was developed for anuric patients and did not consider the situation where patients with impaired renal function might be receiving hemodialysis. The current label was based on a study (RR 744-00038) involving anuric patients who received haemodialysis treatment three times per week or approximately every other day. In these patients, haemodialysis was the predominant pathway for gabapentin elimination with minimal elimination occurring during non-dialysis periods ($t\frac{1}{2}$ =132 hr on non-dialysis days). The recommended dosage regimen for anuric patients is 200 to 300 mg of gabapentin following haemodialysis, which is the dose needed to replace the amount of drug removed during the haemodialysis treatment.

The current treatment philosophy is to start haemodialysis before the patient becomes anuric, therefore patients with creatinine clearance (CLcr) values in the 15 to 20 ml/min may be started on haemodialysis. The recommended dosing regimen is outlined in Table 2, Dosage Of Gabapentin In Adults Based On Renal Function, and is based on the patient's CLcr. The dosage instructions in the following table (Table 2 of SPC for gabapentin) should be used to dose patients with renal impairment, regardless of haemodialysis treatment status. The recommended dosing regimen is in the renal table and is based on the patient's CLcr. If the patient is receiving haemodialysis, the patient should receive a dose in addition to his maintenance therapy following each haemodialysis treatment in order to replace the amount of gabapentin eliminated by the haemodialysis. The following figure (Figure 1) illustrates the effect of a four-hour haemodialysis treatment in a typical patient with a CLcr of 15 ml/min who is receiving gabapentin 300 mg every other day as maintenance therapy plus a 200-mg dose following each haemodialysis treatment. The profile is based on a population pharmacokinetic analysis of gabapentin involving healthy volunteers, patients with impaired renal function, and patients with partial seizures. The solid line is the predicted median concentration-time profile and the shaded area represents the 5th and 95th percentile around the solid line.(RR 754-00015)

| TABLE 2 | |
| --- | --- |
| DOSAGE OF GABAPENTIN IN ADULTS BASED ON RENAL FUNCTION | |
| Creatinine Clearance (ml/min) | Total Daily Dose[a] (mg/day) |
| ≥80 | 900-3600 |
| 50-79 | 600-1800 |
| 30-49 | 300-900 |
| 15-29 | 150[b]-600 |
| <15 | 150[b]-300 |

[a] Total daily dose should be administered as a TID regimen. Reduced dosages are for patients with renal impairment (creatinine clearance < 79 ml/min).
[b] To be administered as 300 mg every other day.

Figure 1. Predicted Steady-State Gabapentin Concentration-Time Profile of a Typical Patient with a Creatinine Clearance of 15 mL/min Receiving 300 mg Gabapentin Every Other Day as Maintenance Therapy Plus a 200-mg Dose Following Each 4-Hour Hemodialysis Treatment.

Pfizer_MPatel_0252382



In the above figure, haemodialysis occurred 20 to 24 hours following the last maintenance dose of gabapentin and the 200-mg dose following haemodialysis occurred at 24 hours. The sole purpose of the additional dose following haemodialysis is to replace the amount of gabapentin removed by the haemodialysis treatment.

Given that the current label was developed for anuric patients and did not address the situation where patients with impaired renal function might be receiving haemodialysis, the following are the recommended changes to the haemodialysis section.

*Use in patients undergoing haemodialysis*

For anuric patients undergoing haemodialysis, who have never received gabapentin, a loading dose of 300 to 400 mg, then an additional dose of 200 to 300 mg gabapentin to be administered following each 4 hours of haemodialysis treatment, is recommended. On dialysis-free days, there should be no treatment with gabapentin.

For renally impaired patients undergoing haemodialysis, the maintenance dose of gabapentin should be based on the dosing recommendations of the renal table (Table 2). In addition to the maintenance dose, an additional dose of 200 to 300 mg gabapentin following each 4 hours of haemodialysis treatment is recommended.

Additional change recommended to Table 2, Dosage of gabapentin in adults based on renal function.

Gabapentin is predominantly eliminated by renal excretion with negligible metabolism. The information contained in Table 2, Dosage of Gabapentin in Adults Based on Renal Function, was developed to provide guidance for patients with impaired renal function. The table was designed to reduce the absorbed daily dose of gabapentin by approximately 50% each time the renal function is reduced by 50%. This procedure should achieve similar exposure in the renally impaired patients to that observed in young adult patients with normal renal function. It had been assumed that clinicians would understand the dosing recommendations for the patients with CLcr values less than 15 ml/min, and thus these instructions were not specifically included in the table. The recommended doses are

Pfizer_MPatel_0252383

listed for patients with CLcr values between 7 and 14 ml/min. Each time the renal function drops by 50% (e.g. from 14 to 7 ml/min, or from 6 to 3 ml/min) the recommended dosing regimen should be reduced by 50%. The addition of a footnote to the CLcr value of <15 ml/min is recommended to provide further guidance for treating this group of patients.

