# Exhibit 38

```
 1                    UNITED STATES DISTRICT COURT
 2                      DISTRICT OF MASSACHUSETTS
 3    -----------------------------------x
 4    In re: NEURONTIN MARKETING, SALES
 5    PRACTICES AND PRODUCTS LIABILITY
 6    LITIGATION
 7    -----------------------------------x
 8    THIS DOCUMENT RELATES TO:           MDL Docket No. 1629
 9    PRODUCTS LIABILITY LITIGATION       NO. 04-10981
10    -----------------------------------x
11    SUPREME COURT OF THE STATE OF NEW YORK
12    COUNTY OF NEW YORK
13    -----------------------------------x
14    IN RE: NEW YORK NEURONTIN           CONTAINS CONFIDENTIAL
                                          INFORMATION
15    PRODUCTS LIABILITY LITIGATION
16    -----------------------------------x
17    THIS DOCUMENT APPLIES TO:
18    ALL CASES
19    -----------------------------------x
20              The Videotaped deposition of CYNTHIA MCCORMICK,
21    M.D., was held on Thursday, February 14, 2008, commencing at
22    9:04 a.m., at the law offices of Shook, Hardy & Bacon, 600
23    Fourteenth Street, Northwest, Washington, D.C., before Karen
24    Geddes, CSR, and notary public.
25    REPORTED BY: Karen Geddes, CSR
```

Page 106

1  group of people who are assigned from various
2  specialties to -- to the review and evaluation of
3  data or -- or proposals, protocols, and so on, and
4  the team consisted of chemists and toxicologists,
5  biopharmaceutics experts, clinicians and
6  statisticians and project managers. Not all of
7  those were under my direct supervisory
8  responsibility in terms of performance, however, the
9  performance of the team at large was my
10 responsibility; and I also had direct responsibility
11 for drug approval for certain types of applications
12 that were not primarily new molecular entities but
13 reformulations, that sort of things, or new
14 indications.
15   Q    We'll get into it in more detail, but was
16 it in your role as division director that you were
17 involved in the review and the ultimate approval of
18 Neurontin as a treatment for post-herpetic neuralgia
19 in the spring of 2002?
20   A    Yes.
21   Q    Dr. McCormick, while you were at the FDA
22 from 1991 to 2002, did you ever conclude that
23 Neurontin increases the risk of or is causally
24 associated with depression?
25       MR. FINKELSTEIN: Objection.

Page 107

1        MR. LANIER: Objection, form.
2        THE WITNESS: Did I ever conclude that it
3  was causally related? No, I did not.
4  BY MR. SAYLER:
5    Q    While you were employed at the FDA from
6  1991 to 2002, did you ever conclude that Neurontin
7  increases the risk of or is causally associated with
8  any type of suicidal thinking or suicidal behavior?
9        MR. FINKELSTEIN: Objection --
10       MR. LANIER: Objection, form.
11       MR. FINKELSTEIN: -- form.
12       THE WITNESS: In the documents that I
13 reviewed, both in my responsibility as a medical
14 officer in epilepsy and also in my review of the
15 Neurontin application for post-herpetic neuralgia, I
16 did not see anything that would suggest an increased
17 risk of suicidality.
18       MR. LANIER: Objection, responsiveness.
19 BY MR. SAYLER:
20   Q    To this day, as you sit here today taking
21 into account everything you know, have you ever
22 reached a conclusion that Neurontin increases the
23 risk of or is causally associated with depression,
24 any other psychiatric adverse event, or any type of
25 suicidal thinking or behavior?

Page 108

1        MR. LANIER: Objection, form.
2        MR. FINKELSTEIN: Objection.
3        THE WITNESS: I have not. I have to say
4  that the recent FDA Alert that I am aware of states
5  that there is a risk of increased suicidality with
6  the initiation of anticonvulsants in general, and I
7  have not seen the data myself. I have seen some
8  data on -- I have seen the data on Neurontin from
9  the -- the marketing applications, and the two don't
10 comport with each other. I think that, you know,
11 they may have more data than I do.
12 BY MR. SAYLER:
13   Q    Again, back to my question with respect to
14 Neurontin specifically: As you sit here today, have
15 you ever concluded that Neurontin increases the risk
16 of or causes any type of suicidal thinking or
17 behavior?
18       MR. LANIER: Objection, form.
19       MR. FINKELSTEIN: Objection, form.
20       THE WITNESS: Affirmatively concluded, no.
21 I have not affirmatively concluded that it does
22 either.
23 BY MR. SAYLER:
24   Q    While you were at the FDA, to the best of
25 your knowledge, did any individual within the FDA or

Page 109

1  the FDA generally, ever conclude that Neurontin is
2  associated with or increases the risk of depression
3  or any type of suicidal thinking or behavior?
4        MR. FINKELSTEIN: Objection, form.
5        THE WITNESS: No. I mean, if it had -- if
6  we had, we would have put it in the label.
7        MR. LANIER: Objection, responsiveness.
8  BY MR. SAYLER:
9    Q    If FDA had concluded that Neurontin
10 increased the risk of depression or any type of
11 suicidal thinking or behavior, what based on your
12 experience would the FDA had done?
13       MR. FINKELSTEIN: Objection.
14       THE WITNESS: If we had -- I'm sorry.
15       MR. FINKELSTEIN: Objection, calls for
16 speculation, but you can answer it.
17       MR. SAYLER: Go ahead.
18       MR. FINKELSTEIN: Go ahead.
19       THE WITNESS: Well, you know, I -- you
20 know, we can -- you can call it speculation, but I
21 was in a position to do something, so it's not
22 really speculative.
23       I think that, you know, the first -- the
24 first opportunity was when the NDA was reviewed in
25 the first place and presented to the advisory

28 (Pages 106 to 109)