# Exhibit 39

**Neurontin Declaration**
**Robert H. Roth Ph.D.**
**Yale University School of Medicine**
**Departments of Pharmacology and Psychiatry**

### I. Introduction

1. My name is Robert Henry Roth, Ph.D., and I have been requested to provide a declaration outlining Neurontin's mechanism of action on the monoamine neurotransmitter systems in the human brain and to have my declaration discuss the four particular issues listed below: (a) the Alpha 2 Delta Mechanism; (b) does Gabapentin raise Brain GABA in human beings?; (c) use of animal models as a predictor of human behavior; and (d) correlation between plasma/blood levels and brain levels. The opinions set forth in this report are true to a reasonable degree of scientific certainty based on the data and information provided to date. I reserve the right to supplement this report if additional information is provided. I cannot possibly list all of the documentation that supports my opinions; however, I have based my opinions in part upon my education, personal experience, and review of documents and deposition testimony provided by the law firm of Finkelstein & Partners.

### II. Qualifications

1. I am a tenured Professor of Pharmacology and Psychiatry at Yale University School of Medicine. I received my B.S. degree in Pharmacy from the University of Connecticut in 1961, graduating summa cum laude with distinction in Pharmacology and obtained my Ph.D. in Pharmacology from Yale University in 1965. I spent a year as a Postdoctoral fellow in the Department of Physiology at Karolinska Institute, Stockholm, Sweden in the laboratory of Professor Ulf Von Euler who in 1970 received the Nobel Prize in Physiology and Medicine.

2. My major expertise is in the field of Neuropsychopharmacology in which I have published more that 500 papers in peer reviewed journals. I am co-author of the text book entitled, *The Biochemical Basis of Neuropharmacology*, which is currently in its 8th edition. My qualifications are detailed in the attached curriculum vitae.

3. I am being compensated for work on this matter at an hourly rate of $500. My compensation is not dependent on the outcome of this matter.

### III. The Alpha-2-Delta Mechanism of Action

1. To discuss the issues involved with Neurontin's mechanism of action, it is important to provide some background information concerning the life cycle of the monoamine transmitters and how their disposition and potential function can be assessed by using *in vitro* techniques in animal.

2. The monoamines (serotonin, norepinephrine and dopamine) are chemical signaling molecules that act as neurotransmitters in the central nervous system and play an important

role in the modulation of excitatory and inhibitory transmission in the CNS. Dysfunction of monoamine systems are associated with psychiatric illnesses such as depression, mania and schizophrenia.

3. A number of basic mechanisms are required for chemical signaling in the nervous system. Biosynthesis, storage and release, receptor activation, reuptake and catabolism are all important parts of the life cycle of the neurotransmitter, and each of these steps is critical to maintaining the integrity and discreteness of chemical signaling. Perhaps most importantly, each of these steps represents levels at which individual differences in signaling in some cases affecting behavioral function can arise and pharmacological strategies can be tailored to regulating each of these levels of function.

4. Impulse dependent transmitter release is a critical step in the regulation of synaptic function and the behaviors that may result from activation or inhibition of a given circuit or multiple circuits in the CNS. There are several *in vitro* techniques that are used to evaluate the effects of chemical agents on impulse dependent release in the CNS. Brain slices are often used and the *in vivo* situation is mimicked by depolarization of the slices by electrical stimulation or by addition of depolarizing agents such potassium chloride or veratridine. Various degrees of activation can be achieved by altering the frequency and duration of electrical stimulation or by the concentration and duration of exposure to a given depolarizing agent to mimic the *in vivo* situation where nerve impulses occur in a tonic or bursting mode. It is necessary to experimentally activate the neurons in the tissue slice since the complex circuitry and spontaneous activity of the neurons are disrupted in the preparation of tissue slices. Basal release is not calcium dependent and related more to cellular damage and/ or compromised uptake and tissue storage of transmitters and leakage from the tissue into the superfusion media and not reflective of what occurs *in vivo*. Thus, basal release of transmitter from brain slices is not a valid technique to use to gain insight as to how drugs influence synaptic transmitter release *in vivo* which is an impulse dependent event.

5. *In vivo* synaptic transmitter release in response to neuronal signaling is a calcium dependent phenomena and as such drugs that can modulate calcium flux will have a significant impact on impulse dependent transmitter release. Several different types of voltage sensitive calcium channel ion-conducting proteins have been identified. These voltage-gated calcium channels are essential for mediating cellular responses to electrical activity as exemplified by the fundamental requirement of these channels in neurotransmitter release.

