# Exhibit 41

SEP. 6. 2006  8:47AM    UNMC MCGOOGAN 402 559 5498    NO. 7148    P. 2


Pergamon


NEURO
PHARMACOLOGY

(8)
Neuropharmacology 41 (2001) 965–975
Dec
www.elsevier.com/locate/neuropharm

# Gabapentin is not a GABA$_B$ receptor agonist

Christophe Lanneau [a], Andrew Green [b], Warren D. Hirst [a], Alan Wise [b], Jon T. Brown [a], Emmanuelle Donnier [a], Kelly J. Charles [a], Martyn Wood [c], Ceri H. Davies [a], Menelas N. Pangalos [a,*]

[a] *Neurology Centre of Excellence for Drug Discovery, GlaxoSmithKline, New Frontiers Science Park North, Third Avenue, Harlow, Essex, CM19 5AW, UK*
[b] *Systems Research, Discovery Research, GlaxoSmithKline, Medicines Research Centre, Gunnelswood Road, Stevenage, Hertfordshire, SG1 2NY, UK*
[c] *Psychiatry Centre of Excellence for Drug Discovery, GlaxoSmithKline, New Frontiers Science Park North, Third Avenue, Harlow, Essex, CM19 5AW, UK*

Received 11 June 2001; received in revised form 24 August 2001; accepted 29 August 2001

## Abstract

Recent experiments have demonstrated that formation of functional type B gamma-aminobutyric acid (GABA$_B$) receptors requires co-expression of two receptor subunits, GABA$_{B1}$ and GABA$_{B2}$. Despite the identification of these subunits and a number of associated splice variants, there has been little convincing evidence of pharmacological diversity between GABA$_B$ receptors comprising different subunit combinations. However, Ng et al. [Mol. Pharmacol., 59 (2000) 144] have recently suggested a novel and important pharmacological difference between GABA$_B$ receptor heterodimers expressing the GABA$_{B1a}$ and GABA$_{B1b}$ receptor subunits. This study suggested that the antiepileptic GABA analogue gabapentin (Neurontin) is an agonist at GABA$_B$ receptors expressing the GABA$_{B1a}$ but not the GABA$_{B1b}$ receptor subunit. The importance of this finding with respect to identifying novel GABA$_B$ receptor subunit specific agonists prompted us to repeat these experiments in our own [$^{35}$S]-GTPγS binding and second messenger assay systems. Here we report that gabapentin was completely inactive at recombinant GABA$_B$ heterodimers expressing either GABA$_{B1a}$ or GABA$_{B1b}$ receptor subunits in combination with GABA$_{B2}$ receptor subunits. In addition, in both CA1 and CA3 pyramidal neurones from rodent hippocampal slices we were unable to demonstrate any agonist-like effects of gabapentin at either pre- or post-synaptic GABA$_B$ receptors. In contrast, gabapentin activated a GABA$_A$ receptor mediated chloride conductance. Our data suggest that gabapentin is not a GABA$_B$-receptor agonist let alone a GABA$_B$ receptor subunit selective agonist. © 2001 Published by Elsevier Science Ltd.

*Keywords:* Gabapentin; GABA$_B$ receptor; GABA$_{B1a}$; GABA$_{B1b}$; Hippocampus.

## 1. Introduction

Type B gamma-aminobutyric acid (GABA$_B$) receptors are present at pre- and post-synaptic loci throughout the central nervous system, where they inhibit adenylate cyclase activity, cause post-synaptic hyperpolarisation and inhibit neurotransmitter release (for review see Bowery, 1993; Couve et al., 2000; Billinton et al., 2001). The recent cloning of two GABA$_B$ receptor subunits, termed GABA$_{B1}$ and GABA$_{B2}$, which form functional receptors by heterodimerisation has raised the possibility that differences in GABA$_B$ receptor subunit composition may give rise to pharmacologically distinct receptor subtypes (Kaupmann et al., 1998a, 1998b, 1999; White et al., 1998; Jones et al., 1998; Kuner et al., 1999). A further source of pharmacological diversity may also arise from splice variants of these GABA$_B$ receptor subunits.

Two splice variants of the GABA$_{B1}$ subunit were originally described, termed GABA$_{B1a}$ and GABA$_{B1b}$, which differ in the extreme amino terminal domain (Kaupmann et al., 1997). Thus, the GABA$_{B1a}$ receptor subunit contains an extra sequence of 130 residues which encode two Sushi domains (Hawrot et al., 1998). Additional splice variants have now been described such as the human GABA$_{B1c}$ receptor subunit which lacks 62 resi-

* Corresponding author. Tel.: +44-1279-623971; fax: +44-1279-622230.
*E-mail address:* menelas_n_pangalos@gsk.com (M.N. Pangalos).

0028-3908/01/$ - see front matter © 2001 Published by Elsevier Science Ltd.
PII: S0028-3908(01)00140-X

966                             C. Lanneau et al. / Neuropharmacology 41 (2001) 965-975

dues within one of the Sushi domains at the amino terminus, the rat $GABA_{B1c}$ receptor subunit which contains a 31-residue insertion in the second extracellular loop and the rat $GABA_{B1d}$ receptor subunit which contains a divergent carboxy terminal tail (Pfaff et al., 1999; Isomoto et al., 1998). Carboxy terminal splice variants have also been described for the $GABA_{B2}$ receptor subunit although these remain uncharacterised as yet pharmacologically (Calver et al., 2000).

Thus far, the general consensus is that there are no differences in the pharmacological profile of $GABA_B$ receptor heterodimers containing alternatively spliced forms of the $GABA_{B1}$ receptor subunit (Kaupmann et al., 1997; Galvez et al., 1999; Malitschek et al., 1999; Pfaff et al., 1999; Green et al., 2000). This is in contrast to the pharmacological characterisation of natively expressed $GABA_B$ receptors, which suggest diversity between pre-synaptic $GABA_B$ auto- and heteroreceptors, as well as between pre- and post-synaptic $GABA_B$ receptors (see Bonanno and Raiteri, 1993; Dutar and Nicoll, 1988; Yamada et al., 1999). However, recently, the 3-alkylated GABA analogue gabapentin (Neurontin) has been reported to be a $GABA_B$ receptor agonist which selectively activates post-synaptic receptors containing the $GABA_{B1a}$ receptor subunit but not the $GABA_{B1b}$ receptor subunit (Ng et al., 2001).

