# Exhibit 50


J Affect Disord (4)
Journal of Affective Disorders 34 (1995) 275–281
Aug 18



Research report

# GABA and mood disorders: a brief review and hypothesis

Frederick Petty [a,b,*]

[a] Psychiatry Service, Department of Veterans Affairs Medical Center, Dallas, TX, USA
[b] Department of Psychiatry, University of Texas Southwestern Medical Center, Dallas, TX, USA

Received 25 January 1995; revised 7 March 1995; accepted 22 March 1995

## Abstract

Considerable evidence implicates the neurotransmitter γ-aminobutyric acid (GABA) in the biochemical pathophysiology of mood disorders. Animal models of depression show regional brain GABA deficits and GABA agonists have antidepressant activity in these models. Somatic treatments for depression and mania upregulate the $GABA_B$ receptor, similar to the effect of GABA agonists. Clinical data indicate that decreased GABA function accompanies depressed or manic mood states. GABA agonists are effective antidepressant and antimanic agents. Low GABA levels are found in brain, cerebrospinal fluid and plasma of patients with depression and in plasma of patients with mania. Plasma GABA levels, which reflect brain GABA, are not normalized with treatment and clinical remission in depression, suggesting low GABA is not a marker for mood state. Some somatic treatments, including valproic acid and electroconvulsive shock, reduced plasma GABA and response to these correlates with higher levels of baseline plasma GABA. From these data, a GABA hypothesis for mood disorders is formulated. Low GABA function is proposed to be an inherited biological marker of vulnerability for development of mood disorders. Environmental factors, including stress and excessive alcohol use, may increase GABA, causing symptoms of depression or mania. Treatment, or the passage of time, then returns GABA to its presymptomatic baseline as the symptoms remit. This hypothesis, applicable to a subset of mood disordered persons, is testable.

Keywords: GABA; Mood disorder; Bipolar disorder; Depression; Mania; Biological marker

## 1. Introduction

Biochemical theories of mood disorders have mostly focused on the biogenic amines for the last 30 years, with mixed results. A role for the amino acid neurotransmitter γ-aminobutyric acid (GABA) in mood disorders was first proposed 15 years ago, based on the clinical observation that valproic acid, a GABA agonist, was effective in the treatment of bipolar disorder (Emrich et al., 1980). Since then, considerable data, both preclinical and clinical, have accumulated supporting the involvement of GABA in mood disorders. That GABA is involved in mood disorders, and perhaps other mental illness, is plausible. More than a third of brain neurons use GABA for synaptic communication, probably more than any other neurotransmitter. Why has GABA not attracted more attention in theories of depression and mania? First is a tendency for monotransmitter explanations of mood disorders (i.e., low serotonin or low norepinephrine). Reality, of course, is far more complex

* Address: Psychiatric Service (116A), Department of Veterans Affairs Medical Center, 4500 South Lancaster Road, Dallas, TX 75216, USA. Fax: (1) (214) 372-7987.

0165-0327/95/$09.50 © 1995 Elsevier Science B.V. All rights reserved
SSDI 0165-0327(95)00025-9

and mood disorders are best conceptualized as illnesses involving multiple transmitters. Second is the consideration of GABA as an 'inhibitory' neurotransmitter, based on physiological reactions of brain stem neurons. Stimulating the GABA system with alcohol or benzodiazepines actually leads to behavioral disinhibition. Furthermore, when two inhibitory neurons are activated in series, the net effect is excitation (Krogsgaard-Larsen et al., 1994). I will review recent findings on GABA and mood disorder, first from the laboratory, then the clinic, and present a GABA hypothesis of mood disorder.

## 2. Preclinical

How does GABA fit with other theories? That norepinephrine and serotonin are involved in the neurochemistry of depression, or at least in the neuropharmacology of antidepressant drugs, is established. In the frontal cortex and hippocampus, GABA actually facilitates norepinephrine, both presynaptically via the $GABA_A$ receptor (Suzdak and Gianutsos, 1985a; Bonanno and Raiteri, 1987) and postsynaptically via the $GABA_B$ receptor (Karbon et al., 1984; Suzdak and Gianutsos, 1985b). GABA effects on serotonin in frontal cortex are generally inhibitory in vitro (Gray and Green, 1987). However, with in vivo microdialysis techniques, cortical serotonin release is not significantly changed by GABA agonists (including GABA) and antagonists, administered systemically or intracortically (Petty et al., 1993a). Therefore, neurochemical and neuropharmacological data on GABA and norepinephrine interactions support a complimentary role for these transmitters in depression, while the serotonin/GABA interaction needs clarification. Fig. 1 illustrates the importance of GABA in the hypothesized neurotransmitter interactions involved in the frontal cortex in depression and in the reversal of depression by antidepressant drugs.

