# Exhibit 51

Biological Psychiatry, Vol. 18, No. 2, 1983 Feb

# Reduced Plasma and CSF γ-Aminobutyric Acid in Affective Illness: Effect of Lithium Carbonate

Wade H. Berrettini,[1,4] John I. Nurnberger, Jr.,[1] Theodore A. Hare,[2] Susan Simmons-Alling,[1] Elliot S. Gershon,[1] and Robert M. Post[3]

Received May 10, 1982; revised August 2, 1982

Plasma and CSF γ-aminobutyric acid (GABA) levels were determined in patients with affective illness and normal volunteers. Plasma GABA was significantly lower in the medication-free euthymic bipolar group ($n = 23$, $p = 0.03$) compared to normal volunteers ($n = 36$). Lithium-treated euthymic bipolar patients ($n = 26$) tended to have higher plasma GABA levels ($p = 0.09$) than the medication-free euthymic bipolar group. Plasma GABA in nine patients, measured in the euthymic state on and off lithium, was higher during lithium treatment ($p < 0.02$). In CSF, GABA was found to be significantly lower in a group of euthymic medication-free unipolar and bipolar patients ($n = 9$) compared to normal volunteers ($n = 39$, $p < 0.02$). CSF GABA, on and off lithium in four bipolar patients, was significantly higher during lithium treatment ($p < 0.02$). This effect of lithium, increasing CSF and plasma GABA, may be related to its mechanism of therapeutic action.

## INTRODUCTION

Recent investigations have provided evidence to suggest that γ-aminobutyric acid (GABA) may play a role in the pathophysiology of affective

[1] Section on Psychogenetics, Biological Psychiatry Branch, National Institute of Mental Health, Bethesda, Maryland.
[2] Department of Pharmacology, Thomas Jefferson University, Philadelphia, Pennsylvania.
[3] Biological Psychiatry Branch, National Institute of Mental Health, Bethesda, Maryland.
[4] All correspondence should be sent to Dr. Wade H. Berrettini, Building 10, Room 3N-220, National Institutes of Health, Bethesda, Maryland 20817.

0006-3223/83/0200-0185 $03.00/0 © 1983 Society of Biological Psychiatry

186                      Berrettini, Nurnberger, Hare, Simmons-Alling, Gershon, and Post

disorders (Berrettini and Post, 1982). Clinical studies have demonstrated lower CSF GABA (Gold *et al.*, 1980; Gerner and Hare, 1981) and lower plasma GABA (Petty and Schlesser, 1981; Berrettini *et al.*, 1982) in depressed patients. Post *et al.* (1980) did not observe significant group differences in CSF GABA (although the depressed patients tended to have lower values), but significantly higher values were found during manic compared to depressed phases in one rapidly cycling patient studied longitudinally.

The fact that Post *et al.* (1980) found only nonsignificantly lower CSF GABA levels in depressed patients may be related to the aliquot of CSF chosen (1 ml from a pool of the 15th-26th cc removed). When Gerner and Hare (1981) measured CSF GABA in their subjects from this aliquot, they found a similar trend to lower values in depressed individuals. Upon selecting a sample from a pool of the 1st-12th cc removed, they found significantly lower values among the depressed patients.

Pharmacologic agents thought to act as GABAergic agonist (valproic acid, progabide) have been reported to be useful in affective disorders (Emrich *et al.*, 1980; Morselli *et al.*, 1980). Animal studies have shown that ECT and carbamazepine (agents effective in both manic and depressed phases) decrease GABAergic turnover (Green *et al.*, 1978; Bernasconi and Martin, 1979). Maggi and Enna (1980) reported that chronic lithium treatment decreased the number of hypothalamic GABA receptors in rat brain. Gottesfeld *et al.* (1971) reported that lithium increased the hypothalamic content of GABA in chronically treated rats. In the "learned helplessness" model of depression, desipramine acted in a similar manner as GABA in both reversal and prevention of the behavior, suggesting that the therapeutic action of tricyclic antidepressants may be mediated by GABAergic activity (Sherman and Petty, 1980).

Recently we have observed that plasma GABA is highly correlated between members of monozygotic twin pairs, and that plasma GABA seems to be a relatively stable parameter in diurnal and seasonal studies (Berrettini *et al.*, 1982). This evidence suggests that plasma GABA may be a stable genetically determined variable.

These investigations prompted us to extend our study of plasma and CSF GABA in affective illness and to investigate the effect of lithium carbonate therapy on these parameters of GABA function. We studied euthymic patients to determine whether possible differences in plasma and/or CSF GABA might be useful as well-state biochemical markers for manic-depressive illness.

A well-state marker for genetic vulnerability to illness (Rieder and Gershon, 1978) may provide essential data for research purposes, such as predicting who is at risk in a family.

