Exhibit 52

Gerard Sanacora, M.D., Ph.D.
Associate Professor, Department of Psychiatry
Yale University, School of Medicine
34 Park St.
New Haven, CT 06519

**Expert Report on General Medical Causation:**
**Neuropsychopharmacological Evidence Regarding**
**Alleged Causal Relationship Between**
**Use of Neurontin (Gabapentin) and Suicidal Behavior**

## I.        Introduction

My name is Gerard Sanacora, M.D., Ph.D.  I am a psychiatrist and

neuropsychopharmacologist at the Yale University School of Medicine.  A copy of my

current curriculum vitae is appended at Attachment A.

This report contains my opinions, expressed to a reasonable degree of scientific

certainty, regarding current scientific understanding of the neurobiological bases of major

depression and mood disorders and their symptomatology, including suicidality; the role

of amino acid neurotransmitter systems such as γ-aminobutyric acid (GABA), glutamate,

and monoamines in brain and central nervous system function; the pharmacology of

gabapentin and other relevant compounds; and the clinical efficacy and safety profile of

gabapentin when used to treat human psychiatric and neurological disorders.

Materials that I reviewed specifically in connection with preparation of this report

are listed on Attachment B.  My opinions are also based in part upon information gained

through my medical and scientific education and training, my professional familiarity

with the medical and scientific literature germane to the subject matter, and my

discussions with colleagues, my research experience, and my clinical experience.  It is

not possible to list all of the manuscripts and documents that support or that I consider

relevant to my opinions, however, I have listed all of the materials provided to me in specific connection with my work in this matter or that I consider particularly important to the subjects of this report. I will supplement this report to the extent any new scientific developments or additional information warrant its revision.

My major opinions in this matter may be summarized as follows: Based on existing scientific knowledge I find no credible evidence to support the hypothesis that a medication that simply increases brain tissue GABA content would be in anyway causative of depressive episodes or suicidality. Contrarily, there is now mounting evidence to suggest that medications that increase tissue GABA content are actually associated with an antidepressant-like response. However, the neural mechanisms mediating emotion and behavior in humans are extremely complex, and our current understanding of these processes remains insufficient to reliably predict how emotion and behavior will be affected based solely on a molecule's ability to slightly alter the level or release of one or another neurotransmitter system in isolation. In reviewing the available safety data, literature and adverse events reports available to me, I see no scientific evidence to suggest the risk of suicide is increased in patients using gabapentin compared to a similar group of patients not using gabapentin. Absent an association between gabapentin use and suicidality, it is not possible to draw the conclusion the gabapentin is causally associated with suicidal behavior.

## II.        Qualifications

I am an Associate Professor of Psychiatry at Yale University School of Medicine, and Director of the Yale Depression Research Program. I received my Bachelor of Science (B.S.) degree with a double major in Biology and Psychology from the State

University of New York (SUNY) at Stony Brook, graduating *magna cum laude*. I then received a Medical Scientist Training Program Scholarship (funded by the National Institutes of Health (NIH)) from SUNY Stony Brook, where I obtained my Ph.D. degree in Physiology and Biophysics in 1992 and my M.D. degree in 1994.

I completed my clinical training in the residency program in the Department of Psychiatry at Yale University School of Medicine within the specialized NIH funded Neuroscience Research Training Program. My first year of medical internship experience was completed at Yale-New Haven Hospital in New Haven CT. The remainder of the residency was in the Department of Psychiatry at Yale. I then remained at Yale School of Medicine as a post-doctoral fellow for one additional year in the NIH funded Neuroimaging Scientist Training Fellowship.

I have significant clinical and research experience in the fields of Biological Psychiatry and Neuropsychopharmacology. I have been the Director of the Yale Depression Research Program since 2000. This program focuses on using clinical and translational neuroscience studies to advance our understanding of the neurobiological underpinnings of mood disorders and the mechanisms of antidepressant action. I have published more than 50 scientific papers and book chapters related to the neurobiology of depression, several of which are directly related to the relationships of the amino acid neurotransmitter systems, GABA and glutamate, to mood disorders and their treatment. I am currently a member of the American College of Neuropsychopharmacology (ACNP) and the editorial board of the Journal of Biological Psychiatry. Additional details are listed in my curriculum vitae (Attachment A).

I am being compensated for work on this matter at an hourly rate of $375. I have not testified as an expert witness in a trial, hearing, or deposition within the past four years.

### III.    Scientific Understanding of the Pathophysiology of Depression

Major depressive disorder (MDD) is characterized by a constellation of symptoms including sleep and eating disturbances, depressed mood, feelings of worthlessness, increased guilt, psychomotor agitation or retardation, and excessive morbid thoughts, suicidal ideation or attempts. Diagnostic and Statistical Manual of Mental Disorders 349-356, 369-376 (Amer. Psych. Ass'n 4th ed. 2000). MDD affects approximately 16% of Americans at some point in life (Kessler et al 2005).

Despite the tremendous burden of depressive disorders on individuals and society, we continue to have a very limited understanding of the complex neurobiological underpinnings of the disorder. Largely as a result of the presumed mechanisms of action of the older antidepressant compounds, namely the monoamine oxidase inhibitors (MAOIs) and the tricyclic antidepressant agents (TCAs), which were discovered serendipitously, most depression research over the past half century has focused on the neurobiology of the monoaminergic systems. More recently the development and successful use of the selective serotonin reuptake inhibitor (SSRI) class of medications focused attention to a large extent specifically on serotonin.

It is now evident, however, that the mechanisms of antidepressant action and the pathophysiology of MDD are much more complicated than once perceived. There are now clear examples of effective antidepressant medications that do not serve to increase monoamine neurotransmission. For example, tianeptine, a widely used antidepressant

4

agent in Europe, has been demonstrated to be at least as effective as the selective

serotonin reuptake inhibitors in the treatment of MDD (Kasper and Olie 2002), and

tianeptine appears to have a completely unique mechanism of action and may actually

enhance serotonin uptake and reduce synaptic serotonin levels (McEwen and Olie 2005;

Wagstaff et al 2001; Wilde and Benfield 1995). After completing studies using

tianeptine a group of researchers led by Dr. Florian Holsboer, Director and Scientific

Member at the Max Planck Institute of Psychiatry, concluded "The results of the current

study suggest that the initial effect, *i.e.*, enhancement or decrease of 5-HT release, is only

indirectly responsible for antidepressant efficacy, and they support the notion that

downstream adaptations within and between nerve cells are crucial."(Nickel et al 2003).

In our current scientific understanding of the neurobiological basis of depression, neither

the production, exacerbation, or remission of clinical depression or its symptoms may be

simply inferred or assumed from an alteration of some aspect of serotonergic function.

Instead, convincing clinical data is essential to demonstrate an association or causal

relation between an agent that affects monoaminergic neurotransmission and either a

depressant or an antidepressant effect.

Although numerous animal studies, imaging paradigms, genetic studies and

depletion studies have identified associations between various changes in the serotonin,

norepinephrine, and dopamine systems' functions and MDD, there is no clear evidence of

a direct causative relationship between these abnormalities and the disorder. (See Mental

Health: A Report of the Surgeon General 251-57 (U.S. Dep't of Health & Hum. Svcs.

1999) ("After more than 30 years of research, however, the monoamine hypothesis has

been found insufficient to explain the complex etiology of depression.").)

The current state of scientific understanding is perhaps best demonstrated in the conclusions of a large meta-analytical study that examined all monoamine-depletion studies performed between 1966 and 2006. After reviewing and performing statistical meta-analysis of the 90 studies in this area the authors concluded that "[a]lthough previously the monoamine systems were considered to be responsible for the development of MDD, the available evidence to date does not support a direct causal relationship with MDD. There is no simple direct correlation of 5-HT or NE levels in the brain and mood" (Ruhe et al 2007). This point is further highlighted by Dr. Steven Stahl in one of the standard textbooks used to teach medical students and residents about psychopharmacology: "So far, there is no clear and convincing evidence that monoamine deficiency accounts for depression; that is, there is no 'real' monoamine deficit." (S.M. Stahl, Essential Psychopharmacology 2000.)

While the fact that monoaminergic neurotransmission is important in regulation of mood is today more well-established than ever before, (Surgeon General (1999) at 252), it also has become increasingly clear that the pathophysiological abnormalities associated with MDD go well beyond the simplistic idea that mood and depression are directly related to brain levels of monoamines alone. (Ibid.) Studies during the past two decades have demonstrated the extreme complexity of the neural processes mediating emotion and behavior. It is now generally accepted that neural effects on emotion and behavior are mediated by the intricate interactions of several neurotransmitter and neuromodulatory systems that lead to downstream effects on signal transduction systems and ultimately changes in gene expression. The involvement and interaction of multiple

different brain regions in the control of emotion and behavior further add to the complexity of these processes (Carlson et al 2006).

