# Exhibit 53



ELSEVIER

Epilepsy Research 21 (1995) 231-236

EPILEPSY RESEARCH

# Seizure frequency and CSF parameters in a double-blind placebo controlled trial of gabapentin in patients with intractable complex partial seizures

Elinor Ben-Menachem [a,*], Birgitta Söderfelt [b], Anders Hamberger [c], Tomas Hedner [d], Lennart I. Persson [a]

*[a] Department of Neurology, University of Göteborg, Göteborg, Sweden*
*[b] Department of Neurology, Linköpings University, Linköping, Sweden*
*[c] Department of Histology, University of Göteborg, Göteborg, Sweden*
*[d] Department of Pharmacology, University of Göteborg, Göteborg, Sweden*

Received 10 October 1994; revised 16 March 1995; accepted 2 April 1995

**Abstract**

Gabapentin (GBP) is a non-protein-bound gamma amino acid which is not subjected to metabolic degradation in man. As part of a placebo-controlled double-blind study, patients suffering from intractable complex partial seizures with or without secondary generalization were followed with lumbar punctures at baseline and after three months of GBP treatment (900 mg/day or 1200 mg/day). Cerebrospinal fluid (CSF) was analyzed for concentrations of GBP, amino acids including GABA, homovanillic acid (HVA), and 5 hydroxyindoleacetic acid (5-HIAA). The results indicate that there were no changes in the selected amino acids, HVA, or 5-HIAA after GBP treatment. At steady state the CSF/plasma ratios of GBP ranged from 0.056 to 0.34, indicating that there may be some type of active out-transport of GBP across the blood-brain barrier. No linear relationship was observed between plasma and CSF levels in these patients.

*Keywords:* Gabapentin; Complex partial seizure; Cerebrospinal fluid; Amino acid

## 1. Introduction

Gabapentin (GBP), 1-(aminomethyl)cyclohexaneacetic acid, is a new antiepileptic drug which has been shown to be an effective anticonvulsant in a variety of animal models and in large multicenter clinical trials [1,6,14], and is now approved for use in numerous countries including the USA. Although GBP chemically is a GABA analogue, it does not appear to be a GABA agonist or to have GABAergic properties. There is now evidence that GBP may bind to a specific novel receptor in the brain which is distinct from the GABA receptor subtypes [13]. After a single 900-mg or 1200-mg dose of GBP, only low concentrations of GBP found in the plasma were recovered in the cerebrospinal fluid (CSF) after 6 hours. After 24 hours, low concentrations of GBP

* Corresponding author. Dept. of Neurology, Sahlgren University Hospital, 413 45 Göteborg, Sweden. Tel.: 46 31-601000; Fax: 46 31-211552.

0920-1211/95/$09.50 © 1995 Elsevier Science B.V. All rights reserved
SSDI 0920-1211(95)00026-7

232    E. Ben-Menachem et al. / Epilepsy Research 21 (1995) 231-236

were recovered in the CSF only at the 1200-mg dose. At this time the concentration of GBP was 30% of the serum concentration, indicating a difference in kinetics of GBP between plasma and CSF [4]. Given as a single dose, GBP did not influence CSF levels of GABA, homovanillic acid (HVA) or 5-hydroxyindoleacetic acid (5-HIAA).

The aim of this study was to study CSF and plasma concentrations of GBP during steady state treatment and to determine the effects of GBP on relevant neurotransmitters and amino acids in the CSF during chronic treatment with GBP as an add-on drug in patients with resistant partial seizures.

## 2. Methods

This study was approved by the Local Ethics Committee, Medical Faculty, University of Göteborg and the Department of Drugs, Social Board of Welfare of Sweden.

Thirty-six (36) patients participated in the study. There were 17 women and 19 men with a mean age of 37 years (range 16–66 years). The mean duration of epilepsy was $20.2 \pm 9.6$ years. At inclusion all had at least four complex partial seizures with or without secondary generalization per month, and all were being treated with one or two of the following concomitant antiepileptic drugs (AEDs): carbamazepine (CBZ), phenytoin (PHT), phenobarbital (PB), clonazepam (CZP) and primidone (PRM). Before the start of the study oral and written consent was given by the patients.

### 2.1. Study design

The study was a double-blind placebo-controlled parallel-group design involving two study centers. A CSF sample was taken after a three-month baseline where concomitant AED serum concentrations were kept stable. At the end of the baseline period, patients were then randomized in a blinded fashion to receive either placebo ($n = 12$), 900 mg GBP/day ($n = 16$) or 1200 mg GBP/day ($n = 8$) for 3 months (Fig. 1). At the end of the three-month, double-blind treatment period (on the last day) a second lumbar puncture was performed. Seizure frequency, adverse events and AED concentrations as well as blood chemistry were recorded throughout the study.



