# Exhibit 54

Case 1:04-cv-10981-PBS    Document 1160-64    Filed 03/07/2008    Page 1 of 6

Epilepsy Res., 11 (1992) 45-49
Elsevier

EPIRES 00451

45

# Selected CSF biochemistry and gabapentin concentrations in the CSF and plasma in patients with partial seizures after a single oral dose of gabapentin

Elinor Ben-Menachem[a], Lennart I. Persson[a] and Thomas Hedner[b]

[a]*Department of Neurology and* [b]*Department of Clinical Pharmacology, University of Göteborg, Göteborg (Sweden)*

(Received 6 September 1991; accepted 30 September 1991)

Key words: CSF neurotransmitter; Metabolite; Gabapentin

Gabapentin (GBP) is a neutral amino acid and a GABA analog which in animal experimental models has shown a broad anticonvulsant spectrum. To evaluate the penetration of GBP into the CSF in humans as well as its possible effects on free and total GABA, homovanillic acid (HVA), and 5-hydroxyindoleacetic acid (5-HIAA), a special investigation was performed as part of a placebo controlled add-on study of GBP in partial epilepsy. At the end of the 3-month double-blind period, 5 patients on placebo were given a single oral dose of GBP. Four patients received 600 mg and 1 patient 1200 mg GBP. CSF was collected immediately before and at 6, 24 and 72 h after the single dose. 5 ml of plasma was collected at 1, 2, 3, 6, 12, 24, 48 and 72 h. Plasma concentrations and plasma elimination half-life (4–6 h) of GBP were in agreement with the results of previous studies. The CSF/plasma concentration ratio of GBP 6 h after drug was 0.1. After 24 h, GBP could only be recovered in the CSF of the patient given 1200 mg. The CSF/plasma ratio at that time was 0.3. Free and total GABA concentrations did not change, but CSF 5-HIAA and HVA increased at 24 and 72 h post dose. The CSF/plasma ratio of gabapentin is similar to that of other amino acids.

## INTRODUCTION

Gabapentin (GBP) is an amino acid structurally similar to γ-aminobutyric acid (GABA). It is readily soluble in water, not bound to serum proteins, not metabolized and is presumed to pass across the blood–brain barrier[22]. Gabapentin is predominantly eliminated by renal excretion (77%) and the remainder through other routes such as the feces[23]. In combination, gabapentin has not been demonstrated to significantly alter plasma levels of other antiepileptic drugs[21].

In animals, gabapentin exhibits a wide range of anticonvulsant properties which seem to be most prominent in seizure models elicited by a disruption of GABAergic mechanisms[2]. Initial clinical trials for partial seizures confirm its anticonvulsant properties in humans, but further testing indicates that gabapentin might be a potential antiepileptic drug in patients with other types of severe refractory epilepsies[5,16,19].

The purpose of this investigation was to determine plasma concentrations of gabapentin as well as its penetration into the CSF after administration

*Correspondence to:* Elinor Ben-Menachem, Department of Neurology, University of Göteborg, Sahlgren Hospital, 413 45 Göteborg, Sweden.

0920-1211/92/$05.00 © 1992 Elsevier Science Publishers B.V. All rights reserved

of a single oral dose to patients with intractable complex partial seizures who were on concomitant treatment with other antiepileptic drugs (AEDs). It has previously been reported that gabapentin in high doses in animal models might affect the release of noradrenaline, dopamine and serotonin[15,18] as well as possibly GABA in the brain. We therefore sought to investigate a possible influence of GBP on the concentrations of 5-hydroxytryptamine (5-HT), homovanillic acid (HVA), 5-hydroxyindoleacetic acid (5-HIAA), and free and total GABA in the CSF in humans over the course of 3 days following a single oral dose of gabapentin.

## METHODS

Four males and one female participated in the study which was approved by the Ethics Committee of the Medical Faculty, University of Göteborg and the Swedish Social Board of Welfare. Consent was obtained from all patients before the start of the study. The age range of the patients was 22–38 years. All patients were required to have more than 4 complex partial seizures monthly despite adequate plasma concentrations of one or two conventional AEDs (carbamazepine, phenytoin, phenobarbital, primidone). The duration of the disease ranged between 11 and 21 years (Table I).

The 5 patients included in this study initially took part in a 2-center double-blind placebo-controlled clinical trial of gabapentin to determine efficacy and safety in the treatment of complex partial seizures. All 5 patients had received placebo, and at the end of the double-blind phase, they participated in this single dose pharmacokinetic study.

