UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL PRODUCTS LIABILITY CASES IDENTIFIED ON EXHIBIT 1 TO THE DECLARATION OF SCOTT W. SAYLER, ESQ. | Magistrate Judge Leo T. Sorokin |

---

**DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S
MOTION FOR SUMMARY JUDGMENT**

Defendants, Pfizer Inc. and Warner-Lambert Company LLC ("Pfizer"), respectfully move this Court for summary judgment in all products liability cases in which the alleged injury is suicide, suicide attempt, suicidal gesture or suicidal ideation (with or without physical injury).[1]

The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion are (1) a Declaration of Scott W. Sayler, Esq. (with Exhibits 1- 12), (2) a Declaration of Mary Ann Coronel, R.Ph (with Exhibits 1-28), and (3) Defendant Pfizer Inc. and Warner-Lambert Company LLC's Local Rule 56.1 Statement of Material Facts.

---

[1] The cases in which summary judgment is sought are identified in Exhibit 1 to the accompanying Declaration of Scott W. Sayler, Esq.

WHEREFORE, Pfizer respectfully requests that the Court grant summary judgment in Pfizer's favor in all products liability cases in which the alleged injury is suicide, suicide attempt, suicidal gesture or suicidal ideation (with or without physical injury).

**REQUEST FOR ORAL ARGUMENT**

Pfizer believes that oral argument may assist the Court and wishes to be heard. Therefore, it respectfully requests a hearing on this motion.

Dated: March 7, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/James P. Rouhandeh
James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By: /s/Scott W. Sayler
Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

HARE & CHAFFIN

By: /s/David B. Chaffin
David B. Chaffin

(BBO # 549245)
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

      I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by this motion.

      /s/David B. Chaffin

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 7, 2008.

      /s/David B. Chaffin