UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL PRODUCTS LIABILITY CASES IDENTIFIED ON EXHIBIT 1 TO THE DECLARATION OF SCOTT W. SAYLER, ESQ. | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS

Defendants Pfizer Inc. ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (together, "Pfizer") submit this Statement of Material Facts in support of their Motion for Summary Judgment pursuant to Local Rule 56.1.[1]

**Plaintiffs' Claims Regarding Neurontin**

1.  Plaintiffs allege that they (or their decedents) attempted or committed suicide, made suicidal gestures, and/or experienced suicidal ideations (with or without physical injury) between the years 2000 and 2005 as a result of Pfizer's failure to warn of an increased risk of suicide-related events with Neurontin® (gabapentin) (hereinafter "Neurontin"). (Declaration of Scott W. Sayler, Esq. ("Sayler Decl."), at Ex. 1.)[2]

---

[1] The facts asserted herein are admitted for purposes of Defendants' Motion for Summary Judgment only.

[2] Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment is directed at the cases listed on Exhibit 1 to the Declaration of Scott W. Sayler, Esq.

2854851v1

**FDA Regulation of Neurontin**

  **A.** **FDA Approved Neurontin for Use as Adjunct Therapy for Epilepsy in December 1993 and Expressly Determined All Aspects of the Neurontin Labeling**

  2. On January 15, 1992, Warner-Lambert submitted to FDA an NDA seeking approval to market Neurontin for use as adjunctive therapy in the treatment of partial seizures in patients with epilepsy. The initially-submitted NDA comprised 250 volumes of safety and efficacy data, including an Integrated Summary of Safety. (Declaration of Mary Ann Coronel ("Coronel Decl."), at Ex. 1.)

  3. In December 1992, after a careful review of the Neurontin safety data, FDA summarized its clinical data review of the initial NDA submission and multiple safety updates in a comprehensive 113-page report in which FDA evaluated all adverse events from the clinical trials to identify potential safety risks, including the adverse events of depression and suicidality. (Coronel Decl., at Ex. 3.)

  4. In the FDA report, Dr. Cynthia McCormick, the FDA Medical Review Officer who was primarily responsible for reviewing the Neurontin clinical safety data, specifically analyzed and discussed suicide-related events in Neurontin patients. (Coronel Decl., at Ex. 3-4.)

  5. Dr. McCormick found no evidence that Neurontin increases the risk of or causes depression or suicidal behavior. (Sayler Decl., Ex. 2 at ¶¶ 11-21; Coronel Decl., Ex. 5 at 8.) Had she concluded there was an increased risk of these events with Neurontin, Dr. McCormick said, she would have recommended that the drug not be approved or, at a minimum, required that the issue be "prominently noted in a warning in the final approved labeling." (*Id.* at ¶ 14.)

  6. Dr. Russell Katz, Deputy Director of FDA's Division of Neuropharmacological Drug Products, prepared a report as part of his review of the NDA, dated October 11, 1993, in

which he noted that one patient committed suicide "after having been off drug for a considerable time" and ten patients [out of 2,048] discontinued the trial due to depression or suicidal ideation. (Coronel Decl., Ex. 6 at 13-14.)

7. Dr. Katz further observed that seven of 78 adverse events reported as "serious" involved depression, of which four events were considered either "possibly" or "probably" related to Neurontin. (Coronel Decl., Ex. 6 at 15.)

8. Dr. Paul Leber, Director of FDA's Neuropharmacological Division, also prepared a report of the safety and effectiveness of Neurontin, entitled, "Approval Action Memorandum," dated December 13, 1993. Dr. Leber's findings were consistent with those of Dr. Katz and Dr. McCormick. (Coronel Decl., at Ex. 7.)

9. An independent panel of outside experts, FDA's Peripheral and Central Nervous System Drugs Advisory Committee, also evaluated the data on Neurontin. Dr. McCormick's clinical review was provided to the Committee and she discussed with the Committee the various adverse events reported in the clinical trials, including the suicide-related events, during its December 15, 1992 meeting. None of the experts at the panel meeting concluded that Neurontin causes or increases the risk of these events and the panel voted unanimously in favor of FDA approval. (Sayler Decl., Ex. 2 at ¶ 20; Coronel Decl., Ex. 13 at 43, 55, 58-59, 125-26.)

10. On December 30, 1993, after two years of review, FDA concluded that Neurontin was safe and effective for its intended use and issued an approval letter. FDA approved Neurontin on the condition that the final printed labeling be identical to the draft labeling FDA had reviewed, edited, and approved or the company would be in violation of federal law. (Coronel Decl., at Ex. 8; Sayler Decl., Ex. 2 at ¶ 27.) The letter stated in pertinent part:

> The final printed labeling (FPL) must be identical to the draft labeling/PPI enclosed as Attachment 1 with this letter. Marketing the product with FPL that is

> not identical to the draft labeling may render the product misbranded and an unapproved new drug.

