UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re: NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY CASES IDENTIFIED ON
EXHIBIT 1 TO THE DECLARATION OF SCOTT W.
SAYLER, ESQ.

---------------------------------------------------------------- x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF SCOTT W. SAYLER, ESQ.

I, **Scott W. Sayler**, declare and state as follows:

1.    I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2.    Attached as Exhibit 1 is the List of Plaintiffs Covered by Defendants' Motion for Summary Judgment. The injuries listed in this exhibit are as alleged in plaintiffs' complaints.

3.    Attached as Exhibit 2 is a true and correct copy of the Affidavit of Cynthia McCormick, M.D. (without exhibits) (Sept. 13, 2007).[1]

4.    Attached as Exhibit 3 is a true and correct copy of Linda Carroll, *FDA Reviews Data on Anticonvulsants for Suicide Risk*, Neurology Today (June 2005).

---

[1] For purposes of authentication and to avoid filing multiple copies of the same documents, Exhibits A through J to Dr. McCormick's affidavit are attached as Exhibits 4 through 13, respectively, to the Declaration of Mary Ann Coronel, R.Ph.

1v8

5. Attached as Exhibit 4 is a true and correct copy of the FDA Alert, entitled "Information for Healthcare Professionals – Suicidality and Antiepileptic Drugs" (Jan. 31, 2008).

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Stefan Kruszewski, M.D. (Feb. 26, 2008).

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Cheryl Blume, Ph.D. (Feb. 29, 2008).

8. Attached as Exhibit 7 is a true and correct copy of the Statement of Interest of the United States, *Bernhardt v. Pfizer Inc.*, No. 00 Civ. 4042 (LMM) (S.D.N.Y. filed Nov. 13, 2000).

9. Attached as Exhibit 8 is a true and correct copy of the Brief of the United States as *Amicus Curiae* Supporting Defendant, *Motus v. Pfizer Inc.*, No. 02-55372 (9th Cir. filed Sept. 3, 2002).

10. Attached as Exhibit 9 is a true and correct copy of the Brief of the United States as *Amicus Curiae* Supporting Defendant, *Kallas v. Pfizer Inc.*, No. 04CV0998 (D. Utah filed Sept. 15, 2005).

11. Attached as Exhibit 10 is a true and correct copy of the Brief of the United States as *Amicus Curiae* Supporting Defendants, *Colacicco v. Apotex, Inc.*, No. 06-3107 (3d Cir. filed Dec. 4, 2006).

12. Attached as Exhibit 11 is a true and correct copy of the Brief of the United States as *Amicus Curiae* Supporting Defendant, *Wyeth v. Levine*, No. 06-1249, on Petition for Writ of Certiorari, (U.S. filed Dec. 21, 2007).

13. Attached as Exhibit 12 is a true and correct copy of Defendant Methodist Hospital of Kentucky, Inc. d/b/a Pikeville Methodist Hospital's Third Party Complaint in *Monica Smith, Individually; Monica Smith, as Administratrix of the Estate of Kenneth Smith, Deceased; and*

*Monica Smith, as Legal Guardian and Next Friend of Gavin Christopher Smith, Minor Child of Kenneth Smith v. Raymond C. Jackson, M.D., et al.,* No. 04-CI-1022 (Ky. Cir. Ct. filed June 27, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2008, in Kansas City, Missouri.

**Scott W. Sayler, Esq.**

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 7, 2008.

/s/David B. Chaffin