# EXHIBIT 1

# LIST OF PLAINTIFFS COVERED BY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| Plaintiff | Case Name | Plaintiff's Alleged Injury (Date) |
|---|---|---|
| Acton, Albert | Albert Acton v. Pfizer Inc., et al. Case No.05-cv-12129 | Suicide (04/06/04) |
| Adkins, Donna | Donna Adkins v. Pfizer Inc. et al. Case No. 06-cv-10539 | Suicide (03/24/02) |
| Agee, Sheila | Sheila Agee v. Pfizer Inc., et al. Case No. 06-cv-11381 | Suicide (unknown - filed 05/11/06) |
| Almeida, Monica | Monica Almeida v. Pfizer Inc., et al. Case No. 05-cv-11264 | Suicide Attempt (01/26/04) |
| Alsberge, Debra | Debra Alsberge v. Pfizer Inc., et al. Case No. 05-cv-11699 Case No. 06-cv-10957 | Suicide (04/13/03) |
| Amato, Melissa | Melissa Amato Case No. 06-cv-11396 | Suicide Attempt (09/04/01) |
| Aranda, Maria | Maria Aranda v. Pfizer Inc., et al. Case No. 06-cv-10310 | Suicide Attempt (09/19/00) |
| Armbruster, Mary | Mary Armbruster v. Pfizer Inc., et al. Case No. 07-cv-10569 | Suicide Attempt (01/23/02) |
| Aronson, Avril | Avril Aronson v. Pfizer Inc., et al. Case No. 05-cv-11024 | Suicide (08/18/02) |
| Baker, Meicki | Baker, Meicki v. Pfizer Inc., et al. Case No. 06-cv-11382 | Suicide Attempt (unknown - filed 05/11/06) |
| Barlow, Irene | Irene Barlow v. Pfizer Inc., et al. Case No. 05-cv-10501 | Suicide Attempt (01/08/01) |
| Beckworth, Dorothy | Dorothy Beckworth v. Pfizer Inc., et al. Case No. 06-cv-12213 | Suicide Attempt (10/10/02) |
| Belbruno, Steven | Steven Belbruno v. Pfizer Inc., et al. Case No. 05-cv-11153 | Suicide Attempt (12/24/02) |
| Belongie, Gerald | Gerald Belongie v. Pfizer Inc., et al. Case No.06-cv-10109 | Suicide (10/19/03) |
| Bentley, Joanna | Joanna Bentley v. Pfizer Inc., et al. Case No. 05-cv-11997 | Suicide (08/12/02) |

1

| Blackwell, Andria | *Andria Blackwell v. Pfizer Inc., et al.*<br>*Case No.06-cv-10420* | Suicide Attempt (05/10/02) |
|---|---|---|
| Blackwell, Marilyn | *Marilyn Blackwell v. Pfizer Inc., et al.*<br>*Case No. 06-cv-11397* | Suicide Attempt (05/01/05) |
| Bonner, Hilda | *Hilda Bonner v. Pfizer Inc., et al.*<br>*Case No. 07-cv-10324* | Suicide (01/02/02) |
| Brida, Janeen | *Janeen Brida v. Pfizer Inc., et al.*<br>*Case No. 07-cv-12129* | Suicide (09/16/05) |
| Briggs, Robin | *Robin Briggs v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11700*<br>*Case No. 07-cv-10327* | Suicide (12/25/04) |
| Brodsky, Stephen | *Stephen Brodsky v. Pfizer Inc. et al.*<br>*Case No. 05-cv-10828* | Suicide Attempt (10/25/01) |
| Brook, Susan | *Susan Brook v. Pfizer Inc., et al.*<br>*Case No. 07-cv-10857* | Suicide Attempt (01/11/05) |
| Brown, Charles | *Charles Brown v. Pfizer Inc., et al.*<br>*Case No. 06-cv-11383* | Suicide Attempt (unknown - filed 05/11/06) |
| Brown, Sidney | *Sidney Brown v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11037* | Suicide (12/15/01) |
| Bulger, Ronald | *Ronald Bulger v. Pfizer Inc., et al.*<br>*Case No. 07-cv-11426* | Suicide (08/04/04) |
| Burleson, James | *James Burleson v. Pfizer Inc., et al.*<br>*Case No. 06-cv-11583* | "incapacitating psychotic episodes requiring extended hospitalization" (unknown - filed 06/16/06) |
| Burke, Sharon | *Sharon Burke v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10779* | Suicide Attempt (03/22/2000) |
| Burroughs, Freida | *Freida Burroughs v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11260* | Suicide (12/26/02) |
| Cailor, Lore | *Lore Cailor v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10537* | Suicide (10/09/00) |
| Campbell, Nicole | *Nicole Campbell v. Pfizer Inc., et al.*<br>*Case No.06-cv-11483* | Suicide (06/23/03) |
| Casico, Joseph | *Joseph Casico v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10536* | Suicide Attempt (01/18/01) |
| Chappell, Troy | *Troy Chappell v. Pfizer Inc., et al.*<br>*Case No. 06-cv-11384* | Suicide (unknown - filed 05/11/06) |

