# EXHIBIT 3

WWOnline | LOGOUT | eALERTS | PROFILE | CUSTOMER SUPPORT                                                    JOHN A RONAYNE



# NEUROLOGY TODAY

LIPPINCOTT WILLIAMS & WILKINS

Home | Search | Current Issue | Archive

June 2005, 5:6 > FDA REVIEWS DATA ON ANTICONVULSANTS...                                                    < Previous | Next >

**ARTICLE LINKS:**
References (3) | View full-size inline images

Neurology Today: Volume 5(6) June 2005 pp 1,12-14

## FDA REVIEWS DATA ON ANTICONVULSANTS FOR SUICIDE RISK [ORIGINAL ARTICLE]

Carroll, Linda



EXHIBIT
Hanbeu 7
7/13/07

In April, the Food and Drug Administration (FDA) took the unusual step of asking anticonvulsant drug makers to review raw data from clinical trials to determine if the medications increase the risk of suicide in patients taking them.

The FDA hopes that the same strategy used to re-analyze antidepressant data for increased risk of suicide will work for anticonvulsants.

But experts interviewed by *Neurology Today* were skeptical of the value of this approach. First, they pointed out, it is unlikely that even the raw data will include enough information for the analysis because psychiatric symptoms were not the focus of the original studies. A further complication is the link between epilepsy and increased risk for depression and suicide.

## DEPRESSION & EPILEPSY

Regardless of whether the re-analysis is successful, it may at least serve to highlight the heightened risk of depression among people with epilepsy, said Jacqueline French, MD, Professor of Neurology at the University of Pennsylvania Medical Center in Philadelphia.

Many physicians are not as aware as they should be of the links between depression and epilepsy, Dr. French said. There are probably many patients who should be identified earlier as depressed and who are at risk for suicide, who could be treated appropriately. If this situation brings the issue to the forefront that would be a positive thing.

Physicians have speculated that the FDA decided to focus on anticonvulsants because of a lawsuit brought against the maker of gabapentin, alleging that taking the drug increased the risk of suicide.

But FDA officials say that this is not what sparked their interest. This is not a look specifically at gabapentin, said Russell Katz, MD, Director of the Division of Neuropharmacological Drug products at the FDA. It includes all anticonvulsants. It came about because a company came to us after looking at their controlled trial database. They thought they might have seen a signal for increased suicidal behavior.



Figure. Dr. Jacqueline French: Many physicians are not as aware as they should be of the links between depression and epilepsy. There are probably many patients who should be identified earlier as depressed and who are at risk for suicide, who could be treated appropriately. If this situation brings the issue to the forefront that would be a positive thing.

Dr. Katz said he could not name the drug at this time. But, he said, there is another anticonvulsant drug that already has been linked with a slight increase in suicide risk.

Zonisamide has on its label a rate of 1.1 percent suicide attempts versus 0.4 percent for placebo, Dr. Katz said. So, taken together with this second drug, whose sponsor felt might have a signal, we suggested that we might look back at all the newer anticonvulsants.

The FDA will be examining data for all drugs approved since the early 90s, Dr. Katz said. We will use the same methodology that we applied to antidepressants in the pediatric population, he added. The drugs were approved in the modern era where there are rigorous multiple-controlled trials. That is where we think the relevant data are.

Drug makers will be asked to go through their raw data, Dr. Katz said.

We will be casting a very wide net, looking at particular terms - words that might be linked to suicide, he added. We're thinking that in the first cut we could identify events in the trials that could reasonably, on first blush, be considered to be relevant events.

Then narratives will be drafted from the original data. Next, these narratives will be read in a blinded way and classified according to standard criteria - for example, as suicide attempt, or suicidal thinking or an injury to self, but not a suicide attempt.

While allowing that the method is not optimal for determining suicide risk, Dr. Katz said it is the best we can do with what we expect to be fairly imperfect data. It's certainly possible that a signal may emerge. It did with the pediatric population and antidepressants.

## EXPERTS ARE SKEPTICAL ABOUT INITIATIVE

In interviews with *Neurology Today*, epilepsy experts were not so optimistic about the FDA initiative.

The data to be scrutinized are coming from trials that were small - generally only a few hundred patients - and of short duration - usually a matter of 12 weeks, said John Stern, MD, Assistant Professor of Neurology and Co-director of the University of California-Los Angeles Seizure Disorder Center.

And, of course, the trials were studied for adverse events, initially, Dr. Stern said. If there was a large effect it would have already turned up.

It will be difficult to determine from the existing data whether suicide risk increases with certain anticonvulsants, said Andres Kanner, MD, Professor of Neurological Sciences and Psychiatry at Rush Medical College in Chicago.

What they are saying they want to do is not going to answer the question at hand, Dr. Kanner said. In these protocols, investigators do not collect the kind of data on suicidal risks associated with patients with epilepsy that you would need to do this kind of retrospective analysis. Basically, you have a situation of garbage in leads to garbage out.



Figure. Dr. Allen Ettinger: This is just another reason why it's important for clinicians to pay attention to mood issues. If depression is a problem, the clinician may want to use an anticonvulsant that not only attends to seizures, but also addresses the mood problems.

