# EXHIBIT 5

Confidential

```
 1        IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2   IN RE:                    : MASTER FILE NO.
     NEURONTIN MARKETING,      : 04-10981
 3   SALES PRACTICES and       :
     PRODUCTS LIABILITY        :
 4   LITIGATION                :
     ------------------------  :
 5   THIS DOCUMENT RELATES     :
     TO:                       : CASE NO.
 6   PRODUCTS LIABILITY        : 06-CV-4136
     ACTIONS                   :
 7                             :
     FENELON V PFIZER,         :
 8   INC., et al.              :

 9     SUPREME COURT OF THE STATE OF NEW YORK
               COUNTY OF NEW YORK
10   ------------------------
     IN RE:                    :
11   NEURONTIN PRODUCT         :
     LIABILITY LITIGATION      :
12   ------------------------
     THIS DOCUMENT APPLIES TO  :
13   ALL CASES                 :
     ------------------------

14
          CONTAINS CONFIDENTIAL INFORMATION
15
             CONTINUED EXAMINATION OF
16            STEFAN P. KRUSZEWSKI, M.D.
                    VOLUME II
17

18           Taken at the Harrisburg

19   International Airport, Susquehanna Club

20   Room, One Terminal Drive, Middleton,

21   Pennsylvania, on Tuesday, February 26,

22

23   2008, commencing at 1:44 p.m., before

24

25   Linda Beyerle, Court Reporter.
```

CONFIDENTIAL

Condensed Copy

**VERITEXT CORPORATE SERVICES (800) 567-8658**

Confidential

**692**

1  BY MS. McGRODER:
2  Q. Can you identify any peer review
3  medical literature in the world that states
4  that the mechanisms of action of these
5  eleven antiepileptic drugs are the same?
6  A. No.
7  Q. Can you identify any peer review
8  literature in the world stating that the
9  pharmacologic properties of these eleven
10 drugs are the same?
11 A. No.
12 Q. Is it true that you cannot identify
13 any well-controlled clinical data specific
14 to Neurontin that shows that Neurontin is
15 associated with a statistically significant
16 increased risk of suicide-related events?
17 A. It is.
18 Q. Did you take any notes when you
19 reviewed the FDA alert?
20 A. No.
21 Q. Have you taken any notes since the
22 time of your last deposition and up until
23 today regarding Neurontin?
24 A. No.
25    MS. McGRODER: I have no

**693**

1  further questions.
2     (Deposition concluded at
3  3:55 p.m.)

**694**

6     February 26, 2008

10    I hereby certify that the
11 evidence and proceedings are contained
12 fully and accurately in the notes taken
13 by me of the testimony of the within
14 witness who was duly sworn by me, and
15 that this is a correct transcript of the
16 same.

19    Linda Beyerle,
20    Court Reporter and Notary Public

    The foregoing certification does not apply
22 to any reproduction of the same by any means
    unless under the direct control and/or
23 supervision of the certifying reporter.

31 (Pages 692 to 694)