UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and

AETNA, INC. v. PFIZER, INC.

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**COORDINATED PLAINTIFFS' MOTION TO COMPEL PFIZER TO PRODUCE AN ADEQUATELY PREPARED RULE 30(B)(6) WITNESS**

The Coordinated Plaintiffs respectfully move to compel Defendants Pfizer, Inc. and Warner Lambert Company (collectively "Defendants") to (i) produce a witness adequately prepared to testify to Topics 1 and 2 of the Rule 30(b)(6) notice of deposition of Pfizer, dated December 3, 2007; and pursuant to Rule 37(d) of the Federal Rules of Civil Procedure; (ii) to compel the Defendants to either immediately produce all of the remaining "operating" and "business plans" for the named Third Party Plaintiffs described in the Memorandum of Law or concede that these plans existed and have since been destroyed and to confirm the dates and circumstances of their destruction; and (iii) to compel Defendants to produce a witness to respond to questions concerning the transition between Neurontin and Lyrica, an otherwise relevant topic for which Defendants' counsel improperly instructed the witness not to answer questions.

The grounds for this motion are set forth in the accompanying Coordinated Plaintiffs' Memorandum in Support of Their Motion to Compel Defendants to Produce an Adequately Prepared Rule 30(b)(6) Witness (the "Memorandum of Law").

In support of this motion, defendants submit the accompanying Memorandum of Law and Declaration of Linda P. Nussbaum, dated of March 7, 2008.

WHEREFORE, the Coordinated Plaintiffs respectfully request that the Court grant their motion to compel Defendants to (i) produce an adequately prepared Rule 30(b)(6) witness and (ii) produce all "operating plans" and the "business plans" that pertain to the named Third Party Payors created during the relevant factual period and, if any such plan no longer exists, disclose the dates and circumstances of its destruction; and (iii) to produce a witness to respond to questions concerning the transition between Neurontin and Lyrica.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Respectfully submitted,

Dated: March 7, 2008

By: /s/ Linda P. Nussbaum
Linda P. Nussbaum, Esq.

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022

*Counsel for the Coordinated Plaintiffs*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.1 and 37.1, I certify that counsel have conferred in good faith to narrow the areas of disagreement to the greatest extent possible.

/s/ Linda P. Nussbaum
Linda P. Nussbaum, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER