UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>ALL PRODUCTS LIABILITY CASES IDENTIFIED ON EXHIBIT 1 TO THE DECLARATION OF SCOTT W. SAYLER, ESQ. | |

## DECLARATION OF MARY ANN CORONEL, R.Ph.

I, **Mary Ann Coronel**, R.Ph., declare and state as follows:

1. My name is Mary Ann Coronel. I make this declaration in support of Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment.

2. Since 2003, I have been employed in Pfizer's Worldwide Regulatory Affairs department in New York, New York. I currently hold the position of Associate Director, Worldwide Regulatory Strategy. In this position, I act as liaison between Pfizer and the United States Food and Drug Administration ("FDA") in connection with certain pharmaceutical products, including Neurontin® (gabapentin) ("Neurontin"), the pharmaceutical drug that is the subject of this litigation. Some of my responsibilities include the submission and management of regulatory files (e.g., Investigational New Drug Applications ("INDs"), New Drug Applications ("NDAs"), and associated amendments and supplements to such applications. I assumed these responsibilities for Neurontin in 2005.

3. As part of my responsibilities, I have personal knowledge of the manner in which Pfizer keeps and maintains the records that comprise the regulatory files for Neurontin. I attach to this declaration true and correct copies of certain Pfizer regulatory files for Neurontin, which reflect communications between Pfizer and FDA, correspondence between Pfizer and FDA, analyses of Neurontin data, FDA-approved product labeling and prescribing information, and other materials pertaining to Neurontin.

4. The documents attached to this declaration were made at or near the date on the documents; were prepared by a person with personal knowledge of their contents or as a result of information received from a person with such personal knowledge; are kept and maintained in the course of Pfizer's regularly conducted business activity; and it is the practice of Pfizer to maintain and keep these documents in the regular course of its business activity. Altogether, the regulatory files for Neurontin consist of at least hundreds of thousands of pages and material.

5. Attached as Exhibit 1 is a true and correct copy of a letter from Janeth L. Turner, Warner-Lambert, to FDA, with selected attachment (initial draft Neurontin labeling) (Jan. 15, 1992).

6. Attached as Exhibit 2 is a true and correct copy of selected pages from the Integrated Summary of Safety Information section of NDA 20-235 (Jan. 15, 1992).[1]

7. Attached as Exhibit 3 is a true and correct copy of the Briefing Materials for December 15, 1992 Peripheral and Central Nervous System Drugs Advisory Committee Meeting on NDA 20-235, with its attachment, *Review and Evaluation of Clinical Data* by Cynthia McCormick, M.D., Center for Drug Evaluation and Research (FDA) (Dec. 1, 1992).

---

[1] For the convenience of the Court, only the portions referencing depression and suicide-related events are included.

8. Attached as Exhibit 4 is a true and correct copy of the *Combined Medical-Statistical Review* for NDA-20-235 by Cynthia McCormick, M.D., and Baldeo K. Taneja, Ph.D, Center for Drug Evaluation and Research (FDA) (Oct. 13, 1993).[2]

9. Attached as Exhibit 5 is a true and correct copy of the *Review and Evaluation of Clinical Data* for NDA 20-235 (Safety Update #4) by Cynthia McCormick, M.D., Center for Drug Evaluation and Research (FDA) (Dec. 28, 1993).

10. Attached as Exhibit 6 is a true and correct copy of *Supervisory Overview of Safety and Efficacy Data for NDA 20-235, Neurontin as Adjunctive Therapy for Patients with Partial and Secondary Generalized Tonic-Clonic Seizures*, by Russell Katz, M.D., Center for Drug Evaluation and Research (FDA) (Oct. 11, 1993).

11. Attached as Exhibit 7 is a true and correct copy of *Approvable Action Memorandum* for NDA 20-235 from Paul Leber, M.D., Center for Drug Evaluation and Research (FDA) (Dec. 13, 1993).

12. Attached as Exhibit 8 is a true and correct copy of a letter from Robert Temple, M.D., Center for Drug Evaluation and Research (FDA), to Janeth L. Turner, Warner-Lambert, with attached FDA-approved Neurontin labeling (Dec. 30, 1993).

13. Attached as Exhibit 9 is a true and correct copy of *Review and Evaluation of Clinical Data* for NDAs 21-397, 21-423, and 21-424 by Sharon Hertz, M.D., Center for Drug Evaluation and Research (FDA) (May 24, 2002).

