# EXHIBIT 1

WARNER-LAMBERT DISTRIBUTION

J. Conover
S. Dombey
M. Fletcher
J. Howard (MOPS)
R. Martin
W. Merino
CBI*
R.A., AA NDA 20-235*

* with attachment

January 15, 1992

NDA 20-235
Ref. No. 1
Gabapentin Capsules

Re: Submission of NDA

Food and Drug Administration
Document and Records Section
12420 Parklawn Drive
Rockville, Maryland  20852

Dear Sir/Madam:

In accordance with Section 505 (b) of the Federal Food, Drug and
Cosmetic Act and Section 314.50 of Title 21 Code of the Federal
Regulations, Parke-Davis Pharmaceutical Research Division of Warner-
Lambert Company hereby submits a New Drug Application for gabapentin
(Neurontin®) for use in the treatment of epilepsy. The NDA number for
gabapentin was preassigned on November 13, 1991. The IND for
gabapentin, IND 28,454, is under the auspices of the Division of
Neuropharmacological Drug Products.

All clinical and preclinical data as well as chemistry, manufacturing
and controls data needed for the review of this product are included in
this application.  Also provided are case report forms for all patients
who died or discontinued therapy because of an adverse experience.  In
addition, patent certification information is included.  The additional
toxicology information requested at the October 24, 1991 Advisory
Committee Meeting and outlined in my letter to Dr. Leber on November 18,
1991 (IND Serial No. 208) will be submitted to this NDA no later than
February 15, 1992.

This submission consists of an archival copy containing 250 volumes, and
review copies of each technical section.  Please refer to the attached
Form FDA 356H and NDA Index which detail the complete contents of this
NDA.

2800 Plymouth Road   P.O. Box 1047   Ann Arbor, Michigan 48106-1047.   (313) 998-7000

Food and Drug Administration
NDA 20-235
January 15, 1992
Page 2

If you need additional information or have any questions regarding this
submission please contact me at 313/996-7426 or FAX 313/996-7890.

Sincerely,

Janeth L. Turner, R.N., B.S.N.
Associate Director
Worldwide Regulatory Affairs

JT/ms121991.2

Attachment

Pfizer_LCastro_0039686

274

1

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

## DESCRIPTION

Neurontin® (gabapentin capsules) is supplied in capsules containing 100 mg, 300 mg, and 400 mg of active drug substance for oral administration. Each capsule also contains lactose, corn starch, and talc.[1]

[1]RR REG 956-00125  1.2  36

Gabapentin is described as 1-(aminomethyl)cyclohexaneacetic acid with a molecular formula of $C_9H_{17}NO_2$ and a molecular weight of 171.24. The molecular structure of gabapentin is:[2]



[2]RR REG 730-01613  1.4-5  1

Gabapentin is a white to off-white crystalline solid. It is freely soluble in water and both basic and acidic aqueous solutions.[2]

[2]RR REG 730-01613  1.4-5  1

H:\REG\GEN\NEU011996C.GEN

Confidential

275

2

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

<u>Text</u>

<u>Source Material</u> <u>Volume</u> <u>Page</u>

CLINICAL PHARMACOLOGY

Gabapentin is structurally related to the neurotransmitter GABA
(gamma-aminobutyric acid) but its mechanism of action is different
from that of several other drugs that interact with GABA synapses
including valproate, barbiturates, benzodiazepines, GABA transaminase
inhibitors, GABA uptake inhibitors, GABA agonists, and GABA prodrugs.
In vitro studies with radiolabeled gabapentin have characterized a
novel peptide binding site in rat brain tissues including neocortex
and hippocampus that may relate to anticonvulsant activity of
gabapentin and its structural derivatives[1].  However, the
identification and function of the gabapentin binding site remains to     [1]RR 770-0263     1.11     106
be elucidated.  Gabapentin at relevant clinical concentrations does
not bind to other common drug or neurotransmitter receptors of the
brain including $GABA_A$, $GABA_B$, benzodiazepine, glutamate, glycine or N-
methyl-d-aspartate receptors[2].                                          [2]RR 740-02866    1.11     138

