# EXHIBIT 2

1

Gabapentin
Capsules

8.6.  Integrated Summary of Safety Information

55

RR-REG 720-02957
Gabapentin
Capsules

46

TABLE 15.    Summary of All Adverse Events in ≥1% of Patients in Placebo-Controlled Studies, by
Body System and Treatment Group
[Number (%) of Patients]
(Page 2 of 3)

| BODY SYSTEM Adverse Event[b] | Placebo N = 307 | Gabapentin (mg/day)[a] | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 600 N = 53 | 900 N = 147 | 1200 N = 231 | 1800 N = 54 | Total N = 485 |
| **NERVOUS SYSTEM** | | | | | | |
| Somnolence | 30 (9.8) | 4 (7.5) | 25 (17.0) | 58 (25.1) | 11 (20.4) | 98 (20.2) |
| Dizziness | 24 (7.8) | 13 (24.5) | 24 (16.3) | 40 (17.3) | 10 (18.5) | 87 (17.9) |
| Ataxia | 16 (5.2) | 6 (11.3) | 15 (10.2) | 33 (14.3) | 10 (18.5) | 64 (13.2) |
| Nystagmus | 15 (4.9) | 5 (9.4) | 7 (4.8) | 22 (9.5) | 11 (20.4) | 45 (9.3) |
| Tremor | 12 (3.9) | 4 (7.5) | 3 (2.0) | 20 (8.7) | 8 (14.8) | 35 (7.2) |
| Convulsions | 8 (2.6) | 1 (1.9) | 10 (6.8) | 2 (0.9) | 1 (1.9) | 14 (2.9) |
| Dysarthria | 2 (0.7) | 2 (3.8) | 3 (2.0) | 6 (2.6) | 2 (3.7) | 13 (2.7) |
| Amnesia | 0 (0.0) | 2 (3.8) | 3 (2.0) | 6 (2.6) | 1 (1.9) | 12 (2.5) |
| Confusion | 5 (1.6) | 0 (0.0) | 2 (1.4) | 5 (2.2) | 0 (0.0) | 7 (1.4) |
| Insomnia | 7 (2.3) | 0 (0.0) | 0 (0.0) | 3 (1.3) | 2 (3.7) | 5 (1.0) |
| Paresthesia | 5 (1.6) | 0 (0.0) | 2 (1.4) | 1 (0.4) | 1 (1.9) | 4 (0.8) |
| **PSYCHOBIOLOGIC FUNCTION** | | | | | | |
| Nervousness | 6 (2.0) | 3 (5.7) | 3 (2.0) | 3 (1.3) | 2 (3.7) | 11 (2.3) |
| Thinking Abnormal | 4 (1.3) | 1 (1.9) | 2 (1.4) | 5 (2.2) | 1 (1.9) | 9 (1.9) |
| Depression | 3 (1.0) | 0 (0.0) | 2 (1.4) | 3 (1.3) | 3 (5.6) | 8 (1.6) |
| Anxiety | 5 (1.6) | 0 (0.0) | 2 (1.4) | 1 (0.4) | 0 (0.0) | 3 (0.6) |
| **RESPIRATORY SYSTEM** | | | | | | |
| Rhinitis | 12 (3.9) | 4 (7.5) | 0 (0.0) | 11 (4.8) | 7 (13.0) | 22 (4.5) |
| Pharyngitis | 4 (1.3) | 2 (3.8) | 1 (1.4) | 8 (3.5) | 3 (3.7) | 14 (2.9) |
| Coughing | 5 (1.6) | 2 (3.8) | 0 (0.0) | 5 (2.2) | 3 (5.6) | 10 (2.1) |
| Upper Respiratory Infection | 3 (1.0) | 0 (0.0) | 0 (0.0) | 2 (0.9) | 3 (5.6) | 5 (1.0) |

[a] Dosages of 600 and 1800 mg/day were used only in US studies, 900 mg/day was used only in non-US studies, and 1200 mg/day was used in both US and non-US studies.
[b] COSTART preferred term

RR-REG 720-02957
Gabapentin
Capsules

46

U:\NDA\CI-B45\CLC29\AA.ISS
11/20/91 - 7:57

**87**

RR-REG 720-02957                    78
Gabapentin
Capsules

TABLE 26. Time to Onset, Duration, and Distributions of Adverse Events
in ≥2% of Patients Treated With Gabapentin During All
Epilepsy Studies

(Page 2 of 2)

| BODY SYSTEM/ Adverse Event[a] (AE) | Time[b] to AE Onset (Median) | Duration (Median) | All Epilepsy Studies | | Cumulative Percent[c] | |
|---|---|---|---|---|---|---|
| | | | N | % of Patients | Day 365 | Day 730 |
| **NERVOUS SYSTEM (continued)** | | | | | | |
| Convulsions | 74 | 7 | 74 | 6.4 | 7.2 | 10.9 |
| Amnesia | 100 | 103 | 51 | 4.4 | 5.4 | 8.1 |
| Confusion | 62 | 15 | 40 | 3.4 | 4.2 | 5.8 |
| Dysarthria | 59 | 15 | 41 | 3.5 | 3.8 | 5.3 |
| Coordination Abnormal | 87 | 29 | 35 | 3.0 | 3.4 | 4.9 |
| Insomnia | 115 | 29 | 30 | 2.6 | 3.6 | 3.9 |
| Paresthesia | 32 | 35 | 25 | 2.2 | 2.3 | 3.6 |
| **PSYCHOBIOLOGIC FUNCTION** | 60 | 34 | 199[d] | 17.2 | 19.6 | 25.5 |
| Nervousness | 65 | 35 | 60 | 5.2 | 6.0 | 7.8 |
| Depression | 98 | 73 | 51 | 4.4 | 5.6 | 7.5 |
| Thinking Abnormal | 39 | 31 | 36 | 3.1 | 3.4 | 4.8 |
| **RESPIRATORY SYSTEM** | 81 | 10 | 246[d] | 21.2 | 26.4 | 34.8 |
| Rhinitis | 80 | 10 | 101 | 8.7 | 11.3 | 14.8 |
| Pharyngitis | 109 | 11 | 76 | 6.6 | 8.4 | 11.5 |
| Coughing | 71 | 13 | 48 | 4.1 | 4.7 | 6.9 |
| Upper Respiratory Infection | 132 | 11 | 48 | 4.1 | 5.4 | 8.0 |
| **SKIN AND APPENDAGES** | 73 | 27 | 213[d] | 18.4 | 21.5 | 31.9 |
| Rash | 87 | 24 | 33 | 2.8 | 3.4 | 4.9 |
| Skin Laceration | 181 | 11 | 32 | 2.8 | 3.4 | 6.2 |
| Acne | 29 | 70 | 25 | 2.2 | 2.3 | 3.5 |
| Abrasion | 99 | 22 | 24 | 2.1 | 2.7 | 3.1 |
| **UROGENITAL SYSTEM** | 84 | 22 | 97[d] | 8.4 | 9.5 | 15.4 |
| **SPECIAL SENSES** | 28 | 22 | 230[d] | 19.8 | 23.2 | 27.7 |
| Diplopia | 53 | 14 | 124 | 10.7 | 13.0 | 17.3 |
| Amblyopia | 42 | 24 | 77 | 6.6 | 8.0 | 9.1 |
| **LABORATORY DEVIATIONS** | 81 | 38 | 99[d] | 8.5 | 9.6 | 13.7 |
| **TOTAL** | 49 | 22 | 944 | 81.4 | 82.1 | 93.8 |

[a] COSTART preferred term
[b] In days
[c] Kaplan-Meier estimate
[d] Total number of patients with adverse events related to this body system is fewer than
the combined number of patients with adverse events, since one or more patients had
more than one type of adverse event within this body system.

88



79



FIGURE 6. All Epilepsy Studies: Kaplan-Meier Estimated Cumulative Time to Occurrence of the First Adverse Event

4.3.3.4. Most Frequent Adverse Events: All Epilepsy Studies

A summary of the 25 adverse events occurring most frequently during all studies in epilepsy appears in Table 27, by decreasing frequency. The corresponding frequencies for associated adverse events are also provided.

The ten most frequent types of adverse events were the same as those observed during controlled studies (Section 4.2.2.4.), occurring with 2% to 6% higher frequencies. Four of the remaining types of adverse events (viral infection, depression, upper respiratory infection, and diarrhea), were different from those in the controlled studies (dyspepsia, thinking abnormal, back pain, and dry mouth or throat). Frequencies for the other

90

RR-REG 720-02957          81
Gabapentin
Capsules

TABLE 27. Summary of the 25 Most Frequent Adverse Events in All
          Epilepsy Studies
                    [Number (%) of Patients]

| Adverse Event[a] (AE) | Gabapentin N = 1160 | |
| --- | --- | --- |
| | All AEs | Associated AEs |
| Number (%) of Patients With ≥1 AE | 944 (81.4) | 793 (68.4) |
| Top 25 AEs | | |
| Somnolence | 283 (24.4) | 239 (20.6) |
| Dizziness | 235 (20.3) | 187 (16.1) |
| Ataxia | 202 (17.4) | 136 (11.7) |
| Nystagmus | 176 (15.2) | 139 (12.0) |
| Headache | 174 (15.0) | 53 (4.6) |
| Fatigue | 171 (14.7) | 132 (11.4) |
| Diplopia | 124 (10.7) | 85 (7.3) |
| Tremor | 118 (10.2) | 92 (7.9) |
| Nausea and/or Vomiting | 108 (9.3) | 50 (4.3) |
| Rhinitis | 101 (8.7) | 1 (0.1) |
| Amblyopia | 77 (6.6) | 54 (4.7) |
| Pharyngitis | 76 (6.6) | 3 (0.3) |
| Convulsions | 74 (6.4) | 43 (3.7) |
| Viral Infection | 63 (5.4) | 1 (0.1) |
| Weight Increase | 62 (5.3) | 53 (4.6) |
| Nervousness | 60 (5.2) | 39 (3.4) |
| Myalgia | 60 (5.2) | 4 (0.3) |
| Depression | 51 (4.4) | 22 (1.9) |
| Amnesia | 51 (4.4) | 34 (2.9) |
| Abdominal Pain | 50 (4.3) | 14 (1.2) |
| Coughing | 48 (4.1) | 2 (0.2) |
| Upper Respiratory Infection | 48 (4.1) | 0 (0.0) |
| Diarrhea | 47 (4.1) | 14 (1.2) |
| Peripheral Edema | 42 (3.6) | 17 (1.5) |
| Dysarthria | 41 (3.5) | 26 (2.2) |

[a] COSTART preferred term

RR-REG 720-02957          86
Gabapentin
Capsules

TABLE 28.  Summary of the 25 Most Frequent Adverse Events in All
           Epilepsy Studies, by Maximum Intensity
           [Number (%) of Patients]

| Adverse Event[a] (AE) (N = 1160) | Maximum Intensity of AE | | |
|---|---|---|---|
| | Mild | Moderate | Severe |
| Number (%) of Patients With ≥1 AE | 240[b] (20.7) | 487 (42.0) | 201 (17.3) |
| Top 25 AEs | | | |
| Somnolence | 147 (12.7) | 116 (10.0) | 20 (1.7) |
| Dizziness | 125 (10.8) | 83 (7.2) | 27 (2.3) |
| Ataxia | 103 (8.9) | 81 (7.0) | 18 (1.6) |
| Nystagmus | 142 (12.2) | 30 (2.6) | 4 (0.3) |
| Headache[c] | 71 (6.1) | 74 (6.4) | 28 (2.4) |
| Fatigue | 93 (8.0) | 68 (5.9) | 10 (0.9) |
| Diplopia | 72 (6.2) | 40 (3.4) | 12 (1.0) |
| Tremor | 92 (7.9) | 23 (2.0) | 3 (0.3) |
| Nausea and/or Vomiting | 49 (4.2) | 51 (4.4) | 8 (0.7) |
| Rhinitis[c] | 66 (5.7) | 33 (2.8) | 1 (0.1) |
| Amblyopia[c] | 50 (4.3) | 24 (2.1) | 2 (0.2) |
| Pharyngitis[c] | 49 (4.2) | 24 (2.1) | 2 (0.2) |
| Convulsions[c] | 14 (1.2) | 31 (2.7) | 28 (2.4) |
| Viral Infection[c] | 27 (2.3) | 32 (2.8) | 3 (0.3) |
| Weight Increase | 30 (2.6) | 31 (2.7) | 1 (0.1) |
| Nervousness | 34 (2.9) | 22 (1.9) | 4 (0.3) |
| Myalgia | 33 (2.8) | 26 (2.2) | 1 (0.1) |
| Depression | 24 (2.1) | 21 (1.8) | 6 (0.5) |
| Amnesia | 33 (2.8) | 15 (1.3) | 3 (0.3) |
| Abdominal Pain | 29 (2.5) | 17 (1.5) | 4 (0.3) |
| Coughing[c] | 29 (2.5) | 18 (1.6) | 0 (0.0) |
| Upper Respiratory Infection | 24 (2.1) | 20 (1.7) | 4 (0.3) |
| Diarrhea | 23 (2.0) | 22 (1.9) | 2 (0.2) |
| Peripheral Edema | 21 (1.8) | 20 (1.7) | 1 (0.1) |
| Dysarthria[d] | 28 (2.4) | 11 (0.9) | 0 (0.0) |

[a] COSTART preferred term.
[b] Intensity of adverse events was not specified for 16 patients.
[c] Intensity of adverse event was not specified for one patient.
[d] Intensity of adverse event was not specified for two patients.

4.3.4.  Conclusions:  All Epilepsy Studies

The data for all epilepsy studies were collected from patients with
refractory seizures who were treated with gabapentin for periods up to
5 years.  As mentioned earlier, many of these patients were unable to
achieve adequate seizure control because they could not tolerate

100

RR-REG 720-02957                91
Gabapentin
Capsules

TABLE 30.    Subset Presentation From All Epilepsy Studies:  Adverse
            Events in US vs Non-US Studies
            [Number (%) of Patients]

| Adverse Event[a] (AE) | Gabapentin[b] | | | |
|---|---|---|---|---|
| | US Studies N = 521 | | Non-US Studies N = 639 | |
| Total Number (%) of Patients With ≥1 AE | 499 | (95.8) | 445 | (69.6) |
| Top 25 AEs | | | | |
| Somnolence | 186 | (35.7) | 97 | (15.2) |
| Dizziness | 153 | (29.4) | 82 | (12.8) |
| Ataxia | 152 | (29.2) | 50 | (7.8) |
| Nystagmus | 142 | (27.3) | 34 | (5.3) |
| Headache | 128 | (24.6) | 46 | (7.2) |
| Fatigue | 82 | (15.7) | 89 | (13.9) |
| Diplopia | 97 | (18.6) | 27 | (4.2) |
| Tremor | 101 | (19.4) | 17 | (2.7) |
| Nausea and/or Vomiting | 79 | (15.2) | 29 | (4.5) |
| Rhinitis | 97 | (18.6) | 4 | (0.6) |
| Amblyopia | 62 | (11.9) | 15 | (2.3) |
| Pharyngitis | 63 | (12.1) | 13 | (2.0) |
| Convulsions | 31 | (6.0) | 43 | (6.7) |
| Viral Infection | 52 | (10.0) | 11 | (1.7) |
| Weight Increase | 28 | (5.4) | 34 | (5.3) |
| Nervousness | 44 | (8.4) | 16 | (2.5) |
| Myalgia | 53 | (10.2) | 7 | (1.1) |
| Depression | 37 | (7.1) | 14 | (2.2) |
| Amnesia | 33 | (6.3) | 18 | (2.8) |
| Abdominal Pain | 35 | (6.7) | 15 | (2.3) |
| Coughing | 39 | (7.5) | 9 | (1.4) |
| Upper Respiratory Infection | 44 | (8.4) | 4 | (0.6) |
| Diarrhea | 37 | (7.1) | 10 | (1.6) |
| Peripheral Edema | 34 | (6.5) | 8 | (1.3) |
| Dysarthria | 31 | (6.0) | 10 | (1.6) |

[a] COSTART preferred term
[b] Incidence of adverse event, regardless of gabapentin dosage

5.2.  Subset Presentations:  Initiation or Upward Titration of
      Gabapentin

Upward titration during clinical studies with gabapentin occurred in two
ways:  forced and optional.  The forced titration occurred once during a
3-day interval in controlled studies; the dosage was changed every
24 hours.  In uncontrolled studies, the investigator used optional

U:\NDA\CI-945\CLC291AA.ISS
11/20/91 - 7:57

102

RR-REG 720-02957                93
Gabapentin
Capsules

TABLE 31.  Subset Presentation From All Epilepsy Studies:  Adverse
           Events That Occurred After Introduction or Upward
           Titration of Gabapentin
           [Number (%) of Patients]

| Adverse Event[a] | N With AE | Days Following Gabapentin Dosage Increase[b] | | | |
|---|---|---|---|---|---|
| | | ≤1 | 2 – 3 | 4 – 6 | 7 – 14 |
| Total Number (%) of Patients With ≥1 AE | 944 | 401 (42.5) | 75 (7.9) | 76 (8.1) | 141 (14.9) |
| **Top 25 AEs** | | | | | |
| Somnolence | 283 | 142 (50.2) | 18 (6.4) | 23 (8.1) | 27 (9.5) |
| Dizziness | 235 | 98 (41.7) | 18 (7.7) | 26 (11.1) | 26 (11.1) |
| Ataxia | 202 | 56 (27.7) | 12 (5.9) | 17 (8.4) | 38 (18.8) |
| Nystagmus | 176 | 36 (20.5) | 0 (0.0) | 6 (3.4) | 31 (17.6) |
| Headache | 174 | 25 (14.4) | 13 (7.5) | 15 (8.6) | 23 (13.2) |
| Fatigue | 171 | 58 (33.9) | 14 (8.2) | 16 (9.4) | 21 (12.3) |
| Diplopia | 124 | 38 (30.6) | 6 (4.8) | 12 (9.7) | 17 (13.7) |
| Tremor | 118 | 20 (16.9) | 7 (5.9) | 6 (5.1) | 20 (16.9) |
| Nausea and/or Vomiting | 108 | 22 (20.4) | 3 (2.8) | 7 (6.5) | 17 (15.7) |
| Rhinitis | 101 | 5 (5.0) | 4 (4.0) | 5 (5.0) | 13 (12.9) |
| Amblyopia | 77 | 20 (26.0) | 5 (6.5) | 4 (5.2) | 13 (16.9) |
| Pharyngitis | 76 | 6 (7.9) | 0 (0.0) | 2 (2.6) | 11 (14.5) |
| Convulsions | 74 | 6 (8.1) | 12 (16.2) | 2 (2.7) | 8 (10.8) |
| Viral Infection | 63 | 6 (9.5) | 0 (0.0) | 3 (4.8) | 8 (12.7) |
| Weight Increase | 62 | 23 (37.1) | 3 (4.8) | 1 (1.6) | 7 (11.3) |
| Nervousness | 60 | 18 (30.0) | 7 (11.7) | 7 (11.7) | 4 (6.7) |
| Myalgia | 60 | 1 (1.7) | 7 (11.7) | 3 (5.0) | 10 (16.7) |
| Depression | 51 | 6 (11.8) | 2 (3.9) | 3 (5.9) | 9 (17.6) |
| Amnesia | 51 | 8 (15.7) | 3 (5.9) | 2 (3.9) | 4 (7.8) |
| Abdominal Pain | 50 | 7 (14.0) | 6 (12.0) | 1 (2.0) | 4 (8.0) |
| Coughing | 48 | 2 (4.2) | 0 (0.0) | 3 (6.3) | 6 (12.5) |
| Upper Respiratory Infection | 48 | 3 (6.3) | 2 (4.2) | 2 (4.2) | 4 (8.3) |
| Diarrhea | 47 | 5 (10.6) | 2 (4.3) | 3 (6.4) | 6 (12.8) |
| Peripheral Edema | 42 | 6 (14.3) | 1 (2.4) | 1 (2.4) | 6 (14.3) |
| Dysarthria | 41 | 14 (34.1) | 2 (4.9) | 3 (7.3) | 5 (12.2) |

a COSTART preferred term
b Since patients could have had multiple dosage increases after 14 days, these data
  are not displayed.  Therefore, the number of patients with an adverse event cannot
  be calculated by summing the columns shown.


