# EXHIBIT 3

E

**MEMORANDUM**

DATE: December 1, 1992

FROM: Russell Katz, M.D.
Division of Neuropharmacological Drug Products

TO: Members, PCNS Advisory Committee

SUBJECT: Briefing Materials for December 15 meeting, NDA 20-235, Gabapentin for Treatment of Partial Seizures

**BACKGROUND**

This is the package containing background information to be read prior to the meeting on Tuesday, December 15, 1992, at which we will discuss NDA 20-235, Neurontin (gabapentin), submitted by Parke-Davis, for the treatment of partial seizures. Along with the Division's mailing, we are forwarding the sponsor's summary of the data they believe support the safety and effectiveness of the drug. The Division's mailing consists of;

1) The Agenda, Question List, and Committee Membership List,

2) This memo, which gives a summary of the Division's view of the safety and effectiveness data in the NDA, as well as a list (not comprehensive) of the issues we would like the Committee to discuss (TAB T),

3) A Draft version of the Agency's review of the effectiveness data, performed jointly by Dr. Cynthia McCormick, Medical Reviewer in the Division, and Dr. Baldeo Taneja, Statistician in the Division of Biometrics (TAB U),

4) A Draft of the Division's review of the safety data, performed by Dr. McCormick (TAB V).

**NEURONTIN**

NDA 20-235, Neurontin (gabapentin) for the treatment of partial seizures, was submitted by Parke-Davis on January 31, 1992. Of interest is the fact that this drug was discussed in a closed Advisory Committee meeting

F

on October 24, 1991. At that meeting, the Division asked for the Committee's views on a finding of pancreatic acinar cell carcinoma in male rats exposed to gabapentin (the Division had suspended clinical testing of gabapentin as a result of this finding). At that meeting, in which experts in the interpretation of these lesions were invited to participate, the Committee decided that continued clinical testing was warranted, although they recommended that the sponsor perform several additional tests to help further characterize the lesion. The results of these tests will be not be discussed in this memo, but will be discussed at the meeting.

Following is a relatively brief overview of the safety and effectiveness data contained in the NDA.

**EFFICACY**

The sponsor has submitted the results of 4 randomized, placebo controlled, double blind parallel group add-on studies in patients with refractory partial seizures. One of the studies, 945-9/10, represents an unplanned pooling of 2 individual studies, 945-9 and 945-10. These studies were designed as separate, small studies, (each following protocols essentially identical to 945-6) in which the objective was to measure CSF levels of gabapentin. After the trials were complete, the sponsor pooled the results, and presented them as a single study. The combined trial did not detect a statistically significant difference between drug and placebo (although trends were reported), and will not be discussed further in this memo. Therefore, the Division has reviewed in depth the remaining 3 controlled clinical trials.

**877-210p**

This was a randomized, double blind, placebo controlled parallel group trial in patients with refractory partial seizures in which experimental therapy was added-on to the patients' existing AEDs.

Patients on maximum doses of 1 or 2 AEDs who had a history of at least 1 partial seizure/week were eligible for enrollment into the trial. Patients meeting these criteria were randomized into a 3 month baseline period, to be followed by treatment for 14 weeks with gabapentin, 400 mg TID or placebo (during the first 2 weeks of the treatment phase, the dose was

titrated to the maximum dose). During the baseline phase, patients' concomitant AEDs were to be held constant, and their seizure frequency recorded. If, after the 3 month baseline, they still continued to average at least 1 seizure/month, they continued into the treatment phase. The primary outcome variable as stated in the protocol was the Responder Rate, defined as the proportion of patients in each treatment group who experienced a decrease in seizure frequency of at least 50% of their baseline rate.

**RESULTS**

The study was performed at 9 centers in the U.K. A total of 127 patients were randomized, 66 to placebo, 61 to gabapentin. A total of 12 patients withdrew before completion, so that 61 placebo and 54 gabapentin patients completed the study. All patients completed the baseline period.

The sponsor performed 2 analyses. The first set of analyses were performed on an Evaluable Patients Subset, which included those patients who:

1) had a baseline seizure frequency of at least 1/week,

2) had treatment of at least 56 days during the baseline phase, and 56 days during the treatment phase,

3) did not stop treatment for more than 14 consecutive days during the treatment phase.

Additionally, they performed an analysis of an intent-to-treat population, which included all patients who received at least one dose of study medication; therefore, all 127 patients were included in the analysis of Responder Rate. An additional analysis was performed on the Response Ratio, defined as T-B/T+B, where T= Seizure frequency on Treatment, and B= Seizure frequency during baseline (this variable was the primary variable in the 2 subsequent studies, and therefore, it is useful to examine it here). The more negative the value, the greater the reduction in seizures; a value of -0.33 corresponds to a 50% reduction in seizures on treatment compared to baseline. While numeric values calculated according to this formula have no obvious meaning (as opposed to the easily understood seizure frequency, for example), it is related to seizure

frequency, and has statistical properties (e.g., may be more likely to be normally distributed than seizure frequency) that make it amenable to parametric analyses. For the Response Ratio variable, 64 placebo patients and 57 gabapentin patients were included.

The following results were obtained:

| | Evaluable Pts. | Intent-to-Treat |
|---|---|---|
| **Responder Rate** | | |
| Placebo | 6/61 (9.8%) | 6/66 (9.1%) |
| Gabapentin | 13/52 (25%) | 14/61 (23%) |
| **Response Ratio (mean)** | | |
| Placebo | -0.051 | -0.04 |
| Gabapentin | -0.201 | -0.204 |

All appropriate analyses (ANOVA for Response Ratio, Mantel-Haenszel for Responder Rate) yielded 2 sided p-values of less than 0.05 for each variable and each population. The Agency analyses agreed with those of the sponsor. There were no baseline differences on relevant variables (duration of epilepsy, number of concomitant AEDs, baseline seizure frequency). There was, however, a treatment-by-center interaction on the Evaluable Patients ANOVA for Response Ratio (though not for the Intent-to-Treat population), due to the fact that, in 4 of the centers, placebo was superior to gabapentin, with the reverse in the other 5 centers.

**945-6**

This was a randomized, placebo controlled, double-blind, parallel group, add-on trial in patients with refractory partial seizures, in which patients were randomized to either gabapentin 900 or 1200 mg/day or placebo.

Patients on stable, maximum doses of 1-2 AEDs with an average of at least 4 partial seizures/month and no seizure-free period of greater than 4 weeks in the 3 months prior to screening were eligible for the study. Such patients were entered into a 12 week prospective baseline, during

which their seizure frequency was recorded. Patients who experienced at least 2 seizures/month during the baseline phase were eligible to be randomized to one of three treatments: gabapentin 30 mg TID, gabapentin 400 mg TID, or placebo TID, given for 12 weeks, with titration to this dose occurring over the first 2 days of the treatment period. During this treatment phase, concomitant AED levels were to be held constant.

The primary comparison of interest according to the protocol was a comparison of the Response Ratio between the 900 mg/day dose and placebo groups. The randomization was planned for a 2:2:1 ratio to 900, placebo, and 1200 respectively.

## RESULTS

The study was performed at 24 centers in Europe. A total of 272 patients were randomized into the following groups: gabapentin 900 mg/d-111; gabapentin 1200 mg/d-52; Placebo-109. There was general balance at baseline between groups, with the exception of duration of epilepsy. In the 900 mg and placebo groups, the duration was comparable (median 17 and 19 years, respectively), but was 22 years in the 1200 mg/d group.

A total of 20 patients withdrew from treatment prior to completion. The sponsor again performed analyses on 2 populations; an Evaluable patient subset (defined essentially as in the previous study), which included 245 patients, as well as an Intent-to-treat subset, which included 270 patients. The following results were obtained:

|  | Evaluable Pts. (N) | Intent-to-Treat (N) |
|---|---|---|
| **Response Ratio** | | |
| Placebo | -0.028 (99) | -0.017 (109) |
| GBP 900 | -0.154 (96) | -0.138 (109) |
| GBP 1200 | -0.185 (50) | -0.184 (52) |
| **Responder Rate** | | |
| Placebo | 10/99 (10.1%) | 11/109 (10.1%) |
| GBP 900 | 22/96 (22.9%) | 24/109 (22%) |
| GBP 1200 | 14/50 (28%) | 14/52 (26.9%) |

All appropriate tests (ANOVA, van Elteren's test for Response Ratio,

Mantel-Haenszel for Responder Rate) yielded 2 sided p-values of less than 0.05 for each variable and each population for both doses compared to placebo. The Agency analyses agree with those of the sponsor. Additionally, analyses performed by the sponsor (on the Evaluable Patients subset) of dose response showed a statistically significant trend.

**945-5**

This was a randomized, placebo controlled, double blind, parallel group trial comparing the effects of gabapentin 600mg, 1200mg, and 1800 mg/day to placebo. The design was essentially identical to that of 945-6, with the major difference being that there were 3 gabapentin dose groups in this study. The primary comparison of interest according to the protocol was to be gabapentin 1200 mg/day vs placebo for Response Ratio and Percent Change of Seizure Frequency. Patients were to be randomized to 600, 1200, 1800 mg/day and placebo in a ratio of 1:2:1:2 respectively.

**RESULTS**

A total of 306 patients at 15 centers in the U.S. were randomized in the following order: gabapentin 600 mg-53; gabapentin 1200 mg-101; gabapentin 1800mg-54, placebo-98.

Patients were comparable across treatment groups in baseline characteristics, except for numbers of concomitant AEDs at baseline. For the Placebo, 600, and 1200 mg/d doses, the percentage of patients taking 1 AED ranged from 30-39%, and of those taking 2 AEDs was 60-69%. Comparable percentages in the 1800 mg/d group were 52% and 48%, respectively.

