# EXHIBIT 4

# DIVISION OF NEUROPHARMACOLOGICAL DRUG PRODUCTS
# COMBINED MEDICAL-STATISTICAL REVIEW

OCT 13 1993

**NDA:** 20-235

**Sponsor:** Parke-Davis Pharmaceuticals

**Brand Name(generic name):** Neurontin® (Gabapentin)

**Indication:** Adjunctive Medication in Refractory Partial Epilepsy

**NDA Classification:** 1P

**Original Receipt Date:** January 31, 1992

**Clinical Reviewer:** Cynthia G. McCormick, M.D.

**Statistical Reviewer:** Baldeo K. Taneja, Ph.D.

# TABLE OF CONTENTS

| | | Page(s) |
|---|---|---|
| | **Table of Contents** | |
| **1.0** | **Background** | 1 |
| **2.0** | **MaterialReviewed** | 2 |
| **3.0** | **Chemistry** | 2 |
| **4.0** | **Pharmacology** | 3-7 |
| **5.0** | **Proposed Indications** | 7 |
| **6.0** | **Description of Clinical Data Sources** | 7-15 |
| **7.0** | **Efficacy Findings** | 16-74 |
| **8.0** | **Safety Findings** | 74-118 |
| 8.1 | Methods | 74-77 |
| 8.2 | Deaths | 77-81 |
| 8.3 | Assessment of Dropouts | 81-86 |
| 8.4 | Other Safety Findings | 86-92 |
| 8.5 | Laboratory Findings | 92-100 |
| 8.6 | Special Studies | 100-101 |
| 8.7 | Overdose Experience | 101-102 |
| 8.8 | Serious Adverse Events | 102-114 |
| 8.9 | Drug Interactions | 114-116 |
| 8.10 | Summary | 116-117 |
| **9.0** | **Conclusions based on Statistical Analyses** | 118 |
| **10.0** | **Recommendations** | 119 |

## 1.0  Introduction

The IND for gabapentin was submitted in 1986 and the development proceeded until 1990 including the completion of three major placebo-controlled trials in partial complex epilepsy, when the Division was informed that pancreatic acinar cell carcinomas were discovered in male Wistar rats treated with 2000 mg/day for 2 years. Interagency discussion, including a presentation of the data to the CDER Carcinogenicity Assessment Committee, led initially to the development being placed on clinical hold and thereafter to restricted use and development in patients with refractory epilepsy. The administrative history of gabapentin is summarized below:

- May 29, 1986 :  IND         received
- November 24, 1986
- May 18,1987 :Restrictions to Phase 1 testing lifted
- June 3, 1987 :Request to export gabapentin (CI-945) to Germany for clinical trials approved
- March 29, 1989 : May proceed with WCBP in studies of patients with partial epilepsy
- August 2, 1989: Telephone call to allow the sponsor to proceed with WCBP and children in study of Lennox Gastaut Syndrome
- August 1990 :  Sponsor reports the finding of pancreatic acinar cell carcinoma in male Wistar rats to FDA
- Clinical Hold imposed by FDA
- May 12, 1991: Meeting between the Division and the sponsor to discuss future development of gabapentin
- October 24,1991: PCNS Advisory Committee met and recommended that studies in patients with refractory epilepsy proceed while studies in naive patients remain on hold until additional toxicology information requested by the committee is received and found acceptable
- November 8, 1991 Letter to inform the firm that studies 945-13,945-15 and 945-36 may proceed, but that studies 943-43 and 945-61 will remain on hold
- January 31, 1992:  NDA 20-235 submitted
- March 3, 1992  NDA 20-235 filed
- May 29, 1992 :  First safety Update submitted
- April , 1992-November 12, 1992: 106 Amendments to NDA filed
- November 2, 1992: Second Safety Update filed

**2.0 Material Reviewed:**
**NDA** Vol 1.1 and Vol 1.69-1.250 and volumes 2.O-24

**3.0 Chemistry**

Chemical Names: 1-(aminomethyl)cyclohexane-acetic acid (IUPAC, CAS)
1-(aminomethyl)cyclohexanessigsaure (WHO)

Molecular Formula: $C_9H_{17}NO_2$

Molecular Weight: 171.24

Formula:

$CH_2NH_2$

$CH_2CO_2H$

Gabapentin

Related Drugs: GABA (gamma-amino benzoic acid)

Dosage Form: Capsules, 100, 300, and 400-MG
Gabapentin is soluble in water and both basic and acidic solutions.

## 4.0 Pharmacology

### Preclinical Pharmacology

Gabapentin was originally synthesized as a GABA structural analog with the idea that it would penetrate the blood brain barrier (unlike GABA) and mimic the actions of GABA in the brain. Gabapentin has been shown to penetrate the blood-brain barrier effectively but it does not interact with GABA receptors, it is not converted to GABA or a GABA agonist. It does not inhibit GABA uptake or degradation. It's site of action is not known. Gabapentin's binding *in vitro* is not affected by valproate, phenytoin, carbamazepine, phenobarbital, ethosuximide, and diazepam, suggesting that its site of action is different from these.

Gabapentin prevents seizures in a number of animal models. It is active against tonic extensor seizures produced by MES in mice and rats and against clonic seizures produced by inhibition of GABA synthesis and GABA receptor antagonists in doses at or lower than other anticonvulsants. Gabapentin does not prevent pentylenetetrazol seizures, as do valproate and ethosuximide which prevent absence seizures. Administration of gabapentin to kindled rats reduces seizures induced by electrical stimulation of the brain and reduces the duration of the seizures electrographically recorded. Gabapentin does not interact with neuronal voltage-sensitive sodium channels (unlike phenytoin and carbamazepine). It modulates glutamate responses mediated by NMDA receptors, but not in a manner similar to MK-801 or glycine site NMDA receptor antagonists. Sponsor's tables 1 and 2 (NDA vol 1.1 page 147-8) compare the effects of gabapentin in animal models of epilepsy as compared to other available anticonvulsants. They are found on the following page(s).

In one study an ineffective dose of gabapentin was given to mice together with one of several reference drugs (phenytoin, carbamazepine, valproate and primidone.) The $ED_{50}$ values obtained for these drugs used against MES induced seizures was lower than for the reference drugs alone, suggesting a role for gabapentin as adjunctive therapy.

TABLE 1. Comparison of Anticonvulsant Actions of Gabapentin in Animal Models to Actions of Other Prototype Anticonvulsant Drugs

| Drug | Maximal Electroshock $ED_{50}$ | | Threshold Pentylenetetrazol Seizures (Mice, IP) | Spontaneous Absence Seizures (Rats, IP) |
|---|---|---|---|---|
| | Rats (PO) | Mice (IP) | | |
| Gabapentin | 9.1 mg/kg (1) | 78 mg/kg (1) | 47 mg/kg (1) | Worsened at 50, 100 mg/kg (18) |
| Phenytoin | 30 mg/kg (66) | 9.5 mg/kg (66) | Not active (66) | Worsened at 80, 160 mg/kg (66) |
| Carbamazepine | 8.5 mg/kg (66) | 8.8 mg/kg (66) | Not active (66) | Worsened at 20, 80 mg/kg (66) |
| Valproate | 490 mg/kg (66) | 272 mg/kg (66) | 149 mg/kg (66) | 100 mg/kg[a] (66) |
| Phenobarbital | 9.1 mg/kg (66) | 22 mg/kg (66) | 13 mg/kg (66) | 5 mg/kg[a,b] (66) |
| Ethosuximide | >1200 mg/kg (66) | >1000 mg/kg (66) | 130 mg/kg (66) | 50 mg/kg[a] (66) |
| Vigabatrin | NT | Not active (68) | Not active (68) | NT |
| Lamotrigine | 2.0 mg/kg (69) | 2 mg/kg PO (69) | Not active (69) | NT |

NT = not tested; ( ) indicates reference number
[a] Lowest dose with significant anticonvulsant action
[b] Not effective at higher dose (20 mg/kg)

TABLE 2. Comparison of Gabapentin to Prototype Anticonvulsants in Tests of Mechanism of Action[a]

| Drug | Modulation of GABA Receptors | Voltage-Sensitive Sodium Channels | Inhibition of GABA Transaminase | Increased GABA Turnover (in vivo) | Inhibition of NMDA Responses | Gabapentin Binding Site |
|---|---|---|---|---|---|---|
| Gabapentin | >175 μM[b] (55) | >175 μM (55) | 6000 μM[c] (30) | 23 mg/kg IP (33) | 200 μM[c] (10,41) | 0.14 μM (43) |
| Phenytoin | 40 μM[c] (69) | 4.0 μM (69) | NT | NT | NT | >1000 μM (43) |
| Carbamazepine | >160 μM (69) | 4.0 μM (69) | NT | NT | NT | >1000 μM (43) |
| Valproate | 120 μM[c] (69) | 10 μM (69) | 8000 μM[c] (30) | 200 mg/kg IP (70) | NT | >1000 μM (43) |
| Ethosuximide | 700 μM (69) | >3500 μM (69) | NT | NT | NT | >1000 μM (43) |
| Phenobarbital | 100 μM (71) | >200 μM (71) | NT | NT | NT | >1000 μM (43) |
| Diazepam | 0.01 μM (72) | 0.7 μM (73) | NT | NT | NT | >1000 μM (43) |
| Vigabatrin | NT | NT | 100 μM (74) | NT | NT | NT |
| Lamotrigine | NT | 71 μM (75) | NA | NT | NT | NT |

NT = Not tested; ( ) indicates reference number

[a] The lowest dose or concentration causing a significant effect is listed

[b] (>) signifies that no interaction was seen; the highest concentration tested is shown

[c] Action observed only at high concentrations irrelevant for anticonvulsant action

**Human Pharmacology**

Multiple does study (Study 945-1)performed at 100-mg, 200-mg and at 400-mg per dose demonstrated higher doses associated with lower bioavailability with the Ae% excreted in urine 79%, 69% and 64% respectively. Multiple doses have also been studied to 600-mg, 800-mg, 1200-mg, and 1600-mg in 4 subjects each (Study 945-57). Ae% for these doses were 65%, 53%, 47%, and 36%. Normalized $AUC_{(600\ mg)}$ were 53,37, 38 and 29.

