# EXHIBIT 5

DIVISION OF NEUROPHARMACOLOGICAL DRUG PRODUCTS
Review and Evaluation of Clinical Data

| | |
|---|---|
| NDA (supplement): | 20-235 (Safety Update #4) Review of the World Literature |
| Sponsor: | Parke-Davis Pharmaceuticals |
| Brand Name (generic name): | Neurontin® (Gabapentin) |
| Indication: | Refractory Partial Epilepsy |
| NDA Classification: | 1 P |
| Original Receipt Date: | December 15, 1993 |
| Clinical Reviewer: | Cynthia G. McCormick, M.D. |

INTRODUCTION

This submission updates the safety profile as provided in the Integrated Summary of Safety provided in the original NDA along with the first three Safety Updates. Material that was reviewed for this analysis was the Abbreviated Safety Update #4 (NDA 20-235 Ref. 140) which included the case report forms associated with deaths, withdrawals and serious adverse events.

This safety review is current as of 8/20/93 in the drug's development except for deaths and serious adverse events which have been updated to 10/29/1993. The dates that are pertinent to this submission are shown below.

Data Cutoff Dates for Gabapentin Submissions

| Document | Submitted | Safety Cutoff | Deaths Cutoff | Serious AE |
|---|---|---|---|---|
| NDA | 1/31/92 | 4/30/90 | 8/31/91 | 6/30/91 |
| First Safety Update | 5/29/92 | 6/30/91 | 2/29/92 | 2/29/92 |
| Second Safety Update | 11/2/92 | 6/30/92 | 9/15/92 | 9/15/92 |
| Third Safety Update | 5/14/1993 | 12/31/92 | 3/1/1993 | 3/01/93 |
| Fourth Safety Update | 12/15/93 | 8/20/93 | 10/29/93 | 8/20/93 |

There are no new data in Safety Update #4 from patients who entered open-label studies. The total number of patients exposed to drug in all studies as of December 15, 1993 was 2075 not including the 129 patients in named patient or compassionate use protocols, Huntington's disease and patients enrolled in early pharmacokinetics studies for whom there were no case report forms or current ongoing blinded studies. This

Confidential

Pfizer_LAlphs_0060100

represents 2123 patient years[1] of exposure to gabapentin. Because there have been no new exposures to gabapentin recorded in the safety database since the last submission (with the exception of patients who are still on blinded therapy) the demographic parameters would not have changed since the last report.

There were a total of 58 participants in gabapentin studies who received gabapentin and whose data were not included in the safety database for this NDA, except in the special sections on deaths and serious adverse events. These 58 participants were in the following studies:

    945-73  Clinical Pharmacology study  N=12
    880-13  Patient RS (named patient protocol) N=1  This patient is included among the deaths
    104-06  PK Study in healthy subjects, no CRF's available  N=10
    104-08  Huntington's disease (full CRF's are not available) N=4
    945-43  Monotherapy study canceled due to HOLD  N=4
    Compassionate Use N=1

The following studies are still blinded. Exposure estimates by the firm are based on the treatment groups and total enrollment :

    945-06  Double blind placebo controlled. N=13 to date. Estimated 7 patients on gabapentin. Two patients have entered open label, and are known to be taking gabapentin
    945-36  Three arm crossover. To date 22 patients enrolled. Estimated 19 exposed to gabapentin, with 16 verified because of completion of 3rd arm of the study. One patient included among deaths. No patients included in safety database.

An additional 71 patients are not included in the gabapentin safety data base.
    945-72  PK study completed but not yet summarized. N=5
    945-82  A newly initiated double blind monotherapy study of gabapentin 600, 1200 or 2400.  N=66

**Extent of Exposure to Gabapentin**
The sponsor has not retabulated the total number of patients involved in clinical studies by duration of exposure (weeks) for the fourth safety update.

**Deaths**
There have been two additional deaths reported from 9/15/1992 to 3/1993. The fourth Safety Update brings the total number of deaths to 30 out of an estimated total

---

[1]This figure was received by facsimile on 12/20/1993 to clarify the data in the fourth safety update.

Confidential

Pfizer_LAlphs_0060101

3

exposed population of 2204[2] subjects including those patients whose data are not included in the safety data bases. The overall death rate, then, is still approximately 1% of all exposures and the majority occurred after one year of treatment. The table shown on the pages following this section summarizes the deaths reported in association with gabapentin therapy and lists causes by patient with dose and duration of therapy prior to death. There have been no new cases of death due to neoplasm. In general the new reports do not reflect any condition that is unusual in the chronic epilepsy population. They include a sudden unexplained death and a death due to an epidural hematoma following a fall during a seizure. The latter injury occurred 30 days after final dose of gabapentin therapy; the patient expired 5 days later. The patient was withdrawn from gabapentin because of lack of efficacy.

