# EXHIBIT 9

# CENTER FOR DRUG EVALUATION AND RESEARCH

## Application Number  21-397
21-423
21-424

## MEDICAL REVIEW(S)



FDA CENTER FOR DRUG EVALUATION AND RESEARCH
**DIVISION OF ANESTHETIC, CRITICAL CARE, AND ADDICTION DRUG PRODUCTS
HFD-170, Room 9B-45, 5600 Fishers Lane, Rockville MD 20857   (301) 827-7410**

## REVIEW AND EVALUATION OF CLINICAL DATA

|  |  |
|---|---|
| **NDA #** | 21-397<br>21-423<br>21-424 |
| Sponsor | Parke-Davis Pharmaceuticals Limited |
| Generic Name | Gabapentin |
| Proprietary Name | Neurontin |
| Pharmacologic Class | Anti-epileptic |
| Proposed Indication | For the management of postherpetic neuralgia in adults |
| Submission Date | August 6, 2001 |
| Clinical Reviewer | Sharon Hertz, M.D. |
| Completion Date | May 24, 2002 |

Page 1 of 1

## EXECUTIVE SUMMARY

A. Overview Of Clinical Program

Established name:    Gabapentin
Trade Name:          Neurontin
Drug Class:          Anti-epileptic
Proposed Indication: For the management of postherpetic neuralgia
Dose:                Capsules 100, 300, 400 mg; Tablets 600 and 800 mg; Oral
                     Solution 50 mg/ml
Route:               Oral
Regimen:             A single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided
                     BID), and 900 mg/day on Day 3 (divided TID), followed by
                     titration to a maximum of 3600 mg/d (divided TID).

Gabapentin was studied in two trials in patients with postherpetic neuralgia. A total of 563 patients were enrolled, 336 of whom received gabapentin. Additional safety information was obtained from three clinical trials in other neuropathic pain trials enrolling patients with painful diabetic peripheral neuropathy and neuropathy of mixed etiologies. An additional 794 patients were enrolled in these trials, 484 of whom received gabapentin. Safety data from non-neuropathic pain trials in studies evaluating the efficacy and pharmacokinetics of gabapentin in combination with naproxen sodium or hydrocodone were added to the evaluation of deaths, SAEs and discontinuations due to AEs.

B. Efficacy

Study 945-211 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients with post-herpetic neuralgia. Patients were titrated to a dose of 3600 mg over a 4-week period and maintained on the final stable dose for four more weeks. A total of 229 patients were enrolled and 184 (80.3%) completed the study. The most common reason for early study discontinuation was adverse event, occurring in 21 of the 113 gabapentin patients (18.6%) and in 14 of the 116 placebo patients (12.1%.) Only 64.6% of the gabapentin treated patients reached a final stable dose of 3600 mg/d. The remainder of patients reached final stable doses from 1200 mg/d to 3000 mg/d.

Study 945-295 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients with post-herpetic neuralgia. Patients were titrated to either 1800 mg/day or 2400 mg/day over a 3-week period and maintained on the final stable dose for four weeks. A total of 334 patients were enrolled and 272 (81.4%) completed the study. One hundred and fifteen patients received gabapentin 1800 mg/day, 108 patients received gabapentin 2400 mg/day, and 111 patients received placebo. All patients were successfully titrated to the intended treatment dose. One patient from each of the gabapentin groups required a dose reduction during the study.

The planned primary outcome measure in both studies was the change in mean weekly Pain Rating Scale score from the patient diary. The gabapentin treatment groups all

demonstrated statistically significant improvement in pain compared with placebo. The treatment effect was similar in size across all gabapentin treatment arms. Separation from placebo was seen as early as one week after titration was begun. The percent of patients with a 50% reduction in pain was also similar across all treatment groups. The secondary efficacy outcome measures reflecting pain measurements were supportive of the primary efficacy measure. Additional secondary efficacy measures of sleep interference, global impression of change by patient and investigator, all favored gabapentin over placebo.

These results demonstrate that gabapentin doses of 1800 mg/day, 2400 mg/day, and 3600 mg/day were effective for post-herpetic neuralgia. Patients should undergo a gradual titration from 300 mg/day to 1800 mg/day. Although there does not appear to be additional benefit from higher doses, safety data support the use of doses up to 3600 mg/day.

C. Safety

The safety database presented an adequate assessment of the adverse event profile of gabapentin in the postherpetic neuralgia patient population, with confirmatory safety findings in other neuropathic pain conditions. The safety database consisted of 1357 patients in double-blind, placebo-controlled and open label studies of gabapentin in neuropathic pain. The postherpetic neuralgia studies enrolled 563 patients. A total of 820 patients received gabapentin, primarily over a period of six to eight weeks. Additional safety information for deaths, serious adverse events (SAEs), and discontinuations due to adverse events was obtained from four ongoing studies in diabetic neuropathy and mixed etiology neuropathic pain, and from combinations studies with naproxen and hydrocodone in non-neuropathic pain.

Patients were evenly distributed across gender, but more than 80% of patients were Caucasian. Twenty five percent of patients were over the age of 75 in the overall population, and in the postherpetic neuralgia trials, 50% of the patients were over the age of 75.

Of the 11 deaths reported, there was only one death for which there was any reason to suspect even a small contributory roll of study medication. The patient had widely metastatic prostate cancer, and died following the onset of sleepiness, 3 days after beginning gabapentin. The patient had been receiving concomitant morphine which can increase the bioavailability of gabapentin, possibly contributing to CNS depression. The investigator attributed the cause of death due to progression of the underlying cancer.

There were few serious adverse events for which a contributory role could be assigned to gabapentin. In the neuropathic pain studies, gabapentin may have played a role in one case of peripheral edema with subsequent cellulitis, and likely contributed to the somnolence seen following an intentional overdose. There was one case of angioedema in a patient on no concomitant medications, but the study drug assignment had not been unblinded at the time of the report.

NDA 21-397.doc

Adverse events were fairly common and occurred in more gabapentin-treated patients than placebo treated patients. PHN patients who were older, had greater proportion of discontinuations due to adverse events. It may be that older patients have a greater bioavailability of gabapentin which is excreted exclusively by the kidney, and so are more susceptible to adverse events. However, other unidentified factors may also have contributed.

The nature of the adverse events were consistent with the adverse event profile known from study of gabapentin in other patient populations. The most common adverse events were dizziness and somnolence, followed by peripheral edema and dry mouth. There was less ataxia, fatigue, and nystagmus compared with the epilepsy population, consistent with the known polypharmacy with anticonvulsants in the epilepsy trials.

While drug-drug interactions were not evident in the safety findings during the clinical trials, studies with co-administration of hydrocodone and a literature report evaluating co-administration of morphine indicate the potential for interactions with opiates. These interactions, primarily reflecting increased bioavailability of gabapentin when co-administered with opioids, have the potential to be clinically meaningful. This information will need to be adequately communicated to the health-care provider community through appropriate labeling and promotional materials.

D. Dosing
The lack of a dose response relationship across the 1800 mg/day, 2400 mg/day, and 3600 mg/day suggest that for most patients, 1800 mg/day will appropriate target dose for titration. Patients should begin titration with a single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID). Gradual titration should proceed to 1800 mg/day (divided TID). Although an acceptable safety profile has been demonstrated up to a dose of 3600 mg/day, little additional benefit is expected from titration beyond 1800 mg/day.

E. Special Populations
There was a larger treatment effect in patients $\geq 75$ years. This finding may result from a greater bioavailability of gabapentin due to age-related reductions in renal function, although other unidentified factors may also be contributing to this effect.

Adverse events were overall, more frequent among patients over the age of 75. The only individual adverse events that were notably more common in this group were dizziness and peripheral edema. There were no effects of gender on the distribution of adverse events. There was too little racial diversity to evaluate the effects of race on the adverse event profile.

As gabapentin is excreted unchanged by the kidneys, dosing must be reduced in the setting of renal impairment, once creatinine clearance is less than 60 mL/min.

The incidence of postherpetic neuralgia in patients under the age of 18 is so low as to preclude the ability to study gabapentin for this indication in that population. The

sponsor has requested a waiver from the study of postherpetic neuralgia in pediatrics and
this request is acceptable.

