HFD-120 Labeling Version #2 dated May 16, 2002

Maalox. It is recommended that gabapentin be taken at least 2 hours following Maalox administration.

**Effect of Probenecid:** Probenecid is a blocker of renal tubular secretion. Gabapentin pharmacokinetic parameters without and with probenecid were comparable. This indicates that gabapentin does not undergo renal tubular secretion by the pathway that is blocked by probenecid.

**Drug/Laboratory Tests Interactions**

Because false positive readings were reported with the Ames N-Multistix SG® dipstick test for urinary protein when gabapentin was added to other antiepileptic drugs, the more specific sul-fosalicylic acid precipitation procedure is recommended to determine the presence of urine protein.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

Gabapentin was given in the diet to mice at 200, 600, and 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for 2 years. A statistically significant increase in the incidence of pancreatic acinar cell adenomas and carcinomas was found in male rats receiving the high dose; the no-effect dose for the occurrence of carcinomas was 1000 mg/kg/day. Peak plasma concentrations of gabapentin in rats receiving the high dose of 2000 mg/kg were 10 times higher than plasma concentrations in humans receiving 3600 mg per day, and in rats receiving 1000 mg/kg/day peak plasma concentrations were 6.5 times higher than in humans receiving 3600 mg/day. The pancreatic acinar cell carcinomas did not affect survival, did not metastasize and were not locally invasive. The relevance of this finding to carcinogenic risk in humans is unclear.

Studies designed to investigate the mechanism of gabapentin-induced pancreatic carcinogenesis in rats indicate that gabapentin stimulates DNA synthesis in rat pancreatic acinar cells *in vitro* and, thus, may be acting as a tumor promoter by enhancing mitogenic activity. It is not known whether gabapentin has the ability to increase cell proliferation in other cell types or in other species, including humans.

Gabapentin did not demonstrate mutagenic or genotoxic potential in three *in vitro* and four *in vivo* assays. It was negative in the Ames test and the *in vitro* HGPRT forward mutation assay in Chinese hamster lung cells; it did not produce significant increases in chromosomal aberrations in the *in vitro* Chinese hamster lung cell assay; it was negative in the *in vivo*

chromosomal aberration assay and in the *in vivo* micronucleus test in Chinese hamster bone marrow; it was negative in the *in vivo* mouse micronucleus assay; and it did not induce unscheduled DNA synthesis in hepatocytes from rats given gabapentin.

No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (approximately 5 times the maximum recommended human dose on an mg/m$^2$ basis).

**Pregnancy**

Pregnancy Category C: Gabapentin has been shown to be fetotoxic in rodents, causing delayed ossification of several bones in the skull, vertebrae, forelimbs, and hindlimbs. These effects occurred when pregnant mice received oral doses of 1000 or 3000 mg/kg/day during the period of organogenesis, or approximately 1 to 4 times the maximum dose of 3600 mg/day given to epileptic patients on a mg/m$^2$ basis. The no-effect level was 500 mg/kg/day or approximately ½ of the human dose on a mg/m$^2$ basis.

When rats were dosed prior to and during mating, and throughout gestation, pups from all dose groups (500, 1000 and 2000 mg/kg/day) were affected. These doses are equivalent to less than approximately 1 to 5 times the maximum human dose on a mg/m$^2$ basis. There was an increased incidence of hydroureter and/or hydronephrosis in rats in a study of fertility and general reproductive performance at 2000 mg/kg/day with no effect at 1000 mg/kg/day, in a teratology study at 1500 mg/kg/day with no effect at 300 mg/kg/day, and in a perinatal and postnatal study at all doses studied (500, 1000 and 2000 mg/kg/day). The doses at which the effects occurred are approximately 1 to 5 times the maximum human dose of 3600 mg/day on a mg/m$^2$ basis; the no-effect doses were approximately 3 times (Fertility and General Reproductive Performance study) and approximately equal to (Teratogenicity study) the maximum human dose on a mg/m$^2$ basis. Other than hydroureter and hydronephrosis, the etiologies of which are unclear, the incidence of malformations was not increased compared to controls in offspring of mice, rats, or rabbits given doses up to 50 times (mice), 30 times (rats), and 25 times (rabbits) the human daily dose on a mg/kg basis, or 4 times (mice), 5 times (rats), or 8 times (rabbits) the human daily dose on a mg/m$^2$ basis.

In a teratology study in rabbits, an increased incidence of postimplantation fetal loss occurred in dams exposed to 60, 300 and 1500 mg/kg/day, or less than approximately ¼ to 8 times the maximum human dose on a mg/m$^2$ basis. There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, tThis drug should be used during pregnancy only if the potential benefit justifies the

HFD-120 Labeling Version #2 dated May 16, 2002

potential risk to the fetus. **[Note to HFD-170: HFD-120 modified this sentence to reflect standard pregnancy category C wording.]**

**Use in Nursing Mothers**

Gabapentin is secreted into human milk following oral administration. A nursed infant could be exposed to a maximum dose of approximately 1 mg/kg/day of gabapentin. Because the effect on the nursing infant is unknown, Neurontin® should be used in women who are nursing only if the benefits clearly outweigh the risks.

