# EXHIBIT 13

# TRANSCRIPT OF PROCEEDINGS

DEPARTMENT OF HEALTH AND HUMAN SERVICES

PUBLIC HEALTH SERVICE

FOOD AND DRUG ADMINISTRATION

PERIPHERAL AND CENTRAL NERVOUS SYSTEM DRUGS

ADVISORY COMMITTEE

Volume II

Pages 1 thru 133

Bethesda, Maryland
December 15, 1992

MILLER REPORTING COMPANY, INC.
507 C Street, N.E.
Washington, D.C. 20002
(202) 546-6666



jt

1

PB —

DEPARTMENT OF HEALTH AND HUMAN SERVICES

PUBLIC HEALTH SERVICE

FOOD AND DRUG ADMINISTRATION

PERIPHERAL AND CENTRAL NERVOUS SYSTEM DRUGS

ADVISORY COMMITTEE

Volume II

Tuesday, December 15, 1992

8:10 a.m.

Holiday Inn
8120 Wisconsin Avenue
Bethesda, Maryland

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.   20002
(202) 546-6666

jt

## P A R T I C I P A N T S

Committee Members:

    Stanley Fahn, M.D., Chairperson
    Michael Bernstein, M.P.H., Executive Secretary

    Sid Gilman, M.D.
    Antonio Delgado-Escueta, M.D.
    Nancy R. Tempkin, Ph.D.
    Albert Heyman, M.D.
    Gary M. Oderda, Pharm.D., M.P.H.
    Dennis W. Choi, M.D., Ph.D.
    Richard D. Penn, M.D.
    Ira Shoulson, M.D.
    Peter J. Whitehouse, M.D., Ph.D.


FDA Staff:

    Paul Leber
    Russell Katz, M.D.

- - -

# C O N T E N T S

ITEM                                                          PAGE

Call to Order:  Welcome and Information
  Stanley Fahn, M.D.                                            4

Opening Comments:  Michael A. Bernstein                        5

Open Public Hearing                                            8

Open Session
    NDA 20-235 NEURONTIN (Gabapentin):   Safety and
    Effectiveness in use for Epilepsy                         12

FDA Presentations:

    Introduction:                                             13
          Russell Katz, M.D.
          Group Leader, Neurology Drug Group
          Division of Neuropharmacological Drug
             Products [DNDP]

    Safety and Efficacy Review:
          Cynthia McCormick, M.D.
          Medical Reviewer
          Neurology Drug Group [DNDP]                         17

          Dr. Glenda Fitzgerald
          Supervising Pharmacologist                          61

Committee Discussion/Recommendation(s)                         75

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

jt

4

1          P R O C E E D I N G S

2    CALL TO ORDER:   WELCOME AND INFORMATION

3          DR. FAHN:   I would like to call this meeting to

4    order and to welcome everyone to the 33rd Meeting of the

5    Peripheral and Central Nervous System Drugs Advisory Committee

6    meeting.

7          My name is Stan Fahn.   I am a neurologist from the

8    College of Physicians and Surgeons at Columbia University.   I

9    am the chairperson of this committee.

10         Next, I would like those of us seated around the

11   table to introduce themselves.

12         Mike?

13         MR. BERNSTEIN:   Mike Bernstein, FDA.

14         DR. GILMAN:   Sid Gilman, Department of Neurology,

15   University of Michigan.

16         DR. TEMPKIN:   Nancy Tempkin, Department of

17   Neurological Surgery and Biostatistics, University of

18   Washington.

19         DR. HEYMAN:   Albert Heyman, Division of Neurology at

20   Duke University.

21         DR. ODERDA:   Gary Oderda, University of Utah

22   College of Pharmacy.

23         DR. CHOI:   Dennis Choi, Department of Neurology,

24   Washington University, St. Louis.

25         DR. KATZ:   Russ Katz, FDA.

jt

1              DR. LEBER:  Paul Leber, FDA.

2              DR. SHOULSON:  Ira Shoulson, Department of

3    Neurology, University of Rochester.

4              DR. DELGADO-ESCUETA;  Delgado-Escueta, Neurology,

5    at UCLA.

6              DR. PENN:  Richard Penn, Department of Neurosurgery,

7    Rush Medical School.

8              DR. WHITEHOUSE:  Peter Whitehouse, Department of

9    Neurology, Case Western Reserve University.

10             DR. FAHN:  Thank you.

11             Mr. Bernstein, Committee Executive Secretary, has

12   requested time to make a number of administrative

13   announcements.

14             Mr. Bernstein?

15                        OPENING COMMENTS

16             MR. BERNSTEIN:  Thank you, Dr. Fahn.

17             I would like to welcome each of the committee

18   members to this the 33rd Meeting of the Peripheral and

19   Central Nervous System Drugs Advisory Committee.

20             My name is Mike Bernstein, and I am the Executive

21   Secretary of this committee, which functions within the

22   Division of Neuropharmacological Drug Products.  Please bear

23   with me while I make a few administrative announcements.

24             On the table by the entry are handouts of the

25   agenda, question lists and a roster of committee membership.

jt

6

1  I hope that everyone has picked up a copy.  Also on this

2  table is an attendance sheet, which we encourage everyone in

3  attendance to sign.

4       We ask that all speakers speak directly into a

5  microphone.  Individuals from the audience, following

6  recognition by the Chair, should come forward to a microphone.

7  Unless one speaks directly into the mike, comments cannot be

8  heard by our transcriptionist nor by those sitting in the

9  rear of the room.

10       If anyone in the audience desires to make any

11  comments in the open public hearing, we ask that you wait

12  until you have been recognized by the Chair before coming

13  forward to a mike.  Please identify yourself and your

14  affiliation before beginning your statement.  Statements made

15  in the open public hearing must relate to the issue being

16  considered at this meeting and be of general interest to the

17  committee members.

18       Smoking is not permitted in this room.  A lunch

19  break again will be determined according to the time frames

20  that are alloted for presentations.  As this is an open

21  meeting, a reminder that the proceedings may be tape-recorded,

22  but that the recording is considered to be unofficial until

23  it has been approved by the Commission of Food and Drugs.

