mc

44

1  seizure activity, death resulting from a traumatic

2  subarachnoid hemorrhage occurring during a fall in an ataxic

3  patient whose seizures weren't controlled, and one reported

4  death associated with complications of status epilepticus.

5           There were six deaths associated with cancer in the

6  population treated with gabapentin.  Four of these were

7  treatment emergent; a fifth represented a stable lesion for

8  five years that showed growth during the first 113 days on

9  drug.  The sixth death was reported in a patient who had the

10  recurrence of a brain tumor that had been resected six years

11  earlier and who was stable on entry into placebo-controlled

12  trial.

13           Four patients with tumors died after medication had

14  been discontinued.  The remainder died on treatment.  The

15  average time from onset of treatment to diagnosis of the

16  patients who died of tumors was 489 days, with a range of 85

17  to 1,589 days.

18           Tumors represented a range of tissue types from

19  lymphoma to astrocytoma, to lung, tissue type unknown.

20  Therefore, no particular tissue type seemed to emerge as

21  prominent.

22           There were three cardiac-associated deaths.  One

23  patient died as a complication of coronary artery bypass

24  surgery; a second had a history of active cardiovascular

25  disease with a recent infarction; and the third death was

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

mc

1 associated with severe coronary artery disease which was

2 found at autopsy.  That patient was 37 years of age.

3   The finding of severe coronary artery disease has

4 not been reported with other postmortem examinations of

5 patients who have been on gabapentin.  However, only ten

6 postmortem exams have been performed.

7   There was an additional male patient reported as

8 dying at the age of 30 of another cause who had evidence of

9 mild atherosclerosis at postmortem.

10   Discontinuations are classified according to

11 whether they occurred because of an adverse event, lack of

12 efficacy, or other.  This other category is poorly

13 characterized, but includes such reasons as unknown, personal

14 reasons, administrative reasons, non-compliance, patient

15 preference, no improvement, lost to follow-up, surgery,

16 protocol violation, therapy ended, study site closed, and

17 aggravation of disease.

18   This slide provides the percentage of patients

19 dropping out by reasons for all pooled studies.  The overall

20 dropout rate by gabapentin-treated patients and subjects from

21 gabapentin studies including deaths -- and I'm including only

22 the 18 deaths that occurred on treatment -- is 48 percent.

23   The rate for withdrawal during placebo-controlled

24 trials is also shown, so that the dropout rate due to drug in

25 the first months of treatment can be compared to placebo.

1    And as you can see, the dropout rates are fairly comparable

2    in these two groups.

3         More representative of the long-term attrition

4    rates are the pool of clinical trials including the

5    uncontrolled extended treatment studies in epilepsy, which

6    are seen in this slide.  If all clinical epilepsy studies with

7    gabapentin are considered, then the overall dropout rate is

8    65 percent.  This can be broken down further into 35 percent

9    withdrawal due to lack of efficacy, 9 percent from adverse

10   events, and the withdrawal rate due to others is high at 20

11   percent.

12        Seventeen deaths are recorded here since one of

13   those deaths occurred in a patient who was not in an epilepsy

14   trial.

15        One cannot assume with a dropout rate of 65 percent

16   from all clinical studies that 35 percent of all patients and

17   participants are still on treatment since these numbers don't

18   reflect patients who completed one study but didn't go on to

19   extended treatment protocols.  In fact, the number of

20   participants still on study drug is 289, or 14 percent, and I

21   presume that also includes patients who are currently

22   involved in active trials.

23        The most common reasons for discontinuation from

24   treatment with gabapentin, or the most common reason was

25   neurological, and that is convulsions, followed by somnolence

1  and death.  This summary slide here reflects the adverse

2  events associated with withdrawal in order of frequency.  In

3  some cases, more than one adverse event was given as the

4  reason for withdrawal, so there is some overlap.

5          A total of 504 individuals withdrew from clinical

6  trials because of convulsions that were coded as either

7  adverse events, which included 37; lack of efficacy, 451; or

8  other, which included two patients who recorded aggravation

9  of disease as the reason for dropping out; and 14 who

10 recorded no improvement as the reason for dropping out.

11 These were reclassified at our request as withdrawals due to

12 lack of efficacy in an effort to determine the magnitude of

13 withdrawal relating to the underlying disease process.

14         The withdrawals due to seizures that were originally

15 coded as adverse events or other, aggravation of disease, are

16 included in this section because it's assumed by the

17 investigator coding these as adverse events that the patient

18 was perceived as having more than just a failure of treatment.

19         Prior to reclassifying the convulsions as lack of

20 efficacy, then, convulsions were the most common reason given

21 for withdrawal due to an adverse event, with an incidence of

22 39 -- and, again, this includes the two patients who recorded

23 aggravation of disease under the other category -- of all

24 dropouts, 1.9 percent.

25         The most common adverse events responsible for

1    withdrawal excluding convulsions and death were somnolence,

2    ataxia, fatigue, and dizziness, which are also among the most

3    commonly reported adverse events in general.

4            In terms of withdrawal due to lack of efficacy, all

5    patients enrolled in gabapentin epilepsy studies were, by

6    design, refractory to standard antiepileptic drugs.  Lack of

7    efficacy was not defined specifically, but was the reason

8    given by patients who withdrew from clinical trials,

9    presumably because of inadequate seizure control.

10           Those patients alluded to earlier were included in

11   the final counts in this category, and the final number

12   included the 37 patients who had been coded as adverse event,

13   two other patients who had aggravation of disease, the 14

14   patients who showed no improvement with the 488 patients who

15   withdrew because of lack of efficacy.

16           The dropout rate then for all gabapentin clinical

17   epilepsy studies due to inadequate response or deterioration

18   as of June 30, 1992, was 504 per 1,460 patients, or 35

19   percent.

20           We'll turn now to the adverse events which were

21   listed routinely during clinical trials.  This slide reflects

22   the most common adverse events reported during controlled

23   clinical trials.  The table lists those adverse events which

24   occurred at a frequency of five percent or greater in the

25   gabapentin treatment group and with twice the frequency of

1  the placebo group.  These were the adverse events which were

2  most commonly associated with withdrawal from clinical trials.

3          While the incidence of reporting adverse events is

4  only 20 percent in the most commonly reported category -- that

5  is, somnolence -- the drug is emerging as one which appears to

6  be associated with some sedating side effects.

7          As an aside, while the case report forms gave no

8  indication of unblinding during the conduct of the controlled

9  trials, there does appear to be some evidence of a distinct

10  pattern of toxicity which might lead patients and

11  investigators to have suspected the presence of study drug.

12          Clinical laboratory data were obtained in pre- and

13  post-dose visits in a majority of the gabapentin trials.  Of

14  those exposed to gabapentin, abnormal laboratory reports

15  comprised only 6.8 percent of all reports.  Patients in

16  placebo-controlled epilepsy trials were reviewed, primarily

17  in order to explore the contrast with laboratory changes in

18  the treatment and control groups.

