mc                                                                          89

 1   partial seizures or complex partial seizures.

 2            This we think is strong evidence that the drug is

 3   effective in secondarily generalized partial seizures.

 4            DR. FAHN:  Yes, Dr. Tempkin?

 5            DR. TEMPKIN:  While you're up there, I don't know

 6   if it's proper for you or for the FDA folks, there was some

 7   indication in talking about Study 5 that the placebo people

 8   got two pills, and then the gabapentin people either got one,

 9   two, or three.  Was that accurate?  Or how was the blinding

10   done on Study 5?

11            DR. PIERCE:  I missed that point.  The studies

12   really were blinded.  The number of capsules were the same

13   for the placebo as well as the drug patients.  I don't know

14   where that came from.

15            DR. TEMPKIN:  It was a statement on page 57 of Dr.

16   McCormick's review that I was getting that from, and I just

17   wanted to clarify if, indeed, they were blinded or if there

18   was a way for people to tell.

19            DR. PIERCE:  It was blinded.

20            DR. WHITEHOUSE:  A follow-up on that.  It was

21   raised as a possibility because of the somnolence and

22   depressant effects of this drug that unblinding might

23   actually have occurred.  Did you do any post-hoc questioning

24   of either the subjects or the physicians as to whether they

25   had maintained their blind?

1    DR. PIERCE:  There was no question of either the

2   patients or the physicians, there was no question at the end

3   of the study that asked people to guess there assignment, no.

4        DR. DELGADO-ESCUETA:  Dr. Pierce, I'm still on the

5   spontaneous absence model in rats.  Do you have any data on

6   humans with spontaneous absence or primary absence or primary

7   generalized seizures?  Does the sponsor have a trial on this,

8   or could you tell us or is it possible for you to give us a

9   view of what you may be doing or you may want to do in the

10  future?

11       DR. PIERCE:  Well, we really have no data that

12  speak to either of those points.

13       DR. FAHN:  Dr. Gilman?

14       DR. GILMAN:  Can I ask, while you're up there, Dr.

15  Pierce, whether you are conducting a trial with gabapentin as

16  monotherapy?

17       DR. PIERCE:  I'm sorry?

18       DR. GILMAN:  Are you conducting a trial with

19  respect to gabapentin as a single agent with monotherapy?

20       DR. PIERCE:  Yes.  We've initiated two such trials.

21       DR. FAHN:  I'd also like to ask about the Lennox-

22  Gastaut syndrome.  I saw in one of the reports that you had

23  initiated a study in that syndrome.  I saw no further

24  information about it.  Was it dropped or --

25       DR. PIERCE:  The study is ongoing.

mc                                                                        91

1           I might also clarify that we have performed a study

2   in absence, but, again, the data has not been analyzed and we

3   haven't submitted that.

4           We also did conduct a study that was actually the

5   reason -- there's 210P.  There's also a 210G for primary

6   generalized tonic-clonic seizures, and, again, we do not have

7   that data analyzed at this point.

8           DR. FAHN:  Dr. Penn?

9           DR. PENN:  Can I ask you about the safety data

10  regarding the brain tumors that occurred in the patients?

11  I'm wondering whether they came from studies in which there

12  weren't MRI scans for screening, whether those were the

13  European studies primarily, or whether we have cases where

14  there was a normal MRI and then the tumor evolved during the

15  treatment period.  There are six that we can say were

16  existing beforehand.

17          DR. PIERCE:  Right.

18          DR. PENN:  So that eliminates a large group.  But

19  there were three emergent and two post.

20          DR. PIERCE:  Yes, there were there emergent.

21  However, in two of those there were abnormalities on MRI

22  scans or CT scans that antedated drug, the gabapentin

23  treatment.  So it's conceivable that there were simply, you

24  know, small abnormalities on MRI that weren't -- the diagnosis

25  had not been made, but the abnormality was on the MRI before

1    the patient was enrolled in the trial.

2             DR. PENN:  So we have relatively few patients or

3    none where we had a normal MRI that went on to have a brain

4    tumor?

5             DR. PIERCE:  That's correct.

6             I think it's important to emphasize that patients

7    with brain tumors were not excluded from the protocols.

8             DR. FAHN:  Dr. Gilman?

9             DR. GILMAN:  Any new information available on the

10   mechanism of action of this agent?

11            DR. TAYLOR:  I'm Charles Taylor.  I'm a preclinical

12   pharmacologist at Parke-Davis.

13            The bottom-line answer to that question is we do

14   not know the cellular mechanism of gabapentin's action.

15   However, we have conducted a large number of pharmacological

16   studies, and those studies indicate to us that there are

17   important differences between gabapentin and known

18   anticonvulsants, such as phenytoin, carbamazepine, valproate

19   and so on.

20            We have also identified a high affinity binding

21   site, a peptide in rat brain tissue that radio-labeled

22   gabapentin binds to, and anticonvulsant activity of gabapentin

23   and several structural analogs appears to correlate with.

24   However, the function of that peptide is not known, and it's

25   under study at this time.

1      DR. SHOULSON:  Could I just follow-up on that?

2  There's a statement in the sponsor's prepared handout that

3  you think the mechanism of action of gabapentin is unique

4  among the anticonvulsants because you don't know the mechanism

5  of action.

6          [Laughter.]

7          DR. SHOULSON:  Would you care to comment or defend

8  that?

9          DR. TAYLOR:  Sure.  I'd be happy to follow that up.

10         The reason that that statement is made is in

11  comparison to the anticonvulsants that are now on the market

12  and that are commonly used, and also a couple of anti-

13  convulsants that are under development.  Just briefly, I'll

14  go through the list.

15         Phenytoin and carbamazepine are widely thought to

16  act by action at voltage-dependent sodium channels.  That

17  does not appear to be an action of gabapentin.

18         Valproate, its action is not -- there's no real

19  consensus on its action, but there are significant differences

20  in the profile of anticonvulsant activity in seizure models

21  in animals between gabapentin and valproate.  For example,

22  gabapentin is not active in the spontaneous absence model in

23  rats.

24         Benzodiazepines, there are a large number of other

25  kinds of drugs -- glutamate antagonists.  Gabapentin does not

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

mc

1  appear to act through any of those types of mechanisms.  It

2  doesn't inhibit gaba transaminase.  And we have done, you

3  know, reasonably exhaustive studies on binding assays that

4  are commonly studied.  The only thing that we've been able to

5  come up with as a common thread of gabapentin mechanism is

6  this high affinity site that's being studied.

7              DR. FAHN:  Dr. Leber?

8              DR. LEBER:  Since we are having some chance to talk

9  about mechanism, have you looked for this high-affinity sites

10 external to the brain?

