# EXHIBIT 14

DISTRIBUTION
B. Boselli
K. Davis
J. Howard
D. Long
I. Martin, AA
J. Parker
S. Phillips
A. Rubinstein
L. Ulrich
CBI, AA*
RA, AA, NDA File 20-070*

* w/attachments

December 10, 1993

NDA 20-235
Ref. No. 138
Neurontin® (gabapentin capsules)

Re: Advertising and Promotion

Paul D. Leber, M.D.
Director
Division of Neuropharmacological
  Drug Products (HFD-120)
Document Control Room 10B-20
Center for Drug Evaluation and Research
Food and Drug Administration
5600 Fishers Lane
Rockville, Maryland 20857

Dear Dr. Leber:

Reference is made to our pending NDA (20-235) for Neurontin (gabapentin capsules).

I am providing for your review one copy of the following proposed promotional materials for Neurontin:

| | |
|---|---|
| Attachment 1 | Draft Package Insert (Specification Number 0803G020, dated December 1993) |
| Attachment 2 | Visual Aid (specification number PD-118-VA-8752-A1[123]) |
| Attachment 3-9 | References for the Visual Aid |
| Attachment 10 | Journal Ad-4 Pages (PD-116-JA-8685-A1[123]) |
| Attachment 11-15 | References for the Journal Ad |
| Attachment 16 | Monograph (specification number PD-116-MN-8738-A1[123]) |
| Attachment 17-48 | References for the Monograph |

Copies of these materials are being forwarded to the Division of Drug Marketing, Advertising and Communications (HFD-240), Attention: Mr. Norman Drezin.

NDA 20-235
Dr. Leber
December 10, 1993
Page 2

If you have any questions or require additional information, please do not hesitate to contact me at 313/996-7426 or FAX 313/996-7890.

Sincerely,

*James Harley for*
Janeth L. Turner, R.N., B.S.N.
Associate Director
Worldwide Regulatory Affairs

Attachments

Desk Copy: Ms. Nancy Chamberlin

**2**

# DRAFT

## Neurontin®
### (Gabapentin Capsules)

**DESCRIPTION**

Neurontin® (gabapentin capsules) is supplied as hard shell capsules containing 100 mg, 300 mg, and 400 mg of gabapentin. The inactive ingredients are lactose, cornstarch, and talc. The 100-mg capsule shell contains gelatin and titanium dioxide. The 300-mg capsule shell contains gelatin, titanium dioxide, and yellow iron oxide. The 400-mg capsule shell contains gelatin, red iron oxide, titanium dioxide, and yellow iron oxide.

Gabapentin is described as 1-(aminomethyl)cyclohexaneacetic acid with an empirical formula of $C_9H_{17}NO_2$ and a molecular weight of 171.24. The molecular structure of gabapentin is



Gabapentin is a white to off-white crystalline solid. It is freely soluble in water and both basic and acidic aqueous solutions.

**CLINICAL PHARMACOLOGY**

*Mechanism of Action* The mechanism by which gabapentin exerts its anticonvulsant action is unknown. However, in animals, gabapentin readily enters the brain and prevents seizures from maximal electroshock, from chemical convulsants including pentylenetetrazole and inhibitors of GABA synthesis, and in genetic models of seizures. Since gabapentin is not metabolized in humans and minimally metabolized in rats, all pharmacological actions following gabapentin administration appear to be caused by the parent compound rather than by metabolites.

Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid), but its pharmacological actions are different from those of several other drugs that interact with GABA synapses including valproate, barbiturates, benzodiazepines, GABA transaminase inhibitors, GABA uptake inhibitors, GABA agonists, and GABA prodrugs. In vitro studies with radiolabeled gabapentin have characterized a novel peptide binding site in rat brain tissues including neocortex and hippocampus that may relate to anticonvulsant activity of gabapentin and its structural derivatives. However, the identification and function of the gabapentin binding site remains to be elucidated. Gabapentin at relevant clinical concentrations does not bind to other common drug or neurotransmitter receptors of the brain including $GABA_A$, $GABA_B$, benzodiazepine, glutamate, glycine, or N-methyl-D-aspartate receptors.

Gabapentin does not interact with sodium channels in vitro and so differs from phenytoin and carbamazepine. Gabapentin partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems in vitro, but only at concentrations greater than 100 μM, which are not achieved in vivo. Gabapentin slightly reduces the release of monoamine neurotransmitters in vitro. Gabapentin administration to rats increases GABA turnover in several brain regions in a manner similar to valproate sodium, although in different regions of the brain. The relevance of these various actions of gabapentin to the anticonvulsant effects remains to be established.

