# EXHIBIT 15



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

NDA 20-235                                                    Food and Drug Administration
                                                             Rockville MD 20857

Parke-Davis Pharmaceutical Research
Division of Warner-Lambert Company
Attention: Janeth L. Turner                                  DEC 2 1 1993
Worldwide Regulatory Affairs
2800 Plymouth Road
Ann Arbor, Michigan 48105

Dear Ms. Turner:

Reference is made to your new drug application dated January 15, 1992 submitted under
section 505(b) of the Federal Food, Drug and Cosmetic Act for Neurontin®(gabapentin) 100,
300, and 400 mg capsules.

We also acknowledge receipt of your additional communications dated:

| | | | | | |
|---|---|---|---|---|---|
| 01-30-92 | 03-20-92 | 03-27-92 | 04-21-92 | 04-23-92 | 05-15-92 |
| 05-21-92 | 05-22-92 | 05-29-92 | 06-01-92 | 06-03-92 | 06-05-92 |
| 06-08-92 | 06-16-92 | 06-18-92 | 06-19-92 | 06-25-92 | 06-26-92 |
| 07-09-92 | 07-14-92 | 07-15-92 | 07-16-92 | 07-17-92 | 08-06-92 |
| 08-11-92 | 08-12-92 | 08-14-92 | 08-19-92 | 08-20-92 | 08-21-92 |
| 09-02-92 | 09-11-92 | 09-14-92 | 09-22-92 | 09-23-92 | 09-24-92 |
| 09-29-92 | 10-01-92 | 10-02-92 | 10-07-92 | 10-09-92 | 10-13-92 |
| 10-14-92 | 10-16-92 | 10-19-92 | 10-20-92 | 10-21-92 | 10-26-92 |
| 10-22-92 | 10-23-92 | 10-27-92 | 10-29-92 | 10-30-92 | 11-04-92 |
| 11-05-92 | 11-06-92 | 11-09-92 | 11-12-92 | 11-17-92 | 11-18-92 |
| 11-19-92 | 11-23-92 | 11-24-92 | 11-25-92 | 12-02-92 | 12-03-92 |
| 12-08-92 | 12-11-92 | 12-16-92 | 12-23-92 | 01-20-93 | 01-21-93 |
| 01-26-93 | 01-29-93 | 02-04-93 | 02-09-93 | 02-11-93 | 02-26-93 |
| 03-29-93 | 04-02-93 | 04-05-93 | 04-21-93 | 04-23-93 | 05-04-93 |
| 05-11-93 | 05-14-93 | 05-28-93 | 06-02-93 | 08-03-93 | 08-11-93 |
| 08-25-93 | 09-02-93 | 09-10-93 | 09-17-93 | 09-22-93 | 09-23-93 |
| 09-24-93 | 10-01-93 | 10-13-93 | 10-18-93 | 10-20-93 | 10-21-93 |
| 10-29-93 | 11-03-93 | 11-15-93 | 02-03-93 | 12-10-93 | 12-14-93 |
| 12-16-93 | | | | | |

We have completed our review of this application and it is APPROVABLE as adjunctive
therapy in the treatment of partial seizures with and without secondary generalization in adults
with epilepsy under the conditions of use described in the draft labeling attached to this letter.
With respect to that labeling, when specific wording is proposed, please use the text verbatim
or contact the Division of Neuropharmacological Drug Products to discuss changes.
Additional requests concerning the labeling are embedded within the text of the proposed
labeling. Also, please include those serious adverse events that have been reported since
your last safety update and that are not currently included in the draft labeling.

CONFIDENTIAL                                              WLC_CBU_119980

NDA 20-235                                                                              2

However, before this application can be approved the following issues in addition to labeling need to be satisfactorily resolved:

**Clinical:**

1.    FOREIGN REGULATORY UPDATE/LABELING:

We require a review of the status of all gabapentin actions taken or pending before foreign regulatory authorities. Approval actions can be noted, but we ask that you describe in detail any and all actions taken that have been negative, supplying a full explanation of the views of all parties and the resolution of the matter. In addition, we ask that you provide us current foreign labeling for gabapentin, along with the English translations when needed. If gabapentin labeling is uniform worldwide, it would, of course, be sufficient to provide only the English translation of that standard labeling. In addition, we seek an explanation for the warning in the product labeling used in the UK that advises caution in the use of Neurontin in patients with "absence seizures".

**Chemistry:**

The chemistry issues that need to be satisfactorily resolved are:

1.    Establishment inspections have not yet been completed. We cannot approve this application until satisfactory Establishment Inspection Reports have been received for all facilities involved in the manufacture and packaging of the bulk drug and the drug product.

2.    Regarding methods validation, please note that this has not been satisfactorily completed and we will expect your full cooperation in resolving any problems that may arise.

**Pharmacology:**

At the October 24, 1991 meeting of the Peripheral and Central Nervous Systems Drugs Advisory Committee, the issue of the relevance to humans of the finding of an increased incidence of pancreatic acinar cell adenomas and carcinomas in male rats receiving gabapentin in the diet for two years was discussed. The committee concluded that the finding represented a signal that gabapentin is a potential human carcinogen, but the it could not be determined whether the carcinogenic risk to humans was greater than that posed by available antiepileptic drugs. The committee recommended that you conduct studies to determine the mechanism by which the carcinogenic response was occurring. Exploratory studies have been submitted which examine the effects of gabapentin on cell proliferation and cholecystokinin levels in rats. However, no definitive mechanism has been identified. We request that you continue efforts to identify the mechanism by which this carcinogenic response is occurring so that potential human risk may be better assessed.

