# EXHIBIT 16

Parke-Davis

# RECORD OF FDA CONTACT

| Date: | December 30, 1993 | Signature Name: | Janeth L. Turner |
|---|---|---|---|
| **Product Identification:** (Add CI No. if known) | Gabapentin CI-945 | | |
| **NDA No:** | 20-235 | **IND No:** | |
| **Initiated by:** | _ P-D   x FDA | **Made:** | _ In Person   x Phone |

**FDA Contact Person:**

| Name: | Robbin Nighswander<br>Lois Freed<br>Russel Katz<br>Paul Leber | Title: | CSO<br>Reviewing Pharmacologist<br>Supervisory Medical Officer<br>Division Director |
|---|---|---|---|
| **Division:** | Neuropharmacology | **Phone No.** | 1-301-443-3830 |

**Purpose of Contact (Subject):**

Final clarifications on the preclinical pharmacology and toxicology portions of the package insert

**Summary:**

FDA Attendees: Paul Leber, Russel Katz, Lois Freed, Robbin Nighswander
PD Attendees: Charlie Taylor, Jan Turner, Mark Pierce (in part)

After FAXing us the attached package insert pages with FDA proposed wording, a conference call was held to discuss the changes. The agreed upon changes are noted on the attached and discussed below.

page 11: Clinical Pharmacology; Clinical Trials
   The revised statement about gender analysis is acceptable. FDA has used the numbers from the histogram in the ISE (pg 66).

page 18 - 19: Precautions; Pregnancy
   On page 19, the statement about two rabbit teratology studies is incorrect, only one was performed. The second report on this study is a critical assessment of the teratology results in rats and rabbits. Any differences in the results between the two reports originate from differences in evaluation criteria. FDA definitely wants this section to remain, thus the beginning of this paragraph will be changed to read "In one teratology study in rabbits......"

Confidential                                                                                                              WLC_JTurner_000826

page 2-3: Clinical Pharmacology; Mechanism of Action

On page 3, the first paragraph contained FDA proposed wording which left the impression that gabapentin might be an NMDA antagonist. Several different contradictory reports of the in vitro action of gabapentin on NMDA responses from various test systems were briefly discussed (RR 770-0252 from Cambridge Neuroscience Research Unit on electrophysiological responses to NMDA in cultured rat striatal neurons, RR 740-02862 from Ann Arbor on electrophysiological responses to NMDA in rat neocortical wedges, RR 740-02852 from Ann Arbor on cell death in cultured neocortical neurons mediated by NMDA receptor activation, RR 740-02866 from Ann Arbor on receptor binding profile, and the recently-published paper by D. Rock et al., 1993, *Epilepsy Research* 16:89-98). It was decided that no firm conclusion can be made about effects of gabapentin on NMDA responses, particularly since gabapentin did not alter NMDA responses in RR 740-02862 while 7-chlorokynurenic acid (a known glycine-site NMDA antagonist) did.

Accordingly, Dr. Leber and Dr. Katz proposed and P-D agreed that the wording of the package insert be altered from the previous text proposed by FDA (which detailed results from several pharmacological systems) to the following: "Several test systems ordinarily used to assess activity at NMDA receptors have been examined. Results are contradictory. Accordingly, no general statement about the effect, if any, of gabapentin at the NMDA receptor can be made."

Dr. Leber and Dr. Katz said that they were pleased with the package insert as it now existed and were obtaining the final sign-off within their division prior to sending the approval package to Dr. Temple this afternoon. They are not certain of the status of the statements from compliance confirming successful completion of the manufacturing inspections. They have turned this problem over to Dr. Temple. At this time there continues to be nothing which we can do to help expedite this.

**Abstract:**

| Proposed changes in the preclinical pharmacology and toxicology portions of the package insert were discussed. The FDA wording on teratology was revised to indicate that one rabbit teratology study was conducted. The FDA wording on NMDA receptors was revised to indicate that the results are contradictory and no general statements about gabapentin's effect can be made. The FDA statement on efficacy and gender is acceptable. An agreement has now been reached on all portions of the package insert. The approval package will be sent to Dr. Temple this afternoon. They are uncertain of the status of the written verification that we have passed manufacturing inspections. This is being handled by Dr. Temple's office. ||
|---|---|
| **Action:**<br><br>None | **PC:**<br><br>W. Merino    I. Martin<br>W. Wierenga    F. de la Iglesia<br>J. Herman    R. Walker<br>M. Pierce    C. Taylor<br>CBI, AA    B. McManus (distribution)<br>RA, AA: CI-945 File, NDA 20-235 |

Confidential

WLC_JTurner_000828