# EXHIBIT 17

Pharmaceutical Research
2800 Plymouth Road
Ann Arbor, MI
48105
Phone: (734) 622-7000



August 16, 2001

NDA 20-882
Ref. No. 061
Neurontin® (gabapentin) Tablets

Re: Other: Efficacy Supplement Withdrawal

Russell G. Katz, M.D.
Division Director
Division of Neuropharmacological
Drug Products (HFD-120)
Document Control Room 4037
Office of Drug Evaluation I
Center for Drug Evaluation and Research
Food and Drug Administration
Woodmont Office Center II
1451 Rockville Pike
Rockville, Maryland 20852

Dear Dr. Katz:

Reference is made to NDA 20-882 for Neurontin®[a] (gabapentin) Tablets and the efficacy supplement submitted on August 6, 2001. Parke-Davis, on behalf of and as agent for, Parke-Davis Pharmaceuticals Limited, is now withdrawing this supplemental New Drug Application (NDA) for Neurontin®[a] (gabapentin) Tablets. This application supported an additional indication for the management of neuropathic pain, and incorporated data by cross-reference to NDA 21-397.

Neurontin is the subject of four approved NDAs for the indication of adjunctive therapy in the treatment of partial seizures in adults and in pediatric patients 3-12 years of age:

- NDA 20-235: Neurontin Capsules
- NDA 20-882: Neurontin Tablets
- NDA 21-129: Neurontin Oral Solution
- NDA 21-216: Neurontin Oral Solution (pediatric data)

The three dosage forms are bioequivalent and are marketed with a common package insert.

These NDAs were reviewed by the Division of Neuropharmacological Drug Products (DNDP) (HFD-120). We are seeking approval for the proposed new indication, management of neuropathic pain for all three dosage forms; therefore an efficacy

[a] Neurontin (gabapentin) is a registered trademark of Warner-Lambert Company, its affiliates and subsidiaries.

supplement to the NDA for each dosage form is required. No changes to the drug substance or any of the dosage forms are proposed.

The neuropathic pain indication will be reviewed by the Division of Anesthetic, Critical Care, and Addiction Drug Products (DACCADP) (HFD-170). Since a new Division will review the application, a Type 6 NDA was submitted for administrative purposes. The NDA number of 21-397 was pre-assigned on June 14, 2001 and the NDA was submitted on August 6, 2001. If the application was to be reviewed in DNDP, the supplement would be submitted to NDA 20-235 with all data since the clinical studies were conducted with capsules; efficacy supplements to NDA 20-882 and NDA 21-129 would then incorporate the data submitted to NDA 20-235 by cross-reference. Instead, efficacy supplements to NDAs 20-882 and 21-129 were submitted via cross-reference to NDA 21-397, and a letter of general correspondence was submitted to NDA 20-235 for information.

The Division of Anesthetic, Critical Care, and Addiction Drug Products (DACCADP), has informed us that they would like additional Type 6 NDAs submitted for Neurontin Tablets and Neurontin Oral Solution instead of supplements to the existing NDAs. Therefore, new NDA numbers have been obtained and are being submitted as the supplements to the existing NDAs are being withdrawn.

Therefore, this correspondence is also to inform you of a Type 6 NDA submitted for Neurontin Tablets; the NDA number is 21-423. This Type 6 NDA, which incorporates information from NDA 21-397 by cross-reference, was submitted on August 16, 2001. A copy of the cover letter to NDA 21-423 follows this letter for your information.

If you have any questions regarding this submission, please feel free to contact me at 734/622-1819 or send a facsimile to 734/622-2856. In my absence, Dr. Stephen Gracon at 734/622-7963 can assist you.

Sincerely,

Drusilla Scott, Ph.D.
Director
Regulatory Strategy and Registration
Worldwide Regulatory Affairs

DS:ps
08-16-2001\RN-061\20-882\CI-0945\Letter
Attachment