# EXHIBIT 18

# FDA CONTACT REPORT

**Contact Date:** April 26th, 2004
9:30 – 10:00 AM

**Product Name:** Neurontin

**IND/NDA/DMF #:** 20-235
20-882
21-216

**Initiated by:** X Agency    ☐ Pfizer

X Phone    ☐ Fax

| Agency Contact | | Pfizer Contact |
|---|---|---|
| **Name:** | Dr. R. Katz – Division Director<br>Dr. J. Feeney – Neurology Medical Team Leader<br>Dr. J. Racoosin – Safety Team Leader<br>Dr. Alice Hughes – Safety Reviewer<br>Mr. R. Nighswander – Regulatory Project Manager Supervisor | Signature | Manini Patel – GRL Neurontin<br>Paul Nitschmann, MD – GTAL, Neurology<br>Lucy Castro – Director, US Regulatory<br>Bruce Parsons, MD – Medical<br>Lloyd Knapp, PharmD – Medical<br>Manfred Hauben, MD – WorldWide Safety<br>Greg Gribko – Safety and Risk Management |
| **Division:** | Division of Neuropharmacology | **Name** | See Above |
| **Title:** | See Above | **Title:** | See Above |

**Purpose:** FDA requested teleconference with Pfizer to discuss safety issue- reports of suicide in patients taking Neurontin.

**Summary:** A teleconference was held between the Division of Neuropharm and Pfizer to discuss a safety issue – specifically reports of suicide in patients taking Neurontin. After introductions, Dr. Katz stated that he has become aware of some reports of suicide for patients taking Neurontin. He stated that he would like Pfizer to check the databases and learn more about this. I informed Dr. Katz that safety reviews are conducted for all Pfizer products on a regular basis and this event was reviewed in our recent preparation of the PSUR for Neurontin. Dr. Racoosin inquired what specific data was reviewed for this report. I informed her that we primarily looked at post marketing reports and included clinical trials and literature reports. Dr. Racoosin stated she would be interested in reviewing the PSUR and may ask for copies. Dr. Katz stated that he would like Pfizer to review the NDA data - controlled clinical trials including open label studies. He is also interested in the post marketing safety experience and asked us to look specifically at use information: use by indication and concomitant medication uses. For the controlled clinical trials, Dr. Katz requested that we provide a description of terms that would be utilized for conducting the search such as suicide, suicidal ideation, suicidal gestures. Dr. Racoosin also stated that she would also like Pfizer to review verbatim terms including investigator terms. Dr. Katz stated it was important how the search was conducted including how verbatim terms are subsumed. We asked if FDA could provide us with a listing of

CONFIDENTIAL    Pfizer_BParsons_0141815
XLS PATH - Documents_Custodian_Parsons, Bruce_Electronic_NRE0002135716

terms that

Based on FDA's request, Pfizer asked if we could collaborate with the Division and provide a proposal for their review. Dr. Katz agreed that would be acceptable. He asked when Pfizer would be able to submit the proposal. I informed him that we could provide the proposal by end of the week (Friday April 30th). Dr. Katz stated this was acceptable. I also asked if we arrange another teleconference between Pfizer and the Division to discuss the proposal, Dr. Katz stated that he was out of the office until Monday May 3rd and would be amenable to have a teleconference either May 4th or 5th. He asked if I could work with Mr. Nighswander or Ms. Griffis (project manager) to set up the next teleconference.

**Action:**
1. Provide FDA with a proposal on how Pfizer will conduct the review for cases of suicide by April 30th.
2. Arrange a teleconference between Pfizer and FDA to discuss the proposal for either May 4th or 5th, 2004.
3. Provide copies of the 5year and 1 year PSUR upon request.

CONFIDENTIAL

Pfizer_BParsons_0141816