Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    30

## 5.2.    Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide in the neuropathic pain studies and 1 case of suicide attempt. The case occurred in an open-label painful diabetic neuropathy study and a detailed narrative for the suicide attempt is provided in Section 5.3.2, Narratives.  The rate (number of cases per total patient-years) of suicide in the non-placebo controlled neuropathic pain studies was 1.35% (1 case per 73.99 patient-years)(Table 5.1).

**Table 5.1.** Occurrence of Suicide Attempt in Neuropathic Pain Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** |  |  |  |
| Painful Diabetic Neuropathy Studies (945-210, 945-224, A9451008, 945-468-429) | Cases/N | 0/598 | 0/412 |
|  | Cases/Total Patient-Years* | 0/93.6 | 0/70.7 |
| Post-Herpetic Neuralgia Studies (945-211, 945-295) | Cases/N | 0/336 | 0/227 |
|  | Cases/Total Patient-Years* | 0/41.5 | 0/29.9 |
| Various Types of Neuropathic Pain Studies 945-306, 945-420-276, 945-271 | Cases/N | 0/352 | 0/252 |
|  | Cases/Total Patient-Years* | 0/33.2 | 0/26.4 |
| All Placebo-Controlled Studies in Neuropathic Pain (945-210, 945-224, A9451008, 945-468-429, 945-211, 945-295, 945-306, 945-420-276, 945-271) | Cases/N | 0/1286 | 0/891 |
|  | Cases/Total Patient-Years* | 0/168.2 | 0/127.0 |
| **Non-Placebo-Controlled Studies** |  |  |  |
| Studies 945-411, 945-224OL | Cases/N | 1/406 (0.25%) | n/a |
|  | Cases/Total Patient-Years* | 1/74.0 (1.35%) |  |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

Source data: Appendix B1.2 and Tables 2.1.1.2, 2.1.2.2, 2.1.3.2, 2.1.4.2, and 2.1.5.2

The cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in the neuropathic pain studies is shown in Table 5.2 for non-placebo-controlled studies.

0100000043131071 1.0 Approved 110-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    31

**Table 5.2.** Cumulative Occurrence of Suicide Attempt by Month in Neuropathic Pain Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Non-Placebo-Controlled Studies** |  |  |  |
| Studies 945-411, 945-224OL | Cases/≤Month 1, Patient-Years* | 1/32 (3.13%) | n/a |
|  | Cases/≤Month 2, Patient-Years* | 1/57 (1.75%) |  |
|  | Cases/≤Month 3, Patient-Years* | 1/65 (1.54%) |  |
|  | Cases/≤Month 4, Patient-Years* | 1/72 (1.39%) |  |
|  | Cases/≤Month 5, Patient-Years* | 1/73 (1.37%) |  |
|  | Cases/≤Month 6, Patient-Years* | 1/74 (1.35%) |  |
|  | Cases/≤Month 7, Patient-Years*,[a] | 1/74 (1.35%) |  |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a]  Cumulative exposure at Month 7 is equal to the total patient-years exposure.

Source data: Appendix B1.2 and Table 2.1.5.3

### 5.3.    Listings and Narratives

### 5.3.1.    Listings of Cases for Painful Diabetic Neuropathy Studies

There were no cases of suicide in this patient population. A subject listing of the 1 case of
suicide attempt is not available because the subject participated in a study for which no
electronic data are available and therefore cannot be listed in Appendix B1.2, Listing of Suicide
Attempts. Listings for any cases of overdose and suicide ideation that were not included in the
analyses of suicide and suicide attempt are also provided in Appendix B1.3 and Appendix B1.4,
respectively.

### 5.3.2.    Narratives for Painful Diabetic Neuropathy Studies

A narrative for the 1 case of suicide attempt in the painful diabetic neuropathy studies is
provided below. Additional narratives for the excluded cases of overdose and death can be found
in Appendix B2.1 and Appendix B2.2, respectively.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    32

### Suicide Attempt

#### Open-Label Painful Diabetic Neuropathy Study

**Patient 411_001018 (Study 945-411)**
**Adverse Event(s): Suicide Attempt, Intentional Overdose, Somnolence**
**Treatment: gabapentin**
Patient 411_001018 (Study 945-411), a 36-year-old Hispanic woman with painful diabetic peripheral neuropathy and a history of type II diabetes mellitus, intentionally overdosed in a suicide attempt and developed somnolence, requiring hospitalization, after taking 4500 mg of gabapentin on Day 27. An attempt to empty the patient's stomach failed. She received hydration only. Gabapentin therapy was discontinued from the study on Day 28. The patient's clinical status is unknown and she was withdrawn from the study on Day 28. Concomitant medications included hydrocortisone, insulin, chloropropamide, fenformin, and captopril. The investigator determined the adverse events were related to gabapentin. The Sponsor determined the adverse events were related to gabapentin. No portion of the gabapentin 4500 mg overdose was able to be removed from the patient's stomach. Hydrocortisone and insulin therapy was started on Day 27 and was discontinued on Day 28. The patient recovered on Day 28. The investigator determined that somnolence was moderate in intensity and definitely related to gabapentin.

### 5.4.   Listings and Narratives for Post-Herpetic Neuralgia and Other Neuropathic Pain Studies

There were no cases of suicide or suicide attempt in the post-herpetic neuralgia or other neuropathic pain studies. Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are provided in Appendix B1.3 and Appendix B1.4, respectively. Narratives for the excluded cases of overdose and death can be found in Appendix B2.1 and Appendix B2.2, respectively.

### 6.   NON-NEUROPATHIC PAIN STUDIES

### 6.1.   Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the non-neuropathic pain studies are summarized in Table 6.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    33

**Table 6.** Demographic Characteristics and Treatment Exposure in Non-Neuropathic Pain Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Osteoarthritis Study 1032-002 | N | 157 | 53 |
| | Mean Age, years | 63.1 | 61.8 |
| | Age SD | 9.7 | 9.8 |
| | Median Age | 63 | 62 |
| | Age Range | 43.0-87.0 | 45.0-85.0 |
| | n (%) Male | 57 (36.3%) | 18 (34.0%) |
| | n (%) Female | 100 (63.7%) | 35 (66.0%) |
| | Total Patient-Years* | 11.6 | 3.7 |
| Post-Operative Pain Studies 1032-001, 1035-001, 1035-001B, 1035-002 | N | 586 | 172 |
| | Mean Age, years | 29.9 | 34.7 |
| | Age SD | 16.6 | 19.4 |
| | Median Age | 23 | 25 |
| | Age Range | 18.0-88.0 | 18.0-82.0 |
| | n (%) Male | 266 (45.4%) | 86 (50.0%) |
| | n (%) Female | 320 (54.6%) | 86 (50.0%) |
| | Total Patient-Years* | 1.6 | 0.5 |
| Mucosal Injury Study 1032-004 | N | 82 | 42 |
| | Mean Age, years | 31.1 | 33.8 |
| | Age SD | 9.3 | 9.9 |
| | Median Age | 28 | 32.5 |
| | Age Range | 18.0-58.0 | 21.0-55.0 |
| | n (%) Male | 31 (37.8%) | 14 (33.3%) |
| | n (%) Female | 51 (62.2%) | 28 (66.7%) |
| | Total Patient-Years* | 1.8 | 0.9 |
| All Placebo-Controlled Pain Studies 1032-002, 1032-001, 1035-001, 1035-001B, 1035-002, 1032-004 | N | 825 | 267 |
| | Mean Age, years | 36.3 | 39.9 |
| | Age SD | 19.8 | 19.9 |
| | Median Age | 26 | 30 |
| | Age Range | 18.0-88.0 | 18.0-85.0 |
| | n (%) Male | 354 (42.9%) | 118 (44.2%) |
| | n (%) Female | 471 (57.1%) | 149 (55.8%) |
| | Total Patient-Years* | 15.0 | 5.1 |
| **Non-Placebo-Controlled/Open- Label Pain Studies** | | | |
| Study 1032-003 | N | 212 | n/a |
| | Mean Age, years | 62.5 | |
| | Age SD | 9.5 | |
| | Median Age | 62.5 | |
| | Age Range | 45.0-87.0 | |
| | n (%) Male | 78 (36.8%) | |
| | n (%) Female | 134 (63.2%) | |
| | Total Patient-Years* | 57.4 | |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

Source data: Tables 3.1.1.1, 3.1.1.2, 3.1.2.1, 3.1.2.2, 3.1.3.1, 3.1.3.2, 3.1.4.1, 3.1.4.2, 3.1.5.1 and 3.1.5.2

CONFIDENTIAL

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    34

## 6.2.    Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide or suicide attempt in the osteoarthritis pain, postoperative pain, or mucosal injury studies and therefore no determination of risk, rate, or cumulative risk could be made.

