# EXHIBIT 20



Response to FDA: Neurontin® (gabapentin)

Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials – Phase 1 Studies

01000004773090\1.1\Approved\17-Nov-2004 15:19

| | |
|---|---|
| **Final Signoff Date:** | 16 November 2004 |
| **Sponsor's Signatory:** | Bruce Parsons, M.D., Ph.D. |

Confidential

## OVERVIEW

At the request of the U.S. Food and Drug Administration (FDA), a comprehensive search of gabapentin clinical trials included in its investigational new drug (IND) applications, new drug applications (NDAs), and supplemental NDAs and postmarketing databases across all patient populations for cases of suicide and suicide attempt was conducted. The FDA agreed to have Pfizer submit a response in 2 parts. The first part of the response, submitted to FDA on 10 September 2004, contained data from Phase 2-4 clinical trials and postmarketing reports. This second part of the response is contained in this report, which summarizes the data from 55 Phase 1 gabapentin clinical trials. There were no cases of suicide or suicide attempt in any of the placebo-controlled or non-placebo controlled Phase 1 studies in healthy volunteers or patients. The results of the search of Phase 1 gabapentin studies do not change the conclusions presented in the first response.

0100000447730911.1.1\Approved\17-Nov-2004 15:19

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies          3

OVERVIEW.................................................................................................................. 2

1.    INTRODUCTION.................................................................................................... 4
1.1.   Overview of Request................................................................................................ 4

2.    SEARCH METHODS AND CLASSIFICATION OF CASES OF SUICIDE AND
      SUICIDE ATTEMPT IN PHASE 1 CLINICAL TRIALS ..................................... 4

3.    TABLE OF STUDIES INCLUDED IN SEARCH ................................................... 6

4.    PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS ............. 12
4.1.   Demographic Characteristics and Exposure Data................................................. 12
4.2.   Tables of Risk, Rate, and Cumulative Risk .......................................................... 12
4.3.   Listings and Narratives for Placebo-Controlled Studies in Healthy Volunteers ... 13

5.    NON-PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS ....... 13
5.1.   Demographic Characteristics and Exposure Data................................................. 13
5.2.   Tables of Risk, Rate, and Cumulative Risk .......................................................... 13
5.3.   Listings and Narratives for Non-Placebo-Controlled Studies in Healthy Volunteers ....... 14

6.    NON-PLACEBO-CONTROLLED STUDIES IN PATIENTS ............................... 14
6.1.   Demographic Characteristics and Exposure Data................................................. 14
6.2.   Tables of Risk, Rate, and Cumulative Risk .......................................................... 14
6.3.   Listing and Narratives for Non-Placebo-Controlled Studies in Patients ............. 14

7.    CONCLUSIONS..................................................................................................... 15

Appendix A – Supporting Tables
       This response document was the second part of a 2-part response. Therefore tables for
       this response begin with Table 9.

| Table Number | Title |
| --- | --- |
| Table 9.1.1.1 | Demographics for Placebo Controlled Studies in Healthy Volunteers |
| Table 9.1.1.2 | Total Exposure for Placebo Controlled Studies in Healthy Volunteers |
| Table 9.1.2.1 | Demographics for Non-Placebo Controlled Studies in Healthy Volunteers |
| Table 9.1.2.2 | Total Exposure for Non-Placebo Controlled Studies in Healthy Volunteers |
| Table 9.2.1.1 | Demographics for Non-Placebo Controlled Studies in Patients |
| Table 9.2.1.2 | Total Exposure for Non-Placebo Controlled Studies in Patients |

Appendix B – Listings

| Appendix B1.1 | Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Placebo Controlled Studies in Healthy Volunteers |
| --- | --- |
| Appendix B1.2 | Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Healthy Volunteers |
| Appendix B1.3 | Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Patients |
| Appendix B2 | Listing of Investigator Terms Coding to Accidental Injury or Injury |

Confidential

0100000447700V1.1 Approved\17-Nov-2004 15:19

## 1.     INTRODUCTION

### 1.1.     Overview of Request

At the request of the U.S. Food and Drug Administration (FDA), Pfizer conducted a search of its gabapentin investigational new drug (IND) applications, new drug applications (NDAs), and supplemental NDAs and postmarketing databases for cases of suicide and suicide attempt. As agreed upon with the FDA, the search was performed and reported in 2 parts: 1) for the Phase 2-4 clinical trials and postmarketing data and 2) for the Phase 1 clinical trials. The first part was submitted 10 September 2004 and contained the results of the search for cases of suicide and suicide attempt in 92 Phase 2-4 placebo-controlled and non-placebo-controlled or open-label gabapentin studies and in the gabapentin postmarketing databases. This response summarizes the findings of the search conducted in 55 Phase 1 gabapentin studies.

The 55 Phase 1 studies presented in this response were primarily conducted in healthy volunteers; 10 of the studies were conducted in patients (e.g., with epilepsy or renal disease). The majority of the 55 studies were single- and multiple-dose pharmacokinetic or bioequivalence studies, with both cross-over and non-crossover designs. There were also a small number of food effect studies, drug interaction studies, and safety reports. There was 1 long-term, open-label, efficacy study in patients with epilepsy that lasted for more than 1 year. All of the Phase 1 studies searched are listed in Section 3, Table 1.

