# EXHIBIT A

STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Leo T. Sorokin |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: NEW YORK NEURONTIN PRODUCTS LIABILITY LITIGATION | Case Management<br>Index No. 765,000/2006<br>Hon. Marcy S. Friedman |

-------------------------------------------------------------------x

**PLAINTIFFS' NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of defendant, by a person or persons knowledgeable with respect to the subjects set forth hereafter.

**I.   DATE, TIME AND LOCATION OF DEPOSITION**

The deposition will take place at 10:00 a.m. on July 2, 2007 at the offices of Kaplan Fox & Kilsheimer LLP, 805 Third Ave., 22nd Floor, New York, NY 10022. The deposition will continue from day to day until completed. You are invited to attend and to participate to the extent permitted by the Federal Rules of Civil Procedure.

**II.   DEFINITIONS**

1.   The Definitions set forth in Local Rule 26.5(c) are hereby incorporated by reference.

2.   The term "document" has the broadest meaning accorded it under Fed. R. Civ. P. 34(a), and Local Rule 26.5(c)(2), and its meaning includes any original, reproduction or copy of

MP3 20227986.1

any kind whether electronic, computerized, typed, recorded, graphic or printed, written or documentary materials, including, without limitation e-mail, correspondence, memoranda, interoffice communications, computerized record, book-keeping or accounting records, notes, diaries, appointment calendars or records, contracts, specifications, estimates, checks, invoices, records of sale, brochures, manuals, price schedules, and letters, of which the party or the party's attorneys have knowledge, whether or not such document is in the party's possession, custody or control.

3.  "Including" shall be construed to mean "without limitation."

4.  "Parke-Davis" refers to Parke-Davis and its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Parke-Davis.

5.  "Pfizer" or the "Company" refers to Pfizer, Inc. and its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Pfizer and all entities acquired by Pfizer during the Relevant Period, including but not limited to Warner-Lambert and its Parke-Davis division.

6.  "Third Party Payors" refers to the Guardian Life Insurance Company of America; Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; Aetna, Inc.; Time Insurance Company; John Alden Life Company; Union Security Insurance Company; American Medical Security Life Insurance Company; American Medical Security Group, Inc.; Blue Cross and Blue Shield of Florida, Inc.; Health Options, Inc.; Blue Cross Blue Shield of Massachusetts, Inc.; Blue

Cross Blue Shield of Michigan; Blue Care Network, Inc.; Blue Cross Blue Shield of Minnesota; Comprehensive Care Services, Inc.; First Plan of Minnesota; Atrium Health Plan, Inc.; HMO Minnesota; Carefirst, Inc.; Carefirst of Maryland, Inc.; Carefirst Bluecross Blueshield; Willse & Associates, Inc., CFS Health Group, Inc.; Delmarva Health Plan, Inc.; Free State Health Plan, Inc.; Patuxent Medical Group, Inc.; Group Hospitalization and Medical Services, Inc.; Capital Care, Inc.; Capital Area Services, Inc.; BCBSD, Inc.; Empire Healthchoice Assurance, Inc.; Empire Healthchoice HMO, Inc.; Empire Blue Cross HMO; Wellchoice Insurance of New Jersey, Inc.; Empire Healthchoice Assurance, Inc.; Excellus Health Plan, Inc.; EBS Benefit Solutions, Inc.; Federated Mutual Insurance Company; Health Care Service Corporation; Mutual of Omaha Insurance Company; United of Omaha Life Insurance Company; United World Life Insurance Company; Exclusive Healthcare, Inc.; Trustmark Insurance Company; Wisconsin Education Association Council; and Wisconsin Education Association Insurance Corporation including their predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), or Pharmacy Benefit Managers, all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by the Third Party Payors.

7. "Warner-Lambert" refers to Warner-Lambert Company, its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Warner-Lambert.

8. The terms "you" and "your" mean, unless otherwise specified, the Person which is responding to this discovery request, its predecessors and successors in interest, its present and

former subsidiaries, divisions, and affiliates, its present and former officers, directors, employees, agents, attorneys, representatives, and all other persons acting or authorized to act on behalf of that person or entity.

### III.   TIME PERIOD

Unless otherwise expressly indicated, the time period covered is January 1, 1994 to present ("Relevant Period").

### IV.   SUBJECT MATTERS OF DEPOSITION

Pursuant to Fed.R.Civ.P. 30(b)(6), defendant Pfizer shall designate one or more officers, directors, managing agents, or other person(s) to testify concerning the following subject matters:

(1) The identification of, and all documents concerning, all individuals at Pfizer, Warner-Lambert and Parke-Davis who had contacts with Third Party Payors concerning Neurontin.

(2) Any information that you have regarding communications you had with Third Party Payors concerning Neurontin.

