# EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALE PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 1629 |
| This Document Relates To: | Master File No.: 04-10981 |
| *THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. et al.*, 04-CV-01739 (PBS) and | Judge: Patti B. Saris |
| *AETNA, INC. v. PFIZER INC., et al*, 04-CV-10958 (PBS) | Magistrate: Judge Leo T. Sorokin |

## PLAINTIFFS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of defendant, by a person or persons knowledgeable with respect to the subjects set forth hereafter.

### I.   DATE, TIME AND LOCATION OF DEPOSITION

The deposition will take place at 9:30 a.m. on December 5, 2007 at the offices of Davis, Polk & Wardwell, 450 Lexington Avenue, New York, NY 10017. The deposition will continue from day to day until completed. You are invited to attend and to participate to the extent permitted by the Federal Rules of Civil Procedure.

### II.   DEFINITIONS

1. The Definitions set forth in Local Rule 26.5(c) are hereby incorporated by reference.

2. The term "document" has the broadest meaning accorded it under Fed. R. Civ. P. 34(a), and Local Rule 26.5(c)(2), and its meaning includes any original, reproduction or copy of any kind whether electronic, computerized, typed, recorded, graphic or printed, written or

documentary materials, including, without limitation e-mail, correspondence, memoranda, interoffice communications, computerized record, book-keeping or accounting records, notes, diaries, appointment calendars or records, contracts, specifications, estimates, checks, invoices, records of sale, brochures, manuals, price schedules, and letters, of which the party or the party's attorneys have knowledge, whether or not such document is in the party's possession, custody or control.

3. "Including" shall be construed to mean "without limitation."

4. "Parke-Davis" refers to Parke-Davis and its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Parke-Davis.

5. "Pfizer" or the "Company" refers to Pfizer, Inc. and its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures, limited or general partnerships or other entities operated or controlled directly or indirectly by Pfizer and all entities acquired by Pfizer during the Relevant Period, including but not limited to Warner-Lambert and its Parke-Davis division.

6. "Third Party Payors" refers to the Plaintiffs named in the Coordinated Complaint and Plaintiffs named in the Class Complaint.

7. "Warner-Lambert" refers to Warner-Lambert Company, its predecessors, successors, subsidiaries (foreign or domestic) divisions, employees, agents (including, but not limited to, attorneys, accountants, consultants, investment advisors or bankers), all joint ventures,

limited or general partnerships or other entities operated or controlled directly or indirectly by Warner-Lambert.

8.  The terms "you" and "your" mean, unless otherwise specified, the Person which is responding to this discovery request, its predecessors and successors in interest, its present and former subsidiaries, divisions, and affiliates, its present and former officers, directors, employees, agents, attorneys, representatives, and all other persons acting or authorized to act on behalf of that person or entity.

### III.   TIME PERIOD

Unless otherwise expressly indicated, the time period covered is January 1, 1994 to present ("Relevant Period").

### IV.   SUBJECT MATTERS OF DEPOSITION

Pursuant to Fed.R.Civ.P. 30(b)(6), defendant Pfizer shall designate one or more officers, directors, managing agents, or other person(s) to testify concerning the following subject matters:

(1) The identification of, and all documents concerning, all individuals at Pfizer, Warner-Lambert and Parke-Davis who had contacts with Third Party Payors concerning Neurontin.

(2) Any information that you have regarding communications you had concerning Neurontin with the Plaintiffs named in the Coordinated Complaint and the Third Party Payors named as Plaintiffs in the Class Complaint.

(3) The identification of, and all documents concerning, employees from the Healthcare Management division, who had any contacts with, or otherwise interacted with Third Party Payors concerning Neurontin.

(4) Any analysis that you, your agents or representatives performed regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral

neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(5) Any conclusions or views you, your agents or representatives held regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(6) Any information you have regarding whether Neurontin provides any medical benefit to patients who take it for any off-label uses, including but not limited to pain, diabetic peripheral neuropathy, restless leg syndrome, bipolar disorder, social phobia, panic disorder, migraine, monotherapy for epilepsy, and dosages of Neurontin above the FDA-approved maximum.

(7) Any information concerning each medical educational seminar in which:
   a. Neurontin was discussed; and
   b. At least one Pfizer, Warner-Lambert or Parke-Davis representative attended, organized, participated, or had any involvement.

