# EXHIBIT F

**From:** Mizell, Nick P. (SHB) [NMIZELL@shb.com]
**Sent:** Wednesday, January 09, 2008 11:40 PM
**To:** Daley, Annamarie A.
**Subject:** RE: Neurontin - Meet & Confer re: Henderson Deposition

Annamarie,

We are continuing to look into the issues of whether and, if so, how Pfizer's operating and business plans for any of the named third-party-payer plaintiffs may be recovered from old data. I am working with Pfizer to expedite answers to these questions. Would you please extend me the courtesy of a few days to run this down to see if we can resolve this issue without motion practice? I suggest we schedule a meet and confer on Tuesday or Wednesday of next week to further discuss (I have a deposition on Monday). There is another discovery-motion filing date on February 14 and if, despite our best efforts, we can not resolve this issue amicably before then, it could be brought to the Magistrate's attention at that time.

I have a telephonic case management conference at 8am central tomorrow (Thursday) morning. Would you be available at 9 to discuss?

Thank you, Nick.

---

**From:** Daley, Annamarie A. [mailto:AADaley@rkmc.com]
**Sent:** Monday, January 07, 2008 11:31 AM
**To:** Mizell, Nick P. (SHB)
**Subject:** RE: Neurontin - Meet & Confer re: Henderson Deposition

>>>> Please read the confidentiality statement below <<<<
Nick,

Thanks for the greetings and Happy New Year to you as well.

Does 4:00 p.m. EST/ 3:00 p.m. CST tomorrow work for you for the meet and confer?

Annamarie

---

**From:** Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
**Sent:** Monday, January 07, 2008 9:03 AM
**To:** Daley, Annamarie A.
**Subject:** Neurontin - Meet & Confer re: Henderson Deposition

Annamarie,

Happy New Year. I received your fax regarding issues you would like to discuss regarding the December 5 and 6 30(b)(6) deposition of Jeff Henderson. You asked about my availability for a meet and confer, and at this time I am available anytime tomorrow afternoon. Is there a time then that works for you?

Nick

**Nicholas P. Mizell**
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com


Mail Gate made the following annotations on Mon Jan 07 2008 09:03:04

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

---

Mail Gate made the following annotations on Wed Jan 09 2008 22:40:00

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.