# EXHIBIT G

**Jakobsen, Sarah E.**

---

**From:** Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
**Sent:** Thursday, January 10, 2008 10:50 AM
**To:** Daley, Annamarie A.
**Subject:** Neurontin - Meet & Confer re: Henderson Deposition

Annamarie, I agree with your summary below.

Thanks,

Nick

---

**From:** Daley, Annamarie A. [mailto:AADaley@rkmc.com]
**Sent:** Thursday, January 10, 2008 10:15 AM
**To:** Mizell, Nick P. (SHB)
**Subject:** RE: Neurontin - Meet & Confer re: Henderson Deposition

Nick,

The purpose of this e-mail is to confirm our conversation this morning about Pfizer's request to have additional time to determine whether the operating and business plans can be recovered before Plaintiffs proceed to file their motion to compel on the various issues regarding the 30(b)(6) deposition taken on December 5 and 6. Plaintiffs are willing to give Pfizer that additional time and understand that defendants will not assert any timeliness objections to the filing of such a motion for hearing in February. I also understand that defendants do not believe that we need to file any document with the Court confirming this understanding.

Finally, as we discussed, if Pfizer is able to recover this information, Plaintiffs anticipate that we will need to reconvene the deposition. I understand that Pfizer, at this time, is not agreeing to a continued Rule 30(b)(6) deposition.

Please let me know immediately, if you disagree with any aspect of this e-mail.

Annamarie

Mail Gate made the following annotations on Thu Jan 10 2008 10:50:28

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

2/13/2008