# EXHIBIT H

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**ANNAMARIE A. DALEY**
**612-349-8431**

February 6, 2008

*Via Facsimile*
Nicholas P. Mizell
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108

Re:   **In re: Neurontin Marketing and Sales Practices Litigation**

Dear Mr. Mizell,

You will recall that you requested and plaintiffs agreed to postpone the filing of a motion to compel on the various issues regarding the deposition of Pfizer's 30(b)(6)designee on the topic of Third Party Payor communications taken December 5 and 6, 2007, so that Pfizer would have an opportunity to determine whether certain information could be recovered and produced to plaintiffs.

As of this writing, we have not received any response from anyone on behalf of Pfizer regarding this issue. Please provide an update to us on this issue by 5:00 p.m. CST Thursday, February 7, 2008. If we do not hear from you by that time, we will assume that Pfizer was unable to recover this information and we will proceed with filing our motion.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley

AAD/vo