# EXHIBIT K

**From:** Mizell, Nick P. (SHB) [NMIZELL@shb.com]
**Sent:** Thursday, February 14, 2008 12:28 PM
**To:** Daley, Annamarie A.
**Subject:** RE: Feb 13, 2008 Letter to Daley

Agreed. Lets talk after you've a had a chance to review the CD. I'll be out of the office for awhile to wrap up Valentine's day arrangements (I know, I know) - thankfully, Hallmark's HQ is literally next door.

---

**From:** Daley, Annamarie A. [mailto:AADaley@rkmc.com]
**Sent:** Thursday, February 14, 2008 11:02 AM
**To:** Mizell, Nick P. (SHB)
**Cc:** Daley, Annamarie A.
**Subject:** RE: Feb 13, 2008 Letter to Daley

>>>> Please read the confidentiality statement below <<<<

Nick,

What I wanted to discuss was whether you would agree to give us time to review the information you have just sent and not object, on the grounds of timeliness, to a motion to compel on the 30(b)(6) depostion for which Henderson was the designee. Since we are just receiving the information today and today is the February deadline, we would have to file the motion for the March hearing.

Annamarie

Annamarie Daley
Robins, Kaplan, Miller & Ciresi
800 LaSalle Avenue
Minneapolis, MN. 55402
612-349-8431
612-339-4181 (fax)

-----Original Message-----
From: Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
Sent: Thursday, February 14, 2008 09:54 AM Central Standard Time
To: Daley, Annamarie A.
Subject: Feb 13, 2008 Letter to Daley

Annamarie, here's a copy of the transmittal letter for the CD that we sent you yesterday. As a courtesy, we put two copies of the same CD in the FedEx to you, which should arrive this morning. I received your v/m and I am available today to discuss. If I'm not at my desk when you call, feel free to have me paged (press zero and pound to reach my assistant).

Thanks, Nick.
<<2-13-08 Ltr to Daley.pdf>>

Mail Gate made the following annotations on Thu Feb 14 2008 09:54:57

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or

distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

---

Mail Gate made the following annotations on Thu Feb 14 2008 11:28:54

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.