# EXHIBIT L

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

ANNAMARIE DALEY
612-349-8431

March 3, 2008

*Via Facsimile*
Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108

Re:   *In re: Neurontin Marketing and Sales Practices Litigation*
      Our File No.: 092379.0000

Dear Nick:

As you are aware, motions for the March 20, 2008 discovery hearing are due Friday, March 7, 2008. We would like to schedule a meet and confer regarding the issues raised by the production of documents after the 30(b)(6) deposition that occurred on December 5 & 6, 2007. Would you be available at 10:30 a.m. CST Wednesday, March 5, 2008, for such a conference call?

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley

AAD/vo

MP-Primary 80009306.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL