# EXHIBIT N

**From:** Piron, Steve
**Sent:** 8/4/2003 5:05:38 PM
**To:** Doft, Suzanne
**CC:**
**Subject:** RE: Displayin Neurontin within Kaiser

I spoke to Ann Marie about this today. There's some history of PD adding the 2%, and she mentioned that this step would resolve access issues. I'll pursue.
-----Original Message-----
From: Doft, Suzanne
Sent: Monday, August 04, 2003 8:53 AM
To: Piron, Steve
Cc: George, Tim
Subject: RE: Displayin Neurontin within Kaiser


Hi Steve-

As our managed care liasion, please check with Claire Kennedy as to her thoughts on contracting with Kaiser. Mark Emtiaz is the NAM for this account. Please let Tim and me know what you uncover.

Thanks
SD
-----Original Message-----
From: George, Tim
Sent: Monday, August 04, 2003 7:41 AM
To: Doft, Suzanne
Subject: FW: Displayin Neurontin within Kaiser


Suzanne..

Kaiser has stated that they would stop counter detailing Neurontin if they received a 2% contract.. the bigger issue for me is the potential impact on pregabalin.

Tim George
"first we will be BEST, then we will be first"
Pfizer
Vice President, Parke-Davis-2
office: 212-733-0877
fax: 212-883-4892

-----Original Message-----
From: MacDonald, Ann Marie
Sent: Friday, August 01, 2003 2:00 PM
To: George, Tim
Subject: FW: Displayin Neurontin within Kaiser

Here is an update with regards to Neurontin at Kaiser. I assume still a moot issue of getting a 2% discount to off set the counter detailing and actual grow business in this multi million life account.
-----Original Message-----
From: Reese, Curtis D
Sent: Tuesday, July 29, 2003 11:46 PM
To: MacDonald, Ann Marie; Johnson, Clay R
Subject: Displayin Neurontin within Kaiser
Ann Marie,
Over the past couple of months as I have met with Kaiser DEC's I have been asking if we can work with them in promoting Neurontin where they want the product to be used. They are currently counter detailing nortriptyline ( a TCA anti-depressant) against Neurontin for the treatment of pain and not allowing us to display or discuss Neurontin even though it is a formulary product. We have proposed that if we can display and detail Neurontin we would be more then happy to have a sample of Kaiser's nortriptyline starter pak on our display table and Kaiser recommendations for neuropathic pain and work with them on helping their MD's understand when and where to use Neurontin. To our benefit we have obtained approval within the LA Kaiser's. San Diego Kaiser has told us no, but once they hear that LA is doing it they will change. Also two of the DEC's told me they would discuss this at their monthly DEC meeting to share with other DEC's how we are willing to work with them on this issue. Now we just need to get a purchasing agreement out of NYHQ's. Any input from Tim George on this issue since we talked to him at the POA. Thanks for all you do.

BE your BEST!
Curtis Reese
Senior District Manager
Pfizer Pharmaceuticals
-----Original Message-----

From: Lum,Lisa G [mailto:Lisa.G.Lum@KP.ORG]
Sent: Friday, July 25, 2003 7:00 PM
To: Lewis,Steve (Pfizer)
Cc: Dauser,John (pfizer); Reese,Curtis (Pfizer)
Subject:
Hi Steven!
Got your message about the Neuropathic pain materials. Here they are -- I have sample Nortriptyline Starter Packs on order -- not sure when they will arrive but they should be here by the time we have our next WLA Drug Display on August 15.
As far as displaying these items -- I spoke with Kent Meilich at LAMC and he is OK with displaying them at Sunset. You should get approval from each DEC at each Kaiser location before displaying the materials just to be sure it is OK.
◇ ◇ ◇
Lisa
Lisa Gunther Lum, PharmD, FCSHP
Drug Education Coordinator, KP West Los Angeles
Tel: (323) 857-2140, tie 390, x2140 Fax: (323) 857-3693, tie 390, x3693
This e-mail may contain confidential, privileged or material exempt from disclosure under law and is for the sole use of the intended recipient. Review of, reliance on, or distribution of the information without express permission is prohibited