# EXHIBIT O

## Global Neurontin and Pregabalin Product Planning Meeting
Istanbul, Turkey, 24-27 October 2000

## Pregabalin Briefing Document

### Product Overview

- Pregabalin is a novel, centrally acting neuromodulating agent currently under extensive development for a diverse set of pain / CNS disorders including neuropathic pain, epilepsy, and anxiety disorders.
- A first filing date of Q3-4, 2001 is planned for the US. Filing dates for other markets are currently under review, and represent the focus for the pregabalin meeting in Istanbul. The current focus of the Pregabalin WWT is on development of a global indication filing and launch strategy that maximizes pregabalin's potential and ensures success across all worldwide markets.
- Although its exact mechanism of action is unknown, pregabalin has been shown to increase whole brain gamma aminobutyric acid (GABA) – one of the key inhibitory (calming) neurotransmitters found throughout the central nervous system – and to bind to the alpha-2-delta subunit of the N-calcium channel. This is believed to be important in the mediation of central and neuropathic pain.
- Pregabalin has no direct action on GABA, NMDA, or glutamate, it does not block sodium or calcium channels or bind to either cholinergic or opiate receptors, and pregabalin has no impact on the arachidonic acid pathways (the mechanism of action for NSAIDs and COX-2 inhibitors). It is a chemical cousin to Neurontin (gabapentin), but has shown more potent binding to the gabapentin-binding site. This may result in greater efficacy (for epilepsy) and broader utility.
- Pregabalin has an excellent pharmacokinetic profile, including the following:
  - Extensive and rapid oral absorption via the L-amino acid transporter
  - Linear kinetics throughout the dose range with no change in overall absorption when taken with food
  - No protein binding and minimal metabolism by the liver (2%)
  - No known drug-drug interactions
  - Greater than 90% excretion unchanged in the urine
- The main side effects seen with pregabalin are CNS-related, with dizziness, sedation, and drowsiness being most common. These side effects are almost always mild and transient in nature, and dose related. Dose dependant weight gain and edema have also been seen in clinical studies.

### Filing Strategy

- The Pregabalin WW Team is currently focused on defining filing and sequencing strategy that will thus define filing dates. This represents one of the key objectives of the upcoming product strategy meeting in Istanbul.
- Because pregabalin has an extremely wide range of utility in a diverse set of CNS disorders, including neuropathic pain, epilepsy, and anxiety, its potential as a blockbuster should be encouraged by a sequencing plan that maximizes the likelihood of success across all indications and worldwide markets.
- The worldwide clinical development program continues to be modified and updated to ensure full support for all indications, as well as for local pricing/reimbursement and outcomes data requirements. Ensuring that all local market needs are addressed in the pregabalin clinical development program is also a key objective of the Istanbul product strategy meeting.

**Pregabalin Patent/Legal Scenarios**

- Although there is some uncertainty around the granting of a Composition of Matter (COM) patent for pregabalin, arising from its similarity in overall structure to Neurontin, it is the team's assumption to-date that the patent will be granted shortly in both the US and EU.
    - Lengthy negotiations with the US patent examiner have been ongoing and the team remains confident that the US patent will be granted (90% probability)
    - EU/Canada/Japan have stated their intention to grant the COM patent claims (95% probability)
- In order to mitigate the risks of a possible rejection of the COM patents in any of the global markets, several Field of Use (FOU) patents have been filed.  Based on these patents, the major dates for Loss of Exclusivity (LOE), by indication, are as follows:
    - Psychological disorders          2010
    - Seizures                          2013
    - Analgesia                         2017
- However, all ex-US patents expire in 2013.

**Pregabalin Positioning**

- Optimal positioning for pregabalin will be determined through comprehensive market research. Preliminary thinking is that the positioning of pregabalin should consider:
    - An umbrella brand that spans all of the pregabalin indications, but allows for indication-specific customization based on local market needs;
    - Establishment of a new drug class that would provide a rationale for the broad range of CNS conditions that pregabalin treats, help to position the drug as a blockbuster, and serve to maximize excitement and enthusiasm;
    - Feasibility of a global positioning across the diverse markets in which pregabalin will compete.

