# EXHIBIT P

| | |
|---|---|
| From: | Henderson, Jeff S. |
| Sent: | Monday, March 31, 2003 2:41 PM |
| To: | Partain, Alan |
| Cc: | Johnson, Clay R; MacDonald, Ann Marie; Emtiaz, Mark N; George, Tim; Kennedy, Clare A; Glover, Craig (NYC) |
| Subject: | FW: Kaiser National Strategy |

Alan,

Hopefully our conference call on Friday addressed your questions about a possible Neurontin contract with Kaiser. I think it is important to note, Alan, that Pfizer does not contract with customers specifically for data. Our contracting department receives data as part of our contracts and as a method for validating a customer's claim for rebates, but our contracting strategy is to contract for performance and access. In the case of Neurontin, we do not contract this product with any customer.

As far as Relpax, my team is beginning the contract process with Kaiser, and we will keep you updated as to our progress.

If you have any questions, please feel free to call me.

**Jeff Henderson**
Senior Director, National Accounts-HMO's
Pfizer, Inc.
235 East 42nd Street 150/36/13
New York, NY 10017
Tel: 212-733-4933
Fax: 212-309-0428
Voicemail: 800-295-0911 ext. 34933
Email: jeff.s.henderson@pfizer.com

-----Original Message-----

| | |
|---|---|
| From: | Kennedy, Clare A |
| Sent: | Friday, March 28, 2003 8:24 PM |
| To: | Partain, Alan; Henderson, Jeff S. |
| Subject: | RE: Kaiser National Strategy |

Thanks Alan appreciate your kind words.

I will forward this message to Jeff Henderson, Sr. Director National Accounts - HMO's who has management responsibility for Kaiser.


-----Original Message-----

| | |
|---|---|
| From: | Partain, Alan |
| Sent: | Friday, March 28, 2003 9:56 AM |
| To: | Kennedy, Clare A |
| Cc: | MacDonald, Ann Marie; George, Tim; Partain, Alan; McLeod, Karen L; Ferstler, Sherri L; Lalley, John T; Crawford, Michael T; Penizotto, Todd J; Lalley, John T |
| Subject: | FW: Kaiser National Strategy |

Hi Clare.
Hope your travels back from Orlando went well.  Thanks for all your support of the field's RELPAX40mg Launch.

The purpose of this email is to:
- gain a better understanding of the **Kaiser** National Account Strategy for non-contract...and/or non-formulary products

1

- address/open dialogue on strategies with two products - Neurontin and Relpax

Kaiser impacts the Western region 10x more than the MA region; however, we do have a considerably high stake within Kaiser since over 568K lives are impacted by the national decisions.

## BACKGROUND/CHALLENGE for 2003: (applies to Neurontin and RELPAX40mg)

**The following outlines the current Neurontin situation:**
- There are 10 reps in my region actively selling Neurontin in Kaiser and *receiving no sales credit.*
- Neurontin is being heavily promoted for its' new indication and is **on formulary**, the <u>challenge is that it's not on contract.</u>
    - Unless a product is "contracted", representatives do not receive sales for these products.  In the past, Bob Doomany and the DI team have created adjustments for these non-contracted products as a way to add $$ volume to the territories with a high concentration of Kaiser, but this was obtained by taking the unaccounted for sales from the wholesaler that Kaiser purchased through.  (DI does not agree this is a valid way to obtain sales anymore, therefore, for future products -i.e. - Neurontin, this will not be done, but will remain in place for the products that have been adjusted in the past)
- Neurontin was a contracted product with Kaiser until 2000 (P-D contract)
    - *Kaiser received only a 2% rebate from our understanding (per Ann Marie McDonald - PD2 Western RM), but Pfizer discontinued the contract
    - *By discontinuing the contract, Kaiser was upset with Pfizer
- Recently, there has been word from the pharmacy to cut back the "overuse" of Neurontin
- There is a high volume of Neurontin currently written within Kaiser.  In 1999, Neurontin use exceeded **14MM.**
- **There is a threat of lost Neurontin sales** to the corporation if Kaiser follows through with this initiative


**Possible long-term solution:**  Offer a 2% rebate contract with Kaiser
- With 20 new Pfizer products that are planned to be released in the next 5 years, it is vital that Pfizer continue to partner with Kaiser.
- By offering a 2% rebate via a Kaiser contract, a number of things happen:
    --Kaiser relationship strengthens, possibly causing them not to focus on cutting Neurontin prescriptions back
    --Representatives will continue to detail Neurontin in the facility and sales will be positively impacted
    --Representatives will impact dosing of Neurontin (increasing to 600 TID); therefore, potentially decreasing Kaiser's use of Opiods, TCA, Etc
    --Protect the switchover to generics (which will be available in the 300 & 400mg capsules) if we had a 2 year contract.
    --Representatives will be <u>rewarded properly for their efforts</u>, as the data will be readily available via Memphis (direct purchase)


Clare, the additional challenge that lies ahead:
- Generating proper credit to reps for new products presents a difficult challenge for non-contract products.
- Rep's motivation and trust of the DI system is in jeopardy if sales credit and quota can not be captured.

DI would like to obtain invoices for proof of purchases.  This may be the only solution if contracts are not put in place.  Is this possible to do with the help of NHO?
This is a short term solution; however, it may be more effective and less risky if we get National Account assistance verses local rep participation and solicitation.

Please let me know your thoughts on the above situation and any other solutions that you and your group can present that will enable us to maximize sales and properly give credit where credit is due, as this is a situation that will continue to raise it's ugly head with new products on the horizon in the Pfizer portfolio.

Thanks again for our your help with this.

Sincerely,
Alan Partain

2