# EXHIBIT Q

# NEURONTIN/Pregabalin
## Strategic Priorities Discussion
June 10th 2003

Pfizer_LKnapp_0083094

## Strategic Priorities Discussion Agenda

- Global Overarching Goal
- Core Planning Period Assumptions
- Business Drivers (Global & US)
- Strategic Options Discussion

2

Pfizer_LKnapp_0083095

## Core Franchise Goals for Strategic Planning Period 2004 - 2008

- **Core Franchise Goal**: Maintain the contribution of the A2D franchise through the transition from NEURONTIN to Pregabalin and Increase Contribution by end of planning period

- **NEURONTIN**: Maximize revenue from NEURONTIN despite the potential threat of generic gabapentin

- **PREGABALIN**: Prepare for and ensure a global blockbuster launch from 2004 onwards

*Source: 2003 Silver Plan Totals in US$ Mils

Uncertainty resulting in varying projections amongst countries with regards *extend* and *duration* of market destabilization due to generic erosion.

Certain countries project no dip at all (Spain) and others (UK, Germany, Italy) predict depression over 2003/2004 pre-launch period

Challenge to minimize 2004 franchise depression.

3

Pfizer_LKnapp_0083096

## Strategic Plan Core Assumptions

- NEURONTIN:
  - US: generic gabapentin capsules not earlier than Q4 04
  - EU: generic gabapentin capsules in all Major Markets by Q3 03; tablets Q4 03

- PREGABALIN:
  - US: Submission Mid Oct '03; Action Letter Aug 04; Field Force Launch April '05
  - EU: Submission Q1 03; MAA Q2 04
  - AALA: Submission Q4 03; Approval Q3 04

Upside vs 2003; downside vs 2003

4

Pfizer_LKnapp_0083097

# Key Issues for Today

- *The US NEURONTIN Team is Seeking Support for:*
  - Creating a Pain Portfolio Field Force: NEURONTIN as Lead, COX-2s, Relpax
- *The PREGABALIN US Team is Seeking Support for:*
  - Aggressively Resourcing Initiatives to Grow Neuropathic Pain Market and Ensure Successful Pregabalin Launch
- *The Worldwide Franchise Team is Seeking Support for:*
  - Transition Strategies (?)
  - Global Positioning Strategy
  - Restarting Clinical Program
  - Strategy to Establish New Class Pre-Launch
  - Taking Aggressive, Proactive Competitive Approach
  - Fibromyalgia and Monotherapy Epilepsy Development Recommendation

Upside vs 2003, downside vs 2003

5

Pfizer_LKnapp_0083098

## Neurontin/Pregabalin Business Drivers

| Business Driver | US NTN Priority | Global Priority | US PGB Priority |
|---|---|---|---|
| #1 Maximize NEURONTIN 2004 Revenue | •Increase PCP Penetration<br>•Maintain Managed Care Access | | |
| #2 Effectively Bridging Momentum from Neurontin to Pregabalin | | •Specific Transition Strategy Dependant on Market Situation | •Pregabalin Takes on Leadership Role in Epilepsy and Neuropathic Pain Market Development |
| #3 Ensure Highly Successful Pregabalin Launch | | •Ensure Optimal Positioning Communicated<br>•Strengthen Product Profile and Fill the Data Gaps<br>•Establish a New Class for Launch | •Ensure Adequate Physician and Patient Education to Achieve Rapid Uptake |
| #4 Dramatic Increase in Competitive Intensity (e.g. duloxetine) | | •Implement Proactive Competitive Strategy | |
| #5 Provide life cycle plan for pregabalin | | •Support Fibromyalgia and Epilepsy Monotherapy Development Programs | |

Light blue shading indicates where challenges/strategies are shared/common

Pfizer_LKnapp_0083099



7

Pfizer_LKnapp_0083100

## 2004 Goal & Expectations

- Achieve 2004 Sales Objective: $2.4 B (+9.5%)
- Participate in Both POAs in 2004
- Implement 12-Month Operating Plan
- Maximize Revenue Growth While Continuing to Prepare for Pregabalin

