# EXHIBIT Q

# *NEURONTIN/Pregabalin*
# Strategic Priorities Discussion

June 10th 2003

1

Pfizer_LKnapp_0083094

## Strategic Priorities Discussion
## Agenda

- Global Overarching Goal
- Core Planning Period Assumptions
- Business Drivers (Global & US)
- Strategic Options Discussion

**Core Franchise Goals for Strategic Planning Period 2004 - 2008**

- ***Core Franchise Goal:*** Maintain the contribution of the A2D franchise through the transition from NEURONTIN to Pregabalin and Increase Contribution by end of planning period
- ***NEURONTIN:*** Maximize revenue from NEURONTIN despite the potential threat of generic gabapentin
- ***PREGABALIN:*** Prepare for and ensure a global blockbuster launch from 2004 onwards

**Source: 2003 Strat Plan Totals in US$ Mils*

Uncertainty resulting in varying projections amongst countries with regards *extend* and *duration* of market destabilization due to generic erosion.

Certain countries project no dip at all (Spain) and others (UK, Germany, Italy) predict depression over 2003/2004 pre-launch period

Challenge to minimize 2004 franchise depression.

## Strategic Plan Core Assumptions

- NEURONTIN:
  - US: generic gabapentin capsules not earlier than Q4 04
  - EU: generic gabapentin capsules in all Major Markets by Q3 03; tablets Q4 03
- PREGABALIN:
  - US: Submission Mid Oct '03; Action Letter Aug 04; Field Force Launch April '05
  - EU: Submission Q1 03; MAA Q2 04
  - AALA: Submission Q4 03; Approval Q3 04

Upside vs 2003; downside vs 2003

# Key Issues for Today

- *The US NEURONTIN Team is Seeking Support for:*
  - Creating a Pain Portfolio Field Force: NEURONTIN as Lead, COX-2s, Relpax
- *The PREGABALIN US Team is Seeking Support for:*
  - Aggressively Resourcing Initiatives to Grow Neuropathic Pain Market and Ensure Successful Pregabalin Launch
- *The Worldwide Franchise Team is Seeking Support for:*
  - Transition Strategies (?)
  - Global Positioning Strategy
  - Restarting Clinical Program
  - Strategy to Establish New Class Pre-Launch
  - Taking Aggressive, Proactive Competitive Approach
  - Fibromyalgia and Monotherapy Epilepsy Development Recommendation

Upside vs 2003; downside vs 2003

# Neurontin/Pregabalin Business Drivers

| Business Driver | US NTN Priority | Global Priority | US PGB Priority |
|---|---|---|---|
| #1: Maximize NEURONTIN 2004/5 revenue | •Increase PCP Penetration<br>•Maintain Managed Care Access | | |
| #2: Effectively Bridging from Neurontin to Pregabalin | | •Specific Transition Strategy Dependant on Market Situation | •Pregabalin Takes on Leadership Role in Epilepsy and Neuropathic Pain Market Development |
| #3: Ensure Highly Successful Pregabalin Launch | | •Ensure Optimal Positioning Communicated<br>•Strengthen Product Profile and Fill the Data Gaps<br>•Establish a New Class for Launch | •Ensure Adequate Physician and Patient Education to Achieve Rapid Uptake |
| #4: Dramatic Increase in Competitive Intensity (e.g. duloxetine) | | • Implement Proactive Competitive Strategy | |
| #5: Initiate life cycle plan for pregabalin | | •Support Fibromyalgia and Epilepsy Monotherapy Development Programs | |

Light blue shading indicates where challenges/strategies are shared/common



Delays in Legal Process Makes 2004 a Full Year to Operate
2003/2004
Estimated Summary Judgment Decision†
Prepare for Trial
Estimated Patent Trial
Estimated Trial Decision
Appeal (9 -12 Months)
Jun
July
Aug
Sep
Oct
Nov
Dec
Jan
Dec
Scenario Planning:
- Exclusivity Holder, Purepac, Has Made Public Statements That an "At-Risk" Launch Is Not Under Consideration
- However, Since There Is Flexibility and Uncertainty to the Legal Time Line, "At-Risk" Launch Scenarios & Sensitivities Have Been Considered in 1H, '04
† There are multiple summary judgment cases that could come at any time before of after highlighted period.
Dates for other ANDA filers: Zenith/Ivax, 5/03 (caps), 7/03 (tabs) & 8/03 for low dose tabs;
Teva, 1/03 (tabs) & 2/03 (caps); Eon, 8/03. Ivax exclusivity on low dose tabs is likely.

