UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

THEODORE POPULIS
v. PFIZER INC.
---------------------------------------------------------------x

: MDL Docket No. 1629
: Master File No. 04-10981
:
: Judge Patti B. Saris
: Magistrate Judge Leo T. Sorokin
:
:
:
: Individual Case No. 05-11030

**CERTIFICATE OF CONSULTATION WITH PLAINTIFF
THEODORE POPULIS CONCERNING RESCHEDULED CONFERENCE**

At the hearing on March 7, 2008, (*see* 03/07/2008 Electronic Clerk's Notes), the Court directed that counsel for plaintiff Theodore Populis file a document indicating counsel's contact with the plaintiff and confirming that he is aware of and available for the rescheduled conference on March 20, 2008, at 2:00 p.m.

I hereby certify that on March 10, 2008, I spoke by telephone with plaintiff Theodore Populis and advised him of the date and time of the rescheduled conference, and also sent a confirming letter to plaintiff by First Class Mail to plaintiff's last known address, 16080 N. Populis Road, Amite, LA 70422, advising plaintiff of the rescheduled conference, and providing plaintiff with detailed instructions as to appearing and participating at the conference by telephone.

*Counsel for Plaintiff*
*Theodore Populis*

 /s/ Kenneth B. Fromson
Kenneth B. Fromson
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550