UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x

In re:   NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------x

THIS DOCUMENT RELATES TO:

BRIGGS v. PFIZER INC.

FARRIS v. PFIZER INC.

---------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

Case No. 1:07-cv-10327 - PBS

Case No. 1:06-cv-12063 - PBS

## STIPULATION TO ADJOURN DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S ANTICIPATED MOTIONS TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys, as follows.  Defendant TEVA PHARMACEUTICALS USA, INC., having

been served with the Summonses and Complaints in the above-captioned actions, intends

to move this Court at a future date to dismiss these actions, on the grounds that the

actions are barred by the doctrine of federal preemption, pursuant to the Supremacy

Clause of the United States Constitution.  Plaintiffs and Defendant Teva agree that said

Motions to Dismiss, and Plaintiffs' Oppositions thereto, as well as any further briefing

and hearing of said Motions, be continued to follow the resolution of dispositive motions

filed on similar grounds on behalf of the Pfizer Defendants herein or in MDL No. 1629,

or until such time as the parties may agree otherwise, or may be directed otherwise by the

Court.

Dated:   February 28, 2008

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs
Briggs and Farris

By: _____
     Kenneth B. Fromson
436 Robinson Avenue
Newburgh, NY 12550
(845) 562-0203

GOODWIN PROCTER LLP
Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.

By: _____
     Jonathan I. Price
599 Lexington Avenue
New York, NY 10022
(212) 818-8300