UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------- x
In re:  NEURONTIN MARKETING,                   :
        SALES PRACTICES AND                    :
        PRODUCTS LIABILITY LITIGATION          :   MDL Docket No. 1629
                                               :
---------------------------------------------- x
                                               :   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                      :
                                               :   Judge Patti B. Saris
THE GUARDIAN LIFE INSURANCE COMPANY            :
OF AMERICA v. PFIZER, INC., and                :   Magistrate Judge Leo T.
                                               :   Sorokin
AETNA, INC. v. PFIZER, INC.                    :
                                               :
---------------------------------------------- x

### STIPULATION OF WITHDRAWAL
### OF MOTION WITHOUT PREJUDICE

Pending before the Court is Coordinated Plaintiffs' Motion to Compel Defendants to Produce an Adequately Prepared Rule 30(b)(6) Witness (ECF Dkt. # 1165) (the "Motion to Compel").

Pursuant to the request of the Defendants, and a subsequent meet-and-confer between the parties, the Coordinated Plaintiffs hereby withdraw the Motion to Compel without prejudice. The parties intend to continue to meet and confer regarding the issues raised in the Motion to Compel.  Accordingly, the motion no longer needs to be calendared for argument during the March 20, 2008 discovery motion hearing.

If the parties are unable to reach a mutually satisfactory resolution to the issues raised in the Motion to Compel, it is further agreed that the Plaintiffs may submit any outstanding issue(s)

to the Court by motion and the Defendants will not object to such a motion on the grounds of timeliness.

Dated: March 11, 2008                              KAPLAN FOX & KILSHEIMER LLP

By:s/Linda P. Nussbaum
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, NY 10022
Tel:    (212) 687-1980

*Counsel for the Coordinated Plaintiffs*

SHOOK, HARDY & BACON LLP

Dated: March 11, 2008                              By: s/Nicholas P. Mizell
Nicholas P. Mizell, Esq.
2555 Grand Boulevard
Kansas City, MO  64108
Tel:    (816) 474-6550

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER