UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING AND SALES         )   MDL Docket No. 1629
PRACTICES AND PRODUCT S LIABILITY           )
LITIGATION                                  )   Master File No. 04-10981
_____)
THIS DOCUMENT RELATES TO:                   )   Judge Patti B. Saris
                                            )
ALL ACTIONS                                 )   Magistrate Leo T. Sorokin
_____)

**NOTICE OF CHANGE OF LAW FIRM NAME**

PLEASE TAKE NOTICE that effective February 1, 2008, the law firm Lowey Dannenberg Cohen, P.C. has changed its name to Lowey Dannenberg Cohen & Hart, P.C.

Please use this new firm name on all pleadings, correspondence and other documents.

Dated: March 13, 2008

                                        By: /s/ Deborah Rogozinski
                                            Deborah Rogozinski, Esq.
                                            Lowey Dannenberg Cohen & Hart, P.C.
                                            White Plains Plaza
                                            1 North Broadway, 5th Floor
                                            White Plains, NY  10601-2310
                                            Tel:  914-997-0500
                                            Fax:  914-997-0035

                                        *Attorneys for Plaintiff Aetna, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 13, 2008.

                                          /s/ Deborah Rogozinski
                                          Deborah Rogozinski