UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
In re:  NEURONTIN MARKETING, SALES PRACTICES,              :
        AND PRODUCTS LIABILITY LITIGATION                  :
                                                           :  MDL Docket No. 1629
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :  Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                  :
                                                           :  Judge Patti B. Saris
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :  Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION;                          :  Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,                :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;                     :
INTERNATIONAL UNION OF OPERATING ENGINEERS,                :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL               :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and                :
LORRAINE KOPA, on behalf of themselves and all others      :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT      :
COMPANY.                                                   :
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DECLARATION OF MATTHEW B. ROWLAND**

MATTHEW B. ROWLAND declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification, filed on March 14, 2008.

**Hearing Transcripts**

3. Attached as Exhibit 1 is a true and correct copy of the transcript of the February 19, 2008 hearing before the Honorable Patti B. Saris.

**Deposition Transcripts**

4. Attached as Exhibit 2 is a true and correct copy of the transcript of the first day of the deposition of Meredith B. Rosenthal, taken October 24, 2006.

5. Attached as Exhibit 3 is a true and correct copy of the transcript of the deposition of Dr. Kylene Huler, taken November 1, 2006.

6. Attached as Exhibit 4 is a true and correct copy of the transcript of the deposition of Dr. Thaddeus Poe, taken November 1, 2006.

7. Attached as Exhibit 5 is a true and correct copy of the transcript of the deposition of Dr. Vithal Dhaduk, taken November 12, 2006.

8. Attached as Exhibit 6 is a true and correct copy of the transcript of the first day of the deposition of the Rule 30(b)(6) designee of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (together, "Kaiser"), Albert L. Carver, taken July 12, 2007.

9. Attached as Exhibit 7 is a true and correct copy of the transcript of the deposition of Dr. Atul Pande, taken on September 19, 2007.

10. Attached as Exhibit 8 is a true and correct copy of the transcript of the deposition of Mirta Millares, taken October 2, 2007.

11. Attached as Exhibit 9 is a true and correct copy of the transcript of the deposition of Carolyn Hollaway, taken January 25, 2008.

12. Attached as Exhibit 10 is a true and correct copy of the transcript of the deposition of Dr. Robert F. Haynsworth, Jr., taken February 1, 2008.

13. Attached as Exhibit 11 is a true and correct copy of transcript of the deposition of Dr. Rick T. Waldo, taken February 1, 2008.

14. Attached as Exhibit 12 is a true and correct copy of the transcript of the deposition of Dr. Gregory Rogers, taken February 2, 2008.

15. Attached as Exhibit 13 is a true and correct copy of the transcript of the deposition of Jan Frank Wityk, taken February 5, 2008.

16. Attached as Exhibit 14 is a true and correct copy of the transcript of the deposition of Dr. Jerrold Gray, taken February 6, 2008.

17. Attached as Exhibit 15 is a true and correct copy of the transcript of the deposition of Gary L. Varnam, taken February 7, 2008.

18. Attached as Exhibit 16 is a true and correct copy of the transcript of the deposition of Jeanne Ramsey, taken February 8, 2008.

19. Attached as Exhibit 17 is a true and correct copy of the transcript of the deposition of Dr. Rena Conti, taken February 12 & 13, 2008.

20. Attached as Exhibit 18 is a true and correct copy of the transcript of the deposition of Dr. John Arness, taken February 13, 2008.

## **Plaintiffs' Individual Complaints**

21. Attached as Exhibit 19 is a true and correct copy of the complaint filed in *Blue Cross & Blue Shield of Alabama v. Pfizer, Inc.* in the Circuit Court of Montgomery County, State of Alabama.

22. Attached as Exhibit 20 is a true and correct copy of the complaint filed in *Assurant Health, Inc. v. Pfizer Inc.* in the Superior Court of New Jersey Law Division, Bergen County on November 24, 2004.

**Plaintiffs' Medical Records**

23.     Attached as Exhibit 21 is a true and correct copy of a medical record of Carolyn Hollaway, which was produced by Hollaway, with the bates range HOLLOWAY0017–18.

24.     Attached as Exhibit 22 is a true and correct copy of a medical record of Gary L. Varnam, which was produced by non-party Kennebec Behavioral Health, with the bates range KBH_VARNAM_00193.

25.     Attached as Exhibit 23 is a true and correct copy of a medical record of Jan Frank Wityk, dated Jan. 19, 2000, which was produced by Wityk, with the bates range Wityk048-49.

26.     Attached as Exhibit 24 is a true and correct copy of a medical record of Jan Frank Wityk, dated February 1, 2000, which was produced by Wityk, with the bates range Wityk046–47.

27.     Attached as Exhibit 25 is a true and correct copy of a medical record of Jan Frank Wityk, dated October 2, 2000, which was produced by Wityk, with the bates range Wityk032-33.

