M. ROSENTHAL

### Page 393

```
 1   way in your report, in your analysis?              10:34:07
 2 A. Not -- since there is no data analysis in          10:34:08
 3   my report, the answer is no. We wanted to           10:34:15
 4   get a sense of the categories of data. As           10:34:19
 5   I mentioned -- as we discussed yesterday,           10:34:26
 6   looking at the -- some data from the                10:34:28
 7   Franklin case that had been produced from           10:34:30
 8   the National Disease and Therapeutic Index,         10:34:32
 9   they have data by ICD-9 code. We're trying          10:34:36
10   to understand those data a little better.           10:34:39
11   So we wanted to take a preliminary grouping         10:34:41
12   of those ICD-9 codes to see how they mapped         10:34:45
13   to these categories.                                10:34:48
14 Q. Okay. Can you tell me the circumstances in         10:34:52
15   which the document was prepared, so in              10:34:54
16   other words, who asked for it to be                 10:34:59
17   prepared?                                           10:35:00
18 A. I'm not sure who asked for it to be                10:35:01
19   prepared. Again, when these data came to            10:35:06
20   light in the Franklin case, we wondered             10:35:08
21   what we would learn from them, how relevant         10:35:11
22   they were. We didn't want to rely on the            10:35:13
23   groupings necessarily that had been done by         10:35:15
24   previous experts. As we mentioned                   10:35:21
25   yesterday, it was an attachment to their            10:35:24
```

### Page 394

```
 1   report. And so it was either myself or              10:35:26
 2   potentially Ms. Rushnawitz that asked for           10:35:29
 3   this categorization to be done.                     10:35:31
 4 Q. Okay. And would it have been something             10:35:34
 5   that was commissioned on or about August            10:35:37
 6   3rd of 2005, which is the date that appears         10:35:39
 7   at the top of the document?                         10:35:41
 8 A. I think it may have been updated around --         10:35:46
 9   I honestly -- I'm sorry, I just don't know.         10:35:48
10   I assume that that's the correct date --            10:35:50
11 Q. That's fine.                                       10:35:52
12 A. -- because it's there.                             10:35:52
13 Q. Do you know who Ben Sommers is?                    10:35:53
14 A. I do.                                              10:35:55
15 Q. Who's Ben Sommers?                                 10:35:56
16 A. He's a medical student that occasionally           10:35:57
17   works with us.                                      10:35:59
18 Q. When you say "us," what do you mean?               10:36:02
19 A. With Greylock McKinnon.                            10:36:03
20 Q. Do you know if he's compensated for the            10:36:04
21   work that he does?                                  10:36:10
22 A. I'm certain that he is.                            10:36:10
23 Q. Do you have any sense for why his name             10:36:11
24   wouldn't have appeared on any of the                10:36:13
25   invoices that we received?                          10:36:14
```

### Page 395

```
 1 A. I honestly don't know.                             10:36:16
 2 Q. Do you know what your instructions or Ms.          10:36:22
 3   Rushnawitz's instructions were to Mr.               10:36:26
 4   Sommers in preparing this document?                 10:36:28
 5 A. I'm not 100 percent sure about the exact           10:36:32
 6   instruction, but I believe it went                  10:36:35
 7   something like this: Given that we have a           10:36:37
 8   list of ICD-9 codes from that National              10:36:40
 9   Disease and Therapeutic Index database, I           10:36:43
10   believe that these are all the ICD-9 codes          10:36:47
11   for which Neurontin was prescribed and that         10:36:49
12   he was then instructed to categorize them           10:36:54
13   into major groups, and I believe he was             10:36:56
14   given the categories as well.                       10:37:00
15 Q. Okay.                                              10:37:01
16 A. Okay.                                              10:37:05
17 Q. On the subject of the categories maybe if I        10:37:05
18   could just -- well, I'll withdraw that              10:37:12
19   question.                                           10:37:14
20      Do you know if he wrote the                      10:37:14
21   commentary that appears on the document?            10:37:15
22   So, for example, under the first heading,           10:37:18
23   which is "Seizures & Epilepsy," there is an         10:37:20
24   italicized notation that says, "These are           10:37:24
25   all variants on seizure disorders."                 10:37:27
```

### Page 396

```
 1 A. I believe those are his notes, yes.                10:37:28
 2 Q. Okay. All right. Now, I think we've                10:37:30
 3   discussed before that you expect that                10:37:43
 4   you'll receive data for your model that's           10:37:44
 5   broken down by ICD-9 codes?                         10:37:46
 6 A. Again, one of the major sources of data            10:37:48
 7   that I talked about yesterday would be              10:37:50
 8   these kinds of data from the National               10:37:51
 9   Disease and Therapeutic Index, and those            10:37:54
10   are broken down by ICD-9 codes.                     10:37:55
11 Q. Is there any other data other than the NDTI       10:37:57
12   data that you imagine would be broken down          10:38:00
13   by ICD-9 codes?                                     10:38:02
14 A. There's a similar database that I've              10:38:03
15   learned about subsequently that's produced          10:38:05
16   by Verispan. I haven't worked with those            10:38:07
17   data myself, but I believe they are also            10:38:09
18   broken out by ICD-9 codes. They're                  10:38:11
19   referenced --                                       10:38:17
20 Q. How about -- how about data from -- I'm            10:38:19
21   going to have to just give you the acronyms         10:38:20
22   since I don't know --                               10:38:22
23 A. That's okay.                                       10:38:22
24 Q. -- what all the letters stand for, but             10:38:22
25   NAMCS?                                              10:38:26
```

22 (Pages 393 to 396)

**Page 397**

1  A. Yeah, I reference those as well in my 10:38:27
2  declaration. It's possible that I'll use 10:38:30
3  the NAMCS data, if that's okay, N-A-M-C-S. 10:38:33
4  Q. Do you know if they're broken down by ICD-9 10:38:38
5  codes as well? 10:38:41
6  A. They have condition codes. I believe 10:38:41
7  they're ICD-9 codes as well. 10:38:42
8  Q. Okay. Now, setting aside the data that you 10:38:50
9  mentioned before that was produced in the 10:38:58
10  Franklin case, which we can talk about 10:38:59
11  later -- 10:39:02
12  A. Okay. 10:39:02
13  Q. -- have you collected any of this data yet? 10:39:03
14  A. We have sent a request for data to the 10:39:05
15  defendants, but I do not yet have access to 10:39:08
16  these kinds of data aside from the Franklin 10:39:10
17  case, yeah. 10:39:13
18  Q. All right. You haven't sought to collect 10:39:14
19  the data from any of these sources, 10:39:16
20  directly from any of these sources, 10:39:19
21  correct? 10:39:21
22  A. No, I have not done so for a variety of 10:39:21
23  reasons. One, it's very expensive to 10:39:24
24  obtain data from IMS Health directly, and 10:39:27
25  two, they don't allow this data to be used 10:39:31

**Page 398**

1  for litigation purposes. 10:39:33
2  Q. You mentioned IMS. Is that also true of 10:39:34
3  NAMCS? 10:39:39
4  A. The NAMCS is available publicly. And I'm 10:39:40
5  sorry, I have looked in general at those 10:39:45
6  data to see the frequency with which 10:39:48
7  Neurontin shows up, for example. 10:39:51
8  Q. Okay. Okay. Let's look at Rosenthal 10:39:52
9  Exhibit 15 a lot more closely. 10:40:00
10  A. Okay. 10:40:01
11  Q. If you flip through it, you'll see that 10:40:02
12  there are four different bold headings that 10:40:09
13  appear in this document. The first one is 10:40:14
14  "Seizures & Epilepsy." The second one is 10:40:17
15  "Psychiatric Diagnoses/Mental Illness," the 10:40:23
16  third one is "Pain," and the last one is 10:40:26
17  "Migraine," correct? 10:40:32
18  A. That's correct. 10:40:34
19  Q. Would you agree that these roughly 10:40:34
20  correspond, maybe even not so roughly 10:40:37
21  correspond, with the different groupings 10:40:40
22  that are referenced in Footnote 64 of your 10:40:44
23  declaration? 10:40:47
24  A. Yes, that's correct. 10:40:47
25  Q. Who decided on this particular aggregation? 10:40:54

**Page 399**

1  A. This aggregation, again, was provided to us 10:40:56
2  by Ben Sommers. 10:41:01
3  Q. Do you have an understanding for what 10:41:02
4  dictated which ICD-9 codes belonged in 10:41:07
5  which group? 10:41:10
6  A. His knowledge of the clinical issues 10:41:16
7  related to each of these conditions. 10:41:18
8  Q. But it was a determination he made based on 10:41:19
9  his own clinical knowledge? 10:41:23
10  A. That's right. 10:41:24
11  Q. Did he have input from you or Ms. 10:41:25
12  Rushnawitz at all on the subject? 10:41:28
13  A. Of how to categorize these? No, we were 10:41:29
14  seeking some understanding from him about 10:41:32
15  how these things generally played out. 10:41:34
16  Q. Okay. Your ability to accurately 10:41:35
17  disaggregate, in your mind, by indication 10:41:46
18  will depend on the correctness or accuracy 10:41:47
19  of the ICD-9 codes? 10:41:50
20  A. My ultimate analyses, this analysis -- 10:41:53
21  Q. Not necessarily this document. Let's set 10:41:57
22  this document to one side for purposes of 10:41:58
23  this question. But just the accuracy of -- 10:42:00
24  well, depending on your ability to 10:42:03
25  accurately group indications by ICD-9 code, 10:42:05

**Page 400**

1  correct? 10:42:09
2  A. In terms of those categories which I'm 10:42:09
3  ultimately directed by counsel are to be 10:42:13
4  the indications to be considered for 10:42:16
5  damages, yes. 10:42:17
6  Q. And in the same way your ability to 10:42:25
7  distinguish between on-label and off-label 10:42:27
8  prescriptions of Neurontin will depend on 10:42:28
9  your being able to accurately group 10:42:30
10  diagnoses using ICD-9 codes, correct? 10:42:35
11  A. That's correct. 10:42:38
12  Q. So to put it another way, without data from 10:42:43
13  whatever source it is, whether it's NDTI or 10:42:46
14  NAMCS, broken down by indication your model 10:42:49
15  would not be able to separate out on-label 10:42:52
16  from off-label prescriptions; is that 10:42:55
17  correct? 10:42:59
18  A. Though as we discussed yesterday there's a 10:42:59
19  simplified version of the model that 10:43:03
20  wouldn't distinguish them, that would look 10:43:04
21  at the effects of off-label prescribing on 10:43:06
22  total prescriptions, but as you noted 10:43:09
23  yesterday, it's not as good a model, it's 10:43:13
24  not as detailed a model as the model where 10:43:14
25  we break it out indication by indication. 10:43:17

## Page 401

1  That is a model that can be run.  10:43:19
2  Q. Right. But I guess if we were interested  10:43:20
3     in separating out on-label prescriptions  10:43:22
4     from off-label prescriptions?  10:43:24
5  A. Clearly we need to be able to identify  10:43:25
6     them.  10:43:28
7  Q. Right. And the way to identify them is  10:43:28
8     with ICD-9 codes, correct?  10:43:29
9  A. That certainly seems to be the way that I  10:43:31
10    would think about going about it. Right  10:43:32
11    now I can't think of another way to do it,  10:43:33
12    but there may be other kinds of disease  10:43:36
13    groupings. ICD-9 is obviously the most  10:43:38
14    commonly used disease grouping.  10:43:43
15 Q. And as you sit here today, that's the way  10:43:44
16    that you envision doing this? You can't  10:43:48
17    think of another way that you can do it?  10:43:49
18 A. As I sit here today, I would expect to use  10:43:49
19    diagnosis codes, yes.  10:43:51
20 Q. Did you discuss the use of those groups  10:43:53
21    with anybody else other than Ms. Rushnawitz  10:43:56
22    and Mr. Sommers?  10:43:58
23 A. I'm sorry, I don't know what you mean by  10:43:59
24    that question. Did I discuss --  10:44:00
25 Q. The use of -- that's a slightly confused  10:44:02

