Page 393

1  way in your report, in your analysis?  10:34:07
2  A. Not -- since there is no data analysis in  10:34:08
3     my report, the answer is no. We wanted to  10:34:15
4     get a sense of the categories of data. As  10:34:19
5     I mentioned -- as we discussed yesterday,  10:34:26
6     looking at the -- some data from the  10:34:28
7     Franklin case that had been produced from  10:34:30
8     the National Disease and Therapeutic Index,  10:34:32
9     they have data by ICD-9 code. We're trying  10:34:36
10    to understand those data a little better.  10:34:39
11    So we wanted to take a preliminary grouping  10:34:41
12    of those ICD-9 codes to see how they mapped  10:34:45
13    to these categories.  10:34:48
14 Q. Okay. Can you tell me the circumstances in  10:34:52
15    which the document was prepared, so in  10:34:54
16    other words, who asked for it to be  10:34:59
17    prepared?  10:35:00
18 A. I'm not sure who asked for it to be  10:35:01
19    prepared. Again, when these data came to  10:35:06
20    light in the Franklin case, we wondered  10:35:08
21    what we would learn from them, how relevant  10:35:11
22    they were. We didn't want to rely on the  10:35:13
23    groupings necessarily that had been done by  10:35:15
24    previous experts. As we mentioned  10:35:21
25    yesterday, it was an attachment to their  10:35:24

Page 394

1     report. And so it was either myself or  10:35:26
2     potentially Ms. Rushnawitz that asked for  10:35:29
3     this categorization to be done.  10:35:31
4  Q. Okay. And would it have been something  10:35:34
5     that was commissioned on or about August  10:35:37
6     3rd of 2005, which is the date that appears  10:35:39
7     at the top of the document?  10:35:41
8  A. I think it may have been updated around --  10:35:46
9     I honestly -- I'm sorry, I just don't know.  10:35:48
10    I assume that that's the correct date --  10:35:50
11 Q. That's fine.  10:35:52
12 A. -- because it's there.  10:35:52
13 Q. Do you know who Ben Sommers is?  10:35:53
14 A. I do.  10:35:55
15 Q. Who's Ben Sommers?  10:35:56
16 A. He's a medical student that occasionally  10:35:57
17    works with us.  10:35:59
18 Q. When you say "us," what do you mean?  10:36:02
19 A. With Greylock McKinnon.  10:36:03
20 Q. Do you know if he's compensated for the  10:36:04
21    work that he does?  10:36:10
22 A. I'm certain that he is.  10:36:10
23 Q. Do you have any sense for why his name  10:36:11
24    wouldn't have appeared on any of the  10:36:13
25    invoices that we received?  10:36:14

Page 395

1  A. I honestly don't know.  10:36:16
2  Q. Do you know what your instructions or Ms.  10:36:22
3     Rushnawitz's instructions were to Mr.  10:36:26
4     Sommers in preparing this document?  10:36:28
5  A. I'm not 100 percent sure about the exact  10:36:32
6     instruction, but I believe it went  10:36:35
7     something like this: Given that we have a  10:36:37
8     list of ICD-9 codes from that National  10:36:40
9     Disease and Therapeutic Index database, I  10:36:43
10    believe that these are all the ICD-9 codes  10:36:47
11    for which Neurontin was prescribed and that  10:36:49
12    he was then instructed to categorize them  10:36:54
13    into major groups, and I believe he was  10:36:56
14    given the categories as well.  10:37:00
15 Q. Okay.  10:37:01
16 A. Okay.  10:37:05
17 Q. On the subject of the categories maybe if I  10:37:05
18    could just -- well, I'll withdraw that  10:37:12
19    question.  10:37:14
20    Do you know if he wrote the  10:37:14
21    commentary that appears on the document?  10:37:15
22    So, for example, under the first heading,  10:37:18
23    which is "Seizures & Epilepsy," there is an  10:37:20
24    italicized notation that says, "These are  10:37:24
25    all variants on seizure disorders."  10:37:27

Page 396

1  A. I believe those are his notes, yes.  10:37:28
2  Q. Okay. All right. Now, I think we've  10:37:30
3     discussed before that you expect that  10:37:43
4     you'll receive data for your model that's  10:37:44
5     broken down by ICD-9 codes?  10:37:46
6  A. Again, one of the major sources of data  10:37:48
7     that I talked about yesterday would be  10:37:50
8     these kinds of data from the National  10:37:51
9     Disease and Therapeutic Index, and those  10:37:54
10    are broken down by ICD-9 codes.  10:37:55
11 Q. Is there any other data other than the NDTI  10:37:57
12    data that you imagine would be broken down  10:38:00
13    by ICD-9 codes?  10:38:02
14 A. There's a similar database that I've  10:38:03
15    learned about subsequently that's produced  10:38:05
16    by Verispan. I haven't worked with those  10:38:07
17    data myself, but I believe they are also  10:38:09
18    broken out by ICD-9 codes. They're  10:38:11
19    referenced --  10:38:17
20 Q. How about -- how about data from -- I'm  10:38:19
21    going to have to just give you the acronyms  10:38:20
22    since I don't know --  10:38:22
23 A. That's okay.  10:38:22
24 Q. -- what all the letters stand for, but  10:38:22
25    NAMCS?  10:38:26

22 (Pages 393 to 396)

Page 397

1  A. Yeah, I reference those as well in my  10:38:27
2     declaration. It's possible that I'll use  10:38:30
3     the NAMCS data, if that's okay, N-A-M-C-S.  10:38:33
4  Q. Do you know if they're broken down by ICD-9  10:38:38
5     codes as well?  10:38:41
6  A. They have condition codes. I believe  10:38:41
7     they're ICD-9 codes as well.  10:38:42
8  Q. Okay. Now, setting aside the data that you  10:38:50
9     mentioned before that was produced in the  10:38:58
10    Franklin case, which we can talk about  10:38:59
11    later --  10:39:02
12 A. Okay.  10:39:02
13 Q. -- have you collected any of this data yet?  10:39:03
14 A. We have sent a request for data to the  10:39:05
15    defendants, but I do not yet have access to  10:39:08
16    these kinds of data aside from the Franklin  10:39:10
17    case, yeah.  10:39:13
18 Q. All right. You haven't sought to collect  10:39:14
19    the data from any of these sources,  10:39:16
20    directly from any of these sources,  10:39:19
21    correct?  10:39:21
22 A. No, I have not done so for a variety of  10:39:21
23    reasons. One, it's very expensive to  10:39:24
24    obtain data from IMS Health directly, and  10:39:27
25    two, they don't allow this data to be used  10:39:31

Page 398

1     for litigation purposes.  10:39:33
2  Q. You mentioned IMS. Is that also true of  10:39:34
3     NAMCS?  10:39:39
4  A. The NAMCS is available publicly. And I'm  10:39:40
5     sorry, I have looked in general at those  10:39:45
6     data to see the frequency with which  10:39:48
7     Neurontin shows up, for example.  10:39:51
8  Q. Okay. Okay. Let's look at Rosenthal  10:39:52
9     Exhibit 15 a lot more closely.  10:40:00
10 A. Okay.  10:40:01
11 Q. If you flip through it, you'll see that  10:40:02
12    there are four different bold headings that  10:40:09
13    appear in this document. The first one is  10:40:14
14    "Seizures & Epilepsy." The second one is  10:40:17
15    "Psychiatric Diagnoses/Mental Illness," the  10:40:23
16    third one is "Pain," and the last one is  10:40:26
17    "Migraine," correct?  10:40:32
18 A. That's correct.  10:40:34
19 Q. Would you agree that these roughly  10:40:34
20    correspond, maybe even not so roughly  10:40:37
21    correspond, with the different groupings  10:40:40
22    that are referenced in Footnote 64 of your  10:40:44
23    declaration?  10:40:47
24 A. Yes, that's correct.  10:40:47
25 Q. Who decided on this particular aggregation?  10:40:54

Page 399

1  A. This aggregation, again, was provided to us  10:40:56
2     by Ben Sommers.  10:41:01
3  Q. Do you have an understanding for what  10:41:02
4     dictated which ICD-9 codes belonged in  10:41:07
5     which group?  10:41:10
6  A. His knowledge of the clinical issues  10:41:16
7     related to each of these conditions.  10:41:18
8  Q. But it was a determination he made based on  10:41:19
9     his own clinical knowledge?  10:41:23
10 A. That's right.  10:41:24
11 Q. Did he have input from you or Ms.  10:41:25
12    Rushnawitz at all on the subject?  10:41:28
13 A. Of how to categorize these? No, we were  10:41:29
14    seeking some understanding from him about  10:41:32
15    how these things generally played out.  10:41:34
16 Q. Okay. Your ability to accurately  10:41:35
17    disaggregate, in your mind, by indication  10:41:46
18    will depend on the correctness or accuracy  10:41:47
19    of the ICD-9 codes?  10:41:50
20 A. My ultimate analyses, this analysis --  10:41:53
21 Q. Not necessarily this document. Let's set  10:41:57
22    this document to one side for purposes of  10:41:58
23    this question. But just the accuracy of --  10:42:00
24    well, depending on your ability to  10:42:03
25    accurately group indications by ICD-9 code,  10:42:05

Page 400

1     correct?  10:42:09
2  A. In terms of those categories which I'm  10:42:09
3     ultimately directed by counsel are to be  10:42:13
4     the indications to be considered for  10:42:16
5     damages, yes.  10:42:17
6  Q. And in the same way your ability to  10:42:25
7     distinguish between on-label and off-label  10:42:27
8     prescriptions of Neurontin will depend on  10:42:28
9     your being able to accurately group  10:42:30
10    diagnoses using ICD-9 codes, correct?  10:42:35
11 A. That's correct.  10:42:38
12 Q. So to put it another way, without data from  10:42:43
13    whatever source it is, whether it's NDTI or  10:42:46
14    NAMCS, broken down by indication your model  10:42:49
15    would not be able to separate out on-label  10:42:52
16    from off-label prescriptions; is that  10:42:55
17    correct?  10:42:59
18 A. Though as we discussed yesterday there's a  10:42:59
19    simplified version of the model that  10:43:03
20    wouldn't distinguish them, that would look  10:43:04
21    at the effects of off-label prescribing on  10:43:06
22    total prescriptions, but as you noted  10:43:09
23    yesterday, it's not as good a model, it's  10:43:13
24    not as detailed a model as the model where  10:43:14
25    we break it out indication by indication.  10:43:17

**Page 401**

1  That is a model that can be run.  10:43:19
2  Q. Right. But I guess if we were interested  10:43:20
3     in separating out on-label prescriptions  10:43:22
4     from off-label prescriptions?  10:43:24
5  A. Clearly we need to be able to identify  10:43:25
6     them.  10:43:28
7  Q. Right. And the way to identify them is  10:43:28
8     with ICD-9 codes, correct?  10:43:29
9  A. That certainly seems to be the way that I  10:43:31
10    would think about going about it. Right  10:43:32
11    now I can't think of another way to do it,  10:43:33
12    but there may be other kinds of disease  10:43:36
13    groupings. ICD-9 is obviously the most  10:43:38
14    commonly used disease grouping.  10:43:43
15 Q. And as you sit here today, that's the way  10:43:44
16    that you envision doing this? You can't  10:43:48
17    think of another way that you can do it?  10:43:49
18 A. As I sit here today, I would expect to use  10:43:49
19    diagnosis codes, yes.  10:43:51
20 Q. Did you discuss the use of those groups  10:43:53
21    with anybody else other than Ms. Rushnawitz  10:43:56
22    and Mr. Sommers?  10:43:58
23 A. I'm sorry, I don't know what you mean by  10:43:59
24    that question. Did I discuss --  10:44:00
25 Q. The use of -- that's a slightly confused  10:44:02

**Page 402**

1     question, I think.  10:44:10
2  A. Okay.  10:44:10
3  Q. All right. We discussed yesterday how --  10:44:11
4     and to some degree today as well how  10:44:23
5     counsel would instruct you which  10:44:26
6     indications to run through your model,  10:44:27
7     correct?  10:44:28
8  A. That's correct.  10:44:29
9  Q. And it would be through their instructions  10:44:29
10    that you would seek to exclude any uses for  10:44:42
11    which there have been no -- there had been  10:44:44
12    no fraudulent promotion?  10:44:45
13 A. That's correct.  10:44:48
14 Q. And you wouldn't be conducting any analysis  10:44:51
15    yourself as to whether defendants promoted  10:44:54
16    Neurontin for a given off-label use?  10:44:55
17 A. I wouldn't be conducting any analysis  10:44:57
18    myself to identify what falls into that  10:45:02
19    category, yes.  10:45:03
20 Q. Okay. At this point I'm assuming they  10:45:04
21    haven't yet identified any ICD-9 codes that  10:45:09
22    are listed on Rosenthal Exhibit 15 that you  10:45:12
23    would not include in your analysis --  10:45:15
24 A. No. I --  10:45:15
25 Q. -- is that correct?  10:45:17

