# EXHIBITS 3 – 6

# (FILED UNDER SEAL)