# EXHIBITS 8 – 16

# (FILED UNDER SEAL)