# EXHIBITS 21 – 27

# (FILED UNDER SEAL)