# EXHIBIT 28



UNIVERSITY OF
PENNSYLVANIA
HEALTH SYSTEM

**Shawn J. Bird, M.D.**
Associate Professor

**Department of Neurology**

Director, Neurodiagnostic Laboratories

November 29, 2006

Expert Report of Dr. Shawn Bird
RE: Neurontin® use in neuropathic pain and related forms of chronic pain

I have been asked to review the literature and summarize my clinical experience as an expert regarding the appropriateness of the use of Neurotin® for neuropathic pain and related forms of chronic pain. I am a neurologist at the University of Pennsylvania. My educational background includes two undergraduate degrees from Cornell University, a BA in Biology and a BS in electrical engineering. I subsequently received my MD from Johns Hopkins University School of Medicine. I completed my training in 1989 following a neurology residency and a fellowship in nerve and muscle diseases, a total of five years, at the University of Pennsylvania.

I have been on the full-time faculty at Penn since 1989 and hold the rank of Associate Professor of Neurology in the School of Medicine. I am director of the Neurodiagnostic Laboratories, as well as director of the Electromyography (EMG) Lab at Penn. I also am the program director for the clinical neurophysiology residency program. I hold board certification in Neurology with added qualifications in Clinical Neurophysiology. I have additional board certification in EMG by the American Board of Electrodiagnostic Medicine. My primary responsibilities at Penn include the practice of EMG studies and the evaluation of patients with nerve disorders, including those with neuropathic pain. As part of those clinical activities, I teach neurology residents and fellows. I have published over 45 articles and 20 chapters on neuromuscular diseases and clinical electromyography. I have been recent president of the Philadelphia Neurological Society and have received numerous awards. The details of my publications and awards are listed in my curriculum vitae (attached).

Neuropathic pain is defined as "pain initiated or caused by a primary lesion or dysfunction in the nervous system." It may be due to disease- or injury-induced damage to any nerve, particularly in the peripheral nervous system. Examples include painful neuropathies due to diabetes or other illness, trauma to nerves, causalgia, complex regional pain syndrome, poststroke pain, phantom limb pain or pain after spinal cord trauma. Characteristic clinical symptoms include the feeling of bothersome pins and needles, and burning, lancinating (shooting or electric shock-like), stabbing or throbbing

pain. The goal of therapy is to reduce the unpleasant manifestations of the neuropathic pain.

Neurontin® (gabapentin) has been a safe and effective treatment for neuropathic pain, and related forms of chronic pain, for the past decade. For reasons detailed below, it quickly became one of the first line treatments for nerve pain due to its effectiveness and its low side-effect profile. Gabapentin did not carry a specific FDA indication for use in neuropathic pain. However, the first line agents in common use before gabapentin, the tricyclic antidepressants like amitriptyline, also did not have an FDA-approved indication for this use. The tricyclic antidepressants, like gabapentin, were prescribed for the treatment of chronic pain in clinical practice for many years because they were effective in most physicians' experience and in the published literature. Certainly physicians have made every attempt to relieve suffering in these patients despite the lack of any drug with FDA-approval for these forms of pain. Prior to the recent approval of Lyrica® and Cymbalta®, there were no FDA-approved medications with specific indications for neuropathic pain. Even these newer drugs have FDA-approval for use only in painful diabetic neuropathy and post-herpetic neuropathy (Lyrica only).

Physicians have always been free to prescribe an FDA-approved drug for an off-label use when it was indicated based on their clinical judgment in the context of the prevailing standards of care. It has been estimated that more than half of all prescriptions are for uses the FDA has not approved. I know that more than 80% of the prescriptions in my practice are for off-label use. My practice consists of relatively uncommon neuromuscular disorders, such as myasthenia gravis and peripheral neuropathies, for which there are no medications with FDA approval.  Despite that, I treat these patients quite successfully with a variety of medications.

It would not be possible to practice medicine without the use of FDA-approved drugs for off-label use. There are many examples where the standard of care encompasses the use of drugs for off-label use. Common examples would include the use of aspirin for stroke prevention or post-myocardial infarction prophylaxis. Corticosteroids, such as prednisone, are essential in many autoimmune diseases but these are not approved by the FDA for any of these indications. As noted above, tricyclic antidepressants have been used off-label for decades for neuropathic pain. There is extensive clinical experience and medical literature to support the use of numerous off-label drugs in many disorders. In these instances, use of off-label medications has become the accepted medical standard of care. This is the case as well with the use of gabapentin in neuropathic pain. I have not had any problems arise whereby insurance coverage, or a drug prescription benefit, was not provided for the use of gabapentin for one of my patients with neuropathic pain. Gabapentin is on our hospital formulary for in-patients as well, and is a commonly recommended drug by our Pain Service.

Prior to the mid-1990's, the first-line treatment of neuropathic, and related pain consisted of the tricyclic antidepressants (TCAs). The mechanism of action of the TCAs that produces pain relief in neuropathic or other related pain syndromes is not known, but had been noted clinically for decades. Although clinically effective, TCA agents are poorly tolerated by many individuals due to the high incidence of sedation, very bothersome dry-mouth and other dose-limiting side-effects.

Because of the bothersome side-effects of the TCAs that often preclude their use, and also due to the need for an alternative for those patients who did not benefit from the TCAs, physicians have tried other off-label drugs in neuropathic pain. Other agents in use in the 1990s included the anticonvulsant carbamazepine and the cardiac antiarrthymic agent mexilitine (Bird, 2002). These drugs were deemed clinically effective in individual patients with neuropathic pain. These latter drugs were considered second line agents to the TCAs due to concerns regarding potentially more serious side-effects. Carbemazepine is sedating and can produce serious drops in the white blood counts, necessitating frequent blood monitoring. Mexilitine is a cardiac drug that can sometimes cause cardiac arrthymias. There was a need prior to mid-1990s for an effective drug with less bothersome and serious side-effects.

In the mid-1990s, early reports in the academic peripheral nerve community indicated that gabapentin, a newly-released anticonvulsant, was effective in the treatment of neuropathic pain and that it had very few limiting side-effects. The clinical experience was uniformly favorable. Preliminary positive results with gabapentin were spread initially by preliminary presentations and colleague-to-colleague discussion at scientific meetings, not at pharma-sponsored events or by pharmaceutical drug representatives. For example, at just one organization's meetings, the American Academy of Neurology, in 1998 and 1999 there were several reports of gabapentin's benefit in neuropathic pain and related chronic pain. Such titles included, "Gabapentin versus amitriptyline in painful diabetic neuropathy of the elderly" (Dalloccchio, 1998), "Gabapentin in the treatment of painful diabetic neuropathy: a placebo-controlled, double-blind, crossover trial" (Gorson, 1998), "Gabapentin in the treatment of distal symmetric axonopathy in HIV infected patients" (Gatti, 1998), "Gabapentin in painful AIDS-related neuropathy" (La Spina, 1999), "Painful diabetic neuropathy treated with gabapentin" (Chiaramonti, 1999). These are examples from just two meetings, of dozens, that reflected the ballooning positive reports of gabapentin use. Even prior to these particular meetings in 1998 and 1999, we had been using gabapentin for several years based on our positive experience with the drug in patients with neuropathic pain. As outlined below, the published literature grew rapidly supporting the use of gabapentin in neuropathic pain and other related forms of chronic pain. As early as 1998, review articles on the treatment of neuropathic pain featured gabapentin prominently. For example, in the November 1998 Neurologic Clinics a review article on painful neuropathy summed up the medical opinion well in stating, "Recently, a multicenter, placebo-controlled study demonstrated significant pain reduction with gabapentin for the treatment of painful diabetic polyneuropathy. Even before this report was presented, gabapentin had been extensively prescribed for the

treatment of many neuropathic pains based on the drug's excellent efficacy, side effects ratio, remarkably low incidence of intolerable side effects, and the ease to which it may be prescribed, with no need to monitor any bloodwork. Another added benefit of gabapentin is the drug is not metabolized and thus there are no drug-drug interactions (Galer, 1998)." I could not have summarized the consensus of opinion on the use of gabapentin for neuropathic pain in the neurologic community any better than that statement from 1998.

