# EXHIBIT 31

# ANDREW E. SLABY, M.D., PH.D., M.P.H.

50E New England Avenue
Summit, New Jersey 07901-1818
(908) 277-2950
FAX (908) 277-2950

129B East 71st Street
New York, NY 10021-4201
(212) 861-7189

## EXPERT REPORT

To Whom It May Concern:

I have been charged with preparing this critique of studies of the off-label use of the drug Neurontin (Gabapentin) for social phobia, panic disorder, and bipolar disorder as a practicing clinical psychiatrist and trained epidemiologist who has experienced Gabapentin's off-label use in a variety of clinical settings. I have also been asked to offer an opinion on whether Gabapentin is effective for the treatment of these conditions.

After graduating Columbia University's College of Physicians and Surgeons, I completed a medical internship at Boston City Hospital in Boston, Massachusetts and trained in psychiatry at Yale University where I concomitantly completed work on a Ph.D. in Epidemiology. After completing training at Yale, I worked in the Laboratory of Clinical Psychopharmacology at the National Institute of Mental Health. I then returned to Yale to teach, direct the Primary Care – Emergency Service of the Yale New Haven Hospital, and see outpatients for psychiatric treatment. During my sojourn at Yale I served as psychopharmacologic consultant to the chronic care service providing care for patients discharged from Connecticut State psychiatric hospitals released for continuing care at the Connecticut Mental Health Center.

I left Yale in 1978 to spend a year again at the National Institute of Mental Health in the Staff College. In that capacity I taught individuals providing emergency psychiatric care at federally funded mental health centers that had to manage acutely ill psychiatric patients. At the same time I was an Associate Professor of Psychiatry at George Washington University's Medical School in Washington, D.C.

In 1979 I became Professor of Psychiatry and Human Behavior at Brown University's School of Medicine in Providence, Rhode Island and Psychiatrist-in-Chief of Rhode Island Hospital. In Providence I was also made Chief of Psychiatry at Woman's and Infants Hospital. In addition to teaching psychiatry there and directing the state hospitals departments of psychiatry, I taught psychiatric epidemiology and saw private patients.

In 1987 I moved to the New York area and became Medical Director of two private psychiatric hospitals and Clinical Professor of Psychiatry at New York University School of Medicine and at New York Medical College. I commenced a private practice in the New York-New Jersey metro area in 1987 and have continued in both my academic roles and private practice to this date. In 1994 I resigned as Director of Psychiatry at the Regent Hospital to focus full-time on my private practice. I currently see patients predominantly comprised of individuals with affective illness, anxiety disorders and substance abuse disorders.

Throughout my career I have written extensively, performed research, and lectured nationally and internationally on emergency psychiatry, epidemiology, suicidology, and other related clinical psychiatric matters. I have a particular interest in suicide prevention and management of the suicidal patient and in particular of symptoms and circumstances that increase suicide risk. I have served as President of the Tricounty Psychiatric Society and the American Association of Suicidology and was on the National Board of the American

- 2 -

Association of Suicide Prevention. I am a member of the American College of Psychiatrists, the Group for Advancement of Psychiatry, and the American Psychiatric Association and am on the Board of the International Academy of Law and Mental Health. One of my most recent papers discusses reconceptualizing disorders of mood, thought and behavior as specific neurotransmitter dysfunctional states rather than as clinical syndromes in the patient population. (Slaby and Tancredi, 2001).

## PURPOSE OF REVIEW

One of the purposes of this report is to discuss how clinicians elect to use a medication such as Gabapentin (Neurontin) for management of a patient with particular attention to use for an off label indication. I also will review the studies suggesting indications for the use of Gabapentin (Neurontin) for panic disorder, social anxiety, and augmentation of mood stabilizers in bipolar disorder. I then will conclude with an opinion as to whether it is recommendable for a physician such as myself to use Gabapentin (Neurontin) for these off label indications with examples from my own clinical practice.

## REASONS PHYSICIANS EXPLORE
## OFF LABEL USE OF A PHARMACOLOGIC AGENT

Physicians seek out novel uses of an alternate drug for several reasons.

