# EXHIBIT 32

## DECLARATION OF PRADEEP K. CHINTAGUNTA

**I.    Introduction**

**A.    Qualifications**

1.    I am the Robert Law Professor of Marketing at the Graduate School of Business at the University of Chicago. Prior to joining the University of Chicago, I was an Associate Professor (with tenure) at the S.C. Johnson Graduate School of Management at Cornell University. I have also held the position of Thomas Carroll Ford Foundation Visiting Professor of Marketing at the Harvard Business School between September 2002 and December 2002.

2.    At the University of Chicago, I teach courses on marketing strategy and marketing management to MBA students. I have also taught courses on marketing models to PhD students at the University of Chicago and Cornell University.

3.    I obtained my PhD from the Kellogg Graduate School of Management at Northwestern University in 1990. My PhD dissertation was titled "Issues in Panel Data Analysis" in which I studied issues relating to consumer purchase behavior and differences in behavior across consumers. I also hold a Post Graduate Diploma in Management from the Indian Institute of Management in Ahmedabad and a Bachelor of Technology degree from the Institute of Technology, Banaras Hindu University, India.

4.    I have published over 50 peer-reviewed academic articles over the course of my career to date. My articles have been published in the top journals in marketing including Marketing Science, Management Science, Journal of

1

Marketing Research, Journal of Marketing, and Quantitative Marketing & Economics. I have also published in journals focused on econometrics and statistics such as the Journal of Econometrics and the Journal of the American Statistical Association.

5.  Over the years, my research has focused on the relevance and importance of analyzing consumer heterogeneity, i.e., understanding the ways in which consumers differ from one another and the implications of these differences for the marketing activities of firms. In the context of the pharmaceutical industry, my research has investigated the differential response of physicians to various marketing instruments such as detailing, implications for pharmaceutical companies in terms of allocating detailing activity, as well as physicians' changing sensitivity to detailing over time.

6.  A copy of my curriculum vitae is included as Appendix A to this declaration.

**B.   Assignment**

7.  I have been asked by counsel for Defendants to assess if physicians are similarly situated in terms of being exposed to and being responsive to marketing activities of pharmaceutical companies. Within that context, I have also been asked to evaluate if aggregate regression models are appropriate for analyzing the impact of pharmaceutical promotions on prescribing decisions of physicians. I have not been asked to provide any opinions on the full range of factors that may affect physicians' prescription writing behavior.

8.  I am being compensated at my hourly rate of $550 for my work on this matter. My compensation is not contingent in any manner on the outcome of this litigation.

## C.    Summary of Opinions

9.  A vast body of academic literature indicates that it is important to account for consumer heterogeneity -- differences across consumers -- in order to appropriately analyze and interpret how consumers make choices. Three types of heterogeneity that are important to consider are the following:

- Exposure heterogeneity, i.e., heterogeneity that comes about due to differences across consumers in their exposure to marketing activities of firms.

- Preference heterogeneity, i.e., heterogeneity that comes about due to intrinsic differences in consumers' preferences for different products in a category.

- Response heterogeneity, i.e., differences across consumers in the extent of their responsiveness to marketing activities of firms.

10. Academic research using pharmaceutical data on physicians' prescription behavior -- to which I have contributed -- has produced results that are consistent with the earlier findings on consumer heterogeneity, i.e., that physicians respond differently to marketing activities of pharmaceutical companies. Collectively, these results indicate that the assumption that marketing effects are homogeneous across physicians is not supported by current research.

3

11. When data on physician-level prescriptions and marketing activities are aggregated across physicians, information on the three sources of heterogeneity mentioned above is lost. Models estimated using only aggregate data, with aggregate regression based models – such as the one proposed by Dr. Meredith Rosenthal in this litigation – estimate a single or "average" effect of a given marketing activity (such as detailing) that is common to all physicians over whom the data have been aggregated.[1] Such models cannot shed any light on whether the marketing activity has a differential impact across physicians even when such differences exist. Additionally, there is also empirical evidence suggesting that aggregate models estimated using aggregate data can lead to incorrect estimates of even the "average" impact of marketing activities.

12. In arriving at my conclusions I have relied upon various academic articles and my experience in analyzing issues of this nature. The complete set of materials that I have considered is included as Appendix B to this Declaration. I reserve the right to supplement my opinions in the future if additional documents, data, or opinions come to light.

**D.    Organization of Declaration**

13. The rest of my declaration is organized as follows. In Section II, I discuss the concept of consumer heterogeneity and its measurement. In Section III, I summarize the literature on heterogeneity in physicians' responses to marketing activities of pharmaceutical companies. In Section IV, I explain the

---

[1] Declaration of Meredith Rosenthal, 8/8/2005, paragraph 29, p. 13; Deposition of Meredith Rosenthal, 10/24/2006, pp. 286-287

problems associated with models based on aggregate time series data that ignore the heterogeneity across physicians. Finally, I present my conclusions in Section V.

## II.   Heterogeneity and its Measurement

14. Data over time at the individual consumer level along with standard econometric techniques in the economics and marketing literatures has facilitated analyses of how consumers differ in their responses to marketing activities of firms. This section summarizes the nature of differences across consumers, the data and methods required to measure these differences and the empirical evidence from the marketing literature. Academic research in marketing refers to differences across consumers as "heterogeneity" and has focused on measuring these differences. A consistent finding from this research is that there exists considerable heterogeneity across consumers in how they respond to marketing activities of firms. Allenby and Rossi (1999)[2] provide a review of the methods used for the measurement of heterogeneity in marketing.

