EXHIBIT 33

# ANDREW E. SLABY, M.D., PH.D., M.P.H.

50E New England Avenue
Summit, New Jersey 07901-1818
(908) 277-2950
FAX (908) 277-6964

129B East 71st Street
New York, NY 10021-4201
(212) 861-7189

## SUPPLEMENTAL EXPERT DECLARATION

To Whom It May Concern:

## I.    QUALIFICATIONS

1.    My name is Dr. Andrew E. Slaby.  I am a practicing clinical psychiatrist and hold a Ph.D.

in epidemiology.  I previously submitted a report in this matter on December 22, 2006 that

described my qualifications, and consequently I do not repeat them here.

## II.    ASSIGNMENT

2.    I have been asked to opine whether it is possible to prove by means of common proof that

gabapentin (Neurontin) is ineffective for all of the off-label uses for which it has been prescribed.

As will be elucidated below, the answer is no.  In forming this opinion I drew upon my training

as an epidemiologist and also relied on the four expert medical opinions submitted by defendants

in support of their opposition to class certification (including my own prior report).  These and

additional materials I reviewed are listed in Exhibit A.

## III.    SUMMARY OF OPINIONS

3.    There is substantial evidence that gabapentin (Neurontin) is effective for many of the off-

label uses for which it is commonly prescribed.

4.    I am not aware of evidence that gabapentin (Neurontin) is ineffective for all off-label

uses.

5.      Clinical studies that fail to demonstrate efficacy are not proof that a medication is ineffective for the use studied.

6.      Plaintiffs will not be able to show that gabapentin (Neurontin) was ineffective for all members of the proposed class.

## IV.    THE IDENTIFICATION AND VALIDATION OF EFFECTIVE THERAPEUTIC INTERVENTIONS

7.      The process that leads to large community-based investigations of the relative effectiveness of medical therapeutic interventions commences with observations of single case studies and culminates with placebo-controlled double-blind cross-over studies with and without other known effective interventions.  In most instances, clinicians report when they observe an intervention's unexpected or expected but off-label impact on a symptom or medical disorder.[1]

8.      For example, gabapentin (Neurontin) has been explored as an adjunctive or single agent for relief of bipolar disorder.  While the impact is not as great in most instances as Depakote (valproic acid), lithium carbonate, or Tegretol (carbamazepine) it has fewer side effects and is less dangerous to the body.  It like Depakote (valproate) and Tegretol (carbamazepine) is an anticonvulsant and anticonvulsants are used both on-label and off-label for management of episodic phenomena such as epilepsy, trigeminal neuralgia (tic doloreaux), migraine headaches and bipolar disorder.  For some patients gabapentin (Neurontin) has been reported effective. Unfortunately the vast expense of large clinical studies limits further investigations of the use of

---

[1] For instance it was observed when the antidepressant bupropion (Wellbutrin) was given to some patients who smoked in addition to being depressed, ceased or decreased smoking even if not all did. This led to independent small case studies in series of patients chosen for smoking to ascertain in a nonblinded (open-label) study to see if this observation reported in isolated instances is found consistently enough to merit larger more expensive controlled studies with a double-blind placebo-controlled design to see if this effect was truly related to or consistent enough to seek FDA approval for marketing of bupropion as a smoking cessation agent.  It was found that while not all people with nicotine addiction reduced the number of cigarettes consumed or ceased smoking altogether, the effect was consistent enough to market bupropion as Zyban for smoking cessation.

this drug as such or more specifically to identify a subpopulation of mood disorder and patients characteristics for which it as a primary or adjunctive therapy could be used without the detrimental side effects of other drugs such as valproic acid, lithium or carbamazepine.

9.      Many other drugs are currently being used off-label for management of certain disorders because some but not all patients with a given disorder are helped by those currently available with FDA approval.  Rarely, if ever, is one drug effective for 100% of a population affected given the unique neurochemistry of individuals and the psychic forces that impact them.

