# EXHIBIT 39

Pharmacy Management
151 Farmington Avenue
Hartford, CT 06156-3475

March 2006

 
  


Dear Physician:

**Aetna's Migraine Management Program – blending health information and physician care**
We want to make you aware of a program to help improve the health and well-being of your Aetna patients who are affected by migraine headaches. Aetna's Migraine Management Program is designed to help our members learn more about the causes, triggers and symptoms of migraines, and to encourage them to work with you to manage their condition. This program is offered to targeted, Aetna members that are fully insured with HMO-based or PPO- based benefit plans.

**How the Migraine Management Program works**
Enclosed is a list of your Aetna patients who will soon receive a letter inviting them to participate in our Migraine Management Program. These Aetna members were selected based on the results of a predictive model and risk stratification process developed by our data and health informatics subsidiary, AetInfo®.

Aetna members identified for this program will receive the enclosed educational brochure and diary that we hope will encourage them to record the causes and triggers of their migraines.

Our Migraine Management Program is an example of how Aetna uses evidence-based criteria to help members improve and maintain their health. As always, all decisions regarding the appropriate care of our members is subject to your discretion. The Migraine Management Program does not dictate or control any treatment decisions involving your patients.

**Contact information**
Thank you for your assistance in making the Aetna Migraine Management Program a success. If you have questions, please call 1-888-632-3862 or visit Aetna's secure physician website available through www.aetna.com.

Sincerely,

Troyen A. Brennan, M.D., J.D., M.P.H.
Senior Vice President and Chief Medical Officer

Enclosures

(over)

AET007899

**How to use this Migraine Management Program report:**
This report provides a snapshot of your patients' migraine headache-related health care resource utilization. Please review the report and take any action you deem necessary and/or appropriate in your clinical judgment

**Important information about the report:**
Drugs designated as first-line and second-line for migraine prophylaxis were selected based upon US Headache Consortium Guidelines.

**First-line drugs include:** divalproex sodium, propranolol, timolol and amitriptyline.
**Second-line drugs include:** nadolol, atenolol, metoprolol, verapamil, diltiazem, nimodipine, methysergide, trazodone, bupropion, venlafaxine, mirtazapine, fluoxetine, fluvoxamine, paroxetine, sertraline, doxepin, imipramine, protriptyline, nortriptyline, naproxen, ketoprofen, gabapentin, tiagabine and topiramate.

Aetna's performance and outcomes measurement subsidiary, AetInfo, is providing this information to participating primary care physicians and specialists based on claims data we have received. This report is confidential and may not be disclosed except as required or permitted by applicable law.

**Prepared For:**                          **Reporting Period:**
«prv_print_nm»                             March 1, 2005 – August 31, 2005

| Member Name | Date of Birth | Member ID | Migraine ER Visits | Migraine Facility Admissions | Headache ER Visit | Headache Facility Admissions | Select Brain Imaging Procedures | Scripts for First-Line Prophylaxis | Scripts for Second-Line Prophylaxis | Scripts for Triptan |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |

NOTE: The field names are in the following order
Member Name = Last_NM, , Suffix_NM, First_NM  Middle_NM  (Please concatenate these 4 fields and alphabetize by the members last name if a physician has more than one patient).
Date of Birth = Birth_DT
Member_ID = SRC_Member_ID
Migraine ER Visits = Migr_ed_events
Migraine Facility Admissions = adm_mgr_even_num
Headache ER visits = had_ed_events_num
Headache Facility Admissions = had_ed_events_num
Select Brain Imaging Procedures = img_visit_num
Scripts for First Line Prophylaxis = PF1_rx_dis_num
Scripts for Second-Line Prophylaxis = Pf2_rx_disp_hum
Scripts for Triptan = tri_rx_disp_num

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. The Aetna companies that offer, underwrite or administer benefits coverage include: Aetna Health Inc., Aetna Health of California Inc., Aetna Health of the Carolinas Inc., Aetna Health of Illinois Inc., Aetna Health Insurance Company of New York, Corporate Health Insurance Company and/or Aetna Life Insurance Company. Aetna Pharmacy Management refers to an internal business unit of Aetna Health Management, LLC. Aetna Rx Home Delivery', LLC, is a subsidiary of Aetna Inc.

#456

AET007900