# EXHIBIT 40

Pharmacy Management
151 Farmington Avenue
Hartford, CT 06156-3475

February 28, 2005

Dear Physician:

**Aetna's Migraine Management Program – Blending Health Information and Physician Care**
We would like to make you aware of a program we have launched to help improve the health and well-being of our members who are affected by migraine headaches. Aetna's Migraine Management Program is designed to help our members learn more about the causes, triggers and symptoms of migraine, and to encourage them to work with you to manage their condition.

**How the Migraine Management Program Works**
Enclosed is a list of your Aetna patients who will soon receive a letter inviting them to participate in our Migraine Management Program. These Aetna members were selected based upon the results of a predictive model and risk stratification process developed by Aetna Integrated Information (AetInfo), our data and health informatics subsidiary.

Aetna members who do not wish to participate in this voluntary program can decline the invitation by returning a business reply card that was mailed along with a letter. Those opting to participate in the migraine management program will receive the enclosed educational brochure and additional materials that will encourage them to record the causes and triggers of their migraines.

**Migraine White Paper**
For your assistance in diagnosing and treating migraine patients, we are also enclosing a Quick Guide to Migraine Management and Medications. In addition, we are enclosing Aetna's "White Paper" on migraine, authored by an Aetna medical director with input from external headache specialists.

Our Migraine Management Program is just one example of an Aetna clinical program drawing on evidence-based criteria to help members improve and maintain their health. As always, all decisions regarding the appropriate care of our members is subject to your discretion. The Migraine Management Program does not dictate or control any treatment decisions involving your patients.

Thank you for your assistance in making the Aetna Migraine Management Program a success. If you have any questions, please call 1-888-632-3862 (1-888-MDAETNA) or visit Aetna's physician website at www.aetna.com.

Sincerely,

*William C. Popik, MD*

William C. Popik, M.D.
Chief Medical Officer

Enclosures
"Aetna" is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. Those companies include: Aetna Health Inc., Aetna Health of California Inc., Aetna Health of the Carolinas Inc., Aetna Health of Illinois Inc., Aetna Health of Washington Inc., Aetna Health Insurance Company of Connecticut, Aetna Health Insurance Company of New York, Corporate Health Insurance Company and/or Aetna Life Insurance Company.

AET007901

## How To Use This Migraine Program Report:

➤ This report provides a snapshot of your patients' migraine headache-related healthcare resource utilization. Please review the report and take any action you deem necessary and/or appropriate in your clinical judgment.

## Important Information About the Report:

Drugs designated as first-line and second-line for migraine prophylaxis were selected based upon US Headache Consortium Guidelines First-line drugs include divalproex sodium, propranolol, timolol, amitriptyline. Second line drugs include nadolol, atenolol, metoprolol, verapamil, diltiazem, nimodipine, methysergide, trazodone, bupropion, venlafaxine, mirtazapine, fluoxetine, fluvoxamine, paroxetine, sertraline, doxepin, imipramine, protriptyline, nortriptyline, naproxen, ketoprofen, gabapentin, tiagabine, and topiramate.

Aetna Integrated Informatics, Inc., Aetna's performance and outcomes measurement subsidiary, is providing this information as a service to participating primary care physicians and specialists, based on claims data we have received. This report is confidential and may not be disclosed except as required or permitted by applicable law.

**Prepared For:**

**Reporting Period:**
March 1, 2004 – December 31, 2004

| Member Name | Date of Birth | Member ID | Migraine ER Visits | Migraine Facility Admissions | Headache ER Visit | Headache Facility Admissions | Select Brain Imaging Procedures | Scripts for First-Line Prophylaxis | Scripts for Second-Line Prophylaxis | Scripts for Triptan |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

AET007902