# EXHIBIT 41

**National P & T Committee
Executive Summary**



**Topic:**  Agents to Treat Neuropathic Pain: Formulary Therapeutic Class Review

**Background:**  This is a new review of agents to treat neuropathic pain.  Recently, new drugs have been FDA approved for diabetic peripheral neuropathy and/or postherpetic neuralgia.  Older drugs such as the TCAs, gabapentin, and carbamazepine have been utilized widely for indications of neuropathic pain whether indicated for it or not.  The review briefly discusses the efficacy of older agents since there are multiple, older trials available.  Pregabalin (Lyrica) trials are discussed more in depth, along with duloxetine (Cymbalta).

**Salient Points:**
- Approximately ten million patients in the U.S. suffer from some form of neuropathic pain, spending an estimated $2 to 3 billion annually on treatments.
- Neuropathic pain is associated with a wide variety of conditions including trauma, HIV infection, shingles (postherpetic neuralgia), diabetes (diabetic peripheral neuropathy), immune disorder, and chemotherapy treatment.
- Diabetic peripheral neuropathy (DPN) is one of the most common forms of neuropathic pain, and pain is the most troublesome symptom of diabetic neuropathy. Symptoms typically begin insidiously in the feet. With progression, symptoms ascend into the legs and then appear in the fingers. Sensory symptoms, such as numbness or tingling, may be prominent, or pain may overshadow other symptoms.
- Postherpetic neuralgia (PHN), persistence of the pain of herpes zoster more than 3 months after resolution of the rash, is relatively common, affecting 10 to 15% of those with herpes zoster.

**Treatment**
- Pharmacologic treatment options for neuropathic pain include tricyclic antidepressants (TCAs), selective serotonin reuptake inhibitors (SSRIs), anticonvulsants, opioids, and topical analgesics.
- FDA-approved treatment options for neuropathic pain include Tegretol (carbamazepine) for trigeminal neuralgia, Neurontin (gabapentin) and Lidoderm (5% lidocaine patch) for postherpetic neuralgia (PHN), Cymbalta (duloxetine) for diabetic peripheral neuropathy (DPN), and now Lyrica (pregabalin) for both PHN and DPN.
- Treatment recommendations for neuropathic pain include the following five first-line medication: gabapentin, opioid analgesics, 5% lidocaine patch, tramadol, and TCAs.  Practice parameters for postherpetic neuralgia also list gabapentin, opioid analgesics, 5% lidocaine patch, TCAs, and pregabalin as initial treatment options.

**Pregabalin**
- Pregabalin is structurally similar to gabapentin. The exact mechanisms by which gabapentin and pregabalin exert their analgesic action is unknown, but it's thought that both gabapentin and pregabalin bind to calcium channels and modulate calcium influx as well as influencing neurotransmission.  Pregabalin has a C-V designation.
- Treatment with pregabalin was associated with reductions in patient-reported pain scores compared to placebo. Some studies used pregabalin doses higher than recommended for DPN and PHN and all permitted concurrent use of other analgesics. No studies are available comparing pregabalin with any other drug for treatment of neuropathic pain.
- Approval of pregabalin for treatment of epilepsy was based on 3 placebo-controlled clinical trials of add-on treatment in patients with refractory partial onset seizures. A pooled analysis showed that the drug effectively reduced simple partial, complex partial and secondarily generalized seizures.
- The most common adverse effects seen with pregabalin in clinical trials were somnolence, dizziness, ataxia, weight gain, dry mouth, blurred vision, peripheral edema and abnormal thinking. Newly developed myoclonus has been reported in patients with epilepsy taking pregabalin. As with gabapentin, it has no significant drug-drug interactions. Pregabalin is a schedule V controlled substance because it caused euphoria in some clinical trials.

AET019889

**National P&T Committee Recommendations:**

**Clinical Ranking Recommendation:**

| Generic name | Brand name / Generic availability | Com-mercial Status | Medicare Status | Clinical Evaluation | | Recom-mended Commercial Status | Recom-mended Medicare Status |
|---|---|---|---|---|---|---|---|
| | | | | Advantages | Disadvantages | | |
| *Antidepressants* | | | | | | | |
| **TCAs** | | | | | | | |
| amitriptyline | Elavil | NP | NC | Most studied for neuropathic pain | Greater incidence of side effects | NP | NC |
| | generics | P | C | | | P | C |
| desipramine | Norpramin | NP | NC | Alternative TCA for elderly | | NP | NC |
| | generics | P | C | | | P | C |
| nortriptyline | Aventyl, Pamelor | NP | NC | Fewer side effects. TCA of choice for elderly | | NP | NC |
| | generics | P | C | | | P | C |
| **SSRIs** | | | | | | | |
| citalopram | Celexa | FE, SE, QL | NC, QL, SE | Less drug interactions than other SSRIs; less side effects than TCAs | | FE, SE, QL | NC, QL, SE |
| | generics | P, QL | C, QL | | | P, QL | C, QL |
| paroxetine | Paxil | FE, SE, QL | NC, QL, SE | Less side effects than TCAs | Most weight gain of SSRIs | FE, SE, QL | NC, QL, SE |
| | generics | P, QL | C, QL | | | P, QL | C, QL |
| **SNRIs** | | | | | | | |
| duloxetine | Cymbalta | FE, PR, QL, SE | C, QL, SE | Indicated for DPN | | FE, PR, SE, QL | C, QL, SE |
| venlafaxine | Effexor | FE, QL, SE | C, QL, SE | Low incidence of weight gain; less drug interactions. Alternative for patients who fail SSRIs | May cause hypertension | FE, QL, SE | C, QL, SE |
| **Other AD** | | | | | | | |
| bupropion | Wellbutrin | FE, ST, QL | NC, QL, SE | Low incidence of sexual dysfunction and weight gain. Advantage for patients with insomnia or diabetes. Alternative for patients who fail SSRIs | | FE, ST, QL | NC, QL, SE |
| | generics | P, QL | C, QL | | | P, QL | C, QL |
| *Antiepileptics* | | | | | | | |
| carbamazepine | Tegretol | NP | NC | Indicated for trigeminal neuralgia | | NP | NC |
| | generics | P | C | | | P | C |
| gabapentin | Neurontin | NP, ST, QL | NC, QL | Low incidence of adverse reactions, drug interactions; does not require routine laboratory monitoring | | NP, ST, QL | NC, QL |
| | generics | P, QL | C, QL | | | P, QL | C, QL |
| lamotrigine | Lamictal | P | C | | Serious rashes associated with hospitalization and discontinuation | P | C |
| pregabalin | Lyrica | NDTO, QL | NCP, PR, QL | Indicated for DPN, PHN, and partial seizures; no significant drug interactions | Controlled substance (C-V) | FE, QL | C, PR, QL |
| *Analgesics* | | | | | | | |
| morphine | Brands | NP | NC | | Nausea, constipation, sedation bothersome | NP | NC |
| | Generics | P | C | | | P | C |
| oxycodone | Oxycontin | P, QL | C, QL | | Nausea, constipation, | FE, QL | NE, QL |

