EXHIBIT 42



AET020261

**Anticonvulsants**

Date: January 1, 2008

**Class Edit Summary***

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|--------|------|--------|-----|-------|-------|-----|-------|------|
| C | carbamazepine | | | | | | | |
| C | ethosuximide | | | | | | | |
| C | gabapentin | | | X | | | | |
| C | lamotrigine | | | | | | | |
| C | phenytoin | | | | | | | |
| C | primidone | | | | | | | |
| C | valproic acid | | | | | | | |
| C | epitol (carbamazepine) | | | | | | | |
| C | zonisamide | | | | | | | |
| C | **Celontin®** (methsuximide) | | | | | | | |
| C | **Depakote®** (divalproex) | | | | | | | |
| C | **Depakote ER®** (divalproex) | | | | | | | |
| C | **Depakote Sprinkles®** (divalproex) | | | | | | | |
| C | **Dilantin®** chew (phenytoin chew tablet) | | | | | | | |
| C | **Felbatol®** (felbamate) | | | | | | | |
| C | **Gabitril®** (tiagabine) | | | | | X | X | X |
| C | **Keppra®** (levetiracetam) | | | | | | | |
| C | **Lamictal®** (lamotrigine) | | | | | | | |
| C | **Lyrica®** (pregabalin) | | | X | | X | X | X |
| C | **Neurontin®** solution (gabapentin) | | | | | | | |
| C | **Peganone®** (ethotoin) | | | | | | | |
| C | **Tegretol XR®** (carbamazepine ER) | | | | | | | |
| C | **Topamax®** (topiramate) | | | | | | | |
| C | **Trileptal®** (oxcarbazepine) | | | | | X | X | X |
| NC | **Carbatrol®** (carbamazepine ER) | | | | | | X | X |
| NC | **Depakene®** (valproic acid) | | | | | | X | |
| NC | **Dilantin®** (phenytoin ER) | | | | | | X | X |
| NC | **Gabarone®** (gabapentin) | | | X | | | X | |
| NC | **Mysoline®** (primidone) | | | | | | X | |
| NC | **Neurontin®** (gabapentin tablets and capsules) | | | X | | | X | |
| NC | **Phenytek®** (phenytoin ER) | | | | | | X | X |
| NC | **Tegretol®** (carbamazepine) | | | | | | X | |
| NC | **Zarontin®** (ethosuximide) | | | | | | X | |
| NC | **Zonegran®** (zonisamide) | | | | | X | X | |

*C = Covered, copay amount depends on benefits plan; CS = Covered, Specialty Tier; NC = Not Covered Part D drug
PR-B/D = Precertification review criteria to determine coverage as Part B or Part D
PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy
‡M EX = Medical Exception -- This means the physician or health care professional must obtain a medical exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).
§TOC = Transition of Coverage -- Not Covered or Step-Therapy Part D medications for which newly enrolled Medicare members will be authorized coverage of continued therapy for one year and is subject to other applicable plan terms and limitations.

NOTE:  Criteria for antipsychotics-bipolar is also discussed in the Pharmacy Clinical Policy Bulletin: Antipsychotic-Bipolar Agents

AET020262

**Policy**

I.  Precertification Criteria

   A.  Quantity limits:    According to the manufacturer, *gabapentin*, Gabarone, Lyrica and Neurontin can be dosed up to a maximum daily dose at the interval indicated in the table below. A quantity of *gabapentin*, Gabarone, Lyrica or Neurontin will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits | Max Daily Dose Approvable with Precertification |
|---|---|---|---|---|
| Lyrica | 600mg/ Once or twice daily | 25 mg; 50 mg; 75 mg; 100 mg; 150 mg; 200 mg | Up to 90 capsules in 30 days | Not Available |
| Lyrica | 600mg/ Once or twice daily | 225 mg; 300 mg | Up to 60 capsules in 30 days | Not Available |
| Neurontin, *gabapentin* | 3600 mg / in divided doses daily | 400 mg | Up to 270 capsules in 30 days | 4800 mg |
| Neurontin, Gabarone, *gabapentin* | 3600 mg / in divided doses daily | All other strengths | Up to 180 tablets or capsules in 30 days | 4800 mg |

**NOTE (For Neurontin, Gabarone and gabapentin):** Since a 900mg tablet or capsule is not available, 3 x 300mg caps /dose given TID may be requested.  In this case, it is OK to approve a quantity of 9 per day of the 300mg capsules.

**NOTE (For Neurontin, Gabarone and gabapentin):** Since the QL edit allows for 6 x 800mg (4800mg/day), requests for appropriate dosage strengths that are within 4800mg/day are approvable.

