I. Precertification Criteria

A. Quantity limits: According to the manufacturer, Lyrica, Neurontin, Gabarone, and gabapentin can be dosed up to a maximum daily dose at the interval indicated in the table below. A quantity of gabapentin, Gabarone, or Neurontin will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits | MaxDaily Dose Approvable with Precertification |
|---|---|---|---|---|
| Lyrica | 600mg/ Once or twice daily | 25 mg; 50 mg; 75 mg; 100 mg; 150 mg; 200 mg | Up to 90 capsules in 30 days | Not Available |
| Lyrica | 600mg/ Once or twice daily | 225 mg; 300 mg | Up to 60 capsules in 30 days | Not Available |
| Neurontin, Gabarone, *gabapentin* | 3600 mg / in divided doses daily | All strengths | Up to 180 tablets or capsules in 30 days | 4800 mg |

**NOTE (For Neurontin, Gabarone and gabapentin):** Since a 900mg tablet or capsule is not available, 3 x 300mg caps /dose given TID may be requested. In this case, it is OK to approve a quantity of 9 per day of the 300mg capsules.

**NOTE (For Neurontin, Gabarone and gabapentin):** Since the QL edit allows for 6 x 800mg (4800mg/day), requests for appropriate dosage strengths that are within 4800mg/day are approvable.

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of gabapentin, Gabarone, Lyrica or Neurontin for those members who meet the following criterion:

- Member's dose is being titrated by physician (3-month limit) **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

II. Step-Therapy Criteria

For **Gabitril, Trileptal** and **Zonegran**

- A documented trial of one month each of two of the following alternatives on the Aetna Medicare Preferred Drug List: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, or Topamax.

**NOTE: If MD is requesting Trileptal for the treatment of Bipolar disorder, Step-Therapy Criteria is as follows:**

- **A documented trial of one month of one of the following alternatives on the Aetna Medicare Covered Drug List: lamotrigine, Depakote, Depakote ER, Depakote Sprinkles or Lamictal.**

For **Lyrica**

- Patient is currently taking or failed (1 month trial) or has a contraindication to ONE (1) of the following classes:

1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
3. Mixed antidepressants - buproprion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *transition of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III. Medical Exception Criteria

For **Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Phenytek, Tegretol** and **Zarontin**

A. A documented:
- Contraindication to two covered formulary agents **OR**
- Intolerance to two covered formulary agents **OR**
- Allergy to two covered formulary agents **OR**
- Failure of an adequate trial of one month each of two covered formulary agents.

**OR**

For **Carbatrol, Dilantin (30mg capsule -ONLY), Felbatol** and **Phenytek**

B. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Carbatrol, Dilantin 30mg capsules, Felbatol, or Phenytek for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

For **Gabitril, Trileptal** and **Zonegran**

A. A documented:
- Contraindication to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
- Intolerance to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax**OR**
- Allergy to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax**OR**
- Failure of an adequate trial of one month each of two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax

**OR**

B. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Gabitril or Trileptal **ONLY** for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

**NOTE: If MD is requesting Trileptal for the treatment of Bipolar disorder, Step- Therapy Criteria is as follows:**

- **A documented trial of one month of one of the following alternatives on the Aetna Medicare Covered Drug List: lamotrigine, Depakote, Depakote ER, Depakote Sprinkles or Lamictal.**

For **Lyrica**

A. Patient is currently taking or failed (1 month trial) or has a contraindication to one (1) of the following classes:

1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
3. Mixed antidepressants - buproprion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

