dosed up to a maximum daily dose at the interval(s) as indicated in the table below. A quantity of each drug will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits | Max Daily Dose with Precertification |
|---|---|---|---|---|
| Adderall, amphetamine/ dextroamphet. | 60 mg/ Once or twice daily | 5 mg, 7.5 mg, 10 mg, 12.5mg, 15 mg, 30 mg, | Up to 60 tablets in 30 days | 120 mg/day |
| Adderall, amphetamine/ dextroamphet. | 60 mg/ Once or twice daily | 20 mg | Up to 90 tablets in 30 days | 120 mg/day |
| Adderall XR | 30 mg/ Once or twice daily | 5 mg, 10 mg, 15 mg, 20 mg, 25 mg, 30 mg | Up to 60 capsules in 30 days | 120 mg/day |
| Concerta | 72 mg/ Once or twice daily | 18 mg | Up to 90 tablets in 30 days | 108 mg/day |
| Concerta | 72 mg/ Once or twice daily | 27 mg, 36 mg, 54 mg | Up to 60 tablets in 30 days | 108 mg/day |
| Daytrana | 30mg/ Once daily (remove 9 hours after application) | 10 mg, 15 mg, 20mg, 30 mg | Up to 30 patches in 30 days | Not available |
| Desoxyn methamphetamine | 60 mg/ Once or twice daily | 5 mg | Up to 120 tablets in 30 days | Not available |
| Dexedrine dextroamphet. dextrostat | 60 mg/ Once or twice daily | 5 mg, 10 mg, 15 mg | Up to 120 tablets in 30 days | 60 mg/day |
| Dexedrine spansule CR dextroamphet.CR | 60 mg/ Once or twice daily | 5 mg, 10 mg, 15 mg | Up to 90 capsules in 30 days | 80 mg/day |
| dexmethylphenidate Focalin | 20 mg/ Twice daily | 2.5 mg, 5 mg, 10 mg | Up to 60 tablets in 30 days | 60 mg/day |
| Focalin XR | 20 mg/ Twice daily | 5 mg, 10 mg, 15 mg, 20 mg | Up to 30 capsules in 30 days | 60 mg/day |
| Metadate CD | 60 mg/ Once daily | 10 mg | Up to 30 capsules in 30 days | 120 mg/day |
| Metadate CD | 60 mg/ Once daily | 20 mg | Up to 90 capsules in 30 days | 120 mg/day |
| Metadate CD | 60 mg/ Once daily | 30 mg | Up to 60 capsules in 30 days | 120 mg/day |
| Metadate ER, Methylin, Methylin ER, methylphenidate, methylphen. SR, Ritalin, Ritalin SR | 60 mg/ Two or three times daily | 5 mg, 10 mg, 20 mg | Up to 90 tablets in 30 days | 120 mg/day |
| Methylin chew tablets | 60 mg/ Two or three times daily | 2.5 mg, 5 mg, 10 mg | Up to 180 tablets in 30 days | 120 mg/day |
| Methylin solution | 60 mg/ Two or three times daily | 5 mg/5ml | Up to 1800ml in 30 days (60ml/day) | 120 mg/day |

AET020295

| Methylin solution | 60 mg/ Two or three times daily | 10 mg/5ml | Up to 900ml in 30 days (30ml/day) | 120 mg/day |
|---|---|---|---|---|
| Ritalin LA | 60 mg/ Once daily | 10 mg, 20 mg, 30 mg, 40 mg | Up to 60 capsules in 30 days | 120 mg/day |
| Strattera | 100 mg/ Once or twice daily | 10 mg, 18 mg, 25 mg, 40 mg, 60 mg | Up to 60 capsules in 30 days | 120 mg/day |
| Vyvanse | 70 mg/ Once daily | 30 mg, 50 mg, 70 mg | Up to 30 capsules in 30 days | Not available |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. Additional quantities of stimulant medications will be considered medically necessary for those members who meet ANY of the following criteria:
- Member requires a dose including half tablets OR
- Member's dose is being titrated by physician (3-month limit) OR
- Member has had intolerance to drug administered as a single daily dose OR
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