The recommended footnote is:

For patients with creatinine clearance <15 mL/min, reduce daily dose in proportion to creatinine clearance (e.g., patients with a creatinine clearance of 7.5 mL/min should receive one-half the daily dose that patients with a creatinine clearance of 15 mL/min receive).

Summary of recommended changes:

1.  Dosing recommendations provided in the guidance were for anuric patients. The dosing recommendations did not consider patients with poor renal function and receiving haemodialysis treatments. The following are the proposed changes to the document (new text is highlighted as underlined text):

*Use in patients undergoing haemodialysis*

*For <u>anuric</u> patients undergoing haemodialysis, who have never received gabapentin, a loading dose of 300 to 400 mg, then 200 to 300 mg of gabapentin following each 4 hours of haemodialysis, is recommended. On dialysis-free days, there should be no treatment with Neurontin.*

*<u>For renally impaired patients undergoing haemodialysis, the maintenance dose of gabapentin should be based on the dosing recommendations found in Table 2. In addition to the maintenance dose, an additional 200 to 300 mg dose following each 4-hour haemodialysis treatment is recommended.</u>*

2.  Changes recommended to Table 2 for patients with creatinine clearances <15 ml/min.

Since gabapentin is predominantly eliminated by renal excretion with negligible metabolism, the table was designed to reduce the absorbed daily dose of gabapentin by approximately 50% each time the renal function is reduced by 50%. The same applies for patients with creatinine clearance values <15 ml/min. The daily dose should be reduced by 50% for each 50% reduction in renal function. This should achieve similar exposure in patients with impaired renal function and young adult patients with normal renal function. The following footnote is recommended for the <15 ml/min group:

<u>*For patients with creatinine clearance <15 ml/min, reduce daily dose in proportion to creatinine clearance (e.g., patients with a creatinine clearance of 7.5 ml/min should receive one-half the daily dose that patients with a creatinine clearance of 15 ml/min receive).*</u>

---

**Assessor's comments:**
The MAH's presentation can be followed. The proposed changes of the SPC are adequate and comprehensible.
**Point resolved.**

---

Pfizer_MPatel_0252384

Pfizer_MPatel_0252385

8.    *More detailed data on the impact on a positive history of psychotic illness on the risk of psychotic or mood disorders should be presented. Particularly the risk of suicide in patients treated with gabapentin should be mentioned, as some reports on suicide have been reported in the literature.*

**MAH's Response:**
A review of the available postmarketing data on gabapentin cases reporting suicide or suicide attempt does not suggest a causal association between gabapentin and suicide or suicide attempt (see Appendix 4 for Full Report).

A literature review was conducted which did not reveal a risk of psychotic or mood disorders in patients with a positive history of psychotic illness (see Appendix 5 for Full Report).

---

**Assessor's comments:**
The MAH's argumentation can be followed. The available data show no clear evidence for a causal association between gabapentin and suicide or suicide attempt and show no causal association for a risk of psychotic or mood disorders in patients with a positive history of psychotic illness.
**Point resolved.**

---

### 1.3.4  NEUROPATHIC PAIN:

**Question 1:**
Compliance with the NfG on neuropathic pain
*A detailed statement reflecting the coherence of both the requirements of the recently finalized "Guideline for the Clinical Investigation of medicinal products for the treatment of neuropathic pain" and the objectives of the clinical program performed is missing. There are several short-comings evident and despite that the intention to comply with guidance document in study A945-1008 is acknowledged. Nevertheless, a detailed statement from the company is lacking.*

**MAH's Response:**
As stated in the Clinical Expert Report, section 5.1.1 (p. 62 of the referral document submitted in April 2005), Neurontin's approval in PHN / neuropathic pain is based on a clinical development program in neuropathic pain which was completed in 1999, well before the Draft Guideline for Neuropathic pain (dated 26 February 2004) was published. Furthermore, the Final Guidance is in many aspects different from the Draft Guidance.
Nevertheless, many elements of the Neurontin development program are in accordance with the spirit of the Final Guidance. A detailed assessment is provided in the document "Assessment of Compliance with Neuropathic Pain Guidance" (section 5.0, Appendix 6).