6. Neurontin(Gabapentin) has the ability to bind at a particular subunit of voltage gated calcium channels and as such can modulate the impulse dependent release of a number of neurotransmitters. It has been suggested that this action of Neurontin is responsible for the usefulness of this agent in the treatment of several clinical disorders including epilepsy, pain from diabetic neuropathy, post-therapeutic neuralgia and fibromyalgia and generalized anxiety disorder. Of course the other side of the coin is that a critical imbalance caused by a reduction in transmitter release from a compromised system could lead to deleterious rather than therapeutic effects. For example, if depression and suicidal ideations are related to a decrease in brain serotonin, a reduction in the release of serotonin from a compromised system could worsen the existing condition.

7. Since all the data used by Pfizer to arrive at their position derives from *in vitro* studies, their position concerning the *in vivo* effects in humans is completely invalid. They have no *in vivo* animal or human studies to support the contention that normal calcium dependent release is unaltered while excess calcium dependent release is blunted. A statement that Neurontin does not have the capacity to reduce the release in non-stimulated neurons **in vitro** (i.e. basal release, leakage of damage induced release, etc) is true. However, extrapolation of this *in vitro* observation in brain slices to the **in vivo** situation to infer that Neurontin does not have the capacity to reduce monoamine release in normal neurons is not valid. Normal monoamine neurons *in vivo* are actively firing and not quiescent.

8. For the experimental findings derived from *in vitro* studies to be relevant to effects occurring *in vivo*, one has to mimic the *in vivo* situation in which neurons exhibit various states or degrees of activation. In the *in vitro* brain slice paradigm, electrical or potassium stimulation is routinely used to depolarize the neurons in the slice to mimic the physiological impulse and calcium dependent transmitter release that normally occurs *in vivo*. It is only under these *in vitro* conditions, which where used in an attempt to mimic the *in vivo* state, that Neurontin was shown to have a significant effect in reducing calcium dependent monoamine release. It is not valid to use these *in vitro* findings to argue that in the *in vivo* situation where monoamine neurons exhibit a tonic activity that Neurontin's action is limited to a reduction in excessive transmitter release that is associated with hyper-excited neurons verses the excitation occurring under normal states.

9. Noteworthy, the methodologies and protocols used for the *in vitro* brain slice studies to determine the effects of neurontin on impulse induced release of neurotransmitter from slices are appropriate. These studies clearly demonstrate that neurontin is effective *in vitro* in reducing calcium dependent depolarization induced release of transmitters from brain slices. The effects are dose dependent and in a range relative to the therapeutic blood levels of Neurontin observed in humans. However, as noted above these *in vitro* studies do not demonstrate that neurontin's effects *in vivo* are manifest only in "hyper-excited cells" and not in cells in normal states of excitation.

## IV.    Gabapentin raises human brain GABA

1. Petroff and collaborators have employed localized $^1$H NMR spectroscopy in conjunction with J editing to measure *in vivo* the concentrations of GABA in the occipital lobe of human subjects for more than a decade (Rothman et al., 1993). This well documented *in vivo* NMR spectroscopy measure allows the repeated noninvasive measurement of regional cerebral GABA concentrations and has been employed by a number of groups to measure GABA concentrations in human subjects(see review by Petroff, 2002). Using this technique, the GABA concentrations measured in nonepileptic control subjects were found to be in good agreement with previous values measured directly by analytical techniques in surgically removed human cortex when postexcision delays before freezing were minimized to limit the post mortem increase in tissue GABA levels.

2. There are numerous reports by Petroff and collaborators as well as others which have demonstrated that Gabapentin given acutely or chronically leads to a significant increase in GABA levels in occipital cortex of both control subjects and epileptic patients (Petroff et al., 2000; Errante et al., 2002; Kuzniecky et al., 2002; Errante & Petroff, 2003; Petroff et al., 2006). It is noteworthy that in the Kuzniecky et al. study, a large increase in GABA concentration was observed 6 hours after an acute dose of Gabapentin (35mg/kg) in control subjects. This is in contrast to the findings reported in rats where no changes were observed in brain GABA.

3. *In vitro* studies have also been carried out in which the effects of gabapentin on GABA concentrations were studied in human and rat neocortical slice preparations. In this study, neocortical slices were incubated with gabapentin or vigabatrin for 3 hours and proton magnetic resonance spectroscopy used to measure GABA concentrations (Errante et al., 2002). As expected, Vigabatrin increased cellular GABA concentrations in both human and rat neocortical slices by 62% and 88% respectively. Gabapentin also significantly increased GABA concentration in human neocortical slices made from tissue resected during epilepsy surgery. However in the rat neocortical slices exposed to the same conditions as the human tissue, gabapentin did not significantly increase GABA concentration. These results confirm the *in vivo* NMR studies demonstrating that gabapentin increases GABA concentrations in epileptic patients or control subjects but has minimal or no effect in a healthy rodent model (Leach et al., 1997; Errante & Petroff, 2003; Errante et al., 2002).