Simplistically, gabapentin might confer its selectivity by interacting with the 130 extra N-terminal amino acids that differentiate the $GABA_{B1a}$ subunit from the $GABA_{B1b}$ subunit. However, gabapentin activation of $GABA_{B1a}$ containing receptors is abolished by the competitive $GABA_B$ receptor antagonist CGP55845A (Ng et al., 2001), despite the fact that this and similar antagonists have identical affinities for $GABA_{B1a}$- and $GABA_{B1b}$-containing $GABA_B$ receptor heterodimers and do not themselves bind the $GABA_{B2}$ receptor subunit (Green et al., 2000; Galvez et al., 1999; Malitschek et al., 1999). These observations raise doubts as to the validity of gabapentin being able to differentiate $GABA_B$ receptors comprised of different $GABA_{B1}$ splice variants and, as such, we have re-evaluated its effects on different recombinant heterodimeric configurations of $GABA_B$ receptors, as well as native hippocampal $GABA_B$ receptors. This study is of particular importance as there is a widely held belief that development of compounds with this type of pharmacological profile will be important in developing new treatments for pathologies such as drug addiction, spasticity, pain and epilepsy that have limited side-effect profiles.

## 2. Methods

### 2.1. Materials

2,3-Dioxo-6-nitro-1,2,3,4-tetrahydrobenzo[f]quinoxaline-7-sulfonamide disodium (NBQX), D-2-amino-5-phosphonopentanoate (AP5), [1-(S)-3,4-dichlorophenyl)ethyl]amino-2-(S)-hydroxypropyl-p-benzyl-phosphonic acid (CGP55845A), (R)-baclofen, 1-(4,4-diphenyl-3-butenyl)-3-piperidine carboxylic acid (SKF89976A) and [$^3$H]CGP54626A (40 Ci/mmol) were obtained from Tocris Cookson (Bristol, UK). Bicuculline and GABA were purchased from Sigma Aldrich, UK. 3-[1-(R)-[[2(S)-Hydroxy-3-[hydroxy[(4-methoxyphenylmethyl)]phosphinyl]propyl]amino]ethyl]-benzoic acid (CGP62349) was synthesised in-house. Gabapentin was obtained from both Sigma and in-house synthesis. [$^{35}$S]GTPγS (1175 Ci/mmol) was bought from Amersham. All other chemicals were from Fisher Scientific or Sigma and were of the highest purity that was commercially available.

### 2.2. Cloning of $GABA_B$ receptors and generation of stable cell lines

$GABA_{B1a}$, $GABA_{B1b}$ and $GABA_{B2}$ receptor subunits were cloned into pcDNA3.1(−) (Invitrogen) as previously described (White et al., 1998). The generation of the stable cells expressing $GABA_B$ heterodimeric receptors has been described previously in full (Wise et al., 1999; Green et al., 2000).

### 2.3. Radioligand binding

[$^3$H]CGP54626A binding to $GABA_{B1a/B2}$ and $GABA_{B1b/B2}$ receptor expressing membranes was performed exactly as described previously (Calver et al., 2000).

### 2.4. [$^{35}$S]GTPγS binding assay

Agonist-induced [$^{35}$S]GTPγS binding assays were performed as described previously (Wise et al., 1999). All experiments were performed a minimum of three times each in duplicate. $GABA_B$ receptor agonist-induced [$^{35}$S]GTPγS binding was normalised to the maximum GABA response obtained in each assay and plotted as mean response±standard error of the mean (SEM). Agonist response curves were analysed by use of the ALLFIT model (De Lean et al., 1977) and $pEC_{50}$ values (the negative logarithm of molar concentration of competing ligand to cause 50% of maximum response) were derived.

### 2.5. Immunohistochemistry

Rabbit and sheep polyclonal antisera were raised using synthetic peptides designed against the N-terminal sequences of $GABA_{B1a}$ CHPPWEGGIRYRGLTRDQVK (amino acids 33–51) and the $GABA_{B1b}$ splice variant HSPHLPRPHPRVPPHPS (amino acids 30–48; Charles et al., 2001). Rat brain sections were prepared as described previously (Calver et al., 2000). All pro-

C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975                                967

cedures involving experimental animals were conducted in accordance with the United Kingdom Animals (Scientific Procedures) Act, 1986 and conformed to GlaxoSmithKline ethical standards. To assess co-localisation of $GABA_{B1a}$ and $GABA_{B1b}$ receptor subunits, all sections were washed thoroughly in TNT (0.15 M NaCl, 0.1 M Tris–HCl and 0.05% Tween-20), permeabilised in 0.1% Triton X-100 and endogenous peroxidase activity removed by 1% $H_2O_2$. Non-specific antibody binding was reduced by pre-incubation in a TNT blocking solution containing 1% bovine serum albumin and 10% normal goat serum. Sections were incubated with rabbit anti-$GABA_{B1b}$ (8 µg/ml) in TNT overnight at room temperature. Specificity of antisera had previously been determined (Charles et al., 2001). Sections were then incubated with a horseradish peroxidase (HRP)-conjugated goat anti-rabbit secondary antibody (1:250, Jackson Labs, West Grove, PA) followed by 10 min in FITC-tyramide (1:50, TSA Fluorescence Systems, NEN Life Science Products, Boston, PA). Tissue sections were then incubated overnight at room temperature in sheep anti-$GABA_{B1a}$ (7.1 µg/ml) in TNT followed by incubation for 2 h in CY-5 conjugated donkey anti-sheep (1:50, Jackson Labs). Sections were analysed using a Leitz DMRB confocal microscope utilising the 488 and 633 nm wavelength lasers. Images were captured at individual wavelengths as single planes, and merged to show co-immunofluorescence. Digital images were prepared using PaintShop Pro Version 7.01 (JASC, Eden Praide, MN) for orientation and cropping adjustments.

### 2.6. Hippocampal slice preparation

Experiments were performed in acute transverse hippocampal slices and organotypic hippocampal slice cultures. Acute slices (350 µm) were obtained from C57Bl/6 mice (18–25 days post-natal) as described previously (Davies et al., 1991). Organotypic slice cultures were prepared from 8–10-day-old Lister Hooded rats using the method of Stoppini et al. (1991).