Neurochemical effects of psychotropic drugs provide clues to their therapeutic mechanisms of action and possibly to the underlying biology of illness.



Fig. 1. Diagram of hypothesized neuronal interactions in medial prefrontal cortex and role of GABA in a unified neurochemical theory of depression. Dopamine (DA) is activated by stress which increases serotonin (5-HT) release, leading to eventual 5-HT depletion and depression. An intact serotoninergic system is required for postsynaptic β-adrenergic receptor downregulation. GABA facilitates noradrenergic function both pre- and postsynaptically and is required for antidepressant effects of tricyclics. Glutamate (GLU) activation induces depression while GABA prevents depression. Net effect of sustained 5-HT and/or norepinephrine (NE) deficit is depression (Dep). GABA neurons participate in preserving and restoring system to its normal state of euthymia (Euth) (for details, see Petty et al., 1985; Petty et al., 1993c; Petty et al., 1994; Krogsgaard-Larsen et al., 1994).

Effects of antidepressant drugs on GABA receptors have been studied. Chronic administration of several antidepressants decreases cortical $GABA_A$ receptor density, suggesting these drugs can increase GABA activity (Suranyi-Cadotte et al., 1985; Suzdak and Gianutsos, 1985a). Chronic administration of both antidepressant and antimanic agents (Lloyd et al., 1985; Motohashi et al., 1989), including tricyclic, monoamine oxidase inhibitor (MAOI), selective serotonin uptake inhibitor (SSRI) and atypical antidepressants, lithium, carbamazepine and valproic acid, and electroconvulsive shock increases $GABA_B$ receptor density in rat cortex or hippocampus. Upregulation of the $GABA_B$ receptor also occurs with chronic administration of GABA agonists (Scatton et al., 1987). (The $GABA_B$ receptor does not follow 'classical' rules of receptor regulation.) Therefore, the fact that a spectrum of somatic treatments for mood disorders have a commonality of pharmacologic activity in upregulating the $GABA_B$ receptor and that antidepressants downregulate the $GABA_A$ receptor suggests that treatment of mood disorders might be associated with rectifying a GABA deficit state.

GABA has been investigated in 2 established animal models of depression, learned helplessness and olfactory bulbectomy. Blockade of $GABA_A$ receptors in the hippocampus produced learned helplessness in naive nonstressed rats (Petty and Sherman, 1981). Stress-induced helplessness caused decreased GABA release from hippocampal slices and chronic administration of tricyclic antidepressants normalized both hippocampal GABA release and helpless behavior (Sherman and Petty, 1982). Injection of GABA into frontal cortex prevented learned helplessness and injection of GABA into hippocampus both prevented and reversed helplessness (Sherman and Petty, 1980). In both, the learned helplessness (Martin et al., 1989) and the olfactory bulbectomy (Lloyd and Pichat, 1985) models, $GABA_B$ receptors are downregulated in frontal cortex. Chronic administration of tricyclic antidepressant normalized cortical $GABA_B$ receptor density in both helpless (Martin et al., 1989) and bulbectomized (Joly et al., 1987) rats. In the bulbectomy model, $GABA_A$ receptors in frontal cortex were upregulated and chronic administration of tricyclic, MAOI or SSRI antidepressants normalized both $GABA_A$ receptor density and behavior. Finally, GABA agonists reverse behavioral depression in both the learned helplessness and the olfactory bulbectomy model (Lloyd et al., 1983; Zivkovic et al., 1983; Bartholini, 1984) and also in the behavioral despair model (Joly et al., 1987). Taken together, the data from animal models suggests a GABA deficit in frontal cortex and hippocampus of 'depressed' rats. Thus, the preclinical laboratory data are consistent and compatible with a GABA deficit in depression. To our knowledge, GABA has not been systematically investigated in animal models of mania.