Reduced Plasma and CSF GABA in Affective Illness                                   187

## METHODS

All patients participating in this study were either inpatients or outpatients at the National Institute of Mental Health, Bethesda, Maryland. Inpatients were carefully screened to rule out coexisting disease. The screening process included physical and neurologic examinations, blood studies, EEG, chest and skull films, EKG, and CT scan of the cranium. These patients satisfied RDC for bipolar or unipolar affective illness. Inpatients were either medication-free for at least 2 weeks or receiving lithium alone for 1 month prior to lumbar puncture. Lithium doses were adjusted to maintain therapeutic blood levels (0.5-1.5 meq/liter). In a medication-free CSF GABA study of nine inpatients (7 bipolar), all subjects were in a euthymic state for at least 2 weeks prior to lumbar puncture. Mood was assessed by clinical observation and by twice daily consensus nurses' ratings. In a second study CSF GABA was measured in four bipolar patients, medication-free for at least 2 weeks and then after 1 month of lithium therapy. Due to protocol considerations, these paired CSF GABA samples were available only across different mood states. While receiving lithium treatment two inpatients were manic and two euthymic at the time of lumbar puncture. While medication-free, two inpatients were euthymic and two were depressed at the time of lumbar puncture.

Lumbar punctures were performed in the lateral decubitus after overnight bedrest. All lumbar punctures were done in the fasting state between 8 and 10 AM. A 1 ml aliquot of CSF was removed from a volume which contained the 15th-27th ml. This aliquot was frozen on dry ice immediately to prevent spurious elevation in CSF GABA content (Grossman et al., 1980).

Plasma GABA was determined in outpatients, all of whom were bipolar and had been carefully screened using medical and neurological examinations, EEG, skull and chest films, EKG, and blood studies. All outpatients satisfied modified RDC (Mazure and Gershon, 1979). By history and clinical observation, all outpatients were euthymic for at least 2 weeks prior to venipuncture. They were either medication-free for at least 2 weeks or on lithium alone for 1 month prior to the study. Only those patients with therapeutic lithium levels (0.5-1.5 meq/liter) were included in the lithium-treated group. Blood was drawn from a peripheral vein into an evacuated glass tube (vol = 7 ml) containing 0.3 ml of a 5% $Na_2$ EDTA solution. Plasma was prepared within several hours and frozen at −70 C until assayed. Hemolyzed specimens were discarded.

Normal volunteers were carefully screened for medical and psychiatric illness in the same manner as were the patients, except the EEG, skull films, and CT scan were omitted. No normal volunteer had a personal or immediate

188                             Berrettini, Nurnberger, Hare, Simmons-Alling, Gershon, and Post

family history of affective illness. The groups were matched for age and sex. Plasma GABA determinations were formed as described previously (Hare and Manyam, 1980) with the exception that the pH of the lithium citrate buffer was changed from 4.68 to 4.60, resulting in somewhat higher values than we have reported previously (Berrettini et al., 1982). CSF GABA determinations were performed as described by Hare and Manyam (1980). All GABA determinations were performed by individuals who were unaware of the clinical diagnosis or medication state of the subjects. The coefficient of variation for 15 normal subjects on the same day was less than 4% for both plasma and CSF. For six normal subjects sampled 3 days apart, it was less than 8% for both CSF and plasma.

Student's $t$ test and paired $t$ tests were used to determine the significance of the data.

## RESULTS

Euthymic medication-free patients have lower CSF GABA ($p < 0.02$) than age- and sex-matched normal volunteers (Fig. 1). Euthymic medication-free bipolar patients also have significantly lower plasma GABA ($p = 0.03$) than age- and sex-matched normal volunteers (Fig. 2), confirming our previous results (Berrettini et al., 1982). Additionally, lithium-treated euthymic bipolar patients tended to have higher plasma GABA levels ($p = 0.09$) than medication-free euthymic bipolar patients (Fig. 2). Significant decreases in both plasma GABA levels (Fig. 3, $p < 0.02$) and CSF GABA levels (Fig. 4, $p < 0.02$) were found in the medication-free state compared to lithium treatment levels.

## DISCUSSION

The data suggest that affectively ill patients have low plasma and CSF GABA levels and that these levels are increased by lithium therapy. Whether this action of lithium on GABA levels is related in any way to its beneficial effects in affective illness must await further study. Chronic lithium administration to rats elevated hypothalamic GABA content (Gottesfeld et al., 1971) and decreases the number of hypothalamic GABA receptors (Maggi and Enna, 1980). Thus there are animal studies to support the hypothesis that lithium alters GABAergic function.