   As a result of advancing scientific knowledge in neuropsychopathology, the majority of leaders in the field no longer accept as a scientific matter the overly simplistic concept that a "chemical imbalance" or a "monoaminergic deficit" is the etiological factor causing depression or depressive-like behaviors, nor that simply altering monoamine levels will directly produce clinically significant outcomes. Such simplifications may be useful in terms of explaining the clinical purpose of a medication regimen to a lay patient. It is, in fact, widely accepted knowledge in psychiatry that administration of antidepressant compounds that tend *acutely* to elevate one or more monoamine levels *eventually* produces therapeutic benefit for many depressed patients ((U.S. Department of Health and Human Services 1999)at 252.) Virtually all available antidepressant pharmacotherapies significantly elevate or promote function of one or more of the monoamines within minutes or hours of ingestion, and yet each of them requires several weeks at a minimum before the vast majority of responders manifest any significant clinical improvement in depressive symptomatology. (Ibid.) It is further widely understood and accepted that non-responders to one monoaminergic agent may respond to a different (even slightly different) monoaminergic compound, and this is true even among distinct compounds with mechanisms of action that are quite similar, as evidenced by the within-class-switch between citalopram to sertraline in the STAR*D study (Rush 2007). Current scientific understanding of the neurobiology of depression and the pharmacology of its treatment does not accept oversimplifications represented by

propositions such as that "lower serotonin increases depression" or "higher serotonin reduces depression."

Dr. Kendler recently expressed this view in a review article in the American Journal of Psychiatry "We have hunted for big, simple neurochemical explanations for psychiatric disorders and have not found them." In addition, as he pointed out, "[o]ur current knowledge, although incomplete, strongly suggests that all major psychiatric disorders are complex and multifactoral." (Kendler 2005). In sum, the simplistic concept that merely increasing or decreasing serotonin release, or the release of any other neurotransmitter for that matter, is likely to directly result in depression or depressive-like behaviors is inconsistent with current scientific understanding of the neurobiology of mood disorders and behavior in general. Specifically, to my knowledge there is no scientific knowledge demonstrating that the monoaminergic change observed with gabapentin causes suicidality in human subjects.

### IV.     Role of amino acids in depression and mood

Over the past decade a growing body of scientific research has increased our knowledge of the relationships between alterations in the amino acid neurotransmitter (AANt) systems and the pathophysiology of mood disorders and the mechanism of antidepressant action. Although most of the attention in psychopharmacological and biological psychiatric research has historically been directed toward the monoaminergic systems, it is important to recognize that the ANNts, namely glutamate and gamma aminobutyric acid (GABA), are the major excitatory and inhibitory transmitters, comprising the large majority of all neurotransmitter activity in the brain.

As an initial matter, it is important to recognize that pychopharmacologists refer to a neurotransmitter as "excitatory" or "inhibitory" as a means of describing its electrochemical effects at the sub-cellular level. To say that an AANt or other neurotransmitter is excitatory or inhibitory does not mean that it produces "excitation" or "inhibition" in terms of clinical symptoms or behavioral effects. The reports of two of the three plaintiffs' expert witnesses in this litigation (Drs. Michael Trimble and Stefan Kruszewski) are fundamentally incorrect to the extent they extrapolate or infer *behavioral* effects or symptoms from *neurochemical* excitation or inhibition. The correct scientific use of the terms was acknowledged by a third of the plaintiffs' experts, Dr. Robert Roth in his deposition (Roth Deposition pp. 48-49), and is further specified in his textbook on neuropharmacology. (Cooper, Bloom & Roth, *The Biochemical Basis of Neuropharmacology* 14-15 (Fig. 2-2) & 105-06 (8th ed. 2003).)

Not surprisingly in the light of their ubiquity, the AANt systems have been found to play critical roles in nearly all forms of learning, emotional processing, behavior, and the regulation of neuroplasticity. Today, several converging lines of scientific evidence are increasing our scientific understanding of the relationships and potential contributions of these systems to the pathophysiology, possible pathogenesis, and potential treatment of depression (Kugaya and Sanacora 2005).

**GABA and MDD**

Supporting evidence of GABAergic involvement in the pathophysiology and treatment of mood disorders is supported by several lines of evidence, including (1) animal studies showing stress-related changes in GABAergic function; (2) the ability of GABA agonists and antagonists to modulate behavioral models of depression in rodents;

(3) GABAergic effects of standard antidepressant medications; (4) demonstration of GABAergic abnormalities in depressed patients; and (5) evidence of clinical antidepressant efficacy associated with GABAergic drugs. In general this data suggests depression is associated with a decreased level of GABAergic neurotransmission. (A. Schatzberg & C. Nemeroff, Textbook of Psychopharmacology 736 (3d ed. 2000).) In addition to the consistent, repeated findings pointing to diminished GABAergic neurotransmission in several brain regions associated with the presence and increasing severity of depression, it has also been found that antidepressant agents commonly increase GABAergic neurotransmission. I will briefly discuss some of this evidence below. A more complete and technical discussion may be found in my published review of this subject, (Sanacora and Saricicek 2007), a copy of which is appended to this report as Attachment C and incorporated by reference.

### GABA and Stress

Stress is known to be one of the major risk factors for the development of a depressive episode. (Surgeon General 254 (1999) ("[M]any episodes of depression are associated with some sort of acute or chronic adversity."); Diagnostic and Statistical Manual of Mental Disorders 352 (2000) ("Major Depressive Episodes often follow psychosocial stressors[.]").) The physiological response to acute stress parallels many of the physiological characteristics associated with major depressive disorder (MDD). This relationship may be mediated in part through the GABAergic system, which is modulated by both acute and chronic stress. Several short-term and long-term stressors decrease cortical $GABA_A$ receptor function in rodent models. Stress has also been demonstrated

to decrease GABA concentrations, synthesis, and regionally decreases $GABA_A$ receptor binding (Acosta et al 1993; Acosta and Rubio 1994; Borsini et al 1988).

At the systems level, GABA is known to play a central role in regulating the hypothalamic-pituitary-adrenal (HPA) axis (Herman et al 2004; Verkuyl et al 2005) and in amygdala gating (Pape 2005), two mechanisms that may be related to the neurobiology that couples stress and depression. In sum, there is now strong evidence demonstrating that the GABAergic system is tightly associated with the regulation of stress at multiple levels, with the general trend being one where increased stress is associated with decreased GABAergic neurotransmission and that increasing GABAergic neurotransmission decreases the stress response. (Kaplan & Sadock, Comprehensive Textbook of Psychiatry 1320 (7th ed. 2000); Surgeon General 240 (1999).)

**Evidence of GABAergic Involvement in Animal Models of Depression.**

Alterations of GABA activity have been observed in several rodent behavioral models of depression including olfactory bulbectomy, learned helplessness (LH) and forced swim test (FST). Olfactory bulbectomized rats have several abnormalities in GABAergic function including increased GABA turnover in amygdaloid cortex (Jancsar and Leonard 1984). Several GABAergic agents including $GABA_A$ agonists and direct GABA agonists were shown to reverse the behavioral deficits after olfactory bulbectomy (see review (Song and Leonard 2005)). Early experiments by Sherman and Petty (Sherman and Petty 1980) found that GABA prevented development of LH (an animal model of depression) when injected into frontal cortex and hypothalamus and that microinjection of GABA into hippocampus reversed LH behavior after inescapable stress. Conversely, $GABA_A$ receptor antagonists (Lloyd et al 1987a; Petty and Sherman

1981) and benzodiazepine receptor inverse agonists were demonstrated to induce LH-like behaviors (Drugan et al 1985; Maier et al 1995). GABA release from hippocampal synaptosomes has also been found to be decreased in rats exhibiting LH behavior, and repeated imipramine administration reversed learned helplessness behavior and the hippocampal GABA deficit (Sherman and Petty 1982). A recent manuscript by Sartorius et al. (Sartorius et al 2007) demonstrated that rats bred for congenital LH had markedly reduced levels of GABA and an increased ratio of glutamate to GABA in the prefrontal cortex and hippocampus. Furthermore the investigators found that treatment with either desipramine or electroconvulsive seizure (a model for ECT) resulted in increased levels of GABA and a trend toward a normalization of the glutamate/GABA ratio.

Borsini et al. (Borsini et al 1988) observed decreased GABA levels in rat nucleus accumbens, brain stem and cortex after a session of Forced Swim. Systemic administration of GABA agonists (muscimol and THIP), GABA-T inhibitor (AOAA) and the GABAmimetic drug progabide reduced the duration of immobility in the FST (Borsini et al 1988; Nakagawa et al 1996; Poncelet et al 1987) consistent with the effects of standard antidepressant medications; whereas, GABA antagonists picotoxin and bicuculline attenuated the muscimol-induced reduction of the immobility, thus demonstrating that the effect was mediated through GABA (Nakagawa et al 1996; Poncelet et al 1987).

In sum, these animal studies strongly suggest that a reduction of brain GABA is associated with depressive-like behaviors in rodent models and that increased GABAergic transmission may be responsible for antidepressant like effects.

### GABA and Depression in Humans

There is abundant evidence suggesting that brain and peripheral GABA content is reduced in patients suffering with major depression and anxiety disorders.