Fig. 1. Seizure frequency during baseline and double-blind treatment (mean ± S.E.M.).

### 2.2. CSF sampling

Lumbar punctures (LPs) were performed in a standardized way to avoid changes in GABA, HVA and 5-HIAA due to procedural variations. LPs were done in the morning after an overnight fast with the patient in the lateral decubitus position. Seventeen milliliters of CSF were taken in predetermined aliquots and frozen at bedside. The 14th to 17th milliliters were used for the analysis of GBP, HVA, 5-HIAA, GABA, and other amino acids.

### 2.3. Analysis of GABA

Total and free GABA were determined by high-pressure liquid chromatography (HPLC) using previously described methodology [2,7]. HVA and 5-



Fig. 2. Gabapentin concentrations in plasma and CSF.



Fig. 3. Free GABA levels before and after 3 months treatment (mean ± S.E.M.).



Fig. 5. 5-HIAA levels before and after 3 months treatment (mean ± S.E.M.).

HIAA were assayed by HPLC as described previously by Mefford [10]. Other amino acids were analyzed by HPLC after precolumn derivatization with ortophthal dialdehyde using methodology described by Hamberger et al. [8]. In addition to GABA, the amino acids analyzed were: glutamate, glutamine, aspartate, asparagine, alanine, serine, glycine, threonine, methionine, histidine, taurine, isoleucine, leucine, valine, tryptophan, phenylalanine, phosphoethanolamine, and ethanolamine.

Gabapentin in plasma and CSF was assayed using a liquid chromatographic method [9].

### 3. Results

#### 3.1. GBP levels

Of the 24 patients who were receiving active GBP treatment in the study, the CSF concentration measurements could be evaluated for 19 patients at the end of the three-month treatment period. Individual GBP concentrations in the CSF and corresponding plasma levels are given in Fig. 2 in relation to time



Fig. 4. Total GABA levels before and after 3 months treatment (mean ± S.E.M.).



Fig. 6. HVA levels before and after 3 months treatment (mean ± S.E.M.).

after last dose intake. GBP concentrations in the CSF ranged from 7.3% to 34.5% of the corresponding plasma concentrations. There was an increase in the CSF to plasma GBP ratio with time after drug administration. CSF concentrations ranged from 5.9% of the plasma concentration at 3 hours post dose to 21% at 6 hours post dose. From 9.5 hours to 13 hours post dose the CSF concentration of GBP was between 21 and 34.5% of the corresponding plasma concentration. No relationship was found between plasma and CSF GBP concentrations and seizure frequency.

### 3.2. Neurotransmitters and amino acids in CSF

Free and total GABA levels in the CSF were analyzed in four placebo patients, eleven patients with 900 mg/day of GBP and in three patients with 1200 mg/day. The GABA levels were not affected by chronic GBP treatment (Figs. 3 and 4). The same was found for 5-HIAA (Fig. 5) and HVA (Fig. 6) concentrations and all of the 18 other amino acids analyzed including leucine and isoleucine, valine and phenylalanine (Table 1).

### 3.3. Concomitant antiepileptic drugs

Plasma concentrations of the concomitant antiepileptic drugs did not change from baseline throughout the clinical trial irrespective of dose of gabapentin.

## 4. Discussion

GBP has been shown in larger clinical trials to have an anticonvulsant effect on partial seizures [1,6,14]. The present study, however, was designed to study different biological parameters in the CSF and plasma. The number of patients is too small to allow any valid analysis of the efficacy GBP.

Chronic GBP treatment did not seem to affect GABA or other amino acids in the CSF. Furthermore there was no influence of GBP on HVA or 5-HIAA in the CSF after chronic GBP therapy. Since such alterations would be expected if GBP had GABA agonistic or GABAergic activity [2,3,5], it may be unlikely that GBP acts at all by modulating GABA tone. Moreover, the CSF concentrations of GBP or