During the study the patients were hospitalized at the Department of Neurology, and at 8.30 a.m., after an overnight fast, a single oral dose of gabapentin was administered, 600 mg to 4 patients and 1200 mg to 1 patient. Gabapentin was supplied in capsules of 300 mg, swallowed by the patient with 200 ml of water. After dosing the patients remained ambulant in the hospital ward except for 1 h before and 1 h after each lumbar puncture. Plasma samples were taken immediately before and at 1, 2, 3, 6, 12, 24 and 72 h after dosing. CSF was collected simultaneously with the plasma samples at baseline, 6, 24 and 72 h. Gabapentin

TABLE I

Demographic data

| Patient | Age (years) | Concomitant AED | Duration of epilepsy (years) | Seizure freq./month |
|---|---|---|---|---|
| 1 | 37 | PHT, CBZ | 18 | 8 |
| 2 | 38 | PHT, PR | 11 | 7 |
| 3 | 35 | CBZ | 21 | 6 |
| 4 | 32 | CBZ, PR | 15 | 5 |
| 5 | 22 | CBZ, PB | 18 | 35 |

CBZ, carbamazepine; PHT, phenytoin; PR, primidone; PB, phenobarbital.

TABLE II

Gabapentin concentrations in plasma and CSF after a single oral dose of gabapentin

Patients 1–4 received 600 mg and patient 5 received 1200 mg of gabapentin.

| Patient | Plasma conc. (μg/ml) after | | | | | | | CSF conc. (μg/ml) after | |
|---|---|---|---|---|---|---|---|---|---|
|  | 1 h | 2 h | 3 h | 6 h | 12 h | 24 h | 72 h | 6 h | 24 h |
| 1 | 0.50 | 5.15 | 5.90 | 3.74 | 1.43 | 0.40 | BLQ | 0.32 | BLQ |
| 2 | 3.27 | 2.36 | 1.65 | 1.04 | 0.47 | 0.15 | BLQ | 0.15 | BLQ |
| 3 | 1.75 | 4.20 | 4.29 | 2.29[a] | – | 0.27 | BLQ | 0.26 | BLQ |
| 4 | 0.12 | 2.08 | 4.79 | 2.70 | 0.97 | 0.20 | BLQ | 0.24 | – |
| 5 | 2.89 | 5.46 | 5.44 | 3.35 | 1.49 | 0.43 | BLQ | 0.44 | 0.10 |

BLQ, below lower limit of quantification (0.10 μg/ml).
[a] Sampling 5 h post dose.

47

concentrations were quantified using high performance liquid chromatography (HPLC) according to Hengy et al.[10].

Free and total GABA were analyzed by HPLC with detection according to the method of Grove[7]. HVA, 5-HIAA and 5-HT determinations were performed by HPLC according to Mefford[13].

## RESULTS

Plasma and CSF gabapentin concentrations are shown in Table II. After oral intake of the capsules, gabapentin was rapidly absorbed with maximum plasma concentrations between 3.27 and 5.90 μg/ml within 180 min after the 600-mg dose. The corresponding $AUC_0$ values ranged from 20.1 to 52.7 μg·h/ml and the plasma elimination half-life ranged from 4.9 to 6.5 h.

The CSF/plasma ratios of gabapentin were 0.09–0.14 for the 600-mg dose and 0.13 for the 1200-mg dose 6 h after dosing (Table III). The ratio of gabapentin in the CSF to the plasma concentration in the patient who received the 1200-mg dose of GBP did not differ from that found after the 600-mg dose. Only in this patient was GBP recovered in the CSF after 24 h (but not at 72 h). Gabapentin could not be measured in the CSF at 24 h or later after the 600-mg dose (Table II).

Free and total GABA concentrations did not vary markedly after drug intake (Fig. 1 and 2) especially compared to variations seen at similar sample times in normal volunteers[1]. HVA and 5-HIAA concentrations, however, did show increases at samples taken 24 and 72 h after GBP administration compared to baseline and 6 h in patients 1, 2 and 3 (Figs. 3 and 4). Patient 4 was only



Fig. 1. Free GABA in CSF after a single oral dose of gabapentin.

sampled at baseline and 6 h because of an anxiety reaction. The fifth patient (given 1200 mg) did not show any changes in 5-HIAA and HVA.

## DISCUSSION

The pharmacokinetic profile of gabapentin in our patients is consistent with results from studies in healthy volunteers, with a half-life of 5–7 h[19].