(Coronel Decl., at Ex. 8.)

11. As of the time of approval in December 1993, FDA found that there was no scientific evidence supporting an increased risk of suicidal behavior and thinking with Neurontin and the agency did not include any such warning in the labeling. (Sayler Decl., Ex. 2 at ¶¶ 28-29, Coronel Decl., at Ex. 8.)

12. Dr. McCormick, FDA's principal clinical reviewer for Neurontin has stated:

> Given the relatively low frequency of suicidal adverse events reported in the clinical trials and the high background rate of suicidal behavior in patients with epilepsy, the FDA did not believe it would have been appropriate to address suicidal behavior in the warnings, precautions, or contraindications sections. Accordingly, *the FDA's scientific judgment in December 1993 was that there was no reasonable evidence of an association with Neurontin and suicidal behavior or any psychiatric adverse event. To include a warning or other prominent listing of suicide-related events would have been inconsistent with the clinical trial data and a mischaracterization of the risks associated with Neurontin.* In addition, such a warning would have had significant potential to impact public health adversely; both by diluting scientifically supported information in the labeling and by improperly discouraging the use of Neurontin.

(Sayler Decl., Ex. 2 at ¶ 29.) (emphasis added).

13. During its 1993 review of the draft labeling, FDA removed Warner-Lambert's proposed language from the Mechanism of Action section discussing the effect of Neurontin on certain neurotransmitters in the brain. Specifically, FDA removed the statement: "Gabapentin slightly reduces the release of monoamine neurotransmitters in vitro." (Coronel Decl., Ex. 1 at Pfizer_LCastro_0039688, Ex. 14, Ex. 15 at WLC_CBU_119984, Ex. 16 at WLC_JTurner_000827.)

      **B.    FDA Approved Neurontin for Use in the Management of Postherpetic Neuralgia in May 2002 and Again Determined All Aspects of the Neurontin Labeling**

14.    In August 2001, Pfizer filed a supplemental new drug application for Neurontin ("sNDA") seeking an indication for the management of neuropathic pain. (Coronel Decl., at Ex. 17.)

15.    Though Pfizer ultimately sought approval only for use in treating one type of neuropathic pain, postherpetic neuralgia ("PHN"), the results of the clinical trials also included "confirmatory safety findings in other neuropathic pain conditions." (Coronel Decl., Ex. 9 at 3.)

16.    Pfizer submitted an Integrated Summary of Safety in August 2001 and a safety update in December 2001. (Coronel Decl., Ex. 9 at 52-53.)

17.    The FDA clinical reviewer with responsibility for the PHN application, Dr. Sharon Hertz, prepared a report, dated May 24, 2002, detailing her analysis of the clinical data. (Coronel Decl., at Ex. 9.)

18.    Dr. Hertz analyzed all of the adverse events data, including the reports of depression and suicide-related events from the clinical trials in neuropathic pain disorders. Dr. Hertz found that the incidence of treatment-emergent depression in the neuropathy studies was higher in patients on *placebo* than patients taking Neurontin (2.2% vs. 1.3%). (Coronel Decl., Ex. 9 at 77.)

19.    Dr. Hertz noted one incident of intentional overdose, which Pfizer had reported as a suicide attempt. The patient developed somnolence after taking a higher dose of medication, but only the somnolence was attributed to Neurontin, not the overdose. (Coronel Decl., Ex. 9 at 66.)

20. Dr. Hertz's analysis of the safety data included a review of the postmarketing experience with Neurontin, in which Dr. Hertz discussed adverse events reported in patients using the drug for off-label uses. Specifically, Dr. Hertz noted that "[o]f 7655 cases reporting 20,076 [adverse] events, 75% originated in the US, and neuropathic pain was identified as the indication in 1294 cases [i.e., patients]." (Coronel Decl., Ex. 9 at 14) Dr. Hertz's report further shows that patients using Neurontin for all off-label indications (including neuropathic pain) comprised 3,084 of the 7,655 cases reporting adverse events, or 40%. (*Id*. at 15.)

21. Based on her review of the safety and efficacy data, Dr. Hertz recommended approval of Neurontin for the management of PHN. (Coronel Decl., Ex. 9 at last page.)

22. Dr. Robert Rappaport, the Deputy Director of FDA's Division of Anesthetic, Critical Care, and Addiction Drug Products ("DACCADP"), concurred with Dr. Hertz's conclusions and also recommended approval. (Coronel Decl., Ex. 9 at last page.)