| | | |
|---|---|---|
| Christ, Lisa | *Lisa Christ v. Pfizer Inc., et al.* Case No. 05-cv-12128 | Suicide (03/24/04) |
| Colton, Peggy | *Peggy Colton v. Pfizer Inc., et al.* Case No. 05-cv-11696 | Suicide (07/08/03) |
| Cook, Earl | *Earl Cook v. Pfizer Inc., et al.* Case No. 06-cv-10777 | Suicide (02/08/04) |
| Cox, Sharon | *Sharon Cox v. Pfizer Inc., et al.* Case No. 06-cv-12048 | Suicide Attempt (01/21/00) |
| Cunningham, Brenda | *Brenda Cunningham, Administrator of the Estate of Charles Cunningham; and Brenda Cunningham, Individually and on Behalf of the Heirs at Law of Charles Cunningham, Deceased* Case No.05-cv-11503 | Death by drug ovedose (unknown - filed 10/19/04) |
| Dane, Krystie | *Krystie Dane v. Pfizer Inc., et al.* Case No. 05-cv-12384 | Suicide (08/21/04) |
| Dees, John & Betty | *John & Betty Dees v. Pfizer Inc., et al.* Case No. 05-cv-11028 | Suicide Attempt (02/15/03) |
| DeLaGarza, Jennifer | *Jennifer DeLaGarza v. Pfizer Inc., et al.* Case No.07-cv-10567 | Suicide Attempt (07/15/02) |
| Diana, Amanda | *Amanda Diana v. Pfizer Inc., et al.* Case No. 06-cv-11774 | Suicide Attempt (08/15/02) |
| DiGiacomo, Jay | *Jay DiGiacomo v. Pfizer Inc., et al.* Case No. 05-cv-11023 | Suicide Attempt (08/26/00) |
| Dixon, Andre | *Andre Dixon, as Admisitratrix of the Estate of Jacqueline Ford v. Pfizer Inc., et al.* Case No. 05-cv-11998 | Suicide (04/26/00) |
| Dodson, Joy | *Joy Dodson v. Pfizer Inc., et al.* Case No. 05-cv-11025 | Suicide (10/01/02) |
| Dolgoff, Shirley | *Shirley Dolgoff v. Pfizer Inc., et al.* Case No. 05-cv-12075 | Suicide Attempt (01/08/02) |
| Eaddy, Leisa | *Leisa Eaddy v. Pfizer Inc., et al.* Case No. 06-cv-11385 | Suicide Attempt (unknown - filed 05/11/06) |
| Ellis, Howard | *Howard Ellis v. Pfizer Inc., et al.* Case No. 06-cv-10914 | Suicide Attempt (unknown - filed 03/30/06) |
| Farris, Jeffrey | *Jeffrey Farris v. Pfizer Inc., et al.* Case No.06-cv-12063 | Suicide Attempt (02/15/05) |