To do a proper study of suicide risk associated with the use of antiepileptic drugs in a population of patients with epilepsy, researchers should collect such information as patients' previous psychiatric histories and family psychiatric histories, Dr. Kanner said.

Patients with epilepsy have a greater suicidal risk than people in the general population, he said, and there are several factors that may be operant in the development of suicidal ideation and behavior - antiepileptic drugs are only one of these factors.

For example, suicidal ideation can occur as a habitual phenomenon within 72 hours of a seizure, he noted. In a study published in *Neurology* (2004;62:708-713), Dr. Kanner and colleagues reported the presence of postictal suicidal ideation in 13 percent of 100 consecutive patients with pharmaco-resistant epilepsy. Clinicians rarely investigate these symptoms and patients are often reluctant to report it for fear of being labeled crazy, he said.

## EPILEPSY AND DEPRESSION

Beyond the problems with the data, the analysis will be complicated by the fact that epilepsy is associated with depression. And certain types of epilepsy are more strongly associated with depression than others.

Depression is quite common in epilepsy, said Alan Ettinger, MD, Director of the North Shore-Long Island Jewish Comprehensive Epilepsy Center in New

Hyde Park, NY. It used to be believed that depression in epileptics was simply a reaction to having a chronic illness. But we now know that it's more complicated than that.

And while certain medications - phenobarbital, for example - may carry a higher risk for depression than others, there are many other factors that lead to depression in epilepsy patients, Dr. Ettinger said.

For example, the seizures themselves can affect mood, Dr. Ettinger said. Mood changes can occur right before a seizure, during a seizure or when a patient is in the post ictal state, he said.

Additionally, individuals may suffer from depression in between seizures, Dr. Ettinger said.

Studies have shown that depression is much more common among epileptics than among the general population, Dr. Ettinger said.

## COMMUNITY-BASED STUDIES: DEPRESSION

In a study, we found that 37 percent of community-based patients suffer from moderate to severe depression symptoms, he added. That study, published in *Neurology* (2004;63:1008-1014), examined the risk of depression among patients with epilepsy or asthma.

Depression is under recognized in epilepsy patients, Dr. Ettinger said. Another issue is the problem of suicide. Some of our patients may actually have suicidal thoughts and clinicians can be completely oblivious.

And problems with depression are not limited to adults with epilepsy.

In a study published in *Epilepsia* (1998;39:595-599), Dr. Ettinger and colleagues found that as many as 27 percent of children with epilepsy had symptoms of depression.

Complicating matters even further is the fact that certain types of epilepsy carry a higher risk of depression and suicide, Dr. Stern said.

Depression is more common with temporal lobe epilepsy, for example.

It's thought to be part of the illness, Dr. Stern said, because temporal lobe epilepsy involves the limbic system.

Even if the re-analysis detects a slightly increased risk of suicide linked to a particular drug, that should not mean that the medication should not be used, Dr. French said.

A lot of things are going to have to be analyzed, she added. We have to know if the heightened risk is among patients who have improved with the drug. If it is, then that benefit might offset the risk of suicide. With any drug, you always have to look at the risks versus the benefits.

Further, Dr. French said, physicians always have the option of keeping a patient on an effective anticonvulsant and treating for depression.

The current situation does highlight the need for neurologists to monitor their patients' mental health, Dr. Ettinger said.

This is just another reason why it's important for clinicians to pay attention to mood issues, he added. If depression is a problem, the clinician may want to use an anticonvulsant that not only attends to seizures, but also addresses the mood problems.

Specifically, one might want to consider choosing a drug that improves mood and avoid medications that exacerbate symptoms. Some evidence suggests that lamotrigine may have some mood stabilizing and activating effects.

Studies have shown that lamotrigine improves patients suffering from bipolar disorder, Dr. Ettinger said. And a soon-to-be-published study by Dr. Ettinger and his colleagues has found that epilepsy patients are also more prone to this condition [*Neurology* in press].

Checking a patient for depression should be as routine as ordering a CBC or tapping the knee to check reflexes, Dr. Ettinger said.

I'm not saying the clinician needs to perform a detailed psychiatric examination, he added. Sometimes briefly screening for a problem can alert the physician to the need to get additional psychiatric assistance for the patient.

## ARTICLE IN BRIEF

✓ The FDA is asking manufacturers of antiepileptic drugs to review data for any drugs approved since the 1990s to determine if there is a possible risk for suicide - after one drug company reported a signal for increased suicide risk.

## REFERENCES

- Ettinger AB, Reed M, Cramer J. Depression and Co-morbidity in Community-based Patients with Epilepsy or Asthma. *Neurology* 2004;63(6):1008-1014.
- Ettinger AB, Weisbrot DM, et al. Symptoms of depression and anxiety in pediatric epilepsy patients. *Epilepsia* 1998;39:595-599. [Fulltext Link] [CrossRef]
- Ettinger AB, Reed ML, Goldberg JF, Hirschfeld RMA. Prevalence of Bipolar Symptoms in Epilepsy vs Other Chronic Health Disorders. *Neurology* 2005:(in press).

© 2005 AAN Enterprises, Inc.

Copyright © 2006, AAN Enterprises, Inc. All rights reserved.
Published by Lippincott Williams & Wilkins.
Copyright/Disclaimer Notice • Privacy Policy
XML Subscribe to RSS feed