---

[2] Exhibits 4 through 13 are also Exhibits A through J, respectively, to Dr. Cynthia McCormick's affidavit, which is attached (without exhibits) to the Declaration of Scott W. Sayler, Esq. in Support of Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment. The exhibits are included here for purposes of authentication, but to avoid filing multiple copies of the same documents, are not attached to Dr. McCormick's affidavit.

14. Attached as Exhibit 10 is a true and correct copy of *Division Director Review and Basis for Approval Action* for NDAs 21-397, 21-423, and 21-424, by Cynthia McCormick, M.D., Center for Drug Evaluation and Research (FDA) (May 22, 2002).

15. Attached as Exhibit 11 is a true and correct copy of FDA's draft Neurontin labeling, entitled HFD-120 Labeling Version #2 (May 16, 2002).

16. Attached as Exhibit 12 is a true and correct copy of a letter from Cynthia McCormick, M.D., Center for Drug Evaluation and Research (FDA), to Drusilla Scott, Ph.D, Pfizer, with attached FDA-approved Neurontin labeling (May 24, 2002).

17. Attached as Exhibit 13 is a true and correct copy of the transcript of FDA's Peripheral and Central Nervous System Drugs Advisory Committee Meeting (Dec. 15, 1992).

18. Attached as Exhibit 14 is a true and correct copy of a letter from Janeth L. Turner, Warner-Lambert, to Paul D. Leber, M.D., Center for Drug Evaluation and Research (FDA), with attached draft Neurontin labeling (Dec. 10, 1993).

19. Attached as Exhibit 15 is a true and correct copy of a letter from Robert Temple, M.D., Center for Drug Evaluation and Research (FDA), to Janeth L. Turner, Warner-Lambert, with attached draft Neurontin labeling (Dec. 21, 1993).

20. Attached as Exhibit 16 is a true and correct copy of a Record of FDA Contact regarding NDA 20-235 (Dec. 30, 1993).

21. Attached as Exhibit 17 is a true and correct copy of a letter from Drusilla Scott, Ph.D, Pfizer, to Russell Katz, M.D., Center for Drug Evaluation and Research (FDA) (without attachment) (Aug. 16, 2001).

22. Attached as Exhibit 18 is a true and correct copy of a Record of FDA Contact regarding NDA 20-235 (Apr. 26, 2004).

23. Attached as Exhibit 19 is a true and correct copy of Pfizer's *Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials and Postmarketing Surveillance* (without appendices) (Sept. 9, 2004).

24. Attached as Exhibit 20 is a true and correct copy of Pfizer's *Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials – Phase 1 Studies* (Nov. 16, 2004).

25. Attached as Exhibit 21 is a true and correct copy of Email from Courtney Calder, Center for Drug Evaluation and Research (FDA), to Molly Powers, Pfizer (Oct. 20, 2005).

26. Attached as Exhibit 22 is a true and correct copy of Email from Courtney Calder, Center for Drug Evaluation and Research (FDA), to Manini Patel, Pfizer (Oct. 27, 2005).

27. Attached as Exhibit 23 is a true and correct copy of Email from Manini Patel, Pfizer, to Courtney Calder, Center for Drug Evaluation and Research (FDA) (Nov. 18, 2005).

28. Attached as Exhibit 24 is a true and correct copy of Email from Courtney Calder, Center for Drug Evaluation and Research (FDA), to Molly Powers, Pfizer (Nov. 22, 2005).

29. Attached as Exhibit 25 is a true and correct copy of a letter from Mary Ann C. Evertsz, Pfizer, to Russell Katz, M.D., Center for Drug Evaluation and Research (FDA) (with enclosed revised Neurontin labeling only) (Dec. 21, 2005).

30. Attached as Exhibit 26 is a true and correct copy of a letter from Russell Katz, M.D., Center for Drug Evaluation and Research (FDA), to Mary Ann C. Evertsz, Pfizer (May 3, 2006).

31. Attached as Exhibit 27 is a true and correct copy of a letter from Russell Katz, M.D., Center for Drug Evaluation and Research (FDA), to Manini Patel, Pfizer (Mar. 16, 2005).

32. Attached as Exhibit 28 is a true and correct copy of a letter from Mary Ann Coronel Evertsz, Pfizer, to Russell Katz, M.D., Center for Drug Evaluation and Research (FDA) (without enclosures) (June 22, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2008, in New York, New York.

/s/ Mary Ann Coronel
Mary Ann Coronel, R.Ph.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 7, 2008.

/s/David B. Chaffin