M:\REGA\GEN\BRM91190C.GEN

Confidential

Pfizer_LCastro_0039687

Pfizer_LCastro_0039688

276

3

# NEURONTIN®

## (Gabapentin Capsules)

## ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|
| Gabapentin does not interact with sodium channels in vitro[1] and so differs from phenytoin and carbamazepine. Gabapentin partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems in vitro, but only at concentrations greater than 100 µM[2], which are not achieved in vivo. Gabapentin slightly reduces the release of monoamine neurotransmitters in vitro[3]. Gabapentin administration to rats increases GABA turnover in several brain regions[4] in a manner similar to valproate sodium, although in different regions of brain. The relevance of these various actions of gabapentin to the anticonvulsant effects remains to be established. | [1]RR 740-02477 | 1.11 | 208 |
| | [1]RR 740-02074 | 1.11 | 248 |
| | [2]RR 770-0252 | 1.11 | 286 |
| | [3]RR 4192-00149 | 1.11 | 28 |
| | [3]RR 4192-00166 | 1.11 | 39 |
| | [4]RR 740-02847 | 1.11 | 1 |
| In animals, gabapentin readily enters the brain and prevents seizures from maximal electroshock[1], from chemical convulsants including inhibitors of GABA synthesis[2], and in genetic models of seizures[3]. | [1]RR 4188-00548 | 1.10 | 2 |
| | [2]RR 4188-00270 | 1.10 | 125 |
| | [3]RR 4188-00410 | 1.10 | 167 |
| | [5]RR 4188-00537 | 1.10 | 182 |

N:\REG\GEN\UN0911090.GEN

Confidential

Pfizer_LCastro_0039689

277

4

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

## Text

Following oral administration, peak plasma gabapentin concentrations are observed within 2 to 3 hours[1]. Absolute bioavailability of 300-mg and 400-mg Neurontin® capsules is approximately 59% and 51%, respectively[2]. Food has no effect on gabapentin pharmacokinetics.[3] Gabapentin elimination from plasma is best described by linear pharmacokinetics[4]. The elimination half-life of gabapentin is independent of dose and averages 5 to 7 hours[5]. Gabapentin pharmacokinetics are not affected by repeated administration, and steady state plasma concentrations are predictable from single dose data[6]. Although plasma gabapentin concentrations were generally between 2 mg/mL and 20 mg/mL in clinical studies, such concentrations were not predictive of safety or efficacy[7]. Plasma gabapentin concentrations are dose proportional at doses of 300 or 400 mg q 8 h. Pharmacokinetic parameters are given in Table 1.[8]

| Source Material | Volume | Page |
| --- | --- | --- |
| [1] RR 4192-00255 | 1.53 | 1 |
| [1] RR 4192-00254 | 1.52 | 183 |
| [1] RR 764-01490 | 1.66 | 262 |
| [1] RR 764-01526 | 1.67 | 1 |
| [1] RR 744-00035 | 1.67 | 236 |
| [2] RR 764-01490 | 1.66 | 262 |
| [2] RR 764-01526 | 1.67 | 1 |
| [3] RR 4192-00331 | 1.66 | 1 |
| [4] RR 4192-00255 | 1.53 | 1 |
| [5] RR 4192-00254 | 1.52 | 183 |
| [5] RR 764-01490 | 1.66 | 262 |
| [5] RR 764-01526 | 1.67 | 1 |
| [6] RR 744-00021 | 1.55 | 1 |
| [6] RR 4192-00336 | 1.53 | 303 |
| [7] ISE, | 1.69 | 1 |
| [7] ISS, | 1.70 | 1 |
| [8] RR 744-00021 | 1.55 | 1 |
| [8] RR 4192-00363 | 1.55 | 185 |

H:\NEG\GEN\GN9011990.GEN

Confidential

278

Pfizer_LCastro_0039690

5

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

Text

aTABLE 1.  Summary of Gabapentin Mean (%RSD) Steady-State
          Pharmacokinetic Parameters Following Q8H
          Administration

| Pharmacokinetic Parameter | 300-mg (N = 7) | | 400-mg (N = 11) | |
|---|---|---|---|---|
| Cmax (µg/mL) | 4.02 | (24) | 5.50 | (21) |
| tmax (hr) | 2.7 | (18) | 2.1 | (47) |
| t½ (hr) | 5.2 | (12) | 6.1 | ND |
| AUC (0-8) (µg•hr/mL) | 24.8 | (24) | 33.3 | (20) |
| Ae% (%) | NA | NA | 63.6 | (14) |

ND = Not determined
NA = Not available

| Source Material | Volume | Page |
|---|---|---|
| aRR 744-00021 | 1.55 | 1 |
| aRR 4192-00363 | 1.55 | 185 |