5.3.  Subset Presentations:  Sex and Age


Adverse events during clinical studies of epilepsy were also summarized by
patient age and sex.  Data from both the placebo-controlled and all
epilepsy studies were summarized.  Results of these analyses are displayed
in Figures 14 and 15.  For both groups of studies, the adverse event

U:\NDA\CI-945\CLC291AA.ISS
11/20/91 - 7:57

008

115

RR-REG 720-02957                    106
Gabapentin
Capsules

TABLE 34.  Summary of All and Associated Adverse Events in Patients
           With Spasticity or Migraine, by Body System
                     [Number (%) of Patients]
                        (Page 2 of 2)

| BODY SYSTEM/<br>Adverse Event[a] (AE) | Gabapentin[b]<br>N = 147 | | | |
|---|---|---|---|---|
| | All AEs | | Associated<br>AEs | |
| NERVOUS SYSTEM (continued) | | | | |
| Ataxia | 2 | (1.4) | 2 | (1.4) |
| Paresis | 2 | (1.4) | 2 | (1.4) |
| Tremor | 1 | (0.7) | 1 | (0.7) |
| Insomnia | 1 | (0.7) | 1 | (0.7) |
| Dysarthria | 1 | (0.7) | 1 | (0.7) |
| Nystagmus | 1 | (0.7) | 1 | (0.7) |
| Hypotonia | 1 | (0.7) | 1 | (0.7) |
| Paresthesia | 1 | (0.7) | 1 | (0.7) |
| Confusion | 1 | (0.7) | 0 | (0.0) |
| Twitching | 1 | (0.7) | 0 | (0.0) |
| PSYCHOBIOLOGIC FUNCTION | 4 | (2.7) | 2 | (1.4) |
| Thinking Abnormal | 3 | (2.0) | 1 | (0.7) |
| Depression | 1 | (0.7) | 1 | (0.7) |
| RESPIRATORY SYSTEM | 1 | (0.7) | 1 | (0.7) |
| Dyspnea | 1 | (0.7) | 1 | (0.7) |
| SKIN AND APPENDAGES | 1 | (0.7) | 1 | (0.7) |
| Skin Dry | 1 | (0.7) | 1 | (0.7) |
| SPECIAL SENSES | 2 | (1.4) | 2 | (1.4) |
| Amblyopia | 1 | (0.7) | 1 | (0.7) |
| Tinnitus | 1 | (0.7) | 1 | (0.7) |
| Total Number (%) of<br>Patients With ≥1<br>(Associated) AE | 43 | (29.3) | 35 | (23.8) |

[a] COSTART preferred term
[b] Denotes adverse event, regardless of gabapentin dosage
[c] The number of patients with adverse events related to this body
    system is fewer than the combined number of patients with adverse
    events, since one or more patients had more than one type of
    adverse event within this body system.

U:\HDA\CI-945\CLC291AA.ISS
11/20/91 - 7:57

009

125

RR-REG 720-02957          116
Gabapentin
Capsules

TABLE 38.   Summary of Withdrawals From All Studies Due to
            Adverse Events, by Body System
            [Number (%) of Participants]
            (Page 2 of 3)

| BODY SYSTEM/ Adverse Event[a] | Gabapentin N = 1748 |
|---|---|
| NERVOUS SYSTEM | 73[b] (4.10) |
| Convulsions | 24 (1.30) |
| Somnolence | 19 (1.09) |
| Ataxia | 12 (0.69) |
| Dizziness | 10 (0.57) |
| Dysarthria | 5 (0.29) |
| Confusion | 4 (0.22) |
| Insomnia | 3 (0.17) |
| Amnesia | 4 (0.22) |
| Paresthesia | 4 (0.22) |
| Neoplasm, Brain | 3 (0.17) |
| Hyperkinesia | 3 (0.17) |
| Hypotonia | 2 (0.11) |
| Twitching | 2 (0.11) |
| Hemiplegia | 1 (0.05) |
| Brain Surgery | 1 (0.05) |
| Nystagmus | 1 (0.05) |
| Tremor | 1 (0.05) |
| Paresis | 1 (0.05) |
| Intracranial Hemorrhage | 1 (0.05) |
| Speech Disorder | 1 (0.05) |
| PSYCHOBIOLOGIC FUNCTION | 25[b] (1.43) |
| Depression | 7 (0.40) |
| Thinking Abnormal | 6 (0.34) |
| Nervousness | 4 (0.22) |
| Agitation | 3 (0.17) |
| Anxiety | 2 (0.11) |
| Hostility | 2 (0.11) |
| Emotional Lability | 1 (0.05) |
| Feeling High | 1 (0.05) |
| Doped-Up Sensation | 1 (0.05) |
| Suicidal | 1 (0.05) |
| RESPIRATORY SYSTEM | 4 (0.22) |
| Asthma | 1 (0.05) |
| Pleural Disorder | 1 (0.05) |
| Pneumonia | 1 (0.05) |
| Hiccup | 1 (0.05) |

a   COSTART preferred term
b   The number of participants withdrawing due to adverse events related to
    this body system is fewer than the combined number of participants
    withdrawing due to adverse events, since one or more participants
    withdrew due to more than one type of adverse event within this body
    system.

J:\NDA\CI-945\CLC291AA.ISS
11/20/91 - 7:57

010

RR-REG 720-02957                118
Gabapentin
Capsules

7.2.1.3.  Specific Adverse Events Contributing to Withdrawals

Withdrawals from all studies due to adverse events were reviewed by the
Parke-Davis Medical Monitor.  Fourteen types of adverse events that
either contributed to the withdrawal of a substantial number of patients
or that were potentially serious events leading to withdrawal were
identified during this review.  Data related to these events are
summarized in Table 39.

TABLE 39.  Adverse Events That Led to Withdrawal in a Substantial
           Number of Patients or That Were Potentially Serious
           Reasons for Withdrawal

| Adverse Event | Number (%) of Patients Withdrawn[a] | Overall Incidence in Placebo-Controlled Studies | | Relationship[b] |
| | | Placebo Number (%) of Patients | Gabapentin Number (%) of Patients | |
|---|---|---|---|---|
| Fatigue | 10 (0.6) | 15 (4.9) | 54 (11.1) | Possibly |
| Headache | 8 (0.5) | 28 (9.1) | 42 (8.7) | Unlikely |
| Weight Increase | 5 (0.3) | 2 (0.7) | 12 (2.5) | Possibly |
| Nausea and/or Vomiting | 10 (0.6) | 23 (7.5) | 29 (6.0) | Definitely Not |
| Convulsions | 24 (1.3) | 8 (2.6) | 14 (2.9) | Definitely Not |
| Somnolence | 19 (1.1) | 30 (9.8) | 98 (20.2) | Probably |
| Ataxia | 12 (0.7) | 16 (5.2) | 64 (13.2) | Possibly |
| Dizziness | 10 (0.6) | 24 (7.8) | 87 (17.9) | Possibly |
| Depression | 7 (0.4) | 3 (1.0) | 8 (1.6) | Possibly |
| Thinking Abnormal | 6 (0.3) | 4 (1.3) | 9 (1.9) | Definitely Not |
| Allergic Disorders[c] | 8 (0.5) | 6 (2.0) | 10 (2.1) | Possibly |
| Impotence | 4 (0.2) | 4 (1.3) | 8 (1.6) | Definitely Not |
| Diplopia | 6 (0.3) | 6 (2.0) | 31 (6.4) | Possibly |
| Laboratory Deviations | 10 (0.6) | 10 (3.3) | 30 (6.2) | Definitely Not |

a  Number and percent of patients treated with gabapentin
b  As determined by the Parke-Davis Medical Monitor after review of aggregate
   adverse event data.
c  Includes rash, erythematous rash, urticaria of moderate intensity, and
   maculopapular rashes of mild intensity.

Two of these types of adverse events (convulsions and allergic
disorders) are potentially serious events.  Status epilepticus,
exacerbation of convulsions, or more frequent convulsions were reasons

RR-REG 720-02957          121
Gabapentin
Capsules

Somnolence and ataxia appeared to occur in a dose-related manner among
patients in the placebo-controlled studies.

Concurrent AEDs may have been a factor in some of these withdrawals,
particularly those due to weight increase, abnormal thinking, rash or
urticaria, diplopia, and decreased WBC count. As mentioned above, other
AEDs may have contributed to the occurrence of convulsions. Most
withdrawals due to ataxia occurred within the first days of gabapentin
therapy. Thus, gabapentin may exacerbate latent ataxia when added to
other AEDs known to induce ataxia. Similarly, dizziness frequently
occurred with somnolence at the onset of treatment, when gabapentin was
added to AEDs known to cause sedation.

In some cases, a history of migraine, head trauma and subdural hematoma,
peptic ulcer, concurrent medications, and hepatic disturbances may have
contributed to withdrawals due to nausea and/or vomiting. Raynaud's
syndrome may have contributed to one withdrawal due to impotence.
Depression, which is common among epilepsy patients, occurred at a
relatively low incidence in these studies.

7.2.1.4.  Gabapentin Dosage at Onset of Adverse Events
          Resulting in Withdrawal

Gabapentin dosage at the onset of adverse events resulting in withdrawal
is shown in Table 40. For 90 (69%) of the 130 gabapentin-treated
participants withdrawn due to adverse events, the dosage at the onset of
these events was 1200 mg/day or less (excluding 0 dose). This suggests
that there is not an increase of withdrawals with higher doses of
gabapentin.

**133**

RR-REG 720-02957                124
Gabapentin
Capsules

all-inclusive: all adverse events recorded as clinically important by
the investigator, anaphylaxis, blood dyscrasia, collagen disorder,
angina, congestive heart failure, deep vein thrombosis, myocardial
infarction, ventricular arrhythmias, coma, convulsions, encephalopathy,
paralysis, depression, psychosis, stroke or hemiplegia, deafness,
gastrointestinal or subarachnoid hemorrhage, retinal disorder, jaundice,
myopathy, pregnancy, bullous skin eruptions, exfoliative dermatitis,
macular rash or maculopapular rash, stomatitis, syncope, and laboratory
abnormalities confirmed by repeat testing that suggest a disease or
organ toxicity or require changes of active drug management. Each
occurrence of a suggestive event was reviewed individually to determine
whether it warranted inclusion as clinically important.

In addition, the adverse event summaries were reviewed for any
unexpected or unusual events that, although of less potential
importance, might have occurred at a frequency great enough to warrant
concern and, therefore, be judged clinically important. Because an
increase in seizure frequency could represent the cyclical nature of
seizures in epilepsy or lack of efficacy, only reports of status
epilepticus or seizure increase following withdrawal of gabapentin were
considered clinically important.

7.2.2.1.  Summary of Serious or Clinically Important Adverse Events

Sixty-nine (3.9%) of the 1748 participants who received gabapentin and
two (0.4%) of the 485 who received placebo in clinical pharmacology or
clinical studies had adverse events that were considered serious or
clinically important by the Parke-Davis Medical Monitor. These types of
adverse events are summarized by body system in Table 41, a listing of
all participants with adverse events considered serious or clinically
important is provided in Appendix C.1. and narrative summaries for all
these patients appear in Appendix C.4. A patient listing of
hospitalization from studies eliciting that data is provided in

U:\NDA\CI-945\CLC291AA.ISS
11/20/91 - 7:57

**013**

134

RR-REG 720-02957                125
Gabapentin
Capsules

Appendix C.7.  Discussions of serious or clinically important adverse
events, ordered by body system, follow Table 38.

Among participants who received gabapentin, serious or clinically
important adverse events occurred most often in the nervous system
(1.5% of participants).  Convulsions (1%), depression (0.3%), drug
overdose (0.3%), brain neoplasm (0.2%), and pregnancy (0.2%) were the
most prevalent types of serious or clinically important adverse events.
Of the 69 patients who had a serious or clinically important adverse
event 27 were withdrawn from gabapentin therapy.

Adverse events considered serious or clinically important in
placebo-treated patients were similar to those for gabapentin-treated
patients.  Patient 4 (Study 945-6, Center 46) experienced somnolence,
thinking abnormal, and increased sweating that led to withdrawal from
the study; and Patient 203 (Study 945-5, Center 4) had convulsions
(status epilepticus) that did not lead to withdrawal.

RR-REG 720-02957          135                    **144**
Gabapentin
Capsules

### Dystonia

Patient 10 (Study 945-15, Center 17) had a dystonic reaction while
receiving gabapentin in addition to other AEDs. The dystonia was most
probably induced by the neuroleptic prochlorperazine. The dystonia
reappeared when the patient again received prochlorperazine as treatment
for nausea resulting from methsuximide therapy. A relationship between
dystonia and gabapentin, therefore, appears unlikely.

### Depression

Depression is commonly reported as a concurrent illness in the epileptic
population. The rate of occurrence may exceed that in the general
population and has been reported to range from 19% (15) to 55% (16).
Suicidal ideation frequently accompanies depression and the rate of
suicide attempts among epileptic patients has been estimated to be 4 to
5 times that expected in a nonepileptic population.(17,18)

In gabapentin clinical studies in epilepsy, 51 (4.4%) of the gabapentin-
treated patients had interictal depression. Of these, six were of
severe intensity and were considered to be clinically important. In
three of these cases the investigator judged the depression possibly
related to gabapentin treatment, while the remaining three cases were
unlikely or definitely not related. Two of the five patients [Patient 1
(Study 945-15, Center 1) and Patient 2 (Study 945-15, Center 17)] also
experienced suicidal ideation, while a third attempted suicide
[Patient 22 (Study 945-13, Center 14)].

### Skin Conditions

Overall there were 75 skin conditions (6.5% of all patients) that could
have represented hypersensitivity or allergic reactions in clinical
studies. Included in this summation were rashes of all types,
dermatitis, eczema, and urticaria. In the controlled studies, the
incidence for the same skin conditions was 4% in the placebo-treated and
3% in the gabapentin-treated populations. In four patients receiving

U:\NDA\CI-945\CLC291AA.ISS
11/20/91 - 7:57

**188**

RR-REG 720-02957                    179
Gabapentin
Capsules

| | NDA LOCATION | |
|---|---|---|
| 16.  REFERENCES | VOLUME | PAGE |

14.  Hauser WA.  Status epilepticus:      * Published
     epidemiologic considerations.  Neurology    Literature
     1990;4(Suppl 2):9-13.

15.  Currie S, Heathfield KWG, Henson RA,    Published
     Scott DF.  Clinical causes and prognosis    Literature
     of temporal lobe epilepsy:  a survey of
     666 patients.  Brain 1971;94:173-90.

16.  Mendez MF, Cummings JL, Benson DF.      Published
     Depression in epilepsy.  Significance and    Literature
     phenomenology.  Arch Neurol
     1986;43(8):66-70.

17.  Barraclough B.  Suicide and epilepsy.  In:    Published
     Reynolds EH, Trimble MR, eds.  Epilepsy    Literature
     and psychiatry.  Edinburgh:  Churchill
     Livingstone, 1981;172-6.

18.  Matthews WS, Barabas G.  Suicide and    Published
     epilepsy:  a review of the literature.    Literature
     Psychosomatics 1981;22:515-24.

---

*  Published literature references are not included in this NDA, but
   will be provided upon request.

235

RR-REG 720-02957
Gabapentin
Capsules

00226

10:05 FRIDAY, AUGUST 2, 1991

APPENDIX B.1
(PAGE 4 OF 54)
SUMMARY OF ADVERSE EVENTS
ALL STUDIES

LISTING OF ADVERSE EVENT PREFERRED TERM BY INVESTIGATOR TERM

| INVESTIGATOR TERM | PREFERRED TERM | BODY SYSTEM |
|---|---|---|
| ATAXIA, FINGER TO NOSE | COORDINATION ABNORMAL | NERVOUS SYSTEM |
| ATAXIC GAIT | ATAXIA | NERVOUS SYSTEM |
| ATHLETE'S FOOT | MYCOTIC INFECTION | SKIN AND APPENDAGES |
| ATRIAL FIBRILLATION | ATRIAL FIBRILLATION | CARDIOVASCULAR SYSTEM |
| ATTEMPTED SUICIDE | SUICIDAL | PSYCHOBIOLOGIC FUNCTION |
| AUDITORY HALLUCINATIONS | HALLUCINATION | PSYCHOBIOLOGIC FUNCTION |
| AXILLARY LYMPHADENOPATHY | LYMPHADENOPATHY | HEMIC AND LYMPHATIC SYSTE |
| AXILLARY RASH | RASH | SKIN AND APPENDAGES |
| BABINSKI SIGN POSITIVE | BABINSKI SIGN POSITIVE | NERVOUS SYSTEM |
| BACK INJURY | BACK INJURY | MUSCULOSKELETAL SYSTEM |
| BACK PAIN | BACK PAIN | BODY AS A WHOLE |
| BACK SPRAIN | BACK INJURY | MUSCULOSKELETAL SYSTEM |
| BACK SURGERY | BACK SURGERY | MUSCULOSKELETAL SYSTEM |
| BACKACHE | BACK PAIN | BODY AS A WHOLE |
| BACKSTRAIN | BACK INJURY | MUSCULOSKELETAL SYSTEM |
| BACTERIA IN URINE | BACTERIA IN URINE | LABORATORY DEVIATIONS |
| BAD BALANCE | ATAXIA | NERVOUS SYSTEM |
| BAD BREATH | BAD BREATH | SPECIAL SENSES |
| BAD DREAMS | DREAMING ABNORMAL | NERVOUS SYSTEM |
| BAD TEMPER | EMOTIONAL LABILITY | PSYCHOBIOLOGIC FUNCTION |
| BALANCE (POOR) | ATAXIA | NERVOUS SYSTEM |
| BALANCE DIFFICULTY | ATAXIA | NERVOUS SYSTEM |
| BEHAVIOR PROBLEMS | EMOTIONAL LABILITY | PSYCHOBIOLOGIC FUNCTION |
| BEHAVIORAL CHANGES | EMOTIONAL LABILITY | PSYCHOBIOLOGIC FUNCTION |
| BELCHING | ERUCTATION | DIGESTIVE SYSTEM |
| BI-FRONTAL HEADACHES | HEADACHE | BODY AS A WHOLE |
| BICEP/BRACHIAL JERK, BRISK | INCREASED REFLEX | NERVOUS SYSTEM |
| BIOPSY, BRAIN TUMOR | BRAIN SURGERY | NERVOUS SYSTEM |
| BIOPSY-LYMPH NODE, NECK | BIOPSY-LYMPHATIC STRUCTUR | HEMIC AND LYMPHATIC SYSTE |
| BITTEN BY CAT | ANIMAL BITE | SKIN AND APPENDAGES |
| BITTER TASTE IN MOUTH | UNUSUAL TASTE | SPECIAL SENSES |
| BLACKING OUT | SYNCOPE | NERVOUS SYSTEM |
| BLADDER INFECTION | URINARY TRACT INFECT | UROGENITAL SYSTEM |
| BLANK FEELING | THINKING ABNORMAL | PSYCHOBIOLOGIC FUNCTION |