Again, the sponsor performed analyses on both Evaluable patient (defined as in the previous studies) and intent-to-treat subsets. (Percent Change in Seizure Frequency has the same characteristics as Response Ratio, and results on this variable will not be discussed further). The following results were obtained:

| | Evaluable Patients (N) | Intent-to-Treat (N) |
|---|---|---|
| **Response Ratio** | | |

| | | |
|---|---|---|
| Placebo | -0.041 (87) | -0.021 (98) |
| GBP 600 | -0.126 (46) | -0.09 (53) |
| GBP 1200 | -0.117 (87) | -0.1 (101) |
| GBP 1800 | -0.228 (48) | -0.222 (54) |
| **Responder Rate** | | |
| Placebo | 8/87 (9.2%) | 8/98 (8.2%) |
| GBP 600 | 9/46 (19.6%) | 9/53 (17%) |
| GBP 1200 | 15/87 (17.2%) | 16/101 (16%) |
| GBP 1800 | 12/48 (25%) | 14/54 (26%) |

Prior to the conduct of this study, the investigators and the sponsor agreed to adopt a standard convention for recording seizure flurries, which represented periods of seizure activity during which individual seizures could not readily be discerned. The convention adopted stated that the period of time, in minutes, of observed seizure activity would be divided by five, and the resulting number would be recorded next to an F. For example, if 15 minutes of seizure activity were noted, this would be recorded as 3F. In the sponsor's analyses, these were counted in daily seizure counts by simply dropping the F designation. In this example, then, while the seizures would be recorded for this time period as 3F, in the calculations they would be considered as 3 seizures.

Because of the arbitrariness of this procedure, the sponsor performed analyses with and without the seizure flurry data. The analyses in which the flurry data were excluded did include patients who had flurries at one time or another, but excluded the specific flurry data for those patients. However, it appears that in the analysis which excluded flurry data, the sponsor may have replaced flurries with a zero (0) count which was then included in the analyses. For example, if a patient had a day in which only seizure flurries were experienced, the sponsor apparently called this a day with zero seizures in the "flurries excluded" analysis (as opposed to dropping that day from a calculation of seizure frequency). As of the date of this writing, we do not know the results of an analysis of the latter type.

All analyses of the GBP 1800 mg group vs Placebo (both variables, Evaluable and Intent-to-treat subsets, Flurries included and excluded) yielded 2 sided p-values less than 0.05.

**FLURRIES INCLUDED**-Analyses of Response Ratio (the primary outcome variable) with Flurries Included for both Evaluable Patients and the Intent-to-Treat subsets did not reach statistical significance for either the 600 or 1200 mg/day groups when compared to placebo. This was also true for analyses of Responder Rate.

**FLURRIES EXCLUDED**-Analyses of Response Ratio (the primary variable) with Flurries excluded yielded a 2 sided p-value of less than 0.05 for the individual comparisons of the 600 and 1800 mg/day to placebo in an analysis of variance for both subsets (p=0.08 for the 1200 mg/day group). Individual comparisons to placebo of all 3 dose groups were statistically significant in both subsets on a van Elteren's Test. Mantel-Haenszel Test on Responder Rate did not reach statistical significance for either the 600 mg/day group (p=0.07 for both subsets) or the 1200 mg/day group (p=0.1 for both subsets).

In summary, in this study, the 1800 mg/day group was statistically significantly superior to placebo in all analyses, for each subset. Analyses of the data with Flurries included yielded significant p-values **only** for the 1800 mg/day group. Analyses of the data with Flurries excluded gave differing results (although they can be considered largely positive), with parametric analyses yielding positive results only for the 600 and 1800 mg/day groups, and with non-parametric analyses positive for **all** dose groups.

In all of these analyses, results were essentially consistent between Evaluable and Intent-to-Treat subsets.

Finally, the sponsor performed a test of dose-response (Jonckheere's test) for the Response Ratio variable (in the Evaluable Patients subset with flurries excluded), in which a significant (p<.0001) trend was found.

It should be noted that the analyses of the efficacy trials were complicated somewhat by at least 2 factors. First, all protocols stated that concomitant AED therapy was to be kept constant during baseline and treatment phases (the lack of kinetic interactions between gabapentin and other AEDs was considered to have been useful in this regard). However, a number of patients in both treatment groups underwent manipulation of

these concomitant drugs in all studies. There appeared to be no important imbalance in this maneuver between treatment groups, and no obvious bias appeared to have been introduced. Nonetheless, this issue is important and will be addressed in somewhat greater detail at the meeting.

The second factor that complicates the analyses is the reliability of the seizure counts. In all studies, patients kept daily diaries of their seizures. This method of data collection is well known to be problematic in this population, and this was reflected in these trials. Of particular concern (that we know about) was how the problem of "seizure flurries" was handled. In 877-210p, the problem of flurries apparently did not arise, but it did become apparent in 945-6, although no standard policy of counting them was adopted. Apparently in this study patients did as well as they could in attempting to count discrete seizures. When they recorded too many to count, they were arbitrarily assigned a value of 10 (somewhat inappropriate, since on other occasions these same patients appeared quite capable of counting many more seizures than 10). As noted above, a standard (though arbitrary) convention was adopted for 945-5, and the results differed depending on whether or not these "flurries" were included in the analyses (with the analyses generally being positive if the flurries were excluded, and negative-save for the 1800 mg dose-when they were included). In any event, there were patients in all studies who had incomplete and/or unquantified data. Again, it did not appear that any important biases were introduced, but this, too, will be explored in somewhat greater detail at the meeting.


## SAFETY

Detailed safety information is presented in the NDA on 2048 people who have received gabapentin. The cutoff date for collection of this data was 6/30/92. These exposures were obtained in 448 patients in Phase 1 studies, and 1607 patients in Phase 2-3 trials (7 patients were in both Phase 1 and 2-3 trials). Of the 1607 patients in Phase 2-3 trials, 1460 were enrolled in epilepsy studies, 102 in studies of spasticity, and 45 had migraine. As of 6/30/92. there were 1971 person-years of exposure to gabapentin.

A total of 1014 patients have received gabapentin for at least 6 months, and 639 have received drug for at least 1 year. Below is an accounting of

N

how many patients have received a given dose for at least 6 months:

900 mg/day-80
1200 mg/day-270
1800 mg/day and greater-567

The maximum dose given has been 3600 mg/day.

**DEATHS**

While detailed safety data is available only for the cohort of 2048, deaths have been reported up through 9/15/92. The cohort of patients from whom these deaths derive is only known approximately, and is believed to be almost 2100.

A total of 25 deaths have occurred in this cohort of 2100, giving a crude mortality rate of 1.2%.

The range of duration on drug in the patients who died was 8 days-1589 days, with 12 occurring after 1 year or more on treatment. Nine (9) patients were receiving 2400 mg/day at the time of death (or most recently prior to death), 4 were receiving 1800 mg/day, and 4 were receiving 1200 mg/day.

According to the sponsor, 13 deaths were epilepsy related, meaning that patients died during a seizure, from aspiration, asphyxia, drowning during a seizure, in status, etc. There were 3 cardiac deaths (1 tamponade after by-pass surgery, 1 CHF and v. fib., and 1 patient with a history of severe CAD, confirmed at autopsy, presumably an MI). There was 1 homicide, 1 spontaneous cerebral hemorrhage, 1 suicide (after having been off drug for a considerable time) and 6 deaths attributed to cancer. In addition, 7 of the deaths occurred after discontinuation of the drug.

Of the 6 deaths related to cancer, 4 were treatment emergent (two cases of lung cancer, one each of lymphoma and astrocytoma). One additional tumor related death was in a patient who had a 5 year stable history of astrocytoma, which showed rapid growth after 113 days on treatment. A final tumor related death occurred in a patient who had had a brain tumor resected 6 years prior to enrollment, and which recurred after 84 days on treatment.

Two deaths are reported as sudden and unexplained, although at least 3 others can be considered so (3 deaths reported as having been related to seizures where no seizures were observed). Considering these 5 as Sudden Unexplained Death in Epilepsy (SUDE) gives an incidence of this syndrome of approximately 1 per 400 patient years. This estimate comports with the greatest estimate of this syndrome reported in the literature, estimates which range from 1 in 400 patient-years to 1 in 1200 patient years. Of course, estimates from historical cohorts are always problematic (witness the wide variation in incidence rates reported), as are comparisons to them from a prospective data base as is contained in this NDA. This issue will be dealt with in greater detail at the meeting.

**DROPOUTS**

Of the 2048 people who received gabapentin, 930, or 45% discontinued treatment. Of these 930, 467 (50%) left due to lack or loss of efficacy,183 (19.7%) left due to adverse reactions, and 296 (32%) were classified as "other" (a review of this latter category revealed that of those for which reasons for discontinuing were provided, there was little of importance). The following chart lists the more common adverse reactions resulting in discontinuation of gabapentin:

| ADVERSE REACTION | N (% of 2048) |
|---|---|
| Convulsions | 39 (1.9%) |
| Somnolence | 23 (1.1%) |
| Death | 23 (1.1%) |
| Ataxia | 15 (.73%) |
| Fatigue | 12 (.58%) |
| Dizziness | 12 (.58%) |
| Nausea and Vomiting | 12 (.58%) |
| Rash | 11 (.54%) |
| Depression and Suicidal Ideation | 10 (.48%) |

It is interesting to note that the most common ADR resulting in discontinuance of therapy is convulsions. Of course, in the epileptic population (convulsions were reported as ADRs **only** in this population), it

is difficult to distinguish between seizures as ADRs and seizures which are simply a manifestation of the underlying disease. However, the 39 cases tabulated here were reported as ADRs, and not included by the sponsor with the 467 patients who discontinued treatment due to lack of efficacy.