Metabolism of gabapentin has not been shown to occur in humans. Radiolabelled gabapentin was 78.6% recovered from urine (N=2) and 9.6-22.8% from feces(N=3). Gabapentin, then, is eliminated primarily by renal excretion. Three studies have elucidated the renal clearance of gabapentin. In these studies the clearance of gabapentin was evaluated in patients with mild(Ccr>60), moderate ($C_{cr}$= 30-60), and severe ($C_{cr}$< 30) renal insufficiency. Gabapentin clearances and $t_{1/2}$ were as follows:

| | $C_{cr}$>60 | $C_{cr}$= 30-60 | $C_{cr}$< 30 |
|---|---|---|---|
| I | | | |
| $C_{cr}$ | 89.1 | 52.7 | 4.0 |
| $t_{1/2}$ (hr) | 6.5 | 12.8 | 52 |
| $C_r$ | 81.7 | 44.7 | 8.8 |
| II | | | |
| $C_{cr}$ | 114 | 41 | 13 |
| $t_{1/2}$ (hr) | 8.7 | 16.2 | 43.2 |
| $C_r$ | 91.3 | 34.8 | 12.5 |
| II | | | |
| $C_{cr}$ | 92 | 36 | 17 |
| $t_{1/2}$ (hr) | 9.4 | 15.2 | 26.7 |
| $C_r$ | 63.4 | 27.3 | 12.9 |

Gabapentin renal clearance has been shown to correlate linearly with creatinine clearance. It is removed from plasma by hemodialysis. In elderly patients, age-related alterations in renal function decrease gabapentin plasma clearance and increase gabapentin elimination half-life.

Gabapentin mean steady state pharmacokinetic parameters following q8h administration are summarized in the following Table:

| Pharmacokinetic Parameter | 300 mg | 400 mg |
|---|---|---|
| Cmax (µg/mL) | | |
| tmax (hr) | | |
| $t_{1/2}$ (hr) | | |
| AUC (0-8) (µg•hr/mL) | | |
| Ae% (%) | | |

ND = Not determined
NA = Not available

Drug interaction studies have not demonstrated interaction with valproic acid, carbamazepine or phenobarbital. Interaction with phenytoin has not been definitively addressed, however. Gabapentin does not appear to induce hepatic mixed function oxidase enzymes responsible for drug metabolism. Gabapentin is not bound to plasma proteins. In patients with epilepsy, gabapentin concentrations in CSF and brain are approximately 20% and 80 % respectively of corresponding steady-state trough plasma concentrations.

Coadministration with oral contraceptive, norlestrin does not affect the pharmacokinetics of norethindrone or ethinyl estradiol. Cimetidine coadministration reduces gabapentin renal excretion to a minor degree and antacid (maalox) reduces the bioavailability of gabapentin (based on $A_e$% 47% vs. 38%).

No effect of food has been demonstrated on the bioavailability of gabapentin.

**Toxicology**

Single and multiple dose toxicity has been evaluated in mice and rats, monkeys, and dogs. Fertility and reproductive effects were evaluated in rats, teratogenicty in mice, and a perinatal/postnatal study was performed in rats. The genotoxic potential was assessed in bacterial and mammalian cell mutagenicity assays, two chromosome assays, and an *in vivo* micronucleus assay. The single and multiple dose toxicity of a lactam degeneration product of gabapentin was also evaluated. A special study was conducted to evaluate the onset and features of hyaline droplets found in male rat kidneys. The carcinogenic potential of gabapentin was evaluated in mice and rats. Please refer to pharmacology review for further review and evaluation of these toxicology studies.

## 5.0 Proposed Indications-Dosage Form-Route of Administration

Gabapentin is an anticonvulsant available as 100, 300 and 400-MG capsules for oral administration. Gabapentin is indicated as adjunctive treatment of refractory partial epilepsy in adults . Doses studied for efficacy were 900, 1200 and 1800 mg. The maximum labelled dose proposed is 1800 mg.

## 6.0 Clinical Data Sources

**Primary Development Program**

The gabapentin clinical development program has consisted of 35 clinical 46 pharmacology studies and 43 clinical studies of which 8 were placebo-controlled clinical trials, 23 uncontrolled studies in epilepsy and 12 were studies in migraine and epilepsy. An additional trial (N of 3 patients ) was conducted in Huntington's chorea.

The table below displays the number of patients participating in each group of studies and of these, how many received gabapentin (within that grouping).

**Number of patients in the Gabapentin program**

| | Total | Gabapentin |
|---|---|---|
| Clinical Pharmacology Studies | 462 | 448 |
| Clinical Studies | 1654 | 1607 |
| Clinical Epilepsy Studies | 1507 | 1460 |
| Spasticity and Migraine Studies | 147 | 147 |
| Total Participants | 2109 | 2048 |

**Demographics**

Clinical Pharmacology

Demographic data collected during clinical pharmacology studies included patient characteristics relative to sex, age, race and Broca Index. Broca Index, where 1.0 defines ideal weight, is defined by the following:

$$\text{Broca Index} = \frac{\text{Weight (kg)}}{(\text{height}-100) \times f}$$

Where f=.9 for men and .85 for women

Of the 410 and 52 patients who participated in phase 1 studies, 68% were male and 32% were female, 68% were white and 6% were black, 25% were other or not stated. The mean age of participants in these studies was 36 years of age and the range was years. The mean Broca Index for pharmacokinetics studies was 1.13. Further breakdown by subject and patient is seen in Sponsor's Table 4 [1]. This can be found on the following two pages.

[1] NDA vol 1.70 pages 24- 25

TABLE 4. Clinical Pharmacology Safety Database: Summary of Subject or Patient Characteristics
[Number (%) of Subjects or Patients]
(Page 1 of 2)

| Study | Number | Sex | | Race | | | | Age (yr) | | Broca Index |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black | Other | NS[a] | Mean | Range | Mean |
| Subjects | | | | | | | | | | |
| 104-001 | 8 | 8 (100) | | | | | 8 (100) | | | |
| 104-002 | 6 | 6 (100) | | | | | 6 (100) | 24 | | 1.0[illegible] |
| 104-005 | 9 | 9 (100) | | | | | 9 (100) | 46 | | 1.01 |
| 877-070 | 9 | 9 (100) | | | | | 9 (100) | 75 | | 1.01 |
| 877-072 | 12 | 12 (100) | | | | | 12 (100) | 75 | | 0.97 |
| 877-073 | 12 | 12 (100) | | | | | 12 (100) | 25 | | 0.97 |
| 877-074 | 8 | 8 (100) | | | | | 8 (100) | 26 | | 1.02 |
| 877-076 | 6 | 6 (100) | | | | | 6 (100) | 26 | | 0.99 |
| 880-051 | 6 | 6 (100) | | | | | 6 (100) | | | |
| 945-3-0 | 12 | 12 (100) | | 11 (92) | | | 1 (8) | 23 | | 1.16 |
| 945-7-0 | 14 | 9 (64) | 5 (36) | 14 (100) | | | | 23 | | 1.02 |
| 945-12-0 | 8 | 5 (63) | 3 (38) | 8 (100) | | | | 24 | | 1.04 |
| 945-17-0 | 12 | 11 (92) | 1 (8) | 12 (100) | | | | 33 | | 1.10 |
| 945-35-0 | 6 | 6 (100) | | 6 (100) | | | | 23 | | 0.97 |
| 945-37-0[b] | 10 | 9 (90) | [illegible] (10) | 10 (100) | | | | 48 | | 1.12 |
| 945-38-0[b] | 20 | 14 (70) | 6 (30) | 20 (100) | | | | 52 | | 1.13 |
| 945-39-0 | 12 | 12 (100) | | 12 (100) | | | | 46 | | 1.22 |
| 945-40-0 | 36 | 18 (50) | 18 (50) | 34 (94) | 2 (6) | | | 50 | | 1.17 |
| 945-46 | 15 | 10 (67) | 5 (33) | | | | 15 (100) | 31 | | |
| 945-47-0 | 16 | 6 (38)[c] | 10 (63) | 15 (94) | 1 (6) | | | 30 | | 1.21 |
| 945-48-0 | 12 | 7 (58) | 5 (42) | 10 (83) | 2 (17) | | | 35 | | 1.21 |