As noted in the preceding paragraph, there was one additional case of SUDE since the last safety update among a cohort of 2204 patients (2123 patient years of exposure), although this was actually reported as an epileptic death. Since no one witnessed a seizure and the patient was found dead there is no basis for concluding that a seizure occurred. The the total number of patients for whom death was sudden and unexplained, then, is 8. The incidence of SUDE in the gabapentin development program to date is 8 per 2123 patient years, or 0.0038. The incidence of 0.0038 deaths per patient-year is within the range of incidence estimates reported in the literature for sudden unexplained death among epileptics, expressed in deaths per patient year at risk (as epileptics) are as high as 0.005 for patients with refractory epilepsy but as low as 0.0005 for the general population of epileptics. The rate of SUDE in a comparable epileptic data base[3] was .003 deaths per patient year of exposure.

Neurontin® has been approved for marketing in the U.K. since 2/5/1993. There have been no post-marketing deaths reported to the sponsor.

**Comment.** None of these deaths was considered by the investigators or by the sponsor to be related to Gabapentin. The deaths accounted for by SUDE (sudden unexplained death in epilepsy) and accidental or seizure related deaths are still not inconsistent with mortality rates expected for epileptic populations.

The cumulative table of deaths reported is found on the following page.

---

[2] The number of exposed patients is estimated as follows:
2075 (safety data base)+ 58 (not in data base)+71 (not in data base, estimated)= 2204.

[3] The Lamictal® development program ran nearly contemporaneously with that of Neurontin®. The sudden and unexplained deaths were carefully tracked and recorded in that program. The source of patients was approximately the same as in the Neurontin data base, consisting largely of refractory epileptics.

Confidential

Pfizer_LAlphs_0060102

4

## Cumulative Table of Deaths associated with Gabapentin

| Study | Site | Pt Num | Duration | Cause of Death | Comments | Dose |
|---|---|---|---|---|---|---|
| 945-13 | 6 | | 1569 days | Lung Ca | Mets to brain | 2400 mg |
| 945-13 | 17 | | 870 days | Cardiac failure | CAD | 2400 mg |
| 945-13 | 6 | | 1595 | Lung Cancer | | 2000 mg |
| 877-210 | 214 | | 223 days | Astrocytoma | Mass stable before Rx | 1200 mg |
| 877-210G | 214 | | 62 days | Seizure | Asphyxia | 1200 mg |
| 880-033 | | | 1784 days | Unexplained | Epilepsy attributed | 900 mg |
| 945-13 | 6 | | 845 days | Stabbed | | 2400 mg |
| 945-13 | 8 | | 799 days | Cardiac | Postoperative | 1800 mg |
| 945-13 | 8 | | 1005 days | Seizure | seizure-fall-SAH | 2400 mg |
| 945-13 | 12 | | 523 days | Unexplained | Seizures not recorded | 2400 mg |
| 945-14 | 19 | | 1053 days | CVA | Lymphoma | 2400 mg |
| 945-14 | 801 | | 301 days | Seizure | | 1800 mg |
| 945-14 | 801 | | 239 days | Seizure | Aspiration | 1800 mg |
| 945-14 | 902 | | 765 days | Seizure | Froze to death | 1800 mg |
| 945-15 | 16 | | 677 days | MI | V-fibrillation | 2400 mg |
| 945-15 | 17 | | 294 days | Unexplained | Drowned | 2400 mg |
| 945-36 | | | 8 days | Seizures | Status epilepticus | 1200 mg |
| 945-13 | 8 | | 1479 weeks | Unexplained | Died in sleep | 2400 mg |
| 945-15 | 11 | | 1185 days | Unexplained | Found dead in bed | 2400 mg |
| 945-15 | 22 | | 987 days | Unexplained | Found dead | 2400 mg |
| 945-15 | 8 | | 620 days | Unexplained | Found dead | 2400 mg |
| 945-15 | 35 | | 166 days | Unexplained | Found dead | 2400 mg |
| 877-210G | 217 | | 1322 | Pneumonia | COPD | 1200 mg |
| 877-210P | 220 | | 2226 days | Adrenal failure | dementia | discontinued |
| 945-16 | 7 | | 355 days | Epidural Bleed | CHI following seizure | discontinued |
| 880-13 | | | 235 days | Lung Cancer | predated treatment | discontinued |
| 880-033 | | | 26 weeks | Unexplained | Lymphadenopathy | discontinued |
| 945-6 | 37 | | 83 days | Seizures | | discontinued |
| 945-13 | 7 | | 1.1 yr | Astrocytoma | Stable at baseline | discontinued |
| 945-14 | 27 | | 453 days | Lymphoma | diagnosed day 401 | discontinued |

### Assessment of Dropouts

**Overall Pattern of Dropouts**

In the current safety update, the reason given for withdrawal from a study was adverse event in 156 (7% of all) patients. Among patients with epilepsy 138 (9%) withdrew due to adverse events. This represents a single withdrawal recorded in the safety data base since the 3rd safety update in a patient who could not tolerate gabapentin due to nausea after meals. The reasons for withdrawal due to adverse events remain similar to the last safety update, then with the addition of only this one adverse event. In summary, adverse events contributing to withdrawal of >.5% were somnolence, ataxia, dizziness,

5

nausea or vomiting and fatigue. For 46 (almost 30 %) of the 156 gabapentin-treated patients who withdrew because of adverse events, the dose at the time of withdrawal was >1200 mg of gabapentin.