**APPEARS THIS WAY
ON ORIGINAL**

NDA 21-397.doc

EXECUTIVE SUMMARY..............................................................................2
SECTION 1 INTRODUCTION AND BACKGROUND..............................7
SECTION 1.1 DRUG ESTABLISHED AND PROPOSED TRADE NAME, DRUG
CLASS, PROPOSED INDICATION, DOSE, REGIMENS, AGE GROUPS ..................7
SECTION 1.2 STATE OF ARMAMENTARIUM FOR INDICATION ...........................7
SECTION 1.3 IMPORTANT MILESTONES IN PRODUCT DEVELOPMENT ...........7
SECTION 1.4 OTHER RELEVANT INFORMATION ...................................................8
SECTION 2 CLINICALLY RELEVANT FINDINGS FROM CHEMISTRY,
ANIMAL PHARMACOLOGY AND TOXICOLOGY...............................................9
SECTION 3 HUMAN PHARMACOKINETICS AND PHARMACODYNAMICS10
SECTION 4 DESCRIPTION OF CLINICAL DATA AND SOURCES..................11
SECTION 4.1. OVERALL DATA .........................................................................11
SECTION 4.2. TABLES LISTING THE CLINICAL TRIALS .......................................12
SECTION 4.3 POSTMARKETING EXPERIENCE....................................................13
SECTION 4.4 LITERATURE REVIEW ....................................................................14
SECTION 5 CLINICAL REVIEW METHODS........................................................16
SECTION 5.1 DESCRIBE HOW REVIEW WAS CONDUCTED ..............................16
SECTION 5.2 OVERVIEW OF MATERIALS CONSULTED IN REVIEW .................16
SECTION 5.3 OVERVIEW OF METHODS USED TO EVALUATE DATA QUALITY
AND INTEGRITY ....................................................................................................17
SECTION 5.4 WERE TRIALS CONDUCTED IN ACCORDANCE WITH ACCEPTED
ETHICAL STANDARDS..........................................................................................17
SECTION 5.5 EVALUATION OF FINANCIAL DISCLOSURE..................................17
SECTION 6.0 INTEGRATED REVIEW OF EFFICACY ........................................19
SECTION 6.1 SUMMARY OF EFFICACY ...............................................................19
SECTION 6.2 INDIVIDUAL STUDIES..................................................................19
  SECTION 6.2.1 STUDY 945-211 ....................................................................19
  STUDY PROTOCOL 945-211 ............................................................................20
SECTION 6.2.2 STUDY 945-295 ........................................................................38
  RESULTS................................................................................................................42
SECTION 7 INTEGRATED REVIEW OF SAFETY .............................................51
SECTION 7.1 SAFETY FINDINGS - SUMMARY.................................................51
SECTION 7.2 ADEQUACY OF SAFETY EXPOSURE..........................................51
SECTION 7.2.1 EXTENT OF EXPOSURE...............................................................53
SECTION 7.2.2 DEMOGRAPHIC AND BASELINE CHARACTERISTICS ..............56
SECTION 7.2.3 DISPOSITION ...............................................................................58
SECTION 7.3 SAFETY ASSESSMENT................................................................59
SECTION 7.3.1 DEATHS .......................................................................................60
SECTION 7.3.2 SERIOUS ADVERSE EVENTS........................................................63
SECTION 7.3.3 DISCONTINUATIONS DUE TO ADVERSE EVENTS.....................68
SECTION 7.3.4 ADVERSE EVENTS ......................................................................71
SECTION 7.3.5 VITAL SIGNS AND LABS..............................................................77
SECTION 8 GABAPENTIN DOSING ....................................................................78
SECTION 9 SPECIAL POPULATIONS..................................................................80
SECTION 9.1 SUMMARY .......................................................................................80

NDA 21-397.doc

SECTION 9.2 INTEGRATED EFFICACY ANALYSES - SUBGROUPS .................... 80
SECTION 9.3 SAFETY - SUBGROUPS ........................................................... 81
SECTION 9.4 PEDIATRIC PROGRAM ........................................................ 84
**APPENDICES** ...................................................................................... **85**

**APPEARS THIS WAY
ON ORIGINAL**

## SECTION 1  INTRODUCTION AND BACKGROUND

### SECTION 1.1 Drug Established and Proposed Trade Name, Drug Class, Proposed Indication, Dose, Regimens, Age Groups

| | |
|---|---|
| Established name: | Gabapentin |
| Trade Name: | Neurontin |
| Drug Class: | Anti-epileptic |
| Proposed Indication: | For the management of postherpetic neuralgia. ——— |
| Dose: | Capsules 100, 300, 400 mg; Tablets 600 and 800 mg; Oral Solution 50 mg/ml |
| Route: | Oral |
| Regimen: | A single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID), followed by titration to 1800 mg/d (divided TID). |

### SECTION 1.2  State Of Armamentarium For Indication

A pre-NDA meeting was held on May 14, 2001.  The meeting package was reviewed prior to the meeting.  During this meeting the Division informed the sponsor that a _____ _____ ₁ indication would not be granted. Specific indications for specific conditions would be considered.   Substantial evidence of efficacy from replicated adequate and well-controlled trials for specific indications such as postherpetic neuralgia (PHN) or painful diabetic peripheral neuropathy (DPN) would be required for approval.  The sponsor was informed that based on the information in the meeting package, sufficient information for an indication of pain associated with DPN was not available based on the two studies synopses submitted.  For PHN, dose replication had not been demonstrated as the two clinical study synopses submitted utilized different treatment arms, and this could result in a nonapproval for this indication as well.  The sponsor reported that the study designs for the PHN and DPN trials had been agreed upon by Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products.

### SECTION 1.3  Important Milestones In Product Development

Neurontin has been approved as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in patients over 12 years of age with epilepsy and as adjunctive therapy in the treatment of partial seizures in pediatric patients age 3 - 12 years.  The original NDA was followed by NDAs for additional formulations and for the pediatric indication.  The three dosage forms are bioequivalent and have a common package insert.
1.  20-235 Neurontin Capsules 100, 300, 400 mg; Dec. 30, 1993
2.  20-882 Neurontin Tablets 600 and 800 mg; Oct 9, 1998
3.  21-129 Neurontin Oral Solution 50 mg/ml; Mar 2, 2000
4.  21-216 Neurontin Oral Solution 50 mg/ml-Pediatrics; Oct 12, 2000

There is a Phase 4 commitment associated with the approval of NDA 21-216, to conduct a repeated-dose neonatal/juvenile rat study to assess the developmental neurotoxicity of

gabapentin. A protocol submitted to ———— was reviewed, and concurrence with the study design was conveyed to the sponsor by the review division on July 13, 2001. The sponsor expects a study report by December, 2002.

Gabapentin has been studied under six INDs:

1.
2.
3.
4
5
6.

### SECTION 1.4  Other Relevant Information

### Foreign Marketing History
As of June 14, 2001, Neurontin has been approved for the management of neuropathic pain in 34 countries. A specific indication for neuropathic pain in diabetic neuropathy and postherpetic neuralgia has been approved in Austria, Chile, Denmark, Finland, Germany, and Switzerland, for diabetic neuropathy, PHN, and trigeminal neuralgia in Singapore, and PHN in France. Other varied neuropathic pain indications exist in 26 countries including Australia, Italy, Ireland, Spain, New Zealand, the United Kingdom, Aruba, Czech Republic, Romania, and Slovakia, and many countries in Latin America and Asia.

Neurontin has not been withdrawn from the market for safety or efficacy reasons in any country where it has been approved.

Neurontin has been approved for the treatment of epilepsy in many countries.

### APPEARS THIS WAY
### ON ORIGINAL

## SECTION 2  CLINICALLY RELEVANT FINDINGS FROM CHEMISTRY, ANIMAL PHARMACOLOGY AND TOXICOLOGY

Gabapentin is structurally related to gamma-aminobutyric acid (GABA), a primarily inhibitory neurotransmitter.  While initially intended to mimic the effects of GABA, this does not appear to be a clinically meaningful action of gabapentin.  The mechanism by which gabapentin exerts its pharmacological actions is unknown for both PHN and epilepsy.

This is a Type 6 NDA and all of the information about the manufacture and controls of the drug substance and drug product is included in the approved NDA 20-235, Neurontin (gabapentin) Capsules.  The inactive ingredients for the capsules are lactose, cornstarch, and talc.