**Pediatric Use:**

Safety and effectiveness of Neurontin® (gabapentin) in the management of ~~of neuropathic pain associated with~~ postherpetic neuralgia in pediatric patients have not been established.

Effectiveness as adjunctive therapy in the treatment of partial seizures in pediatric patients below the age of 3 years has not been established (see CLINICAL PHARMACOLOGY, Clinical Studies).

**Geriatric Use:**

The total number of patients treated with gabapentin in controlled clinical trials in patients with postherpetic neuralgia was 336, of which 102 (30%) were 65 to 74 years of age, and 168 (50%) were 75 years of age and older. There was a larger treatment effect in patients 75 years of age and older compared with younger patients who received the same dosage. Since gabapentin is almost exclusively eliminated by renal excretion, the larger treatment effect observed in patients ≥75 years may be ~~is likely~~ a consequence of increased gabapentin exposure for a given dose that results from an age-related decrease in renal function. However, other factors cannot be excluded. The types and incidence of adverse events were similar across age groups except for peripheral edema and ataxia, which tended to increase in incidence with age.

Clinical studies of Neurontin® in epilepsy did not include sufficient numbers of subjects aged 65 and over to determine whether they responded differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

Pfizer_LKnapp_0137068

HFD-120 Labeling Version #2 dated May 16, 2002

This drug is known to be substantially excreted by the kidney, and the risk of toxic reactions to this drug may be greater in patients with impaired renal function. Because elderly patients are more likely to have decreased renal function, care should be taken in dose selection, and it may be useful to monitor renal function (see CLINICAL PHARMACOLOGY, ADVERSE REACTIONS, and DOSAGE AND ADMINISTRATION sections).

**ADVERSE REACTIONS**

~~Neuropathic Pain Associated with~~ Postherpetic Neuralgia

The most commonly observed adverse events associated with the use of Neurontin® in adults, not seen at an equivalent frequency among placebo-treated patients, were dizziness, somnolence, and peripheral edema.

In the 2 controlled studies in postherpetic neuralgia, 16% of the 336 patients who received Neurontin® and 9% of the 227 patients who received placebo discontinued treatment because of an adverse event. The adverse events that most frequently led to withdrawal in Neurontin® - treated patients were dizziness, ~~and~~ somnolence, and nausea~~.~~

Incidence in Controlled Clinical Trials

Table 3 lists treatment-emergent signs and symptoms that occurred in at least 1% of Neurontin®-treated patients with ~~neuropathic pain~~postherpetic neuralgia participating in placebo-controlled trials and that were numerically more frequent in the Neurontin® group than in the placebo group. Adverse events were usually mild to moderate in intensity.

Pfizer_LKnapp_0137069

HFD-120 Labeling Version #2 dated May 16, 2002

TABLE 3. Treatment-Emergent Adverse Event Incidence in Controlled Trials in ~~Neuropathic Pain Associated with~~ Postherpetic Neuralgia (Events in at least 1% of Neurontin®-Treated Patients and Numerically More Frequent Than in the Placebo Group)

| Preferred Term | Neurontin® N=336 % | Placebo N=227 % |
|---|---|---|
| **Body as a Whole** | | |
| Asthenia | 5.7 | 4.8 |
| Infection | 5.1 | 3.5 |
| Headache | 3.3 | 3.1 |
| Accidental injury | 3.3 | 1.3 |
| Abdominal pain | 2.7 | 2.6 |
| **Digestive System** | | |
| Diarrhea | 5.7 | 3.1 |
| Dry mouth | 4.8 | 1.3 |
| Constipation | 3.9 | 1.8 |
| Nausea | 3.9 | 3.1 |
| Vomiting | 3.3 | 1.8 |
| Flatulence | 2.1 | 1.8 |
| **Metabolic and Nutritional Disorders** | | |
| Peripheral edema | 8.3 | 2.2 |
| Weight gain | 1.8 | 0.0 |
| Hyperglycemia | 1.2 | 0.4 |
| **Nervous System** | | |
| Dizziness | 28.0 | 7.5 |
| Somnolence | 21.4 | 5.3 |
| Ataxia | 3.3 | 0.0 |
| Thinking abnormal | 2.7 | 0.0 |
| Abnormal gait | 1.5 | 0.0 |
| Incoordination | 1.5 | 0.0 |
| Amnesia | 1.2 | 0.9 |
| Hypesthesia | 1.2 | 0.9 |
| **Respiratory System** | | |
| Pharyngitis | 1.2 | 0.4 |
| **Skin and Appendages** | | |
| Rash | 1.2 | 0.9 |
| **Special Senses** | | |
| Amblyopia[a] | 2.7 | 0.9 |
| Conjunctivitis | 1.2 | 0.0 |
| Diplopia | 1.2 | 0.0 |
| Otitis media | 1.2 | 0.0 |

[a] Reported as blurred vision

Other events in more than 1% of patients but equally or more frequent in the placebo group included: pain, tremor, neuralgia, back pain, dyspepsia, dyspnea, and flu syndrome.