24       The following announcement addresses the issue of

25  conflict of interest and is made part of the record to

1    preclude even the appearance of such at this portion of the

2    meeting:  Based on the submitted agenda for this meeting and

3    all financial interest reported to the participating members,

4    the agency has taken the following actions to preclude the

5    appearance of a conflict of interest:

6         The conflict of interest statutes prohibit special

7    government employees from participating in matters that could

8    affect their employers' financial interest.  The following

9    individuals are affiliated with universities and their

10   hospitals which potentially could be affected by the

11   committee's deliberations.  However, the agency has determined

12   that the need for the services of these individuals outweighs

13   the potential for conflict of interest created by the

14   financial interest of their employers.  Therefore,

15   institutional waivers have been granted to all committee

16   members who are affiliated with a university and/or a

17   hospital.

18        In addition, full waivers have been granted to the

19   following individuals, which permits them to participate in

20   the discussion on Neurontin:  Dr. Tempkin, Dr. Penn, Dr.

21   Delgado-Escueta, and Dr. Gilman.

22        Copies of these waiver statements may be obtained

23   from the FDA's Freedom of Information Office, Room 12A16 of

24   the Parklawn Building.  In the event that the discussions

25   involve any other products or firms not already on the agenda

jt                                                                    8

1  for which an FDA participant has a financial interest, the

2  participants are all aware of the need to exclude themselves

3  form such involvement and their exclusion will be noted for

4  the record.

5         With respect to all other participants, we ask

6  that, in the interest of fairness, that they address any

7  current or previous financial involvement with any firms

8  whose products they may wish to comment upon.

9         Lastly, NDA 20-235, Neurontin, will be the only

10 issue discussed by the committee at this meeting.

11        Thank you for your attention.  And this concludes my

12 comments, Dr. Fahn.

13        DR. FAHN:  Thank you, Mr. Bernstein.

14                    OPEN PUBLIC HEARING

15        DR. FAHN:  The open public hearing is now in

16 progress.  One individual has contacted Mr. Bernstein ahead

17 of time and requested an opportunity to address the committee.

18 Mr. George Moss, of the Epilepsy Foundation.

19        Mr. Moss, are you here?  Thank you.

20        MR. MOSS:  Good morning.

21        I am here to represent the Epilepsy Foundation.  I

22 have had epilepsy ever since the age of 6, which now I am 49

23 years old.  For the last 43 years, I have had epilepsy.  I

24 have been through with a lot of different drugs in my years.

25 To the best of my knowledge, the last four years of drugs has

jt

1  been the most effective, and that is gabapentin.

2        I am a very strong believer that gabapentin should

3  be on the market, because not only individuals like myself,

4  but there are others that definitely need this drug out

5  there.  Like I say, epilepsy is a disease that is well

6  misunderstood.  The public does not understand epilepsy, for

7  the simple reason that, if you are out in the public and you

8  have a seizure and you are there by yourself, nine times out

9  of ten, the first thing they are going to say is you're a

10 dope addict or you're intoxicated, because we act like it.

11        I say on behalf, in speaking here now, the Epilepsy

12 Foundation needs to do something to let the public know what

13 epilepsy is, and what the effect of epilepsy is, because us,

14 as individuals, why should we be arrested for taking drugs?

15 We need to have some kind of thing on us that would

16 illustrate, you know, that we have epilepsy and there are

17 drugs.

18        As of right now, I myself, I do not have nothing on

19 me except a chain around my neck that says I have epilepsy.

20 But if I was out in the public and I have a seizure, what is

21 the first thing they are going to do?  Most of the time, if

22 the law comes around, they are going to arrest you for being

23 intoxicated, because most of us act like that.  We stagger.

24        The thing that I am strongly on is we ought to -- I

25 have had epilepsy for these many years.  Of course, I had

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

jt

1  brain surgery when I was 14 years old, which helped decrease

2  my problem.  But I still have epilepsy.  I usually average

3  three or four months in the last few years.  But since I have

4  been on gabapentin, when I was sent to Charlottesville, that

5  drug has been the most effective and, believe me, I am

6  telling you the facts.

7         I believe very strongly in saying that the Food and

8  Drug Administration or someone needs to get this drug out on

9  the market and have it priced so that the public can afford

10  to buy it.  Of course, I am a lucky person.  The price of

11  drugs don't mean nothing to me, because I only pay 50 cents.

12  But there are other people out there that don't have it.  Just

13  take it into consideration, get the drug out on the market.

14  Like I said, again, have it priced so that the public can buy

15  it.

16         Here again, like I say, I have had seizures ever

17  since I was 6 years old, up until the age of 14, when I had

18  to have brain surgery.  I had a blood cot on the brain, and

19  the chief surgeon at NIH Hospital said you are going to have

20  to have surgery or you're going to be in a mental institution.

21         Like I say, gabapentin should be out on the market.

22  After all, there has been 14 or 15 years since we really have

23  had a good effective drug on the market.  A couple of drugs I

24  am taking right now have been on the market for several

25  years, Dilantin and Tegretol.

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

jt

11

1    Let's face it, come on, let's get this drug out on

2  the market, because it is a very effective drug and I am

3  wholeheartedly asking you all to get the drug out on the

4  market.  After all, like I said, I have taken drugs for

5  several years and I have taken a lot.  To the best of my

6  knowledge, this has been the most effective drug on epilepsy

7  for myself, and I am sure it would be for others.

8    But there are a lot of people out there, like I

9  say, that can't afford to have medicine, because it is priced

10  too high.  You know, let's get the drug on the market and try

11  to get it within a price range so that the most needy people

12  out there can afford to buy it.

13    Another thing, epilepsy is a disease that is well

14  misunderstood by the public.  If you speak of epilepsy, the

15  word epilepsy, the first thought that anybody thinks when you

16  say epilepsy is that you have grand mal seizures.  After all,

17  there are several different kinds of seizures.  Mine alone, I

18  have seizures, but if I wasn't standing here holding this

19  microphone and I had a seizure, nine times out of ten, you

20  couldn't tell I had one, because all I do is stand and stare.

21    There again, like I say, you speak of epilepsy and

22  the public thinks of the worst.  They think that you're

23  having grand mal and you fall out on the floor, you foam at

24  the mouth, this, that and the other.

25    The Epilepsy Foundation needs to have either TV

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

jt

12

1    shows or something that the public can see in behalf of

2    epilepsy.  I think that most of you, if you take into

3    consideration, would agree to that fact.  After all, it is a

4    disease that has been around for years and it is going to be

5    around for years, so long as there is not something to help

6    guide us along.