19          In addition, all case reports of patients who

20  withdrew because of abnormal laboratory values and summaries

21  of patients who reported abnormal laboratory values as severe

22  adverse events were reviewed.  The first area was clinical

23  chemistry.  Patients with changes from baseline in clinical

24  chemistry variables of possible clinical significance were

25  compared in placebo- and the gabapentin-treated groups.

mc

50

1    There appeared to be no significant consistent differences in

2    the frequency of specific laboratory abnormalities between

3    the two groups.

4        Abnormalities and liver function studies were

5    relatively rare, as expected for this drug.  Abnormalities in

6    renal function were also infrequent; however, while reports

7    of elevated creatinine were infrequent in the treatment

8    groups, occurring with an incidence of ten percent -- that is,

9    10 reports -- there were no reports among placebo patients.

10        There were two patients who withdrew from studies

11    due to abnormal renal function.  There was an additional

12    patient who was reported to have developed acute onset of

13    renal failure following a single dose of gabapentin

14    administered as part of a pharmacokinetic study.  This was a

15    patient with stable, but impaired, renal function.  Additional

16    cases of elevated BUN and creatinine have been found but not

17    associated with withdrawal from studies.

18        Abnormal liver function studies were never given as

19    a reason for withdrawing.  Abnormal protein and albumin was

20    reported in one patient as one of numerous reasons for

21    withdrawing, but this patient was suffering from multi-system

22    disease and had numerous other abnormalities.  This was

23    thought to have been an autoimmune disease and actually

24    predated gabapentin therapy.

25        There appeared to be no significant consistent

1    differences in the frequencies of specific hematology lab

2    abnormalities between the two groups.  A total of eight

3    patients discontinued gabapentin treatment due to

4    abnormalities in hematology labs.  Four patients withdrew

5    because of low white counts.  Each patient manifested a

6    reduction from baseline, recovery on discontinuation of

7    treatment, and had concomitant treatment with carbamazepine.

8         The frequency of reports of low white count in the

9    placebo group was approximately the same as that in the

10   treatment group; it is not known if the depression in white

11   count was more significant or prolonged in the latter,

12   however.  However, there were no withdrawals due to low white

13   counts among placebo patients.

14        Platelet abnormalities were seen with about equal

15   frequency in placebo and treatment groups; however, two

16   patients withdrew because of elevated platelets.  Another

17   patient had a platelet abnormality which was identified after

18   withdrawal with no baseline during treatment.

19        Just a note that patients who reported withdrawal

20   because of low white counts did not have significantly

21   depressed white counts in any case.  I believe the lowest was

22   2.1.  The two cases of thrombocytosis remain unexplained.

23        There didn't appear to be any significant

24   differences between the two groups in terms of urinalyses,

25   except for a higher frequency of reports of low specific

mc

52

gravity in the treatment patients compared to the controls.

The clinical significance of that isn't known.

In addition, there was one discontinuation of a

patient from treatment because of an abnormal urinalysis,

basically proteinuria, which was seen in the setting of

weight gain, resolved on discontinuation of drug -- I'm

sorry. The outcome isn't known. And there were no other

patients who had complaints of weight gain reported among

abnormal urinalyses.

In summary, the changes seen in clinical laboratory

evaluations during gabapentin adjunctive therapy were

infrequent, small in magnitude, and generally not clinically

significant. In most, but not all cases, return to normal

was seen on withdrawal of the drug. The less frequent

reports of elevated BUN and creatinine reached clinical

significance in one patient who received a single dose and

developed acute renal failure. Since the patient had a

history of stable renal disease, the possibility of drug

effect can't be ruled out.

Changes in vital signs were also looked at in a

manner similar to the way in which the laboratory

abnormalities were examined. The only notable difference

between placebo and gabapentin was the report of weight gain

reported in the latter. Weight gain was also a reason for

withdrawal from clinical trials in nine patients.

1          Turning to reproductive data, little human

2    reproductive data is available for this drug.  There have

3    been eight pregnancies reported during clinical trials in

4    epilepsy with gabapentin, and the policy in general with

5    pregnancy reported while on treatment was to terminate the

6    drug as soon as possible after the diagnosis of pregnancy was

7    made.

8          Four pregnancies were allowed to continue to

9    delivery.  In one instance, the infant was born prematurely

10   and suffered complications of severe prematurity, including

11   respiratory distress syndrome, asphyxia, acidosis, and patent

12   ductus (?).  The child was also reported to have had an

13   inguinal hernia and pyloric stenosis, which have been

14   repaired.  Three children were carried to term and are

15   reportedly normal.

16         Four of the pregnancies were ended by elective

17   abortion of the fetus, and examination of the fetal tissues

18   and placenta was performed in only one case, and there were no

19   abnormalities in that case.

20         There were no pregnancies reported among the non-

21   epilepsy studies.

22         There have been a total of five reports of overdose

23   from gabapentin.  All were non-fatal, and in each case the

24   patient recovered uneventfully.  Four of the overdoses

25   involved patients in clinical trials with gabapentin and in

mc

54

1  all cases involved the ingestion of additional drugs.  The

2  fifth case involved the child of a study subject who ingested

3  30 grams of the drug, but no other drug.  There were no

4  serious sequelae in any of the above cases, and the symptoms

5  included drowsiness, diplopia, slurred speech in the cases of

6  multiple overdose, and dizziness and diarrhea in the case of

7  the isolated gabapentin overdose.  There were no serious

8  sequelae reported in the four cases, and because blood levels

9  were not available and the exact doses of concomitant drug is

10  not recorded or determined from the cases of overdose, one

11  can't determine the extent of absorption of gabapentin and

12  whether the symptoms experience were attributable in part to

13  the other drugs involved in the overdoses.

14       Adverse events were recorded as serious if they

15  were thought to be immediately life-threatening, permanently

16  disabling, or requiring hospitalization:  cancer, overdose,

17  congenital anomaly, or other events deemed of medical concern

18  by the Parke-Davis medical monitor.  All cases of status

19  epilepticus resulting in hospitalization were considered

20  serious.  Treatment-emergent adverse events requiring

21  pharmacologic intervention, either acutely or chronically,

22  were not routinely considered as serious adverse events.

23       A total of 78 adverse events in all trials, 2048

24  patients exposed, were considered serious.  This amounts to

25  an incidence of about four percent of all exposures to

mc

1  gabapentin.

2       Of interest, serious adverse events did not always

3  result in withdrawal from treatment.  Serious adverse events

4  occurred most often in the nervous system and were generally

5  convulsions; specifically, status epilepticus -- or only

6  status epilepticus required hospitalization.  Other serious

7  adverse events in order of frequency included brain neoplasm

8  in seven; not shown here, depression in seven; drug overdose

9  in six; intracranial hemorrhage in four; pneumonia in three;

10 suicide attempt in two; CVA in two; heart failure in two;

11 breast cancer in two; and subdural hematoma in two.  Seizures

12 were reported as a serious adverse event, again, only in

13 cases of status that required hospitalization.