11             DR. TAYLOR:  Yes, we have and it has been looked at

12 in several peripheral tissues, including pancreas, spleen,

13 lung and so on.

14             DR. LEBER:  What I am interested in is kidney.

15             DR. TAYLOR:  Kidney I believe has been looked at.

16 Let me just check.  Yes, kidney has been looked at.  In fact,

17 it's the lowest density of binding of any the tissues that

18 were studied.

19             DR. WHITEHOUSE:  Anything on astrocytes?

20             DR. TAYLOR:  There was a study done in which the

21 striatum of rats was lesioned with a specific neurotoxin,

22 quinolinic acid experimentally.  This was done by the

23 experimenter to reduce number of neurons, without reducing

24 number of astrocytes, and following that manipulation, the

25 density of gabapentin sites was greatly reduced.  That

1    suggests to us that the site is on neurons and not glea.

2              DR. LEBER:  One follow-up.  The methodology here is

3    in vitro binding assays with brainbre and other tissue, or is

4    it ex vivo?

5              DR. TAYLOR:  Actually, it's all ex vivo.  The

6    binding studies have primarily been done with membrane

7    fractions from brain tissue, but have also been done with

8    autoradiographic techniques, using brain sections, frozen

9    brain sections.

10             DR. LEBER:  What about in the other organs, in

11   particular, again, kidney?

12             DR. TAYLOR:  The other organs were all done with

13   crude membrane fractions.

14             DR. LEBER:  So you're not recovering a systemically

15   administered drug in --

16             DR. TAYLOR:  That's correct, yes.

17             DR. FAHN:  Any other questions?

18             Yes, Dr. Gilman?

19             DR. GILMAN:  I have one for Dr. McCormick, actually.

20   To summarize, you believe that the cases in which other agents

21   were added or manipulated or new agents were given do not

22   interfere with the conclusion that there is a beneficial

23   effect over placebo?

24             DR. McCORMICK:  That's correct.

25             DR. FAHN:  I would like to talk about the

jt

1  mathematical calculations and statistics of the T minus B

2  divided by B plus T.  When I saw one of the curves that Dr.

3  McCormick put up, it looks like you could have a great number

4  of seizures and, of course, the greatest number will still

5  only come to one, when you do this calculation on this

6  response ratio.

7          That means that if you were to average -- if several

8  patients had a great many or, let us say, an increase in

9  seizures as part of their difficulty on the trial, and if you

10  just counted seizures normally, then you would find that the

11  mean then of the entire group would show that it is much

12  closer towards no effect or even possibly worsening, but the

13  fact that you have done this ratio, it looks like that

14  averages out down to benefit those patients who had less

15  seizures.

16          So I just worry about that a little bit and I would

17  like to have a little more discussion of that.  I mean my

18  concept is that if you were just to look at the mean number

19  of seizures the patient has before and after treatment,

20  wouldn't that be sufficient, without having to go through

21  this manipulation, which I think can hide some of the data?

22  That is the problem I am facing.

23          DR. WHITEHOUSE:  Could I ask a related question?

24  Somewhere in the sponsor's book, it says that over a portion

25  of that range, the scores would be normally distributed.

jt

1   There is a specific statement made to that effect, and I

2   guess I am having a little bit of difficulty juxtaposing that

3   with the curve that is shown, because that obviously isn't or

4   at least the entire curve didn't look normal to me.    Maybe

5   it's normal over a subpart of that.

6           DR. PIERCE:   Obviously, the response ratios are a

7   difficult concept.   I don't think, though, that the issue of

8   response ratio really speaks to the question of seizure

9   worsening.   The results that I described and the results I

10  showed are really results of percent change of things that we

11  can all intuitively understand, so I don't think that really

12  is the issue.

13          The response ratio is picked, because it does have

14  these properties that seemed likely, that the data would be

15  more normally distributed, by definition, limited between

16  minus one and one.   It is symmetrical.   It was picked also

17  because it was considered to be a useful thing for seizure

18  subtypes that might occur very infrequently, where, in a

19  situation where you had no seizures in baseline, you had

20  seizures on the drug, the percentage change can't be used in

21  that sort of calculation.

22          So for these reasons, the method was picked, it was

23  thought that by using this method that the data would be more

24  normally distributed and it would, therefore, make it more

25  amenable to a parametric approach, a sensitive parametric

1  approach.

2          DR. FAHN:  Well, that first slide you showed, in

3  which you had groups of the different responses, let's say a

4  seizure reduction of greater than 50 percent, between 1 and

5  49 percent and so forth, the worsening, that one it seems

6  easier for me to understand and that I felt much more assured

7  by seeing a slide by that, that the placebo group or the

8  group that was mostly worsening and the worsening that

9  occurred in the others again seemed to be dose responsive, in

10 that the lower the dose, perhaps those patients were more

11 than those who have higher doses.  So that I think is very

12 supportive, I think, to me at least of the claim being made.

13         DR. PIERCE:  I agree.  I think that one we might

14 actually show, I think it was actually in the briefing

15 document submitted by the company that actually shows the

16 density curve for response ratio for placebo as well as all

17 doses of drug.  That is in the briefing document.  I can also

18 project it, if you would like to look at that.  I think it

19 clearly shows that, for each dose of drug, the density curve

20 for response ratio is also shifted to the left.  So I think

21 either way you present the data, we have an effect.

22         DR. FAHN:  Dr. Leber?

23         DR. LEBER:  I gather the anxiety might be that this

24 transformation of raw data might lead to a result that, if

25 treated in a different transformation, would be contrary to

1    it.  In other words, could the significance of the effect of

2    gabapentin arise from the transform of the data, rather than

3    from the data itself?  That is the latent anxiety that

4    everyone felt with this, and I guess that's the question that

5    I would turn to our statistical advisers to answer.

6          So far, none of us have found the pathological case,

7    although we were concerned about if you were to rank the

8    positive end of the ratios, if you might get an excess of the

9    primary highest ranks among placebo.  But I think we answered

10   that ourselves by saying we weren't concerned, as long as the

11   overall average effect of the drug could not be explained by

12   chance, it's due to drug, it's beneficial, that's good enough,

13   if someone worsens, we will live for it.

14         However, I believe that we, too, checked

15   independently the issue of, if you display the response ratio

16   values, say, on a normal probability paper, you could tell

17   whether it tracks what the normal distribution would be like,

18   and, clearly, it is closer to a distribution that is normal,

19   than had you not truncated it, because you know you will go

20   only from zero seizures up an infinitely large number.  So,

21   clearly, if you have a change, you can be truncated on how

22   much better you can improve, you don't even improve 100

23   percent, but you can worsen thousands of percent.  So there

24   is no perfect way to deal with this.