*Pharmacokinetics and Drug Metabolism* Following oral administration, peak plasma gabapentin concentrations are observed within 2 to 3 hours. Absolute bioavailability of Neurontin® capsules decreases as dose is increased. Following single doses of 300 and 600 mg Neurontin®, absolute bioavailability is 57±9.6% and 42±10%, respectively. Steady-state plasma gabapentin concentrations are approximately proportional to dose with mean Cmax values of 4.0±0.95, 5.5±1.1, and 8.5±2.5 μg/mL for doses of 300, 400, and 600 mg TID, respectively. At doses of 300 to 600 mg TID, trough plasma gabapentin concentrations were generally in the range of 1 to 10 μg/mL. Gabapentin elimination from plasma is best described by linear pharmacokinetics. The elimination half-life of gabapentin is independent of dose and averages 5 to 7 hours. The apparent distribution volume is 57.7±6.3 L following IV administration. Food has no effect on gabapentin pharmacokinetics.

Gabapentin is not bound to plasma proteins. In patients with epilepsy, gabapentin concentrations in CSF are approximately 20% of corresponding steady-state trough plasma concentrations. There is no evidence of metabolism in humans. Gabapentin does not induce hepatic mixed function oxidase enzymes responsible for drug metabolism. Gabapentin is eliminated solely by renal excretion. Gabapentin elimination-rate constant, plasma clearance, and renal clearance are directly proportional to creatinine clearance. Gabapentin is removed from plasma by hemodialysis. Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended (see DOSAGE AND ADMINISTRATION, Table 4).

The effects of race on gabapentin pharmacokinetics are unknown. No dosage adjustment is necessary in elderly patients unless creatinine clearance is significantly reduced, in which case dosage adjustment should follow the recommendation for patients with compromised renal function. Gabapentin pharmacokinetics are similar in males (N = 35) and females (N = 40).

*Controlled Trials Supporting Efficacy* The efficacy of Neurontin® as adjunctive therapy was established in three multicenter controlled clinical trials in 705 adults with refractory partial onset seizures with or without secondary generalization.

Three double-blind, placebo-controlled, parallel-group studies enrolled patients who had at least 4 partial seizures per month in spite of receiving one or two antiepileptic drugs at therapeutic levels. Patients received their established AED regimen during a 12-week baseline period. Neurontin® or placebo was then added on to existing therapy during a 12-week treatment period. Efficacy was assessed primarily based on the responder rate (the percent of patients with a 50% or greater reduction in seizure frequency from baseline to treatment) and a measure of change termed response ratio and defined as (T – B)/(T + B), where B is the patient's baseline seizure frequency and T is the patient's seizure frequency during treatment. Response ratio is distributed within the range –1 to +1, negative values indicate a reduction in seizure frequency, and positive values indicate an increase. A response ratio of –0.33 corresponds to a 50% reduction in seizure frequency. The results given below are for all partial seizures in the intent-to-treat population in each study, unless otherwise indicated.

One study compared Neurontin® 1200 mg/day TID with placebo. Median baseline partial seizure frequency was 11.7 per 28 days in the Neurontin® group and 12.3 per 28 days in the placebo group. Responder rate was 23% (14/61) in the Neurontin® group and 9% (6/66) in the placebo group; the difference between groups was statistically significant (p = 0.049) in favor of Neurontin®. Response ratio was significantly better (p = 0.0018) in the Neurontin® group (–0.199) than in the placebo group (–0.044).

A second study compared 1200 mg/day TID Neurontin® (N = 101) with placebo (N = 98). Additional Neurontin® dosage groups (600 mg/day, N = 53, 1800 mg/day, N = 54) provided information regarding dose response. Median baseline partial seizure frequency was 11.0 per 28 days in the Neurontin® 1200 mg/day group and 10.7 per 28 days in the placebo group. Responder rate was higher in the Neurontin® 1200 mg/day group (16%) than in the placebo group (8%), but the difference was not statistically significant (p = 0.127). Response ratio was better in the Neurontin® 1200 mg/day group (–0.103) than in the placebo group (–0.022), the difference was statistically significant (p = 0.028) in favor of Neurontin®. A better response was seen in the Neurontin® 600 mg/day group (–0.105) and 1800 mg/day group (–0.222) than in the 1200 mg/day group.