NDA 20-235                                                                                      3

## Biopharmaceutics:

The Division of Biopharmaceutics recommends the following Dissolution specifications for gabapentin:

> USP Apparatus II (paddle)
> RPM: 50
> Medium: 900 ml of 0.06 N hydrochloric acid at 37 ° C
> Time: 20 minutes
> Specifications: Not less than 80% dissolved at 20 minutes

Please submit, in triplicate, the advertising copy which you intend to use in your proposed introductory promotional and/or advertising campaign. Please submit one copy to the Division of Neuropharmacological Drug Products, and the two copies to the Division of Drug Marketing, Advertising and Communications, HFD-240, Room 17B-17, 5600 Fishers Lane, Rockville, Maryland 20857. Please submit all proposed materials in draft or mock-up form, not final print. Also, please do not use form FD-2253 for this submission; this form is for routine use, not proposed materials.

Please submit twelve copies of the final printed labels and other labeling.

In accordance with the policy described in 21 CFR 314.102(d) and in the Center for Drug Evaluation and Research Staff Manual Guide CDB 4820.6, you may request an informal conference with the Division to discuss what further steps you need to secure approval. The meeting is to be requested at least 15 days in advance. Alternatively, you may choose to receive such a report via a telephone call. Should you wish this conference or a telephone report, or should any questions arise concerning this NDA, please contact Ms. Nancy Chamberlin, Consumer Safety Officer, at (301) 443-3830.

Within 10 days after the date of this letter, you are required to amend the application, or notify us of your intent to file an amendment, or follow one of the other options under 21 CFR 314.110. In the absence of such action FDA may take action to withdraw the application.

The drug may not be legally marketed for the indication provided by this application until you have been notified in writing that the application is approved.

Sincerely yours,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Attachment (1)

December 21, 1993

## DESCRIPTION

Neurontin® (gabapentin capsules) is supplied as imprinted hard shell capsules containing 100 mg, 300 mg, and 400 mg of gabapentin. The inactive ingredients are lactose, corn starch, and talc. The 100-mg capsule shell contains gelatin and titanium dioxide. The 300-mg capsule shell contains gelatin, titanium dioxide, and yellow iron oxide. The 400-mg capsule shell contains gelatin, red iron oxide, titanium dioxide, and yellow iron oxide. The imprinting ink contains FD&C Blue No. 2 and titanium dioxide.

Gabapentin is described as 1-(aminomethyl) cyclohexaneacetic acid with an empirical formula of $C_9H_{17}NO_2$ and a molecular weight of 171.24. The molecular structure of gabapentin is:


[Insert chemical structure here.]


Gabapentin is a white to off-white crystalline solid. It is freely soluble in water and both basic and acidic aqueous solutions.

## CLINICAL PHARMACOLOGY

### Mechanism of Action:

The mechanism by which gabapentin exerts its anticonvulsant action is unknown, but in animal test systems designed to detect anticonvulsant

WLC_CBU_119983

activity, gabapentin has properties in common with other marketed anticonvulsants.   Gabapentin exhibits anti-seizure activity in mice and rats in both the maximal electroshock and   pentylenetetrazole seizure models and other preclinical models (e.g., strains with genetic epilepsy, etc.).   The relevance of these models to human epilepsy is not known.

> [N.B. Note to the firm:   please develop and insert in this location, a statement about the activity, or lack thereof, of gabapentin at the more common neurotransmitter binding sites (e.g., alpha 1 and 2, beta 1 and 2, muscarinic and nicotinic cholinergic, DA, H1, H2, Serotonin receptors, etc.).   Please provide an accompanying annotated description of the test systems, including a brief, but complete description of the assay conditions, concentrations of standard ligands and gabapentin used, and the method used to calculate each affinity and/or inhibitory constants estimated.   This detail is required to allow our staff to assess the validity of the estimates offered.   If you conclude that inadequate data is available, please state this explicitly in labelling.]

Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but it   does not interact with GABA receptors, it is not converted metabolically into GABA or a GABA agonist, and it is not an inhibitor of GABA uptake or degradation.

*Distribution*

Gabapentin circulates largely unbound (< 3%) to plasma protein. The
apparent volume of distribution of gabapentin after 150 mg intravenous
administration is 58 ±6 L (Mean ±SD). In patients with epilepsy,
steady-state predose (Cmin) concentrations of gabapentin in cerebrospinal
fluid were approximately 20% of the corresponding plasma concentrations.

*Elimination*

Following oral administration all gabapentin reaching the systemic
circulation is excreted renally as unchanged drug.

Gabapentin is excreted with a terminal half-life of 5 - 7 hours which is
unaltered after multiple dosing and not affected by either dose or the
route of administration. Gabapentin elimination rate constant, plasma
clearance, and renal clearance are directly proportional to creatinine
clearance (see Special Populations: patients with renal insufficiency,
below). In elderly patients, and in patients with impaired renal function,
gabapentin plasma clearance is reduced. Gabapentin can be removed from
plasma by hemodialysis.

Dosage adjustment in patients with compromised renal function or
undergoing hemodialysis is recommended (see DOSAGE AND
ADMINISTRATION, Table 2).

CONFIDENTIAL
WLC_CBU_119985

## Special Populations

**Patients with renal insufficiency:**   Subjects (N=60) with renal insufficiency (mean creatinine clearance ranging from 13-114 ml/min) were administered single 400 mg oral doses of gabapentin.  The mean half-life of drug ranged from about 6.5 hours (patients with creatinine clearance > 60 ml/min) to 52 hours (creatinine clearance <30 ml/min) and gabapentin renal clearance from about 90 ml/min (> 60 ml/min group)  to about 10 ml/min (<30 ml/min).   The mean plasma clearance (CL/F) decreased from about 190 ml/min to about 20 ml/min.