## 6.3.    Listing and Narratives for Osteoarthritis Pain Studies, Postoperative Pain, and Mucosal Injury Studies

There were no cases of suicide or suicide attempt in the osteoarthritis pain, postoperative pain, or mucosal injury studies and therefore there are no listings of cases or narratives to provide. Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are provided in Appendix B1.3 and Appendix B1.4, respectively, along with narratives for excluded cases of overdose and death in Appendix B2.1 and Appendix B2.2, respectively.

# 7.    ADD-ON EPILEPSY IN ADULTS

## 7.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and treatment exposure information for the adult add-on epilepsy population is shown in Table 7.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    35

**Table 7.** Demographic Characteristics and Treatment Exposure in Adult Add-On Epilepsy Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 | N | 582 | 411 |
| | Mean Age, years | 33.6 | 32.6 |
| | Age SD | 11.4 | 11.2 |
| | Median Age[a] | 32 | 30.5 |
| | Age Range | 12.0 - 70.0 | 13.0 - 73.0 |
| | n (%) Male | 319 (54.8%) | 222 (54.0%) |
| | n (%) Female | 263 (45.2%) | 189 (46.0%) |
| | Total Patient-Years* | 254.6 | 233.0 |
| **Non-Placebo-Controlled Studies** | | | |
| Adult Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284[b] | N | 4135[b] | n/a |
| | Mean Age, years | 37.5 | |
| | Age SD | 13.8 | |
| | Median Age[a] | 36 | |
| | Age Range | 9.0 - 85.0 | |
| | n (%) Male | 1914 (46.3%) | |
| | n (%) Female | 2215 (53.6%) | |
| | Total Patient-Years* | 2220.0 | |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Median Age was calculated only for the studies that have data available in electronic format (excludes placebo-controlled Study 945-430-004 and non-placebo-controlled Studies 945-225, 710-274, 710-284)
[b] For Studies 880-130X, 945-013, 945-014 , 710-284: Only those subjects not present in the previous study are included

Source data: Tables 4.1.1.1, 4.1.1.2, 4.1.2.1, and 4.1.2.2

## 7.2.    Tables of Risk, Rate, and Cumulative Risk

In the adult add-on epilepsy studies, there was 1 case of suicide and 6 cases of suicide attempt. The suicide occurred in a non-placebo-controlled study and all but 1 of the cases of suicide attempt occurred during non-placebo-controlled studies.  The rate (number of cases per total patient-years) of suicide in the non-placebo-controlled add-on epilepsy studies was 0.05% (1 case per 2220.0 patient-years)(Table 8.1).  The rate (number of cases per total patient-years) of suicide attempt in placebo-controlled add-on epilepsy studies was 0.39% (1 case per 254.6 patient-years) and in the non-placebo controlled add-on epilepsy studies was 0.23% (5 cases per 2220.0 patient-years)(Table 8.2).  Narrative details for all cases are provided in Section 7.3.2, Narratives in Adult Add-On Epilepsy Studies.

0100000431310T1.0/Approved/10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                              36

**Table 8.1.** Occurrence of Suicide in Adult Add-On Epilepsy Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** |  |  |  |
| Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 | Cases/N<br>Cases/Total Patient-Years* | 0/582<br>0/254.6 | 0/411<br>0/233.0 |
| **Non-Placebo-Controlled Studies** |  |  |  |
| Adult Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 [a] | Cases/N<br>Cases/Total Patient-Years* | 1/4135  (0.02%)<br>1/2220.0  (0.05%) | n/a |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] For Studies 880-130X, 945-013, 945-014, 710-284 : Only those subjects not present in the previous study are included

Source data:  Appendix B1.1 and Tables 4.1.1.1, 4.1.1.2, 4.1.2.1, and 4.1.2.2

**Table 8.2.** Occurrence of Suicide Attempt in Adult Add-On Epilepsy Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** |  |  |  |
| Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 | Cases/N<br>Cases/Total Patient-Years* | 1/582 (0.17%)<br>1/254.6 (0.39%) | 0/411<br>0/233.0 |
| **Non-Placebo-Controlled Studies** |  |  |  |
| Adult Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 | Cases/N<br>Cases/Total Patient-Years* | 5/4135 (0.12%)<br>5/2220.0[a] (0.23%) | n/a |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] The total exposure and the sum of monthly exposure from Table 8.3 differ slightly because monthly exposure had to be interpolated for Studies 945-225, 710-274, and 710-284 using summary-level data (no patient-level data were available)

Source data:  Appendix B1.2 and Tables 4.1.1.1, 4.1.1.2, 4.1.2.1 and 4.1.2.2

0100000431310711.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    37

The case of suicide in the adult add-on epilepsy studies occurred on Day 15 of treatment; no analysis of cumulative risk is presented for this indication. The cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in the adult add-on epilepsy studies is shown in Table 8.3.

**Table 8.3.** Cumulative Occurrence of Suicide Attempt by Cumulative Exposure in Adult Add-On Epilepsy Studies

| | | Gabapentin | | Placebo |
|---|---|---|---|---|
| **Placebo-Controlled Studies** | | | | |
| Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 | Cases/≤Month 1, Patient-Years* | 0/45 | (0.00%) | 0/32 |
| | Cases/≤Month 2, Patient-Years* | 1/88 | (1.14%) | 0/63 |
| | Cases/≤Month 3, Patient-Years* | 1/128 | (0.78%) | 0/92 |
| | Cases/≤Month 4, Patient-Years* | 1/145 | (0.69%) | 0/110 |
| | Cases/≤Month 5, Patient-Years* | 1/154 | (0.65%) | 0/119 |
| | Cases/≤Month 6, Patient-Years* | 1/160 | (0.63%) | 0/128 |
| | Cases/≤Month 7, Patient-Years* | 1/166 | (0.60%) | 0/137 |
| | Cases/≤Month 8, Patient-Years* | 1/171 | (0.58%) | 0/144 |
| | Cases/≤Month 9, Patient-Years* | 1/175 | (0.57%) | 0/151 |
| | Cases/≤Month 10, Patient-Years* | 1/179 | (0.56%) | 0/157 |
| | Cases/≤Month 11, Patient-Years* | 1/183 | (0.55%) | 0/163 |
| | Cases/≤Month 12, Patient-Years* | 1/187 | (0.53%) | 0/168 |
| | Cases/≤Month 13, Patient-Years* | 1/190 | (0.53%) | 0/172 |
| | Cases/≤Month 14, Patient-Years* | 1/193 | (0.52%) | 0/177 |
| | Cases/≤Month 15, Patient-Years* | 1/195 | (0.51%) | 0/181 |
| | Cases/≤Month 16, Patient-Years* | 1/198 | (0.51%) | 0/185 |
| | Cases/≤Month 17, Patient-Years* | 1/200 | (0.50%) | 0/188 |
| | Cases/≤Month 18, Patient-Years* | 1/202 | (0.50%) | 0/190 |
| | Cases/≤Month 19, Patient-Years* | 1/204 | (0.49%) | 0/193 |
| | Cases/≤Month 20, Patient-Years* | 1/206 | (0.49%) | 0/195 |
| | Cases/≤Month 21, Patient-Years* | 1/208 | (0.48%) | 0/197 |
| | Cases/≤Month 22, Patient-Years* | 1/209 | (0.48%) | 0/198 |
| | Cases/≤Month 23, Patient-Years* | 1/211 | (0.47%) | 0/200 |
| | Cases/≤Month 24, Patient-Years* | 1/213 | (0.47%) | 0/202 |
| | Cases/≤Months 25 to 36, Patient-Years* | 1/231 | (0.43%) | 0/218 |
| | Cases/≤Months 37 to 48, Patient-Years* | 1/243 | (0.41%) | 0/229 |
| | Cases/≤Months 49 and up, Patient-Years* | 1/255 | (0.39%) | 0/233 |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