## 2.     SEARCH METHODS AND CLASSIFICATION OF CASES OF SUICIDE AND SUICIDE ATTEMPT IN PHASE 1 CLINICAL TRIALS

The methods used to identify any cases of suicide and suicide attempt in Phase 1 studies were the same as used in the previous search of Phase 2-4 studies.

***Clinical Study Databases and Clinical Reports Searched*** – The entire list of Phase 1 studies included in the search is provided in Section 3 (Table 1). Pfizer has followed internal standard operating procedures in the capture and review of the clinical study data.  Data were obtained from electronically available datasets and final study reports. Of the studies listed in Table 1, a total of 6 had no available electronic datasets (Studies 945-430-005, 945-073-0, 945-195, 1032-010-0, 1032-015-0, and 945-72). Data from the studies with no available electronic databases were reviewed manually and any cases of suicide or suicide attempt from these studies were entered into the analyses manually.

For presentation purposes in the summary tables, the following groupings were used:

- Placebo-controlled studies in healthy volunteers
- Non-placebo-controlled studies in healthy volunteers
- Non-placebo-controlled studies in patients

***Search Terms and Case Identification Methods*** - Cases of suicide were identified through the review of clinical study reports and safety summaries for the studies described in Table 1 and through programmatic search in clinical trial databases of all preferred or investigator terms

0100000447720901.1.1\Approved\17-Nov-2004 15:19

including the text, "suic" or "overdos." In addition, any available narratives for deaths reported in the clinical study reports and safety updates for the studies in Table 1 were reviewed in a blinded fashion (i.e., treatment group not identified) by a clinician who determined if the death described or could be interpreted to describe a completed suicide that was not captured by the terms "suic" or "overdos." Any cases identified through the string search for "suic" or "overdos" were also reviewed in a blinded fashion by the clinician, who determined whether the case was an intentional or accidental overdose. If the case was considered an intentional overdose, then that case was categorized as a suicide attempt or suicide (whichever applied).

Cases of suicide attempt were identified through the review of all preferred or investigator terms including the text, "suicide attempt."

All studies were searched for the investigators' terms that coded to the preferred term, "accidental injury" or "intentional injury."

Any data identified using the criteria above were forwarded to a clinician for a blinded review and determination of potential cases of suicide or suicide attempt.

***Data Summaries*** – For each grouping of studies, the following was to be summarized:

- Demographic and exposure information

- Occurrence of suicide (number of suicides per total study population; number of suicides per patient-years of exposure)

- Occurrence of suicide attempt (number of suicide attempts per total study population, number of suicide attempt per patient-years of exposure)

- Cumulative risk of suicide (number of cases/accumulated exposure time by month) in tabular format

- Cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in tabular format

***Survival and Cumulative Hazards Functions*** - Product-Limit (Kaplan-Meier) survival functions were to be estimated for suicide and suicide attempt and the corresponding cumulative hazards functions were to be presented graphically.

***Listings*** - A listing of investigator terms coded to "accidental injury" is provided in Appendix B2.

Listings of any cases of suicide and suicide attempt were to be provided. A separate list of cases of accidental overdose or suicide ideation that were excluded from the analysis were also to be provided. The listings include the following variables:

- Patient ID number
- Adverse event term – both investigator term and preferred term

01000004773091.1.1\Approved\17-Nov-2004 15:19

- Seriousness
- Protocol number
- Treatment group
- Gabapentin daily dose at the time of the event
- Sex
- Age
- Indication
- Duration of treatment at the time of event
- Discontinuation due to event (y/n)
- Outcome
- Concomitant medications
- Concurrent illnesses
- Medical history
- Investigator causality

*Narratives* – The clinical study reports were searched for any relevant narratives. Narratives for deaths (where available) that were reviewed but not considered cases of suicide were to be provided. If narratives for accidental overdose were available, these were also to be included for review purposes; however, cases of accidental overdose were not included in the analyses of suicide or suicide attempt.

## 3.   TABLE OF STUDIES INCLUDED IN SEARCH

The list of studies included in the search for cases suicide and suicide attempt is provided in Table 1.  For a detailed explanation of methods for searching the data from the studies in Table 1, see Section 2, Search Methods and Classification of Cases of Suicide and Suicide Attempt in Clinical Trials.