(3) Any information that you have regarding the promotion of Neurontin for any off-label uses, including but not limited to pain, diabetic peripheral neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(4) The identification of, and all documents concerning, employees from the Healthcare Management division, who had any contacts with, or otherwise interacted with Third Party Payors concerning Neurontin.

(5) Any analysis that you, your agents or representatives performed regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral

neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(6) Any conclusions or views you, your agents or representatives held regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(7) Any information you have regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(8) Any information concerning each medical educational seminar in which:
  a. Neurontin was discussed; and
  b. At least one Pfizer, Warner-Lambert or Parke-Davis representative attended, organized, participated, or had any involvement.

(9) Any information regarding each third party, who attended medical educational seminars, including but not limited to any physicians, marketing firms, and/or vendors, including but not limited to Healthcare Strategies, Inc., in which:
  a. Neurontin was discussed; and
  b. At least one Pfizer, Warner-Lambert or Parke-Davis representative attended, organized, participated, or had any involvement.

(10) Any information concerning Pfizer's communications, marketing or

otherwise, to managed care plans concerning Neurontin, as well as Pfizer's organizational structure used for such efforts, including but not limited to the identification of individuals to describe such communications and all documents concerning such communications.

Dated: June 11, 2007

COHEN & MALAD, LLP

By: _____
Irwin B. Levin
Richard E. Shevitz
Jeff S. Gibson
COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
jgibson@cohenandmalad.com

Thomas M. Greene
Greene & Hoffman
125 Summer Street, Suite 1410
Boston, MA 02110
Telephone: 617-261-0040
Facsimile: 617-261-3558
tgreene@greenehoffman.com

Linda Nussbaum
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, New York 10022
Telephone: 800-290-1952
Facsimile: 212-687-7714
lnussbaum@kaplanfox.com

Annamarie A. Daley
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Road
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
aadaley@rkmc.com

| | |
|---|---|
| Richard Bemporad<br>Gerald Lawrence<br>Lowey Dannenberg Bemporad<br>& Selinger, P.C.<br>The Gateway - 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714<br>Telephone: 914-997-0500<br>Facsimile: 914-997-0035<br>rbemporad@lowey.com<br>glawrence@lowey.com | Kenneth B. Fromson<br>Finkelstein & Partners<br>436 Robinson Ave<br>Newburgh, NY 12550-3341<br>Telephone: 800-529-2676<br>Facsimile: 845-562-3492<br>kfromson@lawampm.com |
| Linda Nussbaum<br>Kaplan Fox & Kilsheimer, LLP<br>805 Third Avenue<br>22nd Floor<br>New York, New York 10022<br>Telephone: 800-290-1952<br>Facsimile: 212-687-7714<br>lnussbaum@kaplanfox.com | Annamarie A. Daley<br>Robins, Kaplan, Miller & Ciresi<br>2800 LaSalle Plaza<br>800 LaSalle Road<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br>aadaley@rkmc.com |

Date: June 11, 2007

*Richard E. Shevitz /Ja.*
Richard E. Shevitz

COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593

| | |
|---|---|
| Richard Bemporad<br>Gerald Lawrence<br>Lowey Dannenberg Bemporad<br>& Selinger, P.C.<br>The Gateway - 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714<br>Telephone: 914-997-0500<br>Facsimile: 914-997-0035<br>rbemporad@lowey.com<br>glawrence@lowey.com | Kenneth B. Fromson<br>Finkelstein & Partners<br>436 Robinson Ave<br>Newburgh, NY 12550-3341<br>Telephone: 800-529-2676<br>Facsimile: 845-562-3492<br>kfromson@lawampm.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2007, I caused to be served a true and correct copy of the foregoing Notice of Deposition by electronic mail and first class U.S. Mail, postage prepaid to:

| | |
|---|---|
| Debbie MacGregor<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: 212-450-4000<br>Facsimile: 212-450-3800<br>deborah.macgregor@dpw.com | Vincent E. Gunter<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>vgunter@shb.com |
| Ilyas Rona<br>Greene & Hoffman<br>125 Summer Street, Suite 1410<br>Boston, MA 02110<br>Telephone: 617-261-0040<br>Facsimile: 617-261-3558<br>tgreene@greenehoffman.com | Ronald J. Aranoff, Esq.<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>Telephone: 212-779-1414<br>Facsimile: 212-779-3218<br>aranoff@bernlieb.com |
| David B. Chaffin<br>Hare & Chaffin<br>160 Federal Street, 23rd Floor<br>Boston, MA 02110<br>Telephone: 617-330-5000<br>Facsimile: 617-330-1996<br>dchaffin@hare-chaffin.com | Edward Notargiacomo<br>Hagens Berman, LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: 617-482-3700<br>Facsimile: 617-482-3003<br>ed@hbsslaw.com |