(8) Any information regarding each third party, who attended medical educational seminars, including but not limited to any physicians, marketing firms, and/or vendors, including but not limited to Healthcare Strategies, Inc., in which:
   a. Neurontin was discussed; and
   b. At least one Pfizer, Warner-Lambert or Parke-Davis representative attended, organized, participated, or had any involvement.

(9) Any information regarding Pfizer's organizational structure used for communications with Third Party Payors including but not limited to the

4

identification of individuals responsible for such communication, the types and categories of such communications, and to identify any databases that may exist containing the contents of such communications.

Dated: December 3, 2007                KAPLAN FOX & KILSHEIMER LLP

                                       By: _____/s/_____
                                           Linda Nussbaum

                                       850 Third Avenue, 14th Floor
                                       New York, NY 10022
                                       Tel: (212) 687-1980
                                       Fax: (212) 687-7714

## CERTIFICATE OF SERVICE

I, Elana Katcher, certify that on December 3, 2007, I caused to be served a true and correct copy of the foregoing Plaintiffs' Notice of Deposition by First Class U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Andrew G. Finkelstein<br>FINKELSTEIN & PARTNERS<br>436 Robinson Avenue<br>Newburg, New York 12550<br>Telephone: 845-562-0203<br>Facsimile: 845-562-3492<br>Email: afinkelstein@lawampm.com | Jack W. London<br>LAW OFFICES OF JACK LONDON &<br>ASSOCIATES, P.C.<br>3701 Bee Cave Road, Suite 200<br>Austin, TX 78746<br>Telephone: 512-478-5858<br>Facsimile: 412-478-1120<br>Email: jlondon@texas.net |
| James P. Rouhandeh<br>Neal A. Potischman<br>Matthew B. Rowland<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: 212-450-4000<br>Facsimile: 212-450-3800<br>Email: rouhandeh@dpw.com<br>         neal.potischman@dpw.com<br>         matthew.rowland@dpw.com | David B. Chaffin<br>HARE & CHAFFIN<br>160 Federal Street<br>Boston, Massachusetts 02110<br>Telephone: 617-330-5000<br>Facsimile: 617-330-1996<br>Email: dchaffin@hare-chaffin.com |
| Gerald Lawrence<br>LOWEY DANNENERG BEMPORAD<br>SELINGER & COHEN, P.C.<br>White Plains Plaza-5th Floor<br>One North Broadway<br>White Plains, New York 10601-2310<br>Telephone: 914-997-0500<br>Facsimile: 914-997-0035<br>Email: glawrence@lowey.com | Annamarie A. Daley<br>W. Scott Simmer<br>ROBINS, KAPLAN, MILLER<br>& CIRESI, LLP<br>2800 LaSalle Plaza<br>800 Lasalle Avenue<br>Minneapolis, Minnesota 55401-2015<br>Telephone: 612-347-8431<br>Facsimile: 612-339-4181<br>Email: aadaley@rkmc.com<br>         wssimmer@rkmc.com |
| Thomas M. Greene<br>GREENE & HOFFMAN, P.C.<br>125 Summer Street<br>Suite 1410 | Barry Himmelstein<br>LIEF CABRASER HEIMANN &<br>BERNSTEIN<br>Embarcadero center West |

| | |
|---|---|
| Boston, Massachusetts 02110<br>Telephone: 617-261-0040<br>Facsimile: 617-261-3558<br>Email: tgreene@greenehoffman.com | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008<br>Email: bhimmelstein@lchb.com |
| Liza Doepken<br>COHEN & MALAD LLP<br>One Indiana Square<br>Suite 1400<br>Indianapolis, IN 46204<br>Telephone: 317-636-6481<br>Facsimile: 317-636-2593<br>Email: edoepken@cohenandmalad.com | Greg Egleston<br>BERNARD LIEBHARD<br>& LIFTSHITZ LLP<br>10 East 40th Street<br>New York, NY 10016<br>Telephone: 212-779-1414<br>Facsimile: 212-779-3218<br>Email: egleston@bernlieb.com |
| Mark S. Sandmann<br>RALWINGS & ASSOCIATES, P.L.L.C.<br>325 W. Main Street<br>Louisville, KY 40202<br>Telephone: 502-587-1279<br>Facsimile:<br>Email: mms@rawlingsandassociates.com | Don Barrett<br>BARRETT LAW OFFICE<br>404 Court Square North<br>P.O. Box 987<br>Lexington, MS 39095<br>Telephone: 662-834-2376<br>Facsimile: 662-834-2628<br>Email: cb@barrettandassociates.net |
| Daniel Becnel Jr.<br>LAW OFFICES OF DANILE BECNEL, JR.<br>106 W. Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084<br>Telephone: 985-536-1186<br>Facsimile: 985-536-6445<br>Email: dbecnel@ecnellaw.com | James Dugan<br>DUGAN & BROWNE<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Telephone: 04-648-0180<br>Facsimile: 504-648-0181<br>Email: jdugan@duganbrowne.com |
| Thomas M. Sobol, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO, LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone:  617-482-3700<br>Facsimile:  617-482-3003 | Paul F. Corcoran, Esq.<br>Neal H. Klausner, Esq.<br>Cheryl Plambeck<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY 10019<br>Telephone:  212-468-4800<br>Facsimile:  212-468-4888 |
| Scott A. Edelman, Esq.<br>Carolyn C. Wu, Esq.<br>MILBANK, TWEED, HADLEY<br>& MCCLOY LLP | Daniel J. Dwyer, Esq.<br>HANIFY & KING<br>One Beacon Street<br>Boston, MA 02108-3107 |