**Market Segments Overview**

*Neuropathic Pain*

- Neuropathic pain is defined as a functional disturbance and/or pathological change in the peripheral nerves. An extremely broad and varied disorder, pain is described as an unpleasant sensation associated with actual or potential tissue damage and/or nervous system injury.

- Unlike nociceptive pain, which is an ongoing normal activation of afferent pain nerves and receptors, neuropathic pain is an aberrant or abnormal processing of sensory information in the CNS or PNS, resulting in pain that is often characterized as burning, itching, shooting, or electric-like.

- Neuropathic pain is also commonly accompanied by an unusual sensitivity (sensitization of nerves) to both painful and non-painful stimuli.  Stimuli that would normally cause mild or moderate pain, such as that from heat, may generate severe pain in a neuropathic pain patient (hyperalgesia).  Likewise, normally non-painful stimulus, from wind or rubbing against clothing, could result in an unusual sensation of pain in the presence of neuropathy (allodynia).

- Discrepancy between patient and health care worker estimates of the severity of pain and its degrees of interference with daily activities contributes to the difficulties of effective pain management and confounds an accurate assessment of pain treatment.

- The most commonly recognized neuropathic pain states include: diabetic peripheral neuropathy (DPN), postherpetic neuralgia (PHN), and trigeminal neuralgia (TGN). However, the potential for pregabalin far exceeds this traditionally narrow definition of neuropathic pain, as a wide variety of chronic pain conditions are associated with a neuropathic component, including cancer pain, HIV-associated pain, spinal cord injury, and low back pain. This indicates a far larger market for pregabalin than audit data may suggest. Other reasons for this increased potential are as follows:

- Promotion of pregabalin among primary care physicians (PCPs) will further expand the neuropathic pain market

- Not surprisingly, NSAIDs and non-narcotic analgesics (paracetamol) are the most commonly used classes of medications in treating the pain of neuropathy around the world. This reflects a very traditional approach to treating pain, particularly among PCPs, and a lack of understanding regarding the CNS and PNS mechanisms that regulate neuropathy.

- NSAIDs and non-narcotics, though generally effective in treating nociceptive pain, are generally ineffective in relieving neuropathic pain states. The AED class, however, has been demonstrated to effectively mediate neuropathy and has thus begun to receive more extensive use in recent years, driven by neurologists' prescribing of carbemazepine and, to a lesser extent, gabapentin. It is expected that this trend will continue to grow in the coming years.

- The TCAs, another centrally acting class of medications, have also been demonstrated to be effective in treating neuropathy and have thus received some usage. Safety concerns, however, have somewhat limited their penetration into the pain market.

- PCPs have not yet begun to use AEDs in neuropathy to any major extent and instead continue to utilize more conventional pain therapies for their neuropathic pain patients. It is this unrealized opportunity within the primary care audience, along with the potential to expand currently limited definitions of neuropathic pain to encompass a variety of chronic pain states, that is thought to provide the centerpiece of pregabalin's blockbuster market potential.

*Epilepsy*

- A chronic disorder, epilepsy is characterized by paroxysmal brain dysfunction due to excessive neuronal discharge resulting in seizures that are typically unprovoked and unpredictable.

- The AED market remains dissatisfied, as no agent is efficacious for all patients. A large percentage of epilepsy patients are not well controlled on one agent and must have a second agent added to their regimen. Traditional, first-line therapies are often associated with undesirable acute and chronic side effects. Newer, more expensive agents exhibit a better tolerability profile, but with narrower indications. These drugs are often approved as (and limited by) adjunct therapy status. However, until a potent, broad spectrum, highly tolerable agent is available, these multiple drugs with varying mechanisms of actions and different side-effect profiles are required to effectively treat the patient population.

- Although there has been significant overall sales growth within the worldwide market for epilepsy, the increase in total prescriptions for AEDs is minimal, indicating that increases in sales have been the direct result of newer, more expensive agents entering the marketplace in the past 5 years.

- The worldwide AED market is extremely crowded and undifferentiated, with many agents gaining share of the overall market and no clear leader emerging. While a number of new agents have been introduced in the last 10 years, notably lamotrigine and topiramate, older AEDs (phenytoin,

- carbemazepine, valproic acid, and phenobarbital) continue to dominate the market, evidencing a reluctance to switch well controlled patients to newer agents, as well as a traditionally slow uptake of products in this marketplace, which, nonetheless, remains unsatisfied with current therapy options.
- A limited number of therapies have received additional approval for monotherapy, which represents an opportunity to differentiate from other products in this crowded marketplace. More importantly, a monotherapy label potentially allows the drug to be used in the entire epilepsy patient population. A monotherapy indication in epilepsy will be considered for pregabalin.