8

Pfizer_LKnapp_0083101



9

Pfizer_LKnapp_0083102



Pfizer_LKnapp_0083103



Pfizer_LKnapp_0083104



Pfizer_LKnapp_0083105



Pfizer_LKnapp_0083106

# Business Driver #1:
## Maximize NEURONTIN Revenue

### Priority: Increase PCP Penetration

**Summary**
- Competition is Growing Faster Among PCPs
- Currently No Lead Field Force
- NEURONTIN Leads in Total Details but Lagging in Minutes per Detail
- PCP Reach and Frequency is Low
- PD2 Portfolio, with Aricept Lead, Does Not Have Overlap with High NEURONTIN Prescribers
- A Change in Field Force Benefits NEURONTIN and Helps Set Up Pregabalin

**Strategic Options: Increase PCP Reach and Frequency:**
- Create a Pain Portfolio Field Force: NEURONTIN as Lead, COX-2s, Relpax
- PD2 as NEURONTIN Lead (with Aricept, Relpax, Zoloft) Plus a Lower Weighting in a Second FF
- PD2 as Is (Aricept (Lead), NEURONTIN, Relpax, Zoloft) Plus a Lower Weighting in a Second FF Selling COX-2s

14

Pfizer_LKnapp_0083107

## Business Driver #1:
## Maximize NEURONTIN Revenue

**Priority: Maintain Managed Care Access**

- NEURONTIN Is Well Positioned In Managed Care with Tier 2 Status In Over 90% of Plans
- Recent Research Suggests That Plans Tend Not to Manage Epilepsy Products and Have Limited Resources to Manage Other Uses of AEDs
- However, Some Local Plans and a Few States Have Challenged Access
  - Plans: BCBS/Georgia (Instituted Prior Authorization)
  - States: Massachusetts (Instituted Prior Authorization), Wyoming, Washington, and Missouri (Considering Prior Authorization)
- Initiating Managed Care Activities will Prepare the Market for Pregabalin

**Strategic Options:**

- Engage N-H-O to Assess "At-Risk" Plans and Proactively Seek Opportunities
- Engage RMRs & CECs to Execute Stakeholder Education Initiatives and Respond to LAT/SRT Activities

15

Pfizer_LKnapp_0083108

Business Driver #2:    Effectively Bridge from Neurontin to Pregabalin
Global Franchise Transition Strategy

**DESCRIPTION:**

- 'Gap' between generic introduction and pregabalin launch vary by country from none to 4-5 years

- Level of generic erosion varies by country and how evolved its pharmaceutical market is

- Any marketing/medical resources will be shifted to pregabalin at launch regardless of generic gabapentin availability

- One transition strategy not applicable to all markets

**STRATEGIC OPTIONS:**

- See next slide

16

Pfizer_LKnapp_0083109

## Business Driver #2: Effectively Bridge from Neurontin to Pregabalin
### Global Franchise Transition Strategy

| | 0-6 Month Gap | >6 Month Gap |
|---|---|---|
| **High**<br><br>**Projected Level of Generic Gabapentin Penetration**<br><br>**Low** | **Pregabalin Team Resourced to:**<br>•Grow NeP Market with PCP and Specialists<br>•Prepare Market for GAD Introduction<br>•Prepare Epilepsy Market for New 'Best-in-Class' Agent<br>**NTN Team to Continue:**<br>•Increasing Avg Daily Dose of NTN in PHN and Maintaining Managed Care<br>**USA** | **Franchise Team to:**<br>•Prepare Market for PGB Launch<br>•Grow the NeP Market with Specialists and/or PCP with Focused Investments<br>•Re-establish/maintain presence with Epileptologists<br>Canada (Q1 2001 => 2005 Launch)<br>UK & Germany (Q3 '03 => 2H 2004)<br>Sweden (Q3 '03 => Q4 '04–Q1 '05) |
| | **Franchise Team Continue to:**<br>•Grow NeP Market in PCP/Specialist<br>•Increase Avg Daily Dose of NTN with Tablets<br>•Prepare Market for PGB Launch in NeP and Epilepsy<br>**Mexico, Korea, Turkey, Taiwan** | **Franchise Team Continue to:**<br>•Grow NeP Market in PCP/Specialist<br>•Increase Avg Daily Dose of NTN with Tablets<br>•Prepare Market for PGB Launch in NeP and Epilepsy<br>Spain, France, Italy, Australia* |