## 2004 Goal & Expectations

- Achieve 2004 Sales Objective: $2.4 B (+9.5%)
- Participate in Both POAs in 2004
- Implement 12-Month Operating Plan
- Maximize Revenue Growth While Continuing to Prepare for Pregabalin

Pfizer_LKnapp_0083101



Business Driver #1:
Maximize NEURONTIN Revenue
NTN Is Market Leader
24.7%
30%
25%
20%
15%
10%
5%
0%
Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr
2002
2003
NEURONTIN
Depakote/ene/ER
Total phenytoin
Topamax
Total Carbamazepine
Trileptal
Lamictal
Keppra
Gabitril
Zonegran
Source: IMS US April 2003

9

Pfizer_LKnapp_0083102



Business Driver #1:
Maximize NEURONTIN Revenue
Priority: Increase PCP Penetration
• Competition Growing Among PCPs
• Topamax Filed for Migraine
• Lamictal Filed for Bipolar
NRx Growth Rates
150%
125%
100%
75%
50%
25%
0%
April
April YTD
vs Launch
NEURONTIN
Topamax
Lamictal
Trileptal
Keppra
Source: IMS US April 2003

10

Pfizer_LKnapp_0083103



Business Driver #1:
Maximize NEURONTIN Revenue
Priority: Increase PCP Penetration
• NEURONTIN Leads Competition in Total Details
• However, Lags in Minutes/Detail Among PCPs
PCPs
Neurologists
Minutes per Detail
0
2
4
6
8
10
12
NEURONTIN
Depakote/ ene/ER
Trileptal
Topamax
Gabitril
Zonegran
Lamictal
Keppra
Source: Scott Levin

11

Pfizer_LKnapp_0083104



Business Driver #1:
Maximize NEURONTIN Revenue
Priority: Increase PCP Penetration
• Currently No Lead Field Force
• PCP FF Has Low Reach and Frequency
Access
Median NRx
Access
800
700
600
500
400
300
200
100
0
100%
80%
60%
40%
20%
0%
10 9 8 7 6 5 4 3 2 1
Decile
NRx
PD2 Access
Number of Details
Median NRx
Median Details
10
8
6
4
2
0
PD2 Details
Source: GMA

12

Pfizer_LKnapp_0083105



Business Driver #1:
Maximize NEURONTIN Revenue
Priority: Increase PCP Penetration
• Currently Portfolio of Products Misses Overlap of High Writers
Current
Additional
Alzheimers with
NEURONTIN with
% of High Writing PCPs
Lost Synergies
Alzheimer's
Depression
NEURONTIN
Arthritis
Migraine
Antipsych
NEURONTIN
Depression
Arthritis
Alzheimer's
Migraine
Antipsych
Source: GMA

13

Pfizer_LKnapp_0083106

## Business Driver #1: Maximize NEURONTIN Revenue

**Priority: Increase PCP Penetration**

**Summary**

- Competition Is Growing Faster Among PCPs
- Currently No Lead Field Force
- NEURONTIN Leads in Total Details but Lagging in Minutes per Detail
- PCP Reach and Frequency Is Low
- PD2 Portfolio, with Aricept Lead, Does Not Have Overlap with High NEURONTIN Prescribers
- A Change in Field Force Benefits NEURONTIN and Helps Set Up Pregabalin

**Strategic Options: Increase PCP Reach and Frequency:**

- Create a Pain Portfolio Field Force: NEURONTIN as Lead, COX-2s, Relpax
- PD2 as NEURONTIN Lead (with Aricept, Relpax, Zoloft) Plus a Lower Weighting in a Second FF
- PD2 as Is (Aricept (Lead), NEURONTIN, Relpax, Zoloft) Plus a Lower Weighting in a Second FF Selling COX-2s