28.     Attached as Exhibit 26 is a true and correct copy of a Social Security Administration decision of Administrative Law Judge Robert M. Senander, dated May 17, 2003, which was produced by Ramsey, bearing the bates range RAMSEY0051–62.

29.     Attached as Exhibit 27 is a true and correct copy of a medical record of Jeanne Ramsey, dated January 29, 2004, which was produced by non-party Dallas Diagnostic Association, and marked as Exhibit 26 at the deposition of Jeanne Ramsey, taken February 8, 2008.

**Expert Reports**

30.     Attached as Exhibit 28 is a true and correct copy of the expert report of Dr. Shawn Bird, dated November 29, 2006.

31. Attached as Exhibit 29 is a true and correct copy of the expert report of Dr. Alan Rapoport, dated December 1, 2006.

32. Attached as Exhibit 30 is a true and correct copy of the expert report of Dr. Samuel Potolicchio, dated December 8, 2006.

33. Attached as Exhibit 31 is a true and correct copy of the expert report of Dr. Andrew Slaby.

34. Attached as Exhibit 32 is a true and correct copy of the expert report of Dr. Pradeep K. Chintagunta, dated December 20, 2006.

35. Attached as Exhibit 33 is a true and correct copy of the supplemental expert report of Dr. Andrew Slaby, dated April 24, 2007.

36. Attached as Exhibit 34 is a true and correct copy of the expert report of Henry G. Grabowski, dated March 13, 2008.

37. Attached as Exhibit 35 is a true and correct copy of the expert report of Dr. Gregory K. Bell, dated March 14, 2008.

### Declarations

38. Attached as Exhibit 36 is a true and correct copy of the Declaration of Dr. Thomas Craparo, dated November 14, 2006.

39. Attached as Exhibit 37 is a true and correct copy of the declaration of Martin Caron, Executive Vice President of Sales & Marketing at MediMedia USA, Inc., dated December 21, 2006, with attached exhibit A.

40. Attached as Exhibit 38 is a true and correct copy of the Declaration of Dr. Beverley Grimm, dated March 11, 2008.

**Third-Party Payor Documents**

41. Attached as Exhibit 39 is a true and correct copy of a Dear Physician letter from Aetna Pharmacy Management, dated March 2006, which was produced by Aetna, Inc. ("Aetna"), bearing the bates range AET007899-900.

42. Attached as Exhibit 40 is a true and correct copy of a Dear Physician letter, dated February 28, 2005, which was produced by Aetna, bearing the bates range AET007901-02.

43. Attached as Exhibit 41 is a true and correct copy of a document titled National P&T Committee Executive Summary—Agents to Treat Neuropathic Pain: Formulary Therapeutic Class Review, which was produced by Aetna, bearing the bates range AET019889–903.

44. Attached as Exhibit 42 is a true and correct copy of the 2008 Aetna Online Medicare Drugbase, which was produced by Aetna, bearing the bates range AET020261–375.

45. Attached as Exhibit 43 is a true and correct copy of a Drug Monograph, which was produced by Kaiser, bearing the bates range KAIS-003259-68.

46. Attached as Exhibit 44 is a true and correct copy of a presentation titled Kaiser Interregional Pharmacy Meeting, dated April 2004, which was produced by Kaiser, bearing the bates range KAIS-003813–44.

47. Attached as Exhibit 45 is a true and correct copy of a document titled Regional Formulary and Therapeutics Committee Minutes, dated February 10, 2000, which was produced by Kaiser, bearing the bates range KAIS-004373–80.

48. Attached as Exhibit 46 is a true and correct copy of a document titled Drug Monograph, which was produced by Kaiser, bearing the bates range KAIS-044043–67.

49. Attached as Exhibit 47 is a true and correct copy of a document titled Issue 4, April 2002, which was produced by Kaiser, bearing the bates range KAIS-044090–91.

50. Attached as Exhibit 48 is a true and correct copy of a document titled Kaiser Permanente Ohio: Headache Guideline, which was produced by Kaiser, bearing the bates range KAIS-045034–39.

### Defendants' Documents

51. Attached as Exhibit 49 is a true and correct copy of a document marked as Exhibit 26 at the deposition of Michael Vinegra, taken November 17, 2007, produced by defendants, bearing the bates ranges Pfizer_MDL_0008409–474.

52. Attached as Exhibit 50 is a true and correct copy of a document titled Gabapentin December 2000 PSUR, produced by defendants, bearing the bates range Pfizer_MPatel_0073598–710.

March 14, 2008

                                            /s/ Matthew B. Rowland
                                            Matthew B. Rowland

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 14, 2008.

                                            /s/ David B. Chaffin