## Page 402

1     question, I think.  10:44:10
2  A. Okay.  10:44:10
3  Q. All right. We discussed yesterday how --  10:44:11
4     and to some degree today as well how  10:44:23
5     counsel would instruct you which  10:44:26
6     indications to run through your model,  10:44:27
7     correct?  10:44:28
8  A. That's correct.  10:44:29
9  Q. And it would be through their instructions  10:44:29
10    that you would seek to exclude any uses for  10:44:42
11    which there have been no -- there had been  10:44:44
12    no fraudulent promotion?  10:44:45
13 A. That's correct.  10:44:48
14 Q. And you wouldn't be conducting any analysis  10:44:51
15    yourself as to whether defendants promoted  10:44:54
16    Neurontin for a given off-label use?  10:44:55
17 A. I wouldn't be conducting any analysis  10:44:57
18    myself to identify what falls into that  10:45:02
19    category, yes.  10:45:03
20 Q. Okay. At this point I'm assuming they  10:45:04
21    haven't yet identified any ICD-9 codes that  10:45:09
22    are listed on Rosenthal Exhibit 15 that you  10:45:12
23    would not include in your analysis --  10:45:15
24 A. No. I --  10:45:15
25 Q. -- is that correct?  10:45:17

## Page 403

1  A. That's correct. I have not received  10:45:17
2     specific instructions from counsel. In my  10:45:20
3     reading of the complaint as -- even the  10:45:22
4     original complaint that these categories  10:45:27
5     are described in broader terms. I don't  10:45:29
6     recall that they used ICD-9 codes there.  10:45:32
7  Q. Would you agree with me that the document  10:45:35
8     that -- well, would you agree with me that  10:45:39
9     Rosenthal 15 contains an exceedingly broad,  10:45:43
10    maybe even wildly overinclusive list of  10:45:50
11    possible ICD-9 codes to include in your  10:45:54
12    analysis?  10:45:57
13 A. This document -- my understanding of what's  10:45:57
14    in this document is that it includes every  10:46:01
15    ICD-9 code for which Neurontin is  10:46:04
16    prescribed. I don't know if any were  10:46:05
17    excluded, so it's a complete list.  10:46:10
18 Q. Okay. Fair enough. I think just to sort  10:46:13
19    of follow up on that question, if you can  10:46:19
20    turn to the second-to-last page.  10:46:21
21 A. Okay.  10:46:23
22 Q. These pages aren't -- or maybe they are  10:46:23
23    numbered on yours.  10:46:26
24 A. 97.  10:46:27
25 Q. Yeah, GMA97, thank you. At the very bottom  10:46:28

## Page 404

1     of the page there is an italicized notation  10:46:33
2     that reads, "The last page or so is filled  10:46:34
3     with non-neuropathic pain" -- oh, I'm  10:46:37
4     sorry.  10:46:37
5  A. Sorry. 96. I'm with you now.  10:46:45
6  Q. Let me start again. So we're looking at  10:46:47
7     GMA96, and what I'm looking at is the  10:46:49
8     italicized notation at the very bottom of  10:46:52
9     the page which reads, "The last page or so  10:46:53
10    is filled with non-neuropathic pain -- i.e.  10:46:55
11    your nerves work fine, you've just got a  10:46:58
12    major injury -- so Neurontin really isn't  10:47:01
13    the recommended drug, but who knows what  10:47:03
14    doctors are giving."  10:47:05
15        That would suggest to you -- that  10:47:07
16    would confirm your sense that this is an  10:47:08
17    inclusive list, correct?  10:47:09
18 A. Right. Again, he was trying to categorize  10:47:11
19    everything in the list in some way and to  10:47:14
20    explain to us what these things really were  10:47:17
21    in laymen's terms.  10:47:20
22 Q. Here's a question for you: Do you expect  10:47:30
23    that it would be you or plaintiffs' counsel  10:47:35
24    or somebody else who would seek to  10:47:39
25    translate the indications at issue in the  10:47:41

M. ROSENTHAL

Page 405

```
 1   case at whatever the appropriate time is
 2   into the ICD-9 codes that are listed here
 3   for purposes of deciding what to include in
 4   your model?
 5  A. That's a good question. Having not reached
 6   that juncture of the investigation, it
 7   would certainly not be me. I think the
 8   question is whether it would be a clinical
 9   expert under their direction or a clinical
10   expert under my direction who incidentally
11   wouldn't be a medical student but a real
12   clinical expert in this area. I don't know
13   at this time. I guess, again, I don't
14   understand exactly the legal issues around
15   what's in and what's out.
16  Q. Okay.
17  A. But by no means would I as an economist
18   decide which ICD-9 codes map to which
19   indications.
20  Q. But in any event, the process hasn't yet
21   been done?
22  A. No, that hasn't. This really is just a
23   grouping of all the existing data into some
24   categories that we could understand what
25   they meant.
```

Page 406

```
 1  Q. So you don't know yet if you would have
 2   difficulty matching ICD-9 codes with the
 3   indications that are still relevant to the
 4   case, because you haven't had to conduct
 5   that analysis yet?
 6  A. I have not conducted that analysis yet.
 7  Q. How do you propose to treat PHN for
 8   purposes of your grouping?
 9  A. Again, as we discussed before, I'm not
10   entirely clear as to how that's going to be
11   treated legally, whether PHN is going to be
12   included as an indication to be considered.
13   And if it were, again, I think the issue
14   would be the same, consulting the
15   appropriate clinical expert as to which
16   ICD-9 codes would characterize PHN. I
17   don't know, sitting here, which those are.
18  Q. Okay. Would you agree at this point that
19   it would likely be important to be able to
20   isolate PHN prescriptions by ICD-9 codes
21   given that it's an on-label use for some
22   period of the class and it's an off-label
23   use for some period of the class?
24  A. I'm sorry, I just -- I haven't fully
25   thought about how to do that because I
```

Page 407

```
 1   haven't considered --
 2  Q. I'm just -- all I'm asking is whether you
 3   would agree that it's something that you
 4   would need to do.
 5  A. It might be important if I need to exclude
 6   them.
 7  Q. Okay. Or if you need to decide how to
 8   group them?
 9  A. You mean in the period after approval, for
10   example?
11  Q. Either one.
12  A. Well, in the period before approval it
13   might be included with other neuropathic
14   pain, might it not?
15  Q. Okay.
16  A. In the period after it might be important
17   to decide how to identify it --
18  Q. Fair enough.
19  A. -- depending on, again --
20  Q. Fair enough. Could you take a second and
21   look through Rosenthal Exhibit 15 and find
22   for me the code for postherpetic neuralgia?
23       MR. NOTARGIACOMO: Objection.
24  A. Can you just tell me the answer to that
25   question? I'm assuming that it's not here,
```

Page 408

```
 1   but...
 2  Q. Your assumption, as far as I'm aware, is
 3   correct, but I don't want to be the one to
 4   represent that to you.
 5  A. Okay. Well, then I'll need a few minutes.
 6  Q. Take your time.
 7       (Witness reviews document.)
 8  A. To the best of my ability to understand
 9   these clinical terms, I don't see
10   postherpetic neuralgia. I certainly don't
11   see those specific words.
12  Q. Do you have any understanding for why it's
13   not on the list?
14  A. No, I don't.
15  Q. There is no code for postherpetic
16   neuralgia, is there?
17  A. I have no knowledge of whether there is or
18   isn't.
19  Q. So as you sit here today, though, you're
20   not aware of a way to isolate prescriptions
21   of Neurontin for PHN; is that correct?
22  A. I am not aware of a way to do that at this
23   point, no. I can imagine one could combine
24   codes for the -- as we talked about
25   yesterday, I'm not really clear whether
```

25 (Pages 405 to 408)

409

postherpetic neuralgia is related to herpes 10:52:46
or herpes zoster, but in any case there is 10:52:49
some underlying condition that I believe 10:52:52
it's related to. There may be some way to 10:52:53
identify postherpetic neuralgia by looking 10:52:55
at a combination of neuropathic pain and 10:52:56
the underlying condition codes for both of 10:52:59
those, but as I sit here today, I do not 10:53:01
know how I would implement that. 10:53:04
Q. Okay. Both yesterday and today you 10:53:05
testified that you reviewed some data that 10:53:11
you understood came from NDTI that was 10:53:15
produced by defendants in the Franklin 10:53:17
case? 10:53:19
A. Yes, that's right. 10:53:20
Q. And when I asked about that data, you 10:53:21
referred me to Footnote 72 of your 10:53:23
declaration, correct, which is Exhibit 1 to 10:53:26
your deposition? 10:53:30
A. And Footnote 73, yes. 10:53:35
Q. Okay. Footnote 72 reads, "Counsel has 10:53:40
already provided a roll out of these data 10:53:42
and conducted preliminary analysis with 10:53:44
them. The data that I have reviewed 10:53:45
clearly allow for identifying prescription 10:53:47

410

patterns by diagnosis." 10:53:49
Did I read that correctly? 10:53:52
A. Yes, you did. 10:53:53
Q. And you just referred me to Footnote 73 as 10:53:54
well -- 10:53:58
A. Yes. 10:53:58
Q. -- which refers to Pages 63 to 65 of 10:53:58
Exhibit B to the affidavit of C. Seth 10:54:04
Landefeld, M.D. and Michael Steiman, M.D. 10:54:08
and I take it that that document contains 10:54:17
the materials that you reference in 10:54:19
Footnote 72? 10:54:21
A. That's correct. 10:54:22
Q. And that therefore that's the information 10:54:25
that you've reviewed to clearly allow for 10:54:27
identifying prescription patterns by 10:54:31
diagnosis? 10:54:32
A. And, again, the list of ICD-9 codes that 10:54:32
goes along with that, yes. 10:54:36
MR. POLUBINSKI: Okay. Now let's 10:54:37
mark the next exhibit. 10:54:39
(Exhibit No. 16, Affidavit of C. 10:54:39
Seth Landefeld, M.D. and Michael Steiman, 10:54:39
M.D., marked for identification.) 10:54:56
Q. Okay. I'm handing you a document that's 10:54:57

411

been marked as Rosenthal Exhibit 16. Can 10:54:58
you turn to the specific pages that are 10:55:11
referenced in Footnote 73 of your 10:55:12
declaration -- 10:55:15
A. Okay. 10:55:15
Q. -- which is to say Pages 63 to 65 of 10:55:15
Exhibit B. 10:55:18
A. Okay. 10:55:31
Q. These three pages are the pages that you 10:55:31
had in mind, correct? 10:55:33
A. That's right, particularly the -- I'm 10:55:34
sorry, I can't see the page numbers, 63. 10:55:37
Q. Okay. And if you flip back to Page 62 -- 10:55:39
A. Okay. Yes. 10:55:44
Q. -- the top of 62 reads, "Appendix 1: Use 10:55:48
of gabapentin - national and Medicaid 10:55:54
program estimates." 10:55:57
A. Yeah. 10:56:01
Q. So the graphs that you referred to in 10:56:01
Footnote 73 are part of Appendix 1 to this 10:56:05
report; is that correct? 10:56:09
A. That's my understanding, yeah. 10:56:09
Q. Are you aware that the graphs on Pages 63 10:56:11
to 65 were created by the lawyers, Greene 10:56:23
and Hoffman? 10:56:26

412

A. I believe that that's right, that analysis 10:56:27
was done by the lawyers, yes, which is why 10:56:29
I don't -- didn't use it specifically. 10:56:31
Q. Okay. Did you review the underlying report 10:56:36
to which this document is attached as an 10:56:38
exhibit? 10:56:40
A. I may have. We certainly tried to learn 10:56:40
where the data came from, what assumptions 10:56:44
they made in plotting the data, yes. 10:56:48
Q. Okay. If we could look at Page 43 -- 10:56:54
A. Okay. 10:57:00
Q. -- of the report that is attached as 10:57:00
Exhibit B to this declaration. That report 10:57:05
is called "Expert Consultant's Report, 10:57:10
United States ex rel Franklin versus 10:57:14
Pfizer, Inc., et al., prepared by Michael 10:57:17
Steiman, M.D., C. Seth Landefeld, M.D., 10:57:20
Mary-Margaret Chren, M.D." 10:57:25
A. I'm sorry, you've lost me. At which page? 10:57:28
Q. It's Page 43 of the -- 10:57:31
A. Okay. 10:57:33
Q. -- of Exhibit B, the underlying report. 10:57:33
MR. NOTARGIACOMO: I'm sorry, I 10:57:38
don't see that language on Page 43. 10:57:39
A. (Indicating.) 10:57:43