**Page 403**

1  A. That's correct. I have not received  10:45:17
2     specific instructions from counsel. In my  10:45:20
3     reading of the complaint as -- even the  10:45:22
4     original complaint that these categories  10:45:27
5     are described in broader terms. I don't  10:45:29
6     recall that they used ICD-9 codes there.  10:45:32
7  Q. Would you agree with me that the document  10:45:35
8     that -- well, would you agree with me that  10:45:39
9     Rosenthal 15 contains an exceedingly broad,  10:45:43
10    maybe even wildly overinclusive list of  10:45:50
11    possible ICD-9 codes to include in your  10:45:54
12    analysis?  10:45:57
13 A. This document -- my understanding of what's  10:45:57
14    in this document is that it includes every  10:46:01
15    ICD-9 code for which Neurontin is  10:46:04
16    prescribed. I don't know if any were  10:46:05
17    excluded, so it's a complete list.  10:46:10
18 Q. Okay. Fair enough. I think just to sort  10:46:13
19    of follow up on that question, if you can  10:46:19
20    turn to the second-to-last page.  10:46:21
21 A. Okay.  10:46:23
22 Q. These pages aren't -- or maybe they are  10:46:23
23    numbered on yours.  10:46:26
24 A. 97.  10:46:27
25 Q. Yeah, GMA97, thank you. At the very bottom  10:46:28

**Page 404**

1     of the page there is an italicized notation  10:46:33
2     that reads, "The last page or so is filled  10:46:34
3     with non-neuropathic pain" -- oh, I'm  10:46:37
4     sorry.  10:46:37
5  A. Sorry. 96. I'm with you now.  10:46:45
6  Q. Let me start again. So we're looking at  10:46:47
7     GMA96, and what I'm looking at is the  10:46:49
8     italicized notation at the very bottom of  10:46:52
9     the page which reads, "The last page or so  10:46:53
10    is filled with non-neuropathic pain -- i.e.  10:46:55
11    your nerves work fine, you've just got a  10:46:58
12    major injury -- so Neurontin really isn't  10:47:01
13    the recommended drug, but who knows what  10:47:03
14    doctors are giving."  10:47:05
15        That would suggest to you -- that  10:47:07
16    would confirm your sense that this is an  10:47:08
17    inclusive list, correct?  10:47:09
18 A. Right. Again, he was trying to categorize  10:47:11
19    everything in the list in some way and to  10:47:14
20    explain to us what these things really were  10:47:17
21    in laymen's terms.  10:47:20
22 Q. Here's a question for you: Do you expect  10:47:30
23    that it would be you or plaintiffs' counsel  10:47:35
24    or somebody else who would seek to  10:47:39
25    translate the indications at issue in the  10:47:41

24 (Pages 401 to 404)

**Page 405**

1  case at whatever the appropriate time is
2  into the ICD-9 codes that are listed here
3  for purposes of deciding what to include in
4  your model?
5  A. That's a good question. Having not reached
6  that juncture of the investigation, it
7  would certainly not be me. I think the
8  question is whether it would be a clinical
9  expert under their direction or a clinical
10 expert under my direction who incidentally
11 wouldn't be a medical student but a real
12 clinical expert in this area. I don't know
13 at this time. I guess, again, I don't
14 understand exactly the legal issues around
15 what's in and what's out.
16 Q. Okay.
17 A. But by no means would I as an economist
18 decide which ICD-9 codes map to which
19 indications.
20 Q. But in any event, the process hasn't yet
21 been done?
22 A. No, that hasn't. This really is just a
23 grouping of all the existing data into some
24 categories that we could understand what
25 they meant.

**Page 406**

1  Q. So you don't know yet if you would have
2  difficulty matching ICD-9 codes with the
3  indications that are still relevant to the
4  case, because you haven't had to conduct
5  that analysis yet?
6  A. I have not conducted that analysis yet.
7  Q. How do you propose to treat PHN for
8  purposes of your grouping?
9  A. Again, as we discussed before, I'm not
10 entirely clear as to how that's going to be
11 treated legally, whether PHN is going to be
12 included as an indication to be considered.
13 And if it were, again, I think the issue
14 would be the same, consulting the
15 appropriate clinical expert as to which
16 ICD-9 codes would characterize PHN. I
17 don't know, sitting here, which those are.
18 Q. Okay. Would you agree at this point that
19 it would likely be important to be able to
20 isolate PHN prescriptions by ICD-9 codes
21 given that it's an on-label use for some
22 period of the class and it's an off-label
23 use for some period of the class?
24 A. I'm sorry, I just -- I haven't fully
25 thought about how to do that because I

**Page 407**

1  haven't considered --
2  Q. I'm just -- all I'm asking is whether you
3  would agree that it's something that you
4  would need to do.
5  A. It might be important if I need to exclude
6  them.
7  Q. Okay. Or if you need to decide how to
8  group them?
9  A. You mean in the period after approval, for
10 example?
11 Q. Either one.
12 A. Well, in the period before approval it
13 might be included with other neuropathic
14 pain, might it not?
15 Q. Okay.
16 A. In the period after it might be important
17 to decide how to identify it --
18 Q. Fair enough.
19 A. -- depending on, again --
20 Q. Fair enough. Could you take a second and
21 look through Rosenthal Exhibit 15 and find
22 for me the code for postherpetic neuralgia?
23     MR. NOTARGIACOMO: Objection.
24 A. Can you just tell me the answer to that
25 question? I'm assuming that it's not here,

**Page 408**

1  but...
2  Q. Your assumption, as far as I'm aware, is
3  correct, but I don't want to be the one to
4  represent that to you.
5  A. Okay. Well, then I'll need a few minutes.
6  Q. Take your time.
7      (Witness reviews document.)
8  A. To the best of my ability to understand
9  these clinical terms, I don't see
10 postherpetic neuralgia. I certainly don't
11 see those specific words.
12 Q. Do you have any understanding for why it's
13 not on the list?
14 A. No, I don't.
15 Q. There is no code for postherpetic
16 neuralgia, is there?
17 A. I have no knowledge of whether there is or
18 isn't.
19 Q. So as you sit here today, though, you're
20 not aware of a way to isolate prescriptions
21 of Neurontin for PHN; is that correct?
22 A. I am not aware of a way to do that at this
23 point, no. I can imagine one could combine
24 codes for the -- as we talked about
25 yesterday, I'm not really clear whether

409

postherpetic neuralgia is related to herpes 10:52:46
or herpes zoster, but in any case there is 10:52:49
some underlying condition that I believe 10:52:52
it's related to. There may be some way to 10:52:53
identify postherpetic neuralgia by looking 10:52:55
at a combination of neuropathic pain and 10:52:56
the underlying condition codes for both of 10:52:59
those, but as I sit here today, I do not 10:53:01
know how I would implement that. 10:53:04
Q. Okay. Both yesterday and today you 10:53:05
testified that you reviewed some data that 10:53:11
you understood came from NDTI that was 10:53:15
produced by defendants in the Franklin 10:53:17
case? 10:53:19
A. Yes, that's right. 10:53:20
Q. And when I asked about that data, you 10:53:21
referred me to Footnote 72 of your 10:53:23
declaration, correct, which is Exhibit 1 to 10:53:26
your deposition? 10:53:30
A. And Footnote 73, yes. 10:53:35
Q. Okay. Footnote 72 reads, "Counsel has 10:53:40
already provided a roll out of these data 10:53:42
and conducted preliminary analysis with 10:53:44
them. The data that I have reviewed 10:53:45
clearly allow for identifying prescription 10:53:47

410

patterns by diagnosis." 10:53:49
Did I read that correctly? 10:53:52
A. Yes, you did. 10:53:53
Q. And you just referred me to Footnote 73 as 10:53:54
well -- 10:53:58
A. Yes. 10:53:58
Q. -- which refers to Pages 63 to 65 of 10:53:58
Exhibit B to the affidavit of C. Seth 10:54:04
Landefeld, M.D. and Michael Steiman, M.D. 10:54:08
and I take it that that document contains 10:54:17
the materials that you reference in 10:54:19
Footnote 72? 10:54:21
A. That's correct. 10:54:22
Q. And that therefore that's the information 10:54:25
that you've reviewed to clearly allow for 10:54:27
identifying prescription patterns by 10:54:31
diagnosis? 10:54:32
A. And, again, the list of ICD-9 codes that 10:54:32
goes along with that, yes. 10:54:36
MR. POLUBINSKI: Okay. Now let's 10:54:37
mark the next exhibit. 10:54:39
(Exhibit No. 16, Affidavit of C. 10:54:39
Seth Landefeld, M.D. and Michael Steiman, 10:54:39
M.D., marked for identification.) 10:54:56
Q. Okay. I'm handing you a document that's 10:54:57

411

been marked as Rosenthal Exhibit 16. Can 10:54:58
you turn to the specific pages that are 10:55:11
referenced in Footnote 73 of your 10:55:12
declaration -- 10:55:15
A. Okay. 10:55:15
Q. -- which is to say Pages 63 to 65 of 10:55:15
Exhibit B. 10:55:18
A. Okay. 10:55:31
Q. These three pages are the pages that you 10:55:31
had in mind, correct? 10:55:33
A. That's right, particularly the -- I'm 10:55:34
sorry, I can't see the page numbers, 63. 10:55:37
Q. Okay. And if you flip back to Page 62 -- 10:55:39
A. Okay. Yes. 10:55:44
Q. -- the top of 62 reads, "Appendix 1: Use 10:55:48
of gabapentin - national and Medicaid 10:55:54
program estimates." 10:55:57
A. Yeah. 10:56:01
Q. So the graphs that you referred to in 10:56:01
Footnote 73 are part of Appendix 1 to this 10:56:05
report; is that correct? 10:56:09
A. That's my understanding, yeah. 10:56:09
Q. Are you aware that the graphs on Pages 63 10:56:11
to 65 were created by the lawyers, Greene 10:56:23
and Hoffman? 10:56:26

412

A. I believe that that's right, that analysis 10:56:27
was done by the lawyers, yes, which is why 10:56:29
I don't -- didn't use it specifically. 10:56:31
Q. Okay. Did you review the underlying report 10:56:36
to which this document is attached as an 10:56:38
exhibit? 10:56:40
A. I may have. We certainly tried to learn 10:56:40
where the data came from, what assumptions 10:56:44
they made in plotting the data, yes. 10:56:48
Q. Okay. If we could look at Page 43 -- 10:56:54
A. Okay. 10:57:00
Q. -- of the report that is attached as 10:57:00
Exhibit B to this declaration. That report 10:57:05
is called "Expert Consultant's Report, 10:57:10
United States ex rel Franklin versus 10:57:14
Pfizer, Inc., et al., prepared by Michael 10:57:17
Steiman, M.D., C. Seth Landefeld, M.D., 10:57:20
Mary-Margaret Chren, M.D." 10:57:25
A. I'm sorry, you've lost me. At which page? 10:57:28
Q. It's Page 43 of the -- 10:57:31
A. Okay. 10:57:33
Q. -- of Exhibit B, the underlying report. 10:57:33
MR. NOTARGIACOMO: I'm sorry, I 10:57:38
don't see that language on Page 43. 10:57:39
A. (Indicating.) 10:57:43

Page 413

```
 1  Q. That's Page 43.                              10:57:44
 2  A. I'm in the right place?                      10:57:45
 3  Q. Yes.                                         10:57:46
 4  A. Okay. Sorry.                                 10:57:47
 5       MR. NOTARGIACOMO: You've just              10:57:48
 6  read something that -- I'm not sure where       10:57:49
 7  it came from.                                   10:57:51
 8       MR. POLUBINSKI: Yeah, what I just          10:57:54
 9  read was the title of the report itself,        10:57:55
10  the title of what Exhibit B actually is.        10:57:56
11  A. Yes.                                         10:57:56
12       MR. POLUBINSKI: It's an expert             10:57:56
13  consultant's report.                            10:57:58
14  A. Okay.                                        10:57:58
15       MR. NOTARGIACOMO: Okay. Where              10:57:59
16  is -- I'm just asking where that language       10:57:59
17  is. What page?                                  10:58:01
18       MR. POLUBINSKI: Page 1 of Exhibit          10:58:01
19  B.                                              10:58:02
20  A. Yeah.                                        10:58:03
21       MR. POLUBINSKI: I was reading it           10:58:09
22  really just to give context of what Exhibit     10:58:10
23  B really is. I want focus on Page 43.           10:58:12
24  BY MR. POLUBINSKI:                              10:58:16
25  Q. If you could focus with me on the first two  10:58:17
```