In addition to the clinical experience with gabapentin, there has been a substantial body of literature supporting its use in neuropathic pain. This is summarized in a recent review from the Cochrane Database of Systematic Reviews (Wiffen, 2006). The Cochrane database contains high-quality, independent evidence to inform healthcare decision-making. Cochrane reviews represent the highest level of evidence on which to base clinical treatment decisions. In this review of gabapentin for acute and chronic pain, fourteen randomized trails in chronic pain (1468 patients) were deemed high quality and were evaluated. The studies treated: post-herpetic neuralgia (two studies), diabetic neuropathy (seven studies), cancer-related neuropathic pain (one study), phantom limb pain (one study), Guillain-Barre syndrome (one study), spinal cord injury pain (one study) and various neuropathic pains (one study). The conclusion of this review was that gabapentin is effective in neuropathic pain.

Many other reviews support the experience that gabapentin is effective for various forms of neuropathic pain. One review examined 35 papers involving 727 patients with multiple neuropathic pain conditions treated with gabapentin (Mellegers, 2004). The meta-analysis of 4 placebo-controlled, randomized clinical trials showed a beneficial effect of gabapentin in diabetic neuropathy and post-herpetic neuralgia. The remainder of the studies evaluated by these authors were uncontrolled, but the conclusion of the paper was that these published reports did demonstrate a beneficial effect in multiple painful neuropathic conditions. Another review, based on the available data, suggested that gabapentin is the medication to use if an antidepressant was ineffective or not tolerated (Namaka, 2004). Another review states that a substantial percentage of patients treated with gabapentin for neuropathic pain "can expect to achieve more than 50% pain relief" (Bennett, 2004).

The specific studies that confirm the clinical effectiveness of gabapentin in neuropathic pain are numerous. However, some are particularly worthy of mention. Six randomized clinical trials (RCT) compared gabapentin with placebo and 2 RCTs compared gabapentin with amitriptyline, an antidepressant shown in previous RCTs to be effective in neuropathic pain. All of these studies demonstrated a beneficial effect of gabapentin. The placebo-controlled trials showed that gabapentin was statistically better than placebo for pain relief. The trials that compared gabapentin with amitriptyline showed no difference (i.e., gabapentin is as effective as amitriptyline). The placebo-controlled trials consisted of 165 patients with diabetic neuropathy (Backonja, 1998), 40 patients with

diabetic neuropathy (Gorson, 1999), 30 patients with diabetic neuropathy (Tamez-Perez, 1998), 229 patients with post-herpetic neuralgia (Rowbotham, 1998), 334 patients with post-herpetic neuralgia (Rice, 2001), and 305 patients with various forms of neuropathic pain (Serpell, 2002), including complex regional pain syndrome, radiculopathy, other less common forms of neuropathic pain. The RCTs that compared gabapentin to amitriptyline included 25 patients with diabetic neuropathy (Dollocchio, 2000) and 25 veterans with diabetic neuropathy (Morello, 1999).

There is extensive literature, too large to comprehensively review, that supports the use of gabapentin in other related pain states, including spinal cord injury (Tai, 2002; To, 2002; Putzke, 2002; Ahn, 2003; Levendoglu, 2004), post-operative pain (Turan, 2003; Turan, 2004; Pandey, 2004; Rorarius, 2004; Tuncer, 2005; Gilran, 2005; Menigaux, 2005), complex regional pain syndrome (reflex sympathetic dystrophy) (Mellick, 1997; van de Vusse, 2004; Teasdall, 2004), phantom limb pain (Nikolajsen, 2001; Bone, 2002; Mera, 2004; Manchikanti, 2004; Hanley, 2006), neuropathic cancer pain (Caraceni, 1999; Chandler, 2000; Foley, 2000; Devulder, 2001; Bosnjak, 2002; Caraceni, 2005) and in chronic non-cancer pain in general (Anesthesia Task Force on Chronic Pain, 1997; Epstein, 1998; Attal, 1998; Sater-Katzenschlager, 2003; Hainline, 2005; Toderov, 2005; Baker, 2005). This literature includes a number of placebo-controlled randomized clinical trials that demonstrate the effectiveness of gabapentin in these disorders. For example, Levendoglu and colleagues (2004) concluded that gabapentin is "a first line drug for the treatment of neuropathic pain in spinal cord injury". Their prospective, randomized double-blind, placebo-control clinical trial demonstrated that gabapentin significantly reduced all types of pain in the study patients with spinal cord injury, but also improved their quality of life. Several randomized clinical trials have demonstrated the benefit in post-operative pain. A RCT of 75 patients undergoing vaginal hysterectomy showed that gabapentin reduced the need for post-op pain treatment by 40% compared to placebo (Rorarius, 2004). Another placebo-controlled RCT demonstrated a similar beneficial effect of gabapentin in 45 patients undergoing major orthopedic surgery (Tuncer, 2005). In another study, fifty-six patients undergoing lumbar discectomy were randomized to pre-operative treatment with gabapentin or placebo. The gabapentin treated group had significantly lower post-operative pain (Pandey, 2004). Van de Vusse and co-workers (2004) reported on a placebo-controlled RCT of gabapentin in 58 patients with complex regional pain syndrome I, also called reflex sympathetic dystrophy, and found a significant benefit in the initial three week study period. Nineteen patients with post-amputation phantom limb pain were study studied in another placebo-controlled RCT. The gabapentin-treated patients had significantly lower pain scores after the 6 week study period, where the mean pain score was halved compared to placebo-treated patients (Bone, 2002).

As a large neuromuscular referral center at the University of Pennsylvania, my colleagues and I have seen thousands of patients with neuropathic pain. In my experience gabapentin is an effective drug for pain and is very well tolerated by patients. For ten years now gabapentin has been the first line agent that I use in patients with chronic

neuropathic pain of many causes. I, and many of my colleagues, use gabapentin as the first drug in neuropathic pain for two reasons. First, it clearly is as effective in my experience, if not more so, than any other drug available for this use. Second, it is the best tolerated drug for this use, with the least bothersome side-effects and no requirement for blood monitoring. I continue to use it as a first line agent to this date. I have had no problems arise at any time in any patient regarding insurance coverage for gabapentin for this purpose. Gabapentin in on the hospital formulary at the Hospital of the University of Pennsylvania and is used on scores of in-patients with various types of pain. In my opinion, since the mid-1990s gabapentin has been one of the first line agents for neuropathic pain and related pain syndromes. Its use became standard of care in the medical community for neuropathic pain. Gabapentin has been a safe and effective drug for neuropathic and related pain, and its use in this clinical setting is appropriate. This opinion is based on my clinical experience with this drug in these disorders, other physicians' similar experience, and the medical literature that supports its use. The medical literature I reviewed for this report is attached and my hourly rate for the time spent is $300 per hour.


Sincerely,


Shawn J. Bird, M.D.

UNIVERSITY OF PENNSYLVANIA - SCHOOL OF MEDICINE
Curriculum Vitae

September 1, 2006

Shawn J. Bird, M.D.