(1)     Available medications fail to provide any relief or only partial relief of symptoms suffered by a patient. Only approximately 33% to 45% of patients on a single antidepressant obtain full remission. Approximately 66% to 75% of patients obtain a partial response or no response at all. Augmentation with another agent may turn a partial response to a complete remission or provide some relief for a non-responder. After a physician has explored use of all drugs with an official FDA indication he or she will turn to use of agents that, given

- 3 -

their similarity to other drugs or given the prospective cause of a medical disorder, would be expected to provide relief.

(2)     Off label uses of a pharmacologic agent are sometimes sought out when use of an officially indicated drug is precluded because of other conditions. For instance, individuals with Attention Deficit Hyperactivity Disorder (ADHD) may be precluded from using a stimulant because of a history of abuse or addiction to stimulants. Hence, Bupropion (Wellbutrin), a non-stimulant, may be successfully employed for ADHD despite lack of its official FDA indication for such use. Given its chemical structure and neurochemical action, bupropion is not attended with addiction and therefore is safe to use in individuals prone to addictions. We seek out alternatives that have hope of providing symptomatic relief or cure with minimal adverse effects. Prior to any official FDA indication single case reports and small uncontrolled studies may suggest that alternatives stand a chance of symptom relief with fewer or less impairing side effects.

(3)     Off label use of drugs with known comparable actions are sometimes sought because a patient's medical condition demands extreme caution with use of certain drugs. For instance, alcoholics are frequently cross addicted with Benzodiazepines so use of drugs such as Librium (Chlordiazepoxide) or Alprazolam (Xanax) for withdrawal of anxiety disorders in alcoholics may result in a new addiction. Alcoholics also frequently suffer either from alcoholic induced hepatitis or cirrhosis of the liver limiting use of drugs such as most other anticonvulsants or Benzodiazepine that entail metabolism by the liver. Unlike some other drugs, Gabapentin (Neurontin) is not metabolized by the liver. Thus, Gabapentin (Neurontin) was explored for treating anxiety in patients with known substance abuse disorder and could be used without the same degree of concern.

- 4 -

(4)     Drug-drug interactions sometimes limit the use of FDA approved drugs. If two medications are metabolized by the same body systems there is a chance that use of the other drugs indicated may result in a dangerous increase or decrease in a level of a drug in an individual's system.  For instance, Fluoxetine (Prozac), Paroxetine (Paxil), Fluvoxamine (Luvox), and Bupropion (Wellbutrin) are associated with considerable drug-drug interaction. For this reason, Escitalopram (Lexapro) or Gabapentin (Neurontin) may be explored for off label indications since they would be expected to provide the desired reduction in anxiety without endangering the patient's health.

## EPIDEMIOLOGIC APPROACHES
## TO EVALUATING DRUG EFFICACY

The gold standard for evaluating a therapeutic intervention efficacy is a double blind placebo controlled crossover study with and without psychotherapy.  This obviates problems created by trying to match people by age, sex, same genetic and medical history, and the complexities of concurrent use of other medications.  Double blind means neither clinician nor patient know who is getting active drug or placebo (false pill) until the blind is over at the end of the study.  Subjects must have a defined level of symptom severity on a validated scale such as the Hamilton Depression Rating Scale, the Montgomery-Asberg Depression Rating Scale, or a global index of symptom severity or dysfunction.

In practice, ethical problems limit the use of the perfect study.  Given the state of art in psychiatric care it would be unethical to include anyone in a study who has severe symptoms for which there is a known treatment or which if untreated are placed at increased risk of death by suicide or of other directed violence (e.g., homicide).  We know there are effective drug interactions and cannot withhold treatment for severely psychiatrically ill patients.

- 5 -

Therefore, new drugs are researched in combination with other known drugs in studies involving a large sample to see if a new drug improves response or brings about remission of symptoms or more effectively prevents relapse.