15. In thinking about heterogeneity, it is important to distinguish between multiple sources of differences across consumers. Consider two consumers A and B. Consumer A watches a lot of television and is therefore exposed to advertising by firms, whereas consumer B does not watch television and is not exposed to the advertising. In this case, we would not expect to see consumer B's behavior being directly affected by advertising on television.

---

[2] Allenby, G.M. and P.E. Rossi (1999), "Marketing Models of Consumer Heterogeneity," *Journal of Econometrics*, Vol. 89, pp. 57-78.

Heterogeneity that comes about due to differences in exposure to marketing activities of firms, I refer to as "exposure heterogeneity." Another source of heterogeneity is referred to as "preference heterogeneity" and can be explained as follows. Consider again, consumers A and B. Both of them watch the same amount of television and are exposed to the same level of advertising by firms X and Y. However, consumer A tends to purchase largely from firm X whereas consumer B purchases from firm Y. This implies that while consumer A prefers firm X, consumer B prefers firm Y – hence the term preference heterogeneity. A third source of heterogeneity arises when A and B watch the same amount of television and are exposed to the same amount of advertising by firms. Yet consumer A's purchase behavior may be affected by advertising whereas consumer B's behavior may not be at all influenced by the exposure. I refer to such heterogeneity as "response heterogeneity," i.e., differences across consumers in the extent of their responsiveness to marketing activities of firms.

16. Measuring the extent of exposure heterogeneity requires data at the individual consumer level on the various factors that could influence behavior. Once these data are available, one can determine the extent to which each consumer was exposed to each of the factors to see whether or not these factors would play a role in influencing behavior.

17. There are two key requirements for measuring the extent of response (and preference) heterogeneity across consumers. The first, as with exposure heterogeneity, is the availability of data over time at the individual consumer

level ("individual data") or multiple observations on each consumer. To be able to say that consumer A responds to advertising for a specific product differently than consumer B, the researcher needs to observe the purchases of consumer A and of consumer B corresponding to different levels of advertising. It is important to note that observing only the total purchasing by both A and B along with the total amount of advertising both of them are exposed to will not be adequate to measure whether or not A and B respond similarly or differently to advertising as no unique information is available for consumer A or for consumer B. These latter data that represent the aggregation of information across consumers are referred to as "aggregate" or "market-level" data. I return to this in a later section.

18. The second key requirement for measuring response heterogeneity is the availability of statistical tools for the purpose. As the unit of analysis is the consumer, the researcher is required to specify a statistical model that links the purchase behavior of the consumer or the dependent variable (for example, the number of purchases of a particular brand that a consumer makes in each of several months) to the factors that could influence this behavior or the drivers of the dependent variable. These factors would include characteristics of the consumer (e.g., income and family size) as well as the marketing activities of firms (e.g., prices of the brand and its advertising levels that the consumer is exposed to). The statistical model is typically referred to as the "individual (or consumer) response function." The linkage between the dependent variable and its drivers are a set of unknown parameters that need

to be estimated from the data. For example, if advertising is one of the drivers of the number of purchases, the parameter that associates changes in the level of advertising to changes in the number of purchases is an unknown quantity that needs to be estimated using the data. In operational terms, measuring response heterogeneity implies that instead of estimating a single set of these unknown parameters for all consumers, we estimate different sets of parameters for different consumers or groups of consumers.

19. There are several different approaches to estimating the parameters of the individual response function. If the objective is to measure the extent of variation in the response parameters across consumers and not a specific set of parameters for each consumer, then methods called random coefficient models can be used. The output of the estimation is the distribution of the response parameters across consumers. The distribution can be either discrete if the assumption is that groups of consumers have different sets of parameters (with consumers within a group having the same set of parameters – "latent class" models) or can be continuous (with the parameters for each consumer representing a realization of a distribution such as a multivariate normal). If a large number of observations, relative to the number of parameters to be estimated, are available for each consumer then we can estimate the parameters for each consumer separately. Of course, it is important to note that data at the individual level are required for the estimation of these models.

20. Using the methods described above, researchers have found significant evidence for the presence of response heterogeneity across consumers across a

variety of different product categories. Kamakura and Russell (1989)[3] use a random coefficient model with five discrete consumer segments or groups to study the purchase behavior of 585 households over a 78 week period in a grocery product category. They characterize the effect of price on the probability of a household choosing from among the four brands in that category (three national brands and one composite representing private label and regional brands) in terms of their price "elasticities." The elasticity measure represents the percentage change in the probability of a household choosing a brand for a 1% increase in the price of the brand and is a standard metric used in the economics and marketing literatures.[4] The authors find, for example, that for one national brand (labeled as brand A in the study), there is a group of households that is relatively inelastic to price and another with a very large price elasticity. Assuming then that all households have a common "average" elasticity would not characterize the differences in elasticities that exist among the households in the market. In other words, this metric would not accurately reflect how a change in prices would influence the different household groups differently.