10.     The reports of the successful use of a therapeutic intervention in isolated case reports or small, open-label, non-randomized studies of a subpopulation of patients observed when seeking alternatives to agents with less desirable side-effect profiles are referred to as hypothesis-generating or heuristic.  They do not confirm use for larger populations but form the basis for further investigation if resources, time, and interest allow.  Studies that are hypothesis-confirming entail identification of a population of individuals that clearly have the disorder to be studied that may be reliably and validly identified at various experimental sites and are free of other therapeutic interventions or comorbid diagnoses that would hinder interpretation of results.

11.     Ethically, study populations must exclude individuals who are at risk of morbid or even mortal consequences if not provided state-of-the-art treatment.  Withholding active treatment from a population at a known high risk of self-inflicted death may result in excess loss of life. This has historically limited studies concerning the use of antidepressants to populations of mildly- to moderately-depressed patients.  As a result, these studies—even of medications known to have a dramatic positive effect on severely-depressed suicidal patients—sometimes fail to demonstrate efficacy for the study population.

3

12.     Other factors impact the interpretation and execution of studies sufficiently large to have the statistical power to confirm a hypothesis.  Securing a large enough population to use statistics of sufficient power in one area is difficult, entailing great cost to set up similar studies at several sites.  If a drug is near the end of its life cycle before generics are available, cost may be a limiting factor as is the number of people interested in studying it.

## V.     DESIGN AND LIMITATIONS OF CONTROLLED CLINICAL TRIALS

13.     I am not aware of any study that suggests that gabapentin (Neurontin) is ineffective for all off-label uses, and to design and execute a study that would prove this would be prohibitively unwieldy and extremely costly.

### A.     Generation of Hypothesis To Be Tested

14.     The generation of a hypothesis to be the tested generally comes from the sources discussed in the introduction and in my previous report.  Another source of hypotheses to be tested is selection of a drug which may be safer to replace drugs with a worse side effect profile.  For instance, drugs historically used for anxiety (the benzodiazepines) are addicting to many people.  Early reports from case studies and small series led to investigation of the use of gabapentin (Neurontin), which is nonaddictive, for management of anxiety disorders.  Gabapentin (Neurontin) has been found to provide relief in selected subpopulations of anxiety disorder such as social anxiety, panic disorders, generalized anxiety disorder, post-traumatic stress disorder, and obsessive-compulsive disorder.

### B.     Definition of a Treatment To Be Studied

15.     Investigators must clearly define and characterize a treatment to be provided.  If a form of psychotherapy is to be studied, it is usually manualyzed and investigators chosen to perform the therapy taught to apply it in a consistent way to ascertain if it is generally effective or more

4

specifically effective in a particular subpopulation.  A pharmacological intervention must be well defined as a therapy to ascertain its effectiveness.  Dose must be specified and duration of use at the assumed therapeutic dose be delineated so that all patients prescribed the intervention receive both adequate dosage and are prescribed it for sufficient time period to ascertain its effectiveness.

16.    Ideally a medication is given alone as use of other drugs may impact response.  Drugs may be metabolized by the same system and interfere with therapeutic levels.[2]  Comorbid medical conditions may mask the impact of a drug.[3]  To truly evaluate the effect of gabapentin (Neurontin) in a clinical trial, a patient with a defined and documented clinical entity should be free of other medications and receive the appropriate dosage posited to provide treatment for an adequate period of time, in the absence of other psychiatric or medical conditions which may mask its impact or interfere with its metabolism.

**C.    Identification of Population and Subpopulations To Be Studied**

17.    In order to ascertain a drug effect a sample must be chosen that is characteristic of the population in which a therapeutic modality is being evaluated for its impact.  Historically the success in identification of the effectiveness of various interventions failed because the sample

---

[2] For instance, concomitant use of Tegretol (carbamazepine) with oral contraceptives may negate the contraceptive impact resulting in undesired pregnancy.

[3] A person who is anemic or hypothyroid may appear nonresponsive to a medication used for depression as not only do anemia and hypothyroidism present with depression, but even if a person had a documented affective disorder prior to development of the anemia or thyroid condition the therapeutic effect would be negated by the concomitant medical disorder.  For instance, lithium is an effective mood stabilizer.  It can, however, cause hypothyroidism.  If a patient taking lithium developed a decrease in thyroid function as a side effect, the apparent effectiveness of lithium for long term maintenance would be less.