AET019890

| Generic name | Brand name / Generic availability | Com-mercial Status | Medicare Status | Clinical Evaluation | | Recom-mended Commercial Status | Recom-mended Medicare Status |
|---|---|---|---|---|---|---|---|
| | | | | Advantages | Disadvantages | | |
| | generics | P, QL | C, QL | | sedation bothersome | P, QL | C, QL |
| *Others:* | | | | | | | |
| lidocaine 5% patch | Lidoderm | P | NC | Alternative dosage form; good safety and tolerability | | P | C |
| tramadol | Ultram | FE, SE | NC | Less abuse than opioid analgesics | Seizure risk | FE, SE | NC |
| | generics | P | C | | | P | C |

KEY:
COMMERCIAL: P = preferred, FE = non-preferred, excluded in closed benefits. NP = non-preferred but not excluded, NDTO = New Drug Turn Off
MEDICARE: C = Covered, NC = Not Covered. NCP = Not Covered – Pending
EDITS:   PR = precertification, SE = step-edit, QL = quantity limits

| Date | Status |
|---|---|
| 2/22/06 | Discussed at National Pharmacy & Therapeutics Committee (P&T) |

AET019891

Therapeutic Class Review:
Agents to Treat Neuropathic Pain

## I.  Background

Neuropathic pain is one of the most common types of pain, but it is often under-recognized and under-treated. Neuropathic pain is defined by the International Association for the Study of Pain as pain "initiated or caused by a primary lesion or dysfunction in the nervous system.[6] Depending on where the nervous system lesion or dysfunction occurs, neuropathic pain can be either peripheral or central, but it is likely to involve both aspects of the nervous system.[7] Although neuropathic pain can be acute in nature, in most patients the pain is persistent. Common neuropathic pain syndromes[3] are often associated with comorbid conditions or other types of pain. Patients may present with continuous or intermittent pain that they describe as burning, shooting or electric. Many patients describe more than one type of pain, however, and some describe pain whose qualities mimic nociceptive pain syndromes. Patients may demonstrate abnormal stimulus-evoked pain to either normally painful or nonpainful stimuli, and frequently report abnormal sensations (e.g., dysesthesias and paresthesias), including pruritis, numbness, tingling, and pins-and-needles.

Diabetic peripheral neuropathy (DPN) is one of the most common forms of neuropathic pain, and pain is the most troublesome symptom of diabetic neuropathy[9]. Of the more than 14 million people in the United States with diabetes mellitus, nearly a quarter suffer from DPN[8], and up to 50% develop peripheral neuropathies after 25 yr of follow-up[10]. Risk factors for diabetic neuropathy itself have not yet been ascertained, but may include increased age, duration of diabetes, lipotoxicity and glucotoxicity, genetic susceptibility, inflammation, and oxidative stress[8, 11, 12]. Symptoms of the latter disorder typically begin insidiously in the feet. With progression, symptoms ascend into the legs and then appear in the fingers. Sensory symptoms, such as numbness or tingling, may be prominent, or pain may overshadow other symptoms from the start.

Postherpetic neuralgia (PHN), persistence of the pain of herpes zoster more than 3 months after resolution of the rash, is relatively common, affecting 10 to 15% of those with herpes zoster. Zoster-associated pain is used to describe the continuum of pain from acute herpes zoster to the development of postherpetic neuralgia. The incidence of postherpetic neuralgia increases with age[13]. The duration of postherpetic neuralgia is highly variable. Three distinct types of pain are associated with PHN: steady, burning pain; lancinating, episodic pain like that of an electric shock; and allodynia. The forehead and the thoracic region are the two most common sites of PHN. PHN becomes permanent in a minority of patients affected[14]. Importantly, patients who receive antiviral medications (e.g., acyclovir, famciclovir) within 72 hours of the first appearance of the herpes zoster rash have a lower likelihood or reduced duration of PHN[15].

Drugs used to treat neuropathic pain have included tricyclic antidepressants, antiepileptics, opioid analgesics and topical preparations (capsaicin and lidocaine). Gabapentin (Neurontin), which is FDA-approved for treatment of PHN, is probably the most widely used. Duloxetine (Cymbalta) was recently approved for treatment of DPN. Pregabalin (Lyrica), a structural analog of gamma-aminobutyric acid (GABA) similar to gabapentin, which recently became available generically, has been approved by the FDA for treatment of neuropathic pain associated with postherpetic neuralgia and diabetic peripheral neuropathy, and for adjunctive treatment of partial onset seizures in adults with epilepsy.

## II.  Indications

**AHFS Category:**   **28:16.04.28 TCAs and other norepinephrine-reuptake inhibitors**
**28:16.04.20 SSRIs**
**28:16.04.92 Antidepressants, miscellaneous**
**28:12.92 Anticonvulsants, miscellaneous**
**28:08.08 Opiate agonists**
**84:08 Antipruritics and local anesthetics**