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit.  A prior authorization will be granted for coverage of additional quantities of gabapentin, Gabarone, Lyrica or Neurontin for those members who meet the following criterion:

- Member's dose is being titrated by physician (3-month limit) **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

II.  Step-Therapy Criteria

   Under some plans, including plans that use an open or closed formulary, **Gabitril, Lyrica, Trileptal** and **Zonegran** are subject to step-therapy.  Aetna considers Gabitril, Trileptal and Zonegran to be medically necessary for those members who are new starts

AET020263

on these medications and who meet the following step-therapy criterion:

**For Gabitril, Trileptal and Zonegran**

- A documented trial of one month each of two of the following alternatives on the Aetna Medicare Preferred Drug List: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, or Topamax.

NOTE:  If MD is requesting Trileptal for the treatment of Bipolar disorder, Step-Therapy Criteria is as follows:

- **A documented trial of one month of one of the following alternatives on the Aetna Medicare Covered Drug List: lamotrigine, Depakote, Depakote ER, Depakote Sprinkles or Lamictal.**

**For Lyrica**

- Patient is currently taking or failed (1 month trial) or has a contraindication to one (1) of the following classes:
  1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
  2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
  3. Mixed antidepressants - buproprion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *transition of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III.    Medical Exception Criteria

**Gabitril, Lyrica, Trileptal, and Zonegran** currently are listed on the Aetna Step-Therapy List.* If it is medically necessary for a member to be treated *initially* with one of these medications subject to step-therapy, Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below.

**Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Phenytek, Tegretol** and **Zarontin** are currently Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan.*  Therefore, they are excluded from coverage for members enrolled in prescription drug benefits plans that use a closed formulary, unless a medical exception is granted.  Aetna considers Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Phenytek, Tegretol and Zarontin to be medically necessary for those members who are new starts on these medications and who meet the following criteria:

AET020264

For **Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Phenytek, Tegretol** and **Zarontin**

A. A documented:
- Contraindication to two covered formulary agents **OR**
- Intolerance to two covered formulary agents **OR**
- Allergy to two covered formulary agents **OR**
- Failure of an adequate trial of one month each of two covered formulary agents.

**OR**

For **Carbatrol, Dilantin (30mg capsule -ONLY), Felbatol** and **Phenytek**

B. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Carbatrol, Dilantin 30mg capsules, Felbatol, or Phenytek for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

For **Gabitril, Trileptal** and **Zonegran**

A. A documented:
- Contraindication to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
- Intolerance to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax**OR**
- Allergy to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax**OR**
- Failure of an adequate trial of one month each of two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax

**OR**

B. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Gabitril or Trileptal **ONLY** for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

AET020265

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

**NOTE: If MD is requesting Trileptal for the treatment of Bipolar disorder, Step-Therapy Criteria is as follows:**

- **A documented trial of one month of one of the following alternatives on the Aetna Medicare Covered Drug List: lamotrigine, Depakote, Depakote ER, Depakote Sprinkles or Lamictal.**

For **Lyrica**

A. Patient is currently taking or failed (1 month trial) or has a contraindication to one (1) of the following classes:
    1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
    2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
    3. Mixed antidepressants - buproprion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

OR
B. Member is documented to be currently stabilized on Lyrica or has a diagnosis of fibromyalgia.

OR

C. Transition of Coverage:
    - Member is within 90 days of his or her effective date of enrollment
    - Member is stable on Lyrica for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