**OR**

B. Member is documented to be currently stabilized on Lyrica or has a diagnosis of fibromyalgia.

**OR**

C. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Lyrica for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits | Max Daily Dose with Precertification |
|---|---|---|---|---|
| *bupropion* Wellbutrin | 450 mg/ three times daily | 75 mg, 100 mg | Up to 180 tablets in 30 days | 600 mg |
| *budeprion* *bupropion SR* Wellbutrin SR | 400 mg/ once or twice daily | 100, 150, 200 mg | Up to 60 tablets in 30 days | 600 mg |
| Wellbutrin XL | 300 mg/ once daily | 150 mg | Up to 30 tablets in 30 days | Not available |
| *budeprion XL* Wellbutrin XL | 300 mg/ once daily | 300mg | Up to 30 tablets in 30 days | Not available |

| | | | | |
|---|---|---|---|---|
| *citalopram* Celexa | 40 mg/ once daily | 10, 20, 40 mg | Up to 30 tablets in 30 days | 80 mg |
| Cymbalta | 60 mg/once or twice daily | 20 mg, 30 mg | Up to 60 capsules in 30 days | 120 mg |
| Cymbalta | 60 mg/ once or twice daily | 60 mg | Up to 30 capsules in 30 days | 120 mg |
| *venlafaxine* Effexor | 375 mg/ two or three times daily | 25mg, 100 mg | Up to 90 tablets in 30 days | 600 mg |
| *venlafaxine* Effexor | 375 mg/ two or three times daily | 37.5 mg | Up to 120 tablets in 30 days | 600 mg |
| *venlafaxine* Effexor | 375 mg/ two or three times daily | 50 mg | Up to 180 tablets in 30 days | 600 mg |
| *venlafaxine* Effexor | 375 mg/ two or three times daily | 75 mg | Up to 150 tablets in 30 days | 600 mg |
| Effexor XR | 225 mg/ once daily | 37.5mg, 75mg | Up to 30 capsules in 30 days | Not available |
| Effexor XR | 225 mg/ once daily | 150mg | Up to 60 capsules in 30 days | Not available |
| *fluoxetine* Prozac | 80 mg/ once or twice daily | 10 mg | Up to 90 tablets or capsules in 30 days | 120 mg |
| *fluoxetine* Prozac | 80 mg/ once or twice daily | 40 mg | Up to 60 capsules in 30 days | 120 mg |
| *fluoxetine* Prozac Rapiflux | 80 mg/ once or twice daily | 20 mg capsules/tablets | Up to 120 in 30 days | 120 mg |
| *fluoxetine* Prozac | 80 mg/ once or twice daily | Liquid 20 mg/5ml | Up to 300 ml in 30 days (10ml/day) | 120 mg |
| Prozac Weekly | 90 mg/ once weekly | 90 mg | Up to 4 capsules in 28 days | 180 mg |
| *fluvoxamine* | 300 mg/ once or twice daily | 25 mg, 50 mg | Up to 30 tablets in 30 days | 600 mg |
| *fluvoxamine* | 300 mg/ once or twice daily | 100 mg | Up to 90 tablets in 30 days | 600 mg |
| Lexapro | 20 mg/ once daily | 5, 10, 20 mg | Up to 30 tablets in 30 days | 60 mg |
| Lexapro | 20 mg/ once daily | Solution 5 mg/5ml | Up to 600 ml in 30 days | 60 mg |
| *maprotiline* | 225 mg/ once or in divided doses | 25 mg | Up to 30 tablets in 30 days | 225 mg |
| *maprotiline* | 225 mg/ once or in divided doses | 50 mg | Up to 60 tablets in 30 days | 225 mg |
| *maprotiline* | 225 mg/ once or in divided doses | 75 mg | Up to 90 tablets in 30 days | 225 mg |
| *mirtazapine* Remeron | 45 mg/ once daily | 7.5mg, 15mg, 30mg, 45mg | Up to 30 tablets or dissolving tablets in 30 days | Not available |
| *paroxetine* Paxil, Pexeva | 60 mg/ once daily | 10 mg, 20 mg | Up to 30 tablets in 30 days | 80 mg |