**NOTE: You can now override a QL request if the daily dose is within the Max Daily Dose with Precertification guideline.**

For **Adderall, Adderall XR, amphetamine/dextroamphetamine, Desoxyn, Dexedrine, Dexedrine CR, dextroamphetamine, dextroamphetamine CR, Dextrostat, methamphetamine** and **Vyvanse**

B. Age limit for members ≥ 65 years of age:

    A. Member has tried and failed alternative drugs that are appropriate in the elderly to treat the condition. OR
    B. Member has been stabilized on the drug for an extended period and discontinuation or change in the drug might result in physical and/or mental impairment. OR
    C. Member is in a critical or terminal state and disruption of therapy at this point would be inappropriate. AND
    Member is being monitored. AND
    Member has no known history of emergency department visits and/or hospital admissions from use of the drug in the member.

II. Step-Therapy Criteria

For **Adderall, Adderall XR, Concerta, Daytrana, Desoxyn, Focalin, Focalin XR, Metadate CD, Metadate ER 10mg, Methylin chew tabs/solution, Ritalin, Ritalin LA, Ritalin SR** and **Strattera**

A documented trial of one month of one of the following covered alternatives: amphetamine/dextroamphetamine, dexmethylphenidate, dextroamphetamine, dextroamphetamine CR, Dextrostat, Metadate ER 20mg, methamphetamine, Methylin tablets, Methylin ER, methylphenidate or methylphenidate SR.

For **Vyvanse**

A documented trial of one month of the covered generic alternative dextroamphetamine CR.

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *transition of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below).

AET020296

**NOTE:** Any covered generic or brand in the Drug Table above can count as a trial for meeting Step Criteria.

III. Medical Exception Criteria

For **Adderall, Adderall XR, Concerta, Daytrana, Desoxyn, Focalin, Focalin XR, Metadate CD, Metadate ER 10mg, Methylin chew tabs/solution, Ritalin, Ritalin LA, Ritalin SR** and **Strattera**

A. A documented:
- Contraindication to one of the following covered alternatives: amphetamine/dextroamphetamine, dexmethylphenidate, dextroamphetamine, dextroamphetamine CR, Dextrostat, Metadate ER 20mg, methamphetamine, Methylin tablets, Methylin ER, methylphenidate or methylphenidate SR **OR,**
- Intolerance to one of the following covered alternatives: amphetamine/dextroamphetamine, dexmethylphenidate, dextroamphetamine, dextroamphetamine CR, Dextrostat, Metadate ER 20mg, methamphetamine, Methylin tablets, Methylin ER, methylphenidate or methylphenidate SR **OR,**
- Allergy to one of the following covered alternatives: amphetamine/dextroamphetamine, dexmethylphenidate, dextroamphetamine, dextroamphetamine CR, Dextrostat, Metadate ER 20mg, methamphetamine, Methylin tablets, Methylin ER, methylphenidate or methylphenidate SR **OR,**
- Failure of an adequate trial of one month of one of the following covered alternatives: amphetamine/dextroamphetamine, dexmethylphenidate, dextroamphetamine, dextroamphetamine CR, Dextrostat, Metadate ER 20mg, methamphetamine, Methylin tablets, Methylin ER, methylphenidate or methylphenidate SR **OR,**
- Member has a medical condition or a valid clinical reason that prevents the member from using a preferred oral alternative (**Daytrana** ONLY) **OR,**
- Member has a documented diagnosis of anxiety, seizure disorder, Tourette's or a documented history or risk of drug abuse/rehabilitation (**Strattera** ONLY)

**OR**

B. Transition of Coverage: FOR **Adderall XR, Concerta, Focalin, Focalin XR, Metadate CD** or **Ritalin LA** - ONLY
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Adderall XR, Concerta, Focalin, Focalin XR, Metadate CD, or Ritalin LA for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

For **Vyvanse**

A. A documented:
- Contraindication to the covered generic alternative dextroamphetamine CR **OR,**
- Intolerance to the covered generic alternative dextroamphetamine CR **OR,**
- Allergy to the covered generic alternative dextroamphetamine CR **OR,**
- Failure of an adequate trial of one month of the covered generic alternative dextroamphetamine CR

For **Dexedrine and Dexedrine CR**

A. A documented:
- Contraindication to one covered alternative **OR,**
- Intolerance to one covered alternative **OR,**
- Allergy to one covered alternative **OR,**
- Failure of an adequate trial of one month of one covered alternative indicated for the member's condition.