The sponsor acknowledges several shortcomings in the coherence of the clinical program with the requirements of the current Guidance Document. The 2 major shortcomings of the gabapentin program are: first, the absence of a dose-response study preceding the confirmatory Phase III studies; and second, the choice of a flexible dose design for the majority of studies. Though subject to obvious limitations, a meta-analysis of efficacy achieved at different dose levels has been performed demonstrating efficacy across the dose range of 900- 3600 mg included in the proposed harmonized Neurontin SPC.
Additionally, no data are available on the long-term use of Neurontin beyond 23 weeks. Hence the sponsor proposes to restrict the recommendation to prescribers for use up to 5 months, as there are no data available on patients exposed longer than 5 months to support chronic use. In addition,

cautionary language is included in the proposed harmonized Neurontin SPC for prescribers to use their clinical judgment, considering other available therapies, if they plan to treat patients longer than 5 months.

The duration of the earlier controlled double-blind studies of 7-8 weeks is shorter than what is currently recommended in the Guidance. However, because the duration of therapy in study 945-1008 was 15 weeks, including 12 weeks of stable treatment, the requisite treatment duration is met in this study, and its results have confirmed the results of the earlier shorter-term studies.

Previous exposure and response to other pain medications has not been consistently documented.

No randomized controlled trials of gabapentin in pediatric neuropathic pain have been performed due to the very low incidence of neuropathic pain in children. However, safety information on the use of gabapentin in pediatric populations is available from its use in pediatric epilepsy.

---

**Assessor's comments:**
The MAH's argumentation can be followed.
**Point resolved.**

---

**Question 2:**
Study Report A945-1008:

*2.1    53.7% of the screen patients have been randomised. From the study report no further information is available what reasons have caused exclusion.*

**MAH's Response:**
Please refer to Table 1, below, which details information on the subjects who were screened but were not randomized in Protocol A9451008. The majority of screen failures was due to the presence of other medical conditions which might have increased the risk to the patient or decreased the chance of obtaining satisfactory data (22), serious or unstable medical conditions (11), other neurological disorders (13) or pain related to other conditions (18) and reflected the careful selection of study subjects by the investigators in line with diligence in meeting the protocol obligations.

**Table 1: Summary of Screen Failure by Reason for Exclusion from Randomization**

| | |
|---|---|
| Patients, who in the opinion of the investigator, have failed to achieve meaningful pain reduction with gabapentin for the treatment of neuropathic pain at doses ≥ 1800 mg/day in the past | <u>0</u> |
| Patients exposed to Gabapentin within 30 days prior to screening | <u>2</u> |
| Presence of severe pain associated with conditions other than diabetic peripheral neuropathy, that could confound the assessment or self-evaluation of pain due to DPN | <u>18</u> |
| Patients with symptoms of neuropathic pain in the upper extremities only | <u>0</u> |
| Patients with markedly asymmetric symptoms of neuropathic pain | <u>6</u> |
| Significant skin conditions in the area of neuropathy that could alter sensation | <u>1</u> |
| Neurological disorders unrelated to diabetic neuropathy that may confound the assessment of neuropathic pain | <u>13</u> |
| Amputations, other than toes | <u>1</u> |
| Concurrent or previous participation in another clinical trial within 30 days prior to screening | <u>2</u> |
| Presence of plantar ulcers within the last 3 months | <u>2</u> |
| Known existence or history of pernicious anemia or untreated hypothyroidism | <u>0</u> |

Pfizer_MPatel_0252387

| | |
|---|---|
| History of chronic hepatitis B or C or HIV, or presence of hepatitis B or C within the past 3 months | 3 |
| Have a serious or unstable medical or psychological condition that, in the opinion of the investigator, would compromise participation in the study | 11 |
| Any other condition which, in the investigator's judgment, might increase the risk to the patient or decrease the chance of obtaining satisfactory data to achieve the objectives of the study | 22 |
| History of malignancy within the past 2 years, with the exception of basal cell carcinoma (Additional 1 granted ex ception) | 1 |
| Abuse of illicit drugs or alcohol within the past year | 2 |
| Use of prohibited medications in the absence of appropriate washout periods (Additional 3 granted exception) | 7 |
| Likelihood of requiring treatment during the study period with drugs not permitted by the study | 4 |
| A previous history of intolerance or hypersensitivity to Gabapentin, or to drugs with similar chemical structures | 1 |
| **Total failed screen** | 96 |

| |
|---|
| **Assessor's comments:** |
| The claimed information is presented. |
| **Point resolved.** |