V. **Animal models as a predictor of human behavior**

1. It would be wonderful if animal models were always accurate predictors for beneficial and adverse effects in humans, but this is clearly not the case. Numerous drugs have been withdrawn from the market due to severe adverse effects that were not predicted by animal studies. The stories about appetite suppressants( FENPHEN, Redux, Pondamine), anticholesterol drugs( Baycol) the antihistaminic drug,(Seldane), the hypnotic drug, (Halcion), and the anti-inflammatory drug(Viox), their unpredictable severe adversive effects and the lawsuits that followed, are well known. Perhaps a more poignant example of the lack of predictability of animal studies for beneficial and adverse effect in humans was an event that occurred in the 50's.

2. In this instance, the anticholinergic meperidine analogs were under development as potential therapeutics for Parkinson's disease. One of these agents, 1-methyl 4-phenyl 1,2,3,6-tetrahydropyridine, (MPTP) had passed rodent toxicity studies and had even been tested in several human subjects. Three decades later, researchers at Stanford University identified a contaminant in locally produced "synthetic heroin" that induced a Parkinson-like syndrome in some individuals who self-administered this street designer drug.(see Langston and Palfreman,1995,for review) The contaminant identified in the preparation, MPTP, was shown to exhibit a high degree of anatomical and species-specific toxicity, very limited or no toxicity in rodents but exquisitely toxic to primates. MPTP administered in low doses to non-human primates produced parkinsonian symptoms and destroyed nigrostriatal dopamine neurons while sparing several other brain dopamine systems as well as the norepinephrine and serotonin systems. The MPTP treated old world monkey now serves as an excellent

primate model of Parkinson's disease and is being used to develop new treatment strategies for this disorder(novel therapeutics, stem cells, etc.). This dramatic difference between rodents and primates serves as a constant reminder and warning that rodent models are not necessarily predictive of therapeutic and/or toxic effects in humans.

3. The observed differences between human and rodent responses to gabapentin, topiramate and valproate is yet another example of the need for studies in primate models and has profound implications for the use of rodent models in the development of new drugs affecting GABA metabolism. It is clear that caution must be used in extrapolating negative results obtained in rodent models to the human condition and animal models must be validated by patient-based studies.

4. There are no animal models that accurately predict suicide in man so studies have to be carried out directly in human subjects. Suicide is a major cause of mortality worldwide and the leading cause of death in young people. While mood disorders are associated with about 60% of suicides, even in this high risk group the incidence of completed suicides is low making prediction in individual patients difficult. Retrospective studies can identify correlations between clinical and biological factors and suicidal behavior but such studies cannot test predictive properties or ascertain causal relationships. Prospective studies offer the most effective means of testing the predictive power of such correlations(Kraemer et al., 1994). Prospective biological studies suggest that dysfunction in the serotonergic system and hypothalamic-pituitary-adrenal axis may have some predictive power for completed suicide in mood disorders. However, predicting suicide is very difficult due to it low baseline rate and the limited specificity of clinical predictors(Mann et al., 2006).

5. It is now widely agreed that low CSF levels of the serotonin metabolite, 5-hydroxyindole acetic acid (5-HIAA), in psychiatric patients(depression, schizophrenia, personality disorder) and possibly also in supposedly healthy persons can increase the risk of suicide by a factor of 10(Bourgeois,1991). Neurobiological data suggest that low brain serotonin activity plays a key role along with the tryptophan hydroxylase gene (Gonda et al., 2007). There are also other biological risk factors( such as the activation of the hypothalamic-pituitary axis(positive dexamethasone suppression test (DST) which also plays a role.- This trait marker is found in different kinds of impulsive behavior: suicide, murder, alcoholism, arson and others. This seems to be a important marker of vulnerability, especially in crisis situations.