### 2.7. Patch clamp recording

For both acute and organotypic slices a submerged recording configuration was used. Artificial cerebrospinal fluid (aCSF) in which slices were bathed comprised (in mM): NaCl, 124; KCl, 3; $NaHCO_3$, 26; $NaH_2PO_4$, 1.25; $CaCl_2$, 2; $MgCl_2$, 1; D-glucose, 10, and was bubbled with 95% $O_2$, 5% $CO_2$, warmed to 32–37°C and perfused through the recording chamber at a rate of 2–3 ml/min. Whole-cell patch clamp recordings were made under visual guidance using an Olympus BX50WI upright microscope. Microelectrodes (3–6 MΩ) were connected to an Axopatch 200B amplifier. To record spontaneous activity, and agonist-induced currents, microelectrodes were filled with (in mM) 135 K-$MeSO_4$, 4 $MgCl_2$, 5 N-[2-hydroxyethyl]piperazine-N'-[2-ethanesulfonic acid] (HEPES), 5 Mg ATP, 1 NaCl, 0.05 ethylene glycol bis(β-aminoethyl ether)-$N,N,N',N'$-tetraacetic acid (EGTA), 0.3 Na GTP, 0.035 $CaCl_2$ at pH 7.2 and 290–295 mosmol. To record electrically evoked inhibitory post-synaptic currents (IPSCs) microelectrodes were filled with a solution comprising (in mM) 130 Cs-$MeSO_4$, 4 $MgCl_2$, 5 HEPES, 5 Na-QX314, 5 Mg ATP, 1 NaCl, 0.5 EGTA, 0.3 Na GTP, 0.035 $CaCl_2$ at pH 7.2 and 290–295 mosmol. Series resistances were compensated at a minimum of 75% with a lag of 8–15 µs. Cell viability was assessed throughout the course of experiments via measurement of cell input resistance. Voltage measurements were corrected for liquid junction potentials. Electrical stimulation (pulse duration 20 µs) every 30 s was delivered via an ultra-thin concentric bipolar electrode (FHC platinum/iridium electrode with inner tip diameter 12.5 µm) placed within 200 µm of the recorded neurone. To suppress glutamate-mediated excitatory post-synaptic currents (EPSCs), the ionotropic glutamate receptor antagonists NBQX (1 µM) and AP5 (100 µM) were added to the perfusing aCSF.

### 2.8. Intracellular recordings

Intracellular recordings were obtained from the CA3 pyramidal cell body region using 3 M potassium acetate-filled microelectrodes (60–110 MΩ) connected to an Axoclamp-2B amplifier (Axon Instruments, Foster City, CA) used in discontinuous (3–5 kHz switching frequency) current-clamp mode.

### 2.9. Extracellular recordings

Extracellular field potential recordings were made from stratum pyramidale in area CA3 using aCSF-filled glass microelectrodes (2–4 MΩ) connected to an AxoClamp 2B amplifier.

## 3. Results

### 3.1. Gabapentin does not directly compete with known GABA$_B$ receptor antagonists

The direct interaction of gabapentin with $GABA_{B1a/B2}$ and $GABA_{B1b/B2}$ receptors expressed in cell lines was investigated in competition binding experiments using the selective, high-affinity GABA$_B$ receptor antagonist, [$^3$H]CGP54626A. Specific binding of this radioligand was inhibited by GABA with p$K_i$ values of 5.14±0.04 and 4.77±0.04 for the $GABA_{B1a/B2}$ and $GABA_{B1b/B2}$ receptors, respectively (Fig. 1). Baclofen showed similar affinity with p$K_i$ values of 4.72±0.03 and 4.36±0.03, respectively (Fig. 1). The small differences in affinities of the two agonists for the two heterodimeric receptor

SEP. 6. 2006  8:48AM    UNMC MCGOOGAN 402 559 5498              NO. 7148  P. 5

968  C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975



Fig. 1. Gabapentin does not inhibit [$^3$H]CGP54626A binding to GABA$_{B1a/B2}$ (A) and GABA$_{B1b/B2}$ (B) membranes. Specific [$^3$H]CGP54626A binding, 86±3% of the total binding signal, was completely inhibited by CGP62349, GABA and baclofen but only partially inhibited by 10 mM gabapentin. Data are expressed as means±SEM (n=3).

configurations is likely to be due to the different levels of expression of each of the receptor complexes in each cell line (Green et al., 2000), which would in turn affect the proportion of receptors in the high-affinity agonist binding state. There was no difference in the affinity of the GABA$_B$ receptor antagonist CGP62349, which exhibited p$K_i$ values of 9.02±0.05 and 8.94±0.07, respectively. In contrast, gabapentin caused a less than 30% inhibition of specific [$^3$H]CGP54626A binding at concentrations less than 10 mM (Fig. 1). Weak inhibition was observed at 30 mM. However, this is well above the 15 μM $EC_{50}$ value observed by Ng et al. at GABA$_{B1a/B2}$ receptors expressed in Xenopus oocytes.

### 3.2. Gabapentin failed to induce agonist-like responses in membranes expressing recombinant GABA$_B$ receptor heterodimers

In the absence of calcium and using membranes obtained from the stable cell lines expressing GABA$_{B1a/B2}$ or GABA$_{B1b/B2}$ receptor subunits, GABA and baclofen induced a concentration-dependent and saturable GTPγS binding response (Fig. 2). In contrast, gabapentin failed to evoke a robust agonist-like response. In all studies the maximum response to gabapentin at 10 mM was <15% of the maximal GTPγS binding responses obtained with GABA. Similar results were obtained with the closely related analogue pregabalin (data not shown).

As ligand activity at GABA$_B$ receptors can be sensitive to extracellular Ca$^{2+}$, we repeated these GTPγS assays in the presence of 1 mM CaCl$_2$. In these studies, gabapentin and pregabalin (data not shown) again failed to evoke a GTPγS binding response whilst GABA and baclofen behaved as full agonists. Consistent with previously published work (Wise et al., 1999), the addition of exogenous calcium increased the p$EC_{50}$ of GABA approximately 10-fold whereas it did not significantly affect the potency of baclofen (Table 1).