## 3. Clinical

GABA agonists are effective antidepressant and antimanic agents. This supports a GABA deficit in mood disorders. For mania, valproic acid, which increases brain GABA, is as effective as lithium (Bowden et al., 1994). For depression, alprazolam, a $GABA_A$ agonist, is as effective as tricyclics (Jonas and Cohon, 1993; Petty et al., in press b). Whether other high potency benzodiazepines are antidepressants is presently not known and alprazolam may also have a melatonin effect (Levesque and Locke, 1994). Some (Lloyd et al., 1983; Morselli et al., 1991; Nielsen et al., 1990) but not all (Paykel et al., 1991) studies have reported the mixed $GABA_{A+B}$ agonists progabide and fengabine to be effective antidepressants.

A GABA deficit in mood disorders is generally supported by studies measuring GABA in patients. In cortex removed by psychosurgery, GABA levels showed an inverse correlation with severity of depression (Honig et al., 1989). $GABA_A$ receptors were upregulated in cortex of depressed suicides (Cheetham et al., 1988) but no significant differences were found in $GABA_B$ receptors (Cross et al., 1988). Most studies of cerebrospinal fluid (CSF) in depression have reported low GABA levels (Gerner et al., 1984; Gerner and Hare, 1981; Kasa et al., 1982; Gold et al., 1980) although some studies have not (Zimmer et al., 1980; Post et al., 1980). A meta-analysis of all published studies shows low CSF GABA in depression to be highly significant finding.

Plasma GABA levels reflect GABA levels in brain extracellular space and in cerebrospinal fluid

(Petty et al., 1993b). Plasma GABA is low in patients with major depressive disorder (Petty et al., 1992; Petty and Sherman, 1984; Petty and Schlesser, 1981), whether ill or remitted (Petty, 1994; Petty et al., in press a), and in patients with bipolar disorder, whether manic or depressed (Petty et al., 1993b). This demonstrates that a GABA deficit in mood disorders is not simply a reflection of mood state. Furthermore, there is no correlation between severity of symptoms of depression or mania and plasma GABA levels (Petty et al., 1992) as might be expected if low GABA were simply a biological marker for mood state.

The mean levels of plasma GABA in patients with depression or mania are only 10–15% lower than controls. However, the distribution of plasma GABA in mood disordered patients is quite different from controls (Petty et al., 1993c; Petty et al., in press a). ~ 5% of healthy controls, compared with ~ 40% of patients, have levels of plasma GABA of < 100 pmol/ml. This suggests that low GABA identifies a subset of patients with mood disorders.

Plasma GABA appears to be a relatively stable biological marker. In adults, plasma GABA does not change appreciably with age, exercise or diet (Petty et al., 1987) nor does it shows marked circadian (Schulz et al., 1994) or circumannual (Petty and Kramer, 1992) fluctuations. In depressed patients, plasma GABA was stable during 4 weeks of treatment with tricyclic (Petty et al., 1993d) and was stable and independent of clinical state after 4 years follow-up (Petty et al., in press a).

Low plasma GABA seems to be reasonably specific to mood disorders. Alcoholism (Petty et al., 1993e) and premenstrual dysphoric disorder (Yonkers et al., in press) are the only other psychiatric conditions in which low plasma GABA is reported and both have a close relationship to mood disorders. Patients with schizophrenia, panic disorder, generalized anxiety disorder, bulimia and anorexia nervosa have normal plasma GABA (Petty and Sherman, 1984; Roy-Byrne et al., 1992; F. Petty, unpubl. data). Data are not yet available on personality disorders, obsessive-compulsive disorder, drug addiction or posttraumatic stress disorder.

Two recent clinical findings are interesting. (1) Although tricyclic antidepressants do not significantly affect plasma GABA (Petty et al., 1993d), some somatic treatments for mood disorders, including electroconvulsive shock (Devanand et al., 1991) and valproic acid (Petty et al., in press b), lower plasma GABA. This seems counterintuitive since, if mood disorders are characterized by a GABA deficit, further lowering of GABA might be expected to produce clinical worsening. (2) In depressed patients treated with electroconvulsive shock and in manic patients treated with valproic acid, higher plasma GABA levels predicted better treatment response.

### 4. A hypothesis

The data can be synthesized into a coherent hypothesis for GABA and mood disorders, with the understanding that this hypothesis only applies to a subset of mood disordered patients. Low GABA function is postulated to represent a genetic vulnerability to development of mood disorders in some individuals. Environmental factors then increase extracellular GABA, leading to symptoms of depression or mania. Somatic treatment, or the passage of time, stabilizes the GABA system, returning it to its premorbid set point, along with remission of symptoms. Fig. 2 illustrates the clinical GABA hypothesis of mood disorders.