The present study confirms our previous finding of lower plasma GABA in medication-free euthymic bipolar patients (Berrettini et al., 1982). Petty and Schlesser (1981) found lower plasma GABA only among a group of unipolar patients. They reported on ten bipolar patients (6 manic, 4 depressed). The four

Reduced Plasma and CSF GABA in Affective Illness          189



Fig. 1. CSF GABA in euthymic medication-free bipolar and unipolar patients and in normal volunteers.

depressed patients had a mean plasma GABA value which did not differ significantly from their mean control value. However, the six manic patients had higher plasma GABA than controls. This latter difference may be secondary to medications, as both lithium (this report) and neuroleptics (Zimmer et al., 1980) seem to increase GABA levels. Petty and Schlesser (1981) do not delineate the medications for their patients, but it seems reasonable that manic patients would receive lithium and a neuroleptic. However, Post et al. (1980) have noted the CSF GABA was significantly higher during manic phases, compared

190                          Berrettini, Nurnberger, Hare, Simmons-Alling, Gershon, and Post



Fig. 2. Plasma GABA in euthymic bipolar patients and controls.

to depressed phases, in one rapidly cycling patient, suggesting that CSF GABA may show state-dependent fluctuations.

Gold et al. (1980) and Gerner and Hare (1981) have previously reported significantly lower CSF GABA in medication-free depressed patients. Our present study extends this finding to the euthymic state. Thus low CSF GABA may be a biologic marker for vulnerability to affective disorder.

Although the differences between unmedicated patient and control groups are not strikingly large, they are consistently reported by several groups of investigators for both CSF (Gold et al., 1980; Gerner and Hare, 1981) and plasma (Petty and Schlesser, 1981; Berrettini et al., 1982). Further, small changes in CSF and/or plasma GABA concentrations may reflect profound alterations in GABAergic function at the synapse.

We have observed previously that plasma GABA is highly correlated among members of monozygotic twin pairs, suggesting some degree of genetic deter-

Reduced Plasma and CSF GABA in Affective Illness 191



Fig. 3. Effect of lithium on plasma GABA in euthymic bipolar patients.

mination (Berrettini et al., 1982). The finding that plasma GABA is lower in medication-free euthymic bipolar patients supports the similar CSF data and suggests that low plasma might be a marker for vulnerability of affective illness. This possibility can be studied in pedigrees in each of which there are several ill and well first-degree relatives, including a proband with low plasma GABA (Rieder and Gershon, 1978). If plasma GABA is a vulnerability marker then unmedicated ill relatives will have lower plasma GABA than well relatives.

The effect of lithium on CSF GABA in four cases seems rather prominent (but mood state changes might account for some of this); the effect on plasma is less striking. It appears that GABA does not cross the blood–brain barrier to any great extent (Kuriyama and Sze, 1970; Loscher and Frey, 1982). However, pharmacologic manipulations of GABA metabolism (such as inhibition of catabolism via GABA-transaminase) can produce congruous elevations in both

192                          Berrettini, Nurnberger, Hare, Simmons-Alling, Gershon, and Post



Fig. 4. Effect of lithium on CSF GABA in bipolar patients.

plasma and CSF GABA (Loscher, 1979; Ferkany et al., 1978, 1979; Loscher and Frey, 1982). While there is evidence to suggest that CSF GABA reflects brain GABA activity (Wodd et al., 1980), there has been no systematic study of the relationship between CSF and plasma GABA in man. In a preliminary study, we found no correlation between CSF and plasma GABA in simultaneously obtained samples (Berrettini et al., 1982).

Recently a small study of various amino acids in CSF of lithium-treated bipolar patients has been reported (Goodnick et al., 1982). Elevations of taurine, aspartate, and glycine (but not glutamic acid) were described. While this is a preliminary report, it raises the possibility that lithium has a rather nonspecific effect of elevating the CSF levels of several amino acids. This may also occur

Reduced Plasma and CSF GABA in Affective Illness                                193

in plasma. Such a general effect on amino acids might explain the lithium results reported here.

## ACKNOWLEDGMENTS

The authors would like to express their appreciation to Lynn R. Goldin for statistical assistance, the staffs of the Section on Psychogenetics and the Section on Psychobiology, Biological Psychiatry Branch, National Institute of Mental Health. The clinical assistance of the 3-West Research Unit nursing staff is gratefully acknowledged.

## REFERENCES

Bernasconi, R., and Martin, P. (1979). Effects of antiepileptic drugs on the GABA turnover rate. *Arch. Pharmacol.* 307: 251.

Berrettini, W. H., and Post, R. M. (1982). GABA in affective illness, in *Neurobiology of Mood Disorders*, Post, R. M., and Ballenger, J. C. (eds.), Williams and Wilkins, Baltimore.

Berrettini, W. H., Nurnberger, J. I., Jr., Hare, T., Gershon, E. S., and Post, R. M. (1982). Plasma and CSF GABA in affective illness. *Brit. J. Psychiat.* 141: 483.