Multiple studies measuring cerebrospinal fluid (CSF) GABA levels in depressed patients have reported low GABA content (Gerner 1984; Gerner 1981; Gold 1980; Kasa 1982) and a meta-analysis of the studies performed by Petty *et al.* (Petty et al 1993) revealed the lower CSF GABA content associated with depression was highly statistically significant compared to non-depressed subjects.

Like the findings in CSF, plasma GABA levels are also found to be significantly decreased in patients with Major Depressive Disorder (MDD) (Petty 1994) and plasma GABA levels were found to be negatively correlated with aggressiveness in healthy subjects who had first degree relatives with MDD (Bjork et al 2001).

There is also evidence of decreased plasma and CSF levels of neurosteroids possessing positive modulating effects on the $GABA_A$ receptor, along with a concomitant increase in two sulfated neurosteroids that may act as functional GABA antagonist in depressed individuals, in serum of individuals with MDD (Romeo et al 1998; Uzunova et al 1998). Moreover, the disequilibrium of GABA modulating neuroactive steroids was corrected following antidepressant treatment (Romeo et al 1998; Uzunova et al 1998).

Perhaps contributing to the consistent findings of decreased GABA content in patients with MDD, a recent postmortem study demonstrated GABAergic neurons immunoreactive for calcium binding proteins are reduced in the prefrontal cortex in major depression (Rajkowska et al 2007). Other postmortem histology studies have provided consistent evidence that a deficit of GABAergic neurotransmission probably

13

also plays a role in both schizophrenia and bipolar disorder (Akbarian et al 1995; Benes and Berretta 2001; Choudary et al 2005; Cotter et al 2002; Lewis et al 2004).

A number of neuroimaging studies also indicate that GABA deficits contribute to the pathophysiology of MDD. Our laboratory (Sanacora et al 1999) found a significant (52 %) reduction in occipital cortex GABA levels of depressed patients in comparison to healthy controls. (This is precisely the same brain region where research groups led by Drs. Petroff and Kuzniecky showed that GABA was elevated following gabapentin treatment.) The results were later replicated in a second, larger study of MDD subjects (Sanacora et al 2004), and a recent study of the NIMH (Hasler et al 2007) that also found reduced cortical GABA content in the dorsal medial/dorsal anterior-prefrontal cortex. An additional study performed at Oxford University found persistent reductions in both occipital and frontal GABA content in patients with a history of depression (Bhagwagar et al 2007). Related to these findings, patients with panic disorder were also found to have abnormally low GABA levels in occipital cortex (Goddard et al 2001). Family history of anxiety and depressive psychopathology were associated with larger occipital cortex total GABA reductions observed in panic disorder (Goddard et al 2004). In short, and contrary to the unsupported assertions in the reports of plaintiffs' experts Drs. Trimble and Kruszewski, there is a large body of scientific research demonstrating that *reduced* (not elevated) GABAergic levels and/or function are associated with depression and anxiety disorders.

### GABAergic Effects of Existing Antidepressant Medications

Elevated GABA levels and enhanced GABA release following high dose acute administration of tricyclic antidepressants, MAOIs and daily electroconvulsive shock

14

were reported in several early rodent studies (Bowler et al 1983; Korf and Venema 1983; Patel et al 1975; Perry and Hansen 1973; Popov and Matthies 1969; Schatz and Lal 1971) as well as recent studies (Marsteller et al 2007; Sartorius et al 2007). Only a few exceptions to the trend in these findings have been reported (Olsen et al 1978; Pilc and Lloyd 1984). A considerable amount of work has also been performed demonstrating that, phenelzine, a commonly used MAOI, increases brain GABA levels. This effect may be attributable, at least in part, to GABA-T inhibition (McKenna et al 1994; McManus et al 1992; Parent et al 2002; Yang and Shen 2005).

Human studies have demonstrated elevated levels of the GABA content in the occipital cortex (the same regions shown in the Petroff and Kuzniecky studies to have an elevated GABA content following administration of gabapentin) following both acute and chronic SSRI treatment in both healthy and depressed subjects (Bhagwagar et al 2004; Sanacora et al 2002). Pramipexole and venlafaxine treatment has also been shown to increase brain GABA content in cocaine-dependent subjects (Streeter et al 2005). ECT treatment of MDD, generally accepted as the most highly efficacious treatment for severe MDD and suicidality (American Psychiatric Association 1990), was shown to almost double occipital cortex GABA concentrations (Sanacora et al 2003). Furthermore, chronic treatment with lamotrigine, an agent originally developed as an anticonvulsant but later found to have mood stabilizing properties and now indicated as a maintenance medication for the treatment of bipolar disorder, has also been shown to increase cortical GABA concentrations (Kuzniecky et al 2002). Lastly, a recent study by a team of researchers from Harvard University and Boston University showed GABA levels markedly increased following yoga sessions, leading the authors to suggest " [T]he

practice of yoga should be explored as a treatment for disorders with low GABA levels such as depression and anxiety disorders" (Streeter et al 2007).

Additional evidence that elevated GABA neurotransmission is associated with antidepressant responses is provided by studies with progabide and fengabine (SL 79229), two GABA-mimetic compounds that reached clinical trials as antidepressant agents. The agents have proven antidepressant activity in several rodent models commonly used to screen for antidepressant activity (Lloyd et al 1987b). Multiple clinical trials demonstrated that both of these compounds are effective antidepressants, many reporting efficacy equal to tricyclic antidepressant agents (see (Bartholini 1986) for compilation of studies, also (Magni et al 1989)). This occurs despite what appears to be paradoxical effects on monoaminergic systems (Scatton et al 1987).

In sum, there is now extremely strong evidence to suggest that lower levels (not elevated levels) of GABA in the brain are associated with depression and anxiety. There are also converging lines of evidence suggesting that treatments resulting in an elevation of brain GABA levels are associated with antidepressant and anxiolytic-like responses -- and not a worsening of mood and anxiety. There is no scientific support for the proposition that any brain tissue GABA level elevation observed after administration of gabapentin is associated with, much less causes, depression or suicidality in patients.

**Glutamate and MDD**

Several lines of evidence also suggest abnormalities in the glutamatergic neurotransmitter system may contribute to the neurobiology of major depressive disorder. (Krystal et al 2002; Kugaya and Sanacora 2005; Pittaluga et al 2007)

16

In non-human studies, there is evidence that stress is associated with increased levels of glutamatergic activation in several brain regions (Moghaddam and Jackson 2004). This increased glutamatergic drive is believed to contribute to various forms of stress related neurotoxicity (Sapolsky 2000).

Other studies have provided evidence of altered glutamate function in depressed individuals, and a recently published postmortem study has demonstrated increased levels of glutamate in the brains of patients with major depression after controlling for postmortem interval (Hashimoto et al 2007). *In vivo* magnetic resonance spectroscopy studies also demonstrate abnormal Glutamate content in various brain regions of individuals diagnosed with MDD (Auer et al 2000; Bhagwagar et al 2007; Hasler et al 2007; Michael et al 2003; Sanacora et al 2004).

In sum, findings from both basic science and clinical laboratories are now providing strong evidence that abnormalities within the glutamate neurotransmitter system are associated with MDD.

These findings have served to fuel the interest in the development of pharmaceutical agents targeting the glutamatergic system for the treatment of MDD. Two glutamatergic drugs have gained significant interest over the past few years for their rapid and potent antidepressant properties.

Ketamine, an NMDA receptor antagonist has been shown in several preclinical and clinical studies to have both potent and rapid antidepressant-like effect (Berman et al 2000; Zarate et al 2006).

Riluzole (Rilutek®), 2-amino-6-trifluoromethoxy benzothiazole, a drug currently FDA approved and marketed for the treatment of ALS (Miller et al 2007), has also gained

17

considerable attention. Riluzole appears to modulate glutamate neurotransmission by several pharmacological mechanisms. The drug was originally developed as an anticonvulsant and early studies showed it to oppose several actions of glutamate *in vitro* and *in vivo* (Benavides et al 1985; Mizoule et al 1985). Various studies demonstrate that the drug may act through functional antagonism at a subset of glutamate receptors (Benavides et al 1985; Debono et al 1993), and interactions with a number of voltage-activated sodium (Benoit and Escande 1991; Hebert et al 1994; Urbani and Belluzzi 2000; Zona et al 1998), calcium (Huang et al 1997; Stefani et al 1997), and potassium channels (Ahn et al 2005; Ahn et al 2006; Duprat et al 2000; Xu et al 2001; Zona et al 1998) that result in a reduction in glutamate release (Cheramy et al 1992; Doble et al 1992; Jehle et al 2000; Martin et al 1993). Recently riluzole also has been found to enhance glial cell reuptake of glutamate (Azbill et al 2000; Dunlop et al 2003) (Sung et al 2003). Similar to many other antidepressants, riluzole demonstrates the ability to increase hippocampal BDNF and cell proliferation (Katoh-Semba et al 2002). These actions are believed to be related to the fact that Riluzole has recently been found to have antidepressant and anxiolytic properties in several small open-label clinical trials. (Coric et al 2003) (Zarate et al 2004) (Zarate et al 2005) (Sanacora et al 2007) (Mathew et al 2005)

In sum, there is now strong reason to believe that the glutamatergic system contributes to the pathophysiology of MDD. At present the scientific data are supportive of the general theory that an *excessive* release of glutamate into the extracellular space and *over-stimulation* of glutamatergic NMDA receptors are likely contributors to the pathophysiology associated with MDD. It also appears to be the case that agents capable

of minimizing these effects possess potent antidepressant-like properties. These findings are diametrically opposite to the assertions appearing at pp. 8-9 of Dr. Kruszewski's report, which states without citation to any supporting science that "inhibitory effects on excitatory glutaminergic neurotransmission" somehow produce depression and suicidality. There is no reliable scientific support for that assertion; again, the plaintiffs' expert appears to have fundamentally misstated the clear import of a large, consistent body of scientific knowledge.