Table 1
Comparison of CSF amino acid concentrations (mean ± S.D.) in patients before and during treatment with placebo and in patients before and during treatment with 900 mg/day of GBP for 3 months

|               | Before treatment with 900 mg/d | 900 mg/d GBP for 3 months | Before treatment with placebo | Placebo for 3 months |
|---------------|-------------------------------|---------------------------|------------------------------|---------------------|
| Serine        | 22.88 ± 3.45                  | 18.76 ± 5.56              | 21.84 ± 3.45                 | 24.08 ± 6.74        |
| Glutamine     | 570 ± 89.4                    | 593 ± 101.13              | 563.13 ± 85.66               | 583.31 ± 11.82      |
| Glycine       | 14.47 ± 2.54                  | 18.55 ± 4.58              | 14.09 ± 1.77                 | 18.31 ± 1.22        |
| Threonine     | 21.55 ± 3.15                  | 24.03 ± 4.20              | 21.23 ± 1.71                 | 24.21 ± 2.16        |
| Aspartate     | 0.38 ± 0.39                   | 0.34 ± 0.05               | 0.48 ± 0.29                  | 0.53 ± 0.15         |
| Asparagine    | 7.29 ± 0.71                   | 7.16 ± 1.05               | 7.79 ± 0.72                  | 8.86 ± 1.36         |
| Glutamate     | 0.86 ± 0.18                   | 0.59 ± 0.09               | 0.82 ± 0.25                  | 0.68 ± 0.24         |
| Histidine     | 15.46 ± 1.94                  | 14.27 ± 2.79              | 10.61 ± 3.08                 | 16.32 ± 2.32        |
| PEA [a]       | 4.64 ± 0.42                   | 5.14 ± 0.52               | 5.01 ± 0.80                  | 6.14 ± 0.88         |
| Taurine       | 5.25 ± 0.55                   | 4.16 ± 0.30               | 4.53 ± 0.80                  | 4.71 ± 1.52         |
| Alanine       | 21.97 ± 1.80                  | 22.62 ± 2.84              | 20.95 ± 1.33                 | 24.31 ± 3.24        |
| Tryptophane   | 9.85 ± 0.8                    | 10.38 ± 1.56              | 8.82 ± 0.84                  | 9.52 ± 1.46         |
| Ethanolamine  | 13.50 ± 1.94                  | 11.16 ± 1.26              | 14.19 ± 3.28                 | 13.04 ± 2.95        |
| Methionine    | 3.47 ± 1.94                   | 3.77 ± 0.46               | 3.81 ± 0.48                  | 3.22 ± 0.44         |
| Valine        | 12.65 ± 1.74                  | 13.28 ± 1.92              | 12.84 ± 1.23                 | 14.75 ± 2.64        |
| Isoleucine    | 3.95 ± 0.52                   | 4.19 ± 0.58               | 4.21 ± 0.33                  | 4.60 ± 0.86         |
| Leucine       | 11.66 ± 1.34                  | 11.60 ± 1.39              | 12.61 ± 0.97                 | 13.57 ± 2.38        |
| Phenylalanine | 8.56 ± 1.18                   | 9.04 ± 1.25               | 7.97 ± 0.72                  | 8.79 ± 1.44         |

There were no significant differences between before and during treatment with GBP ($P < 0.05$). Values are in nanomoles per milliliter.
[a] PEA = phosphoethanolamine.

GABA and efficacy were not related in any way. Interestingly recent research provides evidence that GBP binds to a specific binding site in neuronal tissue [13]. Thus, the original idea that GBP would act by GABA related mechanisms is currently being re-evaluated.

GBP passes through the blood-brain barrier as is demonstrated by this and previous studies [4,15]. In brain tissue resected from a patient treated with GBP, the GBP concentration was almost that of the corresponding plasma concentration [11]. This does not seem to be the case for the CSF concentrations which varied from 7 to 34% of plasma levels depending on time after dosing. The reason of this discrepancy is not clear at the present time. The peak concentration in CSF occurs after the peak concentration in plasma. As there is a blood-brain barrier to GBP, there might be a restricted transport of GBP through one of the amino acid carrier systems. Whether this is a plausible explanation for the lower CSF levels or if there is an enhanced clearance of GBP from the CSF compartment compared to plasma and brain is not known.

One hypothesis as to the mechanism of action of GBP might be that it could compete with the transport of other amino acids through the blood-brain barrier thereby reducing or facilitating the passage of some other amino acid. There is some evidence that GBP is transported actively by the System L amino acid carrier, a transport mechanism which is shared by neutral amino acids such as L-leucine, L-isoleucine, L-valine and L-phenylalanine, at least in the gut [12]. We did not, however, find any consistent or significant changes in these or the rest of the amino acids analyzed in this investigation.

In conclusion, our study has confirmed the passage of GBP into the CSF and therefore into the brain. There was no relationship between CSF or plasma concentrations of GBP and the antiepileptic efficacy of the drug. Moreover we could not find evidence that GBP significantly enhanced or inhibited other amino acids in the CSF.