At pH 7.4, which is the pH of CSF and plasma, it

TABLE III

*CSF/plasma concentration ratio of gabapentin after single oral administration of 600 mg (patients 1–4) or 1200 mg (patient 5)*

| Patient | 6 h post dose | 24 h post dose |
|---|---|---|
| 1 | 0.09 | BLQ |
| 2 | 0.14 | BLQ |
| 3 | 0.11 | BLQ |
| 4 | 0.09 | BLQ |
| 5 | 0.13 | 0.22 |

BLQ, below lower limit of quantification (0.10 μg/ml).



Fig. 2. Total GABA in CSF after a single dose of gabapentin.

48



Fig. 3. 5-HIAA in CSF after a single dose of gabapentin.

is assumed that gabapentin can cross the blood–brain barrier freely by passive diffusion. This assumption is supported by animal studies using $^{14}$C-gabapentin. These studies demonstrate that plasma and brain tissue concentrations of gabapentin are very similar[22]. In addition, in samples obtained from a patient who underwent a right temporal lobectomy, the gabapentin cortex/serum ratio was 0.80[14].

In contrast, we found a CSF/plasma ratio of about 0.1 which might indicate that gabapentin is



Fig. 4. HVA in CSF after a single oral dose of gabapentin.

not equally distributed between the different compartments in the CNS. Alternatively this might indicate that there is an active transport mechanism between the blood and CSF for gabapentin. The capacity of an amino acid to cross the blood–brain barrier is limited by competitive inhibition of other amino acids at specific amino acid transport sites. Thus, for most essential amino acids, the concentration in the CSF and brain depends not only on plasma concentrations of the specific amino acid but also on the concentrations of other amino acids transported by the same system. It is interesting that the CSF/plasma ratio of gabapentin (a γ-amino acid) is similar to the CSF/plasma ratios of most other amino acids which vary from 0.08 to 0.20[9]. Mechanisms of gabapentin transport could therefore be involved either for uptake into the brain and/or by an outward pump mechanism.

GABA levels did not change markedly in the CSF after gabapentin administration especially when compared to variations in GABA seen in healthy non-medicated volunteers who underwent 5 lumbar punctures within 7 days[3]. This observation does not preclude that gabapentin is a GABA analog, but it does indicate that gabapentin does not drastically alter the GABA levels in whole brain. Since there is strong evidence for a rostro-caudal CSF gradient for total and free GABA[6,7,12,17], it is assumed that GABA concentrations in the CSF reflect whole brain GABA concentrations. Of course subtle changes in GABA concentrations in specific compartments of the brain cannot be addressed in this study. Other studies have indicated that gabapentin does not affect GABA receptors or ion channels either[8,19].

A rostrocaudal gradient has been confirmed for HVA and 5-HIAA as well. However, the gradient is less marked for 5-HIAA, probably due to the fact that approximately 30% of 5-HIAA is thought to originate from spinal release of 5-hydroxytryptamine[1,11,20]. In this study there was a tendency for HVA and 5-HIAA to increase after 24 and 72 h post dose. In normal healthy volunteers[3], HVA increased steadily over a 5-day period although not to the extent seen in the first 3 patients in this study. Therefore it is unlikely that the procedure of repeated lumbar punctures itself could account

for the changes in HVA and 5-HIAA seen in these patients. Long term follow-up with chronic treatment of gabapentin at doses of up to 1200 mg daily did not, however, show increases in 5-HIAA and HVA in the CSF[4]. Further studies are needed to evaluate if there is a dose related effect of gabapentin, HVA and 5-HIAA concentrations in the CSF. Evaluation of GBP's possible effects on other amino acids in the CSF is currently in progress.