23. Dr. McCormick, who reviewed the original Neurontin NDA and, by this time was the Director of the DACCADP, prepared a report, dated May 22, 2002, "Review and Basis for Approval Action," in which she stated that there had been an adequate demonstration of safety and effectiveness of Neurontin in the treatment of PHN to support approval. (Coronel Decl., Ex. 10 at 3.)

24. Dr. McCormick did not discuss suicidality in her report because, among other things, "Neurontin had in 2002 been in use throughout the world for nearly a decade and had not given rise to a safety signal involving any psychiatric adverse event or suicidality." (Coronel Decl., Ex. 10 at 3; Sayler Decl., Ex. 2 at ¶¶ 38-39.)

2854851v1

25.     As it did in 1993, FDA again removed certain proposed language from the Mechanism of Action section when determining the final PHN labeling. In particular, FDA deleted the following language:

> Gabapentin reduces the stimulated release of noradrenaline, dopamine, and glutamate under certain laboratory conditions. Gabapentin administration to humans increases the total brain content of GABA after a single dose. However, the relevance of these findings to clinical use is not yet clear.

(Sayler Decl., Ex. 2 at ¶¶ 40-41; Coronel Decl., Ex. 11 at 3.)

26.     FDA's decision to remove this language from the prescribing information for physicians reflects the agency's belief that this information was not clinically significant. (Sayler Decl., Ex. 2 at ¶ 41.)

27.     On May 24, 2002, FDA issued an approval letter for the treatment of PHN. FDA conditioned approval on the *verbatim* use of the FDA-approved labeling and warnings, stating that marketing the product with final printed labeling that is not identical to the approved labeling could render the drug misbranded. (Coronel Decl., at Ex. 12.)

28.     FDA did not require warnings that Neurontin causes or increases the risk of suicide-related events in the May 2002 approved Neurontin labeling. (Coronel Decl., at Ex. 12.)

29.     The references to suicide-related events from the epilepsy add-on trials contained in the Adverse Reactions section remained unchanged from the initial labeling approved in December 1993. (Coronel Decl., Ex. 12 at 27-28.)

### C.   FDA Reaffirmed the Safety of Neurontin in December 2005

30. On April 26, 2004, FDA asked Pfizer to perform a comprehensive search, pursuant to specific FDA-mandated protocols, of the Neurontin clinical trial and postmarketing data for cases of suicide and suicide attempt. (Coronel Decl., at Ex. 18.)

31. Pfizer responded to FDA's request by filing two submissions, in September and November 2004, respectively. (Coronel Decl., at Ex. 19-20.)

32. The September 2004 submission included the results of the search for cases of suicide and suicide attempts in 92 Phase 2-4 placebo-controlled, non-placebo controlled, and open-label (uncontrolled) Neurontin studies included in the investigational new drug applications ("INDs"), NDAs, and sNDAs, as well as the analysis of postmarketing data. (Coronel Decl., Ex. 19 at 2.)

33. These studies included patients with psychiatric disorders such as bipolar disorder, panic disorder, and social phobia. There were no reports of suicide or suicide attempt in these studies. (Coronel Decl., Ex. 19 at 27.)

34. The November 2004 submission included 55 Phase I Neurontin clinical trials in healthy volunteers and patients. There were no cases of suicide or suicide attempt in any placebo-controlled or non-placebo controlled studies in healthy volunteers or patients. (Coronel Decl., Ex. 20 at 2.)

35. On October 20, 2005, after a review of the September and November 2004 submissions, the agency asked Pfizer to make "minor labeling changes" to the terminology in the Adverse Reactions section of the Neurontin label regarding suicide-related events. (Coronel Decl., at Ex. 21-24.)

36. FDA did <u>not</u> find that Neurontin increased the risk of suicide-related events and, accordingly, did not ask Pfizer to add any warning to the label. (Coronel Decl., at Ex. 21.)

37. FDA asked Pfizer to modify the "Other Adverse Events Observed During All Clinical Trials: Clinical Trials in Adults and Adolescents with Epilepsy" section by changing the terms "suicidal" and "suicide gesture" to "suicide attempt" and "suicide," as infrequent and rare events, respectively. Similarly, in the subsection entitled "Clinical Trials in Adults With Neuropathic Pain of Various Etiologies," FDA added "suicide attempts" as an infrequent event. Finally, FDA asked that the information in the label reflecting the number of patients exposed to Neurontin in the epilepsy add-on trials be updated to reflect the numbers Pfizer provided with its suicidality analyses in 2004. (Coronel Decl., at Ex. 21.)