| Felici, Lilia | *Lilia Felici v. Pfizer Inc.,et al.*<br>*Case No. 06-cv-10689* | "experienced psychotic episode for which she was committed for treatment" (unknown - filed 10/14/05) |
|---|---|---|
| Fenelon, Jamie | *Jamie Fenelon v. Pfizer Inc., et al.*<br>*Case No.06-cv-11581* | Suicide (06/04/04) |
| Feyer, Shanan | *Shanan Feyer v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11035* | Suicide (10/28/03) |
| Flanders, Jennifer | *Jennifer Flanders v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10913* | Suicide Attempt (07/25/02) |
| Fonseca, Jose Magdeleno Arturo | *Jose Magdeleno Arturo Fonsenca v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10311* | Suicide Attempt (unknown - filed 08/30/05) |
| French, Sandra | *Sandra French v. Pfizer Inc., et al.*<br>*Case No. 05-cv-12595* | Suicide (06/23/02) |
| Gambardello, Christine | *Christne Gambardello v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11262* | Suicide Attempt (10/13/02) |
| Garcia, Jose | *Jose Garcia v. Pfizer Inc., et al.*<br>*Case No. 06-cv-11775* | "expressions of committing suicide" (unknown - filed 06/16/06) |
| Gaudio, Sandra | *Sandra Gaudio v. Pfizer Inc., et al.*<br>*Case No. 06-cv-11580* | "depression and suicidal ideation, and other mental and emotional problems" (unknown - filed 06/08/06) |
| George, Lanny | *Lanny George v. Pfizer Inc., et al.*<br>*06-cv-10112* | Suicide (11/07/03) |
| Grissom, Odessa | *Odessa Grissom v. Pfizer Inc., et al.*<br>*Case No. 06-cv-11386* | Suicide Attempt (unknown - filed 05/11/06) |
| Haddock, Larry | *Larry Haddock v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10254* | Suicide (09/30/03) |
| Hargrove, Johnnie | *Johnnie Hargrove v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11034* | Suicide (11/16/02) |
| Henderson, Dale | *Dale Wayne Henderson v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10956* | Suicide (04/23/02) |
| Henry, Nancy | *Nancy Henry v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11995* | Suicide (07/03/03) |
| Hogge, Sean | *Sean Hogge v. Pfizer Inc., et al.*<br>*Case No. 06-cv-12049* | Suicide Attempt (12/14/01) |