H:\REG\GEN\BN911998C.GEN

Confidential

279

Pfizer_LCastro_0039691

6

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|
| Gabapentin is not bound to plasma proteins[9]. In patients with epilepsy, gabapentin concentrations in CSF are approximately 20% of corresponding steady-state trough plasma concentrations[10]. Gabapentin is eliminated solely by renal excretion[11]. There is no evidence of metabolism in man[12]. Gabapentin does not induce hepatic mixed function oxidase enzymes responsible for drug metabolism[13]. In elderly patients, age-related alterations in renal function decrease gabapentin plasma clearance and increase gabapentin elimination half-life[14]. Gabapentin elimination-rate constant, plasma clearance, and renal clearance are directly proportional to creatinine clearance[15]. Gabapentin is removed from plasma by hemodialysis[16]. Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended (see DOSAGE AND ADMINISTRATION, Table 2). | [9] RR 4192-00423 | 1.15 | 273 |
| | [10] RR 4192-00409 | 1.54 | 223 |
| | [10] RR 4192-00418 | 1.54 | 307 |
| | [11] RR 4192-00255 | 1.53 | 1 |
| | [12] RR 4912-00156 | 1.52 | 56 |
| | [13] RR 744-00045 | 1.54 | 1 |
| | [14] RR 764-01557 | 1.58 | 1 |
| | [15] RR 4444-00006 | 1.57 | 1 |
| | [15] RR 744-00048 | 1.59 | 1 |
| | [15] RR 744-00050 | 1.60 | 1 |
| | [16] RR 744-00038 | 1.59 | 1 |

Pfizer_LCastro_0039692

280

7

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|
| | [1]ISE, | 1.69 | 1 |
| | [2]ISE, | 1.69 | 1 |

INDICATIONS AND USAGE

Neurontin® is an effective antiepileptic agent. Efficacy has been established in patients with partial seizures who are refractory to standard anticonvulsants or who cannot tolerate therapeutic dosages of these drugs[1]. Neurontin® may be used as adjunctive therapy with standard antiepileptic drugs in patients who have not achieved adequate seizure control with these agents used alone or in combination. In placebo-controlled clinical studies Neurontin®, when added to current antiepileptic therapy, was effective in controlling both simple and complex partial seizures and was particularly effective in controlling secondarily generalized partial seizures[2].

M:\NEU\GEN\NEU\1199C.GEN

8

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

## CONTRAINDICATIONS

Neurontin® is contraindicated in patients who have demonstrated hypersensitivity to the drug. No other contraindications have been identified from clinical studies involving over 1700 participants[1].

[1]ISS,     1.70     1

## WARNINGS

Gabapentin has produced an increased incidence of acinar cell adenomas and carcinomas in the pancreas of male rats in a 2-year study[1]. The relevance of these pancreatic acinar cell tumors in male rats to carcinogenic risk in humans is unclear, particularly since tumors of ductal rather than acinar cell origin are the predominant form of human pancreatic cancer. (See PRECAUTIONS)

| Source Material | Volume | Page |
|-----------------|--------|------|
| [1]RR 745-01599 | 1.37 | 1 |
| [1]RR 745-01662 | 1.41 | 1 |
| [1]RR 745-01719 | 1.41 | 12 |
| ISS, | 1.70 | 1 |

281

N:\REG\GEN\R\0911996C.GEN

Pfizer_LCastro_0039693

Confidential

Pfizer_LCastro_0039694

282

9

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

**PRECAUTIONS**

**General**

Although there is no evidence of rebound seizures with Neurontin®, abrupt withdrawal of anticonvulsants in epileptic patients may precipitate status epilepticus. When in the judgement of the clinician there is a need for dose reduction, discontinuation, or substitution of alternative anticonvulsant medication, this should be done gradually over a minimum of 1 week.

Neurontin® is not generally considered effective in the treatment of absence seizures and may exacerbate these seizures in some patients[1]. Consequently, Neurontin® should be used with caution in patients who have mixed seizure disorders that include absence seizures.

[1]Background    1.6B    115
Overview,

H:\REG\GEN\09091199C.GEN

Confidential

283

10

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| | Source Material | Volume | Page |
|---|---|---|---|

**Text**

**Information for Patients**

To assure safe and effective use of Neurontin®, the following information and instructions should be given to patients:

1. Inform your physician about any prescription or nonprescription medications, alcohol, or drugs that you are now taking or plan to take during your treatment with Neurontin®.