RR-REG 720-02957
Gabapentin
Capsules

00233

242

10:05 FRIDAY, AUGUST 2, 1991

APPENDIX B.1
(PAGE 1 OF 54)
SUMMARY OF ADVERSE EVENTS
ALL STUDIES

LISTING OF ADVERSE EVENT PREFERRED TERM BY INVESTIGATOR TERM

| INVESTIGATOR TERM | PREFERRED TERM | BODY SYSTEM |
|---|---|---|
| DECR VIBRATION SENSATION | HYPESTHESIA | NERVOUS SYSTEM |
| DECR VIBRATION,FINGER | HYPESTHESIA | NERVOUS SYSTEM |
| DECR VIBRATION,LOWR EXTR | HYPESTHESIA | NERVOUS SYSTEM |
| DECR VIBRATN SENS,ANKLE | HYPESTHESIA | NERVOUS SYSTEM |
| DECR/LOW MONOCYTES | DECR/LOW MONOCYTES, | LABORATORY DEVIATIONS |
| DECREASE B2 PLASMA LEVEL | ANTI EPILEPTIC LEVELS DEC | LABORATORY DEVIATIONS |
| DECREASED THOUGHT PROCESS | THINKING ABNORMAL | PSYCHOBIOLOGIC FUNCTION |
| DECREASE THYROXINE LEVEL | DECREASE THYROXINE LEVEL | LABORATORY DEVIATIONS |
| DECREASED T4/POSS,LIBIDO | DECREAS/LOSS,LIBIDO | PSYCHOBIOLOGIC FUNCTION |
| DECREASED APPETITE | ANOREXIA | DIGESTIVE SYSTEM |
| DECREASED ATTENTION | THINKING ABNORMAL | PSYCHOBIOLOGIC FUNCTION |
| DECREASED BALANCE | ATAXIA | NERVOUS SYSTEM |
| DECREASED CALCIUM | HYPOCALCEMIA | LABORATORY DEVIATIONS |
| DECREASED CHLORIDE | DECREASED CHLORIDE | LABORATORY DEVIATIONS |
| DECREASED CHLORIDE LEVEL | DECREASED CHLORIDE | LABORATORY DEVIATIONS |
| DECREASED DEPRESSION | DEPRESSION | PSYCHOBIOLOGIC FUNCTION |
| DECREASED ENERGY | FATIGUE | BODY AS A WHOLE |
| DECREASED ENTHUSIASM | APATHY | PSYCHOBIOLOGIC FUNCTION |
| DECREASED ERECTION | IMPOTENCE | UROGENITAL SYSTEM |
| DECREASED GLUCOSE | HYPOGLYCEMIA | LABORATORY DEVIATIONS |
| DECREASED HCT | HEMATOCRIT DECREASED | LABORATORY DEVIATIONS |
| DECREASED HGB | HEMOGLOBIN DECREASED | LABORATORY DEVIATIONS |
| DECREASED KNEE JERKS | REFLEXES, DECR/ABSENT | NERVOUS SYSTEM |
| DECREASED NEUTROPHILS | WBC DIFFERENTIAL ABN | LABORATORY DEVIATIONS |
| DECREASED PLATELET COUNT | DECR,PLATELET COUNT | LABORATORY DEVIATIONS |
| DECREASED POTASSIUM | DECREASED POTASSIUM | LABORATORY DEVIATIONS |
| DECREASED RBC | DECREASED RBC | LABORATORY DEVIATIONS |
| DECREASED RECALL | AMNESIA | NERVOUS SYSTEM |
| DECREASED SEGS | WBC DIFFERENTIAL ABN | LABORATORY DEVIATIONS |
| DECREASED SODIUM LEVEL | HYPONATREMIA | LABORATORY DEVIATIONS |
| DECREASED TANDEM GAIT | ATAXIA | NERVOUS SYSTEM |
| DECREASED URINE OUTPUT | OLIGURIA | UROGENITAL SYSTEM |
| DECREASED VITALITY | FATIGUE | BODY AS A WHOLE |
| DECREASED VITAMIN B12 | DECREASED VITAMIN B12 | LABORATORY DEVIATIONS |

243

RR-REG 720-02957
Gabapentin
Capsules

00234

10.05 FRIDAY, AUGUST 2, 1991

APPENDIX B 1
(PAGE 12 OF 54)
SUMMARY OF ADVERSE EVENTS
ALL STUDIES

LISTING OF ADVERSE EVENT PREFERRED TERM BY INVESTIGATOR TERM

| INVESTIGATOR TERM | PREFERRED TERM | BODY SYSTEM |
|---|---|---|
| DECREASED VPA LEVELS | ANTIEPILEPTIC LEVELS DEC | LABORATORY DEVIATIONS |
| DECREASED WBC | WBC DECREASED | LABORATORY DEVIATIONS |
| DEEP SENSATN PAIN,LUQ | PAIN | BODY AS A WHOLE |
| DEEP VEN THROMBOSIS | THROMBOPHLEB DEEP | CARDIOVASCULAR SYSTEM |
| DELAYED RECALL | AMNESIA | NERVOUS SYSTEM |
| DELTOID WEAKNESS | MYASTHENIA | MUSCULOSKELETAL SYSTEM |
| DEMONSTRL MISINTERPRETAT | THINKING ABNORMAL | PSYCHOBIOLOGIC FUNCTION |
| DELUSIONS | THINKING ABNORMAL | PSYCHOBIOLOGIC FUNCTION |
| DENTAL ABSCESS | DENTAL ABNORMALITIES | DIGESTIVE SYSTEM |
| DENTAL SURGERY | DENTAL ABNORMALITIES | DIGESTIVE SYSTEM |
| DENTAL WORK | DENTAL ABNORMALITIES | DIGESTIVE SYSTEM |
| DEPRESSED | DEPRESSION | PSYCHOBIOLOGIC FUNCTION |
| DEPRESSION | DEPRESSION | PSYCHOBIOLOGIC FUNCTION |
| DERMATITIS | DERMATITIS | SKIN AND APPENDAGES |
| DERMATITIS OF HAND | DERMATITIS | SKIN AND APPENDAGES |
| DERMATITIS,SHIN | DERMATITIS | SKIN AND APPENDAGES |
| DERMATITIS,BACK | DERMATITIS | SKIN AND APPENDAGES |
| DERMATITIS,LEGS | DERMATITIS | SKIN AND APPENDAGES |
| DERMOGRAPHISM | RASH-ERYTHEMATOUS | SKIN AND APPENDAGES |
| DIAPHORESIS | SWEATING INCREASED | SKIN AND APPENDAGES |
| DIARRHEA | DIARRHEA | DIGESTIVE SYSTEM |
| DIARRHEA D'SENTERIEFORM | DIARRHEA | DIGESTIVE SYSTEM |
| DIARRHEA W FRESH BLOOD | BLOODY DIARRHEA | DIGESTIVE SYSTEM |
| DIFF CHOOSING WORDS | DYSARTHRIA | NERVOUS SYSTEM |
| DIFF CONCENTRATING | THINKING ABNORMAL | PSYCHOBIOLOGIC FUNCTION |
| DIFF EXPRESSING/SPEECH | DYSARTHRIA | NERVOUS SYSTEM |
| DIFF FOCUSING EYE | VISION ABNORMAL | SPECIAL SENSES |
| DIFFICULT MAINTAIN ERECTION | IMPOTENCE | UROGENITAL SYSTEM |
| DIFFICLT W/TOE-HEEL WALK | ATAXIA | NERVOUS SYSTEM |
| DIFFICULTY ACHIEV ORGASM | UNABLE TO CLIMAX | UROGENITAL SYSTEM |
| DIFFICULTY CALCULATING | THINKING ABNORMAL | PSYCHOBIOLOGIC FUNCTION |
| DIFFICULTY FALL. ASLEEP | INSOMNIA | NERVOUS SYSTEM |
| DIFFICULTY SLEEPING | INSOMNIA | NERVOUS SYSTEM |
| DIFFICULTY W/RANDOM GAIT | ATAXIA | NERVOUS SYSTEM |

RR-REG 720-02957
Gabapentin
Capsules

258

00249

10:05 FRIDAY, AUGUST 2, 1991

APPENDIX B 1
(PAGE 27 OF 54)
SUMMARY OF ADVERSE EVENTS
ALL STUDIES

LISTING OF ADVERSE EVENT PREFERRED TERM BY INVESTIGATOR TERM

| INVESTIGATOR TERM | PREFERRED TERM | BODY SYSTEM |
|---|---|---|
| INCREASED AMMONIA LEVEL | INCREASED AMMONIA LEVEL | LABORATORY DEVIATIONS |
| INCREASED ANXIETY LEVEL | ANXIETY | PSYCHOBIOLOGIC FUNCTION |
| INCREASED ARM/LEG MVEMNT | MOVEMENT DISORDER | NERVOUS SYSTEM |
| INCREASED BILIRUBIN | ELEVATED BILIRUBIN | LABORATORY DEVIATIONS |
| INCREASED BUN | ELEVATED BUN | LABORATORY DEVIATIONS |
| INCREASED CALCIUM | HYPERCALCEMIA | LABORATORY DEVIATIONS |
| INCREASED CREATININE | ELEVATED CREATININE | LABORATORY DEVIATIONS |
| INCREASED DEPRESSION | DEPRESSION | PSYCHOBIOLOGIC FUNCTION |
| INCREASED DROWSINESS | SOMNOLENCE | NERVOUS SYSTEM |
| INCREASED DYSMETRIA | DYSMETRIA | NERVOUS SYSTEM |
|  | COORDINATION ABNORML | NERVOUS SYSTEM |
| INCREASED FACIAL ACNE | ACNE | SKIN AND APPENDAGES |
| INCREASED FATIGABILITY | FATIGUE | BODY AS A WHOLE |
| INCREASED FREQ OF STOOLS | FREQ/INCR NUMBER OF BMS | DIGESTIVE SYSTEM |
| INCREASED FREQ URINATION | URINATION FREQUENCY | UROGENITAL SYSTEM |
| INCREASED HEADACHES | HEADACHE | BODY AS A WHOLE |
| INCREASED HEMATOCRIT | INCREASED HEMATOCRIT | LABORATORY DEVIATIONS |
| INCREASED HEMOGLOBIN | INCREASED HEMOGLOBIN | LABORATORY DEVIATIONS |
| INCREASED LIBIDO | INCREASED LIBIDO | PSYCHOBIOLOGIC FUNCTION |
| INCREASED NERVOSITY | NERVOUSNESS | PSYCHOBIOLOGIC FUNCTION |
| INCREASED NEUTROPHILS | GRANULOCYTOSIS | LABORATORY DEVIATIONS |
| INCREASED NYSTAGMUS | NYSTAGMUS | NERVOUS SYSTEM |
| INCREASED PAIN | PAIN | BODY AS A WHOLE |
| INCREASED PARESIS | PARESIS | NERVOUS SYSTEM |
| INCREASED PERSPIRATION | SWEATING INCREASED | SKIN AND APPENDAGES |
| INCREASED PLATELET COUNT | ELEVATED PLATELET COUNT | LABORATORY DEVIATIONS |
| INCREASED POLYMORPHS | WBC DIFFERENTIAL ABN | LABORATORY DEVIATIONS |
| INCREASED POTASSIUM | HYPERKALEMIA | LABORATORY DEVIATIONS |
| INCREASED PULSE | TACHYCARDIA | CARDIOVASCULAR SYSTEM |
| INCREASED SALIVATION | INCREASED SALIVATION | DIGESTIVE SYSTEM |
| INCREASED SERUM GLUCOSE | HYPERGLYCEMIA | LABORATORY DEVIATIONS |
| INCREASED SGOT | ELEVATED SGOT(AST) | LABORATORY DEVIATIONS |
| INCREASED SGPT | ELEVATED SGPT(ALT) | LABORATORY DEVIATIONS |
| INCREASED SLEEPING | SOMNOLENCE | NERVOUS SYSTEM |
| INCREASED SPASTICITY | HYPERTONIA | MUSCULOSKELETAL SYSTEM |

278

RR-REG 720-02957
Gabapentin
Capsules

00269

10:05 FRIDAY, AUGUST 2, 1991

APPENDIX B 1
(PAGE 47 OF 64)
SUMMARY OF ADVERSE EVENTS
ALL STUDIES

LISTING OF ADVERSE EVENT PREFERRED TERM BY INVESTIGATOR TERM

| INVESTIGATOR TERM | PREFERRED TERM | BODY SYSTEM |
|---|---|---|
| STOMACH CRAMPS | ABDOMINAL PAIN | DIGESTIVE SYSTEM |
| STOMACH DISCOMFORT | DYSPEPSIA | DIGESTIVE SYSTEM |
| STOMACH DISTRESS | DYSPEPSIA | DIGESTIVE SYSTEM |
| STOMACH FLU | VIRAL INFECTION | BODY AS A WHOLE |
| STOMACH PAIN | ABDOMINAL PAIN | DIGESTIVE SYSTEM |
| STOMACH TROUBLE | ABDOMINAL PAIN | DIGESTIVE SYSTEM |
| STOMACH ULCER | STOMACH ULCER | DIGESTIVE SYSTEM |
| STOMACH VIRUS | VIRAL INFECTION | BODY AS A WHOLE |
| STOMATITIS | STOMATITIS | DIGESTIVE SYSTEM |
| STRAINED BACK MUSCLE | BACK INJURY | MUSCULOSKELETAL SYSTEM |
| STRANGE FEELING IN EYES | EYE PAIN | SPECIAL SENSES |
| STRANGE FEELING/S | STRANGE FEELING/S | BODY AS A WHOLE |
| STREP THROAT | PHARYNGITIS | RESPIRATORY SYSTEM |
| STRESS | STRESS | BODY AS A WHOLE |
| STUCK WITH CONTAM NEEDLE | PUNCTURE WOUND | SKIN AND APPENDAGES |
| STUFFY NOSE | RHINITIS | RESPIRATORY SYSTEM |
| STUMBLING WHILE WALKING | ATAXIA | NERVOUS SYSTEM |
| STUTTERING | DYSARTHRIA | NERVOUS SYSTEM |
| STYE | HORDEOLUM | SPECIAL SENSES |
| SUBARACHNOID HEMORRHAGE | INTRACRANIAL HEMORRHAGE | NERVOUS SYSTEM |
| SUBDUED TEMPERAMENT | SUBDUED TEMPERAMENT | PSYCHOBIOLOGIC FUNCTION |
| SUBDUED TEMPERAMENT | SUBDUED TEMPERAMENT | PSYCHOBIOLOGIC FUNCTION |
| SUBMANDIBULAR MASS | NEOPLASM, GENERAL | BODY AS A WHOLE |
| SUBMANDIBULAR NODULE | LYMPHADENOPATHY | HEMIC AND LYMPHATIC SYSTE |
| SUCKING MOTION-LIPS | OROFACIAL DYSKINESIA | NERVOUS SYSTEM |
| SUICIDE IDEATION | SUICIDAL | PSYCHOBIOLOGIC FUNCTION |
| SUN SENSITIVITY | PHOTOSENSITIV REACTN | SKIN AND APPENDAGES |
| SUNBURN | SUNBURN | SKIN AND APPENDAGES |
| SUPER-CHARGED ENERGY | INCREASED ENERGY | BODY AS A WHOLE |
| SUPRAPUBIC TENDERNESS | ABDOMINAL PAIN | DIGESTIVE SYSTEM |
| SURG/REMOV INFECT LIPOMA | SURGERY | BODY AS A WHOLE |
| SWEATING | SWEATING INCREASED | SKIN AND APPENDAGES |
| SWELLING IN HAND/S | PERIPHERAL EDEMA | BODY AS A WHOLE |
| SWELLING OF FACE | FACE EDEMA | BODY AS A WHOLE |

288

RR-REG 720-02957
Gabapentin
Capsules

00279

APPENDIX B.2
(PAGE 3 OF 10)

10:06 THURSDAY, SEPTEMBER 19, 1991

COMBINED CLINICAL SAFETY DATABASE: SUMMARY OF ADVERSE EVENTS
CLINICAL PHARMACOLOGY STUDIES BY MEDICATION

DISTRIBUTION OF ADVERSE EVENTS (COSTART PREFERRED TERM)
(% PATIENTS OF TREATMENT GROUP)

| | PLC ALONE | | | GBP ALONE | | | GBP COMBIN. | | | TOTAL GBP | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NO. OF PAT. | % | TOTAL REPORTS | NO. OF PAT. | % | TOTAL REPORTS | NO. OF PAT. | % | TOTAL REPORTS | NO. OF PAT. | % | TOTAL REPORTS |
| HYPERKINESIA | 0 | | 0 | 5 | 1.3 | 6 | 1 | 0.8 | 1 | 6 | 1.2 | 7 |
| DYSARTHRIA | 0 | | 0 | 1 | 0.3 | 1 | 0 | | 0 | 1 | 0.2 | 1 |
| NYSTAGMUS | 0 | | 0 | 1 | 0.3 | 1 | 0 | | 0 | 1 | 0.2 | 1 |
| AMNESIA | 0 | | 0 | 1 | 0.3 | 2 | 0 | | 0 | 1 | 0.2 | 3 |
| FEELING OF ACUTE SENSES | 1 | 3.6 | 1 | 1 | 0.3 | 2 | 0 | | 0 | 1 | 0.2 | 2 |
| PARESTHESIA | 0 | | 0 | 5 | 1.3 | 5 | 1 | 0.8 | 1 | 6 | 1.2 | 6 |
| FACIAL PARALYSIS | 0 | | 0 | 1 | 0.3 | 1 | 0 | | 0 | 1 | 0.2 | 1 |
| PSYCHOBIOLOGIC FUNCTION | 0 | | 0 | 34 | 8.8 | 44 | 15 | 11.9 | 21 | 49 | 10.3 | 65 |
| ANXIETY | 0 | | 0 | 3 | 0.8 | 4 | 1 | 0.8 | 1 | 4 | 0.8 | 4 |
| APATHY* | 0 | | 0 | 3 | 0.8 | 4 | 1 | 0.8 | 1 | 4 | 0.8 | 4 |
| DEPRESSION* | 1 | 3.6 | 1 | 3 | 0.8 | 3 | 0 | | 0 | 3 | 0.6 | 3 |
| NERVOUSNESS | 0 | | 0 | 20 | 5.2 | 26 | 7 | 5.6 | 8 | 27 | 5.7 | 34 |
| THINKING ABNORMAL* | 1 | 3.6 | 1 | 3 | 0.8 | 3 | 1 | 0.8 | 1 | 4 | 0.8 | 4 |
| HALLUCINATION | 0 | | 0 | 1 | 0.3 | 1 | 0 | | 0 | 1 | 0.2 | 1 |
| EMOTIONAL LABILITY | 0 | | 0 | 1 | 0.3 | 1 | 1 | 0.8 | 1 | 2 | 0.4 | 2 |
| DEPERSONALIZATION | 0 | | 0 | 2 | 0.5 | 2 | 2 | 1.6 | 2 | 4 | 0.8 | 4 |
| EUPHORIA | 0 | | 0 | 2 | 0.5 | 2 | 0 | | 0 | 2 | 0.4 | 2 |
| FEELING HIGH | 0 | | 0 | 2 | 0.5 | 2 | 0 | | 0 | 2 | 0.4 | 2 |
| DOPED UP SENSATION | 0 | | 0 | 9 | 2.3 | 26 | 3 | 2.4 | 4 | 12 | 2.5 | 27 |
| PSYCHOSIS | 3 | 10.7 | 3 | 4 | 1.0 | 4 | 0 | | 0 | 4 | 0.8 | 4 |
| RESPIRATORY SYSTEM | 3 | 10.7 | 3 | 9 | 2.3 | 9 | 2 | 1.6 | 2 | 11 | 2.3 | 11 |
| PHARYNGITIS* | 2 | 7.1 | 2 | 4 | 1.0 | 4 | 0 | | 0 | 4 | 0.8 | 4 |
| SINUSITIS | 0 | | 0 | 6 | 1.5 | 7 | 2 | 1.6 | 2 | 8 | 1.7 | 8 |
| NASAL MUCOSA DISORDER | 0 | | 0 | 2 | 0.5 | 2 | 0 | | 0 | 2 | 0.4 | 2 |
| COUGHING* | 1 | 3.6 | 1 | 2 | 0.5 | 3 | 0 | 0.8 | | 3 | 0.4 | 3 |

(*) ADVERSE EVENTS WITH AT LEAST 2% OCCURRENCE IN ONE TREATMENT GROUP

(CONTINUED)

293

RR-REG 720-02957
Gabapentin
Capsules

00284

10:06 THURSDAY, SEPTEMBER 19, 1991

APPENDIX B.2
(PAGE 8 OF 10)
COMBINED CLINICAL SAFETY DATABASE SUMMARY OF ADVERSE EVENTS
CLINICAL PHARMACOLOGY STUDIES BY MEDICATION

DISTRIBUTION OF ADVERSE EVENTS (COSTART PREFERRED TERM)
(% PATIENTS OF TREATMENT GROUP)

| | OTHER DRUGS | | |
| --- | --- | --- | --- |
| | NO OF PAT | % | TOTAL REPORTS |
| HYPERKINESIA | 0 | 0 | 0 |
| DYSARTHRIA | 0 | 0 | 0 |
| NYSTAGMUS | 0 | 0 | 0 |
| AMNESIA | 0 | 0 | 0 |
| FEELING OF ACUTE SENSES | 0 | 0 | 0 |
| PARESTHESIA | 7 | 6.6 | 12 |
| FACIAL PARALYSIS | 1 | 0.9 | 1 |
| PSYCHOBIOLOGIC FUNCTION | 2 | 1.9 | 2 |
| ANXIETY | 2 | 1.9 | 2 |
| APATHY* | 1 | 0.9 | 1 |
| DEPRESSION* | 2 | 1.9 | 3 |
| NERVOUSNESS | 1 | 0.9 | 1 |
| THINKING ABNORMAL* | 4 | 3.8 | 4 |
| HALLUCINATION | 0 | 0 | 0 |
| EMOTIONAL LABILITY | 0 | 0 | 0 |
| DEPERSONALIZATION | 0 | 0 | 0 |
| EUPHORIA | 0 | 0 | 0 |
| FEELING HIGH | 0 | 0 | 0 |
| DOPED UP SENSATION | 1 | 0.9 | 0 |
| PSYCHOSIS | 0 | 0 | 0 |
| RESPIRATORY SYSTEM | 6 | 5.7 | 9 |
| PHARYNGITIS* | 1 | 0.9 | 1 |
| RHINITIS | 4 | 3.8 | 4 |
| SINUSITIS | 0 | 0 | 0 |
| NASAL MUCOSA DISORDER | 0 | 0 | 0 |
| COUGHING | 2 | 1.9 | 2 |

(CONTINUED)

(*) ADVERSE EVENTS WITH AT LEAST 2% OCCURRENCE IN ONE TREATMENT GROUP

299

RR-REG 720-02957
Gabapentin
Capsules

00290

APPENDIX B.3.