A total of 543 patients received gabapentin in controlled trials, compared to 378 receiving placebo. In this cohort, 49/543 (9%) of the drug treated patients discontinued, a total of 12 (2%) due to lack of efficacy and 27 (5%) due to ADRs. A total of 26/378 (7%) of the placebo patients discontinued, 7 (2%) due to lack of efficacy, and 13 (3%) due to ADRs.

## SERIOUS ADVERSE EVENTS

The sponsor reported 78 adverse events as serious, where serious was defined as events which were immediately life threatening, permanently disabling, requiring hospitalization, cancer, overdose, congenital abnormality, or otherwise thought to be of medical concern by the sponsor. The adverse event that was most common in this group was status epilepticus (25/78 or 31%), followed by brain neoplasm (7), depression (7), overdose (6), intracranial hemorrhage (4), pneumonia (3), suicide attempt (2), CVA (2), heart failure (2), breast cancer (2), and subdural hematoma (2).

Only 13 of the 78 were considered by the sponsor to be possibly or probably related to treatment. These included status epilepticus (3), depression (4), overdose (2), and 1 case each of intracranial hemorrhage, allergy, renal failure, and bloody diarrhea.

It should be noted that the 25 cases of status epilepticus that were reported as serious were not the only cases of status seen in association with gabapentin treatment. An additional 37 patients experienced status epilepticus, but were not reported as having a serious ADR because they did not meet the requirements for this designation.

It is interesting to note that 31 patients withdrew from studies because of status epilepticus, and that 13 of these 31 had never had an episode of status previously.



A total of 17 tumors were reported in the gabapentin treated cohort. This included 10 brain tumors (also 1 meningioma), 2 breast cancers, 2 lung cancers, and 1 each of prostate cancer and Non-Hodgkin's Lymphoma. Of the 10 brain tumors, 6 represented recurrences or expansion of pre-existing "stable" tumors, and 3 were treatment emergent. For the brain tumor cases, duration on drug ranged from 20-703 days, with a mean of 274 days.

There was one report of a patient with impaired renal function (enrolled in a Phase 1 study of the effect of impaired renal function on gabapentin excretion) who, after a single 400 mg dose developed acute renal failure from which he has not recovered.

## LABORATORY FINDINGS

There have been few cases of serious laboratory abnormalities noted in association with gabapentin. In addition to the case of acute renal failure after 1 dose, there was an additional case of a 40 year old patient who developed renal failure after 3 months of 900 mg/day (baseline creatinine of 0,8 rose to 4.3). As of the NDA submission, he had not recovered.

In controlled trials, there were no important differences between the incidence of hematologic abnormalities between gabapentin and placebo treated patients, but a total of 4 patients on gabapentin discontinued due to low WBC (lowest WBC count 2200 cells/mm, lowest absolute neutrophil count of 900 cells/mm). A total of 2 cases of thrombocytosis were noted, as was 1 case of thrombocytopenia in a patient who was treated for over 2 years, and also developed hypertension, albuminuria, and hypothyroidism.

## OTHER ADVERSE EVENTS

In controlled trials, the following adverse reactions were reported more often in gabapentin treated patients than in placebo patients:

| Adverse Reaction | Gabapentin | Placebo |
|---|---|---|
| Somnolence | 20 % | 9% |
| Dizziness | 18% | 7% |
| Ataxia | 13% | 6% |

R

| | | |
|---|---|---|
| Fatigue | 11% | 5% |
| Nystagmus | 8% | 4 % |
| Tremor | 7% | 3% |
| Diplopia | 6% | 2% |

A detailed accounting of the adverse events seen in the entire database can be found in Dr. McCormick's draft safety review, page 77. Other than the serious events already discussed, there appears to be little in this accounting of major clinical concern.

**SUMMARY**

The sponsor has submitted the results of 4 randomized controlled trials they believe support the effectiveness of gabapentin as adjunctive treatment for patients with partial seizures. The Agency has reviewed 3 of these trials, but has not reviewed 945-9/10 for the reasons stated earlier.

In addition, the sponsor has submitted detailed safety data on over 2000 people exposed to gabapentin.

The division seeks your advice and counsel about whether or not the data submitted support the approval of this NDA. Specifically, with regard to efficacy, we ask if you can conclude that there are at least 2 adequate and well-controlled investigations demonstrating the effectiveness of gabapentin as a treatment for patients with partial seizures. In particular, we are interested to know if you feel that issues relating to manipulation of concomitant medications and/or the reliability of the seizure frequency data are of concern. Further, discussion about the appropriateness of the outcome measures used in these trials would be of interest. Of interest to us also would be your views about whether or not it is appropriate to approve an anti-epileptic drug without data that speak to its efficacy as monotherapy.

Regarding the safety of gabapentin, we seek your advice about whether you believe the drug is acceptably safe for this population, given the degree of benefit seen. In particular, we would like you to address the issue of the deaths seen in this population, and whether the overall incidence (and the incidence of SUDE) is acceptable. Also, given the signal of carcinogenicity

seen in animals, a discussion of the tumor rate seen in this cohort would be of interest.

Again, thank you for your efforts, and I look forward to seeing you later this month.

Confidential

Pfizer_LAlphs_0001821

**REVIEW AND EVALUATION OF CLINICAL DATA**

| | |
|---|---|
| **NDA:** | 20-235 |
| **Sponsor:** | Parke-Davis Pharmaceuticals |
| **Brand Name(generic name):** | Neurontin® (Gabapentin) |
| **Indication:** | Refractory Epilepsy |
| **NDA Classification:** | 1P |
| **Original Receipt Date:** | January 31, 1992 |
| **Clinical Reviewer:** | Cynthia G. McCormick, M.D. |

DRAFT

## 1.0 Introduction

To review the history for gabapentin briefly, the IND was submitted in 1986 and the development proceeded until 1990 including the completion of three major placebo-controlled trials in partial complex epilepsy, when the Division was informed that pancreatic acinar cell carcinomas were discovered in male Wistar rats treated with 2000 mg/day for 2 years. Interagency discussion, including a presentation of the data to the CDER Carcinogenicity Assessment Committee, led initially to the development being placed on clinical hold and thereafter to restricted use and development in patients with refractory epilepsy. The administrative history of gabapentin is summarized below:

- May 29, 1986 : IND 28,454 received
- November 24, 1986
- May 18,1987 :Restrictions to Phase 1 testing lifted
- June 3, 1987 :Request to export gabapentin (CI-945) to Germany for clinical trials approved
- March 29, 1989 : May proceed with WCBP in studies of patients with partial epilepsy
- August 2, 1989: Telephone call to allow the sponsor to proceed with WCBP and children in study of Lennox Gastaut Syndrome
- August 1990 : Sponsor reports the finding of pancreatic acinar cell carcinoma in male Wistar rats to FDA
- Clinical Hold imposed by FDA
- May 12, 1991: Meeting between the Division and the sponsor to discuss future development of gabapentin
- October 24,1991: PCNS Advisory Committee met and recommended that studies in patients with refractory epilepsy proceed while studies in naive patients remain on hold until additional toxicology information requested by the committee is received and found acceptable
- November 8, 1991 Letter to inform the firm that studies 945-13,945-15 and 945-36 may proceed, but that studies 943-43 and 945-61 will remain on hold
- January 31, 1992: NDA 20-235 submitted
- March 3, 1992 NDA 20-235 filed
- May 29, 1992 : First safety Update submitted
- April , 1992-November 12, 1992: 106 Amendments to NDA filed
- November 2, 1992: Second Safety Update filed

**2.0 Material Reviewed:**
**NDA** Vol 1.1 and Vol 1.69-1.250 and volumes 2.O-24

**3.0 Chemistry**

Chemical Names: 1-(aminomethyl)cyclohexane-acetic acid (IUPAC, CAS)
1-(aminomethyl)cyclohexanessigsaure (WHO)

Molecular Formula: $C_9H_{17}NO_2$

Molecular Weight: 171.24

Formula:

$CH_2NH_2$

$CH_2CO_2H$

Gabapentin

Related Drugs: GABA (gamma-amino benzoic acid)

Dosage Form: Capsules, 100, 300, and 400-MG
Gabapentin is soluble in water and both basic and acidic solutions.

## 4.0 Pharmacology

### Preclinical Pharmacology

Gabapentin was originally synthesized as a GABA structural analog with the idea that it would penetrate the blood brain barrier (unlike GABA) and mimic the actions of GABA in the brain. Gabapentin has been shown to penetrate the blood-brain barrier effectively but it does not interact with GABA receptors, it is not converted to GABA or a GABA agonist. It does not inhibit GABA uptake or degradation. It's site of action is not known. Gabapentin's binding *in vitro* is not affected by valproate, phenytoin, carbamazepine, phenobarbital, ethosuximide, and diazepam, suggesting that its site of action is different from these.

Gabapentin prevents seizures in a number of animal models. It is active against tonic extensor seizures produced by MES in mice and rats and against clonic seizures produced by inhibition of GABA synthesis and GABA receptor antagonists in doses at or lower than other anticonvulsants. Gabapentin does not prevent pentylenetetrazol seizures, as do valproate and ethosuximide which prevent absence seizures. Administration of gabapentin to kindled rats reduces seizures induced by electrical stimulation of the brain and reduces the duration of the seizures electrographically recorded. Gabapentin does not interact with neuronal voltage-sensitive sodium channels (unlike phenytoin and carbamazepine). It modulates glutamate responses mediated by NMDA receptors, but not in a manner similar to MK-801 or glycine site NMDA receptor antagonists. Sponsor's tables 1 and 2 (NDA vol 1.1 page 147-8) compare the effects of gabapentin in animal models of epilepsy as compared to other available anticonvulsants. They are found on the following page(s).