[a] NS = Not specified
[b] Includes participants with renal dysfunction
[c] Patients with epilepsy

TABLE 4. Clinical Pharmacology Safety Database: Summary of Subject or Patient Characteristics
[Number (%) of Subjects or Patients]
(Page 2 of 2)

| Study | Number | Sex | | Race | | | | Age (yr) | | Broca Index |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black | Other | NS[a] | Mean | Range | Mean |
| Subjects (continued) | | | | | | | | | | |
| 945-54-0 | 20 | 9 (45) | 11 (55) | 17 (85) | 3 (15) | | | 41 | | 1.11 |
| 945-55-0 | 20 | 18 (90) | 2 (10) | 19 (95) | | 1 (5) | | 31 | | 1.12 |
| 945-57-0 | 24 | 19 (79) | 5 (21) | 21 (88) | 3 (13) | | | 34 | | 1.10 |
| 945-58-0 | 12 | 10 (83) | 2 (17) | 12 (100) | | | | 37 | | 1.04 |
| 945-59-0 | 13 | | 13 (100) | 10 (77) | 2 (15) | 1 (8) | | 25 | | 1.04 |
| 945-62-0[b] | 20 | 11 (55) | 9 (45) | 10 (50) | 9 (45) | 1 (5) | | 47 | | 1.24 |
| 945-63-0[b] | 11 | 7 (64) | 4 (36) | 4 (36) | 5 (45) | 2 (18) | | 41 | | 1.18 |
| 945-64-0[b] | 20 | 12 (60) | 8 (40) | 18 (90) | 2 (10) | | | 40 | | 1.15 |
| 945-68-0 | 21 | 4 (19) | 17 (81) | 20 (95) | | 1 (5) | | 34 | | 1.14 |
| Subtotal | 410 | 285 (70) | 125 (30) | 283 (69) | 29 (7) | 6 (1) | 92 (22) | 37 | | 1.12 |
| Patients[c] | | | | | | | | | | |
| 877-035 | 12 | 5 (42) | 7 (58) | | | | 12 (100) | 34 | | 1.21 |
| 880-032 | 6 | 3 (50) | 3 (50) | | | | 6 (100) | 40 | | |
| 945-1 | 8 | 8 (100) | | 8 (100) | | | | 31 | | 1.16 |
| 945-43-0 | 14 | 8 (57) | 6 (43) | 13 (93) | 1 (7) | | | 31 | | 1.11 |
| 945-45-0 | 12 | 3 (25) | 9 (75) | 12 (100) | | | | 32 | | 1.24 |
| Subtotal | 52 | 27 (52) | 25 (48) | 33 (63) | 1 (2) | | 18 (35) | 33 | | 1.21 |
| ALL | 462 | 312 (68) | 150 (32) | 316 (68) | 30 (6) | 6 (1) | 110 (24) | 36 | | 1.11 |

[a] NS = Not specified
[b] Includes participants with renal dysfunction
[c] Patients with epilepsy

Clinical Studies

Demographic data collected during clinical studies (of epilepsy) included the same patient characteristics noted in pharmacology studies as well as measures of severity of epilepsy. Measures of severity of disease state included duration of epilepsy, number of concurrent AED's, and baseline seizure frequency. The average duration of epilepsy in all clinical studies was 21 years and the mean seizure frequency (per 28 days) was 10 with a range of 0-1093 seizures. The mean number of concurrent antiepileptic drugs was 2. Of the 2048 patients who participated in gabapentin clinical epilepsy studies, 54% were male and 46% were female, 71 % were white and 2 % were black, 27 % were other (some of these were Caucasian but not coded as white, Oriental/Asian, Native American or not stated). The mean age of participants in these studies was 32 years of age and the range was years. The mean Broca Index for clinical epilepsy studies was 1.15 . Further breakdown by subject and patient is seen in Sponsor's Table B-4 [2]. This can be seen on the following page (12).

Overall Population

Of the 2048 patients who participated in all gabapentin studies, 1169 (57%) were male and 879(43%) were female, 1348 (66%) were white , 59 (3%) were black, 47(2%) were Asian and 594 (29%) were not stated. The overall age distribution for the total exposed population of 2048 patients less 14 patients about whom age data was not collected during Clinical Pharmacology Studies is as follows:

| Age | Number (%) |
|---|---|
| <40 | 1443 (71%) |
| 40-64 | 532 (26%) |
| ≥65 | 59 (3%) |
| Total Specified | 2034 |

**Extent of Exposure to Gabapentin**

The sponsor, in Table 3[3] (page 13) tabulates the total number of patients involved in clinical studies by duration of exposure (weeks). It can be seen that 50% (1015) of patients have been treated with gabapentin for over 6 months; 31% (631 patients) have been treated for over one year, (342)17% for more than 2 years; and 5% (98 patients) have been treated form more than 4 years in open-label studies. Only 1% (11) of patients have been treated past 5 years, including four patients who have been treated for 7 years. For the all 2048 patients exposed to Gabapentin studies, the mean duration of exposure to Gabapentin was 36 weeks.

2 Second Safety Update vol 24.1 pages 189

3 NDA Vol. 25.1, revised ref 74

APPENDIX B.4.

Summary of Demographic Data and Disease Characteristics for Patients Who Received Gabapentin in All Epilepsy Studies

Summary of Demographic Data for Patients Who Received Gabapentin in All Epilepsy Studies

| Study | Number of Patients[a] | | Number of Patients: Sex: Male | | Female | | Race: White | | Black | | Other | | NS | | Age (yr): Mean | | Range | | Drug Index[b]: Mean | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 |
| PLACEBO-CONTROLLED ADD-ON THERAPY STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 543 | 543 | 301 | 301 | 242 | 242 | 410 | 410 | 7 | 7 | 7 | 7 | 19 | 19 | 34 | 34 | | | 1.16 | 1.16 |
| PLACEBO-CONTROLLED MONOTHERAPY STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 15 | 15 | 6 | 6 | 9 | 9 | 13 | 13 | 1 | 1 | 1 | 1 | 0 | 0 | 8 | 8 | | | NA | NA |
| UNCONTROLLED STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 1353[c] | 1355 | 729 | 729 | 624 | 626 | 988 | 989 | 29 | 29 | 41 | 41 | 295 | 296 | 32 | | | | 1.14 | 1.14 |
| TOTAL | 1458 | 1460 | 782 | 782 | 676 | 678 | 1040 | 1041 | 29 | 29 | 41 | 41 | 348 | 349 | 32 | 32 | | | 1.15 | 1.15 |

NA - Not applicable
[a] Some patients received gabapentin in more than one study. These patients are counted only once in summaries for the total population.
[b] Calculated for studies with adult patients
[c] Corrected from 1347 given in SU1

Summary of Disease Characteristics of Patients Who Received Gabapentin in All Epilepsy Studies (Number of Patients)

| Study | Duration of Epilepsy (yr)[a]: Mean | | Range | | Number of Concurrent Antiepileptic Drugs: 0 | | 1 | | 2 | | ≥2 | | Baseline Partial Seizure Frequency Per 28 Days[a]: Median | | Range | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 |
| PLACEBO-CONTROLLED ADD-ON THERAPY STUDIES | | | | | | | | | | | | | | | | |
| Subtotal | 21 | 21 | | | 1 | 1 | 168 | 168 | 329 | 329 | 45 | 45 | 10 | 10 | | |
| PLACEBO-CONTROLLED MONOTHERAPY STUDIES | | | | | | | | | | | | | | | | |
| Subtotal | 0 | 0 | | | 33 | 33 | 0 | 0 | 0 | 0 | 0 | 0 | NA | NA | | |
| UNCONTROLLED STUDIES | | | | | | | | | | | | | | | | |
| Subtotal | 20 | 20 | | | 43 | 43 | 358 | 353 | 582 | 676 | 270 | 283 | 9 | 10 | | |
| TOTAL[b] | 20 | 20 | | | 43 | 43 | 382 | 377 | 758 | 752 | 275 | 288 | 9 | 10 | | |

NA - Not applicable
[a] Data not obtained for all studies
[b] Some patients received gabapentin in more than one study. These patients are counted only once in summaries for the total population.