One additional patient withdrew from gabapentin therapy due to a serious adverse event, whose data were not included in the safety data base. This patient withdrew after 51 days of therapy due to leukopenia. The patient had a history of neutropenia/leukopenia for several years to a nadir of WBC $3.3 \times 10^3$ and neutrophil count of $.8 \times 10^{-3}$. The patient's WBC dropped after the addition of gabapentin to her regimen, and returned to baseline approximately 3 weeks after tapering gabapentin. The lowest WBC and neutrophil counts while on gabapentin were $2.5 \times 10^3$ and $.75 \times 10^{-3}$, respectively. The investigator's impression was that of a possible relationship to gabapentin therapy, however the patient clearly had experienced similar episodes in the past and the laboratory values obtained during the episode in question was not internally consistent.

In the previous safety update, 34.2% participants withdrew because of lack of efficacy. This information was not included in the abbreviated safety update.

**Adverse Events Associated with Dropout**
Since SU3 there have been 3 withdrawals due to adverse events (including one death while on treatment as noted above). The cumulative figures on withdrawal associated with adverse events are summarized below and do not reflect any appreciable difference from that which was reported in the previous Safety Update. The most commonly reported reasons for withdrawal are summarized below.

Cumulative Data on Adverse Events Associated with Withdrawal

| All Studies | N=2075 | N=2204 |
|---|---|---|
| Somnolence | 24 (1.15) | 24 (1.08) |
| Ataxia | 17 (.81) | 17 (.77) |
| Fatigue | 13 (.62) | 13 (.59) |
| Dizziness | 12 (.57) | 12 (.57) |
| Nausea and Vomiting | 12 (.57) | 13 (.63) |
| Weight Gain | 9 (.43) | 9 (.43) |
| Depression | 9 (.43) | 9 (.43) |
| Death | 7 (.33) | 7 (.31)[4] |
| Thinking abnormal | 7 (.33) | 7 (.31) |
| Headache | 7 (.33) | 7 (.31) |
| Diplopia | 6 (.28) | 7 (.31)[5] |

---

[4]This number reflects only those deaths coded as an adverse event. In reality 23 (1.3%) deaths were in patients while on gabapentin therapy.

[5]Not previously described in SU3, this is the same patient who withdrew from study 877-210PX, center 220, patient 109, due to ataxia and hyponatremia. The ataxia alone had been previously reported as reason for withdrawal.

Confidential

Pfizer_LAlphs_0060104

8

| | | |
|---|---|---|
| Rash | 6 (.28) | 6 (.28) |
| Confusion | 6 (.28) | 6 (.28) |
| Paresthesias | 5 (.24) | 5 (.24) |
| Abdominal Pain | 5 (.24) | 5 (.24) |
| Amnesia | 5 (.24) | 5 (.24) |
| Decreased WBC | 4 (.19) | 5 (.24) |
| Dysarthria | 4 (.19) | 4 (.19) |
| Insomnia | 4 (.19) | 4 (.19) |
| Brain Neoplasm | 4 (.19) | 4 (.19) |
| Nervousness | 4 (.19) | 4 (.19) |
| Agitation | 4 (.19) | 4 (.19) |
| Anxiety | 4 (.19) | 4 (.19) |
| Impotence | 4 (.19) | 4 (.19) |

The spectrum of adverse events associated with withdrawals is not significantly different from that which has been reported to date. The most common adverse events leading to withdrawal are those which are reported most commonly in general.

While only 7 deaths were coded as adverse events in this section, to consider only seven apart from the total (30) could be considered misleading. Actually 23 patients died while on gabapentin therapy.

Convulsions were associated with withdrawal from clinical trials as noted in the NDA and the first three safety updates to the NDA. These were considered along with withdrawals due to lack of efficacy in order to avoid counting the same patients twice and also to obtain a better understanding of the population that is not controlled on medication. This was done with the understanding that some of the patients who reported convulsions as adverse events may have reported these as adverse events because of a perceived worsening of their condition. However there did not appear to be sufficient rigor in the reporting of this condition to be able to draw this conclusion, therefore they were added together at the request of this reviewer. Since the last report there is only one case of convulsions reported as a serious adverse event resulting in withdrawal.