An updated environmental assessment was submitted in support of this NDA.  The conclusion by the CMC reviewer was that the new indication will not result in an appreciable increase in the amount of gabapentin being introduced into the environment.

**APPEARS THIS WAY
ON ORIGINAL**

## SECTION 3  HUMAN PHARMACOKINETICS AND PHARMACODYNAMICS

The PK characteristics of gabapentin have been well described. Gabapentin reaches its peak plasma concentration 3 to 4 hours postdose following a single oral dose. Plasma concentrations of gabapentin are not dose-proportional over a range of 1200 to 4800 mg/day (given every 8 hours). Absolute bioavailability of gabapentin was approximately 60%, 47%, 34%, 33%, and 27% following 900, 1200, 2400, 3600, and 4800 mg/day, given in divided doses q8h, respectively. This is because the absorption of gabapentin relies on a saturable transport mechanism. Food increases the absolute bioavailability of gabapentin by a small amount (14% with a high-fat meal) that is not considered clinically significant.

Gabapentin is eliminated unchanged, by renal excretion with no significant hepatic metabolism. Less than 3% of gabapentin circulates bound to plasma protein. Gabapentin half-life is approximately 5 to 7 hours in healthy subject.

As gabapentin is not appreciably metabolized in humans, studies in hepatic impairment have not been performed. Renal impairment does require reductions in dosing, once creatinine clearance is less than 60 mL/min.

gabapentin (125 mg) were co-administered. There was no effect on naproxen by gabapentin. Co-administration of gabapentin (125 to 500 mg) and hydrocodone (10 mg) resulted in a decrease in the hydrocodone $C_{max}$ by 3% to 21%, and AUC by 4% to 22%, based on gabapentin dose in a dose-dependent manner. Gabapentin AUC values were increased by hydrocodone 14%.

Additionally, literature reports describe a 44% increase in gabapentin AUC following administration of a 60 mg controlled-release morphine capsule 2 hours prior to a 600 mg gabapentin capsule. No effects on the PK parameters of morphine were reported.

As discussed below under Dosing, no dose-response relationship was observed in the clinical trials in support of this application. The response size was similar across the 1800 mg/d, 2400 mg/d, and 3600 mg/d dosing arms.

### APPEARS THIS WAY
### ON ORIGINAL

## SECTION 4  DESCRIPTION OF CLINICAL DATA AND SOURCES

### SECTION 4.1. Overall Data

The original NDA submission dated August 6, 2001 was intended to support an indication for t ⎯⎯⎯⎯⎯⎯          . This submission included data on 1357 patients studied in 5 pivotal, double-blind, placebo-controlled, clinical studies in patients with neuropathic pain, and two clinical pharmacology studies. Additional data from ongoing foreign studies and early trials of gabapentin in combination with naproxen and in combination with hydrocodone were included in the safety analysis.

The submission dated October 4, 2001, addressed a request by the Review Division for an integrated dataset consisting of adverse event safety data from each of the studies contributing to the ISS.

The submission dated November 30, 2001 included additional safety data requested by the Division, AEs by dose at onset. This database reflected information from all completed clinical, pharmacologic, and combination studies. This was supplemented with deaths, SAEs, and discontinuations due to AEs from ongoing foreign studies.

The 120-day safety update was submitted on December 6, 2001. This submission consisted of a partial study report for open-label study 945-411 The AEs reported during this study were not integrated with prior safety data. Updated reporting of deaths, SAEs, and discontinuations due to AEs were provided.

The requested indication was changed to post herpetic neuralgia, documented in a submission dated December 20, 2001. In the same submission, the sponsor provided an efficacy analysis of the 563 patients in the two double-blind, placebo-controlled clinical studies in patients with neuropathic pain associated with postherpetic neuralgia. A total of 336 patients received gabapentin in these trials. The sponsor included 23 patients with PHN who received gabapentin during a mixed neuropathy study in the analysis. A safety dataset including only patients with postherpetic neuralgia was included in this submission at the request of the Division and the sponsor also resubmitted the data from the original submission combining the original five completed clinical trials, four ongoing studies, two clinical pharmacology studies and eight gabapentin combination therapy studies.

APPEARS THIS WAY
ON ORIGINAL

**SECTION 4.2. Tables Listing the Clinical Trials**

Clinical Pharmacology Studies

Study 945-190 was an uncontrolled, multiple dose PK study to determine steady-state, dose-proportionality study of gabapentin doses of 1200, 2400, 3600, and 4800 mg/day in healthy subjects. Multiple doses were given on Days 1, 2, 8, 9, 15, 16, 22, and 23, and single doses on Days 3, 10, 17, and 24.

Study 1032-015 was an open-label, randomized, 3-way crossover study to compare single-dose PK of gabapentin and naproxen administered separately and together. Single oral doses consisted of gabapentin 125 mg, naproxen sodium 250mg, or the 2 combined. Dosing took place on Days 1, 8, and 15.

Clinical Neuropathic Pain Studies

Table 4.1  Original Five Completed Clinical Neuropathic Pain Studies

| Study | Description | Number of Patients | |
|---|---|---|---|
| | | ITT | Completed |
| 945-210 US and Canada | DPN. One-week baseline followed by an 8-week d-b phase (4 w titration; 4 w fixed dose) with placebo or a target dose of 3600 mg/day gabapentin (GBP), given in 3 equally divided doses (TID). If intolerable AEs occurred during titration, the GBP dosage was decreased one dosage level to 900, 1200, 1800, or 2400 mg/day, given TID. | 165 | 135 |
| 945-211 US | PHN. One-week baseline followed by an 8-week d-b phase (4 w titration; 4 w fixed dose) with placebo or a target dose of 3600 mg/day GBP, given TID. If intolerable AEs occurred during titration, the GBP dosage was decreased one dosage level to 1200 (minimum), 1800, or 2400 mg/day, given TID. | 229 | 184 |
| 945-224 Europe and South Africa | DPN. One-week baseline followed by a 7-week d-b phase (3 w titration; 4 w fixed dose) with placebo or GBP 600, 1200, or 2400 mg/day, given TID.<br>67 pts (14 of whom received placebo during d-b) entered a 4-month open-label phase where GBP was started at 600 mg/day and titrated over 4 w at the discretion of the investigator to a maximum of 2400 mg/day, given TID. At the end of 4 w the GBP dose remained stable for an additional 3 months. | 324 DB<br><br>67 OL | 276 DB<br><br>50 OL |
| 945-295 UK | PHN. One-week baseline followed by a 7-week d-b phase (3 w titration; 4 w fixed dose) with placebo or GBP 1800 or 2400 mg/day, given TID. | 334 | 272 |
| 945-306 UK | Various neuropathic pain syndromes. 1w baseline followed by an 8-week d-b phase (4 w titration, 4 w fixed dose) with a maximum dose of GBP of 2400 mg/day, given TID. Based on effect, pts could remain at 900 or 1800 mg/day, given TID. | 305 | 234 |
| 945-411 | DPN. OL, 7-week, OL, half fixed-dose 900 mg/d, half titrated to $\leq$ 3600 mg/d (4 w titration) | 339 | |

US = United States; UK = United Kingdom; ITT Population = All rand. pts who received at least 1 dose of study medication; DB = d-b; OL = Open-label.

Non-Neuropathic Pain/Combination Studies

Table 4.2  Original Five Completed Clinical Neuropathic Pain Studies

| Study | Number of Patients | Description |
|---|---|---|
| 1032-001 US | 483 | GPN/NPN<br>3rd molar extraction. Single dose, d-b, placebo controlled, factorial design |
| 1032-002 US | 262 | GPN/NPN<br>Osteoarthritis, d-b, placebo-controlled, factorial design |
| 1032-003 US | 212 | GBP/NPN<br>OL extension of 1032-002 |
| 1032-004 US | 206 | GPN/NPN<br>D-b, placebo-controlled study evaluating protective effects of GBP against NPN induced gastric mucosal injury |
| 1032-010 US | 24 | GPN/NPN<br>Bioequivalence of combination capsule and individual components given together |
| 1035-001 US | 325 | GPN/HC<br>3rd molar extraction. Single dose, d-b, placebo controlled, factorial design |
| 1035-002 US | 200 | GPN/HC<br>Post-op orthopedic surgery, single dose, d-b, placebo-controlled, factorial design |
| 1035-003 US | 9 | GPN/HC<br>abuse liability study |

## SECTION 4.3  Postmarketing Experience

**Safety**

The sponsor's Worldwide Safety Surveillance group reviewed their postmarketing safety databases through December 31, 2000 for adverse events in which gabapentin was a primary suspect medication. The reports are submitted by health care professionals and consumers, and obtained from AE registries, medical literature, and postmarketing clinical studies. Each case represents one patient, but a given patient may be reported in more than one case.