DM_FILE/CI-0945 (IC01001a)    23

Pfizer_LKnapp_0137070

HFD-120 Labeling Version #2 dated May 16, 2002

<u>There were no clinically important differences between men and women in the types and incidence of adverse events. Because there were few patients whose race was reported as other than white, there are insufficient data to support a statement regarding the distribution of adverse events by race.</u>

**Epilepsy**

The most commonly observed adverse events associated with the use of Neurontin® in combination with other antiepileptic drugs in patients >12 years of age, not seen at an equivalent frequency among placebo-treated patients, were somnolence, dizziness, ataxia, fatigue, and nystagmus. The most commonly observed adverse events reported with the use of Neurontin® in combination with other antiepileptic drugs in pediatric patients 3 to 12 years of age, not seen at an equal frequency among placebo-treated patients, were viral infection, fever, nausea and/or vomiting, somnolence, and hostility (see WARNINGS, Neuropsychiatric Adverse Events).

Approximately 7% of the 2074 patients >12 years of age and approximately 7% of the 449 pediatric patients 3 to 12 years of age who received Neurontin® in premarketing clinical trials discontinued treatment because of an adverse event. The adverse events most commonly associated with withdrawal in patients >12 years of age were somnolence (1.2%), ataxia (0.8%), fatigue (0.6%), nausea and/or vomiting (0.6%), and dizziness (0.6%). The adverse events most commonly associated with withdrawal in pediatric patients were emotional lability (1.6%), hostility (1.3%), and hyperkinesia (1.1%).

**Incidence in Controlled Clinical Trials**

Table 4~~1~~ lists treatment-emergent signs and symptoms that occurred in at least 1% of Neurontin®-treated patients >12 years of age with epilepsy participating in placebo-controlled trials and were numerically more common in the Neurontin® group. In these studies, either Neurontin® or placebo was added to the patient's current antiepileptic drug therapy. Adverse events were usually mild to moderate in intensity.

The prescriber should be aware that these figures, obtained when Neurontin® was added to concurrent antiepileptic drug therapy, cannot be used to predict the frequency of adverse events in the course of usual medical practice where patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from other clinical investigations involving different treatments, uses, or investigators. An inspection of these frequencies, however, does provide the prescribing

HFD-120 Labeling Version #2 dated May 16, 2002

physician with one basis to estimate the relative contribution of drug and nondrug factors to the adverse event incidences in the population studied.

Table 4~~1~~. Treatment-Emergent Adverse Event Incidence in Controlled Add-On Trials in Patients >12 Years of Age (Events in at Least 1% of Neurontin® Patients and Numerically More Frequent Than in the Placebo Group)
(Page 1 of 2)

| Body System/ Adverse Event | Neurontin®[a] N = 543 % | Placebo[a] N = 378 % |
|---|---|---|
| **Body As A Whole** | | |
| Fatigue | 11.0 | 5.0 |
| Weight Increase | 2.9 | 1.6 |
| Back Pain | 1.8 | 0.5 |
| Peripheral Edema | 1.7 | 0.5 |
| **Cardiovascular** | | |
| Vasodilatation | 1.1 | 0.3 |
| **Digestive System** | | |
| Dyspepsia | 2.2 | 0.5 |
| Mouth or Throat Dry | 1.7 | 0.5 |
| Constipation | 1.5 | 0.8 |
| Dental Abnormalities | 1.5 | 0.3 |
| Increased Appetite | 1.1 | 0.8 |
| **Hematologic and Lymphatic Systems** | | |
| Leukopenia | 1.1 | 0.5 |
| **Musculoskeletal System** | | |
| Myalgia | 2.0 | 1.9 |
| Fracture | 1.1 | 0.8 |
| **Nervous System** | | |
| Somnolence | 19.3 | 8.7 |
| Dizziness | 17.1 | 6.9 |
| Ataxia | 12.5 | 5.6 |
| Nystagmus | 8.3 | 4.0 |
| Tremor | 6.8 | 3.2 |
| Nervousness | 2.4 | 1.9 |
| Dysarthria | 2.4 | 0.5 |
| Amnesia | 2.2 | 0.0 |
| Depression | 1.8 | 1.1 |
| Thinking Abnormal | 1.7 | 1.3 |
| Twitching | 1.3 | 0.5 |
| Coordination Abnormal | 1.1 | 0.3 |