7          Like I say, I had surgery when I was 14 years old.

8    Doctors have talked to me about having surgery since, but I

9    am not.  True, they have got laser surgery, but what is there

10   to say that laser surgery could hit something on the way in

11   there to correct something that is further in?  As long as

12   there is a drug on the market, which is what we need very

13   strongly, and I am very strongly asking you all to try to get

14   the drug gabapentin on the market.  That is all I ask.

15         Thank you.

16         DR. FAHN:  Thank you, Mr. Moss.

17         Does anyone else have any comments or statements to

18   be made during the open portion of this meeting?

19         [No response.]

20                    OPEN SESSION

21         DR. FAHN:  If not, we will proceed with the other

22   part of the meeting.  The topic for today's Advisory Committee

23   meeting is NDA 20-235, Neurontin.

24         Dr. Russell Katz, Deputy Director, Division of

25   Neuropharmacological Drug Products, has a few opening

13

1    comments.

2        Dr. Katz?

### INTRODUCTION

4        DR. KATZ:   Thank you, Dr. Fahn.   Welcome back, and

5    good morning to the rest of the committee.

6        Today, as Dr. Fahn said and as you know, we are

7    going to discuss NDA 20-235, Neurontin, which was submitted

8    by Warner-Lambert and Parke-Davis to the division on January

9    31, 1991.   The sponsor has proposed that the drug be indicated

10   as adjunctive treatment in patients with refractory partial

11   seizures for over the age of 12 years, although they do wish

12   also to describe Neurontin as an effective antiepileptic

13   agent, and that is an issue that we will have to discuss in

14   more detail.

15       Neurontin is presumably unique amongst other

16   available antiseizure medications, because it is not

17   metabolized and it has no effect on plasma levels of other

18   available anticonvulsants.   There are no kinetic interactions

19   and that is an important advantage of it.

20       As support of the indication that they propose, the

21   sponsor has submitted the results of four placebo-controlled

22   add-on trials.   One of the trials designated as 945-910

23   actually represents a post hoc pooling of two smaller

24   studies, 9 and 10, which followed an identical protocol to

25   one of the larger more definitive efficacy trials, but were

jt

14

originally designed to look, I believe, at CF levels of the

drug.

In any event, the sponsor retrospectively pooled them, and the results didn't achieve statistical significance, although there were trends in favor of the drug, presumably, but for this reason I don't believe we are going to present that combined study in any detail.

In the trials that they did do, the sponsor chose to evaluate the drug according to some unusual outcome measures. One was the responder rate, which is the finest disproportion of patients who achieved the greater than 50 percent reduction in seizures on treatment, as compared to baseline, and also the response ratio, which is defined as the difference between the number of seizures on treatment as compared to baseline divided by the sum of the seizure counts during the two periods.

The latter variable is something I believe we haven't seen before. It is clearly somehow related to seizure frequency, but it has no immediately obvious clinical meaning. You look at a number that is derived. It doesn't really say anything directly about, for example seizure frequency.

However, presumably it was chosen as a primer variable, because it has some attractive statistical properties that are presumably normally distributed and,

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C. 20002
(202) 546-6666

1  therefore, one can perform parametric statistical tests on it.

2  In any event, the committee may wish to discuss the

3  appropriateness of the outcome measures chosen.

4         As I noted in my memo to the committee, there were

5  at the time of the mailing some issues about which we did not

6  have complete information, and i had suggested that you would

7  hear more about it at the meeting, and I just want to outline

8  what some of those issues were.

9         The first issue was how patients who, during the

10  trial, during the treatment periods, had concomitant

11  antiepileptic drugs added to their regimens or who had their

12  concomitant antiepileptic drug dosages increases during

13  treatment.  It certainly became clear in yesterday's

14  discussions, it seems to me, that knowledge of the plasma

15  levels of the concomitant antiepileptic drugs is critical in

16  determining whether or not any effect that was ostensibly

17  seen was related to the new drug or just related to an

18  increase in concomitant levels.

19         In fact, in most of the protocols that we are going

20  to discuss today, it was stated prospectively that those

21  patients who had AED's added or were manipulated somehow to

22  increase their dosage would be excluded from the final

23  analysis.  The sponsor didn't do that in the original NDA.

24  Those patients were included.  So we have gone back to ask

25  the sponsor to exclude those patients, identify them and

jt                                                                              16

1    exclude them, and we will present to you the results and

2    analyses of those patients excluded.

3         Another issue might be how seizure flurries were

4    handled in the study.  There were a number of patients across

5    studies who had so-called seizure flurries, and it was fairly

6    complicated to figure out which protocol to find them, how

7    those people were supposed to be looked at or how the data

8    was supposed to be looked at, and so we will talk a little

9    bit more about that in the presentation.

10        Finally, another important issue, as I noted in the

11   mailing, gabapentin is associated with the occurrence of

12   acinar cell tumors of the pancreas in male wistar rats.  This

13   is a fairly unusual finding.

14        It was of sufficient concern to the division during

15   the development of the drug a while back when we first became

16   aware of it.  Clinical trials were suspended and the issue was

17   brought to the advisory committee last October.  At that

18   meeting, the committee decided that clinical trials should

19   resume, but that the finding was a real one at the high dose,

20   and its implications for humans were really unknown.

21        At that time, the committee had recommended that the

22   sponsor perform several additional animal studies to look at

23   several issues, one being the mechanism of tumor formation

24   and one to look at the issue of how strong a signal actually

25   was.  They performed some of those studies and we will

jt                                                                      17

1    present the results as we understand them to you this morning.

2          In addition to the issues that I have outlined that

3    the committee ought to think about and discuss, we might look

4    at the issue of the propriety of approving an antiseizure

5    medication in the absence of monitor therapy data.

6          Those are really my opening comments.  I would like

7    at this point to turn the podium over to Dr. Cynthia

8    McCormick, of Medical Review in the Division, who has

9    reviewed the safety and effectiveness data, and she will

10   present that information to you.  After that, there will be a

11   change in the printed agenda.  Dr. Glenda Fitzgerald, who is

12   the Supervisory Pharmacologist in the Division, will present

13   the results of the animal studies that the sponsor did in

14   response to further elucidate the issue of the

15   carcinogenicity.