14      A total of 118 patients total reported seizures as

15 just an adverse event.  These were just patients who reported

16 a general adverse event, not a serious adverse event.  Of

17 these, 37 patients withdrew from studies because of seizures

18 reported initially as an adverse event.  Actually, that

19 number, as we discussed earlier, was actually 39.

20      It's recognized that some or all of these patients

21 may have actually withdrawn from therapy because their

22 seizures were worse.  These case reports were reviewed in

23 detail, and it was found that the majority of patients, 35

24 out of 37, or actually 37 out of 39, withdrew due to seizure

25 exacerbations or status rated as moderate to severe.

mc

1    There were 22 out of 37, or 60 percent, whose

2  exacerbation was thought to be possibly, probably, or

3  definitely attributable to drug by investigators.  The mean

4  duration on drug before withdrawal due to seizures was 166

5  days.  In addition, there were 12 patients who died because

6  of complications of seizures, 31 patients who reported

7  status, and 25 who reported hospitalization due to status.

8  And there was some overlap among these categories, as

9  hopefully you'll see on the next slide.

10    This is a Venn diagram showing the overlap between

11  those people who had withdrawal due to seizures -- and, again,

12  that number is actually 39 -- and 31 patients who had status

13  epilepticus.  Those two overlap by the number nine; nine

14  patients who withdrew because of seizures also reported

15  status epilepticus.

16    Of those patients who had status epilepticus, 25

17  reported it as an adverse event, meaning that they were

18  hospitalized for it.  Of these, seven withdrew from studies

19  because of the status.

T4    20    In examining the subset of patients who developed

21  status epilepticus during epilepsy studies, prior history of

22  status was obtained.  Of the 31 patients who reported status,

23  13 had never experienced it before, and one had never

24  experienced status while on treatment with an antiepileptic

25  drug.

mc                                                                57

1        Many of these patients were not considered to have

2    had serious a serious adverse event, as you can see from this

3    Venn diagram, because they were not hospitalized.  A spot

4    check of case report forms revealed other patients who

5    experienced prolonged seizure flurries, one patient who did

6    not stop for eight days who was not in any category.  The

7    apparent underreporting was probably more likely an artifact

8    of the criteria set forth in defining adverse events.

9        Another way of looking at seizures as adverse

10   events was to look at the possibility of exacerbation of

11   seizures on treatment.  It appears in reviewing the case

12   report forms and the percent changes of the patients involved

13   in the placebo-controlled trials that there was a small

14   subset of the study population which appeared to become worse

15   on drug as compared to baseline, and that the numerical

16   degree of worsening was greater than in the placebo group.

17       A statistical analysis was performed on the mean

18   percent change of patients who were more than 50 percent

19   worse on treatment as compared to double-blind, and the

20   apparent trend did not reach statistical significance.

21       A total of 16 tumors were reported in association

22   with gabapentin therapy.  There are listed by tumor type on

23   this slide.  There was a total of 11 brain tumors.  Of these,

24   six were recurrent or expanding tumors that had been dormant

25   prior to entering studies, and three were emergent during

mc

1    treatment.   Two were newly diagnosed tumors arising after

2    discontinuing a prolonged course of gabapentin, nine to ten

3    months, and one was a recurrence of a tumor that was dormant

4    and arose shortly after discontinuing three weeks of

5    gabapentin therapy.

6           Other tumor types included two cases of treatment-

7    emergent breast cancer following treatment with 1,200 to 2,400

8    mg for 146 to 440 days; two cases of lung cancer, one in the

9    case of a chronic smoker.   One patient had prolonged exposure

10   to a high dose of gabapentin, 2,400 mg for 1,437 days; the

11   other had low dose and brief exposure.

12          In summary, there appears to be no particular

13   pattern of dose and duration of exposure and any particular

14   tissue type of tumor, with the exception of the brain.

15   There's a relatively higher incidence of astrocytoma, either

16   treatment-emergent or recurrent and expanding, but these have

17   not been formally analyzed against expected incidence rates.

18          In the total exposed population of the NDA, 78, or

19   5.3 percent of patients, reported depression as an adverse

20   event.   This included one subject in a Phase I study.   There

21   were seven reports of depression as serious adverse events

22   and nine patients who withdrew from studies because of

23   depression, some with suicidal ideation.

24          There may be some underrepresentation of certain

25   categories; for example, in some cases, depression was

1  reported as a serious adverse event, particularly if it is

2  resulted in hospitalization or was associated with suicidal

3  ideation.  However, numerous examples were found on a spot

4  check among case report forms where patients developed

5  treatment-emergent depression, pharmacologic intervention was

6  required, and a report of a serious adverse event was not

7  made.  Indeed, it wasn't required.

8      The actual incidence of treatment-emergent

9  depression in which pharmacologic intervention was begun and

10 maintained throughout the course of the study is not known.

11 The firm has provided the FDA with a breakdown of patients

12 who reported depression as an adverse event, and it's found

13 that 78 percent of patients who reported depression as an

14 adverse -- of 78 patients who reported depression as an

15 adverse event, 19 had no prior history and 22 patients

16 required treatment for their symptoms.  And there is some

17 overlap between those two.

18     In summary, as of the cutoff date of September 30,

19 1992, data from clinical trials involving 2,048 subjects

20 indicate that gabapentin has a safety profile that is

21 generally good, but about which there remain some concerns.

22 The maximum dose in placebo-controlled efficacy trials was

23 1,800 mg per day.  However, the firm has some experience in

24 open extension use with doses up to 3,600 mg in patients who

25 did not derive benefit from lower doses.

mc

1       No delayed adverse events were definitively

2  identified in long-term studies.  Maximum duration of

3  exposure is approximately seven years in a few patients, but

4  the majority of exposure of relatively shorter duration, six

5  months to a year.

6       The few overdoses reported with gabapentin showed

7  no significant toxicity with high doses.  Sedative side

8  effects of gabapentin are prominent.  The most frequently

9  reported adverse experience was convulsions, followed by

10 somnolence, dizziness, ataxia, fatigue, Stagna (?) tremor,

11 and diplopia.

12      The greatest advantage of this drug could be the

13 apparent lack of clinically significant pharmacokinetic

14 interactions with concomitant antiepileptic drugs.  Gabapentin

15 appears to lack significant hepatic and bone marrow toxicity.

16 Less common but potentially more serious events may limit the

17 drug's usefulness.  One of these is that seizures may become

18 significantly worse or may lead to status in a small subset

19 of the treated population.  A second is the issue of

20 malignancies reported with only limited extended use of the

21 drug, coupled with the preclinical evidence that the drug may

22 be carcinogenic.