25         But over the range of data -- and I think you did

1    this -- haven't we done this test of normality of the

2    distribution of response ratios?  I believe we did.

3            DR. KATZ:  We confirmed the sponsor's --

4            DR. LEBER:  We confirmed the sponsor's challenge,

5    so it at least has a parametric transform, it is working.  I

6    still have that question, though, is it possible to transform

7    receivers?

8            DR. FAHN:  Dr. Tempkin?

9            DR. TEMPKIN:  I think it would be -- well, there are

10    two things I think that bear on that.  One is that this is

11    the response ratios and monotone transform of percent change,

12    and that means a ranked test on percent change and a rank

13    test on response ratio are identical.  So that if you feel

14    that percent change is reasonable to look at, then response

15    ratio in all these cases, the non-parametric test was done at

16    least by the FDA, if not by the sponsor, and the results came

17    out significant also in the non-parametric test.

18            It seems that the one case where it might be

19    considered deceptive would be if you considered that a 50

20    percent increase in somebody who has 100 seizures a week is

21    different from a 50 percent increase in somebody who has 3

22    seizures a week.  If you look at the number of seizures, then

23    you might potentially get a different answer.  I didn't see

24    any data presented that, in looking at the response ratio as

25    a function of number of seizures, take total during the time,

1  but that would be the case where I could see where there

2  could be the potential of coming up with a different sort of

3  answer, whether you looked at number of seizures or response

4  ratios.

5         But if you want something that is terribly non-

6  normally distributed, try the number of seizures.  There were

7  some things given in the book where there was like a mean

8  difference of 20 in a standard deviation of 250, that I don't

9  think was an error in putting the decimal point.  I think it

10 was actually the standard deviation, 250.  So although the

11 response ratio is different, I think it does have the

12 advantages.

13        I am really impressed with how normally distributed

14 it came out in the sponsor's packet, and at least I think we

15 can feel comfortable that the ranked transformations are

16 giving us the same results as we would with a measure that we

17 are familiar with.

18        DR. FAHN:  Now, when you talk about the normal

19 distribution, you are talking about Figure 5 in the sponsor's

20 packet, for example?

21        DR. TEMPKIN:  Yes.

22        DR. FAHN:  When I look at this, also, I am somewhat

23 troubled, however, about dose response curves.  It looks like

24 it doesn't matter what the dose is, we are getting the same

25 kind of response, and I think in Study 945-5, the middle dose

jt

1  had less benefit than a lower dose.

2        DR. PIERCE:  Maybe we can show this for the benefit

3  of the audience, if we could look at Slide 36.  I'm sorry.

4        [Slide shown.]

5        DR. SHOULSON:  Excuse me.  While you have that

6  slide on there --

7        [Laughter.]

8        DR. SHOULSON:  It related to a question I was going

9  to ask later, but it sounds like you're able to define or get

10  close to defining a minimally effective dosage.  Can you any

11  anything about your maximally effective dosage on the basis

12  of your experience or your data?

13        DR. PIERCE:  Of course, the placebo control data

14  base really ends at 1800 mg, you know, per day.

15        DR. SHOULSON:  So the answer is no.

16        DR. FAHN:  Dr. Leber?

17        DR. LEBER:  Again, this represents combining

18  studies, so the measure location isn't as clean as it would

19  be, because you are comparing across populations and it may

20  differ, and by melding it in together like that, I think you

21  will lose some of the dose response quality here.  I don't

22  really -- I mean the study to look at is the one where the

23  study is independently, and it doesn't display it as well,

24  because the confidence limits I assume grow up.  But do you

25  have that?

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

1          DR. PIERCE:  Looking at individual studies for dose

2   response?

3          DR. LEBER:  For example, your big American study

4   had the doses of interest, and I think that was the one that

5   caught the committee's eye, but you did not get a linear

6   monotonic increase in response.

7          DR. PIERCE:  I think we can look at --

8          DR. KATZ:  That's true, but the most robust finding

9   in that study was at the 1800 mg dose.

10          DR. PIERCE:  We can look at the results in Slide 20.

11          [Slide shown.]

12          DR. PIERCE:  This shows really the data that was

13   presented by Dr. McCormick, but just in a figure form, for

14   the intent of G data set, as well as the valuable data set.

15   Here we are looking at response ratio and looking at placebo,

16   60, 1200 and 1800 mg per day.  You can see that we do have

17   certainly a trend to increase doses, to have increased

18   efficacy.  It is not a completely linear trend, because of

19   this finding.

20          Actually, a lot of work was expended in trying to

21   determine why this 1200 mg dose might not have worked.  Of

22   course, the problem was that this was the protocol specified

23   endpoint, unfortunately.  In an effort not to specify a lot

24   of endpoints, one was selected, it was the most highly

25   powered comparison.  It did not turn out, however, to be the

1   significant comparison in all analyses.

2          However, I think in a search for the reason for the

3   negativity really was not fruitful.  The most that one could

4   say was that a series of small factors in combination might

5   have contributed to this.  I think, though, that it is

6   significant to point out that if you look at the individual

7   doses, these doses are quite significantly different from

8   placebo, that there is clearly response trend that is

9   increasing, so that we consider this study to be a significant

10  study in showing a dose response trend.  Of course, the formal

11  statistical tests for dose response in the study were

12  positive.

13         DR. DELGADO-ESCUETA:  But you have in the 1200

14  dosage 87 versus 46 to 48.  Do you think that affected your

15  response?

16         DR. PIERCE:  Yes.  The hitch in this study was that

17  the mean response ratio for the evaluable population and the

18  intent to treat was actually the same.  But when you threw

19  out the patients, especially when you threw out a lot of

20  patients at Center 12, since the whole site was excluded, you

21  lost power and it became non-significant.

22         DR. FAHN:  Can I ask, in your two ongoing

23  monotherapy studies, what dose of gabapentin are you using?

24         Mr. PIERCE:  We are using doses ranging all the way

25  from 300 to 2400 mg per day.

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

jt

1          DR. FAHN:  Dr. Leber?

2          DR. LEBER:  This is a question I am surprised

3     nobody has asked.  What limits the upside of the dose?

4          DR. PIERCE:  Well, adverse events don't appear to

5     limit it.  If you look at all adverse events, there is no

6     real dose response feature, and, of course, you say, well,

7     that's just a lump of a lot of different things.  And you look

8     at the most common adverse events, you don't really see a dose

9     response trend for the adverse events, so that adverse events

10    don't seem to be limiting it.

11         I think that certainly if you go to much higher

12    doses, you do get a limit on absorption.  But within the range

13    of 2400 mg, for example, or perhaps 2800, it wouldn't be

14    marked, so that you could proceed to higher doses, and,

15    indeed, we are proceeding to higher doses in order to more

16    fully explore it.