A third study compared Neurontin® 900 mg/day TID (N = 111) and placebo (N = 109). An additional 1200 mg/day dosage group (N = 52) provided dose-response data. Median baseline partial seizure frequency was 10.3 per 28 days in the Neurontin® 900 mg/day group and 9.5 per 28 days in the placebo group. Responder rate was significantly higher (p = 0.026) in the Neurontin® 900 mg/day group (22%) than in the placebo group (10%). Response ratio was also significantly better (p = 0.0002) in the Neurontin® 900 mg/day group (–0.138) than in the placebo group (–0.017). A better response was obtained with 1200 mg/day Neurontin® (–0.184) than with 900 mg/day.

In all three studies, results of global evaluations by both patients and physicians indicated that a greater percentage of Neurontin®-treated patients than placebo-treated patients were better at the end of treatment, compared with baseline. For patients who completed the studies, the differences between Neurontin® and placebo treatment groups were significant (p <0.05) for patient evaluations in all three studies and for physician evaluations in two studies.

Based on an analysis of responder rate using combined data from all three studies (N = 162, Neurontin®, N = 89, placebo) Neurontin® was significantly better than placebo (p < 0.03) in reducing the frequency of secondarily generalized tonic-clonic seizures.

**PARKE-DAVIS**

---

## Neurontin (Gabapentin Capsules)

In order to more fully explore the dose-response range, an additional evaluable-patient analysis was done using combined data from the three primary studies and two smaller studies of similar design. Results of responder rate and response ratio (Table 1) showed statistically significant differences in favor of Neurontin® (p <0.002), and a dose-response effect was evident.

TABLE 1. Responder Rate and Response Ratio
Combined Data From Three Placebo-Controlled Studies

|  | Placebo | Gabapentin (mg/day) | | | |
|---|---|---|---|---|---|
|  |  | 600 | 900 | 1200 | 1800 |
| N | 247 | 46 | 96 | 189 | 48 |
| Responder rate | 9.7 | 19.6 | 22.9 | 22.2 | 25.0 |
| Response ratio | –0.040* | –0.148 | –0.154* | –0.162* | –0.251 |

*p < 0.001; significance testing at protocol-specified dosages

Both sexes responded to Neurontin®, with females exhibiting a slightly better response than males.

**INDICATIONS AND USAGE**

Neurontin® (gabapentin) is indicated as adjunctive therapy in the treatment of partial seizures with and without secondarily generalized tonic-clonic seizures in adults with epilepsy.

**CONTRAINDICATIONS**

Neurontin® is contraindicated in patients who have demonstrated hypersensitivity to the drug or its ingredients.

**WARNINGS**

Antiepileptic drugs should not be suddenly discontinued because of the possibility of increasing seizure frequency.

**PRECAUTIONS**

*Information for Patients*
Patients should be instructed to take Neurontin® only as prescribed.

*Drug/Laboratory Tests Interactions*
Because false positive readings were reported with the Ames N-Multistix SG® dipstick test when gabapentin was added to other antiepileptic drugs, the more specific sulfosalicylic acid precipitation procedure is recommended to determine the presence of urine protein.

*Laboratory Tests*
Clinical trials data indicate that routine monitoring of clinical laboratory parameters is not necessary for the safe use of Neurontin®. The value of monitoring Neurontin® blood concentrations has not been established. Neurontin® may be used in combination with other antiepileptic drugs without concern for alteration of the blood concentrations of gabapentin or of other antiepileptic drugs.

*Drug Interactions*
There is no pharmacokinetic interaction between gabapentin and phenytoin, valproate, carbamazepine, or phenobarbital. Gabapentin steady-state pharmacokinetics are similar for healthy subjects and patients with epilepsy receiving antiepileptic agents. Coadministration of Neurontin® with an oral contraceptive does not influence the steady-state pharmacokinetics of norethindrone or ethinyl estradiol. Coadministration of Neurontin® with an aluminum- and magnesium-based antacid reduces gabapentin bioavailability by 20%, however this decrease is not expected to be of clinical importance. Renal excretion of gabapentin is unaltered by probenecid. A slight decrease in renal excretion of gabapentin observed when it is coadministered with cimetidine is not expected to be of clinical importance.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*
Gabapentin was given in the diet to mice at 200, 600, and 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for 2 years. A statistically significant increase in the incidence of pancreatic acinar cell tumors was found only in male rats at the highest dose. Peak plasma drug concentrations in rats at 2000 mg/kg are 14 times higher than plasma concentrations in humans given 2400 mg per day.