Dosage adjustment in patients with compromised renal function is necessary (see DOSAGE AND ADMINISTRATION).

**Hemodialysis:** In a study in anuric subjects (n=11), the apparent elimination half-life of gabapentin on non-dialysis days was about 132 hours; routine dialysis (three times a week) lowered the apparent half-life of gabapentin by about 60%, from 132 hours to 51 hours.  Routine hemodialysis thus has a significant effect on gabapentin elimination in anuric subjects.

Dosage adjustment in patients undergoing hemodialysis is necessary (see DOSAGE AND ADMINISTRATION).

**Hepatic disease:** Because gabapentin is not metabolized, or excreted  by the liver,  no study was performed in patients with hepatic impairment.

CONFIDENTIAL

**Age:** The effect of age was studied in subjects 20-80 years of age. Apparent oral clearance (CL/F) of gabapentin decreased as age increased, from over 200 ml/min in those under 30 years of age to about 125 ml/min in those over 70 years of age. Renal clearance (CLr) and CLr adjusted for body surface area also declined with age, however, and the decline in renal clearance of gabapentin with age can largely be explained by the decline in renal function. Reduction of gabapentin dose may be required in patients who have age related compromised renal function. (See Precautions, Geriatric Use, and Dosage and Administration.)

**Pediatric:** No pharmacokinetic data are available in children below the age of 18 years.

**Gender:** Although no formal study has been conducted to compare the pharmacokinetics of gabapentin in men and women, it appears that the pharmacokinetic parameters for males and females are similar and there are no significant gender differences.

   [Note to firm: Please submit data to support this statement.]

**Race:** Pharmacokinetic differences due to race have not been studied. Gabapentin is primarily renally excreted, however, there are not important racial differences in creatinine clearance. Pharmacokinetic differences due to race would not be expected.

CONFIDENTIAL                                        WLC_CBU_119987

## Clinical Studies:

The effectiveness of Neurontin® as adjunctive therapy (added to other antiepileptic drugs) was established in three multicenter placebo-controlled, double-blind, parallel-group clinical trials in 705 adults with refractory partial seizures.  The patients  enrolled had a history of at least 4 partial seizures per month in spite of receiving one or more antiepileptic drugs at therapeutic levels and were observed on their established antiepileptic drug regimen during a 12-week baseline period. In patients continuing to have at least 2 (or 4 in some studies) seizures per month, Neurontin® or placebo was then added on to the existing therapy during a 12-week treatment period.  Effectiveness was assessed primarily on the basis of the percent of patients with a 50% or greater reduction in seizure frequency from baseline to treatment (the "responder rate") and a derived measure called response ratio, a measure of change defined as  $(T - B)/(T + B)$, where B is the patient's baseline seizure frequency and T is the patient's seizure frequency during treatment. Response ratio is distributed within the range -1 to +1.  A zero value indicates no change while complete elimination of seizures would give a value of -1; increased seizure rates would give positive values.  A response ratio of -0.33 corresponds to a 50% reduction in seizure frequency.  The results given below are for all partial seizures in the intent-to-treat (all patients who received any doses of treatment) population in each study, unless otherwise indicated.

One study compared Neurontin® 1200 mg/day T.I.D. with placebo. Responder rate was 23% (14/61) in the Neurontin® group and 9% (6/66) in

CONFIDENTIAL                                              WLC_CBU_119988

the placebo group; the difference between groups was statistically significant. Response ratio was also better in the Neurontin® group (-0.199) than in the placebo group (-0.044), a difference that also achieved statistical significance.

A second study compared primarily 1200 mg/day T.I.D. Neurontin® (N = 101) with placebo (N = 98). Additional smaller Neurontin® dosage groups (600 mg/day, N = 53; 1800 mg/day, N = 54) were also studied for information regarding dose response. Responder rate was higher in the Neurontin® 1200 mg/day group (16%) than in the placebo group (8%), but the difference was not statistically significant. The responder rate at 600 mg (17%) was also not significantly higher than in the placebo, but the responder rate in the 1800 mg group (26%) was statistically significantly superior to the placebo rate. Response ratio was better in the Neurontin® 1200 mg/day group (-0.103) than in the placebo group (-0.022), but this difference was also not statistically significant (p =0.224). A better response was seen in the Neurontin® 600 mg/day group (-0.105) and 1800 mg/day group (-0.222) than in the 1200 mg/day group, with the latter achieving statistical significance compared to the placebo group.

A third study compared Neurontin® 900 mg/day T.I.D. (N = 111) and placebo (N = 109). An additional Neurontin® 1200 mg/day dosage group (N = 52) provided dose-response data. A statistically significant difference in responder rate was seen in the Neurontin® 900 mg/day group (22%) compared to that in the placebo group (10%). Response ratio was

also statistically significantly superior in the Neurontin® 900 mg/day group (-0.119) compared to that in the placebo group (-0.017), as was response ratio in the 1200 mg/day Neurontin® (-0.184) compared to placebo.

Analyses were also performed in each study to examine the effect of Neurontin on preventing secondarily generalized tonic-clonic seizures. Patients who experienced a secondarily generalized tonic clonic seizure in either the baseline or in the treatment period in all three placebo controlled studies were included in these analyses. There were several response ratio comparisons that showed a statistically significant advantage for Neurontin compared to placebo and favorable trends for almost all comparisons.