(Continued)

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    38

Table 8.3. Cumulative Occurrence[a] of Suicide Attempt by Month in Adult Add-On Epilepsy Studies (Continued)

| Non-Placebo-Controlled Studies | | | |
|---|---|---|---|
| Adult Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 | Cases/≤Month 1, Patient-Years* | 1/312 | (0.32%) |
| | Cases/≤Month 2, Patient-Years* | 3/591 | (0.51%) |
| | Cases/≤Month 3, Patient-Years* | 3/846 | (0.35%) |
| | Cases/≤Month 4, Patient-Years* | 3/1045 | (0.29%) |
| | Cases/≤Month 5, Patient-Years* | 3/1151 | (0.26%) |
| | Cases/≤Month 6, Patient-Years* | 4/1217 | (0.33%) |
| | Cases/≤Month 7, Patient-Years* | 4/1271 | (0.31%) |
| | Cases/≤Month 8, Patient-Years* | 4/1317 | (0.30%) |
| | Cases/≤Month 9, Patient-Years* | 4/1360 | (0.29%) |
| | Cases/≤Month 10, Patient-Years* | 4/1400 | (0.29%) |
| | Cases/≤Month 11, Patient-Years* | 4/1437 | (0.28%) |
| | Cases/≤Month 12, Patient-Years* | 4/1472 | (0.27%) |
| | Cases/≤Month 13, Patient-Years* | 4/1504 | (0.27%) |
| | Cases/≤Month 14, Patient-Years* | 4/1535 | (0.26%) |
| | Cases/≤Month 15, Patient-Years* | 4/1565 | (0.26%) |
| | Cases/≤Month 16, Patient-Years* | 4/1594 | (0.25%) |
| | Cases/≤Month 17, Patient-Years* | 4/1622 | (0.25%) |
| | Cases/≤Month 18, Patient-Years* | 5/1649 | (0.30%) |
| | Cases/≤Month 19, Patient-Years* | 5/1675 | (0.30%) |
| | Cases/≤Month 20, Patient-Years* | 5/1700 | (0.29%) |
| | Cases/≤Month 21, Patient-Years* | 5/1725 | (0.29%) |
| | Cases/≤Month 22, Patient-Years* | 5/1748 | (0.29%) |
| | Cases/≤Month 23, Patient-Years* | 5/1771 | (0.28%) |
| | Cases/≤Month 24, Patient-Years* | 5/1794 | (0.28%) |
| | Cases/≤Months 25 to 36, Patient-Years* | 5/2014 | (0.25%) |
| | Cases/≤Months 37 to 48, Patient-Years* | 5/2150 | (0.23%) |
| | Cases/≤Months 49 and up, Patient-Years*,[b] | 5/2221[b] | (0.23%) |

[a]    Subjects with more than 1 event are only counted once; the onset day of the first event reported in this table.
[b]    Cumulative exposure at Month 49 and greater should be equal to the total patient-years exposure. The total exposure and the sum of monthly exposure from Table 8.3 differ slightly because monthly exposure had to be interpolated for Studies 945-225, 710-274, and 710-284 using summary-level data (no patient-level data were available)

Source data: Appendix B1.2 and Tables 4.1.1.3 and 4.1.2.3

## 7.3.    Listing and Narratives

### 7.3.1.    Listings of Cases in Adult Add-On Epilepsy Studies

Listings of cases of suicide and suicide attempt are provided in Appendix B1.1 and Appendix B1.2, respectively.  Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are also provided in Appendix B1.3 and Appendix B1.4, respectively.  No subject listing is available for Patient 1845, Center 062, from Study 945-212 (for overdose) because there was no available electronic database for this study.

### 7.3.2.    Narratives in Adult Add-On Epilepsy Studies

A narrative for the 1 case of suicide in the add-on epilepsy studies and the 6 cases of suicide attempt are provided below. Additional narratives for the excluded cases of overdose and death can be found in Appendix B2.1 and Appendix B2.2, respectively.

#### *Suicide*

#### *Non-Placebo-Controlled Add-On Epilepsy Study*

**Patient Number:70163 (Study 945-193 and 945-200)**
**Adverse Event:  Suicide**
**Treatment: gabapentin**
Patient no. 70163, a 46-year-old white woman, committed suicide while receiving 1800 mg/day of gabapentin.  This event occurred on Day 15 (Day 1 was 12/09/95).  The investigator considered the event to be severe in intensity, definitely not related to gabapentin, and was considered serious because the patient died.

#### *Suicide Attempt*

#### *Placebo-Controlled Add-On Epilepsy Study*

**Patient 104 (877-210P-212)**
**Adverse Event(s): Drug Overdose**
**Treatment: gabapentin**
Patient 104 (877-210P-212), an 18-year-old man in the gabapentin group, took an overdose of carbamazepine, clonazepam, and gabapentin capsules on Day 65 when he was prescribed 1200 mg/day of gabapentin.  A total of approximately 20 capsules was taken:  the number of capsules taken of each medication was not estimated.  The patient was admitted to a hospital for a gastric lavage and overnight observation.  He was noted to have slurred speech on admission.  One tonic-clonic seizure occurred at midnight and he was discharged the following day.  The overdose was considered to be possibly related to study medication and resulted in a temporary suspension of study medication.  The patient recovered.  This patient was receiving carbamazepine and clonazepam in addition to gabapentin.

#### *Non-Placebo-Controlled Add-On Epilepsy Studies*

**Patient 201 (Study 945-13)**
**Adverse Event(s):  Drug Overdose**
**Treatment: Gabpentin**
Patient 201 (Study 945-13, Center 10), a 32-year-old white man, took an overdose of gabapentin (8000 mg) and Carbamazepine (3000 mg) on Day 188 while his prescribed gabapentin and carbamazepine doses were 2200 mg/day and 1200 mg/day, respectively.  Gastric lavage was done within 0.5 hours of the overdose.  The investigator considered this event severe in intensity and of unlikely relationship to the study medication; the medical monitor considered this event serious.  The patient complained of dizziness and diplopia (double vision) for 2 days after the overdose and was temporarily discontinued from further treatment with both gabapentin and carbamazepine until Day 191, when both drugs were reinstituted at the previous dosages.  The patient's past medical history was unremarkable.  No concurrent medications were taken during the study except for dietary supplements.  Other adverse events during the study included fatigue and abnormal coordination (slowed rapid alternating movements).  The patient recovered and continued in the study until Day 340, when he was terminated due to lack of efficacy.  The gabapentin taper was completed on Day 519.