Pfizer_LCastro_0071986

0103000447789041.1\Approved\17-Nov-2004 15:19

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

7

**Table 1. Table of Studies**

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| Neuropathic Pain | 1032-015-0 | A DRUG INTERACTION STUDY COMPARING THE PK OF GABAPENTIN CAPSULES AND NAPROXEN SODIUM CAPSULES ADMINISTERED SEPARATELY WITH GABAPENTIN CAPSULES AND NAPROXEN SODIUM CAPSULES ADMINISTERED CONCOMITANTLY IN HEALTHY SUBJECTS. A NON-BLIND, RANDOMIZED, 3-WAY CROSSOVER STUDY | 18 Healthy Subjects |
| Add-on Epilepsy (Adult) | 104-001 | A RANDOMIZED, PLACEBO-CONTROLLED, DOUBLE-BLIND, RISING-DOSE STUDY OF THE SAFETY AND TOLERANCE OF ORAL GABAPENTIN (CI-945) IN HEALTHY SUBJECTS. | 8 Healthy Subjects |
| Add-on Epilepsy (Adult) | 104-002 | A RANDOMIZED, PLACEBO-CONTROLLED, DOUBLE-BLIND, SINGLE-DOSE, FORERUNNER STUDY OF THE SAFETY AND TOLERANCE OF INTRAVENOUS GABAPENTIN (CI-945) IN HEALTHY SUBJECTS. | 6 Healthy Subjects |
| Add-on Epilepsy (Adult) | 877-070 | A CLINICAL PHARMACOKINETIC STUDY OF GABAPENTIN (CI-945) IN HEALTHY VOLUNTEERS AT THREE DIFFERENT DOSES. A RANDOMIZED, NON-BLIND, 3-WAY CROSSOVER STUDY | 9 Healthy Subjects |
| Add-on Epilepsy (Adult) | 877-072 | ABSOLUTE AND RELATIVE BIOAVAILABILITY OF GABAPENTIN (CI-945) 300-MG CAPSULES AND SOLUTION IN HEALTHY SUBJECTS, AND A COMPARISON OF PLASMA AND SALIVA CONCENTRATIONS AFTER ADMINISTRATION OF A SINGLE 150-MG IV GABAPENTIN DOSE. A RANDOMIZED, 3-WAY CROSSOVER STUDY. | 12 Healthy subjects |
| Add-on Epilepsy (Adult) | 877-073 | EFFECT OF FOOD ON THE BIOAVAILABILITY OF GABAPENTIN (CI-945) CAPSULES IN HEALTHY SUBJECTS. A RANDOMIZED, NON-BLIND, 2-WAY CROSSOVER STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 877-074 | PHARMACOKINETICS OF GABAPENTIN (CI-945) FOLLOWING MULTIPLE ORAL DOSE ADMINISTRATION OF 300MG CAPSULES TO EIGHT HEALTHY SUBJECTS. A NON-BLIND, MULTI-DOSE STUDY. | 8 Healthy Subjects |
| Add-on Epilepsy (Adult) | 877-076 | EVALUATION OF A PILOT FORMULATION OF 600-MG SUSTAINED-RELEASE GABAPENTIN TABLETS (CI-945) FOR ONCE OR TWICE DAILY DOSING RELATIVE TO GABAPENTIN 400-MG SOLUTION IN HEALTHY VOLUNTEERS. A SINGLE DOSE, NON-BLIND, RANDOMIZED, 2-WAY CROSSOVER STUDY | 6 Healthy Subjects |
| Add-on Epilepsy (Adult) | 880-032 | A SINGLE-CENTER, NON-RANDOMIZED, OPEN-LABEL STUDY OF THE EFFICACY OF ORAL GABAPENTIN(CI-945) IN THE TREATMENT OF PATIENTS WITH GENERALIZED OR SYMPTOMATIC EPILEPSY | 6 Patients |
| Add-on Epilepsy (Adult) | 880-051 | A RANDOMIZED, PLACEBO-CONTROLLED, DOUBLE-BLIND, MULTIPLE-DOSE, THREE-WAY CROSSOVER OF THE EFFECT OF ORAL GABAPENTIN (CI-945) ON NOCTURNAL NEUROHORMONE SECRETION AND THE PATTERN OF SLEEP IN HEALTHY SUBJECTS | 6 Healthy Male Subjects |
| Add-on Epilepsy (Adult) | 945-035 | GASTROINTESTINAL ABSORPTION OF GABAPENTIN (CI-945) FOLLOWING PERFUSION OF 400-MG GABAPENTIN SOLUTION INTO THE DUODENUM-JEJUNUM, ILEUM, AND CECUM OF SIX HEALTHY MALE SUBJECTS=C21 | 6 Healthy Male Subjects |