| | |
|---|---|
| One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Telephone: 212-530-5000<br>Facsimile: 212-530-5219 | Telephone: 617-423-0400<br>Facsimile: 617-423-0498 |
| Asa Groves, III, Esq.<br>GROVES AND VERONA PA<br>7385 SW 87th Avenue, Suite 400<br>Miami, FL 33173<br>Telephone: 305-273-7133<br>Facsimile: 305-273-7763 | Alice S. Johnston, Esq.<br>OBERMAYER, REBMANN, MAXWELL & HIPPEL LLC<br>1617 John F. Kennedy Blvd.<br>One Pennsylvania Center, 19th Floor<br>Philadelphia, PA 19103-1895<br>Telephone: 215-665-3000<br>Facsimile: 215-665-3165 |
| U. Gwyn Williams, Esq.<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Telephone: 617-570-1000<br>Facsimile: 617-523-1231 | Jonathan I. Price, Esq.<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212-813-8800<br>Facsimile: 212-355-3333 |
| Benjamin M. Welch, Esq.<br>Paul W. Shaw, Esq.<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center, 18th Floor<br>Boston, MA 02111<br>Telephone: 617-856-8200<br>Facsimile: 617-856-8201 | Bruce F. Rogers, Esq.<br>Charles K. Hamilton, Esq.<br>BAINBRIDGE, MIMS, ROGERS & SMITH<br>P.O. Box 530886<br>Birmingham, AL 35253<br>Telephone: 205-879-1100<br>Facsimile: 205-879-4300 |
| Robert A. Griffith, Esq.<br>GARGIULO/RUDNICK, LLP<br>66 Long Wharf<br>Boston, MA 02110<br>Telephone: 617-742-3833<br>Facsimile: 617-523-7834 | Steven A. Stadtmauer, Esq.<br>HARRIS BEACH PLLC<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102<br>Telephone: 973-848-1244<br>Facsimile: 212-687-0659 |

| | |
|---|---|
| Debra V. Urbanowicz-Pandos, Esq.<br>DURAN & PANDOS<br>1044 Route 22 West, Suite 3<br>Mountainside, NJ 07092<br>Telephone: 908-518-5000<br>Facsimile: 908-518-0030 | Jan R. McLean Bernier, Esq.<br>HALLELAND, LEWIS, NILAN<br>& JOHNSON<br>220 South 6th Street, Suite 600<br>Minneapolis, MN 55402<br>Telephone: 612-338-1838<br>Facsimile: 612-338-7858 |
| Douglas L. Brown, Esq.<br>BRADY RADCLIFF & BROWN LLP<br>P.O. Box 1668<br>Mobile, AL 36633<br>Telephone: 251-405-0077<br>Facsimile: 251-405-0076 | Robert K. Dowd, Esq.<br>DOWD & BLOUNT<br>3141 Hood Street<br>Suite 650<br>Dallas, TX 75219<br>Telephone: 214-922-8884<br>Facsimile: 214-922-9372 |
| William E. Johnson, III, Esq.<br>THE LAW OFFICE OF WILLIAM E.<br>JOHNSON III, PC<br>3141 Hood Street<br>Suite 650<br>Dallas, TX 75219<br>Telephone: 214-922-8884<br>Facsimile: 214-922-8894 | |

_E. Katcher_
Elana Katcher

4