*Anxiety*

- Anxiety disorders are a group of serious conditions that affect thoughts, feelings, and physical sensations. The central feature for all anxiety disorders is a set of core symptoms such as apprehension, fear, or worry, which may be accompanied by other somatic and physiological symptoms.
- Psychiatrists are clearly the worldwide thought leaders in the anxiety market, and influencers of prescribing patterns, but it is the primary care audience that writes the bulk of prescriptions. This is likely because patients present first to the PCP who initiates therapy before referring more refractory patients to the psychiatrists.
- Diagnosis and treatment rates among anxiety sufferers have been traditionally low, in part due to the fact that many PCPs are not trained to actively look for anxiety in their patients, and in part due to patient acceptance of chronic anxiety as part of everyday life. Cultural attitudes and stigmas surrounding anxiety have also limited its diagnosis as a medical condition in some markets.
- The development and introduction of a wide range of anxiety indications for many of the top marketed SSRIs/SNRIs, however, has fueled growth in awareness among PCPs, particularly in the US and UK, of anxiety states as treatable disorders. Although this trend has not yet taken hold across the majority of worldwide markets it will likely continue up to and beyond the launch of pregabalin in GAD.
- Benzodiazepines have traditionally been, and remain, the largest class of therapy used to treat anxiety worldwide. However, safety concerns have limited their use. This, combined with the very high rate of comorbid depression in anxiety, has granted the SSRIs a significant advantage and a strong selling platform versus the benzodiazepine class.
- Other antidepressants, such as TCAs, also receive limited use in anxiety treatment. Hypnotics, sedatives, antipsychotics, and antiepileptics possess smaller market shares.
- Pregabalin will have the opportunity to enter the anxiety marketplace as a unique agent with an unparalleled safety profile, rapid onset of action, and positive effect on sleep in a broad range of psychiatric disorders. Further research is necessary to determine the best entrance strategy for pregabalin in anxiety and to assess synergies with the Pfizer CNS portfolio.

**Pregabalin Issues and Objectives**

With the potential to enter the global market with a highly diverse set of indications, pregabalin has the opportunity to establish a new class of broad-spectrum neuromodulating medications with blockbuster potential. The following SWOT Analysis catalogues the strengths, weaknesses, opportunities, and threats for pregabalin and for Pfizer in bringing pregabalin to the global market.

**Pregabalin SWOT Analysis**

| Strengths | Weaknesses |
|---|---|
| *Company*<br>• Potential synergy with Pfizer pain/anxiety portfolio (Celebrex, Relpax, valdecoxib, Zoloft, Zeldox)<br>• Established thought leader relationships via Neurontin and Zoloft experience<br>*Product General*<br>• Thought leader positive experience and perceptions through participation in clinical trial program<br>• Potential new classification of compound<br>• Unique compound within pain and anxiety markets<br>*Product Efficacy*<br>• Improved quality of sleep – diary data (subjective)<br>• Superior patient response rates in epilepsy treatment to Neurontin and Topomax<br>• Positive data in DPN, PHN, and fibromyalgia<br>*Product Safety*<br>• Trial experience with approximately 6,000 patients<br>• No drug interactions<br>• No GI irritation<br>• No need for blood monitoring in epilepsy<br>*Pharmacokinetics/Dosing*<br>• Rapid onset of action<br>• Linear kinetics | *Company*<br>• Potential cannibalization of Pfizer portfolio (Zeldox, Zoloft)<br>• Loss of PD equity among key prescribing audiences<br>*Product General*<br>• Optimal filing strategy and brand positioning not yet finalized<br>• Lack of clinical profile differentiation vs Neurontin in neuropathic pain<br>*Product Indication*<br>• MOA not identified<br>*Pharmacokinetics/Dosing*<br>• Potential differences in dosing across indications – potential PCP confusion; pricing issues<br>*Product Efficacy*<br>• Lack of meaningful "markers of efficacy" in pain<br>• Limited comparative clinical data<br>• Negative clinical trials in low back pain and OA<br>• Insufficient outcomes data<br>*Product Safety*<br>• Risk of scheduling (US)<br>• Weight gain and edema in clinical trials |
| **Opportunities**<br>• Primary care opportunity in pain<br>• Highly unsatisfied pain market – high switch rates, rapid uptake of new agents<br>• No major pharmaceutical company active in NeP market<br>• Growing awareness and acceptance of AEDs' broad utility beyond epilepsy<br>• Comorbidity of anxiety and pain/anxiety and epilepsy<br>• SSRIs developing/defining the anxiety market<br>• Neuropathic pain indication for Neurontin in some markets | **Threats**<br>• Poor diagnostic skills among PCPs in pain and anxiety<br>• Low understanding and limited scope of NeP disease state among PCPs<br>• Lack of differential diagnosis guidelines in pain and anxiety at the primary care level<br>• Highly genericized markets<br>• Generic Neurontin<br>• Potential challenge from pipeline agents |