| 0-6 Month Gap | >6 Month Gap |
|---|---|

**Time Between Generic Gabapentin Availability and Pregabalin Launch**

17

Pfizer_LKnapp_0083110

Business Driver #3: Ensure Highly Successful Launch
Clear Product Positioning

**DESCRIPTION:**

- Pregabalin will be launched with Add-On Epilepsy, Neuropathic Pain, and GAD in the US
- Major Markets will launch with Epilepsy and NeP, file GAD after approval
- Extensive market research indicated that indication-based positioning strategy is optimal way forward
- Target audience overlap with PCP (pain/anxiety) and neurologist (epilepsy/pain)

**STRATEGIC OPTIONS:**

- Develop indication-specific positioning strategies and support with common concept link
- Develop effective approach to PCP market to maximize overall opportunity

18

# Pregabalin Positioning Statements

| | GAD "New Paradigm" | NeP "Sustained Control" | Epilepsy "Best in Class" |
|---|---|---|---|
| *To:* | Psychiatrists and PCPs | Neurologists, Pain Specialists, and PCPs | Epileptologists and Neurologists |
| *Is The:* | Unique First-Line Treatment for Acute and Chronic GAD | Advanced Treatment for NeP | New Standard in First-Line Adjunctive Therapy for Partial Seizures |
| *That:* | Quickly Relieves Psychic and Somatic Symptoms | Delivers Fast and Sustained Control of the Neuropathic Pain and Associated Symptoms | Provides Best-In-Class Seizure Reduction Within 1 Week |
| *Because:* | Its Novel MOA Delivers Powerful Efficacy with Low Risk for Dependency and Sexual Dysfunction | It Provides Reliable Reduction of Pain and Sleep Disturbance Within 1 Week That Is Maintained Over Time | In a Range of Patients, It Significantly Reduces Seizure Frequency with an Effective Starting Dose and Minimal Titration |
| *So That:* | You Are Able to Help Your Patients Have the Confidence to Break-Free from the Conflict of GAD and Enjoy Life | You Can Be Confident in Your Ability to Help Your Patients Regain More Control of Their Lives | Your Patients Can Regain Control of Their Lives and Not Be Limited by Their Treatment |

19

Pfizer_LKnapp_0083112



Pfizer_LKnapp_0083113



Pfizer_LKnapp_0083114

***Business Driver #3:*** Ensure pregabalin launch highly successful
Strengthen Product Profile and Fill the Data Gaps

**DESCRIPTION:**

- Pregabalin profile requires additional data to support positioning and differentiation
- IIIb/IV program effectively "on hold" since Feb 2001
- Lack of broad clinical experience in part due to clinical hold
- Multiple diverse indications in different patient segments

**STRATEGIC OPTIONS:**

- Focus the IIIb/IV program on pain and anxiety
- Increase clinical program investment in Q4 2
- Re-start global phase IIIb/IV program Q3 200
- Re-start US phase IIIb/IV program pending l
  2004
- Identify options for utilizing US budget in oth
- Support for completion of OR program esse

**Halin:**

Marino, we will need information like the
number of countries with studies
done/ongoing; number of investigators
and a summary of the clinical/regulatory
status from around the world – you can
get the later from the August 19[?]
communication last year (note France is
on hold now); number of sites and
countries maybe Kirk/Lloyd can help –
also the clinical efficacy summary has
some details on the countries involved in
the program to date