# Business Driver #1:
# Maximize NEURONTIN Revenue

**Priority: Maintain Managed Care Access**

- NEURONTIN Is Well Positioned In Managed Care with Tier 2 Status In Over 90% of Plans
- Recent Research Suggests That Plans Tend Not to Manage Epilepsy Products and Have Limited Resources to Manage Other Uses of AEDs
- However, Some Local Plans and a Few States Have Challenged Access
  - Plans: BCBS/Georgia (Instituted Prior Authorization)
  - States: Massachusetts (Instituted Prior Authorization); Wyoming, Washington, and Missouri (Considering Prior Authorization)
- Initiating Managed Care Activities will Prepare the Market for Pregabalin

**Strategic Options:**

- Engage NHO to Assess "At-Risk" Plans and Proactively Seek Opportunities
- Engage RMRs & CECs to Execute Stakeholder Education Initiatives and Respond to LAT/SRT Activities

Business Driver #2: Effectively Bridge from Neurontin to Pregabalin
Global Franchise Transition Strategy

**DESCRIPTION:**

- "Gap" between generic introduction and pregabalin launch vary by country from none to 4-5 years
- Level of generic erosion varies by country and how evolved its pharmaceutical market is
- Any marketing/medical resources will be shifted to pregabalin at launch regardless of generic gabapentin availability
- One transition strategy not applicable to all markets

**STRATEGIC OPTIONS:**

- See next slide

Business Driver #2: Effectively Bridge from Neurontin to Pregabalin
Global Franchise Transition Strategy

| Projected Level of Generic Gabapentin Penetration | 0-6 Month Gap | >6 Month Gap |
| --- | --- | --- |
| High | **Pregabalin Team Resourced to:**<br>•Grow NeP Market with PCP and Specialists<br>•Prepare Market for GAD Introduction<br>•Prepare Epilepsy Market for New "Best-in-Class" Agent<br>**NTN Team to Continue:**<br>•Increasing Avg Daily Dose of NTN in PHN and Maintaining Managed Care<br>**USA** | **Franchise Team to:**<br>•Prepare Market for PGB Launch<br>•Grow the NeP Market with Specialists and/or PCP with *Focused Investments*<br>•Re-establish/maintain presence with Epileptologists<br>**Canada (Q1 2001 => 2005 Launch)**<br>**UK & Germany (Q3 '03 => 2H 2004)**<br>**Sweden (Q3 '03 => Q4 '04–Q1 '05)** |
| Low | **Franchise Team Continue to:**<br>•Grow NeP Market in PCP/Specialist<br>•Increase Avg Daily Dose of NTN with Tablets<br>•Prepare Market for PGB Launch in NeP and Epilepsy<br>**Mexico, Korea, Turkey, Taiwan** | **Franchise Team Continue to:**<br>•Grow NeP Market in PCP/Specialist<br>•Increase Avg Daily Dose of NTN with Tablets<br>•Prepare Market for PGB Launch in NeP and Epilepsy<br>**Spain, France, Italy, Australia*** |

**Time Between Generic Gabapentin Availability and Pregabalin Launch**

Business Driver #3: Ensure Highly Successful Launch
Clear Product Positioning

**DESCRIPTION:**

- Pregabalin will be launched with Add-On Epilepsy, Neuropathic Pain, and GAD in the US
- Major Markets will launch with Epilepsy and NeP, file GAD after approval
- Extensive market research indicated that indication-based positioning strategy is optimal way forward
- Target audience overlap with PCP (pain/anxiety) and neurologist (epilepsy/pain)

**STRATEGIC OPTIONS:**

- Develop indication-specific positioning strategies and support with common concept link
- Develop effective approach to PCP market to maximize overall opportunity