Page 413

```
 1  Q. That's Page 43.                                     10:57:44
 2  A. I'm in the right place?                             10:57:45
 3  Q. Yes.                                                10:57:46
 4  A. Okay. Sorry.                                        10:57:47
 5       MR. NOTARGIACOMO: You've just                     10:57:48
 6  read something that -- I'm not sure where              10:57:49
 7  it came from.                                          10:57:51
 8       MR. POLUBINSKI: Yeah, what I just                 10:57:54
 9  read was the title of the report itself,               10:57:55
10  the title of what Exhibit B actually is.               10:57:56
11  A. Yes.                                                10:57:56
12       MR. POLUBINSKI: It's an expert                    10:57:56
13  consultant's report.                                   10:57:58
14  A. Okay.                                               10:57:58
15       MR. NOTARGIACOMO: Okay. Where                     10:57:59
16  is -- I'm just asking where that language              10:57:59
17  is. What page?                                         10:58:01
18       MR. POLUBINSKI: Page 1 of Exhibit                 10:58:01
19  B.                                                     10:58:02
20  A. Yeah.                                               10:58:03
21       MR. POLUBINSKI: I was reading it                  10:58:09
22  really just to give context of what Exhibit            10:58:10
23  B really is. I want focus on Page 43.                  10:58:12
24  BY MR. POLUBINSKI:                                     10:58:16
25  Q. If you could focus with me on the first two         10:58:17
```

Page 414

```
 1  sentences at the top of the page. They                 10:58:23
 2  read, "Documents provided by Pfizer/Parke-             10:58:27
 3  Davis document massive growth in the use of            10:58:31
 4  gabapentin for unapproved uses over the                10:58:34
 5  mid- and late 1990s (RXD)" with a reference            10:58:38
 6  to Footnote 10, "These are explained                   10:58:44
 7  graphically in Appendix 1."                            10:58:47
 8       You would agree that these                        10:58:51
 9  sentences refer to the graphs on Pages 63              10:58:51
10  to 65 that you cite --                                 10:58:58
11  A. Yes.                                                10:58:59
12  Q. -- in your declaration, correct?                    10:58:59
13  A. Yes.                                                10:59:00
14  Q. Can you take a look at Footnote 10, please,         10:59:01
15  of your report.                                        10:59:03
16  A. Yeah.                                               10:59:04
17  Q. It's Footnote 10. That reads, "This data            10:59:04
18  was compiled by Green and Hoffman from                 10:59:10
19  documents received by Pfizer/Parke-Davis.              10:59:13
20  The original source of this data is                    10:59:15
21  unclear, and we do not have clear                      10:59:17
22  confirmation of the units of measurement               10:59:19
23  (e.g. we cannot be sure if they represent              10:59:21
24  the number of unique prescriptions, the                10:59:24
25  number of one month supplies of medications            10:59:27
```

Page 415

```
 1  dispensed, et cetera). The classification             10:59:29
 2  of individual diagnoses into categories and           10:59:33
 3  disease was performed by Greene and Hoffman           10:59:36
 4  and briefly reviewed by us."                          10:59:36
 5  A. I see that.                                        10:59:39
 6  Q. Have you been able to determine the                10:59:50
 7  original source of the data or the units of          10:59:52
 8  measurement that Drs. Landeman (sic),                 10:59:55
 9  Steiman and Chren were not able to?                   10:59:59
10  A. We confirmed with the office of Mr. Chren.         11:00:03
11  I don't know Mr. Hoffman, or Ms. Hoffman.             11:00:07
12  I don't know. But with Mr. Chren that                 11:00:09
13  these data -- the original source of the              11:00:11
14  data was the National Disease and                     11:00:13
15  Therapeutic Index report from IMS. And so             11:00:17
16  we learned about that data set in                     11:00:20
17  particular, and the data set records                  11:00:22
18  prescribing by physicians at an office                11:00:26
19  visit.                                                11:00:29
20  Q. Have you actually reviewed the underlying          11:00:31
21  data set yourself?                                    11:00:33
22  A. I have -- not the underlying data set, no.         11:00:34
23  I've seen the spreadsheets from which the             11:00:38
24  graphs were developed, but I did not use              11:00:40
25  the data myself because I didn't have the             11:00:46
```

Page 416

```
 1  original data set, so I couldn't confirm if           11:00:47
 2  they were used appropriately.                         11:00:49
 3  Q. Okay. When you say you saw the                     11:00:51
 4  spreadsheets that were prepared from the              11:00:55
 5  underlying data --                                    11:00:56
 6  A. That list those diagnosis codes.                   11:01:01
 7  Q. Okay. Are those documents that are                 11:01:02
 8  referred to in the list of documents                  11:01:06
 9  considered in your report?                            11:01:07
10  A. Again, I don't -- I guess I don't know if          11:01:08
11  it's -- that's separate from this document            11:01:12
12  itself. I guess the spreadsheets I did                11:01:15
13  see, I don't know that they're not -- I               11:01:19
14  don't know that they're in my list, no.               11:01:21
15       MR. POLUBINSKI: We'd ask that you                11:01:25
16  or plaintiffs' counsel identify what the              11:01:26
17  spreadsheets are. Insofar as they're                  11:01:28
18  documents that have actually been produced            11:01:30
19  by defendants, we would be grateful to know           11:01:31
20  what the Bates number of those documents              11:01:33
21  are. Insofar as they're documents that                11:01:35
22  were actually prepared for Dr. Rosenthal's            11:01:38
23  use, Professor Rosenthal's use in preparing           11:01:41
24  her declaration, we call for their                    11:01:44
25  production.                                           11:01:46
```

**Page 417**

1  A. I believe they were part of the Franklin
2     production itself, but...
3     MR. NOTARGIACOMO: I'll look into
4     it.
5     THE WITNESS: Okay.
6  Q. All right. Aside from the spreadsheets
7     that we've just talked about that summarize
8     this data --
9  A. Yeah.
10 Q. -- have you reviewed any other NDTI data
11    for your work in this case?
12 A. No, I have not.
13 Q. We can set that document to one side.
14 A. Okay. Thank you.
15 Q. So in your declarations you've proposed
16    using two different data sets to collect
17    data on actual Neurontin prescriptions by
18    diagnosis, correct?
19 A. In my original declaration I believe I
20    named the NDTI, if it's okay to use that
21    abbreviation, and the NAMCS data as leading
22    candidates.
23 Q. Okay.
24 A. In my response to Argenbright I also note
25    the existence of this Verispan competitor.

**Page 418**

1  Q. Okay. Have you ever used the data from the
2     Verispan competitor before?
3  A. No, I have not.
4  Q. Have you made any inquiries at all as to
5     the categories of data that might be
6     available to you through that source?
7  A. The staff spoke, so that would have been
8     Mr. Augusteijn in all likelihood spoke to a
9     salesperson at Verispan to ask about what
10    the data contained and confirmed that it
11    was similar in structure to the NDTI.
12 Q. Are you aware of any differences between
13    the Verispan data and the NDTI data in
14    terms of the differences that would be
15    relevant to the work that you are doing --
16    that you would contemplate doing in this
17    case?
18 A. I believe they have different sample sizes.
19    I don't know the exact sample size for the
20    Verispan data set, but in the other
21    comparisons between NAMCS -- sorry, between
22    IMS Health and Verispan for their
23    promotional data, for example, they survey
24    a different set of physician offices.
25 Q. Is it your sense that one set of data would

**Page 419**

1     be any more reliable than the other set?
2  A. I believe they're both large data sets that
3     are widely used, but I haven't evaluated
4     whether one is better than the other yet.
5  Q. How would you envision using these three
6     different data sets in your work?
7  A. Well, I guess, again, I would sort of
8     evaluate first which database offered the
9     largest samples, the most detailed breakout
10    by diagnosis, for example, assuming they're
11    not all identical, and then primarily we
12    would likely look at monthly units of
13    Neurontin by diagnosis, potentially by
14    dosing, by NDC code.
15 Q. When you say "potentially by dosing," what
16    do you mean by "potentially"?
17 A. Well, it's not clear to me at this point
18    whether we roll up dosages or break them
19    out separately and estimate separate models
20    for each of them.
21 Q. When you say "roll up dosages," you mean?
22 A. Essentially add together extended units for
23    each dose.
24 Q. At this point do you envision that you
25    would need all three, or do you imagine

**Page 420**

1     that they would be to some degree or
2     another redundant?
3  A. I guess at this point I would imagine, in
4     all likelihood, using more than one, given
5     that they're available, perhaps confirming
6     results with one or another. I'm not
7     entirely sure, if one were to prove really
8     superior to the others, then I would likely
9     only use one. But if there were different
10    strengths and weaknesses, I might
11    triangulate results with two.
12 Q. How would you determine whether one data
13    set's superior to another?
14 A. Well, largely having to do with the sample
15    size and the ability to break out these
16    diagnoses.
17 Q. I take it that that's not work that you've
18    done yet, looking into the different sample
19    sizes for each of these three data sets?
20 A. There was a little bit of that in my
21    response to Dr. Argenbright, as you may
22    recall in that report.
23 Q. Aside from what's set forth in your
24    declaration, have you done any analysis at
25    this point about the sample size through

Page 421

```
 1    competing possibilities?                          11:07:01
 2  A. I have a general sense from having used          11:07:03
 3    these data before that the NDTI has a             11:07:06
 4    bigger sample size, for example, than the         11:07:10
 5    NAMCS, but, again, I have not used the            11:07:12
 6    Verispan data, so I don't know precisely          11:07:14
 7    what their sample is.                             11:07:16
 8  Q. Have you done any work to date on the            11:07:20
 9    relative strengths and weaknesses of the          11:07:24
10    different data sets in breaking                   11:07:27
11    prescriptions out by indication?                  11:07:30
12  A. Today I have not, no.                            11:07:33
13  Q. Why not?                                         11:07:34
14  A. Because I -- what I viewed as my task with       11:07:34
15    regards to the data, this report was to           11:07:41
16    identify a number of data sets that would         11:07:45
17    provide plausible sources of information          11:07:46
18    for breaking out use by diagnosis, and it         11:07:48
19    appears that both the NDTI and the NAMCS          11:07:53
20    have those data, and at the time that I           11:07:57
21    must actually do the analysis decide which        11:08:00
22    of those is more appropriate.                     11:08:02
23  Q. Do you have to decide based on what further      11:08:04
24    inquiry of NDTI or NAMCS?                         11:08:14
25  A. And no doubt the literature as well.             11:08:17
```

Page 422

```
 1  Q. But there's no reason why you couldn't have      11:08:19
 2    conducted that analysis at this stage?            11:08:22
 3  A. And I made preliminary investigations into       11:08:23
 4    the characteristics of these data sets that       11:08:27
 5    I found sufficient to draw my conclusion          11:08:29
 6    that the data would be available for the          11:08:30
 7    analysis.                                         11:08:31
 8  Q. All of these data sets are derived from          11:08:35
 9    samples, correct?                                 11:08:37
10  A. Yes, that's true.                                11:08:38
11  Q. And so there will be some amount of              11:08:41
12    inaccuracy that will be built into the            11:08:44
13    data?                                             11:08:45
14  A. There is what's termed sampling error in         11:08:46
15    every sample-based estimate.                      11:08:49
16  Q. Here's another general question about the        11:08:52
17    data: I'm assuming that the patient               11:08:56
18    information in each of these data sets is         11:08:59
19    ultimately confidential?                          11:09:00
20  A. When you say "patient information," do you       11:09:03
21    mean Mrs. Jones, her insurance number, that       11:09:07
22    kind of patient information?                      11:09:09
23  Q. I guess the ultimate question that I'm           11:09:10
24    getting at is, none of these data would           11:09:12
25    enable you to determine the diagnosis             11:09:15
```