Page 414

```
 1  sentences at the top of the page. They          10:58:23
 2  read, "Documents provided by Pfizer/Parke-      10:58:27
 3  Davis document massive growth in the use of     10:58:31
 4  gabapentin for unapproved uses over the         10:58:34
 5  mid- and late 1990s (RXD)" with a reference     10:58:38
 6  to Footnote 10, "These are explained            10:58:44
 7  graphically in Appendix 1."                     10:58:47
 8       You would agree that these                 10:58:51
 9  sentences refer to the graphs on Pages 63       10:58:51
10  to 65 that you cite --                          10:58:58
11  A. Yes.                                         10:58:59
12  Q. -- in your declaration, correct?             10:58:59
13  A. Yes.                                         10:59:00
14  Q. Can you take a look at Footnote 10, please,  10:59:01
15  of your report.                                 10:59:03
16  A. Yeah.                                        10:59:04
17  Q. It's Footnote 10. That reads, "This data     10:59:04
18  was compiled by Green and Hoffman from          10:59:10
19  documents received by Pfizer/Parke-Davis.       10:59:13
20  The original source of this data is             10:59:15
21  unclear, and we do not have clear               10:59:17
22  confirmation of the units of measurement        10:59:19
23  (e.g. we cannot be sure if they represent       10:59:21
24  the number of unique prescriptions, the         10:59:24
25  number of one month supplies of medications     10:59:27
```

Page 415

```
 1  dispensed, et cetera). The classification      10:59:29
 2  of individual diagnoses into categories and    10:59:33
 3  disease was performed by Greene and Hoffman    10:59:36
 4  and briefly reviewed by us."                   10:59:36
 5  A. I see that.                                 10:59:39
 6  Q. Have you been able to determine the         10:59:50
 7  original source of the data or the units of   10:59:52
 8  measurement that Drs. Landeman (sic),          10:59:55
 9  Steiman and Chren were not able to?           10:59:59
10  A. We confirmed with the office of Mr. Chren. 11:00:03
11  I don't know Mr. Hoffman, or Ms. Hoffman.     11:00:07
12  I don't know. But with Mr. Chren that         11:00:09
13  these data -- the original source of the      11:00:11
14  data was the National Disease and             11:00:13
15  Therapeutic Index report from IMS. And so     11:00:17
16  we learned about that data set in             11:00:20
17  particular, and the data set records          11:00:22
18  prescribing by physicians at an office        11:00:26
19  visit.                                        11:00:29
20  Q. Have you actually reviewed the underlying  11:00:31
21  data set yourself?                            11:00:33
22  A. I have -- not the underlying data set, no. 11:00:34
23  I've seen the spreadsheets from which the     11:00:38
24  graphs were developed, but I did not use      11:00:40
25  the data myself because I didn't have the     11:00:46
```

Page 416

```
 1  original data set, so I couldn't confirm if    11:00:47
 2  they were used appropriately.                  11:00:49
 3  Q. Okay. When you say you saw the              11:00:51
 4  spreadsheets that were prepared from the       11:00:55
 5  underlying data --                             11:00:56
 6  A. That list those diagnosis codes.            11:01:01
 7  Q. Okay. Are those documents that are          11:01:02
 8  referred to in the list of documents           11:01:06
 9  considered in your report?                     11:01:07
10  A. Again, I don't -- I guess I don't know if   11:01:08
11  it's -- that's separate from this document    11:01:12
12  itself. I guess the spreadsheets I did        11:01:15
13  see, I don't know that they're not -- I       11:01:19
14  don't know that they're in my list, no.       11:01:21
15       MR. POLUBINSKI: We'd ask that you        11:01:25
16  or plaintiffs' counsel identify what the      11:01:26
17  spreadsheets are. Insofar as they're          11:01:28
18  documents that have actually been produced    11:01:30
19  by defendants, we would be grateful to know   11:01:31
20  what the Bates number of those documents      11:01:33
21  are. Insofar as they're documents that        11:01:35
22  were actually prepared for Dr. Rosenthal's    11:01:38
23  use, Professor Rosenthal's use in preparing   11:01:41
24  her declaration, we call for their            11:01:44
25  production.                                   11:01:46
```

417

```
1  A.  I believe they were part of the Franklin         11:01:46
2      production itself, but...                         11:01:49
3         MR. NOTARGIACOMO: I'll look into               11:01:50
4      it.                                               11:01:52
5         THE WITNESS: Okay.                             11:01:52
6  Q.  All right. Aside from the spreadsheets            11:02:06
7      that we've just talked about that summarize       11:02:07
8      this data --                                      11:02:09
9  A.  Yeah.                                             11:02:10
10 Q.  -- have you reviewed any other NDTI data          11:02:10
11     for your work in this case?                       11:02:13
12 A.  No, I have not.                                   11:02:14
13 Q.  We can set that document to one side.             11:02:26
14 A.  Okay. Thank you.                                  11:02:28
15 Q.  So in your declarations you've proposed           11:02:49
16     using two different data sets to collect          11:02:52
17     data on actual Neurontin prescriptions by         11:02:54
18     diagnosis, correct?                               11:02:56
19 A.  In my original declaration I believe I            11:02:57
20     named the NDTI, if it's okay to use that          11:02:59
21     abbreviation, and the NAMCS data as leading       11:03:02
22     candidates.                                       11:03:06
23 Q.  Okay.                                             11:03:06
24 A.  In my response to Argenbright I also note         11:03:06
25     the existence of this Verispan competitor.        11:03:09
```

418

```
1  Q.  Okay. Have you ever used the data from the       11:03:11
2      Verispan competitor before?                       11:03:15
3  A.  No, I have not.                                   11:03:16
4  Q.  Have you made any inquiries at all as to          11:03:17
5      the categories of data that might be              11:03:19
6      available to you through that source?             11:03:21
7  A.  The staff spoke, so that would have been          11:03:22
8      Mr. Augusteijn in all likelihood spoke to a       11:03:27
9      salesperson at Verispan to ask about what         11:03:29
10     the data contained and confirmed that it          11:03:31
11     was similar in structure to the NDTI.             11:03:34
12 Q.  Are you aware of any differences between          11:03:36
13     the Verispan data and the NDTI data in            11:03:44
14     terms of the differences that would be            11:03:48
15     relevant to the work that you are doing --        11:03:53
16     that you would contemplate doing in this          11:03:54
17     case?                                             11:03:56
18 A.  I believe they have different sample sizes.       11:03:57
19     I don't know the exact sample size for the        11:03:59
20     Verispan data set, but in the other               11:04:00
21     comparisons between NAMCS -- sorry, between       11:04:03
22     IMS Health and Verispan for their                 11:04:06
23     promotional data, for example, they survey        11:04:09
24     a different set of physician offices.             11:04:11
25 Q.  Is it your sense that one set of data would       11:04:14
```

419

```
1      be any more reliable than the other set?          11:04:16
2  A.  I believe they're both large data sets that       11:04:19
3      are widely used, but I haven't evaluated          11:04:24
4      whether one is better than the other yet.         11:04:27
5  Q.  How would you envision using these three          11:04:28
6      different data sets in your work?                 11:04:40
7  A.  Well, I guess, again, I would sort of             11:04:42
8      evaluate first which database offered the         11:04:45
9      largest samples, the most detailed breakout       11:04:50
10     by diagnosis, for example, assuming they're       11:04:54
11     not all identical, and then primarily we          11:04:57
12     would likely look at monthly units of             11:05:01
13     Neurontin by diagnosis, potentially by            11:05:06
14     dosing, by NDC code.                              11:05:10
15 Q.  When you say "potentially by dosing," what        11:05:14
16     do you mean by "potentially"?                     11:05:18
17 A.  Well, it's not clear to me at this point          11:05:18
18     whether we roll up dosages or break them          11:05:21
19     out separately and estimate separate models       11:05:24
20     for each of them.                                 11:05:26
21 Q.  When you say "roll up dosages," you mean?         11:05:30
22 A.  Essentially add together extended units for      11:05:32
23     each dose.                                        11:05:35
24 Q.  At this point do you envision that you            11:05:37
25     would need all three, or do you imagine           11:05:49
```

420

```
1      that they would be to some degree or              11:05:50
2      another redundant?                                11:05:54
3  A.  I guess at this point I would imagine, in         11:05:55
4      all likelihood, using more than one, given        11:06:01
5      that they're available, perhaps confirming        11:06:04
6      results with one or another. I'm not              11:06:06
7      entirely sure, if one were to prove really        11:06:09
8      superior to the others, then I would likely       11:06:11
9      only use one. But if there were different         11:06:13
10     strengths and weaknesses, I might                 11:06:16
11     triangulate results with two.                     11:06:18
12 Q.  How would you determine whether one data          11:06:19
13     set's superior to another?                        11:06:22
14 A.  Well, largely having to do with the sample        11:06:23
15     size and the ability to break out these           11:06:25
16     diagnoses.                                        11:06:32
17 Q.  I take it that that's not work that you've        11:06:32
18     done yet, looking into the different sample       11:06:38
19     sizes for each of these three data sets?          11:06:40
20 A.  There was a little bit of that in my              11:06:42
21     response to Dr. Argenbright, as you may           11:06:45
22     recall in that report.                            11:06:48
23 Q.  Aside from what's set forth in your               11:06:55
24     declaration, have you done any analysis at        11:06:57
25     this point about the sample size through         11:06:59
```

28 (Pages 417 to 420)

Page 421

1  competing possibilities?  11:07:01
2  A. I have a general sense from having used  11:07:03
3  these data before that the NDTI has a  11:07:06
4  bigger sample size, for example, than the  11:07:10
5  NAMCS, but, again, I have not used the  11:07:12
6  Verispan data, so I don't know precisely  11:07:14
7  what their sample is.  11:07:16
8  Q. Have you done any work to date on the  11:07:20
9  relative strengths and weaknesses of the  11:07:24
10  different data sets in breaking  11:07:27
11  prescriptions out by indication?  11:07:30
12  A. Today I have not, no.  11:07:33
13  Q. Why not?  11:07:34
14  A. Because I -- what I viewed as my task with  11:07:34
15  regards to the data, this report was to  11:07:41
16  identify a number of data sets that would  11:07:45
17  provide plausible sources of information  11:07:46
18  for breaking out use by diagnosis, and it  11:07:48
19  appears that both the NDTI and the NAMCS  11:07:53
20  have those data, and at the time that I  11:07:57
21  must actually do the analysis decide which  11:08:00
22  of those is more appropriate.  11:08:02
23  Q. Do you have to decide based on what further  11:08:04
24  inquiry of NDTI or NAMCS?  11:08:14
25  A. And no doubt the literature as well.  11:08:17

Page 422

1  Q. But there's no reason why you couldn't have  11:08:19
2  conducted that analysis at this stage?  11:08:22
3  A. And I made preliminary investigations into  11:08:23
4  the characteristics of these data sets that  11:08:27
5  I found sufficient to draw my conclusion  11:08:29
6  that the data would be available for the  11:08:30
7  analysis.  11:08:31
8  Q. All of these data sets are derived from  11:08:35
9  samples, correct?  11:08:37
10  A. Yes, that's true.  11:08:38
11  Q. And so there will be some amount of  11:08:41
12  inaccuracy that will be built into the  11:08:44
13  data?  11:08:45
14  A. There is what's termed sampling error in  11:08:46
15  every sample-based estimate.  11:08:49
16  Q. Here's another general question about the  11:08:52
17  data: I'm assuming that the patient  11:08:56
18  information in each of these data sets is  11:08:59
19  ultimately confidential?  11:09:00
20  A. When you say "patient information," do you  11:09:03
21  mean Mrs. Jones, her insurance number, that  11:09:07
22  kind of patient information?  11:09:09
23  Q. I guess the ultimate question that I'm  11:09:10
24  getting at is, none of these data would  11:09:12
25  enable you to determine the diagnosis  11:09:15

Page 423

1  associated with any given identifiable  11:09:20
2  patient's prescription; is that correct?  11:09:22
3  A. Can I -- may I restate that --  11:09:24
4  Q. Sure.  11:09:28
5  A. -- just to make sure I understand it? I  11:09:28
6  can't use these data to then link back to  11:09:30
7  an individual patient?  11:09:32
8  Q. Precisely.  11:09:35
9  A. Yes, that's true.  11:09:36
10  Q. And so that the data that you would  11:09:39
11  collect, of course, would be used only in  11:09:41
12  the aggregate analysis that we've been  11:09:43
13  talking about for the past day and a bit?  11:09:44
14  A. That's correct.  11:09:46
15  Q. Okay. And then it wouldn't be appropriate  11:09:46
16  for any sort of patient-by-patient  11:09:49
17  analysis?  11:09:50
18  A. Again, when you say "patient-by-patient,"  11:09:51
19  you mean really a specific patient --  11:09:54
20  Q. Sure.  11:09:57
21  A. -- as opposed to you could do a patient  11:09:57
22  level analysis, but that's not identifying  11:09:59
23  a specific patient.  11:10:00
24  Q. What do you mean by "a patient level  11:10:02
25  analysis," what you just said?  11:10:03