Home address:                331 Landsende Road
                             Devon, PA  19333
                             (610) 240-0565

Office address:              Department of Neurology
                             Hospital of the University of Pennsylvania
                             3400 Spruce Street
                             Philadelphia, Pennsylvania 19104

                             Phone   (215) 662-6551
                             Fax     (215) 349-5579
                             E-mail  sbird@mail.med.upenn.edu

Social Security Number:      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

Education:    1974-79    B.A.    Cornell University (Biology)
                         B.S.    Cornell University (Electrical
                                 Engineering)
              1979-83    M.D.    Johns Hopkins University

Postgraduate Training and Fellowship Appointments:

       1983-84    Intern in Internal Medicine, New York Hospital-Cornell
                  University Medical Center, New York
       1984-87    Resident in Neurology, Hospital of the  University of
                  Pennsylvania, Philadelphia
       1987-89    Fellowship, Clinical Neuromuscular Diseases and
                  Electromyography, Hospital of the University of
                  Pennsylvania, Philadelphia

Military Service:            None

Shawn J. Bird, MD                                                      Page 2

## Faculty Appointments:

| | |
|---|---|
| 1989-98 | Assistant Professor of Neurology, Department of Neurology, University of Pennsylvania School of Medicine |
| 1998- | Associate Professor of Neurology, Department of Neurology, University of Pennsylvania School of Medicine |

## Hospital and Administrative Appointments:

| | |
|---|---|
| 1989- | Director, Evoked Potential Laboratory, Department of Neurology, Hospital of the University of Pennsylvania |
| 1989-91 | Associate Director, Electromyography (EMG) Laboratory, Department of Neurology, Hospital of the University of Pennsylvania |
| 1991- | Director, Electromyography (EMG) Laboratory, Department of Neurology, Hospital of the University of Pennsylvania |
| 1994- | Director, Neurodiagnostic Laboratories, Department of Neurology, Hospital of the University of Pennsylvania |
| 1996- | Co-Director, Neuropathy Association Clinic, Department of Neurology, Hospital of the University of Pennsylvania |
| 1997- | Director, Clinical Neurophysiology Residency Program (ACGME Program #1874121087), University of Pennsylvania School of Medicine |
| 2000- | Director, Muscular Dystrophy Association (MDA) Clinic, Department of Neurology, Hospital of the University of Pennsylvania |

## Health System Committees:

| | |
|---|---|
| 1990-92 | Member, Medical-Legal Committee, Hospital of the University of Pennsylvania |
| 1994-99 | Member, Practice Affairs Committee, University of Pennsylvania Health System |
| 1996- | Member, Penn NeuroCare Board of Directors |
| 1996-99 | Member, Radnor Practice Advisory Group, University of Pennsylvania Health System |
| 1997- | Member, Professional Billing Subcommittee, Clinical Practices of the University of Pennsylvania |
| 1999- | Member, Clinical Effectiveness and Quality Improvement Committee, Hospital of the University of Pennsylvania |

Shawn J. Bird, MD                                                    Page 3

<u>Specialty Board Certification</u>:

| | |
|---|---|
| 1989 | American Board of Electrodiagnostic Medicine (ABEM) |
| 1990 | American Board of Psychiatry and Neurology (ABPN); (October 1990, certificate # 33469) |
| 1992 | American Board of Neurology and Psychiatry, Added Qualifications in Clinical Neurophysiology (March 1992, certificate # 20) |

<u>Licensure</u>:        Pennsylvania (MD039328E)


<u>Awards, Honors, and Memberships in Honorary Societies</u>:

| | |
|---|---|
| 1979 | Phi Beta Kappa, Cornell University |
| 1983 | Alpha Omega Alpha, Johns Hopkins University School of Medicine |
| 1992 | Neurology Resident's Award for Faculty Excellence in Teaching, Department of Neurology, University of Pennsyvania |
| 1996 | "Top Docs" (EMG/electrodiagnosis), <u>Philadelphia Magazine</u> |
| 1996 | <u>The Best Doctors in America</u> (Northeast region: neuromuscular disease) |
| 1999 | <u>The Best Doctors in America</u> (fourth listing) |
| 1999 | "Top Docs" (electrodiagnosis), <u>Philadelphia Magazine</u> |
| 2001 | Neurology Resident's Award for Faculty Excellence in Teaching, Department of Neurology, University of Pennsylvania |
| 2005 | <u>The Best Doctors in America</u> (2005-2006 edition) |

<u>Memberships in Professional and Scientific Societies</u>:

National Societies:
  American Academy of Neurology
  American Association of Neuromuscular and Electrodiagnostic Medicine (formerly AAEM)
    (Member: Special Interest Group Committee 1999- ,Journal (Muscle & Nerve) Committee, 1994-9; Historical Committee, 1990-94)
  American Academy of Clinical Neurophysiology
  The Neuropathy Association
Local Societies:
  Philadelphia Neurologic Society
    President, 2000-2001
    Vice-President, 1999-2000

Shawn J. Bird, MD                                                      Page 4

## Editorial and Advisory Positions:

1996-    Consultant for Protocol Development for Aldose Reductase Inhibitor
         CI-1014 (Zenarestat) in the Treatment of Diabetic Neuropathy,
         Pfizer (Parke-Davis) Clinical Research Division

1996-    American Association of Electrodiagnostic Medicine Training
         Program Liason

1997-    Editorial Board, The Hypertext Neurological Knowledgebase
         (THyNK)

Ad hoc reviewer for:

| | |
|---|---|
| 1990- | Muscle & Nerve |
| 1994- | Journal of Neurological Sciences |
| 1996- | Neurology |
| 1998- | Journal of Neurology, Neurosurgery, and Psychiatry |
| 1989-94 | Annals of Neurology |

## Principal Investigator of Grants:

A 24-Month, Double-Blind, Randomized, Placebo-Controlled, Fixed-Dose,
    Parallel-Group, Multicenter Study of Zenarestat (CI-1014) in the
    Treatment of Diabetic Neuropathy, Protocol 1014-01, Parke-Davis,
    1997-2001, $490,657.

Phase III, Multicenter, Double-Blind, Placebo-controlled, Parallel-Group
    Study of the Efficacy and Safety of Recombinant Human Nerve
    Growth Factor (rhNGF) in Patients with Diabetic Polyneuropathy;
    Protocol #K0718g, Genentech, 1997-99, $30,000.

A Treatment Protocol Using Myotrophin (human mecasermin) Injection in
    Patients with Amyotrophic Lateral Sclerosis; Protocol
    C0151a/500/AL/US, Cephalon, 1996-99.

Open-Label Trial of Rilutek (riluzole) 50 mg BID in Treatment of
    Amyotrophic Lateral Sclerosis (ALS); Protocol RP 54274-420,
    Rhone-Poulenc Rorer Pharmaceuticals, 1995-96, $5000.

Extension of Treatment Beyond Nine Months and Re-Assignment of Placebo-treated Patients to Treatment with Active Drug; Protocol A-202f, Regeneron Pharmaceuticals, 1994-96, $12,000.

Autonomic Dysfunction in Patients with Functional Gastrointestinal Disease, Co-PI, 1994-95 .

Phase II-III Prospective, Randomized, Double-blind, Placebo-controlled, Dose-ranging and Efficacy Study of Recombinant Human Ciliary Neurotrophic Factor (rHCNTF) in Patients with Amyotrophic Lateral Sclerosis (ALS); Protocol A-9202, Regeneron Pharmaceuticals, 1992-1994, $105,000.

Measurement of Muscle Strength and Abilities to Perform Activities of Daily Living in Patients with Amyotrophic Lateral Sclerosis; Protocol A-9203, Regeneron Pharmaceuticals, 1992-1993, $20,000.

Co-investigator in On-going Clinical Trials

Phase I/II Open-Label Trial of the Epothilone B Analogue EPO906 with Oxaliplatin in Patients with Advanced Cancer, UPCC#17203, Peter O'Dwyer (PI) – electrophysiologic assessment of neurotoxicty.

Epidemiology of Diabetes Interventions and Complications (EDIC); follow-up to the DCCT study – neurologic exam and nerve conduction studies.