The usual placebo controlled trials involve patients who have mild to moderate symptoms.  It is well known that in many such studies a medical psychotherapy such as cognitive behavior therapy, dialectical behavior therapy or interpersonal therapy will be as effective as active drug or in some instances may prove better.  There also is a significant placebo response; in some cases, greater than 20% will recover without any active drug or psychotherapy.  People with severe symptoms we know need active drug or other interventions such as a neuromodification technique (e.g. electroimpulse therapy) to prevent suicides, death by starvation, or destructive mania or psychosis.

Given the limitations due to research design, cost factors, sampling problems, or ethical restraints other avenues are sought to provide clinicians insight into what may be used to provide better care or comparable care with less risk to patients.  These studies are referred to as hypothesis-generating rather than hypothesis-confirming.  They give us alternate approaches to help relieve patient pain given the real difficulties of creating a perfect study.  Those that appear to offer the greatest hope for the largest number of patients may then be funded for larger scale multicenter studies that allow larger population data to be accrued and the use of more powerful parametric statistics rather than the less powerful non-parametric statistics reserved for smaller, less well-matched or unmatched small samples.

The first step in such a study is to examine drugs that appear to act on parts of the brain that have been identified as probably playing an etiological role in symptom formation. Drugs of particular interest are those that are safe and hold less risk for adverse medical events,

such as blood dyscrasias, tardive dyskinesia, addiction, or discomfort for the patient. We also seek drugs that may work more rapidly to provide remission of symptoms, give promise of a more complete response, and will prevent relapse. In addition, we want drugs with less drug-drug interaction, less potential for risk to liver or kidneys, and less dependence on a complex detoxification system in the body.

After a drug is chosen that has promise we look for case reports (single or multiple) that suggest a drug may help. We look for these studies worldwide and in some instances attempt to aggregate data to create a meta-analysis. This presents a problem because patients are not randomly chosen and are frequently exposed to a number of other medications prior to use of the new drug or concomitant with it.

We may also look to use the drug as an add on medication for patients with an incomplete response with one or more other drugs. This provides promise of a greater remission of symptoms or larger symptom free periods before a relapse. There are also instances where no other interventions appear to have helped, and given the structure and action of a new drug there is promise a patient may be helped. This is a model frequently used in patients with rapidly spreading cancer or fulminating AIDS where death seems certain unless one finds something that, given what is known about the pathology of the disease, may be anticipated to prolong or even save a life. In psychiatry, the current use of deep brain stimulation requiring introduction of electrodes into the brain itself is being studied in patients with severe refractory depressions with considerable suicidal risk at centers such as the Cleveland Clinic, University of Toronto in Canada, Columbia University, and Emory University.

The results of such studies may provide clear direction that merits larger scale hypothesis confirming studies, or, if not meritorious for many patients, may suggest alternatives

- 7 -

to help a few individuals without as much risk to their health.  For some, it may be the only available treatment  given physical problems such as liver or kidney disease.  For example, Gabapentin (Neurontin) could be used rather than Lithium, which is known to cause kidney problems, or anticonvulsants, known to be of concern in patients with liver disease.  Sometimes a drug may specifically impact a symptom of an illness process, such as anxiety or insomnia, but not appear as effective as other agents for more global symptom improvement.

Random clinical trials that are not double blind as well as simple case reports or reports of a small series of patients can provide us this information even if cost, design, or ethical problems prohibit large scale double blind crossover placebo controlled studies of a properly chosen sample of the population.  If a response is considered to be possibly placebo based, the possibility can be limited if a person has been given a series of drugs with known efficacy without response.  If a person is placebo responsive and has been provided a number of drugs with known efficacy, it would seem circumstances and popular lore of their effectiveness would have brought about the placebo response earlier.

## RATIONALE FOR USE OF GABAPENTIN (NEURONTIN) FOR MANAGEMENT OF PANIC DISORDER, SOCIAL ANXIETY, AND BIPOLAR DISORDER

Gabapentin is not metabolized in the body, minimizing concern over drug-drug interactions.  (de-Paris, et al., 2003).  Its metabolism is simple without any potential problems for those with kidney or liver impairment.  It is well tolerated with dizziness and sedation being its main adverse effects.  (Pande, et al., 1999).