21. Heterogeneity in feature advertising has also been documented by marketing researchers. Feature advertising refers to the advertising of specific products by supermarket fliers that are typically distributed by local newspapers or can be picked up at the store itself. For example, in their analysis of household

---

[3] Kamakura, W.A. and G.J. Russell, "A Probabilistic Choice Model for Market Segmentation and Elasticity Structure," *Journal of Marketing Research*, Vol. 26, pp. 379-390.
[4] For definition of elasticity, see, for example, p. 116 in Case, K.E. and R.C. Fair (1996), *Principles of Economics*, 4th edition, Prentice-Hall, Inc., Upper Saddle River, New Jersey.

purchasing in the ketchup product category, Allenby and Rossi (1999)[5] use both discrete and continuous random coefficients approaches to estimate the extent of heterogeneity across households in their responses to prices, feature advertisements and special displays. The estimated effects for feature advertising range from statistically insignificant effects to positive and statistically significant effects for this marketing activity across different groups of households. Again this indicates differential sensitivity of consumers to marketing activities.

22. By looking at the purchase behaviors of a group of households across several categories, marketing researchers have also found evidence that sensitivity to marketing mix variables is a consumer trait and is not unique to specific product categories. Ainslie and Rossi (1998)[6] use data on the purchases of 800 households across five product categories – ketchup, peanut butter, stick margarine, toilet tissue and canned tuna fish – and find that there is a positive and significant correlation in the sensitivities to marketing mix variables across product categories.

23. In summary, with the availability of data at the micro-level of the consumer or household over several purchase occasions, along with standard econometric techniques in the economics and marketing literatures, researchers have documented that there is substantial variation across consumers and/or households in the effects of marketing activities. In other words, consumers

---

[5] Allenby, G.M. and P.E. Rossi (1999), "Marketing Models of Consumer Heterogeneity," *Journal of Econometrics*, Vol. 89, pp. 57-78.
[6] Ainslie, A. and P.E. Rossi (1998), "Similarities in Choice Behavior Across Product Categories," *Marketing Science*, Vol. 17, No. 2, pp. 91-106.

do not respond in the same way to these marketing activities. Further, there is also evidence to suggest that whether a consumer is more or less responsive is a consumer trait rather than being very specific to a product category.

### III.    Heterogeneity in Physicians' Responses to Marketing Activities of Pharmaceutical Companies

24.  Data from the individual prescription behavior of physicians along with the levels of detailing activity and samples directed at them has facilitated the measurement of heterogeneity in physicians' responses to these marketing activities. Analyses that allow for physicians to vary in how they respond to marketing activities reveal heterogeneity across physicians in this regard. For example, studies have found a wide range in the impact of detailing on physician prescription behavior, with some physicians even displaying a negative effect of detailing on prescriptions. Ascribing an average detailing effect across physicians to each physician is not supported by these analyses.

25.  Gonul et al. (2001)[7] is one of the early studies to use physician level data and document heterogeneity across physicians in their choices of a particular product out of seven alternatives for one specific therapeutic condition. Data are for individual physician prescription behavior as well as for detailing and free samples directed towards these physicians in a time period from January 1989 to December 1994. Physicians in the data were asked to record number of detailing minutes and number of containers of samples they received from sales representatives and the dates they received them. They find that that

---

[7] Gonul, F.F. et al. (2001), "Promotion of Prescription Drugs and Its Impact on Physicians' Choice Behavior," *Journal of Marketing*, Vol. 65, pp. 79-90.

"detailing and samples are less likely to influence physicians who see a higher percentage of HMO or Medicare patients" and conclude that both Medicare and HMO coverage, compared with private insurance, detract from the main positive effect of detailing and samples on the drug prescription probability. As physicians differ in the proportion of their patients with different types of insurance coverage, they also differ in their responses to pharmaceutical detailing and to samples. Gonul et al. also find that there are diminishing returns to the effects of detailing and samples in their data indicating that increasing the levels of these marketing activities beyond a certain point has a negative impact on prescribing the promoted drug.

26. Manchanda and Chintagunta (2004)[8] use data on physician prescription behavior and salesforce effort for a specific drug to understand the heterogeneity in physicians' responsiveness to detailing behavior. Detailed records of physicians' prescription behavior for the drug in question are available for the period from December 1996 to November 1998. Data on a sample of 1000 physicians are used in the analysis along with information on their specialty and gender. To estimate a physician's response function the authors use data on the total number of prescriptions made by each physician for the drug on a quarterly basis for eight quarters as the dependent measure. Data on the number of detailing calls made to each physician per quarter as well as the number of free samples of the drug given out to each physician during this time period along with the physicians' characteristics (gender and

---

[8] Manchanda, P. and P.K. Chintagunta (2004), "Responsiveness of Physician Prescription Behavior to Salesforce Effort: An Individual Level Analysis," *Marketing Letters*, Vol. 15, No. 2-3, pp. 129-145.

specialty) are the main drivers of prescriptions in their model. To allow for the effects of detailing to vary with the level of detailing (for example to allow for diminishing returns to the effects of detailing) a squared detailing variable is also included in the model. The data used in the study indicate that there is considerable variation in the exposure to marketing activities across physicians and quarters. The authors use a random coefficient model to uncover the heterogeneity in detailing responsiveness of physicians. They find that detailing has, on average, a positive impact on prescriptions. At the same time, there is considerable variation in this effect across physicians. First, physicians specializing in the therapeutic category associated with the drug are more responsive to detailing efforts of firms than are primary care physicians. Second, the main effect of detailing varies across physicians over a wide range, with some physicians responding by lowering prescriptions and others increasing prescriptions in response to detailing efforts. Third, there is a negative interaction effect between detailing and sampling – physicians who are sampled more tend to be less responsive to detailing efforts. Additionally, the effects of detailing show "wearout" effects, so that increasing contact with a physician beyond a particular point in a given quarter will not increase the prescriptions written by the physician for that drug. .