5

chosen to study the impact of the drug was not sufficiently clearly delineated to show effect.[4]
The group under study must be identified by instruments based on a clear definition of the
problem being studied. In psychiatry, the impact of various treatments may be observed to be
less when all anxiety disorders are mixed together. The same is true when mixing all depressed
people together or all forms of schizophrenia together.

18.     Another problem is selection of patients that have failed on other therapies. This is an
interesting group on which to show impact, but research indicates that a patient who has failed
on a well-chosen medication provided in adequate dosage for a sufficient period of time is less
likely to show a significant improvement by switching to other drugs or combinations of drugs.

19.     In summary, a population must be chosen to be studied which is identical at all treatment
sites. The population must comport to the diagnostic criteria used epidemiologically which
demand a certain constellation of symptoms be present for a sufficient duration of time. The
population must have the same genetic predisposition for the illness as certain families have a
genetic predisposition not only to affective illness but also to impulsivity that may result in
violent unpredictable suicide. If such a group is chosen, both its experimental and placebo group
must contain identical numbers of those with that genetic trait. Populations must not have
comorbid medical or psychiatric illness and be matched for all variables that may impact
response, with age, sex, race and education among them. They must not be receiving medication
other than that being tested and must have the same history of previous treatment because
refractory depressed patients or treatment-resistant patients are less likely to show impact of

---

[4] For instance psychotherapy was considered ineffective because when applied alone to an admixture of
psychiatric diagnoses no impact could be identified. Even if all depressed patients were selected out, the impact
may still be lost as many mild to moderately depressed patients may spontaneously remit without an intervention of
either a psychopharmacologic or behavioral nature.

most therapeutic interventions.  Ideally a virgin population, never treated before would best show

responsivity and best define dose and duration of drug use needed.

### D.   Selection of Research Design To Establish Efficacy of Research Modality

20.    Models to establish a treatment modalities' efficacy range from demonstration of

effectiveness in a single case study to large multicenter or even global evaluation for mass use in

a population of a specific treatment.  In some instances cost, risk entailed with an intervention,

duration of treatment of interventions, limitation of use of a treatment intervention to a very

select subpopulation that may not respond to other interventions, and such factors as addiction or

medical risk may limit study to single case studies or a small, non-blinded, nonrandomized open

evaluation of the treatment modality.

21.    For example, one might use single case studies or a small series because of risk to

patients or uniqueness of the population in which the therapeutic intervention may be effective.

The off-label uses of gabapentin (Neurontin) where an impact was reported in only single case

reports or in a small open-label study is analogous.  In single case reports, it is observed that in

some patients the use of Neurontin (gabapentin) for another purpose was accompanied by

reduction of an anxiety disorder, stabilization of mood or relief of headaches.  Some

investigators decided to explore further in open-label studies the use of gabapentin (Neurontin)

for these off-label purposes and found that other patients showed a response or remission with

gabapentin use alone or as an augmentation strategy.  That is why gabapentin (Neurontin) is

recommended in American Psychiatric Association guidelines as one of the augmentation

strategies for management of mood disorders.  Gabapentin (Neurontin) will no more consistently

provide a response in all cases than any single FDA-approved antidepressant or antihypertensive

7

would be expected to provide a response or remission of depression or high blood pressure in 100% of cases.

22.     Isolated case reports and small open-label studies provide strategies for patients, unresponsive to other therapeutic interventions or as an alternate strategy when a medical condition or psychiatric condition precludes the use of another drug that is documented to provide relief to a greater number of people.  For instance if a patient could not use antidepressants because of cardiac irritability or has a history of abuse of benzodiazepines (e.g. Xanax (alprazolam), or Valium (diazepam)), gabapentin (Neurontin) may and does in some instances reduce or eliminate symptoms of some anxiety disorders.