AET019892

Table 1. FDA labeled and Unlabeled indications[1-5]

| Indications | amitriptyline | desipramine | nortriptyline | citalopram | paroxetine | duloxetine | venlafaxine | bupropion | carbamazepine | gabapentin | lamotrigine | pregabalin | morphine | oxycodone | lidocaine 5% | tramadol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diabetic peripheral neuropathic pain | U | U | U | | U | X | | | | | | X | | | | |
| Trigeminal neuralgia | | | | | | | | | X | | | | | | | |
| Postherpetic neuralgia | U | U | U | | | | | | | X | | X | | | X | |
| Depression | X | X | X | X | X | X | X | X | | | | | | | | |
| Obsessive compulsive disorder | | | | U | X (IR) | | | | | | | | | | | |
| Generalized anxiety disorder | | | | U | X (IR) | | X (ER) | | | | | X | | | | |
| Post-traumatic stress disorder | | | | U | X (IR) | | U | | | | | | | | | |
| Panic disorder | | | | U | X | | | | | | | | | | | |
| Premenstral dysphoric disorder | | | | U | X (CR) | | U | | | | | | | | | |
| Social anxiety disorder | | | | | | | X (ER) | | | | | | | | | |
| Bipolar I disorder | | | | | | | | | X Equetro | | X | | | | | |
| Epilepsy | | | | | | | | | X | X | X | | | | | |
| Partial onset seizures | | | | | | | | | | | | X | | | | |
| Pain | | | | | | | | | | | | | X | X | | X |
| Smoking cessation | | | | | | | | X | | | | | | | | |
| Neuropathic pain | | | | | | | | U | | | | | | | | |
| Weight loss | | | | | | | | U | | | | | | | | |
| ADHD | | | | | | | | U | | | | | | | | |
| Fibromyalgia | | | | | | U | | | | | | X | | | | |
| Stress urinary incontinence | | | | | | U | | | | | | | | | | |
| Hot flashes | | | | | U | | U | | | | | | | | | |
| Restless legs syndrome | | | | | | | | | | U | | | | | | |

Key:
X = FDA approved indication;        U = Unlabeled indication

## II.    Unique Pharmacokinetics and pharmacology[1-5]

*Tricyclic antidepressants (TCAs)* produce their antidepressant effect by inhibiting the reuptake of norepinephrine and serotonin (5-HT) at the presynaptic neurons. Another theory is that the synaptic receptors are altered by TCA therapy, normalizing neurotransmission over time. The other main pharmacological effects of the TCA are inhibition of histamine and acetylcholine activity. These effects result in sedation, anticholinergic effects, and mild peripheral vasodilation.

TCAs are well absorbed and go through significant first pass effect and are extensively metabolized. These two factors vary significantly from patient to patient and result in wide inter-patient variation of their half-life. Because of the long half-life of these agents, they can generally be given once a day. Up to 2 to 4 weeks may be required to achieve maximal clinical response.

*Selective serotonin reuptake inhibitors' (SSRIs)* mechanism of action is linked to their inhibition of CNS neuronal uptake of serotonin (5-HT). These agents have been shown to have weak reuptake blocking effect for norepinephrine. They have

AET019893

weaker antihistaminic, anticholinergic, and α-1 blocking activity than the tricyclic antidepressants, which results in a superior side effect profile.

Citalopram has a chemical structure unrelated to that of other SSRIs but it shares this common mechanism of action. It is a highly selective SSRI with minimal to no effects on norepinephrine, dopamine, alpha and beta adrenergic, histamine H1, GABA, muscarinic cholinergic, and benzodiazepine receptors.

| Drug | Time to peak conc. (h) | Protein binding (%) | t₁/₂ parent drug (h) | Time to reach steady state level (days).** |
|---|---|---|---|---|
| Celexa/citalopram | 2-4 | 50; 80 | 35 | 6-8 |
| Paxil/paroxetine | 3-8 | 95 | 12-24 | 10 |

*Bupropion* is a weak blocker of the reuptake of serotonin or norepinephrine compared to other antidepressants. Its exact mechanism is not known. The most clinically significant aspect of its pharmacodynamics is seizure risk, which appears to be related to peak levels of the drug. The risk of seizure is approximately 0.4% for total daily doses of 450 mg or less. It is recommended that the maximum dose not exceed 450 mg per day for the immediate-release formulation. Seizure risk goes up approximately 4.0% if doses of 450 mg/day are exceeded.

*Venlafaxine* is believed to selectively inhibit uptake of both serotonin and norepinephrine. Unlike the tricyclics, it has weak anticholinergic, antihistaminic, beta or alpha-1 properties. Venlafaxine and its active metabolite have half-lives of 5 and 11 hours, respectively.

*Duloxetine's* antidepressant and pain inhibitory actions are believed to be related to its potentiation of serotonergic and noradrenergic activity in the central nervous system (CNS). Preclinical studies have shown that Cymbalta is a potent inhibitor of neuronal 5-HT and NE reuptake and a less potent inhibitor of dopamine reuptake. Cymbalta has no significant affinity for dopaminergic, adrenergic, cholinergic, histaminergic, opioid, glutamate, and GABA receptors *in vitro* and does not inhibit monoamine oxidase. Cymbalta undergoes extensive metabolism, but the major circulating metabolites have not been shown to contribute significantly to its pharmacologic activity.

Although numerous pharmacological effects of *carbamazepine* have been described in the published literature (e.g., modulation of ion channels [sodium and calcium], receptor-mediated neurotransmission [GABAergic, glutamatergic, and monoaminergic], and intracellular signaling pathways in experimental preparations), the contribution of these effects to the efficacy of carbamazepine in bipolar disorder is unknown. The mechanism by which *gabapentin* exerts its anticonvulsant action is unknown. It may increase GABA synthesis and release and may act at L-type calcium channels. *Lamotrigine* blocks sodium channels, increases GABA concentrations, and decreases glutamate release.



Narcotic *analgesics* are classified as agonists, mixed agonists/antagonists, or partial agonists depending on how they act at these receptors. Available opioid (morphine-like) analgesics are active at the μ, κ, and δ receptors

| Drug | Onset (minutes) of pain relief | Peak (hours) of pain relief | Duration (hours) of pain relief | Half-life |
|---|---|---|---|---|
| Methadone | 30 to 60 | 0.5 to 1 | 4 to 6 | 15 to 30 |
| Morphine immediate release | 15 to 60 | 0.5 to 1 | 3 to 7 | 1.5 to 2 |
| Oxycodone | 15 to 30 | 1 | 4 to 6 | No data |
| Tramadol | 60 | 2 | 4-5 | 6.7-7 |

AET019894

*Lidocaine* is an amide type local anesthetic agent and is suggested to stabilize neuronal membranes by inhibiting the ionic fluxes required for the initiation and conduction of impulses.  The amount of lidocaine systemically absorbed form the patch is directly related to both the duration of application and the surface area over which it is applied.  Three patches applied to the back (area of 420 cm$^2$) for 12 hours produced a $C_{max}$ of 0.13±0.06 mcg/mL and a $T_{max}$ of 11 hours.  It is 70% bound to plasma proteins. The half-life of lidocaine elimination from the plasma following IV administration is 81 to 149 minutes.