**Adequate Trial(s):**

One month trial for each course of alternative therapy

**Maximum Time of Approval:**

All drugs other than Neurontin -- Indefinite

**Neurontin** -- One year

**Notes:**

**Revision Dates**

AET020266

**Original Policy:**    January 1, 2008
**Revision:**

**The above policy is based on the following references:** References available in the external PCPBs

AET020267

## Antidepressants, SSRIs/SNRIs/other

Date: January 1, 2008

### Class Edit Summary*

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|---|---|---|---|---|---|---|---|---|
| *Selective serotonin reuptake inhibitors (SSRIs)* | | | | | | | | |
| C | citalopram | | | X | | | | |
| C | fluoxetine | | | X | | | | |
| C | fluvoxamine | | | X | | | | |
| C | paroxetine | | | X | | | | |
| C | sertraline | | | X | | | | |
| NC | Celexa® (citalopram) | | | X | | X | X | |
| NC | Lexapro® (escitalopram) | | | X | | X | X | X |
| NC | Paxil® (paroxetine) | | | X | | X | X | |
| NC | Paxil CR® (paroxetine SR) | | | X | | X | X | |
| NC | Paxil® suspension (paroxetine) | | | X | | X | X | |
| NC | Pexeva® (paroxetine) | | | X | | X | X | |
| NC | Prozac® (fluoxetine) | | | X | | X | X | |
| NC | Prozac® Weekly (fluoxetine) | | | X | | X | X | |
| NC | Rapiflux® (fluoxetine) | | | X | | X | X | |
| NC | Sarafem® (fluoxetine) | | | X | | | X | |
| NC | Zoloft® (sertraline) | | | X | | X | X | |
| *Selective norepinephrine-reuptake inhibitors (SNRIs)* | | | | | | | | |
| C | venlafaxine | | | X | | | | |
| C | Cymbalta® (duloxetine) | | | X | | X | X | X |
| C | Effexor XR® (venlafaxine SR) | | | X | | X | X | X |
| NC | Effexor® (venlafaxine) | | | X | | X | X | |
| *Tetracyclic antidepressants* | | | | | | | | |
| C | maprotiline | | | X | | | | |
| C | mirtazapine | | | X | | | | |
| NC | Remeron® (mirtazapine) | | | X | | X | X | |
| *Miscellaneous antidepressants* | | | | | | | | |
| C | budeprion, budeprion XL | | | X | | | | |
| C | bupropion, bupropion SR | | | X | | | | |
| C | Emsam® (selegiline transdermal) | | X | X | | X | X | |
| C | Nardil® (phenelzine) | | | | | | | |
| C | nefazodone | | | | | X | X | |
| C | tranylcypromine | | | | | | | |
| C | trazodone | | | | | | | |
| NC | Desyrel® (trazodone) | | | | | X | X | |
| NC | Parnate® (tranylcypromine) | | | | | | X | |
| NC | Wellbutrin® (bupropion) | | | X | | X | X | |
| NC | Wellbutrin SR® (bupropion SR) | | | X | | X | X | |
| NC | Wellbutrin XL® (bupropion SR) | | | X | | X | X | |

*C = Covered, copay amount depends on benefits plan; CS = Covered, Specialty Tier; NC = Not Covered Part D drug
PR-B/D = Precertification review criteria to determine coverage as Part B or Part D
PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy
‡M EX = Medical Exception – This means the physician or health care professional must obtain a medical exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).
§TOC = Transition of Coverage – Not Covered or Step-Therapy Part D medications for which newly enrolled Medicare members will be authorized coverage of continued therapy for one year and is subject to other applicable plan terms and limitations.

AET020268

**Policy**

I.    Precertification Criteria

For **Emsam** – (A.) for new starts **ONLY**; (B.) for all members

A.    A documented diagnosis of major depressive disorder in patients who do not have a diagnosis of pheochromocytoma and who are not taking SSRIs, SNRIs, TCAs, amphetamines, bupropion, carbamazepine/oxcarbazepine, cyclobenzaprine, dextromethorphan, meperidine, methadone, mirtazapine, propoxyphene, oral selegiline, other MAO inhibitors (for example, isocarboxazid, phenelzine, and tranylcypromine), St. John's Wort, tramadol or vasoconstrictors (for example, ephedrine, pseudoephedrine and phenylephrine)[The medications listed above are contraindicated for use with Emsam; Please note that this is not a complete list of medications that are contraindicated for use with Emsam]

**AND**

B. Quantity limits:    According to the manufacturer, Emsam can be dosed up to a maximum daily dose at the interval(s) as indicated in the table below. A quantity of this drug will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits |
|------|-------------------------------------|-----------------|-----------------|
| Emsam | 12mg/24 hours | 6mg/24 hours; 9mg/24 hours; 12mg/24 hours | Up to 30 patches in 30 days (1 patch/day) |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. Additional quantities of Emsam will be considered medically necessary for those members who meet the following criteria:

* Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

For *budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, maprotiline, mirtazapine, paroxetine, sertraline,* Celexa, Cymbalta, Effexor, Effexor XR, Lexapro, Paxil, Paxil CR, Paxil suspension, Pexeva, Prozac, Prozac Weekly, Rapiflux, Remeron, Sarafem, *venlafaxine,* Wellbutrin, Wellbutrin SR, Wellbutrin XL and Zoloft

A.    Quantity Limits    According to the manufacturers, these antidepressants can be dosed up to a maximum daily dose at the interval(s) as indicated in the table below. A quantity of each drug will be considered medically necessary as indicated in the table below:

AET020269

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits | Max Daily Dose with Precertification |
|---|---|---|---|---|
| bupropion Wellbutrin | 450 mg/ three times daily | 75 mg, 100 mg | Up to 180 tablets in 30 days | 600 mg |
| budeprion bupropion SR Wellbutrin SR | 400 mg/ once or twice daily | 100, 150, 200 mg | Up to 60 tablets in 30 days | 600mg |
| Wellbutrin XL | 300 mg/ once daily | 150 mg | Up to 30 tablets in 30 days | Not available |
| budeprion XL Wellbutrin XL | 300mg/once daily | 300mg | Up to 30 tablets in 30 days | Not available |
| citalopram Celexa | 40 mg/ once daily | 10, 20, 40 mg | Up to 30 tablets in 30 days | 80 mg |
| Cymbalta | 60 mg/once or twice daily | 20 mg, 30 mg | Up to 60 capsules in 30 days | 120 mg |
| Cymbalta | 60 mg/ once or twice daily | 60 mg | Up to 30 capsules in 30 days | 120 mg |
| venlafaxine Effexor | 375 mg/ two or three times daily | 25mg, 100 mg | Up to 90 tablets in 30 days | 600 mg |
| venlafaxine Effexor | 375 mg/ two or three times daily | 37.5 mg | Up to 120 tablets in 30 days | 600 mg |
| venlafaxine Effexor | 375 mg/ two or three times daily | 50 mg | Up to 180 tablets in 30 days | 600 mg |
| venlafaxine Effexor | 375 mg/ two or three times daily | 75 mg | Up to 150 tablets in 30 days | 600 mg |
| Effexor XR | 225 mg/ once daily | 37.5mg, 75mg | Up to 30 capsules in 30 days | Not available |
| Effexor XR | 225 mg/ once daily | 150mg | Up to 60 capsules in 30 days | Not available |
| fluoxetine Prozac | 80 mg/ once or twice daily | 10 mg | Up to 30 tablets or capsules in 30 days | 120 mg |
| fluoxetine Prozac | 80 mg/ once or twice daily | 40 mg | Up to 60 capsules in 30 days | 120 mg |
| fluoxetine Prozac Rapiflux | 80 mg/ once or twice daily | 20 mg capsules/tablets | Up to 120 in 30 days | 120 mg |
| fluoxetine Prozac | 80 mg/ once or twice daily | Liquid 20 mg/5ml | Up to 300 ml in 30 days (10ml/day) | 120 mg |
| Prozac Weekly | 90 mg/ once weekly | 90 mg | Up to 4 capsules in 28 days | 180 mg |
| fluovoxamine | 300 mg/ once or twice | 25 mg, 50 mg | Up to 30 tablets in | 600  mg |

AET020270

| | daily | | 30 days | |
|---|---|---|---|---|
| *fluvoxamine* | 300 mg/ once or twice daily | 100 mg | Up to 90 tablets in 30 days | 600 mg |
| Lexapro | 20 mg/ once daily | 5, 10, 20 mg | Up to 30 tablets in 30 days | 60 mg |
| Lexapro | 20 mg/ once daily | Solution 5 mg/5ml | Up to 600 ml in 30 days | 60 mg |
| *maprotiline* | 225 mg/ once or in divided doses | 25 mg | Up to 30 tablets in 30 days | 225 mg |
| *maprotiline* | 225 mg/ once or in divided doses | 50 mg | Up to 60 tablets in 30 days | 225 mg |
| *maprotiline* | 225 mg/ once or in divided doses | 75 mg | Up to 90 tablets in 30 days | 225 mg |
| *mirtazapine* Remeron | 45 mg/ once daily | 7.5mg, 15mg, 30mg, 45mg | Up to 30 tablets or dissolving tablets in 30 days | Not available |
| *paroxetine* Paxil, Pexeva | 60 mg/ once daily | 10 mg, 20 mg | Up to 30 tablets in 30 days | 80 mg |
| *paroxetine* Paxil, Pexeva | 60 mg/ once daily | 30 mg, 40 mg | Up to 60 tablets in 30 days | 80 mg |
| *paroxetine* Paxil | 60 mg/ once daily | Suspension 10mg/5ml | Up to 900 ml in 30 days | 80 mg |
| Paxil CR | 75 mg/ once daily | 12.5mg, 25mg, 37.5 mg | Up to 60 tablets in 30 days | Not available |
| Serafem | 80 mg/ Once daily | 10 mg | Up to 30 capsules in 30 days | Not available |
| Serafem | 80 mg/ Once daily | 20 mg | Up to 120 capsules in 30 days | Not available |
| *sertraline* Zoloft | 200 mg/ once daily | 25 mg | Up to 30 tablets in 30 days | 300 mg |
| *sertraline* Zoloft | 200 mg/ once daily | 50 mg | Up to 45 tablets in 30 days | 300 mg |
| *sertraline* Zoloft | 200 mg/ once daily | 100 mg | Up to 60 tablets in 30 days | 300 mg |
| *sertraline* Zoloft | 200 mg/ once daily | Liquid 20mg/ml | Up to 900 ml in 30 days | 300 mg |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of these antidepressants for those members who meet ANY of the following criteria:

- Member requires a dose including half tablets **OR**
- Member's dose is being titrated by physician (3-month limit) **OR**
- Member has had intolerance to drug administered as a single daily dose **OR**

AET020271

- Member's dose cannot be achieved with proposed qty limits for a given strength (ex. Member needs 375mg per day and would require 5 capsules of Effexor XR 75mg to achieve dose) **OR**
- Member has a diagnosis of Diabetic Peripheral Neuropathy -**For Cymbalta ONLY**
  (60mg; 60 capsules in 30 days are allowed) **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

**Note:** If the strength requested is not commercially available and falls within the max daily dose limitation, you may approve additional quantities promoting the fewest number of tablets/ capsules.