| *paroxetine* Paxil, Pexeva | 60 mg/ once daily | 30 mg, 40 mg | Up to 60 tablets in 30 days | 80 mg |
|---|---|---|---|---|
| *paroxetine* Paxil | 60 mg/ once daily | Suspension 10mg/5ml | Up to 900 ml in 30 days | 80 mg |
| Paxil CR | 75 mg/ once daily | 12.5mg, 25mg, 37.5 mg | Up to 60 tablets in 30 days | Not available |
| Sarafem | 80 mg/ Once daily | 10 mg | Up to 30 capsules in 30 days | Not available |
| Sarafem | 80 mg/ Once daily | 20 mg | Up to 120 capsules in 30 days | Not available |
| *sertraline* Zoloft | 200 mg/ once daily | 25 mg | Up to 30 tablets in 30 days | 300 mg |
| *sertraline* Zoloft | 200 mg/ once daily | 50 mg | Up to 45 tablets in 30 days | 300 mg |
| *sertraline* Zoloft | 200 mg/ once daily | 100 mg | Up to 60 tablets in 30 days | 300 mg |
| *sertraline* Zoloft | 200 mg/ once daily | Liquid 20mg/ml | Up to 300 ml in 30 days | 300 mg |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of these antidepressants for those members who meet ANY of the following criteria:

- Member requires a dose including half tablets **OR**
- Member's dose is being titrated by physician (3-month limit) **OR**
- Member has had intolerance to drug administered as a single daily dose **OR**
- Member's dose cannot be achieved with proposed qty limits for a given strength (ex. Member needs 375mg per day and would require 5 capsules of Effexor XR 75mg to achieve dose) **OR**
- Member has a diagnosis of Diabetic Peripheral Neuropathy -**For Cymbalta ONLY** (60mg; 60 capsules in 30 days are allowed) **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

**Note:** If the strength requested is not commercially available and falls within the max daily dose limitation, you may approve additional quantities promoting the fewest number of tablets/ capsules.

II. Step-Therapy Criteria

A documented trial of one month of one generic covered alternative agent: budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine - alternatives on the Aetna Medicare Preferred Drug List. **(See list of formulary alternatives for each diagnosis below.)**

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *transition of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III. Medical Exception Criteria

**Note:** If request is for Wellbutrin/SR/XL and the stated diagnosis is 'Smoking Cessation', you can ignore the diagnosis. Review according to Antidepressant criteria, and use appropriate Antidepressant letters. Wellbutrin/SR/XL is <u>not</u> subject to COC Exclusion for Smoking Cessation.

**Cymbalta, Effexor XR, Emsam, nefazodone** and **Wellbutrin XL** are currently listed on the Aetna Step-Therapy List.* If it is medically necessary for a member to be treated *initially* with one of these medications subject to step-therapy, Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below.

**Celexa, Desyrel, Effexor, Lexapro, Paxil, Paxil CR, Pexeva, Prozac, Prozac Weekly, Rapiflux, Remeron, Wellbutrin, Wellbutrin SR** and **Zoloft** are currently Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan* and are on the Aetna Step-Therapy List.* Therefore, they are excluded from coverage for members enrolled in prescription drug benefit plans that use a closed formulary or that require step-therapy criteria, unless a medical exception is granted. Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below:

For **Celexa, Desyrel, nefazodone, Paxil, Paxil CR, Pexeva, Prozac, Prozac Weekly, Rapiflux, Remeron, Wellbutrin, Wellbutrin SR, Wellbutrin XL** and **Zoloft**

A. A documented:
- Intolerance to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Contraindication to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Allergy to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Failure of an adequate trial of one month of one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine.

For **Cymbalta** and **Lexapro** - A **OR** B **OR** C

A. A documented:
- Intolerance to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Contraindication to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Allergy to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Failure of an adequate trial of one month of one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Diagnosis of DPNP (Diabetic Peripheral Neuropathic Pain) (**Cymbalta-*only***)

(See list of formulary alternatives for each diagnosis below.)