AET020297

**NOTE:** For **Strattera,** a concurrent diagnosis of anxiety, seizure disorder, Tourettes, bipolar, or a documented history or risk of drug abuse/rehab is considered a contraindication to use of the formulary alternative stimulants listed above, and Strattera is approvable. However, hypertension is not considered a contraindication to the alternatives or a reason to approve Strattera, because Strattera also has a precaution for use in hypertension.

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. Additional quantities of HMG CoA reductase inhibitors will be considered medically necessary for those members who meet ANY of the following criteria:
- Member requires a dose including half tablets **OR**
- Member's dose is being titrated by physician (3-month limit) **OR**
- Member has had intolerance to drug administered as a single daily dose **OR**
- Member has failed combination therapy and requires higher dose of HMG CoA Reductase Inhibitor (for highest dosage strength of each drug only) **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

NOTE: For members that qualify for Pravachol 80mg, please inform the caller that there is no generic currently available for the 80mg strength and that the member's out-of-pocket cost will be lower with TWO of the pravastatin 40mg tablets (the generic for Pravachol 40mg) vs. ONE of the Pravachol 80mg tablets. The quantity limit for pravastatin 40mg has been increased from one per day to two per day.

II.   Step-Therapy Criteria

For **Altoprev** and **Mevacor**
A documented trial of one month of the covered generic alternative *lovastatin* (any strength).

For **Lescol** and **Lescol XL**
A documented trial of one month of Crestor, Lipitor (at a dose of 40mg/day or higher), lovastatin (at a dose of 20mg/day or higher), pravastatin, simvastatin (at a dose of 40mg/day or higher) or Vytorin - alternatives on the Aetna Medicare Preferred Drug List.

For **Caduet**
A documented trial of one month of concurrent use of both *amlodipine* or Norvasc **AND** one of the following: Lipitor, Vytorin (any dose) OR Crestor OR simvastatin (at a dose of 40mg/day or higher) - alternatives on the Aetna Medicare Preferred Drug List.

NOTE: Caduet is approvable if member is currently on Caduet.

NOTE: Regarding Caduet, any combination product containing amlodipine (i.e. Lotrel) can count as a trial of amlodipine if member had a trial of at least one month to said combination product.

For **Pravachol (10mg, 20mg, 40mg ONLY)**
A documented trial of one month of the covered generic equivalent *pravastatin* (any strength).

For **Pravachol 80mg ONLY**
A documented trial of one month of Crestor, Lipitor, lovastatin (at a dose of 20mg/day or higher), simvastatin (at a dose of 40mg/day or higher) or Vytorin - alternatives on the Aetna Medicare Preferred Drug List.

NOTE: For members that qualify for Pravachol 80mg, please inform the    caller that there is no generic currently available for the 80mg strength and   that the member's out-of-pocket cost will be lower with TWO of the   pravastatin 40mg tablets (the generic for Pravachol 40mg) vs. ONE of the   Pravachol 80mg tablets. The quantity limit for pravastatin 40mg has been    increased from one per day to two per day.