**2.2**    *In addition, the impact on the study results of the exclusion of patients, who in the opinion of the investigator, had failed to achieve meaningful pain reduction with gabapentin for the treatment of neuropathic pain at doses > 1800 mg/day in the past should be explained.*

**MAH's Response:**
The list of reasons for screen failure (see section 2.1, Table 1) shows that no subject was excluded from study participation based on this criterion. Therefore the presence of this exclusion criterion did not impact the study results.

| |
|---|
| **Assessor's comments:** |
| **Point resolved.** |

**2.3**    *The company is advised to demonstrate the impact of the criteria for defining the collective of evaluable patients on the efficacy results.*
- *not who took study medication for fewer than 4 weeks,*
- *had a clinically significant adverse event that would impact pain,*
- *not who took less than 1800 mg/day of study medication,*
- *did not meet diagnostic criteria for DPN, or*
- *took a prohibited medication at endpoint*

**MAH's Response:**
The primary analysis of the study results was performed in the Intent-to-Treat (ITT) population, defined as all subjects who took at least 1 dose of study medication and had at least 1 efficacy measurement during treatment. All results presented in the submission of the study results were based on the ITT population. The results of the analysis of the primary endpoint in this population showed, as reported, a difference of gabapentin minus placebo of $-0.765$ (p=0.0008).

In addition, an analysis has been performed of the primary endpoint using the efficacy evaluable population and protocol-specified criteria (took study medication for fewer than 4 weeks, had a clinically significant adverse events that would impact pain, who took less than 1800 mg/day of study medication, did not meet diagnostic criteria for DPN, or took a prohibited medication at endpoint). This analysis showed a difference of gabapentin minus placebo of –0.776 (p=0.0029), thereby confirming the results of the primary analysis.

Secondary variables were analyzed using the ITT and efficacy evaluable populations.

- Endpoint responders (≥50%) in the ITT population were 38.5% and 24.2% (p=0.0020) in the gabapentin and placebo groups, respectively; in the evaluable population, these percentages were 41.7% and 25.9% (p=0.0024). Similarly, endpoint responders (≥30%) in the ITT population were 56.4% and 40.9% (p=0.0021) in the gabapentin and placebo groups, respectively; in the evaluable population, these percentages were 61.6% and 43.5% (p= 0.0030).

- Endpoint sleep interference scores showed a statistically significant difference of gabapentin minus placebo of both in the ITT population ( –0.796, p=0.0003) and in the evaluable population (–0.848, p=0.0005).

- There was no significant change in Short-Form McGill total score, sensory score or affective score in both the ITT and evaluable populations. The VAS score showed a difference of gabapentin minus placebo of –5.077 (p=0.046) in the ITT population and of –5.408 (p=0.0590) in the evaluable population. The Present Pain Intensity score showed a difference of gabapentin minus placebo of –0.147 (p=0.1596) in the ITT population; in the evaluable population this difference was more pronounced (-0.247) and significant (p=0.0304).

- Clinical Global Impression of change showed a trend towards improvement in the ITT population (p=0.0320), which was also statistically significant in the evaluable population (p=0.0119). Subject global impression of change showed statistically significant improvement in both populations (p=0.0003 and 0.0005, respectively).

In conclusion, the results of the evaluable populations demonstrated slightly more pronounced differences between gabapentin and placebo. Overall, the conclusion for the ITT population was confirmed in the evaluable population, and statistically significant improvement was shown in both the evaluable population and the ITT population for the Clinical global Impression of Change. Short-Form McGill Present Pain Intensity score showed statistical significant difference versus placebo in the evaluable population but not in the ITT population.