## VI. Correlation between plasma/blood levels and brain levels

1. Since monoamines are highly charged compounds and do not cross the blood brain barrier, they are not transported into the brain from blood nor are they transported out of the brain into blood. So clearly monoamine levels found in plasma or blood are not derived from brain and do not directly correlate with brain levels. On the other hand, some monoamine metabolites do cross the blood brain barrier and under specialized conditions the level of certain metabolites in plasma or CSF have been suggest to reflect brain monoamine metabolism. Also in the case of noradrenergic neurons which are present in the CNS and also in the peripheral sympathetic nervous system, one can obtain a correlation between

norepinephrine levels in blood and activation of CNS norepinephrine neurons because the systems act in concert: the central system activating the peripheral systems which releases norepinephrine into the blood from sympathetic nerve endings.

2. It is clearly inappropriate to make inferences as to what is occurring in brain regarding serotonin function by performing measure of serotonin content in blood which is derived primarily from platelets. Platelets do not make serotonin because they do not possess the synthetic enzyme tryptophan hydroxylase. However, they are enriched in the vesicular monoamine transporter which is very efficient in the uptake and storage of serotonin. It is noteworthy that about 99% of the serotonin in blood is stored in platelets, a peripheral non-nucleated and non-neuronal cell type. Measurement of blood serotonin provides no useful information as to serotonin's disposition in the central nervous system.

10/9/07
Date

Robert Henry Roth, Ph.D.

## Selective References

Bourgeois, M., Serotonin, Impulsivity and Suicide. Human Psychopharmacology, 6: S31-36, 1991.

Errante, L.D. & Petroff, O.A. C. Acute effects of gabapentin and pregabalin on rat forebrain cellular GABA, glutamate, and glutamine concentrations. Seizure, 12: 300-306, 2003.

Errante, L.D. Williamson, A., Spencer, D.D., and Petroff, O.A. C. Gabapentin and vigabatrin increase GABA in the human neocortical slices. Epilepsy Research, 49: 203-210, 2002.

Gonda, X, Fountoulakis, K.N., Kaprinis, G and Rihmer, Z. Prediction and prevention of suicide in patients with unipolar depression and anxiety. Ann. Gen. Psychiatry, in process, 2007.

Kraemer, H.C.; Gullion, C.M.; Rush, A.J.; Frank,E. and Kupfer, D.J. Can state and trait variables be disentangled? A methodological framework for psychiatric disorders. Psychiatry Research 52: 55-69, 1994.

Kuzniecky, R., Ho, S., Pan, J., Martin, R., Gilliam, F., Faught, E. and Hetherington, H. Modulation of cerebral GABA by topiramate, lamotrigine and gabapentin in healthy adults. Neurology, 58: 368-72, 2002.

Langston, J.W. and Ballard, P.A., Parkinson's disease in a chemist working with 1-methyl-4-phenyl-1,2,5,6-tetrahydropyridine. N Engl. J. Med., 309(5) 310-328, 1983.

Langston, J. W. and Palfreman J. The Case of the Frozen Addicts 1st edition. New York: Pantheon Books, 1995.

Leach, J.P., Sills, G.J., Butler, E., Forrest, G., Thompson, G.G. and Brodie, M.J. Neurochemical actions of gabapentin in mouse brain. Epilepsy Res. 27: 175-180, 1997

Mann, J.J.; Brent, D.A. and Arango, V. The Neurobiology and Genetics of Suicide and Attempted Suicide: A focus on the Serotonergic System. Neuropsychopharmacology, 24(5): 467-477, 2001.

Mann, J.J, Currier, D., Stanley. B., Oquendo. M.A., Amsel, L.V. and Ellis, S.P.. Can biological tests assist prediction of suicide in mood disorders? Int. J. Neuropsychopharmacology, 9: 465-464, 2006.

Petroff, O.A.C. GABA and Glutamate in the Human Brain. The Neuroscientist, 8: 562-573, 2002.

Petroff, O.A.C.; Hyder, F., Rothman, D.L. and Mattson, R.H. Effects of Gabapentin on Brain GABA, Homocarnosine, and Pyrrolidinone in Epilepsy Patients. Epilepsy, 41(6): 675-680, 2000.

Petroff, O.A.C.; Hyder, F.; Rothman, D.L.; and Mattson, R.H. Brain Homocarnosine and Seizure Control of Patients Taking Gabapentin or Topiramate. Epilepsia, 47(3): 495-498, 2006.

Petroff, O.A; Rothman, D.L.; Behar, K.L. and Mattson, R.H. Low brain GABA level is associated with poor seizure control. Ann. Neurol., 40: 908-911, 1996.

Rothman, D.L.; Petroff, O.A.C.; Behar, K. L. and Mattson, R.H. Localized $^1$H NMR measurements of gamma-aminobutyric acid in human brain *in vivo*. Proc. Natl. Acad. Sci., 90: 5662-5666, 1993.