Similar results were also obtained with stable cell lines expressing GABA$_{B1a/B2}$ or GABA$_{B1b/B2}$ receptor subunits and additionally co-expressing the chimeric G protein G$_{qi5}$ (Wood et al., 2000). Using this system, GABA$_B$ receptors can couple to the phospholipase C pathway and increase intracellular calcium which can be monitored using Fluo-3 imaging and FLIPR (Wood et al., 2000). Under these conditions gabapentin failed to evoke any agonist-like responses at concentrations up to 1 mM (data not shown).

### 3.3. GABA$_{B1a}$ and GABA$_{B1b}$ receptor subunits co-localise in both CA1 and CA3 hippocampal pyramidal neurons

As we were unable to confirm that gabapentin was an agonist at recombinant GABA$_{B1a/2}$ or GABA$_{B1b/2}$ heterodimeric receptors, we wanted to repeat similar experiments to Ng et al. (2001) on native hippocampal GABA$_B$ receptors. Initially, we examined the localisation of GABA$_B$ receptor subunits within the hippocampal formation. GABA$_{B1a}$ and GABA$_{B1b}$ immunostaining was observed throughout the hippocampus and was particularly dense on pyramidal cell bodies of the CA1–3 subfields (Fig. 3). The density of GABA$_{B1a}$ staining in the stratum radiatum and pyramidal cell layers of the CA3 subfield was more intense than that seen in CA1 [Fig. 3(A) and (D)]. GABA$_{B1b}$ immunofluorescence was strong in the pyramidal cell layers of both CA1 and CA3 [Fig. 3(B) and (E)]. Co-immunofluorescence revealed that in the CA1 and CA3 subfields GABA$_{B1a}$ and GABA$_{B1b}$ co-exist on pyramidal cell bodies [Fig. 3(C) and (F)].

### 3.4. Gabapentin actions on post-synaptic hippocampal neurons

Next, we examined whether gabapentin interacted with post-synaptic GABA$_B$ receptors in hippocampal CA3 pyramidal neurones as this population of neurones expressed high levels of the GABA$_{B1a}$ receptor subunit. We used the whole-cell patch clamp configuration on

SEP. 6. 2006  8:48AM    UNMC MCGOOGAN 402 559 5498                    NO. 7148   P. 6

C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975                       969






Fig. 2. $GABA_B$ agonist-mediated $GTP\gamma S$ binding in $GABA_{B1a/b2}$ and $GABA_{B1b/b2}$ membranes in the presence and absence of calcium cations. (A) $GABA_{B1a/b2}$ plus $Ca^{2+}$; (B) $GABA_{B1a/b2}$, $Ca^{2+}$-free; (C) $GABA_{B1b/b2}$ plus $Ca^{2+}$; (D) $GABA_{B1b/b2}$, $Ca^{2+}$-free. Responses are means±SEM ($n=3$).

Table 1
Calcium increases GABA but not baclofen potency at $GABA_B$ receptor heterodimers[a]

| | $GABA_{B1a/b2}$ $pEC_{50}$ (±SEM) | | | | $GABA_{B1b/b2}$ $pEC_{50}$ (±SEM) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 mM $Ca^{2+}$ | $n_H$ | $Ca^{2+}$-free | $n_H$ | 1 mM $Ca^{2+}$ | $n_H$ | $Ca^{2+}$-free | $n_H$ |
| GABA | 6.02 (0.05) | 0.58 | 4.84 (0.22) | 0.63 | 5.90 (0.18) | 0.52 | 4.72 (0.30) | 0.52 |
| Baclofen | 5.60 (0.09) | 0.53 | 5.41 (0.06) | 0.53 | 5.61 (0.03) | 0.53 | 5.37 (0.14) | 0.51 |
| Gabapentin | <15% GABA maximum response | | | | <15% GABA maximum response | | | |
| Pregabalin | <15% GABA maximum response | | | | <15% GABA maximum response | | | |

[a] Data are expressed as $pEC_{50}$ values (the negative logarithm of molar concentration of competing agonist to cause 50% of maximum response). $n_H$ is the Hill coefficient. Data are means±SEM ($n=3$).

acute slices to compare the effects of (−)baclofen and gabapentin on the membrane current induced by a hyperpolarising voltage ramp from a holding potential of −60 mV to −160 mV. Subtraction of membrane currents in control medium from those in the presence of (−)baclofen revealed that this agonist-induced concentration-dependent outwardly rectifying currents that reversed at a holding potential close to −100 mV irrespective of the (−)baclofen concentration used [Fig. 4(A)]. Thus, the respective reversal potentials for the (−)baclofen-induced currents at 2 and 10 µM were −104±4 mV ($n=3$) and −100±3 mV ($n=5$); values consistent with the calculated potassium equilibrium potential of −96 mV.

970                          C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975



Fig. 3. Localisation of GABA$_{B1}$ subunit splice variants in the hippocampus. Photomicrographs showing GABA$_{B1a}$ (red) and GABA$_{B1b}$ (green) immunofluorescence in CA1 (A, B, C) and CA3 (D, E, F) of the rat hippocampus. Co-localisation was revealed by overlaying the red and green channels. In the CA1 (C) and CA3 (F) regions, GABA$_{B1a}$ and GABA$_{B1b}$ are present in the pyramidal cell bodies (arrow heads), whereas GABA$_{B1a}$ is present only in the apical dendrites of these cells (arrows). Scale bar=20 µm.

In contrast, gabapentin induced concentration-dependent currents that reversed at holding potentials between −65 and −70 mV [Fig. 4(B)]. Specifically, the interpolated reversal potentials for gabapentin-induced currents at concentrations of 300, 500 and 1000 µM were −70±6 mV (n=4), −65±5 mV (n=3) and −66±12 mV (n=6), respectively. These values are compatible with the calculated transmembrane chloride equilibrium potential of −68 mV. Interestingly, the selective GABA$_B$ receptor antagonist CGP55845A (10 µM) did not affect the gabapentin-induced current at any holding potential tested [Fig. 4(B)]. Thus, the chord conductance measured from the slope of a linear fit of the I–V plot between −80 to −140 mV in gabapentin plus CGP55845A was 106±11% of that in gabapentin alone [Fig. 4(B)], and in the presence of this antagonist gabapentin (1 mM) induced a current that reversed at −67±9 mV as opposed to −70±12 mV in control medium (n=3). In contrast, the GABA$_A$ receptor antagonist bicuculline (20 µM) abolished gabapentin-induced currents [n=3; Fig. 4(C)].