Can environmental factors increase plasma GABA and possibly induce mood disorders? Alcohol intoxication increases plasma GABA (Bannister et al., 1988) and alcohol abuse is a common antecedent to mania (Winokur et al., 1993; Winokur et al., in press). GABA increases significantly during the luteal phase of the menstrual cycle (Yonkers et al., in



Fig. 2. Illustration of GABA hypothesis of mood disorders which applies to a subset of persons with illnesses. Low total brain GABA, reflected in low plasma or CSF GABA, is postulated to be a genetic trait marker which precedes symptoms of illness. Environmental factors increase GABA, leading to symptoms of mania or depression. Somatic treatments return GABA to its baseline and cause symptom remission (N, normal; L, low).

press) and wo[men more fre]quently than m[en...] port of the hyp[...] mental GABA [...] extracellular G[ABA...] drome in 2 wo[men with] positive family [history...]

Alternativel[y, ...] sent a premort[...] quence or 'sca[r' ...] case, children [of parents with] episode(s) of [mood disorder have low] GABA levels. [...] children and a[dolescents with] low plasma G[ABA...] behavior disord[er...] if low GABA i[s present, and if] manic, longer [episodes] with lower plas[ma GABA (Petty et] al., 1992). Thes[e findings support the] hypothesis.

### 5. Testing the [hypothesis]

Clinical test[s of the] low GABA [hypothesis] should segrega[te...] words, if a pr[oband with mood] disorder, his [or her siblings should] also have low [plasma GABA...] adolescents wi[th...] likelihood for d[eveloping...] siblings with no[rmal...] fluctuations in [plasma GABA during men]strual cycle s[hould have lower risk of] developing dep[ression...] oping bipolar [disorder should have low] plasma GABA [...]

The hypothe[sis can also be tested in labora]tory. Genetic [studies are be]coming availa[ble...] examined in de[tail...] used to study e[ffects of drugs] to lithium, car[bamazepine and val]ment.

The neuroc[hemical basis of low] extracellular G[ABA...]

lisorders, includ-
and et al., 1991)
press b), lower
intuitive since, if
a GABA deficit,
be expected to
epressed patients
k and in manic
, higher plasma
ient response.

a coherent hy-
orders, with the
nly applies to a
s. Low GABA
genetic vulnera-
lorders in some
nen increase ex-
toms of depres-
r the passage of
sturning it to its
ission of symp-
ABA hypothesis

e plasma GABA
Alcohol intoxi-
annister et al.,
n antecedent to
lokur et al., in
during the luteal
ikers et al., in

Reunited



-od disorders which
s. Low total brain
, is postulated to be
us of illness. Envi-
lymptoms of mania
t to its baseline and

press) and women develop depression more frequently than men. Interestingly, and in further support of the hypothesis, administration of an experimental GABA reuptake blocker, which increased extracellular GABA, induced a prolonged manic syndrome in 2 women with no previous illness but with positive family histories (Sedman et al., 1990).

Alternatively, low plasma GABA might not represent a premorbid condition but might be a consequence or 'scar' of prolonged illness. If this is the case, children and adolescents experiencing the first episode(s) of mood disorder should have normal GABA levels. In fact, a significant proportion of children and adolescents with mood disorders have low plasma GABA, compared with controls and to behavior disorders (Prosser et al., submitted). Also, if low GABA is a consequence of being depressed or manic, longer duration of illness should correlate with lower plasma GABA which it does not (Petty et al., 1992). These data provide indirect support of the hypothesis.

## 5. Testing the hypothesis

Clinical tests of the hypothesis are feasible. (1) If low GABA is a genetic marker of vulnerability, it should segregate in families with the illness. In other words, if a proband has low GABA and a mood disorder, his manic and depressed relatives should also have low GABA. (2) Healthy children and adolescents with low GABA should have a greater likelihood for developing mood disorders than their siblings with normal GABA. (3) Women with greater fluctuations in plasma GABA levels during the menstrual cycle should have a greater propensity to developing depression. (4) Persons at risk for developing bipolar illness should have an exaggerated plasma GABA response to an alcohol challenge.