Emrich, H. M., v. Zevssen, O. Kissling, W., Moller, H. J., Windorder, A. (1980). Effect of sodium valproate on mania. *Arch. Psychiat. Nervenk.* 229: 1-21.

Ferkany, J. W., Smith, L. A., Seifert, W. E., Jr., Caprioli, R. M., and Enna, S. J. (1978). Measurement of GABA in blood. *Life Sci.* 22: 2121-2128.

Ferkany, J. W., Butler, I. J., and Enna, S. J. (1979). Effect of drugs on rat brain CSF and blood GABA content. *J. Neurochem.* 33: 29-33.

Gerner, R. H., and Hare, T. A. (1981). CSF GABA in normals, depression, schizophrenia, mania, and anorexia nervosa. *Am. J. Psychiat.* 138: 1098-1101.

Gold, B. I., Bowers, M. B., Jr., Roth, R. H., and Sweeney, D. W. (1980). GABA levels in CSF of patients with psychiatric disorders. *Am. J. Psychiat.* 137: 362-364.

Goodnick, P. J., Evans, H. E., Dunner, D. L., and Fieve, R. R. (1982). Lithium and amino acids. *Am. J. Psychiat.* 139: 538-539.

Gottesfeld, Z., Ebstein, B. S., and Samuel, D. (1971). Effect of lithium on concentration of glutamate and GABA levels in amygdala and hypothalamus in rat. *Nature New Biol.* 234: 124-125.

Green, A. R., Peralta, E., Hong, J. S., Mao, C. C., Aterwill, C. K., and Costa, E. (1978). Alterations in GABA metabolism and met-enkephalin content in rat brain following repeated electroconvulsive shocks. *J. Neurochem.* 31: 607-618.

Grossman, N. H., Hare, T. A., Manyam, M. V. B., Glaesar, B. S., and Wood, J. H. (1980). Stability of GABA levels in CSF under various conditions of storage. *Brain Res.* 182: 99.

Hare, T. A., and Manyam, N. V. B. (1980). Rapid and sensitive ion-exchange fluorometric measurement of GABA in physiologic fluids. *Anal. Biochem.* 101: 349-355.

Kuriyama, K., and Sze, P. Y. (1970). Penetration of GABA across the blood-brain barrier. *Pharmacologist* 13: 207-212.

Loscher, W. (1979). GABA in plasma and CSF of different species. Effects of γ-acetylenic GABA, γ-vinyl GABA and sodium valproate. *J. Neurochem.* 32: 1587-1591.

Loscher, W., and Frey, H. H. (1982). Transport of GABA at the blood-CSF interface. *J. Neurochem.* 38: 1072-1079.

194                                              Berrettini, Nurnberger, Hare, Simmons-Alling, Gershon, and Post

Maggi, A., and Enna, S. J. (1980). Regional alterations in rat brain neurotransmitter systems following chronic lithium treatment. *J. Neurochem.* 34: 888-892.

Mazure, C., and Gershon, E. S. (1979). Blindness and reliability in lifetime psychiatric diagnosis. *Arch. Gen. Psychiat.* 127: 1-10.

Morselli, P. L., Bossi, L., Henry, J. F., Zarifian, E., and Bartholini, G. (1980). On the therapeutic action of SL 76 002, a new GABA-mimetic agent. *Brain Res. Bull.* 5(supplement): 411-415.

Petty, F., and Schlesser, M. A. (1981). Plasma GABA in affective illness. *J. Affective Dis.* 3: 339-343.

Post, R. M., Ballenger, J. C., Hare, T. A., Goodwin, F. K., Lake, C. R., Jimerson, D. C., and Bunney, W. E., Jr. (1980). CSF GABA in normals and patients with affective disorder. *Brain Res. Bull.* 5(suppl. 2): 755-759.

Rieder, R. O., and Gershon, E. S. (1978). Genetic strategies in biological psychiatry. *Arch. Gen. Psychiat.* 35: 866-873.

Sherman, A. D., and Petty, F. (1980). Neurochemical basis of the action of antidepressants on learned helplessness. *Behav. Neural Biol.* 30: 119-134.

Wood, J. H., Hare, T. A., Enna, S. J., and Manyam, N. V. B. (1980). Sites of origin and rostrocaudal concentration gradients of GABA in CSF. *Brain Res. Bull.* 5(suppl. 2): 111-116.

Zimmer, R., Teelken, A. W., Meier, K. D., Ackenheil, M., and Zander, K. G. (1980). Preliminary studies on CSF GABA levels in psychiatric patients before and during treatment with different psychotropic drugs. *Prog. Neuropharmacol.* 4: 613-620.