## V.    Mechanism of Gabapentin

As stated above the current evidence suggests GABA levels, especially occipital cortex GABA levels, are reduced in patients suffering with MDD and with a history of MDD. Additional data further demonstrate that many treatments that possess antidepressant properties increase, or normalize cortical GABA levels in the occipital cortex and in other brain regions of depressed patients. Based on this information it would seem reasonable to infer that gabapentin, a medication that has been shown to increase GABA concentrations in the same occipital region where abnormally low GABA has been found in depressed subjects, either has no clinically significant relationship to depression or that it may have some antidepressant properties. Some clinical evidence for gabapentin tends to be consistent with positive effects on depressive or global mood and well-being in particular patient diagnostic categories (Dimond et al 1996; Perugi et al 2002), but additional data would have to be developed to demonstrate antidepressant action by conventional standards for proof of efficacy. Although this line of reasoning may be as (overly) simple as the monoamine imbalance proposed in previous eras, it highlights the fact that there is absolutely no reliable scientific basis

whatsoever to reason that drugs such as gabapentin that *increase* brain GABA content will have, because of their GABA elevating property, depressogenic effects.

Scientifically, it remains unknown what, if any, clinically significant effects gabapentin may have on GABAergic neurotransmission. The elevated GABA levels seen via *in vivo* magnetic resonance spectroscopy studies (for example, Petroff et al. (2000), Kuzniecky et al. (2002)), reflect total tissue GABA. The large majority of this GABA is contained within the cell, where it is inactive and serves no neurotransmission function. Only a miniscule fraction of the GABA being measured in experiments such as Petroff's and Kuzniecky's is actually functioning as a neurotransmitter at the synapse. Notably, in at least one study attempting measure extracellular GABA via microdialysis after gabapentin administration, no effect was found (Timmerman et al 2000). Therefore, the MRS studies showing increased total *brain levels* of GABA do not provide any known direct relation to the *neurotransmitter activity* of GABA.

Although gabapentin was originally developed as a GABA analogue, there is actually no established line of credible scientific evidence that it has a clinically significant impact on GABAergic neurotransmission. Gabapentin appears to have little to no affinity for either the $GABA_A$ or $GABA_B$ receptors (Taylor et al 1998). Despite a report by Ng et al. (Ng et al 2001) that suggested gabapentin may have a novel pharmacological effect on $GABA_B$ receptor heterodimers expressing the GABA(B1a) and GABA(B1b) receptor subunits, later studies failed to replicate this finding (Jensen et al 2002; Lanneau et al 2001). Similarly, the inconsistent results obtained in studies examining gabapentin's effects on measures of GABA synthesis, release and breakdown make it very difficult to draw any firm conclusions (Goldlust et al 1995; Kelly 1998;

Maneuf et al 2003; Taylor et al 1998). In sum, although gabapentin appears to be associated with an *increase in total tissue* GABA content, at least in the occipital cortex, the actual extent of gabapentin's effects on GABAergic *neurotransmission*, if any, remains speculative and unproven.

It is unscientific and unreliable to assume or infer behavioral effects based solely upon whether a drug impacts a particular neurotransmitter system. For example, the idea that gabapentin may increase GABA content, at least at the total tissue level of analysis, does not in any sense mean it has the same pharmacological or clinical effects as other chemically-distinct agents that are known to be "GABAergic." This is akin to saying that since lysergic acid diethylamide (LSD) binds to most serotonin receptor subtypes and has strong partial agonist effects at $5\text{-HT}_{2A}$ receptors, that all drugs (and, for that matter, all of the common foods) that have serotonergic activity are likely to cause hallucinations and psychedelic experiences. Obviously this is not the case with the serotonergic agents and it is not scientifically valid to make that unsupported and often false assumption for GABAergic agents. Gabapentin, which may elevate total brain GABA levels but has no scientifically established, clinically significant impact on GABA neurotransmission, should no more be presumed to have the same *clinical, behavioral* effects on living humans as any other GABA elevating agent than should lamotrigine, or ECT, or yoga – each of which, as shown above, has similarly been shown to elevate brain GABA levels.

It is fundamental in neuropsychopharmacology and other medical sciences that *clinical effects* must be demonstrated by data from *well-controlled clinical experiments* (primarily, randomized, blinded, placebo-controlled clinical trials) that supports a causal relationship after consideration of accepted methods of scientific causal reasoning (see

below). Vigabatrin, for example, is a GABA elevating and GABAergic compound, but one that has very different pharmacodynamic effects than gabapentin, and the same is true for other GABA elevating compounds such as tiagabine and the $GABA_B$ agonist baclofen. It is scientifically inappropriate to impute the clinical or behavioral effects or associations from any one of these chemically-distinct and pharmacologically different agents from one to the other based on the supposition that they share to varying degrees some GABA elevating property.

## VI. No Evidence of Association Between Gabapentin and Depression or Suicide in Comparable Patient Populations.

As stated above, it is unscientific and unreliable to assume or infer human psychiatric or behavioral effects based solely upon whether a drug causes increases or decreases in the total brain tissue content of a neurotransmitter or from animal-model or *in vitro* studies showing minor changes in one isolated neurotransmitter system. In forming my opinion regarding whether clinical use of gabapentin has a causal relationship to depression and suicide I employed the Bradford Hill criteria for causal reasoning (Bulletin of the World Health Organization 2005), using all available forms of data from the literature and files provided to me. In his classic address to the Royal Society of Medicine, Sir Austin Bradford Hill outlined nine aspects of an association that should be considered prior to making any interpretations about whether an association between exposure to a putative causal agent and an adverse health outcome represented a causal relationship. Having applied these criteria to the alleged association between the use of gabapentin and suicide, as summarized below, I find no scientific support for a causal relationship.

**Strength of Association.** This criterion evaluates the quantitative strength of the association, if any, between exposure to the agent of interest and the risk or adverse outcome under consideration. Scientifically, "associations" are events that occur together more frequently than would be expected by chance. (Lung cancer, for example, occurs more frequently with exposure to the carcinogens in tobacco smoke than would be expected to occur by chance.)

Associations are quantified as a relative risk or odds ratio, which is simply the incidence of the outcome (risk) in exposed persons relative to the incidence in similar unexposed persons (controls). Assuming the incidence data come from unbiased, non-confounded study designs and reach statistical significance (i.e., are unlikely to be merely the result of random sampling error), a relative risk (or odds ratio) greater than 1.0, reflecting greater incidence of the outcome in subjects who are exposed to the agent that those who are not exposed, represents a *positive* "association" that may be evaluated further to determine whether it is probably a causal relationship. In this case, the relevant association, if any, would be quantified by the relative risk of suicidal behavior in persons exposed to gabapentin compared with the risk in similar individuals who are not exposed to the compound. Under the strength of association criteria, if there is a strong association between two events (i.e., RR >> 1.0) it is more likely that the relationship is causal than if the association is weak.

On review of the existing literature it appears clear to me that there is no evidence of a positive association between gabapentin use and suicidality. No positive association between suicide risk in any group of subjects exposed to gabapentin relative to the risk in any placebo or otherwise unexposed control group has been reported in the peer-reviewed

medical and scientific literature, nor, to my knowledge, has any medical or scientific

body or governmental pharmaceutical safety agency concluded that any such association

exists.   Moreover, the European Agency for Medicinal Products (EMEA) has concluded

"the available data show no clear evidence for a causal association between gabapentin

and suicide or suicide attempt and show no causal association for a risk of psychotic or

mood disorders in patients with a positive history or psychotic illness." (Report (1/12-

17/06)).  With regard to the data from the approximately 50 randomized, blinded,

placebo-controlled clinical trials of gabapentin compiled at the request of the Food and

Drug Administration, of the more than 5,100 gabapentin-exposed subjects in placebo

controlled studies, none committed suicide, none attempted suicide, and the same

incidence of suicidal ideation was reported among placebo controls (0.037, n=2,682) as

on gabapentin (0.039, n=5,194).  (Pfizer Inc, Request for Information – Response to FDA

Suicidality Request 4 (June 22, 2006).  Simply put, there is no scientific evidence of any

positive association – much less a strong association – between gabapentin and suicidal

ideation or acts.