## Acknowledgements

This study was supported by a research grant from Park Davis, Warner Lambert Co. We would like to thank Dr. Henning Anhut for his expert advise and help in preparing this manuscript.

## References

[1] Anhut, H., Ashman, P., Feuerstein, T.J., Sauermann, W., Saunders, M., Schmidt, B. and the International Gabapentin Study Group, Gabapentin (Neurontin) as add-on therapy in patients with partial seizures: A double-blind, placebo-controlled study, *Epilepsia*, 35 (1994) 795-801.

[2] Ben-Menachem, E., Persson, L.I., Schechter, P.J., Haegele, K.D., Huebert, N., Hardenberg, J., Dahlgren, L. and Mumford, J.P., Effects of single doses of vigabatrin on CSF concentrations of GABA, homocarnosine, homovanillic acid and 5-hydroxyindoleacetic acid in patients with complex partial epilepsy, *Epilepsy Res.*, 2 (1988) 96-101.

[3] Ben-Menachem, E., Persson, L.I., Schechter, P.J., Haegele, K.D., Huebert, N., Hardenberg, J., Dahlgren, L. and Mumford, J.P., The effect of different vigabatrin treatment regimens on CSF biochemistry and seizure control in epileptic patients, *Br. J. Clin. Pharmacol.*, 27 (1989) (suppl. 1) 79-86.

[4] Ben-Menachem, E., Persson, L.I. and Hedner, T., CSF free and total GABA, homovanillic acid, 5-hydroxytryptophan, and 5-hydroxyindoleacetic acid and gabapentin concentrations in CSF and plasma in patients with intractable complex partial seizures after a single oral dose of gabapentin, *Epilepsy Res.*, 11 (1992) 45-49.

[5] Biswas, B. and Carlsson, A., The effect of intracerebroventricularly administrated GABA on brain monoamine metabolism, *Naunyn-Schmied. Arch. Pharmacol.*, 299 (1977) 41-46.

[6] Chadwick, D., Gabapentin, *Lancet*, 343 (1994) 89-91.

[7] Grove, J., Schechter, P.J., Hanke, N.F.J., DeSmet, Y., Agid, Y., Tell, G. and Koch-Weser, J., Concentration gradients of free and total gamma-aminobutyric acid and homocarnosine in the human CSF: Comparison of suboccipital and lumbar sampling, *J. Neurochem.*, 39 (1982) 1618-1622.

[8] Hamberger, A., Nyström, B., Larsson, S., Silfvenius, H. and Nordborg, C., Amino acids in the neuronal microenvironment of focal human epileptic lesions, *Epilepsy Res.*, 9 (1991) 32-43.

[9] Hengy, H. and Kölle, E.-U., Determination of gabapentin in plasma and urine by high-performance liquid chromatography and pre-column labelling for ultraviolet detection, *J. Chromatogr.*, 341 (1985) 473-478.

[10] Mefford, I.N., Applications of high performance liquid chromatography with electrochemical detection to neurochemical analysis: Measurement of catecholamines, serotonin and metabolites in rat brain, *J. Neurosci. Meth.*, 3 (1981) 207-224.

[11] Ojeman, L.M., Friel, P.N. and Ojeman, G.A., Gabapentin concentrations in human brain, *Epilepsia*, 29 (1988) 694.

[12] Stewart, B.H., Kugler, A.R., Thompson, P.R. and Bockbrader, H.N., A saturable transport mechanism in the intestinal absorption of gabapentin is the underlying cause of the lack of proportionality between increasing dose and drug levels in plasma, *Pharm. Res.*, 10 (1993) 276-281.

236    E. Ben-Menachem et al. / Epilepsy Research 21 (1995) 231–236

[13] Suman-Chauhan, N., Webdale, L., Hill, D.R. and Woodruff, G.N., Characterization of (3H)gabapentin binding to a novel site in rat brain: Homogenate binding studies, Eur. J. Pharmacol., 244 (1993) 293–301.

[14] The US Gabapentin Study Group No. 5, Gabapentin as add-on therapy in refractory partial epilepsy. A double-blind placebo-controlled, parallel-group study, Neurology, 43 (1993) 2292–2298.

[15] Welty, D.F., Schielke, G.P., Vartanian, M.G. and Taylor, C.P., Gabapentin anticonvulsant action in rats: Disequilibrium with peak drug concentrations in plasma and brain microdialysate, Epilepsy Res., 16 (1993) 175–181.