REFERENCES

1 Andersen, O., Johansson, B. and Svennerholm, L., Monoamine metabolites in successive samples of spinal fluid, *Acta Neurol. Scand.*, 63 (1981) 247–254.
2 Bartoszyk, G.D., Fritschi, E., Hermann, M. and Satzinger, G., Indications for an involvement of the GABA-system in the mechanism of action of gabapentin, *Naunyn-Schmiedeberg's Arch. Pharmacol.*, 322 (1983) 94.
3 Ben-Menachem, E., Persson, L.I., Schechter, P.J., Haegele, K.D., Huebert, N. and Hardenberg, J., Cerebrospinal fluid parameters in healthy volunteers during serial lumbar punctures, *J. Neurochem.*, 52 (1989) 632–635.
4 Ben-Menachem, E., Hedner, T., Persson, L.I. and Söderfeldt, B., Seizure frequency and CSF gabapentin, GABA and monoamine metabolite concentrations after 3 months' treatment with 900 mg and 1200 mg gabapentin daily in patients with intractable complex partial seizures, *Neurology*, 40 (1990) (Suppl. 1) 158.
5 Chadwick, D.W., Gabapentin: profile of a new antiepileptic drug. In J.R. McLean (Ed.), *Antiepileptic Drug Research: The Second Fifty Years. Proceedings of a symposium, Jerusalem, September 6 1987*, Excerpta Medica, Amsterdam, 1988, pp. 24–28.
6 Enna, S.J., Stern, L.Z., Wastek, G.J. and Yamamura, H.I., Cerebrospinal fluid gamma-aminobutyric acid variations in neurological disorders, *Arch. Neurol.*, 34 (1977) 683–685.
7 Grove, J., Schechter, P.J., Hanke, N.F.J., DeSmet, Y., Agid, Y., Tell, G. and Koch-Weser, J., Concentration gradients of free and total gamma-aminobutyric acid and homocarnosine in human CSF: comparison of suboccipital and lumbar sampling, *J. Neurochem.*, 39 (1982) 1618–1622.
8 Haas, H.L. and Wieser, H.-G., Gabapentin: action on hippocampal slices of the rat and effects in human epileptics, *Northern European Epilepsy Meeting*, York, 1986.
9 Hagenfeldt, L., Bjerkenstedt, L., Edman, G., Sedvall, G. and Wiesel, F.A., Amino acids in plasma and CSF and monoamine metabolism in CSF: interrelationship in healthy subjects. *J. Neurochem.*, 42 (1984) 833–837.
10 Hengy, H. and Kölle, E.-U., Determination of gabapentin in plasma and urine by high-performance liquid chromatography and pre-column labelling for ultraviolet detection, *J. chromatog.*, 341 (1985) 473–478.
11 Johansson, B. and Roos, B.-E., Concentrations of monoamine metabolites in human lumbar and cisternal cerebrospinal fluid, *Acta Neurol. Scand.*, 51 (1975) 137–144.
12 Manyam, B.V. and Hare, T.A., Cerebrospinal fluid GABA measurements. Basic and clinical considerations, *Clin. Neuropharmacol.*, 6 (1983) 25–36.
13 Mefford, I.N., Application of high performance liquid chromatography with electrochemical detection to neurochemical analysis: measurement of catecholamines, serotonin and metabolites in rat brain, *J. Neurosci. Meth.*, 3 (1981) 207–224.
14 Ojemann, L.M., Friel, P.N. and Ojemann, G.A., Gabapentin concentrations in the human brain, *Epilepsia*, 29 (1988) 694.
15 Reimann, W., Inhibition of GABA, baclofen and gabapentin of dopamine release from rabbit caudate nucleus: are there common or different sites of action?, *Eur. J. Pharmacol.*, 94 (1983) 341–344.
16 Rowan, A.J., Schear, M.J., Wiener, J.A. and Luciano, D., Intensive monitoring and pharmacokinetic studies of gabapentin in patients with generalized spike-wave discharges, *Epilepsia*, 30 (1989) 661.
17 Schechter, P.J., Hanke, N.F.J., Grove, J., Huebert, N. and Sjoerdsma, A., Biochemical and clinical effects of gamma vinyl GABA in patients with epilepsy, *Neurology*, 34 (1984) 182–186.
18 Schlicker, E., Reimann, W. and Göthert, M., Gabapentin decreases monoamine release without affecting acetylcholine release in the brain *Arzneim-Forsch./Drug Res.*, 35 (1985) 1347–1349.
19 Schmidt, B., Potential antiepileptic drugs: gabapentin. In: R. Levy et al. (Eds.), *Antiepileptic Drugs*, 3rd edn., Raven Press, New York, 1989, pp. 925–935.
20 Sjöström, R., Ekstedt, J. and Änggård, E., Concentration gradients of monoamine metabolites in human cerebrospinal fluid, *J. Neurol. Neurosurg. Psychiatry*, 38 (1975) 666–668.
21 UK Gabapentin Study Group, Gabapentin in partial epilepsy, *Lancet*, 335 (1990) 114–117.
22 Vollmer, K.O., von Hodenberg, A. and Kölle, E.U., Pharmacokinetics and metabolism of gabapentin in rat, dog and man. *Arzneim.-Forsch./Drug Res.*, 36 (1986) 830–839.
23 Vollmer, K.O., Anhut, H., Thomann, F., Wagner, F. and Jähnchen, D., Pharmacokinetic model and absolute bioavailability of the new anticonvulsant gabapentin, *17th Epilepsy International Congress*, Jerusalem, 1987, p. 132.