38. On November 22, 2005, following additional coordination, FDA directed Pfizer to "proceed with the minor labeling changes pertaining to suicide-related events." (Coronel Decl., at Ex. 22-24.)

39. On December 21, 2005, Pfizer submitted the minor labeling changes to FDA. (Coronel Decl., at Ex. 25.) On May 3, 2006, FDA issued an approval letter, which stated in relevant part:

> We have completed our review of these applications. These applications are approved, effective on the date of this letter, for use as recommended in the agreed-upon labeling text.
>
> The final printed labeling (FPL) *must be identical* to the submitted labeling (package insert submitted December 21, 2005).

(Coronel Decl., at Ex. 26.) (emphasis added).

40. Having considered clinical and postmarketing data relating to suicide-related events from *all* patient populations – including those patients taking the product for epilepsy,

-9-

2854851v1

neuropathic pain, bipolar and other psychiatric indications – FDA once again determined that Neurontin's label should not include any suicide warning. (Coronel Decl., at Ex. 19-26.)

> **D.     The FDA Alert in January 2008 Also Did Not Conclude That Neurontin Causes Suicide and Made No Findings Specific To Neurontin**

41.     After FDA was contacted by the manufacturer of an antiepileptic drug ("AED") other than Neurontin, FDA asked the manufacturers of eleven AEDs (including Neurontin) to analyze "possibly suicide-related adverse events" occurring in randomized double-blind, placebo-controlled trials. (Sayler Decl., Ex. 3 at 1; Coronel Decl., at Ex. 27.)

42.     Using criteria established by FDA, in June 2006 Pfizer submitted data to FDA on 49 clinical trials relating to Neurontin. The data showed <u>no</u> suicidal behavior (i.e., completed suicides, suicide attempts, or preparatory acts) in the Neurontin-treated group, and the tiny numerical difference in the incidence of suicide ideation between the Neurontin and placebo groups (0.039% vs. 0.037%) was not statistically significant. (Coronel Decl., Ex. 28 at 4.)

43.     In January 2008, after analyzing aggregate, pooled data from placebo-controlled trials involving <u>all eleven AEDs</u>, FDA stated that the patients receiving one or more of these eleven AEDs in clinical trials had shown an increased risk of suicidal behavior or thinking. (Sayler Decl., at Ex. 4.)

44.     FDA reported that all AED patients combined had approximately twice the risk of suicidal behavior or thinking compared to placebo-treated patients (0.43% vs. 0.22%). The agency's determination reportedly was based on an analysis of 27,863 drug-treated patients and 16,029 placebo-treated patients in 199 placebo-controlled clinical trials covering the eleven different AEDs. (Sayler Decl., at Ex. 4.)

45.     FDA issued an alert advising that patients using AEDs should be closely monitored for suicidality and other unusual changes in behavior. FDA further stated that it

would be working with AED manufacturers to include this "new" information in the labeling for these products, and that FDA will discuss these data at an upcoming advisory committee hearing. (Sayler Decl., at Ex. 4.)

46.     FDA did not conclude that there was a causal relationship between any of the antiepileptic drugs and suicide. In the FDA Alert, the agency stated: "Posting this information does not mean that FDA has concluded there is a causal relationship between the drug products and the emerging safety issue." (Sayler Decl., at Ex. 4.)

47.     No clinical or epidemiological evidence establishes an association between Neurontin and suicide-related events. (Prods. Liab. Plaintiffs' Mem. in Opposition to Defs.' Emergency Mot. to Modify the November 9, 2007 Case Management Order, at 10 (Doc. 1134); Declaration of Scott W. Sayler, Esq. in support of Defs.' Mot. to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation ("Sayler Daubert Decl."), Ex. 5 at 377:1-381:25, 384:18-385:2; Ex. 6 at 31:23-33:25; Ex. 10 at 2, 8-9, 14-15, 18-19; Ex. 7 at 205:16-206:1.)

48.     Neither plaintiffs nor their experts have initiated or conducted any epidemiological testing required to establish an association between Neurontin and suicide-related events. (Sayler Daubert Decl., Ex. 9 at 35:11-18; Ex. 6 at 121:14-24; Ex. 5 at 97:18-98:2; 67:20-25; 87:10-15; 92:1-12.)

49.     Other than plaintiffs' hired experts in this litigation, no scientist, scientific or medical organization, or regulatory authority has ever opined or concluded that Neurontin can cause suicide-related events. (Sayler Daubert Decl., Ex. 9 at 691:7-21.)

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000


SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
     Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

- and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 7, 2008.

/s/ David B. Chaffin

2854851v1