| Holloway, Marsha | *Marsha Holloway v. Pfizer Inc., et al.* *Case No. 06-cv-11387* | Suicide Attempt (unknown - filed 05/11/06) |
|---|---|---|
| Huff, David | *David Huff v. Pfizer Inc. et al.* *Case No. 06-cv-10954* | Suicide Attempt (01/05/02) |
| Huff, Pauline | *Pauline Huff v. Pfizer Inc., et al.* *Case No. 06-cv-11338* | Suicide (unknown - filed 05/11/06) |
| Huffman, Dan | *Dan Huffman v. Pfizer, Inc., et al.* *Case No. 05-cv-10829* | Suicide (09/15/02) |
| Isaacs, Debra | *Debra Isaacs v. Pfizer Inc., et al.* *Case No. 07-cv-10630* | Suicide Attempt (05/14/99) |
| James, Nicole | *Nicole Justine James v. Pfizer Inc., et al.* *Case No. 05-cv-11022* | Suicide (08/09/02) |
| Jarosz, John | *John Jarosz v. Pfizer Inc., et al.* *Case No. 05-cv-11263* | Suicide (07/20/04) |
| Johnson, Daniel | *Daniel Johnson v. Pfizer Inc., et al.* *Case No. 06-cv-11882* | Suicide Attempt (09/04/02) |
| Johnson, Elmenia | *Elmenia Johnson v. Pfizer Inc., et al.* *Case No. 06-cv-10309* | Suicide (08/06/04) |
| Johnson, Melissa | *Melissa Johnson v. Pfizer Inc., et al.* *Case No. 05-cv-12073* | Suicide (04/10/02) |
| Keegan, Kevin | *Kevin Keegan v. Pfizer Inc., et al.* *Case No. 06-cv-10538* | Suicide (01/19/03) |
| Kern, Dorothy | *Dorthy Kern v. Pfizer Inc., et al.* *Case No. 05-cv-11027* | Suicide (10/27/02) |
| Leiendecker, Sandra | *Sandra Leiendecker v. Pfizer Inc., et al.* *Case No. 05-cv-12074* | Suicide (03/04/99) |
| Libby, Dawn | *Dawn Libby v. Pfizer Inc., et al.* *Case No. 06- cv-11482* | Suicide (07/09/03) |
| Long, Patti | *Patti Long v. Pfizer Inc., et al.* *Case No. 06-cv-11582* | Suicide (06/09/04) |
| Lutz, Dallas Mae | *Dallas Mae Lutz v. Pfizer Inc., et al.* *Case No. 06-cv-10255* | Suicide (03/29/03) |
| Lyman, Gary | *Gary Lyman v. Pfizer Inc., et al.* *Case No. 05-cv-11020* | Suicide (07/23/02) |
| Marzolo, Paul | *Paul Marzolo v. Pfizer Inc., et al.* *Case No. 05-cv-12387* | Suicide (09/07/03) |

| | | |
|---|---|---|
| McGee, Oscar | *Oscar McGee v. Pfizer Inc., et al.* Case No. 05-cv-12593 | Suicide (06/25/01) |
| McPherson, Harold | *Harold McPherson v. Pfizer Inc., et al.* Case No. 05-cv-12076 | Suicide (10/08/04) |
| Mecija, Jennifer | *Jennifer Mecija v. Pfizer Inc., et al.* Case No. 06-cv-11445 | Suicide (09/30/04) |
| Mendoza, Michael | *Michael Mendoza v. Pfizer Inc., et al.* Case No. 05-cv-11033 | Suicide Attempt (11/27/00) |
| Michielsen, Steven | *Steven Michielsen v. Pfizer Inc., et al.* Case No. 07-cv-10332 | Suicide Attempt (02/16/04) |
| Milligan, Donald | *Donald Milligan v. Pfizer Inc., et al.* Case No. 07-cv-11255 | Suicide Attempt (06/02/01) |
| Minisquero, Mark | *Mark Minisquero v. Pfizer Inc., et al.* Case No. 05-cv-11021 | Suicide Attempt (08/05/02) |
| Montgomery, Maralyn | *Maralyn Montgomery v. Pfizer Inc., et al.* Case No. 06-cv-10110 | Suicide (10/29/03) |
| Montgomery, William | *William Montgomery v. Pfizer Inc., et al.* Case No. 05-cv-11032 | Suicide Attempt (11/19/01) |
| Morris, Judy | *Judy Morris v. Pfizer Inc., et al.* Case No. 06-cv-10780 | Suicide Attempt (03/01/02) |
| Morrow, Jason | *Jason Morrow v. Pfizer Inc., et al.* Case No. 06-cv-11579 | Suicide (04/03/04) |
| Mosley, Thelma | *Thelma Juanita Mosley v. Pfizer Inc., et al.* Case No. 05-cv-12388 | Suicide (09/28/03) |
| Mustafa, Fazila, et al. | *Fazilka Mustafa, et al. v. Pfizer Inc., et al.* Case No. 06-cv-11394 | Suicide Attempt (06/09/02) |
| Neilson, Leslie | *Leslie Neilson v. Pfizer Inc., et al.* Case No. 07-cv-11007 | Suicide Attempt (11/19/01) |
| Newberry, Erik | *Erik Newberry v. Pfizer Inc., et al.* Case No. 07-cv-11499 | Suicide (07/07/05) |
| O'Bryan, Arnold | *Arnold O'Bryan v. Pfizer Inc., et al.* Case No. 05-cv-12594 | Suicide (10/10/03) |
| Owens, Darlene | *Darlene Owens v. Pfizer Inc., et al.* Case No. 05-cv-11017 | Suicide (11/09/02) |