2. No teratogenic effects have been found in animals. However, the risk to the human fetus cannot be dismissed. Therefore you should inform your physician if you are pregnant, or if you are planning to become pregnant, or if you become pregnant while you are taking Neurontin®.

H:\REG\GEN\10N911990.GEN

Confidential

Pfizer_LCastro_0039695

Pfizer_LCastro_0039696

284

11

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|

3. It is unlikely that gabapentin will be excreted into breast milk. While no effects were seen on infant development in animals, the risk to human infants has not been assessed. Therefore you should inform your physician if you are breast feeding an infant.

4. Until you experience how this medication affects you, do not drive a car or operate potentially dangerous machinery.

5. You should not allow more than 12 hours between Neurontin® doses. However, if you miss a dose, it is not necessary to make up the missed dose by taking an extra dose.

H:\REG1\GEN\NM911S9C.GEN

Confidential

285

12

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

**Laboratory Tests**

The more specific sulfosalicylic acid precipitation procedure is recommended to determine urine protein. This is because false positive readings were reported with the Ames N-Multistix SG® dipstick test when gabapentin or placebo was added to other anticonvulsant drugs.

| | [1]ISS, | 1.70 | 1 |

M:\REG\GEN\9N91199C.GEN

Confidential

Pfizer_LCastro_0039697

286

Pfizer_LCastro_0039698

Confidential

13

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|
| **Drug Interactions** | | | |
| There is no interaction between gabapentin and phenytoin[1], valproic acid[2], carbamazepine[3], or phenobarbital[4]. Gabapentin steady-state pharmacokinetics are similar for healthy subjects[5] and patients with epilepsy receiving antiepileptic agents[5]. Coadministration of Neurontin® with the oral contraceptive Norlestrin® does not influence the steady-state pharmacokinetics of norethindrone or ethinyl estradiol[7]. Coadministration of Neurontin® with antacid reduces gabapentin bioavailability up to 24%; however, this decrease is not expected to be of clinical importance[8]. Renal excretion of gabapentin is unaltered by probenecid[9]. A slight decrease in renal excretion of gabapentin observed when it is coadministered with cimetidine is not expected to be of clinical importance[10]. | [1]RR 764-01532 | 1.60 | 262 |
| | [2]RR 764-01443 | 1.62 | 1 |
| | [3]RR 744-00004 | 1.62 | 271 |
| | [4]RR 764-01572 | 1.61 | 1 |
| | [5]RR 4192-00363 | 1.55 | 185 |
| | [6]RR 744-00021 | 1.55 | 1 |
| | [7]RR 764-01532 | 1.60 | 262 |
| | [8]RR 764-01443 | 1.62 | 1 |
| | [9]RR 744-00004 | 1.62 | 271 |
| | [10]RR 744-00043 | 1.64 | 1 |
| | [11]RR 744-00012 | 1.63 | 1 |
| | [12]RR 4192-00420 | 1.56 | 1 |
| | [13]RR 764-01570 | 1.63 | 306 |

N:\REG\GEN\0N901190C.GEN

287

14

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|
| | [1]RR 250-01600 | 1.34 | 1 |
| | [1]RR 745-01599 | 1.37 | 1 |
| | [1]RR 745-01662 | 1.41 | 1 |
| | [1]RR 745-01719 | 1.41 | 12 |

Carcinogenesis, Mutagenesis, Impairment of Fertility

Gabapentin was given in the diet to mice at 200, 600, and
2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for
2 years.[1]  A statistically significant increase in the incidence
of pancreatic acinar cell tumors was found only in male rats at
the highest dose.  Peak plasma drug concentrations and areas
under the concentration time curve in rats at 2000 mg/kg is
20 times higher than the therapeutic concentrations in humans
given the recommended maximum therapeutic dose and is 14 times
higher than the therapeutic concentrations in humans given the
recommended maximum tolerated dose (2400 mg/day).

M:\DEG1\DEG\DEG1190C.GEN

Pfizer_LCastro_0039699

Confidential

15

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

288

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

The pancreatic acinar cell tumors in male rats are low grade malignancies, did not affect survival, did not metastasize or invade surrounding tissue, and were similar to those seen in concurrent controls. The relevance of these pancreatic acinar cell tumors in male rats to carcinogenic risk in humans is unclear.