Summary of Associated Adverse Events in Those Treated With Gabapentin, Placebo, or an Antiepileptic Drug During Clinical Pharmacology Studies, by Body System
[Number (%) of Participants[a]]
(Page 4 of 6)

| BODY SYSTEM Adverse Event[c] | Placebo N = 28 | Gabapentin Alone N = 399 | Gabapentin With Other Drugs N = 126 | Total[d] N = 448 | Drugs Other Than Gabapentin[e] N = 106 |
|---|---|---|---|---|---|
| PSYCHOBIOLOGIC FUNCTION (continued) | | | | | |
| Emotional Lability | 0 (0.0) | 1 (0.3) | 1 (0.8) | 2 (0.4) | 0 (0.0) |
| Doped-Up Sensation | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 0 (0.0) |
| Psychosis | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 0 (0.0) |
| Apathy | 0 (0.0) | 0 (0.0) | 4 (3.2) | 4 (0.9) | 2 (1.9) |
| Depression | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.4) | 0 (0.0) |
| Anxiety | 0 (0.0) | 0 (0.0) | 1 (0.8) | 2 (0.4) | 1 (0.9) |
| RESPIRATORY SYSTEM | 0 (0.0) | 8 (2.0) | 1 (0.8) | 9 (2.0) | 0 (0.0) |
| Nasal Mucosa Disorder | 0 (0.0) | 4 (1.0) | 0 (0.0) | 4 (0.9) | 0 (0.0) |
| Rhinitis | 0 (0.0) | 1 (0.3) | 1 (0.8) | 2 (0.4) | 0 (0.0) |
| Sinusitis | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 0 (0.0) |
| Pneumonia | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 0 (0.0) |
| Dyspnea | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 1 (0.9) |
| SKIN AND APPENDAGES | 0 (0.0) | 6 (1.5) | 1 (0.8) | 7 (1.6) | 1 (0.9) |
| Rash | 0 (0.0) | 2 (0.5) | 1 (0.8) | 3 (0.7) | 0 (0.0) |
| Skin Dry | 0 (0.0) | 2 (0.5) | 0 (0.0) | 1 (0.4) | 0 (0.0) |
| Pruritus | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 1 (0.9) |
| Rash, Pustular | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 0 (0.0) |
| Rash, Erythematous | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 0 (0.0) |
| Skin Disorder | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.2) | 0 (0.0) |

a A participant may be included in more than one column, as participants may have had an adverse event while receiving more than one drug or drug combination.
b Includes 396 subjects and 52 patients with epilepsy
c COSTART preferred term
d Numbers in this column reflect what occurred during all phases of the study and cannot be derived from adding the numbers in the two previous columns in some cases.
e Twelve participants also received antipyrine; however, no adverse events occurred while taking it.
f Total number of participants with adverse events related to this body system is fewer than the combined number of participants with adverse events, since one or more participants had more than one type of adverse event within this body system.

303

00294

RR-REG 720-02957
Gabapentin
Capsules

APPENDIX B.4
(PAGE 2 OF 9)
COMBINED CLINICAL SAFETY DATABASE: SUMMARY OF ADVERSE EVENTS
CLINICAL PHARMACOLOGY STUDIES BY MEDICATION

DISTRIBUTION OF ASSOCIATED ADVERSE EVENTS (COSTART PREFERRED TERM)
(% PATIENTS OF TREATMENT GROUP)

10:06 THURSDAY, SEPTEMBER 19, 1991

| | PLC ALONE | | | GBP ALONE | | | GBP COMBIN. | | | TOTAL GBP | | | OTHER DRUGS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NO. OF PAT | TOTAL REPORTS | % | NO. OF PAT | TOTAL REPORTS | % | NO. OF PAT | TOTAL REPORTS | % | NO. OF PAT | TOTAL REPORTS | % | NO. OF PAT | % |
| HEMIC AND LYMPHATIC SYSTEMS | 0 | 0 | — | 0 | 0 | — | 1 | 1 | 0.8 | 1 | 1 | 0.2 | 1 | 0.9 |
| THROMBOCYTOPENIA | 0 | 0 | — | 0 | 0 | — | 1 | 1 | 0.8 | 1 | 1 | 0.2 | 1 | 0.9 |
| MUSCULOSKELETAL SYSTEM | 3 | 3 | 10.7 | 0 | 0 | — | 1 | 2 | 0.8 | 1 | 2 | 0.2 | 1 | 0.9 |
| JOINT STIFFNESS | 1 | 1 | 3.6 | 0 | 0 | — | — | — | — | — | — | — | — | — |
| MYALGIA | 1 | 1 | 3.6 | 0 | 0 | — | 1 | 1 | 0.8 | 1 | 1 | 0.2 | 1 | 0.9 |
| NERVOUS SYSTEM | 3 | 3 | 10.7 | 130 | | 32.5 | 59 | 288 | 46.8 | 179 | 392 | 46.2 | 9 | 8.0 |
| ATAXIA+ | 1 | 1 | 3.6 | 10 | | 2.5 | 2 | 2 | 1.7 | 12 | 14 | 3.1 | 1 | 0.9 |
| CONFUSION+ | 0 | 0 | — | 5 | | 1.3 | 11 | 12 | 8.7 | 16 | 21 | 3.6 | 3 | 3.0 |
| DIZZINESS+ | 1 | 1 | 3.6 | 95 | | 23.8 | 41 | 147 | 32.5 | 160 | 204 | 28.7 | 4 | 0.9 |
| TREMOR+ | 0 | 0 | — | 2 | | 0.5 | 5 | 10 | 0.8 | 3 | 3 | 1.2 | 1 | 0.3 |
| COORDINATION ABNORML | 0 | 0 | — | 1 | | 0.3 | 2 | 5 | 1.6 | 6 | 6 | 1.5 | 1 | 0.9 |
| INSOMNIA+ | 1 | 1 | 3.6 | 5 | | 1.3 | 3 | 10 | 1.8 | 11 | 13 | 1.9 | 1 | 0.9 |
| SOMNOLENCE+ | 1 | 1 | 3.6 | 62 | | 15.5 | 24 | 87 | 19.0 | 80 | 113 | 15.5 | 4 | 3.0 |
| VERTIGO+ | 0 | 0 | — | 1 | | 0.3 | 0 | 0 | 0.0 | 1 | 1 | 0.2 | 0 | 0 |
| HYPERKINESIA | 0 | 0 | — | 4 | | 0.5 | 0 | 0 | — | 5 | 5 | 0.7 | 0 | 0 |
| DYSARTHRIA | 0 | 0 | — | 0 | | — | 1 | 1 | 0.8 | 3 | 5 | 0.3 | 0 | 0 |
| AMNESIA | 0 | 0 | — | 1 | | 0.5 | 0 | 0 | — | 1 | 1 | 0.2 | 0 | 0 |
| PARESTHESIA | 0 | 0 | — | 5 | | 1.3 | 1 | 1 | 0.8 | 6 | 6 | 0.9 | 0 | 0 |
| FACIAL PARALYSIS | 0 | 0 | — | 0 | | — | 0 | 0 | — | 0 | 0 | — | 0 | 0 |
| FEELING OF ACUTE SENSES | 0 | 0 | — | 0 | | — | 0 | 0 | — | 0 | 0 | — | 0 | 0 |
| PSYCHOBIOLOGIC FUNCTION | 0 | 0 | — | 28 | | 7.0 | 14 | 36 | 11.1 | 42 | 56 | 8.4 | 6 | 6.6 |
| APATHY+ | 0 | 0 | — | 0 | | — | 1 | 1 | 0.8 | 2 | 2 | 0.3 | 0 | 0.9 |
| DEPRESSION | 0 | 0 | — | 3 | | 0.8 | 2 | 2 | 1.6 | 4 | 4 | 0.8 | 1 | 0.9 |
| NERVOUSNESS | 0 | 0 | — | 3 | | 0.8 | 1 | 3 | 0.8 | 4 | 4 | 0.9 | 2 | 1.9 |

DEFINITE, PROBABLE, UNKNOWN OR AT LEAST POSSIBLE DRUG ATTRIBUTABILITY
(+) ADVERSE EVENTS WITH AT LEAST 2 % OCCURRENCE IN ONE TREATMENT GROUP

(CONTINUED)

308

00299

RR-REG 720-02957
Gabapentin
Capsules

APPENDIX B.4
(PAGE 7 OF 9)
COMBINED CLINICAL SAFETY DATABASE. SUMMARY OF ADVERSE EVENTS
CLINICAL PHARMACOLOGY STUDIES BY MEDICATION

10:06 THURSDAY, SEPTEMBER 19, 1991

DISTRIBUTION OF ASSOCIATED ADVERSE EVENTS (COSTART PREFERRED TERM)
(% PATIENTS OF TREATMENT GROUP)

| | OTHER DRUGS TOTAL REPORTS |
|---|---|
| DEPRESSION | 1 |
| NERVOUSNESS | 3 |
| THINKING ABNORMAL* | 4 |
| HALLUCINATION | 0 |
| EMOTIONAL LABILITY | 0 |
| DEPERSONALIZATION | 0 |
| EUPHORIA | 0 |
| FEELING HIGH | 0 |
| DOPED UP SENSATION | 0 |
| PSYCHOSIS | 0 |
| RESPIRATORY SYSTEM | |
| RHINITIS | 0 |
| SINUSITIS | 0 |
| NASAL MUCOSA DISORDER | 0 |
| PNEUMONIA | 0 |
| DYSPNEA | 0 |
| SKIN AND APPENDAGES | |
| PRURITUS | 1 |
| RASH | 0 |
| RASH - PUSTULAR | 0 |
| RASH - ERYTHEMATOUS | 0 |
| SKIN DRY | 0 |
| SKIN DISORDER | 0 |
| UROGENITAL SYSTEM | 14 |

(CONTINUED)

DEFINITE, PROBABLE, UNKNOWN OR AT LEAST POSSIBLE DRUG ATTRIBUTABILITY
(**) ADVERSE EVENTS WITH AT LEAST 2 % OCCURRENCE IN ONE TREATMENT GROUP

026

325

00316

RR-REG 720-02957
Gabapentin
Capsules

APPENDIX B.5
(PAGE 15 OF 20)
COMBINED CLINICAL SAFETY DATABASE - SUMMARY OF ADVERSE EVENTS
PLACEBO CONTROLLED STUDIES BY PARTICULAR DOSAGES OF GABAPENTIN

DISTRIBUTION OF ADVERSE EVENTS (COSTART PREFERRED TERM)
(% PATIENTS OF TREATMENT GROUP)

10:37 THURSDAY, SEPTEMBER 19, 1991

| | GBP 1800 MG. | | | GABAPENTIN | | |
|---|---|---|---|---|---|---|
| | NO. OF PAT. | % | TOTAL REPORTS | NO. OF PAT. | % | TOTAL REPORTS |
| REFLEXES, DECR/ABSENT | 0 | 0 | 0 | 1 | 0.0 | 1 |
| BABINSKI SIGN POSITIVE* | 0 | 1.9 | 1 | 2 | 0.4 | 2 |
| INCREASED REFLEX | 1 | 1.9 | 1 | 3 | 0.6 | 3 |
| HYPOKINESIA | 0 | 0 | 0 | 1 | 0.2 | 1 |
| PSYCHOBIOLOGIC FUNCTION | 7 | 13.0 | 10 | 36 | 7.4 | 49 |
| ANXIETY | 0 | 0 | 0 | 3 | 0.6 | 3 |
| APATHY | 0 | 0 | 0 | 1 | 0.2 | 1 |
| DEPRESSION* | 3 | 5.6 | 3 | 8 | 1.6 | 10 |
| NERVOUSNESS* | 2 | 3.7 | 2 | 11 | 2.3 | 11 |
| THINKING ABNORMAL* | 1 | 1.9 | 1 | 9 | 1.9 | 9 |
| HALLUCINATION | 0 | 0 | 0 | 1 | 0.2 | 1 |
| EMOTIONAL LABILITY | 2 | 1.9 | 2 | 2 | 0.4 | 3 |
| PERSONALITY DISORDER | 0 | 0 | 0 | 0 | 0 | 0 |
| DECREASE/LOSS, LIBIDO | 0 | 0 | 0 | 0 | 0 | 0 |
| INCREASED LIBIDO | 0 | 0 | 0 | 0 | 0 | 0 |
| AGITATION | 0 | 0 | 0 | 3 | 0.6 | 3 |
| PARANOIA | 0 | 0 | 0 | 0 | 0 | 0 |
| MANIA | 0 | 0 | 0 | 0 | 0 | 0 |
| EUPHORIA | 1 | 1.9 | 1 | 4 | 0.8 | 4 |
| FEELING HIGH | 1 | 1.9 | 1 | 1 | 0.2 | 1 |
| DOPED UP SENSATION | 1 | 1.9 | 1 | 3 | 0.6 | 3 |
| HOSTILITY | 0 | 0 | 0 | 0 | 0 | 0 |
| PSYCHOSIS | 0 | 0 | 0 | 0 | 0 | 0 |
| FRUSTRATION | 0 | 0 | 0 | 0 | 0 | 0 |
| RESPIRATORY SYSTEM | 12 | 22.0 | 16 | 52 | 10.7 | 70 |
| EPISTAXIS | 0 | 0 | 0 | 1 | 0.2 | 1 |

(CONTINUED)

(**) ADVERSE EVENTS WITH AT LEAST 2% OCCURRENCE IN ONE TREATMENT GROUP

334

RR-REG 720-02957
Gabapentin
Capsules

00325

APPENDIX B.6.

Summary of Associated Adverse Events in Patients With Partial Seizures Treated With Gabapentin or Placebo During Controlled Clinical Studies, by Body System and Double-Blind Treatment Group
[Number (%) of Patients]
(Page 4 of 8)

| BODY SYSTEM Adverse Event[b] | Placebo N = 307 | Gabapentin (mg/day)[a] | | | | Total[c] N = 485 |
| --- | --- | --- | --- | --- | --- | --- |
| | | 600 N = 53 | 900 N = 147 | 1200 N = 231 | 1800 N = 54 | |
| **NERVOUS SYSTEM (continued)** | | | | | | |
| Syncope | 0 (0.0) | 0 (0.0) | 0 (0.0) | 2 (0.9) | 0 (0.0) | 2 (0.4) |
| Reflexes, Decreased/Absent | 2 (0.7) | 1 (1.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.2) |
| Hyperkinesia | 0 (0.0) | 1 (1.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.2) |
| Hypesthesia | 0 (0.0) | 1 (1.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.2) |
| Speech Disorder | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.4) | 0 (0.0) | 1 (0.2) |
| More Talkative | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.4) | 0 (0.0) | 1 (0.2) |
| Apraxia | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.4) | 0 (0.0) | 1 (0.2) |
| Hypokinesia | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.4) | 0 (0.0) | 1 (0.2) |
| Abnormal Reflex, Localized | 0 (0.0) | 1 (1.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.2) |
| Babinski Sign Positive | 0 (0.0) | 1 (1.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.2) |
| Abnormal Reflex | 0 (0.0) | 1 (1.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.2) |
| Encephalopathy | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.4) | 0 (0.0) | 1 (0.2) |
| Cranial Nerve Disorder | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (1.9) | 1 (0.2) |
| Hypotonia | 1 (0.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| **PSYCHOBIOLOGIC FUNCTION** | | | | | | |
| Nervousness | 18[d] (5.9) | 6[d] (11.3) | 7[d] (4.8) | 11[d] (4.8) | 6[d] (11.1) | 30[d] (6.2) |
| Thinking Abnormal | 4 (1.3) | 3 (5.7) | 2 (1.4) | 3 (1.3) | 2 (3.7) | 10 (2.1) |
| Depression | 4 (1.3) | 1 (1.9) | 2 (1.4) | 5 (2.2) | 1 (1.9) | 9 (1.9) |
| Feeling High | 1 (0.3) | 0 (0.0) | 1 (0.7) | 2 (0.9) | 1 (1.9) | 4 (0.8) |
| Agitation | 0 (0.0) | 1 (1.9) | 1 (0.7) | 1 (0.4) | 0 (0.0) | 3 (0.6) |

[a] Dosages of 600 and 1800 mg/day were used only in US studies, 900 mg/day was used only in non-US studies, and 1200 mg/day was used in both US and non-US studies.
[b] COSTART preferred term
[c] Incidence of associated adverse event, regardless of gabapentin
[d] The number of patients with adverse events related to this body system is fewer than the combined number of patients with adverse events, since one or more patients had more than one type of adverse event within this body system.

342

00333

RR-REG 720-02957
Gabapentin
Capsules

10 37 THURSDAY, SEPTEMBER 19, 1991

APPENDIX B.7
(PAGE 4 OF 14)
COMBINED CLINICAL SAFETY DATABASE SUMMARY OF ADVERSE EVENTS
PLACEBO CONTROLLED STUDIES BY PARTICULAR DOSAGES OF GABAPENTIN

DISTRIBUTION OF ASSOCIATED ADVERSE EVENTS (COSTART PREFERRED TERM)
(% PATIENTS OF TREATMENT GROUP)

| | PLACEBO | | | GBP 600 MG | | | GBP 900 MG | | | GBP 1200 MG | | | GBP 1800 MG | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NO OF PAT | % | TOTAL REPORTS | NO OF PAT | % | TOTAL REPORTS | NO OF PAT | % | TOTAL REPORTS | NO OF PAT | % | TOTAL REPORTS | NO OF PAT | % |
| INCREASED REFLEX | | | | | | | | | | | | | | |
| HYPOKINESIA | | | | | | | | | | | | | | |
| PSYCHOBIOLOGIC FUNCTION | | | | | | | | | | | | | | |
| ANXIETY | | | | | | | | | | | | | | |
| APATHY | | | | | | | | | | | | | | |
| DEPRESSION | | | | | | | | | | | | | | |
| NERVOUSNESS* | | | | | | | | | | | | | | |
| THINKING ABNORMAL* | | | | | | | | | | | | | | |
| HALLUCINATION | | | | | | | | | | | | | | |
| EMOTIONAL LABILITY | | | | | | | | | | | | | | |
| PERSONALITY DISORDER | | | | | | | | | | | | | | |
| DECREASE/LOSS.LIBIDO | | | | | | | | | | | | | | |
| AGITATION | | | | | | | | | | | | | | |
| PARANOIA | | | | | | | | | | | | | | |
| MANIA | | | | | | | | | | | | | | |
| EUPHORIA | | | | | | | | | | | | | | |
| FEELING HIGH | | | | | | | | | | | | | | |
| DOPED UP SENSATION | | | | | | | | | | | | | | |
| HOSTILITY | | | | | | | | | | | | | | |
| PSYCHOSIS | | | | | | | | | | | | | | |
| FRUSTRATION | | | | | | | | | | | | | | |
| RESPIRATORY SYSTEM | | | | | | | | | | | | | | |
| PHARYNGITIS | | | | | | | | | | | | | | |
| COUGHING | | | | | | | | | | | | | | |
| DYSPNEA | | | | | | | | | | | | | | |

(CONTINUED)

DEFINITE, PROBABLE, UNKNOWN OR AT LEAST POSSIBLE DRUG ATTRIBUTABILITY
(*) ADVERSE EVENTS WITH AT LEAST 2 % OCCURRENCE IN ONE TREATMENT GROUP

029

380

RR—REG 720-02957
Gabapentin
Capsules

00371

APPENDIX B.9
(PAGE 16 OF 31)
COMBINED CLINICAL SAFETY DATABASE: SUMMARY OF ADVERSE EVENTS
PLACEBO CONTROLLED STUDIES BY PARTICULAR DOSAGES OF GABAPENTIN
DISTRIBUTION OF ADVERSE EVENTS (COSTART PREFERRED TERM) BY MAXIMUM INTENSITY
(% PATIENTS OF TREATMENT GROUP)

9-17 FRIDAY, SEPTEMBER 20, 1991

| PSYCHOBIOLOGIC FUNCTION | MAXIMUM INTENSITY | PLACEBO | | GBP 600 MG | | GBP 900 MG | | GBP 1200 MG | | GBP 1800 MG | | GABAPENTIN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| APATHY | MOD | 1 | 0.3 | | | | | | | | | 0 | 0 |
| DEPRESSION | MILD | 2 | 0.7 | | | 1 | 0.7 | | | 1 | 1.9 | 2 | 0.4 |
| | MOD | 1 | 0.3 | | | 1 | 0.7 | 1 | .3 | 2 | 3.7 | 6 | 1.2 |
| NERVOUSNESS | MILD | 2 | 0.7 | 2 | 3.8 | 1 | 0.7 | 1 | 0.4 | 1 | 1.9 | 5 | 1.0 |
| | MOD | 3 | 1.0 | | | 2 | 1.4 | 1 | 0.4 | | | 5 | 1.0 |
| | SEV | | | | | | | | | | | 1 | 0.2 |
| THINKING ABNORMAL | MILD | 2 | 0.7 | | | 2 | 1.4 | 4 | 1.7 | 1 | 1.9 | 6 | 1.2 |
| | MOD | | | | | | | 1 | 0.4 | | | 2 | 0.4 |
| | SEV | 1 | 0.3 | | | | | | | | | | |
| HALLUCINATION | MOD | 0 | 0 | | | | | | | | | 0 | 0 |
| | SEV | | | 1 | 1.9 | 1 | 0.7 | | | | | 1 | 0.2 |
| EMOTIONAL LABILITY | MILD | | | | | | | | | | | | |
| | MOD | 1 | 0.3 | | | | | | | 1 | 1.9 | 1 | 0.2 |

(CONTINUED)

030

6

RR-REG 720-02957
Gabapentin
Capsules

00392

APPENDIX B.10.