In one study an ineffective dose of gabapentin was given to mice together with one of several reference drugs (phenytoin, carbamazepine, valproate and primidone.) The $ED_{50}$ values obtained for these drugs used against MES induced seizures was lower than for the reference drugs alone, suggesting a role for gabapentin as adjunctive therapy.

TABLE 1. Comparison of Anticonvulsant Actions of Gabapentin in Animal Models to Actions of Other Prototype Anticonvulsant Drugs

| Drug | Maximal Electroshock $ED_{50}$ | | Threshold Pentylenetetrazol Seizures (Mice, IP) | Spontaneous Absence Seizures (Rats, IP) |
|---|---|---|---|---|
| | Rats (PO) | Mice (IP) | | |
| Gabapentin | 9.1 mg/kg (1) | 78 mg/kg (1) | 47 mg/kg (1) | Worsened at 50, 100 mg/kg (18) |
| Phenytoin | 30 mg/kg (66) | 9.5 mg/kg (66) | Not active (66) | Worsened at 80, 160 mg/kg (66) |
| Carbamazepine | 8.5 mg/kg (66) | 8.8 mg/kg (66) | Not active (66) | Worsened at 20, 80 mg/kg (66) |
| Valproate | 490 mg/kg (66) | 272 mg/kg (66) | 149 mg/kg (66) | 100 mg/kg[a] (66) |
| Phenobarbital | 9.1 mg/kg (66) | 22 mg/kg (66) | 13 mg/kg (66) | 5 mg/kg[a,b] (66) |
| Ethosuximide | >1200 mg/kg (66) | >1000 mg/kg (66) | 130 mg/kg (66) | 50 mg/kg[a] (66) |
| Vigabatrin | NT | Not active (68) | Not active (68) | NT |
| Lamotrigine | 2.0 mg/kg (69) | 2 mg/kg PO (69) | Not active (69) | NT |

NT = not tested; ( ) indicates reference number
[a] Lowest dose with significant anticonvulsant action
[b] Not effective at higher dose (20 mg/kg)

TABLE 2. Comparison of Gabapentin to Prototype Anticonvulsants in Tests of Mechanism of Action[a]

| Drug | Modulation of GABA Receptors | Voltage-Sensitive Sodium Channels | Inhibition of GABA Transaminase | Increased GABA Turnover (in vivo) | Inhibition of NMDA Responses | Gabapentin Binding Site |
|---|---|---|---|---|---|---|
| Gabapentin | >175 µM[b] (55) | >175 µM (55) | 6000 µM[c] (38) | 23 mg/kg IP (33) | 200 µM[c] (10,41) | 0.14 µM (43) |
| Phenytoin | 40 µM[c] (69) | 4.0 µM (69) | NT | NT | NT | >1000 µM (43) |
| Carbamazepine | >160 µM (69) | 4.0 µM (69) | NT | NT | NT | >1000 µM (43) |
| Valproate | 120 µM[c] (69) | 10 µM (69) | 8000 µM[c] (38) | 200 mg/kg IP(70) | NT | >1000 µM (43) |
| Ethosuximide | 700 µM (69) | >3500 µM (69) | NT | NT | NT | >1000 µM (43) |
| Phenobarbital | 100 µM (71) | >200 µM (71) | NT | NT | NT | >1000 µM (43) |
| Diazepam | 0.01 µM (72) | 0.7 µM (73) | NT | NT | NT | >1000 µM (43) |
| Vigabatrin | NT | NT | 100 µM (74) | NT | NT | NT |
| Lamotrigine | NT | 21 µM (75) | NA | NT | NT | NT |

NT = Not tested; ( ) indicates reference number

[a] The lowest dose or concentration causing a significant effect is listed

[b] (>) signifies that no interaction was seen; the highest concentration tested is shown

[c] Action observed only at high concentrations irrelevant for anticonvulsant action

**Human Pharmacology**

Multiple does study (Study 945-1)performed at 100-mg, 200-mg and at 400-mg per dose demonstrated higher doses associated with lower bioavailability with the Ae% excreted in urine 79%, 69% and 64% respectively. Multiple doses have also been studied to 600-mg, 800-mg, 1200-mg, and 1600-mg in 4 subjects each (Study 945-57). Ae% for these doses were 65%, 53%, 47%, and 36%. Normalized $AUC_{(600mg)}$ were 53,37, 38 and 29.

Metabolism of gabapentin has not been shown to occur in humans. Radiolabelled gabapentin was 78.6% recovered from urine (N=2) and 9.6-22.8% from feces(N=3). Gabapentin, then, is eliminated primarily by renal excretion. Three studies have elucidated the renal clearance of gabapentin. In these studies the clearance of gabapentin was evaluated in patients with mild(Ccr>60), moderate ($C_{cr}$= 30-60), and severe ($C_{cr}$< 30) renal insufficiency. Gabapentin clearances and $t_{1/2}$ were as follows:

| | $C_{cr}$>60 | $C_{cr}$= 30-60 | $C_{cr}$< 30 |
|---|---|---|---|
| **I** | | | |
| $C_{cr}$ | 89.1 | 52.7 | 4.0 |
| $t_{1/2}$ (hr) | 6.5 | 12.8 | 52 |
| $C_r$ | 81.7 | 44.7 | 8.8 |
| **II** | | | |
| $C_{cr}$ | 114 | 41 | 13 |
| $t_{1/2}$ (hr) | 8.7 | 16.2 | 43.2 |
| $C_r$ | 91.3 | 34.8 | 12.5 |
| **II** | | | |
| $C_{cr}$ | 92 | 36 | 17 |
| $t_{1/2}$ (hr) | 9.4 | 15.2 | 26.7 |
| $C_r$ | 63.4 | 27.3 | 12.9 |

Gabapentin renal clearance has been shown to correlate linearly with creatinine clearance. It is removed from plasma by hemodialysis. In elderly patients, age-related alterations in renal function decrease gabapentin plasma clearance and increase gabapentin elimination half-life.

Gabapentin mean steady state pharmacokinetic parameters following q8h administration are summarized in the following Table:

| Pharmacokinetic Parameter | 300 mg | 400 mg | 600 mg |
|---|---|---|---|
| Cmax (µg/mL) | 4.02 | 5.50 | |
| tmax (hr) | 2.7 | 2.1 | |
| $t_{1/2}$ (hr) | 5.2 | 6.1 | |
| AUC (0-8) (µg•hr/mL) | 24.8 | 33.3 | |
| Ae% (%) | NA | 63.6 | |

ND = Not determined
NA = Not available

Drug interaction studies have not demonstrated interaction with valproic acid, carbamazepine or phenobarbital. Interaction with phenytoin has not been definitively addressed, however. Gabapentin does not appear to induce hepatic mixed function oxidase enzymes responsible for drug metabolism. Gabapentin is not bound to plasma proteins. In patients with epilepsy, gabapentin concentrations in CSF and brain are approximately 20% and 80 % respectively of corresponding steady-state trough plasma concentrations.

Coadministration with oral contraceptive, norlestrin does not affect the pharmacokinetics of norethindrone or ethinyl estradiol. Cimetidine coadministration reduces gabapentin renal excretion to a minor degree and antacid (maalox) reduces the bioavailability of gabapentin (based on $A_e$% 47% vs. 38%).

No effect of food has been demonstrated on the bioavailability of gabapentin.

**Toxicology**

Single and multiple dose toxicity has been evaluated in mice and rats, monkeys, and dogs. Fertility and reproductive effects were evaluated in rats, teratogenicty in mice, and a perinatal/postnatal study was performed in rats. The genotoxic potential was assessed in bacterial and mammalian cell mutagenicity assays, two chromosome assays, and an *in vivo* micronucleus assay. The single and multiple dose toxicity of a lactam degeneration product of gabapentin was also evaluated. A special study was conducted to evaluate the onset and features of hyaline droplets found in male rat kidneys. The carcinogenic potential of gabapentin was evaluated in mice and rats. Please refer to pharmacology review for further review and evaluation of these toxicology studies.

## 5.0 Proposed Indications-Dosage Form-Route of Administration

Gabapentin is an anticonvulsant available as 100, 300 and 400-MG capsules for oral administration. Gabapentin is indicated as adjunctive treatment of refractory partial epilepsy in adults . Maximum labeled dose is 1200 mg/day.

## 6.0 Clinical Data Sources

**Primary Development Program**

The gabapentin clinical development program has consisted of 35 clinical 46 pharmacology studies and 43 clinical studies of which 8 were placebo-controlled clinical trials, 23 uncontrolled studies in epilepsy and 12 were studies in migraine and epilepsy. An additional trial (N of 3 patients ) was conducted in Huntington's chorea. The table below displays the number of patients participating in each group of studies and of these, how many received gabapentin (within that grouping).