Table 3 Summary of Length of Time Patients Were Exposed to gabapentin During Clinical and Clinical Pharmacology Studies: Second Safety Update Date

| Gabapentin Treatment | Cumulative Number (%) of Patients |
|---|---|
| ≥ Dose | 2048 (100) |
| >1 Day | 1905 (93) |
| >1 Week | 1636 (80) |
| >2 Weeks | 1579 (77) |
| >4 Weeks | 1478 (72) |
| >6 Weeks | 1437 (70) |
| >8 Weeks | 1406 (69) |
| >10 Weeks | 1350 (66) |
| >12 Weeks | 1328 (65) |
| >16 Weeks | 1182 (58) |
| >20 Weeks | 1091 (53) |
| >24 Weeks | 1015 (50) |
| >36 Weeks | 793 (39) |
| >52 Weeks | 636 (31) |
| >78 Weeks | 466 (23) |
| >104 Weeks | 342 (17) |
| >130 Weeks | 247 (12) |
| >156 Weeks | 198 (10) |
| >182 Weeks | 141 (7) |
| >208 Weeks | 93 (5) |
| >234 Weeks | 39 (2) |
| >260 Weeks | 24 (1) |
| >286 Weeks | 11 (1) |
| >312 Weeks | 7 (<1) |
| >338 Weeks | 5 (<1) |
| >364 Weeks | 4 (<1) |

**Exposure by dose and duration**

Sponsor's Table 4 [4] shown on the following page of this review, depicts distribution of subjects in the Clinical Safety Database (does not include the pharmacokinetic studies) by dose and duration of exposure to gabapentin. Nearly all (1607 number) Gabapentin-treated subjects in clinical studies received between 900 and 1800 mg/d of Gabapentin. Expressed in patient weeks of exposure, it can be seen that 31,291 patient-weeks of exposure were attained at the 1200-MG dose, 21,715 patient-weeks at the 1800-MG dose and 34,039 patient-weeks were attained at the 2400-MG dose.

---

[4] NDA Vol 24.1 Page 013

TABLE 4. Clinical Safety Database: Summary of Patient Exposure to Placebo or Gabapentin[a] by Dosage

| Length of Treatment (weeks) | Placebo | | Gabapentin (GBP) (mg/day) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 300 | | 600 | | 900 | | 1200 | | 1800 | | 2400 | | 3600 | | any GBP[b] | |
| | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 | SU1 | SU2 |
| ≤1 Day | 1 | 1 | 264 | 264 | 493 | 466 | 99 | 99 | 42 | 40 | 41 | 40 | 16 | 21 | 5 | 5 | 11 | 14 |
| >1 Day - ≤1 | 9 | 9 | 349 | 364 | 670 | 699 | 390 | 409 | 145 | 147 | 324 | 343 | 134 | 144 | 4 | 4 | 38 | 37 |
| >1 - ≤2 | 14 | 13 | 72 | 75 | 272 | 277 | 73 | 76 | 164 | 150 | 218 | 215 | 67 | 67 | 9 | 9 | 12 | 13 |
| >2 - ≤4 | 43 | 44 | 46 | 48 | 129 | 132 | 89 | 90 | 298 | 300 | 353 | 355 | 135 | 135 | 11 | 11 | 74 | 74 |
| >4 - ≤6 | 17 | 17 | 33 | 33 | 56 | 55 | 49 | 46 | 132 | 137 | 219 | 223 | 120 | 118 | 2 | 2 | 40 | 41 |
| >6 - ≤8 | 10 | 10 | 6 | 6 | 24 | 25 | 48 | 48 | 70 | 70 | 65 | 84 | 55 | 59 | | 1 | 29 | 28 |
| >8 - ≤10 | 28 | 28 | 31 | 31 | 36 | 36 | 41 | 43 | 73 | 71 | 71 | 69 | 42 | 42 | 1 | 2 | 54 | 55 |
| >10 - ≤12 | 84 | | 3 | 3 | 35 | 35 | 25 | 24 | 63 | 60 | 56 | 54 | 45 | 45 | 2 | 2 | 23 | 23 |
| >12 - ≤16 | 111 | | | 2 | 41 | 40 | 62 | 60 | 147 | 149 | 79 | 81 | 53 | 51 | 2 | 2 | 115 | 15 |
| >16 - ≤20 | 115 | 116 | 2 | 2 | 10 | 13 | 57 | 55 | 73 | 76 | 52 | 50 | 39 | 38 | | | 89 | 90 |
| >20 - ≤24 | 32 | | | | 8 | 9 | 16 | 15 | 38 | 39 | 33 | 34 | 30 | 25 | | 1 | 78 | 75 |
| >24 - ≤36 | 13 | | 2 | 2 | 17 | 17 | 39 | 39 | 75 | 75 | 54 | 48 | 63 | 78 | | | 222 | 222 |
| >36 - ≤52 | 1 | | | | 2 | 2 | 13 | 14 | 53 | 51 | 17 | 36 | 94 | 71 | | | 205 | 153 |
| >52 - ≤78 | | | 3 | 3 | 3 | 3 | 6 | 11 | 55 | 60 | 23 | 37 | 78 | 67 | | | 278 | 170 |
| >78 - ≤104 | | | | | 1 | 1 | 6 | 9 | 16 | 17 | 20 | 34 | 30 | 64 | | | 90 | 124 |
| >104 - ≤130 | | | | | | | 1 | 1 | 11 | 13 | 15 | 11 | 30 | 37 | | | 74 | 95 |
| >130 - ≤156 | | | | | | | 4 | 1 | 10 | 4 | 8 | 5 | 26 | 20 | | | 57 | 49 |
| >156 - ≤182 | | | | | 1 | 1 | 2 | 2 | 13 | 12 | 5 | 9 | 1 | 25 | | | 76 | 57 |
| >182 - ≤208 | | | | | | | | | 6 | 10 | | 6 | | 12 | | | 31 | 48 |
| >208 - ≤234 | | | | | | | | 1 | 14 | 3 | | 4 | | 2 | | | 12 | 54 |
| >234 - ≤260 | | | | | | | | | 3 | 6 | 1 | | | | | | 4 | 15 |
| >260 - ≤286 | | | | | | | | | 1 | 13 | | | | | | | | 13 |
| >286 - ≤312 | | | | | | | | | 1 | 3 | 1 | | | | | | 3 | 4 |
| >312 - ≤338 | | | | | | | | | | 1 | | | | | | | 3 | 2 |
| >338 - ≤364 | | | | | | | | | | 1 | | | | | | | | 1 |
| >364 - ≤390 | | | | | | 1 | | | | 1 | | | | | | | | 4 |
| Patient-Weeks of Exposure | | | | | | | | | | | | | | | | | | |
| Safety Update 1 | 6348 | | 1294 | | 5036 | | 7715 | | 28055 | | 18328 | | 26081 | | 222 | | 86731 | |
| Safety Update 2 | 6368 | | 3325 | | 4961 | | 8363 | | 31291 | | 21715 | | 34039 | | 307 | | 101900 | |

[a] A patient may be included in more than one column, as some patients received both placebo and/or more than one dosage of gabapentin.
[b] One person received 8000 mg gabapentin during 1 day.

## 7.0 Efficacy Findings

### 7.1 Overview of Studies Pertinent to Efficacy.

Three adequate and well controlled studies are offered as evidence for efficacy. They attempt to evaluate Gabapentin as adjunctive therapy in patients with refractory epilepsy who are maintained on a base of 1-2 antiepileptic drugs. The designs of the studies are similar on the surface, for example, baseline seizure counts to verify an adequate number of events is performed in all studies. This is followed by a comparison period between the improvement on treatment with improvement on placebo as manifested by reduction in seizure events.

The studies vary as to whether randomization occurs before baseline and or just before treatment, how clusters of seizures are counted, how many concomitant AEDs are included in the maintenance regimen, doses of medication, what the primary measures of efficacy are, and in the final analysis, which patients will be considered in the determination of efficacy.

### 7.2 Summary of Studies Pertinent to Efficacy

A summary of patient treatment in the major controlled trials and two minor (considered supportive) trials is shown below. A total of 792 patients were involved in controlled studies of gabapentin as adjunctive treatment in partial epilepsy, and of these 543 received gabapentin.

**Table: Number of Patients at Each Dose of Gabapentin or Placebo in Placebo-Controlled Add-On Therapy Studies**

| Patients Study Number | Placebo | Gabapentin (mg/day) 600 | 900 | 1200 | 1800 | | Total all doses |
|---|---|---|---|---|---|---|---|
| 877-210P | 66 | NA | NA | 61 | NA | 61 | 127 |
| 945-5 | 98 | 53 | NA | 101 | 54 | 208 | 306 |
| 945-6 | 109 | NA | 111 | 52 | NA | 163 | 272 |
| 945-9/10 | 34 | NA | 36 | 17 | NA | 53 | 91 |

## Study 877-210p

**Materials Reviewed:** Integrated Summary of Efficacy, protocol and amendments, Study Report, appendices and tabulated summary data, listings of seizure counts per day (Ref 15), all CRF's (Ref 20), and summary of exposure clinical tracking for all patients enrolled in 877-210P.

**Title:** A double-blind, placebo-controlled, multicenter study to determine the safety and efficacy of gabapentin as add-on therapy in the treatment of partial seizures.

**Objectives:** The primary aim of this study was to determine the efficacy of gabapentin 1200 mg/day with placebo as adjunctive therapy in medically refractory patients with partial seizures.

**Study Protocol**

**Subjects:** 120 patients (male or female) over 12 years of age, normal weight, documented chronically medically uncontrolled epileptics suffering from partial seizures (simple and complex partial types) were planned. Patients would be refractory to available (not investigational) antiepileptics in maximum tolerated doses and would experience an average of a minimum of one (1) seizure per week.

Patients were to have been on stable dosage regimens for three (3) months prior to screening. A stable regimen was defined as one or two AEDs at doses giving plasma levels in a specified range and doses at the maximum tolerated (determined by clinical "toxicity") for at least 3 months during the baseline period.