## OTHER SAFETY FINDINGS ( not provided)
The frequency of adverse events was not reported in Abbreviated SU4.

**ADR Incidence Tables:** A table of the adverse events occurring in >5% of patients in all epilepsy studies was not provided in the 4th safety update. This has been requested of the firm.

### Incidence in Controlled Clinical Trials
Adverse events that occurred at a frequency of 1% or more among gabapentin treated patients who participated in placebo controlled studies of similar design were shown in the original NDA review. Since no additional patients that were enrolled in placebo controlled trials since the cutoff date for the second safety update, the numbers provided at that time are still accurate.

Confidential

Pfizer_LAlphs_0060105

**LABORATORY FINDINGS**
No additional placebo controlled information is available with regard to clinical chemistry since the last Safety Update.

**SPECIAL STUDIES**

**Withdrawal Phenomena/Abuse Potential**
No new information is available with regard to abuse potential or withdrawal phenomena since the original NDA submission or first and second Safety Updates.

**Human Reproduction Data**
No new pregnancies have been reported since the last Safety Update.

**OVERDOSE EXPERIENCE**
No additional gabapentin overdoses experiences have been reported since the last Safety Update.

**SUMMARY OF SERIOUS EVENTS [start here 12/28/93**
As required by 21 CFR 312.32 (a), the sponsor used the term 'serious' to describe certain kinds of AEs. Adverse events were reported as serious if they were thought to be immediately life threatening, permanently disabling, or requiring hospitalization, cancer, overdose, congenital anomaly, or other events deemed of medical concern by the PDMM. All hospitalizations were reviewed to determine if the reason for hospitalization was serious.

The cumulative rate of reporting of serious adverse events was 96 (4%) of the total exposed population of 2204 participants. Sixteen of these were reported since the cutoff date for the fourth safety update. One of these patients had a serious adverse event diagnosed 2 years after gabapentin was discontinued. Two of these patients had serious adverse events reported in previous safety updates. The reported serious adverse events that occurred since the SU3 can be summarized as follows: carpal tunnel syndrome, gastritis, osteomyelitis, confusion due to VP shunt failure, postictal encephalopathy, panic attack, anxiety, lung abscess, asthma, burn, squamous metaplasia of the cervix, kidney infection, breast cancer. The serious adverse events were reported largely in the dosage range of >900 mg to 2400 mg (82%) which are the most commonly prescribed doses also.

The cumulative spectrum of adverse events which developed during gabapentin development has not changed with the addition of the new reports in Abbreviated SU4. Half of the reports of serious adverse events related to the central nervous system. Serious adverse events reported more than once included convulsions (27 reports), depression (10 reports), brain neoplasm (8 reports); drug overdose (6 reports); intracranial hemorrhage (4 reports); pneumonia (4); cataracts (3); suicide attempt (3); CVA, CHF, leukopenia, breast cancer, SDH, and lower respiratory infection (each in 2 patients).

**Depression:** The incidence of depression with suicidal ideation is reported in the 4th Safety Update as a severe adverse event, bringing the total to 10 cases reported. There is a higher incidence of depression among epileptics with partial seizures as compared to the general population. One cannot determine based on the available data, largely uncontrolled, whether the reports here represent an increase in incidence or intensity of depression compared to that which is expected.

**Status epilepticus:** One additional case of status epilepticus has been reported in SU4. This patient had a prior history of status epilepticus. The incidence of neurological serious adverse events has not changed significantly with the addition of new data.

**Tumors** Since the last safety update there has been one report of a newly diagnosed breast cancer and a newly diagnosed cervical squamous metaplasia and intraepithelial neoplasm (CIN II-III). This brings the total of malignancies to 21. One of these occurred in a patient who received only placebo. These new reports do not alter the existing safety profile of gabapentin as previously reported.

Neurontin® has been approved for marketing in the U.K. since 2/5/1993. There have been no post-marketing serious adverse events yet reported to the sponsor.

**Summary of Drug Interactions**
No new drug-drug or drug-demographics interactions have been reported since the previous safety update.

**Summary, Conclusions, and Recommendations**
There are no new data in the Safety Update #4 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1,2, and 3.

<u>**Review of the World Literature:**</u>
Review of the World Literature on Gabapentin, submitted in References 114 (September 17, 1993), 126 (October 20, 1993) and 129(10/29/1993). There is no information in these sources which was not found in the NDA. Therefore this review do not alter the conclusions from the review of the NDA and Safety Updates 1-4.

*Cynthia McCormick*
Cynthia G. McCormick, M.D.
Clinical Reviewer
December 28, 1993

CC:NDA 20-235/HFD-120/Katz/McCormick/Chamberlin