The sponsor segregated the reports based on the available information providing the indication for which the gabapentin had been used. These are listed below in Table 4.3, Neuropathic Pain, Other, and Unknown. This type of mostly volunteering reporting tends to underreport cases. There is also no accurate denominator available to determine how these frequencies compare with controlled clinical trials. The percentages below represent the percent of the cases for that indication heading.

Of 7655 cases reporting 20,076 events, 75% originated in the US, and neuropathic pain was identified as the indication in 1294 cases. The most frequent reports were dizziness, somnolence, asthenia, and peripheral edema. The spectrum of AEs reported, and the most frequent AEs reported, are both consistent with the experience from the clinical trials.

Table 4.3  Summary of Postmarketing AEs for Gabapentin Reported in ≥2% of Neuropathic Pain Cases Compared to Cases With Other and Unknown Indications

| COSTART Body System | Neuropathic | Other | Unknown |
|---|---|---|---|

| COSTART Preferred AE Term | Pain [a] | | Indications | | Indications [b] | |
|---|---|---|---|---|---|---|
| **Body as a Whole** | N | % | N | % | N | % |
| Accidental injury | 27 | (2.1%) | 96 | (2.0%) | 9 | (0.6%) |
| Asthenia | 89 | (6.9%) | 259 | (5.3%) | 34 | (2.3%) |
| Drug interaction | 62 | (4.8%) | 203 | (4.2%) | 68 | (4.7%) |
| Headache | 58 | (4.5%) | 196 | (4.0%) | 25 | (1.7%) |
| Pain | 73 | (5.6%) | 132 | (2.7%) | 20 | (1.4%) |
| **Digestive System** | | | | | | |
| Diarrhea | 44 | (3.4%) | 123 | (2.5%) | 23 | (1.6%) |
| Nausea | 52 | (4.2%) | 155 | (3.2%) | 27 | (1.9%) |
| Drug, Usage | | | | | | |
| Off-label use of drug [c] | 1112 | (85.9%) | 1961 | (40.3%) | 11 | (0.8%) |
| **Metabolism and Nutrition** | | | | | | |
| Edema peripheral/peripheral edema [d] | 77 | (6.0%) | 166 | (3.4%) | 53 | (3.7%) |
| Weight gain | 49 | (3.8%) | 201 | (4.1%) | 55 | (3.8%) |
| **Nervous System** | | | | | | |
| Amnesia | 40 | (3.1%) | 119 | (2.5%) | 30 | (2.1%) |
| Ataxia | 33 | (2.6%) | 139 | (2.9%) | 16 | (1.1%) |
| Confusion | 31 | (2.4%) | 141 | (2.9%) | 25 | (1.7%) |
| Dizziness | 130 | (10.1%) | 327 | (6.7%) | 37 | (2.6%) |
| Insomnia | 30 | (2.3%) | 112 | (3.1%) | 16 | (1.1%) |
| Nervousness | 39 | (3.0%) | 115 | (2.4%) | 15 | (1.0%) |
| Paresthesia | 33 | (2.6%) | 93 | (1.9%) | 16 | (1.1%) |
| Somnolence | 124 | (9.6%) | 421 | (8.7%) | 68 | (4.7%) |
| Thinking abnormal | 35 | (2.7%) | 145 | (3.0%) | 28 | (1.9%) |
| Tremor | 45 | (3.5%) | 104 | (2.1%) | 26 | (1.8%) |
| Twitching | 27 | (2.1%) | 65 | (1.3%) | 12 | (0.8%) |
| **Respiratory** | | | | | | |
| Dyspnea | 28 | (2.2%) | 60 | (1.2%) | 7 | (0.5%) |
| **Skin and Appendages** | | | | | | |
| Alopecia | 42 | (3.3%) | 154 | (3.2%) | 39 | (2.7%) |
| Pruritus | 31 | (2.4%) | 75 | (1.5%) | 9 | (0.6%) |
| Rash | 54 | (4.2%) | 170 | (3.5%) | 50 | (3.5%) |
| **Special Senses** | | | | | | |
| Abnormal vision/vision abnormal [d] | 36 | (2.8%) | 93 | (2.0%) | 16 | (1.0%) |
| Amblyopia | 56 | (4.3%) | 123 | (2.5%) | 24 | (1.7%) |
| **Total Number of Cases** | 1294 | | 4857 | | 1440 | |

a  All reported indication terms were individually inspected. Indications specifically listed as neuropathic pain or considered to be a clinically equivalent term(s) upon medical review (reflex sympathetic dystrophy, herpes zoster, and diabetic neuropathy) were included.

b  64 cases in databases where no data was entered in the indication field are not included in this table.

c  Coding convention dated December 7, 1999; "off-label use of drug" to be used as an adverse event when the reported indication is not listed in the US package insert. Prior to December 7, 1999 "off-label use of drug" was not uniformly captured as an adverse event.

d  Two individual COSTART terms combined.

Source: Table 24, P. 62, Vol. 1.52

## SECTION 4.4 Literature Review

Controlled and uncontrolled clinical trial reports, case reports, review articles, book chapters, pharmacokinetic and pharmacodynamic trial reports, and letters to the editor were provided in a literature review submitted by the sponsor. Articles on the basic

science of pain in animal models and in *in vitro* models were included. The clinical reports included trials in antineoplastic therapy included painful neuropathy, mixed etiology series, complex regional pain syndrome, trigeminal neuralgia, glossopharyngeal neuralgia, multiple sclerosis associated pain, failed back syndrome, chronic pain associated with spinal cord injury, pain following recovery from Guillian Barre syndrome, post-thoracotomy pain, phantom limb and stump pain, interstitial cystitis, and erythromelalgia. None of these reports could be considered as providing substantial evidence of efficacy due to a variety of methodological issues including open-label, uncontrolled, and retrospective designs.

APPEARS THIS WAY
ON ORIGINAL

NDA 21-397.doc

## SECTION 5  CLINICAL REVIEW METHODS

### SECTION 5.1  Describe How Review Was Conducted

The individual study reports for Studies 945-211 and 945-295 were reviewed individually, for efficacy. The ISE submitted by the sponsor was then reviewed for information on combined analyses to evaluate effects in subpopulations. Datasets depicting patient dosing, particularly for Study 945-211 were reviewed. Independent analyses were performed to substantiate the duration on doses during titration and highest dose achieved. Primary efficacy outcome data was reviewed intermittently from the datasets to corroborate the sponsor's summary tables.

Safety was evaluated by review of the ISS submitted on August 6, 2001, including the five original competed neuropathic pain studies, followed by a review of the ISS submitted on December 20, 2001, including only the PHN subjects. All patient narratives were reviewed. Individual CRFs were reviewed intermittently to corroborate the data in the patient narratives and CRTs. The electronic datasets for all adverse events were reviewed and event frequencies were recalculated. Verbatim and preferred terms were compared for accuracy.