[a] Plus background antiepileptic drug therapy

Pfizer_LKnapp_0137072

HFD-120 Labeling Version #2 dated May 16, 2002

Table 4~~1~~.  Treatment-Emergent Adverse Event Incidence in Controlled Add-On Trials in Patients >12 Years of Age (Events in at Least 1% of Neurontin® Patients and Numerically More Frequent Than in the Placebo Group) (Page 2 of 2)

| Body System/ Adverse Event | Neurontin®[a] N = 543 % | Placebo[a] N = 378 % |
|---|---|---|
| **Respiratory System** | | |
| Rhinitis | 4.1 | 3.7 |
| Pharyngitis | 2.8 | 1.6 |
| Coughing | 1.8 | 1.3 |
| **Skin and Appendages** | | |
| Abrasion | 1.3 | 0.0 |
| Pruritus | 1.3 | 0.5 |
| **Urogenital System** | | |
| Impotence | 1.5 | 1.1 |
| **Special Senses** | | |
| Diplopia | 5.9 | 1.9 |
| Amblyopia[b] | 4.2 | 1.1 |
| **Laboratory Deviations** | | |
| WBC Decreased | 1.1 | 0.5 |

[a] Plus background antiepileptic drug therapy
[b] Amblyopia was often described as blurred vision

Other events in more than 1% of patients >12 years of age but equally or more frequent in the placebo group included: headache, viral infection, fever, nausea and/or vomiting, abdominal pain, diarrhea, convulsions, confusion, insomnia, emotional lability, rash, acne.

Among the treatment-emergent adverse events occurring at an incidence of at least 10% of Neurontin-treated patients, somnolence and ataxia appeared to exhibit a positive dose-response relationship.

The overall incidence of adverse events and the types of adverse events seen were similar among men and women treated with Neurontin®. The incidence of adverse events increased slightly with increasing age in patients treated with either Neurontin® or placebo. Because only 3% of patients (28/921) in placebo-controlled studies were identified as nonwhite (black or other), there are insufficient data to support a statement regarding the distribution of adverse events by race.

Table 5~~2~~ lists treatment-emergent signs and symptoms that occurred in at least 2% of Neurontin®-treated patients age 3 to 12 years of age with epilepsy participating in placebo-

HFD-120 Labeling Version #2 dated May 16, 2002

controlled trials and were numerically more common in the Neurontin® group. Adverse events were usually mild to moderate in intensity.

Table 52. Treatment-Emergent Adverse Event Incidence in Pediatric Patients Age 3 to 12 Years in a Controlled Add-On Trial (Events in at Least 2% of Neurontin® Patients and Numerically More Frequent Than in the Placebo Group)

| Body System/ Adverse Event | Neurontin®[a] N = 119 % | Placebo[a] N = 128 % |
|---|---|---|
| **Body As A Whole** | | |
| Viral Infection | 10.9 | 3.1 |
| Fever | 10.1 | 3.1 |
| Weight Increase | 3.4 | 0.8 |
| Fatigue | 3.4 | 1.6 |
| **Digestive System** | | |
| Nausea and/or Vomiting | 8.4 | 7.0 |
| **Nervous System** | | |
| Somnolence | 8.4 | 4.7 |
| Hostility | 7.6 | 2.3 |
| Emotional Lability | 4.2 | 1.6 |
| Dizziness | 2.5 | 1.6 |
| Hyperkinesia | 2.5 | 0.8 |
| **Respiratory System** | | |
| Bronchitis | 3.4 | 0.8 |
| Respiratory Infection | 2.5 | 0.8 |

[a] Plus background antiepileptic drug therapy

Other events in more than 2% of pediatric patients 3 to 12 years of age but equally or more frequent in the placebo group included: pharyngitis, upper respiratory infection, headache, rhinitis, convulsions, diarrhea, anorexia, coughing, and otitis media.

**Other Adverse Events Observed During All Clinical Trials**

Clinical Trials in Adults and Adolescents With Epilepsy

Neurontin® has been administered to 2074 patients >12 years of age during all adjunctive therapy clinical trials in epilepsy, only some of which were placebo-controlled. During these trials, all adverse events were recorded by the clinical investigators using terminology of their own choosing. To provide a meaningful estimate of the proportion of individuals having adverse

Pfizer_LKnapp_0137074

HFD-120 Labeling Version #2 dated May 16, 2002

events, similar types of events were grouped into a smaller number of standardized categories using modified COSTART dictionary terminology. These categories are used in the listing below. The frequencies presented represent the proportion of the 2074 patients >12 years of age exposed to Neurontin® who experienced an event of the type cited on at least one occasion while receiving Neurontin®. All reported events are included except those already listed in ~~the previous~~Table 4, those too general to be informative, and those not reasonably associated with the use of the drug.