16         So with that, Dr. McCormick?

17                    SAFETY AND EFFICACY REVIEW

18         DR. McCORMICK:  Good morning.

19         I will be discussing gabapentin NDA 20-235,

20   evaluation of safety and efficacy.  This is gabapentin,

21   molecular weight 171.24.  It is a compound that is soluble in

22   water in both basic and acidic solutions.  It was synthesized

23   originally as a gaba structural analog, and it was expected

24   that the compound would permeate the blood-brain barrier,

25   unlike gaba, and mimic the actions of gaba in the brain.  It

jt                                                                    18

1  was found, however, not to react with gaba receptors and not

2  to be converted to gaba or act as a gaba agonist.  It does

3  penetrate the blood-brain barrier, however, in humans, but it

4  does not seem to inhibit gaba uptake or degradation.

5         In vitro binding of gabapentin is not affected by

6  valproate, diazepam, epicexamide (?), phenytoin,

7  phenobarbital, or carbamazepine, suggesting that it has

8  another site of action.  However, the site of action is not

9  know.  It has also been shown to be active in a number of

10  animal models of epilepsy.

11         Human pharmacokinetic studies have shown that

12  gabapentin is not metabolized in man, is not protein bound,

13  is primarily eliminated in the urine.  Food effect studies

14  have shown no effective food and bioavailability, and in an

15  NF-12 study following single dose IV administration, the mean

16  pharmacokinetic parameters are as shown, with a half-life of

17  5.7 hours, clearance of 116 ml per minute, volume of

18  distribution 58.  It's 100 percent excreted in the urine, and

19  the bioavailability of a 300 mg tablet in solution is 59

20  percent.

21         Following multiple dosing, 400 mg t.i.d., and

22  actually 300 mg q8 hours is also shown.  The C max is 4 and

23  5.5 respectively.  T max is 2.7 and 2.1 respectively.  Half-

24  life, 5 to 6 hours; AUC, 24.8 and 33.3 respectively; and 64

25  percent excreted in the urine following the 400 mg t.i.d.

1 dose.

2       Dose proportionality studies have been performed in

3 an NF-12 study with multiple dosing of 100, 200, and 400 mg

4 t.i.d., and it is shown not to be dose proportional.

5       In studies of patients with varying degrees of

6 renal function, renal insufficiency defined by creatinine

7 clearance, it was found that gabapentin clearance correlated

8 linearly with creatinine clearance.  Similarly, gabapentin

9 clearance decreased with age, but as a function of creatinine

10 clearance.

11       Numerous studies have been conducted to evaluate

12 drug interaction with gabapentin.  Based on the results of

13 the available studies, there appears to be no evidence for

14 pharmacologic interaction between gabapentin and

15 phenobarbital, valproate, carbamazepine, and phenytoin.

16       Further, it has been shown that gabapentin does not

17 induce hepatic mix function oxidases that are responsible for

18 the metabolism of many antiepileptic drugs.  Interaction

19 studies with the oral contraceptive Norlestrin showed no

20 interaction.  A study with cimetidine demonstrated that

21 gabapentin excretion was reduced to a minor degree, and the

22 antacid Maalox reduced the bioavailability of gabapentin in

23 one study.

24       The gabapentin development program consisted of 35

25 pharmacokinetic studies and 43 clinical studies.  Of these,

mc

20

eight were placebo-controlled, consisting of some small pilot studies and three large clinical trials; 23 were uncontrolled studies in epilepsy; and 12 were in migraine and spasticity.

The placebo-controlled studies will be the focus of the efficacy review.  Of these eight studies, three are considered primary studies; two combined to form one, as Dr. Katz mentioned, are considered by the firm supportive of the claim for efficacy in the treatment of partial epilepsy.

The number of patients involved in all clinical trials, including Phase I studies, is 2,048.  There were additionally a few patients involved in trials in Huntington's chorea who received gabapentin for epilepsy, and patients who received gabapentin for epilepsy on a named-patient basis who are not included in the total number of 2,048.

There are also a total of 48 patients involved in clinical trials that are ongoing and still blinded, and, again, these patients are not included in the overall data base.

In clinical pharmacology studies, 448 patients were administered gabapentin and 14 received placebo.  In clinical studies, 1,607 patients received gabapentin and 1,460 in epilepsy trials.  There were 147 who received gabapentin in spasticity trials and migraine.

Three major clinical trials are presented as primary support of the claim for efficacy in the treatment of

mc

21

partial seizures.  All of the above trials are similar in
that they are performed in a population of patients with
refractory partial seizures, and gabapentin is tested against
placebo as an adjunct to one or more baseline antiepileptic
drugs.

In each trial, a baseline seizure counting period
of approximately three months is compared to a treatment
period of similar length.  Thus, the primary outcome measure
is the reduction of seizures from baseline in the treatment
group compared to the placebo.

The first of the three major efficacy trials was
the nine-center study performed in the United Kingdom, Study
877-210P.  The primary aim of this study was to determine the
efficacy of 1,200 mg per day of gabapentin compared to
placebo as adjunctive therapy in medically refractory
patients with partial epilepsy.

By protocol, it enrolled epileptics who were
greater than 12 years old and who were uncontrolled on
maximum tolerated doses of one or two antiepileptic drugs,
who were suffering from partial seizures, experiencing a
minimum of one seizure a week and stable on a dosage regimen
for three months.

They were excluded if:  they showed evidence of
progressive or structural CNS disease, such as tumor, and had
evidence of systemic illness; recent use of investigational

1    drugs, substance abuse, pregnancy or lactation, and possible

2    non-compliers.

3            The design of the study is shown on this slide.

4    Patients are randomized at the beginning of the trial to a

5    particular treatment upon selection.    Then they enter a

6    three-month baseline period of seizure counting.    This period

7    serves as the time for obtaining baseline seizure data.

8            Patients are then exposed to half the targeted dose

9    of gabapentin or placebo for two weeks before entering the

10    double-blind treatment phase.    During the entire post-

11    randomization period, which is approximately six months,

12    patients were to be maintained on their original baseline

13    drugs and, except in the case of toxic side effects, were not

14    to change doses.    If a patient required an increase in doses

15    of concomitant drug, he would be considered a dropout due to

16    lack of efficacy.

17            DR. GILMAN:    Dr. McCormick, sorry to interrupt you,

18    but could you go back two slides?    I just have a point of

19    confusion on a number of a study.    I think that must be a

20    typo.