23      Are there any questions?

24      DR. FAHN:  We can have questions later after Dr.

25 Fitzgerald talks.  We have a request, maybe before Dr.

1    Fitzgerald presents her material, that we take our break now

2    and have a stretch.

3            [Recess.]

4            DR. FAHN:  I'd like to call the meeting back to

5    order, please.

6            The FDA presentation will continue with Dr.

7    Fitzgerald.

XX    8            DR. FITZGERALD:  Good morning.  I shall attempt in

9    a few minutes to review the signal of pancreatic

10   carcinogenicity which was observed in male rats receiving

11   gabapentin in the diet in a carcinogenicity bioassay.

12           An advisory committee meeting at which this issue

13   was discussed in detail was held in October of 1991, as Dr.

14   Katz previously alluded to.  At that meeting, there were not

15   only the standing committee of clinical experts, but also, in

16   addition, several experts in the fields of preclinical

17   development of antiepileptic drugs, veterinary pathology,

18   pancreatic carcinogenicity, and pharmacokinetics.

19           I believe that at least two of the members of our

20   standing committee who are here today were also present at

21   that meeting, but the rest of the members here today were not

22   there, and they would not be familiar with the data.  I

23   shall, therefore, briefly summarize the findings for you,

24   followed by a sense of what the conclusions of the committee

25   were, together with their general recommendations at that

1   time.

2          Finally, I shall present the data which have

3   subsequently been submitted by the sponsor in answer to those

4   recommendations.

5          The first overhead, please.  Can people see through

6   the projector?  Is that obscured or can the committee see the

7   slides?  Okay.

8          The first overhead summarizes the findings of

9   acinar cell carcinoma in male rat pancreas which were cause

10  for alarm to us inasmuch as this is a relatively rare tumor

11  type.  It should also be noted here that this table represents

12  the final of many reviews of the slides from that study.

13         Because of the potential seriousness of this signal

14  and also because of differences in diagnostic criteria used

15  by different pathologists, the sponsor and the sponsor's

16  consultants both conducted a series of reviews of the slides

17  before this final slide was created, using a blinded review

18  by the pathologists at the National Toxicology Program.

19         This slide tells us that gabapentin administration

20  in a dose of 2,000 mg/kg per day was associated with a

21  statistically significant increase in the incidence of acinar

22  cell carcinomas.  Eight of 50 in that dose group were

23  affected.  There were 50 total rats in the high-dose group,

24  and eight of them had carcinomas, as compared with none in

25  the controls.  And there was also an increase in adenoma or

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

1  carcinoma inasmuch as 18 of 50 rats at the high dose compared

2  with seven of 50 in the controls were affected.  Now, the

3  seven tumors in the controls would have been only adenomas.

4          It should also be noted here that adenomas alone

5  were increased significant at the 0.05 level, 16 of 50

6  animals at the high dose, and that there was an increase at

7  mid and high dose of animals having multiple rather than

8  single adenomas.  And those numbers are in parentheses under

9  the column that says "Acinar Cell Adenoma."  In control,

10  there are six single and one multiple adenoma.  Low dose had

11  six single and no multiples.  Middle dose had six single and

12  four multiples.  And high dose had six single and nine

13  multiples.  That is, there were nine rats with multiple

14  adenomas at high dose and seven rats with single adenomas at

15  high dose.

16          Our areas of concern at the time we received this

17  data are summarized in the next slide.

18          There was a statistically significant increase in a

19  rare tumor type, and plasma levels which were attained in the

20  rats were near human plasma levels, leaving a very narrow

21  margin of safety as far as we could determine.  Since

22  gabapentin is less than one percent protein bound and it

23  undergoes little or no biotransformation, having similar

24  short half-lives in all species, these factors could,

25  therefore, not be taken into consideration as sources of

mc

1  inter-species variation which could then be taken into

2  account for considering or determining a safety margin.

3       As you can see in the next slide, No. 3, it appears

4  as though there may be a reasonable safety margin if only

5  dose is considered; i.e., at the top dose of 2,000, there was

6  a 67-fold margin of safety.  But if you look at plasma level

7  data, the safety margins are only three-, six- and ten-fold

8  for low, middle, and high dose groups relative to human

9  plasma levels which were obtained in studies in which humans

10  received approximately 1,500 mg per day of gabapentin.

11       In this slide, plasma levels rather than AUCs or

12  exposures, are summarized, but the AUC data are essentially

13  the same.  I do have information on that if anybody needs it.

14       The next slide, No. 4, summarizes those factors

15  which were considered to mitigate against concern when we

16  were assessing the data.  For example, there was no effect of

17  these tumors on rat survival, there was a late tumor onset in

18  the rats, and the tumors were non-metastatic.

19       Gabapentin is also non-genotoxic, indicating that

20  it probably is not an initiator of carcinogenicity, but

21  leaving unresolved whether or not it may be a promoter.

22       The next slide summarizes issues that were and

23  actually still remain unresolved.  It was demonstrated that

24  gabapentin -- it had been demonstrated earlier in studies,

25  actually, that gabapentin accumulated in the pancreas of both

mc                                                                65

1  male and female rats, and also in mice, but the tumors

2  occurred only in the male rats.  We thought for a while that

3  the accumulation of the drug in the pancreas could account

4  for the occurrence of tumors.

5       The relevance, also, of the finding in only one sex

6  and in one species is unknown, and the weight of evidence for

7  carcinogenicity is usually diminished in that case.

8       When these data were presented to our Carcino-

9  genicity Assessment Committee at the FDA, they questioned

10  whether or not the mouse carcinogenicity study had been

11  conducted with adequate doses to detect a potential response

12  and suggested that higher doses might possibly be associated

13  with carcinogenic response in that species.  That is just

14  left as an open question.

15       The next slide summarizes the sense of the advisory

16  committee members at the meeting which was held approximately

17  a year ago.  Basically, they thought that the findings

18  represented a signal, though the strength of that signal

19  could not be determined, but that there was a signal that

20  gabapentin may be a potential human carcinogen, since it is a

21  mammalian carcinogen.

22       I should note here also that these tumors occurred

23  in rats in acinar cells, and human pancreatic carcinomas are

24  primarily ductal in origin.

25       A second point was that it was the sense of the

mc

66

1  committee that it would be difficult to figure out whether or

2  not the risk would be greater than that posed by available,

3  on-the-market antiepileptic drugs.  For example, there have

4  been effects demonstrated in animal studies for liver tumors

5  associated with carbamazepine, lymphomas in leukemias with

6  phenytoin, liver tumors, of course, with phenobarbital, and

7  fibrosarcomas with valproic acid.

8       The recommendations, finally, on Point 3 were to

9  conduct additional mechanistic studies in an attempt to

10  better characterize the potential risk, hoping that if a

11  mechanism could be determined, it could be established

12  whether or not this mechanism would be relevant to humans.