17         I think the reason that we have the data that we

18    have for dose response is because we selected those doses.  I

19    mean it was just the doses that were selected, and I think,

20    frankly, we have really very good data, by any standard, to

21    display the dose response characteristics of the drug.

22         DR. FAHN:  Dr. Leber?

23         DR. LEBER:  A follow-up question to this, again to

24    this issue that hangs over us all the time about blinding.

25    If there is no dose response pattern to the side effect

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

1  profile, one couldn't distinguish the three doses at least in

2  that study from a placebo.  Is that what you would argue?

3              DR. PIERCE:  That's right.

4              DR. LEBER:  Somnolence, even somnolence is --

5              DR. PIERCE:  That's right.  If you look at

6  somnolence, there is really no significant difference between

7  the doses, and looking at each individual study or looking at

8  all the studies together.

9              DR. DELGADO-ESCUETA:  Again, as a follow-up to the

10 dose response curve, so when you try bringing the dosage

11 higher and higher, is there a commensurate increase towards

12 50 percent drop in seizure frequency, or it goes even higher

13 than the 50 percent drop in seizure frequency?

14             DR. PIERCE:  Well, the data of dose response --

15 maybe we can look at Slide 44.

16             [Slide shown.]

17             DR. PIERCE:  This is again the all placebo control

18 data stat and it looks again an improvement, which is an

19 improvement in the R ratio, going toward increasing negative

20 numbers.  Looking at the doses, this is again all the

21 combined data.  There you have it.  Certainly, we have not

22 identified a higher dose, which is the same as the 1800, so

23 it is conceivable that additional efficacy could be achieved

24 by somewhat higher doses, but that hasn't been studied

25 formally.

jt

1      DR. DELGADO-ESCUETA:  What you made you decide to

2  stop at 1800?  I was just curious.

3      DR. PIERCE:  I don't know.

4      DR. ODERDA:  When you talk about adverse effects,

5  what you are saying is that the proportion of patients who

6  develop somnolence of the different doses is the same, is

7  that correct?  That is, the degree of somnolence is the same,

8  as well, or --

9      DR. PIERCE:  You know, generally with adverse event

10 data, you are really looking at qualitative data, the

11 percentage of patients reporting a given adverse event, and

12 really in the main there is not a strong dose response trend

13 even for the common adverse events.

14      On the other hand, obviously, there are more

15 adverse -- the percentage of patients reporting a given

16 adverse event is higher on drug than it is in placebo, as

17 shown by Dr. McCormick, although the rates are low.

18      DR. FAHN:  Dr. Katz?

19      DR. KATZ:  What do you know about the time costs of

20 the somnolence, do the patients commodate to that fairly

21 quickly, or --

22      DR. PIERCE:  Yes, they seem to.  The onset of this

23 was relatively rapid, and the offset was correspondingly

24 rapid.

25      DR. FAHN:  Dr. Shoulson?

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

jt

1      DR. SHOULSON:  I have a series of questions

2  regarding the magnitude of the effect observed and also the

3  duration of the effect.  First, the magnitude of the effect,

4  could you comment in rough percentage terms, in terms of the

5  overall reduction best case scenario you are getting in terms

6  of seizure frequency, both in terms of your primary response

7  variables and also in terms of the overall global impairment,

8  which I guess is a secondary response variable, and see these

9  compare?

10      DR. PIERCE:  If we talk about responder rate, for

11  example, in all placebo control study data set, essentially,

12  what you have is that the placebo has a response rate on the

13  order of 10 percent and all doses of drug have a responder

14  rate on the order of 18 to 25 percent, responder being

15  defined as the percent of patients with at least a 50 percent

16  dose reduction.

17      You know, obviously, the issue of the magnitude of

18  the response I think tends to almost unconsciously lead into

19  a comparative issue of the magnitude of this response

20  compared to marketed or unmarketed drugs, and I think that is

21  really a specious line to go down, because, of course, we

22  really only compare the placebo.  We have a very refractory

23  patient population.

24      I might add that, you know, on the average, the

25  patients had had epilepsy for 30 years, on the average, the

jt

1   patients were on two antiepileptic drugs.  On the average,

2   the serum concentration of these antiepileptic drugs was

3   really on the high side, and yet we still show these kinds of

4   treatment effects.  So I think the answer to the absolute

5   value of the treatment effect is going to have to wait

6   studies that look at that formula.

7        DR. SHOULSON:  But is it fair to say in patients

8   with intractable seizure disorders, the varieties, the types,

9   the magnitude of the effect of gabapentin is on the order of

10  10 to 20 percent reduction in seizures, whether you put a

11  frequency after it, a ratio after it?

12       DR. PIERCE:  Yes, the percent seizure reduction, if

13  you look at just the percent seizure reduction in all the

14  data sets and look at it by dose, it varies actually from on

15  the order of 15 to the order of 30 percent seizure reduction.

16       DR. SHOULSON:  Could you comment on the overall

17  global impairment?  I guess this was used as a secondary

18  response variable in your European studies.  Also, in the

19  American study, although I had a sense in the American study,

20  only the patients rated themselves and not the investigators,

21  could you explain that and then talk about the magnitude of

22  change that you are seeing there?

23       DR. PIERCE:  Why don't we show a slide here, Slide

24  50.

25            [Slide shown.]

jt

1    DR. PIERCE:  One of the secondary outcome measures

2  was a global evaluation that tended to vary a little bit by

3  study.  The real question that was being asked of both the

4  patients and the physicians was, compared to pre-drug, were

5  you better, were you the same, or were you worse, and this

6  figure shows the percent improved and it shows it for the

7  three studies, 210P here, the placebo and on drug, for -5 and

8  for -6.  In all three studies, the percent improved, was

9  greater on drug than it was on placebo, and compared that to

10  that, these three to that, these two to that.

11    In fact, it is interesting, there was even a big of

12  a dose response curve in the global evaluation, and these

13  were really significant, as evaluated by patients and by

14  physicians.

15    DR. SHOULSON:  Could you explain, there is an

16  asterisk over the 1200, but not the 1800?

17    DR. PIERCE:  Yes.  One of the things we tend to --

18  there was a great concern about limiting the number of

19  statistical analyses, so these are the only statistical

20  analyses performed.  These are the protocols specified

21  endpoints.  I mean it is likely that the others are also

22  significant or more significant than the ones that were

23  tested, but there was an effort to limit the number of ones

24  that were tested.  And since we find positive results, I

25  don't know that we need to go further.

1          DR. GILMAN:   What question was asked of the

2    patients, improvement with respect to number of seizures or

3    any other factor taken into account?

4          DR. PIERCE:   You mean demographic factors that

5    might predict improvement, is that the question?