The pancreatic acinar cell tumors in male rats are low-grade malignancies, did not affect survival, did not metastasize or invade surrounding tissue, and were similar to those seen in concurrent controls. The relevance of these pancreatic acinar cell tumors in male rats to carcinogenic risk in humans is unclear.

Gabapentin has demonstrated no genotoxic potential. It was not mutagenic in vitro in standard assays using bacterial or mammalian cells. Gabapentin did not induce structural chromosome aberrations in mammalian cells in vitro or in vivo, and did not induce micronucleus formation in the bone marrow of hamsters.

No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (42 times a human dose of 2400 mg/day on a mg/kg basis, or up to approximately 7 times the human dose on a mg/m² basis).

*Pregnancy—Category B*
No harm to the fetus or evidence of impaired fertility due to gabapentin were noted in reproduction studies in mice given up to 62 times the human dose or in rats or rabbits given up to 31 times the human dose of 2400 mg/day. These doses are up to 5 times (mice, rats) and 10 times (rabbits) the human dose on a mg/m² basis. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

*Use in Nursing Mothers*
It is not known if gabapentin is excreted in human milk and the effect on the nursing infant is unknown.

*Pediatric Use*
Safety and effectiveness in children below the age of 12 years have not been established.

*Geriatric Use*
No systematic studies in geriatric patients have been conducted. Data from a total of 59 participants over age 65 who have received Neurontin® in premarketing clinical trials show no increased rate of adverse events in the elderly compared with younger participants. The dose of Neurontin® should be adjusted as noted in DOSAGE AND ADMINISTRATION (Table 4) for elderly patients with compromised renal function.

**ADVERSE REACTIONS**

Neurontin® has been evaluated for safety in 2075 individuals and was well tolerated. Since Neurontin® was most always administered in combination with other antiepileptic agents, it was not possible to determine which agent(s), if any, was associated with adverse events.

*Commonly Observed* The most commonly observed adverse events associated with the use of Neurontin® in combination with other antiepileptic drugs, not seen at an equivalent frequency among placebo-treated patients, were somnolence, dizziness, ataxia, fatigue, and nystagmus.

*Associated with Discontinuation of Treatment* Approximately 7% of the 2075 individuals who received Neurontin® in premarketing clinical trials discontinued treatment because of an adverse event. The adverse events most commonly associated with withdrawal were somnolence (1.2%), ataxia (0.8%), fatigue (0.6%), nausea and/or vomiting (0.6%), and dizziness (0.6%).

Neurontin
(Gabapentin Capsules)
0803G020

# DRAFT

## Neurontin (Gabapentin Capsules)

*Incidence in Controlled Clinical Trials:* Table 2 lists treatment-emergent signs and symptoms that occurred in at least 1% of Neurontin®-treated patients with epilepsy participating in placebo-controlled trials. In these studies, either Neurontin® or placebo was added to the patient's current antiepileptic drug therapy. Adverse events were usually mild to moderate in intensity.

The prescriber should be aware that these figures, obtained when Neurontin® was added to concurrent antiepileptic drug therapy, cannot be used to predict the frequency of adverse events in the course of usual medical practice where patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from other clinical investigations involving different treatments, uses, or investigators. An inspection of these frequencies, however, does provide the prescribing physician with one basis to estimate the relative contribution of drug and non-drug factors to the adverse event incidences in the population studied.