Analysis of responder rate using combined data from all three studies and all doses (N = 162, Neurontin®: N = 89, placebo) also showed a significant advantage for Neurontin® over placebo in reducing the frequency of secondarily generalized tonic-clonic seizures.

In two of the three controlled studies, more that one dose of Neurontin was used but results did not show a consistently increased response to dose (see figure 1).

**[Note to firm: Please include a statement about dose response and include data to support it.]**

CONFIDENTIAL                              WLC_CBU_119990

Neurontin  labeling  draft  12/21/93                                    page 10

FIGURE 1. Percent Difference in Response Rate as a function of Dose and Study



In the figure, treatment effect magnitude, measured on the Y axis in terms of the difference in the proportion of gabapentin and placebo assigned patients attaining a 50% or greater reduction in seizure frequency from baseline, is plotted against the daily dose of gabapentin administered (X axis).

[Note to firm: Please include a statement about the effects, if any, of gender, age and race on efficacy, and details of the analyses used to support these statements.]

## INDICATIONS AND USAGE

Neurontin® (gabapentin) is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy.

## CONTRAINDICATIONS

Neurontin® is contraindicated in patients who have demonstrated hypersensitivity to the drug or its ingredients.

## WARNINGS

**Withdrawal precipitated seizure, Status Epilepticus:**

Antiepileptic drugs should not be abruptly discontinued because of the possibility of increasing seizure frequency.

Among the 2075 patients treated with neurontin as of December 31, 1992, there have been 31 reports of status epilepticus in patients receiving gabapentin. Of these, 14 patients had no prior history of status epilepticus either before treatment or while on other medications. Because adequate historical data are not available, it is impossible to say whether or not treatment with Neurontin is associated with a higher or

CONFIDENTIAL

lower rate of status epilepticus than would be expected to occur in a
similar population not treated with Neurontin.


## Tumorigenic  potential:

In standard preclinical in-vivo lifetime carcinogenicity studies, an
unexpectedly high incidence of pancreatic acinar adenocarcinomas was
identified in male, but not female, rats. (See Carcinogenesis, mutagenesis,
impairment of fertility).   The clinical significance of this finding is
unknown. Clinical experience during gabapentin's pre-marketing
development provides no direct means to assess its potential for inducing
tumors in humans.

> [Note to firm: Please provide an enumeration and  brief
> description of all new tumors reported during exposure
> to and/or shortly following withdrawal from
> Neurontin.   Also provide an enumeration and
> description of all reports of pre-existing tumors,
> worsening in association with the use of Neurontin.
> These tabulations should consider the 2075 patients
> exposed to Neurontin during its pre-marketing
> development to the cut-off date of 12/31/92.   You may
> explain that this information is being provided for
> completeness and that without knowledge of  the
> background incidence of tumor occurrence and/or
> recurrence in a similar population not treated with

Neurontin, it is impossible to know if the incidence seen in the Neurontin treated cohort is or is not related to treatment.]

## Sudden and unexplained deaths (SUD):

During the course of Neurontin®'s premarketing development, 8 sudden and unexpected deaths (SUDs) were recorded among a cohort of 2048 patients (1971 patient years of exposure).

> [Note to firm: Please update the estimate of patient years of exposure up to and including the data from the 4th Safety Update submitted 12/14/1993, but exclude exposure data for patients studied for migraine, Huntington's disease, and spasticity. The total relevant population, and the patient-years of exposure and the incidence of deaths per patient-year currently cited in this section will need to be recalculated.]

Some of these could represent seizure-related deaths but where the seizure was not observed, e.g., at night. The incidence of 0.0025 deaths per patient-year exceeds that expected in a healthy population matched for age and sex, but the risk of SUD is considerably higher among epileptic patients than among normals. Estimates of how much higher that risk is, however, cover a wide range, depending on the population. Incidence estimates reported in the literature, expressed in deaths per

CONFIDENTIAL

patient year at risk (as epileptics) are as high as 0.005 for patients with refractory epilepsy but as low as 0.0005 for the general population of epileptics. Consequently, whether the literature is reassuring or raises further concern depends on comparability of the populations reported upon to the Neurontin cohort and the accuracy of the estimates provided.

A more suitable basis for comparison would be a population similar to the one participating in the Neurontin development program studied in generally similar trials as part of a drug development program. The incidence of SUD in the only such cohort for which data are available, evaluated more or less contemporaneously with Neurontin, was found to be the same as with Neurontin®, approximately 0.003 deaths per patient year of exposure.

## PRECAUTIONS

### Information for Patients:
Patients should be instructed to take Neurontin® only as prescribed.

Patients should be advised that Neurontin® may cause dizziness, somnolence and other symptoms and signs of CNS depression. Accordingly, they should be advised neither to drive a car nor to operate other complex machinery until they have gained sufficient experience on Neurontin® to

CONFIDENTIAL

gauge whether or not it affects their mental and/or motor performance adversely.

**Laboratory Tests:**

Clinical trials data do not indicate that routine monitoring of clinical laboratory parameters is necessary for the safe use of Neurontin®. The value of monitoring Neurontin® blood concentrations has not been established. Neurontin® may be used in combination with other antiepileptic drugs without concern for alteration of the blood concentrations of gabapentin or of other antiepileptic drugs.

**Drug Interactions:**

Gabapentin is not appreciably metabolized nor does it interfere with the metabolism of commonly co-administered anti-epileptic drugs. Nonetheless, although interactions attributable to effects on drug metabolism are unlikely, other modes of interaction are possible (e.g., via effects on absorption, or non-metabolic elimination).