**Patient 221 (Study 945-013)**
**Adverse Event(s):    Suicidal, Suicide Gesture**
**Treatment: gabapentin**

Patient 221 (Study 945-013), a 17-year-old white man, was suicidal (attempted suicide) on Day 166 while receiving 2400 mg/day of gabapentin. The investigator considered this event severe and definitely not related to the study medication, and the medical monitor considered it serious. The patient had a history of psychological problems. In the preceding protocol (945-5X) the investigator had recorded mild depression as an adverse event possibly related to gabapentin beginning on Day 13 of gabapentin therapy. At the time of the suicide attempt on Day 166, the investigator indicated that the depression had increased in intensity to severe. The medical monitor considered the depression and suicide attempt serious. The patient was taking imipramine for the depression from Day 111 to Day 163 and propranolol for anxiety from Day 165 to Day 579. On Day 868, depression decreased to moderate intensity and was continuing at the last visit before the date of data cutoff (Day 967). No changes in gabapentin or concurrent AED regimens were made subsequent to this event. Concurrent AEDs included phenytoin (200-300 mg/day) and valproate (2500 mg/day). On Day 1273, the patient made a suicide gesture (investigator term: wrist slashing gesture), while taking gabapentin 2400 mg/day. The investigator judged the event as mild in severity and of unlikely relationship to study medication. No change to study medication was made due to the suicide gesture and the patient recovered.

**Patient 17012 (Study 945-193 and 945-200)**
**Adverse Event(s): Drug Overdose**
**Treatment: gabapentin**

Patient no. 17012, a 29-year-old white man attempted suicide on Day 14 by overdosing on divalproex sodium (Depakote) and gabapentin while receiving gabapentin 900 mg/day. The event was considered to be moderate in intensity and lasted for 24 hours. The investigator considered this event to be definitely related to study drug. The event was considered serious because the patient was hospitalized. The event resolved. Study drug was interrupted due to this event.

**Patient  29324 (Study 945-193 and 945-200)**
**Adverse Event(s): Psychosis, Chest Wound**
**Treatment: gabapentin**

Patient no. 29324, a 29-year-old Hispanic woman, experienced a period of psychosis and a stab wound to the chest while receiving 2700 mg/day of gabapentin. The psychotic episode began on Day 73 and the self-inflicted stab wound to the chest occurred on Day 76. Both events were considered to be severe in intensity with the psychosis lasting for 9 days and the stab wound for 21 days. The investigator considered the events to be unlikely related to study drug, however, the patient has a history of psychosis. The investigator considered the psychosis to be life-threatening, and the patient was hospitalized for the chest wound. These events have resolved with no change in the study drug dosing regimen. The patient was admitted to hospital on 30 Jan 1996 with a self-inflicted stab wound to the chest. The patient has a history of psychosis in her family. A brother and sister were both diagnosed as psychotic and both committed suicide. The patient's mother has a history of paranoid ideation. The patient was observed in the hospital between 30 Jan 1996 and 5 Feb 1996. AED levels were found to be low due to patient's non-compliance. The adverse event is determined to be unlikely related to study drug. No dosage interruption was noted. The patient was released on 5 Feb 1996 and scheduled for follow-up visits.

**Patient 109 (Study 945-013)**
**Adverse Event(s): Intentional Injury**
**Treatment: gabapentin**

Patient no. 109, a 28-year-old man had a self-inflicted stab wound (intentional injury) on Day 552. The event was considered mild in severity, and definitely not related to gabapentin. No relevant medical history was noted. Concomitant medications included carbamazepine and clorazepate. There was no change in the subject's study medication due to the event and he recovered.

## 8.    MONOTHERAPY IN EPILEPSY IN ADULTS

### 8.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for monotherapy epilepsy studies are summarized in Table 9.

**Table 9.** Demographic Characteristics and Treatment Exposure in Adult Monotherapy Epilepsy Studies

|  |  | Gabapentin |
|---|---|---|
| Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213[b] | N | 1495[b] |
|  | Mean Age, years | 35.3 |
|  | Age SD | 14.6 |
|  | Median Age[a] | 33 |
|  | Age Range | 7.0  - 86.0 |
|  | n  (%) Male | 752 (50.3%) |
|  | n  (%)  Female | 743 (49.7%) |
|  | Total Patient-Years* | 959.0 |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

[a]  Median Age was calculated only for the studies that have data available in electronic format (excludes Study 945-212)

[b]  Subjects from Studies 945-083, 945-089, 945-13-14 (open-label extensions of 945-082, 945-088, 945-036) not included in the total count

Source data: Tables 5.1.1.1 and 5.1.1.2

### 8.2.    Tables of Risk, Rate, and Cumulative Risk

In the studies of gabapentin as monotherapy for epilepsy, there was 1 case of suicide and 5 cases of suicide attempt. There were 2 additional suicide attempts by someone not participating in a gabapentin clinical trial but who had access to a patient's study medication and took an overdose of gabapentin. Narratives for all of these cases are provided in Section 8.3.2, Narratives. Only subjects who were participating in gabapentin clinical trials are included in the analysis and tables below.  The rate (number of cases per total patient-years) of suicide in the monotherapy epilepsy studies was 0.10% (1 case per 959.0 patient-years)(Table 10.1).  The rate (number of cases per total patient-years) of suicide attempt in the monotherapy epilepsy studies was 0.52% (5 cases per 959.0 patient-years)(Table 10.2).

0100000431310711.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    42

**Table 10.1.** Occurrence of Suicide in Adult Monotherapy Epilepsy Studies

|  |  | Gabapentin |
|---|---|---|
| Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213[a] | Cases/N | 1/1495 (0.07%) |
|  | Cases/Total Patient-Years* | 1/959.0 (0.10%) |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Subjects from Studies 945-083, 945-089, 945-13-14 (open-label extensions of 945-082, 945-088, 945-036) not included in the total count

Source data: Appendix B1.1 and Tables 5.1.1.1 and 5.1.1.2

**Table 10.2.** Occurrence of Suicide Attempt in Adult Monotherapy Epilepsy Studies

|  |  | Gabapentin |
|---|---|---|
| Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213 | Cases/N | 5/1495 (0.33%) |
|  | Cases/Total Patient-Years* | 5/959.0 (0.52%) |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

Source data: Appendix B1.2 and Tables 5.1.1.1 and 5.1.1.2

The case of suicide in the adult monotherapy epilepsy studies occurred approximately 6 months after discontinuation of treatment, therefore, no analysis of cumulative risk is presented for this indication. The cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in the monotherapy epilepsy studies is shown in Table 10.3.

0100000431310711.0\Approved110-Sep-2004 10:25

**Table 10.3.** Cumulative Occurrence of Suicide Attempt by Month in Adult Monotherapy Epilepsy Studies

| | | Gabapentin | |
|---|---|---|---|
| Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213 | Cases/≤Month 1, Patient-Years* | 0/118 | (0.00%) |
| | Cases/≤Month 2, Patient-Years* | 1/222 | (0.45%) |
| | Cases/≤Month 3, Patient-Years* | 2/314 | (0.64%) |
| | Cases/≤Month 4, Patient-Years* | 2/394 | (0.51%) |
| | Cases/≤Month 5, Patient-Years* | 2/466 | (0.43%) |
| | Cases/≤Month 6, Patient-Years* | 2/531 | (0.38%) |
| | Cases/≤Month 7, Patient-Years* | 3/584 | (0.51%) |
| | Cases/≤Month 8, Patient-Years* | 4/628 | (0.64%) |
| | Cases/≤Month 9, Patient-Years* | 4/664 | (0.60%) |
| | Cases/≤Month 10, Patient-Years* | 4/693 | (0.58%) |
| | Cases/≤Month 11, Patient-Years* | 4/719 | (0.56%) |
| | Cases/≤Month 12, Patient-Years* | 4/741 | (0.54%) |
| | Cases/≤Month 13, Patient-Years* | 4/760 | (0.53%) |
| | Cases/≤Month 14, Patient-Years* | 4/778 | (0.51%) |
| | Cases/≤Month 15, Patient-Years* | 4/793 | (0.50%) |
| | Cases/≤Month 16, Patient-Years* | 4/806 | (0.50%) |
| | Cases/≤Month 17, Patient-Years* | 4/819 | (0.49%) |
| | Cases/≤Month 18, Patient-Years* | 4/830 | (0.48%) |
| | Cases/≤Month 19, Patient-Years* | 4/840 | (0.48%) |
| | Cases/≤Month 20, Patient-Years* | 4/849 | (0.47%) |
| | Cases/≤Month 21, Patient-Years* | 4/857 | (0.47%) |
| | Cases/≤Month 22, Patient-Years* | 4/863 | (0.46%) |
| | Cases/≤Month 23, Patient-Years* | 4/870 | (0.46%) |
| | Cases/≤Month 24, Patient-Years* | 4/875 | (0.46%) |
| | Cases/≤Months 25 to 36, Patient-Years* | 4/922 | (0.43%) |
| | Cases/≤Months 37 to 48, Patient-Years* | 5/936 | (0.53%) |
| | Cases/≤Months 49 and up, Patient-Years* | 5/955 | (0.52%) |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Cumulative exposure at Month 49 and greater is equal to the total patient-years exposure.