Pfizer_LCastro_0071987

Confidential

010000047730911.1\Approved117vNov-2004 15:19

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

8

Table 1. Table of Studies

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| Add-on Epilepsy (Adult) | 945-048-0 | POTENTIAL EFFECT OF A 1000-MG SINGLE DOSE OF PROBENECID ON THE SINGLE DOSE PHARMACOKINETICS OF 200-MG GABAPENTIN CAPSULES IN HEALTHY SUBJECTS. A RANDOMIZED, TWO-WAY CROSSOVER STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-054-0 | A SINGLE DOSE BIOEQUIVALENCE STUDY GABAPENTIN (CI-945) 100-MG AND 400-MG MARKET-IMAGE SUPRO CAPSULES RELATIVE TO 200-MG CAPSULES USED IN CLINICAL TRIALS AND TO A 400-MG SOLUTION. A NON-BLIND, RANDOMIZED, 4-WAY CROSSOVER STUDY | 20 Subjects |
| Add-on Epilepsy (Adult) | 945-055-0 | A SINGLE DOSE, BIOEQUIVALENCE STUDY OF GABAPENTIN (CI-945) IN HEALTHY SUBJECTS COMPARING 300-MG MARKET-IMAGE SUPRO CAPSULES TO 300-MG CLINICAL TRIAL CAPSULES. A NON-BLIND, RANDOMIZED, 2-WAY CROSSOVER STUDY. | 20 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-062-0 | A SINGLE-DOSE PHARMACOKINETIC STUDY OF GABAPENTIN (CI-945) IN SUBJECTS WITH VARIOUS DEGREES OF RENAL FUNCTION | 20 Subjects |
| Add-on Epilepsy (Adult) | 945-064-0 | A SINGLE-DOSE PHARMACOKINETIC STUDY OF GABAEPNTIN (CI-945) IN SUBJECTS WITH VARIOUS DEGREES OF RENAL FUNCTION | 20 Subjects with renal disease |
| Add-on Epilepsy (Adult) | 945-068-0 | A SINGLE DOSE BIOAVAILABILITY STUDY OF NEURONTIN (GABAPENTIN) 100-MG AND 400-MG SUPRO MARKET-IMAGE CAPSULES MANUFACTURED IN PUERTO RICO RELATIVE TO 400-MG MARKET-IMAGE SUPRO CAPSULES MANUFACTURED IN FREIBURG. A NON-BLIND, RANDOMIZED, 3-WAY, CROSSOVER STUDY. | 21 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-01 | SINGLE AND MULTIPLE DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945) IN EPILEPTIC PATIENTS MAINTAINED ON A CONSTANT PHENYTOIN DOSE REGIMEN | 8 Patients |
| Add-on Epilepsy (Adult) | 945-12-0 | SINGLE AND MULTIPLE DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945) IN HEALTHY SUBJECTS. A NON-BLIND, SEQUENTIAL STUDY | 8 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-17 | A MULTIPLE-DOSE, DOSE PROPORTIONALITY STUDY IN HEALTHY SUBJECTS RECEIVING 100, 200, AND 400 MG GABAPENTIN (CI-945) DOSES EVERY EIGHT HOURS FOR SIX DAYS. A RANDOMIZED, DOUBLE-BLIND, 3-WAY CROSSOVER STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-3-0 | A DOUBLE-BLIND, COMPARATIVE STUDY OF THE EFFECTS OF CHRONIC ADMINISTRATION OF GABAPENTIN (CI-945) AND PHENYTOIN ON ANTIPYRINE CLEARANCE IN 12 HEALTHY MALE SUBJECTS. A RANDOMIZED, PARALLEL GROUP STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-37 | PHARMACOKINETICS OF GABAPENTIN (CI-945) FOLLOWING INTRAVENOUS ADMINISTRATION TO SUBJECTS WITH VARYING DEGREES OF RENAL FUNCTION. A NON-RANDOMIZED, OPEN-LABEL STUDY. | 9 Healthy Subjects and Patients |
| Add-on Epilepsy (Adult) | 945-38-0 | SINGLE-DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945) IN SUBJECTS WITH VARYING DEGREES OF RENAL FUNCTION | 20 Subjects with renal disease |

Pfizer_LCastro_0071988

Confidential

0100000477309\1.1\Approved\17-Nov-2004 15:19

9

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

**Table 1. Table of Studies**

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| Add-on Epilepsy (Adult) | 945-39-0 | EFFECT OF MULTIPLE-DOSE GABAPENTIN ADMINISTRATION ON THE SINGLE-DOSE PHARMACOKINETICS OF 250 MG VALPROIC ACID (DEPAKENE) CAPSULES IN HEALTHY SUBJECTS | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-40-0 | A STUDY TO EVALUATE THE EFFECT OF SUBJECT AGE ON THE SINGLE DOSE PHARMACOKINETICS OF ORALLY ADMINISTERED GABAPENTIN (CI-945) | 36 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-44-0 | A STUDY OF POTENTIAL INTERACTION BETWEEN VALPROIC ACID AND GABAPENTIN (CI-945) IN EPILEPTIC PATIENTS MAINTAINED ON VALPROIC ACID. A NON-BLIND, SINGLE AND MULTIPLE-DOSE, SEQUENTIAL STUDY | 14 Patients |
| Add-on Epilepsy (Adult) | 945-45-0 | A SINGLE AND MULTIPLE DOSE DRUG INTERACTION STUDY OF GABAPENTIN (CI-945) IN PATIENTS WITH EPILEPSY MAINTAINED ON CARBAMAZEPINE. A NON-BLIND, SEQUENTIAL STUDY. | 12 Patients |
| Add-on Epilepsy (Adult) | 945-46 | AN OPEN LABEL, MULTIPLE DOSE STUDY OF THE SAFETY OF GABAPENTIN (CI-945) ADMINISTERED ORALLY FOR 10 DAYS TO HEALTHY VOLUNTEERS. | 15 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-47-0 | NONBLIND, SINGLE DOSE, FOUR WAY CROSSOVER STUDY IN HEALTHY SUBJECTS/ EFFECT OF MAALOX ON GABAPENTIN PK IN SUBJECTS. A RANDOMIZED, 4-WAY CROSSOVER STUDY. | 16 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-57 | A RANDOMIZED, DOUBLE-BLIND, PLACEBO CONTROLLED STUDY OF THE SAFETY, TOLERANCE, AND PHARMACOKINETICS OF GABAPENTIN (CI-945) SINGLE DOSES AND MULTIPLE DOSES OF 1800, 2400, 3600, OR 4800 MG/DAY FOR 2 WEEKS IN HEALTHY VOLUNTEERS | 24 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-58-0 | A STUDY TO DETERMINE THE EFFECT OF CIMETIDINE ON THE SINGLE-DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945). A NON-BLIND, SEQUENTIAL STUDY. | 12 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-59 | A STUDY TO DETERMINE THE EFFECT OF GABAPENTIN (CI-945) ON THE PHARMACOKINETICS OF AN ORAL CONTRACEPTIVE AGENT (NORLESTRIN 21 2.5/50). A NONBLIND, MULTIPLE DOSE STUDY. | 13 Healthy Female Subjects |
| Add-on Epilepsy (Adult) | 945-63-0 | A SINGLE-DOSE PHARMACOKINETICS STUDY OF GABAPENTIN(CI-945) IN SUBJECTS ON CHRONIC HEMODIALYSIS | 11 Subjects with renal disease |
| Add-on Epilepsy (Adult) | 945-7-0 | A SINGLE- AND MULTIPLE-DOSE PHARMACOKINETICS OF GABAPENTIN (CI-945) IN HEALTHY SUBJECTS MAINTAINED ON PHENOBARBITAL | 14 Healthy Subjects |
| Add-on Epilepsy (Adult) | 104-005 | PHARMACOKINETICS AND METABOLISM OF GABAPENTIN (CI-945) IN MAN FOLLOWING SINGLE ORAL DOSES OF 200-MG [14]C-GABAPENTIN | 9 Healthy Male Subjects (repeated trial for 6 subjects) |
| Add-on Epilepsy (Adult) | 945-073-0 | A SINGLE-DOSE FOOD-EFFECT STUDY OF NEURONTIN (GABAPENTIN) 400-MG MARKET-IMAGE SUPRO CAPSULES IN HEALTHY VOLUNEERS. A NON-BLIND, RANDOMIZED, 3-WAY CROSSOVER STUDY. | 12 Healthy Subjects |