**Key Objectives**

- The unique product profile currently being developed for pregabalin represents a blockbuster opportunity for Pfizer. However, maximizing the opportunity across all indications requires the realization of several key objectives during the pre-launch phase. Major brand objectives are as follows:
    - Develop global filing strategy recommendations that optimize the commercial potential and product profile, while providing maximum time for product differentiation and adequate "Neurontin-to-pregabalin" conversion efforts in key markets;
    - Devise a clinical development program (including outcomes research) which supports an optimal product profile at launch to ensure pregabalin's blockbuster status and supports pricing/reimbursement negotiations;
    - Generate awareness of pain states among key customers.

**Key Issues and Strategies**

<u>Issue</u>:  *The ex-US (EU, LA, AAfME) filing strategy, i.e., sequencing of indications, has not yet been determined.  In the EU, selection of Centralized versus Mutual Recognition filing remains to be defined.*
- The Worldwide Pregabalin Team may be forced to make a decision prior to availability of the optimal product profile and full knowledge of likely patent outcomes.

<u>Strategy</u>:  *Aggressively drive to a decision by thorough analysis of local market requirements for commercial success and of patent/legal scenarios/probabilities surrounding Neurontin and pregabalin.*
- The Worldwide Pregabalin Team is actively engaged in the SAM process to determine global filing recommendations. The optimal filing strategy for pregabalin is the sequencing of indications and filing schedule that best realizes the blockbuster potential of the umbrella brand worldwide, while complementing the existing Pfizer pain and CNS portfolio. The decision will in part be based on assessment of the current profile versus an optimized pregabalin profile with respect to the local requirements for commercial success in each category.

---

<u>Issue</u>:  *The optimal product profile has not yet been determined.*
- The Worldwide Pregabalin Team is actively engaged in defining regulatory requirements for all local markets as well as existing product/competitor profile benchmarks to determine the product profile for pregabalin that provides it the best opportunity for success within the global marketplace.

<u>Strategy</u>:  *Aggressively drive toward a product profile that optimizes commercial potential, portfolio and franchise revenues.*
- The team is currently working to finalize the IIIa program to match all global filing needs and to delineate a IIIb/IV program that will support regulatory defense, positioning, and maximum competitor differentiation, as well as an outcomes research program which supports pricing/reimbursement negotiations.
- The clinical program will also take into account the potential for a new, broader classification for pregabalin and the possibility of stigmatization of pregabalin as an AED, particularly if sequencing is not carefully planned.

Pfizer_LKnapp_0055584

**Issue:** *Global pricing strategy is extremely complex and has yet to be defined.*
- Because pregabalin will compete in three distinct therapeutic categories, as well as in a variety of geographic markets, each with its own pricing and reimbursement restrictions, a pricing strategy that optimizes drug sales revenue while simultaneously ensuring reimbursement and formulary acceptance in all markets is required.
- Impending generic availability of Neurontin further complicates the pricing issue, particularly in those markets where Neurontin has attained a neuropathic pain indication.