22

Pfizer_LKnapp_0083115

Marino, there was some benchmarking done of other classes that were established – SSRIs for one example and it might be useful to have this information in back up. Kathleen had it, I will check my files but if you don't get it from me check it out with K&D. Also I think the MOA section fits better with the positioning

HdlN:

- Psychiatrist needs are greatest for MOA understanding to drive Rxing (GABA reference misleading)
- Need to set stage for A2D pipeline products

**STRATEGIC OPTIONS:**

- Establish "A2D" as a new class of agents
- Disseminate specific MOA data to high science Opinion Leaders and cascade to other Rxers
- Develop an educational program to simplify and communicate MOA prior to launch to avoid distraction at launch

Ensure highly successful pregabalin launch ...sh a New Class Pre-Launch

how pregabalin works and lack of it can treat "seemingly unrelated"

23

Pfizer_LKnapp_0083116

***Business Driver #4:*** Increasing Competitive Intensity
Implement Proactive Competitive Strategy

**DESCRIPTION:**

- Competitors already disseminating messages
- Attacking on multiple fronts
  - NNT
  - Tolerability/Safety (weight gain from J&J)
  - Broad Efficacy and Indication Base, MOA (Lilly, Merck)

**STRATEGIC OPTIONS:**

- Continue to develop and implement risk management plan through PMP/RMWG
- We have reviewed with Geodon team learnings from Zyprexa experience ref: weight gain
  - Focus on efficacy message and establishing need for pregabalin
  - Explore impact of pregabalin on multiple CV risk factors in addition to weight gain to put into perspective
  - Develop responses to questions
- Finalize a Competitive Plan of Action based on Weight Gain Taskforce and Competitive War Games Recommendations
  - Proactively disseminate information to counter messages
  - Highlight competitor issues/limitations

24

# Increasing Activity by External Competitors in the NeP Market

| | | Global Sales* | Growth | Company | Significance to Company | Comments |
|---|---|---|---|---|---|---|
| **Anticonvulsants** | Topamax | $87 million | +63% | J&J | H/M | • Off 2009 in US, DPN Trials Failed • Leveraged Epilepsy Halo Effect Publishing in Migraine Prophylaxis |
| | Lamictal | $568 million | +34% | GSK | M/L | • Published Studies in NeP - No Indication • Off 2008 in EU, US in US 2006 • Strong NeP Pipeline |
| | Tegretol/XR | $347 million | -3% | Novartis | L | • Fortifying Epilepsy Program • Focus is on Trileptal |
| | Trileptal | $389 million | +110% | Novartis | M | • Clinical Studies in NeP • Sponsoring NeP Market Education Programs |
| | Keppra | $133 million | +201% | UCB | H/H | • Active NeP Program • Migraine Prophylaxis program |
| **Antidepressants** | Effexor XR | $1.4 billion | -- | Wyeth | H | • Published Studies in DPN • Focused on XR Formulation |
| | Amitriptyline | $46 million | -- | Generic | -- | • 1st Line Treatment Outside of the US by Most Pain Management Specialists |
| | Cymbalta | -- | -- | Lilly | H | • Pivoting on usefulness of depression with pain • Targeting pregabalin as a competitor |

*IMS MAT Sales April, 2002

25

Pfizer_LKnapp_0083118

***Business Driver #5:*** Initiate Life Cycle Plan for Pregabalin
Support Fibromyalgia and Epilepsy Monotherapy Development Programs

**DESCRIPTION:**

- Monotherapy indication could provide significant competitive advantage
- Fibromyalgia represents market with large unmet need e.g. no approved agents/ highly underdeveloped market
- Pregabalin has strong proof of concept study in fibromyalgia – industry "land mark"
- Fibromyalgia attracting increasing competitor activity - risk of Cypress aggressive development beating pregabalin to market