# Pregabalin Positioning Statements

| | ***GAD*** ***"New Paradigm"*** | ***NeP*** ***"Sustained Control"*** | ***Epilepsy*** ***"Best in Class"*** |
|---|---|---|---|
| *To:* | **Psychiatrists and PCPs** | **Neurologists, Pain Specialists, and PCPs** | **Epileptologists and Neurologists** |
| *Is The:* | **Unique First-Line Treatment for Acute and Chronic GAD** | **Advanced Treatment for NeP** | **New Standard in First-Line Adjunctive Therapy for Partial Seizures** |
| *That:* | **Quickly Relieves Psychic and Somatic Symptoms** | **Delivers Fast and Sustained Control of the Neuropathic Pain and Associated Symptoms** | **Provides Best-In-Class Seizure Reduction Within 1 Week** |
| *Because:* | **Its Novel MOA Delivers Powerful Efficacy with Low Risk for Dependency and Sexual Dysfunction** | **It Provides Reliable Reduction of Pain and Sleep Disturbance Within 1 Week That Is Maintained Over Time** | **In a Range of Patients, It Significantly Reduces Seizure Frequency with an Effective Starting Dose and Minimal Titration** |
| *So That:* | **You Are Able to Help Your Patients Have the Confidence to Break-Free from the Conflict of GAD and Enjoy Life** | **You Can Be Confident in Your Ability to Help Your Patients Regain More Control of Their Lives** | **Your Patients Can Regain Control of Their Lives and Not Be Limited by Their Treatment** |

Pfizer_LKnapp_0083112



Key Issue:
US Market will introduce NeP and GAD to PCP Audience
GAD
NeP
Epilepsy
PCP
Psychiatrist
Neurologist
Pain Specialist
Major Markets

20

Pfizer_LKnapp_0083113



Selling Pregabalin to PCPs
"Hook"
• New Lyrica
• Fast and Sustained Control
• 2 Serious Chronic Conditions
• Statement Tied to Visual (i.e., the Problem)
At Launch
6 Months Post-Launch
Detail (High)
• Efficacy
• Safety and Tolerability
• Dosing
• Close
Detail (High)
• Efficacy
• Safety and Tolerability
• Dosing
• Close
Detail (High)
• Efficacy
• Safety and Tolerability
• Dosing
• Close
Reminder
• Indication
• Dosing
• Close

21

Pfizer_LKnapp_0083114

***Business Driver #3***: Ensure pregabalin launch highly successful
Strengthen Product Profile and Fill the Data Gaps

**DESCRIPTION:**

- Pregabalin profile requires additional data to support positioning and differentiation
- IIIb/IV program effectively "on hold" since Feb 2001
- Lack of broad clinical experience in part due to clinical hold
- Multiple diverse indications in different patient segments

**STRATEGIC OPTIONS:**

- Focus the IIIb/IV program on pain and anxiet
- Increase clinical program investment in Q4 2
- Re-start global phase IIIb/IV program Q3 20(
- Re-start US phase IIIb/IV program pending U 2004
- Identify options for utilizing US budget in oth
- Support for completion of OR program esser

**HallN:**

Marino, we will need information like the number of countries with studies done/ongoing; number of investigators and a summary of the clinical/regulatory status from around the world – you can get the later from the August 16th communication last year (note France is on hold now); number of sites and countries maybe Kirk/Lloyd can help – also the clinical efficacy summary has some details on the countries involved in the program to date

**HalIN:**

Marino, there was some benchmarking done of other classes that were established – SSRIs for one example and it might be useful to have this information in back up. Kathleen had it, I will check my files but if you don't get it from me check it out with KMD. Also I think the MOA section fits better with the positioning

Ensure highly successful pregabalin launch

sh a New Class Pre-Launch

how pregabalin works and lack of

it can treat "seemingly unrelated"

- Psychiatrist needs are greatest for MOA understanding to drive Rxing (GABA reference misleading)
- Need to set stage for A2D pipeline products

**STRATEGIC OPTIONS:**

- Establish "A2D" as a new class of agents
- Disseminate specific MOA data to high science Opinion Leaders and cascade to other Rxers
- Develop an educational program to simplify and communicate MOA prior to launch to avoid distraction at launch