Page 423

```
 1    associated with any given identifiable            11:09:20
 2    patient's prescription; is that correct?          11:09:22
 3  A. Can I -- may I restate that --                   11:09:24
 4  Q. Sure.                                            11:09:28
 5  A. -- just to make sure I understand it? I          11:09:28
 6    can't use these data to then link back to         11:09:30
 7    an individual patient?                            11:09:32
 8  Q. Precisely.                                       11:09:35
 9  A. Yes, that's true.                                11:09:36
10  Q. And so that the data that you would              11:09:39
11    collect, of course, would be used only in         11:09:41
12    the aggregate analysis that we've been            11:09:43
13    talking about for the past day and a bit?         11:09:44
14  A. That's correct.                                  11:09:46
15  Q. Okay. And then it wouldn't be appropriate        11:09:46
16    for any sort of patient-by-patient                11:09:49
17    analysis?                                         11:09:50
18  A. Again, when you say "patient-by-patient,"        11:09:51
19    you mean really a specific patient --             11:09:54
20  Q. Sure.                                            11:09:57
21  A. -- as opposed to you could do a patient          11:09:57
22    level analysis, but that's not identifying        11:09:59
23    a specific patient.                               11:10:00
24  Q. What do you mean by "a patient level             11:10:02
25    analysis," what you just said?                    11:10:03
```

Page 424

```
 1  A. For example, you could imagine running a         11:10:05
 2    logistic regression, a model looking at the       11:10:09
 3    probability that an individual receives a         11:10:12
 4    prescription for Neurontin as a function of       11:10:14
 5    the variables in the NAMCS, for example,          11:10:18
 6    private insurance coverage, for example.          11:10:22
 7    That would be a patient level analysis, but       11:10:26
 8    you still don't identify Mrs. Jones.              11:10:28
 9  Q. Right. Right. Okay. Let's talk about --          11:10:29
10    let me go back to your last answer. Can           11:10:45
11    you do what you just described in your last       11:10:47
12    answer with the NDTI data set?                    11:10:48
13  A. I am not certain at what level of detail --      11:10:50
14    again, since I don't have the raw data            11:10:55
15    themselves, I'm not certain what level of         11:10:57
16    detail is available in the NDTI, that NAMCS       11:10:59
17    is a patient level, it's a visit level            11:11:01
18    database. I understand the NDTI is                11:11:06
19    structured and sampled in a similar way, so       11:11:08
20    it may be possible to.                            11:11:09
21  Q. But you don't know, as we sit here today,        11:11:10
22    whether you could go back to individual           11:11:12
23    patient records in the NDTI database?             11:11:14
24  A. I do not, as we sit here today.                  11:11:16
25  Q. Let's talk about the NAMCS database for a       11:11:21
```

M. ROSENTHAL

Page 425

```
1     second.                                  11:11:23
2  A. Okay.                                    11:11:23
3  Q. You talked about sampling error?         11:11:23
4  A. Yes.                                     11:11:25
5  Q. With regard to NAMCS, in view of the     11:11:25
6     potential for built-in sampling error, have 11:11:32
7     you devised some method to calculate     11:11:35
8     standard errors for frequencies, percents 11:11:36
9     and rates?                               11:11:39
10 A. Have I devised the method? In the NAMCS  11:11:42
11    they give you enough information to be able 11:11:45
12    to compute those confidence intervals,   11:11:48
13    standard errors. They have weights,      11:11:52
14    sampling weights.                        11:11:54
15 Q. Did NAMCS have standard weights that they 11:11:55
16    provide for purposes --                  11:11:59
17 A. They did, yes.                           11:12:00
18 Q. -- of your analysis?                     11:12:00
19 A. Yes.                                     11:12:00
20        (Discussion off the record.)         11:12:12
21        MR. POLUBINSKI: Let's mark the       11:12:20
22    next exhibit.                            11:12:20
23        (Exhibit No. 17, Document headed     11:12:21
24    "National Ambulatory Medical Care Survey, 11:12:21
25    2006 Patient Record," marked for         11:12:21
```

Page 426

```
1     identification.)                         11:12:22
2  Q. Okay. We've just handed you a document   11:12:38
3     that's marked as Rosenthal Exhibit 17. Do 11:12:42
4     you recognize this?                      11:12:45
5  A. I believe it's the data collection       11:12:45
6     instrument for the NAMCS.                11:12:47
7  Q. Which is to say that this is the document 11:12:48
8     that doctors would fill out to provide   11:12:53
9     information as part of the NAMCS survey? 11:12:56
10 A. That's my understanding, yes.            11:12:58
11 Q. Have you ever reviewed this before?      11:13:01
12 A. I have seen it before, but I have certainly 11:13:02
13    not reviewed it in detail recently.      11:13:07
14 Q. Let's look at Section 5. It's about      11:13:09
15    halfway down the page.                   11:13:12
16 A. Okay.                                    11:13:13
17 Q. You'll see three spaces for three different 11:13:14
18    diagnoses in letter A -- under letter A, 11:13:18
19    correct?                                 11:13:22
20 A. Yes.                                     11:13:22
21 Q. And under letter B you'll see sort of 15 or 11:13:23
22    20 additional boxes that a doctor could  11:13:27
23    check as additional conditions a patient 11:13:30
24    might have?                              11:13:32
25 A. Yes, I see that.                         11:13:32
```

Page 427

```
1  Q. And then if we look down at Section 10,  11:13:35
2     which reads "Medications & Immunizations." 11:13:38
3  A. Yes, I see that.                         11:13:41
4  Q. You'll see that there are listed -- well, 11:13:43
5     there are eight spaces there under the   11:13:46
6     heading "Medications & Immunizations,    11:13:49
7     correct?                                 11:13:51
8  A. Yes.                                     11:13:51
9  Q. Is there any way that you can see to tie 11:13:52
10    individual medications prescribed back to 11:13:56
11    individual diagnoses on this record?     11:13:58
12 A. If there's more than one of either, then, 11:13:59
13    no, then you can't make that connection. 11:14:05
14    You're correct that one weakness of the  11:14:14
15    NAMCS is that the prescription is not    11:14:15
16    directly connected with the diagnosis code. 11:14:19
17 Q. Okay. So putting a little context on your 11:14:21
18    observation, in this case if a given record 11:14:28
19    contained a diagnosis for migraine,      11:14:33
20    assuming that migraine is one of the     11:14:35
21    indications that you run through your    11:14:37
22    model --                                 11:14:38
23 A. Okay.                                    11:14:39
24 Q. -- and also a diagnosis for epilepsy and it 11:14:39
25    contained a prescription for Neurontin as 11:14:42
```

Page 428

```
1     well --                                  11:14:44
2  A. Yeah.                                    11:14:44
3  Q. -- you wouldn't have any way of knowing  11:14:44
4     whether that prescription was written for 11:14:46
5     an off-label use, correct?               11:14:47
6  A. If that were the case, I think the       11:14:48
7     conservative assumption would have to be to 11:14:51
8     categorize that as an on-label use.      11:14:54
9  Q. Okay. And with respect to the NDTI data  11:14:56
10    set, generally speaking, what's your source 11:15:13
11    of the -- or what's your understanding of 11:15:16
12    the source of the data that underlies that 11:15:18
13    data set?                                11:15:21
14 A. The underlying data set, I believe, is   11:15:25
15    collected in a similar way to the NAMCS. 11:15:27
16    Again, doctors are asked to fill out data 11:15:29
17    collection forms similar to this, my     11:15:32
18    understanding, for the NDTI.             11:15:35
19 Q. Have you ever seen a copy of the survey  11:15:37
20    form for NDTI?                           11:15:39
21 A. I have not, no.                          11:15:39
22 Q. Are you aware of whether it differs from 11:15:43
23    the NAMCS data set?                      11:15:45
24 A. My understanding from having reviewed the 11:15:48
25    Argenbright report -- sorry, is that okay? 11:15:51
```

**Page 429**

1  Q. You can go ahead and answer. That was not
2     quite the question that I meant to ask, but
3     why don't you go ahead and give the answer.
4     Your understanding from the Argenbright --
5  A. My understanding from reviewing the
6     Argenbright report and the supporting
7     documents that he provided is that with the
8     NDTI there is a one-to-one link between
9     diagnosis and prescription, but I've not
10    verified that myself.
11 Q. Okay. Do you know whether you'll have
12    access to individual survey forms when you
13    request data from IMS, the NDTI data?
14 A. Do you mean the model or the actual one
15    that was filled out?
16 Q. I mean ones that were actually filled out.
17 A. I would not expect so. I would not expect
18    that one could get those from NAMCS either,
19    although the database is structured exactly
20    in the same way.
21 Q. Okay. We can set this one aside, too.
22 A. Okay.
23    MR. NOTARGIACOMO: Is it time for
24    another five-minute break?
25    MR. POLUBINSKI: If you'd like,

**Page 430**

1     that's fine with me.
2     THE WITNESS: Is that okay? Just
3     five minutes.
4     MR. POLUBINSKI: Of course, yeah.
5     THE VIDEOGRAPHER: The time is
6     11:17. This is the end of Tape 2, and we
7     are off the record.
8     (Recess taken.)
9     THE VIDEOGRAPHER: The time is
10    11:28. This is beginning of Tape 3, and we
11    are back on the record.
12    BY MR. POLUBINSKI:
13 Q. Professor Rosenthal, just to go back for
14    one second to Rosenthal Exhibit 15, there's
15    one issue I just want to make sure is
16    clear.
17 A. Okay.
18 Q. I may not have it clearly on the record.
19    Your testimony was that Mr. Sommers would
20    have done the aggregation or the groupings
21    that appear on this list, correct?
22 A. That's correct.
23 Q. Are you aware of whether somebody would
24    have instructed him about the different
25    categories into which to group the

**Page 431**

1     individual costs?
2  A. I believe -- as I stated, I believe that we
3     gave him the categories.
4  Q. Okay.
5  A. I'm not absolutely sure of that, but I
6     believe that we did.
7  Q. Terrific. That's the point I wanted to
8     clarify.
9  A. Okay.
10 Q. Okay. In Exhibit 1, your report, Paragraph
11    37, you propose to "introduce a
12    contemporaneous comparator or control drug
13    that could serve as a yardstick" as a
14    further refinement of your equation; is
15    that correct?
16 A. That's correct.
17 Q. Have you done that analysis yet?
18 A. As we've discussed, I don't have the data
19    to do these analyses yet, so I have not
20    done that analysis, either.
21 Q. What data would you use to do that
22    analysis?
23 A. The data that I would use to do that
24    analysis would be very similar to the data
25    that we've discussed already on the

**Page 432**

1     quantity side, so perhaps the NDTI or the
2     NAMCS or that other Verispan data set that
3     we discussed.
4  Q. And I assume that the data that you would
5     use would both be Neurontin data and data
6     for whatever the proposed comparator would
7     be?
8  A. That's correct.
9  Q. Do you definitely plan on doing this
10    analysis with a contemporary comparator in
11    your model?
12 A. I guess I'm not entirely sure yet whether
13    the circumstances will make that
14    appropriate, so depending on exactly what
15    kinds of promotional activities we're
16    talking about, which indications we're
17    talking about, then it may be appropriate
18    to do that, but I guess it definitely is a
19    word that I feel is maybe a little too
20    strong, but I think in all likelihood I'll
21    look to comparator drugs, at least examine
22    their trends.
23 Q. And why would you anticipate you would do
24    that, in all likelihood?
25 A. That's simply a good way of getting a