Page 424

1  A. For example, you could imagine running a  11:10:05
2  logistic regression, a model looking at the  11:10:09
3  probability that an individual receives a  11:10:12
4  prescription for Neurontin as a function of  11:10:14
5  the variables in the NAMCS, for example,  11:10:18
6  private insurance coverage, for example.  11:10:22
7  That would be a patient level analysis, but  11:10:26
8  you still don't identify Mrs. Jones.  11:10:28
9  Q. Right. Right. Okay. Let's talk about --  11:10:29
10  let me go back to your last answer. Can  11:10:45
11  you do what you just described in your last  11:10:47
12  answer with the NDTI data set?  11:10:48
13  A. I am not certain at what level of detail --  11:10:50
14  again, since I don't have the raw data  11:10:55
15  themselves, I'm not certain what level of  11:10:57
16  detail is available in the NDTI, that NAMCS  11:10:59
17  is a patient level, it's a visit level  11:11:01
18  database. I understand the NDTI is  11:11:06
19  structured and sampled in a similar way, so  11:11:08
20  it may be possible to.  11:11:09
21  Q. But you don't know, as we sit here today,  11:11:10
22  whether you could go back to individual  11:11:12
23  patient records in the NDTI database?  11:11:14
24  A. I do not, as we sit here today.  11:11:16
25  Q. Let's talk about the NAMCS database for a  11:11:21

29 (Pages 421 to 424)

### Page 425

1  second.  11:11:23
2  A. Okay.  11:11:23
3  Q. You talked about sampling error?  11:11:23
4  A. Yes.  11:11:25
5  Q. With regard to NAMCS, in view of the  11:11:25
6  potential for built-in sampling error, have  11:11:32
7  you devised some method to calculate  11:11:35
8  standard errors for frequencies, percents  11:11:36
9  and rates?  11:11:39
10 A. Have I devised the method? In the NAMCS  11:11:42
11 they give you enough information to be able  11:11:45
12 to compute those confidence intervals,  11:11:48
13 standard errors. They have weights,  11:11:52
14 sampling weights.  11:11:54
15 Q. Did NAMCS have standard weights that they  11:11:55
16 provide for purposes --  11:11:59
17 A. They did, yes.  11:12:00
18 Q. -- of your analysis?  11:12:00
19 A. Yes.  11:12:00
20      (Discussion off the record.)  11:12:12
21      MR. POLUBINSKI: Let's mark the  11:12:20
22 next exhibit.  11:12:20
23      (Exhibit No. 17, Document headed  11:12:21
24 "National Ambulatory Medical Care Survey,  11:12:21
25 2006 Patient Record," marked for  11:12:21

### Page 426

1  identification.)  11:12:22
2  Q. Okay. We've just handed you a document  11:12:38
3  that's marked as Rosenthal Exhibit 17. Do  11:12:42
4  you recognize this?  11:12:45
5  A. I believe it's the data collection  11:12:45
6  instrument for the NAMCS.  11:12:47
7  Q. Which is to say that this is the document  11:12:48
8  that doctors would fill out to provide  11:12:53
9  information as part of the NAMCS survey?  11:12:56
10 A. That's my understanding, yes.  11:12:58
11 Q. Have you ever reviewed this before?  11:13:01
12 A. I have seen it before, but I have certainly  11:13:02
13 not reviewed it in detail recently.  11:13:07
14 Q. Let's look at Section 5. It's about  11:13:09
15 halfway down the page.  11:13:12
16 A. Okay.  11:13:13
17 Q. You'll see three spaces for three different  11:13:14
18 diagnoses in letter A -- under letter A,  11:13:18
19 correct?  11:13:22
20 A. Yes.  11:13:22
21 Q. And under letter B you'll see sort of 15 or  11:13:23
22 20 additional boxes that a doctor could  11:13:27
23 check as additional conditions a patient  11:13:30
24 might have?  11:13:32
25 A. Yes, I see that.  11:13:32

### Page 427

1  Q. And then if we look down at Section 10,  11:13:35
2  which reads "Medications & Immunizations."  11:13:38
3  A. Yes, I see that.  11:13:41
4  Q. You'll see that there are listed -- well,  11:13:43
5  there are eight spaces there under the  11:13:46
6  heading "Medications & Immunizations,  11:13:49
7  correct?  11:13:51
8  A. Yes.  11:13:51
9  Q. Is there any way that you can see to tie  11:13:52
10 individual medications prescribed back to  11:13:56
11 individual diagnoses on this record?  11:13:58
12 A. If there's more than one of either, then,  11:13:59
13 no, then you can't make that connection.  11:14:05
14 You're correct that one weakness of the  11:14:14
15 NAMCS is that the prescription is not  11:14:15
16 directly connected with the diagnosis code.  11:14:19
17 Q. Okay. So putting a little context on your  11:14:21
18 observation, in this case if a given record  11:14:28
19 contained a diagnosis for migraine,  11:14:33
20 assuming that migraine is one of the  11:14:35
21 indications that you run through your  11:14:37
22 model --  11:14:38
23 A. Okay.  11:14:39
24 Q. -- and also a diagnosis for epilepsy and it  11:14:39
25 contained a prescription for Neurontin as  11:14:42

### Page 428

1  well --  11:14:44
2  A. Yeah.  11:14:44
3  Q. -- you wouldn't have any way of knowing  11:14:44
4  whether that prescription was written for  11:14:46
5  an off-label use, correct?  11:14:47
6  A. If that were the case, I think the  11:14:48
7  conservative assumption would have to be to  11:14:51
8  categorize that as an on-label use.  11:14:54
9  Q. Okay. And with respect to the NDTI data  11:14:56
10 set, generally speaking, what's your source  11:15:13
11 of the -- or what's your understanding of  11:15:16
12 the source of the data that underlies that  11:15:18
13 data set?  11:15:21
14 A. The underlying data set, I believe, is  11:15:25
15 collected in a similar way to the NAMCS.  11:15:27
16 Again, doctors are asked to fill out data  11:15:29
17 collection forms similar to this, my  11:15:32
18 understanding, for the NDTI.  11:15:35
19 Q. Have you ever seen a copy of the survey  11:15:37
20 form for NDTI?  11:15:39
21 A. I have not, no.  11:15:39
22 Q. Are you aware of whether it differs from  11:15:43
23 the NAMCS data set?  11:15:45
24 A. My understanding from having reviewed the  11:15:48
25 Argenbright report -- sorry, is that okay?  11:15:51

**Page 429**

1  Q. You can go ahead and answer. That was not   11:15:55
2     quite the question that I meant to ask, but   11:15:58
3     why don't you go ahead and give the answer.   11:16:00
4     Your understanding from the Argenbright --   11:16:00
5  A. My understanding from reviewing the   11:16:01
6     Argenbright report and the supporting   11:16:03
7     documents that he provided is that with the   11:16:05
8     NDTI there is a one-to-one link between   11:16:07
9     diagnosis and prescription, but I've not   11:16:11
10    verified that myself.   11:16:16
11 Q. Okay. Do you know whether you'll have   11:16:17
12    access to individual survey forms when you   11:16:24
13    request data from IMS, the NDTI data?   11:16:27
14 A. Do you mean the model or the actual one   11:16:29
15    that was filled out?   11:16:32
16 Q. I mean ones that were actually filled out.   11:16:33
17 A. I would not expect so. I would not expect   11:16:35
18    that one could get those from NAMCS either,   11:16:38
19    although the database is structured exactly   11:16:42
20    in the same way.   11:16:45
21 Q. Okay. We can set this one aside, too.   11:16:46
22 A. Okay.   11:16:51
23       MR. NOTARGIACOMO: Is it time for   11:16:53
24    another five-minute break?   11:16:53
25       MR. POLUBINSKI: If you'd like,   11:16:54

**Page 430**

1     that's fine with me.   11:16:56
2        THE WITNESS: Is that okay? Just   11:16:57
3     five minutes.   11:16:58
4        MR. POLUBINSKI: Of course, yeah.   11:16:59
5        THE VIDEOGRAPHER: The time is   11:17:01
6     11:17. This is the end of Tape 2, and we   11:17:03
7     are off the record.   11:17:07
8        (Recess taken.)   11:17:08
9        THE VIDEOGRAPHER: The time is   11:28:45
10    11:28. This is beginning of Tape 3, and we   11:28:47
11    are back on the record.   11:28:49
12 BY MR. POLUBINSKI:   11:28:50
13 Q. Professor Rosenthal, just to go back for   11:28:50
14    one second to Rosenthal Exhibit 15, there's   11:28:54
15    one issue I just want to make sure is   11:28:58
16    clear.   11:29:02
17 A. Okay.   11:29:02
18 Q. I may not have it clearly on the record.   11:29:02
19    Your testimony was that Mr. Sommers would   11:29:06
20    have done the aggregation or the groupings   11:29:09
21    that appear on this list, correct?   11:29:11
22 A. That's correct.   11:29:14
23 Q. Are you aware of whether somebody would   11:29:14
24    have instructed him about the different   11:29:18
25    categories into which to group the   11:29:20

**Page 431**

1     individual costs?   11:29:22
2  A. I believe -- as I stated, I believe that we   11:29:23
3     gave him the categories.   11:29:26
4  Q. Okay.   11:29:28
5  A. I'm not absolutely sure of that, but I   11:29:28
6     believe that we did.   11:29:31
7  Q. Terrific. That's the point I wanted to   11:29:32
8     clarify.   11:29:35
9  A. Okay.   11:29:35
10 Q. Okay. In Exhibit 1, your report, Paragraph   11:29:36
11    37, you propose to "introduce a   11:29:44
12    contemporaneous comparator or control drug   11:29:50
13    that could serve as a yardstick" as a   11:29:54
14    further refinement of your equation; is   11:30:00
15    that correct?   11:30:02
16 A. That's correct.   11:30:02
17 Q. Have you done that analysis yet?   11:30:02
18 A. As we've discussed, I don't have the data   11:30:05
19    to do these analyses yet, so I have not   11:30:08
20    done that analysis, either.   11:30:10
21 Q. What data would you use to do that   11:30:11
22    analysis?   11:30:14
23 A. The data that I would use to do that   11:30:14
24    analysis would be very similar to the data   11:30:18
25    that we've discussed already on the   11:30:21

**Page 432**

1     quantity side, so perhaps the NDTI or the   11:30:25
2     NAMCS or that other Verispan data set that   11:30:28
3     we discussed.   11:30:32
4  Q. And I assume that the data that you would   11:30:33
5     use would both be Neurontin data and data   11:30:35
6     for whatever the proposed comparator would   11:30:38
7     be?   11:30:41
8  A. That's correct.   11:30:41
9  Q. Do you definitely plan on doing this   11:30:45
10    analysis with a contemporary comparator in   11:30:47
11    your model?   11:30:51
12 A. I guess I'm not entirely sure yet whether   11:30:57
13    the circumstances will make that   11:30:59
14    appropriate, so depending on exactly what   11:31:00
15    kinds of promotional activities we're   11:31:02
16    talking about, which indications we're   11:31:04
17    talking about, then it may be appropriate   11:31:07
18    to do that, but I guess it definitely is a   11:31:08
19    word that I feel is maybe a little too   11:31:13
20    strong, but I think in all likelihood I'll   11:31:17
21    look to comparator drugs, at least examine   11:31:19
22    their trends.   11:31:22
23 Q. And why would you anticipate you would do   11:31:24
24    that, in all likelihood?   11:31:26
25 A. That's simply a good way of getting a   11:31:27

433
1  better approximation of the true effect.
2  Q. If you weren't able to do this analysis,
3     would you still be able to get a reliable
4     approximation of the true effect?
5  A. Well, I guess I'm not sure why I wouldn't
6     be able to do the analysis, but if I
7     weren't for some reason able to do the
8     analysis, then it would depend on the
9     underlying circumstances, so a comparator
10    drug allows for breaking out essentially
11    other secular trends. If those secular
12    trends were unimportant, then it wouldn't
13    matter.
14 Q. But at this point you don't know; is that
15    correct?
16 A. At this point I couldn't say for sure.
17 Q. Do you plan on -- withdrawn.
18    Would you plan on using one drug
19    or more than one in your comparator
20    analysis?
21 A. At this point I can't really say for sure.
22    I would need to review the data and again
23    the clinical issues related to these
24    comparison drugs.
25 Q. How will you decide whether you use one or

434
1  more than one?
2  A. Well, I guess it would depend again on for
3     a particular indication how many drugs were
4     substitutes for Neurontin for that
5     indication.
6  Q. Would it depend on other things or just
7     that?
8  A. It might depend on other things as well,
9     but I would say that's sort of the first
10    thing that I would consider.
11 Q. Okay. You suggest in Paragraph 37 that
12    Dilantin --
13 A. Yes.
14 Q. -- might be an appropriate comparator drug?
15 A. It was a hypothetical, yes. As you know,
16    Dilantin is used for some of the same
17    indications.
18 Q. How confident are you that Dilantin might
19    be an appropriate comparator drug?
20 A. I'm not sure what you mean by "how
21    confident." I think it makes for a good
22    example, but in the ultimate analysis I
23    would look to, again, clinical input or
24    which drugs were being used for the same
25    indications, as well as the data

435
1  themselves.
2  Q. All right. Let's just use Dilantin as an
3     example for how you would do this analysis.
4  A. Okay.
5  Q. Would you have to look into the relative
6     efficacy of Dilantin for both its FDA-
7     approved use and for its off-label uses?
8  A. I don't believe that would be factor in the
9     analysis. Again, I would rely on some
10    clinical expertise as to the extent to
11    which Dilantin makes for a good comparison
12    for the particular indication in question,
13    so perhaps if I provide a little more
14    detail, it'll help. Then we can talk about
15    that. So imagine the following scenario:
16    Both Dilantin and Neurontin are
17    used for some off-label indication, I'm not
18    even sure what the right indication to
19    choose is here, but let's say there is one.
20    We observe that they were used by
21    neurologists for the same off-label use.
22    Perhaps it's a form of pain. And then I
23    could look over time at these allegedly
24    illegal activities related to Neurontin and
25    see if my model suggested they were having

436
1  an effect on Dilantin use for the same
2  off-label use.
3     If there -- if those -- the model
4     suggested there was an effect on Dilantin,
5     I would interpret that as the model picking
6     up some secular trend, and I could break
7     that out of the ultimate estimate.
8  Q. Maybe I'm misunderstanding your report, but
9     I'm assuming that what you would be doing
10    with the comparator drug, among other
11    things, is comparing trends and off-label
12    prescribing of that comparative drug --
13    comparator drug to the trends and off-label
14    prescribing with Neurontin, correct?
15 A. In the context of a regression model, but,
16    yes, you're correct.
17 Q. Right.
18 A. It's what's called a difference-in-
19    difference estimate.
20 Q. Sure. Wouldn't you agree that one of the
21    things that could impact the trends and
22    off-label prescribing of the comparator
23    drug would be that drug's efficacy in
24    treating the particular off-label use at
25    issue?