Major Clinical Responsibilities for the University of Pennsylvania:

1. Attending physician, HUP inpatients and consultation services:  2 to 3 months per year

2. Attending physician, Neuromuscular diseases outpatient clinic, with a resident or fellow: two ½ days per week

3. Electrodiagnostic (EMG) consultations, with a resident or fellow:  five ½ days per week

4. Evoked potential interpretation, ¼ day per week

5. Direct experimental drug protocols with 10 to 40 patients enrolled

Major Teaching Responsibilities at the University of Pennsylvania:

Shawn J. Bird, MD                                                        Page 6

1. Clinical neurophysiology conference for residents and fellows (course
   director): weekly

2. Group leader, Integrative Neuroscience (ID110)

3. Supervise Neurology 200 students two months per year

4. Supervise EMG training elective for residents and fellows: five ½ days per
   week

5. Supervise fellows in Neuromuscular diseases clinic: two ½ days per week

Lectures by Invitation (past three years):

| | |
|---|---|
| February 13, 2003 | "Diabetic neuropathies" – Department of Medicine, University of Pennsylvania, Philadelphia, PA |
| February 27, 2003 | "Electrodiagnosis of myopathies" - 30th Annual Course in Electrodiagnostic Medicine, Jefferson Medical College, Philadelphia, PA |
| March 29, 2003 | "Physiology and electromyography" – Physical Medicine and Rehabilitation Grand Rounds, Graduate Hospital, Philadelphia, PA |
| November 2, 2003 | "Neuropathies associated with paraproteinemia", Neuroscience Conference, Medical Society of Delaware, Christiana Hospital, Wilminton, DE |
| April 1, 2004 | "Electrodiagnosis of myopathies"- 31th Annual Course in Electrodiagnostic Medicine, Jefferson Medical College, Philadelphia, PA |
| May 25, 2004 | "Electrodiagnosis of critical illness polyneuropathy and Myopathy" - Physical Medicine and Rehabilitation Grand Rounds, University of Pennsylvania, Philadelphia, PA |
| October 1, 2004 | "Neuromuscular weakness in ICU patients" - Neurology/ Neurosurgery Grand Rounds, Temple University, Philadelphia, PA |
| October 2, 2004 | "Neurophysiology" and "Neuromuscular" - Penn |

|                    | Neurology Board Review Course, Crowne Plaza Hotel, Philadelphia, PA |
|--------------------|---|
| November 6, 2004   | "A novel toxic neuropathy producing quadriplegia" – Amercian Association of Electrodiagnostic Medicine, Savannah, GA |
| February 18, 2005  | "Neuromuscular weakness in critical illness" - Neurology Grand Rounds, Thomas Jefferson University, Philadelphia, PA |
| March 10, 2005     | "Approach to patients with myopathies" - 32nd Annual Course in Electrodiagnostic Medicine, Jefferson Medical College, Philadelphia, PA |
| September 22, 2005 | "Do recent publications improve our understanding of weakness in the ICU?" - American Academy of Neuromuscular and Electrodiagnostic Medicine, Monterey, CA |
| September 30, 2005 | "Clinical Neeurophysiology" and "Neuromuscular" - Penn Neurology Board Review course, Crowne Plaza Hotel, Philadelphia, PA |
| October 14, 2005   | "Neuromuscular weakness in the critical care setting" - Neurology Grand Rounds, Lehigh Valley Hospital, Allentown, PA |
| November 10, 2005  | "Electrodiagnosis of peripheral nerve injuries"- Neurosurgery Grand Rounds, University of Pennsylvania, Philadelphia, PA |
| June 22, 2006      | "EMG and nerve conduction studies in orthopaedic disorders" – Orthopaedic Surgery Grand Rounds, University of Pennsylvania, Philadelphia, PA |
| July 29, 2006      | "Interesting neuromuscular case presentations" – American Society of Electrodiagnostic Technologists Annual Conference, Philadelphia, PA |

Organizing Roles in Scientific Meetings:

Shawn J. Bird, MD                                                                Page 8

November 6, 2004      "Critical care special interest group: interesting case
                      presentations" – moderator; American Association of
                      Electrodiagnostic Medicine, Savannah, GA

September 22, 2005    "Critical care special interest group: Update on crical illness
                      myopathy and polyneuropathy" – co-moderator;
                      American Association of Neuromuscular and
                      Electrodiagnostic Medicine, Monterey, CA

October 4, 2001       "Critical care special interest group: pediatric
                      neuromuscular diseases in the ICU" - moderator,
                      American Association of Electrodiagnostic
                      Medicine, Albuqueque, NM

October 5, 2001       "Breakfast with the experts: intensive care unit" -
                      American Association of Electrodiagnostic
                      Medicine, Albuqueque, NM

September 16, 2000    "Critical care special interest group: Guillain-Barré
                      syndrome" - moderator,    American Association of
                      Electrodiagnostic Medicine, Philadelphia, PA

September 16, 2000    "Breakfast with the experts: intensive care unit" –
                      American Association of Electrodiagnostic Medicine,
                      Philadelphia, PA

October 6, 1999       "Needle EMG basics" - workshop leader, American
                      Association of Electrodiagnostic Medicine,
                      Vancouver, Canada

October 7, 1999       "Critical care special interest group: myopathies" -
                      moderator, American Association of
                      Electrodiagnostic Medicine, Vancouver, Canada

September 16, 1998    "Needle EMG basics:workshop" - workshop leader.
                      American Association of Electrodiagnostic
                      Medicine, Orlando, FL

September 19, 1998    "Critical care special interest group: difficult cases" -
                      moderator, Amercian Association of
                      Electrodiagnostic Medicine, Orlando, FL

Bibliography:

Shawn J. Bird, MD                                                      Page 9

<u>Research Publications, peer reviewed</u>:

Heiman TD, <u>Bird SJ</u>, Parry GJ, Varga J, Shy ME, Culligan NW, Garcia CA, Tahmoush AJ: Peripheral neuropathy associated with eosinophilia-myalgia syndrome.  Ann Neurol 28:522-528, 1990.

<u>Bird SJ</u>:  Pure motor neuropathy and lower motor neuron syndromes.  Curr Opinion Neurol Neurosurg 3:704-708, 1990.

Griffin JW, Cornblath DR, Alexander E, Campbell J, Low PA, <u>Bird SJ</u>, Feldman EL:  Ataxic sensory neuropathy and dorsal root ganglionitis associated with Sjogren's syndrome.  Ann Neurol 27:304-315, 1990.

<u>Bird SJ</u>:  Autonomic neuropathies and sympathetic dystrophies.  Curr Opinion Orthoped 2:258-262, 1991.

Chaudhry V, Watson DF, <u>Bird SJ</u>, Cornblath DR:  Stimulated single-fiber electromyography in Lambert-Eaton myasthenic syndrome.  Muscle Nerve 14: 1227-1230, 1991.

<u>Bird SJ</u>, Sladky JT:  Corticosteroid-responsive dominantly inherited neuropathy in childhood.  Neurology 41:437-439, 1991.

Galetta SL, Sergott R, Wells GB, Atlas S, <u>Bird SJ</u>: Spontaneous remission of a third nerve palsy in meningeal lymphoma.  Ann Neurol 32:100-102, 1992.

<u>Bird SJ</u>:  Clinical and electrophysiologic improvement in the Lambert-Eaton syndrome with intravenous immunoglobulin therapy. Neurology 42:1422-1423, 1992.

Wolfe GI, Raps EC, Galetta SL, Siderowf AD, Brown MJ, <u>Bird SJ</u>:  Systemic non-Hodgkin's lymphoma presenting as neurogenic respiratory failure.  Neurology 45:589-590, 1995.