Gabapentin in preclinical trials has been shown to have dose-dependent "anxiolytic-like" effects comparable to that of benzodiazepine.  (Pande, et al., 1999).  It was

shown to be associated with improvement in mood as measured by the Cornell Dysthymia Rating Scale in seizure patients that was not accounted for by seizure improvement. (Harden, et al., 1999). Unlike benzodiazepine, it is not addictive.

## USE OF NEURONTIN FOR SOCIAL ANXIETY

Significant reduction of anxiety was seen in a randomized, double blind, placebo controlled study of 69 patients evaluating efficacy and safety of Gabapentin in symptoms of social phobia by Pande, et al., (1999). Because of the lack of impact on benzodiazepine receptors this was achieved without evidence of tolerance/dependence or withdrawal phenomena. Another study using 32 normal male volunteers demonstrated a reduction of anxiety stimulated by public speaking. (de-Paris, et al., 2003). A meta-analysis of a number of clinically available agents for anxiety indicated Gabapentin's effectiveness for management of anxiety. (Blanco, et al., 2003). Davidson, et al. (1998), concluded in their review of the data to date of publication, that Gabapentin provided pharmacotherapy for social anxiety without many of the complications associated with benzodiazepine or SSRI use.

In conclusion, given the fact that as much as 13% of the United States population suffers social anxiety, Gabapentin is a clear alternative to explore for patients with social anxiety who either are nonresponsive to SSRI's or benzodiazepines or for whom the potential of side effects (e.g., weight gain with SSRI's or addiction and problems with benzodiazepines) make another drug that is non-addictive and not metabolized in the body with minimal side effects (potential for dizziness and sedation) a good alternative. Studies clearly indicate that the symptom of anxiety appears in some instances responsive to Gabapentin (Neurontin).

## USE OF GABAPENTIN (NEURONTIN)
## FOR TREATMENT OF PANIC DISORDER

Panic disorder is suffered by approximately 3.5% of adults in the United States. (Davidson, et al., 1998). Pande, et al. (2000) demonstrated in a randomized, double blind, placebo-controlled study of 103 patients dosed flexibly between 600 and 3,600 mg. daily on placebo over eight weeks that Gabapentin may have anxiolytic effects in the subpopulation of severely ill panic disorder patients. Another case report of seven patients indicated efficacy of Gabapentin in anxiety reduction in depressed patients whose anxiety did not respond to antidepressant therapy alone. (Norton and Quarles, 2001). The addition of Gabapentin enhanced therapeutic response. In another report of four patients with an alcohol abuse history in which benzodiazepines are relatively contraindicated because of problems with addiction and metabolism by the liver, Gabapentin was an effective monotherapy for generalized anxiety disorder or panic disorder. (Pollack, et al., 1998). Hamner, et al. (2001) found Gabapentin a significant adjunctive therapy for management of patients with post-traumatic stress disorder in 30 patients with PTSD. The most outstanding impact was that 77% reported moderate or greater improvement in duration of sleep and most noted a decrease in nightmares. Dosage range was 300 to 3600 mg. per day.

In conclusion, data from studies and reports of use of Gabapentin in patients with panic disorder and post-traumatic stress disorder indicate that Gabapentin has a role in the management of anxiety, panic, systemic insomnia, and nightmares adjunctively, if not alone. It presents hope of a more complete response in patients with PTSD and anxiety associated with depression, particularly in those who are nonresponsive to another agent alone, without concern

for drug-drug interaction, addiction, damage to kidneys and liver and undesirable side effects such as weight gain or sexual dysfunction.

## ADJUNCTIVE USE OF GABAPENTIN (NEURONTIN) FOR BIPOLAR DISORDER

The Expert Consensus Guideline Series for the medication treatment of bipolar disorder noted Gabapentin as an add-on therapy to other mood disorders and for mood disorders co-morbid with panic disorder. (Sachs, et al., 2000). The majority of studies performed to date of use of Gabapentin in management of mood disorders have been as an adjunctive agent and not as a primary agent, given the potential of suicide in patients with bipolar illness for which a number of agents have been identified already as effective, namely lithium carbamazephine lamotrigine and valproate. The known effective agents, however, place a patient at greater risk for complications. Given the fact that many patients with mood disorders only have a partial response on the extant agents, adjunctive therapies are required for an illness with a suicide rate of 20%, according to the Epidemiologic Containment Area studies funded by the National Institutes of Mental Health.