27. Mizik and Jacobson (2004)[9] also highlight the importance of accounting for differences across physicians. While they use data from individual physicians (they have data for 24 monthly observations on three drugs and 74075

---

[9] Mizik, N. and R. Jacobson (2004), "Are Physicians "Easy Marks"? Quantifying the Effects of Detailing and Sampling on New Prescriptions," *Management Science*, Vol. 50, No. 12, pp. 1704-1715.

physicians), their model does not explicitly allow for detailing effects to vary across physicians. Rather, they allow for physicians to vary in the average number of new prescriptions they write for the three drugs and allow for this average number to be correlated with the amount of detailing the physician could receive. From the data, the authors find that there is considerable variation in the level of detailing and samples received by the panel of physicians. Another finding of this research is that the effects of detailing and sampling on prescription behavior are small for the three drugs analyzed. Given the empirical evidence suggesting heterogeneity in how physicians respond to detailing, not accounting for such physician differences is an important caveat to the results from this study.

28. In summary, measuring the effects of pharmaceutical marketing activity at the physician level using data from individual physicians indicates findings that are consistent with the earlier findings on consumer heterogeneity, i.e., physicians respond differently to marketing activities. Further, there are differences in the levels of marketing activities directed at individual physicians that also result in differences in their prescription levels. Together, these results indicate that the assumption that marketing effects are homogeneous across physicians is not supported by the current research.

## IV.  Models Based on Aggregate Time Series Data

29. Dr. Rosenthal has proposed measuring the impact of marketing activities on prescriptions using an aggregate time series approach with data aggregated across all physicians prescribing a drug. The basic idea here is that aggregate

14

variations in the total numbers of prescriptions written by all physicians over time can be explained in part by variations in the total levels of promotional activities for the drug across these physicians. Such an approach would yield some "average" impact on prescriptions of promotional activities across all physicians. An approach such as this, if indeed it could be implemented, would answer questions of the following nature: what would be the total increase or decrease in the number of prescriptions written for a drug if the total spending on a particular promotional activity increased or decreased by a particular amount?

30. Further, Dr. Rosenthal proposes refining the analysis by looking at more disaggregated versions of the above model – at the level of geographic sub-market or at the level of alternative diagnoses – to yield effects at the level of the geographic sub-market or diagnosis.[10] Nevertheless, these effects will be the same for all physicians within a sub-market or for all prescriptions for that specific diagnosis.

31. An aggregate analysis masks the variation in the levels of marketing activities received by physicians. So for example if a physician never received the marketing activity, the estimated effect will be assumed to apply to all the prescriptions written by this physician as it would for prescriptions written by a physician who receives a large amount of the marketing activity. Further, a physician who is not affected by promotional activity will nevertheless be assumed to be responsive under this specification, if the estimated effect of the promotional activity in the aggregate model is positive. Given the

---

[10] Declaration of Meredith Rosenthal, 8/8/2005, paragraph 35, pp. 16-17, and paragraph 38, p. 18.

evidence of heterogeneity in the levels and effects of marketing activities across physicians, it would not be appropriate to assume that all physicians are influenced by marketing activities or that they are influenced to the same extent.

32. Furthermore, there is the possibility that aggregating the data over physicians that are exposed to different levels of marketing activities and that respond differently to these marketing activities could yield incorrect (i.e., biased) estimates for even the "average" effect of the marketing activities obtained from aggregate data models. This is especially true if the underlying relationship between prescription behavior and marketing activities at the physician level is nonlinear in nature; there is heterogeneity in physician responsiveness; and if physicians are exposed to different levels of the marketing activities. Christen et al. (1997)[11] demonstrate this "aggregation" bias in the context of data on powdered detergents at the store level and aggregate data at the market level where the aggregation is across all stores in that market.

33. There is also the possibility of an endogeneity bias with regression based models using aggregate data. For example, consider a simple linear regression model where the dependent variable of interest, say the aggregate number of prescriptions written for a drug during a given time period, is a function of several explanatory variables and an error term that captures factors not accounted for in the model. A standard assumption of such a regression model

---

[11] Christen, M. et al. (1997), "Using Market-Level Data to Understand Promotion Effects in a Nonlinear Model," *Journal of Marketing Research*, Vol. 34, No. 3, pp. 322-334.

is that the error term is uncorrelated with the explanatory variables. If this assumption is violated then the estimated effects of the included explanatory variables will be biased. This is referred to as the endogeneity bias.

34. For example, consider a situation where there are several marketing activities that may influence prescriptions such as detailing, free samples, meetings, and events. It is likely that the amounts that the firm spends on each of these activities are correlated. If one or more of these factors that may influence prescriptions (e.g., expenditures on free samples) are excluded because data are unavailable they become part of the error term. However, in that case the error term – that now includes expenditures on free samples – is correlated with the included explanatory variables, i.e., the standard assumption described in the previous paragraph is violated. As a result, there will be endogeneity bias in the estimated effects and the regression model will fail to provide the true effects of the included explanatory variables. A standard way of resolving the endogeneity bias is by using instrumental variables methods. A major challenge is to identify good instruments – variables that are correlated with the endogenous explanatory variable but uncorrelated with the excluded factors comprising the error term in the regression model. There is no obvious way of verifying the latter requirement.