23.     If a drug is expected to impact a large segment of the population and is early in its course of marketing or funds and facilities are available to undertake large single or multicenter investigations, a double-blind placebo-controlled study with cross-over technique with and without an adjunctive behavioral or psychopharmacologic intervention may be undertaken. These studies are extremely costly and entail having available a large number of patients selected to be studied who are matched carefully in all variables that may impact responses (see examples above).  The number of individuals in the study would need to be large to achieve the statistical power necessary to affirm or disaffirm the null hypothesis (i.e. there is no difference between active drug and placebo).  The duration of the study would need to be sufficiently long to allow an active drug to show its effect in each group (which could be many months) as a double blind cross-over technique entails giving the active drug sufficient time to show its effect in one group given dosing requirements and the nature of the illness and then during the switch to allow individuals in the group that originally received placebo to experience the therapeutic effect if present.  Investigators at all sites would need to be trained in administering both the diagnostic

8

instruments to identify who qualifies for the study as well as in the symptoms rating scales. If one would like to ascertain whether a therapeutic intervention impacts a specific subpopulation, a sample must be stratified and include sufficient number of subjects in a specific category to allow appropriate statistical analyses.[5]

24.     The double-blind placebo-controlled study with cross-over techniques is the gold standard used in epidemiology. Unfortunately because of its overwhelming cost and duration of time to complete it is reserved for therapeutic interventions usually early in their course of development that would be expected to have an impact on a greater segment of an at-risk group characterized by diagnostic criteria to suffer the disorder it is intended to impact. The great expense and time entailed in execution limits this to groups that are not selected subsamples of complicated presentations or disorders not responsive to other treatments. When an intervention is risky and may impact only a selected population (e.g. deep brain stimulation and refractory depression) or is being reviewed to augment another agent, or provides symptom relief or remission in a group of patients that have failed on many other interventions (e.g. gabapentin (Neurontin) for bipolar disorder or generalized anxiety disorder) then an open-label, non-randomized small series or single cases that have failed with other interventions are studied.

---

[5] For example, lithium appears to lower suicide risk predominantly in individuals over forty years of age and not younger. Evaluation of its protection of patients therefore would entail sufficient number of patients above and below forty years of age further stratified with sufficient numbers by race and sex (and perhaps by family genetic history).

### E.    Sample Size and Statistical Analysis

25.    Sample size and characteristics are central to the choice of statistical analyses applied.[6] Samples must be larger and stratified with sufficient number of subjects in each cell (group) to allow meaningful comparison.  Stratification is frequently by age, sex, race, ethnic origin, previous treatment history, concurrent treatment, or presence or absence of comorbid illness. Parametric tests have the ability to determine if a difference found has a 95% chance of being a true difference.  The value may be assumed to be within a particular range that can be quite narrow if the sample size is large enough.  If the confidence level is 5% (p=0.05) it means that in only five out of one hundred chances would the finding be specious.  If the confidence level is 1% (p=0.01) it would mean the finding would be assumed in error in one out of one hundred instances.

26.    Specific analyses by strata allow a more powerful analysis.  An effect may not be ascertained in many instances if a sample is smaller or not stratified with a sufficient number in each cell to detect efficacy in the instance of a medication impact.  You may be able to ascertain if twenty people in a population respond or do not respond to a particular intervention.  If you wish to generalize the results to a greater population, however, with the standard level of confidence used in clinical studies (e.g., 5%), a very large sample representative of the entire population, not just a subsample, must be analyzed.  Even then a finding still would have a chance of being inaccurate.  To prove that a drug is never effective, for anyone, everyone would need to be studied.

---

[6] For small samples nonparametric statistics such as chi square are chosen.  Nonparametric statistics do not have the power parametric statistics provide, but can detect an effect in small nonrandom samples.  Parametric statistics are chosen to study larger groups in an effort to ascertain a difference.  Regression analysis and the t-test are representative of this group.

### F.    Ethical Issues in Selection of Subjects

27.    As noted above, one major difficulty in establishing the efficacy of mood stabilizers and antidepressants is that one cannot evaluate a therapeutic intervention experimentally on the population that would most likely demonstrate effect (i.e. the severely depressed suicidal patients). One could never ethically not treat a group at risk of self-inflicted death. This has limited investigation using either an alternative drug with known efficacy as a control in a double-blind cross-over study or the study of only populations with mild to moderate depression or mood disturbance that are not suicidal. A number of patients in the latter group will predictably respond to placebo, remit spontaneously, or show a non-pharmacologic interaction to be effective. Thus a failure to demonstrate efficacy compared to placebo for mild disease may not mean that a drug is not efficacious for refractory illness that may present as a separate entity.