III.  **Comparative Adverse Effects**

**Table 2. Common Adverse Effects of Agents to Treat Neuropathic Pain[5, 17]**

| Drug | Common adverse effects |
|---|---|
| *TCAs* | |
| amitriptyline | Dry mouth, sedation, dizziness, confusion, orthostatic hypotension, |
| desipramine | constipation, urinary retention, confusion, blurred vision |
| nortriptyline | |
| *SSRIs* | |
| citalopram | Constipation, sedation, insomnia, sexual dysfunction, dry mouth, diarrhea |
| paroxetine | |
| *SNRIs* | |
| duloxetine | Nausea, constipation, dry mouth, somnolence, fatigue, dizziness |
| venlafaxine | Nausea, headache, sedation, dry mouth, sexual dysfunction, hypertension, seizures |
| *Other ADs* | |
| Bupropion | Dry mouth, agitation, sedation, insomnia, headache, N/V, anorexia, seizures |
| *Antiepileptics* | |
| carbamazepine | Drowsiness, dizziness, hyponatremia, lethargy, sedation, N/V, blurred or double vision, confusion, fatigue, rash |
| gabapentin | Sedation, dizziness, ataxia, N/V, dry mouth, edema, weight gain |
| lamotrigine | Rash, dizziness, ataxia, sedation, headache, blurred vision, N/V, confusion |
| pregabalin | Sedation, ataxia, confusion, dizziness, edema, weight gain, peripheral |
| *Analgesics* | |
| morphine | Constipation, dizziness, drowsiness, malaise, N/V |
| oxycodone | N/V, dry mouth, constipation, urinary retention, confusion, tremor, seizures, sedation |
| *Other* | |
| Lidocaine 5% patch | Application site reactions – blisters, bruising, erythema, irritation |
| Tramadol | Nausea, sedation, constipation, headache, dry mouth, constipation, urinary retention, confusion, tremor, seizures |

IV.  **Dosing Information**

**Table 3.  Dosing for Agents to Treat Neuropathic Pain[1-5, 15, 18]**

| Drug | Starting Dose | Titration | Maximum Dose |
|---|---|---|---|
| *TCAs* | | | |
| amitriptyline | 10-25mg QD | 10 to 25mg QD 3 to 5 days | 100-150mg/day |
| desipramine | 10-25mg QD | 10 to 25 mg QD | 100-200mg/day |
| nortriptyline | 10-25mg QD | 10 to 25mg QD 3 to 5 days | 100-150mg/day |
| *SSRIs* | | | |
| citalopram | 20mg QD | 20mg/day every 7 days | 40-60mg/day |
| paroxetine | 20mg QD | 10mg/day every 7 days | 50-60mg/day |
| *SNRIs* | | | |
| duloxetine | 60mg QD | --- | 60mg /day |

AET019895

| Drug | Starting Dose C | Titration | Maximum Dose |
|---|---|---|---|
| venlafaxine | 25mg TID | 25mg TID at least every 4 days | 225mg/day |
| *Other ADs* | | | |
| Bupropion | 200mg/day | 100mg every week | 200-400mg/day |
| *Antiepileptics* | | | |
| carbamazepine | 100mg BID | 200mg per week | 1000-1600mg/day |
| gabapentin | 100-300mg QHS or 100-300mg TID | 100-300mg TID every 1-7 days | 1800-3600mg/day |
| lamotrigine | 25mg QD | 25mg/day | 200-600mg/day |
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ |
| *Analgesics* | | | |
| morphine | 2-30mg every 4 hours | Titrate dose to whatever is needed to balance analgesia and side effects. | |
| oxycodone | 20mg every 12 hours | 10mg every week | 40-160mg/day |
| *Others* | | | |
| lidocaine 5% patch | 3 patches in 12 hours within a 24 hour period | --- | 4 patches in 18-24 hours |
| tramadol | 50mg QD or BID | 50-100mg every 3-7 days | 200-400mg/day |

**V.    Pediatric/Pregnancy/Senior Considerations (or other special populations)**

**Table 4. Considerations for special Populations[1-5]**

| Drug name | Pediatric | Pregnancy / Lactation | Renal Impairment | Hepatic Impairment | Others (elderly) |
|---|---|---|---|---|---|
| Amitriptyline | Closely monitor all patients being placed on therapy with these drugs for worsening depression and suicidal thinking, which can occur during the early period of treatment. | FDA Pregnancy Category C | | Use with caution in patients with impaired liver function | Geriatric patients are particularly sensitive to the anticholinergic side effects of TCAs. |
| Desipramine | | FDA Pregnancy Category C | | | Geriatric patients are particularly sensitive to the anticholinergic side effects of TCAs. |
| Nortriptyline | | FDA Pregnancy Category *D* | | | Geriatric patients are particularly sensitive to the anticholinergic side effects of TCAs. |
| Citalopram | | FDA Pregnancy Category C | Do not recommended for patients with ESRD (requiring dialysis) or in severe renal impairment (estimated Ccr less than 30 mL/min). | Recommended not to be administered to patients with any hepatic impairment | |
| Paroxetine | | FDA Pregnancy Category *D* | Initial dose is 10 mg/day (immediate-release) or 12.5 mg/day (controlled-release). | Initial dose is 10 mg/day (immediate-release) or 12.5 mg/day (controlled-release). | Initial dose is 10 mg/day (immediate-release) or 12.5 mg/day (controlled-release). |
| Duloxetine | | FDA Pregnancy Category C | | | |
| Venlafaxine | | FDA Pregnancy Category C | | | |
| Bupropion | | FDA Pregnancy Category B | Reduced frequency and/or dose should be considered. | Reduced frequency and/or dose should be | |