II.    Step-Therapy Criteria

Under some plans, including plans that use an open or closed formulary, **Celexa, Cymbalta, Desyrel, Effexor, Effexor XR, Emsam, Lexapro, *nefazodone*, Paxil, Paxil suspension, Paxil CR, Pexeva, Prozac, Prozac Weekly, Rapiflux, Remeron, Wellbutrin, Wellbutrin SR, Wellbutrin XL** and **Zoloft** are subject to step-therapy.  Aetna considers these drugs to be medically necessary for those members who are new starts on these medications not those who are currently stabilized on the medication and who meet the following step-therapy criteria: (See list of formulary alternatives for each diagnosis below.)

A documented trial of one month of one generic preferred alternative agent: budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine - alternatives on the Aetna Medicare Preferred Drug List.

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *transition of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III.    Medical Exception Criteria

**Note:** If request is for Wellbutrin/SR/XL and the stated diagnosis is 'Smoking Cessation', you can ignore the diagnosis.  Review according to Antidepressant criteria, and use appropriate Antidepressant letters.  Wellbutrin/SR/XL is <u>not</u> subject to COC Exclusion for Smoking Cessation.

**Cymbalta, Effexor XR, Emsam, nefazodone** and **Wellbutrin XL** are currently listed on the Aetna Step-Therapy List.* If it is medically necessary for a member to be treated *initially* with one of these medications subject to step-therapy, Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below.

**Celexa, Desyrel, Effexor, Lexapro, Parnate, Paxil, Paxil suspension, Paxil CR, Pexeva, Prozac, Prozac Weekly, Rapiflux, Remeron, Wellbutrin, Wellbutrin SR** and **Zoloft** are currently Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan* and are on the Aetna Step-Therapy List.* Therefore, they are excluded from

AET020272

coverage for members enrolled in prescription drug benefit plans that use a closed formulary or that require step-therapy criteria, unless a medical exception is granted. Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below:

**For Celexa, Desyrel, nefazodone, Paxil, Paxil suspension, Paxil CR, Pexeva, Prozac, Prozac Weekly, Rapiflux, Remeron, Wellbutrin, Wellbutrin SR, Wellbutrin XL and Zoloft**

    A.  A documented:
- Intolerance to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Contraindication to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Allergy to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Failure of an adequate trial of one month of one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine.

**For Parnate**

    A.  A documented:
- Intolerance to the covered generic equivalent, tranylcypromine **OR**
- Contraindication to the covered generic equivalent, tranylcypromine **OR**
- Allergy to the covered generic equivalent, tranylcypromine **OR**
- Failure of an adequate trial of one month of the covered generic equivalent, tranylcypromine

**For Cymbalta** and **Lexapro - A OR B OR C**

    A.  A documented:
- Intolerance to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Contraindication to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Allergy to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Failure of an adequate trial of one month of one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Diagnosis of DPNP (Diabetic Peripheral Neuropathic Pain) **(Cymbalta-*only*)**

AET020273

(See list of formulary alternatives for each diagnosis below.)

**OR**

B.  Member is documented to be currently stabilized on one of these antidepressants – Cymbalta or Lexapro **ONLY**

**OR**

C.  Transition of Coverage:

- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Cymbalta or Lexapro for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

**For Effexor and Effexor XR- (A OR B OR C)**

A.  A documented:

- Intolerance to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Contraindication to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Allergy to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Failure of an adequate trial of one month of one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine

**OR**

B.  Member is documented to be currently stabilized on Effexor XR **ONLY**

**OR**

C.  Transition of Coverage:

- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Effexor XR for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

AET020274

For **Emsam** - (A.) for new starts **ONLY**; (B.) for all members

A. A documented diagnosis of major depressive disorder in patients who do not have a diagnosis of pheochromocytoma and who are not taking SSRIs, SNRIs, TCAs, amphetamines, bupropion, carbamazepine/oxcarbazepine, cyclobenzaprine, dextromethorphan, meperidine, methadone, mirtazapine, propoxyphene, oral selegiline, other MAO inhibitors (for example, isocarboxazid, phenelzine, and tranylcypromine), St. John's Wort, tramadol or vasoconstrictors (for example, ephedrine, pseudoephedrine and phenylephrine)[The medications listed above are contraindicated for use with Emsam; Please note that this is not a complete list of medications that are contraindicated for use with Emsam]

**AND**

B. A documented:

- Intolerance to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Contraindication to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Allergy to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Failure of an adequate trial of one month of one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine.