**OR**

B. Member is documented to be currently stabilized on one of these antidepressants – Cymbalta or Lexapro **ONLY**

**OR**

C. Transition of Coverage:

- Member is within 90 days of his or her effective date of enrollment

- Member is stable on Cymbalta or Lexapro for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

For **Effexor** and **Effexor XR**- (A **OR** B **OR** C)

A. A documented:
- Intolerance to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Contraindication to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Allergy to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Failure of an adequate trial of one month of one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**

**OR**

B. Member is documented to be currently stabilized on Effexor XR **ONLY**

**OR**

C. Transition of Coverage:

- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Effexor XR for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

For **Emsam**

A. A documented diagnosis of major depressive disorder in patients who do not have a diagnosis of pheochromocytoma and who are not taking SSRIs, SNRIs, TCAs, amphetamines, bupropion, carbamazepine/oxcarbazepine, cyclobenzaprine, dextromethorphan, meperidine, methadone, mirtazapine, propoxyphene, oral selegiline, other MAO inhibitors (for example, isocarboxazid, phenelzine, and tranylcypromine), St. John's Wort, tramadol or vasoconstrictors (for example, ephedrine, pseudoephedrine and phenylephrine)[The medications listed above are contraindicated for use with Emsam; Please note that this is not a complete list of medications that are contraindicated for use with Emsam]

**AND**

B. A documented:

- Intolerance to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Contraindication to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Allergy to one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine **OR**
- Failure of an adequate trial of one month of one generic covered alternative agent – budeprion, budeprion XL, bupropion, bupropion SR, citalopram, fluoxetine, fluvoxamine, paroxetine, mirtazapine, sertraline, trazodone or venlafaxine.

**Paxil suspension** and **Sarafem** currently are Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan.* Therefore, they are excluded from coverage for members enrolled in prescription drug benefit plans that use a closed formulary, unless a medical exception is granted. Aetna considers Paxil suspension and Sarafem to be medically necessary for those members who are new starts and who meet the criteria specified below:

A. A documented:
- Contraindication to a covered alternative: citalopram, fluoxetine, fluvoxamine, paroxetine or sertraline **OR**
- Intolerance to a covered alternative: citalopram, fluoxetine, fluvoxamine, paroxetine or sertraline **OR**
- Allergy to a covered alternative citalopram, fluoxetine, fluvoxamine, paroxetine or sertraline **OR**
- Failure of an adequate trial of one month of a covered alternative: citalopram, fluoxetine, fluvoxamine, paroxetine or sertraline.

**NOTE: Two (2) antidepressants in the brand form will meet criteria for previous trial of prerequisite drug (e.g., documented T/F of Prozac and Zoloft counts as prerequisite).**

**Generics for depression (only generics count as trial for this diagnosis)**

bupropion
bupropion SR
citalopram
fluoxetine
fluvoxamine
mirtazapine
paroxetine
trazodone

**Generics for diabetic peripheral neuropathy**

amitriptyline (Elavil)
clomipramine (Anafranil)
desipramine (Norpramin)
imipramine (Tofranil)
nortriptyline (Aventyl, Pamelor)

bupropion (Wellbutrin /SR) **(brands are subject to FE, QL, ST criteria)**
citalopram (Celexa) **(brand is subject to FE, QL, ST criteria)**
paroxetine (Paxil) **(brand is subject to FE, QL, ST criteria)**
venlafaxine (Effexor /XR) **(brands are subject to FE, QL, ST criteria)**

carbamazepine (Tegretol, Carbitrol, Epitol)
gabapentin (Neurontin)
lamotrigine (Lamictal)
oxacarbazepine (Trileptal)

levodopa (Dopar, Laradopa)
tramadol (Ultram)

(Brand names that are not on the formulary may be useful in peripheral neuropathy)

**Generics suitable for hot flashes**
fluoxetine
paroxetine

**Generics suitable for panic disorder (brands are subject to FE, QL, ST criteria)**
fluoxetine (Prozac)
paroxetine (Paxil, Paxil CR)
sertraline (Zoloft)

**Alternatives for mania**
lithium (Eskalith, Lithobid)
valproic acid, divalproex sodium (Depakote)
olanzapine (Zyprexa)
quetiapine (Seroquel)
risperidone (Risperdal)

**Exception to quantity limit (Imitrex): If member fulfills criteria above, may approve up to 8 kits/30 days. For larger quantities, request must go to a medical director, through appeal process.**