For **Zocor**

AET020298

A documented trial of one month of the covered generic equivalent *simvastatin* (any strength)

If it is medically necessary for a member to be *initially* treated with a medication subject to step-therapy, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III. Medical Exception Criteria

For **Lescol** and **Lescol XL**

A. Member has a documented
- Contraindication to Crestor, Lipitor, lovastatin, pravastatin, simvastatin or Vytorin **OR**
- Intolerance to Crestor, Lipitor, lovastatin, pravastatin, simvastatin or Vytorin **OR**
- Allergy to Crestor, Lipitor, lovastatin, pravastatin, simvastatin or Vytorin **OR**
- Failure of an adequate trial of one month of Crestor, Lipitor (at a dose of 40mg/day or higher), lovastatin (at a dose of 20mg or higher), pravastatin, simvastatin (at a dose of 40mg/day or higher) or Vytorin

**OR**

B. Member is receiving another medication with a potentially clinically significant drug interaction with Crestor, Lipitor, lovastatin, pravastatin, simvastatin or Vytorin

- Potentially interacting drugs include, but are not limited to: gemfibrozil (Lopid), fenofibrate (Tricor), niacin (dose > 1 gram/day); verapamil; amiodarone (Cordarone); cyclosporine (Neoral, Sandimmune); itraconazole (Sporanox); ketoconazole (Nizoral); danazol; erythromycin; clarithromycin (Biaxin); telithromycin (Ketek); nefazodone (Serzone); warfarin (Coumadin); HIV reverse transcriptor inhibitors: such as Zerit (stavudine or d4T) and HIV protease inhibitors: such as amprenavir (Agenerase), fosamprenavir (Lexiva), indinavir (Crixivan), lopinavir (Kaletra), nelfinavir (Viracept), ritonavir (Norvir), saquinavir (Fortovase, Invirase); tipranavir (Aptivus).

For **Altoprev** and **Mevacor**

A. Member has a documented
- Contraindication to the covered generic alternative *lovastatin* **OR**
- Intolerance to the covered generic alternative *lovastatin* **OR**
- Allergy to the covered generic alternative *lovastatin* **OR**
- Failure of an adequate trial of one month of the covered generic alternative *lovastatin* (any strength)

For **Advicor**

A. Member has a documented
- Contraindication to Crestor, fenofibrate, gemfibrozil, Lipitor, lovastatin, pravastatin, simvastatin, Tricor or Vytorin **OR**
- Intolerance to Crestor, fenofibrate, gemfibrozil, Lipitor, lovastatin, pravastatin, simvastatin, Tricor or Vytorin **OR**
- Allergy to Crestor, fenofibrate, gemfibrozil, Lipitor, lovastatin, pravastatin, simvastatin, Tricor or Vytorin **OR**
- Failure of an adequate trial of one month of Crestor, fenofibrate, gemfibrozil, Lipitor, lovastatin, pravastatin, simvastatin, Tricor or Vytorin **OR**
- Member is already receiving lovastatin and niacin ER for antilipidemic therapy (**Advicor only**)

For **Pravachol 10mg, 20mg and 40mg ONLY**

AET020299

A.  Member has a documented
    - Contraindication to the covered generic equivalent *pravastatin* **OR**
    - Intolerance to the covered generic equivalent *pravastatin* **OR**
    - Allergy to the covered generic equivalent *pravastatin* **OR**
    - Failure of an adequate trial of one month of the covered generic equivalent *pravastatin* (any strength)

For **Pravachol 80mg ONLY**

NOTE: For members that qualify for Pravachol 80mg, please inform the caller that there is no generic currently available for the 80mg strength and that the member's out-of-pocket cost will be lower with TWO of the pravastatin 40mg tablets (the generic for Pravachol 40mg) vs. ONE of the Pravachol 80mg tablets. The quantity limit for pravastatin 40mg has been increased from one per day to two per day.

A.  Member has a documented
    - Contraindication to Crestor, Lipitor, lovastatin, simvastatin or Vytorin **OR**
    - Intolerance to Crestor, Lipitor, lovastatin, simvastatin or Vytorin **OR**
    - Allergy to Crestor, Lipitor, lovastatin, simvastatin or Vytorin **OR**
    - Failure of an adequate trial of one month of Crestor, Lipitor, lovastatin (at a dose of 20mg/day or higher), simvastatin (at a dose of 40mg/day or higher) or Vytorin

For **Zocor**

A.  Member has a documented
    - Contraindication to the covered generic equivalent *simvastatin* **OR**
    - Intolerance to the covered generic equivalent *simvastatin* **OR**
    - Allergy to the covered generic equivalent *simvastatin* **OR**
    - Failure of an adequate trial of one month of the covered generic equivalent *simvastatin* (any strength)