---

**Assessor's comments:**
As the primary efficacy analsis of study A945-12008 was performed in the Intent-to Treat (ITT) population and the primary efficacy endpoint showed a statistically significant and clinically relevant difference in favour of gabapentin, the conclusion that the results of the predefined evaluable population pronounced the difference shown in the ITT analysis can be followed though some secondary variables (e.g. Clinical global Impression of Change, Short-Form McGill Present Pain Intensigty score) showed a statistical difference in the evaluable population but only a trend in the ITT analysis.
**Point resolved.**

---

2.4    *As the dose could be lowered despite all patients should be treated with 3600 mg per day no analysis is provided detailing the really administered doses over time dedicated to the number of patients in each treatment group. In addition, "non-compliance with the dosing schema" and "took less than 1800 mg per day of study medication" seems not to be equivalent. Therefore, additional analyses are expected describing the efficacy outcome parameter stratified for different dose levels as already provided for 3600 mg.*

Pfizer_MPatel_0252389

**MAH's Response:**
Please refer to Table 2, which presents for each study week the number of subjects (n), mean dose (total doses used by a subject in the gabapentin group in a week, divided by the number of days in that week), and standard deviation (SD), dose at 5%, 25% (Q1), 50% (median) and 75% (Q3) of ranked subjects, and max dose by treatment week.

**Table 2: Subject dosing by study week**

| Week | n | mean | SD | 5% | Q1 | Median | Q3 | max |
|------|-----|------|-----|------|------|--------|------|------|
| 1 | 198 | 959 | 352 | 129 | 900 | 1114 | 1157 | 1671 |
| 2 | 193 | 1795 | 385 | 900 | 1700 | 1800 | 2057 | 2900 |
| 3 | 176 | 3161 | 723 | 1650 | 3000 | 3600 | 3600 | 3600 |
| 4 | 171 | 3330 | 683 | 1800 | 3600 | 3600 | 3600 | 3600 |
| 5 | 169 | 3323 | 751 | 1800 | 3600 | 3600 | 3600 | 3600 |
| 6 | 166 | 3271 | 806 | 1800 | 3429 | 3600 | 3600 | 3600 |
| 7 | 155 | 3278 | 690 | 1800 | 3429 | 3600 | 3600 | 3600 |
| 8 | 151 | 3334 | 631 | 1800 | 3600 | 3600 | 3600 | 3600 |
| 9 | 148 | 3348 | 598 | 1800 | 3600 | 3600 | 3600 | 3600 |
| 10 | 148 | 3314 | 606 | 1800 | 3429 | 3600 | 3600 | 3600 |
| 11 | 142 | 3292 | 688 | 1800 | 3429 | 3600 | 3600 | 3600 |
| 12 | 139 | 3289 | 679 | 1800 | 3600 | 3600 | 3600 | 3600 |
| 13 | 138 | 3270 | 734 | 1800 | 3600 | 3600 | 3600 | 3600 |
| 14 | 132 | 3092 | 693 | 1629 | 3000 | 3000 | 3600 | 3600 |

The "Dose by week" spans columns n, mean, SD, 5%, Q1, Median, Q3, max.

Starting from week 3, after the end of the titration period, median, Q3 and max are 3600 mg/day. Q1 values range between 3000 and 3600 at these weeks. This indicates that generally about 75% of the subjects were on a dose of 3600 mg per day. The 5% value is 1800 from week 4, indicating that less than 5% of subjects were taking doses lower than 1800 mg/day.

The impact of excluding subjects who took less than 1800 mg/day (and other subjects not meeting the per-protocol criteria) has been discussed in response to question 2.3.

Since the purpose of the study was not to investigate the dose-response of gabapentin, no analysis on effect by dose used was planned in the protocol. Such analysis would be biased by confounding the effect of time on treatment with dose used, and because subjects had not been randomized to different dose levels, but had dose reductions primarily resulting from tolerability issues.

A separate analysis of the primary endpoint in 169 subjects on a dose of 3600 mg/day of gabapentin and 186 subjects on placebo at endpoint, showed a difference of gabapentin minus placebo of −0.957 (p=0.0001). The difference of gabapentin minus placebo of −0.957 with p=0.0001 improved slightly at a dose of 3600 mg/day versus the overall population difference of gabapentin from placebo of −0.765 with p=0.0008 at all doses.

The number of subjects at each lower dose level would be too small to allow valid conclusions, and therefore no separate analysis of subjects at any specific lower dose level within this study has been performed. Though subject to limitations already described, a meta-analysis across gabapentin studies by dose level has been provided in response to question 2.5.