Interestingly, the GABA-uptake inhibitor SKF89976A induced a post-synaptic current that possessed several of the characteristics of the gabapentin-induced current [Fig. 4(D)]. Most notably, the SKF89976A-induced current reversed at a holding potential of −62±6 mV and was abolished by bicuculline. However, it differed from that induced by gabapentin in that its maximal amplitude was 3–4 times that induced by gabapentin. In addition, comparison of concentration–response relationships for these compounds revealed that the respective $EC_{50}$ and Hill coefficients for gabapentin were 252 µM and 2.08, whereas those for SKF899576A were 0.8 µM and 3.49 [Fig. 4(E)].

### 3.5. Gabapentin actions in pre-synaptic hippocampal neurons

Given that we were unable to demonstrate a post-synaptic GABA$_B$ receptor-mediated action of gabapentin we wondered whether this compound affected pre-synaptic GABA$_B$ receptor function. To study these effects, an intracellular solution containing Cs$^+$ and QX314$^+$ was used to block post-synaptic GABA$_B$ receptor-activated potassium conductances.

The first series of experiments investigated whether gabapentin affected GABA$_B$ autoreceptor function regulating electrically evoked IPSCs. (−)Baclofen induced a marked inhibition (up to 100%) of GABA$_A$ receptor-mediated IPSCs that was associated with a reversible increase in their rate of decay [Fig. 5(A)]. In contrast, gabapentin caused an inconsistent small depression of the IPSC that was, nevertheless, partially reversed on washout [Fig. 5(B)]. However, this was insignificant when quantified over several cells in that, in control medium, the IPSC amplitude was 324±10 pA whereas in the presence of 0.5 and 1 mM gabapentin it was 301±23 pA (n=4) and 292±31 pA (n=6), respectively. A more consistent effect of gabapentin was a small increase in the $\tau_{50\%}$ decay of the IPSC from 17±2 ms in control medium to 20±2 ms and 23±2 ms in the presence of 0.5 (n=4) and 1 mM (n=6) gabapentin, respectively ($P<0.05$). This effect was mimicked by the GABA-uptake inhibitor SKF89976A (1 µM), which increased the $\tau_{50\%}$ decay from 15±1 ms to 31±4 ms ($P<0.001$, n=4). No significant effect of SKF89976A on IPSC amplitude was observed [Fig. 5(C); peak amplitude of IPSC was 316±16 pA in control medium compared with 348±18 pA in SKF89976A, n=4).

Given the lack of effect of gabapentin at GABA$_B$ autoreceptors we tested next whether this compound affected GABA$_B$ heteroreceptors controlling glutamate release. Initially, we compared the effects of gabapentin and baclofen on AMPA receptor-mediated excitatory

C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975    971



Fig. 4. Baclofen and gabapentin induce different post-synaptic currents in CA3 pyramidal cells. (A) illustrates isolated baclofen-induced currents generated by subtracting the control total membrane current induced by a voltage ramp from −60 to −160 mV from that generated using the same ramps in the presence of baclofen. Each trace was an average of five consecutive voltage ramps under the experimental conditions indicated. (B) shows the corresponding traces to (A) that were generated using gabapentin and in addition illustrates the lack of effect of 10 μM CGP55845A on the current induced by 1 mM gabapentin. (C) illustrates membrane currents evoked by 1 mM gabapentin and in the presence or absence of 20 μM bicuculline. Note that bicuculline abolishes the current generated by all concentrations of gabapentin. (D) shows the concentration dependence of isolated SKF89976A-induced currents and (E) the concentration–response relationships for currents evoked by SKF89976A, gabapentin and gabapentin plus bicuculline. The response plotted on the ordinate axis is the chord conductance measured from the slope of the I–V plots (from −80 to −140 mV) such as that illustrated in (D).

post-synaptic potentials recorded intracellularly in CA1 pyramidal neurones in response to electrical stimulation of the Schaffer collateral commissural pathway. On no occasion did gabapentin (1 mM) affect these EPSPs ($n=4$). In contrast, baclofen (5–10 μM) always produced a pronounced inhibition of the EPSP [Fig. 6(A) and (B); $n=4$].

Further confirmation that gabapentin lacked activity at hippocampal $GABA_B$ receptors came from extracellular CA3 recordings of bicuculline-induced epileptiform bursting activity. Thus, in this model system, whereas 50 μM (−)baclofen abolished epileptiform activity in a CGP55845A (1 μM) sensitive manner, 1 mM gabapentin had no effect [Fig. 6(C) and (D), $n=6$].

### 4. Discussion

Progress in the understanding of $GABA_B$ receptor function has been greatly advanced since the cloning of the $GABA_{B1}$ and $GABA_{B2}$ receptor subunits and the demonstration that heterodimerisation of these subunits is required for normal receptor activity (see Couve et al., 2000; Billinton et al., 2001; Prosser et al., 2001). The advent of these findings has allowed researchers to compare the pharmacological diversity of $GABA_B$ receptors expressed in brain (Bonanno and Raiteri, 1993; Dutar and Nicoll, 1988) with those expressed in recombinant systems. Thus far, most work has centred on the two initially identified $GABA_{B1}$ splice variants, $GABA_{B1a}$ and $GABA_{B1b}$ (Galvez et al., 1999; Malitschek et al., 1999; Green et al., 2000), but as yet only one report of pharmacological diversity exists with respect to these alternatively spliced variants (Ng et al., 2001). In this report, the GABA analogue gabapentin acted as a full agonist at $GABA_{B1a}$-, but not $GABA_{B1b}$-, containing $GABA_B$ receptor heterodimers and was fully antagonised by the $GABA_B$-selective antagonists CGP71872 and CGP55845. In contrast, using similar techniques, we were unable to demonstrate any agonist-like activity of gabapentin on $GABA_B$ receptors expressed in recombinant systems or natively expressed on hippocampal neurones.