The hypothesis can also be tested in the laboratory. Genetic animal models of depression are becoming available and their GABA system can be examined in detail. Animal models of mania can be used to study extracellular brain GABA in response to lithium, carbamazepine and valproic acid treatment.

The neurochemical mechanisms leading to low extracellular GABA are either decreased synthesis, decreased release, increased uptake or increased metabolism. The enzymes, receptors and transporters regulating these processes are known and mostly cloned. Techniques of molecular biology can now be applied to both preclinical and clinical studies of the GABA system in mood disorders.

## Acknowledgements

Supported in part by the Department of Veterans Affairs Medical Research Service, NIH Research Grants MH-37899, AA07234 and MH-41115, Abbot Laboratories and the John Schermerhorn Fund. I deeply appreciate the dedicated technical and expert scientific assistance of G.L. Kramer who was responsible for developing and implementing the assays for plasma and CSF GABA. I thank D. Savage for secretarial assistance in manuscript preparation and K.Z. Altshuler, Stanton Sharp Distinguished Chair and Chairman for administrative support.

## References

Bannister, P., Levy, L., Bolton, R. and Losowsky, M.S. (1988) Acute ethanol ingestion raises plasma gamma aminobutyric acid levels in healthy men. Alcohol Alcoholism, 23, 45–48.

Bartholini, G. (1984) Experimental basis for the antidepressant action of the GABA receptor agonist progabide. Neurosci. Lett. 47, 351–355.

Bonanno, G. and Raiteri, M. (1987) Release-regulating GABA$^A$ receptors are present on noradrenergic nerve terminals in selective areas of the rat brain. Synapse 1, 254–257.

Bowden, C.L., Brugger, A.M., Swann, A.C., Calabrese, J.R., Janicak, P.G., Petty, F., Dilsaver, S.C., Davis, J.M., Rush, A.J., Small, J.G., Garza-Treviño, E.S., Risch, S.C., Goodnick, P.J. and Morris, D.D. (1994) Efficacy of divalproex vs lithium and placebo in the treatment of mania. JAMA 271, 918–924.

Cheetham, S.C., Crompton, M.R., Katona, L.E., Parker, S.J. and Horton, R.W. (1988) Brain GABA$_A$/benzodiazepine binding sites and glutamic acid decarboxylase activity in depressed suicide victims. Brain Res. 460, 114–123.

Cross, J.A., Cheetham, S.C., Crompton, M.R., Katona, C.L.E. and Horton, R.W. (1988) Brain GABA-B binding sites in depressed suicide victims. Psychiatry Res. 26, 119–129.

Devanand, D., Sackheim, H., Petty, F., Kramer, G. and Cooper, T.(1991) Effects of major depression and ECT on plasma GABA (Abstract). Biol. Psychiatry 29, 167A.

Emrich, H.M., Zerssen, D.V., Kissling, W., Müller, H.-J. and Windorfer, A. (1980) Effect of sodium valproate on mania: the

280                          F. Petty / Journal of Affective Disorders 34 (1995) 275–281

GABA-hypothesis of affective disorders. Arch. Psychiatr. Nervenkr. 229, 1–16.

Gerner, R.H., Fairbanks, L., Anderson, G.M., Young, J.G., Scheinin, M., Linnoila, M., Hare, T.A., Shaywitz, B.A. and Cohen, D.J. (1984) CSF neurochemistry in depressed, manic, and schizophrenic patients compared with that of normal controls. Am. J. Psychiatry 141, 1533–1540.

Gerner, R.H. and Hare, T.A. (1981) CSF GABA in normal subjects and patients with depression, schizophrenia, mania, and anorexia nervosa. Am. J. Psychiatry 138, 1098–1101.

Gold, B.I., Bowers, M.B., Roth, R.H. and Sweeney, D.W. (1980) GABA levels in CSF of patients with psychiatric disorders. Am. J. Psychiatry 137, 362–364.

Gray, J.A. and Green, A.R. (1987) $GABA_B$-receptor mediated inhibition of potassium-evoked release of endogenous 5-hydroxytryptamine from mouse frontal cortex. Br. J. Pharmacol. 91, 517–522.

Honig, A., Bartlett, J.R., Bourns, N. and Bridges, P.K. (1989) Amino acid levels in depression: a preliminary investigation. J. Psychiatr. Res. 22, 159–164.