It should be noted that the sole epidemiological study cited by plaintiffs' experts

(Collins and McFarland 2007)was a comparative study among three active treatments for

bipolar disorder and did not purport to compare suicide-related risk between gabapentin

and any comparable unexposed control group.  Notably, however, although the Collins &

McFarland study did not compare gabapentin patients with unexposed patients directly,

they *did* calculate incidences of suicide and suicide attempt in gabapentin-treated bipolar

patients evaluated in their study (3.5 and 9.49 per 1,000 person-years, respectively) that

were much lower (approximately 65% and 75% lower, respectively) than the incidences

of suicide and suicide attempt that the authors report for *untreated* bipolar patients generally (1 suicide and 4 suicide attempts per 100 untreated bipolar patients annually, equivalent to 10 suicides and 40 suicide attempts per thousand patients annually). Even more remarkably, these results were observed even though the authors acknowledged that the gabapentin-treated bipolar patients may well have had comorbid chronic pain conditions, which may have tended to increase that group's risk for depression and suicidality.

Lastly, it should be noted that evaluation of controlled data -- i.e., studies that compare exposed and similar (ideally, randomized) unexposed subjects directly, under like conditions --, are essential to establish an association that, if established, can be further evaluated for causality. Uncontrolled data such as case reports can be useful for generating hypotheses, but because of methodological shortcomings, for example, the fact that they afford no means of controlling for effects of known or unknown alternative causes, they do not establish causation for events known to occur in the absence of exposure (Klein D et al 2007). (The Future of Postmarketing Surveillance of Psychotropic Medications (D. Klein et al. ACNP Expert Roundtable Supplement 2007).

Because there is no scientifically established association between gabapentin and suicidality in the first instance, the remaining causal criteria commonly used to assess whether an observed association is likely to be represent a causal relationship cannot properly be applied (i.e., there is no association to evaluate further). Even if one assumed that some weak, as-yet unknown association existed, however, none of the remaining criteria would support a causal relationship.

**Consistency.** This criterion relates to the consistency of an observation by different data ascertainment methods, at different times, by different investigators. Consistently observed associations are more likely to be causal than associations that are not consistently observed across experiments. No association has been observed, much less consistently observed, between gabapentin and suicidality. What has, in fact, been observed consistently is the *absence* of any data suggesting an association.

**Specificity.** This criterion examines whether there is evidence of any specific outcome (here, suicide) associated with exposure to gabapentin. I find no convincing evidence of any specific association between gabapentin use and suicidality. It is clear that there is an association between the disorders for which the gabapentin is commonly used (epilepsy, pain, bipolar disorder, and anxiety) and suicide. Suicide and suicidal ideation is also specifically associated with (and literally among the diagnostic criteria for) major depressive disorder, which also tends to be a fairly common comorbid condition among patients suffering from the other problems listed above.

**Temporality.** This criterion relates to the temporal relationship between the events leading to an event; putative causes must precede putative effects. In this case, where there is no controlled data showing any association between gabapentin and suicide, this criterion reminds us that in the vast majority of patients for whom gabapentin is commonly prescribed (epilepsy, chronic pain, and bipolar sufferers), known, well-established risk factors related to suicide (including the underlying disorders themselves, comorbid psychiatric conditions, or other medical, social, or environmental factors associated with increased suicide risk) will often predate any use of gabapentin. This phenomenon, sometimes referred to as "confounding by indication," underscores

26

the necessity of establishing a positive association through reliable, well controlled data and properly assessing any such association before assuming that suicide-related events observed rarely in a population already prone to increased suicide risk is causally related to a therapeutic agent.

**Biological Gradient.** This criterion relates to a dose response curve or duration of exposure. There is no scientifically established dose-response relationship between gabapentin and suicidal behavior.

**Biological Plausibility:** Hill's criteria state that it is helpful if the causation suspected is biologically plausible in light of the biological knowledge available to date. As expounded in detail in the sections above, I believe there is no credible scientific reasoning to support the cause-and-effect chain proposed by Drs. Trimble and Kruszeweski. In fact, it is absurd to claim that because medications may increase total tissue GABA, they therefore cause depression and suicidal behavior. In fact, current scientific knowledge shows that several classes of antidepressant and mood stabilizing medications cause the same increase in brain GABA, as does something as innocuous as yoga. The plaintiffs' experts' theories related to the purported monoaminergic and/or glutaminergic "effects" of gabapentin are equally at odds with the scientific knowledge of both the pharmacology of the compound and the neuropathological correlates of depression and suicidality, as detailed above. The *null* hypothesis (i.e., that there is no association between gabapentin and suicidality) is both consistent with the large body of available controlled clinical data and biologically plausible in terms of what we know about the compound's pharmacology.

**Coherence.** Associations should not conflict with the generally known facts about the natural history and biology of the disease. There now exists a substantial amount of evidence demonstrating that brain GABA content is in fact *reduced* in depressed subjects. There is also data suggesting that depression is likely to be related to *excessive* glutamatergic transmission through the NMDA receptor. Conversely, there is strong evidence that several classes of drugs that treat mood disorders result in increased brain GABA content and reduced glutamate release and NMDA activation. Thereby, the claim that drugs that increase brain GABA content and reduce glutamate neurotransmission (effects that plaintiffs' experts claim for gabapentin) are likely to be causative of depression and suicidal behavior is not coherent with the current understanding of the biology of major depressive disorder and the mechanism of antidepressant action. The available pharmacological and clinical data are coherent with the null hypothesis (no association); they are not coherent with the claim that gabapentin causes suicide.

**Experiment.** Experimental evidence where confounds are minimized and only one variable is manipulated is frequently held to be the strongest support for a causative association. While it would be impractical and unethical to specifically design a study to test the hypothesis that gabapentin use is associated with depression and suicide, the next best evidence we have comes from the approximately 50 placebo controlled studies designed to evaluate efficacy and safety in an aggregate of more than 5,100 gabapentin-exposed subjects and more than 2,500 placebo control comparison subjects. As discussed above, these data do not remotely show any association between gabapentin use and suicide.

**Analogy.** Lastly, Hill states that under some circumstances it would be fair to judge by analogy. Unfortunately, there are no drugs that are truly analogous to gabapentin. As stated above gabapentin's pharmacodynamic mechanisms are not yet fully understood. While gabapentin may increase total brain GABA content, it does not seem to have significant identifiable effects on GABAergic neurotransmission. There is some evidence to suggest that the primary pharmacodynamic mechanism related to gabapentin's efficacy in treating seizures and pain may be related to its actions at the $\alpha2\delta$ subunit of calcium channels that results in modulation of the release of several neurotransmitters. This appears to be a fairly novel mechanism of action and does not suggest any directly analogous drugs to evaluate the association of gabapentin and depression or suicide.

In summary, it is my opinion that there is no scientific evidence demonstrating that gabapentin is likely to cause suicidal behavior. The best available scientific evidence is from the placebo controlled clinical trials, and it shows no evidence of a causative association between gabapentin and suicide. The absence of any such association is consistent with the knowledge that we have about gabapentin's pharmacological properties, the pharmacology of other psychotropic compounds, and the neurobiological and pathological correlates of depression and suicidal behavior, which together suggest no reason to expect gabapentin would cause suicide. We in fact see no evidence of any such relationship in the available data. As a practicing clinical psychiatrist, I believe it is important to keep in mind that there is a true risk of being overly cautious in regards to generating warning labels for every conceivable, potential, or theoretical association. Unsubstantiated use of warning labels can discourage potentially therapeutic use of

medications by patients who could truly benefit from its effects. It can also serve to

diminish the intended impact of substantiated warning labels.


Gerard Sanacora, M.D., Ph.D                                    December, 20th 2007