| | | |
|---|---|---|
| Paulsen, Patti | *Patti Paulsen v. Pfizer Inc., et al.*<br>Case No. 05-cv-10830 | Suicide (06/16/02) |
| Poole, Jacqueline | *Jacqueline Poole v. Pfizer Inc., et al.*<br>Case No. 06-cv-11389 | Suicide Attempt (unknown - filed 05/11/06) |
| Populis, Theodore | *Theodore Populis v. Pfizer Inc., et al.*<br>Case No. 05-cv-11030 | Suicide Attempt (02/16/02) |
| Pursey, Mitzi | *Mitzi Pursey v. Pfizer Inc., et al.*<br>Case No. 07-cv-10106 | Suicide (05/30/99) |
| Ramsey, Lena | *Lena Ramsey v. Pfizer Inc., et al.*<br>Case No. 06-cv-12212 | Suicide (08/24/05) |
| Reach, Joyce | *Joyce Reach v. Pfizer Inc., et al.*<br>Case No. 06-cv-11390 | Suicide Attempt (unknown - filed 05/11/06) |
| Reilly, Arthur | *Arthur Reilly v. Pfizer Inc., et al.*<br>Case No. 07-cv-12236 | Suicide Attempt (11/01/01) |
| Retzer, Gregory | *Gregory Retzer v. Pfizer Inc., et al.*<br>Case No. 05-cv-11036 | Suicide (11/21/02) |
| Richey, Linda | *Linda Richey v. Pfizer Inc., et al.*<br>Case No. 05-cv-12000 | Suicide (08/14/03) |
| Roberson, Edna | *Edna Roberson v. Pfizer Inc., et al.*<br>Case No. 05-cv-12001 | Suicide (08/27/03) |
| Salinas, Sulema | *Sulema Salinas v. Pfizer Inc., et al.*<br>Case No. 06-cv-10687 | Suicide Attempt (08/19/00) |
| Scott, Kim | *Kim Scott v. Pfizer Inc., et al.*<br>Case No. 06-cv-10253 | Suicide (11/05/03) |
| Shaw, Joy | *Joy Shaw v. Pfizer Inc., et al.*<br>Case No. 06-cv-11584 | Suicide (07/29/03) |
| Shearer, Linda | *Linda Shearer v. Pfizer Inc., et al.*<br>Case No. 07-cv-11428 | Suicide (02/07/02) |
| Shelley, Larry | *Larry Shelley v. Pfizer Inc., et al.*<br>Case No. 06-cv-11935 | Suicide (07/02/02) |
| Sims, Donna | *Donna Sims v. Pfizer Inc., et al.*<br>Case No. 06-cv-10419 | Suicide Attempt (12/09/01) |
| Sizemore, Algina | *Algina Sizemore v. Pfizer Inc., et al.*<br>Case No. 06-cv-10111 | Suicide (11/04/03) |
| Sloan, Doris | *Doris Sloan v. Pfizer Inc., et al.*<br>Case No. 07-cv-11253 | Suicide (05/09/03) |