Gabapentin has no genotoxic potential. It was not mutagenic in the Ames bacterial plate incorporation assay[3] or at the HGPRT locus in mammalian cells[4] in the presence or absence of metabolic activation. Gabapentin did not induce structural chromosome aberrations in mammalian cells in vitro[5] or in vivo[6], and did not induce micronucleus formation in the bone marrow of hamsters.[7]

[3] RR 41BB-0323 — 1.48 — 1
[4] RR 745-01460 — 1.48 — 13
[5] RR 745-01515 — 1.48 — 79
[6] RR 41BB-0330 — 1.48 — 158
[7] RR 41BB-0314 — 1.48 — 169

No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (40 times the maximum daily human dose).[8]

[8] RR 745-01353 — 1.43 — 1

N:\NEGT\GEN\091199C.GEN

Pfizer_LCastro_0039700

Confidential

Pfizer_LCastro_0039701

289

16

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|
| **Pregnancy - Category B** | | | |
| Reproduction studies in mice at doses up to 80 times the human dose and in rats and rabbits at doses up to 40 times the human dose revealed no evidence of impaired fertility or harm to the fetus due to gabapentin administration.[1]  There are, however, no adequate and well-controlled studies in pregnant women.  Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed. | [1]RR 745-01061 | 1.44 | 297 |
| | [1]RR 745-01109 | 1.45 | 1 |
| | [1]RR 4188-0485 | 1.46 | 1 |
| | [1]RR 4188-0483 | 1.46 | 281 |
| | [1]RR 745-01455 | 1.46 | 62 |
| | [1]RR 745-01355 | 1.47 | 1 |
| It is not known if gabapentin is excreted in human milk. Because many drugs are excreted in human milk, and because of the potential for serious adverse reactions in nursing infants from gabapentin, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother. | | | |

N:\REG\GEN\8\4911596C.GEN

Confidential

290

17

NEURONTIN®
(Gabapentin Capsules)
ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|
| | [1]ISS, | 1.70 | 1 |

## Pediatric Use

Safety and effectiveness in children below the age of 12 years have not been established.

## ADVERSE REACTIONS

Neurontin® has been evaluated for safety in nearly 1800 subjects and patients and was well tolerated.[1] Of these, 485 patients participated in controlled clinical trials. Neurontin® has been evaluated for long-term safety in 780 patients treated for 6 months, 486 for 12 months, and 209 for 24 to 60 months.

Since Neurontin® was most often administered in combination with other antiepileptic agents, it was not possible to determine which agent(s), if any, was associated with adverse events.

H:\NEONGEN\BN911090C.GEN

Confidential

Pfizer_LCastro_0039702

Pfizer_LCastro_0039703

291

18

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|

Incidence in Controlled Clinical Trials:

The following table lists treatment-emergent signs and symptoms that occurred in at least 1% (eight) of patients with partial seizures during 12-week controlled studies comparing Neurontin® with placebo.[1]  In these studies, either Neurontin® or placebo was added to the patient's current antiepileptic drug therapy. Frequencies were obtained from pooled data from five multicenter studies.  Adverse events were usually reported as mild to moderate (66% of patients) with a median time to resolution of 2 weeks.

[1]TSS.    1.70    1

M:\REG\GEN\BU011995C.GEN

Confidential

292

Pfizer_LCastro_0039704

19

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

**Source Material**    **Volume**    **Page**

**Text**

The prescriber should be aware that these figures cannot be used
to predict the frequency of adverse events in the course of
usual medical practice where patient characteristics and other
factors may differ from those prevailing during clinical
studies. Similarly, the cited frequencies cannot be directly
compared with figures obtained from other clinical
investigations involving different treatments, uses, or
investigators. An inspection of these frequencies, however,
does provide the prescribing physician with one basis to
estimate the relative contribution of drug and non-drug factors
to the adverse event incidences in the population studied.