Summary of All and Associated Adverse Events Occurring During
Uncontrolled Studies, by Body System
[Number (%) of Patients]
(Page 6 of 11)

| BODY SYSTEM/ | Gabapentin | | | |
|---|---|---|---|---|
| Adverse Event[a] (AE) | All AEs N = 1078 | | Associated AEs N = 1078 | |
| NERVOUS SYSTEM (continued) | | | | |
| Abnormal Reflex, Localized | 1 | (0.1) | 0 | (0.0) |
| Meningism | 1 | (0.1) | 0 | (0.0) |
| Dystonia | 1 | (0.1) | 0 | (0.0) |
| PSYCHOBIOLOGIC FUNCTION | 172[b] | (16.0) | 95[b] | (8.8) |
| Nervousness | 50 | (4.6) | 30 | (2.8) |
| Depression | 45 | (4.2) | 19 | (1.8) |
| Thinking Abnormal | 27 | (2.5) | 17 | (1.6) |
| Emotional Lability | 19 | (1.8) | 10 | (0.9) |
| Anxiety | 18 | (1.7) | 5 | (0.5) |
| Hostility | 11 | (1.0) | 6 | (0.6) |
| Agitation | 9 | (0.8) | 5 | (0.5) |
| Apathy | 8 | (0.7) | 5 | (0.5) |
| Psychosis | 5 | (0.5) | 1 | (0.1) |
| Decrease/Loss, Libido | 4 | (0.4) | 4 | (0.4) |
| Feeling High | 4 | (0.4) | 3 | (0.3) |
| Hallucination | 4 | (0.4) | 1 | (0.1) |
| Suicidal | 3 | (0.3) | 1 | (0.1) |
| Euphoria | 2 | (0.2) | 2 | (0.2) |
| Subdued Temperament | 2 | (0.2) | 1 | (0.1) |
| Increased Libido | 1 | (0.1) | 1 | (0.1) |
| Doped-Up Sensation | 1 | (0.1) | 1 | (0.1) |
| Depersonalization | 1 | (0.1) | 1 | (0.1) |
| Paranoia | 1 | (0.1) | 0 | (0.0) |
| Psychiatric Disorder | 1 | (0.1) | 0 | (0.0) |
| Neurosis | 1 | (0.1) | 0 | (0.0) |
| Libido Disorder | 1 | (0.1) | 0 | (0.0) |
| RESPIRATORY SYSTEM | 214[b] | (19.9) | 7[b] | (0.6) |
| Rhinitis | 88 | (8.2) | 1 | (0.1) |
| Pharyngitis | 65 | (6.0) | 1 | (0.1) |
| Upper Respiratory Infection | 43 | (4.0) | 0 | (0.0) |
| Coughing | 40 | (3.7) | 0 | (0.0) |
| Bronchitis | 16 | (1.5) | 1 | (0.1) |
| Pneumonia | 13 | (1.2) | 2 | (0.2) |
| Sinusitis | 13 | (1.2) | 0 | (0.0) |
| Dyspnea | 9 | (0.8) | 1 | (0.1) |
| Asthma | 9 | (0.8) | 0 | (0.0) |
| Epistaxis | 6 | (0.6) | 1 | (0.1) |

[a] COSTART preferred term
[b] The number of patients with adverse events related to this body system is fewer than
the combined number of patients with adverse events, since one or more patients had
more than one type of adverse event within this body system.

U:\NDA\CI-945\GABAISS.APP

031

00405

RR-REG 720-02957
Gabapentin
Capsules

APPENDIX B.11
(PAGE 8 OF 16)
COMBINED CLINICAL SAFETY DATABASE: SUMMARY OF ADVERSE EVENTS
UNCONTROLLED CLINICAL STUDIES OF GBP IN PATIENTS WITH EPILEPSY

DISTRIBUTION OF ADVERSE EVENTS (COSTART PREFERRED TERM)
(% PATIENTS OF TREATMENT GROUP)

9:51 FRIDAY, SEPTEMBER 20, 1991

| | GABAPENTIN | | |
|---|---|---|---|
| | NO. OF PAT. | % | TOTAL REPORTS |
| NEUROPATHY | 1 | 0.1 | 1 |
| NERVE PALSY | 1 | 0.1 | 1 |
| CEREBELLAR DYSFUNCTION | 11 | 1.0 | 13 |
| REFLEXES, DECR/ABSENT | 4 | 0.4 | 5 |
| BABINSKI SIGN POSITIVE | 1 | 0.1 | 1 |
| NERVE SURGERY | 9 | 0.8 | 9 |
| INCREASED REFLEX | 1 | 0.1 | 1 |
| HYPOKINESIA | 2 | 0.2 | 2 |
| DECR POSITION SENSE | 172 | 16.0 | 239 |
| PSYCHOBIOLOGIC FUNCTION | 18 | 1.7 | 19 |
| ANXIETY | 8 | 0.7 | 8 |
| APATHY | 45 | 4.2 | 47 |
| DEPRESSION* | 50 | 4.6 | 59 |
| NERVOUSNESS* | 27 | 2.5 | 27 |
| THINKING ABNORMAL* | 4 | 0.4 | 4 |
| HALLUCINATION | 19 | 1.8 | 23 |
| EMOTIONAL LABILITY | 4 | 0.4 | 4 |
| DECREASE/LOSS.LIBIDO | 9 | 0.8 | 9 |
| INCREASED LIBIDO | 1 | 0.1 | 1 |
| AGITATION | 1 | 0.1 | 1 |
| PARANOIA | 2 | 0.2 | 2 |
| DEPERSONALIZATION | 1 | 0.1 | 1 |
| EUPHORIA | 2 | 0.2 | 2 |
| PSYCHIATRIC DISORDER | 4 | 0.4 | 5 |
| FEELING HIGH | | | |
| DOPED UP SENSATION | | | |

(CONTINUED)

(**) ADVERSE EVENTS WITH AT LEAST 2% OCCURRENCE IN ONE TREATMENT GROUP

032

RR-REG 720-02957
Gabapentin
Capsules

00473

9:55 FRIDAY, SEPTEMBER 20, 1991

APPENDIX B.15
(PAGE 6 OF 20)
SUMMARY OF ADVERSE EVENTS
ALL CLINICAL STUDIES IN PATIENTS WITH EPILEPSY BY WEIGHTED MEAN DOSE

DISTRIBUTION OF ASSOCIATED ADVERSE EVENTS (COSTART PREFERRED TERM)
(% PATIENTS OF TREATMENT GROUP)

| | <300 | | | | >300-600 | | | | >600-900 | | | | >900-1200 | | | | >1200-1800 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NO. OF PAT. | % | TOTAL REPORTS | % | NO. OF PAT. | % | TOTAL REPORTS | % | NO. OF PAT. | % | TOTAL REPORTS | % | NO. OF PAT. | % | TOTAL REPORTS | % | NO. OF PAT. | % | TOTAL REPORTS | % |
| INCREASED LIBIDO | | | | | | | | | | | | | | | | | | | | |
| AGITATION* | | | | | | | | | | | | | | | | | | | | |
| MANIA | | | | | | | | | | | | | | | | | | | | |
| DEPERSONALIZATION | | | | | | | | | | | | | | | | | | | | |
| EUPHORIA | | | | | | | | | | | | | | | | | | | | |
| FEELING HIGH | | | | | | | | | | | | | | | | | | | | |
| DOPED UP SENSATION | | | | | | | | | | | | | | | | | | | | |
| SUICIDAL | | | | | | | | | | | | | | | | | | | | |
| HOSTILITY | | | | | | | | | | | | | | | | | | | | |
| PSYCHOSIS | | | | | | | | | | | | | | | | | | | | |
| SUBDUED TEMPERAMENT | | | | | | | | | | | | | | | | | | | | |
| RESPIRATORY SYSTEM | | | | | | | | | | | | | | | | | | | | |
| EPISTAXIS | | | | | | | | | | | | | | | | | | | | |
| PHARYNGITIS | | | | | | | | | | | | | | | | | | | | |
| RHINITIS | | | | | | | | | | | | | | | | | | | | |
| BRONCHITIS | | | | | | | | | | | | | | | | | | | | |
| COUGHING | | | | | | | | | | | | | | | | | | | | |
| PLEURAL DISORDER | | | | | | | | | | | | | | | | | | | | |
| PNEUMONIA | | | | | | | | | | | | | | | | | | | | |
| DYSPNEA | | | | | | | | | | | | | | | | | | | | |
| HYPERVENTILATION | | | | | | | | | | | | | | | | | | | | |
| HICCUP | | | | | | | | | | | | | | | | | | | | |
| SKIN AND APPENDAGES | | | | | | | | | | | | | | | | | | | | |
| ACNE | | | | | | | | | | | | | | | | | | | | |
| ALOPECIA | | | | | | | | | | | | | | | | | | | | |

DEFINITE, PROBABLE, UNKNOWN OR AT LEAST POSSIBLE DRUG ATTRIBUTABILITY
(*) ADVERSE EVENTS WITH AT LEAST 2 % OCCURRENCE IN ONE TREATMENT GROUP

(CONTINUED)

033

RR-REG 720-02957
Gabapentin
Capsules

00494

APPENDIX B.16.

Time to Onset, Duration, and Distributions of Adverse Events in
Patients Treated With Gabapentin During All Epilepsy Studies
(Page 7 of 13)

| BODY SYSTEM/ Adverse Event[a] (AE) | Time[b] to AE Onset (Median) | Duration (Median) | All Epilepsy Studies | | Cumulative Percent[c] | |
|---|---|---|---|---|---|---|
| | | | N | % of Patients | Day 365 | Day 730 |
| NERVOUS SYSTEM (continued) | | | | | | |
| Nerve Palsy | 111 | 29 | 1 | 0.1 | 0.1 | 0.1 |
| Hypokinesia | 21 | 40 | 1 | 0.1 | 0.1 | 0.1 |
| PSYCHOBIOLOGIC FUNCTION | 60 | 34 | 199[d] | 17.2 | 19.6 | 25.5 |
| Nervousness | 65 | 35 | 60 | 5.2 | 6.0 | 7.8 |
| Depression | 98 | 73 | 51 | 4.4 | 5.6 | 7.5 |
| Thinking Abnormal | 39 | 31 | 36 | 3.1 | 3.4 | 4.8 |
| Emotional Lability | 31 | 23 | 21 | 1.8 | 2.4 | 2.7 |
| Anxiety | 74 | 12 | 21 | 1.8 | 2.0 | 3.2 |
| Agitation | 66 | 11 | 12 | 1.0 | 1.5 | 1.5 |
| Hostility | 30 | 30 | 11 | 0.9 | 1.2 | 1.2 |
| Apathy | 91 | 71 | 9 | 0.8 | 0.7 | 1.1 |
| Feeling High | 2 | 19 | 7 | 0.6 | 0.5 | 0.8 |
| Psychosis | 131 | 11 | 5 | 0.4 | 0.3 | 0.8 |
| Hallucination | 8 | 4 | 5 | 0.4 | 0.5 | 0.5 |
| Decrease/Loss, Libido | 76 | 149 | 4 | 0.3 | 0.3 | 0.8 |
| Suicidal | 70 | 36 | 3 | 0.3 | 0.3 | 0.3 |
| Euphoria | 3 | 20 | 3 | 0.3 | 0.3 | 0.3 |
| Increased Libido | 1 | 93 | 2 | 0.2 | 0.2 | 0.2 |
| Subdued Temperament | 311 | 45 | 2 | 0.2 | 0.2 | 0.5 |
| Doped-Up Sensation | 12 | 31 | 2 | 0.2 | 0.2 | 0.2 |
| Paranoia | 5 | 11 | 1 | 0.1 | 0.1 | 0.1 |
| Neurosis | 272 | 4 | 1 | 0.1 | 0.2 | 0.2 |
| Depersonalization | 15 | 7 | 1 | 0.1 | 0.1 | 0.1 |
| Libido Disorder | 142 | 28 | 1 | 0.1 | 0.1 | 0.1 |
| Mania | 2 | 21 | 1 | 0.1 | 0.1 | 0.1 |
| Psychiatric Disorder | 584 | 26 | 1 | 0.1 | 0.0 | 0.5 |
| RESPIRATORY SYSTEM | 81 | 10 | 246[d] | 21.2 | 26.4 | 34.8 |
| Rhinitis | 80 | 10 | 101 | 8.7 | 11.3 | 14.8 |
| Pharyngitis | 109 | 11 | 76 | 6.6 | 8.4 | 11.5 |
| Coughing | 71 | 13 | 48 | 4.1 | 4.7 | 6.9 |
| Upper Respiratory Infection | 132 | 11 | 48 | 4.1 | 5.4 | 8.0 |
| Bronchitis | 83 | 11 | 20 | 1.7 | 1.9 | 3.3 |
| Sinusitis | 91 | 15 | 18 | 1.6 | 1.5 | 3.0 |
| Pneumonia | 272 | 12 | 13 | 1.1 | 1.8 | 2.5 |

[a]  COSTART preferred term
[b]  In days
[c]  Kaplan-Meier estimate
[d]  Total number of patients with adverse events related to this body system is fewer than
     the combined number of patients with adverse events, since one or more patients had more
     than one type of adverse event within this body system.

RR-REG 720-02957          00530
Gabapentin
Capsules

10:53 FRIDAY, SEPTEMBER 20, 1991

APPENDIX B.17
(PAGE 30 OF 60)
SUMMARY OF ADVERSE EVENTS
ALL CLINICAL STUDIES IN PATIENTS WITH EPILEPSY BY WEIGHTED MEAN DOSE
DISTRIBUTION OF ADVERSE EVENTS (COSTART PREFERRED TERM) BY MAXIMUM INTENSITY
(% PATIENTS OF TREATMENT GROUP)

| NERVOUS SYSTEM | | MAXIMUM INTENSITY | <=300 N | <=300 % | >300-600 N | >300-600 % | >600-900 N | >600-900 % | >900-1200 N | >900-1200 % | >1200-1800 N | >1200-1800 % | >1800-2400 N | >1800-2400 % | TOTAL GBP N | TOTAL GBP % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NERVE SURGERY | MILD | 0 | | 0 | | 0 | | 1 | 0.3 | 0 | | 0 | | 1 | 0.1 |
| | INCREASED REFLEX | MILD | 0 | | 0 | | 0 | | 2 | 0.5 | 0 | | 7 | 2.7 | 9 | 0.8 |
| | | MOD | 0 | | 0 | | 0 | | 0 | | 2 | 0.6 | 0 | | 2 | 0.2 |
| | HYPOKINESIA | MOD | 0 | | 0 | | 0 | | 0 | | 0 | | 1 | 0.4 | 1 | 0.1 |
| | DECR POSITION SENSE | MILD | 0 | | 0 | | 1 | 0.7 | 0 | | 0 | | 1 | 0.4 | 2 | 0.2 |
| PSYCHOBIOLOGIC FUNCTION | ANXIETY | MILD | 0 | | 0 | | 1 | 0.7 | 2 | 0.5 | 2 | 0.6 | 1 | 0.4 | 6 | 0.5 |
| | | MOD | 0 | | 2 | 3.1 | 0 | | 3 | 0.8 | 2 | 0.6 | 3 | 1.1 | 10 | 0.9 |
| | | SEV | 0 | | 2 | 3.1 | 0 | | 2 | 0.5 | 1 | 0.3 | 0 | | 5 | 0.4 |
| | APATHY | MILD | 0 | | 0 | | 0 | | 1 | 0.3 | 1 | 0.3 | 1 | 0.4 | 3 | 0.3 |
| | | MOD | 0 | | 0 | | 1 | 0.7 | 1 | 0.3 | 1 | 0.3 | 0 | | 3 | 0.3 |
| | | SEV | 0 | | 0 | | 1 | 0.7 | 1 | 0.8 | 0 | | 0 | | 5 | 0.4 |
| | DEPRESSION | MILD | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 3 | 0.3 |
| | | TOTAL | 0 | | 0 | | 4 | 2.7 | 4 | 1.1 | 10 | 3.2 | 6 | 2.3 | 24 | 2.1 |

(CONTINUED)

035

184

RR-REG 720-02957
Gabapentin
Capsules

00570

APPENDIX B.26.