**Number of patients in the Gabapentin program**

| | Total | Gabapentin |
|---|---|---|
| Clinical Pharmacology Studies | 462 | 448 |
| Clinical Studies | 1654 | 1607 |
| Clinical Epilepsy Studies | 1507 | 1460 |
| Spasticity and Migraine Studies | 147 | 147 |
| Total Participants | 2109 | 2048 |

**Demographics**

Clinical Pharmacology
Demographic data collected during clinical pharmacology studies included patient characteristics relative to sex, age, race and Broca Index. Broca Index, where 1.0 defines ideal weight, is defined by the following:

$$\text{Broca Index} = \frac{\text{Weight (kg)}}{[\text{height}-100] \times f}$$

Where f=.9 for men and .85 for women

Of the 410 and 52 patients who participated in phase 1 studies, 68% were male and 32% were female, 68% were white and 6% were black, 25% were other or not stated. The mean age of participants in these studies was 36 years of age and the range was 17-78 years. The mean Broca Index for pharmacokinetics studies was 1.13. Further breakdown by subject and patient is seen in Sponsor's Table 4 [1]. This can be found on the following two pages.

[1]NDA vol 1.70 pages 24- 25

TABLE 4. Clinical Pharmacology Safety Database: Summary of Subject or Patient Characteristics
[Number (%) of Subjects or Patients]
(Page 1 of 2)

| Study | Number | Sex | | Race | | | | Age (yr) | | Broca Index |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black | Other | NS[a] | Mean | Range | Mean |
| Subjects | | | | | | | | | | |
| 104-001 | 8 | 8 (100) | | | | | 8 (100) | | | |
| 104-002 | 6 | 6 (100) | | | | | 6 (100) | 24 | 21-32 | 1.01 |
| 104-005 | 9 | 9 (100) | | | | | 9 (100) | 46 | 22-63 | 1.03 |
| 877-070 | 9 | 9 (100) | | | | | 9 (100) | 25 | 22-32 | 1.01 |
| 877-072 | 12 | 12 (100) | | | | | 12 (100) | 25 | 20-32 | 0.97 |
| 877-073 | 12 | 12 (100) | | | | | 12 (100) | 26 | 20-31 | 0.97 |
| 877-074 | 8 | 8 (100) | | | | | 8 (100) | 26 | 22-33 | 1.02 |
| 877-076 | 6 | 6 (100) | | | | | 6 (100) | 26 | 20-33 | 0.99 |
| 880-051 | 6 | 6 (100) | | | | | 6 (100) | | 22-28 | |
| 945-3-0 | 12 | 12 (100) | | 11 (92) | | | 1 (8) | 23 | 18-39 | 1.16 |
| 945-7-0 | 14 | 9 (64) | 5 (36) | 14 (100) | | | | 23 | 18-44 | 1.02 |
| 945-12-0 | 8 | 5 (63) | 3 (38) | 8 (100) | | | | 24 | 18-39 | 1.04 |
| 945-17-0 | 12 | 11 (92) | 1 (8) | 12 (100) | | | | 33 | 21-48 | 1.10 |
| 945-35-0 | 6 | 6 (100) | | 6 (100) | | | | 23 | 21-26 | 0.97 |
| 945-37-0[b] | 10 | 9 (90) | 1 (10) | 10 (100) | | | | 48 | 24-62 | 1.12 |
| 945-38-0[b] | 20 | 14 (70) | 6 (30) | 20 (100) | | | | 52 | 19-74 | 1.13 |
| 945-39-0 | 12 | 12 (100) | | 12 (100) | | | | 46 | 30-66 | 1.22 |
| 945-40-0 | 36 | 18 (50) | 18 (50) | 34 (94) | 2 (6) | | | 50 | 20-78 | 1.17 |
| 945-46 | 15 | 10 (67) | 5 (33) | | | | 15 (100) | 31 | 25-64 | |
| 945-47-0 | 16 | 6 (38) | 10 (63) | 15 (94) | 1 (6) | | | 39 | 31-59 | 1.21 |
| 945-48-0 | 12 | 7 (58) | 5 (42) | 10 (83) | 2 (17) | | | 35 | 19-60 | 1.21 |

[a] NS = Not specified
[b] Includes participants with renal dysfunction
[c] Patients with epilepsy

TABLE 4. Clinical Pharmacology Safety Database: Summary of Subject or Patient Characteristics
[Number (%) of Subjects or Patients]
(Page 2 of 2)

| Study | Number | Sex | | Race | | | | Age (yr) | | Broca Index |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black | Other | NS[a] | Mean | Range | Mean |
| Subjects (continued) | | | | | | | | | | |
| 945-54-0 | 20 | 9 (45) | 11 (55) | 17 (85) | 3 (15) | | | 41 | 23-64 | 1.11 |
| 945-55-0 | 20 | 18 (90) | 2 (10) | 19 (95) | | 1 (5) | | 31 | 19-56 | 1.12 |
| 945-57-0 | 24 | 19 (79) | 5 (21) | 21 (88) | 3 (13) | | | 34 | 21-54 | 1.18 |
| 945-58-0 | 12 | 10 (83) | 2 (17) | 12 (100) | | | | 37 | 21-63 | 1.04 |
| 945-59-0 | 13 | | 13 (100) | 10 (77) | 2 (15) | 1 (8) | | 25 | 18-36 | 1.04 |
| 945-62-0[b] | 20 | 11 (55) | 9 (45) | 10 (50) | 9 (45) | 1 (5) | | 47 | 21-69 | 1.24 |
| 945-63-0[b] | 11 | 7 (64) | 4 (36) | 4 (36) | 5 (45) | 2 (18) | | 41 | 20-66 | 1.18 |
| 945-64-0[b] | 20 | 12 (60) | 8 (40) | 18 (90) | 2 (10) | | | 40 | 25-68 | 1.15 |
| 945-68-0 | 21 | 4 (19) | 17 (81) | 20 (95) | | 1 (5) | | 34 | 22-51 | 1.14 |
| Subtotal | 410 | 285 (70) | 125 (30) | 283 (69) | 29 (7) | 6 (1) | 92 (22) | 37 | 18-70 | 1.12 |
| Patients[c] | | | | | | | | | | |
| 877-035 | 12 | 5 (42) | 7 (58) | | | | 12 (100) | 34 | 19-58 | 1.11 |
| 880-032 | 6 | 3 (50) | 3 (50) | | | | 6 (100) | 40 | 20-65 | |
| 945-1 | 8 | 8 (100) | | 8 (100) | | | | 31 | 24-39 | 1.10 |
| 945-44-0 | 14 | 8 (57) | 6 (43) | 13 (93) | 1 (7) | | | 31 | 17-47 | 1.33 |
| 945-45-0 | 12 | 3 (25) | 9 (75) | 12 (100) | | | | 32 | 23-53 | 1.24 |
| Subtotal | 52 | 27 (52) | 25 (48) | 33 (63) | 1 (2) | | 18 (35) | 33 | 17-65 | 1.21 |
| ALL | 462 | 312 (68) | 150 (32) | 316 (68) | 30 (6) | 6 (1) | 110 (24) | 36 | 17-70 | 1.13 |

a NS = Not specified
b Includes participants with renal dysfunction
c Patients with epilepsy

Clinical Studies

Demographic data collected during clinical studies (of epilepsy) included the same patient characteristics noted in pharmacology studies as well as measures of severity of epilepsy. Measures of severity of disease state included duration of epilepsy, number of concurrent AED's, and baseline seizure frequency. The average duration of epilepsy in all clinical studies was 21 years and the mean seizure frequency (per 28 days) was 10 with a range of 0-1093 seizures. The mean number of concurrent antiepileptic drugs was 2. Of the 2048 patients who participated in gabapentin clinical epilepsy studies, 54% were male and 46% were female, 71 % were white and 2 % were black, 27 % were other (some of these were caucasian but not coded as white, oriental/Asian, Native American or not stated). The mean age of participants in these studies was 32 years of age and the range was 3-73 years. The mean Broca Index for clinical epilepsy studies was 1.15 . Further breakdown by subject and patient is seen in Sponsor's Table B-4 [2]. This can be seen on the following page (12).

Overall Population

Of the 2048 patients who participated in all gabapentin studies, 1169 (57%) were male and 879(43%) were female, 1348 (66%) were white , 59 (3%) were black, 47(2%) were Asian and 594 (29%) were not stated. The overall age distribution for the total exposed population of 2048 patients less 14 patients about whom age data was not collected during Clinical Pharmacology Studies is as follows:

| Age | Number (%) |
|---|---|
| <40 | 1443 (71%) |
| 40-64 | 532 (26%) |
| ≥65 | 59 (3%) |
| Total Specified | 2034 |

**Extent of Exposure to Gabapentin**

The sponsor, in Table 3[3] (page 13) tabulates the total number of patients involved in clinical studies by duration of exposure (weeks). It can be seen that 50% (1015) of patients have been treated with gabapentin for over 6 months; 31% (631 patients) have been treated for over one year, (342)17% for more than 2 years; and 5% (98 patients) have been treated form more than 4 years in open-label studies. Only 1% (11) of patients have been treated past 5 years, including four patients who have been treated for 7 years. For the all 2048 patients exposed to Gabapentin studies, the mean duration of exposure to Gabapentin was 36 weeks.