Patients would be excluded from selection to the study on the basis of history or evidence of a progressive structural CNS disease (eg. tumors), systemic illness involving kidney or liver or chemical evidence thereof[5], leukopenia[6], recent use of one or more investigational medications, changes in concomitant drugs during 3 months prior to baseline, substance abuse, pregnancy or lactation or possibility of non-completion of the trial.

**Study Design:** The patients were to be screened for eligibility according to the entrance criteria described. Once selected, they would be randomized to a particular treatment and then entered into a baseline phase lasting 3 months (designated **weeks -12 to -1**). This period would serve as a time for obtaining baseline seizure frequencies on the one or two antiepileptic maintenance drugs. From **weeks 0-2** patients would be exposed to half the target treatment dose of study drug. From **weeks 3-14** patients were to receive study drug on a TID schedule, consisting of either 400 mg (2 caps) TID of Gabapentin or 2 capsules of placebo TID. During this time seizure counts would continue to be recorded at home and transcribed from diaries onto CRFs at regular intervals. During this time no changes would be allowed in doses of study drug or in doses of concomitant antiepileptic drugs. Additional medication could be given only in the event of intercurrent illness or severe side effects. The study design is depicted in Figure 1 on the following page (18).

---

5 alkaline phosphatase, SGOT, SGPT over twice the upper limit of the normal range, or Gamma-GT over three times the normal range at screening.

6 counts below 3,000/$mm^3$

NDA #20-235 Medical-Statistical Review 18

DOSAGE PLAN
Enclosure 8
Baseline of 3 months
Safety Phase
Treatment Phase
Interim Phase
Continuation treatment
c1) monotherapy
c2) add-on therapy
b) interim supplies
a) wash-out
1200 mg
600 mg
Gabapentin
Standard anti-epileptic drug
14
20
weeks
Placebo
d) Initiation of Gabapentin
Start of trial



**Planning of Sample Size.** The sample size of 120 randomized patients was based on the following assumptions: responder rate of 15% with placebo, 45% with gabapentin, a type I error of 5%, a and power of 80% (two-sided), and a drop-out rate of 20%.

**Analysis Plan.** The main target variable in the comparison of placebo and Gabapentin was to be the Responder Rate, the frequency of responders (reduction in seizure frequency of more than 50%). Patients who discontinued the study due to lack of effect would be counted as non-responders. The responder rates were to be analyzed in a log-linear model with the factors treatment (placebo, Gabapentin) and center. The 95% confidence interval would be estimated in each treatment group. Inference statistics would only be performed in the responder analysis.

Tabular summaries of seizure frequencies and type of seizure before and after medication would be used. Summarizing statistics (arithmetic mean, standard deviation, minimum, median, maximum), frequencies of percent changes in the classes -100% to -50%, -49% to 0%, +1% to 50%, 51% or greater would be prepared graphically and the percent changes presented in cumulative distribution curves.

The seizure-free days during the baseline period and under therapy would be determined and the mean seizure-free interval calculated. These figures would be presented using frequency tables and summarizing statistics (see above). Changes in seizure type would be counted in frequency tables.

**Study Conduct/Outcome.** The study proceeded according to protocol with some exceptions. In some cases patients were allowed directly into the 2-week study drug introduction safety phase if they had maintained a 3 months' seizure diary and three consecutive AED levels were measured during this period.[7]

Patients in the study maintained their baseline AED regimen at the doses established during baseline. The regimen consisted of 1-2 antiepileptic drugs excluding benzodiazepines as specified in the protocols. There were exceptions to this which included patients who were maintained on >2 AEDs and of patients who received additional benzodiazepines on a prn basis. Deviations from the protocol included patients who did not maintain their established concomitant drug regimen or who took medications not approved for the study because of their psychotropic effect. Depending on the magnitude or type of protocol variations certain of the above patients were removed from the efficacy analysis by the firm

Patients were administered study drug on a TID schedule. Study drug consisted either of placebo, one 200-MG capsule TID or gabapentin, one 200-MG capsule TID during the 2-

---

[7] Reference 37. 8-5-1992: It was noted in the 877-210p report that there were a number of patients who bypassed the baseline period if there were adequate seizures in the diary that the patient had maintained at home.

week drug introduction phase; and placebo, two capsules TID or gabapentin, two 200-MG capsules TID during the 12-week treatment phase. Protocol variations occurred that included patients who stopped study drug for <6 days, 6-14 days, and > 14 days and permanently stopped the study drug.

Patients maintained seizure diaries in which the number and type of seizure was recorded and later transcribed to a CRF (case report form). The efficacy variables were then analyzed on the basis of partial seizures per 28 days. Estimations in seizure counts occurred frequently , particularly in the first period of counting. Seizure estimates were in some cases expressed in the CRF's as "> *number*" . In cases where seizure counts could not be accurately measured and the patient reported "many seizures" the seizure count for the purposes of calculation was determined to be "10".[8] Deviations from protocol included patients who did not maintain regular seizure diaries. Depending on the magnitude of this variation certain patients were removed from the efficacy analysis by the firm. Specifically if <56 days were represented in the seizure diary, the patient's data were omitted from analysis of efficacy.

Protocol variations which did not result in exclusion of data included the following: change in study medication or concurrent AED; study medication stopped for < 14 days within the double blind period; discontinuation of concurrent AED; or concurrent use of a beta blocker, and concomitant use of > 2 AED's.

**Chronology**
Date Protocol Prepared: February 1986
Starting Date: May 19, 1986
Completion Date: August 10, 1987
Dates of Amendment: Amendment #1 April 11, 1986
Criteria for Evaluable Patients developed: September 6, 1988
Criteria for Evaluable Patients expanded and modified March 23, 1989[9]

A total of 9 centers in the UK were involved in the study. The center numbers, the names of the investigators, and number of patients entering Double-Blind Phase are summarized in Table 1 on the following page. Of 127 patients that completed baseline and entered the double blind phase, 61 received gabapentin whereas 66 received placebo.

---

8 Information requested of the firm and provided by correspondence dated June 1,1992. Ref 15. This convention was not established in the protocol.

9 FDA Request #41: When were the criteria for evaluable patients developed (date) in each study? Documentation in Efficacy Appendix (Sponsor's Attachment 2A and 2B). The "United Kingdom" Study referred to was 877-210P

Table 1 Centers and Investigators
Study 877-210P

| CENTER NUMBER | INVESTIGATOR(S) | NUMBER OF PATIENTS | | |
|---|---|---|---|---|
| | | Placebo | Gabapent'n | Total |
| 211 | D. W. Chadwick | 10 | 7 | 17 |
| 212 | V. H. Patterson | 8 | 7 | 15 |
| 213 | H. G. Boddie | 5 | 6 | 11 |
| 214 | D. Bates<br>N. E. F. Catlidge | 10 | 9 | 19 |
| 215 | G. Yuill<br>D. Shepherd | 6 | 5 | 11 |
| 216 | P. Newman<br>M. Saunders | 8 | 7 | 15 |
| 218 | P. Cleland | 7 | 6 | 13 |
| 219 | W. J. K. Cumming | 4 | 5 | 9 |
| 220 | G. S. Venables<br>R. Knight | 8 | 9 | 17 |
| TOTAL NUMBER OF PATIENTS | | 66 | 61 | 127 |

**Patient Disposition.** Twelve patients were withdrawn from the study. The reasons for withdrawal and the latency to withdrawal from randomization are expressed in the following table which illustrates the flow of patients from screening to completion of the double blind phase and reasons for discontinuation from the study.

Patient Flow-Study 877-210P

| Patients | Placebo | Gabapentin | Total |
|---|---|---|---|
| Randomized | 66 | 61 | 127 |
| Withdrawals | | | |
| Adverse Events | 4 | 7 | 11 |
| Late Entry | 1 | 0 | 1 |
| Completed | | | |
| Weeks 1-2 | 65 | 58 | 123 |
| Weeks 3-4 | 64 | 57 | 121 |
| Weeks 5-8 | 64 | 57 | 121 |
| Weeks 9-12 | 62 | 56 | 118 |
| Weeks 13+ | 61 | 54 | 115 |
| Discontinued TX[10] | | | |
| <14 days | 3 | 4 | 7 |
| >14 days | 1 | 3 | 4 |

It can be seen that with the exception of the one patient who was withdrawn from this study because of late entry, all others who withdrew appeared to have done so because of adverse events. While there were no dropouts due to lack of efficacy overtly, there were additional patients who failed to complete treatment, maintain a seizure diary or both. These patients are found among those who were excluded from efficacy analysis. Not all patients who withdrew from treatment were excluded from efficacy analysis. There were 3 (5%) patients in the gabapentin group and 1(2%) in the placebo group who missed study drug for a coherent interval of >14 days during the double blind treatment phase and were therefore omitted from the data set for efficacy analysis by the firm. The total number of patients excluded from the efficacy analysis by the firm was 14-- 8 from the gabapentin-treated group and 6 from placebo. The time to withdrawal is shown graphically in Sponsor's Appendix B.21 (following page).