### SECTION 5.2  Overview Of Materials Consulted In Review

Table 5.1  Materials Consulted In Review

| N000 | | 06-Aug-2001 | Original NDA Submission, Vol. 2, 51-118 |
|------|------|-------------|------------------------------------------|
| N000 | BM | 04-Oct-2001 | Dataset integrating the individual safety datasets |
| N000 | BZ | 30-Nov-2001 | ISS dataset with dose at onset, ISE PHN studies Pediatric waiver, Financial Disclosure |
| N000 | PW | 30-Nov-2001 | Request for Waiver of Pediatric Studies |
| N000 | SU | 06-Dec-2001 | 120-day Safety Update |
| N000 | BZ | 19-Dec-2001 | |
| N000 | BM | 20-Dec-2001 | ISS text for PHN, Proposed Label, Risk/Benefit Analysis, Vol. 1-13 |
| Response to Reviewer Questions Submitted by Email | | | |
| 5/9/02 | | | 5/7/02 Question about population exposure-response relationships |
| 5/10/02 | | | 5/7/02 Questions about background characteristics for Study 945-211, analysis of paracetamol consumption |
| 5/10/02 | | | 5/10/02 Question about dosing in Study 945-224 |
| 5/13/02 | | | 5/9/02 Questions about number of narratives for SAEs and discontinuations due to AEs |
| 5/17/02 | | | 5/10/02 Question about differences in listings in electronic datasets |

**SECTION 5.3  Overview Of Methods Used To Evaluate Data Quality And Integrity**
The study protocols were compared with the study reports for the two studies submitted
in support of efficacy and the results reviewed.  The ISS was reviewed in detail.  Data
from the in-text tables was compared with the case report tabulations and data listings in
the appendices.  Data points from all of the deaths and serious adverse events were
followed through from the ISS, appendices, narratives, CRT's, and CRFs

Discrepancies were noted in the electronic safety datasets submitted on November 30,
2001 (aelistp.xpt) and October 14, 2001 (aelist.xpt and aepref.xpt).  The sponsor was
queried about the different number of rows of data in these datasets.  In a faxed response
dated May 17, 2002, the sponsor described the use of only ITT patients with at least one
AE during a study in aelist.xpt and aelistp.xpt, while aepref.xpt included all patients and
all AE entries, including entries noted as "none".

The sponsor was asked to explain why there were a greater number of narratives (35) for
patients with SAEs than there were patients reported in the original ISS table (Table 18,
p. 50, Vol. 1.52) and the safety update.  In a faxed response dated May 13, 2001, the
sponsor provided a breakdown.  Thirty-two of 820 gabapentin-treated patients had SAEs.
Of the 35 narratives for patients assigned to receive gabapentin, two patients had events
during baseline before study drug was begun.  They are counted in the table under
Gabapentin, but their narratives report study drug as "none".  Four patients with SAEs
during the open label phase of Study 945-224 have Gabapentin in the header of the
narratives but were not counted in Table 18 under gabapentin.  One patient with a
narrative that references gabapentin, was actually off study drug following study
termination when the event occurred and so was not included in Table 18.

**SECTION 5.4  Were Trials Conducted In Accordance With Accepted Ethical
Standards**
The trials submitted appear to have been conducted in accordance with accepted ethical
standards.

**SECTION 5.5  Evaluation Of Financial Disclosure**

**APPEARS THIS WAY
ON ORIGINAL**

NDA 21-397.doc

## SECTION 6.0 INTEGRATED REVIEW OF EFFICACY

### SECTION 6.1 Summary of Efficacy

The two pivotal trials submitted in support of the efficacy of gabapentin for the indication of neuropathic pain associated with postherpetic neuropathy, Study 945-211 and Study 945-295, were both successful in demonstrating efficacy. Study 945-211 was a double-blind, randomized, placebo-controlled trial, which compared 3600 mg/day of gabapentin and placebo over a 4-week titration period and a 4-week stable dose period. Study 945-295, was also a double-blind, randomized, placebo-controlled trial, and compared gabapentin treatment arms of 1800 mg/day and 2400 mg/day with placebo over a 3-week titration period and a 4-week stable dose period. Two hundred and twenty nine patients were enrolled in Study 945-211, 113 of whom received gabapentin 3600 mg/day. Three hundred and thirty four patients were enrolled in Study 945-295, 115 patients were treated with gabapentin 1800 mg/day and 108 patients with gabapentin 2400 mg/day. The planned primary outcome measure for both studies was the diary based pain rating at study termination compared to baseline. There were statistically significantly greater reductions in pain when the gabapentin groups were compared to placebo. The secondary outcome measures favored the gabapentin treatment groups. The magnitude of the treatment effect was comparable across treatment arms and studies for the primary outcome measure and for responder rates.

### SECTION 6.2 Individual Studies

#### Section 6.2.1 Study 945-211
Study Summary

Study 945-211 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients with post-herpetic neuralgia. A total of 229 patients were randomized, 116 whom received placebo and 113 of whom received gabapentin. Patients were titrated to a dose of 3600 mg over a 4-week period and maintained on the final stable dose for four more weeks. The planned primary outcome measure was the pain rating scale. No inferential statistics were planned for the numerous secondary outcome measures.

A total of 229 patients were enrolled and 184 (80.3%) completed the study. The most common reason for early study discontinuation was adverse event, occurring in 21 of the 113 gabapentin patients (18.6%) and in 14 of the 116 placebo patients (12.1%.) Only 64.6% of the gabapentin treated patients reached a final stable dose of 3600 mg/d. The remainder of patients reached final stable doses from 1200 mg/d to 3000 mg/d.

Although the sponsor planned to perform the primary analyses on a defined evaluable population consisting of 51 placebo patients and 48 gabapentin patients, this reviewer considered the intent-to-treat population consisting of 116 placebo patients and 113 gabapentin patients the primary population for the evaluation of efficacy. The primary outcome measure of change in Pain Rating Scale demonstrated a statistically significantly greater reduction in pain for the gabapentin treated patients compared to the placebo treated patients (-2.1 and -0.5, respectively, p<0.001.) The results of the secondary

NDA 21-397.doc

efficacy measures of Sleep Interference, Global Impression of Change by Patient and Investigator, Short-Form McGill Pain Questionnaire, VAS score, Present Pain Intensity all favored gabapentin over placebo. Seven of the nine subscales of the SF-36 Quality of Life Assessment favored gabapentin over placebo. The Total Mood Score from the Profile of Mood States strongly favored gabapentin over placebo, with the remaining subscales showing little difference.

These results demonstrate that gabapentin was effective in reducing the neuropathic pain of post-herpetic neuralgia. The effective dose demonstrated in this trial was 3600 mg/day for most of the patients.

## STUDY PROTOCOL 945-211

**Title:.** Double-blind, Randomized Placebo-Controlled, Parallel-Group, Multi-center Trial to Determine the Efficacy and Safety of Neurontin in Subjects with Peripheral Neuropathy (Post-Herpetic Neuralgia)

**Objective:** To compare the efficacy and safety of gabapentin and placebo in relieving pain in subjects with post-herpetic neuralgia (PHN).

**Study Duration:** 9 weeks

**Population:** N=200 subjects (planned)

**Inclusion Criteria:**
1. Male, female, >18 years of age
2. Not pregnant, not nursing, on acceptable contraceptive
3. Pain for > 3 months after healing of rash
4. VAS of $\geq$ 40 mm at screening and baseline, and average score of $\geq$ 4 over prior 7 days by Pain Rating Scale
5. Completion of at least 4 diaries in 7 days prior to baseline
6. Discontinuation of muscle relaxants, anticonvulsants, mexiletine, topical analgesics and other analgesics at least 2 weeks prior to screening. (Tricyclics and narcotics are permitted, but must remain stable.)

**Exclusion Criteria:**
1. Prior neurolytic or neurosurgical therapy
2. Immunocompromised
3. Severe liver or kidney disease or significant hematological disease
4. Pain other than PHN that may confound results
5. History of drug or alcohol abuse within 1 year.

**Study Design:**
- Study Drug: gabapentin 300 mg and placebo
- Initial dose 900 mg/d (after 4-5 day titration from 300 mg/d), titration steps: 1800 mg/d and 3600 mg/d

- Subjects unable to tolerate a dose level were to be permitted to return to the next lowest level, if 1800 was not tolerated, 1200 mg/d was to be permitted.
- Titration was to be completed by the end of week 4 with patients on a stable dose through week 8.
- Subjects were to keep daily diaries and schedule 5 office visits. Patients were to have been contacted by the investigators by telephone twice a week.
- Medication compliance was to be judged by capsule count at each visit. Missing greater than 20% of scheduled doses was to be cause for removing the subject from the study. Blood levels at Visit 5 were to help confirm that placebo patients did not take marketed gabapentin during the study.