Events are further classified within body system categories and enumerated in order of decreasing frequency using the following definitions: frequent adverse events are defined as those occurring in at least 1/100 patients; infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

**Body As A Whole:** *Frequent:* asthenia, malaise, face edema; *Infrequent:* allergy, generalized edema, weight decrease, chill; *Rare:* strange feelings, lassitude, alcohol intolerance, hangover effect.

**Cardiovascular System:** *Frequent:* hypertension; *Infrequent:* hypotension, angina pectoris, peripheral vascular disorder, palpitation, tachycardia, migraine, murmur; *Rare:* atrial fibrillation, heart failure, thrombophlebitis, deep thrombophlebitis, myocardial infarction, cerebrovascular accident, pulmonary thrombosis, ventricular extrasystoles, bradycardia, premature atrial contraction, pericardial rub, heart block, pulmonary embolus, hyperlipidemia, hypercholesterolemia, pericardial effusion, pericarditis.

**Digestive System:** *Frequent:* anorexia, flatulence, gingivitis; *Infrequent:* glossitis, gum hemorrhage, thirst, stomatitis, increased salivation, gastroenteritis, hemorrhoids, bloody stools, fecal incontinence, hepatomegaly; *Rare:* dysphagia, eructation, pancreatitis, peptic ulcer, colitis, blisters in mouth, tooth discolor, perlèche, salivary gland enlarged, lip hemorrhage, esophagitis, hiatal hernia, hematemesis, proctitis, irritable bowel syndrome, rectal hemorrhage, esophageal spasm.

**Endocrine System:** *Rare:* hyperthyroid, hypothyroid, goiter, hypoestrogen, ovarian failure, epididymitis, swollen testicle, cushingoid appearance.

**Hematologic and Lymphatic System:** *Frequent:* purpura most often described as bruises resulting from physical trauma; *Infrequent:* anemia, thrombocytopenia, lymphadenopathy; *Rare:* WBC count increased, lymphocytosis, non-Hodgkin's lymphoma, bleeding time increased.

Pfizer_LKnapp_0137075

**Musculoskeletal System:** *Frequent:* arthralgia; *Infrequent:* tendinitis, arthritis, joint stiffness, joint swelling, positive Romberg test; *Rare:* costochondritis, osteoporosis, bursitis, contracture.

**Nervous System:** *Frequent:* vertigo, hyperkinesia, paresthesia, decreased or absent reflexes, increased reflexes, anxiety, hostility; *Infrequent:* CNS tumors, syncope, dreaming abnormal, aphasia, hypesthesia, intracranial hemorrhage, hypotonia, dysesthesia, paresis, dystonia, hemiplegia, facial paralysis, stupor, cerebellar dysfunction, positive Babinski sign, decreased position sense, subdural hematoma, apathy, hallucination, decrease or loss of libido, agitation, paranoia, depersonalization, euphoria, feeling high, doped-up sensation, suicidal, psychosis; *Rare:* choreoathetosis, orofacial dyskinesia, encephalopathy, nerve palsy, personality disorder, increased libido, subdued temperament, apraxia, fine motor control disorder, meningismus, local myoclonus, hyperesthesia, hypokinesia, mania, neurosis, hysteria, antisocial reaction, suicide gesture.

**Respiratory System:** *Frequent:* pneumonia; *Infrequent:* epistaxis, dyspnea, apnea; *Rare:* mucositis, aspiration pneumonia, hyperventilation, hiccup, laryngitis, nasal obstruction, snoring, bronchospasm, hypoventilation, lung edema.

**Dermatological:** *Infrequent:* alopecia, eczema, dry skin, increased sweating, urticaria, hirsutism, seborrhea, cyst, herpes simplex; *Rare:* herpes zoster, skin discolor, skin papules, photosensitive reaction, leg ulcer, scalp seborrhea, psoriasis, desquamation, maceration, skin nodules, subcutaneous nodule, melanosis, skin necrosis, local swelling.

**Urogenital System:** *Infrequent:* hematuria, dysuria, urination frequency, cystitis, urinary retention, urinary incontinence, vaginal hemorrhage, amenorrhea, dysmenorrhea, menorrhagia, breast cancer, unable to climax, ejaculation abnormal; *Rare:* kidney pain, leukorrhea, pruritus genital, renal stone, acute renal failure, anuria, glycosuria, nephrosis, nocturia, pyuria, urination urgency, vaginal pain, breast pain, testicle pain.

**Special Senses:** *Frequent:* abnormal vision; *Infrequent:* cataract, conjunctivitis, eyes dry, eye pain, visual field defect, photophobia, bilateral or unilateral ptosis, eye hemorrhage, hordeolum, hearing loss, earache, tinnitus, inner ear infection, otitis, taste loss, unusual taste, eye twitching, ear fullness; *Rare:* eye itching, abnormal accommodation, perforated ear drum, sensitivity to noise, eye focusing problem, watery eyes, retinopathy, glaucoma, iritis, corneal disorders, lacrimal dysfunction, degenerative eye changes, blindness, retinal degeneration, miosis, chorioretinitis, strabismus, eustachian tube dysfunction, labyrinthitis, otitis externa, odd smell.