21            DR. McCORMICK:    Yes, it is.

22            DR. GILMAN:    877-201 is, in fact, 210.

23            DR. McCORMICK:    That's right.    It's 210.

24            DR. GILMAN:    Thank you.

25            DR. McCORMICK:    The main outcome measure for this

mc

1    trial was to be responder rate, the reduction of partial

2    seizures by 50 percent from baseline.  Other measures, such

3    as seizure-free days and mean seizure-free intervals, were

4    planned to be tabulated but not analyzed.

5           Not planned, but actually performed, were the

6    response ratio and the percent change.  Just to reiterate,

7    response ratio is defined as the difference between the

8    number of seizures per 28 days during the treatment phase

9    minus the number of seizures per 28 days during baseline over

10   the sum of both.

11          A 50 percent reduction in seizures, as you can see

12   on this graph, which reflects the R ratios between minus 1

13   and plus 1, which is the entire range of R ratio, against

14   changes in seizure frequency, you can see that a 50 percent

15   improvement in seizure frequency corresponds to a response

16   ratio of negative 0.33.  No change corresponds to an R ratio

17   of 0.  Fifty percent worsening of seizures corresponds to an

18   R ratio of 0.2 and so on.

19          As Dr. Katz mentioned, while the R ratio is not as

20   clinically intuitive or meaningful as the responder rate is,

21   it has certain statistical advantages, such as the fact that

22   it's symmetrically distributed, making it more amenable to

23   certain statistical analyses.

24          The percent change, which was also performed, is a

25   mathematical derivation of the R ratio and is expressed here

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

mc

24

1  as 100 times the difference between treatment and baseline --

2  again, per 28 days -- over the baseline seizure frequency per

3  28 days.

4         A percent change then of negative 50 percent

5  corresponds to a 50 percent reduction of seizures, or an R

6  ratio of negative 0.33, while a positive 50 percent change

7  corresponds to a 50 percent increase in seizure frequency, an

8  R ratio of 0.2.

9         The two treatment groups were to be compared for

10  comparability with regard to age, weight, Broca index -- which

11  is a body mass index -- sex, and historical data such as

12  duration of disease, age at onset, concurrent illness,

13  concurrent diseases, and seizure frequency.

14         Nine centers, or 127 patients, were randomized in

15  this trial, 66 to placebo and 61 to gabapentin 1,200 mg.

16  They were no baseline period withdrawals that were not

17  replaced, and the study proceeded along according to design.

18         There were withdrawals for adverse events in both

19  the treatment and placebo groups, as seen in the diagram, and

20  the diagram reflects on either side the withdrawals at each

21  step by week from either group, placebo and gabapentin.

22         While all withdrawals were coded as adverse events,

23  indeed, two patients -- one on treatment and one on placebo

24  -- were noted to have withdrawn because of convulsions

25  reported as an adverse event.

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C. 20002
(202) 546-6666

mc

25

By the completion of the study, 61 patients remained
in the placebo group and 54 remained on gabapentin 1,200 mg.
There were some deviations from protocol reported in this
trial; for example, manipulation of concomitant drugs,
failure to maintain seizure diary, failure to take study drug
as prescribed in violation of entry criteria.

The variations from protocol which were considered
most important were those which involved the manipulation of
concomitant antiepileptic drugs during the treatment phase.
There were no instances in this study of the addition of a new
antiepileptic drug during the trial, and the use of prn
benzodiazepines during the double-blind phase or the treatment
phase was reported only once.

In addition, there was only one patient who was
randomized to placebo whose concomitant antiepileptic drug
was increased during the trial.  This patient was not
excluded from analysis, but was also not considered as a
responder.

In short, protocol violations which involved the
manipulation of antiepileptic drugs because of increased
seizures were infrequent and did not have an over-
representation in the treatment group.

In the same vein, the levels of concomitant
antiepileptic drugs were reviewed in the treatment and
placebo groups.  The antiepileptic blood levels obtained by

mc

26

1  patient was obtained an average for each period.  The mean

2  levels during baseline were compared to those in treatment

3  between groups.  There were no consistent trends on comparing

4  the treatment and placebo groups for change from baseline,

5  suggesting that there does not appear to be a pattern of drug

6  interaction even though the levels that were obtained were

7  obtained randomly throughout the trial, rather than at trough.

8        Seizure counts which formed the basis for the

9  primary outcome measure were maintained with relative

10  consistency.  In general, seizure diaries were maintained

11  regularly.

12        In two placebo patients and four gabapentin-treated

13  patients, a seizure diary of less than 28 days was recorded.

14  Two additional patients who were on gabapentin had recorded a

15  diary between 28 and 56 days.  All but two of these patients

16  were included in the firm's intent-to-treat analysis but were

17  considered inevaluable by the firm.

18        In addition to incomplete seizure records, in a

19  small number of patients there were also a few who had

20  estimated seizure counts.  Specifically, three patients --

21  those who were randomized to placebo -- experienced a flurry

22  of seizure activity which they designated as "many."  These

23  were arbitrarily assigned a number value of 10 partial

24  seizures for that time period designated as "many," despite

25  the patient's prior seizure pattern or ability to count more

mc

27

1  seizures.

2         As planned, a baseline comparison of the two

3  treatment groups was performed, and it was found that both

4  groups were comparable with regard to age, Broca index,

5  duration of partial epilepsy, number of concomitant

6  antiepileptic drugs, and baseline seizure frequency.

7         The primary measure of efficacy was the change in

8  frequency of partial seizures from baseline to treatment.

9  The sponsor performed the above analyses on two distinct

10  populations:  the randomized population and what was called

11  the evaluable patients population.  The first analysis only

12  will be presented since the results do not conflict with each

13  other, and the evaluable patient selection was not a

14  prospective designation.

15         An intent-to-treat analysis was done for responder

16  rate and R ratio.  This included all 127 patients in the

17  responder rate analysis.  There was one patient who had kept

18  no seizure diary at all and a second patient who had no

19  seizures during the study.  These patients did not have the

20  data with which to calculate an R ratio; therefore, the R

21  ratio was calculated only for the remaining 125 patients.

22         The responder rate was 23 percent, or 14 patients

23  out of 61 in the gabapentin 1,200 mg group, as compared to

24  9.1 percent, or 6 out of 66 in the placebo group in the

25  intent-to-treat analysis.  These results were statistically

1    significant, both by the firm's and the FDA's analysis.

2         Similarly, the mean response ratio was more negative

3    in the gabapentin 1,200 mg group than in the placebo group in

4    the intent-to-treat analysis.  The results were statistically

5    significant, again both by the firm's and the FDA's

6    statistical calculations.