13       The next slide, the types of investigations which

14  were suggested are summarized in this slide.  Examination of

15  increases in proliferative stimuli associated with gabapentin

16  administration were requested because it has been observed

17  that non-genotoxic chemicals which were associated with

18  carcinogenic responses may act through an effect on increased

19  cell proliferation and turnover.  It was also suggested that

20  the possibility that gabapentin may be acting through an

21  increased secretion of cholecystokinin, CCK, the gut hormone

22  which stimulates secretion of pancreatic enzymes, should be

23  examined.

24       Because of its trophic effects -- in other words,

25  the ability to stimulate DNA synthesis and acinar cell

1  division in the pancreas -- CCK has been implicated in

2  pancreatic carcinogenicity.  There is also some evidence in

3  rodent species that diets which are high in soy protein

4  produce increased levels of CCK, which are in turn associated

5  with increased pancreatic growth and an enhancement of the

6  carcinogenic activity of known pancreatic acinar cell

7  carcinogens, such as azoserin.

8       The relevance of dietary factors which increase CCK

9  levels to the incidence of human pancreatic carcinoma is not

10  known.  However, there has been speculation that because of

11  its trophic effect on the pancreas, CCK may play a role in

12  the development of pancreatic tumors.

13       Finally, it was considered extremely important to

14  the committee that tumor multiplicity be examined.  Tumor

15  multiplicity is alluded briefly to perhaps in the first

16  slide.  Tumor multiplicity refers to the numbers of tumors

17  per affected animal, and not to the numbers of animals with

18  tumors.

19       If the animals in dose groups were shown to have

20  increased numbers of tumors per animal, as compared to the

21  control animals, that would add weight to the strength of the

22  signal and to the significance of the carcinogenic finding in

23  rats.

24       If, also, the number of hyperplastic foci are

25  increased, some additional evidence for a compound-related

mc

1  effect is added, even though hyperplastic foci per se are not

2  included in the primary evaluation.

3      I shall now briefly review the results of the

4  studies which the sponsor has conducted and submitted to us

5  in order to address these issues.

6      The studies which address the question of increased

7  proliferative stimuli are preliminary in nature and do not at

8  this time provide definitive answers for a mechanism which

9  would explain the increased numbers of adenomas and carcinomas

10  observed in male rats.

11      In the interest of time, I'm not going to discuss

12  methodology in depth for any of these studies.  In the first

13  of these experiments, the question of increased cell turnover

14  had been examined.  In that assay, 55-day-old male wistar

15  rats, the same strain as have been used in the carcinogenicity

16  study, received gabapentin in the diet at levels of 0, 1,000,

17  or 2,000 mg/kg per day.  These were the same doses as had

18  been used in the carcinogenicity study.

19      After receiving drug or standard diet for one, two,

20  three, or four weeks, eight rats per group were sacrificed.

21  Prior to sacrifice, they were treated with the thymidine

22  analog, bromodioxyurindine, for four days in order to label

23  cells during the DNA synthesis, or S phase.  Labeled and non-

24  labeled acinar and duct cells were counted, and labeling

25  indices were determined.

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

mc                                                                      69

In the next slide, No. 8, it shows that there was
no effect of gabapentin on the acinar cell labeling indices.
These indices were highest during week one and decreased
through week four.  I'm not exactly certain of the
significance of this, but there are other reports in the
literature which indicate that acinar cell labeling does
decrease week to week in rats in this age group.

It was difficult to determine what the effects of
gabapentin were on duct cell labeling because of extremely
low numbers of cells labeled, and counted also, so that the
value of that part of the experiment would be considered
negligible.

The next slide, still from this experiment, shows
that total exocrine cell density or the total number of
acinar plus duct cells per unit area of pancreas did not
change with treatment.  There also was no effect on pancreatic
weights, and this is not a surprising result inasmuch as
there had been no effect on pancreatic weights associated
with gabapentin administration in the two-year carcinogenicity
study either.

Thus, as far as we can see from this rather
preliminary experiment, there does not appear to be any
effect of gabapentin on acinar cell turnover.  In other
words, no mitogenic effect is demonstrated.  However, it is
not known whether or not treatment for longer than four weeks

1  would provide us with the same results.  This may be relevant

2  because early occurrence of tumors was not reported in the

3  carcinogenicity study, and treatment for four weeks may be

4  inadequate to see any response.

5       Also, as I understand it, the methods used in this

6  study may not have been totally validated, and they do differ

7  somewhat from those used by other investigators.

8       Turning now to CCK, there were two experiments

9  which were designed to look at the effects of gabapentin on

10  CCK secretion.  These studies, again, are preliminary in

11  nature because of problems with methodology which is still

12  being developed.

13       One of the two studies in which the effect of

14  gabapentin on CCK plasma levels was measured may be considered

15  of little or no value because of the insensitivity of the

16  assay in which there was an interaction with gastrin as well

17  as with CCK in the plasma.

18       The other experiment, which is considered to be an

19  exploratory study, examined the effects of gabapentin on both

20  serum and pancreas levels of CCK.  As with the other study,

21  methodology is still being validated, and there were also no

22  positive controls in this study, so it is not possible to

23  determine if the method actually worked.

24       In this study, groups of ten male wistar rats

25  received 0, 1,000, or 2,000 mg/kg of gabapentin for 11 days;

mc

71

1  again, the same doses as used in the carcinogenicity study.

2  These animals were fasted for 24 hours on day 12.  Five per

3  group were sacrificed at the end of that fast period, and the

4  other five per group were allowed access to the drug/diet

5  mixture again for four additional hours before sacrificed.

6  This was done because it's been reported in the literature

7  that one observes significant increases from baseline serum

8  CCK levels in fasted animals after a period of refeeding, and

9  these increases are associated with increased DNA synthesis.

10          A role for CCK in this stimulation is also suggested

11 because the response can be inhibited by a CCK receptor

12 antagonist.

13          In the next slide, on the left-hand column, it can

14 be seen that the control and middle dose groups did have an

15 increase in both -- the left-hand and actually all columns

16 across, left-hand, right -- the control and middle dose groups

17 did have an increase in both the pancreatic and serum CCK

18 levels after refeeding.  On the left, the control group went

19 from fasted -- the pancreatic level went from fasted at around

20 300 units per gram to over 900 in the fed animals.  Then when

21 normalized to total pancreas, the numbers don't change that

22 much.  Then in the serum, the fasted controls had around 60,

23 and the fed controls had around 140 units per ml.  So they

24 did respond in a way that has been reported in the literature.

25 This also occurs in the low-dose group -- or the middle-dose

mc

1    group, actually, as compared to the carcinogenicity study.

2    The 1,000 mg/kg group also responded with numbers almost

3    identical to the control group.