6          DR. GILMAN:   No, what were the patients asked?

7    When you gave them the global scale, what were they asked?

8          DR. PIERCE:   Well, it was vaguer than that.   It was

9    basically a question are you better off, the same or worse

10   than you were at baseline.   It is a global measure that would

11   presumably encompass both efficacy and safety issues.

12         DR. KATZ:   Somewhere around 50 percent of the

13   patients across studies were improved.   Can we assume that

14   the other 50 percent were not worsened?   The other 50 percent

15   were, what, no change?

16         DR. PIERCE:   We didn't present that.   I wouldn't

17   want to speculate.

18         DR. KATZ:   Well, you asked them if they were better

19   or whether they were worse.

20         DR. PIERCE:   We didn't present the -- I guess you

21   can't assume there is a pure reciprocal of what I showed,

22   since we have three categories.

23         DR. KATZ:   But you don't have the data of where the

24   other 50 percent were?

25         DR. PIERCE:   No.

jt                                                                    112

1            DR. FAHN:  In other words, you didn't ask what

2    percent improvement you thought you had?

3            DR. PIERCE:  No, that is the number who reported --

4            DR. FAHN:  So these are the numbers who just say

5    that they were better?

6            DR. PIERCE:  Right.

7            DR. KATZ:  But it represents about half the

8    patients in the treatment groups, so I am just wondering what

9    happened to the other half.

10           DR. PIERCE:  Presumably, though, some distribution

11   in people who said that they didn't change or that they got

12   worse, but I don't have that data and I don't want to

13   speculate.

14           DR. FAHN:  Dr. Choi?

15           DR. CHOI:  Was there any preclinical evidence for

16   worsening of seizures in animal seizure models with this drug

17   in any protocols?

18           DR. TAYLOR:  Charles Taylor, preclinical

19   pharmacology.  This seems to be a point that is troubling a

20   couple of people, so I would like to show some data, if I

21   could have Slide No. 13, please.

22           [Slide shown.]

23           DR. TAYLOR:  This was a study that used a model of

24   absence seizures in rats, where absence seizures were

25   quantified electrographically, and the total time of absence

jt

1    was counted.    There were statistically significant increases

2    in the time of absence seizure, the total time of absence

3    seizure during this study.    However, it wasn't a marked

4    increase, as you can see.    It was less than a doubling.

5           In addition, in this model, if animals have reduced

6    exploratory activity tending towards sedation, if you want to

7    use behavioral terms, the absence are seen more frequently,

8    and that is seen in control animals, and this effect may be

9    due to the sedative-like effect of gabapentin, which we have

10   measured independently as a decrease in spontaneous locomotor

11   activity at these same doses.    So we are not very concerned

12   by this data.

13          DR. DELGADO-ESCUETA:    Is this the Strausberg rat

14   model?

15          DR. TAYLOR:    Yes, it is.

16          DR. CHOI:    A follow-up:    Dr. Taylor, the reason why

17   I asked the question is, on page 4 of your NDA there is a

18   curious statement about the cellular physiology in which the

19   statement is made that gabapentin reduces inhibition of

20   repeat of both responses, which one can imagine might be a

21   pro-convulsant cellular effect.

22          DR. TAYLOR:    Well, that is an electrophysiological

23   model that perhaps is not widely used.    I should point out

24   that phenytoin and other drugs that are thought to act by

25   sodium channel mechanisms appear to have the same effect of

jt                                                                    114

1    reducing inhibition in that model, so I don't think that is a

2    major point of concern, either.

3           I agree with you.  I think this goes to Dr.

4    Delgado-Escueta's point that it still may be worth in the

5    future looking for subsets where deleterious subsets of

6    patients of disease where deleterious effects are evoked, but

7    I think Dr. Leber has already stated an opinion which I

8    share, which there is a global perspective which one has to

9    take, and I think slide 41, if I remember, went to that point.

10          [Laughter.]

11          DR. PIERCE:  Actually, to follow-up on Dr. Katz'

12   question, I have now been handed the ammunition of the actual

13   data.  Of the percent of patients who get worse, and it is a

14   very low percent, it actually is a lower percent on drug than

15   it is on placebo in all the studies.  It is on the order of 5

16   to 10 percent.

17          DR. FAHN:  Dr. Shoulson?

18          DR. SHOULSON:  I would like to ask questions

19   regarding the duration of -- and I am just talking about the

20   blinded follow-up or patients in the randomized trials -- what

21   is the average duration that you are looking at this effect?

22          DR. PIERCE:  The studies were 12 weeks in length.

23   One of the issues, of course, has to do with the durability

24   of the effect and, of course, the placebo control database

25   can only talk about 12 weeks.  If one gets into the long-term

1  effects, we do have some data that we can present that may be

2  relevant to this point.  May I have Slide 51?

3          [Slide shown.]

4          DR. SHOULSON:  But these are from non-blinded

5  studies?

6          DR. PIERCE:  Non-blinded, right.  The data I am

7  going to show are data from the non-blinded extension studies

8  from the two big studies -5 and -6.  In both studies,

9  patients could continue on open-label drug after the

10  completion of the double-blind portion, and if they were in

11  5, they were in 13, if they were in 6, they went into 14.

12  This data shows the response ratio versus months, in both

13  instances, for three different cohorts of patients, cohorts

14  defined by being in treatment for either 18 months in yellow,

15  12 months in green, or 6 months in white.  And you can see

16  that, essentially, we have a sustained effect in both

17  situations over time.

18          Of course, without a concurrent placebo control,

19  one can't definitively conclude that this is demonstrative

20  long-term effect, but it is consistent with effect.

21          DR. FAHN:  Dr. Leber?

22          DR. LEBER:  Just one thing:  You must have left the

23  negative sign off the --

24          DR. PIERCE:  That's right.

25          [Laughter.]

jt

1    DR. SHOULSON:  Is there a difference between the

2    trend in these two studies coming out of one protocol or

3    another?

4        DR. PIERCE:  Well, I am just showing you two sets

5    of data from two different studies.  I might also mention, of

6    course, that in the open-label studies, patients could reduce

7    the amount of base drug or patients could also vary the

8    amount of gabapentin over a rather wide range.

9        DR. SHOULSON:  But on that slide that was just

10   turned off, it looks like you were drawing our attention to

11   945-13, which looks like the direction is improvement.  The

12   other study, 945-14, looks kind of flat.

13       DR. PIERCE:  No, I think this is improvement

14   already, even at baseline.

15       DR. SHOULSON:  Oh, I understand.

16       DR. PIERCE:  These are positive response ratios.

17       DR. SHOULSON:  So we are talking about how sustained

18   the effect is.