**TABLE 2. Treatment-Emergent Adverse Event Incidence in Controlled Add-On Trials in Epilepsy**

| Body System/<br>Adverse Event | Neurontin®<br>N = 543<br>% | Placebo*<br>N = 378<br>% |
|---|---|---|
| *Body as a Whole* | | |
| Fatigue | 11.0 | 5.0 |
| Headache | 8.1 | 9.0 |
| Weight Increase | 2.9 | 1.6 |
| Back Pain | 1.8 | 0.5 |
| Peripheral Edema | 1.7 | 0.5 |
| Viral Infection | 1.3 | 2.1 |
| Fever | 1.3 | 1.3 |
| *Cardiovascular* | | |
| Vasodilatation | 1.1 | 0.3 |
| *Digestive System* | | |
| Nausea and/or Vomiting | 6.1 | 7.1 |
| Dyspepsia | 2.2 | 0.5 |
| Abdominal Pain | 1.8 | 2.4 |
| Mouth or Throat Dry | 1.7 | 0.5 |
| Constipation | 1.5 | 0.8 |
| Dental Abnormalities | 1.5 | 0.3 |
| Diarrhea | 1.3 | 2.1 |
| Increased Appetite | 1.1 | 0.8 |
| *Hemic and Lymphatic Systems* | | |
| Leukopenia | 1.1 | 0.5 |
| *Musculoskeletal System* | | |
| Myalgia | 2.0 | 1.9 |
| Fracture | 1.1 | 0.8 |
| *Nervous System* | | |
| Somnolence | 19.3 | 8.7 |
| Dizziness | 17.1 | 6.9 |
| Ataxia | 12.5 | 5.6 |
| Nystagmus | 8.3 | 4.0 |
| Tremor | 6.8 | 3.2 |
| Convulsions | 3.5 | 4.2 |
| Dysarthria | 2.4 | 0.5 |
| Amnesia | 2.2 | 0.0 |
| Confusion | 1.7 | 1.9 |
| Twitching | 1.3 | 0.5 |
| Insomnia | 1.1 | 1.9 |
| Coordination Abnormal | 1.1 | 0.3 |
| *Psychobiologic Function* | | |
| Nervousness | 2.4 | 1.9 |
| Depression | 1.8 | 1.1 |
| Thinking Abnormal | 1.7 | 1.3 |
| Emotional Lability | 1.1 | 1.3 |
| *Respiratory System* | | |
| Rhinitis | 4.1 | 3.7 |
| Pharyngitis | 2.8 | 1.6 |
| Coughing | 1.8 | 1.3 |
| *Skin and Appendages* | | |
| Rash | 1.5 | 1.6 |
| Abrasion | 1.3 | 0.0 |
| Pruritus | 1.3 | 0.5 |
| Acne | 1.1 | 1.3 |
| *Urogenital System* | | |
| Impotence | 1.5 | 1.1 |
| *Special Senses* | | |
| Diplopia | 5.9 | 1.9 |
| Amblyopia^ | 4.2 | 1.1 |
| *Laboratory Deviations* | | |
| WBC Decreased | 1.1 | 0.5 |

*Plus background antiepileptic drug therapy
^Amblyopia was often described as blurred vision.

**Other Adverse Events Observed During All Clinical Trials**

*Other Adverse Events:* Neurontin® has been administered to 2075 individuals during all clinical trials, only some of which were placebo-controlled. During these trials, all adverse events were recorded by the clinical investigators using terminology of their own choosing. To provide a meaningful estimate of the proportion of individuals having adverse events, similar types of events were grouped into a smaller number of standardized categories using modified COSTART dictionary terminology. These categories are used in the listing below. The frequencies presented represent the proportion of the 2075 individuals exposed to Neurontin® who experienced an event of the type cited on at least one occasion while receiving Neurontin®. All reported events are included except those already listed in the previous table, those COSTART terms too general to be informative, and those events where a drug cause was remote. Events are further classified within body system categories and enumerated in order of decreasing frequency using the following definitions: frequent adverse events are defined as those occurring in at least 1/100 patients; infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in only one patient (less than 1/1000 patients). It is important to emphasize that, although the events reported did occur during treatment with Neurontin®, they were not necessarily caused by it.

*Body as a Whole—Frequent:* asthenia, malaise, pain, chest pain; *Infrequent:* allergy, face edema, generalized edema, weight decrease, pallor, chill, hernia, stress, facial pains, strange feelings, neoplasm; *Rare:* anterior chest pain, substernal chest pain, lassitude, alcohol intolerance, hangover effect, intentional injury, abnormal chest sounds.

*Cardiovascular System—Infrequent:* hypotension, heart failure, angina pectoris, thrombophlebitis, deep thrombophlebitis, peripheral vascular disorder, atrial fibrillation, palpitation, tachycardia, hypertension, migraine, murmur; *Rare:* myocardial infarction, cerebrovascular accident, coronary artery disease, myocardial ischemia, phlebitis, pulmonary thrombosis, ventricular extrasystoles, extrasystole, bradycardia, premature atrial contraction, pericardial rub, heart block, pulmonary embolus, hyperlipidemia, hypercholesterolemia, pericardial effusion, pericarditis, cardiovascular bruit.