CONFIDENTIAL                                         WLC_CBU_119996

The drug interaction data described in this section were obtained from controlled clinical trials and studies involving otherwise healthy adults with epilepsy.

*Phenytoin:* In a single and multiple dose study of gabapentin (400 mg T.I.D.) in epileptic patients (N=8) maintained on phenytoin monotherapy for at least 2 months, gabapentin had no effect on the steady-state trough plasma concentrations of phenytoin and phenytoin had no effect on gabapentin pharmacokinetics.

*Carbamazepine:* Steady-state trough plasma carbamazepine and carbamazepine 10, 11 epoxide concentrations were not affected by concomitant gabapentin (400 mg T.I.D.; N=12) administration.  Likewise, gabapentin pharmacokinetics were unaltered by carbamazepine administration.

*Valproic Acid:* The mean steady state trough serum valproic acid concentrations prior to and during concomitant gabapentin administration (400 mg T.I.D.; N = 17) were not different and neither were gabapentin pharmacokinetic parameters affected by valproic acid.

*Phenobarbital:* Estimates of steady-state pharmacokinetic parameters for phenobarbital or gabapentin (300 mg T.I.D.; N=12) are identical whether the drugs are administered alone or together.

CONFIDENTIAL

*Cimetidine:*   In the presence of cimetidine at 300 mg Q.I.D. (N=12) the mean apparent oral clearance of gabapentin fell by 14% and creatinine clearance fell by 10%.  Thus cimetidine appeared to alter the renal excretion of both gabapentin and creatinine, an endogenous marker of renal function.  This small decrease in excretion of gabapentin  by cimetidine is not expected to be of clinical importance.  The effect of gabapentin on cimetidine was not evaluated.

*Oral Contraceptive:* Based on AUC and half-life, multiple-dose pharmacokinetic profiles of norethindrone and ethinyl estradiol following administration of 2.5/50 Norlestrin tablets were similar with and without coadministration of gabapentin (400 mg ; N=13).  The Cmax of norethindrone was 13% higher when it was coadministered with gabapentin.

*Antacid (Maalox):* Maalox reduced the bioavailability of gabapentin (N = 16) by about 20%.  This decrease in bioavailability was about 5% when gabapentin was administered 2 hours after Maalox.  It is recommended that gabapentin be taken at least 2 hours following Maalox administration.

*Effect of Probenecid:* Probenecid is a blocker of renal tubular secretion. Gabapentin pharmacokinetic parameters without and with probenecid were comparable.  This indicates that gabapentin does not undergo renal tubular secretion by the pathway that is blocked by probenecid.

**Drug/Laboratory Tests Interactions:** Because false positive readings were reported with the Ames N-Multistix SG® dipstick test for urinary protein when gabapentin was added to other antiepileptic drugs, the more specific sulfosalicylic acid precipitation procedure is recommended to determine the presence of urine protein.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** Gabapentin was given in the diet to mice at 200, 600, and 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for 2 years. A statistically significant increase in the incidence of pancreatic acinar cell adenomas and carcinomas was found in male rats receiving the high dose; the no-effect dose for the occurrence of carcinomas was 1000 mg/kg/day. Peak plasma concentrations of gabapentin in rats receiving the high dose of 2000 mg/kg/day were 10 times higher than plasma concentrations in humans receiving 3600 mg per day and in rats receiving 1000 mg/kg/day peak plasma concentrations were 6.5 times higher than in humans receiving 3600 mg/day. The pancreatic acinar cell carcinomas did not affect survival, did not metastasize and were not locally invasive. Studies to attempt to define a mechanism by which this relatively rare tumor type is occurring are in progress. The relevance of this finding to carcinogenic risk in humans is unclear.

Gabapentin did not demonstrate mutagenic or genotoxic potential in three *in vitro* and two *in vivo* assays. It was negative in the Ames test and the *in vitro* HGPRT forward mutation assay in Chinese hamster lung cells; it did not produce significant increases in chromosomal abberations in the *in*

CONFIDENTIAL

Neurontin labeling draft 12/21/93                                   page 19

*vitro* Chinese hamster lung cell assay; it was negative in the *in vivo* chromosomal abberation assay and in the *in vivo* micronucleus test in Chinese hamster bone marrow.

No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (approximately 7 times the maximum recommended human dose on a mg/m2 basis).

**Pregnancy:** **Pregnancy category C.** Gabapentin has been shown to be fetotoxic in rodents, causing delayed ossification of several bones in the skull, vertebrae, forelimbs and hindlimbs. These effects occurred when pregnant mice received oral doses of 1000 or 3000 mg/kg/day during the period of organogenesis, or approximately 1 to 4 times the maximum dose of 3600 mg/day given to epileptic patients on a mg/m2 basis. The no effect level was 500 mg/kg/day or approximately 1/2 of the human dose on a mg/m2 basis.

When rats were dosed prior to and during mating, and throughout gestation, pups from all dose groups (100, 1000 and 2000 mg/kg/day) were affected. These doses are equivalent to less than approximately 1/4 to 5 times the maximum human dose on a mg/m2 basis. There was an increased incidence of hydroureter and/or hydronephrosis in rats in a study of fertility and general reproductive performance at 3000 mg/kg/day with no effect at 1000 mg/kg/day, in a teratology study at 1500 mg/kg/day with no effect at 300 mg/kg/day, and in a perinatal and postnatal study at all doses studied (500, 1000 and 2000 mg/kg/day). The

CONFIDENTIAL

doses at which the effects occurred are approximately ≤ 2 to 5 times the maximum human dose of 3600 mg/day on a mg/m2 basis; the no effect doses were approximately 3 times (Fertility and General Reproductive Performance study) and approximately equal to (Teratogenicity study) the maximum human dose on a mg/m2 basis. A non dose-related increased incidence of postimplantation fetal loss occurred in rabbits at 60, 300 and 1500 mg/kg/day, or less than approximately 1/4 to 8 times the maximum human dose on a mg/m2 basis. There are no adequate and well controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Use In Nursing Mothers:** It is not known if gabapentin is excreted in human milk and the effect on the nursing infant is unknown. However, because many drugs are excreted in human milk, Neurontin should be used in women who are nursing only if the benefits clearly outweigh the risks.