Source data: Appendix B1.2 and Table 5.1.1.3

## 8.3.    Listings and Narratives

### 8.3.1.    Listings of Cases for Adult Epilepsy Monotherapy Studies

Listings of cases of suicide and suicide attempt are provided in Appendix B1.1 and Appendix B1.2, respectively. No subject listing is available for Patient 0063 from Study 945-212-001 because there was no available electronic database for this study. Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are also provided in Appendix B1.3 and Appendix B1.4, respectively.

### 8.3.2.    Narratives for Adult Epilepsy Monotherapy Studies

A narrative for the 1 case of suicide and 5 cases of attempt in the monotherapy epilepsy studies
are provided below.  Narratives are also provided below for the 2 cases where someone not
participating in a gabapentin clinical trial took an overdose of a participant's trial medication.
Additional narratives for the excluded cases of overdose and death can be found in
Appendix B2.1 and Appendix B2.2, respectively.

### *Suicide*

### *Monotherapy Epilepsy Study*

**Patient 5 (Study 945-015)**
**Adverse Event(s): Depression, Attempted Suicide**
**Treatment: gabapentin**
Patient 5 (Study 945-15), a 17-year-old white woman receiving 2000 mg/day gabapentin, developed depression and
became suicidal (attempted suicide), slashing her wrists superficially, on Day 384.  The investigator considered
these events to be of severe intensity and possibly related to gabapentin therapy.  The medical monitor considered
the depression and suicide attempt serious adverse events.  The patient recovered from the attempted suicide and
was hospitalized on Day 384 for treatment of a diagnosed adjustment disorder.  While hospitalized, the patient was
started on trazadone and imipramine.  Due to the depression and suicide attempt, the patient was withdrawn from the
study on Day 404, with the last dose of gabapentin taken on Day 423.  On Day 423 the patient discharged herself
against medical advice.  The severe depression had not resolved at that time and the patient did not return for a
follow-up visit.  Concurrent AEDs at the time of hospital admission were acetazolamide (500 mg/day) and
carbamazepine (900 mg/day).  After various changes were made to the doses of concurrent AEDs during
hospitalization, the patient was taking 750 mg of both acetazolamide and carbamazepine when she left the hospital.
The Sponsor was informed by the investigator that approximately 6 months after discontinuing gabapentin, the
patient committed suicide.  The investigator had no contact with the parents, and therefore could not provide any
details surrounding this event.

### *Suicide Attempt*

### *Monotherapy Epilepsy Studies*

**Patient 0063 (Study 0945-212-001)**
**Adverse Event(s):  Overdose**
**Treatment: gabapentin**
Patient 0063 (Study 0945-212-001), a 36-year-old white man with epilepsy overdosed himself on Days 96 and 97 in
order to attempt suicide.  Study medication before the adverse event was gabapentin 1800 mg/day.  The patient was
hospitalized, was withdrawn from the study on Day 95, and recovered.  The investigator considered the event
unrelated to gabapentin.  On Day 99, the patient had slashed wrists after another suicide attempt. He recovered with
sequelae.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                          45

**Patient 009 (Study 945-083)**
**Adverse Event(s):  Depression, Suicidal**
**Treatment: gabapentin**
Patient 009 (Study 945-83), a 18-year-old male with epilepsy, was hospitalized in the psychiatric ward for
situational depression and attempted suicide on Day 89.  The patient had been receiving a dosage of 3600 mg/day
gabapentin for the preceding 12 days.  The patient was also receiving carbamazepine 600 mg/day.  The patient had
an argument with his father, became angry and jumped off a third floor balcony.  He sustained 2 sprained ankles and
hurt his neck.  The patient was hospitalized for observation, recovered from the depression on Day 93, and was
discharged on Day 115.  The investigator considered these events moderate in intensity and definitely not related to
study medication.

**Patient 13 (Study 945-015)**
**Adverse Event(s):  Depression, Attempted Suicide**
**Treatment: gabapentin**
Patient 13 (Study 945-15), a 26-year-old Hispanic woman, with a history of complex partial seizures with secondary
generalization and depression, became depressed on Day 231 and attempted suicide on Day 232.  The patient was
receiving gabapentin, 2100 mg/day, which continued.  The patient was thought to be angry with her current situation
(divorced mother of three living with her parents).  While in the presence of her mother and sister she attempted to
stab herself in the abdomen.  She was stopped by her family members before inflicting a wound.  The attempted
suicide was severe in intensity and depression was of moderate intensity with both considered unlikely related to
gabapentin by the investigator.  The investigator was not aware of the attempt until her clinic visit on Day 245 at
which time the patient was hospitalized and diagnosed as depressed.  The patient recovered and was discharged on
Day 251. At the time of the events, the concurrent medications were valproate, 2250 mg/day, phenobarbital,
60mg/day and Ventolin inhaler for asthma.

**Patient 007 (Study 945-083)**
**Adverse Event(s):  Hypomania, Overdose**
**Treatment: gabapentin**
Patient 007 (Study 945-83), a 47-year-old white woman with epilepsy and a history of depression, developed
hypomania on Day 254 of gabapentin treatment; the patient had been receiving a dose of 3300 mg/day gabapentin
for the previous 32 days.  The patient was also receiving 300 mg/day phenytoin.  As a result of the hypomania,
gabapentin dosage was reduced to 2400 mg/day on Day 256.  On Day 258, the patient ingested about 50 capsules of
gabapentin (15,000 mg), and was hospitalized.  The patient recovered from the overdose and was discharged on
Day 262.  Hypomania continued, and gabapentin was discontinued as a result, with the last dose taken on Day 285.
Hypomania resolved on Day 287.  The investigator considered the hypomania and overdose moderate and possibly
related to gabapentin.

**Patient 010 (Study 945-015)**
**Adverse Event(s):  Intentional Overdose**
**Treatment: gabapentin**
**Patient 010 (Study 945-015),** a 32-year-old white man with epilepsy had been taking gabapentin for nearly 4 years
(daily dosage unknown) when it was reported that the subject took an intentional overdose (specific drug and
amount were not reported). No relevant medical history was reported. The event resolved in 2 days and the patient
recovered. The reporter and the sponsor considered the event as not related to study medication. No further details
were provided.