Pfizer_LCastro_0071989

Confidential

01000004773091\1.1\Approved 17-Nov-2004 15:19

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

10

Table 1. Table of Studies

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| | 945-195 | DOUBLE BLIND, RANDOMIZED, TWO-PERIOD CROSSOVER COMPARISON OF THE COGNITIVE AND BEHAVIORAL EFFECTS OF GABAPENTIN AND CARBAMEZAPINE IN HEALTHY ADULTS | 45 Subjects |
| | 945-430-005 | COMPARISON OF GABAPENTIN, CARBAMAZEPINE, AND PLACEBO IN A RANDOMIZED, BLINDED 3-WAY CROSSOVER PSYCHOMETRIC STUDY IN HEALTHY VOLUNTEERS | 16 Healthy Subjects |
| | 945-72 | OPEN STUDY FOR QUANTITATIVE DETERMINATION OF IV GABAPENTIN CONCENTRATION IN PANCREATIC TISSUE AND PLASMA IN PATIENTS UNDERGOING PANCREATIC SURGERY/ GABAPENTIN PANCREATIC EFFECT | 5 Patients |
| | 1032-010-0 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING THE PHARMACOKINETICS OF MARKET-IMAGE CI-1032 (COMBINATION OF GABAPENTIN WITH NAPROZEN SODIUM) WITH GABAPENTIN CAPSULES AND NAPROZEN SODIUM CAPSULES IN HEALTHY SUBJECTS | 24 Healthy Subjects |
| Add-on Epilepsy (Pediatric) | 945-201 | A SINGLE-DOSE BIOEQUIVALENE STUDY COMPARING A GABAPENTIN SYRUP FORMULATION TO 300-MG NEURONTIN CAPSULE. AN OPEN-LABEL, RANDOMIZED, 2-WAY CROSSOVER STUDY. | 20 Healthy Subjects |
| Add-on Epilepsy (Pediatric) | 945-296 | A SINGLE DOSE STUDY OF GABAPENTIN SYRUP (CI-945) PHARMACOKINETICS IN HEALTHY INFANTS AND CHILDREN | 24 healthy Subjects (1 month to 4 years old) |
| | 945-439-0 | A BENCHMARKING STUDY OF COGNITIVE AND MOTOR EFFECTS OF GABAPENTIN, ALPRAZOLAM, AND PLACEBO IN HEALTHY SUBJECTS | 60 Healthy Subjects |
| | A9451028 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING NEURONTIN 300-MG CAPSULES (MARKETED) TO TWO NEW GABAPENTIN 300-MG TABLET FORMULATIONS | 18 Healthy Subjects |
| | A9451033 | A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, CROSSOVER STUDY TO INVESTIGATE EXPOSURE-RESPONSE RELATIONSHIPS OF GABAPENTIN ON SECONDARY HYPERALGESIA, PAIN AND HEART RATE IN EXPERIMENTAL PAIN MODELS FOLLOWING SINGLE ORAL DOSES IN HEALTHY VOLUNTEERS | 16 Healthy Subjects |
| | A9451034 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING NEURONTIN 100-MG CAPSULES (MARKETED) TO A NEW GABAPENTIN 100-MG ST (SMALL TAB) FORMULATION. AN OPEN-LABEL, RANDOMIZED, 2-WAY CROSSOVER STUDY. | 16 Healthy Subjects |
| | A9451036 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING THREE NEURONTIN 300-MG (900-MG DOSE) CAPSULES (MARKETED) TO A NEW GABAPENTIN 900-SMALL TAB (ST) FORMULATION. AN OPEN-LABEL, RANDOMIZED, 2-WAY CROSSOVER STUDY. | 24 Healthy Subjects |