**Strategy:** *Initiate global outcomes studies as part of the core clinical program and implement a comprehensive pricing research plan spanning all major markets to help determine optimum pricing for pregabalin.*
- Outcomes research will be initiated to ensure that all local markets are supplied with the necessary data to secure appropriate reimbursement by health care governing bodies. The Pregabalin WW Team will gather information from each of the geographic markets on local formulary and reimbursement restrictions in order to make certain that the needs of each market are addressed in a comprehensive outcomes research plan.
- Global pricing research will help to assess the impact of pricing levels across the range of indications and the implications of pricing on the anticipated penetration of pregabalin across geographic markets and clinical indications.
- Global pricing strategy and outcomes research programs must be compatible with pregabalin's sequencing and positioning strategies in order to ensure a unified perception of the product across all target audiences.

---

**Issue:** *Generic Neurontin entry in some markets poses a challenge to the Pfizer neuropathic pain franchise.*
- The short time remaining until Neurontin goes off patent in some markets puts considerable pressure on optimizing the Neurontin brand opportunity in NeP in the short–term and defining the optimal pregabalin profile to facilitate "bridging" from Neurontin to pregabalin to maximize the long-term NeP franchise opportunities for Pfizer.

**Strategy:** *Establish Pfizer in neuropathic pain by:*
  – *Building the NeP market with Neurontin where it is already established and further penetrating other parts of this market when pregabalin is launched;*
  – *Identifying the key drivers to prescribing for the NeP indication and optimizing the pregabalin profile based on these key drivers through strong clinical/outcomes research support.*

- To achieve its full potential in this market franchise, Pfizer must maximize its opportunities with Neurontin, while preparing the market for pregabalin by differentiating it from Neurontin. This will be accomplished by broadening and globalizing physician experience with Neurontin in neuropathic pain and by amassing a compelling clinical and outcomes database that differentiates pregabalin from Neurontin for all key customer groups.

Pfizer_LKnapp_0055585

- Additionally, to ensure rapid uptake of pregabalin, key drivers to prescribing for the various indications being sought for pregabalin will be thoroughly analyzed and reflected in its positioning and phase IIIb/IV program.

**Issue:** *Physician thought leaders and advocates for Neurontin have yet to be cultivated on a global level.*

- Because many global marketing teams are still in development, there is a significant lack of product and market knowledge and, most importantly, of relationships with thought leaders.

**Strategy:** *Identify and develop Neurontin product champions, facilitate open communication, and develop/leverage opinion leader support for pregabalin.*

- It is imperative that product champions for Neurontin be rapidly identified and developed across major markets. These champions can help to facilitate an understanding of the neurobiology of pain and can assist with generating excitement about the potential of pregabalin as a broad-spectrum neuromodulator with applications in a wide range of CNS-mediated disorders.
- The Pregabalin WW Marketing Team will collaborate with global affiliates to help identify and work with Neurontin brand champions to prepare the market for pregabalin and establish the broad-spectrum neuromodulator class. These physicians will help to bridge Neurontin to pregabalin by way of their heightened enthusiasm and understanding of the potential of pregabalin as a novel pain/CNS agent with blockbuster potential.
- Global affiliates must universally focus on nurturing Pfizer corporate equity among neurologists as thought leaders in neuropathic pain and epilepsy, further developing long-standing relationships established by Parke-Davis and Pfizer independently.

---

**Issue:** *The pain market is not fully developed; there is a limited understanding of pain pathways and a narrow view of neuropathic pain among key customers.*

- Neuropathic pain an extremely broad and varied condition, yet current definitions within the market limit it only to DPN, PHN, and TGN. Furthermore, discrepancy between patient and health care worker estimates of the severity of pain and degree of interference with daily activities contribute to the difficulties of effective pain management and confound accurate assessment of pain treatment.
- NSAIDs and COX-2s are generally ineffective for this type of pain, but are still used heavily by the primary care market, which has a high comfort level with these drugs as first-line therapy for all types of pain.
- More research is required to gain a better understanding of neuropathic pain as a component of chronic pain and of the complex dynamic of physician and patient attitudes and behavior in the treatment of pain.