**STRATEGIC OPTIONS:**

- Evaluate epilepsy monotherapy program given strategic fit
- Commit to, and accelerate, fibromyalgia development program
  - Fibromyalgia indication alone offers attractive commercial opportunity (approximately $735 million)
  - Fibromyalgia indication drives significant halo on other chronic pain and anxiety uses, estimated between $225-650 million
  - Total value of indication estimated at approximately $1-1.4 billion worldwide

Pfizer_LKnapp_0083119



Monotherapy is the largest epilepsy opportunity

2.3 million epilepsy patients in the US
(0.4 – 1% prevalence)[*]

Treated (67%)

Partial Seizures (57%)[**]

Generalized seizures (43%)[**]

Refractory to Treatment (33%)[**]

Surgery 25%
No treatment 75%

Monotherapy (69%)[*]

Add on therapy (31%)[*]

2 AEDs (45%)[*]
3 AEDs (30%)[*]
4 AEDs (25%)[*]

Add on therapy: 272K patients
Monotherapy: 605K patients

• New AEDs approved for add on therapy
  first
• Monotherapy indication/data supports
  safety profile
• Topamax, Lamictal have monotherapy
  claims
• Neurontin has monotherapy indication in
  some markets
• Keppra generating monotherapy data

Sources:
• 'Quest' Epilepsy Positioning Study, SMC December 2001
• *University of Pennsylvania Epilepsy Surgical Unit
• **Hauser et al, Mayo Clin. Proc. 1996; 71:576-586

Pfizer_LKnapp_0083120



## Halo effect incremental sales projections by year

### US Pregabalin Revenues in Pain (base case)
*US $ Million*

| Total Incremental 2010 Sales from Fibromyalgia Indication | | | |
|---|---|---|---|
| | FM | Pain Halo | Total |
| US | $515 | $170-$590 | $690-$1,015 |
| EU | $220 | $50-$150 | $270-$370 |
| Total | $735 | $225-$650 | $960-$1,385 |

Legend: ▨ FM Halo in Pain    ☐ Pain

Pfizer_LKnapp_0083121

# Neurontin/Pregabalin Business Drivers

| Business Driver | US NTN Priority | Global Priority | US PGB Priority |
|---|---|---|---|
| #1: Maximize NEURONTIN 2004$ revenue | • Increase PCP Penetration<br>• Maintain Managed Care Access | | |
| #2: Effectively Bridge from Neurontin to Pregabalin | | • Apondic Transition Strategy Dependant on Market Situation | |
| #3: Ensure Highly Successful Pregabalin Launch | | • Ensure Optimal Positioning Communicated<br>• Strengthen Product Profile and Fill the Data Gaps<br>• Establish a New Class for Launch | • Pregabalin Takes on Leadership Role In Epilepsy and Neuropathic Pain Market Development<br>• Ensure Adequate Physician and Patient Education to Achieve Rapid Uptake |
| #4: Dramatic Increase in Competitive Intensity (e.g. duloxetine) | | • Implement Proactive Competitive Strategy | |
| #5: Realize life cycle plan for pregabalin | | | • Support Fibromyalgia and Epilepsy Monotherapy Development Programs |

Light blue shading indicates where challenges/strategies are shared/common

29

Pfizer_LKnapp_0083122

Backup Slides

30

Pfizer_LKnapp_0083123

## Driver #3: Ensure Highly Successful Launch
### Clear Product Positioning

...lar + Indication-Specific Concepts Were Developed and Tested

HoIIN:
Move to back up in case the issue of umbrella positioning comes up



**"Breaking the Cycle"**
*Umbrella Concept*
GAD | NeP | Epi

- Cycle of Chronic Symptoms Prevents Patients from Optimal Functioning
- Pregabalin Has the Power to Break the Chronic Cycle
- Patients Are Given the Freedom to Function at Their Best