**_Business Driver #4_**: Increasing Competitive Intensity
Implement Proactive Competitive Strategy

**DESCRIPTION:**

- Competitors already disseminating messages
- Attacking on multiple fronts
  - NNT
  - Tolerability/Safety (weight gain from J&J)
  - Broad Efficacy and Indication Base, MOA (Lilly, Merck)

**STRATEGIC OPTIONS:**

- Continue to develop and implement risk management plan through PMP/RMWG
- We have reviewed with Geodon team learnings from Zyprexa experience ref: weight gain
  - Focus on efficacy message and establishing need for pregabalin
  - Explore impact of pregabalin on multiple CV risk factors in addition to weight gain to put into perspective
  - Develop responses to questions
- Finalize a Competitive Plan of Action based on Weight Gain Taskforce and Competitive War Games Recommendations:
  - Proactively disseminate information to counter messages
  - Highlight competitor issues/limitations

Pfizer_LKnapp_0083117

# Increasing Activity by External Competitors in the NeP Market

| | | Global Sales* | Growth | Company | Significance to Company | Comments |
|---|---|---|---|---|---|---|
| Anticonvulsants | Topamax | $574million | +63% | J&J | H/M | • LOE 2009 in US, DPN Trials Failed<br>• Leveraging Epilepsy Halo Effect Publishing in Migraine Prophylaxis |
| | Lamictal | $563million | +31% | GSK | M/L | • Published Studies in NeP – No Indication<br>• LOE 2003 in EU. LOE in US 2006<br>• Strong NeP Pipeline |
| | Tegretol/XR | $367million | -3% | Novartis | L | • Fortifying Epilepsy Program<br>• Focus is on Trileptal |
| | Trileptal | $189 million | +110% | Novartis | M | • Clinical Studies in NeP<br>• Sponsoring NeP Market Education Programs |
| | Keppra | $133 million | +201% | UCB | HH | • Active NeP Program<br>• Migraine Prophylaxis program |
| Antidepressants | Effexor/XR | $1.4 billion | – | Wyeth | H | • Published Studies in DPN<br>• Focused on XR Formulation |
| | Amitriptyline | $46 million | – | Generic | – | • 1st Line Treatment Outside of the US by Most Pain Management Specialists |
| | Cymbalta | - | – | Lilly | H | • Pursuing co-morbidity of depression with pain<br>• Targeting pregabalin as a competitor |

*IMS MAT Sales April, 2002

**_Business Driver #5_**: Initiate Life Cycle Plan for Pregabalin
Support Fibromyalgia and Epilepsy Monotherapy Development Programs

**DESCRIPTION:**

- Monotherapy indication could provide significant competitive advantage
- Fibromyalgia represents market with large unmet need e.g. no approved agents/ highly underdeveloped market
- Pregabalin has strong proof of concept study in fibromyalgia – industry "land mark"
- Fibromyalgia attracting increasing competitor activity - risk of Cypress aggressive development beating pregabalin to market

**STRATEGIC OPTIONS:**

- Evaluate epilepsy monotherapy program given strategic fit
- Commit to, and accelerate, fibromyalgia development program
  - Fibromyalgia indication alone offers attractive commercial opportunity (approximately $735 million)
  - Fibromyalgia indication drives significant halo on other chronic pain and anxiety uses, estimated between $225-650 million
  - Total value of indication estimated at approximately $1-1.4 billion worldwide

Pfizer_LKnapp_0083119



Monotherapy is the largest epilepsy opportunity
2.3 milion epilepsy patients in the US (0.4 - 1% prevalence)*
Treated (67%)
Refractory to Treatment (33%)**
Partial Seizures (57%)***
Generalized seizures (43%)***
Surgery 25%
No treatment 75%
Monotherapy (69%)*
Add on therapy (31%)*
2 AEDs (45%)*
3 AEDs (30%)*
4 AEDs (25%)*
Add on therapy: 272K patients
Monotherapy: 605K patients
•New AEDs approved for add on therapy first
•Monotherapy indication/data supports safety profile
•Topamax, Lamictal have monotherapy claims
•Neurontin has monotherapy indication in some markets
•Keppra generating monotherapy data
Sources:
* Quant' Epilepsy Positioning Study, SMC December 2001
** University of Pennsylvannia Epilepsy Surgical Unit
***Hauser et al. Mayo Clin . Proc. 1996. 71; 576-586