### Page 433

1 better approximation of the true effect. 11:31:33
2 Q. If you weren't able to do this analysis, 11:31:41
3 would you still be able to get a reliable 11:31:44
4 approximation of the true effect? 11:31:50
5 A. Well, I guess I'm not sure why I wouldn't 11:31:52
6 be able to do the analysis, but if I 11:31:58
7 weren't for some reason able to do the 11:32:01
8 analysis, then it would depend on the 11:32:03
9 underlying circumstances, so a comparator 11:32:06
10 drug allows for breaking out essentially 11:32:10
11 other secular trends. If those secular 11:32:13
12 trends were unimportant, then it wouldn't 11:32:16
13 matter. 11:32:18
14 Q. But at this point you don't know; is that 11:32:21
15 correct? 11:32:23
16 A. At this point I couldn't say for sure. 11:32:23
17 Q. Do you plan on -- withdrawn. 11:32:27
18 Would you plan on using one drug 11:32:29
19 or more than one in your comparator 11:32:31
20 analysis? 11:32:33
21 A. At this point I can't really say for sure. 11:32:34
22 I would need to review the data and again 11:32:36
23 the clinical issues related to these 11:32:41
24 comparison drugs. 11:32:46
25 Q. How will you decide whether you use one or 11:32:47

### Page 434

1 more than one? 11:32:49
2 A. Well, I guess it would depend again on for 11:32:54
3 a particular indication how many drugs were 11:32:57
4 substitutes for Neurontin for that 11:33:00
5 indication. 11:33:02
6 Q. Would it depend on other things or just 11:33:04
7 that? 11:33:05
8 A. It might depend on other things as well, 11:33:06
9 but I would say that's sort of the first 11:33:08
10 thing that I would consider. 11:33:10
11 Q. Okay. You suggest in Paragraph 37 that 11:33:10
12 Dilantin -- 11:33:20
13 A. Yes. 11:33:20
14 Q. -- might be an appropriate comparator drug? 11:33:20
15 A. It was a hypothetical, yes. As you know, 11:33:23
16 Dilantin is used for some of the same 11:33:25
17 indications. 11:33:27
18 Q. How confident are you that Dilantin might 11:33:28
19 be an appropriate comparator drug? 11:33:31
20 A. I'm not sure what you mean by "how 11:33:35
21 confident." I think it makes for a good 11:33:38
22 example, but in the ultimate analysis I 11:33:40
23 would look to, again, clinical input or 11:33:42
24 which drugs were being used for the same 11:33:45
25 indications, as well as the data 11:33:48

### Page 435

1 themselves. 11:33:49
2 Q. All right. Let's just use Dilantin as an 11:33:59
3 example for how you would do this analysis. 11:34:02
4 A. Okay. 11:34:04
5 Q. Would you have to look into the relative 11:34:08
6 efficacy of Dilantin for both its FDA- 11:34:10
7 approved use and for its off-label uses? 11:34:16
8 A. I don't believe that would be factor in the 11:34:20
9 analysis. Again, I would rely on some 11:34:21
10 clinical expertise as to the extent to 11:34:24
11 which Dilantin makes for a good comparison 11:34:27
12 for the particular indication in question, 11:34:29
13 so perhaps if I provide a little more 11:34:32
14 detail, it'll help. Then we can talk about 11:34:34
15 that. So imagine the following scenario: 11:34:38
16 Both Dilantin and Neurontin are 11:34:40
17 used for some off-label indication, I'm not 11:34:42
18 even sure what the right indication to 11:34:47
19 choose is here, but let's say there is one. 11:34:49
20 We observe that they were used by 11:34:51
21 neurologists for the same off-label use. 11:34:53
22 Perhaps it's a form of pain. And then I 11:34:56
23 could look over time at these allegedly 11:35:00
24 illegal activities related to Neurontin and 11:35:05
25 see if my model suggested they were having 11:35:06

### Page 436

1 an effect on Dilantin use for the same 11:35:09
2 off-label use. 11:35:11
3 If there -- if those -- the model 11:35:12
4 suggested there was an effect on Dilantin, 11:35:15
5 I would interpret that as the model picking 11:35:17
6 up some secular trend, and I could break 11:35:19
7 that out of the ultimate estimate. 11:35:22
8 Q. Maybe I'm misunderstanding your report, but 11:35:25
9 I'm assuming that what you would be doing 11:35:30
10 with the comparator drug, among other 11:35:32
11 things, is comparing trends and off-label 11:35:34
12 prescribing of that comparative drug -- 11:35:36
13 comparator drug to the trends and off-label 11:35:38
14 prescribing with Neurontin, correct? 11:35:41
15 A. In the context of a regression model, but, 11:35:41
16 yes, you're correct. 11:35:44
17 Q. Right. 11:35:45
18 A. It's what's called a difference-in- 11:35:45
19 difference estimate. 11:35:48
20 Q. Sure. Wouldn't you agree that one of the 11:35:50
21 things that could impact the trends and 11:35:52
22 off-label prescribing of the comparator 11:35:54
23 drug would be that drug's efficacy in 11:35:56
24 treating the particular off-label use at 11:35:58
25 issue? 11:36:00

32 (Pages 433 to 436)

### Page 437

1  A. Yes, but you're assuming -- okay. I'm not  11:36:00
2     sure if -- let me try to be really clear  11:36:04
3     about what I'm trying to estimate. I'm  11:36:07
4     only trying to use Dilantin to pick up any  11:36:09
5     secular trends that may commonly affect  11:36:12
6     this class of drugs and their off-label  11:36:15
7     use. If indeed Dilantin is not viewed as  11:36:18
8     an effective substitute -- well, first of  11:36:22
9     all, then it wouldn't make a very good  11:36:24
10    comparator.  11:36:28
11 Q. That's my question.  11:36:28
12 A. Well, again, the choice of comparators will  11:36:29
13    be made on the basis of clinical  11:36:31
14    substitutability for the condition. So if  11:36:33
15    there's no off-label use for Dilantin for  11:36:35
16    this particular condition, for example,  11:36:37
17    because it's not believed to be  11:36:39
18    efficacious, it wouldn't be a very good  11:36:41
19    comparator.  11:36:44
20 Q. Fair enough. I guess my question is, how  11:36:44
21    do you anticipate making that  11:36:47
22    determination?  11:36:48
23 A. I expect to get clinical input as to which  11:36:48
24    drug's to be used but also to look at the  11:36:51
25    data that break out use by diagnosis,  11:36:53

### Page 438

1     and -- but nonetheless, I think it's  11:36:58
2     important to put in context your question.  11:37:00
3     So imagine the Dilantin is used sometimes  11:37:02
4     but that most physicians view it as  11:37:05
5     inferior.  11:37:07
6        Well, that's not really the  11:37:08
7     problem. I'm trying to look at breaking  11:37:11
8     out its trend. If indeed its trend is not  11:37:13
9     coinciding with these off-label events,  11:37:16
10    there will be no real effect there. There  11:37:18
11    will be nothing to break out. But if  11:37:20
12    Dilantin use seems to be going up at the  11:37:23
13    same time as Neurontin use, then that's a  11:37:25
14    measure of some other factor that I'm not  11:37:28
15    capturing, and that can be netted out of  11:37:30
16    the estimate, the quantity induced by the  11:37:32
17    off-label promotion. That's sort of the  11:37:34
18    purpose of a difference-in-difference  11:37:37
19    analysis is to prove your identification.  11:37:38
20 Q. Right. I guess let me try to ask the  11:37:46
21    question by reference --  11:37:47
22 A. Okay.  11:37:49
23 Q. -- to a different possibility. Would you  11:37:49
24    need to conduct analysis in deciding which  11:37:51
25    comparator drug to use and to what the side  11:37:57

### Page 439

1     effect profile is of that comparator drug,  11:37:58
2     so Dilantin in the example that we've been  11:38:01
3     talking about?  11:38:04
4  A. So let me be clear again. Only to the  11:38:05
5     extent that there are changes over time in  11:38:09
6     that side effect profile or the knowledge  11:38:11
7     about that side effect profile that  11:38:13
8     coincide with the off-label promotion. So  11:38:16
9     there's not -- I didn't write down a model  11:38:19
10    here so I can understand how it's not  11:38:21
11    entirely clear from the general way that  11:38:23
12    I've talked about it, but what's key here  11:38:25
13    is there -- we'd looked to see if the model  11:38:29
14    predicted an impact on Dilantin or some  11:38:31
15    other drug's use from the off-label  11:38:36
16    promotions related to Neurontin. And we  11:38:38
17    would assume, make a conservative  11:38:42
18    assumption that any effects we see are  11:38:44
19    really from something else in the  11:38:46
20    environment and that we should separate  11:38:49
21    those and not attribute those to the  11:38:51
22    allegedly illegal activities.  11:38:58
23       And so that would be the purpose  11:38:58
24    here, and so cross-sectional differences in  11:38:59
25    effectiveness or side effect profiles,  11:39:01

### Page 440

1     they're irrelevant to that piece of  11:39:04
2     information. They don't -- there's no --  11:39:05
3     doesn't confound that estimate.  11:39:07
4  Q. That's because you're looking at changes in  11:39:08
5     the trend as opposed to the trend itself?  11:39:10
6  A. I'm looking at changes in the trend  11:39:12
7     particularly as they relate to the  11:39:15
8     allegedly illegal promotional activities,  11:39:18
9     not just -- I'm not just comparing trends  11:39:20
10    side by side. This is all in the context  11:39:22
11    of this regression model, so an interaction  11:39:23
12    effect.  11:39:27
13 Q. Okay. I guess a more general question, how  11:39:33
14    confident are you that a sufficiently  11:39:44
15    similar comparator drug actually exists for  11:39:45
16    Neurontin?  11:39:48
17 A. I think this would vary by indication, and  11:39:48
18    I guess I don't feel comfortable making a  11:39:51
19    blanket statement.  11:39:55
20 Q. Okay. In Paragraph 38 of your report you  11:39:56
21    write that you might further refine your  11:40:06
22    model by seeking to make "contemporaneous  11:40:08
23    comparisons across geographical or clinical  11:40:13
24    submarkets"?  11:40:16
25 A. Yes. I see that.  11:40:26

Page 441

1  Q. Right. And I believe that you also write  11:40:27
2     that your analysis here will be "informed  11:40:33
3     by a detailed understanding of the  11:40:35
4     institutional context affecting prescribing  11:40:37
5     behavior" -- or "prescription behavior"?  11:40:40
6  A. Uh-huh.  11:40:42
7  Q. What does that mean?  11:40:43
8  A. Let me just see in what sentence that  11:40:44
9     appears.  11:40:53
10 Q. Sure. That was --  11:40:53
11 A. Yeah.  11:40:54
12 Q. It appears in the second paragraph of  11:40:54
13    Paragraph 38.  11:40:56
14 A. Okay. Great. Let me just read it for a  11:40:57
15    sec to make --  11:41:01
16 Q. Sure.  11:41:03
17 A. -- so I don't --  11:41:03
18    (Witness reviews document.)  11:41:04
19 A. I think the general notion that I was  11:41:12
20    thinking about there in particular, we're  11:41:14
21    talking about clinical submarkets, thinking  11:41:17
22    about, for example, by specialty, so where  11:41:20
23    some of the activities may be focused on  11:41:23
24    particular specialties, as we may have  11:41:26
25    discussed yesterday, the specialties differ  11:41:28

Page 442

1     in terms of, excuse me, the extent to which  11:41:31
2     they may go to different meetings, they may  11:41:34
3     have different practice settings, and so if  11:41:38
4     there's an opportunity to get some  11:41:40
5     identification there, particularly if some  11:41:41
6     of the defendants' documents suggest  11:41:45
7     marketing specific to certain geographic  11:41:48
8     areas, certain specialties, that may be  11:41:51
9     another way of doing the same kind of  11:41:54
10    difference-in-difference analysis.  11:41:56
11 Q. So what you're saying, though, is that  11:41:58
12    prescribing behavior may well differ  11:42:00
13    depending on those different factors that  11:42:03
14    you've just outlined in your last answer?  11:42:05
15 A. Right. So cross-sectionally it may, and if  11:42:07
16    there's evidence of the promotional  11:42:10
17    activities targeting one of those areas,  11:42:12
18    geographic is obviously the easiest one to  11:42:14
19    describe. We have evidence of a big  11:42:17
20    meeting in Boston. We might seek to try to  11:42:18
21    identify its effect. We're looking at  11:42:21
22    Boston physicians prescribing versus  11:42:22
23    California physicians prescribing.  11:42:25
24 Q. Uh-huh. Where do you anticipate your  11:42:27
25    information would come from to enable you  11:42:29