32 (Pages 433 to 436)

Page 437

1  A. Yes, but you're assuming -- okay. I'm not   11:36:00
2     sure if -- let me try to be really clear   11:36:04
3     about what I'm trying to estimate. I'm   11:36:07
4     only trying to use Dilantin to pick up any   11:36:09
5     secular trends that may commonly affect   11:36:12
6     this class of drugs and their off-label   11:36:15
7     use. If indeed Dilantin is not viewed as   11:36:18
8     an effective substitute -- well, first of   11:36:22
9     all, then it wouldn't make a very good   11:36:24
10    comparator.   11:36:28
11 Q. That's my question.   11:36:28
12 A. Well, again, the choice of comparators will   11:36:29
13    be made on the basis of clinical   11:36:31
14    substitutability for the condition. So if   11:36:33
15    there's no off-label use for Dilantin for   11:36:35
16    this particular condition, for example,   11:36:37
17    because it's not believed to be   11:36:39
18    efficacious, it wouldn't be a very good   11:36:41
19    comparator.   11:36:44
20 Q. Fair enough. I guess my question is, how   11:36:44
21    do you anticipate making that   11:36:47
22    determination?   11:36:48
23 A. I expect to get clinical input as to which   11:36:48
24    drug's to be used but also to look at the   11:36:51
25    data that break out use by diagnosis,   11:36:53

Page 438

1     and -- but nonetheless, I think it's   11:36:58
2     important to put in context your question.   11:37:00
3     So imagine the Dilantin is used sometimes   11:37:02
4     but that most physicians view it as   11:37:05
5     inferior.   11:37:07
6         Well, that's not really the   11:37:08
7     problem. I'm trying to look at breaking   11:37:11
8     out its trend. If indeed its trend is not   11:37:13
9     coinciding with these off-label events,   11:37:16
10    there will be no real effect there. There   11:37:18
11    will be nothing to break out. But if   11:37:20
12    Dilantin use seems to be going up at the   11:37:23
13    same time as Neurontin use, then that's a   11:37:25
14    measure of some other factor that I'm not   11:37:28
15    capturing, and that can be netted out of   11:37:30
16    the estimate, the quantity induced by the   11:37:32
17    off-label promotion. That's sort of the   11:37:34
18    purpose of a difference-in-difference   11:37:37
19    analysis is to prove your identification.   11:37:38
20 Q. Right. I guess let me try to ask the   11:37:46
21    question by reference --   11:37:47
22 A. Okay.   11:37:49
23 Q. -- to a different possibility. Would you   11:37:49
24    need to conduct analysis in deciding which   11:37:51
25    comparator drug to use and to what the side   11:37:57

Page 439

1     effect profile is of that comparator drug,   11:37:58
2     so Dilantin in the example that we've been   11:38:01
3     talking about?   11:38:04
4  A. So let me be clear again. Only to the   11:38:05
5     extent that there are changes over time in   11:38:09
6     that side effect profile or the knowledge   11:38:11
7     about that side effect profile that   11:38:13
8     coincide with the off-label promotion. So   11:38:16
9     there's not -- I didn't write down a model   11:38:19
10    here so I can understand how it's not   11:38:21
11    entirely clear from the general way that   11:38:23
12    I've talked about it, but what's key here   11:38:25
13    is there -- we'd looked to see if the model   11:38:29
14    predicted an impact on Dilantin or some   11:38:31
15    other drug's use from the off-label   11:38:36
16    promotions related to Neurontin. And we   11:38:38
17    would assume, make a conservative   11:38:42
18    assumption that any effects we see are   11:38:44
19    really from something else in the   11:38:46
20    environment and that we should separate   11:38:49
21    those and not attribute those to the   11:38:51
22    allegedly illegal activities.   11:38:58
23        And so that would be the purpose   11:38:58
24    here, and so cross-sectional differences in   11:38:59
25    effectiveness or side effect profiles,   11:39:01

Page 440

1     they're irrelevant to that piece of   11:39:04
2     information. They don't -- there's no --   11:39:05
3     doesn't confound that estimate.   11:39:07
4  Q. That's because you're looking at changes in   11:39:08
5     the trend as opposed to the trend itself?   11:39:10
6  A. I'm looking at changes in the trend   11:39:12
7     particularly as they relate to the   11:39:15
8     allegedly illegal promotional activities,   11:39:18
9     not just -- I'm not just comparing trends   11:39:20
10    side by side. This is all in the context   11:39:22
11    of this regression model, so an interaction   11:39:23
12    effect.   11:39:27
13 Q. Okay. I guess a more general question, how   11:39:33
14    confident are you that a sufficiently   11:39:44
15    similar comparator drug actually exists for   11:39:45
16    Neurontin?   11:39:48
17 A. I think this would vary by indication, and   11:39:48
18    I guess I don't feel comfortable making a   11:39:51
19    blanket statement.   11:39:55
20 Q. Okay. In Paragraph 38 of your report you   11:39:56
21    write that you might further refine your   11:40:06
22    model by seeking to make "contemporaneous   11:40:08
23    comparisons across geographical or clinical   11:40:13
24    submarkets"?   11:40:16
25 A. Yes. I see that.   11:40:26

M. ROSENTHAL

### Page 441

| | | |
|---|---|---|
| 1 | Q. Right. And I believe that you also write | 11:40:27 |
| 2 | that your analysis here will be "informed | 11:40:33 |
| 3 | by a detailed understanding of the | 11:40:35 |
| 4 | institutional context affecting prescribing | 11:40:37 |
| 5 | behavior" -- or "prescription behavior"? | 11:40:40 |
| 6 | A. Uh-huh. | 11:40:42 |
| 7 | Q. What does that mean? | 11:40:43 |
| 8 | A. Let me just see in what sentence that | 11:40:44 |
| 9 | appears. | 11:40:53 |
| 10 | Q. Sure. That was -- | 11:40:53 |
| 11 | A. Yeah. | 11:40:54 |
| 12 | Q. It appears in the second paragraph of | 11:40:54 |
| 13 | Paragraph 38. | 11:40:56 |
| 14 | A. Okay. Great. Let me just read it for a | 11:40:57 |
| 15 | sec to make -- | 11:41:01 |
| 16 | Q. Sure. | 11:41:03 |
| 17 | A. -- so I don't -- | 11:41:03 |
| 18 | (Witness reviews document.) | 11:41:04 |
| 19 | A. I think the general notion that I was | 11:41:12 |
| 20 | thinking about there in particular, we're | 11:41:14 |
| 21 | talking about clinical submarkets, thinking | 11:41:17 |
| 22 | about, for example, by specialty, so where | 11:41:20 |
| 23 | some of the activities may be focused on | 11:41:23 |
| 24 | particular specialties, as we may have | 11:41:26 |
| 25 | discussed yesterday, the specialties differ | 11:41:28 |

### Page 442

| | | |
|---|---|---|
| 1 | in terms of, excuse me, the extent to which | 11:41:31 |
| 2 | they may go to different meetings, they may | 11:41:34 |
| 3 | have different practice settings, and so if | 11:41:38 |
| 4 | there's an opportunity to get some | 11:41:40 |
| 5 | identification there, particularly if some | 11:41:41 |
| 6 | of the defendants' documents suggest | 11:41:45 |
| 7 | marketing specific to certain geographic | 11:41:48 |
| 8 | areas, certain specialties, that may be | 11:41:51 |
| 9 | another way of doing the same kind of | 11:41:54 |
| 10 | difference-in-difference analysis. | 11:41:56 |
| 11 | Q. So what you're saying, though, is that | 11:41:58 |
| 12 | prescribing behavior may well differ | 11:42:00 |
| 13 | depending on those different factors that | 11:42:03 |
| 14 | you've just outlined in your last answer? | 11:42:05 |
| 15 | A. Right. So cross-sectionally it may, and if | 11:42:07 |
| 16 | there's evidence of the promotional | 11:42:10 |
| 17 | activities targeting one of those areas, | 11:42:12 |
| 18 | geographic is obviously the easiest one to | 11:42:14 |
| 19 | describe. We have evidence of a big | 11:42:17 |
| 20 | meeting in Boston. We might seek to try to | 11:42:18 |
| 21 | identify its effect. We're looking at | 11:42:21 |
| 22 | Boston physicians prescribing versus | 11:42:22 |
| 23 | California physicians prescribing. | 11:42:25 |
| 24 | Q. Uh-huh. Where do you anticipate your | 11:42:27 |
| 25 | information would come from to enable you | 11:42:29 |

### Page 443

| | | |
|---|---|---|
| 1 | to do this analysis? | 11:42:31 |
| 2 | A. Well, again, I would say this is -- as you | 11:42:32 |
| 3 | can tell the way the model moves along | 11:42:34 |
| 4 | through the paragraphs, this is the part | 11:42:36 |
| 5 | that -- I mean, it's not clear to me that | 11:42:38 |
| 6 | there are databases where one can look at | 11:42:40 |
| 7 | both geography and specialty and diagnosis. | 11:42:42 |
| 8 | IMS Health does have databases where one | 11:42:47 |
| 9 | can look at prescribing overall by | 11:42:50 |
| 10 | geography and where one can look at | 11:42:52 |
| 11 | prescribing by specialty. | 11:42:54 |
| 12 | I can certainly imagine the | 11:42:58 |
| 13 | defendants track those kinds of data in | 11:42:58 |
| 14 | their own work. But I haven't seen | 11:43:02 |
| 15 | detailed data that I'm certain would | 11:43:05 |
| 16 | support this kind of analysis. So it's the | 11:43:07 |
| 17 | kind of thing that I would like to explore | 11:43:09 |
| 18 | though, if possible. | 11:43:11 |
| 19 | Q. Okay. But you haven't yet done that? | 11:43:12 |
| 20 | A. I have not done that. | 11:43:12 |
| 21 | Q. And you're not aware of whether the data | 11:43:13 |
| 22 | would exist yet to enable you to do it? | 11:43:16 |
| 23 | A. There are certainly -- again, there are | 11:43:18 |
| 24 | data by geography and specialty, and there | 11:43:19 |
| 25 | are data by diagnosis. I'm not sure | 11:43:22 |

### Page 444

| | | |
|---|---|---|
| 1 | whether the two things can be linked | 11:43:23 |
| 2 | effectively. I mean, certainly in the | 11:43:25 |
| 3 | NAMCS they can because it's a patient level | 11:43:28 |
| 4 | database. In the NAMCS one could look | 11:43:30 |
| 5 | certainly by specialty and then by | 11:43:32 |
| 6 | diagnosis. | 11:43:34 |
| 7 | Q. You're familiar with the concept of | 11:43:35 |
| 8 | endogeneity in the context of regression | 11:43:44 |
| 9 | analysis? | 11:43:46 |
| 10 | A. I am. | 11:43:46 |
| 11 | Q. Is it correct to say that endogeneity | 11:43:47 |
| 12 | occurs when one or more independent | 11:43:51 |
| 13 | variables is correlated with the error | 11:43:53 |
| 14 | term? | 11:43:55 |
| 15 | A. Yes. | 11:43:56 |
| 16 | Q. And that a specific kind of endogeneity | 11:43:57 |
| 17 | might occur when dependent and independent | 11:44:01 |
| 18 | variables are jointly determined? | 11:44:04 |
| 19 | A. Yes. | 11:44:06 |
| 20 | Q. Just to help me make sure I understand | 11:44:06 |
| 21 | this, what I'll do is give you a | 11:44:10 |
| 22 | hypothetical, and I'll ask you if you can | 11:44:13 |
| 23 | tell me if it'll present an endogeneity | 11:44:14 |
| 24 | problem. | 11:44:18 |
| 25 | A. Okay. | 11:44:18 |