Wolfe GI, Galetta SL, Teener J, Katz JS, <u>Bird SJ</u>:  Site of autonomic    dysfunction in a patient with Ross' syndrome and postganglionic Horner's syndrome.  Neurology 45:2094-2096, 1995.

Rich MM, Raps EC, <u>Bird SJ</u>:  Distinction between acute myopathy syndrome and critical illness polyneuropathy.  Mayo Clin Proc 70:198-200, 1995.

Bird SJ, Brown MJ, Shy ME, Scherer SS:  Chronic inflammatory    demyelinating
     polyneuropathy (CIDP) associated with melanoma.  Neurology
     46:822-824, 1996.

Rich MM, Teener JW, Raps EC, Schotland DL, Bird SJ:  Muscle is electrically
     inexcitable in acute quadriplegic myopathy. Neurology  46:731-737,
     1996.

Bird SJ, Brown MJ:  Acute focal neuropathy in male weightlifters.  Muscle
     Nerve 19:897-899,1996.

Teener JW, Rich MM, Raps EC, Bird SJ:  Polyneuropathy after mechanical
     ventilation.  JAMA  275:442-443, 1996.

Bergqvist C, Goldberg HI, Thorarensen O, Bird SJ: Posterior cervical spinal
     cord infarction following vertebral artery dissection.  Neurology
     48:1112-1115, 1997.

Rich MM, Teener JW, Bird SJ:  Treatment of Lambert-Eaton syndrome with
     intravenous immunoglobulin.  Muscle Nerve 20:772-774, 1997.

Rich MM, Bird SJ, Raps EC, McCluskey LF, Teener JW: Direct muscle
     stimulation in acute quadriplegic myopathy.  Muscle Nerve 20:665-
     673, 1997.

Lynch DR, Hara H, Yum S, Chance PJ, Bird SJ, Fischbeck KH: Autosomal
     transmission of HMSN III (Dejerine Sottas disease).  Neurology
     49:601-603, 1997.

Bird SJ, Hanno PM:  Bulbocavernosus reflex studies and autonomic testing in the
     diagnosis of erectile dysfunction.  J Neurol Sci 154:8-13, 1998.

Rich MM, Teener JW, Raps EC, Bird SJ. Muscle inexcitability in patients with
     reversible paralysis following steroids and neuromuscular blockade. Muscle
     Nerve 21:1231-1232, 1998.

Donofrio PD, Bird SJ, Assimos DG, Mathes DD: Iatrogenic superior gluteal
     mononeuropathy.  Muscle Nerve 21:1794-1796, 1998.

Rostami AM, Sater RA, Bird SJ, Galetta S, Farber RE, Silberberg DH,
     Grossman RI, Pfohl D, Kamoun M: A double-blind, placebo-

Shawn J. Bird, MD                                                    Page 11

controlled trial of extracorporeal photopheresis in chronic progressive multiple scleosis. Multiple Sclerosis 5:198-203, 1999.

Bennett JL, Pelak VA, Mourelatos Z, Bird SJ, Galetta SL: Acute sensorimotor polyneuropathy with tonic pupils and an abduction deficit: an unusual presentation of polyarteritis nodosa. Surv Ophthalmol 43:341-344, 1999.

Sater RS, Rostami AM, Galetta S, Farber RE, Bird SJ: Serial evoked potential studies and MRI imaging in chronic progressive multiple sclerosis. J Neurol Sci 171:79-83, 1999.

McCluskey L, Feinberg D, Cantor C, Bird SJ: Pseudo-conduction block in vasculitic neuropathy. Muscle Nerve 22:1361-1366, 1999.

Quan D, Bird SJ: Nerve conduction studies and electromyography in the evaluation of peripheral nerve injury. Univ PA Orthop J 12:45-51, 1999.

McCluskey LF, Bird SJ, Feinberg DM: Pseudo-conduction block in vasculitic mononeuritis multiplex attributable to focal motor axon conduction failure. Neurology 21:1590, 1999.

Quan D, Rich MM, Bird SJ: Acute idiopathic dysautonomia: electrophysiology and response to intravenous immunoglobulin. Neurology 54:770-771, 2000.

Bird SJ, Rich MM: Neuromuscular complications of critical illness. The Neurologist 6:2-11, 2000.

Shin RK, Galetta SL, Ting TY, Armstrong K, Bird SJ: Ross syndrome plus: beyond Horner, Holmes-Adie, and harlequin. Neurology 55:1841-1846, 2000.

Kleopa KA, Teener JW, Scherer SS, Galetta SL, Bird SJ: Chronic multiple paraneoplastic syndromes. Muscle Nerve 23:1767-1772, 2000.

Kleopa KA, Raizen DM, Friedrich CA, Brown MJ, Bird SJ: Acute axonal neuropathy in maple syrup urine disease. Muscle Nerve 24:284-287, 2001.

Antoniou J, Tae SK, Williams GR, Bird SJ, Ramsey ML, Iannotti JP: Suprascapular neuropathy: variability in diagnosis, treatment, and outcome. Clin Orthop 386:131-138, 2001.

Bolton CF, Zifko U, Bird SJ: Clinical neurophysiology in the intensive care

Shawn J. Bird, MD

unit: the peripheral nervous system. Clin Neurophys (suppl), 53:29-37, 2000.

Lacomis D, Zochodne DW, <u>Bird SJ</u>: Critical illness myopathy. Muscle Nerve
  23:1785-1788, 2001.

Kleopa K, <u>Bird SJ</u>: Carpal tunnel syndrome. American College of Physicians –
  American Society of Internal Medicine, Physician's Information and
  Education Resource (PIER), www.acponline.org, 2001.

Shrager JB, Deeb ME, Mick R, Brinster CJ, Childress HE, Marshall MB,
  Kucharczuk JC, Galetta SL, <u>Bird SJ</u>, Kaiser LR: Transcervical thymectomy for
  myasthenia gravis achieves results comparable to thymectomy by sternotomy.
  Ann Thorac Surg 74:320-327, 2002.

<u>Bird SJ</u>, Rich MM: Critical illness myopathy and polyneuropathy. Curr Neurol
  Neurosci Reports 2:527-533, 2002.

Levine JM, Taylor RA, Elman LB, <u>Bird SJ</u>, Lavi E, Stolzenberg ED, McGarvey
  ML, Asbury AK, Jimenez SA. Involvement of skeletal muscle in dialysis-
  associated systemic fibrosis (nephrogenic fibrosing dermopathy). Muscle
  Nerve 30:569-577, 2004.

Brown MJ, <u>Bird SJ</u>, Watling S, Kaletta H, Hayes L, Eckert S, Foyt H. Natural
  progression of diabetic peripheral neuropathy (DPN) in the zenarestat study
  population. Diabetes Care 27:1153-1159, 2004.

Hasbani MJ, Sansing LH, Perrone J, Asbury AK, <u>Bird SJ</u>. Encephalopathy and
  peripheral neuropathy following diethylene glycol ingestion. Neurology
  64:1273-1275, 2005.

<u>Bird SJ</u>, Brown MJ, Spino C, Watling S, Foyt H. Variability and value of
  multiple measurements of nerve conduction and quantitative sensory testing
  in patients with diabetic neuropathy from a large, multi-centered clinical trail.
  Muscle Nerve 34:214-224, 2006.

<u>Chapters (print or other media):</u>

<u>Bird SJ</u>, Brown MJ: Peripheral neuropathies. In Conn RB (ed.), Current
  Diagnosis 8, WB Saunders Co., Philadelphia, 1991, pp. 992-1004.

Asbury AK, <u>Bird SJ</u>: Disorders of peripheral nerve. In Asbury AK,
  McKhann GM, McDonald WI (Eds.), Diseases of the Nervous

Shawn J. Bird, MD                                                    Page 13

System, 2nd edition, WB Saunders Co., Philadelphia, 1991, pp. 252-269.