The studies as an adjunctive agent clearly indicate there may be a role for Gabapentin, especially for the depressive component of bipolar disorder. (McElroy and Keck, 2000; Perugi, et al., 1999; Vieta, et al, 2000; Frye, et al., 2000; Altshuler, et al., 1999; Sokolski, et al., 1999; Yasmin, et al., 2001; Maurer, et al., 1999; Botts and Raskind, 1999; Ferrier, 1998; McElroy, et al., 1997; Ghaemi, et al., 1998; Wang, et al., 2002; Young, et al., 1997; Silverstone and Silverstone, 2004; Harden and Goldstein, 2002). A study published in March of this year suggested Gabapentin used as an adjunct may be a useful prophylactic agent for bipolar disorder. (Vieta, 2006).

There have been some studies indicating Gabapentin's use as a monotherapy for bipolar disorder (Mauri, et al., 2001) as well as its use for refractory or co-morbid patients (Carta, et al., 2003).

Only a few studies have not found such promise (Pande, et al., Sept 2000; Besag, 2004) of Gabapentin's role in managing bipolar disorder, and some, while indicating its value for the depressive phase adjunctively, do not find it effective for monotherapy. (Frye, et al., 2000). Cabras, et al. (1999), however, felt it is efficacious as an antimanic agent. The varying impact reported on bipolar disorder adjunctively may relate to its impact on insomnia (Rosenberg, 2003) or anxiety as well as its role as an anticonvulsant stabilizing mood.

In summary, it appears from case reports, nonrandomized clinical trials, and small case studies that Gabapentin (Neurontin) has a role as an adjunctive agent in management of bipolar disorder. It appears more effective for depressive phase than the manic or hypersomnic phase. Its varying impact reported in studies may relate to the fact it appears to be especially effective in managing the symptoms of insomnia and anxiety, and the degree to which they are present may impact perceived response. The lack of double blind placebo controlled cross over trials of Gabapentin as a monotherapy makes sense given that it would place a patient at potential risk of relapse.

## **CONCLUSION**

Physicians obtain knowledge of use of drugs from a number of sources. Journals and international and national meetings allow a forum for presentation of current research studies. Physicians also discover by their own personal experience and by colleagues sharing experience of both approved and off label uses of medications.

The published literature shows that Gabapentin clearly has anti-anxiety and anti-insomnia effects and can be used safely for treatment of panic disorder, social anxiety, and bipolar disorder. It passes unchanged by the body, reducing concern about drug-drug interaction and use with patients with hepatic dysfunction, and does not have a potential for kidney damage that lithium presents.  Literature suggests it can be used effectively for panic disorder, social anxiety disorder, generalized anxiety disease, post traumatic stress disorder, withdrawal phenomenon, and bipolar disorder.  In all these off label uses, it is often used adjunctively, although it also appears effective in some cases as a monotherapy.

I, myself, have used Gabapentin for the management of bipolar illness alone, as well as adjunctively, as well as for withdrawal phenomena and anxiety states.  I have also used it for explosive personality disorder.  The response, as with all drugs, has at some times been quite successful and at other times not impressive.  It clearly has brought many patients relief from painful psychological symptoms that other approved drugs failed to relieve or failed to completely relieve.  As reported in the Expert Consensus Guideline Series, Gabapentin has a role in managing mood disorders in addition to its impact on anxiety disorder insomnia and withdrawal phenomena.

A list of the materials I relied upon in forming the opinions in this report is attached.  I am being paid $500/hr. for my work on this case.

Andrew E. Slaby, Ph.D., M.D.

-13-

## RELIANCE LIST

1.    Altshuler LL, et al.: Gabapentin in the acute treatment of refractory bipolar disorder. Bipolar Disord 1:61-5, 1999.