35. In summary, Dr. Rosenthal's approach – using aggregate time series data along with regression based models – ignores heterogeneity in physicians' exposure and responsiveness to marketing activities; and suffers from possible

biases in estimating even the "average" effect of marketing activities such as due to aggregation of the data across physicians and endogeneity effects.

## V.    Conclusions

36. If the objective is to determine whether all physicians, and hence all prescriptions written by these physicians, were influenced by the marketing activities of a pharmaceutical firm, it is necessary to have data at the physician level and an estimation approach that can allow for possible differences across physicians in their responsiveness to the various marketing activities of the pharmaceutical companies.

37. The academic literature in marketing has found that there is considerable variation in the impact of marketing activities across physicians. Consequently, using aggregate data and an econometric approach that estimates a common effect across all physicians and thus pre-supposes a common response across physicians, will not be appropriate. Further, even the common effect of a marketing activity estimated using aggregate data and models may be incorrect given the possibility of aggregation and endogeneity biases.

38. In considering whether allegedly unlawful off-label promotion of Neurontin influenced physician prescription behavior it would be important to consider the variation across physicians in the extent of such off-label promotional activity they received as well as the variation in their sensitivities to these promotions. Given the current evidence on such variation, treating the

18

prescriptions from all physicians as stemming from a homogenous group would be inappropriate.

I declare under penalty of perjury that this Declaration is true and correct.

Pradeep K. Chintagunta                                          Date

12/20/2006

APPENDIX A

## VITA

## PRADEEP K. CHINTAGUNTA

## ADDRESS

5807 S. Woodlawn Avenue, Chicago, IL 60637

Tel: (773) 702 8015, Fax: (773) 702 0458

e-mail: pradeep.chintagunta@chicagogsb.edu

## EMPLOYMENT

Robert Law Professor of Marketing, Graduate School of Business, University of Chicago, Chicago, IL 60637

July 2004 -, Director, PhD program, Graduate School of Business, University of Chicago, Chicago, IL 60637

July 1995 -, Professor of Marketing, Graduate School of Business, University of Chicago, Chicago, IL 60637

September 2002 – December 2002, Thomas Carroll Ford Foundation Visiting Professor of Marketing, Harvard Business School, Boston, MA 02163

July 1994 - July 1995, Associate Professor of Marketing, S. C. Johnson Graduate School of Management, Cornell University, Ithaca, NY 14853

July 1990 - July 1994, Assistant Professor of Marketing, S. C. Johnson Graduate School of Management, Cornell University, Ithaca, NY 14853

## EDUCATION

1986-1990, Northwestern University, Evanston, Illinois, Doctor of Philosophy (Field of Marketing)

1984-1986, Indian Institute of Management, Ahmedabad, India, Post Graduate Diploma in Management

1979-1984, Institute of Technology, Banaras Hindu University, India, Bachelor of Technology (Mechanical Engineering)

## PUBLICATIONS

Learning and Exit of New Entrant Discount Airlines From City-Pair Markets (with Ashutosh Dixit), *Journal of Marketing*, forthcoming

A Discrete/Continuous Model for Multi-Category Purchase Behavior of Households (with Inseong Song), *Journal of Marketing Research*, forthcoming

Measuring Cross-Category Price Effects Using Aggregate Store Data (with Inseong Song), *Management*

*Science*, forthcoming

Measuring Marketing-Mix Effects in the Video-Game Console Market (with Harikesh Nair), *Journal of Applied Econometrics*, forthcoming

Assessing the Economic Value of Distribution Channels: An Application to the PC Industry (with Junhong Chu and Naufel Vilcassm), *Journal of Marketing Research*, forthcoming

Effects of Brand Preference, Product Attributes, and Marketing Mix Variables in Technology Product Markets (with S. Sriram and Ramya Neelamegham), *Marketing Science*, forthcoming

Structural Modeling in Marketing: Review and Assessment (with Tulin Erdem, Peter Rossi and Michel Wedel), *Marketing Science,* forthcoming

Endogeneity and Simultaneity in Competitive Pricing and Advertising: A Logit Demand Analysis (with Vrinda Kadiyali and Naufel J. Vilcassim), *Journal of Business*, forthcoming

Sole Entrant, Co-optor or Component Supplier: Optimal End-Product Strategies for Manufacturers of Proprietary Component Brands (with R. Venkatesh and Vijay Mahajan), *Management Science*, 52, 4, 613-622

The Effects of Banner Advertising on Consumer Inter-purchase Times and Expenditures in Digital Environments (with J-P Dube, Puneet Manchanda and Khim-Yong Goh), *Journal of Marketing Research*, 43 (February) 98-108

Understanding Store Brand Purchase Behavior Across Categories (with Vishal Singh and Karsten Hansen), *Marketing Science*, 25, 1, 75-90

Accounting for Primary and Secondary Demand Effects with Aggregate Data (with Harikesh Nair and Jean-Pierre Dube), *Marketing Science*, 24, 3, 2005, 444-460
http://bear.cba.ufl.edu/centers/mks/articles/243/af1778fa79_article.pdf