### G.    Analysis of Data

28.    Epidemiological studies employing a double-blind placebo or comparable drug control with cross-over technique can establish efficacy of a drug in a population studied. The absence, however, of established efficacy by this technique does not indicate that the drug may not be effective in single instances or for a large subpopulation that may have not been represented at all or in sufficient numbers.

29.    There are numerous constraints that are present to generalization even from well-designed studies:

30.    (1) The results of any study refer at best to those chosen for the study that complete the duration of the study. Recruitment strategies, self-selection, and tools employed to define

11

inclusion criteria may result in an unrepresentative sample of the broader universe of patients.[7]

For example, if only measures of (a) symptoms present or of (b) symptom intensity were used

for a finite amount of time, a drug which would reveal efficacy in helping social functioning

after particular durations (e.g. six months) may be found ineffective if the study did not measure

social functioning or only lasted three months.

31.    (2)  Care must be taken in generalizing to a larger population than that for which efficacy

has been demonstrated.[8]

32.    (3)  As mentioned earlier, studies are limited for ethical reasons to populations of mild to

moderate symptomology so that violence towards others and towards self and even personal

discomfort or pain are not left untreated in the placebo arm of treatment.

33.    (4)  Impact of a therapeutic intervention on a specific subgroup (e.g. diagnostic category)

is lost in large heterogeneous samples that include multiple disorders that may have in common a

particular symptom.

34.    (5)  Doses used or duration of use of a pharmacologic agent may not have been sufficient

to establish efficacy.  Doses outside the range needed to impact a specific disorder may yield no

obvious impact on the disorder studied or result in a paradoxical response or to undesired side

---

[7] For instance, if a schizophrenic population was selected with an excess of positive symptoms (e.g. hallucination, paranoia, agitation) and absence of negative symptoms (e.g., withdrawal, mutism, psychomotor retardation), then an investigator of a new antipsychotic drug may observe no effect or lack of efficacy.  If the same drug were used in a schizophrenic population with a prevalence of negative symptoms and the absence of positive symptoms, the drug may prove to be remarkably effective in the treatment of the population selected.

[8] For example, the drug lithium carbonate has established efficacy in reducing suicide.  The effect by many is assumed to be a specific property of the drug to hold true for all age groups.  In fact, this effect when data is more carefully analyzed is for people over 40 and believed due to lithium's established off-label use to reduce aggressive behavior.  The intensity of aggressive behavior resulting in successful impulsive suicide may be mollified in an older age group but not in those below 40 resulting in little demonstrated impact on suicide in the younger group. Lithium is effective as an anti-suicide agent in some but not all.

effects that suggest the drug is not only not effective but detrimental, when in fact it would help

if given at the right dosage for a sufficient period in the absence of comorbidities and other

medications impacting the psychoparmacokinetics of the drug.

35.    (6)    Lack of total response does not imply that a drug may not benefit a patient.  It is

possible a medication such as gabapentin (Neurontin) may not in all instances make a symptom

such as pain totally remit but may reduce it, improving the quality of life of a person.

36.    (7)    Finally, generalization of findings may be limited by the fact that many disorders

are characterized by multiple subtypes.  Each may be a composite of several subpopulations that

alone may show a statistically significant response to a medical intervention studied if the

population for investigation was selected such that it was a pure and large enough subsample of a

particular form of a disorder.  Admixture not only may lead to false conclusions about the

efficacy of a drug but also to statements of prognosis.[9]

37.    In summary, there are considerable limitations to interpreting even the failure to

demonstrate efficacy of a large double-blind, placebo-controlled, cross-over study.  The only

accurate statement that can be made is that no observed therapeutic benefit of a tested

intervention was observed in the population studied using the doses chosen, the duration of the

trial and the confounding variables present such as genetic predisposition, age, sex, comorbid

medical conditions, previous treatment history, psychosocial circumstances, comorbid medical

and psychiatric illness and the degree to which recreational drugs including alcohol and nicotine

are used.  A drug may fail to demonstrate efficacy in a single case study, a small series of