Agents to Treat Neuropathic Pain: Therapeutic Class Review
Page 8

AET019896

| Drug name | Pediatric | Pregnancy / Lactation | Renal Impairment | Hepatic Impairment | Others (elderly) |
|---|---|---|---|---|---|
| | | | | considered in patients with mild-to-moderate hepatic cirrhosis. | |
| Carbamazepine | Used in children and infants. Studied down to 6 months | FDA Pregnancy Category D | | | |
| Gabapentin | Recommended for add-on therapy in patients 3 years of age and older. | FDA Pregnancy Category C | Adjust dose based on renal impairment | | Clearance of gabapentin decreased as age increased |
| Lamotrigine | Down to age 2 years | FDA Pregnancy Category C | Use with caution in patients with significant renal function impairment. | Reduce doses by approximately 50% in patients with moderate (Child-Pugh Grade B) and 75% in patients with severe (Child-Pugh Grade C) hepatic impairment. Adjust based on clinical response. | Start at the low end of the dosing range |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | | ▮▮▮▮▮ |
| Narcotic analgesics | Opioids should be used with caution on a weight-related dosage schedule. | FDA Pregnancy Category C | | | When using opioids, start with smallest possible dose and titrate upwards. |
| Lidocaine 5% patch | Safety and efficacy has not been established. | FDA Pregnancy Category B | | | |
| Tramadol | Safety and efficacy in children younger than 16 years of age have not been established. | FDA Pregnancy Category C | | | Serum concentrations are slightly elevated and the elimination half-life is slightly prolonged in the elderly. Daily doses in excess of 300 mg are not recommended in patients over 75. |



**VI.    Drug interactions[5]**

AET019897

Treatment Guidelines

**VII.     Treatment Guidelines**

There are no trials comparing pregabalin to gabapentin, duloxetine, or other available peripheral neuropathy treatment options. Current evidence-based guidelines[19] suggest using TCAs, gabapentin, 5% lidocaine patch, opioid analgesics, or tramadol as an initial therapy for neuropathic pain as these agents have demonstrated efficacy in multiple randomized controlled trials.  In addition, the American Academy of Neurology lists gabapentin, 5% lidocaine patch, oxycodone or morphine (controlled-release), pregabalin, and TCAs as initial treatment options for PHN.[20]  Most randomized controlled trials of chronic neuropathic pain have examined only pain associated with DPN and PHN. It is not known if trial results for one chronic neuropathic pain syndrome are applicable to others. Most of the first-line agents listed above have been tested with multiple types of neuropathic pain and have shown similar results.[19]  Often, the choice of first-line agent is based on a drug's side effect profile.

**VIII.    Systematic Reviews/Meta-analyses**

Analgesic therapy in Postherpetic Neuralgia
A systematic review and meta-analysis by Hempenstall et al.[20] performed a search for PHN trials.  Inclusion criteria for trials with adult patients with PHN of greater duration of 3 months, that were blinded, randomized, and had at least one at least one clinically relevant measure of pain outcome.  Authors concluded that there is evidence of analgesic efficacy in PHN for the following treatments: TCAs (i.e., amitriptyline, nortriptyline, and desipramine), opioids (i.e., morphine, oxycodone, and levorphanol), gabapentin, controlled-release tramadol, and pregabalin.  Topical therapies such as the lidocain patch and capsaicin are also efficacious.  Intrathecal administration of lidocaine and methylprednisolone is associated with analgesia, although data is from a single study or low patient enrollment.  Other drugs "not yet adequately tested" for PHN include NMDA receptor antagonists (i.e., memantine, dextromethorphan, IV ketamine), codeine, ibuprofen, lorazepam, and acyclovir.

Opioid agonists in Neuropathic Pain
Eisenberg[21] et al. performed a systematic review and meta-analysis of the efficacy and safety of opioid agonists in the treatment of neuropathic pain of nonmalignant origin.  Studies were randomized, blinded, and controlled; included opioid agonists of any dosage form (but not partial agonists or agonist-antagonists), which were given to treat central or peripheral neuropathic pain of any etiology; pain was assessed with validated pain measurement tools; adverse events were reported.  There were 14 short-term trials which yielded mixed results with respect to the analgesic efficacy of opioids.  Intermediate-term studies included the majority of treated patients, which demonstrate that opioids have a beneficial effect over placebo for up to 8 weeks of treatment.  Magnitude of opioid effect was nearly a 14-point difference out of 100 points; this can be compared with that achieved by other treatments commonly used for neuropathic pain (i.e., gabapentin).  Most common adverse events were  nausea, constipation, drowsiness, vomiting, and dizziness.  The trials included did not clearly address addiction and abuse issues.

Antidepressants in Neuropathic Pain
In an update of a Cochrane review[23] of antidepressant use in neuropathic pain, randomized trials with adult patients with neuropathic pain were included (migraine or headache studies not considered).  Clinical outcomes included patient-reported global improvement and/or pain relief measured on any scale.  Quality of life, adverse effects, sleep parameters and depression measures were also considered.  Amitriptyline in doses up to 150mg/day has a NNT of 2, which is the most robust data out of the TCAs.  TCAs were shown to be effective for DPN and PHN.  There is limited evidence to suggest that the newer SSRIs may be effective.  Fluoxetine, citalopram, and paroxetine were more effective than placebo; NNT could not be calculated.  Paroxetine and sertraline were comparable in treating burning mouth syndrome.  In another study, paroxetine was 'somewhat less effective' in reducing neuropathy scores than imipramine in DPN.  However, pain scores were similar for both drugs.  St. John's wort and venlafaxine studies were too small to form conclusions.  The adverse effects of the TCAs are the most significant and lead to withdrawal of treatment.

Tramadol in Neuropathic Pain
Another Cochrane review[23] discussed tramadol for neuropathic pain.  Inclusion criteria included randomized (an quasi-randomized) trials of patients with neuropathic pain of all ages, sex, and degrees of severity.  Primary outcome measures was the proportion of patients who either reported 50% pain relief, or achieve 50% or more reduction of score on a validated pain scale.  Five trials were eligible, three comparing tramadol with placebo, one comparing tramadol with clomipramine, and one comparing tramadol with morphine.  All three trials comparing tramadol with placebo showed a

AET019898

significant reduction in neuropathic pain with tramadol. NNT with tramadol compared to placebo to reach at least 50% pain relief was 3.5 (CI 2.4 to 5.9). There were insufficient data to draw conclusions about the effectiveness of tramadol compared to either clomipramine or morphine. Only one trial considered subcategories of neuropathic pain. It found a significant therapeutic effect of tramadol on paresthesia, allodynia, and touch-evoked pain. Numbers needed to harm were calculated for side effects resulting in withdrawal from the placebo-controlled trials. Two trials provided these data, and the combined number needed to harm was 7.7 (CI 4.6 to 20).