**Sarafem** is currently a Not Covered Part D drug under the Aetna Medicare Prescription Drug Plan.* Therefore, it is excluded from coverage for members enrolled in prescription drug benefit plans that use a closed formulary, unless a medical exception is granted. Aetna considers Sarafem to be medically necessary for those members who are new starts and who meet the criteria specified below:

A. A documented:

- Contraindication to a covered alternative: citalopram, fluoxetine, fluvoxamine, paroxetine or sertraline **OR**
- Intolerance to a covered alternative: citalopram, fluoxetine, fluvoxamine, paroxetine or sertraline **OR**
- Allergy to a covered alternative citalopram, fluoxetine, fluvoxamine, paroxetine or sertraline **OR**
- Failure of an adequate trial of one month of a covered alternative: citalopram, fluoxetine, fluvoxamine, paroxetine or sertraline.

**N OTE:** Two (2) antidepressants in the brand form will meet criteria for previous trial of prerequisite drug (e.g., documented T/F of Prozac and Zoloft counts as prerequisite).

AET020275

**Generics for depression** (<u>only</u> generics count as trial for this diagnosis)
- bupropion
- bupropion SR
- citalopram
- fluoxetine
- fluvoxamine
- mirtazapine
- paroxetine
- trazodone

**Generics for diabetic peripheral neuropathy**

- amitriptyline (Elavil)
- clomipramine (Anafranil)
- desipramine (Norpramin )
- imipramine (Tofranil)
- nortriptyline (Aventyl, Pamelor)

- bupropion (Wellbutrin /SR) (brands are subject to FE, QL, ST criteria)
- citalopram (Celexa) (brand is subject to FE, QL, ST criteria)
- paroxetine (Paxil) (brand is subject to FE, QL, ST criteria)
- venlafaxine (Effexor /XR) (brands are subject to FE, QL, ST criteria)

- carbamazepine (Tegretol, Carbitrol, Epitol)
- gabapentin (Neurontin)
- lamotrigine (Lamictal)
- oxacarbazepine (Trileptal)

- levodopa (Dopar, Laradopa)
- tramadol (Ultram)

(Brand names that are not on the formulary may be useful in peripheral neuropathy)

**Generics suitable for hot flashes**
- fluoxetine
- paroxetine

**Generics suitable for panic disorder** (brands are subject to FE, QL, ST criteria)
- fluoxetine (Prozac)
- paroxetine (Paxil, Paxil CR)
- sertraline (Zoloft)

**Alternatives for mania**
- lithium (Eskalith, Lithobid)
- valproic acid, divalproex sodium (Depakote)
- olanzapine (Zyprexa)
- quetiapine (Seroquel)
- risperidone (Risperdal)

**Adequate Trial(s):** One month

**Maximum Time of Approval:** Indefinite

**Notes:**

AET020276

In general, available antidepressants have roughly equivalent efficacy in terms of symptomatic response rates. Given this fact, selection criteria for use is based on indications, occurrence of adverse reactions or side effects, interactions with other medications, dosage forms availability, and patient or family history.

from the DOD/VA newsletter, Aug/Sep 2003:
**Pexeva/Paroxetine mesylate** (Synthon Pharmaceuticals) has been approved by the FDA for treating depression, obsessive compulsive disorder, and panic disorder (the brand name product has 4 additional indications: social anxiety disorder, generalized anxiety disorder, and post-traumatic stress disorder, and premenstrual dysphoric disorder). Paroxetine mesylate is not AB rated to paroxetine HCl, (Paxil; GSK), since the salt forms differ. Pexeva will be marketed in 10-, 20-, 30-, and 40 mg tablets. A new prescription will be required if patients are changed from the HCl salt to the mesylate salt formulation. Product launch is expected in December 2003; the company is currently building a sufficient stock of the medication.

_SSRI Use in Children_
In the past decade, SSRIs have been increasingly used as first line treatment in children with depression. Recently, questions have been raised concerning the safety and efficacy of these agents in this population. Currently, fluoxetine is the only SSRI approved for treatment of major depressive disorder in children as young as 8 years of age. Fluoxetine and fluvoxamine are indicated for obsessive-compulsive disorder in children 8 years and older, and sertraline in children 6 years and older.

There are few robust studies suggesting the use of one SSRI over another considering the population to be studied. Fluoxetine is the oldest agent in this class and therefore, has the most experience associated with its use. It has demonstrated a favorable risk-benefit profile in studies with children down to age 7[52, 53]. There is some evidence to suggest that paroxetine does not improve depressive symptoms and has an increased risk of suicidal ideation and/or suicide attempt[54]. In 2003, the FDA recommended that paroxetine not be used in children or adolescents for treatment of depression[55]. Sertraline and citalopram marginally improve depressive symptoms and may be associated with a slightly increased risk of suicide ideation and/or attempts[56, 57].