**Exception to quantity limit: If member fulfills criteria above, may approve up to twice the stated limit. For larger quantities, request must go to a medical director, through appeal process.**

**NOTE: Some PPO plans have an annual Imitrex 48-kit limit. For consideration of greater quantities, please contact the Pharmacy Issues Mailbox.**

**Migraine prophylactic agents– Prerequisite for higher quantity only**

verapamil
diltiazem
propranolol
propranolol
atenolol
metoprolol
nadolol
divalproex sodium (DEPAKOTE)
valproic acid (DEPAKENE)
topiramate (TOPAMAX)

amitriptyline
imipramine
desipramine
protriptyline
nortriptyline
doxepin
sertraline (ZOLOFT)
paroxetine
trazodone
bupropion (WELLBUTRIN)

Precertification Criteria - (A **OR** B **OR** C **OR** D) **AND** E

A. A documented diagnosis of narcolepsy or idiopathic hypersomnia

**Note:** The diagnosis of hypersomnia is a covered dx - does not have to be 'idiopathic'. Hyper**ins**omnia is not a covered dx.

**AND**
One of the following:

- Contraindication to one covered alternative indicated for the member's condition **OR**
- Intolerance to one covered alternative indicated for the member's condition **OR**

- Allergy to one covered alternative indicated for the member's condition **OR**
- Failure of an adequate clinical trial of two weeks of one covered alternative indicated for the member's condition **OR**
- Member has a documented diagnosis of hypertension or anxiety or Tourette's, or a documented history or risk of drug abuse/rehab **OR**
- Member is 65 years of age or older

**OR**

B. A documented diagnosis of fatigue associated with multiple sclerosis

**AND**

One of the following:

- Contraindication to one covered alternative indicated for the member's condition **OR**
- Intolerance to one covered alternative indicated for the member's condition **OR**
- Allergy to one covered alternative indicated for the member's condition **OR**
- Failure of an adequate clinical trial of two weeks of one covered alternative indicated for the member's condition **OR**
- Member has a documented diagnosis of hypertension or anxiety or Tourette's, or a documented history or risk of drug abuse/rehab

**OR**

C. A documented diagnosis of obstructive sleep apnea/hypopnea syndrome

**AND**

One of the following:

- Member has already had an adequate therapeutic trial of twelve weeks of continuous positive airway pressure (CPAP) treatment **OR**
- Member has undergone a uvulopalatopharyngoplasty (UPPP) **OR**
- Member is 65 years of age or older

**OR**

D. A documented diagnosis of traumatic brain injury-related fatigue, to promote wakefulness during rehabilitation.

**AND**

E. Quantity limits: According to the manufacturer, Provigil can be dosed once per day, up to a maximum daily dose of 400 mg. A quantity of Provigil as indicated below will be considered medically necessary, if member fulfills criteria A, B, C, or D above:

Provigil 100 mg, 200 mg tablets - up to 60 tablets per 30 days

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. Additional quantities of Provigil will be considered medically necessary for those members who meet ANY of the following criteria:

- Member requires a dose including half tablets **OR**
- Member's dose is being titrated by physician (3 month limit) **OR**
- Member has had intolerance to the drug administered as a single daily dose **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

**Note:** For requests for higher daily doses in narcolepsy, idiopathic hypersomnia, MS fatigue & brain injury, please send a diffusion form.

II. Medical Exception Criteria - A **OR** B **OR** C **OR** D

A. A documented diagnosis of narcolepsy or idiopathic hypersomnia

**Note:** The diagnosis of hypersomnia is a covered dx - does not have to be 'idiopathic'. Hyper**<u>ins</u>**omnia is not a covered dx.