For **Caduet**

A.  Member is already receiving *amlodipine* or Norvasc AND atorvastatin/Lipitor for antihypertensive and antilipidemic therapy.
    **OR**

B.  Member is documented to be currently on Caduet.

    **OR**

C.  Member is receiving *amlodipine* or Norvasc and has a documented:
    - Contraindication to one of the covered alternatives, Crestor, simvastatin or Vytorin **OR**
    - Intolerance to one of the covered alternatives, Crestor, simvastatin or Vytorin **OR**
    - Allergy to one of the covered alternatives, Crestor, simvastatin or Vytorin **OR**
    - Failure of an adequate trial of one month of one of the covered alternatives, Crestor, simvastatin (at a dose of 40mg/day or higher) or Vytorin

NOTE: - Per manufacturers' package inserts, the maximum LDL reductions for the various HMGs are:
Lescol (80mg XL) – 36%          Altocor (60mg XL) – 41%
lovastatin (40mg bid) – 40%      Zocor (80mg) – 47%
Advicor (as lovastatin) – 40%    Lipitor (80mg) – 60%
Mevacor (40mg bid) – 40%         Crestor (40mg) – 63%

LDL goals are commonly levels of 100-130, and <100 if member has risk factors.

AET020300

**Adequate Trial(s):**     One month of each therapy tried

**Maximum Time of Approval:** Indefinite

**Notes:**
    **Metabolism:**
        Atorvastatin (Lipitor) P450: CYP3A4
        Fluvastatin (Lescol) P450: CYP2C9
        Lovastatin (generic, Mevacor, Advicor) P450: CYP3A4
        Rosuvastatin (Crestor) P450: CYP2C9
        Simvastatin (Zocor) P450: CYP3A4

**Alternatives on Formulary:**

| HMG CoA Reductase Inhibitors | Calcium Channel Blockers |
|---|---|
| simvastatin | amlodipine (NORVASC) |
| lovastatin | nifedipine/nifedipine CR/ER |
| pravastatin | nicardipine |
| Lipitor | diltiazem/diltiazem CD/CR/ER/XT/ERbeads |
| Crestor | verapamil/verapamil CR/ER/SR |
| Vytorin (also contains Zetia) | |

Note: Nifediac CC is a trade name generic *nifedipine CR*, also referred to as a "branded" generic

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits |
|---|---|---|---|
| nicardipine Cardene | 40 mg Three times daily | 20 mg | Up to 180 capsules in 30 days |
| nicardipine Cardene | 40 mg Three times daily | 30 mg | Up to 120 capsules in 30 days |
| Cardene SR | 60 mg Twice daily | 30 mg, 45 mg | Up to 30 capsules in 30 days |
| Cardene SR | 60 mg Twice daily | 60 mg | No quantity limits |
| isradipine Dynacirc | 20mg/ day | 2.5 mg, 5 mg | Up to 120 capsules in 30 days |
| Dynacirc CR | 20mg/ day | 5 mg | Up to 30 tablets in 30 days |
| Dynacirc CR | 20mg/ day | 10 mg | No quantity limits |
| nifedipine Procardia | 30 mg Four times daily | 10 mg | Up to 360 capsules in 30 days |
| Adalat CC, nifedical XL, nifedipine CR/ER, Procardia XL | 120 mg/ Once daily | 30 mg | Up to 30 tablets in 30 days |
| Adalat CC, nifedical XL | 120 mg/ Once daily | 60 mg | Up to 60 tablets in 30 days |