---

**Assessor's comments:**
The MAH's argumentation can be followed.
**Point resolved.**

---

Pfizer_MPatel_0252390

2.5    *The broad range of positive results is likely covering the relative small change on the NRS used for the primary criterion. The overall change of -0.765 or -0.957 for the higher dose group is less impressive than expected. The company should comment on this.*

**MAH's Response:**
The above mentioned change is the difference of the endpoint mean pain scores in the gabapentin group minus the placebo group. In the ITT population, weekly mean pain scores in the gabapentin group decreased from 6.28 at baseline to 3.94 (decrease of 2.34) at endpoint, and the proportion of responders ($\geq$30% improvement from baseline) was 56.4%. These absolute improvements from baseline are as expected from results with other studies with gabapentin and clinically relevant. Mean pain scores in the placebo group decreased from 6.51 at baseline to 4.82 at endpoint (decrease of 1.69), and the percentage of $\geq$30% responders was 40.9%. This placebo response is higher than that observed in most studies in postherpetic neuralgia (PHN) but comparable to that observed in some studies in painful diabetic neuropathy (e.g. study 945-224 which failed to demonstrate a statistically significant effect), and partially explains the relative small difference between gabapentin and placebo.
Furthermore, because the absorption of gabapentin is saturable at higher doses, it does not demonstrate linear pharmacokinetic or pharmacodynamic properties. Therefore, higher doses of gabapentin as used in this study may not result in dramatically improved efficacy, which may partially explain why the efficacy profile in this study with 3600 mg/day of gabapentin is not markedly better than that observed at lower doses.

---

**Assessor's comments:**
The MAH's argumentation can be followed.
**Point resolved.**

---

2.6    *In the study report, the subgroup of elderly patients is not described in more detail. As there will come up a statement in the revised SPC that no systematic studies in the elderly have been performed an evaluation of this subgroup may be informative.*

**MAH's Response:**
No systematic studies of gabapentin have been conducted in the elderly population. However, the studies of gabapentin in neuropathic pain have been performed in populations with PHN or DPN, both of which are more common in elderly. As a consequence > 400 subjects enrolled in the Phase III studies with gabapentin were above 65 years of age.

A post-hoc analysis of the elderly subpopulation of study A9451008 (ages 65 or above) has been performed as requested. One hundred and three subjects were included in this analysis (52 in the gabapentin and 51 in the placebo group, respectively, for both the ITT and safety evaluable populations). Mean age was 70.8 (range: 65-85, SD 4.7) years in the gabapentin versus 71.5 (range: 65-87, SD 4.6) years in the placebo group. Overall, 15 (28.8%) subjects discontinued treatment in the gabapentin group versus 13 (25.5%) in the placebo group.

The primary efficacy analysis on this subgroup of subjects (ITT) showed a difference in the weekly mean endpoint pain score (gabapentin minus placebo) of $-1.067$ (p = 0.0370).

Secondary variables were analyzed using the ITT population.
- The percentages of responders ($\geq$50%) at endpoint were 36.5% and 18.0% (p = 0.1016) in the gabapentin and placebo groups, respectively. Similarly, the percentages of responders ($\geq$30%) at endpoint were 53.8% and 30.0% (p = 0.0578) in the gabapentin and placebo groups, respectively.

- Clinical Global Impression of change (p=0.0994) and Subject global impression of change (p=0.0627) both showed a trend towards improvement.

In conclusion, the efficacy results in the elderly subpopulation (ITT) demonstrated consistent numerical, and in some cases statistical superiority of gabapentin compared to placebo. Statistical significance could not be reached on some endpoints because of the small sample sizes in this subpopulation analysis.

No clinically relevant median changes from baseline to last observation in vital signs (systolic and diastolic blood pressure, heart rate, temperature) and body weight were observed. Five (9.6%) subjects discontinued due to adverse events (all treatment related) in the gabapentin group versus 5 (9.8%) in the placebo group; 3 of these 5 events were treatment related.

The most common treatment-emergent adverse events (all causalities) with incidences ≥10% in the gabapentin and placebo groups, respectively, were somnolence (23.1%, 5.9%), peripheral edema (23.1%, 3.9%), dizziness (17.3%, 13.7%), asthenia (13.5%, 2.0%), and diarrhea (3.8%, 11.8%). Most abnormalities in lab tests were comparable between the gabapentin and placebo groups.