Aside from these data, the findings of Ng et al. (2001)

972                  C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975



Fig. 5. Comparison of the effects of baclofen, gabapentin and SKF89976A on electrically evoked IPSCs. Traces are electrically evoked IPSCs recorded at a holding potential of −45 mV. (A)–(C) show the effects of baclofen, gabapentin and SKF89976A on these responses. In (A2)–(C2), responses in the presence of these three compounds have been scaled to control responses to illustrate the effects of these compounds on IPSC kinetics.

were additionally surprising for a number of reasons. First, previous studies using gabapentin have failed to identify any $GABA_B$-specific binding sites in brain (Suman Chauhan et al., 1993; Taylor et al., 1998). Second, molecular modelling studies of the globular N-terminal extracellular domain of the $GABA_{B1}$ receptor subunit are inconsistent with gabapentin $GABA_{B1a}$ receptor subunit selective, and CGP55845A sensitive, agonist activity. In particular, analysis of the N-terminal extracellular domain of the $GABA_{B1}$ receptor subunit using truncated and chimeric receptors has demonstrated that of all the determinants for agonist and antagonist binding reside well within the extracellular amino terminal domain of the $GABA_{B1}$ receptor subunit, even when this domain is expressed as a soluble peptide in insect cells (Malitschek et al., 1999). Specifically, mutational analysis of the globular extracellular domain of the $GABA_{B1}$ receptor subunit indicates that residues Ser246, Ser269 and Glu465 are key in mediating agonist and antagonist binding (Galvez et al., 1999a, 2000a,b). Taking into account the importance of similar conserved residues in leucine–isoleucine periplasmic binding proteins (O'Hara et al., 1993), these residues represent critical components of the GABA binding pocket for both $GABA_{B1a}$ and $GABA_{B1b}$ receptor subunits. With this in mind, it is difficult to reconcile how gabapentin, a GABA analogue, can differentiate between $GABA_{B1a}$ and $GABA_{B1b}$ receptor subunit binding pockets, given that the only difference in primary sequence lies at the N-terminal 130 amino acids and distant to the postulated binding pocket. Furthermore, the fact that agonists and antagonists have been shown to bind within the same ligand pocket (Galvez et al., 1999; Galvez et al., 2000a,b) makes it difficult to understand how gabapentin binding to $GABA_{B1a}$ can be blocked by the conventional $GABA_B$ receptor antagonists CGP71872 and CGP55845.

We suggest, therefore, that gabapentin does not differentiate $GABA_B$ receptors containing the $GABA_{B1a}$ subunit from those containing other $GABA_{B1}$ splice variants. In fact, we have found no evidence that this compound exhibits any direct $GABA_B$ receptor affinity or agonist/antagonist activity. The only activity that we observed was an increase in membrane conductance in hippocampal pyramidal neurones that was mediated through activation of $GABA_A$ receptors. This effect differs from that of Ng et al. (2001), who reported an increase in membrane conductance mediated by activation of $GABA_B$ receptors. Interestingly, in both studies the maximal conductance change evoked by gabapentin was significantly larger than that evoked by the broad-spectrum $GABA_B$ receptor full agonist baclofen; a finding incompatible with gabapentin acting solely through $GABA_B$ receptor activation. Certainly in both studies the I–V relationships of the currents induced by gabapentin are generally more linear than those induced by baclofen, which again points to mechanisms other than

SEP. 6. 2006  8:50AM    UNMC MCGOOGAN 402 559 5498                          NO. 7148    P. 10

C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975                                  973



Fig. 6. Gabapentin does not inhibit glutamate receptor-mediated synaptic activity. (A) and (B) show the effects of gabapentin and baclofen on electrically evoked AMPA receptor-mediated EPSPs. (C, left) extracts from an extracellular recording in the CA3 of a single hippocampal slice. Traces show population bursting events in the presence of (from top to bottom) 10 μM bicuculline; 10 μM bicuculline+1 mM gabapentin; 10 μM bicuculline+50 μM baclofen; and 10 μM bicuculline+50 μM baclofen+1 μM CGP55845. Traces on the right show individual bursting events on an expanded time base where these occurred. The charts in (D) show that the mean frequency of the bursting events (top) and the mean number of secondary events (bottom), induced by 10 μM bicuculline (BIC), remained unchanged upon co-application of 1 mM gabapentin (GP) ($P>0.05$; $n=6$). Data are presented as the mean±SEM.

$GABA_B$ receptor activation mediating the effects of gabapentin. In the absence of any evidence for direct effects of gabapentin on $GABA_A$ receptors, and also here on $GABA_B$ receptors, our favoured explanation for the effects of gabapentin is that this compound enhances the extracellular GABA concentration. The mechanisms by which this occurs are the subject of numerous papers that have pointed towards enhanced release, inhibition of uptake and altered GABA metabolism (Taylor et al., 1998). Whilst the present study does not directly address this issue, it was clear that inhibition of GABA uptake did mimic in part some of the effects of gabapentin. However, this does not necessarily mean that gabapentin inhibits this process.

This aside, the experiments of Ng et al. (2001) were performed at room temperature where GABA uptake is impaired. It is plausible that, under these conditions, extracellular GABA levels could rise sufficiently above those observed at the physiological temperature used in our own experiments to activate $GABA_B$ receptors in addition to $GABA_A$ receptors. This would fit with the concept that $GABA_B$ receptors have a lower affinity for GABA and are located further away from GABA release sites than $GABA_A$ receptors. This explanation, however, does not account for (1) the gabapentin-induced current in the study of Ng et al. (2001) reversing at $E_{K^+}$ or (2) the equivalence of gabapentin-induced membrane conductance changes observed in this study and that of Ng et al. (2001).