Joly, D., Lloyd, K.G., Pichat, P. and Sanger, D.J. (1987) Correlation between the behavioural effect of desipramine and $GABA_B$ receptor regulation in the olfactory bulbectomized rat (Abstract). Br. J. Pharmacol. 90, 125P.

Jonas, J.M. and Cohon, M.S. (1993) A comparison of the safety and efficacy of alprazolam versus other agents in the treatment of anxiety, panic and depression: review of the literature. J. Clin. Psychiatry 54, 25–48.

Karbon, E.W., Duman, R.S. and Enna, S.J. (1984) $GABA_B$ receptors and norepinephrine-stimulated cAMP production in rat brain cortex. Brain Res. 306, 327–332.

Kasa, K., Otsuki, S., Yamamoto, M., Sato, M., Kuroda, H. and Ogawa, N. (1982) Cerebrospinal fluid γ-aminobutyric acid and homovanillic acid in depressive disorders. Biol. Psychiatry 17, 877–883.

Krogsgaard-Larsen, P., Frolund, B., Jorgensen, F.S. and Schousboe, A. (1994) GABA(A) receptor agonists, partial agonists, and antagonists. Design and therapeutic prospects. J. Med. Chem. 37, 2489–2505.

Levesque, T.R. and Locke, K.W. (1994) Discriminative stimulus effects of melatonin in the rat. Psychopharmacology 116, 167–172.

Lloyd, K.G., Morselli, P.L., Depoortere, H., Fournier, V., Zivkovic, B., Scatton, B., Broekkamp, C., Worms, P. und Bartholini, G. (1983) The potential use of GABA agonists in psychiatric disorders: evidence from studies with progabide in animal models and clinical trials. Pharmacol. Biochem. Behav. 18, 957–966.

Lloyd, K.G. and Pichat, P. (1985) Decrease in $GABA_B$ binding in the frontal cortex of olfactory bulbectomized rats. Br. J. Pharmacol. 87, 36P.

Lloyd, K.G., Thuret, F. and Pilc, A. (1985) Upregulation of γ-aminobutyric acid $(GABA)_B$ binding sites in rat frontal cortex: a common action of repeated administration of different classes of antidepressants and electroshock. J. Pharmacol. Exp. Ther. 235, 191–199.

Martin, P., Pichat, P., Massol, J., Soubrie, P., Lloyd, K.G. and Puech, A.J. (1989) Decreased GABA B receptors in helpless rats: reversal by tricyclic antidepressants. Neuropsychobiology 22, 220–224.

Morselli, P.L., Garreau, M. and L'Heritier, C.L. (1991) An overview of fengabine versus tricyclics in depression (Abstract). Biol. Psychiatry 29 (11S), 134S.

Motohashi, N., Ikawa, K. and Kariya, T. (1989) $GABA_B$ receptors are up-regulated by chronic treatment with lithium or carbamazepine. GABA hypothesis of affective disorders? Eur. J. Pharmacol. 166, 95–99.

Nielsen, N.P., Cesana, B., Zizolfi, S., Ascalone, V., Priore, P. and Morselli, P.L. (1990) Therapeutic effects of fengabine, a new GABAergic agent, in depressed outpatients: a double-blind study versus clomipramine. Acta Psychiatr. Scand. 82, 366–371.

Paykel, E.S., Van Woerkom, A.E., Walters, D.E., White, W. and Mercer, J. (1991) Fengabine in depression: a placebo-controlled study of a GABA agonist. Hum. Psychopharmacol. 6, 147–154.

Petty, F., Fulton, M., Moeller, F.G., Kramer, G., Wilson, L., Fraser, K. and Isbell, P. (1993c) Plasma gamma-aminobutyric acid (GABA) is low in alcoholics. Psychopharmacol. Bull. 29, 277–281.

Petty, F. (1994) Plasma concentrations of γ-aminobutyric acid (GABA) and mood disorders: a blood test for manic depressive disease? Clin. Chem. 40, 296–302.

Petty, F. and Kramer, G. (1992) Stability of plasma gamma-aminobutyric acid with time in healthy controls. Biol. Psychiatry 31, 743–745.

Petty, F., Kramer, G.L. and Feldman, M. (1987) Is plasma GABA of peripheral origin? Biol. Psychiatry 22, 531–533.

Petty, F., Kramer, G.L., Fulton, M., Davis, L. and Rush, A.J. (in press a) Stability of plasma GABA at four-year follow-up in patients with primary unipolar depression. Biol. Psychiatry.