30

References

Acosta GB, Losada MEO, Rubio MC (1993): Area-dependent changes in GABAergic
    function after acute and chronic cold stress. *Neuroscience Letters* 154:175-178.
Acosta GB, Rubio MC (1994): GABA$_A$ receptors mediate the changes produced by stress
    on GABA function and locomotor acitivty. *Neuroscience Letters* 176:29-31.
Ahn HS, Choi JS, Choi BH, Kim MJ, Rhie DJ, Yoon SH, et al (2005): Inhibition of the
    cloned delayed rectifier K+ channels, Kv1.5 and Kv3.1, by riluzole. *Neuroscience*
    133:1007-1019.
Ahn HS, Kim SE, Jang HJ, Kim MJ, Rhie DJ, Yoon SH, et al (2006): Interaction of
    riluzole with the closed inactivated state of Kv4.3 channels. *J Pharmacol Exp
    Ther* 319:323-331.
Akbarian S, Kim JJ, Potkin SG, Hagman JO, Tafazzoli A, Bunney WE, Jr., Jones EG
    (1995): Gene expression for glutamic acid decarboxylase is reduced without loss
    of neurons in prefrontal cortex of schizophrenics [see comments]. *Archives of
    General Psychiatry* 52:258-266; discussion 267-278.
American Psychiatric Association TFoE (1990): The Practice of Electroconvulsive
    Therapy:  Recommendations for Treatment, Training, and Privileging,.
    *Convulsive Therapy* 6:85-120.
Auer DP, Putz B, Kraft E, Lipinski B, Schill J, Holsboer F (2000): Reduced glutamate in
    the anterior cingulate cortex in depression: an in vivo proton magnetic resonance
    spectroscopy study. *Biological Psychiatry* 47:305-313.
Azbill RD, Mu X, Springer JE (2000): Riluzole increases high-affinity glutamate uptake
    in rat spinal cord synaptosomes. *Brain Res* 871:175-180.
Bartholini G, Lloyd, KG., Morselli, PL. editor (1986): *GABA and Mood Disorders:
    Experimental and Clinical Research*, Vol 4. New York: Raven Press.
Benavides J, Camelin JC, Mitrani N, Flamand F, Uzan A, Legrand JJ, et al (1985): 2-
    Amino-6-trifluoromethoxy benzothiazole, a possible antagonist of excitatory
    amino acid neurotransmission--II. Biochemical properties. *Neuropharmacology*
    24:1085-1092.
Benes FM, Berretta S (2001): GABAergic interneurons: implications for understanding
    schizophrenia and bipolar disorder. *Neuropsychopharmacology* 25:1-27.
Benoit E, Escande D (1991): Riluzole specifically blocks inactivated Na channels in
    myelinated nerve fibre. *Pflugers Arch* 419:603-609.
Berman RM, Cappiello A, Anand A, Oren DA, Heninger GR, Charney DS, Krystal JH
    (2000): Antidepressant effects of ketamine in depressed patients. *Biological
    Psychiatry* 47:351-354.
Bhagwagar Z, Wylezinska M, Jezzard P, Evans J, Ashworth F, Sule A, et al (2007):
    Reduction in Occipital Cortex gamma-Aminobutyric Acid Concentrations in
    Medication-free Recovered Unipolar Depressed and Bipolar Subjects. *Biol
    Psychiatry*.
Bhagwagar Z, Wylezinska M, Taylor M, Jezzard P, Watthews PM, Cowen PJ (2004):
    Increased brain GABA concentrations following acute administration of a
    selective serotonin reuptake inhibitor. *Am J Psychiatry* 161.

Bjork JM, Moeller FG, Kramer GL, Kram M, Suris A, Rush AJ, Petty F (2001): Plasma GABA levels correlate with aggressiveness in relatives of patients with unipolar depressive disorder. *Psychiatry Research* 101:131-136.

Borsini F, Mancinelli A, D'Aranno V, Evangelista S, Meli A (1988): On the role of endogenous GABA in the forced swimming test in rats. *Pharmacology biochemistry & behavior* 29:275-279.

Bowler JM, Green AR, Minchin MCW, Nutt DJ (1983): Regional GABA concentrationa and 3H-diazepam binding in rat brain following repeated electroconvulsive schock. *J Neurol Transm* 56:3-12.

Carlson PJ, Singh JB, Zarate CA, Jr., Drevets WC, Manji HK (2006): Neural circuitry and neuroplasticity in mood disorders: insights for novel therapeutic targets. *NeuroRx* 3:22-41.

Cheramy A, Barbeito L, Godeheu G, Glowinski J (1992): Riluzole inhibits the release of glutamate in the caudate nucleus of the cat in vivo. *Neurosci Lett* 147:209-212.

Choudary PV, Molnar M, Evans SJ, Tomita H, Li JZ, Vawter MP, et al (2005): Altered cortical glutamatergic and GABAergic signal transmission with glial involvement in depression. *Proc Natl Acad Sci U S A* 102:15653-15658. Epub 12005 Oct 15617.

Collins JC, McFarland BH (2007): Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. *J Affect Disord*.

Cooper, JR, Bloom FE, & Roth, RH The Biochemical Basis of Neuropharmacology 8th ed. Oxford University Press, New York, 2003, pp 14-15 & 105-06

Coric V, Milanovic S, Wasylink S, Patel P, Malison R, Krystal JH (2003): Beneficial effects of the antiglutamatergic agent riluzole in a patient diagnosed with obsessive-compulsive disorder and major depressive disorder. *Psychopharmacology* 167:219-220.

Cotter D, Landau S, Beasley C, Stevenson R, Chana G, MacMillan L, Everall I (2002): The density and spatial distribution of GABAergic neurons, labelled using calcium binding proteins, in the anterior cingulate cortex in major depressive disorder, bipolar disorder, and schizophrenia. *Biological Psychiatry* 51:377-386.

Debono MW, Le Guern J, Canton T, Doble A, Pradier L (1993): Inhibition by riluzole of electrophysiological responses mediated by rat kainate and NMDA receptors expressed in Xenopus oocytes. *Eur J Pharmacol* 235:283-289.

Dimond KR, Pande AC, Lamoreaux L, Pierce MW (1996): Effect of gabapentin (Neurontin) [corrected] on mood and well-being in patients with epilepsy. *Prog Neuropsychopharmacol Biol Psychiatry* 20:407-417.

Doble A, Hubert JP, Blanchard JC (1992): Pertussis toxin pretreatment abolishes the inhibitory effect of riluzole and carbachol on D-[3H]aspartate release from cultured cerebellar granule cells. *Neurosci Lett* 140:251-254.

Drugan RC, Maier SF, Skolnick P, Paul SM, Crawley JN (1985): An anxiogenic benzodiazepine receptor ligand induces learned helplessness. *Eur J Pharmacol* 113:453-457.

Dunlop J, Beal McIlvain H, She Y, Howland DS (2003): Impaired spinal cord glutamate transport capacity and reduced sensitivity to riluzole in a transgenic superoxide dismutase mutant rat model of amyotrophic lateral sclerosis. *J Neurosci* 23:1688-1696.

Duprat F, Lesage F, Patel AJ, Fink M, Romey G, Lazdunski M (2000): The neuroprotective agent riluzole activates the two P domain K(+) channels TREK-1 and TRAAK. *Mol Pharmacol* 57:906-912.

Gerner R, Fairbanks, L., Anderson, M., Young, JG., Scheinin, M., Linnoila, M., Hare, TA., Shaywitz, BA., Cohen, DJ. (1984): CSF neurochemistry in depressed, manic and schizophrenic patients compared with normal controls. *American Jrn of Psychiatry* 141:1533-1540.

Gerner R, Hare, TA. (1981): CSF GABA levels in normal subjects and patients with depression, schizophrenia, mania and anorexia nervosa. *American Jrn Psychiatry* 138:1098-1101.

Goddard AW, Mason GF, Almai A, Rothman DL, Behar KL, Petroff OA, et al (2001): Reductions in occipital cortex GABA levels in panic disorder detected with 1h-magnetic resonance spectroscopy. *Archives of General Psychiatry* 58:556-561.

Goddard AW, Mason GF, Rothman DL, Behar KL, Petroff OA, Krystal JH (2004): Family psychopathology and magnitude of reductions in occipital cortex GABA levels in panic disorder. *Neuropsychopharmacology* 29:639-640.

Gold B, Bowers, MB., Roth RH., Sweeney, DW. (1980): GABA levels in CSF of patients with psychiatric disorders. *American Jrn Psychiatry* 137:362-364.

Goldlust A, Su TZ, Welty DF, Taylor CP, Oxender DL (1995): Effects of anticonvulsant drug gabapentin on the enzymes in metabolic pathways of glutamate and GABA. *Epilepsy Res* 22:1-11.

Hashimoto K, Sawa A, Iyo M (2007): Increased levels of glutamate in brains from patients with mood disorders. *Biol Psychiatry* 62:1310-1316.

Hasler G, van der Veen JW, Tumonis T, Meyers N, Shen J, Drevets WC (2007): Reduced prefrontal glutamate/glutamine and gamma-aminobutyric acid levels in major depression determined using proton magnetic resonance spectroscopy. *Arch Gen Psychiatry* 64:193-200.

Hebert T, Drapeau P, Pradier L, Dunn RJ (1994): Block of the rat brain IIA sodium channel alpha subunit by the neuroprotective drug riluzole. *Mol Pharmacol* 45:1055-1060.

Herman JP, Mueller NK, Figueiredo H (2004): Role of GABA and glutamate circuitry in hypothalamo-pituitary-adrenocortical stress integration. *Ann N Y Acad Sci* 1018:35-45.

Hill, A. B., The Environment and Disease: Association or Causation? (1965) *Proceedings of the Royal Society of Medicine*: 58: 295-300, reprinted in Bulletin of the WHO, Oct. 2005; 83(10):796-798.

Huang CS, Song JH, Nagata K, Yeh JZ, Narahashi T (1997): Effects of the neuroprotective agent riluzole on the high voltage-activated calcium channels of rat dorsal root ganglion neurons. *J Pharmacol Exp Ther* 282:1280-1290.

Jancsar SM, Leonard BE (1984): Changes in neurotransmitter metabolism following olfactory bulbectomy in the rat. *Prog Neuropsychopharmacol Biol Psychiatry* 8:263-269.

Jehle T, Bauer J, Blauth E, Hummel A, Darstein M, Freiman TM, Feuerstein TJ (2000): Effects of riluzole on electrically evoked neurotransmitter release. *Br J Pharmacol* 130:1227-1234.