| Smith, Monica | *Monica Smith v. Pfizer Inc., et al.*<br>*Case No. 05-cv-10833* | Suicide (04/30/03) |
|---|---|---|
| Smith, Rosemary | *Rosemary Smith v. Pfizer Inc., et al.*<br>*Case No. 05-cv-12386*<br>*Case No. 06-cv-10535* | Suicide (05/23/01) |
| Smith, Ruth | *Ruth Smith v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11515* | Suicide (05/13/04) |
| Smolucha, Marianne | *Marianne Smolucha v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11261* | Suicide Attempt (12/23/03) |
| Southern, Jessica | *Jessica Southern v. Pfizer Inc., et al.*<br>*Case No. 07-cv-10428* | Suicide Attempt (03/15/04) |
| Spears, Christy Poe | *Christy Poe Spears v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10108* | Suicide (10/19/03) |
| Strickland, Bernard | *Bernard Strickland v. Pfizer Inc., et al.*<br>*Case No. 06-cv-10778* | Suicide Attempt (11/01/00; 04/01/01; 04/01/03) |
| Strickland, Kelly | *Kelly Strickland v. Pfizer Inc., et al.*<br>*Case No. 05-cv-C12611993* | Suicide (10/14/04) |
| Sumait, Rosalie | *Rosalie Sumait v. Pfizer Inc., et al.*<br>*Case No. 05-cv-10832* | Suicide (09/29/02) |
| Tilley, Kelly | *Kelly Tilley v. Pfizer Inc., et al.*<br>*Case No. 06-cv-11773* | Suicide (07/09/02) |
| Valentine, Deborah | *Deborah Valentine v. Pfizer Inc., et al.*<br>*Case No. 07-cv-11067* | Suicide Attempt (04/24/03) |
| Veraas, Peter | *Peter Veraas v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11029* | Suicide Attempt (12/04/02) |
| Vercillo, Frank | *Frank Vercillo v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11019* | Suicide Attempt (11/30/01) |
| Vineyard, Janice | *Janice Vineyard v. Pfizer Inc., et al.*<br>*Case No. 07-cv-12233* | Suicide Attempt (10/13/03) |
| Wampole, Bryan | *Bryan Wampole v. Pfizer Inc., et al.*<br>*Case No. 07-cv-11072* | Suicide (04/11/04) |
| Watson, Scott | *Scott Watson v. Pfizer Inc. et al.*<br>*Case No. 05-cv-12002* | Suicide Attempt (unknown - filed 06/08/05) |
| Wendorf, Amy | *Amy Wendorf v. Pfizer Inc., et al.*<br>*Case No. 05-cv-11999*<br>*Case No. 06-cv-11398* | Suicide (09/04/00) |

8

| Werner, Carole | *Carole Werner v. Pfizer Inc., et al.*<br>Case No. 05-cv-11994 | Suicide (07/02/03) |
|---|---|---|
| White, Judy | *Judy White v. Pfizer Inc., et al.*<br>Case No. 05-cv-12127 | Suicide (04/06/03) |
| White, Ryan | *Ryan White, an infant by and through his next friend, Sheri Ulrich and Judy White, as successors in interest of plaintiff's decedent Scott Edward White*<br>Case No. 06-cv-11021 | Suicide (04/06/03) |
| Whitehouse, James | *James Whitehouse v. Pfizer Inc., et al.*<br>Case No. 05-cv-11018 | Suicide (11/13/02) |
| Whitten, Jessica | *Jessica Whitten v. Pfizer Inc., et al.*<br>Case No. 06-cv-11391 | Suicide Attempt (unknown - filed 05/11/06) |
| Wilson, Kathleen | *Kathleen Wilson v. Pfizer Inc., et al.*<br>Case No. 05-cv-11031 | Suicide (11/30/03) |
| Wolosonowich, Dennis | *Dennis Wolosonowich v. Pfizer Inc., et al.*<br>Case No. 06-cv-11395 | Suicide Attempt (12/14/01) |
| Woolum, Pamela | *Pamela Woolum v. Pfizer Inc., et al.*<br>Case No. 07-cv-10853 | Suicide Attempt (10/31/03) |
| Young, Brent | *Brent Young v. Pfizer Inc., et al.*<br>Case No. 06-cv-11446 | Suicide Attempt (02/04/05) |