N:\REG\GEN\NN01199C.GEN

Confidential

293

Pfizer_LCastro_0039705

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

20

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

TABLE 2.  Summary of Treatment-Emergent Signs and
Symptoms in ≥1% of Patients in
Placebo-Controlled Studies
[Number (%) of Patients]
(Page 1 of 3)

| Adverse Event[a] (AE) | Neurontin[b] N = 485 | Placebo[b] N = 307 |
|---|---|---|
| Somnolence | 98 (20.2) | 30 (9.8) |
| Dizziness | 87 (17.9) | 24 (7.8) |
| Ataxia | 64 (13.2) | 16 (5.2) |
| Fatigue | 54 (11.1) | 15 (4.9) |
| Nystagmus | 45 (9.3) | 15 (4.9) |
| Headache | 42 (8.7) | 28 (9.1) |
| Tremor | 35 (7.2) | 12 (3.9) |
| Diplopia | 31 (6.4) | 6 (2.0) |
| Nausea and/or Vomiting | 29 (6.0) | 23 (7.5) |
| Amblyopia | 22 (4.5) | 12 (3.9) |
| Rhinitis | 20 (4.1) | 2 (0.7) |
| Convulsions | 14 (2.9) | 8 (2.6) |
| Pharyngitis | 14 (2.9) | 4 (1.3) |
| Dysarthria | 13 (2.7) | 2 (0.7) |
| Weight Increase | 12 (2.5) | 2 (0.7) |
| Dyspepsia | 12 (2.5) | 2 (0.7) |
| Amnesia | 12 (2.5) | 0 (0.0) |
| Nervousness | 11 (2.3) | 6 (2.0) |

a  COSTART preferred term
b  Plus background antiepileptic drug therapy

N:\REG\GEN\BW011096C.GEN

Confidential

294

| Text | Source Material | Volume | Page |

21

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

TABLE 2.    Summary of Treatment-Emergent Signs and
Symptoms in ≥1% of Patients in
Placebo-Controlled Studies
[Number (%) of Patients]
(Page 2 of 3)

| Adverse Event[a] (AE) | Neurontin[b] N = 485 | Placebo[b] N = 307 |
|---|---|---|
| Coughing | 10 (2.1) | 5 (1.6) |
| Abdominal Pain | 9 (1.9) | 9 (2.9) |
| Myalgia | 9 (1.9) | 5 (1.6) |
| Thinking Abnormal | 9 (1.9) | 4 (1.3) |
| Back Pain | 9 (1.9) | 2 (0.7) |
| Mouth or Throat Dry | 9 (1.9) | 1 (0.3) |
| Peripheral Edema | 9 (1.9) | 0 (0.0) |
| Impotence | 8 (1.6) | 4 (1.3) |
| Constipation | 8 (1.6) | 3 (1.0) |
| Depression | 8 (1.6) | 3 (1.0) |
| Dental Abnormalities | 8 (1.6) | 1 (0.3) |
| Diarrhea | 7 (1.4) | 7 (2.3) |
| Viral Infection | 7 (1.4) | 6 (2.0) |
| Fever | 7 (1.4) | 5 (1.6) |
| Confusion | 7 (1.4) | 5 (1.6) |
| Pruritus | 7 (1.4) | 2 (0.7) |

a    COSTART preferred term
b    Plus background antiepileptic drug therapy

N:\NEON\GEN\NON011906C.GEN

Pfizer_LCastro_0039706

Pfizer_LCastro_0039707

295

22

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

Text | Source Material | Volume | Page

TABLE 2.  Summary of Treatment-Emergent Signs and
Symptoms in ≥1% of Patients in
Placebo-Controlled Studies
[Number (%) of Patients]
(Page 3 of 3)

| Adverse Event[a] (AE) | Neurontin[b] N = 485 | Placebo[b] N = 307 |
|---|---|---|
| Increased Appetite | 6 (1.2) | 3 (1.0) |
| WBC Decreased | 6 (1.2) | 2 (0.7) |
| Insomnia | 5 (1.0) | 7 (2.3) |
| Acne | 5 (1.0) | 5 (1.6) |
| Rash | 5 (1.0) | 4 (1.3) |
| Upper Respiratory Infection | 5 (1.0) | 3 (1.0) |
| Paresthesia | 4 (0.8) | 5 (1.6) |
| Anxiety | 3 (0.6) | 5 (1.6) |

a   COSTART preferred term
b   Plus background antiepileptic drug therapy

N:\REG\GEN\BN911S9C.GEN

Confidential

Pfizer_LCastro_0039708

296

23

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

Other Adverse Events Observed During All Clinical Trials

Those events that occurred frequently (in at least 1%) in the 1160 study participants with epilepsy who received Neurontin® as add-on therapy in any clinical study and that are not described in the previous section as frequently occurring treatment-emergent signs and symptoms during placebo-controlled studies are summarized below.[1]    [1]SS,    1.70    1

Body As A Whole:    asthenia, pain, malaise, weight decrease, facial edema, and chest pain