Incidences of Adverse Events by Number of Concurrent AEDs for All
Epilepsy Studies
[Number (%) of Patients]

(Page 1 of 2)

| Adverse Event[a] | <2 AEDs N = 237 | | 2 AEDs N = 550 | | >2 AEDs N = 373 | |
|---|---|---|---|---|---|---|
| Somnolence | 62 | (26.2) | 127 | (23.1) | 94 | (25.2) |
| Dizziness | 43 | (18.1) | 110 | (20.0) | 82 | (22.0) |
| Ataxia | 31 | (13.1) | 87 | (15.8) | 84 | (22.5) |
| Nystagmus | 25 | (10.5) | 72 | (13.1) | 79 | (21.2) |
| Headache | 34 | (14.3) | 77 | (14.0) | 63 | (16.9) |
| Fatigue | 39 | (16.5) | 67 | (12.2) | 65 | (17.4) |
| Diplopia | 18 | (7.6) | 60 | (10.9) | 46 | (12.3) |
| Tremor | 15 | (6.3) | 51 | (9.3) | 52 | (13.9) |
| Nausea and/or Vomiting | 24 | (10.1) | 47 | (8.5) | 37 | (9.9) |
| Rhinitis | 15 | (6.3) | 47 | (8.5) | 39 | (10.5) |
| Amblyopia | 9 | (3.8) | 39 | (7.1) | 29 | (7.8) |
| Pharyngitis | 17 | (7.2) | 34 | (6.2) | 25 | (6.7) |
| Convulsions | 10 | (4.2) | 30 | (5.5) | 34 | (9.1) |
| Viral Infection | 12 | (5.1) | 28 | (5.1) | 23 | (6.2) |
| Weight Increase | 7 | (3.0) | 34 | (6.2) | 21 | (5.6) |
| Nervousness | 9 | (3.8) | 31 | (5.6) | 20 | (5.4) |
| Myalgia | 9 | (3.8) | 23 | (4.2) | 28 | (7.5) |
| Depression | 12 | (5.1) | 20 | (3.6) | 19 | (5.1) |
| Amnesia | 15 | (6.3) | 17 | (3.1) | 19 | (5.1) |
| Abdominal Pain | 6 | (2.5) | 24 | (4.4) | 20 | (5.4) |
| Coughing | 8 | (3.4) | 22 | (4.0) | 18 | (4.8) |
| Upper Respiratory Infection | 9 | (3.8) | 18 | (3.3) | 21 | (5.6) |
| Diarrhea | 8 | (3.4) | 20 | (3.6) | 19 | (5.1) |
| Peripheral Edema | 8 | (3.4) | 12 | (2.2) | 22 | (5.9) |
| Dysarthria | 5 | (2.1) | 19 | (3.5) | 17 | (4.6) |

[a] Twenty-five most frequently reported adverse events during all
epilepsy studies

U:\NDA\CI-945\CLC226AA.APP
09/25/91 - 14:23

036

RR-REG 720-02957
Gabapentin
Capsules

00621

APPENDIX B.35.  Subset Presentation of 25 Most Frequent Adverse Events

All Epilepsy Studies:  Adverse Events for Men vs Women
[Number (%) of Patients]

| Adverse Event (AE)[a] | Gabapentin[b] | |
| | Men N = 650 | Women N = 510 |
|---|---|---|
| Total Number (%) of Patients With ≥1 AE | 534  (82.2) | 410 (80.4) |
| Top 25 AEs | | |
| Somnolence | 149 (22.9) | 134 (26.3) |
| Dizziness | 115 (17.7) | 120 (23.5) |
| Ataxia | 116 (17.8) | 86 (19.9) |
| Nystagmus | 126 (19.4) | 50  (9.8) |
| Headache | 88 (13.5) | 86 (16.9) |
| Fatigue | 92 (14.2) | 79 (15.5) |
| Diplopia | 70 (10.8) | 54 (10.6) |
| Tremor | 73 (11.2) | 45  (8.8) |
| Nausea and/or Vomiting | 54  (8.3) | 54 (10.6) |
| Rhinitis | 64  (9.8) | 37  (7.3) |
| Amblyopia | 49  (7.5) | 28  (5.5) |
| Pharyngitis | 51  (7.8) | 25  (4.9) |
| Convulsions | 46  (7.1) | 28  (5.5) |
| Viral Infection | 37  (5.7) | 26  (5.1) |
| Weight Increase | 28  (4.3) | 34  (6.7) |
| Nervousness | 37  (5.7) | 23  (4.5) |
| Myalgia | 31  (4.8) | 29  (5.7) |
| Depression | 26  (4.0) | 25  (4.9) |
| Amnesia | 29  (4.5) | 22  (4.3) |
| Abdominal Pain | 25  (3.8) | 25  (4.9) |
| Coughing | 29  (4.5) | 19  (3.7) |
| Upper Respiratory Infection | 30  (4.6) | 18  (3.5) |
| Diarrhea | 24   3.7) | 23  (4.5) |
| Peripheral Edema | 17  (2.6) | 25  (4.9) |
| Dysarthria | 24  (3.7) | 17  (3.3) |

[a] COSTART preferred term
[b] Incidence of adverse event, regardless of gabapentin dosage

00624

RR-REG 720-02957
Gabapentin
Capsules

APPENDIX B.35.  Subset Presentation of 25 Most Frequent Adverse Events

All Epilepsy Studies:  Adverse Events by Age of Patients
[Number (%) of Patients]

| Adverse Event[a] (AE) | Gabapentin[b] | | | |
| | <26 yr N = 348 | 26 - 45 yr N = 660 | 46 - 65 yr N = 142 | >65 yr N = 10 |
|---|---|---|---|---|
| Total Number (%) of Patients With ≥1 AE | 268 (77.0) | 548 (83.0) | 120 (84.5) | 8 (80.0) |
| Top 25 AEs | | | | |
| Somnolence | 75 (21.6) | 166 (25.2) | 38 (26.8) | 4 (40.0) |
| Dizziness | 54 (15.5) | 149 (22.6) | 31 (21.8) | 1 (10.0) |
| Ataxia | 42 (12.1) | 128 (19.4) | 30 (21.1) | 2 (20.0) |
| Nystagmus | 42 (12.1) | 112 (17.0) | 21 (14.8) | 1 (10.0) |
| Headache | 40 (11.5) | 121 (18.3) | 13 (9.2) | 0 (0.0) |
| Fatigue | 33 (9.5) | 115 (17.4) | 22 (15.5) | 1 (10.0) |
| Diplopia | 29 (8.3) | 79 (12.0) | 13 (9.2) | 3 (30.0) |
| Tremor | 27 (7.8) | 78 (11.8) | 12 (8.5) | 1 (10.0) |
| Nausea and/or Vomiting | 32 (9.2) | 64 (9.7) | 12 (8.5) | 0 (0.0) |
| Rhinitis | 27 (7.8) | 62 (9.4) | 11 (7.7) | 1 (10.0) |
| Amblyopia | 11 (3.2) | 50 (7.6) | 15 (10.6) | 1 (10.0) |
| Pharyngitis | 26 (7.5) | 41 (6.2) | 9 (6.3) | 0 (0.0) |
| Convulsions | 34 (9.8) | 34 (5.2) | 5 (3.5) | 1 (10.0) |
| Viral Infection | 15 (4.3) | 43 (6.5) | 5 (3.5) | 0 (0.0) |
| Weight Increase | 19 (5.5) | 35 (5.3) | 7 (4.9) | 1 (10.0) |
| Nervousness | 18 (5.2) | 34 (5.2) | 8 (5.6) | 0 (0.0) |
| Myalgia | 5 (1.4) | 41 (6.2) | 14 (9.9) | 0 (0.0) |
| Depression | 7 (2.0) | 37 (5.6) | 7 (4.9) | 0 (0.0) |
| Amnesia | 14 (4.0) | 32 (4.8) | 4 (2.8) | 1 (10.0) |
| Abdominal Pain | 16 (4.6) | 31 (4.7) | 3 (2.1) | 0 (0.0) |
| Coughing | 12 (3.4) | 30 (4.5) | 6 (4.2) | 0 (0.0) |
| Upper Respiratory Infection | 12 (3.4) | 31 (4.7) | 5 (3.5) | 0 (0.0) |
| Diarrhea | 10 (2.9) | 31 (4.7) | 6 (4.2) | 0 (0.0) |
| Peripheral Edema | 5 (1.4) | 22 (3.3) | 15 (10.6) | 0 (0.0) |
| Dysarthria | 12 (3.4) | 26 (3.9) | 3 (2.1) | 0 (0.0) |

a COSTART preferred term
b Incidence of adverse event, regardless of gabapentin dosage

U:\NDA\CI-945\CLC321A.APP
11/21/91 - 11:58 - 35

RR-REG 720-02957
Gabapentin
Capsules

00654

APPENDIX C.1.
(Page 24 of 44)

Overview of C Appendices and Tabular Summary of Narratives

TABLE 1. Listing of Study Participants for Whom Narratives Were Included in the Gabapentin
Integrated Summary of Safety

| Study Number | Participant Identifier Center | Participant Identifier Number | Body System | Adverse Event (AE) Preferred Term | Adverse Event (AE) Investigator Term | Death | WDAE[a] | Serious or Clinically Important[b] AE | Clinically Important[b] Laboratory Deviation | Nar Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| 945-5X (cont) | 10 | 205 | Psychobiologic Function | Depression | Depression | | x | | | C.3, 52 |
| | | 218 | Nervous System | Confusion | Confusion | | x | | | C.3, 35 |
| | | | Nervous System | Somnolence | Lethargy | | x[m] | | | |
| | 11 | 102 | Body As A Whole | Fatigue | Tiredness | | x | | | C.3, 5 |
| | | | Respiratory System | Asthma | Asthmatic Reaction | | x | | | |
| | | | Skin and Appendages | Rash | Facial Rash | | x | | | |
| | 11 | 203 | Special Senses | Tinnitus | Tinnitus | | x | | | C.3, 35 |
| | | | Nervous System | Ataxia | Ataxia | | x | | | |
| | | | Nervous System | Somnolence | Sleepiness | | x | | | |
| | | | Nervous System | Paresthesia | Numbness | | x | | | |
| | | | Nervous System | Paresthesia | Tingling Face | | x | | | |
| | | | Psychobiologic Function | Thinking Abnormal | Decreased Concentration | | x | | | |
| | 12 | 210 | Special Senses | Diplopia | Diplopia | | x | | | C.4, 7 |
| | | | Nervous System | Seizure Flurry | Seizure Flurry | | | x | | |
| | | 205 | Psychobiologic Function | Depression | Depression | | | x | | C.4, 15 |

NA = Not Applicable; Nar Loc = Narrative Location includes: Appendix, page number within Appendix.
b Withdrawal due to adverse event
a As defined by the Parke-Davis Medical Monitor (PDMM)
m Although patient withdrew from Studies 945-5 and 945-5X due to adverse events, the narrative for this patient occurs only under Study 945-5 in Appendix C.3., Withdrawals Due to Adverse Events.

RR-REG 720-02957
Gabapentin
Capsules

00661

APPENDIX C.1.
(Page 31 of 44)

Overview of C Appendices and Tabular Summary of Narratives

TABLE 1. Listing of Study Participants for Whom Narratives Were Included in the Gabapentin
Integrated Summary of Safety

| Study Number | Participant Identifier Center | Participant Identifier Number | Body System | Adverse Event (AE) Preferred Term | Adverse Event (AE) Investigator Term | Death | WDAE[a] | Serious or Clinically Important AE | Clinically Important Laboratory Deviation[b] | Nar Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| 945-11 | - | 401 | Digestive System | Diarrhea | Diarrhea | | X | | | C.3, 20 |
| | | | Nervous System | Convulsions | Status Epilepticus | | X | X | | |
| | | | Laboratory Deviations | Elevated Platelet Count | Elevated Platelet Count | | X | | | |
| | | | Laboratory Deviations | Liver Enzyme Abnormality | Liver Enzyme Abnormality | | X | | | |
| 945-11X | - | 301 | Cardiovascular System | Arrhythmia | Cardiac Arrhythmia | | X | | | C.3, 16 |
| | | | Cardiovascular System | Heart Block | Conduction Defect (ECG) | | X | X | | |
| | | 303 | Nervous System | Convulsions | Generalized Tonic Clonic Seizure | | X | | | C.3, 41 |
| | | | Nervous System | Hypotonia | Decreased Muscle Tone | | X | | | |
| 945-12-0 | - | 8 | Respiratory System | Upper Respiratory Infection | Upper Respiratory Infection | | X | | | C.3, 54 |
| 945-13 | 1 | 204 | Urogenital System | Hematuria | Hematuria | | | X | | C.4, 19 |
| | | 213 | Psychobiologic Function | Depression | Depression | | X | X | | C.3, 52 |

NA = Not Applicable; Nar Loc = Narrative Location includes:  Appendix, page number within Appendix.
a Withdrawal due to adverse event
b As defined by the Parke-Davis Medical Monitor (PDMM)

RR-REG 720-02957
Gabapentin
Capsules

00663

APPENDIX C.1.
(Page 33 of 44)

Overview of C Appendices and Tabular Summary of Narratives

TABLE 1.  Listing of Study Participants for Whom Narratives Were Included in the Gabapentin
Integrated Summary of Safety

| Study Number | Participant Identifier Center | Participant Identifier Number | Body System | Adverse Event (AE) Preferred Term | Adverse Event (AE) Investigator Term | Death | WDAE[a] | Serious or Clinically Important[b] AE | Clinically Important Laboratory Deviation | Nar Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| 945-13 (cont) | 7 | 210 | Nervous System | Intracranial Hemorrhage | Subarachnoid Hemorrhage | | x | x | | C.3, 43 |
| 945-13[f] | 7 | 214 | Nervous System | Neoplasm, Brain | Brain Tumor | x[w] | x[v] | x | | C.7, 5 |
| | | 215 | NA | NA | Status Epilepticus | | x | x | | C.3, 44 |
| | 8 | 202 | Body As A Whole | Death | Death | x | x | x | | C.2, 2 |
| | | | Nervous System | Syncope | Post Micturition Syncope | | | | | |
| 945-13[f] | 8 | 203 | Urogenital System | Breast Cancer | Breast Cancer | | | x | | C.4, 19 |
| | | 204 | NA | NA | NA | x[x] | | | | C.7, 1 |
| | | 204 | Psychobiologic Function | Depression | Depression | | x | x | | C.4, 16 |
| | 9 | 108 | Nervous System | Brain Surgery | Removal of Meningioma | | x | | | C.3, 45 |
| | | | Nervous System | Neoplasm, Brain | Meningioma | | | x | | |

NA = Not Applicable; Nar Loc = Narrative Location includes:  Appendix, page number within Appendix.
a  Withdrawal due to adverse event
b  As defined by the Parke-Davis Medical Monitor (PDMM)
f  Death occurred after data cut-off date.
v  Adverse event began in Study 945-5 but resulted in withdrawal of patient during Study 945-13.  Narrative for this patient is
   located in Appendix C.3.
w  Withdrawals due to Adverse Events, Study 945-13.
x  Death was due to cerebral herniation and occurred 23 days after terminating gabapentin therapy.
x  Death was due to subarachnoid hemorrhage.

U:\NDA\C1-945\CLC171AA.APP
11/09/91 - 7:06

041

RR-REG 720-02957
Gabapentin
Capsules

00667

APPENDIX C.1.
(Page 37 of 44)

Overview of C Appendices and Tabular Summary of Narratives

TABLE 1. Listing of Study Participants for Whom Narratives Were Included in the Gabapentin
Integrated Summary of Safety

| Study Number | Participant Identifier Center | Participant Identifier Number | Body System | Adverse Event (AE) Preferred Term | Adverse Event (AE) Investigator Term | Death | NOAE[a] | Serious or Clinically Important AE | Clinically Important Laboratory Deviation[b] | Nar Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| 945-15 | 1 | 1 | Psychobiologic Function | Depression | Depression | | x | x | | C.3, 53 |
| | | | Psychobiologic Function | Suicidal | Suicide Ideation | | x | | | |
| | | 5 | Hemic and Lymphatic | Anemia | Anemia | | | x | | C.4, 6 |
| | 2 | 1 | Body As A Whole | Pain | Shooting Pains Axilla | | x | | | C.3, 9 |
| | | | Body As A Whole | Chest Pain | Shooting Pains Right Thorax | | x | | | |
| | | | Body As A Whole | Chest Pain | Shooting Pains Right Thorax | | x | | | |
| | | | Musculoskeletal System | Arthralgia | Shooting Pains Lateral Knee | | x | | | |
| | | | Nervous System | Insomnia | Insomnia | | x | | | |
| | | 3 | Digestive System | Nausea &/or Vomiting | Nausea | | x | | | C.3, 21 |

NA = Not Applicable; Nar Loc = Narrative location includes:  Appendix, page number within Appendix.
a Withdrawal due to adverse event
b As defined by the Parke-Davis Medical Monitor (PDMM)

RR-REG 720-02957
Gabapentin
Capsules

00669

RR-REG 720-02957
Gabapentin
Capsules

APPENDIX C.1.
(Page 39 of 44)

Overview of C Appendices and Tabular Summary of Narratives

TABLE 1.  Listing of Study Participants for Whom Narratives Were Included in the Gabapentin
Integrated Summary of Safety

| Study Number | Participant Identifier Center | Participant Identifier Number | Body System | Adverse Event (AE) Preferred Term | Adverse Event (AE) Investigator Term | Death | WDAE[a] | Serious or Clinically Important AE | Clinically Important Laboratory Deviation[b] | Nar Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| 945-15 (cont) | 11 | 16 | Body As A Whole | Headache | Headache | | X | | | C.3, 9 |
| | | | Body As A Whole | Malaise | Malaise | | X | | | |
| | | | Digestive System | Nausea &/or Vomiting | Nausea | | X | | | |
| | | | Digestive System | Diarrhea | Diarrhea | | X | | | |
| | | | Musculoskeletal System | Myalgia | Myalgia | | X | | | |
| | | | Nervous System | Ataxia | Balance (poor) | | X | | | |
| | | | Nervous System | Dizziness | Dizziness | | X | | | |
| | | | Nervous System | Somnolence | Lethargy | | X | | | |
| | | | Nervous System | Paresthesia | Tingling, Multiple Sites | | X | | | |
| | | | Psychobiologic Function | Depression | Depression | | X | | | |
| | | 22 | Body As A Whole | Edema, Generalized | Edema | | X | | | C.3, 10 |
| | | | Nervous System | Somnolence | Lethargy | | X | | | |
| | | | Psychobiologic Function | Depression | Depression | | X | | | |

NA = Not Applicable; Nar Loc = Narrative Location Includes:  Appendix, page number within Appendix.
a Withdrawal due to adverse event
b As defined by the Parke-Davis Medical Monitor (PDMM)

U:\WDACI-945\CLC17IAA.APP
11/09/91 - 7:06

Rx-REG 720-02957
Gabapentin
Capsules

00670

APPENDIX C.1.
(Page 40 of 44)

Overview of C Appendices and Tabular Summary of Narratives

TABLE 1. Listing of Study Participants for Whom Narratives Were Included in the Gabapentin Integrated Summary of Safety

| Study Number | Participant Identifier Center | Participant Identifier Number | Body System | Adverse Event (AE) Preferred Term | Adverse Event (AE) Investigator Term | Death | WDAE[a] | Serious or Clinically Important[b] AE | Clinically Important Laboratory Deviation | Nar Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| 945-15 (cont) | 16 | 1 | Special Senses | Retinal Degeneration | Macular Degeneration, Eye | | | X | | C.4, 22 |
| 945-15[f] | 16 | 6 | NA | NA | NA | X[ee] | | | | C.7, 3 |
| | | 7 | Urogenital System | Impotence | Sexual Dysfunction | | X | | | C.3, 62 |
| | | 12 | Laboratory Deviations | Elevated SGOT (AST) | Elevated SGOT (AST) | | | X | | C.4, 22 |
| | | | Laboratory Deviations | Elevated SGPT (ALT) | Elevated SGPT (ALT) | | | X | | |
| | 17 | 2 | Psychobiologic Function | Depression | Depression | | | X | | C.4, 17 |
| 945-15[f] | 17 | 10 | Nervous System | Dystonia | Dystonic Reaction | | | X | | C.4, 11 |
| | | 14 | NA | NA | NA | X[ff] | | | | C.7, 4 |
| | | 20 | Urogenital System | Kidney Infection | | | | X | | C.4, 20 |
| | | 23 | Digestive System | Bloody Diarrhea | Diarrhea With Fresh Blood | | | X | | C.4, 5 |

NA = Not Applicable; Nar Loc = Narrative Location includes:  Appendix, page number within Appendix.
a  WDAE = Withdrawal due to adverse event
b  As defined by the Parke-Davis Medical Monitor (PDMM)
f  Death occurred after data cut-off date.
ee  Death was due to heart arrest.
ff  Death occurred while swimming.

RR-REG 720-02957
Gabapentin
Capsules

00672

APPENDIX C.1.
(Page 42 of 44)

Overview of C Appendices and Tabular Summary of Narratives

TABLE 1.  Listing of Study Participants for Whom Narratives Were Included in the Gabapentin Integrated Summary of Safety

| Study Number | Participant Identifier Center | Participant Identifier Number | Body System | Adverse Event (AE) Preferred Term | Adverse Event (AE) Investigator Term | Death | WDAE[a] | Serious or Clinically Important[b] AE | Clinically Important Laboratory Deviation | Nar Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| 945-15 (cont) | 18 | 10 | Body As A Whole | Weight Decrease | Weight Decrease | | x | | | C.3, 11 |
| | | | Body As A Whole | Fever | Fever | | x | | | |
| | | | Digestive System | Nausea &/or Vomiting | Nausea &/or Vomiting | | x | | | |
| | | | Laboratory Deviations | WBC Decreased | Leukopenia | | x | | | |
| 945-16 | 1 | 2 | Body As A Whole | Fatigue | Fatigue | | x | | | C.3, 12 |
| | | | Body As A Whole | Headache | Headache | | x | | | |
| | | | Digestive System | Nausea &/or Vomiting | Nausea | | x | | | |
| | | | Nervous System | Ataxia | Ataxia | | x | | | |
| | | | Psychobiologic Function | Depression | Depressed | | x | | | |
| | | | Special Senses | Diplopia | Diplopia | | x | | | |
| | | | Special Senses | Amblyopia | Blurred Vision | | x | | | |
| | 2 | 2 | Body As A Whole | Drug Overdose | Drug Overdose | | | x | | C.4, 3 |
| | 2 | 5 | Skin and Appendages | Rash | Gen Rash, trunk & extremities | | x | x | | C.3, 58 |

NA = Not Applicable, Nar Loc = Narrative Location Includes:  Appendix, page number within Appendix.
[a] Withdrawal due to adverse event
[b] As defined by the Parke-Davis Medical Monitor (PDMM)

RR-REG 720-02957
Gabapentin
Capsules

9

RR-REG 720-02957          00687
Gabapentin
Capsules

APPENDIX C.3.
(Page 9 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

Patient 1 (Study 945-15, Center 2), a 23-year-old white male receiving
2400 mg/day gabapentin, had abdominal pain (shooting pain in abdomen),
chest pain (chest pain and shooting pains in right thorax), pain
(shooting pains in axilla), and arthralgia (shooting pains in lateral
aspects of the knee) beginning on Day 53 of gabapentin therapy and
continuing throughout the study. Abdominal pain was considered severe
in intensity, and possibly related to gabapentin treatment while the
other adverse events were moderate in intensity and of unknown
relationship to gabapentin treatment. Gabapentin dose was reduced to
1800 mg/day on Day 152 due to the continuing adverse events, but was
increased to 2400 mg/day on Day 228 due to lack of efficacy. The
patient experienced chest pain and insomnia on Days 273 through 287,
which the investigator judged possibly related to gabapentin therapy.
The chest pain was considered of severe intensity. Gabapentin treatment
was terminated by taper beginning on Day 285, with the last dose taken
on Day 292. The patient was hospitalized on Day 32 for fever and
abdominal pain, and on Study Days 313 to 318 (follow-up) for fever,
abdominal pain, increased WBCs, and convulsions (increased seizures).
Additional adverse events were upper respiratory infections, urinary
tract infection, decreased calcium, increased neutrophils and urinary
WBCs, viral infection, maculopapular rash, and pneumonia. Concurrent
medications were ampicillin, aspirin/caffeine, ibuprofen, norfloxacin,
phenoxymethylpenicillin. Mephenytoin (800 mg/day) was administered as a
concurrent AED, and no dosage changes were made during the study.