---

2 Second Safety Update vol 24.1 pages 189

3 NDA Vol. 25.1, revised ref 74

# APPENDIX B.4.
## Summary of Demographic Data and Disease Characteristics for Patients Who Received Gabapentin in All Epilepsy Studies

### Summary of Demographic Data for Patients Who Received Gabapentin in All Epilepsy Studies

| Study | Number of Patients[a] | | Number of Patients: Sex: Male | | Female | | Race: White | | Black | | Other | | NS | | Age (yr): Mean | | Range | | Broca Index[b]: Mean | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 |
| PLACEBO-CONTROLLED ADD-ON THERAPY STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 543 | 543 | 301 | 301 | 242 | 242 | 410 | 410 | 7 | 7 | 7 | 7 | 19 | 19 | 34 | 34 | 12-70 | 12-70 | 1.16 | 1.16 |
| PLACEBO-CONTROLLED MONOTHERAPY STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 15 | 15 | 6 | 6 | 9 | 9 | 13 | 13 | 1 | 1 | 1 | 1 | 0 | 0 | 8 | 8 | 4-12 | 4-12 | NA | NA |
| UNCONTROLLED STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 1353[c] | 1355 | 729 | 729 | 624 | 626 | 988 | 989 | 29 | 29 | 41 | 41 | 295 | 296 | 32 | | 3-73 | 3-73 | 1.14 | 1.14 |
| TOTAL | 1458 | 1460 | 782 | 782 | 676 | 678 | 1040 | 1041 | 29 | 29 | 41 | 41 | 340 | 349 | 32 | 32 | 3-73 | 3-73 | 1.15 | 1.15 |

NA - Not applicable
[a] Some patients received gabapentin in more than one study. These patients are counted only once in summaries for the total population.
[b] Calculated for studies with adult patients
[c] Corrected from 1347 given in SU1

### Summary of Disease Characteristics of Patients Who Received Gabapentin in All Epilepsy Studies (Number of Patients)

| Study | Duration of Epilepsy (yr)[a]: Mean | | Range | | Number of Concurrent Antiepileptic Drugs: 0 | | 1 | | 2 | | >2 | | Baseline Partial Seizure Frequency Per 28 Days[a]: Median | | Range | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 |
| PLACEBO-CONTROLLED ADD-ON THERAPY STUDIES | | | | | | | | | | | | | | | | |
| Subtotal | 21 | 21 | 0-59 | 0-59 | 1 | 1 | 168 | 168 | 329 | 329 | 45 | 45 | 10 | 10 | 0-1093 | 0-1093 |
| PLACEBO-CONTROLLED MONOTHERAPY STUDIES | | | | | | | | | | | | | | | | |
| Subtotal | 0 | 0 | 0 | 0 | 33 | 33 | 0 | 0 | 0 | 0 | 0 | 0 | NA | NA | NA | NA |
| UNCONTROLLED STUDIES | | | | | | | | | | | | | | | | |
| Subtotal | 20 | 20 | 0-63 | 0-63 | 43 | 43 | 358 | 353 | 682 | 676 | 270 | 283 | 9 | 10 | 0-1093 | 0-1093 |
| TOTAL[b] | 20 | 20 | 0-63 | 0-63 | 43 | 43 | 382 | 377 | 758 | 752 | 275 | 288 | 9 | 10 | 0-1093 | 0-1093 |

NA - Not applicable
[a] Data not obtained for all studies
[b] Some patients received gabapentin in more than one study. These patients are counted only once in summaries for the total population.

TABLE 3. Summary of Length of Time Patients Were Exposed to Gabapentin During Clinical and Clinical Pharmacology Studies: Second Safety Update Data

| Gabapentin Treatment | Cumulative Number (%) of Patients |
|---|---|
| ≥ Dose | 2048 (100) |
| >1 Day | 1905 (93) |
| >1 Week | 1636 (80) |
| >2 Weeks | 1579 (77) |
| >4 Weeks | 1478 (72) |
| >6 Weeks | 1437 (70) |
| >8 Weeks | 1406 (69) |
| >10 Weeks | 1350 (66) |
| >12 Weeks | 1328 (65) |
| >16 Weeks | 1182 (58) |
| >20 Weeks | 1091 (53) |
| >24 Weeks | 1015 (50) |
| >36 Weeks | 793 (39) |
| >52 Weeks | 639 (31) |
| >78 Weeks | 456 (23) |
| >104 Weeks | 342 (17) |
| >130 Weeks | 247 (12) |
| >156 Weeks | 198 (10) |
| >182 Weeks | 141 (7) |
| >208 Weeks | 93 (5) |
| >234 Weeks | 39 (2) |
| >260 Weeks | 24 (1) |
| >286 Weeks | 11 (1) |
| >312 Weeks | 7 (<1) |
| >338 Weeks | 5 (<1) |
| >364 Weeks | 4 (<1) |

**Exposure by dose and duration**

Sponsor's Table 4 [4] shown on the following page of this review, depicts distribution of subjects in the Clinical Safety Database (does not include the pharmacokinetic studies) by dose and duration of exposure to gabapentin. Nearly all (1607 number) Gabapentin-treated subjects in clinical studies received between 900 and 1800 mg/d of Gabapentin. Expressed in patient weeks of exposure, it can be seen that 31,291 patient-weeks of exposure were attained at the 1200-MG dose, 21,715 patient-weeks at the 1800-MG dose and 34,039 patient-weeks were attained at the 2400-MG dose.

[4] NDA Vol 24.1 Page 013

TABLE 4. Clinical Safety Database: Summary of Patient Exposure to Placebo or Gabapentin[a] by Dosage

| Length of Treatment (weeks) | Placebo | | Gabapentin (GBP) (mg/day) 300 | | 600 | | 900 | | 1200 | | 1800 | | 2400 | | 3600 | | Any GBP[b] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 |
| ≤1 Day | 1 | 1 | 264 | 264 | 493 | 468 | 99 | 99 | 42 | 40 | 41 | 40 | 16 | 21 | 5 | 5 | 14 | 14 |
| >1 Day - ≤1 | 9 | 9 | 349 | 364 | 670 | 699 | 390 | 409 | 145 | 147 | 324 | 343 | 134 | 144 | 4 | 4 | 38 | 37 |
| >1 - ≤2 | 14 | 13 | 72 | 75 | 272 | 277 | 73 | 76 | 164 | 150 | 218 | 215 | 67 | 67 | 9 | 9 | 12 | 13 |
| >2 - ≤4 | 43 | 44 | 46 | 48 | 129 | 132 | 89 | 90 | 298 | 300 | 353 | 355 | 135 | 135 | 11 | 11 | 74 | 74 |
| >4 - ≤6 | 17 | 17 | 33 | 33 | 56 | 55 | 49 | 46 | 132 | 137 | 219 | 223 | 120 | 118 | 2 | 2 | 40 | 41 |
| >6 - ≤8 | 10 | 10 | 6 | 6 | 24 | 25 | 48 | 48 | 70 | 70 | 85 | 84 | 55 | 59 | | 1 | 29 | 28 |
| >8 - ≤10 | 28 | 28 | 31 | 31 | 36 | 36 | 41 | 43 | 73 | 71 | 71 | 69 | 42 | 42 | 1 | 2 | 54 | 55 |
| >10 - ≤12 | 84 | | 3 | 3 | 35 | 35 | 25 | 24 | 63 | 60 | 56 | 54 | 45 | 45 | 2 | 2 | 23 | 23 |
| >12 - ≤16 | 111 | | | 2 | 41 | 40 | 62 | 60 | 147 | 149 | 79 | 81 | 53 | 51 | 2 | 2 | 145 | 45 |
| >16 - ≤20 | 115 | 116 | 2 | 2 | 10 | 13 | 57 | 55 | 73 | 76 | 52 | 50 | 39 | 38 | | | 89 | 90 |
| >20 - ≤24 | 32 | | | | 8 | 9 | 16 | 15 | 38 | 39 | 33 | 34 | 30 | 25 | | 1 | 78 | 76 |
| >24 - ≤36 | 13 | | 2 | 2 | 17 | 17 | 39 | 39 | 75 | 75 | 54 | 48 | 83 | 78 | | | 222 | 222 |
| >36 - ≤52 | 1 | | | | 2 | 2 | 13 | 14 | 53 | 51 | 47 | 36 | 94 | 71 | 1 | | 208 | 153 |
| >52 - ≤78 | | | 3 | 3 | 3 | 3 | 6 | 11 | 55 | 60 | 23 | 37 | 78 | 67 | | | 228 | 170 |
| >78 - ≤104 | | | | | 1 | 1 | 6 | 9 | 16 | 17 | 20 | 34 | 30 | 64 | 1 | | 90 | 124 |
| >104 - ≤130 | | | | | | | 1 | 1 | 11 | 13 | 15 | 11 | 30 | 37 | | | 74 | 95 |
| >130 - ≤156 | | | | | | 1 | 4 | 3 | 10 | 4 | 8 | 5 | 26 | 20 | | 1 | 57 | 49 |
| >156 - ≤182 | | | | | 1 | 1 | 2 | 2 | 13 | 12 | 5 | 9 | 1 | 25 | | | 76 | 57 |
| >182 - ≤208 | | | | | | | | | 6 | 10 | | 6 | | 12 | | | 31 | 48 |
| >208 - ≤234 | | | | | | | | 1 | 14 | 3 | | 4 | | 2 | | | 12 | 54 |
| >234 - ≤260 | | | | | | | | | 3 | 6 | 1 | | | | | | 4 | 15 |
| >260 - ≤286 | | | | | | | | | 1 | 13 | | | | | | | | 13 |
| >286 - ≤312 | | | | | | | | | 1 | 3 | 1 | | | | | | 3 | 4 |
| >312 - ≤338 | | | | | | | | | | 1 | | | | | | | 3 | 2 |
| >338 - ≤364 | | | | | | | | | | 1 | | | | | | | | 1 |
| >364 - ≤390 | | | | | | 1 | | | | 1 | | | | | | | | 4 |
| **Patient-Weeks of Exposure** | | | | | | | | | | | | | | | | | | |
| Safety Update 1 | 6348 | | 1294 | | 5036 | | 7715 | | 28055 | | 18328 | | 26081 | | 222 | | 86731 | |
| Safety Update 2 | 6366 | | 1325 | | 4941 | | 8363 | | 31291 | | 21715 | | 34039 | | 307 | | 101980 | |

[a] A patient may be included in more than one column, as some patients received both placebo and/or more than one dosage of gabapentin.