10 Several cases of reduced dose of study drug were reported but exact doses were not documented.



Case 1:04-cv-10981-PBS Document 1167-7 Filed 03/07/2008 Page 26 of 40

CT 877-210: GABAPENTIN AS ADD-ON THERAPY IN MEDICALLY UNCONTROLLED PARTIAL EPILEPSY (PARTIAL ARM, DOUBLE-BLIND TREATMENT)
TIME OF WITHDRAWAL
CUMULATIVE DISTRIBUTION
POPULATION: RANDOMIZED PATIENTS
PHASE: DOUBLE-BLIND TREATMENT
20
15
10
0
14
28
42
56
70
84
98
112
126
140
STUDY DAY
TREATMENT (N)
PLACEBO (66)
GABAPENTIN (61)

**Demographics/Group Comparability.** The comparability of the two treatment groups were examined for age, weight, BROCA index, sex, historical data relating to onset and duration of epilepsy , concurrent diseases, concomitant medications, seizure frequency, and subjective complaints during the baseline period. Frequency tables and distribution parameters (arithmetic mean, standard deviation, minimum, median, maximum) were recorded. The p-values were calculated as the measure of group differences.

Group comparability was also examined for patients who entered the study with a retrospective baseline as opposed to those who followed the protocol and entered the study and were randomized at baseline.

**Dosing Information.** In general there was compliance with the protocol dosing regimen. However, a number of patients were identified who either discontinued or missed study drug or changed the dose as prescribed during the double blind phase or who changed the dose of concurrent antiepileptic drug. There was a total of 48 patients in this group: 22 placebo  and 26 gabapentin-treated patients.

**Concomitant Medications.** There were 17 patients (10 placebo and 7 gabapentin) who were maintained on >2 AEDs. Protocol violations that involved the manipulation of concomitant antiepileptic drug were looked at to determine if there was an excess  in one group compared to another. Only a small number of patients underwent discontinuation of a maintenance antiepileptic drug during the trial.  Patients who discontinued concomitant AED for >14 days included only one (1) patient randomized to placebo and 3 patients randomized to gabapentin.   Patients who stopped or decreased study drug in the placebo group did so less frequently than treatment group and for a mean duration of 30.5 days, while in the drug-treatment group there was more tendency to reduce or discontinue medication and the mean duration  was 40 days.  The frequency of addition of new antiepileptic drugs to the regimen was  examined.  There were no cases reported  in which a new antiepileptic drug product was added during this trial.

Information on blood levels of concomitant AEDs was collected an tabulated as a function of treatment.  The change in levels of concomitant antiepileptic drugs as a function of response  was observed not to increase in any systematic fashion as a function of treatment.  The random plasma levels  do not appear to reflect a significant  increase in plasma levels of the concomitant antiepileptic drug (s).

The effect of the addition of benzodiazepines as a PRN anticonvulsant on seizure counts in the treatment or baseline period was contemplated as a potential source of  spurious response.  There were nine (9) patients who received prn benzodiazepines during this study,  7 placebo patients and 2 gabapentin patients.  Their use did not result in responders  in the treatment group or appear to prevent response in the placebo group. Therefore though  treatment with prn benzodiazepines  could have been a source of inaccuracy it does not appeared to have affected the outcome of this trial.

**Data Collection.** Seizure counts formed the basis for the efficacy analysis. These were obtained from diaries maintained by family, friend, caretaker or patients. They were interpreted and then entered onto CRFs. At the time of entry an evaluation as to seizure type was made, and the numbers for each seizure type was recorded under the appropriate day. There was no allowance for intensity or duration except in the comment section. Only the number is recorded on the CRF under counts.

In review of the case report forms, it was noted that seizure counts were frequently estimated, particularly in the first period of counting, that is, the baseline period designated as -12. The firm was asked to clarify the procedure used when seizure counts were obtained as estimates from patients. It was learned that these estimated seizure counts were the seizure counts available on entry but they were counted into the baseline seizure rates. These occurred with equal frequency in both placebo and treatment groups.

Accuracy and consistency of seizure counts was examined. Patients and family were primarily responsible for the accuracy of the data in keeping seizure diaries. Two issues surfaced as potential sources of inaccuracy. The first of these was the convention for counting seizures judged to be partial complex with secondary generalization and the second was the convention for enumerating seizures which occurred with such frequency as to defy accurate counting.

In study 877-210 protocol there was no defined convention for counting PCS with secondary generalization as a single seizure or as two. In later studies it was the subject of correspondence to investigators, but not formally entered into the protocol. The firm was asked to clarify this convention, particularly with regard to specific center differences. [11] This appears not to have been a source of confusion in this study, and the firm notes that a simple or partial seizure secondarily generalized is counted as one seizure. This was confirmed on review of the CRF's for study 877-210P.

Counting of seizures during a flurry of seizure activity was not defined in the original protocol. The need for specific guidelines was not apparent until midway through the second efficacy study and just prior to the third. Therefore it would appear on the surface that either there were no patients with seizure flurries or there was an effort made by each patient or their caregiver to maintain accurate recording for each seizure. However on specific questioning, the firm indicated that when there was a record of

---

11"In 945-5 a letter went out to investigators to attempt to clarify the method of counting partial seizures with secondary generalization. The letter stated that PCS with secondary generalization was counted as one seizure, not a PCS and a secondarily generalized seizure. Where was this spelled out in the other studies, was it ever recorded in a formal way in 945-5 and was there a problem with counting that prompted that letter?"

"many" seizures, these seizures would be arbitrarily counted as 10 seizures.[12] This was done regardless of the patients' prior daily rate of seizures. Three patients (all placebo) were identified in whom this was found to have occurred. Two involved estimates during DB phase in placebo patient, and the third occurred during the two week selection period. In each case this estimate appears to have represented an underreporting of seizures, compared to each patient's usual pattern of reporting.

As noted previously some patients were admitted directly into the treatment phase of the study if they had adequate seizure counts at the time of screening. The firm was asked which patients had historical seizure counts on entry into the study as the basis for the seizure counts during "baseline" This occurred in two cases, both from the same center (214) one patient in placebo group and the other in gabapentin group.

There were a number (8) of patients who were listed as having missing seizure diaries for specific numbers of days. These days were excluded from counting and not counted as 0 seizures. However among these were a patient who had no seizure counts during baseline or double blind, and it is not clear why he was randomized, two patients randomized to gabapentin who were missing 40-44% of the seizure counts during treatment, and one patient randomized to placebo who was missing 65% seizure data during baseline. The remainder of patients were missing only one or two days, and these would not be expected to affect the outcome significantly.

**Efficacy Results.** Efficacy was based on improvement in frequency of seizures during treatment compared to seizure frequency during a pretreatment baseline period. The actual seizure counts were obtained from patient diaries transferred to case record forms according to the seizure type, number of seizures per day and data of occurrence. Seizure frequency was defined as the number of seizures occurring per 28 days of observation.

An observation was made that in addition to those patients who demonstrated a 50% improvement there appeared to be a group of patients who not only did not respond but who became > 50% worse after the treatment period as compared to baseline. The magnitudes of worsening were compared and it did not appear that the gabapentin-treated group had a greater magnitude of worsening than those assigned to placebo.

While the data in this placebo controlled trial are a reflection of three months of intervention, the data do not address the long term efficacy of gabapentin. In an effort to assess whether the effect seen in these clinical trials was a sustained effect, the sponsor provided a history of each patient who participated in this trial in follow-up. The uncontrolled data which follow suggest that the effects of "response" are not sustained in many patients. There were 14 patients who showed a response to gabapentin as defined

---

[12] FDA request #8: Provide listing of actual seizure counts per day for each patient, highlighting those where counts were based on estimates or where data were missing. Ref No. 15 June 1, 1992.

in the protocol. Of these, 11 were still on drug after 6 months and 10 were still on treatment after one year from first starting treatment. There are 6 "gabapentin-responders" from this study who continue to take the medication as of the second safety update cutoff date of June 30, 1992.

**Firm's Results:**

**Baseline Comparison.** Both treatment groups were comparable with respect to age, sex, Broca Index, duration of partial epilepsy, number of concomitant AEDs, and baseline seizure frequency. The following Table provides the characteristics of the randomized and evaluable patients at the baseline.