Table 6.1  Dosing Titration Schedules

| | Number of Study Medication Capsules[1] | | | | | | |
|---|---|---|---|---|---|---|---|
| | Day 0[2] | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Target[3] |
| 1st Week | 1 | 1-3 | 1-3 | 1-3 | 3 | 3 | 3 | 900mg |
| 2nd Week | 3-6 | 3-6 | 3-6 | 6 | 6 | 6 | 6 | 1800mg |
| 3rd Week | 6-8 | 6-9 | 6-8 | 6-8 | 8 | 8 | 8 | 2400mg |
| 4th Week | 8-12 | 8-12 | 8-12 | 12 | 12 | 12 | 12 | 3600mg |
| | Fixed-Dose by end of Week 4 to Week 8 Visit | | | | | | | |

1. One capsule is equal to gabapentin 300mg or placebo.
2. First dose will be taken in the evening of Visit 2 (Day 0, Baseline Visit).
3. Targeted regimen is divided into TID dosing.

Table 6.2  Study Timetable

| | Week -1 | Visit 2 | Visit 3 | Visit 4 | Visit 5 |
|---|---|---|---|---|---|
| | Screening +/-2 days | Week 0 Baseline | Week 2 +/-2 days | Week 4 +/-2 days | Week 8[1] +/-2 days |
| Inclusion/Exclusion Criteria (Screening Questionnaire) | X | | | | |
| Informed Consent | X | | | | |
| Medical History | X | update | | | |
| Brief Physical & Neurological Exam | X | update | | | X |
| Labs: CBC, Chem Profile | X | | | | X |
| Serum Pregnancy Test | X | | | | |
| Gabapentin Plasma Conc. | | | | | X |
| SF-MPQ, VAS, PPI | X | X | X | X | X |
| SF-36, POMS | | X | | | X |
| Global Impr. of Change | | | | | X |
| Study Med. Dispensed | | X | X | X | |
| Patient Diaries[2] | X------- | -------X------- | -------X------- | -------X------- | X--------- |
| Adverse Event Assessment | | | -------X------- | -------X------- | X--------- |

1. Week 8 assessments will be completed at the last study visit in the case of an early termination.
2. Investigator/coordinator will contact the subject by telephone twice weekly between clinic visits.

**Outcome Measures:**
Average Pain Rating Scale - A 0-10 scale from  0 = "no pain" to 10 = "worst possible pain", to be rated daily
SF-36
Short-form McGill Pain Questionnaire (SF-MPQ) - Three main components:
1.  15 pain descriptors, each rated from 0 = none, to 3 = severe

- The Total score is based on all 15 descriptors with a maximum score of 45.
- The Sensory score is based on the following descriptors: Throbbing, Shooting, Stabbing, Sharp, Cramping, Gnawing, Hot-burning, Aching, Heavy, Tender, Splitting (max score 33)
- The Affective score is based on the following descriptors: Tiring/Exhausting, Sickening, Fearful, Punishing/Cruel (max score 12)

2. A 100mm VAS
3. Present pain intensity on a 0-5 scale from 0 = no pain to 5 = excruciating

Sleep Rating Scores

    A 0-10 scale from 0 = does not interfere with sleep to 10 = completely interferes with sleep, in response to the question of "how your pain has interfered with your sleep during the past 24 hours."

Global Impression of Change

    A 1-7 scale from 1 = much improved to 7 = much worse

**Statistical Assessment:**

Primary Efficacy: Change from baseline in the average Pain Rating Scale. This was to be summarized by treatment group and evaluated for within treatment changes using the paired t-test. Between treatment comparisons were to be made using a linear regression model with treatment and site as experimental factors and baseline pain, gender and race as candidate covariates. If the residuals from the regression model were not normally distributed, the Wilcoxon signed rank test was to be used.

Secondary Efficacy: The sponsor notes that these were not to be used for inferential purposes, but only have confidence intervals and point estimates calculated for each treatment.

1. Global impression of change by subject
2. Sleep score change from baseline
3. SF McGill pain questionnaire change from baseline
4. VAS change from baseline
5. Present Pain Intensity (PPI) at each visit
6. SF-36 quality of life change from baseline
7. Profile of Mood States (POMS) change from baseline
8. Global impression of change by physician

Safety: AEs, labs, PE, neuro exam

The evaluable population was defined as those patients who:

- Complied with protocol directed concurrent medication rules
- Were at least 80% compliant with treatment medication during stable dosing phase
- Completed at least 4 out of 7 days of diaries during the week prior to baseline and the last week of stable dosing
- Were not major protocol violators.
- Drop-outs due to PHN pain anytime beyond the first week of study medication were to be classified as treatment failures and LOCF was to be utilized for efficacy analyses.

The intent-to-treat population was defined as all subjects randomized, with any follow-up data. LOCF was to be utilized for subjects missing the data from the last week of stable dosing diaries.

The safety population was defined as all subjects who had taken at least one dose of study medication and provided follow-up information.

The sponsor defined study compliance as follows:
1.  The first day of stable dosing was the date of the first stable dose of study medication as reported on the Visit 4 CRF.
2.  If the start day was ≤21 days after baseline, the start day was defined as 21 days. If it was > 21 days after baseline, the actual day was used.
3.  The final day of stable dosing was defined as the last day of study medication, unless more than 63 day, when it was defined as 63 days.
4.  A stable dose was defined as the situation in which the dose at the final study day was the same for the preceding 21 days or more.
5.  At least two diaries with dosing data per week for at least 2 weeks of stable dosing period and at least 4 diaries during Week 8.
6.  Study medication data was taken from diaries for the stable dosing phase. Periods or days with at least one entry for number of capsules were determined and the total number of capsules during the period calculated. Missing numbers were considered zero.
7.  The total number of prescribed capsules was calculated for the period when diary data was available.
8.  The percent of study medication was calculate by divided the total number of capsules by the total number prescribed   At least 80% was considered compliant.

The criteria for exclusion from the efficacy analysis were presented in the study report as follows:
- Patients not randomized
- No evidence of any study medication use
- No post-baseline efficacy assessment
- Treatment for less than 21 days on a stable dose, unless dropped out due to PHN pain
- Fewer than 2 diaries with dosing data per week for at least 2 of the stable dosing weeks
- <80% or >120% of prescribed dose during the entire study based on compliance criteria
- Use of disallowed concurrent medication
- Major protocol violations
- Discontinuation early after at least 1 week of treatment and met at least one non-evaluability criteria
- Insufficient number of pain ratings in diaries, <4 within 7-day period after 6 weeks of treatment
- Week 8 office visit was <42 days and >63 days form first dose

Partial exclusions included patients without a baseline assessment for a given scale, patients with post-baseline assessments outside permitted time window (+/-7 days from scheduled week)

**Protocol Amendments:**
None

## RESULTS
### Post Hoc Analyses
In the protocol only descriptive statistics were planned for the secondary efficacy measures. However, the sponsor provided inferential statistics, citing "Additional Request Dated 25 September 1997." Additional information about this analysis was requested on 12/6/01 and received by email on 12/11/01. The sponsor reports that the inferential testing on the secondary efficacy parameters was performed as a result of an internal company request. The analysis was performed following unblinding of the study. No description of how the analysis was performed was provided other than that they were the same method used for the primary analysis. No corrections for multiple analyses were performed. The results of these analyses will be reported for informational purposes only. The post hoc nature of these analyses, following study unblinding, invalidates any conclusions based upon them, and the lack of adjustment for multiple comparisons further invalidates these results.

### General Comments
The sponsor's efficacy analysis was performed in the evaluable population, with ITT analyses used as confirmatory. This population was narrowly defined, and consisted of less than half of the ITT population. For the purposes of this review, this reviewer considers the results from analyses of the ITT population primary, and the results from analyses of the evaluable population secondary.

### Disposition
Investigators from 17 centers enrolled and randomized a total of 229 patients, 116 of whom received placebo and 113 of whom received gabapentin. Of the 229 randomized, 184 completed the study. The reasons for discontinuation presented in Table 6.3 , reveal that few patients discontinued from either group for lack of efficacy. The most common reason for study discontinuation from either treatment group was the occurrence of an adverse event.