HFD-120 Labeling Version #2 dated May 16, 2002

Clinical Trials in Pediatric Patients With Epilepsy

Adverse events occurring during epilepsy clinical trials in 449 pediatric patients 3 to 12 years of age treated with gabapentin that were not reported in adjunctive trials in adults are:

**Body as a Whole:** dehydration, infectious mononucleosis

**Digestive System:** hepatitis

**Hemic and Lymphatic System:** coagulation defect

**Nervous System:** aura disappeared, occipital neuralgia

**Psychobiologic Function:** sleepwalking

**Respiratory System:** pseudocroup, hoarseness

Clinical Trials in Adults with Neuropathic Pain of Various Etiologies

Safety information was obtained in ~~Gabapentin was administered to~~ 834 patients during ~~all~~ double-blind and open-label ~~neuropathic pain~~ clinical trials including neuropathic pain indications for which efficacy has not been demonstrated. Adverse events reported by investigators were grouped into standardized categories using modified COSTART IV terminology. Listed below are all reported events except those with comparable frequencies already listed in Table 3.~~, those reported in epilepsy trials, those too general to be informative, and those not reasonably associated with the use of the drug.~~

**Note to sponsor**: This next section and the preceding paragraph do not accurately convey the safety data from the neuropathy database. All those events for this patient population not represented in Table 3, need to be added to the reporting by body system below.

**Body as a Whole:** allergic reaction, neck pain, pelvic pain, sepsis

**Cardiovascular System:** ~~fundi with microaneurysm, retinal vein thrombosis~~

**Digestive System:** intestinal obstruction, intestinal ulcer, mouth ulceration, oral moniliasis

**Endocrine System:** diabetes mellitus

Pfizer_LKnapp_0137077

HFD-120 Labeling Version #2 dated May 16, 2002

**Hemic and Lymphatic System:** ecchymosis, lymphoma like reaction

**Metabolic and Nutritional:** gout, weight loss

**Musculoskeletal:** shin bone pain

**Nervous System:** libido decreased, libido increased

**Respiratory System:** hemoptysis

**Skin and Appendages:** lower extremity skin ulcer

**Special Senses:** retinal vein thrombosis, diabetic retinopathy, ~~ear pain,~~ fundi with microhemorrhage, taste perversion, ear pain

**Urogenital System:** gynecomastia, polyuria, pyelonephritis, swollen penis, swollen scrotum

Postmarketing and Other Experience

In addition to the adverse experiences reported during clinical testing of Neurontin®, the following adverse experiences have been reported in patients receiving marketed Neurontin®. These adverse experiences have not been listed above and data are insufficient to support an estimate of their incidence or to establish causation. The listing is alphabetized: angioedema, blood glucose fluctuation, erythema multiforme, elevated liver function tests, fever, hyponatremia, jaundice, Stevens-Johnson syndrome.

**DRUG ABUSE AND DEPENDENCE**

The abuse and dependence potential of Neurontin® has not been evaluated in human studies.

**OVERDOSAGE**

A lethal dose of gabapentin was not identified in mice and rats receiving single oral doses as high as 8000 mg/kg. Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, sedation, hypoactivity, or excitation.

Acute oral overdoses of Neurontin® up to 49 grams have been reported. In these cases, double vision, slurred speech, drowsiness, lethargy and diarrhea were observed. All patients recovered with supportive care.

Pfizer_LKnapp_0137078

HFD-120 Labeling Version #2 dated May 16, 2002

Gabapentin can be removed by hemodialysis. Although hemodialysis has not been performed in the few overdose cases reported, it may be indicated by the patient's clinical state or in patients with significant renal impairment.

**DOSAGE AND ADMINISTRATION**

Neurontin® is given orally with or without food.

**Neuropathic Pain Associated With Postherpetic Neuralgia**

In adults ~~with neuropathic pain associated with~~ with-postherpetic neuralgia, Neurontin® therapy may be initiated as a single 300-mg dose on Day 1, 600 mg/day ~~(in 2~~ divided BID ~~doses)~~ on Day 2, and 900 mg/day ~~(in 3~~ divided TID ~~doses)~~ on Day 3. The dose can subsequently be titrated up as needed for pain relief to a ~~maximum~~ daily dose of ~~3600~~ 1800 mg ~~(in 3~~ divided TID ~~doses)~~.

The total daily dosage should be taken in 3 divided doses (TID). In clinical studies, efficacy was demonstrated at doses of 1800 mg/day with safety data supporting doses up to 3600 mg/day, ~~with greater efficacy with increasing dose. Significant efficacy was evident as early as Week 1.~~ Patients may begin to experience improvement in as early as one week.

**Epilepsy**

Neurontin® is recommended for add-on therapy in patients 3 years of age and older. Effectiveness in pediatric patients below the age of 3 years has not been established.