7         In summary, while protocol violations were noted

8    that involved manipulation of concomitant drug in a few

9    patients and several patients had estimated seizure counts,

10   these flaws were sufficiently rare.  The overall outcome is

11   positive in favor of gabapentin 1,200 mg compared to placebo

12   in reducing seizures in this study of refractory epileptics

13   with partial epilepsy.

14        The next study is 945-6, which is a European study

15   and chronically the next placebo-controlled randomized trial

16   of gabapentin in the treatment of partial epilepsy.

17        The study was similar in design to 877-210P with

18   the notable exception that randomization in this study took

19   place after the 12-week baseline period.  Study 945-6 was

20   performed in Europe at a total of 24 centers.

21        The primary aim of the study was to determine the

22   efficacy of 900 mg per day of gabapentin compared to placebo

23   as adjunctive therapy in medically refractory patients.

24        This study enrolled epileptic patients 12 years of

25   age and older who were uncontrolled, again, on maximum

mc

1  tolerated doses of drugs, who had partial epilepsy, had a

2  minimum seizure frequency of one seizure per week, and had a

3  stable dosage for three months.  The exclusion criteria were

4  also the same as in the previous study.

5           Patients were randomized to a particular treatment

6  -- placebo, gabapentin 900 and a small number, to gabapentin

7  1,200 -- following a three-month baseline period during which

8  time the seizure counts would be obtained.  Just as in the

9  previous study, drug manipulation of antiepileptic drugs was

10 not permitted, and an increase in antiepileptic drugs would

11 be equivalent to withdrawal because of lack of efficacy.

12          The primary outcome measure for this trial was the

13 reduction of partial seizures at 900 mg per day which would

14 be analyzed by computing a response ratio, which we defined

15 earlier, and a responder rate.  The three treatments groups

16 -- placebo, gabapentin 900, and gabapentin 1,200 -- would be

17 compared with comparability with regard to age, weight, Broca

18 index, sex, and historical data, as in the previous study.

19          Twenty-four centers in Europe were involved in this

20 study.  There was a total of 272 patients randomized, 109 to

21 placebo, 111 to gabapentin 900, and 52 patients to gabapentin

22 1,200.  Twenty patients withdrew from the double-blind phase

23 for a variety of reasons; 14 experienced adverse events, 8 in

24 the gabapentin 900 mg group, 2 in the gabapentin 1,200 mg

25 group, and 4 in placebo.  Three patients withdrew because of

1   increased seizures, one in the gabapentin 900 group and two

2   in the placebo group.  And three withdrew for other reasons.

3   Leaving a total of 100 in the placebo group, 102 in the

4   gabapentin 900 group, and 50 in the gabapentin 1,200 group.

5          There was a general compliance with protocol;

6   however, there were some deviations from protocol reported in

7   this trial as well.  There were 93 protocol violations

8   reported which involved manipulation of concurrent

9   antiepileptic drugs.  Those that were considered most

10  significant involved the addition or increase of antiepileptic

11  dose during the double-blind phase and treatment of seizure

12  flurries with benzodiazepines during double-blind treatment.

13  The clinically most important violations are shown in the

14  next two slides and are actually less numerous than would

15  appear based on the total numbers.

16         This slide reflects the addition of antiepileptic

17  drugs in each of the treatment groups during baseline and

18  treatment.  As you can see, there were three individuals in

19  the gabapentin group who had an addition of drug during

20  baseline; in the placebo group during treatment 2; 5 in the

21  gabapentin 900 mg group; and none in the 1,200 mg group.

22         In the next slide, increase in doses of concomitant

23  antiepileptic drugs occurred six times in the placebo group

24  during treatment and three times in three patients in the

25  1,200 mg group during treatment and none in the 900 mg.

mc

As in the previous study, levels of concomitant antiepileptic drugs were reviewed. There did not appear to be any trends to suggest a pattern of drug interaction.

Seizure counts were considered for accuracy since they formed the basis for the primary outcome measure. As in the previous study, there were incomplete seizure diaries and estimated seizure counts. Estimated seizure counts occurred when patients developed flurries of seizure activity which could not be easily counted.

Patients were instructed to make their best effort to count all seizures but to label flurries with an F in their diaries. There were no arbitrary numerical designations for seizure flurries in this study.

Seizure flurries were recorded in 34 patients and were distributed with approximately equal frequency in all groups and periods.

As planned, a baseline comparison of the two treatment groups was performed, and they were found to be comparable with regard to age, sex, height, number of concomitant drugs, baseline seizure frequency. There was an imbalancing with respect to Broca index, the significance of which isn't known, and duration of epilepsy was longer in the gabapentin 1,200 mg group, 22 years, as compared to placebo at 19 years, and gabapentin 900 mg, 17 years.

The primary measures of efficacy were R ratio and

mc

1    responder rate.  These were defined earlier.

2         The firm also performed these analyses on two

3    discrete populations:  the randomized patients and the

4    evaluable patients.  Again, a retrospective designation based

5    on seizure diaries, seizure counts at baseline, size of

6    center, and continuity of treatment.

7         Patients were not excluded for addition or increase

8    in concomitant drugs in this group.  Because this was a

9    retrospective designation and the results of the intent-to-

10   treat analysis are in agreement with this analysis, only the

11   intent-to-treat analysis will be presented here.

12        The R ratio, or the response ratio in the randomized

13   patient analysis showed a clear trend in favor of gabapentin

14   900 mg, with a greater, more negative R ratio obtained in the

15   1,200 mg group.  Again, these results are statistically

16   significant, both in the firm's analysis and in the

17   independent FDA analysis.

18        Similarly, the responder ratio is a statistically

19   significant response in the intent-to-treat analysis.

20        A dose response relationship was observed with the

21   two doses of gabapentin.  Three dose groups -- placebo,

22   gabapentin 900 mg and 1,200 mg per day -- were compared using

23   the primary efficacy variable response ratio, utilizing a

24   John Keers (?) test, and a significant trend was found.

25        A separate analysis excluding those patients who

violated protocol by taking additional antiepileptic drugs
and increasing doses of concomitant drugs during the double-
blind treatment, as initially called for in the protocol, was
not performed by the firm, but was performed in house.  The
results are shown on this slide and, again, reflect a more
negative response ratio or a more positive response with
increasing dose.  The results shown are statistically
significant for a response ratio, and in the next slide
similarly for responder rate, with the percent responders in
placebo at 9.6, gabapentin 900 at 19.8, and gabapentin 1,200
at roughly 27 percent.