4        But the thing that's difficult to understand are

5    the results that were reported for the high-dose group.  In

6    that group, both pancreatic and serum levels of CCK were

7    increased relative to the control levels in the fasted state,

8    and then they decreased in the re-fed state.  In other words,

9    they did not increase in the re-fed state as one would expect

10   from results which are seen with other compounds that have

11   this type of effect.

12       Because these results are somewhat anomalous when

13   we view them in the context of other data obtained from

14   similar fasting and refeeding experiments, it seems prudent

15   to determine whether or not the data can be replicated before

16   we attempt to interpret what the results mean.

17       In the interim, I would have to conclude that we

18   really have no solid information about the effects of

19   gabapentin on CCK secretion in rats.

20       Now to the next slide to return to the types of

21   data which the last advisory committee recommended as being

22   useful for interpretation of the strength of the carcinogenic

23   signal and of the relevance to humans.  I've so far discussed

24   the results of assays conducted to assess proliferative

25   responses to gabapentin.  We have just seen that the

mc

1  investigations into the potential stimulation of CCK secretion

2  are preliminary, that the assays need to be validated and the

3  results need to be replicated.  We, therefore, cannot at this

4  time state either that this is or is not a potential mechanism

5  which would account for the response in male rats.

6          The single study, which examined cell turnover,

7  appears to indicate that there is no increase in cell

8  turnover, but the study also was preliminary in nature and

9  should be replicated.

10          The only remaining piece of the puzzle is the

11  second point on this slide:  tumor multiplicity.  As I said

12  earlier, tumor multiplicity refers to the numbers of tumors

13  per affected animal.  If these numbers increase with dose

14  compared to control animals, additional weight is given to

15  the strength of the carcinogenic signal.

16          At the time of the last advisory committee meeting,

17  it was not possible to evaluate this parameter because some

18  data were missing.  At that time, animals were identified as

19  either having adenomas simply as adenoma.  Whether they were

20  single adenomas or multiple adenomas per pancreas was not

21  know.  The same was true for hyperplasia.  It was not known

22  if they were single or multiple.

23          We now have those data which I'll show you now.  In

24  the next slide, this slide correlates pancreatic tumor

25  incidence, the solid line, with tumor multiplicity, the

mc

74

dotted line. As can be seen from this graph, the curves for
numbers of animals bearing tumors and the numbers of tumors
per tumor-bearing animal are pretty much superimposable, with
increases in both parameters in animals receiving 1,000 or
2,000 mg/kg per day of gabapentin.

The next slide summarizes the tumor multiplicity
story with numbers. It is clear from this slide that there
are not only increasing numbers of rats with tumors as doses
increased, seven control rats had tumors, seven low dose, 11
middle dose, and 18 high dose, but also increasing numbers of
tumors per tumor-bearing rat. Numbers of rats with multiple
tumors were one control, three low dose, five middle dose,
and ten high dose. And the maximum number of tumors in any
rat, the one rat with multiple tumors in the control dose had
three adenomas; the maximum number that the three had in the
low dose were two adenomas; and then in the middle and high
doses, several of the rats had up to six tumors.

There is an indication that the finding of acinar
cell carcinoma in one sex and one species, therefore, needs
to be considered a bit more seriously as being a real
compound-related effect in the rat, as discussed by our
consultants at the last meeting. However -- and this is a
major point -- we still have no information about mechanism
and absolutely no information about the relevance to humans of
this carcinogenic response in the rodent.

1           Finally, one last bit of information I would like

2    to bring up today for your information that really is

3    unrelated to carcinogenicity.  The last slide, please.

4           This slide summarizes a finding which was reported

5    in the two-year carcinogenicity study in rats, but which did

6    not occur with one year of dosing.  There was a marked

7    increase among dosed animals without very much of a dose

8    response in the degeneration of seminiferous (?) tubules.

9    While this is a pathology that we see often in old rats,

10   there does appear here to be a compound-related exacerbation

11   of that effect.  It also is relatively unusual for us to

12   receive reports of non-neoplastic pathologies such as this

13   occurring after two years which we did not see after one year

14   of drug exposure.  Because this is to be a chronic-use drug,

15   we thought that the committee should be aware of the finding.

16           That is all I have.

17           DR. FAHN:  Thank you, Dr. Fitzgerald.

18               COMMITTEE DISCUSSION/RECOMMENDATIONS

19           DR. FAHN:  I was informed during the break that the

20   company has elected not to make a separate presentation at

21   this time.  If that's still correct, then we will proceed

22   with our questions and answers and deliberations.

23           First I would like to ask if anyone on the committee

24   would like to ask any specific questions to either of the two

25   presenters or to the company.

mc

1          Dr. Katz?

2          DR. KATZ:  I don't have a question at this time,

3     but just a couple of points of clarification or additional

4     information that the committee might find interesting.

5          Dr. McCormick had mentioned that several analyses

6     of some of the controlled trials were done with the flurry

7     data included and excluded.  Specifically with regard to the

8     analyses of the subset of patients with the flurries excluded,

9     originally she said the sponsor had replaced the flurry

10    information with a 0 and so the patient was recorded as

11    having 0 seizures.

12         We asked them to reanalyze it in a different way in

13    which days where patient had only flurries were just excluded,

14    so that it wasn't replaced by a 0 but just that specific day

15    was excluded.  They have done that, and I'm not sure whether

16    or not we've actually formally seen the submission on that.

17    Perhaps we have.  But, in any event, they allege that those

18    analyses are the same, yield the same results as the original

19    flurries-excluded analysis.  We thought that was a more

20    appropriate analysis.  I thought the committee might want to

21    know that.

22         The other couple points are with regard to the

23    carcinogenicity issue.  In reading over the transcript of the

24    previous advisory committee, the advisors in addition had

25    some clinical comments vis-a-vis the signal in animals.  One

mc

1    was that they felt -- remember, we brought the issue initially

2    because we had placed clinical trials on hold, and we largely

3    brought the issue to the committee to decide whether or not

4    trials could be restarted.  As I said earlier, they did, but

5    with one exception.  They felt that monotherapy studies in

6    naive patients who had not been tried on other anticonvulsants

7    should not proceed until this additional mechanism data was

8    submitted and reviewed.  So that was one thing.

9         The other thing is that they felt that there should

10    be some superiority of the drug noted or established, and

11    they explicitly said that superiority with regard to efficacy

12    was not required.  We talked in some detail about doing a

13    trial where the patients would be randomized to a standard

14    drug or this drug and have to show superiority.  They

15    rejected that.  But they felt that some superiority ought to

16    be demonstrated given the signal, at least given the

17    information we had at that time, and the superiority could

18    have been something along the lines of, you know, easier to

19    manage or pharmacokinetic advantages, something like that.

20    So it was left open as to what superiority might mean, with

21    the exception that they explicitly rejected that it's shown

22    to be superior in efficacy.