19       DR. PIERCE:  I wouldn't make too much of the

20   absolute magnitude.

21       DR. SHOULSON:  But if we are not going to make too

22   much of this, let's go back to the double-blind studies.

23       DR. KATZ:  Before you do, it also should be noted

24   that the numbers are decreasing as you go out, so you are

25   selecting people who were doing well on the drug, at least

jt

1   that is one --

2           DR. PIERCE:   That is not completely accurate.

3   Obviously, the numbers do decrease, but we are looking here

4   at data from cohorts of people who do actually complete, I

5   mean people who are under treatment for the whole period of

6   time.   The fact that the numbers decrease are really due to

7   two things.   There are some patients who do drop out and who,

8   therefore, don't get into longer observation period, and

9   there also is a major component of people who simply cannot

10  complete the observation period, because enrollment is not

11  instantaneous and simultaneous.

12          DR. KATZ:   Sure, but again, just looking at this,

13  it is hard to know how many patients fall into which category.

14          DR. LEBER:   I still don't understand what you mean,

15  because if you say for 6 months, your N is 142 to 143

16  patients, that number that then is plotted represents what,

17  in white?

18          DR. PIERCE:   Well, the number represents the number

19  of people in observation, and it would be the largest number.

20  It would be 142.

21          DR. LEBER:   So you had 142 individuals, give you a

22  response ratio of about 2.5 at 3 months.

23          DR. PIERCE:   Yes.

24          DR. LEBER:   Now let's go to the 18-month data,

25  then, of 73, and let's look at 15 months, where you have a

jt

1  more negative response ratio, up to .4.  How many patients

2  went into that response ratio?

3          DR. PIERCE:  Well, it would be either 142 or 143.

4          DR. LEBER:  You say 73.

5          DR. KATZ:  No, it says 99 to 100.

6          DR. LEBER:  I understand what it says, but if that

7  is true, it should be compared with the 73 patients at 3

8  months who had that data available, otherwise you --

9          DR. FAHN:  It is in yellow.  If you look at the

10  yellow ones at 3 months and 6 months --

11          DR. LEBER:  That is what I was trying to find out.

12  Is it a cohort, so the yellow is true all the way?

13          DR. PIERCE:  Yes.

14          DR. LEBER:  Then I take it all back.  It didn't

15  dawn on me.  Thank you.

16          DR. PIERCE:  I am not presenting this as placebo

17  control data for long-term efficacy.

18          [Laughter.]

19          DR. DELGADO-ESCUETA:  Did the dosage in most of

20  these patients stay the same over the sustained --

21          DR. PIERCE:  No.  Actually, in general, I think

22  that you can make a general statement that the dose of

23  gabapentin is increased somewhat, very often go up to 2400 mg

24  a day.

25          DR. SHOULSON:  Can I ask, in the double-blind

jt

119

1  studies, have you been able to look over the 12-week period,

2  have you been able to break that up into thirds or quartiles

3  or whatever it is to really kind of look, to get an idea from

4  the double-blind study as to how sustained the effect is,

5  some kind of time relationship?

6          DR. PIERCE:  I haven't seen that data.  I am not

7  sure if that was done.

8          DR. GILMAN:  Could we have the slide on again?

9          DR. PIERCE:  Yes.

10          [Slide shown.]

11          DR. GILMAN:  If you look at the 18 --

12          DR. PIERCE:  THis is what happens when you slow

13  slides.

14          DR. GILMAN:  If you look at the 18-month group

15  versus the 12 and the 6-month group, are you saying that some

16  of those had increasing doses and some did not?

17          DR. PIERCE:  Yes.  I mean a proportion of patients,

18  I would think in all of these groups, had -- it was permitted

19  to manipulate the dose.  This is an open-label extension

20  study which was much more liberal than the blinded studies.

21          DR. GILMAN:  It would be much more helpful, if we

22  could see the data separated for those who had particular

23  dose levels that were constant, if there are such.  Making

24  this comparison without knowing which of these patients had

25  increasing doses makes it very difficult to interpret.

jt

1    DR. DELGADO-ESCUETA:  Yes, but there are two ways

2  to look at it, and one is that, with increasing dosages as a

3  function also of time, your response is going over 50

4  percent, this .3 is 50 percent reduction in seizures, right?

5    DR. PIERCE:  Right.

6    DR. DELGADO-ESCUETA:  So if you actually pushed

7  your dosage even further up, you could go to actual

8  suppression of seizure.  Now that would be what would be more

9  interesting, and I am interested in why you didn't push it.

10    DR. PIERCE:  You know, I am just explaining the

11  data.  I don't know why it wasn't done that way.  I would

12  also mention, of course, that the people who went into long-

13  term trials were generally people who decided to go into

14  long-term trials, for whatever reason.

15    DR. FAUN:  Dr. Shoulson?

16    DR. SHOULSON:  I am well aware of the limitations

17  of this data.  Could we just get back to the randomized

18  control data?  Can you break up the first 6 weeks versus the

19  last 6 weeks or any way to really get a sense out of there?

20  Because I think that would be very important, that the only

21  data we have to get some kind of clue as to how the time

22  frame and how sustained the effect might be.

23    DR. PIERCE:  I just don't have that data at hand.

24    DR. PENN:  We are going to have a bit of trouble,

25  when it comes to how the label presents the data about how

jt

1  much drug you can give and where the effective range is.  Do

2  you have a way of resolving that with further testing that

3  you are doing?  Because it looks like potentially you could

4  have a much greater efficacy, as you go up in dose from the

5  little bit of data you have.

6        DR. PIERCE:  It's possible, but we don't have firm

7  data on efficacy or safety at these higher doses in control

8  trials.  I am sure it will come down in the issue of labeling

9  and there may be an element of a vague kind of statement

10  based on this data set.  But I would reemphasize that we have

11  a lot of dose response data and we have defined the dose

12  response over the range that was selected.

13        DR. FAHN:  Dr. Whitehouse?

14        DR. WHITEHOUSE:  What is the conclusion, that

15  preclinical studies about dose response in the animal models

16  are used?

17        DR. TAYLOR:  Well, in basically all of the models,

18  and there are a large number of them where we did see

19  efficacy, there was a good dose response result.  To go

20  through all of those would take a long time, but in a number

21  of models we were able to obtain nice ED-50 values for the

22  median effective dose and saw virtually complete protection.

23  I don't know if you want more information than that or not.

24        DR. WHITEHOUSE:  No, I asked for the general

25  conclusion.  The general conclusion in the animal model is

MILLER REPORTING CO., INC.
507 C Street, N.E.
Washington, D.C.  20002
(202) 546-6666

jt

1  there is a dose response curve, and you defined it.