*Digestive System—Frequent:* anorexia, flatulence; *Infrequent:* glossitis, gum hemorrhage, gingivitis, thirst, stomatitis, increased salivation, dysphagia, eructation, gastritis, gastroenteritis, peptic ulcer, hemorrhoids, bloody stools, colitis, bloody diarrhea, appendicitis, fecal incontinence, hepatomegaly, pancreatitis; *Rare:* blisters in mouth, tooth discolor, perleche, salivary gland enlarged, periodontal abscess, lip hemorrhage, esophagitis, stomach ulcer, hiatal hernia, hematemesis, ulcer exacerbation, eating disorder, dysentery, duodenal ulcer, proctitis, irritable bowel syndrome, rectal hemorrhage, rectum abscess.

*Endocrine System—Infrequent:* hyperthyroid, hypothyroid; *Rare:* goiter, hypoestrogen, ovarian failure, epididymitis, swollen testicle.

*Hemic and Lymphatic System—Frequent:* purpura most often described as bruises resulting from physical trauma; *Infrequent:* anemia, WBC count increased, thrombocytopenia, lymphadenopathy; *Rare:* lymphocytosis, non-Hodgkin's lymphoma, bleeding time increased.

## Neurontin (Gabapentin Capsules)

*Musculoskeletal System—Frequent:* arthralgia, joint disorder; *Infrequent:* tendinitis, arthritis, joint stiffness, joint swelling, costochondritis, degenerative joint disease, hypertonia, positive Romberg test, muscle tension, osteoporosis; *Rare:* bone pain, bone spurs, bursitis, contracture.

*Nervous System—Frequent:* vertigo, hyperkinesia, paresthesia, decreased or absent reflexes, increased reflexes; *Infrequent:* syncope, dreaming abnormal, aphasia, hypesthesia, intracranial hemorrhage, motor skills disorder, speech disorder, hypotonia, movement disorder, abnormal reflex, dysesthesia, paresis, dystonia, neuritis, hemiplegia, choreoathetosis, facial paralysis, stupor, orofacial dyskinesia, cranial nerve disorder, neuropathy, carpal tunnel syndrome, cerebellar dysfunction, positive Babinski sign, decreased position sense, encephalopathy, subdural hematoma, nerve palsy; *Rare:* apraxia, fine motor control disorder, perception disorder, meningism, brain damage, ganglion cyst, local myoclonus, hyperesthesia, hypokinesia.

*Psychobiologic Function—Frequent:* anxiety, hostility; *Infrequent:* apathy, hallucination, personality disorder, decrease or loss of libido, increased libido, agitation, paranoia, depersonalization, euphoria, feeling high, doped-up sensation, suicidal, psychosis, subdued temperament; *Rare:* mania, neurosis, hysteria, antisocial reaction, suicide gesture.

*Respiratory System—Frequent:* sinusitis, bronchitis, upper respiratory infection, pneumonia; *Infrequent:* epistaxis, mucositis, nasal mucosa disorder, tonsil disorder, asthma, pleural disorder, aspiration pneumonia, dyspnea, hyperventilation, respiratory infection, lower respiratory infection, apnea, hiccup, laryngitis; *Rare:* nasal obstruction, snoring, bronchospasm, hypoventilation, lung edema, lung cancer.

*Skin and Appendages—Infrequent:* alopecia, dermatitis, eczema, dry skin, increased sweating, urticaria, hirsutism, herpes zoster, skin infection, skin discolor, seborrhea, skin papules, abscess, cellulitis, cyst, furunculosis, mycotic infection, herpes simplex, photosensitive reaction, leg ulcer; *Rare:* scalp seborrhea, psoriasis, desquamation, maceration, skin nodules, subcutaneous nodule, melanosis, skin necrosis, mole.

*Urogenital System—Frequent:* urinary tract infection; *Infrequent:* hematuria, kidney pain, dysuria, urination frequency, cystitis, urinary retention, urinary incontinence, menstrual disorder, vaginal hemorrhage, leukorrhea, amenorrhea, vaginitis, intermenstrual bleeding, dysmenorrhea, pruritis genital, menorrhagia, suspicious pap smear, breast cancer, prostate disease/disorder, unable to climax, pregnancy, male genital disorders, ejaculation abnormal; *Rare:* renal stone, pyelonephritis, acute renal failure, anuria, kidney infection, kidney function abnormal, glycosuria, nephrosis, urination infrequency, polyuria, nocturia, pyuria, oliguria, urination urgency, urethral disorder, vaginal pain, breast pain, breast lump, testicle pain.