**Pediatric Use:** Safety and effectiveness in children below the age of 12 years have not been established.

**Geriatric Use:** No systematic studies in geriatric patients have been conducted. Adverse clinical events reported among 59 neurontin exposed patients over age 65 did not differ in kind from those reported for younger individuals. The small number of older individuals evaluated, however, limits the strength of any conclusions reached about the influence, if any,

of age on the kind and incidence of adverse event or laboratory abnormality associated with the use of Neurontin.

Because Neurontin® is eliminated primarily by renal excretion, the dose of Neurontin® should be adjusted as noted in Dosage and Administration (Table 2) for elderly patients with compromised renal function. Creatinine clearance is difficult to measure in outpatients and serum creatinine may be reduced in the elderly because of decreased muscle mass. $C_{Cr}$'s can be reasonably well calculated for males using the equation of Cockcroft and Gault:

$$C_{cr} = (140 - Age)wt/72 \times P_{cr}$$

where age is in years, wt is in kilograms and $P_{cr}$ is plasma creatinine. For females, the calculated $C_{cr}$ should be multiplied by 0.85.


## ADVERSE REACTIONS

The most commonly observed adverse events associated with the use of Neurontin® in combination with other antiepileptic drugs, not seen at an equivalent frequency among placebo-treated patients, were somnolence, dizziness, ataxia, fatigue, and nystagmus.

Approximately 7% of the 2075 individuals who received Neurontin® in premarketing clinical trials discontinued treatment because of an adverse event. The adverse events most commonly associated with withdrawal

CONFIDENTIAL

were somnolence (1.2%), ataxia (0.8%), fatigue (0.6%), nausea and/or vomiting (0.6%), and dizziness (0.6%).

*Incidence in Controlled Clinical Trials:*   Table 1 lists treatment-emergent signs and symptoms that occurred in at least 1% of Neurontin®-treated patients with epilepsy participating in placebo-controlled trials and were numerically more common in the Neurontin® group. In these studies, either Neurontin® or placebo was added to the patient's current antiepileptic drug therapy. Adverse events were usually mild to moderate in intensity.

The prescriber should be aware that these figures, obtained when Neurontin® was added to concurrent antiepileptic drug therapy, cannot be used to predict the frequency of adverse events in the course of usual medical practice where patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from other clinical investigations involving different treatments, uses, or investigators. An inspection of these frequencies, however, does provide the prescribing physician with one basis to estimate the relative contribution of drug and non-drug factors to the adverse event incidences in the population studied.

CONFIDENTIAL                                                    WLC_CBU_120003

Neurontin  labeling  draft  12/21/93                                page 23

TABLE 1: Treatment-Emergent Adverse Event Incidence in Controlled Add-
On Trials (Events in at least 1% of Neurontin patients and
numerically more frequent than in the placebo group)

                                                            WLC_CBU_120004

TABLE 1.  Treatment-Emergent Adverse Event Incidence in Controlled
Add-On Trials in Epilepsy
(Page 1 of 2)

| Body System/<br>Adverse Event | Neurontine[a]<br>N = 543<br>% | Placebo[a]<br>N = 378<br>% |
|---|---|---|
| **Body As A Whole** | | |
| Fatigue | 11.0 | 5.0 |
| Weight Increase | 2.9 | 1.6 |
| Back Pain | 1.8 | 1.6 |
| Peripheral Edema | 1.7 | 0.5 |
| **Cardiovascular** | | |
| Vasodilatation | 1.1 | 0.3 |
| **Digestive System** | | |
| Dyspepsia | 2.2 | 0.5 |
| Mouth or Throat Dry | 1.7 | 0.5 |
| Constipation | 1.5 | 0.8 |
| Dental Abnormalities | 1.5 | 0.3 |
| Increased Appetite | 1.1 | 0.8 |
| **Hematologic and Lymphatic Systems** | | |
| Leukopenia | 1.1 | 0.5 |
| **Musculoskeletal System** | | |
| Myalgia | 2.0 | 1.9 |
| Fracture | 1.1 | 0.8 |
| **Nervous System** | | |
| Somnolence | 19.3 | 8.7 |
| Dizziness | 17.1 | 6.9 |
| Ataxia | 12.5 | 5.6 |
| Nystagmus | 8.3 | 4.0 |
| Tremor | 6.8 | 3.2 |
| Nervousness | 2.4 | 1.9 |
| Dysarthria | 2.4 | 0.5 |
| Amnesia | 2.2 | 0.0 |
| Depression | 1.8 | 1.1 |
| Thinking Abnormal | 1.7 | 1.3 |

[a] Plus background antiepileptic drug therapy
[b] Amblyopia was often described as blurred vision