### *Cases of suicide attempt by subjects not participating in gabapentin clinical trials*

**Patient WPT-No Study Patient- (Study 945-092),** a 13-year-old Maori/white boy took study medication belonging
to Patient 177, Study 0945-092-003, while at school on October 17, 1996.  Study medication taken was estimated to
have been 20 tablets from Bottle A and 20 tablets from Bottle B corresponding to 8000 mg gabapentin or 4000 mg
carbamazepine.  The boy began vomiting at school and was taken to the hospital.  Blood pressure was 113/56, pulse
rate was 76, respiration was 12, oxygen saturation was 94% and carbamazepine plasma level was $\geq 0.5$ug/mL.  He
was given charcoal and became increasingly drowsy with pinpoint pupils.  The patient was treated with narcaine and
showed some improvement.  He also received IV fluids overnight.  Respiration were monitored hourly and were

CONFIDENTIAL

satisfactory. The patient recovered, but his mood remained low. Results from a psychiatric assessment indicated the patient had a major depressive illness. The attending physician believed the overdose was deliberate and the patient had also taken an opiate. The investigator considered the event severe definitely related to study medication. The Pfizer (formerly Parke-Davis) medical reviewer considered this labeled event related to study medication.

**The teenage daughter of Patient 5 (Study 945-15),** ingested approximately 163 capsules of 300 mg gabapentin (total dose approximately 48.9 g). She had some incontinence of stool while sleeping and mild diarrhea after awakening 7 hours post ingestion. She was taken to the emergency room 8 hours after ingestion where ECG, CBC, and clinical chemistries were normal. Urine toxicology screen was negative except for insignificant amounts of acetaminophen and aspirin. Neurological examination was normal although the patient was mildly sedated, but easily aroused. She had a gastric lavage 8.5 hours after ingestion and charcoal was administered 1 hour later. The patient was hospitalized and observed in the intensive care unit for 1 day and then transferred to a psychiatric unit for continued observation. Gabapentin plasma concentrations drawn at 8.5, 9.5, 10.5, and 11.5 hours after ingestion were 62, 54, 47, and 41 ug/mL, respectively.

## 9.    ADD-ON EPILEPSY IN PEDIATRIC SUBJECTS

### 9.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the pediatric add-on epilepsy studies are summarized in Table 11.

01000004313107\1.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    47

**Table 11.** Demographic Characteristics and Treatment Exposure in Pediatric Add-On Epilepsy Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Pediatric Epilepsy Add-On Therapy Studies 945-008DB, 945-011, 945-086, 945-186, 945-305, 945-405 | N | 171 | 177 |
| | Mean Age, years | 7.1 | 7.1 |
| | Age SD | 3.8 | 3.9 |
| | Median Age[a] | 8 | 7 |
| | Age Range | 0.2 - 16.0 | 0.2 - 18.0 |
| | n (%) Male | 92 (53.8%) | 105 (59.3%) |
| | n (%) Female | 79 (46.2%) | 72 (40.7%) |
| | Total Patient-Years* | 28.9 | 30.0 |
| **Non-Placebo-Controlled Studies** | | | |
| Pediatric Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-034, 877-034X, 945-008OL, 945-011X, 945-087, 945-187, 945-301, 945-401[b] | N | 460[b] | n/a |
| | Mean Age, years | 5.9 | |
| | Age SD | 4.0 | |
| | Median Age[a] | 5 | |
| | Age Range | 0.2 - 16.0 | |
| | n (%) Male | 239 (52.0%) | |
| | n (%) Female | 221 (48.0%) | |
| | Total Patient-Years* | 330.3 | |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Median Age was calculated only for the studies that have data available in electronic format (excludes Study 945-008DB in the placebo-controlled studies and 945-008OL in the non-placebo controlled studies)
[b] Subjects in Study 877-034X (open-label extension of 877-034) are not included in the total count

Source data: Tables 6.1.1.1, 6.1.1.2, 6.1.2.1, and 6.1.2.2

## 9.2.    Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide or suicide attempt in the pediatric add-on epilepsy studies, therefore no determination of risk, rate, and cumulative risk of suicide or suicide attempt could be made in this population.

### 9.3.    Listing and Narratives

#### 9.3.1.    Listings of Cases for Pediatric Add-On Epilepsy Studies

Listings for any cases of overdose or suicide ideation that were not included in the analyses of suicide and suicide attempt are provided in Appendix B1.3 and Appendix B1.4, respectively. No subject listing is available for Patient 5, Center 21, from Study 945-186 (for overdose) because there was no available electronic database for this study.

0100000431310T1.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    48

### 9.3.2.    Narratives for Pediatric Add-On Epilepsy Studies

Narratives for any cases of overdose or death that were not included in the analyses of suicide and suicide attempt are provided in Appendix B2.1 and Appendix B2.2, respectively.

## 10.   MONOTHERAPY IN EPILEPSY IN PEDIATRIC SUBJECTS

### 10.1.   Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the pediatric monotherapy studies are summarized in Table 12.

**Table 12.**  Demographic Characteristics and Treatment Exposure in Pediatric Monotherapy Epilepsy Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Pediatric Epilepsy | N | 128 | 130 |
| Monotherapy Studies 945-019, 945-020, 945-094 | Mean Age, years | 8 | 8.4 |
| | Age SD | 2 | 2.3 |
| | Median Age | 8 | 8 |
| | Age Range | 4.0-13.0 | 4.0-13.0 |
| | n (%) Male | 76 (59.4%) | 74 (56.9%) |
| | n (%) Female | 52 (40.6%) | 56 (43.1%) |
| | Total Patient-Years* | 49.2 | 46.9 |
| **Non-Placebo-Controlled Studies** | | | |
| Pediatric Epilepsy | N | 225[a] | |
| Monotherapy Non-Placebo Controlled Studies 945-019X, 945-049, 945-020X, 945-050, 945-095[a] | Mean Age, years | 8.6 | |
| | Age SD | 2.2 | |
| | Median Age | 8 | |
| | Age Range | 4.0 -14.0 | |
| | n (%) Male | 137 (60.9%) | |
| | n (%) Female | 88 (39.1%) | |
| | Total Patient-Years* | 240.7 | |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Subjects from Study 945-049 (open-label extension of 945-019X) are not included in the total count

Source data: Tables 7.1.1.1, 7.1.1.2, 7.1.2.1, and 7.1.2.2

### 10.2.   Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide or suicide attempt in the pediatric monotherapy epilepsy studies, therefore no determination of risk, rate, and cumulative risk of suicide or suicide attempt could be made in this patient population.

### 10.3.  Listings and Narratives

#### 10.3.1.  Listings of Cases for Pediatric Epilepsy Monotherapy Studies

Listings for any cases of overdose or suicide ideation that were not included in the analyses of suicide and suicide attempt are provided in Appendix B1.3 and Appendix B1.4, respectively.

#### 10.3.2.  Narratives for Pediatric Epilepsy Monotherapy Studies

Narratives for any cases of overdose or death that were not included in the analyses of suicide and suicide attempt are provided in Appendix B2.1 and Appendix B2.2, respectively.

### 11.  OTHER NEUROLOGY STUDIES

#### 11.1.  Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the sleep, migraine, and spasticity studies are summarized in Table 13.