Pifzer_LCastro_0071990

Confidential

01000004477309|1.1\Approved 17-Nov-2004 15:19

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies

11

Table 1. Table of Studies

| Indication | Protocol | Title | Sample Size |
|---|---|---|---|
| | 945-188-0 | A STUDY IN HEALTHY VOLUNTEERS TO DETERMINE THE TASTE ACCEPTABILITY OF 3 GABAPENTIN (CI-945) LIQUID FORMULATIONS. A SINGLE-BLIND, SINGLE-DOSE, RANDOMIZED, 3-WAY CROSSOVER STUDY. | 93 Healthy Young Subjects |
| Add-on Epilepsy (Adult) | 945-189-0 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING 600-MG CI-945 TABLETS TO 300-MG GABAPENTIN SUPRO CAPSULES. AN OPEN-LABEL, 2-WAY CROSSOVER STUDY | 20 Healthy Subjects |
| Neuropathic Pain | 945-190-0 | MULTIPLE DOSE, DOSE PROPORTIONALITY STUDY OF NEURONTIN (GABAPENTIN, CI-945) CAPSULES IN HEALTHY VOLUNTEERS. A NON-BLIND, DOSE ESCALATING, 4-WAY CROSSOVER STUDY. | 14 Healthy Subjects |
| | 945-196-0 | A SINGLE-DOSE STUDY OF NEURONTIN (GABAPENTIN; CI-945) PHARMACOKINETICS IN HEALTHY LACTATING WOMEN AND EVALUATION OF GABAPENTIN CONCENTRATIONS IN BREAST MILK | 6 Healthy Subjects |
| Add-on Epilepsy (Pediatric) | 945-202-0 | A SINGLE DOSE STUDY OF NEURONTIN (GABAPENTIN; CI-945) PHARMACOKINETICS IN HEALTHY PEDIATRIC PATIENTS | 24 Healthy Subjects (4-12 years) |
| Add-on Epilepsy (Adult) | 945-205-0 | A SINGLE-DOSE BIOEQUIVALENCE STUDY COMPARING 600-MG GABAPENTIN TABLETS MANUFACTURED IN VEGA BAJA (vb) TO 300-MG GABAPENTIN SUPRO CAPSULES. AN OPEN-LABEL, 2-WAY CROSSOVER STUDY. | 20 Healthy Subjects |
| Add-on Epilepsy (Adult) | 945-208-0 | A SINGLE-DOSE BIOAVAILABILITY STUDY COMPARING 800-MG CI-945 TABLETS TO 400-MG GABAPENTIN SUPRO CAPSULES (PROTOCOL 945-208-0). AN OPEN-LABEL, 2-WAY CROSSOVER STUDY. | 20 Healthy Subjects |
| Sleep (Adult) | 934-332 | A RANDOMIZED, OPEN, 3-PERIOD, CROSSOVER STUDY TO EVALUATE THE POTENTIAL PHARMACOKINETIC INTERACTION OF SINGLE DOSES OF 500 MG GABAPENTIN AND 10 MG ZOLPIDEM TARTRATE | 40 Healthy Subjects |

Pfizer_LCastro_0071991

Confidential

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies          12

## 4.    PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS

There were no deaths reported in any of the placebo-controlled studies in healthy volunteers (Appendix B1.1). Also, there were no reports of suicide or suicide attempt in these studies (note that non-serious adverse events were not collected in Studies 104-005 and 880-051, as described in the corresponding clinical study reports). Demographic and exposure data are presented in the following section.

### 4.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the placebo-controlled studies in healthy volunteers are summarized in Table 2.

**Table 2.** Demographic Characteristics[a] and Treatment Exposure in Placebo-Controlled Studies in Healthy Volunteers

|  |  | Gabapentin (N=82) | Placebo (N=32) |
|---|---|---|---|
| Studies 104-001, 104-002, 880-051, 945-57, 945-430-005, 945-439-0, A9451033 | Age (years) |  |  |
|  | Mean[b] | 31.3 | 33.6 |
|  | SD[b] | 10.4 | 10.1 |
|  | Median[c] | 31.5 | 31.5 |
|  | Range | 19.0-50.0 | 21.0-54.0 |
|  | n (%) Male | 74 (90.2%) | 29 (90.6%) |
|  | n (%) Female | 8 (9.8%) | 3 (9.4%) |
|  | Total Patient-Years* | 1.59[d] | 0.88[e] |

\*   Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a]   Demographic information for crossover Studies 104-001 (N=7, placebo) and 880-051 (N=2, placebo), and 945-430-005 (N=7, placebo) were not available in an electronic database at the subject level. Overall demographic information was available from the clinical study reports.
[b]   Mean age and standard deviation for Studies 104-001 (N=7, placebo) and 880-051 (N=2, placebo) could not be determined (these data are not available). Mean age and standard deviation for Study 945-430-005 (N=7, placebo) was given for the overall group only (N=16 gabapentin).
[c]   Median age was calculated only for the studies that have data available in electronic format (excludes Study 945-430-005)
[d]   n=79 (Three subjects from Study 945-430-005 withdrew before gabapentin treatment began.)
[e]   n=48

Source data: Tables  9.1.1.1 and  9.1.1.2

### 4.2.    Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the placebo-controlled studies in healthy volunteers; therefore, no determination of risk, rate, or cumulative risk could be made.

0100003447309\1.1\Approved\17-Nov-2004 15:19

### 4.3. Listings and Narratives for Placebo-Controlled Studies in Healthy Volunteers

There were no reports of suicide or suicide attempt in the placebo-controlled studies in healthy volunteers; therefore, there are no listings or narratives to provide. Similarly, there were no deaths or overdoses reported in these studies.

## 5. NON-PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS

There were no deaths reported in any of the non-placebo-controlled studies in healthy volunteers (Appendix B1.2). Also, there were no reports of suicide or suicide attempt in these studies. Demographic and exposure data are presented in the following section.

### 5.1. Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the non-placebo-controlled studies in healthy volunteers summarized in Table 3.