**Strategy:** *Create a new (neuropathic) pain paradigm among key customers: for PCPs, improve differential diagnosis and treatment of painful conditions; for patients, raise awareness of the signs and symptoms of neuropathic pain; and for government health agencies, raise awareness of the cost burden of inadequate treatment.*

- Given that pain is a poorly understood condition with fragmented treatment, opportunities exist to create a new pain paradigm among key customers and to grow the market.
- The ability of pregabalin to reach its full potential in the pain market is linked to our ability to reach the PCP with a compelling argument to recognize, diagnose, and treat neuropathic pain. This can be

- accomplished through the development of disease management programs that help physicians better meet the needs of a demanding pain patient population, as well as by working with third party groups to create diagnosis and treatment algorithms that help to simplify and facilitate the process from identifying neuropathic pain to choosing the right drug to treat it, pregabalin.
- Increasing PCP recognition of neuropathic pain as a disease entity in and of itself will raise its importance within their practice. No pharmaceutical company has made a promotional effort to make neuropathic pain important to the PCP. With its anticipated broad neuropathic pain indication, pregabalin has an opportunity to be first in mind and first in use with the PCP and to benefit from spillover usage in the overall chronic pain market.
- Generating patient demand will be another key factor in growing the market. Patients in pain are highly motivated and arming these patients with the signs and symptoms of neuropathic pain will facilitate interactions with their physicians and lead to increased diagnosis.
- Raising awareness among governments and employers of the cost burden stemming from inadequate treatment of neuropathic pain (i.e., increased health care utilization and reduced productivity) and the positive impact of pregabalin will facilitate broad reimbursement. This in turn will reduce the barriers to prescribing and patient access.

**Critical Success Factors (CSFs)**

- Based on the issues and strategies listed above, the critical success factors below have been identified for pregabalin. One of the key objectives of the meeting in Istanbul is to gather information from all of global markets to help ensure that each of these success factors is adequately addressed.
- Please be prepared to discuss and provide input on what is needed to achieve the success factors below, as it relates to your own geographic marketplace. CSFs for pregabalin global launch:
    - Define optimal filing strategy, positioning, branding, etc., to maximize commercial return based on "optimized" product profile. Ensure clinical development program matches commercial requirement.
    - Maximize market/product potential and broaden Pfizer portfolio opportunity
    - Prepare and educate the PCP marketplace in neuropathic pain to realize primary care market opportunity
    - Develop and leverage opinion leader advocacy/support. Broaden and globalize physician base.
    - Establish favorable cost-effectiveness profile and demonstrate incremental value of drug use. Build platform to establish favorable pricing, reimbursement, formulary acceptance, etc…

### The Istanbul Meeting – preparation for the meeting

- Pregabalin offers a major opportunity for Pfizer to build a blockbuster brand for its CNS and pain portfolios on the global market. However, there is much work to be done in order to ensure the realization of its full potential. The meeting in Istanbul will be the first meeting of the global market managers and a key step toward building the basis for a strong launch for pregabalin throughout the world.
- In order to help you prepare for the meeting and in particular the workshops, a number of questions have been included below. The workshops are designed to give you a fuller understanding of the issues, and set you up to work on the post meeting actions items, to be done back in your home market:
  - Development of your local Situation Analysis
  - Completion of the country consultation questionnaire. This document will be sent to you separately, but will contain a series of questions which you will need to work on after the meeting. You do not need to complete it ahead of the meeting, but you may want to take time out to read through so that you can raise questions during the workshop. Some of the questions will require input from other colleagues in your affiliate (e.g. market analytics, outcomes research, etc). The process and timing will be reviewed during the Istanbul meeting.
- For the workshops to be successful we would like them to be as interactive as possible, which requires some pre-meeting work based, on the following. As there is naturally a degree of overlap for some of these questions, you may find it useful to compare notes with your colleagues prior to the meeting:
  - **Commercial (marketing, etc) questions (for review by product managers, marketing managers/ directors)**
    - For those markets who entered forecasts into Socrates or had already worked up a commercial evaluation for pregabalin, please come to the meeting with the assumptions, etc, you used to build these forecasts, or any existing data you are working from
    - What is your current view of the Pregabalin opportunity? Which indications will provide the biggest opportunities (e.g., anxiety, neuropathic pain, and/or epilepsy) and why?
    - What is the current size of the neuropathic pain, epilepsy, and anxiety disorders markets?
      - How do you define the patient base for each market (what conditions/disease states)?
      - How large is the patient base for each market (prevalence rate)?
    - Who did you identify as the key competitors in each these markets?
      - Present?
      - Future?
    - What are the competitors current daily prices? Daily dosing ranges ( e.g., 1200 – 1800 mg)?
    - What did you perceive as Pregabalin's main advantages/weaknesses relative to the competitors in each market?
    - Based on this, how should Pregabalin fare relative to its key competitors?
    - What market share does this suggest Pregabalin will achieve?
    - What is the market perception of neuropathic pain?
  - **Medical questions (for review by medical directors, etc)**
    - What types of physicians treat people with pain complaints?
    - What types of drugs are used for pain? What are the most frequently prescribed pain drugs? What are the most frequently purchased pain drugs (analgesics) over the counter?
    - What are the overall perceptions of subjects with chronic pain?