**"Breakthrough Is the Science"**
*Umbrella Concept*
GAD | NeP | Epi

- GAD, NeP, and Epi Have a Common Pathophysiologic Link – Excessive Neuronal Excitability
- Pregabalin Decreases Excessive Neuronal Excitability via a Novel MOA
- Patients Are Given Effective, Sustained Control of These Complex Conditions

**"Advanced Simplicity"**
*Umbrella Concept*
GAD | NeP | Epi

- There Has Not Been a Way to Optimize Symptom Management in GAD, NeP, and Epi
- Pregabalin Provides Better Symptom Control Because It Delivers Efficacy with Superior Ease of Use
- Patients Are Given the Confidence of Success in Controlling Their Conditions

31

Pfizer_LKnapp_0083124

## Results Support Indication-Specific Positioning Rather Than Umbrella

HallN:
Move to back up

- Umbrella Positioning May Create a Perception of "Jack of All Trades and Master of None"
- Inclusion of a Specific Indication May Be Illogical or Confusing for Certain Prescribers (i.e., Epilepsy for PCPs, Psychs)
- Potential for Pregabalin to Be Niched for Patients with Overlapping Conditions
- Umbrella Positioning Across Three Indications Raises Doubts
  - "Rarely, if Ever, Do You See All This Together... Makes It Hard to Digest — Stretches Credibility."
  - "Jack of All Trades...Drugs Indicated for Multiple Conditions Rarely Do Anything Really Well."
  - "Rarely See Anything That Has That Kind of Efficacy...Really Puts a Lot of Pressure on the Supporting Data."
  - "Epilepsy Is Very Specialized...Vague to Us. The 'Oh, by the Way' Approach Would Be Better."

32

Pfizer_LKnapp_0083125



Pfizer_LKnapp_0083126



Pfizer_LKnapp_0083127



Pfizer_LKnapp_0083128



Pfizer_LKnapp_0083129



Pfizer_LKnapp_0083130



PD2 Frequency Is Significantly Lower Than Anticipated

38

Pregabalin Priority Walkthrough
Key Issues Review

39

Pfizer_LKnapp_0083132



Pfizer_LKnapp_0083133

# Indication-Specific Approach – Was Well Received by Sales Force

*RON Sales Advisory Panel, May 2002*
*Field Exchange Panel, November 2002*

- Overall, Reps Agreed on This Approach
  - Ensures Both Indications Receive Equivalent Share of Voice
  - Ensures Representatives Will Deliver Clear, Consistent Messages
- Concerns Expressed
  - Could Cause Some Confusion Among MDs
  - Reliability of Tracking Rxs by Indication
- Recommendations
  - Equal Pregabalin Weighting for Lead PCP EEs

41

Pfizer_LKnapp_0083134

## Feedback from PCP Ad Board

November 2002

*Mixed Feedback on Broad Product-Focus vs Indication-Specific Messages*

- Some Felt Strongly That There Should Be One Message for One Product
- Others Felt It Valuable to Have Their "Go-To" Person for GAD and for NeP
  - Dosing Is Different
  - Patient Education and Speaker Programs Will Be Different
  - Could Allow Synergies with Other Products
    - GXL/NeP
    - Zoloft/GAD

42

Pfizer_LKnapp_0083135



# NDA Filing Scenarios

| 2003 | | | | | 2004 | | |
|------|---|---|---|---|------|---|---|
| Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |

- CAC Package
- Request CAC Mtg. & hold lift

CAC Review

NDA Filing

NDA final

- **Drivers:**
  – FDA requested CAC in '02 pre-NDA meeting
  – NDA safety database "cut-off" end – '03
  – Have 60 days to pull NDA if RTF likely (i.e., difficult/negative CAC)
- **Launch Date:**
  – Action letter Aug '04 – Feb '05 (assumes 10 mos. review)
  – FF launch Apr '05 – Oct '05

43

Pfizer_LKnapp_0083136