27

Pfizer_LKnapp_0083120



Pfizer_LKnapp_0083121

# Neurontin/Pregabalin Business Drivers

| Business Driver | US NTN Priority | Global Priority | US PGB Priority |
|---|---|---|---|
| #1: Maximize NEURONTIN 2004/5 revenue | •Increase PCP Penetration<br>•Maintain Managed Care Access | | |
| #2: Effectively Bridging from Neurontin to Pregabalin | | •Specific Transition Strategy Dependant on Market Situation | •Pregabalin Takes on Leadership Role in Epilepsy and Neuropathic Pain Market Development |
| #3: Ensure Highly Successful Pregabalin Launch | | •Ensure Optimal Positioning Communicated<br>•Strengthen Product Profile and Fill the Data Gaps<br>•Establish a New Class for Launch | •Ensure Adequate Physician and Patient Education to Achieve Rapid Uptake |
| #4: Dramatic Increase in Competitive Intensity (e.g. duloxetine) | | • Implement Proactive Competitive Strategy | |
| #5: Initiate life cycle plan for pregabalin | | •Support Fibromyalgia and Epilepsy Monotherapy Development Programs | |

Light blue shading indicates where challenges/strategies are shared/common

Backup Slides

Pfizer_LKnapp_0083123



HalIN:
Move to back up in case the issue of umberella positioning comes up
s Driver #3: Ensure Highly Successful Launch
Clear Product Positioning
lla" + Indication-Specific Concepts Were Developed and Tested
king the Cycle"
Umbrella Concept
GAD
NeP
Epi
• Cycle of Chronic Symptoms Prevents Patients from Optimal Functioning
• Pregabalin Has the Power to Break the Chronic Cycle
• Patients Are Given the Freedom to Function at Their Best
"Breakthrough Is the Science"
Umbrella Concept
GAD
NeP
Epi
• GAD, NeP, and Epi Have a Common Pathophysiologic Link – Excessive Neuronal Excitability
• Pregabalin Decreases Excessive Neuronal Excitability via a Novel MOA
• Patients Are Given Effective, Sustained Control of These Complex Conditions
"Advanced Simplicity"
Umbrella Concept
GAD
NeP
Epi
• There Has Not Been a Way to Optimize Symptom Management in GAD, NeP, and Epi
• Pregabalin Provides Better Symptom Control Because It Delivers Efficacy with Superior Ease of Use
• Patients Are Given the Confidence of Success in Controlling Their Conditions

HalIN:
Move to back up

# Results Support Indication-Specific Positioning Rather Than Umbrella

- Umbrella Positioning May Create a Perception of "Jack of All Trades and Master of None"
- Inclusion of a Specific Indication May Be Illogical or Confusing for Certain Prescribers (i.e., Epilepsy for PCPs, Psychs)
- Potential for Pregabalin to Be Niched for Patients with Overlapping Conditions
- Umbrella Positioning Across Three Indications Raises Doubts
  – "Rarely, if Ever, Do You See All This Together... Makes It Hard to Digest — Stretches Credibility."
  – "Jack of All Trades... Drugs Indicated for Multiple Conditions Rarely Do Anything Really Well."
  – "Rarely See Anything That Has That Kind of Efficacy... Really Puts a Lot of Pressure on the Supporting Data."
  – "Epilepsy Is Very Specialized... Vague to Us. The 'Oh, by the Way' Approach Would Be Better."