Page 443

1     to do this analysis?  11:42:31
2  A. Well, again, I would say this is -- as you  11:42:32
3     can tell the way the model moves along  11:42:34
4     through the paragraphs, this is the part  11:42:36
5     that -- I mean, it's not clear to me that  11:42:38
6     there are databases where one can look at  11:42:40
7     both geography and specialty and diagnosis.  11:42:42
8     IMS Health does have databases where one  11:42:47
9     can look at prescribing overall by  11:42:50
10    geography and where one can look at  11:42:52
11    prescribing by specialty.  11:42:54
12       I can certainly imagine the  11:42:58
13    defendants track those kinds of data in  11:42:58
14    their own work. But I haven't seen  11:43:02
15    detailed data that I'm certain would  11:43:05
16    support this kind of analysis. So it's the  11:43:07
17    kind of thing that I would like to explore  11:43:09
18    though, if possible.  11:43:11
19 Q. Okay. But you haven't yet done that?  11:43:12
20 A. I have not done that.  11:43:12
21 Q. And you're not aware of whether the data  11:43:13
22    would exist yet to enable you to do it?  11:43:16
23 A. There are certainly -- again, there are  11:43:18
24    data by geography and specialty, and there  11:43:19
25    are data by diagnosis. I'm not sure  11:43:22

Page 444

1     whether the two things can be linked  11:43:23
2     effectively. I mean, certainly in the  11:43:25
3     NAMCS they can because it's a patient level  11:43:28
4     database. In the NAMCS one could look  11:43:30
5     certainly by specialty and then by  11:43:32
6     diagnosis.  11:43:34
7  Q. You're familiar with the concept of  11:43:35
8     endogeneity in the context of regression  11:43:44
9     analysis?  11:43:46
10 A. I am.  11:43:46
11 Q. Is it correct to say that endogeneity  11:43:47
12    occurs when one or more independent  11:43:51
13    variables is correlated with the error  11:43:53
14    term?  11:43:55
15 A. Yes.  11:43:56
16 Q. And that a specific kind of endogeneity  11:43:57
17    might occur when dependent and independent  11:44:01
18    variables are jointly determined?  11:44:04
19 A. Yes.  11:44:06
20 Q. Just to help me make sure I understand  11:44:06
21    this, what I'll do is give you a  11:44:10
22    hypothetical, and I'll ask you if you can  11:44:13
23    tell me if it'll present an endogeneity  11:44:14
24    problem.  11:44:18
25 A. Okay.  11:44:18

34 (Pages 441 to 444)

M. ROSENTHAL

Page 445

1 Q. Imagine that your dependent variable is 11:44:19
2 violent behavior, your independent variable 11:44:23
3 is watching violent television shows. 11:44:26
4 A. Okay. 11:44:29
5 Q. You want to run a regression to test the 11:44:29
6 hypothesis that watching violent television 11:44:32
7 shows causes violent behavior. You might 11:44:35
8 imagine further that some people have an 11:44:38
9 underlying propensity towards -- to engage 11:44:39
10 in violent behavior which might also cause 11:44:42
11 them to watch more violent television 11:44:45
12 shows. Is my hypothetical clear? 11:44:48
13 A. I understand perfectly. 11:44:52
14 Q. If the hypothetical model didn't account 11:44:53
15 for the underlying propensity to engage in 11:44:55
16 violent behavior, would there be an 11:44:57
17 endogeneity problem? 11:45:01
18 A. Yes. 11:45:03
19 Q. And would it likely tend to overestimate 11:45:03
20 the degree to which watching violent 11:45:06
21 television shows causes violent behavior? 11:45:10
22 A. Yes. 11:45:12
23 Q. Why is that? 11:45:12
24 A. You mean in layman's terms? 11:45:12
25 Q. That would be great, since you're speaking 11:45:19

Page 446

1 to lay people, yeah. 11:45:20
2     MR. NOTARGIACOMO: Or English. 11:45:21
3 A. Essentially there's this omitted factor 11:45:23
4 that causes both things, causes the TV 11:45:26
5 watching and the violent behavior. So it's 11:45:28
6 the kind of -- endogeneity, generally it 11:45:31
7 can be considered a form of omitted 11:45:33
8 variable bias, too. There's this omitted 11:45:36
9 factor or third factor that causes both, 11:45:39
10 and now you've attributed the causal effect 11:45:42
11 of that factor to the factor that you have 11:45:44
12 included on the right-hand side. 11:45:46
13 Q. What are the consequences of leaving 11:45:48
14 possible endogeneity like the endogeneity 11:45:51
15 that we just talked about in a regression 11:45:53
16 model unaddressed? 11:45:55
17 A. Well, essentially it causes a bias either 11:45:55
18 up or down. 11:46:00
19 Q. Okay. The results wouldn't be reliable, 11:46:02
20 correct? 11:46:04
21 A. The term "reliable" has other statistical 11:46:04
22 meanings, so can we say that they would be 11:46:07
23 biased? 11:46:09
24 Q. Sure. Why don't you tell me what you think 11:46:10
25 biased means just so -- 11:46:13

Page 447

1 A. Either too large or too small. 11:46:14
2 Q. Okay. And I guess to, you know, maybe put 11:46:16
3 it in a slightly more technical way, it 11:46:23
4 would mean the coefficients that you're 11:46:26
5 trying to estimate would be overestimated 11:46:28
6 or underestimated, correct? 11:46:30
7 A. That's correct. 11:46:31
8 Q. Now, here's a question. Failure to address 11:46:39
9 the endogeneity of one variable could 11:46:41
10 adversely affect the reliability of the 11:46:43
11 estimates for coefficients of other 11:46:45
12 variables even if those variables aren't 11:46:47
13 endogenous; is that correct? Is my 11:46:51
14 question -- 11:46:52
15 A. If they're correlated with the omitted 11:46:53
16 variable as well. 11:46:55
17 Q. Okay. Now, as they're written in this 11:46:55
18 simple form in your declaration here, 11:46:59
19 neither equation one nor equation two 11:47:01
20 addresses on its face at least the 11:47:04
21 possibility that off-label promotion is 11:47:06
22 endogenous, correct? 11:47:09
23 A. Neither of the equations explicitly address 11:47:10
24 endogeneity. Obviously the timing of these 11:47:16
25 interventions is intended to do so, and I 11:47:18

Page 448

1 believe, but I would have to check, that 11:47:21
2 there's a footnote about exploration of IV 11:47:23
3 modeling, but -- 11:47:27
4 Q. Why don't -- 11:47:27
5 A. -- of the models themselves. 11:47:28
6 Q. Sure. Why don't we -- why don't we check 11:47:30
7 the footnote that I've been able -- 11:47:30
8 A. Okay. 11:47:30
9 Q. -- to find at least -- 11:47:33
10 A. Okay. That's good. 11:47:33
11 Q. -- which is Footnote 63 on Page 16. 11:47:34
12 A. Excellent. 11:47:37
13 Q. Are you there? 11:47:39
14 A. Yes. 11:47:40
15 Q. Okay. You write that "I will further 11:47:40
16 explore and address through statistical 11:47:44
17 tests and alternative specifications the 11:47:47
18 possible endogeneity of off-label 11:47:49
19 promotion." 11:47:53
20     Did I read that correctly? 11:47:53
21 A. Yes, you did. 11:47:54
22 Q. So you would agree that off-label promotion 11:47:55
23 in your model is possibly endogenous, 11:47:58
24 correct? 11:48:02
25 A. Possibly, yes. 11:48:02

35 (Pages 445 to 448)

M. ROSENTHAL

**Page 449**

1 Q. Is it possible that on-label promotion 11:48:03
2 could also be endogenous? 11:48:11
3 A. On-label promotion could be endogenous to 11:48:13
4 off-label use? 11:48:16
5 Q. Yes. 11:48:17
6 A. I suppose -- I would need to think about it 11:48:17
7 for a minute. So what's the omitted 11:48:21
8 variable there? Well -- 11:48:24
9 Q. You're going to have to help me. 11:48:29
10 A. One could perhaps always construct a 11:48:31
11 scenario in which there's an omitted 11:48:35
12 variable, so on-label promotion, one of the 11:48:37
13 ways to try to fully specify the effects of 11:48:43
14 on-label use on off-label use is to put in 11:48:48
15 that on-label promotion, because otherwise 11:48:52
16 that would be an omitted variable, and also 11:48:55
17 time to put in variables like time since 11:48:57
18 the launch of the drug which captures the 11:49:00
19 natural diffusion of on-label and off-label 11:49:02
20 uses. 11:49:05
21     And so in a model you could always 11:49:06
22 construct a scenario in which there was 11:49:09
23 some omitted factor that was correlated and 11:49:11
24 then therefore some endogeneity here. But 11:49:14
25 I can't think of a mechanism. 11:49:17

**Page 450**

1 Q. Okay. Let me ask -- describe, you know, a 11:49:19
2 generic example here. 11:49:26
3 A. Okay. 11:49:28
4 Q. Endogeneity could well occur here because a 11:49:29
5 drug company might adjust its level of 11:49:31
6 promotional spending activities in response 11:49:33
7 to the quantity of the drug sold; is that 11:49:36
8 right? 11:49:40
9 A. It addresses -- I'm sorry, it adjusts the 11:49:40
10 quantity of spending on on-label promotion 11:49:44
11 due to the quantity of -- that it sells. 11:49:47
12 Q. Just for purposes of the example, let's not 11:49:50
13 even worry about on-label versus off-label. 11:49:52
14 We could talk about it -- why don't we talk 11:49:55
15 about off-label promotion just to make it 11:49:57
16 simple. Let me just spin out the question 11:49:59
17 again. 11:50:05
18 A. Okay. 11:50:05
19 Q. That endogeneity might well occur because a 11:50:05
20 manufacturer might adjust its level of 11:50:09
21 promotional spending or other activities 11:50:11
22 related to off-label uses in response to 11:50:13
23 the quantity of the drug sold for those 11:50:15
24 off-label uses? 11:50:18
25 A. Well, if we weren't distinguishing on-label 11:50:19

**Page 451**

1 and off-label, then certainly there is an 11:50:22
2 argument that promotional spending responds 11:50:25
3 to the level of sales. 11:50:28
4 Q. And so endogeneity might well occur in a 11:50:30
5 circumstance like that? 11:50:32
6 A. It might well, but I think we're just 11:50:33
7 trying to distinguish here between on- and 11:50:37
8 off-label. 11:50:40
9 Q. Okay. Fair enough. And I guess I'm happy 11:50:40
10 at this point to leave the on-label/ 11:50:44
11 off-label distinction. 11:50:47
12 A. Okay. 11:50:48
13 Q. Now, just referring again just to the 11:50:48
14 off-label uses, failure to account for the 11:50:50
15 sort of endogeneity that I described in my 11:50:53
16 last question would likely produce too high 11:50:55
17 an estimate of the impact of off-label 11:51:00
18 promotion, correct, failure to account for 11:51:02
19 that endogeneity? 11:51:06
20 A. If that endogeneity proves to be, you know, 11:51:07
21 statistically shown, then, yes, that's 11:51:11
22 right. 11:51:13
23 Q. Here's another general question: 11:51:13
24 A. Okay. 11:51:19
25 Q. Is it possible that your model could omit a 11:51:19