34 (Pages 441 to 444)

M. ROSENTHAL

### Page 445

1  Q. Imagine that your dependent variable is          11:44:19
2     violent behavior, your independent variable     11:44:23
3     is watching violent television shows.           11:44:26
4  A. Okay.                                           11:44:29
5  Q. You want to run a regression to test the        11:44:29
6     hypothesis that watching violent television     11:44:32
7     shows causes violent behavior. You might        11:44:35
8     imagine further that some people have an       11:44:38
9     underlying propensity towards -- to engage      11:44:39
10    in violent behavior which might also cause     11:44:42
11    them to watch more violent television          11:44:45
12    shows. Is my hypothetical clear?                11:44:48
13 A. I understand perfectly.                         11:44:52
14 Q. If the hypothetical model didn't account        11:44:53
15    for the underlying propensity to engage in     11:44:55
16    violent behavior, would there be an            11:44:57
17    endogeneity problem?                            11:45:01
18 A. Yes.                                            11:45:03
19 Q. And would it likely tend to overestimate        11:45:03
20    the degree to which watching violent           11:45:06
21    television shows causes violent behavior?      11:45:10
22 A. Yes.                                            11:45:12
23 Q. Why is that?                                    11:45:12
24 A. You mean in layman's terms?                     11:45:12
25 Q. That would be great, since you're speaking     11:45:19

### Page 446

1     to lay people, yeah.                            11:45:20
2         MR. NOTARGIACOMO: Or English.               11:45:21
3  A. Essentially there's this omitted factor        11:45:23
4     that causes both things, causes the TV         11:45:26
5     watching and the violent behavior. So it's     11:45:28
6     the kind of -- endogeneity, generally it       11:45:31
7     can be considered a form of omitted            11:45:33
8     variable bias, too. There's this omitted       11:45:36
9     factor or third factor that causes both,       11:45:39
10    and now you've attributed the causal effect   11:45:42
11    of that factor to the factor that you have    11:45:44
12    included on the right-hand side.              11:45:46
13 Q. What are the consequences of leaving           11:45:48
14    possible endogeneity like the endogeneity     11:45:51
15    that we just talked about in a regression     11:45:53
16    model unaddressed?                             11:45:55
17 A. Well, essentially it causes a bias either     11:45:55
18    up or down.                                    11:46:00
19 Q. Okay. The results wouldn't be reliable,        11:46:02
20    correct?                                       11:46:04
21 A. The term "reliable" has other statistical     11:46:04
22    meanings, so can we say that they would be    11:46:07
23    biased?                                        11:46:09
24 Q. Sure. Why don't you tell me what you think    11:46:10
25    biased means just so --                        11:46:13

### Page 447

1  A. Either too large or too small.                  11:46:14
2  Q. Okay. And I guess to, you know, maybe put       11:46:16
3     it in a slightly more technical way, it        11:46:23
4     would mean the coefficients that you're        11:46:26
5     trying to estimate would be overestimated      11:46:28
6     or underestimated, correct?                     11:46:30
7  A. That's correct.                                 11:46:31
8  Q. Now, here's a question. Failure to address     11:46:39
9     the endogeneity of one variable could          11:46:41
10    adversely affect the reliability of the        11:46:43
11    estimates for coefficients of other            11:46:45
12    variables even if those variables aren't       11:46:47
13    endogenous; is that correct? Is my             11:46:51
14    question --                                     11:46:52
15 A. If they're correlated with the omitted         11:46:53
16    variable as well.                               11:46:55
17 Q. Okay. Now, as they're written in this          11:46:55
18    simple form in your declaration here,          11:46:59
19    neither equation one nor equation two          11:47:01
20    addresses on its face at least the             11:47:04
21    possibility that off-label promotion is        11:47:06
22    endogenous, correct?                            11:47:09
23 A. Neither of the equations explicitly address   11:47:10
24    endogeneity. Obviously the timing of these    11:47:16
25    interventions is intended to do so, and I     11:47:18

### Page 448

1     believe, but I would have to check, that       11:47:21
2     there's a footnote about exploration of IV     11:47:23
3     modeling, but --                                11:47:27
4  Q. Why don't --                                    11:47:27
5  A. -- of the models themselves.                    11:47:28
6  Q. Sure. Why don't we -- why don't we check       11:47:30
7     the footnote that I've been able --            11:47:30
8  A. Okay.                                           11:47:30
9  Q. -- to find at least --                          11:47:33
10 A. Okay. That's good.                              11:47:33
11 Q. -- which is Footnote 63 on Page 16.             11:47:34
12 A. Excellent.                                      11:47:37
13 Q. Are you there?                                  11:47:39
14 A. Yes.                                            11:47:40
15 Q. Okay. You write that "I will further           11:47:40
16    explore and address through statistical       11:47:44
17    tests and alternative specifications the      11:47:47
18    possible endogeneity of off-label             11:47:49
19    promotion."                                    11:47:53
20        Did I read that correctly?                 11:47:53
21 A. Yes, you did.                                   11:47:54
22 Q. So you would agree that off-label promotion   11:47:55
23    in your model is possibly endogenous,         11:47:58
24    correct?                                       11:48:02
25 A. Possibly, yes.                                  11:48:02

35 (Pages 445 to 448)

M. ROSENTHAL

Page 449

1  Q. Is it possible that on-label promotion  11:48:03
2     could also be endogenous?  11:48:11
3  A. On-label promotion could be endogenous to  11:48:13
4     off-label use?  11:48:16
5  Q. Yes.  11:48:17
6  A. I suppose -- I would need to think about it  11:48:17
7     for a minute. So what's the omitted  11:48:21
8     variable there? Well --  11:48:24
9  Q. You're going to have to help me.  11:48:29
10 A. One could perhaps always construct a  11:48:31
11    scenario in which there's an omitted  11:48:35
12    variable, so on-label promotion, one of the  11:48:37
13    ways to try to fully specify the effects of  11:48:43
14    on-label use on off-label use is to put in  11:48:48
15    that on-label promotion, because otherwise  11:48:52
16    that would be an omitted variable, and also  11:48:55
17    time to put in variables like time since  11:48:57
18    the launch of the drug which captures the  11:49:00
19    natural diffusion of on-label and off-label  11:49:02
20    uses.  11:49:05
21       And so in a model you could always  11:49:06
22    construct a scenario in which there was  11:49:09
23    some omitted factor that was correlated and  11:49:11
24    then therefore some endogeneity here. But  11:49:14
25    I can't think of a mechanism.  11:49:17

Page 450

1  Q. Okay. Let me ask -- describe, you know, a  11:49:19
2     generic example here.  11:49:26
3  A. Okay.  11:49:28
4  Q. Endogeneity could well occur here because a  11:49:29
5     drug company might adjust its level of  11:49:31
6     promotional spending activities in response  11:49:33
7     to the quantity of the drug sold; is that  11:49:36
8     right?  11:49:40
9  A. It addresses -- I'm sorry, it adjusts the  11:49:40
10    quantity of spending on on-label promotion  11:49:44
11    due to the quantity of -- that it sells.  11:49:47
12 Q. Just for purposes of the example, let's not  11:49:50
13    even worry about on-label versus off-label.  11:49:52
14    We could talk about it -- why don't we talk  11:49:55
15    about off-label promotion just to make it  11:49:57
16    simple. Let me just spin out the question  11:49:59
17    again.  11:50:05
18 A. Okay.  11:50:05
19 Q. That endogeneity might well occur because a  11:50:05
20    manufacturer might adjust its level of  11:50:09
21    promotional spending or other activities  11:50:11
22    related to off-label uses in response to  11:50:13
23    the quantity of the drug sold for those  11:50:15
24    off-label uses?  11:50:18
25 A. Well, if we weren't distinguishing on-label  11:50:19

Page 451

1     and off-label, then certainly there is an  11:50:22
2     argument that promotional spending responds  11:50:25
3     to the level of sales.  11:50:28
4  Q. And so endogeneity might well occur in a  11:50:30
5     circumstance like that?  11:50:32
6  A. It might well, but I think we're just  11:50:33
7     trying to distinguish here between on- and  11:50:37
8     off-label.  11:50:40
9  Q. Okay. Fair enough. And I guess I'm happy  11:50:40
10    at this point to leave the on-label/  11:50:44
11    off-label distinction.  11:50:47
12 A. Okay.  11:50:48
13 Q. Now, just referring again just to the  11:50:48
14    off-label uses, failure to account for the  11:50:50
15    sort of endogeneity that I described in my  11:50:53
16    last question would likely produce too high  11:50:55
17    an estimate of the impact of off-label  11:51:00
18    promotion, correct, failure to account for  11:51:02
19    that endogeneity?  11:51:06
20 A. If that endogeneity proves to be, you know,  11:51:07
21    statistically shown, then, yes, that's  11:51:11
22    right.  11:51:13
23 Q. Here's another general question:  11:51:13
24 A. Okay.  11:51:19
25 Q. Is it possible that your model could omit a  11:51:19

Page 452

1     variable that affects both drug demand and  11:51:25
2     drug promotion?  11:51:29
3  A. Certainly it's always possible. I will try  11:51:30
4     to consider all the important variables  11:51:34
5     that might affect certainly my left-hand-  11:51:36
6     side variable.  11:51:40
7  Q. Okay. Would that be an endogeneity  11:51:41
8     problem, just terminologically, or would it  11:51:43
9     be something else?  11:51:45
10 A. Well, omitted variable bias to the extent  11:51:46
11    that we worry about it, it's because it's  11:51:49
12    causing -- it has a correlation with the  11:51:52
13    variable that you care about, here the  11:51:55
14    allegedly illegal activities, and with the  11:51:57
15    left-hand side variables, so they're the  11:52:00
16    same thing for our purposes here.  11:52:03
17 Q. Okay.  11:52:06
18 A. Unless we're -- I'm sorry, unless we're  11:52:10
19    talking about the simultaneity that you  11:52:12
20    mentioned before, but I think we were  11:52:16
21    talking about a third variable, yes?  11:52:17
22 Q. I think that's right. Let's move on to --  11:52:18
23 A. Okay.  11:52:22
24 Q. -- another part of -- or I guess another  11:52:22
25    piece of this sentence in Footnote 63 --  11:52:26

36 (Pages 449 to 452)

## 453

| | | |
|---|---|---|
| 1 | A. Okay. | 11:52:30 |
| 2 | Q. -- in which you say that you "will further | 11:52:31 |
| 3 | explore and address through statistical | 11:52:35 |
| 4 | tests and alternative specifications | 11:52:37 |
| 5 | possible endogeneity." | 11:52:40 |
| 6 | What statistical tests do you have | 11:52:45 |
| 7 | in mind? | 11:52:47 |
| 8 | A. Well, there's the Hausman test for | 11:52:47 |
| 9 | endogeneity. Excuse me. That's the | 11:52:49 |
| 10 | principal test for endogeneity. | 11:52:54 |
| 11 | Q. Can you tell me what the Hausman test is? | 11:52:56 |
| 12 | A. Well, I can't tell you exactly what goes | 11:52:57 |
| 13 | into the test. I'd have to say I would | 11:52:59 |
| 14 | have to look at the test itself, but it | 11:53:01 |
| 15 | essentially looks for that correlation you | 11:53:02 |
| 16 | talked about in the residuals and the | 11:53:05 |
| 17 | variable that -- of interest. So if -- | 11:53:07 |
| 18 | those error terms, they have to do with the | 11:53:13 |
| 19 | correlation of the residuals. I actually | 11:53:16 |
| 20 | don't know the exact math on the test. I | 11:53:18 |
| 21 | can look it up, but... | 11:53:21 |
| 22 | Q. Have you ever used it before? | 11:53:22 |
| 23 | A. Sure. | 11:53:25 |
| 24 | Q. In what context? | 11:53:28 |
| 25 | A. Well, as an example, in my work on direct | 11:53:29 |