Raps EC, Bird SJ, Hansen-Flaschen JJ: Prolonged muscle weakness after neuromuscular blockade in the ICU. Critical Care Clinics 10:799-813, 1994.

Bird SJ, Brown MJ: The clinical spectrum of diabetic neuropathy. Seminars in Neurology 16:115-122, 1996.

Bird SJ, Brown MJ: Peripheral nerve. Chapter 13 in Dee R, Mango E, Hurst LC (eds.), Principles of Orthopaedic Practice, 2nd edition, McGraw-Hill, New York, 1996, pp. 129-150.

Pleasure DE, Bird SJ, Scherer SS, Sladky JT, Schotland DL: Neuromuscular disease. In Rosenberg RN (ed.), Atlas of Clinical Neurology, Current Medicine, Philadelphia, 1997, pp. 11.1-11.16.

Teener JW, Rich MM, Bird SJ: Other causes of acute weakness in the intensive care unit. Chapter 4 in Miller DH, Raps EC (eds.), Critical Care Neurology, Philadelphia, Butterworth-Heinemann, 1999, pp. 69-90.

Bird SJ, Teener JW: Acute neuromuscular weakness. Chapter 67 in Lanken PN, Hanson CW, Manaker S (eds.), The Intensive Care Unit Manual, W.B. Saunders, Philadelphia, 2001, pp. 755-766.

Brown MJ, Bird SJ: Diabetic neuropathies. In Katirji B, Kaminski H, Preston D, Ruff R, Shapiro B (eds.), Neuromuscular Disorders in Clinical Practice, Butterworth-Heinemann, 2002, pp. 598-621.

Bird SJ: Myopathies and disorders of neuromuscular transmission. In Brown W, Aminoff M, Bolton CF (eds.), Neuromuscular Function and Disease: Basic, Clinical and Electrodiagnostic aspects, WB Saunders, Philadelphia, 2002, pp. 1507-1520.

Pleasure D, Bird S, Scherer S, Sladky S, Schotland D: Neuromuscular diseases. In Rosenberg RN (ed.), Atlas of Clinical Neurology, 2nd edition, Current Medicine, Philadelphia, 2002.

Bird SJ, Asbury AK: Toxic and metabolic neuropathies. In Asbury AK, McKhann G, McDonald WI, Goadsby PJ, McArthur JC (eds.), Diseases of the Nervous System: Clinical Neuroscience and Therapeutic Principles, 3rd edition, Cambridge University Press, Cambridge, 2002 pp. 1092-1109.

Shawn J. Bird, MD                                              Page 14

Bird SJ: Critical care myopathies. In Stalberg E (ed), IFSCN Handbook of
    Clinical Neurophysiology, Vol 2, Elsevier, Amsterdam, 2003, pp. 565-582.

Bird SJ: Suprascapular neuropathy. In Aminoff MJ, Daroff RB (eds),
    Encyclopedia of the Neurological Sciences, Vol. 3, Academic Press, San Diego,
    2003, pp. 303-304.

Bird SJ: Musculocutaneous neuropathy. In Aminoff MJ, Daroff RB (eds),
    Encyclopedia of the Neurological Sciences, Vol. 4, Academic Press, San Diego,
    2003, pp. 448-449.

Bird SJ: Clinical manifestations of myasthenia gravis. In: UpToDate, Rose BD
    (Ed.), UpToDate, Wellesley, MA, 2005.

Bird SJ: Diagnosis of myasthenia gravis. In: UpToDate, Rose BD
    (Ed.), UpToDate, Wellesley, MA, 2005.

Bird SJ: Differential diagnosis of myasthenia gravis. In: UpToDate, Rose BD
    (Ed.), UpToDate, Wellesley, MA, 2005.

Bird SJ: Treatment of myasthenia gravis - I. In: UpToDate, Rose BD
    (Ed.), UpToDate, Wellesley, MA, 2005.

Bird SJ: Treatment of myasthenia gravis - II. In: UpToDate, Rose BD
    (Ed.), UpToDate, Wellesley, MA, 2005.


Contributions to peer-reviewed clinical research publications, participation cited but
not by authorship:


ALS CNTF Treatment Study Group: A double-blind placebo-controlled
    clinical trial of subcutaneous recombinant human ciliary
    neurotrophic factor (rHCNTF) in amyotrophic lateral sclerosis.
    Neurology  46:1244-1249, 1996.

ALS CNTF Treatment Study Group: The ALS Functional Rating Scale:
    assessment of activities of daily living in patients with amyotrophic
    lateral sclerosis.  Arch Neurol  53:141-147, 1996.

ALS CNTF Treatment Study Group: Prognostic indicators of survival in ALS.
    Neurology 50:66-72, 1998.

Shawn J. Bird, MD                                                    Page 15

Apfel SC, Kessler JA, Adornato BT, Litchy WJ, Sanders C, Rask CA and the
    NGF Study Group. Recombinant human nerve growth factor in the
    treatment of diabetic polyneuropathy. Neurology 51: 695-702, 1998.

Publications, non-peer reviewed:

Bird SJ: Cancer chemotherapy and neuropathy.  Neuropathy News (The Neuropathy
    Association), 2:5-6, 1997.

Abstracts (work not yet published):

Mirza N, Ruiz C, Bird S: Treatment of paradoxical vocal cord dysfunction with
    botulinum toxin and laryngeal biofeedback. Presented at the
    Pennsylvania Academy of Otolaryngology Head and Neck Surgery,
    June 24, 2000, Farmington, PA.

Bird SJ, Taylor JP, Haplea S, Teener JW, Rich MM. Myopathy in critically-ill
    children with loss of electrical muscle excitability. Muscle Nerve
    22:1318,1999.

Brown MJ, Bird SJ: A simple diabetic neuropathy screening scale can predict
    measurable sural sensory responses.  Muscle Nerve 21:1576, 1998.

Quan D, Iannotti JP, Williams GR, Bird SJ: Isolated axillary neuropathy.
    Muscle Nerve 21:1572, 1998.

McCluskey LF, Bird SJ, Feinberg DM: Pseudo-conduction block in vasculitic
    mononeuritis multiplex attributable to focal motor axon conduction
    failure. Neurology 21:1590, 1998.

Yum SW, Melvin J, Bird SJ: Acute axonal motor neuropathy in children. Child
    Neurology Society Meeting, October 22, 1998, Montreal, Canada.

Tae SK, Williams GR, Bird SJ, Iannotti JP: Prognosis and management of
    peripheral nerve lesions affecting the shoulder girdle. American
    Shoulder and Elbow Surgeons, March 22, 1998, New Orleans,
    LA.

Bennett JL, Galetta S, Bird S, Mourelatos Z: No time to panic. Frank Walsh
    Society, 30th Annual Meeting, March 22-26, 1998, Orlando, FL.

Bird SJ, Williams GR, Iannotti JP: Suprascapular neuropathy: clinical and electrophysiologic features in 53 cases. Muscle Nerve 20:1063,1997.

Bird SJ, Bank W, Brown MJ: Isolated inferior gluteal neuropathy. Muscle Nerve 20:1063, 1997.

Rich MR, Teener JW, Bird SJ: Acute autonomic failure with subclinical neuromuscular dysfunction and response to intravenous immunoglobulin. Muscle Nerve 20:1084, 1997.

Bird SJ, Yum S, Fischbeck KH, Lynch DR: Dejerine-Sottas disease (hereditary motor and sensory neuropathy type III) as a dominantly-inherited disorder. Muscle Nerve 19:1208, 1996.

DiPaola R, Rodriguez A, Reccio A, Goodin S, Orlick M, Mollman J, Bird S, Belsh J, Schuchter L: A Phase I study of amifostine and paclitaxel in patients with advanced malignancies. Proc ASCO 15:488, 1996.