2.    Bozikas V, Petrikis P, Gamvrula K, Savvidou I, Karavatos A: Treatment of alcohol withdrawal with gabapentin. Prog Neuro Psychopharmacol Biol Psychiatry 26(1):197-7, 2002.

3.    Besag FMC: Behavioural effects of the newer antiepileptic drugs: an update. Expert Opin Drug Safety 3(1):1-8, 2004.

4.    Blanco C, Schneier FR, Schmidt A, Blanco-Jerez CR, Marshall RD, Sanchez-Lacay A, Liebowitz MR: Pharmacological treatment of social anxiety disorder: a meta-analysis. Depress Anxiety 18(1):29-40, 2003.

5.    Bonnet U, Banger M, Leweke FM, Maschke M, Kowalski T, Gastpar M: Treatment of alcohol withdrawal syndrome with gabapentin. Pharmacopsychiatry 32(3):107-9, 1999.

6.    Botts SR, Raskind JL: Gabapentin and lamotrigine in bipolar disorder. Am J Health Syst Pharm 56(19):1939-44, 1999.

7.    Cabras PL, Hardoy MJ, Hardoy MC, Carta MG: Clinical experience with gabapentin in patients with bipolar or schizoaffective disorder: results of an open-label study. J Clin Psychiatry 60:245-8, 1999.

8.    Carta, MG, et al.: The clinical use of gabapentin in bipolar spectrum disorders. J Affect Disord 75:83-91, 2003.

9.    Davidson JRT, Connor KM, Sutherland SM: Panic disorder and social phobia: current treatments and new strategies. Cleve Clin J Med 65(Suppl 1):SI39-SI47, 1998.

10.   de-Paris F, Sant'Anna MK, Vianna MRM, Barichello T, Busnello JV, Kapczinski F, Quevedo J, Izquierdo I. Effects of gabapentin on anxiety induced by simulated public speaking. J Psychopharmacol 17(2):184-8, 2003.

11.   Ferrier IN: Lamotrigine and gabapentin. Alternatives in the treatment of bipolar disorder. Neuropsychobiology 38(3):192-7, 1998.

12.   Freeman MP, Freeman SA, McElroy SL: The comorbidity of bipolar and anxiety disorders: prevalence, psychobiology, and treatment issues. J Affect Disord 68(1):1-23, 2002.

13.   Frye MA, Ketter TA, Kimbrell TA, Dunn RT, Speer AM, Osuch EA, Luckenbaugh DA, Cora-Locatelli G, Leverich GS, Post RM: A placebo-controlled study of lamotrigine and gabapentin monotherapy in refractory mood disorders. J Clinic Psychopharmacol 20:607-14, 2000.

14.   Ghaemi SN, Katzow JJ, Desai SP, Goodwin FK: Gabapentin treatment of mood disorders: a preliminary study. J Clin Psychiatry 59:426-9, 1998.

15.   Harden CL, Lazar LM, Pick LH, Nikolov B, Goldstein MA, Carson D, Ravdin LD, Kocsis JH, Labar DR: A beneficial effect on mood in partial epilepsy patients treated with gabapentin. Epilepsia 40(8):1129-34, 1999.

16.   Harden CL, Goldstein MA: Mood disorders in patients with epilepsy: epidemiology and management. CNS Drugs 16(5):291-302, 2002.

17.   Hamner MB, Brodrick PS, Labbate LA: Gabapentin in PTSD: a retrospective, clinical series of adjunctive therapy. Ann Clin Psychiatry 13(3):141-6, 2001.

18.   Keck PE Jr, Strawn JR, McElroy SL: Pharmacologic treatment considerations in co-occurring bipolar and anxiety disorders. J Clin Psychiatry 67(Suppl 1):8-15, 2006.

19.   Maurer I, Volz HP, Sauer H: Gabapentin leads to remission of somatoform pain disorder with major depression. Pharmacopsychiatry 32(6):255-7, 1999.