Temporal Differences in the Role of Marketing Communication in New Product Categories (with Sridhar Narayanan and Puneet Manchanda), *Journal of Marketing Research*, XLII, 3, August, 2005

Estimating an SKU-level Brand Choice Model Combining Household Panel Data and Store Data (with J-P Dube), *Journal of Marketing Research*, XLII, 3, August, 2005

Beyond the endogeneity bias: The effect of unmeasured brand characteristics on household-level brand choice models (with Jean-Pierre Dube and Khim-Yong Goh), *Management Science*, 51(5), 832-849

Recovering SKU-level Preferences and Response Sensitivities from Market Share Models Estimated on Item Aggregates (with David Bell and Andre Bonfrer), *Journal of Marketing Research*, Vol. XLII, 169-182, May 2005

Time Varying Competition (with K. Sudhir and Vrinda Kadiyali), *Marketing Science*, 24, 1, 96-109

Strategic Pricing and Detailing Behavior in International Makets (with Ramarao Desiraju), *Marketing Science*, 24, 1, 67-80

Diffusion of New Pharmaceutical Drugs in Developing and Developed Nations (with Ramarao Desiraju and Harikesh Nair), *International Journal of Research in Marketing*, 21, 4, 341-358

Response Modeling with Non-Random Marketing Mix Variables (with Puneet Manchanda and Peter Rossi), *Journal of Marketing Research*, XLI, 4 (November 2004),

ROI Implications for Pharmaceutical Promotional Expenditures: The Role of Marketing Mix Interactions (with Sridhar Narayanan and Ramarao Desiraju), *Journal of Marketing*, 68, 4 (October), 90-105

Responsiveness of Physician Prescription Behavior to Salesforce Effort: An Individual Level Analysis (with Puneet Manchanda), *Marketing Letters*, 2004, 15:2-3, 129-145

Modeling and Forecasting the Sales of Technology Products (with Ramya Neelamegham), *Quantitative Marketing & Economics*, September 2004, 2, 3, 195-232.

Store brands: Who buys them and what happens to retail prices when they are introduced? (with Andre Bonfrer), *Review of Industrial Organization*, 24, 2, 195-218 (2004)

Structural Models of Competition: A Marketing Strategy Perspective, Chapter 5 in *Assessing Marketing Strategy Performance*, Christine Moorman and Donald Lehmann, editors, The Marketing Science Institute, 2004.

The Augmented Latent Class Model: Incorporating Additional Heterogeneity in the Latent Class Model for Panel Data (with Sajeev Varki), *Journal of Marketing Research*, XLI, May 2004, 226-233.

Empirical Analysis of Indirect Network Effects in the Market for Personal Digital Assistants (with Harikesh Nair & J-P Dube), *Quantitative Marketing & Economics*, 2, 1, 23-58 (2004).

A Micromodel of New Product Adoption with Heterogeneous and Forward-Looking Consumers: Application to the Digital Camera Category (with Inseong Song), *Quantitative Marketing & Economics*, 1, 4, 371-407 (2003).

Comment: Bayesian Analysis of Simultaneous Demand and Supply by Yang, Chen and Allenby (with J-P Dube), *Quantitative Marketing & Economics*, 1, 3, 293-298 (2003).

Balancing Profitability and Customer Welfare in a Supermarket Chain (with J-P Dube and Vishal Singh), *Quantitative Marketing & Economics*, Inaugural Issue, March 2003, 1, 1, 111-147

Semiparametric Estimation of Brand Choice Behavior (with Richard Briesch and Rosa Matzkin), *Journal of the American Statistical Association (JASA)*, 97, 460, 973-983

The Proportional Hazard Model for Purchase Timing: A Comparison of Alternative Specifications, *Journal of Business & Economic Statistics*, 21, 3, 368-382

Investigating the Effects of Store Brand Introduction on Retailer Demand and Pricing Behavior (with Andre Bonfrer and Inseong Song), *Management Science*, 48, 10, 2002

Structural Applications of the Discrete Choice Model (with J-P Dube, et. al.) *Marketing Letters*, 13:3, 207-220, 2002

Investigating Category Pricing Behavior in a Retail Chain, *Journal of Marketing Research*, 2002, 39, no. 2 (May 2002): p. 141-154

Endogeneity and Heterogeneity in a Probit Demand Model: Estimation Using Aggregate Data (2001), *Marketing Science*, 20, 4, 442-456 http://bear.cba.ufl.edu/centers/MKS/articles/777691.pdf

Market Structure Across Stores: An Application of a Random Coefficients Logit Model with Store Level Data (with J-P Dube and Vishal Singh), *Advances in Econometrics*, Volume 16, 2002, PH Franses and A Montgomery, editors.

A Panel Data Analysis of Household Brand Choices, *Journal of Econometrics*, 103 (2001), 111- 153 (with Ekaterini Kyriazidou and Josef Perktold)

Power in Manufacturer-Retailer Interactions: An Empirical Investigation of Pricing in a Local Market, *Marketing Science*, Spring 2000, 127-148 (with Vrinda Kadiyali and Naufel J. Vilcassim) http://bear.cba.ufl.edu/centers/MKS/articles/856834.pdf

Investigating Household State Dependence Effects Across Categories, *Journal of Marketing Research*, November 1999, 488-500 (with Andrew Ainslie and P.B. Seetharaman)

A Bayesian Model to Forecast New Product Performance in Domestic and International Markets, *Marketing Science*, 18, 2, 115-136 (with Ramya Neelamegham) http://bear.cba.ufl.edu/centers/MKS/articles/684541.pdf

Investigating Dynamic Multi-firm Market Interactions in Price and Advertising, *Management Science*, 45, 4, April 1999, 499-518 (with Vrinda Kadiyali & Naufel Vilcassim)

Variety Seeking, Purchase Timing and the "Lightning Bolt" Brand Choice Model, *Management Science*, 45, 4, April 1999, 486-498.