---

[9] For example, when all schizophrenics were studied together there was considerable nihilism regarding prognosis.  Now we know that the catatonic and schizoaffective subtypes not only have a better prognosis, they also respond uniquely to particular therapeutic interventions which appear to be inefficacious when provided to patients with other subtypes of schizophrenia.

patients in an open-label trial, or in a large, double-blind, placebo-controlled trial, but in fact help those not included in such studies who may constitute a subpopulations of significant size.

38.     As noted above, investigators in a given study can only evaluate a particular therapeutic intervention at a defined dosage (or range of doses), in a defined population (with defined characteristics), using certain tests and measurements of response.  These limitations on the interpretation and analysis of clinical studies necessarily limit the breadth of what any given study can demonstrate.

39.     Plaintiffs' goal of demonstrating the general ineffectiveness of gabapentin (Neurontin) for all off-label uses for all of the large and heterogeneous population of individual class-members is, in my view, impossible.  To be able to establish gabapentin's (Neurontin's) inefficacy would require innumerable studies that test efficacy while dealing with countless variables.  With respect to each off-label use at issue, one would need a host of well-designed studies testing efficacy not only with respect to each patient subpopulation receiving the drug—of which there may be many—but also considering (for each one of those subpopulations) each treatment regimen under which doctors administer the drug.  Demonstrating that gabapentin (Neurontin) was ineffective for all class-members would require, at a minimum, that the results of every one of these innumerable studies in fact show inefficacy.

40.     As noted in my prior report and the reports of defendants' other medical experts, a number of clinical trials have already demonstrated gabapentin (Neurontin) to be effective in treating various off-label conditions.  With respect to these uses, even a subsequent well-designed and properly conducted clinical trial demonstrating inefficacy could not prove that gabapentin (Neurontin) is ineffective for the studied condition for all patients.  Instead, a physician would have to examine the individual patient's medical history, diagnosis,

14

comorbidities, concomitant medications, etc., before making a decision whether that patient was more similar to patients in the trial demonstrating efficacy or that trial demonstrating inefficacy. Such an analysis would need to be made on a patient-by-patient basis.

## VI.    CONCLUSIONS

41.    As set forth in my prior report and the reports of defendants' other medical experts, gabapentin (Neurontin) has been demonstrated in a number of studies ranging from single or small, open-label studies to large, randomized, clinical trials and placebo-controlled studies to impact a number of conditions bringing relief or remission.

42.    I am not aware of any study that suggests that gabapentin (Neurontin) does not work for all off-label uses.

43.    Even well-designed clinical studies of a medication that fail to demonstrate efficacy for a particular use are not proof that the medication is ineffective for all patients who receive the medication for that use.

44.    Given the strong extant literature on its impact in some people, it would be scientifically invalid to say that gabapentin (Neurontin) is ineffective for all off-label uses.  Moreover, I believe that it would be impossible to ever demonstrate that gabapentin (Neurontin) was ineffective as a treatment for all class members.

## VII.    SIGNATURE

45.    I declare under penalty of perjury that this Declaration is true and correct.

Dated:  April 24, 2007

Andrew E. Slaby, M.D., Ph.D., M.P.H.

15

## Exhibit A

## List of Materials Relied On

1.  Expert Report of Dr. Andrew E. Slaby, filed December 22, 2006.

2.  Expert Report of Dr. Shawn Bird, dated November 29, 2006.

3.  Expert Report of Dr. Samuel J. Potolicchio, dated December 8, 2006.

4.  Expert Report of Dr. Alan M. Rapoport, dated December 1, 2006.

5.  Reply Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, filed March 19, 2007.

6.  Morello, et al., *Randomized Double-blind Study Comparing the Efficacy of Gabapentin with Amitriptyline on Diabetic Peripheral Neuropathy Pain*, Arch. Intern Med. 1999; 159:1931-1937.