Gabapentin for acute and chronic pain
Gabapentin was systematically reviewed[24] in adult patients with neuropathic pains including: DPN, PHN, phantom limb pain, Guillain Barre, and spinal cord injury. In chronic pain, the NNT for improvement in all trials with evaluable data is 4.3 (CI 3.5 to 5.7). This compares to an NNT of 1.8 (CI 1.4 to 2.8) for carbamazepine which is reducing in market share because of side effects. It also compares to an NNT of 2 for the antidepressant Amitriptyline. Forty two percent of participants improved on gabapentin compared to 19% on placebo. The NNH for minor harm was 3.7 (CI 2.4 to 5.4). The NNT for effective pain relief in diabetic neuropathy was 2.9 (CI 2.2 to 4.3) and for post herpetic neuralgia 3.9 (CI 3 to 5.7). The number needed to harm for adverse events leading to withdrawal from a trial was not significant. Fourteen percent of participants withdrew from active arms compared to 10% in placebo arms.

Antiepileptics in Neuropathic Pain
Two reviews have been performed on carbamazepine and other antiepileptic drugs for neuropathic pain. A Cochrane review[25] discussed the use of carbamazepine in acute and chronic pain. The NNT for any pain relief for carbamazepine in trigeminal neuralgia is 1.9 (CI 1.4 to 2.8). Relative benefit was not significant. The majority of studies claim benefit for carbamazepine in chronic pain. The majority of studies do not allow calculation of effect size. The use of carbamazepine in neuropathic pain is common and is likely to be chosen in situations where financial problems are an important consideration. NNT is 2.5 in patients with moderate pain relief of neuropathic pain treated; however the numbers of participants in trials is small. Numbers-needed-to-harm were calculated where possible by combining studies for each drug entity irrespective of the condition treated. The results were, for minor harm, carbamazepine 3.7 (CI 2.4 to 7.8), NNHs for major harm were not statistically significant for carbamazepine compared with placebo. There is no evidence that carbamazepine is effective for acute pain. Vinik[26] reported that antiepileptic drug such as carbamazepine, gabapentin, pregabalin, topiramate, and lamotrigine measurably decrease symptoms of DPN and are well tolerated.

**Pertinent clinical efficacy comparisons**

**Duloxetine**
*Diabetic Peripheral Neuropathy*
Duloxetine is the only antidepressant approved for this indication. Serotonin and norepinephrine are thought to inhibit pain via descending pain pathways. In a 12-week, multicenter, double-blind study[27], 457 patients experiencing pain due to polyneuropathy caused by Type 1 or Type 2 diabetes mellitus were randomly assigned to treatment with duloxetine 20mg, 60mg, 120mg, or placebo. Duloxetine 60 and 120mg/day demonstrated significantly greater improvement compared with placebo on the 24-h Average Pain Score, beginning 1 week after randomization and continuing through the 12-week trial. Duloxetine also improved on nearly all the secondary measures including health-related outcome measures. Significantly more patients in all three active-treatment groups achieved a 50% reduction in the 24-h Average Pain Score compared with placebo. Duloxetine treatment was considered to be safe and well tolerated with less than 20 percent discontinuation due to adverse events.

**Pregabalin**
*Diabetic Peripheral Neuropathy*
A 12-week randomized, double-blind, placebo-controlled study[28] evaluated the efficacy and safety of pregabalin in patients with chronic PHN or DPN. Patients were randomized to placebo (n=65) or to one of two pregabalin regimens: a flexible schedule of 150, 300, 450, and 600 mg/day with weekly dose escalation based on patients' individual responses and tolerability (n=141) or a fixed schedule of 300 mg/day for 1 week followed by 600 mg/day for 11 weeks (n=132). Both flexible- and fixed-dose pregabalin significantly reduced endpoint mean pain score versus placebo (P=0.002, P<0.001) and were significantly superior to placebo in improving pain-related sleep interference (P<0.001). The most common adverse events for pregabalin-treated patients were dizziness, peripheral edema, weight gain (not affecting diabetes control), and somnolence.

AET019899

In a 6-week, randomized, double-blind study[29] evaluating the efficacy of pregabalin in the treatment of painful diabetic neuropathy, 246 men and women with DPN received pregabalin 150 or 600 mg/day by mouth, or placebo. The primary efficacy variable was mean pain score at the end of treatment. Efficacy results indicate that pregabalin 600 mg/day significantly decreased mean pain score to 4.3 (vs 5.6 for placebo, P = .0002) and increased the proportion of patients who had a ≥50% decrease from baseline pain (39% vs 15% for placebo, P = .002). Pregabalin also significantly reduced sleep interference, past week and present pain intensity, sensory and affective pain scores, and bodily pain and decreased by ≥50% the number of patients describing their pain as gnawing, sickening, fearful, and punishing-cruel. More patients receiving pregabalin 600 mg/day than placebo showed improvement, as rated on the Clinical and Patient Global Impression of Change scales, 73% vs 45% and 85% vs 47%, respectively. Pregabalin 150 mg/day was essentially no different from placebo. Dizziness was the most common side effect.

Investigators also assessed the efficacy and tolerability of pregabalin (75, 300, 600 mg/day) vs placebo in patients with DPN[30]. Patients with a 1- to 5-year history of DPN and average weekly pain score of ≥4 on an 11-point numeric pain-rating scale were enrolled in a 5-week, double-blind, multicenter, placebo-controlled study. Patients (n = 338) were randomized to receive pregabalin 300 or 600 mg/day, or placebo TID. Patients in the 300- and 600-mg/day pregabalin groups showed improvements in endpoint mean pain score (primary efficacy measure) vs placebo (p = 0.0001). Improvements were also seen in weekly pain score, sleep interference score, patient global impression of change, clinical global impression of change, SF-McGill Pain Questionnaire, and multiple domains of the SF-36 Health Survey. Improvements in pain and sleep were seen as early as week 1 and were sustained throughout the 5 weeks. Responders (patients with ≥50% reduction in pain compared to baseline) were 46% (300 mg/day), 48% (600 mg/day), and 18% (placebo). Pregabalin was well tolerated with a low discontinuation rate. The most common adverse events were dizziness and somnolence.