With the exception of paroxetine, the other SSRIs mentioned above may be effective options for treating children with depression. Again, the literature currently available does not validate the use of one SSRI over another in the pediatric population. Additional, well-designed studies are warranted.

_SSRI Use in Pregnancy and Lactation_
SSRIs are effective in treating both antenatal and postpartum depression. However, benefit-risk assessments should be done before prescribing these agents. At this time, all SSRIs have a pregnancy risk factor C; evidence suggests that there may be a fetal risk for developmental toxicity in the 3rd trimester, or close to delivery[58]. However, in September 2005, the manufacturer of Paxil/Paxil CR and the FDA notified healthcare professionals of results of a retrospective epidemiologic study of major congenital malformations in infants born to women taking antidepressants during the first trimester of pregnancy. This study suggested an increase in the risk of overall major congenital malformations for paroxetine as compared to other antidepressants[59]. Fluoxetine is the most studied agent in pregnant women. There also does not appear to be an increased risk of major congenital malformations with the other SSRIs at this time; however, information on sertraline, fluvoxamine, escitalopram, and citalopram is limited[60].

The risk of the different SSRIs in neonatal toxicity or withdrawal is not currently established. The FDA altered the warning labeling for all agents stating that newborns exposed to SSRIs in utero may experience symptoms that prolong hospitalization and require respiratory and nutritional support. Generally, these symptoms have been transient. Paroxetine may be associated with more SSRI-induced neonatal convulsions due to the fact that paroxetine metabolizes the fastest,

AET020277

with increased clearance from the body, resulting in a withdrawal effect.[61]

In lactation, sertraline and paroxetine has very little concentrations present in breast milk and nursing infants.  Fluoxetine and citalopram have higher concentrations detected in nursing infants but do not appear to cause adverse effects[68]. Women can continue fluoxetine or citalopram if they were effective during pregnancy[62].

**Revision Dates**
**Original Policy:**     January 1, 2008
**Revision:**

**The above policy is based on the following references:** References available in the external PCPBs

AET020278

# Tricyclic Antidepressants

**Date: January 1, 2008**

## Class Edit Summary*

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|--------|------|--------|-----|-------|-------|-----|-------|------|
| C | amitriptyline | | | | | | | |
| C | amitriptyline/chlordiazepoxide | | | | | | | |
| C | amoxapine | | | | | | | |
| C | clomipramine | | | | | | | |
| C | desipramine | | | | | | | |
| C | doxepin | | | | | | | |
| C | imipramine | | | | | | | |
| C | nortriptyline | | | | | | | |
| C | trimipramine | | | | | | | |
| C | Vivactil® (protriptyline) | | | | | | | |
| NC | Anafranil® (clomipramine) | | | | | | X | |
| NC | Aventyl® (nortriptyline) | | | | | | X | |
| NC | Limbitrol/Limbitrol DS® (amitriptyline/chlordiazepoxide) | | | | | | X | |
| NC | Pamelor® (nortriptyline) | | | | | | X | |
| NC | Sinequan® (doxepin) | | | | | | X | |
| NC | Surmontil® (trimipramine) | | | | | | X | |
| NC | Tofranil® (imipramine) | | | | | | X | |
| NC | Tofranil-PM® (imipramine) | | | | | | X | |

*C = Covered, copay amount depends on benefits plan; CS = Covered, Specialty Tier; NC = Not Covered Part D drug
PR-B/D = Precertification review criteria to determine coverage as Part B or Part D
PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy
‡M EX = Medical Exception – This means the physician or health care professional must obtain a medical exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).
§TOC = Transition of Coverage – Not Covered or Step-Therapy Part D medications for which newly enrolled Medicare members will be authorized coverage of continued therapy for one year and is subject to other applicable plan terms and limitations

**Policy**

I.    Medical Exception Criteria

      For **Anafranil, Aventyl, Pamelor, Sinequan, Surmontil, Tofranil** and **Tofranil-PM**

      A.  A documented:

          - Contraindication to two covered alternative agents indicated for the member's condition **OR**
          - Intolerance to two covered alternative agents indicated for the member's condition **OR**
          - Allergy to two covered alternative agents indicated for the member's condition **OR**
          - Failure of an adequate trial of one month each of two covered alternative agents indicated for the member's condition

AET020279

For **Limbitrol/Limbitrol DS**

A.  A documented:

- Contraindication to the corresponding generic agent (amitriptyline/chlordiazepoxide) indicated for the member's condition **OR**
- Intolerance to the corresponding generic agent (amitriptyline/chlordiazepoxide) indicated for the member's condition **OR**
- Allergy to the corresponding generic agent (amitriptyline/chlordiazepoxide) indicated for the member's condition **OR**
- Failure of an adequate trial of one month of the corresponding generic agent (amitriptyline/chlordiazepoxide) indicated for the member's condition