**AND**
One of the following:
- Contraindication to one covered alternative indicated for the member's condition **OR**
- Intolerance to one covered alternative indicated for the member's condition **OR**
- Allergy to one covered alternative indicated for the member's condition **OR**
- Failure of an adequate clinical trial of two weeks of one covered alternative indicated for the member's condition **OR**
- Member has a documented diagnosis of hypertension or anxiety or Tourette's, or a documented history or risk of drug abuse/rehab **OR**
- Member is 65 years of age or older

**See below for a list of alternatives**

**OR**

B. A documented diagnosis of fatigue associated with multiple sclerosis
**AND**
One of the following:
- Contraindication to one covered alternative indicated for the member's condition **OR**
- Intolerance to one covered alternative indicated for the member's condition **OR**
- Allergy to one covered alternative indicated for the member's condition **OR**
- Failure of an adequate clinical trial of two weeks of one covered alternative indicated for the member's condition **OR**
- Member has a documented diagnosis of hypertension or anxiety or Tourette's, or a documented history or risk of drug abuse/rehab

**See below for a list of alternatives**

**OR**

- A documented diagnosis of obstructive sleep apnea/hypopnea syndrome
  **AND**
  One of the following:
  - Member has already had an adequate therapeutic trial of twelve weeks of continuous positive airway pressure (CPAP) treatment **OR**
  - Member has undergone a uvulopalatopharyngoplasty (UPPP) **OR**
  - Member is 65 years of age or older

**OR**

- A documented diagnosis of traumatic brain injury-related fatigue, to promote wakefulness during rehabilitation.

NOTE: Aetna does NOT consider Provigil to be medically necessary for those members with a diagnosis of shift work sleep disorder because this condition is not considered an illness or injury but instead a lifestyle modification.

NOTE: Provigil is considered experimental for treatment of major depressive disorder because its use in this condition is not supported by the peer-reviewed medical literature.

**Note: Treatment-resistant depression may be considered on a case-by-case basis. Please refer for clinical pharmacist review.**

**NOTE: A diagnosis of hypertension or anxiety or Tourette's, or a documented history or risk of drug abuse/rehab is considered a contraindication to use of ALL the formulary alternative stimulants, listed above for narcolepsy/idiopathic hypersomnia.**

**Alternatives on Formulary for Narcolepsy/Idiopathic Hypersomnia**

methylphenidate
methylphenidate SR
methylphenidate SR (METHYLIN ER)
methylphenidate CR (METADATE ER 20 mg)
dextroamphetamine
dextroamphetamine (DEXTROSTAT)
amphetamine/dextroamphetamine
amphetamine/dextroamphetamine XR

**Alternatives on formulary for MS-related Fatigue**

ANY agent listed under Narcolepsy above, OR
amantadine
atypical antidepressants, such as bupropion, venlafaxine/Effexor
SSRIs, such as fluoxetine, paroxetine, sertraline
pemoline – NON-formulary, and not recommended due to toxicity, but may count as prerequisite

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits | Max Daily Dose with Precertification |
|---|---|---|---|---|
| *zolpidem* Ambien | 10 mg/ once daily | 5mg | Up to 60 tablets in 30 days | 20 mg/ single one-time dose or divided doses |
| *zolpidem* Ambien | 10 mg/ once daily | 10mg | Up to 30 tablets in 30 days | 20 mg/ single one-time dose or divided doses |
| Ambien CR | 12.5mg / once daily | 6.25mg, 12.5mg | Up to 30 tablets in 30 days | 12.5 mg/ once daily |
| Lunesta | 3 mg/ once daily | 1mg, 2mg, 3mg | Up to 30 tablets in 30 days for all strengths | 3 mg / once daily |
| Sonata | 10 mg/ once daily | 5mg | Up to 120 capsules in 30 days | 20 mg / once daily |
| Sonata | 10 mg/ once daily | 10mg | Up to 60 capsules in 30 days | 20 mg / once daily |

**NOTE:** You can now override a QL request if the daily dose is within the Max Dose with Precertification guideline.

**NOTE:** Due to the risk of liver toxicity, as of 10/25/2005, the manufacturers of **Cylert** (brand) and **pemoline** (generic) have agreed to stop all sales and marketing in the U.S. Going forward, no approval auths should be necessary

**Policy**

I. Precertification Criteria

A. Quantity limits: According to the manufacturers, the stimulant agents can be