AET020301

| nifedipine CR/ER, Procardia XL | | | |
|---|---|---|---|
| Adalat CC, nifedical XL, nifedipine CR/ER, Procardia XL | 120 mg/ Once daily | 90 mg | No quantity limits |
| nimodipine Nimotop | 60 mg (two 30 mg capsules) every 4 hours for 21 consecutive days | 30 mg | Up to 252 capsules in 21 days |
| amlodipine, Norvasc, Plendil, felodipine | 10 mg/ Once daily | 2.5mg, 5mg | Up to 30 tablets in 30 days |
| amlodipine, Norvasc, Plendil, felodipine | 10 mg/ Once daily | 10 mg | No quantity limits |
| Sular | 60 mg/ Once daily | 10 mg, 20mg | Up to 30 tablets in 30 days |
| Sular | 60 mg/ Once daily | 30 mg | Up to 60 tablets in 30 days |
| Sular | 60 mg/ Once daily | 40 mg | No quantity limits |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. Additional quantities of calcium channel blockers (dihydropyridines) will be considered medically necessary for those members who meet the following criteria:
- Member requires a dose including half tablets **OR**
- Member's dose is being titrated by physician (3-month limit) **OR**
- Member has had intolerance to drug administered as a single daily dose **OR**
- Member has failed the maximum labeled dose AND has a therapeutic response to a higher dose **OR**
- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

**NOTE:** For diagnosis of Raynaud's, may approve Norvasc 5mg #90/30days.

**NOTE:** Refer Nifedipine QL requests for diagnosis of premature labor to a clinical pharmacist via diffusion form.

For **nifedipine**

B. Age Limits -- For members ≥ 65 years of age.

- Member has tried and failed alternative drugs that are appropriate in the elderly to the treat the condition. **OR**
- Member has been stabilized on the drug for an extended period and discontinuation or change in the drug might result in physical and/or mental impairment. **OR**
- Member is in a critical or terminal state and disruption of therapy at this point would be inappropriate. AND
Member is being monitored. AND
Member has no known history of emergency department visits and/or hospital admissions from use of the drug in the member.

II.  Step-Therapy Criteria

A documented trial of one month of one of the following covered generic alternatives: amlodipine, felodipine,

isradipine, nicardipine, nifedical XL or nifedipine cr/er.

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III.  Medical Exception Criteria

   For **Adalat CC, Cardene, Procardia** and **Procardia XL**

   A. Member has a documented:

   - Contraindication to one of the following covered generic alternatives: amlodipine, felodipine, isradipine, nicardipine, nifedical XL or nifedipine cr/er **OR,**
   - Intolerance to one of the following covered generic alternatives: amlodipine, felodipine, isradipine, nicardipine, nifedical XL or nifedipine cr/er **OR,**
   - Allergy to one of the following covered generic alternatives: amlodipine, felodipine, isradipine, nicardipine, nifedical XL or nifedipine cr/er **OR,**
   - Failure of an adequate trial of one month of one of the following covered generic alternatives: amlodipine, felodipine, isradipine, nicardipine, nifedical XL or nifedipine cr/er

   For **Cardene SR, Dynacirc, Dynacirc CR, Plendil** and **Sular**

   A. Member has a documented:

   - Contraindication to one covered alternative dihydropyridine calcium channel blocker **OR,**
   - Intolerance to one covered alternative dihydropyridine calcium channel blocker **OR,**
   - Allergy to one covered alternative dihydropyridine calcium channel blocker **OR,**
   - Failure of an adequate trial of one month of one covered alternative dihydropyridine calcium channel blocker.

Precertification Criteria

   For **Accutane,** *amnesteem, claravis,* **Isotretinoin** and *sotret*

   A. Diagnosis of severe recalcitrant nodular or cystic acne

   **AND**

   B. One of the following:
   I.   Member already has evidence of scarring **OR**
   II.  Contraindication to either systemic antibiotic, minocycline or doxycycline **OR**
   III. Intolerance to either systemic antibiotic, minocycline or doxycycline **OR**
   IV.  Failure of an adequate trial of one month of either systemic antibiotic, minocycline or doxycycline.

   **Note:** If diagnosis is leukoplakia, refer to pharmacist or send diffusion form.

   **AND**

   C. If female, in accordance with FDA iPLEDGE program that requires completing an informed consent form, obtaining counseling about the risks and requirements for safe use of isotretinoin, and, for women of childbearing potential (non-hysterctomized), complying with required pregnancy testing and use of contraception, patient is

not pregnant (report of negative pregnancy test obtained within the last seven (7) days) and has been counseled about the use of reliable contraception 1 month before, during, and 1 month after isotretinoin therapy.