---

**Assessor's comments:**
The MAH's conclusion considering efficacy results in the elderly population can be followed.

The elderly subpopulation of study A9451008 is relatively high, 103 of the total of 389 study patients were included in the post-hoc analysis of patients aged 65 years and above. In the presentation of the most common treament emergent adverse events it is noticeable, that somnolence, peripheral edema and asthenia occurred in a higher percentage in the elderly subgroup than in the total population (in the gabapentin/placebo group the incidences of somnolence are 23,1%/5,9% in the elderly population and 15,5%/4,2% in the total population, the incidences of peripeheral edema are 23,1%/3,9% in the elderly population and 16;5%/3,7% in the total popoulation and the incidences of asthenia are 13,5%/2% in the elderly and 11%/4,2% in the total population). Correspondent information should be added to the proposed SPC.
**Question sufficiently answered.**

---

**Question 3:**
*Appropriate Dose Range*
*Additional evaluation of the most appropriate dose range is missing detailing the undifferentiated daily dose of 900 to 3600 mg. The company does not provide a consolidated evaluation across all studies demonstrating the distribution of daily doses used for successful treatment. In the proposed SPC no further specification of the most appropriate dose range is given. It seems questionable that all dose levels will have the same probability to be useful for all patients.*

**MAH's Response:**
A meta-analysis of gabapentin studies in neuropathic pain populations has been performed and is briefly described in the following. The analysis includes ITT patients in studies 945-210, -211, -224, -295, -306, and -1008. Dose ranges were defined as placebo (n = 703), low dose (< 1500 mg, n = 240), medium dose (1500 to < 2400 mg, n = 244) and high dose (≥ 2400 mg, n = 534).

- Placebo-corrected changes and 95% confidence intervals in endpoint weekly mean pain scores using an ANCOVA model with terms for treatment, study and baseline were –0.578 (CI –0.219, –0.938; p=0.002), -0.968 (CI –1.292, –0.644; p≤0.001); and –0.929 (CI –1.169, –0.688;b p≤0.001).

- 30% Responder Rates (≥30% improvement on the weekly mean pain score) using a logistic regression model with treatment and study in the model and mean pain score at baseline as a covariate were 31.3%; 47.9%; 53.7% and 52.1% in the placebo, low, medium and high dose groups, respectively. The rate differences to placebo were 13.2% (CI 4.5, 22.0) for low dose, 22.0% (CI 14.4, 29.6) for medium dose and 19.9% (CI 14.6, 25.2) for high dose 30% responders.

- 50% Responder Rates (≥50% improvement on the weekly mean pain score) were 18.5%; 30.4%; 31.6% and 34.1% in the placebo, low, medium and high dose groups, respectively. The rate differences to placebo were 6.6% (CI –1.2, 14.3) for low dose, 13.0% (CI 6.1, 19.8) for medium dose and 13.8% (CI 9.0, 18.5) for high dose 50% responders.

In conclusion, this meta-analysis showed that gabapentin is effective in PHN and DPN in all three dose ranges (<1500 mg, 1500 - <2400 mg, ≥2400 mg), however there is no clear dose-proportional increase of the size of the therapeutic effect in this overall analysis, which included subjects with PHN or DPN, as well as subjects from Study 306. This study had included subjects having neuropathic pain using different inclusion criteria, not specifically requiring the presence of PHN or DPN but requiring at least 2 of the following symptoms: allodynia, burning pain, shooting pain, or hyperesthesia. Because of these differences in study population, an additional meta-analysis excluding data from study 306 was performed. The results of this analysis are summarized below.

The number of subjects (PHN or DPN only) per dose range were placebo (n = 555), low dose (< 1500 mg, n = 215), medium dose (1500 to < 2400 mg, n = 219) and high dose (≥ 2400 mg, n = 435).

- For the low, medium, and high dose ranges, placebo-corrected changes and 95% confidence intervals in endpoint weekly mean pain scores using an ANCOVA model with terms for treatment, study and baseline were –0.546 (CI –0.161, -0.932; p=0.006), -0.910 (CI –1.253, –0.567; p<=0.001); and –1.110 (CI –1.347, –0.847; p<=0.001), respectively.

- 30% Responder Rates (≥30% improvement on the weekly mean pain score) using a logistic regression model with treatment and study in the model and mean pain score at baseline as a covariate were 33.3%; 47.9%; 53.0% and 57.7% in the placebo, low, medium and high dose groups, respectively. The rate differences to placebo were 10.8% (CI 1.2, 20.5) for low dose, 19.7% (CI 11.6, 27.9) for medium dose and 24.6% (CI 18.6, 30.6) for high dose 30% responders.

- 50% Responder Rates (≥50% improvement on the weekly mean pain score) were 19.5%; 30.7%; 30.6% and 38.4% in the placebo, low, medium and high dose groups, respectively. The rate differences to placebo were 5.2% (CI –3.3, 13.7) for low dose, 11.4% (CI 4.0, 18.7) for medium dose and 18.8% (CI 13.2, 24.3) for high dose 50% responders.