Irrespective of the explanation for the electrophysiological differences, Ng and colleagues have also suggested that $GABA_{B1a}$ is predominantly located on the post-synaptic site of nerve terminals. Some studies have suggested that $GABA_{B1a}$ is localised pre-synaptically whereas $GABA_{B1b}$ localisation favours a post-synaptic function (Kaupmann et al., 1998a,b; Fritschy et al., 1999; Billinton et al., 2000), but others have not (Benke et al., 1999; Poorkhalkali et al., 2000). In our hands, immunohistochemical experiments with selective antisera suggest that both receptor subunits can co-localise to the same neurones in the hippocampus and that $GABA_{B1a}$ and $GABA_{B1b}$ receptor subunits may in fact form both pre- and post-synaptic receptor complexes. Preliminary electron microscopic data is in agreement with these observations although this awaits the analysis of more detailed studies (data not shown, J. Deuchars per-

974                               C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975

sonal communication). When these observations are coupled to the fact that both $GABA_{B1a}$ and $GABA_{B1b}$ containing heterodimers can activate $K^+$ channels believed to be present post-synaptically (Kaupmann et al., 1998b) and $Ca^{2+}$ channels believed to be located pre- and post-synaptically (Morris et al., 1998; Fillipov et al., 2000), this suggests to us that $GABA_{B1}$ is not an exclusively post-synaptic $GABA_B$ receptor subunit (Ng et al., 2001).

In summary, we have found no evidence that gabapentin, or its closely related homologue pregabalin, has any agonist-like activity at $GABA_B$ receptor heterodimers. Despite this, these results are particularly important as they highlight that gabapentin is not a useful tool compound for $GABA_B$ receptor research. The field therefore still eagerly awaits the identification of novel and subtype-selective $GABA_B$ receptor compounds that may provide the necessary profile for the beneficial treatment of neurological and neuropsychiatric disorders.

References

Benke, D., Honer, M., Michel, C., Bettler, B., Mohler, H., 1999. GammaAminobutyric acid type B receptor splice variant proteins GBR1a and GBR1b are both associated with GBR2 in situ and display differential regional and subcellular distribution. Journal of Biological Chemistry 274, 27323–27330.

Billinton, A., Ige, A.O., Wise, A., White, J.H., Disney, G.H., Marshall, F.H., Waldvogel, H.J., Faull, R.L.M., Emson, P.C., 2000. $GABA_B$ receptor heterodimer-component localisation in human brain. Brain Research Molecular Brain Research 77, 111–124.

Billinton, A., Ige, A.O., Bolam, J.P., White, J.H., Marshall, F.H., Emson, P.C., 2001. Advances in the molecular understanding $GABA_B$ receptors. Trends in Neuroscience 24, 277–282.

Bonanno, G., Raiteri, M., 1993. Multiple $GABA_B$ receptors. Trends in Pharmacological Sciences 14, 259–261.

Bowery, N.G., 1993. $GABA_B$ receptor pharmacology. Annual Review of Pharmacology and Toxicology 33, 109–147.

Calver, A.R., Medhurst, A.D., Robbins, M.J., Charles, K.J., Evans, M.L., Harrison, D.C., Stammers, M., Hughes, S.A., Hervieu, G., Couve, A., Moss, S.J., Middlemiss, D.M., Pangalos, M.N., 2000. mRNA and protein distribution of $GABA_B$ receptor splice variants in human and rodent central nervous system and peripheral tissues. Neuroscience 100, 155–170.

Charles, K.J., Evans, M.L., Robbins, M.J., Calver, A.R., Leslie, R.A., Pangalos, M.N., Comparative immunohistochemical localisation of $GABA_{B1a}$, $GABA_{B1b}$ and $GABA_{B2}$ subunits in rat brain, spinal cord and dorsal root ganglion. Neuroscience in press.

Davies, C.H., Starkey, S.J., Pozza, M.F., Collingridge, G.L., 1991. $GABA_B$ autoreceptors regulate the induction of LTP. Nature 349, 609–611.

De Lean, A., Munson, P.J., Rodbard, D., 1977. Simultaneous analysis of families of sigmoidal curves: applications to bioassay, radioligand assay, and physiological dose-response curves. American Journal of Physiology 235, E97–E102.

Dutar, P., Nicoll, R.A., 1988. Pre and postsynaptic $GABA_B$ receptors in the hippocampus have different pharmacological properties. Neuron 1, 585–591.

Fritschy, J.M., Meskenaite, V., Weinmann, O., Honer, M., Benke, D., Mohler, H., 1999. GABAB-receptor splice variants GB1a and GB1b in rat brain: developmental regulation, cellular distribution and extrasynaptic localization. European Journal of Neuroscience 11, 761–768.

Galvez, T., Parmentier, M.L., Joly, C., Malitschek, B., Kaupmann, K., Kuhn, R., Bittiger, H., Froestl, W., Bettler, B., Pin, J.P., 1999. Mutagenesis and modelling of the $GABA_B$ receptor extracellular domain support a Venus Flytrap mechanism for ligand binding. Journal of Biological Chemistry 274, 13362–13369.

Galvez, T., Urwyler, S., Prezeau, L., Mosbacher, J., Joly, C., Malitschek, B., Heid, J., Brabet, I., Froestl, W., Bettler, B., Kaupmann, K., Pin, J.P., 2000a. $Ca^{2+}$ requirement for high affinity γ-aminobutyric acid GABA binding at $GABA_B$ receptors: involvement of serine 269 of the $GABA_BR1$ subunit. Molecular Pharmacology 57, 419–426.

Galvez, T., Prezeau, L., Milioti, G., Franek, M., Joly, C., Froestl, W., Bettler, B., Bertrand, H.-O., Blahos, J., Pin, J.P., 2000b. Mapping the agonist binding site of $GABA_B$ type 1 subunit sheds light on the activation process of $GABA_B$ receptors. Journal of Biological Chemistry 52, 41169–41174.

Green, A., Walls, S., Wise, A., Green, R.H., Martin, A.K., Marshall, P.H., 2000. Characterisation of [$^3$H]-CGP54626A binding to heterodimeric $GABA_B$ receptors stably expressed in mammalian cells. British Journal of Pharmacology 1318, 1766–1774.

Hawrot, E., Xiao, Y., Shi, Q.L., Norman, D., Kirkitadze, M., Barlow, P.N., 1998. Demonstration of a tandem pair of complement protein modules in $GABA_B$ receptor 1a. FEBS Letters 432, 103–108.

Isomoto, S., Kaibara, M., Sakurai-Yamashita, Y., Nagayama, Y., Uezono, Y., Yano, K., Taniyama, K., 1998. Cloning and tissue distribution of novel splice variants of the rat $GABA_B$ receptor. Biochemistry and Biophysics Research Communications 253, 10–15.