Petty, F., Kramer, G.L., Fulton, M., Moeller, F.G. and Rush, A.J. (1993b) Low plasma GABA is a trait-like marker for bipolar illness. Neuropsychopharmacology 9, 125–132.

Petty, F., Kramer, G.L., Gullion, C.M. and Rush, A.J. (1992) Low plasma γ-aminobutyric acid levels in male patients with depression. Biol. Psychiatry 32, 354–363.

Petty, F., Kramer, G.L. and Hendrickse, W. (1993c) GABA and depression. In: J.J. Mann and D.J. Kupfer (Eds.), Biology of Depressive Disorders, Part A: A Systems Perspective. Plenum, New York, NY, pp. 79–108.

Petty, F., Kramer, G.L. and Moeller, M. (1994) Does learned helplessness induction by haloperidol involve serotonin mediation? Pharmacol. Biochem. Behav. 48, 671–676.

Petty, F., Kramer, G.L., Moeller, M. and Jordan, S. (1993a) In vivo modulation of serotonin release in frontal neocortex. Society for Neuroscience Annual Meeting, Washington, DC, November 7–12.

Petty, F., McChesney, C. and Kramer, G.L. (1985) Intracortical glutamate injection produces helpless-like behavior in the rat. Pharmacol. Biochem. Behav. 22, 531–533.

Petty, F. and Schlesser, M.A. (1981) Plasma GABA in affective illness. J. Affect. Disord. 3, 339–343.

Petty, F. and Sherman, A.D. (1981) GABAergic modulation of learned helplessness 570.

Petty, F. and Sherman [psychiatric illness]

Petty, F., Steinberg, F.G. (1993d) D[...] patients with ma[...]

Petty, F., Rush, A.J., Kramer, G.L., Slak, P.J., Blake, [...] GABA predicts [...] Psychiatry.

Post, R.M., Ballen, C.R., Jimerson, [...] brospinal fluid [...] disorders. Brain

Prosser, J., Hughes, G.L., Rosenbar[...] Plasma GABA [...] behavior disord[...]

Roy-Byrne, P.P., C[...] Kramer, G.L. a[...] benzodiazepines [...] controls. Psych[...]

Scatton, B., Lloyd, Dedak, J., Arbil[...] Fengabine, a no[...] on cerebral nor[...] mission in the r[...]

Schulz, P., Lloyd, R.D. (1994) T[...] evidence of a [...] normal males. [...]

Sedman, A.J., Gim[...] Initial human s[...] inhibitor, C196[...] pathogenesis of [...] 235–242.

*F. Petty / Journal of Affective Disorders 34 (1995) 275-281*    281

receptors in helpless
. Neuropsychobiology

er, C.L. (1991) An
1 in depression (Ab-

989) GABA$_B$ recep-
nent with lithium or
ective disorders? Eur.

ne, V., Priore, P. and
. of fengabine, a new
ients: a double-blind
atr. Scand. 82, 366–

D.E., White, W. and
sion: a placebo-con-
Psychopharmacol. 6,

ner, G., Wilson, L.,
gamma-aminobutyric
pharmacol. Bull. 29,

γ-aminobutyric acid
st for manic depres-

of plasma gamma-
ntrols. Biol. Psychia-

37) Is plasma GABA
531–533.
- and Rush, A.J. (In
ur-year follow-up in
. Biol. Psychiatry.
F.G. and Rush, A.J.
e marker for bipolar
–132.
ish, A.J. (1992) Low
le patients with de-

(1993c) GABA and
r (Eds.), Biology of
Perspective. Plenum,

1994) Does learned
olve serotonin medi-
71–676.
rdan, S. (1993a) In
. frontal neocortex.
g, Washington, DC.

(1985) Intracortical
behavior in the rat.