Jensen AA, Mosbacher J, Elg S, Lingenhoehl K, Lohmann T, Johansen TN, et al (2002): The anticonvulsant gabapentin (neurontin) does not act through gamma-aminobutyric acid-B receptors. *Mol Pharmacol* 61:1377-1384.

Kaplan & Sadock's Compenhensive Textbook of Psychiatry, 7th ed. 2000, eds.by BJ Sadock & VA Sadock, Lippincott, Williams, & Wilkins, New York, 1320

Kasa K, Otsuki, S., Yamamoto, M., Sato, M., Kuroda, H., Ogawa, N. (1982): Cerebrospinal fluid gamma-aminobutyric acid and homovanillic acid in depressive disorders. *Biological Psychiatry* 17:877-883.

Kasper S, Olie JP (2002): A meta-analysis of randomized controlled trials of tianeptine versus SSRI in the short-term treatment of depression. *Eur Psychiatry* 17 Suppl 3:331-340.

Katoh-Semba R, Asano T, Ueda H, Morishita R, Takeuchi IK, Inaguma Y, Kato K (2002): Riluzole enhances expression of brain-derived neurotrophic factor with consequent proliferation of granule precursor cells in the rat hippocampus. *FASEB Journal* 16:1328-1330.

Kelly KM (1998): Gabapentin. Antiepileptic mechanism of action. *Neuropsychobiology* 38:139-144.

Kendler KS (2005): Toward a philosophical structure for psychiatry. *Am J Psychiatry* 162:433-440.

Kessler RC, Berglund P, Demler O, Jin R, Merikangas KR, Walters EE (2005): Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. *Arch Gen Psychiatry* 62:593-602.

Klein D, Strom BL, Wang P, Cunningham F, Herings RMC, . OBC (2007): The Future of Postmarketing Surveillance of Psychotropic Medications. *CNS Spectr* 12:1-20.

Korf J, Venema K (1983): Desmethylimipramine enhances the release of endogenous GABA and other neurotransmitter animo acids from the rat thalamus. *J Neurochem* 40:946-950.

Krystal JH, Sanacora G, Blumberg H, Anand A, Charney DS, Marek G, et al (2002): Glutamate and GABA systems as targets for novel antidepressant and mood-stabilizing treatments. *Molecular Psychiatry* 7:S71-80.

Kugaya A, Sanacora G (2005): Beyond monoamines: glutamatergic function in mood disorders. *CNS Spectr* 10:808-819.

Kuzniecky R, Ho S, Pan J, Martin R, Gilliam F, Faught E, Hetherington H (2002): Modulation of cerebral GABA by topiramate, lamotrigine, and gabapentin in healthy adults. *Neurology* 58:368-372.

Lanneau C, Green A, Hirst WD, Wise A, Brown JT, Donnier E, et al (2001): Gabapentin is not a GABAB receptor agonist. *Neuropharmacology* 41:965-975.

Lewis DA, Volk DW, Hashimoto T (2004): Selective alterations in prefrontal cortical GABA neurotransmission in schizophrenia: a novel target for the treatment of working memory dysfunction. *Psychopharmacology (Berl)* 174:143-150.

Lloyd KG, Morselli PL, Bartholini G (1987a): GABA and affective disorders. *Med Biol* 65:159-165.

Lloyd KG, Zivkovic B, Sanger D, Depoortere H, Bartholini G (1987b): Fengabine, a novel antidepressant GABAergic agent. I. Activity in models for antidepressant drugs and psychopharmacological profile. *J Pharmacol Exp Ther* 241:245-250.

Magni G, Garreau M, Orofiamma B, Palminteri R (1989): Fengabine, a new
     GABAmimetic agent in the treatment of depressive disorders: an overview of six
     double-blind studies versus tricyclics. *Neuropsychobiology* 20:126-131.

Maier SF, Busch CR, Maswood S, Grahn RE, Watkins LR (1995): The dorsal raphe
     nucleus is a site of action mediating the behavioral effects of the benzodiazepine
     receptor inverse agonist DMCM. *Behav Neurosci* 109:759-766.

Maneuf YP, Gonzalez MI, Sutton KS, Chung FZ, Pinnock RD, Lee K (2003): Cellular
     and molecular action of the putative GABA-mimetic, gabapentin. *Cell Mol Life
     Sci* 60:742-750.

Marsteller DA, Barbarich-Marsteller NC, Patel VD, Dewey SL (2007): Brain metabolic
     changes following 4-week citalopram infusion: increased 18FDG uptake and
     gamma-amino butyric acid levels. *Synapse* 61:877-881.

Martin D, Thompson MA, Nadler JV (1993): The neuroprotective agent riluzole inhibits
     release of glutamate and aspartate from slices of hippocampal area CA1. *Eur J
     Pharmacol* 250:473-476.

Mathew SJ, Amiel JM, Coplan JD, Fitterling HA, Sackeim HA, Gorman JM (2005):
     Open-label trial of riluzole in generalized anxiety disorder. *Am J Psychiatry*
     162:2379-2381.

McEwen BS, Olie JP (2005): Neurobiology of mood, anxiety, and emotions as revealed
     by studies of a unique antidepressant: tianeptine. *Mol Psychiatry* 10:525-537.

McKenna KF, McManus DJ, Baker GB, Coutts RT (1994): Chronic administration of the
     antidepressant phenelzine and its N-acetyl analogue: effects on GABAergic
     function. *J Neural Transm* 41S:115-122.

McManus DJ, Baker GB, Martin IL, Greenshaw AJ, McKenna KF (1992): Effects of the
     antidepressant/antipanic drug phenelzine on GABA concentrations and GABA-
     Transaminiase acitivity in rat brain. *Biochem Pharmacol* 43:2486-2489.

Michael N, Erfurth A, Ohrmann P, Arolt V, Heindel W, Pfleiderer B (2003): Metabolic
     changes within the left dorsolateral prefrontal cortex occurring with
     electroconvulsive therapy in patients with treatment resistant unipolar depression.
     *Psychological Medicine* 33:1277-1284.

Miller RG, Mitchell JD, Lyon M, Moore DH (2007): Riluzole for amyotrophic lateral
     sclerosis (ALS)/motor neuron disease (MND). *Cochrane Database Syst
     Rev*:CD001447.

Mizoule J, Meldrum B, Mazadier M, Croucher M, Ollat C, Uzan A, et al (1985): 2-
     Amino-6-trifluoromethoxy benzothiazole, a possible antagonist of excitatory
     amino acid neurotransmission--I. Anticonvulsant properties. *Neuropharmacology*
     24:767-773.

Moghaddam B, Jackson M (2004): Effect of stress on prefrontal cortex function.
     *Neurotox Res* 6:73-78.

Nakagawa Y, Ishima T, Ishibashi Y, Yoshii T, Takashima T (1996): Involvement of
     GABA(B) receptor systems in action of antidepressants: baclofen but not
     bicuculline attenuates the effects of antidepressants on the forced swim test in
     rats. *Brain Res* 709:215-220.

Ng GY, Bertrand S, Sullivan R, Ethier N, Wang J, Yergey J, et al (2001): Gamma-
     aminobutyric acid type B receptors with specific heterodimer composition and

postsynaptic actions in hippocampal neurons are targets of anticonvulsant gabapentin action. *Mol Pharmacol* 59:144-152.

Nickel T, Sonntag A, Schill J, Zobel AW, Ackl N, Brunnauer A, et al (2003): Clinical and neurobiological effects of tianeptine and paroxetine in major depression. *J Clin Psychopharmacol* 23:155-168.

Olsen RW, Ticku MK, Van Ness PC, Greenlee D (1978): Effects of drugs on gamma-aminobutyric acid receptors, uptake, relaease and synthesis in vitro. *Brain Res* 139:277-279.

Pape HC (2005): GABAergic neurons: gate masters of the amygdala, mastered by dopamine. *Neuron* 48:877-879.

Parent MB, Master S, Kashlub S, Baker GB (2002): Effects of the antidepressant/antipanic drug phenelzine and its putative metabolite phenylethylidenehydrazine on extracellular gamma-aminobutyric acid levels in the striatum. *Biochem Pharmacol* 63:57-64.

Patel GJ, Schatz RP, Constantinides SM, Lal H (1975): Effect of desipramine and pargyline an brain gamma-aminobutyric acid. *Biochem Pharmacol* 24:56-60.

Perry TL, Hansen S (1973): Sustained drug-induced elevation of brain GABA in rat. *J Neurochem* 21:1667-1175.

Perugi G, Toni C, Frare F, Ruffolo G, Moretti L, Torti C, Akiskal HS (2002): Effectiveness of adjunctive gabapentin in resistant bipolar disorder: is it due to anxious-alcohol abuse comorbidity? *J Clin Psychopharmacol* 22:584-591.

Petty F (1994): Plasma concentrations of gamma-aminobutyric acid (GABA) and mood disorders: a blood test for manic depressive disease? *Clin Chem* 40:296-302.

Petty F, Kramer GL, Hendrickse W (1993): GABA and depression. In: Mann JJ, Kupler DJ editors. *Biology of depressive disorders, Part A: A systems perspective*. New York: Plenum Press, pp 79-108.