Digestive System:    anorexia and flatulence

Hemic and Lymphatic Systems: purpura most often described as bruises resulting from physical trauma

Musculoskeletal System:    fracture

H:\REG\GEN\NN0119PC.GEN

Confidential

Pfizer_LCastro_0039709

297

24

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|
| Nervous System: | coordination abnormal, vertigo, twitching, hyperkinesia, decreased or absent reflexes | | |
| Psychobiologic Function: | emotional lability and agitation | | |
| Respiratory System: | bronchitis, sinusitis, and pneumonia | | |
| Skin and Appendages: | skin laceration, abrasion, burn, and maculopapular rash | | |
| Urogenital System: | urinary tract infection | | |
| Special Senses: | abnormal vision most often described as a visual disturbance | | |
| Laboratory Deviations: | concurrent antiepileptic plasma drug concentrations increased | | |

N:\REG\GEN\EN\01199C.GEN

Confidential

298

25

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

## Withdrawal From Treatment Due to Adverse Events:

Approximately 7% of the 1748 healthy volunteers and patients with epilepsy, spasticity, or migraine who received Neurontin® in clinical studies withdrew due to adverse events.[1] In comparison, approximately 3% of the 485 placebo-treated participants withdrew due to adverse events during these studies.

In all clinical studies the most frequently occurring events that contributed to discontinuation of Neurontin® included: central nervous system disturbances (4.1%), primarily convulsions; somnolence, ataxia, and dizziness; body as a whole (1.7%), primarily fatigue and headache; and the digestive system (1%), primarily nausea and/or vomiting. Almost all participants had multiple complaints, none of which could be characterized as primary.

[1] ISS,    1.70    1

N:\REG\GEN\BW911S9C.GEN

Pfizer_LCastro_0039710

299

Pfizer_LCastro_0039711

26

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

## OVERDOSAGE

An oral lethal dose of gabapentin was not identified in mice and rats given doses as high as 8000 mg/kg. Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, hypoactivity, or excitation.[1]       | [1]RR 4188-0276 | 1.18 | 2 |

Overdoses of gabapentin, up to 30 g ingested at one time, have been reported in 4 people as detailed below.[2]    | [2]ISS. | 1.70 | 1 |

H:\NEO\GEN\NB\B911990C.GEN

Confidential

300

27

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|

Two overdoses, one of 8 g and one of an unknown amount, occurred in conjunction with overdoses of other antiepileptic drugs, one with carbamazepine and one with carbamazepine and clonazepam. Dizziness, double vision, and slurred speech were described as symptoms of the overdoses. One patient took 3600 mg/day for 2 days instead of the prescribed dose of 1800 mg/day. The dosage was returned to 1800 mg/day without incident. The 16-year-old daughter of a patient in one clinical study took an intentional overdosage of approximately 30 grams of gabapentin. She was drowsy, though easily arousable, and had mild diarrhea. She recovered fully.

Therefore, acute, life-threatening toxicity has not been observed with Neurontin® overdoses of up to 30 g per day. Reduced absorption of gabapentin at higher doses may limit drug absorption at the time of overdosing and, hence, toxicity from overdoses.

N:\REG\GEN\BN611199C.GEN

Pfizer_LCastro_0039712

Confidential

28

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|----------------|--------|------|

Although gabapentin can be removed by hemodialysis, based on prior experience it is usually not required. However, in patients with renal impairment, hemodialysis may be indicated.

## DOSAGE AND ADMINISTRATION

Neurontin® is recommended for add-on therapy in adults and children over 12 years of age[1]. Neurontin® is given orally with or without food.[2]

| | | | |
|---|---|---|---|
| | [1]ISE | 1.69 | 1 |
| | [2]Clin. Pharm. | 1.68 | 143 |

301

N:\REG\GEN\UN\911990C.GEN

Pfizer_LCastro_0039713

Confidential

302

Pfizer_LCastro_0039714

29

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|
| The initial dose should be 600 mg/day or less[3], increased daily by no more than 600 mg/day toward a target dose of 900 to 1200 mg/day administered as 300 to 400 mg TID.  Since titration to an effective dose can progress rapidly it may be accomplished in 3 days to reach 900 or 1200 mg/day by one of the following approaches: | [3]ISS and ISE, | 1.69-1.70 | 1 |

| Day 1 | Day 2 | Day 3 |
|---|---|---|
| **900 mg/day** | | |
| 1 x 100 mg Cap TID | 2 x 100 mg Cap TID | 1 x 300 mg Cap TID or |
| 1 x 300 mg Cap QD | 1 x 300 mg Cap BID | 1 x 300 mg Cap TID |
| **1200 mg/day** | | |
| 2 x 100 mg Cap TID | 3 x 100 mg Cap TID | 1 x 400 mg Cap TID or |
| 1 x 400 mg Cap QD | 1 x 400 mg Cap BID | 1 x 400 mg Cap TID |