Patient 16 (Study 945-15, Center 11), a 61-year-old white female,
experienced dizziness, somnolence, paresthesia, headache, depression,
ataxia, nausea and/or vomiting (nausea), diarrhea, myalgia, and malaise
on Days 1 to 8 of gabapentin therapy. The conditions were of mild to

U:\NDA\CI-945\CLC171AA.APP
11/09/91 - 7:06

**10**

RR-REG 720-02957          **00688**
Gabapentin
Capsules

APPENDIX C.3.
(Page 10 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

moderate intensity and were considered by the investigator as possibly
or probably related to gabapentin therapy. Gabapentin was decreased
from 1200 to 600 mg/day on Day 3 and terminated on Day 9. Elevated SGOT
(AST) (113 IU/L, normal range: 9 through 34 IU/L) and SGPT (ALT)
(124 IU/L, normal range: 6 though 34 IU/L) occurred on Study Day 14
during follow-up with accompanying clinical symptoms. Levels for these
liver enzymes were normal on preceding visits and also on Study Days 30
and 41. In addition, the patient had decreased WBCs and elevated
alkaline phosphatase levels during the study. Concurrent illnesses at
screening were irritable bowel syndrome, hiatal hernia, hypothyroidism
treated with levothyroxine sodium, and osteoarthritis treated with
aspirin. Multivitamins and Vitamin B were given as preventive medicine,
and diphenoxylate/atropine was administered. Diarrhea was treated on
Day 8 through 19. Concurrent AEDs were phenytoin (330 mg/day) and
clorazepate (18.75 mg/day), which were both decreased on Day 2 to reduce
toxicity. Original dosages were reinstated on Day 9 due to lack of
efficacy. All adverse events were resolved at the final visit on Study
Day 41.

Patient 22 (Study 945-15, Center 11), a 23-year-old white female
receiving 1200 mg/day gabapentin, experienced depression of mild
intensity and edema and somnolence of moderate intensity beginning on
Day 11 of gabapentin therapy. The investigator considered these events
possibly related to gabapentin, and the dosage of gabapentin was reduced
from 1200 mg/day to 600 mg/day on Day 14 then discontinued on Day 29.
Valproate was decreased from 3750 mg/day to 2250 mg/day from Days 1 to
11 to reduce toxicity. Edema and somnolence were unresolved at final
visit on Day 22.

U:\NDA\CI-945\CLC171AA.APP
11/09/91 - 7:06

**12**

RR-REG 720-02957          **00690**
Gabapentin
Capsules

APPENDIX C.3.
(Page 12 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

$10.7 \times 10^9$/L) on Day 82 while receiving 800 mg/day gabapentin that was
considered possibly related to gabapentin. The WBC count had returned
to within normal range ($8.9 \times 10^9$/L) by Day 124. These adverse events
resulted in discontinuation of gabapentin on Day 124. Concurrent AEDs
were carbamazepine (2600 mg/day) and valproate (2250 mg/day).

Patient 2 (Study 945-16, Center 1), a 28-year-old white female, withdrew
from the study on Day 85 due to seven adverse events: diplopia,
depression, ataxia, and fatigue of moderate intensity and headache,
nausea and/or vomiting, and amblyopia of mild intensity. Diplopia began
on Day 7 while the patient was receiving 1400 mg/day gabapentin, and the
remaining adverse events listed above began on Day 59 while the patient
was receiving 1800 mg/day gabapentin. All of these events were
considered probably related to gabapentin. Other adverse events
included hematoma of the eye periocular. Concurrent AEDs were
carbamazepine, phenobarbitone sodium, and phenobarbital.

Patient 8 (Study 945-16, Center 6), a 43-year-old white female,
experienced fatigue (tiredness) and convulsions (increased seizure
frequency) from Day 2 of gabapentin therapy at 900 mg/day. As a result,
the patient was withdrawn from the study. The gabapentin dosage taper
began on Day 8, and the last dose of gabapentin was taken on Day 24.
Both adverse events were considered moderate in intensity and possibly
associated with gabapentin therapy. The patient recovered from the
fatigue on Study Day 25 and recovered from the convulsions on Study
Day 30.

Patient 9 (Study 945-16, Center 7), 38-year-old white female,
experienced a weight increase of moderate intensity from Day 2 of

**27**

RR-REG 720-02957                    **00705**
Gabapentin
Capsules

APPENDIX C.3.
(Page 27 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

recovered, and later returned to gabapentin treatment. The patient was
also receiving phenobarbital and carbamazepine as antiepileptic
medications.

Patient 107 (Study 945-5, Center 3), a 47-year-old white male, in the
placebo group, experienced dyspnea on Study Day 15 and paresthesia
(numbness and tingling of the upper and lower extremities) on Study
Day 19. The investigator considered these events mild in intensity and
of unknown relationship to the study drug. The patient was withdrawn
from the study on Study Day 20 and the adverse events resolved on Study
Day 23. The patient had a history of depression, multiple fractures and
abrasions, and cervical vertebral degenerative changes. He was
receiving carbamazepine, 1200 mg/day, and phenytoin, 500 mg/day.

Patient 1 (Study 945-6, Center 34), a 23-year-old white female, had
convulsions (increased seizure frequency) on Study Day 65, while
receiving placebo that resolved on Study Day 78. The investigator
considered this event moderate in intensity and possibly related to
study medication. There were no other concurrent medications; the
patient was receiving study medication as monotherapy for seizure
control.

Patient 4 (Study 945-6, Center 46), a 21-year-old white male, had
moderate somnolence (drowsiness), severe thinking abnormalities
(difficulty in concentrating), and moderate increased sweating
(diaphoresis) on Study Day 3, while receiving placebo. The investigator
considered these adverse events probably related to study medication,
and the PDMM considered them clinically important. The patient had no
history of these conditions, and no additional adverse events were

U:\NDA\CI-945\CLC171AA.APP
11/09/91 - 7:06

**049**

**35**

RR-REG 720-02957
Gabapentin
Capsules

00713

APPENDIX C.3.
(Page 35 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

Patient 218 (Study 945-5X, Center 10), a 51-year-old Latin American
female, had somnolence (lethargy) on Day 90. The investigator
considered this event moderate and possibly related to gabapentin. The
patient also had sinusitis and an upper respiratory infection (URI) on
Day 90, both of which were considered severe and definitely not related
to study medication. On Day 92 the patient had fatigue, confusion, and
somnolence (drowsiness); the confusion resolved on Day 93 without
intervention. The gabapentin dosage was decreased to 600 mg/day on
Day 96. The fatigue and drowsiness resolved on Day 100, at which time
the gabapentin dosage was increased to 1200 mg/day. On Day 104, the
gabapentin dosage was again decreased to 600 mg/day due to lethargy.
The patient was withdrawn from the study on Day 107 due to lethargy and
a recurrence of confusion. Taper was completed on Day 108 and the
confusion and lethargy resolved on Study Days 114 and 119, respectively.
The only concurrent AED was valproate (2000 mg/day). The medical
history included constipation (treated with docusate), hypertension
(treated with atenolol), hypothyroidism (treated with levothyroxine),
depression (treated with doxepin), an aortic aneurysm, and sleepiness
which is believed secondary to the doxepin. The patient also began
terfenadine and amoxicillin on Day 90 for the URI; erythromycin was
added on Study Day 115.

Patient 203 (Study 945-5X, Center 11), a 30-year-old white female who
completed the double-blind phase (Study 945-5) in the placebo treatment
group, had somnolence (sleepiness) and thinking abnormal (decreased
concentration) during the open-label phase on Study Day 98, the same day
as an increase in gabapentin dosage from 0 to 1500 mg/day. The patient
had been receiving gabapentin for 14 days. The investigator considered
both events mild and possibly related to gabapentin. The gabapentin

U:\NDA\CI-945\CLC171AA.APP
11/09/91 - 7:06

RR-REG 720-02957
Gabapentin
Capsules

**00720**

APPENDIX C.3.
(Page 42 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

predominant seizure type in baseline. The hypotonia was considered
probably related to study drug, and the generalized seizures were
considered unlikely related to study drug. The patient was withdrawn
from the study on Day 120. The hypotonia resolved by Study Day 141, and
the general tonic-clonic seizures had not resolved by the end of the
study. Other adverse events included unsteadiness, mental confusion,
and voice disturbance that started on Day 9 and had not resolved by the
end of the study. Alkaline phosphatase levels for this patient were
elevated from Study Day -27 and had not resolved by the end of the
study. The investigator considered the unsteadiness and mental
confusion as unlikely related to study drug, and the voice disturbance
and elevated alkaline phosphatase as possibly related to study drug.
Concurrent antiepileptic drugs were clonazepam and primidone, the serum
concentrations of which were within therapeutic ranges.

Patient 107 (Study 945-13, Center 4), a 29-year-old white male, entered
the present study with amnesia, impotence, and depression that had begun
in the preceding studies (945-5 and 945-5X) on Days 14, 68 and 147 of
gabapentin therapy, respectively. The patient was receiving 1200 to
1800 mg/day of gabapentin at the time the events began. All three of
these events were of mild intensity. The depression and impotence were
considered possibly related and amnesia was considered probably related
to study medication. These problems continued in Study 945-13. The
gabapentin dose was increased to 2000 mg/day on Day 168 and to
2200 mg/day on Day 190. On Day 217 the patient was permanently
discontinued from the study and the gabapentin taper was complete on
Day 238. The memory problems and depression resolved on Study Day 239
but the resolution of the impotence was unknown. The patient had
decreased WBC counts on Days 189 and 218 and at his final follow-up

U:\NDA\CI-945\CLC171AA.APP
11/09/91 - 7:06

**43**

RR-REG 720-02957         **00721**
Gabapentin
Capsules

APPENDIX C.3.
(Page 43 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

visit on Study Day 252. These values ranged from 2.7 to 2.9 x $10^9$/L.
Erythrocytes, neutrophils, lymphocytes, and sodium also were decreased.
Concurrent medications included ibuprofen, bismuth subsalicylate,
acetaminophen, and cholestyramine. Concurrent AEDs were carbamazepine
(1600 mg/day) and primidone (750 mg/day).

Patient 106 (Study 945-13, Center 6), a 51-year-old white male, was
diagnosed with a brain neoplasm (brain tumor) on Day 467 of gabapentin
therapy while receiving 2400 mg/day. This event was considered
clinically important by the PDMM, and severe and definitely not related
to gabapentin by the investigator. The patient entered the hospital on
Day 467, the tumor was resected, and the patient received postoperative
radiation therapy. The patient was permanently discontinued from the
study on Day 469 and the gabapentin taper was completed on Day 484. The
patient was discharged from the hospital on Study Day 530. Concurrent
AEDs included phenobarbital (330 mg/day) and phenytoin (500 mg/day). No
other medications were taken throughout the study.

Patient 210 (Study 945-13, Center 7), a 22-year-old white male, was
diagnosed with a recurrent brain neoplasm (brain tumor) on Day 84 of
gabapentin therapy while participating in the double-blind phase of
Study 945-5 and taking 600 mg/day gabapentin. This event was considered
clinically important by the PDMM, and was considered of moderate
intensity and definitely not related to gabapentin therapy by the
investigator. The patient had a past medical history of a brain tumor
resection and radiation therapy at age 16. On Study Day 1 of
Study 945-13 (Day 166 on gabapentin), the patient complained of edema,
weight increase, and dysarthria. A CT scan showed that the previously
diagnosed brain tumor was enlarging. The patient was admitted to the

U:\NDA\CI-945\CLC171AA.APP
11/09/91 - 7:06

**052**

**52**

RR-REG 720-02957                **00730**
Gabapentin
Capsules

APPENDIX C.3.
(Page 52 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

was also receiving ibuprofen, mequitazine, terfenadine, carbamazepine,
and valproic acid as concurrent medications.

Patient 8 (Study 880-130, Center 134), a 21-year-old male receiving
1200 mg/day gabapentin, had emotional lability (behavior problems) that
started on Day 85. This was considered possibly related to gabapentin.
The patient was withdrawn from the study on Day 106 with the clinical
outcome unknown. Concurrent antiepileptic therapy consisted of valproic
acid and mesuximide. Other concurrent medications included
thioridazine, chlordiazepoxide, and domperidone.

Patient 205 (Study 945-5X, Center 10), a 30-year-old white female who
received gabapentin in the double-blind phase (Study 945-5), became
depressed on Day 2 of gabapentin therapy. This event was mild and of
unknown relationship to gabapentin. The depression became moderate and
possibly related to gabapentin on Day 57. No concurrent medications
were given for the depression and the gabapentin dosage remained
unchanged until Day 97, when the patient was withdrawn from the
open-label phase of the study (Study 945-5X). Gabapentin taper was
completed on Day 97, and the depression resolved on Study Day 105.
Concurrent medications included hydrochlorothiazide, estrogen,
prednisone, amoxicillin, erythromycin, and ibuprofen. Concurrent AEDs
were carbamazepine (1200 mg/day) and phenytoin (400 mg/day).

Patient 213 (Study 945-13, Center 1), a 46-year-old white female, became
depressed on Day 294 while receiving 2400 mg/day of gabapentin. The
investigator considered this adverse event moderate in intensity and
possibly related to study drug; no change in study medication was made.
This adverse event was considered clinically important by the PDMM. On

U:\NDA\CI-945\CLC171AA.APP
11/09/91 - 7:06

53

RR-REG 720-02957
Gabapentin
Capsules

00731

APPENDIX C.3.
(Page 53 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

Day 433 the depression had changed in intensity from moderate to severe.
The patient was permanently discontinued from further gabapentin
treatment. The gabapentin taper was completed on Day 438. The
patient's depression resolved on Study Day 447. Other adverse events
during the study included insomnia, upper respiratory infection, and
amblyopia (blurred vision). Concurrent medications included
norephedrine, guaifenesin, and conjugated estrogens. Concurrent AEDs
were carbamazepine (1200 mg/day) and clorazepate (15 mg/day).

Patient 1 (Study 945-15, Center 1), a 36-year-old white male,
experienced depression of moderate intensity on Day 12 while receiving
1500 mg/day gabapentin. Other concurrent adverse events were headache
of severe intensity and diplopia of moderate intensity. The patient had
a history of depression 2 years before the study. The patient also had
dizziness and nystagmus beginning on Days 20 and 22, respectively. The
patient was hospitalized due to severe headache on Day 22. Results from
a spinal tap, CT scan, MRI, and arteriogram performed during this
hospital stay were negative. An elevated serum carbamazepine
concentration was noted, and the dosage was reduced from 2800 to
2600 mg/day. Gabapentin dosage was not changed. The patient was
discharged on Day 24 with resolution of dizziness and nystagmus;
however, headache, diplopia, and depression continued. The patient was
referred for neurosurgical consultation. Headache was treated with
aspirin, ibuprofen, acetaminophen/codeine, and indomethacin during the
study. Hospitalization occurred for a second time on Days 61 to 62 when
an angiogram was performed. On Day 71, the intensity of depression
changed from moderate to severe, and the patient was suicidal (suicidal
ideation). The depression was considered clinically important by the
PDMM, and both events were judged possibly related to gabapentin

054

**54**

RR-REG 720-02957          **00732**
Gabapentin
Capsules

APPENDIX C.3.
(Page 54 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

treatment by the investigator.  Gabapentin treatment was tapered
beginning on Day 85 and temporarily stopped on Day 111.  Depression and
suicidal ideation resolved by Day 111.  The patient was rechallenged
with gabapentin on Study Day 267.  Depression reoccurred on Study
Day 271, and became severe on Study Day 295.  The event was considered
probably related to gabapentin therapy, and the patient was withdrawn
from the study.  The last dose of gabapentin was given on Study Day 300.
Depression, diplopia, and nystagmus were continuing at the last visit.
The patient was receiving carbamazepine as concurrent AED therapy.

RESPIRATORY SYSTEM

Clinical Pharmacology Studies:
Participant Receiving Other or No Medication

Subject 8 (Study 945-12-D), a 21-year-old white male, received a single
300-mg oral dose of gabapentin on Day 1.  The subject experienced an
upper respiratory infection (flu-like symptoms) and was withdrawn from
the study on Study Day 4.  Neutrophilia observed on Study Day 2
supported the diagnosis of a viral infection that was considered of
moderate intensity and definitely not related to study medication.  The
subject was treated with doxycycline, pseudoephedrine hydrochloride, and
acetaminophen.

U:\HDA\CI-945\CLC171AA.APP
11/09/91 - 7:06

**62**

RR-REG 720-02957          **00740**
Gabapentin
Capsules

APPENDIX C.3.
(Page 62 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

only concurrent AED was primidone (1250 mg/day); during the open-label
phase (Study 945-5X), the primidone dosage was decreased to 1000 mg/day.

Patient 9122 (Study 945-14, Center 901), a 39-year-old white female, was
confirmed pregnant on Day 185 while receiving gabapentin 1800 mg/day,
and withdrew from the study on Day 198. This event was considered
clinically important by the PDMM. Additional adverse events were not
reported. This patient was receiving carbamazepine as a concurrent AED.

Patient 7 (Study 945-15, Center 16), a 35-year-old white male receiving
2400 mg/day of gabapentin, complained of impotence beginning on Day 38.
Although present at screening, the condition worsened during gabapentin
therapy. The adverse event was considered of severe intensity and
possibly related to gabapentin therapy. Gabapentin dosage was reduced
to 2100 mg/day on Day 69 and terminated on Day 76. Impotence resolved
on Study Day 169. An additional adverse event was depression beginning
during follow-up (Study Day 81) and continuing at the final visit on
Study Day 99. Concurrent medications included sucralfate for abdominal
pain present from baseline, and diazepam (10 mg) and phenytoin (1000 mg)
given on Day 5 for convulsions.