[b] One person received 8000 mg gabapentin during 1 day.

## 7.0 Efficacy Findings

### 7.1 Overview of Studies Pertinent to Efficacy.

Three adequate and well controlled studies are offered as evidence for efficacy. They attempt to evaluate Gabapentin as adjunctive therapy in patients with refractory epilepsy who are maintained on a base of 1-2 antiepileptic drugs. The designs of the studies are similar on the surface, for example, baseline seizure counts to verify an adequate number of events is performed in all studies. This is followed by a comparison period between the improvement on treatment with improvement on placebo as manifested by reduction in seizure events.

The studies vary as to whether randomization occurs before baseline and or just before treatment, how clusters of seizures are counted, how many concomitant AEDs are included in the maintenance regimen, doses of medication, what the primary measures of efficacy are, and in the final analysis, which patients will be considered in the determination of efficacy.

### 7.2 Summary of Studies Pertinent to Efficacy

A summary of patient treatment in the major controlled trials and two minor (considered supportive) trials is shown below. A total of 792 patients were involved in controlled studies of gabapentin as adjunctive treatment in partial epilepsy, and of these 543 received gabapentin.

**Table: Number of Patients at Each Dose of Gabapentin or Placebo in Placebo-Controlled Add-On Therapy Studies**

| | Placebo | Gabapentin (mg/day) | | | | | Total |
|---|---|---|---|---|---|---|---|
| Study Number | | 600 | 900 | 1200 | 1800 | all doses | Patients |
| 877-210P | 66 | NA | NA | 61 | NA | 61 | 127 |
| 945-5 | 98 | 53 | NA | 101 | 54 | 208 | 306 |
| 945-6 | 109 | NA | 111 | 52 | NA | 163 | 272 |
| 945-9/10 | 34 | NA | 36 | 17 | NA | 53 | 91 |

**Study 877-210p**

**Materials Reviewed:** Integrated Summary of Efficacy, protocol and amendments, Study Report, appendices and tabulated summary data, listings of seizure counts per day (Ref 15), all CRF's (Ref 20), and summary of exposure clinical tracking for all patients enrolled in 877-210P.

**Title:** A double-blind, placebo-controlled, multicenter study to determine the safety and efficacy of gabapentin as add-on therapy in the treatment of partial seizures.

**Objectives**: The primary aim of this study was to determine the efficacy of gabapentin 1200 mg/day with placebo as adjunctive therapy in medically refractory patients with partial seizures.

**Study Protocol**

**Subjects:** 120 patients (male or female) over 12 years of age, normal weight, documented chronically medically uncontrolled epileptics suffering from partial seizures (simple and complex partial types) were planned. Patients would be refractory to available (not investigational) antiepileptics in maximum tolerated doses and would experience an average of a minimum of one (1) seizure per week.

Patients were to have been on stable dosage regimens for three (3) months prior to screening. A stable regimen was defined as one or two AEDs at doses giving plasma levels in a specified range and doses at the maximum tolerated (determined by clinical "toxicity") for at least 3 months during the baseline period.

Patients would be excluded from selection to the study on the basis of history or evidence of a progressive structural CNS disease (eg. tumors), systemic illness involving kidney or liver or chemical evidence thereof[5], leukopenia[6], recent use of one or more investigational medications, changes in concomitant drugs during 3 months prior to baseline, substance abuse, pregnancy or lactation or possibility of non-completion of the trial.

**Study Design**: The patients were to be screened for eligibility according to the entrance criteria described. Once selected, they would be randomized to a particular treatment and then entered into a baseline phase lasting 3 months (designated **weeks -12 to -1**). This period would serve as a time for obtaining baseline seizure frequencies on the one or two antiepileptic maintenance drugs. From **weeks 0-2** patients would be exposed to half the target treatment dose of study drug. From **weeks 3-14** patients were to receive study drug on a TID schedule, consisting of either 400 mg (2 caps) TID of Gabapentin or 2 capsules of placebo TID. During this time seizure counts would continue to be recorded at home and transcribed from diaries onto CRFs at regular intervals. During this time no changes would be allowed in doses of study drug or in doses of concomitant antiepileptic drugs. Additional medication could be given only in the event of intercurrent illness or severe side effects. The study design is depicted in Figure 1 on the following page (18).

---

5 alkaline phosphatase, SGOT, SGPT over twice the upper limit of the normal range, or Gamma-GT over three times the normal range at screening.

6 counts below 3,000/$mm^3$

NDA #20-235 Clinical Review DRAFT! 18

DOSAGE PLAN
Enclosure B
Baseline of 3 months
Safety Phase
Treatment Phase
Interim Phase
Continuation treatment
c1) Monotherapy
c2) Add-on therapy
b) interim Supplies
a) wash-out
1200 mg
1 x 2 caps. à 200 mg
600 mg
Standard anti-epileptic drug, dayly dosage
1 x 1 caps. à 200 mg
Gabapentin
-12 Weeks
0
2
14
18
20
1 x 1 caps.
1 x 2 caps. Placebo
3 x 2 caps. à 200 mg 1200 mg
d) Initiation of Gabapentin
Start of Trial
End of Trial

Confidential Pfizer_LAlphs_0001840

**Planning of Sample Size.** The sample size of 120 randomized patients was based on the following assumptions: responder rate of 15% with placebo, 45% with gabapentin, a type I error of 5%, a and power of 80% (two-sided), and a drop-out rate of 20%.

**Analysis Plan.** The main target variable in the comparison of placebo and Gabapentin was to be the Responder Rate, the frequency of responders (reduction in seizure frequency of more than 50%). Patients who discontinued the study due to lack of effect would be counted as non-responders. The responder rates were to be analyzed in a log-linear model with the factors treatment (placebo, Gabapentin) and center. The 95% confidence interval would be estimated in each treatment group. Inference statistics would only be performed in the responder analysis.

Tabular summaries of seizure frequencies and type of seizure before and after medication would be used. Summarizing statistics (arithmetic mean, standard deviation, minimum, median, maximum), frequencies of percent changes in the classes -100% to -50%, -49% to 0%, +1% to 50%, 51% or greater would be prepared graphically and the percent changes presented in cumulative distribution curves.

The seizure-free days during the baseline period and under therapy would be determined and the mean seizure-free interval calculated. These figures would be presented using frequency tables and summarizing statistics (see above). Changes in seizure type would be counted in frequency tables.

**Study Conduct/Outcome.** The study proceeded according to protocol with some exceptions. In some cases patients were allowed directly into the 2-week study drug introduction safety phase if they had maintained a 3 months' seizure diary and three consecutive AED levels were measured during this period.[7]

Patients in the study maintained their baseline AED regimen at the doses established during baseline. The regimen consisted of 1-2 antiepileptic drugs excluding benzodiazepines as specified in the protocols. There were exceptions to this which included patients who were maintained on >2 AEDs and of patients who received additional benzodiazepines on a prn basis. Deviations from the protocol included patients who did not maintain their established concomitant drug regimen or who took medications not approved for the study because of their psychotropic effect. Depending on the magnitude or type of protocol variations certain of the above patients were removed from the efficacy analysis by the firm.

Patients were administered study drug on a TID schedule. Study drug consisted either of placebo, one 200-MG capsule TID or gabapentin, one 200-MG capsule TID during the 2-

---

7 Reference 37. 8-5-1992: It was noted in the 877-210p report that there were a number of patients who bypassed the baseline period if there were adequate seizures in the diary that the patient had maintained at home.

week drug introduction phase; and placebo, two capsules TID or gabapentin, two 200-MG capsules TID during the 12-week treatment phase. Protocol variations occurred that included patients who stopped study drug for <6 days, 6-14 days, and > 14 days and permanently stopped the study drug.

Patients maintained seizure diaries in which the number and type of seizure was recorded and later transcribed to a CRF (case report form). The efficacy variables were then analyzed on the basis of partial seizures per 28 days. Estimations in seizure counts occurred frequently , particularly in the first period of counting. Seizure estimates were in some cases expressed in the CRF's as "> *number*" . In cases where seizure counts could not be accurately measured and the patient reported "many seizures" the seizure count for the purposes of calculation was determined to be "10".[8] Deviations from protocol included patients who did not maintain regular seizure diaries. Depending on the magnitude of this variation certain patients were removed from the efficacy analysis by the firm. Specifically if <56 days were represented in the seizure diary, the patient's data were omitted from analysis of efficacy.

Protocol variations which did not result in exclusion of data included the following: change in study medication or concurrent AED; study medication stopped for < 14 days within the double blind period; discontinuation of concurrent AED; or concurrent use of a beta blocker, and concomitant use of > 2 AED's.

**Chronology**
Date Protocol Prepared: February 1986
Starting Date: May 19, 1986
Completion Date: August 10, 1987
Dates of Amendment: Amendment #1 April 11, 1986
Criteria for Evaluable Patients developed: September 6, 1988
Criteria for Evaluable Patients expanded and modified March 23, 1989[9]

A total of 9 centers in the UK were involved in the study. The center numbers, the names of the investigators, and number of patients entering Double-Blind Phase are summarized in Table 1 on the following page. Of 127 patients that completed baseline and entered the double blind phase, 61 received gabapentin whereas 66 received placebo.

---

[8] Information requested of the firm and provided by correspondence dated June 1,1992. Ref 15. This convention was not established in the protocol.