**STUDY 877-210p**

**BASELINE COMPARISON**

| CHARACTERISTIC | PLACEBO | | GABAPENTIN | |
|---|---|---|---|---|
| | Randomized | Evaluable | Randomized | Evaluable |
| Total Sample Size | N=66 | N=61 | N=61 | N=52 |
| Sex | | | | |
| Male | 29 (44%) | 28 (46%) | 24 (39%) | 21 (40%) |
| Female | 37 (56%) | 33 (54%) | 37 (61%) | 31 (60%) |
| Age | | | | |
| Mean (yrs.) | 31 | 31 | 30 | 31 |
| Range (yrs.) | | | | |
| Broca Index | | | | |
| Mean | 1 15 | 1.16 | 1.20 | 1.17 |
| Range | | | | |
| Duration of Epilepsy (yrs.) | | | | |
| Median | 19 | 19 | 17 | 18 |
| Range | | | | |
| Number of Concurrent AEDs | | | | |
| 1 | 16 (24%) | 14 (23%) | 14 (23%) | 11 (21%) |
| 2 | 40 (61%) | 38 (62%) | 40 (64%) | 35 (67%) |
| 3 | 10 (15%) | 9 (15%) | 7 (11%) | 6 (12%) |
| Baseline Seizure Frequency | | | | |
| Mean | 27.3 | 28.0 | 22.7 | 23.4 |
| Std Dev | 35.8 | 36.5 | 32.9 | 34.5 |

The results of sponsor's statistical tests are summarized below:

**STUDY 877-210p**

**BASELINE COMPARISON**

| CHARACTERISTIC | STATISTICAL TEST | TWO-SIDED p VALUE* |
|---|---|---|
| Age | Two-Sample Wilcoxon | 0.7813 (P=66, G=61) |
| Sex | Fisher's Exact Test | 0.7190 (P=66, G=61) |
| Broca Index | Two-Sample Wilcoxon | 0.3486 (P=65, G=61) |
| Duration of Epilepsy | Two-Sample Wilcoxon | 0.4383 (P=66, G=61) |
| Number of Concomitant AEDs | Chisquare Test | 0.7920 (P=66, G=61) |
| Baseline Seizure Frequency | Two-Sample Wilcoxon | 0.4433 (P=65, G=61) |

*: Numbers in the parentheses are sample sizes (P: Placebo, G: Gabapentin)

**Efficacy Evaluation.** The primary measure of efficacy was the change in the frequency of partial seizures from baseline to treatment. This change was characterized using three variables: response ratio, response (yes/no for individual patient) expressed as responder rate for each treatment group, and percent change in seizure frequency. Of the three, response ratio was considered most important. The results were interpreted in such a way that if the response ratio was more negative in a treatment group then that treatment "won." Additional efficacy variable of global improvement was also analyzed. The global improvement variable had three components: general condition (patient), seizures (evaluated by patient), and seizures (evaluated by physician).

The sponsor presented two types of analyses:

1. *Evaluable Patients' Analysis* : This analysis included those patients who completed the double-blind treatment phase and also 1) had a baseline seizure frequency of one or more seizures/week; 2) had a seizure diary within the baseline phase of at least 56 days and within the double blind treatment phase of at least 56 days; and 3) did not stop study medication for more than 14 consecutive days within the double blind treatment phase. Fourteen patients (9 in the gabapentin group and 5 in the placebo group) were not evaluable (see Table 11 on p. 42 of Vol. 1.191). Thus, 113 patients (52 receiving gabapentin and 61 receiving placebo) were included in this analysis.

2. *Intent-to-Treat Analysis* : This analysis was conducted for both the responder rate and the response ratio. For the responder rate, all patients who had been randomized to a treatment group and received at least one dose of study drug were included. Thus, a total of 127 patients (66 in the placebo group and 61 in the gabapentin group) were included in the analysis of responder rate. For the response ratio and percent change, a total of 125 patients (64 receiving placebo and 61 receiving gabapentin) were included in the analysis. One patient [Patient ,Center 214) ] had no seizure diary at all and thus had no data that could be extrapolated to 28 days; and so, this patient was not included in the analysis of response ratio or percent change. Another patient [Patient (Center 215)] did not have any partial seizures during baseline or treatment; and so, this patient was excluded from the analysis of response ratio or percent change. These patients were considered nonresponders in the analysis of responder rate.

The following Table summarizes the results of the efficacy analyses of the sponsor:

## STUDY 877-210p

## EFFICACY EVALUATION : DESCRIPTIVE RESULTS

| EFFICACY VARIABLE | EVALUABLE PATIENTS | | INTENT-TO-TREAT PATIENTS | |
|---|---|---|---|---|
| | Placebo | Gabapentin | Placebo | Gabapentin |
| 1. Response Ratio | | | | |
| Mean | -0.051 | -0.201 | -0.036 | -0.179 |
| Adjusted Mean (ANOVA) | -0.060 | -0.192 | -0.043 | -0.162 |
| Standard Deviation | 0.201 | 0.298 | 0.192 | 0.308 |
| Median | -0.067 | -0.171 | -0.038 | -0.153 |
| Total Number of Patients | N=61 | N=52 | N=64 | N=57 |
| 2. Responder Rate | | | | |
| Number of Responders | 6 | 13 | 6 | 14 |
| % Responders | 9.8 | 25 | 9.1 | 23 |
| Total Number of Patients | N=61 | N=52 | N=66 | N=61 |
| 3. Percent Change | | | | |
| Mean | -2 7 | -19.7 | 1.2 | -13.4 |
| Standard Deviation | 39 5 | 65.3 | 49.0 | 78.2 |
| Total Number of Patients | N=61 | N=52 | N=64 | N=61 |

As percent change is a strictly increasing function of response ratio, no statistical tests of significance were performed for the percent change.

Results of sponsor's statistical tests are summarized below:

## STUDY 877-210p

## EFFICACY EVALUATION

| EFFICACY VARIABLE | STATISTICAL TEST | TWO-SIDED p VALUES* | | | |
|---|---|---|---|---|---|
| | | Evaluable Patients | | Intent-to-Treat | |
| 1. Response Ratio (RRatio) | ANOVA | 0.0056 | (P=61,G=52) | 0.0087 | (P=64,G=61) |
| 2. Responder Rate | Fisher's Exact | 0.043 | (P=61,G=52) | 0.049 | (P=66,G=61) |
| 3. Global Improvement | | | | | |
| General Condition(Patient) | Mantel-Haenszel | 0.002 | (P=60,G=51) | Not Performed | |
| Evaluated by Patient | Mantel-Haenszel | 0.01 | (P=61,G=51) | Not Performed | |
| Evaluated by Physician | Mantel-Haenszel | 0.005 | (P=61,G=51) | Not Performed | |

*: Number in the parentheses are sample sizes (P=Placebo, G=Gabapentin)

There was a significantly (p=0.043) greater responder rate in the gabapentin group compared to the placebo group for the set of evaluable patients. The response ratio was significantly greater in the gabapentin than in the placebo group (p=0.0056) for the set of evaluable patients. For evaluable patients, the ANOVA for response ratio showed no center effect (p=0.14); however, there was a significant treatment-by-center interaction (p=0.038) for response ratio. The sponsor stated that one center (Center 214) showed placebo to be superior to gabapentin. There was no indication from the residuals of the ANOVA that the underlying model might be inappropriate.

**FDA Results:**

Since the study was conducted at 9 different centers, it is appropriate to consider the effect of centers in the analyses.

**Baseline Comparison.** In order to compare the two groups with respect to age, Broca Index, duration of partial epilepsy, number of concomitant AEDs, and baseline seizure frequency, van Elteren's test[13] is an appropriate test as it incorporates the effect of centers (treated as blocks). For comparing the variable sex, Mantel-Haenszel test was utilized. Results of statistical reviewer's analyses are summarized below.

---

13 van Elteren, P.H. (1960): "On the combination of Independent Two-Sample Tests of Wilcoxon," *Bulletin of the International Statistical Institute*, 37, 351-361.

## STUDY 877-210p

### BASELINE COMPARISON

| CHARACTERISTIC | STATISTICAL TEST | TWO-SIDED p VALUE |
|---|---|---|
| Age | van Elteren's Test | 0.661 |
| Sex | Mantel-Haenszel Test | 0.602 |
| Broca Index | van Elteren's Test | 0.366 |
| Duration of Epilepsy | van Elteren's Test | 0.307 |
| Number of Concomitant AEDs | van Elteren's Test | 0.701 |
| Baseline Seizure Frequency | van Elteren's Test | 0.671 |

Clearly, there is not enough statistical evidence to conclude baseline imbalance between the two groups with respect to age, sex, Broca Index, duration of partial epilepsy, number of concomitant AEDs, and baseline seizure frequency.

**Efficacy Evaluation.** For the evaluation of efficacy, the statistical reviewer ran the SAS programs provided by the sponsor and reproduced the results. In order to incorporate center effects, responder rate was further analyzed through Mantel-Haenszel test. Results of the statistical reviewer's analyses are summarized below.

## STUDY 877-210p

### EFFICACY EVALUATION

| EFFICACY VARIABLE | STATISTICAL TEST | TWO-SIDED p VALUES | |
|---|---|---|---|
| | | Evaluable Patients | Intent-to-Treat |
| 1. Response Ratio (RRatio) | ANOVA | 0.0056 (See Table Below) | 0.0087 (See Table Below) |
| 2. Responder Rate | Mantel-Haenszel Test | 0.049 | 0.041 |
| | Breslow-Day Test (for interaction) | 0.076 | 0.156 |
| | Log-linear Model | 0.0414 | 0.035 |
| 3. Global Improvement | | | |
| General Condition | van Elteren's Test | 0.014 | Data Not Available |
| Evaluated by Patient | van Elteren's Test | 0.037 | |
| Evaluated by Physician | van Elteren's Test | 0.014 | |

**ANOVA TABLE FOR RESPONSE RATIO**
**Evaluable Patients**

| SOURCE | DF | TYPE III SS | MEAN SQUARES | F-VALUE | P-VALUE |
|---|---|---|---|---|---|
| TREATMENTS | 1 | 0.45015357 | 0.45015357 | 8.02 | 0:0056 |
| CENTERS | 8 | 0.70524476 | 0.0881556 | 1.57 | 0.1437 |
| TREAT*CTR | 8 | 0.9658565 | 0.12073206 | 2.15 | 0.0382 |

**ANOVA TABLE FOR RESPONSE RATIO**
**Intent-to-Treat**

| SOURCE | DF | TYPE III SS | MEAN SQUARES | F-VALUE | P-VALUE |
|---|---|---|---|---|---|
| TREATMENTS | 1 | 0.42092427 | 0.42092427 | 7.15 | 0.0087 |
| CENTERS | 8 | 0.82319878 | 0.10289985 | 1.75 | 0.0956 |
| TREAT*CTR | 8 | 0.77558801 | 0.09694850 | 1.65 | 0.1200 |

There were no indications from the residuals of the above two ANOVA tables (for response ratio) that the underlying assumptions might be inadequate. However, there was significant treatment-by-center interaction in the ANOVA for evaluable patients whereas it was not significant in the intent-to-treat ANOVA. The reason for this was that, on the average, four centers (Centers 214, 215, 218 and 219) showed placebo to be superior to gabapentin whereas rest of the centers (Centers 211, 212, 213, 216 and 220) showed gabapentin to be superior as depicted in the following graph.