APPEARS THIS WAY
ON ORIGINAL

NDA 21-397.doc

Table 6.3  Patient Disposition

| | Placebo N (%) | Gabapentin N (%) | Overall N (%) |
|---|---|---|---|
| Total Randomized | 116 | 113 | 229 |
| Completed Study | 95 (81.9%) | 89 (78.8%) | 184 (80.3%) |
| Premature Discontinuation: | 21(18.1%) | 24 (21.2%) | 45 (19.7%) |
| Reasons for Discontinuation: | | | |
| Treatment Failure | 2 (1.7%) | 0 (0.0%) | 2 (0.9%) |
| Adverse Event | 14 (12.1%) | 21(18.6%) | 35 (15.3%) |
| Lack of Compliance with Protocol | 2 (1.7%) | 1 (0.9%) | 3 (1.3%) |
| Personal Reasons | 2 (1.7%) | 1 (0.9%) | 3 (1.3%) |
| Lost to Follow-up | 1 (0.9%) | 0 (0.0%) | 1 (0.4%) |
| Other | 0 (0.0%) | 1 (0.9%) | 1 (0.4%) |

Source: Sponsor's Table 9, Vol. 1.77, P. 88

All 229 patients have been included in the safety population. Four patients from the
gabapentin group were excluded from the ITT population. All four of these patients
discontinued from the study early, prior to the first set of assessments after beginning
treatment with study drug, resulting in no pain data subsequent to starting study drug. All
four patients had been assigned to the gabapentin 3600 mg/d group. The reasons for
study discontinuation for these four patients are listed below.

Table 6.4  Reasons for Termination Prior To First Assessment After Treatment Begun,
ITT Population

| Patient | Dose at time of termination | Reason for termination |
|---|---|---|
| 211-09-132 | 1800 mg/d | AE: Dizziness |
| 211-14-159 | 300 mg/d | AE: Headache, Dizziness |
| 211-16-123 | 600 mg/d | Non-compliance with titration/ diary entries |
| 211-16-149 | 1200 mg/d | AE: Rectal bleeding |

From Sponsor's Appendix A.6 (Vol. 1.77, P. 294) and Patient Profiles

For the efficacy analyses however, many patients in the ITT population were excluded
from individual outcome measure analyses. The Patient's Global and Investigator's
Global Impression of Change, SF-36, and POMS were assessments only made at the
Week 8 or termination visit so no information was available to carry forward. However,
Pain by VAS and PPI from the McGill questionnaire did have intermediate response
times. It is unclear why LOCF was not applied to these analyses.

APPEARS THIS WAY
ON ORIGINAL

Table 6.5  Overview of the Analysis Patients: Number Excluded from each Analysis

| Patients | Variables | Excluded from Assessment Time | Placebo (N = 116) | Gabapentin (N = 113) |
|---|---|---|---|---|
| Safety Evaluable | All | All | 0 (0.0%) | 0 (0.0%) |
| | | | Number of Patients Included: Safety | |
| | | | 116 | 113 |
| Intent-to-Treat | All | All | 0 (0.0%) | 4 (3.5%) |
| | | | Number of Patients included: Intent-to-Treat | |
| | | | 116 | 109 |
| | Diary: Pain | Week 2 | 0 (0.0%) | 0 (0.0%) |
| | | Week 4 | 0 (0.0%) | 0 (0.0%) |
| | | Week 8 (or last visit) | 0 (0.0%) | 0 (0.0%) |
| | Patient's Global | Week 8 (or last visit) | 14 (12.1%) | 15 (13.8%) |
| | Pain VAS | Week 2 | 5 (4.3%) | 4 (3.7%) |
| | | Week 4 | 3 (2.6%) | 3 (2.8%) |
| | | Week 8 (or last visit) | 3 (2.6%) | 3 (2.8%) |
| | PPI | Week 2 | 5 (4.3%) | 4 (3.7%) |
| | | Week 4 | 3 (2.6%) | 3 (2.8%) |
| | | Week 8 (or last visit) | 3 (2.6%) | 3 (2.8%) |
| | SF-36 | Week 8 (or last visit) | 5 (4.3%) | 5 (4.6%) |
| | POMS | Week 8 (or last visit) | 23 (19.8%) | 22 (20.2%) |
| | Inv.'s Global | Week 8 (or last visit) | 14 (12.1%) | 15 (13.8%) |
| | Diary: Steep | Week 2 | 0 (0.0%) | 0 (0.0%) |
| | | Week 4 | 7 (6.0%) | 11 (10.1%) |
| | | Week 8 (or last visit) | 0 (0.0%) | 0 (0.0%) |
| | McGill Pain | Week 2 | 17 (14.7%) | 15 (13.8%) |
| | | Week 4 | 6 (5.2%) | 7 (6.4%) |
| | | Week 8 (or last visit) | 6 (5.2%) | 5 (4.6%) |

NOTE: Percents for All Variables' for Safety, ITT are based on the total number of randomized patients.
Percents for individual variables for ITT are based on the total number of patients within each analysis.
From Sponsor's Table 3 , Vol. 1.77, P. 44

The efficacy evaluable population consisted of 51 placebo patients and 48 patients from the gabapentin group.  The reasons for the numerous exclusions are described below. Many patients had more than one reason for exclusion from this population.  Protocol violations were the most common reasons for exclusion.  Very few subjects from the evaluable population were excluded from individual outcome measure analyses.

Table 6.6  Reasons for Exclusion from Evaluable Population

| | Placebo | Gabapentin |
|---|---|---|
| Total Failing to Meet Efficacy Criteria | 65 | 65 |
| Lack of Compliance<br>    <21 days stable dose<br>    % dosing <80%, >120%<br>    Drop out not for PHN pain)<br>    <2 diaries/2 stable weeks | 22 | 23 |
| Protocol Violator<br>    Most recent Zoster > 5y ago<br>    Did not meet inclusion criteria<br>    Did not reach stable dose $\geq$1200 mg/d<br>    Unstable concomitant meds | 60 | 56 |
| <4 Pain ratings for 7 days prior to baseline | 5 | 5 |

NDA 21-397.doc

Note: Patients often had more than one reason for failing to meet the criteria for the evaluable population
From Sponsor's Appendix A.5 (Vol. 1.77, P. 267)

## Protocol Violation
There were numerous protocol violations by patients in both treatment groups. The most common violations are listed in Table 6.6.

## Demographics and Baseline Characteristics
There were no statistically or clinically significant differences in the demographic characteristics of subjects in the two treatment groups.

Table 6.7  Summary of Demographic and Disease Characteristics at Baseline: Safety Population

| | Placebo (N = 116) | Gabapentin (N = 113) | p-value [a] | overall (N = 229) |
|---|---|---|---|---|
| Gender [n(%)] | | | | |
| Male | 56 (48.3%) | 63 (55.8%) | 0.258 | 119 (52.0%) |
| Female | 60 (51.7%) | 50 (44.2%) | | 110 (48.0%) |
| Age(years) | | | | |
| N | 116 | 113 | 0.197 | 229 |
| Mean (SD) | 72.6 (10.0) | 70.8 (10.5) | | 71.7 (10.3) |
| Median | 74.0 | 72.0 | | 74.0 |
| Range | (39.0, 89.0) | (36.0, 90.0) | | (36.0, 90.0) |
| Race [n(%)] | | | | |
| White, Non-Hispanic | 109 (94.0%) | 99 (87.6%) | 0.096 [a] | 208 (90.8%) |
| Black, Non-Hispanic | 3 (2.6%) | 10 (8.8%) | | 13 (5.7%) |
| Hispanic (White or Black) | 3 (2.6%) | 2 (1.8%) | | 5 (2.2%) |
| Asian or Pacific Islander | 1 (0.9%) | 2 (1.8%) | | 3 (1.3%) |
| Weight (lb) | | | | |
| N | 115 | 113 | 0.627 | 228 |
| Mean (SD) | 162.6 (35.8) | 160.2 (37.6) | | 161.4 36.7) |
| Median | 160.0 | 158.0 | | 160.0 |
| Range | (78.0,294.0) | (81.0,268.0) | | (78.0,294.0) |
| Height (In) | | | | |
| N | 115 | 113 | 0.182 | 228 |
| Mean (SD) | 65.5 (4.4) | 66.3 (5.0) | | 65.9 (4.7) |
| Median | 66.0 | 65.0 | | 65.5 |
| Range | (54.0, 74.0) | (54.0, 86.0) | | (54.0, 86.0) |
| Months since last zoster eruption | | | | |
| N | 116 | 113 | 0.256 | 229 |
| Mean (SD) | 47.4 (45.5) | 41.0 (38.7) | | 44.2 (42.3) |
| Median | 29.8 | 27.5 | | 29.2 |
| Range | (2.4, 264.2) | (3.2, 217.2) | | (2.4, 264.2) |

@ Comparison between the two treatment groups using t-test or chi-square test.
(a) p-value is based on comparison of whites versus non-whites.
From Sponsor's Table 4, Vol. 1.77, P. 47

The baseline characteristics of patients was provided in a limited manner in the ISE. Both treatment groups had similar periods of time since the last Zoster eruption. Information on the duration of PHN, number of previous drugs tried, and drug categories tried were not collected for this study as they were for Study 945-295.