~~Neurontin® is given orally with or without food.~~

**Patients >12 years of age:** The effective dose of Neurontin® is 900 to 1800 mg/day and given in divided doses (three times a day) using 300 or 400 mg capsules, or 600 or 800 mg tablets. The starting dose is 300 mg three times a day. If necessary, the dose may be increased using 300 or 400 mg capsules, or 600 or 800 mg tablets three times a day up to 1800 mg/day. Dosages up to 2400 mg/day have been well tolerated in long-term clinical studies. Doses of 3600 mg/day have also been administered to a small number of patients for a relatively short duration, and have been well tolerated. The maximum time between doses in the TID schedule should not exceed 12 hours.

**Pediatric Patients Age 3-12 years:** The starting dose should range from 10-15 mg/kg/day in 3 divided doses, and the effective dose reached by upward titration over a period of

HFD-120 Labeling Version #2 dated May 16, 2002

approximately 3 days. The effective dose of Neurontin® in patients 5 years of age and older is 25–35 mg/kg/day and given in divided doses (three times a day). The effective dose in pediatric patients ages 3 and 4 years is 40 mg/kg/day and given in divided doses (three times a day). (See CLINICAL PHARMACOLOGY, Pediatrics.) Neurontin® may be administered as the oral solution, capsule, or tablet, or using combinations of these formulations. Dosages up to 50 mg/kg/day have been well-tolerated in a long-term clinical study. The maximum time interval between doses should not exceed 12 hours.

It is not necessary to monitor gabapentin plasma concentrations to optimize Neurontin® therapy. Further, because there are no significant pharmacokinetic interactions among Neurontin® and other commonly used antiepileptic drugs, the addition of Neurontin® does not alter the plasma levels of these drugs appreciably.

If Neurontin® is discontinued and/or an alternate anticonvulsant medication is added to the therapy, this should be done gradually over a minimum of 1 week.

**Dosage in Renal Impairment**

Creatinine clearance is difficult to measure in outpatients. In patients with stable renal function, creatinine clearance ($C_{Cr}$) can be reasonably well-estimated using the equation of Cockcroft and Gault:

$$\text{for females } C_{Cr} = (0.85)(140-\text{age})(\text{weight})/[(72)(S_{Cr})]$$
$$\text{for males } C_{Cr} = (140-\text{age})(\text{weight})/[(72)(S_{Cr})]$$

where age is in years, weight is in kilograms and $S_{Cr}$ is serum creatinine in mg/dL.

Dosage adjustment in patients ≥12 years of age with compromised renal function or undergoing hemodialysis is recommended as follows (see dosing recommendations above for effective doses in each indication):

Pfizer_LKnapp_0137080

HFD-120 Labeling Version #2 dated May 16, 2002

~~**Table 3.** Neurontin® Dosage Based on Renal Function~~

| ~~Renal Function Creatinine Clearance (mL/min)~~ | ~~Total Daily Dose (mg/day)~~ | ~~Dose Regimen (mg)~~ |
|---|---|---|
| ~~>60~~ | ~~1200~~ | ~~400 T.I.D.~~ |
| ~~30-60~~ | ~~600~~ | ~~300 B.I.D.~~ |
| ~~15-30~~ | ~~300~~ | ~~300 Q.D.~~ |
| ~~<15~~ | ~~150~~ | ~~300 Q.O.D.[a]~~ |
| ~~Hemodialysis~~ | ~~-~~ | ~~200-300[b]~~ |

[a] ~~Every other day~~
[b] ~~Loading dose of 300 to 400 mg in patients who have never received Neurontin®, then 200 to 300 mg Neurontin® following each 4 hours of hemodialysis~~

**Table 6.** ~~Neurontin®~~ Dosage Based on Renal Function

| Renal Function Creatinine Clearance (mL/min) | Total Daily ~~Maintenance Dose~~ Dosage Regimen (mg/day) | | | | |
|---|---|---|---|---|---|
| ≥60 | ~~900[a]~~ 300 TID | ~~1200[a]~~ 400 TID | ~~1800[a]~~ 600 TID | ~~2400[a]~~ 800 TID | 3600[a] 1200 TID |
| ≥30-59 | ~~400[b]~~ 200 BID | ~~600[b]~~ 300 BID | ~~800[b]~~ 400 BID | ~~1000[b]~~ 500 BID | ~~1400[b]~~ 700 BID |
| >15-29 | 200[c] QD | 300[c] QD | 400[c] QD | 500[c] QD | 700[c] QD |
| 15[d-a] | ~~100[c]~~ QD | ~~125[c]~~ QD | ~~150[c]~~ QD | 200[c] QD | 300[c] QD |
| | Post-Hemodialysis Supplemental Dose (mg)[eb] | | | | |
| Hemodialysis | ~~125[e-b]~~ | 150[eb] | 200[eb] | 250[eb] | 350[eb] |