The firm also presented a retrospective analysis of
both populations with the exclusion of seizure flurry data.
However, in that analysis, the patient seizure data were
deleted, but the days were recorded so that it would appear
that there were no seizures on those days on which flurries
occurred.  The firm was asked to repeat that analysis so that
any day on which a flurry was recorded was deleted from the
analysis as well.  I don't have those results, but I presume
they will be presented by the firm.

The next and last study that we'll discuss is 945-
5, which is the first large U.S. study of gabapentin as
adjunctive medication in the treatment of refractory partial
epilepsy.  The study is similar in design to 945-6, although
patients were randomized to one of four treatment levels

mc

34

1  following a three-month baseline period; that is, placebo,

2  600 mg, 1,200 mg, and 1,800 mg.

3      The primary aim of this study was to determine the

4  efficacy of 1,200 mg of gabapentin compared to placebo as

5  adjunctive therapy in medically refractory patients.  This

6  study enrolled refractory patients with partial epilepsy over

7  16 years of age who met the standard criteria, which basically

8  are the same as in the previous two studies, similar but not

9  identical.  There are a few differences between 945-5 and -6,

10 the main one being the age of the patients admitted to the

11 study.

12     In addition, for the first time, seizure flurries

13 were defined with an arbitrary numerical convention assigned

14 for consistency.  This convention stated that if a patient

15 experienced a flurry of seizure activity that could not be

16 accurately counted, the duration of the flurry would be

17 counted, divided by five minutes, and the quotient assigned

18 as the seizure count.

19     Again, in this study, drug manipulation of

20 concomitant antiepileptic drugs was not permitted during the

21 trial except for toxicity.

22     The primary outcome measure for this trial was the

23 reduction of partial seizures at 1,200 mg.  This was to be

24 analyzed using a response ratio as defined earlier and a

25 responder rate.

mc

1    The frequency of seizures per 28 days would be

2 determined for the three months of baseline and the three

3 months of double-blind treatment, just as in the previous two

4 studies.

5    Fifteen centers in the U.S. were involved in this

6 study.  There was a total of 306 patients who underwent

7 randomization.  There were 98 randomized to placebo, 53 to

8 gabapentin 600; the main group, gabapentin 1,200, has 101

9 patients; and, finally, there were 54 randomized to gabapentin

10 1,800.  As before, you can see the flow of patients at each

11 stage during the study.

12    There was only one patient who was reported as

13 withdrawn due to lack of efficacy -- specifically seizure

14 exacerbation -- and this patient was in the 1,200 mg group.

15    There was general compliance with protocol;

16 however, there were patients who failed to comply fully with

17 the study drug dosing regimens and were considered non-

18 compliant by the firm; by definition, any patient who failed

19 to take the study drug for a consecutive period of more than

20 14 days.

21    Patients in all groups were reported compliant

22 except for two patients in the 600 mg per day group, five

23 patients in the 1,200 mg per day group, and one patient in

24 the 1,800 mg per day group, and two patients in placebo.

25 Those patients who missed study drug for more than 14 days

mc

1  were excluded from the firm's efficacy analysis.

2       With regard to concomitant drugs, there were 72

3  cases of concomitant drug adjustment during the trial, and

4  one report each of stopping or starting a drug during the

5  trial.

6       When drug manipulation was evaluated, it was found

7  that dose reduction was more common than increase, and that

8  increase in dose of concomitant drug occurred with equal

9  frequency in both placebo and treatment groups.

10       As before, information about antiepileptic blood

11  levels was also obtained and found that there were no

12  important trends to suggest drug interaction.

13       Again, seizure counts were considered for accuracy,

14  and as in the previous two studies, there were incomplete

15  seizure diaries and estimated seizure counts -- this time,

16  though, allowable by protocol.

17       In addition, one center, Center 12, was found to

18  have recorded less than half of the available seizure data

19  that was present on the patient diaries into the case report

20  forms.  This information was reported later by the monitoring

21  team.  Up to a year later, in fact.

22       Seizure estimates were allowed by the protocol

23  amendment, as I mentioned.  The results of this convention,

24  however, led to seizure counts such as 488 seizures per day,

25  which is basically an entire day of seizure flurry activity,

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

mc

37

1 lasting for four days in one patient.

2 The four treatment groups in this study were

3 comparable with respect to all comparison variables:  age,

4 sex, height and weight, duration of epilepsy, baseline

5 seizure frequency.

6 Again, the primary measures of efficacy in the

7 study were R ratio and responder rate, and we'll be looking

8 only at the intent-to-treat analysis as before, at least

9 primarily.

10 The firm, as in the previous two studies, did

11 perform an analysis both on the entire randomized population

12 and in what was called the evaluable patients category, and

13 performed separate analyses of both, including all seizure

14 data and excluding seizure data of patients -- including the

15 patients, but excluding their seizure data where flurries

16 were involved.

17 This is the intent-to-treat analysis which involves

18 all randomized patients, and it includes all seizure data.

19 The first is for the R ratio, or the response ratio.

20 This showed a trend in favor of gabapentin with

21 slightly more negative mean values in the first two treatment

22 groups, and suggesting a dose response relationship with a

23 much more positive and statistically significant response

24 ratio in the 1,800 mg group, as you can see here.  The first

25 two did not achieve statistical significance.

MILLER REPORTING CO., INC
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

mc                                                                    38

1       Similarly, the responder rates are greater in all

2  three treatment groups; less impressive in the 1,200 mg

3  group, which was the group of interest in this study.  But,

4  again, statistical significance is only achieved in the 1,800

5  mg per day group compared to placebo.

6       As in the previous study, a separate analysis

7  excluding patients who violated protocol by taking additional

8  antiepileptic drugs and increasing doses of concomitant drugs

9  during double-blind treatment, as initially called for in the

10  protocol, was not performed, but it was performed in house.

11  The results are reflected here.  The first is for responder

12  rate.  Again, with protocol violators deleted, and the

13  protocol violators were those individuals who either added

14  new drug or increased their concomitant drug.

15       There appears to be no statistical significance in

16  this group.  And with the response ratio, mean response

17  ratios, there is a trend toward more negative response ratios

18  with the higher doses, and a good healthy statistical

19  response in the 1,800 mg group.