23         That is just some background.

24         DR. FAHN:  Dr. Gilman?

25         DR. GILMAN:  I would like to ask the FDA analysts

mc

1   about seizure flurry.  I appreciate the difficulty in data

2   analysis as the data were analyzed by the firm, and it's

3   probably appropriate to look at a separate analysis whereby

4   one looks at seizure flurry data alone or perhaps counts each

5   seizure flurry as a separate event.  But I'd like to ask

6   whether you have recommendations about how those sorts of

7   events should be counted.  What would be the optimum method

8   of evaluating those events?

9           DR. KATZ:  That's a question we've had ourselves.

10  In some trials, it seems to be a problem; in some trials, it

11  doesn't seem to be a problem at all.  I don't know.  I mean,

12  various people have suggested, as the sponsor here did in one

13  study, just timing a period of seizures and dividing by five

14  and, you know, using that number as the number of seizures

15  during that period.  But I'd been interested, actually, to

16  hear what the committee has to say.  We don't have a good

17  answer for that.

18          DR. GILMAN:  Can we ask the company what did they

19  do with the U.K. and the European studies?  I understand the

20  flurry counts were only for the last study, the U.S. study.

21  How was this approached with the other studies?

22          By the way, when you come up to the microphone,

23  please introduce yourself.

24          DR. PIERCE:  Mark Pierce from the clinical group.

25          Obviously the issue of flurries is a difficult one,

1    and it has been handled in various ways, and it's been

2    handled in various ways in the gabapentin program.

3            One way to handle it is simply to ignore it,

4    frankly; to tell the investigators, to the best of their

5    knowledge, to record the number of seizures with integers on

6    the case report form.  That's one way to handle it.

7            Indeed, flurries weren't an entity that was

8    recognized in 210P.  It just didn't come up.

9            In subsequent studies, in Study 6, because the case

10   report form said record the number of seizures on the case

11   report form, identify flurries with an F, the nearest we can

12   tell that's what was done with that study.  Indeed, for that

13   reason, because there was not in the main a calculated value

14   but an actual value, flurries were included.

15           In Study 5, there was a convention.  The convention

16   was admittedly arbitrary, and it resulted, as we've heard, in

17   seizure counts that seemed to be somewhat inconsistent with

18   many of the counted counts.  And so it was considered the

19   best analysis if one would exclude that.

20           But I think it is a problem.  Obviously it's been

21   approached in various ways, even within our own program.

22           DR. GILMAN:  How many of the patients actually in

23   the last study, for example, had flurries that were recorded?

24           DR. PIERCE:  In this study?

25           DR. GILMAN:  Let's say the U.S. study.

mc

1       DR. PIERCE:  In -5?

2       DR. GILMAN:  Yes.

3       DR. PIERCE:  Actually, approximately 85 percent of

4   the patients did not have flurries at any point in the study.

5   And I think the point to be emphasized, as it has been

6   emphasized, is essentially -- although it's sort of a

7   methodologic problem, when you exclude flurries or include

8   flurries, you don't substantially affect the results from the

9   three trials.

10      DR. GILMAN:  Surely at least you should count a

11  flurry as at least one seizure event.

12      DR. PIERCE:  Right, and that's what was done.

13      DR. DELGADO-ESCUETA:  I'm not so sure that I agree

14  with this.  You know, the presence of flurries of seizures is

15  not an uncommon manifestation of the drug-resistant or the

16  intractable patient population.  And it depends on where the

17  site is.

18          Now, in patients that have complex partial seizures,

19  flurries can be a devastating event, and these are the

20  patients that are prone to have impaired recent memory when

21  they have repeating clusters of psychomotor seizures or

22  complex partial seizures.  So I think you have to count them

23  each time and then categorize them as a flurry, because when

24  we see this certainly -- this is one of the factors we

25  consider when we consider patients as a surgical candidate

1  because of the impairment of recent memory these patients

2  eventually develop.  So I think it's an important -- you have

3  to count them, I think, as an episode, and then you have to

4  count the number of seizures.  This is what I would do.  This

5  is what we do when we evaluate the patients presurgically.

6        Now, it's certainly not as important a case if it

7  were in the parietal lobe, but this also is a problem with

8  the frontal lobe, because then you see patients having not

9  quite normal cognitive functions when they have flurries or

10  frontal lobe complex partial seizures.  So it depends on what

11  kind of cognitive costs you're willing to give up for these

12  flurries of seizures, you see.  So I think you should count

13  it.

14        DR. FAHN:  Dr. Gilman?

15        DR. GILMAN:  What Dr. Escueta says makes a lot of

16  sense to me.  So you would have two separate counts:  one

17  would be the number of seizures; the second would be a

18  separate count of the number of flurries --

19        DR. DELGADO-ESCUETA:  Absolutely, yes.

20        DR. GILMAN:  -- with which you could evaluate

21  placebo and drug.

22        But then should you make a separate count of the

23  duration of the flurry?  Is that important information?

24        DR. DELGADO-ESCUETA:  Yes.  And I think that if

25  you, for instance, developed a drug that was particularly

1  good against patients who have this characteristic that they

2  cluster their seizures, I think that's an important point in

3  favor of the drug.

4          DR. FAHN:  Are there other questions?

5          Yes, Dr. Whitehouse?

6          DR. WHITEHOUSE:  I'd like to explore a bit the

7  issue of patients getting worse on this drug.  In the summary

8  of the safety data on page 108, there are two points made

9  about this concern.  One is the status epilepticus that

10 occurred in 13 or 14, depending on how you look at their

11 status patients that hadn't had status before, or at least

12 hadn't had status while on an antiepileptic.  Then there's

13 also this analysis that we heard briefly discussed concerning

14 the patients that actually got worse on the drug.

15         I wonder if the company has any information about

16 the pattern or status or if they've done any analysis on

17 those episodes or on patients that seemed to do poorly on the

18 drug to see if there's any factors they've identified that

19 might put a patient at risk for those phenomena.

20         DR. PIERCE:  No, not in terms of looking at

21 prognostic factors or factors that might allow you to select

22 that, no, we haven't done that analysis, any of those

23 analyses.

24         DR. DELGADO-ESCUETA:  I wonder, just as a follow-up

25 on that, whether our FDA reviewers, Dr. McCormick, they

1  reviewed the charts.  One of the problems I had was in trying

2  to figure out why would a given agent make a particular form

3  of seizure worse and make it go into convulsive seizures,

4  convulsive status.

5       If you look at the drug profile on the animal

6  models -- there's a table; I'm not sure what page it is -- you

7  will note that gabapentin, just like phenytoin and

8  carbamazepine, made the seizures of the spontaneous absence

9  worse.  And I just wonder how accurate the diagnoses were of

10  the patients that were being enrolled.  That's why I was

11  wondering whether they could address that point, and maybe

12  also the sponsors could address that point, the issue being:

13  Were those patients that went into convulsive status, could

14  they possibly really have been primary epilepsies that were

15  incorrectly entered?  What kind of basis for the diagnosis of

16  tonic-clonic seizures of a secondary nature was required?