2         DR. TAYLOR:  Absolutely.

3         DR. FAHN:  I would like to ask about the pediatric

4  age range.  The studies presented to us, of course, were only

5  in adults.  Are there any ongoing trials in children, other

6  than the Lennox-Gastaut?

7         DR. PIERCE:  There is a study that is in the works

8  about the be initiated, a very large study in partial

9  seizures in children.

10         DR. FAHN:  Dr. Shoulson?

11         DR. SHOULSON:  I wonder if you could tell us more

12  about the monotherapy trials.  Now, these are either in

13  progress or in planning or -- you mentioned about the dosage

14  up to 2400 mg a day.  Can you tell us about the duration, the

15  effect, the types of seizures that you are looking at as far

16  as --

17         DR. PIERCE:  They are looking at partial seizures.

18  They have different designs.  One of them is in actually a

19  naive patient population and, therefore, for obvious reasons,

20  has a long observation period.  The other one is a crossover

21  trial to monotherapy.

22         DR. SHOULSON:  What is your longest observation

23  period that you're looking at?

24         DR. PIERCE:  I think in the naive one it is 6-month

25  observation.

jt

1          DR. FAHN:  Dr. Katz?

2          DR. KATZ:  We know that a number of patients had

3   their concomitant antiepileptic drug increased, decreased,

4   added, new ones added.  Now, presumably there is no

5   pharmacokinetic interaction between gabapentin and the other

6   commonly used antiepileptic drugs.  Do you have any

7   information about plasma levels of the concomitant medications

8   in those cases where there was manipulation of the -- or, for

9   that matter, even when there wasn't manipulation, but to

10  start off with looking at the patients who had things

11  changed?  Any plasma data about the concomitant medications?

12  You know, the interaction studies are very small, you know,

13  the formal interaction studies, and I was wondering whether

14  or not there are populations out there in whom there actually

15  is a kinetic interaction.

16          DR. PIERCE:  We have seen no evidence of that, no.

17          DR. KATZ:  But did you look at plasma levels?

18          DR. PIERCE:  For example, it was discussed in the

19  FDA briefing document the issue of phenytoin interaction in

20  two Asian women.  We could discuss that.  Is that what you

21  are referring to?

22          DR. KATZ:  Well, I am just talking about, in other

23  words, one of the advantages of the drug is that it doesn't

24  have any interactions, you shouldn't have to really manipulate

25  the other concomitant antiepileptic drugs, yet there were

jt

1  manipulations, a number of them.

2        DR. PIERCE:  Yes.

3        DR. KATZ:  I am just wondering what the reasons

4  were for -- to give some idea of whether or not you have

5  plasma levels in those patients, for example.

6        DR. PIERCE:  I mean we can show the group data for

7  plasma levels of the base antiepileptic drug, but you are

8  asking a more specific question.  In those specific patients

9  in whom there was manipulation, was there a blood plasma

10  reason for that?

11        DR. KATZ:  Right.  Do you have any data, even in

12  the small sub-population that interactions did occur?

13        DR. PIERCE:  No, when we had no data that

14  interactions occurred.  This problem of manipulation of the

15  base drug level or the dose of base antiepileptic drugs is

16  obviously a problem and an add-on trial, and it comes from

17  several sources.  Some of it is protocol violation by

18  investigators, and a lot of it is also patient initiated,

19  where patients come back in for a new visit and they have

20  changed the dose of drug.  It is not under your control.

21        DR. FAHN:  Any other questions?

22        [No response.]

23        DR. FAHN:  I would like to proceed, then.  There

24  were a few questions that were raised by Dr. Katz in his

25  presentation to us, but I think we have more or less answered

1  these in our discussion.  Dr. Katz, if you want to review to

2  make sure that we are not overlooking those specific things,

3  they had to do with concomitant medication dosages, outcome

4  measures, monotherapy or lack of monotherapy studies, the

5  deaths and tumors, and I think we have more or less covered

6  them.

7        Does anybody want to raise any other issues

8  regarding these specific points that Dr. Katz raised?

9        [No response.]

10        DR. FAHN:  If not, I would like to move to the

11  overall questions that we have to address and answer, and we

12  will start with the first one.  Has the sponsor provided

13  evidence from more than one adequate and well-controlled

14  clinical investigation that supports the conclusion that

15  gabapentin is effective for the treatment of epilepsy?  I

16  will just modify that to say, so we can be consistent with

17  yesterday's discussion, for the treatment as an add-on for

18  intractable partial seizures in adults.  Is that fair to

19  modify that?  is that all right with everybody?

20        That is the question in front of us.  Is there any

21  discussion before we proceed with the vote, any further

22  discussion to what we have had already?

23        [No response.]

24        DR. FAHN:  If not, I would like to call for the

25  vote.  All those in favor of the affirmance of that question,

jt

126

1  signal by raising your hand.

2        [A show of hands.]

3        DR. FAHN:  I will do a count, and we have 10 to 0.

4        The next question:  Has the sponsor provided

5  evidence that gabapentin is safe when used in the treatment

6  of epilepsy?  And again, I would modify it to be used as an

7  add-on in adult patients with intractable partial seizures.

8        First, is there any discussion before I call the

9  question?

10        [No response.]

11        DR. FAHN:  May I have an affirmative response by a

12  show of hands?

13        [A show of hands.]

14        DR. FAHN:  Again, we have a 10-to-0 vote in favor

15  of that question.

16        Is there any other business in front of this

17  committee?  We have a question left over from yesterday. We

18  have a question related to labeling and we have forms

19  provided us by the FDA of some of the other drugs that we

20  have in front of us.  If anybody has any specific comments,

21  please do so now.  My looking through this, I see that most

22  of these have, in fact, all of these have very specific

23  indications of what seizure types are indicated, and I think

24  that is in keeping with what we dealt with yesterday.

25        Are there any other comments, other than what I

jt

1  just made about this?

2         Dr. Leber?

3         DR. LEBER:  Well, this is not a comprehensive

4  review.  I just did this yesterday afternoon and evening.  I

5  went through and found six drug products.  I point out that I

6  looked for information either about indications which I have

7  captured almost verbatim, and looked for something about

8  children in here.  As you notice, it seems almost arbitrary

9  and capricious in retrospect to what ages were used.  To

10  define children, some talk about 8, some say 12, some just

11  talk about in dosing in infants and children.