*Special Senses—Frequent:* abnormal vision; *Infrequent:* cataract, conjunctivitis, eyes dry, eye itching, eye pain, visual field defect, photophobia, bilateral or unilateral ptosis, eye twitching, eye hemorrhage, hordeolum, abnormal accommodation, pupil disorder, hearing loss, earache, tinnitus, inner ear infection, perforated eardrum, otitis, sensitivity to noise, taste loss, unusual taste; *Rare:* eye focusing problem, watery eyes, retinopathy, glaucoma, iritis, corneal disorders, lacrimal dysfunction, degenerative eye changes, blindness, retinal degeneration, moss, chonoretinitis, strabismus, eustachian tube dysfunction, labyrinthitis, ear fullness, otitis externa, odd smell.

**DRUG ABUSE AND DEPENDENCE**

The abuse and dependence potential of Neurontin® has not been evaluated in human studies.

**OVERDOSAGE**

Acute, life-threatening toxicity has not been observed with Neurontin® overdoses of up to 49 g. In these cases, dizziness, double vision, slurred speech, drowsiness, lethargy, and diarrhea were observed. All patients recovered with supportive care.

Although gabapentin can be removed by hemodialysis, based on prior experience it is usually not required. However, in patients with significant renal impairment, hemodialysis may be indicated.

**DOSAGE AND ADMINISTRATION**

**Initial Titration**

In controlled clinical trials, the effective dosing range occurred from 900 to 1800 mg/day. Titration to an effective dose can progress rapidly and can be accomplished over three days administering 300 mg once a day on Day 1, 300 mg BID on Day 2, and 300 mg TID on Day 3. Thereafter, the dose can be increased to 1200 mg using 400 mg strength in three equally divided doses.

**Maintenance Dosing**

Maintenance doses of 900 to 2400 mg/day can be accomplished using 300 or 400 mg strength given in three equally divided doses. Doses of 2400 mg/day have been well tolerated in open-label, long-term clinical trials.

The maximum time between doses in a TID schedule should not exceed 12 hours.

**TABLE 3. Dosing Chart**

| Initial Titration | | | |
|---|---|---|---|
| Dose<br>900 mg | Day 1<br>300 mg QD | Day 2<br>300 mg BID | Day 3<br>300 mg TID |

| Maintenance Dosing | |
|---|---|
| Dose | Schedule |
| 900 mg | 300 mg TID |
| 1200 mg | 400 mg TID |
| 1800 mg | 2 x 300 mg TID |
| 2400 mg | 2 x 400 mg TID |

Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended as follows.

**TABLE 4. Neurontin® Dosage Based on Renal Function**

| Renal Function<br>Creatinine Clearance<br>(mL/min) | Total Daily Dose<br>(mg/day) | Dose Regimen<br>(mg) |
|---|---|---|
| >60 | 1200 | 400 TID |
| 30-60 | 600 | 300 BID |
| 15-30 | 300 | 300 QD |
| <15 | 150 | 300 QOD* |
| Hemodialysis | — | 200-300^ |

*Every other day
^Loading dose of 300 to 400 mg in patients who have never received Neurontin®, then 200 to 300 mg Neurontin® following each 4 hours of hemodialysis

**HOW SUPPLIED**

Neurontin® (gabapentin capsules) are supplied as follows:

100-mg capsules
White SUPRO® capsules with identifying printing on capsules
N 0071-0803-24 bottles of 100 capsules
N 0071-0803-40 5 x 10 unit dose blisters

300-mg capsules
Yellow SUPRO® capsules with identifying printing on capsules
N 0071-0805-24 bottles of 100 capsules
N 0071-0805-40 5 x 10 unit dose blisters

400-mg capsules
Orange SUPRO® capsules with identifying printing on capsules
N 0071-0806-24 bottles of 100 capsules
N 0071-0806-40 5 x 10 unit dose blisters

Store at controlled room temperature 15°-30°C (59°-86°F).

Caution: Federal law prohibits dispensing without prescription.

Issued December 1993

**PARKE-DAVIS**
Div of Warner-Lambert Co   © 1993
Morris Plains, NJ 07950 USA