CONFIDENTIAL

WLC_CBU_120005

TABLE 1.  Treatment-Emergent Adverse Event Incidence in Controlled
Add-On Trials in Epilepsy
(Page 2 of 2)

| Body System/ Adverse Event | Neurontine[a] N = 543 % | Placebo[a] N = 378 % |
|---|---|---|
| **Nervous System** (cont) | | |
| Twitching | 1.3 | 0.5 |
| Coordination Abnormal | 1.1 | 0.3 |
| **Respiratory System** | | |
| Rhinitis | 4.1 | 3.7 |
| Pharyngitis | 2.8 | 1.6 |
| Coughing | 1.8 | 1.3 |
| **Skin and Appendages** | | |
| Abrasion | 1.3 | 0.0 |
| Pruritus | 1.3 | 0.5 |
| **Urogenital System** | | |
| Impotence | 1.5 | 1.1 |
| **Special Senses** | | |
| Diplopia | 5.9 | 1.9 |
| Amblyopia[b] | 4.2 | 1.1 |
| **Laboratory Deviations** | | |
| WBC Decreased | 1.1 | 0.5 |

[a]  Plus background antiepileptic drug therapy
[b]  Amblyopia was often described as blurred vision

WLC_CBU_120006

Other events in more than 1% of patients but equally or more frequent in the placebo group included: headache, viral infection, fever, nausea and /or vomiting, abdominal pain, diarrhea, convulsions, confusion, insomnia, emotional lability, rash, acne.

[Note to firm:  Please develop section on dose-response for ADR's; this could depend primarily on the 3 dose or 2 dose studies, or could  pool all 3 placebo-controlled trials.  In general, only ADR's that seem potentially drug-related (more frequent on drug than placebo) need be considered.

Also, please develop a section on subgroup (age, sex, race) differences for ADR's if any, and submit supporting data.]

Other Adverse Events Observed During All Clinical Trials

**Other Adverse Events:**  Neurontin® has been administered to 2075 individuals during all clinical trials, only some of which were placebo-controlled.  During these trials, all adverse events were recorded by the clinical investigators using terminology of their own choosing.  To provide a meaningful estimate of the proportion of individuals having adverse events, similar types of events were grouped into a smaller number of standardized categories using modified COSTART dictionary terminology. These categories are used in the listing below.  The frequencies presented represent the proportion of the 2075 individuals exposed to Neurontin®

who experienced an event of the type cited on at least one occasion while receiving Neurontin®. All reported events are included except those already listed in the previous table, those too general to be informative, and those not reasonably associated with the use of the drug.

Events are further classified within body system categories and enumerated in order of decreasing frequency using the following definitions: frequent adverse events are defined as those occurring in at least 1/100 patients; infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

**Body As A Whole**: *Frequent:* asthenia, malaise; *Infrequent:* allergy, face edema, generalized edema, weight decrease, chill, strange feelings; *Rare:* lassitude, alcohol intolerance, hangover effect.

**Cardiovascular System**: *Infrequent:* hypotension, heart failure, angina pectoris, thrombophlebitis, deep thrombophlebitis, peripheral vascular disorder, atrial fibrillation, palpitation, tachycardia, hypertension, migraine, murmur; *Rare:* myocardial infarction, cerebrovascular accident, pulmonary thrombosis, ventricular extrasystoles, bradycardia, premature atrial contraction, pericardial rub, heart block, pulmonary embolus, hyperlipidemia, hypercholesterolemia, pericardial effusion, pericarditis.

**Digestive System**: *Frequent:* anorexia, flatulence; *Infrequent:* glossitis, gum hemorrhage, gingivitis, thirst, stomatitis, increased salivation,

dysphagia, eructation, gastroenteritis, peptic ulcer, hemorrhoids, bloody stools, colitis, fecal incontinence, hepatomegaly, pancreatitis; *Rare:* blisters in mouth, tooth discolor, perleche, salivary gland enlarged, lip hemorrhage, esophagitis, hiatal hernia, hematemesis, proctitis, irritable bowel syndrome, rectal hemorrhage.

**Endocrine System**: *Infrequent:* hyperthyroid, hypothyroid; *Rare:* goiter, hypoestrogen, ovarian failure, epididymitis, swollen testicle.

**Hematologic and Lymphatic System**: *Frequent:* purpura most often described as bruises resulting from physical trauma; *Infrequent:* anemia, WBC count increased, thrombocytopenia, lymphadenopathy; *Rare:* lymphocytosis, non-Hodgkin's lymphoma, bleeding time increased.

**Musculoskeletal System**: *Frequent:* arthralgia; *Infrequent:* tendinitis, arthritis, joint stiffness, joint swelling, costochondritis, positive Romberg test, osteoporosis; *Rare:* bursitis, contracture.

**Nervous System:** *Frequent:*  vertigo, hyperkinesia, paresthesia, decreased or absent reflexes, increased reflexes, anxiety, hostility; *Infrequent:* CNS tumors, syncope, dreaming abnormal, aphasia, hypesthesia, intracranial hemorrhage, hypotonia, dysesthesia, paresis, dystonia, hemiplegia, choreoathetosis, facial paralysis, stupor, orofacial dyskinesia, cerebellar dysfunction, positive Babinski sign, decreased position sense, encephalopathy, subdural hematoma, nerve palsy, apathy, hallucination, personality disorder, decrease or loss of libido, increased

libido, agitation, paranoia, depersonalization, euphoria, feeling high, doped-up sensation, suicidal, psychosis, subdued temperament; *Rare*: apraxia, fine motor control disorder, meningismus, local myoclonus, hyperesthesia, hypokinesia, mania, neurosis, hysteria, antisocial reaction, suicide gesture.

**Respiratory System**: *Frequent*: pneumonia; *Infrequent*: epistaxis, mucositis, aspiration pneumonia, dyspnea, hyperventilation, apnea, hiccup, laryngitis; *Rare:* nasal obstruction, snoring, bronchospasm, hypoventilation, lung edema.