01000004313\07\1.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

50

**Table 13.** Demographic Characteristics and Treatment Exposure in Other Neurology Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Sleep Studies 934-324, 934-325, 934-335 | N | 316 | 70 |
| | Mean Age, years | 41.5 | 38.4 |
| | Age SD | 15.0 | 15.6 |
| | Median Age | 40.5 | 34 |
| | Age Range | 18.0 - 84.0 | 19.0 - 87.0 |
| | n (%) Male | 167 (52.9%) | 41 (58.6%) |
| | n (%) Female | 149 (47.2%) | 29 (41.4%) |
| | Total Patient-Years* | 6.5 | 1.1 |
| Migraine Studies 879-200, 945-217, 945-220 | N | 238 | 142 |
| | Mean Age, years | 40.0 | 39.5 |
| | Age SD | 11.5 | 11.0 |
| | Median Age | 40 | 40.5 |
| | Age Range | 16.0-71.0 | 16.0-68.0 |
| | n (%) Male | 47 (19.8%) | 29 (20.4%) |
| | n (%) Female | 191 (80.3%) | 113 (79.6%) |
| | Total Patient-Years* | 61.2 | 34.9 |
| Spasticity Studies 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 | N | 53 | 51 |
| | Mean Age, years | 51.6 | 52.2 |
| | Age SD | 16.5 | 15.2 |
| | Median Age | 54 | 54 |
| | Age Range | 14.0-80.0 | 17.0-78.0 |
| | n (%) Male | 37 (69.8%) | 32 (62.8%) |
| | n (%) Female | 16 (30.2%) | 19 (37.3%) |
| | Total Patient-Years* | 11.6 | 3.5 |
| All Other Neurology Placebo-Controlled Studies 934-324, 934-325, 934-335, 879-200, 945-217, 945-220, 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 | N | 607 | 263 |
| | Mean Age, years | 41.8 | 41.7 |
| | Age SD | 14.2 | 14.2 |
| | Median Age | 41 | 42 |
| | Age Range | 14.0-84.0 | 16.0-87.0 |
| | n (%) Male | 251 (41.4%) | 102 (38.8%) |
| | n (%) Female | 356 (58.7%) | 161 (61.2%) |
| | Total Patient-Years* | 79.3 | 39.6 |
| **Non-Placebo-Controlled Studies** | | | |
| Non-Placebo Controlled/Open-Label Neurology Studies 104-003, 104-004, 104-007, 880-009, 880-011 | N | 49 | n/a |
| | Mean Age, years | 48 | |
| | Age SD | 14.3 | |
| | Median Age | 50 | |
| | Age Range | 19.0-71.0 | |
| | n (%) Male | 41 (83.7%) | |
| | n (%) Female | 8 (16.3%) | |
| | Total Patient-Years* | 2.1 | |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

Source data: Tables 8.1.1.1, 8.1.1.2, 8.1.2.1, 8.1.2.2, 8.1.3.1, 8.1.3.2, 8.1.4.1, 8.1.4.2, 8.1.5.1 and 8.1.5.2

01000004313\07\1.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    51

## 11.2.  Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide or suicide attempt in the sleep, migraine, spasticity, and neurology studies, therefore no determination of risk, rate, and cumulative risk of suicide or suicide attempt could be made in these patient populations.

## 11.3.  Listing and Narratives for Sleep Studies, Migraine Studies, Neurology Studies

Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are also provided in Appendix B1.3 and Appendix B1.4, respectively.  Narratives for the excluded cases of overdose or death can be found in Appendix B2.1 and Appendix B2.2, respectively.

## 12.  COMPASSIONATE USE AND OTHER STUDIES

As noted in Section 2, the databases for compassionate use, named patient, and other miscellaneous studies are not electronically available. For this reason, any listings of cases were manually generated; narratives were obtained from the clinical study reports.

## 12.1.    Listings of Cases for Compassionate Use and Other Studies

There were no cases of suicide or suicide attempt found in reports of compassionate use studies.

## 12.2.  Narratives for Compassionate Use and Other Studies

Narratives for the excluded cases of overdose or death can be found in Appendix B2.1 and Appendix B2.2, respectively.

## 13.  SURVIVAL AND CUMULATIVE HAZARDS FUNCTIONS

The plots of the product-limit (Kaplan-Meier) survival function estimates and cumulative hazards are presented below for suicide attempt for the following 2 groupings: 1) all adults in non-placebo-controlled or open-label epilepsy studies and 2) all adults across all studies.  The other categories (e.g., placebo-controlled adult epilepsy studies and pediatric epilepsy studies) contained only 1 case or fewer and no plots were generated. Likewise, no plots were created for the suicide cases because only 1 case occurred during treatment.

## 13.1.  Non-Placebo-Controlled or Open-Label Adult Epilepsy Studies

Plots of the Kaplan-Meier estimates and cumulative hazards of suicide attempt versus time for the non-placebo controlled or open-label adult epilepsy studies (add-on and monotherapy combined) are shown in Figures 1a and 1b, respectively.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                52



Figure 1a. Plot of Kaplan-Meier Estimates for Suicide Attempt vs Time (in days) in Non-Placebo Controlled and Open-Label Adult Epilepsy Studies

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    53



Figure 1b. Plot of Cumulative Hazards for Suicide Attempt vs Time (in days) in Non-Placebo Controlled and Open-Label Adult Epilepsy Studies

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    54

### 13.2. Non-Placebo-Controlled or Open-Label Adult Studies

Plots of the Kaplan-Meier estimates and cumulative hazards of suicide attempt versus time for all non-placebo controlled or open-label adult studies (all patient populations combined) are shown in Figures 2a and 2b, respectively.



Figure 2a. Plot of Kaplan-Meier Estimates for Suicide Attempt vs Time (in days) in Non-Placebo Controlled and Open-Label Adult Studies (All Indications)



Figure 2b. Plot of Cumulative Hazards for Suicide Attempt vs Time (in days) in Non-Placebo Controlled and Open-Label Adult Studies (All Indications)

## 14. HEALTHY VOLUNTEER STUDIES IN PHARMACOKINETIC, DRUG INTERACTION AND OTHER

As agreed between Pfizer and the FDA, a review of data for suicide and suicide attempt in Phase 1 studies (healthy volunteer, pharmacokinetic, drug interaction, or other) will be provided separately in November 2004.

## 15. POSTMARKETING DATA

Pfizer's early alert safety databases contain cases of adverse events reported spontaneously to Pfizer, cases reported from health authorities, cases published in the medical literature, and cases of serious adverse events reported from clinical studies and Pfizer-sponsored marketing programs (solicited cases) regardless of causality. The full report and detailed search methods of postmarketing data for gabapentin (across all patient populations) are provided in Appendix D. The summary and conclusions of the report are repeated below. Note that the postmarketing database receives information on adverse events during active studies and after studies have ended and their databases closed as well as receiving spontaneous reports of adverse events. Therefore, the clinical study cases presented below may or may not have been captured in the review of clinical trial data presented in earlier sections of this report.

A review of gabapentin clinical study and solicited cases identified 3 cases of completed suicide and 7 cases of suicide attempt; causality was assessed as unrelated to study drug in all but 1 case that reported suicide attempt. In this case, while both the investigator and the sponsor determined that "the events" were related to the study drug, it was unclear if the causality assessment referred to somnolence only or both somnolence and suicide attempt since follow-up information only confirmed the causal association with somnolence. A review of 274 cases reporting a fatal outcome without obvious mention of suicide or suicide attempt, did not identify any additional cases of death due to suicide. A review of 8 cases reporting either self-injury or suicidal ideation identified no additional cases of suicide attempt.

Currently, an estimated 12 million patients worldwide have been exposed to gabapentin. As of 31 March 2004, a total of 17,768 non-clinical study cases have been submitted to Pfizer. A review of gabapentin non-clinical study cases identified 35 cases of completed suicide, representing a small proportion (0.2%) of the total number of gabapentin cases. Twenty-two cases originated from the literature and were based on data from American Association of Poison Control Centers, either in Annual Reports [covering calendar years 2000 (eight cases), 2001 (7 cases), and 2002 (5 cases)] or as a separate publication (2 cases). These cases contained limited or no information on gender, age, medical history, concomitant medication use, and/or dose and indication for gabapentin therapy. One case was poorly documented and the only information reported was that a patient who committed suicide was "linked" to gabapentin. In 1 case, it was specifically stated that the patient was not treated with gabapentin prior to the event. In another case, the cause of death was being questioned as homicide or suicide. Of the remaining 10 cases, 8 cases reported risk factors that could have contributed to the suicide and 2 cases contained limited information.