**Table 3.** Demographic Characteristics and Treatment Exposure in Non-Placebo-Controlled Studies in Healthy Volunteers

|  |  | Gabapentin (N=719) |
|---|---|---|
| Studies 104-005, 877-070, 877-072, 877-073, 877-074, 877-076, 934-332, 945-3-0, 945-7-0, 945-12-0, 945-17, 945-035, 945-39-0, 945-40-0, 945-46, 945-47-0, 945-048-0, 945-054-0, 945-055-0, 945-58-0, 945-59, 945-068-0, 945-073-0, 945-188-0, 945-189-0, 945-190-0, 945-195, 945-196-0, 945-201, 945-202-0 ,945-205-0, 945-208-0, 945-296, 1032-010-0, 1032-015-0, A9451028, A9451034, A9451036 | Age (years) | |
|  | Mean | 30.7 |
|  | SD | 15.3 |
|  | Median[a] | 28.5 |
|  | Range | $0.0^b$ – 78.0 |
|  | n (%) Male | 375 (52.2%) |
|  | n (%) Female | 344 (47.8%) |
|  | Total Patient-Years* | 10.40 |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Median age was calculated only for the studies that have data available in electronic format (excludes Studies 945-073-0, 945-195, 1032-010-0, 1032-015-0)
[b] The youngest subjects were 1 month of age (Study 945-296).

Source data: Tables 9.1.2.1 and 9.1.2.2

### 5.2. Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in healthy volunteers; therefore, no determination of risk, rate, or cumulative risk could be made.

0100000447736901.1.1 Approved 17-Nov-2004 15:19

### 5.3.    Listings and Narratives for Non-Placebo-Controlled Studies in Healthy Volunteers

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in healthy volunteers; therefore, there are no listings or narratives to provide.  Similarly, there were no deaths or overdoses reported in these studies.

## 6.    NON-PLACEBO-CONTROLLED STUDIES IN PATIENTS

There were no deaths reported in any of the non-placebo-controlled studies in patients (Appendix B1.3). Also, there were no reports of suicide or suicide attempt in these studies. Demographic and exposure data are presented in the following section.

### 6.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the non-placebo-controlled studies in patients are summarized in Table 4.

**Table 4.** Demographic Characteristics and Treatment Exposure in Non-Placebo-Controlled Studies in Patients

| | | Gabapentin (N=126) |
|---|---|---|
| Studies 880-032, 945-01, 945-37, 945-38-0, 945-44-0, 945-45-0, 945-062-0, 945-63-0, 945-064-0, 945-72 | Age (years) | |
| | Mean | 43.4 |
| | SD | 14.6 |
| | Median[a] | 40.0 |
| | Range | 17.0 – 74.0 |
| | n  (%) Male | 78 (61.9%) |
| | n  (%)  Female | 48 (38.1%) |
| | Total Patient-Years* | 4.72 |

\*    Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a]    Median age was calculated only for the studies that have data available in electronic format (excludes Study 945-72)

Source data: Tables 9.2.1.1 and 9.2.1.2

### 6.2.    Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in patients; therefore, no determination of risk, rate, or cumulative risk could be made.

### 6.3.    Listing and Narratives for Non-Placebo-Controlled Studies in Patients

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in patients; therefore, there are no listings or narratives to provide.  Similarly, there were no deaths or overdoses reported in these studies.

0100000447730091.1.1\Approved\17-Nov-2004 15:19

## 7.   CONCLUSIONS

The results of a comprehensive search for cases of suicide and suicide attempt among Phase 1 gabapentin clinical trials did not reveal any cases of suicide or suicide attempt.  In the Phase 1 studies, over 900 subjects were treated with gabapentin with 16.71 total patient years. The results of the search for cases of suicide and suicide attempt in Phase 1 gabapentin studies do not change the outcome of the same search conducted in Phase 2-4 gabapentin clinical trials.

Overall, the results of the first and second review of gabapentin studies remain consistent with the published literature for suicide in comparable patient populations in which gabapentin has been studied or used and they do not indicate an increased risk of suicide or suicide attempt with gabapentin therapy. As stated in the first response, no changes to the current product labeling, which includes suicidal and suicide gesture in the clinical trial adverse event section, are necessitated by these findings.

Pfizer_LCastro_0071995

Pfizer_LCastro_0071996

Page 1 of 1

Table 9.1.1.1: Demographics for Placebo Controlled Studies in Healthy Volunteers

| | | Placebo (N=32) | Gabapentin (N=82) |
|---|---|---|---|
| Age (years) | Mean | 33.6 | 31.3 |
| | S.D. | 10.1 | 10.4 |
| | Median * | 31.5 | 31.5 |
| | Range | 21.0 - 54.0 | 19.0 - 50.0 |
| Gender N(%) | Male | 29 (90.6%) | 74 (90.2%) |
| | Female | 3 (9.4 %) | 8 (9.8 %) |

Studies included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A9451033
Demographic information for crossover studies 104-001 (N=7 PBO), 880-051 (N=2 PBO), and 945-430-005 (N=7 PBO) are not
electronically available on the individual subject level but only for the overall study in the Research reports
Mean age and standard deviation for Studies 104-001 and 880-051 could not be determined as the data was not available.
Median Age was calculated only for the studies that are electronically available.
* Studies with non-electronic databases include: 945-430-005

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0071997

Page 1 of 1

Table 9.1.1.2: Total Exposure for Placebo Controlled Studies in Healthy Volunteers

| | Placebo | Gabapentin |
|---|---|---|
| n/Patient Years | 48/ 0.88 | 79/ 1.59 |