Pfizer_LKnapp_0055588

- What are the algorithms for treating neuropathic pain? Pain in general? What is the acceptance of the concept of neuropathic pain?
- Who are our major competitors in the pain drug market? What is needed to differentiate pregabalin from other pain drugs in the market (clinical data, etc)? In particular what comparators will be needed (either from a regulatory or pricing/ reimbursement perspective)? Will data in any particular population groups be necessary?
- What educational resources are available on neuropathic pain in your country? What educational programs would help neuropathic pain awareness in your country/region?
- Who are the neuropathic pain opinion leaders in your country/region?
- How many specialty pain clinics are in your country/region?
- What pain advocacy groups are active in your country/area?
- What is the perception of cancer pain in your country/area?
- What relationship do you have with the pain opinion leaders in your country/region?


- We look forward to your participation and input on the issues discussed in this document, particularly as they relate to your own local market needs. The meeting in Istanbul will commence a new world of strategic development for pregabalin. We are glad you can be a part of it! See you in Turkey.

**Appendix Items**
- Appendix A:  Pregabalin 2010 revenue forecasts by indication.
- Appendix B:  Pregabalin 12-year revenue forecasts by indication
- Appendix C:  Rationale for simultaneous add-on epilepsy/NeP filing in the US

**Appendix A**
- The following graph forecasts pregabalin US revenue, by indication, for the year 2010.  Clearly, the greatest opportunity for pregabalin in the US is projected to be within the neuropathic pain market, which has long remained highly fractured and unsatisfied with current therapeutic options.
- Fibromyalgia, often considered a chronic pain state, will provide the second greatest revenue in the US, roughly half that of the larger pain market.  As with neuropathic pain, there is no agent in the US with an FDA-approved indication for fibromyalgia.


## Pain Is the Largest Opportunity



There is approximately a 10% chance that pregabalin's revenue would be below the range represented by any bar and a 10% chance that pregabalin's revenue may exceed the range represented by any bar.

NOTE:  Forecasts do not incorporate cannibalization between indications

Pregabalin: DPC presentation, 9/18/2000                    **CONFIDENTIAL – for internal decision-making only**

**Appendix B**
- The following chart forecasts pregabalin revenue, by indication, over the first 12 years after launch in the US. Once again, it is pain that is projected to provide the best opportunity for both short-term and long-term revenue growth.
- Fibromyalgia revenues are expected to grow rapidly, as pregabalin will enter the market as a novel agent in a highly unsatisfied and fragmented marketplace



## Pain Is the Major Opportunity



Pregabalin: DPC presentation, 9/18/2000                        **CONFIDENTIAL – for internal decision-making only**

---

Pfizer_LKnapp_0055591

**Appendix C**
- US analysis suggests that there is limited risk associated with filing for add-on epilepsy simultaneously to neuropathic pain.
- As shown in the chart below, the expected impact of an add-on epilepsy indication on pain sales is less than the overall sales in epilepsy itself. Furthermore, filing of add-on epilepsy will increase overall likelihood of pregabalin approval (US), providing another strong rationale for simultaneous filing.

 *Epilepsy Can Be Filed With Neuropathic Pain*

- Limited Commercial Risk:
    - Expected impact on pain sales < overall epilepsy sales (break-even = 1/8 pain sales)



- **Increased Probability of Success:** Inclusion of epilepsy data will increase overall likelihood of approval (5% PTRS) and aid in formulary listings

NOTE: Forecasts do not incorporate cannibalization/halo interactions between indications.

Pregabalin: DPC presentation, 9/18/2000                                 **CONFIDENTIAL – for internal decision-making only**