Market research on fibromyalgia halo effect in chronic pain
% Preference Share
Neurologists
Primary Care Physicians
30
25
20
15
10
5
0
23%
26%
0
0
17%
22%
Pain Only
Pain with Fibro
Fibro with Sleep
Pain with Extensive Fibro Label
No baseline data was gathered from rheumatologists for a NeP only indication

33

Pfizer_LKnapp_0083126



Key Fibromyalgia commercial assumptions 2010
US
217 MM
Total Population
Prevalence Rate
2%
Treatment Rate
60%
Market Share
36%
Sales $515 MM
EU
301 MM
Total Population
Prevalence Rate
2%
Treatment Rate
24%
• Growing to 40% by 2015
Market Share
16%
• Growing to 19% by 2015
Sales $220 MM

34

Pfizer_LKnapp_0083127



Current Portfolio of Products Misses Overlap of High Writers
% of High Writing PCPs
Alzheimers with
Percent
100
90
80
70
60
50
40
30
20
10
0
Lost Synergies
Alzheimer's
Depression
Neurontin
Arthritis
Migraine
Antipsych
Current
Neurontin with
Percent
100
90
80
70
60
50
40
30
20
10
0
Neurontin
Depression
Arthritis
Alzheimer's
Migraine
Antipsych
Additional
Source: GMA

35

Pfizer_LKnapp_0083128



Neurontin Has Less Time with PCPs
Minutes Per Detail
Keppra
Lamictal
Zonegran
Gabitril
Topamax
Trileptal
Depakote
Neurontin
0
2
4
6
8
10
12
PCP
NEURO
Source: Scott Levin

36

Pfizer_LKnapp_0083129



PD2 Reaching About 75% of Decile 10 And About 70% of Decile 9
Median NRx
0
100
200
300
400
500
600
700
800
Access
0.00%
10.00%
20.00%
30.00%
40.00%
50.00%
60.00%
70.00%
80.00%
Decile
10
9
8
7
6
5
4
3
2
1
NRx
PD2 Access
Source GMA



PD2 Frequency Is Significantly
Lower Than Anticipated
Median NRx
800
700
600
500
400
300
200
100
0
10 9 8 7 6 5 4 3 2 1
Decile
Median Details
2.5
2
1.5
1
0.5
0
NRx
PD2 Details
Source: GMA

38

Pfizer_LKnapp_0083131

# Pregabalin Priority Walkthrough

## Key Issues Review

Pfizer_LKnapp_0083132


Ads
• GAD
• NeP
• Epilepsy
Slim Jims
• PCP – GAD & NeP
• Psych – GAD
• Neuro – NeP &
MVA
Tabbed Sections
• GAD
• NeP
• Epilepsy
Know Your Medicine
• GAD
• NeP
• Epilepsy

40

Pfizer_LKnapp_0083133

## Indication-Specific Approach – Was Well Received by Sales Force

***RON Sales Advisory Panel, May 2002***

***Field Exchange Panel, November 2002***

- Overall, Reps Agreed on This Approach
  - Ensures Both Indications Receive Equivalent Share of Voice
  - Ensures Representatives Will Deliver Clear, Consistent Messages
- Concerns Expressed
  - Could Cause Some Confusion Among MDs
  - Reliability of Tracking Rxs by Indication
- Recommendations
  - Equal Pregabalin Weighting for Lead PCP FFs

November 2002

# Feedback from PCP Ad Board

***Mixed Feedback on Broad Product-Focus vs Indication-Specific Messages***

- Some Felt Strongly That There Should Be One Message for One Product
- Others Felt It Valuable to Have Their "Go-To" Person for GAD and for NeP
  - Dosing Is Different
  - Patient Education and Speaker Programs Will Be Different
  - Could Allow Synergies with Other Products
    - GXL/NeP
    - Zoloft/GAD



NDA Filing Scenarios
-CAC Package
-Request CAC Mtg. & hold lift
2003
2004
CAC Review
Sept
Oct
Nov
Dec
Jan
Feb
Mar
Apr
May
NDA Filing
-NDA final
• Drivers:
– FDA requested CAC in '02 pre-NDA meeting
– NDA safety database "cut-off" end – '03
– Have 60 days to pull NDA if RTF likely (i.e., difficult/negative CAC)
• Launch Date:
– Action letter Aug '04 – Feb '05 (assumes 10 mos. review)
– FF launch Apr '05 – Oct '05