**Page 452**

1 variable that affects both drug demand and 11:51:25
2 drug promotion? 11:51:29
3 A. Certainly it's always possible. I will try 11:51:30
4 to consider all the important variables 11:51:34
5 that might affect certainly my left-hand- 11:51:36
6 side variable. 11:51:40
7 Q. Okay. Would that be an endogeneity 11:51:41
8 problem, just terminologically, or would it 11:51:43
9 be something else? 11:51:45
10 A. Well, omitted variable bias to the extent 11:51:46
11 that we worry about it, it's because it's 11:51:49
12 causing -- it has a correlation with the 11:51:52
13 variable that you care about, here the 11:51:55
14 allegedly illegal activities, and with the 11:51:57
15 left-hand side variables, so they're the 11:52:00
16 same thing for our purposes here. 11:52:03
17 Q. Okay. 11:52:06
18 A. Unless we're -- I'm sorry, unless we're 11:52:10
19 talking about the simultaneity that you 11:52:12
20 mentioned before, but I think we were 11:52:16
21 talking about a third variable, yes? 11:52:17
22 Q. I think that's right. Let's move on to -- 11:52:18
23 A. Okay. 11:52:22
24 Q. -- another part of -- or I guess another 11:52:22
25 piece of this sentence in Footnote 63 -- 11:52:26

### Page 453

1  A. Okay. 11:52:30
2  Q. -- in which you say that you "will further 11:52:31
3     explore and address through statistical 11:52:35
4     tests and alternative specifications 11:52:37
5     possible endogeneity." 11:52:40
6        What statistical tests do you have 11:52:45
7     in mind? 11:52:47
8  A. Well, there's the Hausman test for 11:52:47
9     endogeneity. Excuse me. That's the 11:52:49
10    principal test for endogeneity. 11:52:54
11 Q. Can you tell me what the Hausman test is? 11:52:56
12 A. Well, I can't tell you exactly what goes 11:52:57
13    into the test. I'd have to say I would 11:52:59
14    have to look at the test itself, but it 11:53:01
15    essentially looks for that correlation you 11:53:02
16    talked about in the residuals and the 11:53:05
17    variable that -- of interest. So if -- 11:53:07
18    those error terms, they have to do with the 11:53:13
19    correlation of the residuals. I actually 11:53:16
20    don't know the exact math on the test. I 11:53:18
21    can look it up, but... 11:53:21
22 Q. Have you ever used it before? 11:53:22
23 A. Sure. 11:53:25
24 Q. In what context? 11:53:28
25 A. Well, as an example, in my work on direct 11:53:29

### Page 454

1     consumer advertising. 11:53:32
2  Q. Any other context that you can think of? 11:53:34
3  A. No, but it's a pretty common test. I'm 11:53:37
4     sure I've used it in other contexts. 11:53:41
5  Q. Okay. Any other statistical tests other 11:53:45
6     than the Hausman test that you talked about 11:53:53
7     that you might run, or is that the one that 11:53:56
8     you would expect you would use? 11:53:58
9  A. That's the main test, but of course this 11:54:00
10    will all be in the context of a larger set 11:54:02
11    of specification tests about -- excuse me. 11:54:04
12    You want to correctly specify the time 11:54:07
13    relationships, in particular in this model 11:54:11
14    with regard to lags, with regard to whether 11:54:14
15    it's a linear trend or a quadratic trend, 11:54:16
16    these specification issues are important 11:54:20
17    for getting good estimates as well. 11:54:21
18 Q. Now, the specification issues that you 11:54:24
19    talked about, are those the alternative 11:54:26
20    specifications that you referred to in this 11:54:27
21    sentence, or is it something else? 11:54:30
22 A. The alternative specifications that I 11:54:31
23    referred to in the sentence include 11:54:33
24    different ways of modeling time itself, as 11:54:35
25    well as potentially examining instrumental 11:54:38

### Page 455

1     variables analysis, which is a two-stage 11:54:41
2     model where one predicts the variable of 11:54:44
3     interest here, the allegedly illegal 11:54:49
4     promotions and uses that predicted value 11:54:52
5     instead of the number itself. 11:54:54
6        So to address your earlier concern 11:54:55
7     about the simultaneity between promotional 11:54:58
8     spending and the quantity of the drug 11:55:02
9     prescribed, for example, you could use an 11:55:05
10    instrumental variables analysis there. 11:55:08
11    That may be appropriate depending on what 11:55:10
12    the data show. 11:55:12
13 Q. Okay. So in terms of the -- I just want to 11:55:12
14    make sure I have a complete sense of the 11:55:23
15    different approaches that you might use to 11:55:24
16    address endogeneity. Is there anything 11:55:26
17    else other than what you've just described, 11:55:29
18    the Hausman test, the specification test 11:55:30
19    that you discussed an answer or two ago, 11:55:32
20    the work that you would do that you just 11:55:37
21    described as being -- falling within the 11:55:39
22    category of alternative specifications? 11:55:42
23 A. I haven't considered all the possibilities, 11:55:45
24    but I would say those are probably among 11:55:48
25    the most important. And clearly in this 11:55:50

### Page 456

1     context, understanding the timing of the 11:55:52
2     specific events and spending relative to 11:55:56
3     the use and modeling that timing 11:55:59
4     appropriately is really a critical part of 11:56:03
5     this question. 11:56:05
6        In your example of violent 11:56:09
7     behavior, part of the problem is we don't 11:56:12
8     know which came first. And here in many 11:56:14
9     cases we know when the median was relative 11:56:16
10    to the use. 11:56:20
11 Q. If you can't tell which came first, does 11:56:23
12    that make it impossible to unravel an 11:56:24
13    endogeneity problem? 11:56:28
14 A. It doesn't make it impossible. Using 11:56:31
15    instrumental variables analysis for example 11:56:33
16    doesn't rely on timing. 11:56:41
17 Q. Are there any other ways other than 11:56:42
18    instrumental variable analysis that you 11:56:44
19    could -- that you don't rely on timing to 11:56:46
20    unwind an endogeneity problem? 11:56:49
21 A. Instrumental variables would be sort of the 11:56:51
22    chief candidate. 11:56:55
23 Q. Okay. 11:56:57
24 A. To the extent that the endogeneity problem 11:56:57
25    relates to observables one can also do some 11:57:00

M. ROSENTHAL

Page 457

1  kind of propensity score matching.  11:57:03
2  Q. Some what?  11:57:05
3  A. Some of kind of matching. If we had two  11:57:06
4     groups again, a group of doctors that  11:57:08
5     should be effected and a group that  11:57:11
6     shouldn't, we could do some matching  11:57:12
7     between those and look at the difference in  11:57:14
8     the effects and estimate that as the  11:57:17
9     impact.  11:57:20
10 Q. Doing the sort of matching that you just  11:57:21
11    described would require getting data from  11:57:23
12    individual doctors, though, I take it?  11:57:25
13 A. Or, again, if we looked at submarkets or  11:57:26
14    subgroups of specialties so not initially  11:57:31
15    individual doctors but groups.  11:57:36
16 Q. And you'd need to be able to -- well, I'll  11:57:39
17    withdraw the question.  11:57:41
18 A. Okay.  11:57:42
19 Q. So one of the things that you've just been  11:57:42
20    discussing is instrumental variable  11:57:47
21    analysis?  11:57:49
22 A. Uh-huh.  11:57:51
23 Q. For clarity of the record and for my own  11:57:51
24    edification, could you tell me what an  11:57:56
25    instrumental variable is?  11:57:58

Page 458

1  A. An instrumental variable is something  11:57:59
2     that's correlated with the variable of  11:58:02
3     interest, let's call it promotional  11:58:05
4     spending for argument, but is not other  11:58:07
5     than through the variable of interest  11:58:10
6     correlated with your outcome of interest,  11:58:12
7     use. So it predicts promotional spending  11:58:16
8     but only to the extent that through  11:58:21
9     promotional spending does it predict the  11:58:23
10    outcome itself. It doesn't have any  11:58:26
11    independent effect on the outcome.  11:58:28
12 Q. Is it correct to say that an instrumental  11:58:29
13    variable must be uncorrelated with the  11:58:34
14    error term?  11:58:35
15 A. Instrumental variable must be uncorrelated  11:58:36
16    with the error term in the primary  11:58:41
17    regression or in the logistic regression  11:58:45
18    that it's in.  11:58:49
19 Q. Can you explain to me what that means in --  11:58:56
20 A. Well, the instrumental variable itself, if  11:58:58
21    we -- I mean, there are two ways of  11:59:01
22    thinking about instrumental variables,  11:59:03
23    whether it's going to -- you're talking  11:59:04
24    about a two-step regression or putting the  11:59:05
25    instrument directly into the regression,  11:59:08

Page 459

1     let's assume that there's this first model  11:59:10
2     you develop that says there's some  11:59:12
3     characteristics that you control for  11:59:16
4     everything that predicts promotional  11:59:17
5     spending, including for this instrumental  11:59:20
6     variable which again has the  11:59:22
7     characteristics of not being correlated  11:59:23
8     with the outcome of interest. It doesn't  11:59:25
9     cause the outcome of interest, so it  11:59:28
10    shouldn't be correlated with the residuals,  11:59:30
11    either.  11:59:32
12        And so that's sort of a -- that's  11:59:32
13    how you choose your instrumental variable.  11:59:34
14    And then you take that model and you  11:59:37
15    predict something, and then the second  11:59:38
16    model you predict -- take that predicted  11:59:39
17    value plus all those other control  11:59:41
18    variables but not -- not now your  11:59:44
19    instrument. Your instrument is excluded  11:59:46
20    from the second stage.  11:59:48
21        And so by selection the variable  11:59:50
22    that you choose to use in the first stage  11:59:53
23    and not the second stage, your instrument,  11:59:55
24    should not be correlated with the residuals  11:59:58
25    in the first -- in the second stage.  12:00:00

Page 460

1  Q. Okay. Is the equation that you do in the  12:00:08
2     first stage the equation that will actually  12:00:15
3     generate the results at the end of the day  12:00:17
4     that you'll use in your model, or is it the  12:00:19
5     second stage --  12:00:21
6  A. It's the second stage.  12:00:21
7  Q. Okay.  12:00:22
8  A. You can think of the first stage as a way  12:00:26
9     to try to remove the bias.  12:00:27
10 Q. Okay. Putting it another way, setting  12:00:33
11    aside the questions, I think, about the  12:00:41
12    error term, you want a variable that is not  12:00:43
13    correlated with the dependent variable but  12:00:46
14    is as highly correlated as possible with  12:00:49
15    the endogenous or suspect variable?  12:00:52
16 A. Not correlated except again through. So  12:00:56
17    some variable that will predict promotion  12:00:59
18    will be correlated with the outcome of  12:01:01
19    interest, but only through promotion and  12:01:03
20    not through a different channel, okay?  12:01:06
21 Q. Okay. Insofar as you use instrumental  12:01:08
22    variables to try to identify or correct for  12:01:27
23    endogeneity, would you need an instrumental  12:01:29
24    variable for each component of the X  12:01:31
25    variable, you know, promotional activities,  12:01:34

38 (Pages 457 to 460)

Page 461

```
1   as well as an instrumental variable for          12:01:36
2   each -- or for the O variable, the               12:01:38
3   promotional spending?                            12:01:40
4 A. Potentially they would be different             12:01:41
5   variables, yes.                                  12:01:47
6 Q. When you say "potentially," what do you         12:01:47
7   mean?                                            12:01:49
8 A. I guess if you show that there's                12:01:49
9   endogeneity for each of those X variables,       12:01:51
10  then we would have to look for an                12:01:54
11  instrumental variable for each of them, but      12:01:57
12  it's not necessarily clear that they have        12:02:03
13  to be different instrumental variables.          12:02:04
14  They may have some similar set of                12:02:08
15  instruments and multiple instruments.            12:02:11
16 Q. What analysis, if any, have you already        12:02:14
17  undertaken at this point to determine            12:02:16
18  whether instrumental variables could be          12:02:18
19  used in your model to address endogeneity?       12:02:19
20 A. I haven't -- again, I don't have the data      12:02:23
21  to do this analysis yet, so I haven't            12:02:26
22  determined that instrumental variables is        12:02:28
23  needed, and I certainly haven't begun to         12:02:29
24  develop those models.                            12:02:34
25 Q. So I take it you haven't identified            12:02:35
```