## 454

| | | |
|---|---|---|
| 1 | consumer advertising. | 11:53:32 |
| 2 | Q. Any other context that you can think of? | 11:53:34 |
| 3 | A. No, but it's a pretty common test. I'm | 11:53:37 |
| 4 | sure I've used it in other contexts. | 11:53:41 |
| 5 | Q. Okay. Any other statistical tests other | 11:53:45 |
| 6 | than the Hausman test that you talked about | 11:53:53 |
| 7 | that you might run, or is that the one that | 11:53:56 |
| 8 | you would expect you would use? | 11:53:58 |
| 9 | A. That's the main test, but of course this | 11:54:00 |
| 10 | will all be in the context of a larger set | 11:54:02 |
| 11 | of specification tests about -- excuse me. | 11:54:04 |
| 12 | You want to correctly specify the time | 11:54:07 |
| 13 | relationships, in particular in this model | 11:54:11 |
| 14 | with regard to lags, with regard to whether | 11:54:14 |
| 15 | it's a linear trend or a quadratic trend, | 11:54:16 |
| 16 | these specification issues are important | 11:54:20 |
| 17 | for getting good estimates as well. | 11:54:21 |
| 18 | Q. Now, the specification issues that you | 11:54:24 |
| 19 | talked about, are those the alternative | 11:54:26 |
| 20 | specifications that you referred to in this | 11:54:27 |
| 21 | sentence, or is it something else? | 11:54:30 |
| 22 | A. The alternative specifications that I | 11:54:31 |
| 23 | referred to in the sentence include | 11:54:33 |
| 24 | different ways of modeling time itself, as | 11:54:35 |
| 25 | well as potentially examining instrumental | 11:54:38 |

## 455

| | | |
|---|---|---|
| 1 | variables analysis, which is a two-stage | 11:54:41 |
| 2 | model where one predicts the variable of | 11:54:44 |
| 3 | interest here, the allegedly illegal | 11:54:49 |
| 4 | promotions and uses that predicted value | 11:54:52 |
| 5 | instead of the number itself. | 11:54:54 |
| 6 | So to address your earlier concern | 11:54:55 |
| 7 | about the simultaneity between promotional | 11:54:58 |
| 8 | spending and the quantity of the drug | 11:55:02 |
| 9 | prescribed, for example, you could use an | 11:55:05 |
| 10 | instrumental variables analysis there. | 11:55:08 |
| 11 | That may be appropriate depending on what | 11:55:10 |
| 12 | the data show. | 11:55:12 |
| 13 | Q. Okay. So in terms of the -- I just want to | 11:55:12 |
| 14 | make sure I have a complete sense of the | 11:55:23 |
| 15 | different approaches that you might use to | 11:55:24 |
| 16 | address endogeneity. Is there anything | 11:55:26 |
| 17 | else other than what you've just described, | 11:55:29 |
| 18 | the Hausman test, the specification test | 11:55:30 |
| 19 | that you discussed an answer or two ago, | 11:55:32 |
| 20 | the work that you would do that you just | 11:55:37 |
| 21 | described as being -- falling within the | 11:55:39 |
| 22 | category of alternative specifications? | 11:55:42 |
| 23 | A. I haven't considered all the possibilities, | 11:55:45 |
| 24 | but I would say those are probably among | 11:55:48 |
| 25 | the most important. And clearly in this | 11:55:50 |

## 456

| | | |
|---|---|---|
| 1 | context, understanding the timing of the | 11:55:52 |
| 2 | specific events and spending relative to | 11:55:56 |
| 3 | the use and modeling that timing | 11:55:59 |
| 4 | appropriately is really a critical part of | 11:56:03 |
| 5 | this question. | 11:56:05 |
| 6 | In your example of violent | 11:56:09 |
| 7 | behavior, part of the problem is we don't | 11:56:12 |
| 8 | know which came first. And here in many | 11:56:14 |
| 9 | cases we know when the median was relative | 11:56:16 |
| 10 | to the use. | 11:56:20 |
| 11 | Q. If you can't tell which came first, does | 11:56:23 |
| 12 | that make it impossible to unravel an | 11:56:24 |
| 13 | endogeneity problem? | 11:56:28 |
| 14 | A. It doesn't make it impossible. Using | 11:56:31 |
| 15 | instrumental variables analysis for example | 11:56:33 |
| 16 | doesn't rely on timing. | 11:56:41 |
| 17 | Q. Are there any other ways other than | 11:56:42 |
| 18 | instrumental variable analysis that you | 11:56:44 |
| 19 | could -- that you don't rely on timing to | 11:56:46 |
| 20 | unwind an endogeneity problem? | 11:56:49 |
| 21 | A. Instrumental variables would be sort of the | 11:56:51 |
| 22 | chief candidate. | 11:56:55 |
| 23 | Q. Okay. | 11:56:57 |
| 24 | A. To the extent that the endogeneity problem | 11:56:57 |
| 25 | relates to observables one can also do some | 11:57:00 |

**457**

1  kind of propensity score matching.  11:57:03
2  Q. Some what?  11:57:05
3  A. Some of kind of matching. If we had two  11:57:06
4  groups again, a group of doctors that  11:57:08
5  should be effected and a group that  11:57:11
6  shouldn't, we could do some matching  11:57:12
7  between those and look at the difference in  11:57:14
8  the effects and estimate that as the  11:57:17
9  impact.  11:57:20
10 Q. Doing the sort of matching that you just  11:57:21
11  described would require getting data from  11:57:23
12  individual doctors, though, I take it?  11:57:25
13 A. Or, again, if we looked at submarkets or  11:57:26
14  subgroups of specialties so not initially  11:57:31
15  individual doctors but groups.  11:57:36
16 Q. And you'd need to be able to -- well, I'll  11:57:39
17  withdraw the question.  11:57:41
18 A. Okay.  11:57:42
19 Q. So one of the things that you've just been  11:57:42
20  discussing is instrumental variable  11:57:47
21  analysis?  11:57:49
22 A. Uh-huh.  11:57:51
23 Q. For clarity of the record and for my own  11:57:51
24  edification, could you tell me what an  11:57:56
25  instrumental variable is?  11:57:58

**458**

1  A. An instrumental variable is something  11:57:59
2  that's correlated with the variable of  11:58:02
3  interest, let's call it promotional  11:58:05
4  spending for argument, but is not other  11:58:07
5  than through the variable of interest  11:58:10
6  correlated with your outcome of interest,  11:58:12
7  use. So it predicts promotional spending  11:58:16
8  but only to the extent that through  11:58:21
9  promotional spending does it predict the  11:58:23
10  outcome itself. It doesn't have any  11:58:26
11  independent effect on the outcome.  11:58:28
12 Q. Is it correct to say that an instrumental  11:58:29
13  variable must be uncorrelated with the  11:58:34
14  error term?  11:58:35
15 A. Instrumental variable must be uncorrelated  11:58:36
16  with the error term in the primary  11:58:41
17  regression or in the logistic regression  11:58:45
18  that it's in.  11:58:49
19 Q. Can you explain to me what that means in --  11:58:56
20 A. Well, the instrumental variable itself, if  11:58:58
21  we -- I mean, there are two ways of  11:59:01
22  thinking about instrumental variables,  11:59:03
23  whether it's going to -- you're talking  11:59:04
24  about a two-step regression or putting the  11:59:05
25  instrument directly into the regression,  11:59:08

**459**

1  let's assume that there's this first model  11:59:10
2  you develop that says there's some  11:59:12
3  characteristics that you control for  11:59:16
4  everything that predicts promotional  11:59:17
5  spending, including for this instrumental  11:59:20
6  variable which again has the  11:59:22
7  characteristics of not being correlated  11:59:23
8  with the outcome of interest. It doesn't  11:59:25
9  cause the outcome of interest, so it  11:59:28
10  shouldn't be correlated with the residuals,  11:59:30
11  either.  11:59:32
12     And so that's sort of a -- that's  11:59:32
13  how you choose your instrumental variable.  11:59:34
14  And then you take that model and you  11:59:37
15  predict something, and then the second  11:59:38
16  model you predict -- take that predicted  11:59:39
17  value plus all those other control  11:59:41
18  variables but not -- not now your  11:59:44
19  instrument. Your instrument is excluded  11:59:46
20  from the second stage.  11:59:48
21     And so by selection the variable  11:59:50
22  that you choose to use in the first stage  11:59:53
23  and not the second stage, your instrument,  11:59:55
24  should not be correlated with the residuals  11:59:58
25  in the first -- in the second stage.  12:00:00

**460**

1 Q. Okay. Is the equation that you do in the  12:00:08
2  first stage the equation that will actually  12:00:15
3  generate the results at the end of the day  12:00:17
4  that you'll use in your model, or is it the  12:00:19
5  second stage --  12:00:21
6 A. It's the second stage.  12:00:21
7 Q. Okay.  12:00:22
8 A. You can think of the first stage as a way  12:00:26
9  to try to remove the bias.  12:00:27
10 Q. Okay. Putting it another way, setting  12:00:33
11  aside the questions, I think, about the  12:00:41
12  error term, you want a variable that is not  12:00:43
13  correlated with the dependent variable but  12:00:46
14  is as highly correlated as possible with  12:00:49
15  the endogenous or suspect variable?  12:00:52
16 A. Not correlated except again through. So  12:00:56
17  some variable that will predict promotion  12:00:59
18  will be correlated with the outcome of  12:01:01
19  interest, but only through promotion and  12:01:03
20  not through a different channel, okay?  12:01:06
21 Q. Okay. Insofar as you use instrumental  12:01:08
22  variables to try to identify or correct for  12:01:27
23  endogeneity, would you need an instrumental  12:01:29
24  variable for each component of the X  12:01:31
25  variable, you know, promotional activities,  12:01:34

38 (Pages 457 to 460)

**Page 461**

1  as well as an instrumental variable for  12:01:36
2  each -- or for the O variable, the  12:01:38
3  promotional spending?  12:01:40
4  A. Potentially they would be different  12:01:41
5  variables, yes.  12:01:47
6  Q. When you say "potentially," what do you  12:01:47
7  mean?  12:01:49
8  A. I guess if you show that there's  12:01:49
9  endogeneity for each of those X variables,  12:01:51
10  then we would have to look for an  12:01:54
11  instrumental variable for each of them, but  12:01:57
12  it's not necessarily clear that they have  12:02:03
13  to be different instrumental variables.  12:02:04
14  They may have some similar set of  12:02:08
15  instruments and multiple instruments.  12:02:11
16  Q. What analysis, if any, have you already  12:02:14
17  undertaken at this point to determine  12:02:16
18  whether instrumental variables could be  12:02:18
19  used in your model to address endogeneity?  12:02:19
20  A. I haven't -- again, I don't have the data  12:02:23
21  to do this analysis yet, so I haven't  12:02:26
22  determined that instrumental variables is  12:02:28
23  needed, and I certainly haven't begun to  12:02:29
24  develop those models.  12:02:34
25  Q. So I take it you haven't identified  12:02:35

**Page 462**

1  possible instrumental variables yet?  12:02:39
2  A. No. There are some that have been used in  12:02:40
3  the literature, as you may know.  12:02:41
4  Q. What are the ones that you have in mind?  12:02:45
5  A. For detailing and sampling the literature  12:02:46
6  has used, I believe, variables having to do  12:02:53
7  with staffing in the pharmaceutical  12:02:59
8  companies for advertising, media prices.  12:03:01
9  Sort of the category of instruments that  12:03:08
10  people often look to, not the only  12:03:10
11  category, but a category of instruments  12:03:12
12  that people often look to are the supply  12:03:15
13  prices for whatever you're trying to get at  12:03:16
14  here, so this is essentially a demand  12:03:19
15  model.  12:03:23
16      So you can put in what it costs to  12:03:23
17  do the advertising instead of the  12:03:25
18  advertising itself. Those are commonly  12:03:27
19  used, as well as other measures. We used  12:03:32
20  one having to do with the order of entry of  12:03:35
21  the drug in that case across all conditions  12:03:38
22  in a therapeutic class, but in this case it  12:03:41
23  would be for a particular condition.  12:03:43
24  Q. Were there any others that you can think  12:03:47
25  of?  12:03:57

**Page 463**

1  A. Those are some examples.  12:03:58
2  Q. Okay. All right. Let's turn back to Page  12:03:59
3  16, Footnote 63.  12:04:25
4  A. Okay.  12:04:28
5  Q. And look at the second-to-last sentence  12:04:28
6  there. It reads, "Likewise, it is possible  12:04:29
7  that multicollinearity among independent  12:04:37
8  variables may be found, since promotional  12:04:40
9  effects" -- "since promotional efforts,"  12:04:43
10  excuse me, "are often intentionally  12:04:45
11  coordinated. While multicollinearity can  12:04:47
12  complicate estimation of the model and  12:04:50
13  produce large estimated standard errors,  12:04:52
14  alternative specifications can be  12:04:55
15  developed."  12:04:57
16      You refer in these sentences to  12:05:00
17  multicollinearity, correct?  12:05:01
18  A. Yes, that's right.  12:05:03
19  Q. And by "multicollinearity," am I right that  12:05:05
20  you mean a situation in which two or more  12:05:08
21  of the independent variables are highly  12:05:11
22  correlated with one another?  12:05:14
23  A. That's correct.  12:05:15
24  Q. And you would agree that in your model it's  12:05:15
25  possible that multicollinearity among  12:05:22