Mackin GA, Bird SJ, Adams CA, Raps EC: EMG indicators of "critical illness myopathy" following prolonged neuromuscular blockade and high-dose corticosteroids. Muscle Nerve 17:1124, 1994.

Mackin GA, Bird SJ, George AL, Schotland DL: Familial hypokalemic periodic paralysis without myotonia diagnosed by the "high-dose" oral potassium loading test. Muscle Nerve 16:1100, 1993.

Bird SJ, Mackin GA, Schotland DL, Raps EC: Acute myopathic quadriplegia: a unique syndrome associated with vecuronium and steroid treatment. Muscle Nerve 15:721, 1992.

Bird SJ: Inclusion body myositis: diagnostic value of repeat biopsy. Muscle Nerve 15:722, 1992.

Bird SJ, Hanno PM: Bulbocavernous reflex latencies and autonomic testing in the diagnosis of erectile dysfunction. Muscle Nerve 13:870, 1990.

Bird SJ, Mollman J: Brainstem auditory evoked potentials are an insensitive indicator of cisplatin ototoxicity. Neurology 40 (Suppl 1):247, 1990.

Khella SL, Bird SJ, Brown MJ: Acute post-infectious mononeuritis multiplex without systemic vasculitis. Neurology 40 (Suppl 1):300, 1990.

Shawn J. Bird, MD                                                    Page 17

Rostami AM, Farber RE, Pfohl D, Kamoun M, Bird SJ, et al: Double-blind
    clinical trial of extracorporeal photopheresis in chronic progressive
    multiple sclerosis.  Neurology  40 (Suppl 1):393, 1990.

Culligan NW, Tahmoush AJ, Bird SJ, Heiman TD, Parry GJ, Shy ME:  Nerve
    conduction and electromyographic findings in the peripheral
    neuropathy associated with the eosinophilia-myalgia syndrome.
    Muscle Nerve 13:865, 1990.

Bird SJ:  Late chronic progressive denervation:  the post-polio syndrome
    without poliomyelitis.  Neurology  39 (Suppl 1):341, 1989.

Bird SJ, Kaji R, Mollman J:  Sensory evoked potentials are a sensitive
    indicator of cisplatin neuropathy.  Neurology  39 (Suppl 1):263,
    1989.

<u>**Reliance List of Dr. Shawn Bird**</u>

1.    Ahn SH, Park HW, Lee BS, et al. Gabapentin Effect on Neuropathic Pain Compared Among Patients with Spinal Cord Injury and Different Durations of Symptoms. *Spine*. 2003;28(4):341-47.

2.    American Academy of Pain Medicine and the American Pain Society. Consensus Statement: The Use of Opioids for the Treatment of Chronic Pain. 1997.

3.    American Society of Anesthesiologists Task Force on Pain Management, Chronic Pain Section. Practice Guidelines for Chronic Pain Management. *Anesthesiology*. 1997;86: 995-1004.

4.    Attal N, Brasseur L, Parker F, Chauvin M, Bouhassira D. Effects of Gabapentin on the Different Components of Peripheral and Central Neuropathic Pain Syndromes: A Pilot Study. *Eur. Neurol*. 1998;40:191-200.

5.    Backonja M, Beydoun A, Edwards KR, et. al. Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus. *JAMA*. December 2, 1998;280(21):1831-1836.

6.    Backonja M. Gabapentin Monotherapy for the Symptomatic Treatment of Painful Neuropathy: a Multicenter, Double-Blind, Placebo-controlled Trial in Patients with Diabetes. *Epilepsia*. 1999;40 (Suppl 6):S57-S59.

7.    Baker K, Barkhuizen A. Pharmacologic Treatment of Fibromyalgia. *Current Pain and Headache Reports*. 2005;9:301-306.

8.    Bennett M. Gabapentin Significantly Improves Analgesia in People Receiving Opioids for Neuropathic Cancer Pain [Abstract]. *Cancer Treatment Reviews*. 2005;31:58-62.

9.    Bennett MI, Simpson KH. Gabapentin in the Treatment of Neuropathic Pain. *Palliative Medicine*. 2004;18:5-11.

10.   Bird SJ, Brown MJ: Diabetic Neuropathies. In Katirji B, Kaminski H, Preston D, Ruff R, Shapiro B (eds.), Neuromuscular Disorders in Clinical Practice, Butterworth-Heinemann, 2002, pp. 598-621.

11.   Bone M, Buggy D, Critchley P, Rowbotham D. Gabapentin Monotherapy in Postamputation Phantom Limb and Stump Pain: A Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study. *Regional Anesthesia and Pain Medicine*. September-October 2002:27(5):481-486.

12.     Bosnjak S, Jelic S, Susnjhar S, Lukic V. Gabapentin for Relief of Neuropathic Pain Related to Anticancer Treatment: A Preliminary Study. *Journal of Chemotherapy*. 2002;14(2):214-219.

13.     Boswell M, Shah R, Everett C, et al. Interventional Techniques in the Management of Chronic Spinal Pain: Evidence-Based Practice Guidelines. *Pain Physician*. 2005:8:1-47.

14.     Caraceni A, Zecca E, Martini C, et al. Differences in Gabapentin Efficacy for Cancer Pain More Apparent Than Real [Letters], *Journal of Pain and Symptom Management*. February 2001:21(2):93-94.

15.     Caraceni A., Zecca E, Martini C, De Conno F. Gabapentin as an Adjuvant to Opioid Analgesia for Neuropathic Cancer Pain. *Journal of Pain and Symptom Management*. June 1999:17(6):441-445.

16.     Chandler A, Williams JE. Gabapentin, an Adjuvant Treatment for Neuropathic Pain in a Cancer Hospital [Letters]. *Journal of Pain and Symptom Management.* Aug 2000;20(2):82-86.

17.     Chiaramonti R, Lori S, Baggiore CM, et al. Painful Diabetic Neuropathy Treated with Gabapentin. *Neurology*. 52:A169-170, 1999.

18.     Dallochia C, Buffa C, Ligure N, et al. Gabapentin Versus Amitriptyline in Painful Diabetic Neuropathy. *Neurology*. 50:A102-3, 1998.

19.     Dallocchio C, Buffa C, Mazzarello P, et al. Gabapentin vs. Amitriptyline in Painful Diabetic Neuropathy. *Journal of Pain and Symptom Management*. 20:280-285, 2000.

20.     Devulder J, Lambert J, Naeyaert JM. Gabapentin for Pain Control in Cancer Patients' Wound Dressing Care. *Journal of Pain and Symptom Management*. July 2001:22(1):622-626.

21.     Dworkin RH, Backonja M, Rowbotham M, et al. Advances in Neuropathic Pain. *Arch. Neurol.* 2003;60:1524-1534.

22.     Epstein B, Childers MK. The Use of Gabapentin for Neuropathic and Musculoskeletal Pain: A Case Series. *J. Neuro. Rehab*. 1998;12:81-86.

23.     Foley KM. Controlling Cancer Pain. *Hospital Practice.*  April 15, 2000:101-112.

24.     Galer BS. Painful Polyneuropathy. *Neurologic Clinics*. 16:791-811, 1998.

25.     Gatti A, Jann S, Sandro B, Manuela B. Gabapentin in the Treatment of Distal Symmetric Axonopathy in HIV Infected Patients. *Neurology*. 50:A216, 1998.

26.    Gilron I, Orr E, Dongsheng T, O'Neill P, Zamora J, Bell A. A Placebo-Controlled Randomized Clinical Trial of Perioperative Administration of Gabapentin, Rofecoxib and Their Combination for Spontaneous and Movement-Evoked Pain After Abdominal Hysterectomy. *Pain*. 2005;113:191-200.