20.   Mauri MC, et al.: Gabapentin and the prophylaxis of bipolar disorders in patients intolerant to lithium. Clin Drug Invest 21(3):169-74, 2001.

21.   McElroy SL, Soutullo CA, Keck PE Jr, et al.: A pilot trial of adjunctive gabapentin in the treatment of bipolar disorder. Ann Clin Psychiatry 9(2):99-103, 1997.

22.   McElroy SL, Keck PE Jr: Pharmacologic agents for the treatment of acute bipolar mania. Biological Psychiatry 48(6):539-57, 2000.

23.   Myrick H, Henderson S, Brady KT, Malcolm R: Gabapentin in the treatment of cocaine dependence: a case series. J Clin Psychiatry 62(1):19-23, 2001.

24.   Norton JW, Quarles E: Gabapentin and anxiety. Hosp Pharm 36(8):843-5, 2001.

25.   Pande AC, Davidson JR, Jefferson JW, Janney CA, Katzelnick DJ, Weisler RH, Greist JH, Sutherland SM: Treatment of social phobia with gabapentin: a placebo-controlled study. J Clin Psychopharmacol 19(4):341-8, 1999.

26.   Pande AC, Pollack MH, Crockatt J, Greiner M, Chouinard G, Lydiard RB, Taylor CB, Dager SR, Shiovitz T: Placebo-controlled study of gabapentin treatment of panic disorder. J Clin Psychopharmacol 20(4):467-71, 2000.

27.   Pande AC, Crockatt JG, Janney CA, Werth JL, Tsaroucha O: Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Bipolar Disord (3 Pt 2):249-255, Sept 2000.

28.   Perugi G, et al.: Clinical experience using adjunctive gabapentin in treatment-resistant bipolar mixed states. Pharmacopsychiatry 32:136-41, 1999.

29.     Pollack MH, Matthews J, Scott EL: Gabapentin as a potential treatment for anxiety disorders. Am J Psychiatry 155(7):992-3, 1998.

30.     Rosenberg KP: Gabapentin for chronic insomnia. Am J Addict 12(3):273-4, 2003.

31.     Sachs, GS, et al.: Expert Consensus Guideline Series: medication treatment of bipolar disorder 2000. Postgraduate Med Apr:1-104, 2000.

32.     Silverstone PH, Silverstone T: A review of acute treatments for bipolar depression. Int Clin Psychopharmacol 19(3):113-24, 2004.

33.     Slaby, A.E., Tancredi, L.R.: Micropharmacology: treating disturbances of mood, thought, and behavior as specific neurotransmitter dysregulations rather than as clinical syndromes. Primary Psychiatry, 8(4); 28-32, 2001.

34.     Sokolski KN, Green C, Maris DE, DeMet EM: Gabapentin as an adjunct to standard mood stabilizers in outpatients with mixed bipolar symptomatology. Ann Clin Psychiatry 11(4):217-22, 1999.

35.     Vieta E, Martinez-Aran A, Nieto E, Colom F, Reinares M, Benabarre A, Gasto C: Adjunctive gabapentin treatment of bipolar disorder. European Psychiatry 15(7):433-7, 2000.

36.     Vieta E, Goikolea JM, Martinez-Aran A, Comes M, Verger K, Masramon X., Sanchez-Moreno J, Colom F: A double-blind, randomized, placebo-controlled, prophylaxis study of adjunctive gabapentin for bipolar disorder. J Clin Psychiatry 67(3): 473-477, 2006.

37.     Wang PW, Santosa C, Schumacher M, Winsberg ME, Strong C, Ketter TA: Gabapentin augmentation therapy in bipolar depression. Bipolar Disorders 4(5):296-301, 2002.

38.     Yasmin S, Carpenter LL, Leon Z, Siniscalchi JM, Price LH: Adjunctive gabapentin in treatment-resistant depression: a retrospective chart review. J Affect Disord 63(1-3):243-7, 2001.

39.     Young LT, Robb JC, Patelis-Siotis I, Macdonald C, Joffe RT: Acute treatment of bipolar depression with gabapentin. Biol Psychiatry 42(9):851-3, 1997.