Inertia and Variety Seeking in a Model of Brand Purchase Timing, *Marketing Science*, 17, 3, 1998, 253-270 http://bear.cba.ufl.edu/centers/MKS/articles/820524.pdf

Product Line Extensions and Competitive Market Interactions:An Empirical Analysis, J*ournal of Econometrics*, 89, March / April 1999, 339-364 (with Vrinda Kadiyali and Naufel J. Vilcassim)

Measuring the Effects of New Brand Introduction on Inter-Brand Strategic Interaction, *European Journal of Operational Research*, 118, 2, 315-331.

Representing Heterogeneity in Consumer Response Models, *Marketing Letters*, 8,3, July 1997 (with W deSarbo and others).

Investigating Purchase Timing Behavior in Two Related Product Categories, *Journal of Marketing Research*, 35 (February 1998), 43-53 (with Sudeep Haldar)

A Model of Inertia and Variety Seeking, *International Journal of Research in Marketing*, 15 (1998), 1-17 (with P.B. Seetharaman).

Household Heterogeneity and State Dependence in a Model of Purchase Strings: Empirical Results and Managerial Implications, *International Journal of Research in Marketing*, 14 (1997), 341-357 (with

Sachin Gupta and Dick Wittink).

An Empirical Investigation of the "Dynamic McFadden" Model of Purchase Timing and Brand Choice: Implications for Market Structure, *Journal of Business and Economic Statistics*, 16, 1, 2-12 (with Alok R. Prasad).

Do Household Scanner Data Provide Representative Inferences from Brand Choices: A Comparison with Store Data, *Journal of Marketing Research*, November 1996 (with Sachin Gupta, Dick Wittink and Anil Kaul).

Investigating the Effects of a Line Extension / New Brand Introduction on Market Structure, *Marketing Letters*, 7, 4, 319-328, October 1996.

Empirical Analysis of Competitive Product Line Pricing Decisions: Lead, Follow or Move Together, *Journal of Business*, 69, 4, 459-488, October 1996 (with Vrinda Kadiyali & Naufel Vilcassim)

A Framework for Analyzing Habits, "Hand-of-Past," and Heterogeneity in Dynamic Brand Choice, *Marketing Science*, 1996, 15, 3, 280-299 (with Sudeep Haldar and Rishin Roy)

Pricing Strategies in a Dynamic Duopoly: A Differential Game Model, *Management Science,* November 1996 (with Vithala R. Rao).

Investigating Optimal Retailer Pricing Using Household Scanner Panel Data, *Journal of Retailing*, 71, 2, 103-128 (with Naufel J. Vilcassim).

Forecasting Restaurant Sales using Self-Selectivity Models, *Journal of Retailing and Consumer Services*, 4, 2, 117-128 (with Michael S. Morgan)

Investigating the Effects of Marketing Variables and Unobserved Heterogeneity in a Multinomial Probit Model, *International Journal of Research in Marketing* 1996, 13, 1-15 (with Bo E. Honore).

Empirical Implications of Unobserved Heterogeneity for Manufacturer and Retailer Pricing, *Journal of Retailing and Consumer Services*, 5, 1, 15-24 (with Naufel Vilcassim)

A Two-Period Repeated Game Advertising Investment Model for Oligopolistic Markets with an Application to the Beer Industry, *Decision Sciences* 1995, 26, 4 (with Naufel J. Vilcassim).

Dynamic Duopoly Models of Advertising Competition: Estimation and a Specification Tests, *Journal of Economics and Management Strategy,* 4,1, Spring 1995, 109-131. (with Dipak C. Jain).

Heterogeneous Logit Model Implications for Brand Positioning, *Journal of Marketing Research*, 31, May 1994, 304-312.

Marketing Investment Decisions in a Dynamic Duopoly: A Model and Empirical Analysis, *International Journal of Research in Marketing*, 11, 3, 1994, 387-306 (with Naufel J. Vilcassim).

Analyzing Household Brand Choice Behavior Using a Random Coefficients Logit Model, *Journal of Business and Economic Statistics*, 12, 3, 1994, 317-328 (with Dipak C. Jain and Naufel J. Vilcassim).

On Using Demographic Variables to Determine Segment Membership In Logit Mixture Models,

*Journal of Marketing Research*, 31, February 1994, 128-136 (with Sachin Gupta).

Investigating the Sensitivity of Equilibrium Profits to Advertising Dynamics and Competitive Effects, *Management Science*, 39(9), September 1993, 1146-1162.

Investigating Purchase Incidence, Brand Choice and Purchase Quantity Decisions of Households, *Marketing Science*, 12(2) 1993, 184-208.

Estimating a Multinomial Probit Model of Brand Choice Using the Method of Simulated Moments, *Marketing Science*, 11(4), 1992, 386-407.