A randomized, double-blind, placebo-controlled study[31] 8-week trial (with subsequent open-label phase) evaluated the effectiveness of pregabalin in alleviating pain associated with DPN. One hundred forty-six patients were randomized to receive placebo (n = 70) or pregabalin 300 mg/day (n = 76). Primary efficacy measure was endpoint mean pain score from daily patient diaries (11-point numerical pain rating scale). Secondary measures included SF-MPQ scores; sleep interference scores; Patient and Clinical Global Impression of Change (PGIC and CGIC); Short Form-36 (SF-36) Health Survey scores; and Profile of Mood States (POMS) scores. Pregabalin produced significant improvements versus placebo for mean pain scores (P < 0.0001); mean sleep interference scores SF-36 Bodily Pain subscale (P < 0.0001); total SF-MPQ score (P < 0.01); SF-36 Bodily Pain subscale (P < 0.03); PGIC (P = 0.001); and Total Mood Disturbance and Tension-Anxiety components of POMS (P < 0.03). Pain relief and improved sleep began during week 1 and remained significant throughout the study (P < 0.01). Pregabalin was well tolerated despite a greater incidence of dizziness and somnolence than placebo. Most adverse events were mild to moderate and did not result in withdrawal.

*Postherpetic Neuralgia*
An 8-week, randomized, double-blind trial[32] studied pregabalin in subjects with PHN, defined as pain for 3 or more months following herpes zoster rash healing. Patients (n = 173) were randomized to treatment with pregabalin 300 or 600 mg/day or placebo. The primary efficacy measure was the mean of the last seven daily pain ratings. Secondary endpoints included additional pain ratings, sleep interference, quality of life, mood, and patient and clinician ratings of global improvement. Pregabalin-treated patients had greater decreases in pain than patients treated with placebo (endpoint mean scores 3.60 vs 5.29, P = 0.0001). Pain was significantly reduced in the pregabalin-treated patients after the first full day of treatment and throughout the study, and significant improvement on the McGill Pain Questionnaire total, sensory, and affective pain scores was also found. The proportions of patients with ≥30% and ≥50% decreases in mean pain scores were greater in the pregabalin than in the placebo group (63% vs 25% and 50% vs 20%, P = 0.001). Sleep also improved in patients treated with pregabalin compared to placebo (P = 0.0001). Given the maximal dosage studied, pregabalin had acceptable tolerability compared to placebo despite a greater incidence of side effects, which were generally mild to moderate in intensity.

*Treatment for Partial Onset Seizures*
Pregabalin is also indicated for adjunctive treatment of partial seizures in adults. Its structural similarity gabapentin suggests it will not be useful in the treatment of absence or myoclonic seizures. Pregabalin's safety and efficacy have been evaluated in placebo-controlled studies.

AET019900

In a study by Elger et al.[33], patients receiving antiepileptic drugs (98.8% between 1 and 3 AEDs; 1.2% on more than 3 AEDs) and experiencing ≥4 partial seizures during the 6-week baseline period and no 4-week seizure-free interval were randomized (1:2:2) to placebo (n = 73), pregabalin fixed dose (600 mg/day BID; n = 137), or pregabalin flexible dose (n = 131; 150 and 300 mg/day for 2 weeks each; 450 and 600 mg/day for 4 weeks each, BID) for 12 weeks. Primary efficacy parameter was reduction in seizure frequency from baseline. Both pregabalin regimens significantly reduced seizure frequency compared with placebo, by 35.4%, for flexible dose (P = 0.0091) and 49.3% for fixed dose (P = 0.0001) versus 10.6% for placebo, and the fixed-dose group was superior to the flexible-dose group (P = 0.0037). Most adverse events were mild or moderate. Discontinuation rates due to adverse events were 6.8% (placebo), 12.2% (pregabalin flexible dose), and 32.8% (pregabalin fixed dose). Patients receiving pregabalin fixed dose discontinued due to adverse event earlier than other groups.

In a double-blind, randomized trial by Beydoun et al.[34], patients were randomized to 12 weeks of double-blind treatment with placebo or pregabalin 600 mg/day administered BID or TID. Primary efficacy was measured as change in seizure frequency from baseline of either pregabalin regimen compared with placebo. Secondary efficacy comparisons included the proportion of patients experiencing ≥50% reduction in seizure frequency (responder rate) and median percentage change from baseline in seizure frequency. Pregabalin treatment resulted in seizure frequency reductions: 53% for pregabalin TID (P ≤ 0.0001) and 44% for pregabalin BID (P ≤ 0.0001) compared with a 1% increase for placebo. Responder rates were 49% for pregabalin TID and 43% for pregabalin BID compared with 9% for placebo (P ≤ 0.001). Both pregabalin regimens were similar in efficacy and tolerability. The most common adverse events were dizziness, somnolence, and ataxia.

A 12-week, double-blind, randomized study[35] in which patients with partial seizures received placebo (n = 96); pregabalin, 150 mg/day (n = 99); or pregabalin, 600 mg/day (n = 92); given TID. The primary efficacy criterion was reduction in seizure frequency during treatment as compared with baseline, as measured by RRatio, the symmetrical percentage change in seizure rates determined from daily seizure diaries. Pregabalin, 150 mg/day and 600 mg/day, were both significantly more effective than placebo in reducing the RRatio [-11.5 (P = 0.0007) and -31.4 (P ≤ 0.0001), respectively, vs. 0.9]. These RRatio values correspond to seizure-frequency reductions from baseline of -1.8, 20.6, and 47.8% for placebo, 150 mg/day, and 600 mg/day, respectively. Pregabalin efficacy was significantly dose related (P ≤ 0.0001). Secondary efficacy variables corroborated the findings of the primary analysis. Significantly more patients were responders (≥50% reduction in seizure frequency) in the pregabalin, 600 mg/day (43.5%), group than in the placebo group (6.2%) (P ≤ 0.001). Dose-related, treatment-emergent adverse events (≥10%), mostly mild or moderate in intensity, were somnolence, dizziness, ataxia, diplopia, and weight gain. The withdrawal rate due to adverse events was 10% of patients at 150 mg/day and 18.5% of patients at 600 mg/day, compared with 6.2% of patients receiving placebo.

Prepared by:  Natalie Chang-Mitchem, PharmD
Date:  February 2006

AET019901

## Bibliography for Agents to Treat Neuropathic Pain

1. USP DI® Drug Information For The Health Care Professional - 26th Ed. (online from www.statref.com) Thomson Micromedex, Greenwood Village, CO. 2006

2. AHFS Drug Information® with AHFSfirstReleases®. (online from www.statref.com), American Society Of Health-System Pharmacists®, Bethesda, MD. 2005.