**Adequate Trial(s):**  One month

**Maximum Time of Approval:**  Indefinite

**Notes:**

**Revision Dates**
**Original Policy:**    January 1, 2008
**Revision:**

**The above policy is based on the following references:** References available in the external PCPBs

AET020280

# Restless Leg Syndrome Agents

**Date: January 1, 2008**

## Class Edit Summary*

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|--------|------|--------|-----|-------|-------|-----|-------|------|
| C | bromocriptine | | | | | | | |
| C | cabergoline | | | | | | | |
| C | carbidopa/levodopa RR/SR | | | | | | | |
| C | **Mirapex®** (pramipexole) | | | | | | | |
| C | **Requip®** (ropinirole) | | | | | | | |
| C | **Requip Kit®** (ropinirole) | | | | | | | |
| NC | **Dostinex®** (cabergoline) | | | | | | X | |
| NC | **Parlodel®** (bromocriptine) | | | | | | X | |
| NC | **Sinemet®** (carbidopa/ levodopa) | | | | | | X | |
| NC | **Sinemet CR®** (carbidopa/ levodopa CR) | | | | | | X | |

NOTE: Criteria for many of these meds is also discussed in the Pharmacy Clinical Policy Bulletin: Anti-Parkinson Agents; Criteria for *gabapentin* and Neurontin is also discussed in the Pharmacy Clinical Policy Bulletin: Anticonvulsants

*C = Covered, copay amount depends on benefits plan; CS = Covered, Specialty Tier; NC = Not Covered Part D drug

PR-B/D = Precertification review criteria to determine coverage as Part B or Part D

PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy

‡M EX = Medical Exception – This means the physician or health care professional must obtain a medical exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).

§TOC = Transition of Coverage – Not Covered or Step-Therapy Part D medications for which newly enrolled Medicare members will be authorized coverage of continued therapy for one year and is subject to other applicable plan terms and limitations.

**Policy**

NOTE: Criteria for Anti-parkinson agents is also discussed in the Pharmacy Clinical Policy Bulletin: Anti-Parkinson Agents

I.     Medical Exception Criteria

    A.  A documented:

- Contraindication to two covered alternative agents indicated for the member's condition **OR**
- Intolerance to two covered alternative agents indicated for the member's condition **OR**
- Allergy to two covered alternative agents indicated for the member's condition **OR**
- Failure of an adequate trial of one month of two covered alternative agents indicated for the member's condition

**Adequate Trial(s):** 1 month

AET020281

**Maximum Time of Approval:** Indefinite

**Notes:**

**Revision Dates**
**Original Policy:**    January 1, 2008
**Revision:**

**The above policy is based on the following references:** References available in the external PCPBs

AET020282

I.    Precertification Criteria

A. Quantity limits:    According to the manufacturer, Lyrica, Neurontin, Gabarone, and gabapentin can be dosed up to a maximum daily dose at _____ the interval indicated in the table below. A quantity of _____ gabapentin, Gabarone, or Neurontin will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantify Limits | Max Daily Dose Approvable with Precertification |
|---|---|---|---|---|
| Lyrica | 600mg/ Once or twice daily | 25 mg; 50 mg; 75 mg; 100 mg; 150 mg; 200 mg | Up to 90 capsules in 30 days | Not Available |
| Lyrica | 600mg/ Once or twice daily | 225 mg; 300 mg | Up to 60 capsules in 30 days | Not Available |
| Neurontin, Gabarone, *gabapentin* | 3600 mg / in divided doses daily | All strengths | Up to 180 tablets or capsules in 30 days | 4800 mg |

**NOTE (For Neurontin, Gabarone and gabapentin):** Since a 900mg tablet or capsule is not available, 3 x 300mg caps /dose given TID may be requested. In this case, it is OK to approve a quantity of 9 per day of the 300mg capsules.

**NOTE (For Neurontin, Gabarone and gabapentin):** Since the QL edit allows for 6 x 800mg (4800mg/day), requests for appropriate dosage strengths that are within 4800mg/day are approvable.

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit.  A prior authorization will be granted for coverage of additional quantities of gabapentin, Gabarone, Lyrica or Neurontin for those members who meet the following criterion:

- Member's dose is being titrated by physician (3-month limit) **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.


II.    Step-Therapy Criteria

For **Gabitril, Trileptal** and **Zonegran**

- A documented trial of one month each of two of the following alternatives on the Aetna Medicare Preferred Drug List: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, or Topamax.

**NOTE:  If MD is requesting Trileptal for the treatment of Bipolar disorder, Step-Therapy Criteria is as follows:**

- **A documented trial of one month of one of the following alternatives on the Aetna Medicare Covered Drug List: lamotrigine, Depakote, Depakote ER, Depakote Sprinkles or Lamictal.**

AET020283