**Note:** A negative pregnancy test within the last 7 days meets this bullet of criteria. A Precert Tech does not have to determine if the other parts of iPLEDGE program have been completed (consent form, counseling, etc.)

For **Minocin Pac Kit** and **Solodyn**

Under some plans, including plans that use an open or closed formulary, **Minocin Pac Kit** and **Solodyn** are subject to precertification for members less than or equal to 8 years of age. Aetna considers Minocin Pac Kit and Solodyn to be medically necessary for those members who meet the following precertification criteria:

A. Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for medical use of Solodyn in patients younger than 12 years old for acne or in pediatric patients younger than or equal to 8 years old **OR** the medical use of Minocin Pac Kit in pediatric patients younger than or equal to 8 years of old.

AET020304

Aetna National P and T Committee: 8345 (second resubmission)
Not for use outside of the P and T Committee

| Edit | Drug or Class | Resubmission to 2nd (y/n) | Justification of Action |
|---|---|---|---|
| Quantity Limits Review | DEXTROAMPHETAMINE SULFATE | Y | Increase QL to 1/4/1 (four per day) of the CR |
| Quantity Limits Review | EMEND | N | JUSTIFICATION: Same edits as used in 2007, meets FDA-approved labeling dosages and will allow greater quantities if chemotherapy regimen is more frequent than one cycle per month in our criteria. |
| Quantity Limits Review | FOSAMAX PLUS D | N | JUSTIFICATION: FDA-labeling indicates dosing is one tablet/seven days, and package is set up as 4 tablets per package. There fore dosing is one tablet weekly, or four in 28 days. |
| Quantity Limits Review | GABAPENTIN | N | JUSTIFICATION: FDA-labeling dosing guidelines allows beneficiary to get a maximum allowed dose (and more). PI indicates max dose of 3600mg, our edits allow for 4800mg. |
| Quantity Limits Review | KETOROLAC TROMETHAMINE | N | JUSTIFICATION: FDA-labeling indicates a maximum use of oral and injectable combined for a maximum of 5 days of therapy. We allow 5 days of oral, and there is a black box warning on ketorolac, which is a safety concern. |
| Quantity Limits Review | OMEPRAZOLE | N | JUSTIFICATION: Same edits as used in 2007, meets FDA-approved labeling dosages for most commonly seen disorders and will allow greater quantities for Zollinger-Ellison, hypersecretory conditions and others as appropriate. |
| Quantity Limits Review | ONDANSETRON HCL | N | JUSTIFICATION: Same edits as used in 2007, meets FDA-approved labeling dosages and will allow greater quantities if chemotherapy regimen is more frequent than one cycle per month in our criteria. |
| Quantity Limits Review | ONDANSETRON ODT | N | JUSTIFICATION: Same edits as used in 2007, meets FDA-approved labeling dosages and will allow greater quantities if chemotherapy regimen is more frequent than one cycle per month in our criteria. |
| Quantity Limits Review | RELENZA DISKHALER | N | JUSTIFICATION: Same edits as used in 2007, current quantity meets FDA-labeling. Criteria allows for additional fills if there are episodes of influenza outside of usual seasonal outbreaks. |
| Quantity Limits Review | TAMIFLU | N | JUSTIFICATION: Same edits as used in 2007, current quantity meets FDA-labeling. Criteria allows for additional fills if there are episodes of influenza outside of usual seasonal outbreaks. |
| Quantity Limits Review | ZYPREXA ZYDIS | N | JUSTIFICATION: Same edits as used in 2007, meets FDA-approved labeling dosages and exception criteria will allow greater quantities. |
| Restricted Access – Common Medicare Drugs | 5 Alpha-reductase Inhibitors | N | JUSTIFICATION: Drugs included are for males only. PR edit is only if a Female tries to obtain the medication. Gender edit. |
| Restricted Access – Common Medicare Drugs | Bronchodilators, methylxanthines | Y | MODIFY SUBMISSION: remove all methylxanthine PR-AL. |
| Restricted Access – Common Medicare Drugs | Estrogens | N | Added PR-AL as safety issue in elderly population per NCQA/PQA guidelines |
| Restricted Access – Common Medicare Drugs | Long-acting beta agonists | N | JUSTIFICATION: Per SMART study (The Salmeterol Multicenter Asthma Research Trial: a comparison of usual pharmacotherapy for asthma or usual pharmacotherapy plus salmeterol. Chest. 2006 Jan;129(1):15-26) there are safety concerns with using these drugs regarding worsening of asthma and death. These are not first line agents and now have a black box warning. There is also a warning of long-term use on guidelines.gov. Criteria will allow for COPD without other restrictions. |