In conclusion, the results of the meta-analysis in the target populations of PHN and DPN support the dose proportionality of the effects of gabapentin in neuropathic pain such as PHN and DPN, as well as the dose range between 900 and up to 3600 mg/day which is currently included in the proposed harmonized Neurontin SPC.

---

**Assessor's comments:**
The Mah's overall metaanalysis of gabapentin studies in neuropathic pain populations shows effectiveness of all three dose ranges (< 1500 mg (low), 1500 to < 2400 mg (medium) and ≥2400 mg(high dose range)). In the metaanalysis excluding study 306 (in which different inclusion cirteria were used), medium dose range was more effective than low dose range and high dose range was more effective than medium dose range. Keeping in mind, that gabapentin is titrated individually after the primary target dose has been reached, these data support the appropriateness of the

proposed dose range and the recommendations given in the SPC.
**Point resolved.**

## II.    RECOMMENDED CONDITIONS FOR MARKETING AUTHORISATION AND PRODUCT INFORMATION IN CASE OF A POSITIVE BENEFIT RISK ASSESSMENT

### II.1    Proposed list of follow-up measures

**Follow-up measures:**

| Area[1] | Description |
|---------|-------------|
| Clinical | Epilepsy: Long-term post marketing studies may be considered in children to examine the possible impact of gabapentin on learning, intelligence, growth, endocrine function and puberty. |
| Clinical | Neuropathic pain: They company is advised to propose measures to enhance the insight on treatment duration longer than 5 months (FUM). |

1. Areas: Quality, Pre-clinical, Clinical, Pharmacovigilance

**MAH's Response:**
A literature review was conducted in response to the first follow-up measure regarding the potential impact of gabapentin therapy on learning and intelligence and endocrine function (including pubertal maturation and linear growth) in children and to confirm its safety in the paediatric population.

There are no formal investigations of the cognitive effects of gabapentin in children. The results of controlled studies in adults indicate gabapentin has minimal adverse cognitive effects. Some case reports have described adverse behavioral changes in a small percentage of children receiving gabapentin.

There are no formal investigations of the effects of gabapentin on endocrine function in children. The available evidence, which is mostly circumstantial, indicates gabapentin is associated with weight gain in some patients. Gabapentin has no effect on cytochrome P450 enzymes and one would not expect it to impact reproductive function. The potential effects of gabapentin on pubertal maturation, bone mineral density, thyroid function and linear growth have not been investigated. Based on the evidence obtained from studies of other enzyme-neutral or enzyme-inhibiting AEDs, one would not expect gabapentin to impact pubertal maturation or linear growth and it is unclear if gabapentin would affect bone density or thyroid function. The full report is provided in section 5.0, appendix 7.

In the light of the first FUM, the MAH has examined this matter and conducted the literature review explained above. However, the MAH considers that further gabapentin studies are not appropriate at this time. In relation to the second FUM, the MAH has given consideration to the issue raised but concludes that the information provided in the proposed harmonised SPC regarding duration of use of gabapentin for neuropathic pain is appropriate for this product and, similarly, further studies are not currently planned.

Pfizer_MPatel_0252394

**Assessor's comments:**

Epilepsy:

In accordance with the 'Note for Guidance on clinical investigation of medicinal products in the treatment of epileptic disorders; Nov 2000 (CPMP/EWP/566/98 rev1)', the conduction of long-term post-marketing studies to evaluate the impact of gabapentin on learning, intelligence, growths, endocrine function and puberty should be considered. Nevertheless, the company's position can be accepted, as no safety problems are to be expected for theoretical reasons nor have critical safety signals arisen from the available experience in the respective patient group that would require long-term studies.

Neuropathic pain:

On the one hand, neuropathic pain, especially when caused by DNP, usually requires long-term treatment, but experience with long-term therapy with gabapentin in the neuropathic pain indication is limited. Follow-up measures to enhance insight on treament duration longer than 5 months are therefore desirable. On the other hand, it is admitted, that meaninful long-term studies hold methodological difficulties. The performance of longer-lasting double-blind studies is difficult, least but not least for ethical reasons and open-label studies are of limited value, especially, as the impact of the spontaneous course of the disease could influence the results. The MAHs response can therefore be accepted.

## II.2 Other conditions

None.

## II. 3 Proposed List of Outstanding Issues

**SPC, PI and labelling , please see documents appended to this AR.**