Jones, K.A., Borowski, B., Tamm, J.A., Craig, D.A., Durkin, M.M., Dai, M., Yao, W., Johnson, M., Gunwaldsen, C., Huang, L., Tang, C., Shen, Q., Salon, J.A., Morse, K., Laz, T., Smith, K.E., Nagarathnam, D.A., Branchek, T.A., Gerald, C., 1998. $GABA_B$ receptors function as a heteromeric assembly of the subunits $GABA_BR1$ and $GABA_BR2$. Nature 396, 674–679.

Kaupmann, K., Huggel, K., Heid, J., Flor, P.J., Bischoff, S., Mickel, S.J., McMaster, G., Angst, C., Bittiger, H., Froestl, W., Bettler, B., 1997. Expression cloning of $GABA_B$ receptors uncovers similarity to metabotropic glutamate receptors. Nature 386, 239–246.

Kaupmann, K., Malitschek, B., Schuler, V., Heid, J., Froestl, W., Beck, P., Mosbacher, J., Bischoff, S., Kulik, A., Shigemoto, R., Karschin, A., Bettler, B., 1998a. $GABA_B$-receptor subtypes assemble into functional heteromeric complexes. Nature 396, 683–687.

Kaupmann, K., Schuler, V., Mosbacher, J., Bischoff, S., Bittiger, H., Heid, J., Froestl, W., Leonhard, S., Pfaff, T., Karschin, A., Bettler, B., 1998b. Human γaminobutyric acid type B receptors are differentially expressed and regulate inwardly rectifying $K^+$ channels. Proceedings of the National Academy of Science, USA 95, 14991–14996.

Kuner, R., Kohr, G., Grunewald, S., Eisenhardt, G., Bach, A., Kornau, H.C., 1999. Role of heteromer formation in $GABA_B$ receptor function. Science 283, 74–77.

Malitschek, B., Schweizer, C., Keir, M., Heid, J., Froestl, W., Mosbacher, J., Kuhn, R., Henley, J., Joly, C., Pin, J.P., Kaupmann, K., Bettler, B., 1999. The N-terminal domain of the γ-aminobutyric acid$_B$ receptors is sufficient to specify agonist and antagonist binding. Molecular Pharmacology 56, 448–454.

Morris, S.J., Beatty, D.M., Chronwall, B.M., 1998. $GABA_{B(1a/b)}$-type receptor antisense deoxynucleotide treatment of melanotropes blocks chronic $GABA_B$ receptor inhibition of high voltage activate $Ca^{2+}$ channels. Journal of Neurochemistry 71, 1329–1332.

Ng, G.Y.K., Bertrand, S., Sullivan, R., Ethier, N., Wang, J., Yergey, J., Belley, M., Trimble, L., Bateman, K., Alder, L., Smith, A., McKernan, R., Metters, K., O'Neill, G.P., Lacaille, J.-C., Hebert, T.E., 2001. γ-Amino butyric acid type B receptors with specific heterodimer composition and postsynaptic actions in hippocampal

*C. Lanneau et al. / Neuropharmacology 41 (2001) 965–975*                                                   975

neurons are targets of anticonvulsant gabapentin action. Molecular Pharmacology 59, 144–152.

O'Hara, P.J., Sheppard, P.O., Thogersen, H., Venezia, D., Haldeman, B.A., McGrane, V., Houamed, K.M., Thomsen, C., Gilbert, T.L., Mulvihill, E.R., 1993. The ligand-binding domain in metabotropic glutamate receptors is related to bacterial periplasmic binding proteins. Neuron 11, 41–52.

Pfaff, T., Malitschek, B., Kaupmann, K., Prezeau, L., Pin, J.-P., Bettler, B., Karschin, A., 1999. Alternative splicing generates a novel isoform of the rat metabotropic $GABA_{BR1}$ receptor. European Journal of Neuroscience 11, 2874–2882.

Poorkhalkali, N., Juneblad, K., Jonsson, A.-C., Lindberg, M., Karlsson, O., Wallbrandt, P., Ekstrand, J., Lehmann, A., 2000. Immunocytochemical distribution of the $GABA_B$ receptor splice variants R1a and R1b in the rat CNS and dorsal root ganglia. Anatomical Embryology 201, 1–13.

Stoppini, L., Buchs, P.A., Muller, D., 1991. A simple method for organotypic cultures of nervous tissue. Journal of Neuroscience Methods 37, 173–182.

Suman Chauhan, N., Webdale, L., Hill, D.R., Woodruff, G.N., 1993. Characterisation of [$^3$H] gabapentin binding to a novel site in rat brain: homogenate binding studies. European Journal of Pharmacology 244, 293–301.

Taylor, C.P., Gee, N.S., Su, T.-Z., Kocsis, J.D., Welty, D.F., Brown, J.P., Dooley, D.J., Boden, P., Singh, L., 1998. A summary of mechanistic hypotheses of gabapentin pharmacology. Epilepsy Research 29, 233–249.

White, J.H., Wise, A., Main, M.J., Green, A., Fraser, N.J., Disney, G.H., Barnes, A.A., Emson, P., Foord, S.M., Marshall, F., 1998. Heterodimerization is required for the formation of a functional $GABA_B$ receptor. Nature 396, 679–682.

Wise, A., Green, A., Main, M.J., Wilson, R., Fraser, N., Marshall, F.H., 1999. Calcium sensing properties of the $GABA_B$ receptor. Neuropharmacology 38, 1647–1656.

Wood, M.D., Murkitt, K., Rice, S.Q., Testa, T., Punia, P.K., Stammers, M., Jenkins, O., Elshourbagy, N.A., Shabon, U., Taylor, S.J., Gager, T.L., Minton, J., Price, G.W., Pangalos, M.N., 2000. The human $GABA_{B1b}$ and $GABA_{B2}$ heterodimeric recombinant receptor shows low sensitivity to phaclofen and saclofen. 131, 1050–1054.

Yamada, K., Yu, B., Gallagher, J.P., 1999. Different subtypes of $GABA_B$ receptors are present at pre- and postsynaptic sites within the rat dorsolateral septal nucleus. 81, 2875–2883.