GABA in affective

rgic modulation of

learned helplessness. Pharmacol. Biochem. Behav. 156, 567–570.
Petty, F. and Sherman, A.D. (1984) Plasma GABA levels in psychiatric illness. J. Affect. Disord. 6, 131–138.
Petty, F., Steinberg, J., Kramer, G.L., Fulton, M. and Moeller, F.G. (1993d) Desipramine does not alter plasma GABA in patients with major depression. J. Affect. Disord. 29, 53–56.
Petty, F., Rush, A.J., Davis, J.M., Calabrese, J.R., Kimmel, S.E., Kramer, G.L., Small, J.G., Miller, M.J., Swann, A.C., Orsulak, P.J., Blake, M.E. and Bowden, C.L. (in press b) Plasma GABA predicts acute response to divalproex in mania. Biol. Psychiatry.
Post, R.M., Ballenger, J.C., Hare, T.A., Goodwin, F.K., Lake, C.R., Jimerson, D.C. and Bunney, W.E., Jr. (1980) Cerebrospinal fluid GABA in normals and patients with affective disorders. Brain Res. Bull. 5 (Suppl. 2), 755–759.
Prosser, J., Hughes, C.W., Sheikha, S., Kowatch, R., Kramer, G.L., Rosenberger, N., Trent, J. and Petty, F. (submitted) Plasma GABA in children and adolescents with mood and behavior disorders.
Roy-Byrne, P.P., Cowley, D.S., Hommer, D., Greenblatt, D.J., Kramer, G.L. and Petty, F. (1992) Effect of acute and chronic benzodiazepines on plasma GABA in anxious patients and controls. Psychopharmacology 109, 153–156.
Scatton, B., Lloyd, K.G., Zivkovic, B., Dennis, T., Claustre, Y., Dedek, J., Arbilla, S., Langer, S.Z. and Bartholini, G. (1987) Fengabine, a novel antidepressant GABAergic agent. II. Effect on cerebral noradrenergic, serotonergic and GABAergic transmission in the rat. J. Pharmacol. Exp. Ther. 241, 251–257.
Schulz, P., Lloyd, K.G., Voltz, C., Lustenberger, S. and Agosti, R.D. (1994) The plasma concentration of GABA shows no evidence of a circadian rhythm and is stable over weeks in normal males. Biol. Rhythm Res. 25, 291–300.
Sedman, A.J., Gimlet, G.P., Sayed, A.J. and Posvar, E.L. (1990) Initial human safety and tolerance study of a GABA uptake inhibitor, CI966: potential role of GABA as a mediator in the pathogenesis of schizophrenia and anemia. Drug Dev. Res. 21, 235–242.

Sherman, A.D. and Petty, F. (1980) Neurochemical basis of the action of antidepressants on learned helplessness. Behav. Neural Biol. 30, 119–134.
Sherman, A.D. and Petty, F. (1982) Additivity of neurochemical changes in learned helplessness and imipramine. Behav. Neural Biol. 35, 344–353.
Suranyi-Cadotte, B.E., Dam, T.V. and Quirion, R. (1985) Antidepressant-anxiolytic interaction: decreased density of benzodiazepine receptors in rat brain following chronic administration of antidepressants. Eur. J. Pharmacol. 106, 673–675.
Suzdak, P.D. and Gianutsos, G. (1985a) Parallel changes in the sensitivity of γ-aminobutyric acid and noradrenergic receptors following chronic administration of antidepressant and GABAergic drugs. Neuropharmacology 24, 217–222.
Suzdak, P.D. and Gianutsos, G. (1985b) Differential coupling of GABA-A and GABA-B receptors to the noradrenergic system. J. Neural Transm. 62, 77–89.
Winokur, G., Coryell, W., Akiskal, H., Maser, J., Keller, M., Endicott, J. and Mueller, T. (in press) Alcoholism in manic-depressive (bipolar) illness: familial illness, course of illness, and the primary-secondary distinction. Am. J. Psychiatry.
Winokur, G., Cook, B., Liskow, B. and Fowler, R. (1993) Alcoholism in manic depressive (bipolar) patients. J. Stud. Alcohol 54, 574–576.
Yonkers, K.A., Halbreich, U., Rush, A.J., Kramer, G.L., Novak, K. and Petty, F. (in press) Peripheral GABA levels in patients with premenstrual dysphoric disorder (Abstract). Biol. Psychiatry.
Zimmer, R., Teelken, A.W., Meier, K.D., Ackenheil, M. and Zander, K.J. (1980) Preliminary studies on CSF γ-aminobutyric acid levels in psychiatric patients before and during treatment with different psychotropic drugs. Prog. Neuro-Psychopharmacol. Biol. Psychiatry 4, 613–620.
Zivkovic, B., Scatton, B., Worms, P., Lloyd, K.G. and Bartholini, G. (1983) Pharmacological and therapeutic actions of GABA receptor agonists. J. Neural Transm. 18 (Suppl.), 319–326.