Petty F, Sherman AD (1981): GABAergic modulation of learned helplessness. *Pharmacol Biochem Behav* 15:567-570.

Pilc A, Lloyd KG (1984): Chronic antidepressants and GABAB receptors: A GABA hypothesis of antidepressant drug action. *Life Sci* 35:2149-2154.

Pittaluga A, Raiteri L, Longordo F, Luccini E, Barbiero VS, Racagni G, et al (2007): Antidepressant treatments and function of glutamate ionotropic receptors mediating amine release in hippocampus. *Neuropharmacology* 53:27-36.

Poncelet M, Martin P, Danti S, Simon P, Soubrie P (1987): Noradrenergic rather than GABergic Processes as the common mediation of the antidepressant profile of GABA agonists and imipramine-like drugs in animals. *Pharmacol Biochem & Behavior* 28:321-326.

Popov N, Matthies H (1969): Some effects of monoamine oxidase inhibitors on the metaoblism of gamma-aminobutyric acid in rat brain. *J Neruochem* 16:899-907.

Rajkowska G, O'Dwyer G, Teleki Z, Stockmeier CA, Miguel-Hidalgo JJ (2007): GABAergic neurons immunoreactive for calcium binding proteins are reduced in the prefrontal cortex in major depression. *Neuropsychopharmacology* 32:471-482.

Report EMEA ((1/12-17/06)).

Romeo E, Strohle A, Spalletta G, di Michele F, Hermann B, Holsboer F, et al (1998): Effects of antidepressant treatment on neuroactive steroids in major depression. *Am J Psychiatry* 155:910-913.

Ruhe HG, Mason NS, Schene AH (2007): Mood is indirectly related to serotonin, norepinephrine and dopamine levels in humans: a meta-analysis of monoamine depletion studies. *Mol Psychiatry* 12:331-359.

Rush AJ (2007): STAR*D: what have we learned? *Am J Psychiatry* 164:201-204.

Sanacora G, Gueorguieva R, Epperson CN, Wu Y-T, Appel M, Rothman DL, et al (2004): Subtype-specific alterations of GABA and glutamate in major depression. *Archives of General Psychiatry* 61:705-713.

Sanacora G, Kendell SF, Levin Y, Simen AA, Fenton LR, Coric V, Krystal JH (2007): Preliminary evidence of riluzole efficacy in antidepressant-treated patients with residual depressive symptoms. *Biol Psychiatry* 61:822-825.

Sanacora G, Mason GF, Rothman DL, Behar KL, Hyder F, Petroff OA, et al (1999): Reduced cortical gamma-aminobutyric acid levels in depressed patients determined by proton magnetic resonance spectroscopy. *Archives of General Psychiatry* 56:1043-1047.

Sanacora G, Mason GF, Rothman DL, Ciarcia JJ, Ostroff RB, Krystal JH (2003): Increased occipital cortex GABA concentrations following electroconvulsive therapy in depressed patients. *American Journal of Psychiatry* 160:577-579.

Sanacora G, Mason GF, Rothman DL, Krystal JH (2002): Increased occipital cortex GABA concentrations in depressed patients after therapy with selective serotonin reuptake inhibitors. *American Journal of Psychiatry* 159:663-665.

Sanacora G, Saricicek A (2007): GABAergic contributions to the pathophysiology of depression and the mechanism of antidepressant action. *CNS Neurol Disord Drug Targets* 6:127-140.

Sapolsky RM (2000): The possibility of neurotoxicity in the hippocampus in major depression: a primer on neuron death. *Biological Psychiatry* 48:755-765.

Sartorius A, Mahlstedt MM, Vollmayr B, Henn FA, Ende G (2007): Elevated spectroscopic glutamate/gamma-amino butyric acid in rats bred for learned helplessness. *Neuroreport* 18:1469-1473.

Scatton B, Lloyd KG, Zivkovic B, Dennis T, Claustre Y, Dedek J, et al (1987): Fengabine, a novel antidepressant GABAergic agent. II. Effect on cerebral noradrenergic, serotonergic and GABAergic transmission in the rat. *J Pharmacol Exp Ther* 241:251-257.

Schatz RA, Lal H (1971): elevation of brain GABA by Pargyline: A possible mechanism for protection against oxygen toxicity. *J Neurochem* 18:2553-2555.

Sherman AD, Petty F (1980): Neurochemical basis of the action of antidepressants on learned helplessness. *Behav Neural Biol* 30:119-134.

Sherman AD, Petty F (1982): Additivity of neurochemical changes in learned helplessness and imipramine. *Behav Neural Biol* 35:344-353.

Song C, Leonard BE (2005): The olfactory bulbectomised rat as a model of depression. *Neurosci Biobehav Rev* 29:627-647. Epub 2005 Apr 2025.

Stefani A, Spadoni F, Bernardi G (1997): Differential inhibition by riluzole, lamotrigine, and phenytoin of sodium and calcium currents in cortical neurons: implications for neuroprotective strategies. *Exp Neurol* 147:115-122.

Stahl, S. Essential Psychopharmacology: Neuroscientific Basis and Practical Applications, 2nd ed., Cambridge University Press, New York, 2000, pp. 135-197

Streeter CC, Hennen J, Ke Y, Jensen JE, Sarid-Segal O, Nassar LE, et al (2005): Prefrontal GABA levels in cocaine-dependent subjects increase with pramipexole and venlafaxine treatment. *Psychopharmacology (Berl)*:1-11.

Streeter CC, Jensen JE, Perlmutter RM, Cabral HJ, Tian H, Terhune DB, et al (2007): Yoga Asana sessions increase brain GABA levels: a pilot study. *J Altern Complement Med* 13:419-426.

Sung B, Lim G, Mao J (2003): Altered expression and uptake activity of spinal glutamate transporters after nerve injury contribute to the pathogenesis of neuropathic pain in rats. *J Neurosci* 23:2899-2910.

Taylor CP, Gee NS, Su TZ, Kocsis JD, Welty DF, Brown JP, et al (1998): A summary of mechanistic hypotheses of gabapentin pharmacology. *Epilepsy Res* 29:233-249.

Timmerman W, Bouma M, De Vries JB, Davis M, Westerink BH (2000): A microdialysis study on the mechanism of action of gabapentin. *Eur J Pharmacol* 398:53-57.

U.S. Department of Health and Human Services SAaMHSA, Center for Mental Health Services, National Institutes of Health, National Institute of Mental Health,   (1999): U.S. Department of Health and Human Services. Mental Health: a Report of the Surgeon

Urbani A, Belluzzi O (2000): Riluzole inhibits the persistent sodium current in mammalian CNS neurons. *Eur J Neurosci* 12:3567-3574.

Uzunova V, Sheline Y, Davis JM, Rasmusson A, Uzunov DP, Costa E, Guidotti A (1998): Increase in the cerebrospinal fluid content of neurosteroids in patients with unipolar major depression who are receiving fluoxetine or fluvoxamine. *Proceedings of the National Academy of Sciences of the United States of America* 95:3239-3244.

Verkuyl JM, Karst H, Joels M (2005): GABAergic transmission in the rat paraventricular nucleus of the hypothalamus is suppressed by corticosterone and stress. *Eur J Neurosci* 21:113-121.

Wagstaff AJ, Ormrod D, Spencer CM (2001): Tianeptine: a review of its use in depressive disorders. *CNS Drugs* 15:231-259.

Wilde MI, Benfield P (1995): Tianeptine. A review of its pharmacodynamic and pharmacokinetic properties, and therapeutic efficacy in depression and coexisting anxiety and depression. *Drugs* 49:411-439.

Xu L, Enyeart JA, Enyeart JJ (2001): Neuroprotective agent riluzole dramatically slows inactivation of Kv1.4 potassium channels by a voltage-dependent oxidative mechanism. *J Pharmacol Exp Ther* 299:227-237.

Yang J, Shen J (2005): In vivo evidence for reduced cortical glutamate-glutamine cycling in rats treated with the antidepressant/antipanic drug phenelzine. *Neuroscience* 135:927-937.

Zarate CA, Jr., Payne JL, Quiroz J, Sporn J, Denicoff KK, Luckenbaugh D, et al (2004): An open-label trial of riluzole in patients with treatment-resistant major depression. *American Journal of Psychiatry* 161:171-174.

Zarate CA, Jr., Quiroz JA, Singh JB, Denicoff KD, De Jesus G, Luckenbaugh DA, et al (2005): An open-label trial of the glutamate-modulating agent riluzole in combination with lithium for the treatment of bipolar depression. *Biological Psychiatry* 57:430-432.

Zarate CA, Jr., Singh JB, Carlson PJ, Brutsche NE, Ameli R, Luckenbaugh DA, et al (2006): A randomized trial of an N-methyl-D-aspartate antagonist in treatment-resistant major depression. *Arch Gen Psychiatry* 63:856-864.

Zona C, Siniscalchi A, Mercuri NB, Bernardi G (1998): Riluzole interacts with voltage-activated sodium and potassium currents in cultured rat cortical neurons. *Neuroscience* 85:931-938.