N:\REG\GEN\3N4911990C.GEN

Confidential

303

Pfizer_LCastro_0039715

30

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|---|---|---|---|
| The antiepileptic effect of Neurontin® generally occurs at 900 to 1200 mg/day[5]. Dosages up to 2400 mg/day have been well tolerated in clinical studies[6]. The maximum time between doses in the TID schedule should not exceed 12 hours[7]. Unlike other agents in this class, it is not necessary to monitor gabapentin plasma concentrations to optimize Neurontin® therapy[8]. Further, Neurontin® may be used in combination with other antiepileptic drugs without concern for alteration of the plasma concentrations of gabapentin or serum concentrations of other antiepileptic drugs[9]. | [5]ISE, | 1.69 | 1 |
| | [6]ISS, | 1.70 | 1 |
| | [7]ISE, | 1.69 | 1 |
| | [8]ISE, | 1.69 | 1 |
| | [9]RR 764-01532 | 1.60 | 262 |
| | [9]RR 744-00004 | 1.62 | 271 |
| | [9]RR 764-01443 | 1.62 | 1 |
| | [9]RR 4192-00408 | 1.61 | 290 |
| | [9]RR 764-01572 | 1.61 | 1 |
| If Neurontin® is discontinued and/or an alternate anticonvulsant medication is added to the therapy, this should be done gradually over a minimum of 1 week. | | | |

H:\REG\AGEN\DN911090C.GEN

31

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| | Source Material | Volume | Page |
|---|---|---|---|
| | 10RR 744-00048 | 1.59 | 1 |
| | 10RR 744-00050 | 1.60 | 1 |

Text

Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended as follows:[10]

TABLE 3.    Maintenance Dosage of Neurontin® in Adults with Reduced Renal Function

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose (mg/day) | Dose Regimen (mg) |
|---|---|---|
| >60 | 1200 | 400 TID |
| 30 - 60 | 600 | 300 BID |
| 15 - 30 | 300 | 300 QD |
| <15 | 150 | 300 QOD[a] |
| Hemodialysis[b] | - | 200-300[c] |

a  Every other day
b  Loading dose of 300 to 400 mg
c  Maintenance dose of 200 to 300 mg Neurontin® following each 4 hours of hemodialysis

N:\REG\GEN\BN0113996C.GEN

304

Pfizer_LCastro_0039716

Confidential

305

32

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

**Text**

HOW SUPPLIED

Neurontin® (gabapentin capsules) are supplied as follows[1]:

100-mg capsules;
  White SUPRO® capsules with identifying printing on capsules
  N 0071-0803-24 bottles of 100 capsules
  N 0071-0803-40 10 x 10 unit dose blisters

300-mg capsules;
  Yellow SUPRO® capsules identifying printing on capsules
  N 0071-0805-24 bottles of 100 capsules
  N 0071-0805-40 10 x 10 unit dose blisters

400-mg capsules:
  Orange SUPRO® capsules identifying printing on capsules
  N 0071-0806-24 bottles of 100 capsules
  N 0071-0806-40 10 x 10 unit dose blisters

| Source Material | Volume | Page |
|---|---|---|
| [1]RR REG 956-00125 | 1.2 | 36 |

N:\REG\GEN\0N0911990.GEN

Pfizer_LCastro_0039717

Confidential

306

33

NEURONTIN®

(Gabapentin Capsules)

ANNOTATED PACKAGE INSERT

| Text | Source Material | Volume | Page |
|------|-----------------|--------|------|
| Store at controlled room temperature 15 – 30°C (59–86°F).[1] | [1]RR REG 956-00125 | 1.2 | 36 |

Caution: Federal law prohibits dispensing without prescription.

Issued date:

PARKE-DAVIS
Div of Warner-Lambert Co.
Morris Plains, NJ 07950 USA

N:\REG\GEN\GN\911990.GEN

Confidential