SPECIAL SENSES


Clinical Studies in Patients With Epilepsy:
Patients Receiving Gabapentin


Patient 106 (Study 877-210PX, Center 220), a 23-year-old male, completed
the double-blind phase (Study 877-210P) in the gabapentin group and

Gabapentin
Capsules

80

RR-REG 720-02957
Gabapentin
Capsules

00758

APPENDIX C.3.
(Page 80 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

TABLE 1.  Combined Clinical Safety Database: Summary of Patients Withdrawing Due To Adverse Events
Occurring During Clinical Pharmacology and Clinical Studies

| Study | Center | Participant | Age Sex | Weight (kg) | Drug Dose | Adverse Event (Preferred Term) | Day[a] Began | Day[a] Ended | Duration | Intensity | Relationship | Managment of Drug | Clinical Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 945-13 | 4 | 107 | 29 M | 60 | Gbp 1200 | Amnesia | 14 | 239 | 226 D | Mild | Probable | Per Stop | Not Rec |
| | | | | | Gbp 1800 | Depression | 147 | 239 | 93 D | Mild | Possible | Per Stop | Not Rec |
| | | | | | Gbp 1200 | Impotence | 68 | + | | Mild | Possible | Per Stop | Unknown |
| 945-13 | 4 | 204 | 25 M | 73 | Gbp 2100 | Headache | 199 | 245 | 47 D | Mod | Possible | Per Stop | Recov |
| | | | | | Gbp 1800 | Tremor | 224 | 252 | 29 D | Mild | Possible | Per Stop | Recov |
| | | | | | Gbp 2100 | Insomnia | 204 | + | | Sev | Possible | Per Stop | Not Rec |
| | | | | | Gbp 2100 | Dysarthria | 197 | + | | Mild | Possible | Per Stop | Not Rec |
| 945-13 | 6 | 106 | 51 M | 109 | Gbp 2400 | Neoplasm, Brain | 467 | + | | Sev | Def Not | Per Stop | Not Rec |
| 945-13 | 7 | 210 | 22 M | 94 | Gbp 2400 | Intracranial Hemorrhage | 176 | + | | Sev | Def Not | Per Stop | Not Rec |
| 945-13 | 7 | 215 | 33 F | 56 | Gbp 1200 | Neoplasm, Brain | 82 | 165 | 84 D | Mod | Def Not | Per Stop | Not Rec |
| 945-13 | 8 | 202 | 65 M | 87 | Gbp 2400 | Convulsions | 225 | 225 | 1 D | Sev | Def Not | Per Stop | Recov |
| 945-13 | 9 | 108 | 39 M | 98 | Gbp 800 | Death | 800 | 800 | 1 D | Sev | Def Not | Per Stop | Died |
| | | | | | Gbp 600 | Brain Surgery | 472 | 472 | 1 D | Sev | Def Not | Per Stop | Recov |
| | | | | | Gbp 2400 | Neoplasm, Brain | 441 | 472 | 32 D | Sev | Unlikely | Per Stop | Recov |
| 945-13 | 10 | 214 | 29 M | 76 | Gbp 600 | Fatigue | 199 | 318 | 120 D | Mod | Possible | Per Stop | Recov |
| | | | | | Gbp 1500 | Nervousness | 107 | 318 | 212 D | Mod | Possible | Per Stop | Not Rec |
| 945-13 | 11 | 101 | 27 F | 57 | Gbp 2100 | Somnolence | 171 | + | | Mild | Possible | Per Stop | Not Rec |
| 945-13 | 14 | 205 | 43 M | 96 | Gbp 2400 | Amnesia | 379 | + | | Mild | Possible | Per Stop | Not Rec |

[a] Day on gabapentin
+ = Continuing; NS = Not Specified; NA = Data not available

U:\NDA\C1-945\CLC2330A.TBL

057

Gabapentin Capsules

RR-REG 720-02957
Gabapentin Capsules

84

00762

APPENDIX C.3.
(Page 84 of 85)

Narrative Summaries and Tabular Data for Study Participants Who Withdrew Due to Adverse Events

TABLE 1.  Combined Clinical Safety Database: Summary of Patients Withdrawing Due To Adverse Events Occurring During Clinical Pharmacology and Clinical Studies

| Study | Center | Participant | Age Sex | Weight (kg) | Drug | Dose | Adverse Event (Preferred Term) | Day[a] Began | Day Ended | Duration | Intensity | Relationship | Management of Drug | Clinical Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 945-16 | 1 | 2 | 28 F | 55 | Gbp | 1800 | Fatigue | 59 | + | | Mod | Probable | Per Stop | Not Rec |
| | | | | | Gbp | 1800 | Headache | 59 | + | | Mild | Probable | Per Stop | Not Rec |
| | | | | | Gbp | 1800 | Nausea and/or Vomiting | 59 | + | | Mild | Probable | Per Stop | Not Rec |
| | | | | | Gbp | 1800 | Ataxia | 59 | + | | Mod | Probable | Per Stop | Not Rec |
| | | | | | Gbp | 1800 | Depression | 59 | + | | Mod | Probable | Per Stop | Not Rec |
| | | | | | Gbp | 1400 | Diplopia | 7 | 58 | 52 D | Mod | Probable | Per Stop | Not Rec |
| | | | | | Gbp | 1800 | Amblyopia | 59 | + | | Mild | Probable | Per Stop | Not Rec |
| 945-16 | 2 | 5 | 36 F | 68 | Gbp | 1200 | Rash | 39 | 518 | 480 D | Sev | Probable | Per Stop | Not Rec |
| 945-16 | 2 | 9 | 32 F | 47 | Gbp | 1800 | Dizziness | 144 | 236 | 93 D | Sev | Probable | Per Stop | Recov |
| 945-16 | 6 | 2 | 15 M | 61 | Gbp | 1800 | Increased Salivation | 101 | + | | Mild | Possible | Per Stop | Not Rec |
| 945-16 | 6 | 8 | 43 F | 70 | Gbp | 900 | Fatigue | 2 | 25 | 24 D | Mod | Possible | Per Stop | Rec/Seq |
| | | | | | Gbp | 900 | Convulsions | 2 | 30 | 29 D | Mod | Possible | Per Stop | Recov |
| 945-16 | 7 | 8 | 20 M | 72 | Gbp | 1800 | Convulsions | 105 | 127 | 23 D | Sev | Unlikely | Per Stop | Recov |
| 945-18 | 7 | 9 | 38 F | 74 | Gbp | 1200 | Weight Increase | 2 | + | | Mod | Possible | Per Stop | Unknown |
| 945-17-0 | - | 5 | 36 M | 83 | None | 0 | Rash, erythematous | 15 | 17 | 3 D | Mild | NS | Per Stop | NS |

a Day on gabapentin
+ = Continuing; NS = Not Specified; NA = Data not available

U:\NDA\C1-945\CLC23J48.TBL

100

RR-REG 720-02957
Gabapentin                    00778
Capsules

APPENDIX C.4.
(Page 15 of 32)

Narrative Summaries and Tabular Data for Study Participants With Adverse
Events Considered Serious or Clinically Important by the PDMM

The investigator commented that "withdrawal convulsions" (three
convulsive seizures), which were considered different from the usual
pattern, had occurred 24 hours after abrupt discontinuation of
gabapentin 900 mg/day. Additional adverse events that were not
considered clinically important included skin rash (Study Day -3 through
Day 2), convulsions (increased seizure frequency, Day 4 through Day 35),
otitis media (Day 8 through Day 14), ataxia (gait problems, Day 13
through Day 16), purpura (bruises, Day 14 through Day 27), and
pharyngitis (throat infection, Day 14 through Day 27), all of which were
considered mild in intensity and definitely not related to gabapentin
treatment. There were no further reports of convulsions (generalized
seizures) during follow-up. Concurrent AEDs were carbamazepine and
clonazepam.


PSYCHOBIOLOGIC FUNCTION


Clinical Studies in Patients With Epilepsy:
Patients Receiving Gabapentin


Patient 205 (Study 945-5X, Center 12), a 33-year-old white male,
developed depression on Day 153 while receiving 2400 mg/day of
gabapentin in Study 945-5X. The investigator considered the depression
mild and possibly related to the study medication, and the PDMM
considered the depression clinically important. The patient's
gabapentin dosage was decreased to 1800 mg/day on Day 179 and remained
there until Day 514 when the decision was made to discontinue the
patient from further treatment due to lack of efficacy. The taper was
completed on Day 548. Concurrent antiepileptic medication included
carbamazepine which was increased from 1600 to 2000 mg/day on Day 232

U:\NDA\CI-945\CLC200AB.NAR
09/26/91 - 9:04

RR-REG 720-02957
Gabapentin
Capsules

00779

APPENDIX C.4.
(Page 16 of 32)

Narrative Summaries and Tabular Data for Study Participants With Adverse
Events Considered Serious or Clinically Important by the PDMM

and from 2000 to 2200 mg/day on Day 519. Concurrent medications
included dyazide for hypertension, triamterene for fluid retention,
diphenhydramine for sleep, bismuth subsalicylate for upset stomach, and
a multivitamin.

Patient 204 (Study 945-13, Center 8), a 27-year-old white male, was
suicidal (suicidal ideations) and was diagnosed with depression on
Day 266 while receiving 2000 mg/day of gabapentin. The investigator
considered the suicidal ideations severe in intensity and of unlikely
relationship to the study medication; the depression was considered
clinically important by the PDMM. The patient was hospitalized for
observation on Day 266 and received fluoxetine for the depression. No
change in the dosage of gabapentin or concurrent AEDs was made as a
result of this event. The patient improved and was discharged from the
hospital on Day 271. On Day 322 the patient had a mild recurrence of
the depression. Concurrent AEDs included primidone (500 mg/day) and
valproate (3000 mg/day).

Patient 221 (Study 945-13, Center 14), a 17-year-old white male, was
suicidal (attempted suicide) on Day 166 while receiving 2400 mg/day of
gabapentin. The investigator considered this event severe and
definitely not related to the study medication, and the PDMM considered
it clinically important. The patient had a history of psychological
problems. .In the preceding protocol (945-5X) the investigator had
recorded mild depression as an adverse event possibly related to
gabapentin beginning on Day 13 of gabapentin therapy. At the time of
the suicide attempt on Day 166 of Study 945-13, the investigator
indicated that the depression had increased in intensity to severe. The
patient was taking imipramine for the depression from Day 111 to Day 163

U:\NDA\CI-945\CLC200AB.NAR
09/26/91 - 9:04

102

RR-REG 720-02957
Gabapentin                    00780
Capsules

APPENDIX C.4.
(Page 17 of 32)

Narrative Summaries and Tabular Data for Study Participants With Adverse
Events Considered Serious or Clinically Important by the PDMM

and propranolol for anxiety starting on Day 165. No changes in
gabapentin or concurrent AED regimens were made subsequent to this
event. Concurrent AEDs included phenytoin (200-300 mg/day) and
valproate (2500 mg/day).

Patient 12 (Study 945-15, Center 11), a 21-year-old white female,
experienced agitation (panic attack) beginning on Day 59 while receiving
2100 mg/day of gabapentin. The investigator considered this event of
moderate intensity and of unlikely relationship to gabapentin treatment;
the PDMM considered it clinically important. No change was made in
gabapentin dosage secondary to this event. Gabapentin dosage was
increased to 2400 mg/day on Day 63 and then remained unchanged.
Agitation was unresolved on Day 91. Concurrent AEDs were phenytoin
(300 to 400 mg/day) and valproate that was decreased from 3500 mg/day to
3000 mg/day on Day 3 and subsequently tapered and terminated on Day 112.

Patient 14 (Study 945-15, Center 11), a 32-year-old white male,
experienced agitation (panic attack) of moderate intensity on Days 70
through 72. The investigator judged the event of unlikely relationship
to gabapentin, and the PDMM considered it clinically important.
Lorazepam and chloral hydrate were administered as therapy on Day 70.
Gabapentin dosage (1800 mg/day) was tapered beginning on Day 70 and the
patient terminated on Day 78 because of personal reasons. The
concurrent AED was carbamazepine, which was being administered at
600 mg/day at the time agitation occurred.

Patient 2 (Study 945-15, Center 17), a 35-year-old white woman receiving
gabapentin (300 mg/day), experienced depression of severe intensity and
was suicidal (suicide ideation of moderate intensity) beginning on

U:\NDA\CI-945\CLC200AB.NAR
09/26/91 - 9:04

061

**103**

RR-REG 720-02957
Gabapentin         **00781**
Capsules

APPENDIX C.4.
(Page 18 of 32)

Narrative Summaries and Tabular Data for Study Participants With Adverse
Events Considered Serious or Clinically Important by the PDMM

Day 34.  Suicide ideation stopped on Day 69, and depression subsided to
moderate intensity on Day 86 and had stopped by Day 101.  The
investigator considered these adverse events of unlikely relationship to
gabapentin treatment, and the PDMM considered them clinically important.
There was no change in gabapentin dosage because of these conditions.
Pertinent medical history included depression and anxiety for the past
year for which doxepin was administered during baseline and throughout
the study.  The patient experienced an anxiety attack of severe
intensity at screening.  Additional information from the investigator
indicates that the patient had attempted suicide numerous times in the
past.  Concurrent AEDs were carbamazepine (1500 mg/day), clonazepam
(0.75 to 1.0 mg/day), and phenytoin (425 mg/day).  Phenytoin was tapered
to reduce toxicity beginning on Day 23 and terminated on Day 50.

## SKIN AND APPENDAGES

### Clinical Studies in Patient With Epilepsy:
### Patient Receiving Gabapentin

Patient 3 (Study 880-130, Center 135), a 22-year-old male receiving
600 mg/day gabapentin, developed urticaria (severe) from Day 53 until
Day 56 that the investigator considered unrelated to gabapentin therapy.
The PDMM considered the urticaria clinically important.  The blood
differential on Day 56 was normal.  There was no change in gabapentin
dose.  Concurrent antiepileptic therapy consisted of carbamazepine and
phenytoin.

U:\NDA\CI-945\CLC200AB.NAR
09/26/91 - 9:04

Gabapentin
Capsules

115

RR-REG 720-02957
Gabapentin
Capsules

00793

APPENDIX C.4.
(Page 30 of 32)

Narrative Summaries and Tabular Data for Study Participants With Adverse Events Considered Serious or Clinically Important by the PDMM

TABLE 1. Summary of Adverse Events Occurring During Clinical Pharmacology and Clinical Studies Considered Serious or Clinically Important by the Parke-Davis Study Monitor

| Study Number | Participant Identifier Center | Participant Identifier Number | Age/Sex | Treatment or Phase | Dosage at Onset of AE (mg/day) | Days on Treatment at Onset of AE | Adverse Event Preferred Term (Investigator Term) | Relationship to Study Treatment[a] | Management | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|
| 945-14 (Continued) | 801 | 10020[d] | 37 M | Gabapentin | 1800 | 199 | Head Injury (concussion) | Unlikely | No change | Recovered |
| | 801 | 10022 | 31 F | Gabapentin | 1800 | 254 | Overdose | Probably | Decrease dose | Recovered |
| | 802 | 10009 | 21 M | Gabapentin | 1800 | 247 | Convulsions (status epilepticus) | Unknown | Permanent stop[e] | Recovered |
| | 901 | 9122 | 39 F | Gabapentin | 1800 | 185 | Pregnancy | Unknown | Permanent stop[e] | NS |
| 945-15 | 1 | 1 | 36 M | Gabapentin | 1500 | 12 | Depression | Probably | Permanent stop[e] | Not recovered |
| | 1 | 5 | 30 M | Gabapentin | 2400 | 97 | Anemia | Unlikely | Decrease dose | Recovered |
| | 4 | 1 | 25 M | Follow-up | 0[e] | m | Hematuria | Not related | No change | NS |
| | 11 | 1 | 37 F | Gabapentin | 2400 | 187 | Convulsions (status epilepticus) | Unlikely | No change | Recovered |
| | 11 | 2 | 45 M | Gabapentin | 2400 | 95 | Convulsions (status epilepticus) | Unlikely | No change | Recovered |
| | 11 | 4 | 36 M | Gabapentin | 2400 | 97 | Convulsions (status epilepticus) | Unlikely | No change | Recovered |

AE = Adverse Event; NS = Not specified; NA = Not applicable
c As determined by the investigator.
d Patient narrative located in Appendix C.3. Withdrawals Due to Adverse Events.
e Deaths
f Patient narrative located in Appendix C.2.
m Gabapentin discontinued on Day 280 due to lack of efficacy. Hematuria noted at follow-up visit on Day 303.

**132**

RR-REG 720-02957
Gabapentin                    **00810**
Capsules

APPENDIX C.7.

Narrative Summaries for Deaths That Occurred Later Than Final Date
for Inclusion of Data in Safety Databases or From Studies in
Indications Not in This NDA
(Page 1 of 6)

<u>During Gabapentin Therapy</u>

Patient 205 (Study 877-210G, Center 214), a 41-year-old white female,
died on Day 53 during a seizure "probably due to asphyxiation." At this
time the patient was taking 1200 mg/day gabapentin. The investigator
judged this event as unlikely related to the study drug. Significant
medical history included primary generalized tonic-clonic and absence
seizures more frequent nocturnally at menses. There were no clinically
significant laboratory deviations or adverse events reported. Post
mortem cause of death was listed as due to natural causes, however, the
respiratory system report identified the bronchi displayed intense
mucosal congestion and contained aspirated gastric contents with the
lungs intensely congested. Concurrent medications were phenytoin
(300 mg/day) and oral contraceptives.

Patient 107 (Study 945-13, Center 6), a 36-year-old white man, was
stabbed in the abdomen on Day 844 and died the same day. The
investigator considered the event definitely not related to gabapentin
treatment. The patient's gabapentin dose was 2400 mg/day (since
Day 386). Concurrent antiepileptic medication was carbamazepine
1000 mg/day. There were no other concurrent medications and no
remarkable medical history or additional adverse events.

Patient 204 (Study 945-13, Center 8), a 27-year-old man, was
hospitalized on Day 1003 due to a subarachnoid hemorrhage suffered
during a seizure. He died 2 days later. The investigator considered
the death definitely not related to gabapentin therapy. Medical history
was significant for porencephalic cyst, hydrocephalus, mental
retardation, and ventricular peritoneal shunt within the first year of

U:\NDA\CI-945\CLC23BAR.APP
09/26/91 - 9:13

133

RR-REG 720-02957
Gabapentin                          00811
Capsules

APPENDIX C.7.

Narrative Summaries for Deaths That Occurred Later Than Final Date
for Inclusion of Data in Safety Databases or From Studies in
Indications Not in This NDA
(Page 2 of 6)

age with shunt revision 7 years later. During the course of the study,
the patient was hospitalized several other times: Day 266 to Day 271
for depression which was subsequently treated with fluoxetine;
Day 688 to Day 705 for broken hip resulting from a fall during a
seizure; Day 853 to Day 876 for recurrent seizures; and Day 905 to
Day 910 for high fever and semicomatose condition. The investigator
considered each of these conditions either unlikely or definitely not
related to gabapentin. Depression was unrecovered at the time of death
but all other events recovered with no sequelae. Gabapentin dosage had
been 2400 mg/day since Day 435. Concurrent AEDs were primidone, which
ranged between 750 and 1000 mg/day and was discontinued on day 435,
valproate which was increased to 3000 mg/day on Day 218 and then
remained unchanged. Additional adverse events and concurrent
medications for this patient are included in the appendices.

Patient 212 (Study 945-13, Center 12), a 40-year-old white woman, died
on Day 513 after a flurry of secondarily generalized seizures. The
patient had experienced several seizures the day of her death and was
thought to be sleeping in a postictal state. The investigator
considered this event unlikely related to gabapentin treatment.
Significant medical history included a brain tumor at age 4, multiple
motor vehicle accidents, migraine headaches at age 22 and hysterectomy
at age 31. At the time of this event the patient was taking gabapentin
2400 mg/day, valproic acid 1000 mg/day, and carbamazepine 600 mg/day.
Other concurrent medication included acetaminophen and codeine for the
migraine headaches. Valproic acid concentration at the last visit was
59.1 mg/L, carbamazepine 4.9 mg/L, and gabapentin 5.2 mg/L. Additional
adverse events reported during the study were not considered clinically
significant (and included at the last visit, abdominal cramps and loose

U:\HDA\CJ-945\CLC23BAR.APP
09/26/91 - 9:13

065

293

00971

RR-REG 720-02957
Gabapentin
Capsules

APPENDIX E.1
(PAGE 8 OF 55)

PROTOCOL 945-13: AN OPEN-LABEL MULTICENTER STUDY
IN PATIENTS WITH PARTIAL SEIZURES

LISTING OF PATIENTS HOSPITALIZED DURING THE STUDY

CENTER=8

| PAT NO | ADMISSION | | DISCHARGE | | REASON FOR ADMISSION |
|---|---|---|---|---|---|
| | DAYS ON GBP | DAYS IN 945-13 | DAYS ON GBP | DAYS IN 945-13 | |
| 202 | 500 | 309 | 503 | 312 | SYNCOPIC EPISODES |
| 203 | 171 | 50 | 174 | 63 | CARDIAC PACEMAKER MALFCN |
| 204 | 266 | 169 | 271 | 174 | MASTECTOMY |
| 205 | 151 | 68 | 153 | 70 | DEPRESSION |
| 209 | 241 | 60 | 259 | 78 | SURGICAL WORKUP |
| | | | | * | SURGICAL WORKUP |

DAYS ON GABAPENTIN (GBP) ARE CALCULATED FROM THE FIRST DAY ON GBP IN 945-5 OR 945-6X
BLANKS DENOTE VERIFIED MISSING INFORMATION
* DENOTES COMMENT AVAILABLE
DATE GENERATED: 24SEP91