[9] FDA Request #41: When were the criteria for evaluable patients developed (date) in each study? Documentation in Efficacy Appendix (Sponsor's Attachment 2A and 2B). The "United Kingdom" Study referred to was 877-210P.

Table 1 Centers and Investigators
Study 877-210P

| CENTER NUMBER | INVESTIGATOR(S) | NUMBER OF PATIENTS | | |
|---|---|---|---|---|
| | | Placebo | Gabapentin | Total |
| 211 | D. W. Chadwick | 10 | 7 | 17 |
| 212 | V. H. Patterson | 8 | 7 | 15 |
| 213 | H. G. Boddie | 5 | 6 | 11 |
| 214 | D. Bates<br>N. E. F. Catlidge | 10 | 9 | 19 |
| 215 | G. Yuill<br>D. Shepherd | 6 | 5 | 11 |
| 216 | P. Newman<br>M. Saunders | 8 | 7 | 15 |
| 218 | P. Cleland | 7 | 6 | 13 |
| 219 | W. J. K. Cumming | 4 | 5 | 9 |
| 220 | G. S. Venables<br>R. Knight | 8 | 9 | 17 |
| TOTAL NUMBER OF PATIENTS | | 66 | 61 | 127 |

**Patient Disposition.** Twelve patients were withdrawn from the study. The reasons for withdrawal and the latency to withdrawal from randomization are expressed in the following table which illustrates the flow of patients from screening to completion of the double blind phase and reasons for discontinuation from the study.

Patient Flow-Study 877-210P

| Patients | Placebo | Gabapentin | Total |
|---|---|---|---|
| Randomized | 66 | 61 | 127 |
| Withdrawals | | | |
| Adverse Events | 4 | 7 | 11 |
| Late Entry | 1 | 0 | 1 |
| Completed | | | |
| Weeks 1-2 | 65 | 58 | 123 |
| Weeks 3-4 | 64 | 57 | 121 |
| Weeks 5-8 | 64 | 57 | 121 |
| Weeks 9-12 | 62 | 56 | 118 |
| Weeks 13+ | 61 | 54 | 115 |
| Discontinued TX[10] | | | |
| <14 days | 3 | 4 | 7 |
| >14 days | 1 | 3 | 4 |

It can be seen that with the exception of the one patient who was withdrawn from this study because of late entry, all others who withdrew appeared to have done so because of adverse events. While there were no dropouts due to lack of efficacy overtly, there were additional patients who failed to complete treatment, maintain a seizure diary or both. These patients are found among those who were excluded from efficacy analysis. Not all patients who withdrew from treatment were excluded from efficacy analysis. There were 3 (5%) patients in the gabapentin group and 1(2%) in the placebo group who missed study drug for a coherent interval of >14 days during the double blind treatment phase and were therefore omitted from the data set for efficacy analysis by the firm. The total number of patients excluded from the efficacy analysis by the firm was 14--8 from the gabapentin-treated group and 6 from placebo. The time to withdrawal is shown graphically in Sponsor's Appendix B.21 (following page).

[10] Several cases of reduced dose of study drug were reported but exact doses were not documented.

NDA #20-235 Clinical Review DRAFT! 23

APPENDIX B.21

CT 877-210: GABAPENTIN AS ADD-ON THERAPY IN MEDICALLY UNCONTROLLED PARTIAL EPILEPSY (PARTIAL ARM, DOUBLE-BLIND TREATMENT)

TIME OF WITHDRAWAL
CUMULATIVE DISTRIBUTION
POPULATION: RANDOMIZED PATIENTS
PHASE: DOUBLE-BLIND TREATMENT

20
15
% 10
5
0
0
14
28
42
56
70
84
98
112
126
140
STUDY DAY
TREATMENT (N)
PLACEBO (66)
GABAPENTIN (61)

Confidential Pfizer_LAlphs_0001845

**Demographics/Group Comparability.** The comparability of the two treatment groups were examined for age, weight, BROCA index, sex, historical data relating to onset and duration of epilepsy , concurrent diseases, concomitant medications, seizure frequency, and subjective complaints during the baseline period. Frequency tables and distribution parameters (arithmetic mean, standard deviation, minimum, median, maximum) were be recorded. The p-values were calculated as the measure of group differences.

Group comparability was also examined for patients who entered the study with a retrospective baseline as opposed to those who followed the protocol and entered the study and were randomized at baseline.

**Dosing information.** In general there was compliance with the protocol dosing regimen. However, a number of patients were identified who either discontinued or missed study drug or changed the dose as prescribed during the double blind phase or who changed the dose of concurrent antiepileptic drug. There was a total of 48 patients in this group: 22 placebo and 26 gabapentin-treated patients.

**Concomitant Medications.** There were 17 patients (10 placebo and 7 gabapentin) who were maintained on >2 AEDs. They are tabulated along with randomization code and response below:

Protocol violations that involved the manipulation of concomitant antiepileptic drug was looked at to determine if there was an excess in one group compared to another. Only a small number of patients underwent discontinuation of a maintenance antiepileptic drug during the trial. Patients who discontinued concomitant AED for >14 days included only one (1) patient randomized to placebo and 3 patients randomized to gabapentin. Patients who stopped or decreased study drug in the placebo group did so less frequently than treatment group and for a mean duration of 30.5 days, while in the drug-treatment group there was more tendency to reduce or discontinue medication and the mean duration was 40 days. The frequency of addition of new antiepileptic drugs to the regimen was examined. There were no cases reported in which a new antiepileptic drug product was added during this trial.

Information on blood levels of concomitant AEDs was collected an tabulated as a function of treatment. The change in levels of concomitant antiepileptic drugs as a function of response was observed not to increase in any systematic fashion as a function of treatment. The random plasma levels as shown in the Table 4 (Efficacy Appendix) do not appear to reflect a significant increase in plasma levels of the concomitant antiepileptic drug (s).

The effect of the addition of benzodiazepines as a PRN anticonvulsant on seizure counts in the treatment or baseline period was contemplated as a potential source of spurious response. There were nine (9) patients who received prn benzodiazepines during this study, 7 placebo patients and 2 gabapentin patients. Their use did not result in responders in the treatment group or appear to prevent response in the placebo group. Therefore though treatment with prn benzodoiazepines could have been a source of inaccuracy it does not appeared to have affected the outcome of this trial.

**Data Collection**. Seizure counts formed the basis for the efficacy analysis. These were obtained from diaries maintained by family, friend, caretaker or patients. They were interpreted and then entered onto CRFs. At the time of entry an evaluation as to seizure type was made, and the numbers for each seizure type was recorded under the appropriate day. There was no allowance for intensity or duration except in the comment section. Only the number is recorded on the CRF under counts.

In review of the case report forms, it was noted that seizure counts were frequently estimated particularly in the first period of counting that is, the baseline period designated as -12. The firm was asked to clarify the procedure used when seizure counts were obtained as estimates from patients. It was learned that these estimated seizure counts were the seizure counts available on entry but they were counted into the baseline seizure rates. These occurred with equal frequency in both placebo and treatment groups.

Accuracy and consistency of seizure counts was examined. Patients and family were primarily responsible for the accuracy of the data in keeping seizure diaries. Two issues surfaced as potential sources of inaccuracy. The first of these was the convention for counting seizures judged to be partial complex with secondary generalization and the

second was the convention for enumerating seizures which occurred with such frequency as to defy accurate counting.

In study 877-210 protocol there was no defined convention for counting PCS with secondary generalization as a single seizure or as two. In later studies it was the subject of correspondence to investigators, but not formally entered into the protocol. The firm was asked to clarify this convention, particularly with regard to specific center differences. [11] This appears not to have been a source of confusion in this study, and the firm notes that a simple or partial seizure secondarily generalized is counted as one seizure. This was confirmed on review of the CRF's for study 877-210P.

Counting of seizures during a flurry of seizure activity was not defined in the original protocol. The need for specific guidelines was not apparent until midway through the second efficacy study and just prior to the third. Therefore it would appear on the surface that either there were no patients with seizure flurries or there was an effort made by each patient or their caregiver to maintain accurate recording for each seizure. However on specific questioning, the firm indicated that when there was a record of "many" seizures, these seizures would be arbitrarily counted as 10 seizures.[12] This was done regardless of the patients' prior daily rate of seizures. Three patients (all placebo) were identified in whom this was found to have occurred. Two involved estimates during DB phase in placebo patient, and the third occurred during the two week selection period. In each case this estimate appears to have represented an underreporting of seizures, compared to each patient's usual pattern of reporting.

As noted previously some patients were admitted directly into the treatment phase of the study if they had adequate seizure counts at the time of screening. The firm was asked which patients had historical seizure counts on entry into the study as the basis for the seizure counts during "baseline" This occurred in two cases, both from the same center (214) one patient in placebo group and the other in gabapentin group.

There were a number (8) of patients who were listed as having missing seizure diaries for specific numbers of days. These days were excluded from counting and not counted as 0 seizures. However among these were a patient who had no seizure counts during baseline or double blind, and it is not clear why he was randomized, two patients randomized to gabapentin who were missing 40-44% of the seizure counts during

---

[11] In 945-5 a letter went out to investigators to attempt to clarify the method of counting partial seizures with secondary generalization. The letter stated that PCS with secondary generalization was counted as one seizure, not a PCS and a secondarily generalized seizure. Where was this spelled out in the other studies, was it ever recorded in a formal way in 945-5 and was there a problem with counting that prompted that letter.

[12] FDA request #8: Provide listing of actual seizure counts per day for each patient, highlighting those where counts were based on estimates or where data were missing. Ref No. 15 June 1, 1992.