Note that five of the centers on their own show significant or nearly significant results favoring gabapentin, while the other centers showed only very small numerical differences favoring placebo. Thus, this reviewer does not feel that the existence of this interaction (for evaluable patients analysis only) detracts from the positive results demonstrated from the highly significant results shown by the combined analysis for both the evaluable patients and intent-to-treat patients.

While the global evaluation was analyzed by the firm, it was never clearly defined, either by protocol or by report thereafter. The firm has not been able to provide a scale or any definite criteria whereby this was evaluated and it appears to have been highly subjective. For this reason and due to the fact that efficacy was established on the basis of seizure reduction, the global parameters were not formally analyzed for the purposes of this review.

The analyses of response ratio, responder rate and global improvement have statistically demonstrated the efficacy of gabapentin as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy.

In order to determine whether the apparent worsening (a more positive percent change) in the gabapentin treated group was statistically significant, the mean percent change from baseline in the placebo group was compared to that in the 1200 mg gabapentin treatment group. The subsets of each of these groups that demonstrated a PCH (percent change) of greater than 50% were then compared. It can be seen that there was no apparent worsening in the gabapentin-treated subset. It must be noted that the sample sizes are extremely small and therefore firm conclusions cannot be drawn from these data.

**STUDY 877-210p**

**EFFICACY EVALUATION : DESCRIPTIVE RESULTS (DEGREE OF WORSENING)**

| EFFICACY VARIABLE | INTENT-TO-TREAT PATIENTS | |
|---|---|---|
| | Placebo | GBP 1200 mg/day |
| Percent Change from Baseline | | |
| Mean | 136.81 | 75.08 |
| Standard Deviation | 99.06 | 44.3 |
| Total Number of Patients | N=5 | N=4 |

Note: Wilcoxon Test p=0.3913 for Intent-to-Treat Patients.

**Discussion**

Several factors were considered in evaluating the apparent response to gabapentin in this study. Protocol variations and violations were specifically reviewed to determine if there was an element of drug interaction affecting the results of this study either by causing levels of antiepileptic drugs to increase or because of increased seizures, requiring addition of a third antiepileptic drug. Since all patients were maintained on 1-2 concomitant antiepileptic drugs during this trial the reviewer questioned whether an increase in concomitant antiepileptic drug levels was seen in the treatment group more than the placebo group, thus potentially enhancing the response to study drug. This was not the case. Concomitant antiepileptic blood levels were reviewed and there did not appear to be a consistent increase in any of these levels. The random plasma levels obtained during treatment do not appear to reflect a significant increase in plasma levels of the concomitant antiepileptic drug (s), and therefore the likelihood of drug interaction as a significant factor in the response of patients to gabapentin is thought to be insignificant.

There also did not appear to be a compensatory increase in dose of concomitant drugs in response to seizures nor an increase in the addition of a new antiepileptic drug in response to an increase in seizure activity in the treatment group as compared to placebo. If the latter were the case the "response " could be questioned.

Cotreatment with benzodiazepines, addition of a new antiepileptic drug and discontinuation of a maintenance antiepileptic drug did not occur with a frequency or in patients in which the results of the study could be said to have been affected. Estimation of seizures and missing seizure diaries also could not be said to have affected the results of the study.

**Conclusions**

While protocol variations and violations were not infrequent with regard to study drug administration, manipulation of concomitant drugs and estimation of seizure frequencies, there does not appear to be a systematic error in favor of one group or the other. Therefore this reviewer does not think that the quality of the data have affected the outcome of the study. The magnitude of response is greatest in this study as compared to the two other pivotal studies and yet the magnitude is not striking. This study does however meet the necessary criteria for an adequate and well-controlled trial to declare efficacy.

Whether, on the other hand, the sponsor has demonstrated a sustained effect is another matter which has not been adequately addressed. This, however, is a matter that goes beyond the scope of this drug's development and perhaps, therefore, to labelling.

## Study 945-6[14]

**Materials Reviewed:** Integrated Summary of Efficacy, protocol and amendments, study report, appendices and tabulated summary data, listings of seizure counts, and CRF's of all responders (12 volumes) as well as dropouts.

**Title** A double-blind placebo-controlled, multicenter study to determine the safety and efficacy of gabapentin as add-on therapy in the treatment of partial seizures.

**Objectives:** The primary aim of this study was to determine the efficacy of gabapentin 900 mg/day with placebo when added to treatment with other antiepileptic drugs in medically refractory patients with partial seizures. Secondary aims were to determine the dose response characteristics of gabapentin with doses at doses of 900 and 1200 mg/day.

**Subjects**

A total of 225 male or female patients over 12 years of age, normal weight, documented chronically medically uncontrolled, epileptic patients suffering from partial seizures (simple and complex partial types) were planned for this study.

Patients would be refractory to available (not investigational) antiepileptics in maximum tolerated doses and would experience an average of a minimum of four (4) partial seizures per month alone or secondarily generalized during the three months prior to screening. Additionally, there would not have been a partial seizure-free period longer than four weeks during the previous three (3) months. Patients could have additional other seizure types except for atypical absence and non-epileptic seizures.

Patients were to have been on stable dosage regimens for three (3) months prior to screening. A stable regimen was defined as one or two AEDs at doses giving plasma levels in a specified range and doses at the maximum tolerated as determined by clinical "toxicity" for at least 3 months during the baseline period.

---

[14] As a point of clarification while the protocol describes 945-06 and 945-05 as two parts of the same study, they were conducted as two independent studies, with similar but not identical design and execution. 945-06 was the European study (which examined the efficacy of gabapentin 900 mg/day against placebo) and 945-05 was the US arm of the study (1200 mg/day). The complement of patients in the two studies is shown in the table below.

| Ex USA | USA |
|---|---|
| 90 | 90 pts at 0 mg/day |
| 0 | 45 pts at 600 mg/day |
| 90 | 0 pts at 900 mg/day |
| 45 | 90 pts at 1200 mg/day |
| 0 | 45 pts at 1800 mg/day |
| 225 | 270 pts total |

Patients would be excluded from selection to the study on the basis of history or evidence of a progressive structural CNS lesion or encephalopathy, systemic illness involving kidney or liver or chemical evidence thereof[15], leukopenia[16], recent use of one or more investigational medications, substance abuse, pregnancy or lactation or possibility of non completion of the trial.

**Study Protocol:**

**Design**

During a 12 week baseline period the patients would continue treatment with the same one or two antiepileptic medications used in the three previous months. Baseline seizure frequency data would be collected. During the baseline control (prerandomization period) patients would not be allowed to undergo changes in drug regimen. Upon completion of the 12 week baseline period on their standard AED's patients continuing to meet entrance criteria would be selected for entry. At this point the entrance criteria change and patients who did not satisfy the established minimum number of seizure events during baseline could still be eligible if they have had 6 partial seizures during the 12 week baseline period (average 2/month).

Patients completing the baseline control period would be randomized to parallel control or experimental groups. In order to maintain a balanced patient distribution within and across study sites, the patient numbers would be randomized but constrained to provide a similar balance of placebo and study drug at each site. In addition, patients stratified according to seizure type and number and type of additional antiepileptic drugs.

Patients entering the study would receive study drug in addition to their standard antiepileptic drugs throughout the entire study. The baseline dosage (at least 3 months) of the standard antiepileptic drugs would remain at the same dosage throughout the study. This treatment would be continued during a 12 week control period and throughout the 12 week, double-blind treatment period.

Introduction of study drug and titration of dose to assigned level would occur over 2 days. In this study 900 or 1200 mg/day gabapentin or placebo would be added to the treatment for 12 weeks in double blind fashion. The drug would be administered on a TID schedule. Physiological, neurological and safety data together with seizure frequency data will be collected during the 12 weeks on study drug.

Doses of standard antiepileptics were not to be increased, and if raised due to an increase in seizures would require that the patient be considered as a drop-out due to lack of efficacy.

The study design is depicted on the following page.

---

[15] SGOT, SGPT, bilirubin, BUN or creatinine above twice the upper limit of the normal range or Gamma-GT over three times the normal range at screening.

[16] counts below 3,000/mm$^3$ and ANC below 1,500/mm$^3$