Table 6.8 Baseline PHN Characteristics

|  | Placebo N=116 | Gabapentin 3600 mg N=113 |
|---|---|---|
| Duration since last Zoster eruption, Years |  |  |
| Mean (SD) | 3.9 (3.8) | 3.4 (3.2) |
| Median | 2.6 | 2.3 |
| Min, Max | 0.2, 22.2 | 0.3, 18.3 |

Source: Appendix E, P. 279, Vol. 10, 12-20-02.

The sponsor provided listings of medications used prior to the study which were started and/or stopped within 30 days of initiating study medication, and concomitant medication which were started during the study or if prior to the study, continued during the study. There is no listing of which medications were begun during the study, for instance to treat adverse events, so comparison of the available listings is not very informative. Overall, the prior and concomitant medications were similar between the two study groups. The most notable differences were antibiotics used by 4% of the placebo group and 11% of the gabapentin group, antihyperlipidemic drugs used by 16% of the placebo group and 11% of the gabapentin group, aspirin used by 16% of the placebo group and 21% of the gabapentin group, estrogens or progesterone used by 18% of the placebo group and 5% of the gabapentin group, thyroid drugs used by 14% of the placebo group and 8% of the gabapentin group, and vasodilators used by 22% of placebo patients and 27% of the gabapentin group. These differences most likely represent preexisting differences in the two groups.

**Titration and Dosing Results**
The protocol called for a titration period lasting up to 4 weeks according to a prescribed titration regimen, followed by a four week period of stable dosing. As can be seen below, there was a large variability in the number of days of titration and in the number of days of stable dosing. Only one patient failed to reach the minimum acceptable stable dose of 1200 mg/d.

**APPEARS THIS WAY
ON ORIGINAL**

NDA 21-397.doc

Table 6.9  Summary of Extent of Exposure of Patients to Study Medication, Safety
Evaluable Patients

|  | Placebo | Gabapentin |
|---|---|---|
| No. of Days on Study Medication (N) | 116 | 113 |
| Mean (SD) | 50.7 (14.39) | 49.1 (16.69) |
| Median | 56.0 | 56.0 |
| Min - max | 2 - 63 | 2 - 63 |
| No. of Days of Titration (N) | 116 | 113 |
| Mean (SD) | 24.7 (6.06) | 23.6 (6.43) |
| Median | 26.0 | 25.0 |
| Min - Max | 2 - 56 | 2 - 41 |
| No. of Days of Stable Dosing (N) | 103 | 96 |
| Mean (SD) | 30.4 (7.26) | 30.9 (7.20) |
| Median | 32.0 | 32.0 |
| Min - Max | 3 - 43 | 4 - 43 |
| No.(%) of Patients at Maximum achieved dose (mg/day) | | |
| 900 | 1 (1.0%) | 0 |
| 1200 | 0 | 6 (6.3%) |
| 1500 | 0 | 1 (1.0%) |
| 1800 | 3 (2.97) | 8 (8.3%) |
| 2100 | 0 | 1 (1.0%) |
| 2400 | 13 (12.6%) | 12 (12.5%) |
| 2700 | 1 0.07). | 5 (5.2%) |
| 3000 | 0 | 1 (0.07) |
| 3300 | 1 (1.07.) | 0 |
| 3600 | 84 (81.6%) | 62 (64.6%) |

Source: Sponsor's Table 5, Vol. 1.77, P. 50.

A review of the dosing during the titration period was performed.  The question to be
answered was whether there was a means of examining efficacy at 1800 mg/day and
2400 mg/day.  According to the titration schedule, patients could have been exposed to
these doses for up to one week, and all patients could have been on 1800 mg/d on study
day 13 and 2400 mg/day on study day 20, had the titration schedule been followed very
closely.  The medication dosing data was obtained from electronic database md945211.
The duration of time each subject was dosed with 300 mg/day, 1800 mg/day, and 2400
mg/day was extracted.  Subjects for whom 1800 mg/days or 2400mg/day was the final
titrated dose were excluded from the analysis.  As can be seen from Figure 1 and Table
6.10, the duration of treatment on 1800 mg/day and 2400 mg/day varied, with most
patients on these doses less than one week.  The distribution of durations was skewed to
the left, with a median duration of 2 days for both doses, and few patients received either
dose for 7 days.  A duration of treatment of less than 7 days is too short for an assessment
of efficacy.  Furthermore, because the interval of therapy with any given dose was shorter
than the titration schedule dictated, one cannot make the assumption that on day 13 many
patients were receiving 1800 mg/d or on day 20 many patients were receiving 2400 mg/d.

Figure 1  Distribution of Dosing, in Days

300 mg/d     1800 mg/d     2400 mg/d 

Table 6.10 Number of Days/Dose, Titration Period

|        |          | 300 mg/d | 1800 mg/d | 2400 mg/d |
|--------|----------|----------|-----------|-----------|
| 100.0% | maximum  | 7.00     | 15.00     | 10.0      |
| 75.0%  | quartile | 2.00     | 4.00      | 4.00      |
| 50.0%  | median   | 2.00     | 3.00      | 2.00      |
| 25.0%  | quartile | 1.00     | 2.00      | 2.00      |
| 0.0%   | minimum  | 1.00     | 1.00      | 1.00      |
| N      |          | 106      | 98        | 74        |
| Mean (SD) |       | 1.93 (0.88) | 3.49 (2.20) | 3.15 (1.90) |

Source: Electronic Database md94521

## Efficacy Results
### Primary Efficacy

The planned primary efficacy outcome measure was the change from baseline in the average Pain Rating Scale. The difference from baseline to Week 8 or termination visit for this 0 to 10 scale was statistically significantly different between treatment groups. The difference was -2.1 for the gabapentin group compared with -0.5 for the placebo group (p<0.001). This difference occurred from the setting of comparable mean baseline scores (6.5 for the placebo group and 6.3 for the gabapentin group). Interestingly, the within group analyses were statistically significant for both groups (p=0.005 for placebo, p<0.001 for gabapentin), although the difference in scores for the placebo group was only -0.5.

Table 6.11  Summary of Pain Rating Score: Patient's Diary, Intent-to-Treat Patients

| Statistics | Placebo | Gabapentin | Between Groups P-Value * |
|------------|---------|------------|--------------------------|
| Baseline | N=116 | N=109 | |
|    Mean (SD) | 6.5 (1.7) | 6.3 (1.7) | |
|    95% CI | (6.1 , 6.8) | (6.0 , 6.7) | |
|    Median [Min, Max] | 6.4 [3.0, 10.0] | 6.4 [0.6, 10.0] | |
| Week 8 (or last visit) | N=116 | N=119 | |
|    Mean (SD) | 6.0 (2.4) | 4.2 (2.3) | |
|    95% CI | (5.5 , 6.4) | (3.8 , 4.6) | |
|    Median [Min, Max] | 6.1 [0.6, 10.0] | 3.9 [0.0, 10.0] | |
| Change from Baseline to Week 8 | N=116 | N=109 | |
|    Mean (SD) | -0.5 (1.6) | -2.1 (2.1) | < 0.001 |
|    95% CI | (-0.8 , -0.2) | (-2.5 , -1.7) | |
|    Median [Min, Max] | -0.2 [-4.7, 3.7] | -2.0 [-7.7, 2.4] | |
| Within Groups P-Values: | 0.005 | < 0.001 | |

NOTE:  Included are patients with assessments at both baseline and Week 8 (or last visit). Four patients in the gabapentin group had no pain scores following baseline. The p-values are for the comparisons of