[a] Total daily dose (mg/day) should be divided by 3 and administered 3 times daily (TID)
[b] Total daily dose (mg/day) should be divided by 2 and administered twice daily (BID)
[c] Total daily dose (mg/day) should be administered once daily (QD)
[d-a] For patients with creatinine clearance <15 mL/min, reduce daily dose in proportion to creatinine clearance (eg, patients with a creatinine clearance of 7.5 mL/min should receive one-half the daily dose that patients with a creatinine clearance of 15 mL/min receive).
[e-b] Patients on hemodialysis should receive maintenance doses based on estimates of creatinine clearance as indicated in the upper portion of the table and a supplemental post-hemodialysis dose administered after each 4 hours of hemodialysis as indicated in the lower portion of the table.

DM_FILE/CI-0945 (IC01001a)    34

Pfizer_LKnapp_0137081

HFD-120 Labeling Version #2 dated May 16, 2002

[Table 6. Neurontin® Dosage Based on Renal Function

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose (mg/day) | Dose Regimen (mg) |
|---|---|---|
| ≥60 | 900-1800 | 300-600 T.I.D. |
| ≥30-59 | 400-800 | 200-400 B.I.D. |
| ≥15-29 | 200-400 | 200-400 Q.D. |
| 15[a] | 100-150 | 100-150 Q.D. |

| | Post-Hemodialysis Supplemental Dose (mg)[b] |
|---|---|
| Hemodialysis | 125-200[b] |

[a] For patients with creatinine clearance <15 mL/min, reduce daily dose in proportion to creatinine clearance (eg, patients with a creatinine clearance of 7.5 mL/min should receive one half the daily dose that patients with a creatinine clearance of 15 mL/min receive).
[b] Patients on hemodialysis should receive maintenance doses based on estimates of creatinine clearance as indicated in the upper portion of the table and a supplemental post-hemodialysis dose administered after each 4 hours of hemodialysis as indicated in the lower portion of the table.

The use of Neurontin® in patients <12 years of age with compromised renal function has not been studied.

**Dosage in Elderly**

Due to the likelihood of renal insufficiency, dose should be adjusted based on the creatinine clearance values in these patients.

**HOW SUPPLIED**

Neurontin® (gabapentin) capsules, tablets and oral solution are supplied as follows:

100-mg capsules;

> White hard gelatin capsules printed with "PD" on one side and "Neurontin®/100 mg" on the other; available in:
> Bottles of 100: N 0071-0803-24
> Unit dose 50's: N 0071-0803-40

300-mg capsules;

Pfizer_LKnapp_0137082

HFD-120 Labeling Version #2 dated May 16, 2002

>Yellow hard gelatin capsules printed with "PD" on one side and "Neurontin®/300 mg" on the other; available in:
>Bottles of 100: N 0071-0805-24
>Unit dose 50's: N 0071-0805-40

400-mg capsules;

>Orange hard gelatin capsules printed with "PD" on one side and "Neurontin®/400 mg" on the other; available in:
>Bottles of 100: N 0071-0806-24
>Unit dose 50's: N 0071-0806-40

600-mg tablets;

>White elliptical film-coated tablets printed in black ink with "Neurontin® 600" on one side; available in:
>Bottles of 100: N 0071-0416-24
>Bottles of 500: N 0071-0416-30
>Unit dose 50's: N 0071-0416-40

800-mg tablets;

>White elliptical film-coated tablets printed in orange with "Neurontin® 800" on one side; available in:
>Bottles of 100: N 0071-0426-24
>Bottles of 500: N 0071-0426-30
>Unit dose 50's: N 0071-0426-40

250 mg/5 mL oral solution;

>Clear colorless to slightly yellow solution; each 5 mL of oral solution contains 250 mg of gabapentin; available in:
>Bottles containing 470 mL: N 0071-2012-23

**Storage (Capsules)**
**Store at 25°C (77°F); excursions permitted to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].** ~~Controlled Room Temperature 15°-30°C (59°-86°F).~~

**Storage (Tablets)**

<u>HFD-120 Labeling Version #2 dated May 16, 2002</u>

**Store at 25°C (77°F); excursions permitted to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].**

**Storage (Oral Solution)**
**Store refrigerated, 2°-8°C (36°-46°F)**

**Rx only**

Revised ~~November 2000~~ January 2002

**Capsules and Tablets:**

Manufactured by:
**Parke Davis Pharmaceuticals, Ltd.**
Vega Baja, PR 00694

**Oral Solution:**

Manufactured for:
**Parke Davis Pharmaceuticals, Ltd.**
Vega Baja, PR 00694

Distributed by:
**PARKE-DAVIS**
Div of Warner-Lambert Co
Morris Plains, NJ 07950

©1999, PDPL

~~0416G641~~xxxxxx

Pfizer_LKnapp_0137084