20       Turning to safety, in evaluating the safety of

21  gabapentin in the gabapentin-exposed population, what was

22  looked at were the most clinically serious adverse events and

23  the most commonly collected and reported safety data.  The

24  data that were relied upon for the assessment of serious

25  adverse events were the summaries and case report forms of

1  deaths, dropouts due to adverse events, as well as tabular

2  summaries of adverse events determined to be serious by

3  investigators.  In addition, all case report forms that were

4  provided in reference to these were reviewed.

5          Finally, a random check through other case report

6  forms that were provided was made to screen for serious

7  events that might have been missed through other search

8  methods.  The population that was relied upon was the total

9  exposed population.

10         This safety review is current as of June 30, 1992,

11  in the drug's development, except for deaths and serious

12  adverse events, which have been updated to September 15,

13  1992.  And the dates that are pertinent to this submission are

14  shown on this slide.

T3  15         The data for review are derived from two data

16  bases:  the clinical pharmacology data base and the clinical

17  safety data base.

18         The clinical pharmacology data base consists of

19  information from 462 individuals:  355 healthy subjects, 52

20  epilepsy patients, and 55 patients with renal dysfunction

21  enrolled in Phase I pharmacokinetic studies.  As you'll

22  notice, these numbers don't add up.  The 448 indicates all

23  individuals who took gabapentin, including 14 patients who

24  also received placebo.  And 14 patients only receive placebo,

25  giving a total of 462 individuals who were involved in Phase

mc

1  I studies together.  And these also don't add up.

2      The clinical safety data base consists of safety

3  information from Phase II and III studies which include

4  controlled clinical trials in epilepsy, uncontrolled epilepsy

5  studies, and smaller trials for the evaluation of the drug in

6  migraine and spasticity, yielding a data base of 1,607

7  patients who received drug, 489 patients, all but 47 of these

8  patients eventually received drug.  So the 1,654 reflects

9  those 47 added to the 1,607 patients.

10     Of the 1,607 patients who received gabapentin in

11  Phase II and III trials, 1,460 had epilepsy, 102 had

12  spasticity, and 45 had migraine.  Seven of these patients had

13  been in Phase I trials and are not counted twice.

14     The total number of exposed patients to gabapentin

15  in Phase II and III studies, again, is 1,607.

16     A small number of patients, 33, to be exact, were

17  evaluated in epilepsy monotherapy trials.  Of these, only 15

18  were exposed to gabapentin and 18 to placebo.  Because of the

19  safety concerns raised about the preclinical toxicity of the

20  drug and imposition of a clinical hold on these trials, they

21  were not, apparently, brought to completion.

22     Of the 2,048 patients total in the data base who

23  participated in all gabapentin studies, 57 percent were male

24  and 43 percent were female; 66 percent were white, 3 percent

25  were black, 2 percent were Asian, and 29 percent were not

mc

41

1  stated.

2         The overall age distribution for the total exposed

3  population of 2,048, less 14 patients about whom age data

4  wasn't collected, is as follows:  71 percent were less than

5  40, 26 percent were between 40 and 64 years of age, and 3

6  percent were equal to or greater than 65 years of age.

7         The next slide is a summary of the sponsor's

8  tabulation of the total number of patients involved in

9  clinical studies by duration of exposure in weeks -- years, I

10  guess.  It can be seen that 50 percent of patients, or 1,015,

11  have been treated with gabapentin for over six months; 631,

12  or 31 percent, for over a year; 72 percent, or 342, for more

13  than two years; 98 patients, or 5 percent, have been treated

14  for more than four years in open-label studies; and 11

15  patients, or 1 percent, have been treated for the past five

16  years, including four patients who have been treated for

17  seven years.

18         For all of the 2,048 patients exposed, the mean

19  duration of exposure is approximately 36 weeks.

20         Could you put the overhead on?  Thank you.

21         I'm not sure you're going to be able to see this.

22  I'll tell you what's on it.

23         This is the sponsor's table which reflects

24  distribution of subjects in -- I'll just tell you what's on

25  it.  I don't think that that can be seen.

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

mc

1    The distribution of subjects in the clinical safety

2  data base, doesn't include the pharmacokinetic studies, by

3  dose and duration of exposure.   Nearly all 1,607 patients who

4  were treated with gabapentin in clinical studies received

5  between 900 and 1,800 mg of gabapentin.   Expressed in patient

6  weeks of exposure, roughly 31,000 patient weeks were attained

7  at the 1,200 mg dose, roughly 22,000 patient weeks at the

8  1,800 mg dose, and roughly 34,000 patient weeks at the 2,400

9  mg dose.

10    Turning to deaths, a total of 25 deaths were

11  reported out of an estimated total exposed population of

12  20,096.   This number reflects the actual number of exposed

13  patients at the time of the cutoff for the submission of data

14  on deaths, which was September 15, 1992.   Reflecting patients

15  who were still in clinical trials -- and it is an estimate

16  since some of these trials that are ongoing are still blinded

17  -- as well as individuals who are not included in the

18  original data base, such as those in Huntington's trials and

19  unnamed-patient treatment.

20    Of the 25 deaths reported in the gabapentin-exposed

21  population, seven of these occurred following discontinuation

22  of treatment.   Of the 25, there were 13 deaths associated

23  with complications of seizures, epilepsy and seizures out of

24  control; three were cardiac deaths, one homicidal death, and

25  one death due to an apparently spontaneous cerebral

mc

1  hemorrhage.

2          In addition, there were six from or related to

3  complications of cancer.  One suicide occurred long after

4  discontinuation of treatment.

5          The overall death rate is approximately one percent

6  of all exposures.

7          The occurrence of sudden unexplained death in

8  epilepsy was examined.  There were only two patients who were

9  reported to have died on gabapentin unexpectedly and without

10  a reasonable explanation or evidence for cause of death at

11  autopsy.

12          Three additional patients had death attributed to

13  seizure when none was observed, or the patient was not

14  observed.

15          If these numbers are included among the unexplained

16  death, then there are five patients who could reasonably be

17  called unexplained.  Of these, four occurred while still on

18  treatment with gabapentin.  If these four considered the

19  overall rate of sudden unexplained death, for the exposed

20  patients in the combined studies would amount to four per

21  1,971 patient years, or approximately two per 1,000 patient

22  years.

23          Other deaths associated with seizures were

24  infrequent and not unexpected from the population studied.

25  These included deaths due to drowning aspiration during