17  Because many of the study patients were European studies, and

18  I'm just wondering what were the criteria, whether they had

19  MRIs and -- or if that is not the possible explanation for

20  convulsive status being a drug making primary epilepsies

21  worse, what other explanations could you suggest to us?

22       DR. PIERCE:  No, there were no -- actually, the

23  criteria for partial epilepsy was really a diagnosis by the

24  investigator.  There were no specific anatomical or EEG

25  criteria that would allow you to make that other than the

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

mc                                                                          84

1   investigator saying that the patient had partial epilepsy.

2   One of the things that --

3           DR. DELGADO-ESCUETA:  You mean the investigator

4   made a clinical diagnosis of partial seizure without regard to

5   EEG or MRI or neurologic --

6           DR. PIERCE:  Well, these could be taken into

7   account, but they weren't required in the protocol.

8           DR. DELGADO-ESCUETA:  I see.

9           DR. PIERCE:  Certainly there was an exclusion of

10  primary generalized epilepsy, but there were no protocol-

11  required tests to make that.

12          DR. DELGADO-ESCUETA:  Some partial seizures are

13  primary or genetically determined.  I'm sure all of you

14  realize that.  And some, of course, are symptomatic or

15  related to lesions.  And so it's possible that those that were

16  primary were made worse, but a drug -- I mean, I don't know.

17  I'm just asking for possible explanations.

18          DR. PIERCE:  I think it is useful to point out that

19  in the placebo-controlled data set, the instances of status

20  epilepticus recorded as adverse events did not -- the

21  proportion of that between placebo patients and drug-treated

22  patients was not different.

23          In terms of the overall seizure frequency increase,

24  if you look at the proportion of people who had a greater

25  than 50 percent increase, that proportion is greater on

mc

1  placebo than it is for any of the drug-treated groups.

2      If you look at the individual patients, if you then

3  look at the magnitude of the increase, indeed, in the three

4  studies, you find two of each, so six all together; two

5  patients who get worse more than any placebo patient.  And so

6  the medians are slightly increased.

7      But, of course, you also have to understand that

8  the size of the drug-treated group is greater than the size

9  of the placebo-treated group; therefore, you would expect to

10  have more extreme values in both directions on drug than on

11  placebo.

12      DR. DELGADO-ESCUETA:  Does the FDA analysis agree

13  with this, that the convulsive status epilepticus is similar

14  in the placebo and in the drug group?

15      DR. McCORMICK:  You're asking if the --

16      DR. DELGADO-ESCUETA:  The sponsor states that the

17  incidence of convulsive status in the drug-exposed and in the

18  placebo group are more or less the same.

19      DR. McCORMICK:  We have not specifically looked at

20  that.  That is something that we do need to look at.

21      DR. LEBER:  Cynthia, before you say that, this is a

22  clarifying point.  Were the status episodes in controlled

23  trials, or were they just in all experience if they were --

24      DR. McCORMICK:  They were in all experience.

25      DR. LEBER:  So if they were in all experience,

1    there probably is no fair comparison, because in the long run

2    anything can happen.  You have to look at the comparable

3    intervals of exposure of placebo not only by study but in

4    time.  I mean, this is like the death issue once again.  You

5    have a serious event that occurs in the population, a large

6    fraction of which has been exposed for over a year, and a

7    sizable proportion over six months.  Those things are not in

8    controlled trials.  How do you tell what they're due to?

9           The only thing you can do, I suppose, is look for

10   some unique pattern or feature of it that distinguishes it

11   from what you would expect spontaneously.  Lacking that, I

12   don't know what you do, and I'd be interested if anyone has a

13   suggestion.

14          DR. PIERCE:  I know that it hasn't been popular for

15   the sponsor to show slide, but I think we may break precedent

16   here and actually break down and show some data.  May I have

17   Slide 41?

18          This slide is for all combined placebo-controlled

19   studies.  This is a combined data set, and it divides the

20   patients into four segments:  those who either have a

21   decrease in seizure frequency, in the yellow and the green,

22   or have an increase in seizure frequency, in the blue and the

23   red.  And if you look at the group that has a greater than 50

24   percent increase in seizure frequency, you can see that the

25   proportion of patients who have this worsening of this

1    magnitude is greatest on placebo than it is in any other

2    drug-treated groups.

3            That's the point that I made verbally before.

4            DR. KATZ:  Right.  Most of the seizure-worsening

5    data we have is from open, uncontrolled, extended treatment.

6    There is no knowledge of what the appropriate control group

7    would have.

8            DR. LEBER:  Not only that, I think there's another

9    point you have to recognize.  Even if a drug made some

10   proportion of the population worse, that wouldn't preclude

11   it, if it overall had a good effect, from being marketed.

12   You simply warn about that kind of thing.  And you would

13   expect that clinical observation would allow you to stop

14   treatment with that drug when those bad events happen.  So I

15   think we've accepted the risk that when we look at means

16   rather than the distribution of the whole population in terms

17   of effect sizes, that we would accept even worsening, as long

18   as the overall effect was beneficial and not due to something

19   other than the drug effect.

20           DR. DELGADO-ESCUETA:  Since you're showing slides,

21   did you break --

22           [Laughter.]

23           DR. PIERCE:  I'm in trouble.

24           DR. DELGADO-ESCUETA:  Did you break down the

25   seizure type that got increase in frequencies?  Because I saw

1  in your chart that you submitted to FDA, you broke down the

2  seizure types in relationship to the drug effects of who got

3  better and how many percent, et cetera.  How about the ones

4  that got worse?

5          DR. PIERCE:  The data that we were showing here is

6  all partial seizures.  I believe we have actually a breakdown

7  on the specific types of seizures, and it's very small.  And

8  we're talking about a handful of people who --

9          DR. DELGADO-ESCUETA:  Well, I was curious because

10  you broke them down into simple partial, and then you had

11  complex partial, and you had secondary tonic-clonic.

12          DR. PIERCE:  No, we don't have that breakdown in

13  terms of the subset of people who got worse.  I can show you

14  the breakdown in terms of all patients, in terms of the

15  magnitude of the seizure frequency and decrease by seizure

16  type, if you're interested in seeing that.  Yes?

17          DR. DELGADO-ESCUETA:  Yes.

18          DR. PIERCE:  Okay.  Slide 49.

19          This is, again, the placebo-controlled data set,

20  and this shows the improvement.  And, again, this is the R

21  ratio.  Improvement is toward the left.  This is for simple

22  partial seizures, complex partial seizures, and partial

23  seizures secondarily generalized.  One can see that the

24  confidence intervals do not encompass zero.  This would be

25  the no-effect point for either secondarily generalized

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666