12         There is one exception to what you just said, and

13  that is I think if you look at the indication for Tegretol,

14  which I suspect was rewritten not so long ago, I mean I can't

15  recall exactly, that the form speaks about epilepsy, because

16  it has two indications, one for epilepsy, and there we have

17  it stated that Tegretol is indicated for use as an

18  anticonvulsant drug and then goes into the format of saying

19  evidence for a variety of --

20         DR. FAHN:  Right, the second sentence specifies

21  exactly what type of seizures, so --

22         DR. LEVER:  Yes, but it was intended, I think

23  because of negotiations, to give them the general statement

24  of being anticonvulsant, which I think in that particular

25  drug applies.  That was the strategy we were thinking about

jt

128

1  developing.  Yesterday, I sort of got the sense from this

2  committee that is not what you would prefer, but I would like

3  to make certain that is clear, because the others developed

4  over a couple or maybe three decades were very specific, some

5  saying only for one type of epilepsy, for example -- well,

6  let's take a classical, Zarontin is indicated for the control

7  of absence (petit mal) epilepsy.  That would be the entire

8  indication.  So there has been a different style, and the

9  question is what would be the preferred one at this point,

10  and I suppose if you could give us some discussion of that,

11  that would be helpful.

12        DR. FAHN:  Yes.  I think the labeling for clonazepam

13  is a useful one in my mind, because here it just says exactly

14  right up-front what the recommendations might be for that

15  drug.  Until the evidence comes in otherwise for other types

16  of seizures, I think this seems very reasonable, from what

17  the committee discussed, discussed yesterday.

18        DR. GILMAN:  Yes, I think it is best to be very

19  direct with respect to the data before us and say felbamate

20  is useful as an agent for, et cetera.

21        DR. FAHN:  Dr. Whitehouse?

22        DR. WHITEHOUSE:  I would just like to actually

23  build on the point that you made, though, Stan, with regard

24  to anti-Parkinsonian drugs.  I mean I think if you ask about

25  antineoplastic agents and antibiotics, even antidementia

jt

129

1  drugs, we don't ask those drugs in those categories to

2  necessarily be active against all forms of illness in that

3  category, so I am not sure -- it depends on which way you are

4  using the word.  If you believe it to be an antiepileptic

5  drug, you have to treat all forms of epilepsy, and that is

6  one view.  If you believe that you can include in the super

7  ordinate category a drug that has an effect on a specific

8  sub-type epilepsies as an antiepileptic drug, then I think

9  the issue is different.

10       In fact, this sheet almost leads us in that

11  direction, because the title is anticonvulsant labeling.  I

12  mean there is almost some implication in this that these are

13  all anticonvulsants, which we could substitute the word

14  "antiepileptic."

15       DR. DELGADO-ESCUETA:  If I may address that issue,

16  I hear your argument and I hear your point of view, but I

17  think that, you know, Parkinson's disease, it should not be

18  used, because the epilepsies are a group of disorders and a

19  group of syndromes, and one drug can make absence epilepsies

20  worse.  Whereas, it could be quite good for partial seizures.

21  We know benzodiazepines, for instance, can induce status

22  epilepticus of atypical absence, so I think Dr. Gilman is

23  correct in pursuing more precise definitions of what the drug

24  should be used for.

25       DR. FAHN:  I think there is a practical issue here.

1  What the FDA, of course, wants to know is about labeling

2  officially and what is used practically, and you will see in

3  textbooks of pharmacology, you will see that these drugs will

4  be listed under anticonvulsants blank.  In the common lingo,

5  we will call these anticonvulsants, but we will separate out

6  among ourselves what particular seizure type certain drugs

7  are used for, and that is how you teach medical students and

8  neurology residents and so forth.  And I think in one sense

9  we will be labeling these in the teaching sense as

10  anticonvulsants, but in terms of specific labeling, it seems

11  reasonable to do with what the data shows for now, and so I

12  would make that distinction.

13         DR. WHITEHOUSE:  Let me just reiterate, I agree with

14  you in terms of sticking with the data, but I am just making

15  a semantic point that, depending on how you use the term,

16  these will be, as you said, considered, I think appropriately,

17  as part of a class of anticonvulsants.

18         DR. FAHN:  Dr. Shoulson?

19         DR. SHOULSON:  In looking at these, there seems to

20  be a lot of inconsistencies that I am sure the greatest

21  source of variance at the time these drugs were approved and

22  the labeling was made, everything seems ad hoc with the

23  labeling, and perhaps rightfully so, because it adjusts to

24  the specifics of the drug.  But I think it would be more

25  useful to me to talk in a more generic sense, perhaps if not

1    here, at another time, about what some of the broad guidelines

2    might be for labeling, perhaps specifically for antiepilepsy

3    drugs or anticonvulsant drugs or what have you.

4         But I am troubled by all the inconsistencies I see

5    here from drug to drug.  I think it is related mostly to the

6    time frame that it is looked at, but I think it is difficult

7    for me to comment in any kind of sensible way about what to

8    do at this time, until you take kind of a broad view and

9    establish a common denominator.

10         For example, the agent that we looked at today, you

11   know, very specifically, we have experience with it over a

12   period of 12 weeks, so its duration or how sustained the

13   effect is not known and maximum dosage is not known.  So I

14   think perhaps developing some labeling guidelines that we

15   might comment on or labeling principles might be helpful in

16   terms of addressing the issue.  Otherwise, I think we are

17   stuck in an ad hoc mode every time we look at a new

18   intervention.

19         DR. FAHN:  That's an advice given to the FDA and I

20   would assume that -- I would just ask if that is a consensus

21   of this committee.  We don't have to discuss it further, if

22   everyone agrees with that, and I see a nod of heads, so we

23   will give that as advice to the FDA, to try to get some

24   uniformity and consistency of labeling.  We do appreciate how

25   these all came up over time over many years, including from

jt

132

1  Merrit Putnam --

2         DR. LEBER:  I hope you mean prospectively, and not

3  retrospect.

4         [Laughter.]

5         DR. FAHN:  Yes.

6         DR. LEBER:  There is great resistance, you know, to

7  class labeling.

8         DR. FAHN:  Right.  Okay.  We understand the

9  problems.

10         Is there any other business before this committee,

11  other than the dates of the next meetings, which I think we

12  can do, gather around and look at calendars, not to keep

13  everybody waiting?  Any other business, before we have a

14  motion to adjourn?

15         [No response.]

16         DR. FAHN:  If not, I will entertain such a motion.

17         DR. GILMAN:  So moved.

18         DR. FAHN:  All approved.  Thank you very much.  The

19  meeting is adjourned.

20         [Whereupon, at 11:53 a.m., the committee was

21  adjourned.]

133

C-E-R-T-I-F-I-C-A-T-E


        I,   Pamela Briggle      , the Official Court Reporter

for Miller Reporting Company, Inc., hereby certify that I

recorded the foregoing proceedings; that the proceedings

have been reduced to typewriting by me, or under my direction

and that the foregoing transcript is a correct and accurate

record of the proceedings to the best of my knowledge,

ability and belief.