**Dermatological**: *Infrequent:* alopecia, eczema, dry skin, increased sweating, urticaria, hirsutism, herpes zoster, skin discolor, seborrhea, skin papules, cyst, herpes simplex, photosensitive reaction, leg ulcer; *Rare*: scalp seborrhea, psoriasis, desquamation, maceration, skin nodules, subcutaneous nodule, melanosis, skin necrosis.

**Urogenital System:** *Infrequent*: hematuria, kidney pain, dysuria, urination frequency, cystitis, urinary retention, urinary incontinence, vaginal hemorrhage, leukorrhea, amenorrhea, dysmenorrhea, pruritus genital, menorrhagia, breast cancer, unable to climax, ejaculation abnormal; *Rare*: renal stone, acute renal failure, anuria, glycosuria, nephrosis, nocturia, pyuria, urination urgency, vaginal pain, breast pain, testicle pain.

CONFIDENTIAL

**Special Senses:** *Frequent:* abnormal vision; *Infrequent:* cataract, conjunctivitis, eyes dry, eye itching, eye pain, visual field defect, photophobia, bilateral or unilateral ptosis, eye twitching, eye hemorrhage, hordeolum, abnormal accommodation, hearing loss, earache, tinnitus, inner ear infection, perforated ear drum, otitis, sensitivity to noise, taste loss, unusual taste; *Rare:* eye focusing problem, watery eyes, retinopathy, glaucoma, iritis, corneal disorders, lacrimal dysfunction, degenerative eye changes, blindness, retinal degeneration, miosis, chorioretinitis, strabismus, eustachian tube dysfunction, labyrinthitis, ear fullness, otitis externa, odd smell.

## DRUG ABUSE AND DEPENDENCE

The abuse and dependence potential of Neurontin® has not been evaluated in human studies.

## OVERDOSAGE

A lethal dose of gabapentin was not identified in mice and rats receiving single oral doses as high as 8000 mg/kg. Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, sedation, hypoactivity, or excitation.

Acute oral overdoses of Neurontin® up to 49 grams have been reported. In these cases, double vision, slurred speech, drowsiness, lethargy and diarrhea were observed. All patients recovered with supportive care.

*Neurontin labeling draft 12/21/93*                                        **page 30**

Gabapentin can be removed by hemodialysis. Although hemodialysis has not been performed in the few overdose cases reported, it may be indicated by the patient's clinical state or in patients with significant renal impairment.

## DOSAGE AND ADMINISTRATION

Neurontin® is recommended for add-on therapy in patients over 12 years of age. Evidence bearing on its safety and effectiveness in children is not available.

Neurontin is given orally with or without food.

The effective dose of gabapentin is 900 to 1800 mg/day and given in divided doses (three times a day) using 300- or 400-mg capsules. Titration to an effective dose can take place rapidly, over a few days, giving 300 mg on Day 1, 300 mg twice a day on Day 2, and 300 mg three times a day on Day 3. To minimize potential side effects, especially somnolence, dizziness, fatigue, and ataxia, the first dose on Day 1 may be administered at bedtime. If necessary, the dose may be increased using 300- or 400-mg capsules three times a day up to 1800 mg/day. Dosages up to 2400 mg/day have been well-tolerated in long-term clinical studies. Doses of 3600 mg/day have also been administered to a small number of patients for a relatively short duration, and have been well tolerated. The maximum time between doses in the T.I.D. schedule should not exceed 12 hours.

CONFIDENTIAL

It is not necessary to monitor gabapentin plasma concentrations to optimize Neurontin therapy.  Further, because there are no significant pharmacokinetic interactions among Neurontin and other commonly used anti-epileptic drugs, the addition of Neurontin is not expected to alter the plasma levels of these drugs appreciably.

If Neurontin is discontinued and/or an alternate anticonvulsant medication is added to the therapy, this should be done gradually over a minimum of 1 week.

Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended as follows:

CONFIDENTIAL

TABLE 2. Neurontin® Dosage Based on Renal Function

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose (mg/day) | Dose Regimen (mg) |
|---|---|---|
| > 60 | 1200 | 400 TID |
| 30 - 60 | 600 | 300 BID |
| 15 - 30 | 300 | 300 QD |
| < 15 | 150 | 300 QODa |
| Hemodialysis | - | 200-300b |

a Every other day

b Loading dose of 300 to 400 mg in patients who have never received Neurontin®, then 200 to 300 mg Neurontin® following each 4 hours of hemodialysis

CONFIDENTIAL

## HOW SUPPLIED

Neurontin® (gabapentin capsules) are supplied as follows:

100-mg capsules:

White hard gelatin capsules printed with "PD" on one side and
'Neurontin' on the other; available in:

100 mg

Bottles of 100: N 0071-0803-24

Unit dose 50's: N 0071-0803-40

300-mg capsules;

Yellow hard gelatin capsules printed with "PD" on one side and
'Neurontin' on the other; available in:

300 mg

Bottles of 100: N 0071-0805-24

Unit dose 50's: N 0071-0805-40

400-mg capsules;

Orange hard gelatin capsules printed with "PD" on one side and
'Neurontin' on the other; available in:

400 mg

Bottles of 100: N 0071-0806-24

Unit dose 50's: N 0071-0806-40

Store at controlled room temperature 15 - 30°C (59-86°F).

Caution: Federal law prohibits dispensing without prescription.

Issued date:

PARKE-DAVIS

Div of Warner-Lambert Co.

Morris Plains, NJ 07950 USA

CONFIDENTIAL