There were 73 non-clinical study cases reporting suicide attempt, representing a small proportion (0.4%) of the total number of gabapentin cases (17,768 non-clinical study cases). Of these, 70 cases were notable for reporting limited information (20 cases; including 11 cases from the same literature publication based on data from Poison Control Centers), risk factors that could have contributed to the suicide attempt (47 cases), or an unlikely or unknown temporal association between gabapentin therapy and event onset (three cases). In 15 of the 20 cases with limited information, it was unclear whether the patients were treated with gabapentin prior to the suicide attempt. The other 3 cases reported suicide attempts in patients with no reported risk factors; although 2 of these 3 patients developed depression while under treatment with gabapentin but received no treatment for depression.

A review of 403 non-clinical study cases reporting a fatal outcome and no suicide or suicide attempt did not identify any additional cases of death due to suicide. A review of 85 cases reporting either self-injury or suicidal ideation identified 4 cases of possible suicide attempts, although such determination was difficult based on the information provided. Three of these patients had pre-existing psychiatric conditions that could have contributed to the event.

A review of the available postmarketing data on gabapentin cases reporting suicide or suicide attempt does not support a causal association between gabapentin and suicide or suicide attempt. Pfizer will continue to monitor gabapentin cases reporting suicide and suicide attempt.

CONFIDENTIAL

## 16. CONCLUSIONS

The results of a comprehensive search for cases of suicide and suicide attempt among gabapentin clinical trials across all patient populations in which Pfizer has conducted clinical trials did not indicate an increased risk for suicide with gabapentin treatment. The occurrence of suicide and suicide attempt during gabapentin treatment was 1 and 12, respectively, with over 9000 total gabapentin-treated patients and 4495 total-patient years. There were no cases of suicide identified in placebo-controlled studies, regardless of treatment. In non-placebo-controlled studies, there was 1 case of suicide that occurred during gabapentin treatment and another that occurred approximately 6 months after discontinuation of treatment. Both cases of suicide and 11 of the 12 cases of suicide attempt involved patients with epilepsy. Among all the cases of suicide and suicide attempt, none were assessed by the investigator as definitely related to gabapentin, 3 cases (all cases of suicide attempt) were considered possibly related, with the remainder assessed as definitely not related or as having an unlikely relationship to gabapentin. Duration of treatment in each case varied and did not appear to be a factor involved in either the cases of suicide or suicide attempt. In addition, an analysis of gabapentin postmarketing data identified 35 non-clinical study cases of completed suicide and 73 non-clinical study cases reporting suicide attempt, representing a small proportion (0.2% and 0.4%, respectively) of the total number of gabapentin cases.

Overall, the results of this review are consistent with the published literature for suicide in comparable patient populations in which gabapentin has been studied or used and they do not indicate an increased risk of suicide or suicide attempt with gabapentin therapy. No changes to the current product labeling, which includes suicidal and suicidal gesture in the clinical trial adverse event section, are necessitated by these findings.

01000004313107\1.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    58

## 17.  REFERENCES

1.  Centers for Disease Control and Prevention. National Vital Statistics Reports (NVSS). Deaths: Preliminary Data for 2002. Vol 52, number 13, Washington: Public Health Service, February 11, 2004.

2.  Moscicki E. Epidemiology of suicide. In:Goldsmith S, ed. Risk factors for suicide. Washington, DC:National Academy Press, 2001:10-12.

3.  Tanney BL. Psychiatric diagnoses and suicide. In:Maris RW et al, eds. Comprehensive textbook of suicidology. New York: Guilford, 2000:311-41

4.  Tohen M et al. Epidemiology of bipolar disorder. In: Tsuang MT et al, eds. Psychiatric epidemiology. New York, NY:Wiley-Liss;2002:427-44.

5.  Goodwin FK et al. Manic-depressive illness. New York:Oxford University Press, 1990.

6.  Ahrens B et al. Excess cardiovascular and suicide mortality of affective disorders may be reduced by lithium prophylaxis. J Affect Disord 1995;33:67-75.

7.  Rihmer Z et al. Bipolar II disorder and suicidal behavior. Psychiatr Clin North Am 1999;22:667-73.

8.  Tondo L et al. Suicidal behavior in bipolar disorder: risk and prevention. CNS Drugs 2003;17:491-511.

9.  Harrison's Online. Part 14: Neurolgic Disorders:Section 5; Chapter 385: Anxiety Disorders. MrGraw-Hill Companies, 26 Sept 2002. Available at URL: http://www.harrisons.accessmedicine.com/server-java/Arknoid/made/harrisons/chapters/ch385/ch385_01.html?searchterm=anxiety;

10. http://www.nimh.nih.gov/anxiety/gadfacts.cfm

11. Magee WJ et al. Agoraphobia, simple phobia and social phobia in the National Comorbidity Survey. Arch Gen Psychiatry 1996;53:159-68.

12. Stein MB et al. Social anxiety disorder and the risk of depression. Arch Gen Psychiatry 2001;58:251-56.

13. Lydiard RB. Panic disorder and social phobia: possible implications for comorbid depression for drug therapy. Anxiety 1996;2:61-70.

14. Khan A et al. Suicide risk in patients with anxiety disorders: a meta-analysis of the FDA database. J of Affective Disorders 2002;68:183-90.

15. Magni G et al. Suicide in chronic abdominal pain: an analysis of the Hispanic Health and Nutritional Examination Survey. Pain 1998;76:137-144.

16. Pentinnen J. Back pain and risk of suicide among Finnish farmers. Am J Public Health 1995;85:1452-53.

17. Fishbain DA et al. Completed suicides in chronic disease. Clin J Pain 1991;7:29-36.

18. Fishbain DA. Current research on chronic pain and suicide. American Journal of Public Health. 1996;86:1320-1321.

19. Stenager E et al. Attempted suicide,depression and physical disease: a one year follow up study. Psychother Psychosom. 1994 ;61:65-73.

20. Venkoba RA. Physical illness, pain and suicidal behavior Crisis 1990;11:48-56.

21. Hitchcock LS et al. The experience of chronic nonmalignant pain. J Pain Symptom Manage. 1994;9:312-18.

22. Breslau N. Migraine suicidal ideation and suicide attempts. Neurology 1992;42:392-95.

23. Jones JE et al. Rates and risks for suicide, suicidal ideation, and suicide attempts in chronic epilepsy. Epilepsy and Behavior 2003;S31-38.

24. Nilsson L et al. Risk factors for suicide in epilepsy: a case control study. Epilepsia 2002;43:644-51.

25. Harden C et al. Mood disorders in patients with epilepsy. CNS Drugs 2002;15:291-302.

26. Shukla G et al. Psychiatric manifestations in temporal lobe epilepsy: a controlled study. Br J Psychiatry 1979;135:411-7.

27. Fiordelli E et al. Epilepsy and psychiatric disturbance: a cross sectional study. Br J Psychiatry 1993;163:446-50.

28. Manchanda R et al. Psychiatric disorders in candidates for epilepsy surgery. J Neurol Neurosurg Psychiatry 1996;61:82-9.

29. Victoroff J. DSM-III-R psychiatrc diagnoses in candidates for epilepsy surgery: lifetime prevalence. Neuropsychiatry Neuropsychol Behav Neurol 1994;7:87-97.

30. Altshuler L et al. Temporal lobe epilepsy, temporal lobe epilepsy, temporal lobectomy and major depression. J Neuropsychiatry Clin Neurosci 1999;11:436-43.

31. Robertson MM. Suicide parasuicide and epilepsy. In: Engel J et al. eds. Epilepsy: a comprehensive textbook. Philadelphia: Lippincott-Raven;1997:2141-51.

32. White SJ et al. Anticonvulsant drugs and cancer: a cohort study in patients with severe epilepsy. Lancet 1979:2:458-60.

33. Zielinski JJ. Epilepsy and mortality rate and cause of death. Epilepsia 1974;15:191-201.

34. Fishbain DA. Association of chronic pain and suicide. Seminars of Clinical Neuropsychiatry 1999;4:221-27

01000004319107\1.0\Approved\10-Sep-2004 10:25