Studies included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A9451033
Study 945-430-005 has 3 patients(# 10, 11, 12) who withdrew before entering the gabapentin phase.
Studies with non-electronic databases include: 945-430-005

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0071998

Page 1 of 1

Table 9.1.2.1: Demographics for Non-Placebo Controlled Studies in Healthy Volunteers

| | | Gabapentin (N=719) |
|---|---|---|
| Age (years) | Mean | 30.7 |
| | S.D. | 15.3 |
| | Median * | 28.5 |
| | Range | 0.0 - 78.0 |
| Gender N(%) | Male | 375 (52.2%) |
| | Female | 344 (47.8%) |

Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 934-332 945-3-0 945-7-0 945-12-0 945-17 945-035
945-39-0 945-40-0 945-46 945-47-0 945-48-0 945-054-0 945-055-0 945-58-0 945-59 945-068-0
945-073-0 945-188-0 945-189-0 945-190-0 945-195 945-196-0 945-201 945-202-0 945-205-0
945-208-0 945-296 1032-010-0 1032-015-0 A9451028 A9451034 A9451036
* Median Age was calculated only for the studies that are electronically available
Studies with non-electronic databases include: 945-073-0 945-195 1032-010-0 1032-015-0

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0071999

Page 1 of 1

Table 9.1.2.2: Total Exposure for Non-Placebo Controlled Studies in Healthy Volunteers

|  | Gabapentin |
|---|---|
| n/Patient Years | 719/ 10.40 |

Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 914-332 945-3-0 945-7-0 945-12-0 945-17 945-035
945-39-0 945-40-0 945-46 945-47-0 945-048-0 945-054-0 945-055-0 945-58-0 945-59 945-068-0
945-073-0 945-188-0 945-189-0 945-190-0 945-195 945-196-0 945-201 945-202-0 945-205-0
945-208-0 945-296 1032-010-0 1032-015-0 A9451028 A9451034 A9451036
Studies with non-electronic databases include: 945-073 945-195 1032-010-0 1032-015-0

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Confidential

Table 9.2.1.1: Demographics for Non-Placebo Controlled Studies in Patients

|  |  | Gabapentin (N=126) |
|---|---|---|
| Age (years) | Mean | 43.4 |
|  | S.D. | 14.6 |
|  | Median * | 40.0 |
|  | Range | 17.0 - 74.0 |
| Gender N(%) | Male | 78 (61.9%) |
|  | Female | 48 (38.1%) |

Studies included: 880-032 945-01 945-37 945-38 945-44-0 945-45-0 945-062-0 945-63-0 945-064-0 945-72
Median Age was calculated only for the studies that are electronically available.
* Studies with non-electronic databases include: 945-72

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Pfizer_LCastro_0072000

Confidential

Pfizer_LCastro_0072001

Page 1 of 1

Table 9.2.1.2: Total Exposure for Non-Placebo Controlled Studies in Patients

| | Gabapentin |
|---|---|
| n/Patient Years | 126/ 4.72 |

Studies included: 880-032 945-01 945-37 945-38-0 945-44-0 945-45-0 945-062-0 945-63-0 945-064-0 945-72
Studies with non-electronic databases include: 945-72

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0072002

Appendix B1.1 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Placebo Controlled Studies in Healthy Volunteers

================================

Listing not created
No subject meets the reporting criteria

================================

Studies included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A9451033
Adverse events were not recorded for Study 880-051
Studies with non-electronic databases include: 945-430-005

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0072003

Appendix B1.2 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Healthy Volunteers

```
========================================
Listing not created
No subject meets the reporting criteria
========================================
```

```
-----------------------------------------------------------------------------------------------------------------------------------
Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 934-032 945-3-0 945-7-0 945-12-0 945-17 945-035 945-39-0 945-40-0
                  945-46 945-47-0 945-048-0 945-054-0 945-055-0 945-59 945-068-0 945-073-0 945-180-0 945-189-0 945-190-0
                  945-195 945-196-0 945-201 945-202-0 945-205-0 945-208-0 945-296 1032-010-0 1032-015-0 A9451028 A9451034 A9451036
Adverse events were not recorded for Study 104-005
Studies with non-electronic databases include: 945-073-0 945-195 1032-010-0 1032-015-0
-----------------------------------------------------------------------------------------------------------------------------------
```

Date of Data Extraction: 10JUN2003   Date of Table Generation: 06NOV2004 (13:59)

Confidential

Pfizer_LCastro_0072004

Appendix B1.3 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Patients

```
===================================================
Listing not created
No subject meets the reporting criteria
===================================================
```

```
-----------------------------------------------------------------------------------------------
Studies included: 880-032 945-01 945-37 945-38-0 945-44-0 945-45-0 945-062-0 945-63-0 945-064-0 945-72
Studies with non-electronic databases include: 945-72
```

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential

Pfizer_LCastro_0072005

Appendix B2. Listing of Investigator Terms Coding to Accidental Injury or Injury

| Adverse Event Preferred Term | Adverse Event Investigator Term |
| --- | --- |
| Accidental Injury | ABRASION |
| | HAND INJURY |
| | LEFT ANKLE INJURY |
| Injury | HEAD INJURY |

There were 2 Accidental Injuries found in CSR 945-195: the Adverse Event Investigator terms were 'Broken rib-left side-Accident' and 'Cut foot'.

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

Confidential