Page 462

```
1   possible instrumental variables yet?             12:02:39
2 A. No. There are some that have been used in       12:02:40
3   the literature, as you may know.                 12:02:41
4 Q. What are the ones that you have in mind?        12:02:45
5 A. For detailing and sampling the literature       12:02:46
6   has used, I believe, variables having to do      12:02:53
7   with staffing in the pharmaceutical              12:02:59
8   companies for advertising, media prices.         12:03:01
9   Sort of the category of instruments that         12:03:08
10  people often look to, not the only               12:03:10
11  category, but a category of instruments          12:03:12
12  that people often look to are the supply         12:03:15
13  prices for whatever you're trying to get at      12:03:16
14  here, so this is essentially a demand            12:03:19
15  model.                                           12:03:23
16      So you can put in what it costs to           12:03:23
17  do the advertising instead of the                12:03:25
18  advertising itself. Those are commonly           12:03:27
19  used, as well as other measures. We used         12:03:32
20  one having to do with the order of entry of      12:03:35
21  the drug in that case across all conditions      12:03:38
22  in a therapeutic class, but in this case it      12:03:41
23  would be for a particular condition.             12:03:43
24 Q. Were there any others that you can think       12:03:47
25  of?                                              12:03:57
```

Page 463

```
1 A. Those are some examples.                        12:03:58
2 Q. Okay. All right. Let's turn back to Page        12:03:59
3   16, Footnote 63.                                 12:04:25
4 A. Okay.                                           12:04:28
5 Q. And look at the second-to-last sentence         12:04:28
6   there. It reads, "Likewise, it is possible       12:04:29
7   that multicollinearity among independent         12:04:37
8   variables may be found, since promotional        12:04:40
9   effects" -- "since promotional efforts,"         12:04:43
10  excuse me, "are often intentionally              12:04:45
11  coordinated. While multicollinearity can         12:04:47
12  complicate estimation of the model and           12:04:50
13  produce large estimated standard errors,         12:04:52
14  alternative specifications can be                12:04:55
15  developed."                                      12:04:57
16      You refer in these sentences to              12:05:00
17  multicollinearity, correct?                      12:05:01
18 A. Yes, that's right.                             12:05:03
19 Q. And by "multicollinearity," am I right that    12:05:05
20  you mean a situation in which two or more        12:05:08
21  of the independent variables are highly          12:05:11
22  correlated with one another?                     12:05:14
23 A. That's correct.                                12:05:15
24 Q. And you would agree that in your model it's    12:05:15
25  possible that multicollinearity among            12:05:22
```

Page 464

```
1   independent variables may be found,              12:05:24
2   correct?                                         12:05:25
3 A. That's correct.                                 12:05:26
4 Q. Have you done any analysis to determine         12:05:26
5   whether such multicollinearity in fact           12:05:29
6   exists?                                          12:05:31
7 A. No, I have not. Again, I do not have the       12:05:31
8   data yet to do these analyses.                   12:05:34
9 Q. How would you determine when you have the       12:05:37
10  data whether variables in your model were        12:05:38
11  multicollinear?                                  12:05:44
12 A. Essentially one can look at a first pass at    12:05:45
13  the correlation matrix across independent        12:05:50
14  variables, correlation of --                     12:05:53
15 Q. Can you tell me what that means, please?       12:05:54
16 A. Well, the correlation is essentially the       12:05:57
17  extent to which these variables co-vary          12:06:01
18  over time, and so if there's a high degree       12:06:03
19  of correlation, for example, in two of the       12:06:07
20  right-hand side variables, this leads to,        12:06:12
21  again, this problem with the standard            12:06:16
22  errors.                                          12:06:19
23      And generally sort of looking at             12:06:19
24  those covariates there's a matrix. Imagine       12:06:21
25  that, you know, there's a list of your           12:06:24
```

M. ROSENTHAL

Page 465

1  independent variables across the top and
2  across the bottom, and there's a
3  correlation coefficient that goes with each
4  one. In that correlation coefficient,
5  usually people look for -- if there's a
6  correlation of .8 or above, then that's
7  deemed to be a problem. That's sort of a
8  rule of thumb rather than a precise number,
9  but one can also look at linear
10 combinations of variables in the
11 correlations there.
12 Q. When you say "a correlation of Point A or
13    above" --
14 A. I'm sorry, .8.
15 Q. Oh, I see. Okay.
16 A. I beg your pardon.
17 Q. Not at all. I'm sorry I misheard. What
18    are the consequences of not addressing
19    multicollinearity in a regression model?
20 A. Well, if it's extreme, many software pages
21    will simply drop the variables, they won't
22    be able to estimate the model at all. And
23    otherwise, it can lead to, again, these
24    very large standard errors. So it can make
25    the situation where it's impossible to pull

Page 466

1  apart the effects of that -- of the two
2  highly correlated variables. All of these
3  effects depend on the type of model as
4  well.
5  Q. Now, it's correct that one reason that
6     multicollinearity may be found in your
7     model is that promotional efforts are often
8     intentionally coordinated; is that correct?
9  A. I mean, that seems like a reasonable
10    assumption that they may be coordinated.
11 Q. Right. I think --
12 A. When you say "often," I just don't have any
13    data, so often coordinated, but --
14 Q. The reason I use the terminology --
15 A. Did I say "often"?
16 Q. -- that's what you say in the second-to-
17    last sentence of Footnote 63.
18 A. I believe that they can certainly be
19    coordinated.
20 Q. Would you disagree with what you wrote here
21    as to the possibility that -- or the fact
22    that promotional efforts are often
23    intentionally coordinated?
24 A. No, I'm sorry, I don't disagree with that
25    statement.

Page 467

1  Q. Now, what that means is that there could be
2     multicollinearity between some of the
3     on-label promotional variables on the one
4     hand and some of the off-label promotional
5     variables on the other hand, correct?
6  A. I believe it's possible. I guess, I was
7     thinking more in terms of if you have an
8     event, then you follow up with free samples
9     or something. The coordination of
10    off-label and on-label, I guess it would
11    sort of depend on what exactly we were
12    talking about, but it seems possible that
13    they could be coordinated.
14 Q. Right. And so that -- all right. Well,
15    let's assume for purposes of these
16    questions that multicollinearity does exist
17    between --
18 A. Okay.
19 Q. -- on-label and off-label promotional
20    variables in your model.
21 A. Yes.
22 Q. How would you address that?
23 A. Well, I do think, as I mentioned, it might
24    be necessary to selectively eliminate some
25    variables, and in this context I would do

Page 468

1  so in the most conservative way. So if
2  there were events closely timed, just as an
3  example, events closely timed for on- and
4  off-label promotion and I couldn't separate
5  them in the model, I would have to trade
6  that all to be on-label use.
7  Q. Now, when you talk about selectively
8     eliminating some variables, that would be
9     simply dropping one of the two
10    multicollinear variables in order to
11    address the problem. Is that a correct
12    understanding?
13 A. Essentially, yes.
14 Q. And that's typically sort of the easiest
15    way of addressing this problem?
16 A. So either dropping variables or changing
17    specification in some way. You can imagine
18    in some examples changing the way those
19    variables were specified would reduce the
20    collinearity.
21 Q. Okay. Now, if there was multicollinearity
22    between certain on-label promotional
23    activities on the one hand and off-label
24    promotional activities on the other hand --
25    well, why don't I withdraw the question --

40 (Pages 465 to 468)

M. ROSENTHAL

### Page 469

1  A. Okay.  12:10:49
2  Q. -- and state it more precisely.  12:10:49
3     If there is multicollinearity  12:10:53
4     between certain on-label variables and  12:10:53
5     on-label promotional variables and  12:10:56
6     off-label promotional variables on the  12:10:57
7     other hand, you wouldn't simply be able to  12:10:59
8     drop one set of those variables from your  12:11:03
9     equation; is that right?  12:11:06
10 A. Essentially, in my view, in that situation  12:11:07
11    I would have to not attribute the effect  12:11:11
12    of -- those two variables I couldn't  12:11:14
13    separate them, right? So they have -- they  12:11:16
14    appear to have some common effect, but if I  12:11:18
15    exclude one, there's bias. Generally in  12:11:20
16    this model you do the best you can, but I  12:11:24
17    wouldn't -- so that is, you choose which  12:11:26
18    one to exclude for the purposes of the  12:11:29
19    model, but I wouldn't attribute -- then  12:11:31
20    attribute that effect to the allegedly  12:11:34
21    illegal activities because I couldn't fully  12:11:37
22    identify those.  12:11:39
23 Q. Right. In other words, you wouldn't be  12:11:40
24    able to account for what the relative  12:11:42
25    effects were on Q?  12:11:43

### Page 470

1  A. Right. So I would have to assume -- to be  12:11:44
2     conservative, I would have to assume that  12:11:46
3     they were all coming from the illegal  12:11:48
4     activities.  12:11:49
5  Q. And in such a circumstance you would  12:11:49
6     potentially -- well, I'll withdraw that  12:12:08
7     question.  12:12:13
8  A. Okay.  12:12:13
9  Q. All right. How many observations do you  12:12:13
10    think you'll have for purposes of  12:12:41
11    estimating the models that you propose?  12:12:42
12 A. I can't say how many observations I'll have  12:12:43
13    at this point. You mean the underlying  12:12:46
14    data from the NDTI or the --  12:12:51
15 Q. Yeah.  12:12:53
16 A. I don't know at this point what will be the  12:12:53
17    basis for that. The way this is described,  12:12:55
18    this time series model, essentially they'll  12:12:58
19    use an aggregated monthly data on the  12:13:02
20    left-hand side. That will be based on a  12:13:04
21    different sample size depending on which  12:13:07
22    data source appears to be the most  12:13:09
23    appropriate.  12:13:11
24 Q. Okay. But in terms of the number of  12:13:11
25    observations, what we would be talking  12:13:15

### Page 471

1     about, I guess, would be one observation  12:13:16
2     per month for the length of the class  12:13:19
3     period?  12:13:21
4  A. That's essentially what an aggregate model  12:13:21
5     looks like, yes.  12:13:23
6  Q. Right. And so that's -- without actually  12:13:24
7     sitting down and doing the math, would that  12:13:27
8     be a reasonable way of coming up with the  12:13:29
9     number of observations that you would  12:13:32
10    imagine using in your model?  12:13:35
11 A. Right. So there are -- there's as many  12:13:37
12    observations as there are months and  12:13:41
13    diagnose -- times diagnoses, right?  12:13:43
14 Q. Okay.  12:13:47
15 A. And potentially dosages. But essentially  12:13:51
16    you're right.  12:13:56
17 Q. Okay. To what extent do the number of  12:13:56
18    observations limit the number of  12:14:01
19    independent variables that you can use in  12:14:03
20    your analysis?  12:14:05
21 A. There is a natural limit there in terms of  12:14:06
22    what's called degrees of freedom, so at  12:14:09
23    some --  12:14:13
24 Q. What is -- go ahead.  12:14:13
25 A. Well, so degrees of freedom have to do with  12:14:14

### Page 472

1     the number of observations and the number  12:14:19
2     of -- sorry, observations and variables and  12:14:21
3     you're right, the number of observations --  12:14:28
4     certainly the number of independent  12:14:30
5     variables cannot exceed the number of  12:14:32
6     observations.  12:14:34
7  Q. So is that the natural limit that you  12:14:34
8     described in your first answer?  12:14:40
9  A. That's the extreme limit, but clearly  12:14:42
10    sooner than that you would run out of power  12:14:46
11    to test anything within reasonable bounds.  12:14:49
12    And so it's a matter of how much power  12:14:52
13    you're looking for.  12:14:55
14 Q. When you say "sooner than that," you mean  12:14:56
15    when the number of independent variables  12:15:00
16    approaches but doesn't yet reach --  12:15:03
17 A. That's right.  12:15:05
18 Q. -- the total number of observations?  12:15:06
19 A. That's right.  12:15:08
20 Q. Okay. And that the one-to-one ratio is an  12:15:08
21    extreme limit?  12:15:12
22 A. Very extreme.  12:15:13
23 Q. What's a less extreme limit?  12:15:15
24 A. I think it's really going to depend here on  12:15:18
25    what kinds of power we're looking for in  12:15:23

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868                                    516-608-2400