**Page 464**

1  independent variables may be found,  12:05:24
2  correct?  12:05:25
3  A. That's correct.  12:05:26
4  Q. Have you done any analysis to determine  12:05:26
5  whether such multicollinearity in fact  12:05:29
6  exists?  12:05:31
7  A. No, I have not. Again, I do not have the  12:05:31
8  data yet to do these analyses.  12:05:34
9  Q. How would you determine when you have the  12:05:37
10  data whether variables in your model were  12:05:38
11  multicollinear?  12:05:44
12  A. Essentially one can look at a first pass at  12:05:45
13  the correlation matrix across independent  12:05:50
14  variables, correlation of --  12:05:53
15  Q. Can you tell me what that means, please?  12:05:54
16  A. Well, the correlation is essentially the  12:05:57
17  extent to which these variables co-vary  12:06:01
18  over time, and so if there's a high degree  12:06:03
19  of correlation, for example, in two of the  12:06:07
20  right-hand side variables, this leads to,  12:06:12
21  again, this problem with the standard  12:06:16
22  errors.  12:06:19
23      And generally sort of looking at  12:06:19
24  those covariates there's a matrix. Imagine  12:06:21
25  that, you know, there's a list of your  12:06:24

39 (Pages 461 to 464)

M. ROSENTHAL

Page 465

1  independent variables across the top and         12:06:25
2  across the bottom, and there's a                 12:06:27
3  correlation coefficient that goes with each      12:06:29
4  one. In that correlation coefficient,            12:06:31
5  usually people look for -- if there's a          12:06:33
6  correlation of .8 or above, then that's          12:06:34
7  deemed to be a problem. That's sort of a         12:06:37
8  rule of thumb rather than a precise number,      12:06:40
9  but one can also look at linear                  12:06:44
10 combinations of variables in the                 12:06:46
11 correlations there.                              12:06:47
12 Q. When you say "a correlation of Point A or     12:06:48
13    above" --                                     12:06:51
14 A. I'm sorry, .8.                                12:06:51
15 Q. Oh, I see. Okay.                              12:06:53
16 A. I beg your pardon.                            12:06:55
17 Q. Not at all. I'm sorry I misheard. What        12:06:59
18    are the consequences of not addressing        12:07:02
19    multicollinearity in a regression model?      12:07:05
20 A. Well, if it's extreme, many software pages    12:07:08
21    will simply drop the variables, they won't    12:07:12
22    be able to estimate the model at all. And     12:07:15
23    otherwise, it can lead to, again, these       12:07:18
24    very large standard errors. So it can make    12:07:22
25    the situation where it's impossible to pull   12:07:26

Page 466

1  apart the effects of that -- of the two         12:07:28
2  highly correlated variables. All of these       12:07:30
3  effects depend on the type of model as          12:07:38
4  well.                                           12:07:39
5  Q. Now, it's correct that one reason that       12:08:00
6     multicollinearity may be found in your       12:08:02
7     model is that promotional efforts are often  12:08:04
8     intentionally coordinated; is that correct?  12:08:06
9  A. I mean, that seems like a reasonable         12:08:10
10    assumption that they may be coordinated.     12:08:16
11 Q. Right. I think --                            12:08:18
12 A. When you say "often," I just don't have any  12:08:22
13    data, so often coordinated, but --           12:08:25
14 Q. The reason I use the terminology --          12:08:26
15 A. Did I say "often"?                           12:08:29
16 Q. -- that's what you say in the second-to-     12:08:31
17    last sentence of Footnote 63.                12:08:33
18 A. I believe that they can certainly be         12:08:35
19    coordinated.                                 12:08:38
20 Q. Would you disagree with what you wrote here  12:08:39
21    as to the possibility that -- or the fact    12:08:42
22    that promotional efforts are often           12:08:45
23    intentionally coordinated?                   12:08:48
24 A. No, I'm sorry, I don't disagree with that    12:08:49
25    statement.                                   12:08:51

Page 467

1  Q. Now, what that means is that there could be  12:08:56
2     multicollinearity between some of the        12:08:57
3     on-label promotional variables on the one    12:08:59
4     hand and some of the off-label promotional   12:09:02
5     variables on the other hand, correct?        12:09:05
6  A. I believe it's possible. I guess, I was      12:09:06
7     thinking more in terms of if you have an     12:09:09
8     event, then you follow up with free samples  12:09:11
9     or something. The coordination of            12:09:14
10    off-label and on-label, I guess it would     12:09:17
11    sort of depend on what exactly we were       12:09:19
12    talking about, but it seems possible that    12:09:21
13    they could be coordinated.                   12:09:23
14 Q. Right. And so that -- all right. Well,       12:09:24
15    let's assume for purposes of these           12:09:30
16    questions that multicollinearity does exist  12:09:32
17    between --                                   12:09:34
18 A. Okay.                                        12:09:35
19 Q. -- on-label and off-label promotional        12:09:35
20    variables in your model.                     12:09:37
21 A. Yes.                                         12:09:38
22 Q. How would you address that?                  12:09:38
23 A. Well, I do think, as I mentioned, it might   12:09:42
24    be necessary to selectively eliminate some   12:09:44
25    variables, and in this context I would do    12:09:46

Page 468

1  so in the most conservative way. So if          12:09:48
2  there were events closely timed, just as an     12:09:50
3  example, events closely timed for on- and       12:09:55
4  off-label promotion and I couldn't separate     12:09:58
5  them in the model, I would have to trade        12:10:00
6  that all to be on-label use.                    12:10:03
7  Q. Now, when you talk about selectively         12:10:06
8     eliminating some variables, that would be    12:10:09
9     simply dropping one of the two               12:10:10
10    multicollinear variables in order to         12:10:14
11    address the problem. Is that a correct       12:10:16
12    understanding?                               12:10:18
13 A. Essentially, yes.                            12:10:18
14 Q. And that's typically sort of the easiest     12:10:20
15    way of addressing this problem?              12:10:23
16 A. So either dropping variables or changing     12:10:25
17    specification in some way. You can imagine   12:10:27
18    in some examples changing the way those      12:10:29
19    variables were specified would reduce the    12:10:31
20    collinearity.                                12:10:33
21 Q. Okay. Now, if there was multicollinearity    12:10:35
22    between certain on-label promotional         12:10:40
23    activities on the one hand and off-label     12:10:42
24    promotional activities on the other hand --  12:10:46
25    well, why don't I withdraw the question --   12:10:49

40 (Pages 465 to 468)

M. ROSENTHAL

### Page 469

| | | |
|---|---|---|
| 1 | A. Okay. | 12:10:49 |
| 2 | Q. -- and state it more precisely. | 12:10:49 |
| 3 | If there is multicollinearity | 12:10:53 |
| 4 | between certain on-label variables and | 12:10:53 |
| 5 | on-label promotional variables and | 12:10:56 |
| 6 | off-label promotional variables on the | 12:10:57 |
| 7 | other hand, you wouldn't simply be able to | 12:10:59 |
| 8 | drop one set of those variables from your | 12:11:03 |
| 9 | equation; is that right? | 12:11:06 |
| 10 | A. Essentially, in my view, in that situation | 12:11:07 |
| 11 | I would have to not attribute the effect | 12:11:11 |
| 12 | of -- those two variables I couldn't | 12:11:14 |
| 13 | separate them, right? So they have -- they | 12:11:16 |
| 14 | appear to have some common effect, but if I | 12:11:18 |
| 15 | exclude one, there's bias. Generally in | 12:11:20 |
| 16 | this model you do the best you can, but I | 12:11:24 |
| 17 | wouldn't -- so that is, you choose which | 12:11:26 |
| 18 | one to exclude for the purposes of the | 12:11:29 |
| 19 | model, but I wouldn't attribute -- then | 12:11:31 |
| 20 | attribute that effect to the allegedly | 12:11:34 |
| 21 | illegal activities because I couldn't fully | 12:11:37 |
| 22 | identify those. | 12:11:39 |
| 23 | Q. Right. In other words, you wouldn't be | 12:11:40 |
| 24 | able to account for what the relative | 12:11:42 |
| 25 | effects were on Q? | 12:11:43 |

### Page 470

| | | |
|---|---|---|
| 1 | A. Right. So I would have to assume -- to be | 12:11:44 |
| 2 | conservative, I would have to assume that | 12:11:46 |
| 3 | they were all coming from the illegal | 12:11:48 |
| 4 | activities. | 12:11:49 |
| 5 | Q. And in such a circumstance you would | 12:11:49 |
| 6 | potentially -- well, I'll withdraw that | 12:12:08 |
| 7 | question. | 12:12:13 |
| 8 | A. Okay. | 12:12:13 |
| 9 | Q. All right. How many observations do you | 12:12:13 |
| 10 | think you'll have for purposes of | 12:12:41 |
| 11 | estimating the models that you propose? | 12:12:42 |
| 12 | A. I can't say how many observations I'll have | 12:12:43 |
| 13 | at this point. You mean the underlying | 12:12:46 |
| 14 | data from the NDTI or the -- | 12:12:51 |
| 15 | Q. Yeah. | 12:12:53 |
| 16 | A. I don't know at this point what will be the | 12:12:53 |
| 17 | basis for that. The way this is described, | 12:12:55 |
| 18 | this time series model, essentially they'll | 12:12:58 |
| 19 | use an aggregated monthly data on the | 12:13:02 |
| 20 | left-hand side. That will be based on a | 12:13:04 |
| 21 | different sample size depending on which | 12:13:07 |
| 22 | data source appears to be the most | 12:13:09 |
| 23 | appropriate. | 12:13:11 |
| 24 | Q. Okay. But in terms of the number of | 12:13:11 |
| 25 | observations, what we would be talking | 12:13:15 |

### Page 471

| | | |
|---|---|---|
| 1 | about, I guess, would be one observation | 12:13:16 |
| 2 | per month for the length of the class | 12:13:19 |
| 3 | period? | 12:13:21 |
| 4 | A. That's essentially what an aggregate model | 12:13:21 |
| 5 | looks like, yes. | 12:13:23 |
| 6 | Q. Right. And so that's -- without actually | 12:13:24 |
| 7 | sitting down and doing the math, would that | 12:13:27 |
| 8 | be a reasonable way of coming up with the | 12:13:29 |
| 9 | number of observations that you would | 12:13:32 |
| 10 | imagine using in your model? | 12:13:35 |
| 11 | A. Right. So there are -- there's as many | 12:13:37 |
| 12 | observations as there are months and | 12:13:41 |
| 13 | diagnose -- times diagnoses, right? | 12:13:43 |
| 14 | Q. Okay. | 12:13:47 |
| 15 | A. And potentially dosages. But essentially | 12:13:51 |
| 16 | you're right. | 12:13:56 |
| 17 | Q. Okay. To what extent do the number of | 12:13:56 |
| 18 | observations limit the number of | 12:14:01 |
| 19 | independent variables that you can use in | 12:14:03 |
| 20 | your analysis? | 12:14:05 |
| 21 | A. There is a natural limit there in terms of | 12:14:06 |
| 22 | what's called degrees of freedom, so at | 12:14:09 |
| 23 | some -- | 12:14:13 |
| 24 | Q. What is -- go ahead. | 12:14:13 |
| 25 | A. Well, so degrees of freedom have to do with | 12:14:14 |

### Page 472

| | | |
|---|---|---|
| 1 | the number of observations and the number | 12:14:19 |
| 2 | of -- sorry, observations and variables and | 12:14:21 |
| 3 | you're right, the number of observations -- | 12:14:28 |
| 4 | certainly the number of independent | 12:14:30 |
| 5 | variables cannot exceed the number of | 12:14:32 |
| 6 | observations. | 12:14:34 |
| 7 | Q. So is that the natural limit that you | 12:14:34 |
| 8 | described in your first answer? | 12:14:40 |
| 9 | A. That's the extreme limit, but clearly | 12:14:42 |
| 10 | sooner than that you would run out of power | 12:14:46 |
| 11 | to test anything within reasonable bounds. | 12:14:49 |
| 12 | And so it's a matter of how much power | 12:14:52 |
| 13 | you're looking for. | 12:14:55 |
| 14 | Q. When you say "sooner than that," you mean | 12:14:56 |
| 15 | when the number of independent variables | 12:15:00 |
| 16 | approaches but doesn't yet reach -- | 12:15:03 |
| 17 | A. That's right. | 12:15:05 |
| 18 | Q. -- the total number of observations? | 12:15:06 |
| 19 | A. That's right. | 12:15:08 |
| 20 | Q. Okay. And that the one-to-one ratio is an | 12:15:08 |
| 21 | extreme limit? | 12:15:12 |
| 22 | A. Very extreme. | 12:15:13 |
| 23 | Q. What's a less extreme limit? | 12:15:15 |
| 24 | A. I think it's really going to depend here on | 12:15:18 |
| 25 | what kinds of power we're looking for in | 12:15:23 |