27.    Gorson KC, Schott C, Herman R, Ropper A. Gabapentin in the Treatment of Painful Diabetic Neuropathy:  A Placebo Controlled, Double Blind, Crossover Trial. *J. Neurol. Neurosurg. Psychiatry*. February 1999;66(2);251-252.

28.    Gorson KC, Schott C, Rand WM, et al. Gabapentin in the Treatment of Painful Diabetic Neuropathy: A Placebo-Controlled, Double-Blind, Crossover Trial. *Neurology*. 1998; 50:A103, 1998.

29.    Hainline B. Chronic Pain: Physiological, Diagnostic, and Management Considerations. *Psychiatr. Clin. N. Am.* 2005; 28;713-735.

30.    Hanley MA, Ehde D, Campbell KM, Osborn B, Smith D. Self-Reported Treatments Used for Lower-Limb Phantom Pain: Descriptive Findings. *Arch. Phys. Med. Rehabil*. February 2006:87:270-277.

31.    Khan RB, Hunt DL, Thompson, SJ.  Gabapentin to Control Seizures in Children Undergoing Cancer Treatment.  *Journal of Child Neurology*.  February 2004;19(2):97-101.

32.    La Spina I, Porrazzi D, Maggiolo F, et al. Gabapentin in Painful AIDS-Related Neuropathy. *Neurology*. 1999; 52:A190.

33.    Levendoğlu F, Öğun, CÖ, Özerbil Ö, Ögun TC, Uğurlu H. Gabapentin is a First Line Drug for the Treatment of Neuropathic Pain in Spinal Cord Injury. *Spine*. 2004;29(7): 743-751.

34.    Manchikanti L, Singh V. Managing Phantom Pain. *Pain Physician*. 2004;7:365-375.

35.    Manchikanti L, Singh V, Kloth D, Slipman W, et al. Interventional Techniques in the Management of Chronic Pain: Part 2.0. *Pain Physician*. 2001;4(1):24-98.

36.    McCleane G. Pharmacological Strategies in Relieving Neuropathic Pain. *Expert Opin. Pharmacother*. 2004;5(6):1299-1312.

37.    Mellegars MA, Furlan AD, Mailis A. Gabapentin for Neuropathic Pain: Systematic Review of Controlled and Uncontrolled Literature. *Clin. J. Pain*. 2001;17(4):284-295.

38.    Mellick GA, Mellick LB. Reflex Sympathetic Dystrophy Treated With Gabapentin. *Arch. Phys. Med. Rehabil*. 1997;78:98-105.

39.   Ménigaux C, Adam F, Guignard B, Sessler D, Chauvin M. Preoperative Gabapentin Decreases Anxiety and Improves Early Functional Recovery From Knee Surgery. *Anesth. Analg.* 2005;100:1394-1399.

40.   Mera J, Martinez-Castrillo J, Mariscal A, Herrero A, Alvarez-Cermeño J.  Autonomous Stump Movements Responsive to Gabapentin [Letter]. *J. Neurol.* 2004:251:346-347.

41.   Mercadante S, Villari P, Fulfaro F. Gabapentin for Opioid-Related Myoclonus in Cancer Patients. *Support Care Center*. 2001:9:205-206.

42.   Morello CM, Leckband SG, Stoner CP, Moorhouse DF, Sahagian GA. Randomized Double-Blind Study Comparing the Efficacy of Gabapentin with Amitriptyline on Diabetic Peripheral Neuropathy Pain. *Arch. Int. Med.* September 13, 1999:159:1931-1937.

43.   Namaka M, Gramlich CR, Ruhlen D, Melanson M, Sutton I, Major J. A Treatment Algorithm for Neuropathic Pain. *Clin. Therapeutics*. 2004;26(7):951-979.

44.   Nikolajsen L, Jensen TS. Phantom Limb Pain. *Bri. J. Anesth*. 2001:87(1):107-116.

45.   Pandey CK. Does Preemptive use of Gabapentin Have No Effect on Postoperative Pain and Morphine Consumption Following Lumbar Laminectomy and Discetomy [Correspondence]. *Neurosurg. Anesthesiol*. July 2005;17(3):172-173.

46.   Pandey CK, Sahay S, Gupta D, et al. Regional Anesthesia and Pain. *Can J. Anesth*. 2004;51(10):986-989.

47.   Putzke JD, Richards, JS, Kezar L, Hicken L, Ness TJ. Long-Term Use of Gabapentin for Treatment of Pain After Traumatic Spinal Cord Injury.  *The Clinical Journal of Pain*. 2002;18:116-121.

48.   Rice ASC, Maton S. Gabapentin in Post-Herpetic Neuralgia:  a Randomized, Double-Blind, Placebo Controlled Study. *Pain*. 2001;94(2): 215-224.

49.   Rorarius MGF, Mennander S, Suiminen P, et al. Gabapentin for the Prevention of Postoperative Pain After Vaginal Hysterectomy. *Pain*. 2004;110:175-181.

50.   Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L. Gabapentin for the Treatment of Postherpetic Neuralgia: a Randomized Controlled Trial. *JAMA*. December 2, 1998;280(21):1837-1842.

51.   Sator-Katzenchlager SM, Schiesser AW, Sibylle A, et al. Does Pain Relief Improve Pain Behavior and Mood in Chronic Pain Patients. *Anesth. Analg*. 2003;97:791-797.

52.   Serpell MG, Neuropathic Pain Study Group. Gabapentin in Neuropathic Pain Syndromes: a Randomized, Double-Blind, Placebo-Controlled Trial. *Pain*. 2002;99(3):557-566.

53.     Tai Q, Kirshblaum S, Boquing C, Millis S, Johnston M, DeLisa JA. Gabapentin in the Treatment of Neuropathic Pain After Spinal Cord Injury: A Prospective, Randomized, Double-Blind, Crossover Trial. *The Journal of Spinal Cord Medicine*.  Summer 2002;25(2):100-104.

54.     Tamez-Perez HE, Rodriguez AM, Gomez DO. Use of Gabapentin on Neuropathic Pain. *Med. Interna Mex*. 1998;14:251-253.

55.     Teasdall RD, Smith BP, Koman LA. Complex Regional Pain Syndrome (Reflex Sympathetic Dystrophy).  *Clin. Sports Med*. 2004;23:145-155.

56.     To TP, Lim TC, Hill ST, Frauman AG, et al.  Gabapentin for Neuropathic Pain Following Spinal Cord Injury.  *Spinal Cord*. 2002;40:282-285.

57.     Todorov A., Kolchev C, Todorov A. Tiagabine and Gabapentin for the Management of Chronic Pain. *Clin. J. Pain*. July/August 2005;21(4):358-361.

58.     Trescott A, Boswell M, Atluri S, et al. Opioid Guidelines in the Management of Chronic Non-Cancer Pain. *Pain Physician*. 2006;9:1-40.

59.     Turan A, Karamanlioğlu B, Memis D, et al. The Analgesic Effects of Gabapentin After Total Abdominal Hysterectomy. *Anesth. Analog*. 2004;98:1370-3.

60.     Turan A, Karamanlioğlu B, Memis D, et al. Analgesic Effects of Gabapentin After Spinal Surgery. *Anesthesiology*. 2004;100(4):935-938.

61.     Van de Vusse AC, Stomp-van den Berg SG, Kessels AH, Weber WE. Randomised Controlled Trial of Gabapentin in Complex Regional Pain Syndrome Type 1. *BMC Neurology*. Sep. 29, 2004;4:13.

62.     Wiffen PJ, McQuay HJ, Edwards, JE, Moore RA. Gabapentin for Acute and Chronic Pain (Review). Cochrane Database of Systematic Reviews. 2005, Issue 3, Art. No.: CD005452. DOI: 10.1002/14651858.CD005452.