Investigating Heterogeneity in Nested Logit Models: A Modeling Approach and Empirical Analysis, *International Journal of Research in Marketing*, 9, 1992, 161-175.

A Dynamic Model of Channel Member Strategies for Marketing Expenditures, *Marketing Science*, 11 (2), 1992, 168-188 (with Dipak C. Jain).

An Empirical Investigation of Advertising Strategies in a Dynamic Duopoly, *Management Science*, 38 (9), September 1992, 1230-1244 (with Naufel J. Vilcassim).

Investigating Heterogeneity in Brand Preferences in Logit Models for Panel Data, *Journal of Marketing Research*, 33, November 1991, 417-428 (with Dipak C. Jain and Naufel J. Vilcassim).

Equilibrium Pricing and Advertising Strategies for Nondurable Experience Products in a Dynamic Duopoly, *Managerial and Decision Economics*, 14, 1993, 221-234 (with Vithala R. Rao, and Naufel J. Vilcassim).

A Study of Manufacturer-Retailer Marketing Strategies: A Differential Game Approach, *Lecture Notes in Control and Information Sciences*, Springer-Verlag (with Dipak Jain).

Understanding Customer Value in Business Markets: Methods of Customer Value Assessment, *Journal of Business-to-Business Marketing*, 1993, 1, 1, 3-30 (with J.C. Anderson and Dipak Jain).

## WORKING PAPERS

The Role of Self Selection and Usage Uncertainty in the Demand for Local Telephone Service (with Sridhar Narayanan and Eugenio Miravete)

Quantifying the Benefits of Individual Level Targeting In the Presence of Firm Strategic Behavior (with Xiaojing Dong and Puneet Manchanda)

## COURSES TAUGHT

Marketing Strategy, Marketing Management, Advanced Marketing Models

## HONORS

Businessweek's top professors at the GSB, Chicago, 2002

Recipient of the Hillel Einhorn Award for Excellence in Teaching, EXP (Barcelona) Program, 1999 &

2000, XP (Chicago) Program, 2000, 2003, 2005

Finalist for the O'Dell award, 1996, 2001

Finalist for the Paul Green award, 1997

**OTHER**

Area Editor, *Marketing Science* **http://bear.cba.ufl.edu/CENTERS/MKS/**

Associate Editor, *Management Science, Quantitative Marketing & Economics, Journal of Marketing Research*

Member, Editorial Board: *Journal of Marketing, International Journal of Research in Marketing, Journal of Business-to-Business Marketing*

Doctoral dissertation committees Chicago – Hongju Liu, Xiaojing Dong (Santa Clara), Junhong Chu (National University of Singapore), Harikesh Nair (Stanford), Sridhar Narayanan (Stanford), Khim-Yong Goh (National University of Singapore), Inseong Song (HKUST), Andre Bonfrer (SMU), Nanda Kumar (UTD), Peter Boatwright (CMU), Andrew Ainslie (UCLA), Christie Nordhielm (Northwestern), Vaneet Sethi (ZS Associates); Cornell - Seetharaman Peruvemba (Rice), K. Sudhir (Yale), Sachin Gupta (Cornell), Alok Prasad (Merrill Lynch), Anil Kaul (AbsolutData), Harsh Soni (Fidelity) and Rahul Guha (Cornerstone Research), in Marketing; Karl Boehringer in Computer Science; Jenny Chin-Hua in Agricultural Economics, Joo Ho Kim in Consumer Economics.

Member INFORMS, ASA.

APPENDIX B

# List of Documents Considered

Second Amended Class Action Complaint, In re: Neurontin Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1629, Master File No. 04-10981, June 30, 2006.

Declaration of Meredith B. Rosenthal, 8/8/2005.

Deposition of Meredith B. Rosenthal, 10/24/2006 and 10/25/2006.

Ainslie, A. and P.E. Rossi (1998), "Similarities in Choice Behavior Across Product Categories," *Marketing Science*, Vol. 17, No. 2, pp. 91-106.

Allenby, G.M. and P.E. Rossi (1999), "Marketing Models of Consumer Heterogeneity," *Journal of Econometrics*, Vol. 89, pp. 57-78.

Case, K.E. and R.C. Fair (1996), *Principles of Economics*, 4th edition, Prentice-Hall, Inc., Upper Saddle River, New Jersey.

Christen, M. et al. (1997), "Using Market-Level Data to Understand Promotion Effects in a Nonlinear Model," *Journal of Marketing Research*, Vol. 34, No. 3, pp. 322-334.

Gonul, F.F. et al. (2001), "Promotion of Prescription Drugs and Its Impact on Physicians' Choice Behavior," *Journal of Marketing*, Vol. 65, pp. 79-90.

Kamakura, W.A. and G.J. Russell (1989), "A Probabilistic Choice Model for Market Segmentation and Elasticity Structure," *Journal of Marketing Research*, Vol. 26, pp. 379-390.

Manchanda, P. and P.K. Chintagunta (2004), "Responsiveness of Physician Presccription Behavior to Salesforce Effort: An Individual Level Analysis," *Marketing Letters*, Vol. 15, No. 2-3, pp. 129-145.

Mizik, N. and R. Jacobson (2004), "Are Physicians 'Easy Marks'?  Quantifying the Effects of Detailing and Sampling on New Prescriptions," *Management Science*, Vol. 50, No. 12, pp. 1704-1715.