3. DRUGDEX® System: Klasco RK (Ed): DRUGDEX® System. Online edition. Thomson Micromedex, Greenwood Village, CO.

4. Drug Facts and Comparisons on-line. (www.drugfacts.com), Wolters Kluwer Health, St. Louis, MO. 2006

5. Lyrica (pregabalin) package insert.

6. Merskey H, Bogduk N. Classi.cation of Chronic Pain. *Descriptions of Chronic Pain Syndromes and Definitions of Pain Terms.* Seattle

7. Dworkin RH. An overview of neuropathic pain: syndromes, symptoms, signs, and several mechanisms. *Clin J Pain.* 2002;18:343-349.

8. Savage SR. Opioid use in the management of chronic pain. *Med Clin North* 1999;83(3):761-786.

9. Backonja M-M. Gabapentin monotherapy for the symptomatic treatment of painful neuropathy: a multicenter, double-blind, placebo-controlled trial in patients with diabetes mellitus. *Epilepsia* 1999; 40:S57–S59.

10. Pirart J. Diabetes mellitus and its degenerative complications: a prospective study of 4,400 patients observed between 1947 and 1973. *Diabetes Care* 1978;1:168–188.

11. Vinik A, Mehrabyan A. Diabetic neuropathies. *Med Clin North Am* 2004;88:947–999.

12. Ziegler D, Sohr CGH, Nourooz-Zadeh J. Oxidative stress and antioxidant defense in relation to the severity of diabetic polyneuropathy and cardiovascular autonomic neuropathy. *Diabetes Care* 204;27:2178–2183.

13. Dworkin RH. Prevention of postherpetic neuralgia. *Lancet.* 1999;353: 1636-1637.

14. Watson CP. A new treatment for postherpetic neuralgia. *N Engl J Med.*2000;343:1563-1565.

15. Guay D. Adjunctive agents in the management of chronic pain. *Pharmacotherapy* 2001; 21(9):1070-1081.

16. Irving GA. Contemporary assessment and management of neuropathic pain. *Neurology* 2005;64(12):S21-27.

17. Gauthier-Lewis M, Ibrahim Y, Riche D.  Pharmacological options for the management of diabetic peripheral neuropathy. *Formulary* 2005;40:438-452.

18. Dworkin RH, Backonja M, Rowbotham MC, et al.  Advances in neuropathic pain: diagnosis, mechanisms, and treatment recommendations. *Arch Neurol* 2003;60:1524-1534.

19. Dubinsky RM, Kabbani H, El-Chami Z, et al. Practice parameter: treatment of postherpetic neuralgia. An evidence-based report of the Quality Standards Subcommittee of the American Academy of Neurology. *Neurology* 2004;63:959-965.

20. Hempenstall K, Nurmikko TM, Johnson RW, et al.  Analgesic therapy in postherpetic neuralgia: a quantitative systematic review. *PLoS Medicine* 2005;2(7):e164.

21. Eisenberg E, McNicol ED, Carr DB.  Efficacy and safety of opioid agonists in the treatment of neuropathic pain of nonmalignant origin: systematic review and meta-analysis of randomized controlled trials.  *JAMA* 2005;293(24): 3043-3052.

22. Saarto T, Wiffen PJ. Antidepressants for neuropathic pain. *The Cochrane Database of Systematic Reviews* 2005, Issue 3. Art. No.:CD005454. DOI: 10.1002/14651858.CD005454.

23. Duhmke RM, Cornblath DD, Hollingshead JRF. Tramadol for neuropathic pain. *The Cochrane Database of Systematic Reviews* 2004, Issue 2. Art. No.: CD003726.pub2. DOI: 10.1002/14651858.CD003726.pub2.

24. Wiffen PJ, McQuay HJ, Edwards JE, Moore RA. Gabapentin for acute and chronic pain. *The Cochrane Database of Systematic Reviews* 2005, Issue 3. Art. No.: CD005452. DOI: 10.1002/14651858.CD005452.

25. Wiffen PJ, McQuay HJ, Moore RA. Carbamazepine for acute and chronic pain. *The Cochrane Database of Systematic Reviews* 2005, Issue 3. Art. No.: CD005451. DOI: 10.1002/14651858.CD005451.

AET019902

26. Vinik A. Clinical review: use of antiepileptic drugs in the treatment of chronic painful diabetic neuropathy. J Clin Endocrin Mebabol 2005;90(8):4936-4945.

27. Goldstein DJ, Lu Y, Detke MJ, et al. Duloxetine vs. Placebo in patients with painful diabetic neuropathy. *Pain* 2005;116(1-2):109-118.

28. Freynhagen R, Strojek K, Griesing T, Whalen E, Balkenohl M. Efficacy of pregabalin in neuropathic pain evaluated in a 12-week, randomised, double-blind, multicentre, placebo-controlled trial of flexible- and fixed-dose regimens. *Pain* 2005;115(3):254-63.

29. Richter RW, Portenoy R, Sharma U, Lamoreaux L, Bockbrader H, Knapp LE. Relief of painful diabetic peripheral neuropathy with pregabalin: a randomized, placebo-controlled trial. *J Pain* 2005;6(4):253-60.

30. Lesser H, Sharma U, LaMoreaux L, Poole RM. Pregabalin relieves symptoms of painful diabetic neuropathy: a randomized controlled trial. *Neurology* 2004;63(11):2104-10.

31. Rosenstock J, Tuchman M, LaMoreaux L, Sharma U. Pregabalin for the treatment of painful diabetic peripheral neuropathy: a double-blind, placebo-controlled trial. *Pain* 2004;110(3):628-38.

32. Dworkin RH, Corbin AE, Young JP Jr, Sharma U, LaMoreaux L, Bockbrader H, Garofalo EA, Poole RM. Pregabalin for the treatment of postherpetic neuralgia: a randomized, placebo-controlled trial. *Neurology* 2003;60(8):1274-83.

33. Elger CE, Brodie MJ, Anhut H, et al. Pregabalin add-on treatment in patients with partial seizures: a novel evaluation of flexible-dose and fixed-dose treatment in a double-blind, placebo-controlled study. *Epilepsia* 2005;46(12):1926-1936.

34. Beydoun A, Uthman BM, Kugler AR, et al. Safety and efficacy of two pregabalin regimens for add-on treatment of partial epilepsy. *Neurology* 2005;64(3):475-480.

35. Arroyo S, Anhut H, Kugler AR, et al. Pregabalin add-on treatment: a randomized, double-blind, placebo-controlled, dose-response study in adults with partial seizures. *Epilepsia* 2004;45(1):20-27.

AET019903