AET020305

Aetna National P and T Committee: 8345 (third/fourth resubmissions)
Not for use outside of the P and T Committee

| Category | Component | Resubmission (Y/N) | Justification for Action |
|---|---|---|---|
| Discrimination Review | Sedatives/Hypnotics | Y | MODIFY SUBMISSION: Move Sonata to tier one for single tier plans; 2, 3 for others. |
| Quantity Limits Review | GABAPENTIN | Y | MODIFY SUBMISSION: 400mg capsule needs to have increased QL to nine (9)/day |
| Quantity Limits Review | OMEPRAZOLE | Y | MODIFY SUBMISSION: Increase QL to two capsules |
| Quantity Limits Review | PLAN B | Y | MODIFY SUBMISSION: Remove QL |
| RA - Criteria Review | Central Nervous System Agents (Non-amphetamines, Other) | Y | MODIFY SUBMISSION: Add criteria to allow coverage of Provigil for shift work sleep disorder |
| RA - Criteria Review | Hormonal Agents, Stimulant/ Replacement/ Modifying (Sex Hormones/ Modifiers); (Anabolic Steroids) | Y | MODIFY SUBMISSION: Will add to our criteria the many other approved uses from the compendia |
| Six Classes Review | PALIPERIDONE TB24 ORAL | Y | MODIFY SUBMISSION: Move Invega to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Roferon-A 3 MU/0.5ML | Y | MODIFY SUBMISSION: Move to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Lupron Depot 3.75 MG | Y | MODIFY SUBMISSION: Move 3.75mg to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Lupron Depot 11.25 MG | Y | MODIFY SUBMISSION: Move 11.25mg to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Clinisol SF 15% | Y | MODIFY SUBMISSION: Move to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Epogen 2000 UNITS/ML | Y | MODIFY SUBMISSION: Move 2,000 units/ml to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Epogen 4000 UNITS/ML | Y | MODIFY SUBMISSION: Move 4,000 units/ml to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Epogen 3000 UNITS/ML | Y | MODIFY SUBMISSION: Move 3,000 units/ml to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Procrit 2000 UNITS/ML | Y | MODIFY SUBMISSION: Move 2,000 units/ml to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Procrit 3000 UNITS/ML | Y | MODIFY SUBMISSION: Move 3,000 units/ml to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Procrit 4000 UNITS/ML | Y | MODIFY SUBMISSION: Move 4,000 units/ml to tier one for single tier plans; 2, 3 for others. |
| Specialty Tier Placement | Fragmin 2500 UNIT/0.2ML | Y | MODIFY SUBMISSION: Move this strength to tier one for single tier plans; 2, 3 for others. |
| August Submission | Vospire ER | | Moved to NC, 3 and added ST (due to tagging in APMCAS and availability of a generic) |
| August Submission | Pravastatin 40 MG | | Changed QL from 2/day to 1/day (due to the availability of a generic for Pravachol 80 mg) |
| August Submission | Lamisil tablet | | Moved to NC, 3 and added ST (due to availability of a generic) |
| August Submission | Vesanoid capsule | | Moved to NC, 3 (due to availability of a generic) |
| August Submission | Ambien | | Moved to NC, 3 (due to availability of a generic) |

AET020306