**Pharmacy Clinical Policy Bulletins – Aetna Medicare Prescription Drug Plan**

**Subject: Restless Leg Syndrome Agents**

**Class Edit Summary\***

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|--------|------|--------|----|-------|-------|----|-------|------|
| C | *bromocriptine* | | | | | | | |
| C | *cabergoline* | | | | | | | |
| C | *carbidopa/levodopa RR/SR* | | | | | | | |
| C | Mirapex® *(pramipexole)* | | | | | | | |
| C | *pergolide* | | | | | | | |
| C | Requip® *(ropinirole)* | | | | | | | |
| C | Requip Kit® *(ropinirole)* | | | | | | | |
| NC | Dostinex® *(cabergoline)* | | | | | | X | |
| NC | Parlodel® *(bromocriptine)* | | | | | | X | |
| NC | Permax® *(pergolide)* | | | | | | X | |
| NC | Sinemet® *(carbidopa/ levodopa)* | | | | | | X | |
| NC | Sinemet CR® *(carbidopa/ levodopa CR)* | | | | | | X | |

NOTE: Criteria for many of these meds is also discussed in the Pharmacy Clinical Policy Bulletin: Anti-Parkinson Agents; Criteria for *gabapentin* and Neurontin is also discussed in the Pharmacy Clinical Policy Bulletin: Anticonvulsants.

\*C = Covered, copay amount depends on benefits plan;   NC = Not Covered Part D drug
PR-B/D = Precertification review criteria to determine coverage as Part B or Part D
PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy
±M EX = Medical Exception – This means the physician or health care professional must obtain a medical exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).
§TOC = Transition of Coverage –Not Covered or Step-Therapy Part D medications for which newly enrolled Medicare members will be authorized coverage of continued therapy for one year and is subject to other applicable plan terms and limitations.

**Important Note**

This Pharmacy Clinical Policy Bulletin expresses Aetna's determination of whether certain services or supplies are medically necessary. Aetna has reached these conclusions based upon a review of currently available clinical information (including clinical outcome studies in the peer-reviewed published medical literature, regulatory status of the technology, evidence-based guidelines of public health and health research agencies, evidence-based guidelines and positions of leading national health professional organizations, views of physicians practicing in relevant clinical areas, and other relevant factors). Aetna expressly reserves the right to revise these conclusions as clinical information changes, and welcomes further relevant information. Each benefits plan defines which services are covered, which are excluded, and which are subject to dollar caps or other limits. Members and their health care providers will need to consult the member's benefits plan to determine if there are any exclusions or other benefit limitations applicable to this service or supply. The conclusion that a particular service or supply is medically necessary does not constitute a representation or warranty that this service or supply is covered (that is, will be paid for by Aetna) for a particular member. The member's benefits plan determines coverage. Some plans exclude coverage for services or supplies that Aetna considers medically necessary. If there is a discrepancy between this policy and a member's plan of benefits, the benefits plan will govern. In addition, coverage may be mandated by applicable legal requirements of a state, the federal government or CMS for Medicare and Medicaid members. CMS's Coverage Database can be found on the following website: http://www.cms.hhs.gov/center/coverage.asp.

AET020307

**Policy**

I.    Medical Exception Criteria

**Dostinex, Parlodel, Permax, Sinemet** and **Sinemet CR** are currently Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan.*  Therefore, they are excluded from coverage for members enrolled in prescription drug benefits plans that use a closed formulary, unless a medical exception is granted.  Aetna considers Dostinex, Parlodel, Permax, Sinemet and Sinemet CR to be medically necessary for those members who meet the following criteria:

A.   A documented:

- Contraindication to two preferred alternative agents indicated for the member's condition **OR**
- Intolerance to two preferred alternative agents indicated for the member's condition **OR**
- Allergy to two preferred alternative agents indicated for the member's condition **OR**
- Failure of an adequate trial of one month of two preferred alternative agents indicated for the member's condition

*Coverage is provided through a Medicare Prescription Drug Plan Sponsor with a Medicare contract and benefits, limitations, service areas and premiums are subject to change on January 1 of each year.

Information regarding Aetna's Medicare Preferred Drug List, Precertification and Step-Therapy lists is available on our website.  In addition, members should refer to their plan documents and may call the toll-free telephone number on their ID card for information regarding their benefits. Health care professionals also may obtain information by calling the Pharmacy Management Precertification Unit at 1-800-414-2386, or providers may register to use our password-protected provider website. Visit www.aetna.com, select "Doctors & Hospitals" and choose "Physician Self-Service".  Once registration is completed, health care professionals may use our online Precertification/medical exception email request form.

The lists above are subject to change. Not all programs - for example step-therapy, precertification and quantity limits - are available in all service areas (for example, step-therapy does not apply to fully insured New Jersey members).

Many medications on the Aetna Medicare Preferred Drug List are subject to manufacturer rebate arrangements between Aetna and the manufacturer of those medications. If the member's prescription benefits plan has a deductible or copay levels based on a percentage of Aetna's contracted rate with the participating pharmacy, the contracted rate does not include or reflect any manufacturer rebate arrangements between Aetna and the medication manufacturer.  In prescription plans with a deductible or copayment or coinsurance tiers, use of drugs from the Aetna Medicare Preferred Drug List generally will result in lower costs to members.  However, where the prescription plan utilizes a deductible or copayments or coinsurance calculated on a percentage basis, there could be some circumstances in which a preferred drug would cost the member more than a nonpreferred drug because (1) the negotiated pharmacy payment rate for the preferred drug may be more than the negotiated pharmacy payment rate for the nonpreferred drug, and (2) rebates received by Aetna from drug manufacturers are not reflected in the cost of a prescription drug obtained by a member. The Aetna Medicare Preferred Drug List is subject to change.

Nothing in this section shall preclude the prescribing health care professional from prescribing another drug covered by the plan that is medically appropriate for the enrollee, nor shall anything in this section be construed to prohibit generic drug substitutions.

AET020308

**Place of Service:**

    Outpatient

**The above policy is based on the following references:**

1. USP DI® Drug Information For The Health Care Professional - 26th Ed. (online from www.statref.com) Thomson Micromedex, Greenwood Village, CO. 2006

2. AHFS Drug Information® with AHFSfirstReleases®. (online from www.statref.com), American Society Of Health-System Pharmacists®, Bethesda, MD. 2006.

3. DRUGDEX® System: Klasco RK (Ed): DRUGDEX® System. Online edition. Thomson Micromedex, Greenwood Village, CO.

4. Drug Facts and Comparisons on-line. (www.drugfacts.com), Wolters Kluwer Health, St. Louis, MO. 2006

5. PDR® Electronic Library, Thomson Micromedex, Greenwood Village, Colorado (Edition expires 2006).

6. Fick DM, Cooper JW, Wade WE, et al. Updating the Beers criteria for potentially inappropriate medication use in older adults. *Arch Intern Med.* 2003;163:2716-24.

7. Zahn C, Sangl J, Bierman AS, et al. Potentially inappropriate medication use in the community-dwelling elderly. *JAMA.* 2001;286:2823-29.

Property of Aetna Inc. All rights reserved. Pharmacy Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

January 1, 2007

AET020309

**Pharmacy Clinical Policy Bulletins – Aetna Medicare Prescription Drug Plan**

**Subject: Anticonvulsants**

**Class Edit Summary\***

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|---|---|---|---|---|---|---|---|---|
| C | *carbamazepine* | | | | | | | |
| C | *ethosuximide* | | | | | | | |
| C | *gabapentin* | | | X | | | | |
| C | *lamotrigine* | | | | | | | |
| C | *phenytoin* | | | | | | | |
| C | *primidone* | | | | | | | |
| C | *valproic acid* | | | | | | | |
| C | *zonisamide* | | | | | | | |
| C | *epitol (carbamazepine)* | | | | | | | |
| C | Celontin® *(methsuximide)* | | | | | | | |
| C | Depakote® *(divalproex)* | | | | | | | |
| C | Depakote ER® *(divalproex)* | | | | | | | |
| C | Depakote Sprinkles® *(divalproex)* | | | | | | | |
| C | Dilantin® chew *(phenytoin chew tablet)* | | | | | | | |
| C | Felbatol® *(felbamate)* | | | | | | | |
| C | Gabitril® *(tiagabine)* | | | | | X | X | X |
| C | Keppra® *(levetiracetam)* | | | | | | | |
| C | Lamictal® *(lamotrigine)* | | | | | | | |
| C | Lyrica® *(pregabalin)* | | X | X | | X | X | X |
| C | Neurontin® solution *(gabapentin)* | | | | | | X | |
| C | Peganone® *(ethotoin)* | | | | | | | |
| C | Tegretol XR® *(carbamazepine ER)* | | | | | | | |
| C | Topamax® *(topiramate)* | | | | | | | |
| C | Trileptal® *(oxcarbazepine)* | | | | | X | X | X |
| NC | Carbatrol® *(carbamazepine ER)* | | | | | | X | X |
| NC | Depakene® *(valproic acid)* | | | | | | X | |
| NC | Dilantin® *(phenytoin ER)* | | | | | | X | X |
| NC | Gabarone® *(gabapentin)* | | | X | | | X | |
| NC | Mysoline® *(primidone)* | | | | | | X | |
| NC | Neurontin® *(gabapentin tablets and capsules )* | | | X | | | X | |
| NC | Phenytek® *(phenytoin ER)* | | | | | | X | X |
| NC | Tegretol® *(carbamazepine)* | | | | | | X | |
| NC | Zarontin® *(ethosuximide)* | | | | | | X | |
| NC | Zonegran® *(zonisamide)* | | | | | X | X | |

\*C = Covered, copay amount depends on benefits plan;   NC = Not Covered Part D drug
PR-B/D = Precertification review criteria to determine coverage as Part B or Part D
PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy
‡M EX = Medical Exception – This means the physician or health care professional must obtain a medical exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).
§TOC = Transition of Coverage –Not Covered or Step-Therapy Part D medications for which newly enrolled Medicare members will be authorized coverage of continued therapy for one year and is subject to other applicable plan terms and limitations.

**NOTE:  Criteria for antipsychotics-bipolar is also discussed in the Pharmacy Clinical Policy Bulletin: Antipsychotic-Bipolar Agents**

Important Note

AET020310

This Pharmacy Clinical Policy Bulletin expresses Aetna's determination of whether certain services or supplies are medically necessary. Aetna has reached these conclusions based upon a review of currently available clinical information (including clinical outcome studies in the peer-reviewed published medical literature, regulatory status of the technology, evidence-based guidelines of public health and health research agencies, evidence-based guidelines and positions of leading national health professional organizations, views of physicians practicing in relevant clinical areas, and other relevant factors). Aetna expressly reserves the right to revise these conclusions as clinical information changes, and welcomes further relevant information. **Each benefits plan defines which services are covered, which are excluded, and which are subject to dollar caps or other limits. Members and their health care providers will need to consult the member's benefits plan to determine if there are any exclusions or other benefit limitations applicable to this service or supply.** The conclusion that a particular service or supply is medically necessary does not constitute a representation or warranty that this service or supply is covered (that is, will be paid for by Aetna) for a particular member. The member's benefits plan determines coverage. Some plans exclude coverage for services or supplies that Aetna considers medically necessary. If there is a discrepancy between this policy and a member's plan of benefits, the benefits plan will govern. In addition, coverage may be mandated by applicable legal requirements of a state, the federal government or CMS for Medicare and Medicaid members. CMS's Coverage Database can be found on the following website: http://www.cms.hhs.gov/center/coverage.asp.

**Policy**

I.   Precertification Criteria

Under some plans, including plans that use an open or closed formulary, ***gabapentin*, Gabarone, Lyrica** and **Neurontin** are subject to precertification. If precertification requirements apply Aetna considers Neurontin or gabapentin to be medically necessary for those members who meet the following precertification criteria:

A **OR** B **OR** (C and D) **OR** E

A.  **Lyrica**

A.  Patient has a diagnosis of Diabetic Neuropathy

**OR**

B. Patient has a diagnosis of Post-herpetic neuralgia

**OR**

C. Patient has a diagnosis of partial seizures with or without secondary generalization

**AND**

D. Patient is currently on an anticonvulsant therapy such as lamotrigine (Lamictal®), gabapentin (Neurontin®), oxcarbazepine (Trileptal®), topiramate (Topamaz®), valproic acid (Depakote®), carbamazepine (Tegretol®).

**OR**

E. Member is documented to be currently stabilized on Lyrica.

B. Quantity limits:    According to the manufacturer, Lyrica, Neurontin, Gabarone, and gabapentin can be dosed up to a maximum daily dose at the interval indicated in the table below. A quantity of gabapentin, Gabarone, or Neurontin will be considered medically necessary as indicated in the table below:

AET020311

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits |
|---|---|---|---|
| Lyrica | 600mg/ Once or twice daily | 25 mg; 50 mg; 75 mg; 100 mg; 150 mg; | Up to 90 capsules in 30 days |
| Neurontin, Gabarone, *gabapentin* | 3600 mg / in divided doses daily | All strengths | Up to 180 tablets or capsules in 30 days |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of gabapentin, Gabarone or Neurontin for those members who meet the following criterion:

- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

II.    Step-Therapy Criteria

Under some plans, including plans that use an open or closed formulary, **Gabitril, Lyrica, Trileptal and Zonegran** are subject to step-therapy. Aetna considers Gabitril, Trileptal and Zonegran to be medically necessary for those members who are new starts on these medications and who meet the following step-therapy criterion:

**For Gabitril, Trileptal and Zonegran**

- A documented trial of one month each of two of the following alternatives on the Aetna Medicare Preferred Drug List: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, or Topamax.

**For Lyrica**

- Patient is currently taking or failed (1 month trial) or has a contraindication to one (1) of the following classes:
  1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
  2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
  3. Mixed antidepressants - buproprion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *transition of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III.    Medical Exception Criteria

AET020312

**Gabitril, Lyrica, Trileptal, and Zonegran** currently are listed on the Aetna Step-Therapy List.* If it is medically necessary for a member to be treated *initially* with one of these medications subject to step-therapy, Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below.

**Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol and Zarontin** are currently Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan.* Therefore, they are excluded from coverage for members enrolled in prescription drug benefits plans that use a closed formulary, unless a medical exception is granted. Aetna considers Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol and Zarontin to be medically necessary for those members who are new starts on these medications and who meet the following criteria:

**For Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol and Zarontin**

A. A documented:
- Contraindication to two covered formulary agents **OR**
- Intolerance to two covered formulary agents **OR**
- Allergy to two covered formulary agents **OR**
- Failure of an adequate trial of one month each of two covered formulary agents.

**OR**

**For Carbatrol, Dilantin (30mg capsule -ONLY), Felbatol and Phenytek**

B. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Carbatrol, Dilantin 30mg capsules, Felbatol, or Phenytek for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

**For Gabitril, Trileptal and Zonegran**
A. A documented:
- Contraindication to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
- Intolerance to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax**OR**
- Allergy to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax**OR**
- Failure of an adequate trial of one month each of two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax

**OR**

AET020313

B. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Gabitril or Trileptal ONLY for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

For Lyrica

A OR B OR (C and D) OR E AND F OR G

A. Patient has a diagnosis of Diabetic Neuropathy

OR

B. Patient has a diagnosis of Post-herpetic neuralgia

OR

C. Patient has a diagnosis of partial seizures with or without secondary generalization

AND

D. Patient is currently on an anticonvulsant therapy such as lamotrigine (Lamictal®), gabapentin (Neurontin®), oxcarbazepine (Trileptal®), topiramate (Topamax®), valproic acid (Depakote®), carbamazepine (Tegretol®).

OR

E. Member is documented to be currently stabilized on Lyrica.

AND

F. Patient is currently taking or failed (1 month trial) or has a contraindication to one (1) of the following classes:
1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
3. Mixed antidepressants - buproprion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

OR

G. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Lyrica for 30 days or longer

If applicable, quantity limits, age or gender edits will apply. Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

AET020314

"Coverage is provided through a Medicare Prescription Drug Plan Sponsor with a Medicare contract and benefits, limitations, service areas and premiums are subject to change on January 1 of each year."

Information regarding Aetna's Medicare Preferred Drug List, Precertification and Step-Therapy lists is available on our website. In addition, members should refer to their plan documents and may call the toll-free telephone number on their ID card for information regarding their benefits. Health care professionals also may obtain information by calling the Pharmacy Management Precertification Unit at 1-800-414-2386; or providers may register to use our password-protected provider website. Visit www.aetna.com; select "Doctors & Hospitals" and choose "Physician Self-Service". Once registration is completed, health care professionals may utilize our online Precertification/medical exception email request form.

The lists above are subject to change. Not all programs - for example step-therapy, precertification and quantity limits - are available in all service areas (for example, step-therapy does not apply to fully insured New Jersey members).

Many medications on the Aetna Medicare Preferred Drug List are subject to manufacturer rebate arrangements between Aetna and the manufacturer of those medications. If the member's prescription benefits plan has a deductible or copay levels based on a percentage of Aetna's contracted rate with the participating pharmacy, the contracted rate does not include or reflect any manufacturer rebate arrangements between Aetna and the medication manufacturer. In prescription plans with a deductible or copayment or coinsurance tiers, use of drugs from the Aetna Medicare Preferred Drug List generally will result in lower costs to members. However, where the prescription plan utilizes a deductible or copayments or coinsurance calculated on a percentage basis, there could be some circumstances in which a preferred drug would cost the member more than a nonpreferred drug because (1) the negotiated pharmacy payment rate for the preferred drug may be more than the negotiated pharmacy payment rate for the nonpreferred drug, and (2) rebates received by Aetna from drug manufacturers are not reflected in the cost of a prescription drug obtained by a member. The Aetna Medicare Preferred Drug List is subject to change.

Nothing in this section shall preclude the prescribing health care professional from prescribing another drug covered by the plan that is medically appropriate for the enrollee, nor shall anything in this section be construed to prohibit generic drug substitutions.

**Place of Service:**

   Outpatient

**The above policy is based on the following references:**

1. Olin BR, editor. eFacts internet site. *Facts and Comparisons*, St. Louis, MO. 2004
2. McEvoy GK, editor. AHFSfirst; *American Hospital Formulary Service Drug Information* 2002. Bethesda, MD: The American Society of Health-System Pharmacists, Inc., 2002
3. The United States Pharmacopeial Convention, Inc. and Micromedex, Inc. *USP-DI Desktop Series*. Micromedex/USP, Montvale, NJ. 2002.
4. Noel JM. University of Maryland School of Pharmacy. Presented at 2003 Psychiatric Pharmacy Specialty Examination Review Course. Charleston, SC, May 2003
5. National Institute for Clinical Evidence (NICE), UK. Assessment report: A rapid and systematic review of the clinical effectiveness, tolerability and cost effectiveness of newer drugs for epilepsy in adults. http://www.nice.org.uk/docref.asp?d=76399. 2003
6. National Institute for Clinical Evidence (NICE), UK. Assessment report: The clinical effectiveness and cost-effectiveness of newer drugs for children with epilepsy. http://www.nice.org.uk/docref.asp?d=76694. 2003

AET020315

7. Diaz-Arrastia R, Agostini MA, Van Ness PC. Evolving treatment strategies for epilepsy. *JAMA.* 2002;287:2917-20.
8. Fick DM, Cooper JW, Wade WE, et al. Updating the Beers criteria for potentially inappropriate medication use in older adults. *Arch Intern Med.* 2003;163:2716-24.
9. Zahn C, Sangl J, Bierman AS, et al. Potentially inappropriate medication use in the community-dwelling elderly. *JAMA.* 2001;286:2823-29.
10. French JA, Kanner AM, Bautista J, et al. Efficacy and tolerability of the new antiepileptic drugs I: Treatment of new onset epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. *Neurology.* 2004; 62: 1252-1260.
11. French JA, Kanner AM, Bautista J, et al. Efficacy and tolerability of the new antiepileptic drugs II: Treatment of refractory epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. *Neurology.* 2004; 62: 1261-1273.

Property of Aetna Inc. All rights reserved. Pharmacy Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

January 1, 2007

AET020316

**Pharmacy Clinical Policy Bulletins – Aetna Medicare Prescription Drug Plan**

**Subject: Anticonvulsants**

**Class Edit Summary***

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|---|---|---|---|---|---|---|---|---|
| C | *carbamazepine* | | | | | | | |
| C | *ethosuximide* | | | | | | | |
| C | *gabapentin* | | | X | | | | |
| C | *lamotrigine* | | | | | | | |
| C | *phenytoin* | | | | | | | |
| C | *valproic acid* | | | | | | | |
| C | *epitol (carbamazepine)* | | | | | | | |
| C | *zonisamide* | | | | | | | |
| C | Celontin® *(methsuximide)* | | | | | | | |
| C | Depakote® *(divalproex)* | | | | | | | |
| C | Depakote ER® *(divalproex)* | | | | | | | |
| C | Depakote Sprinkles® *(divalproex)* | | | | | | | |
| C | Dilantin® chew *(phenytoin chew tablet)* | | | | | | | |
| C | Felbatol® *(felbamate)* | | | | | | | |
| C | Gabitril® *(tiagabine)* | | | | | X | X | X |
| C | Keppra® *(levetiracetam)* | | | | | | | |
| C | Lamictal® *(lamotrigine)* | | | | | | | |
| C | Peganone® *(ethotoin)* | | | | | | | |
| C | Tegretol XR® *(carbamazepine ER)* | | | | | | | |
| C | Topamax® *(topiramate)* | | | | | | | |
| C | Trileptal® *(oxcarbazepine)* | | | | | X | X | X |
| C | Zonegran® *(zonisamide)* | | | | | X | X | X |
| NC | Carbatrol® *(carbamazepine ER)* | | | | | | X | X |
| NC | Depakene® *(valproic acid)* | | | | | | X | |
| NC | Diastat® *(diazepam rectal gel)* | | | | | | X | X |
| NC | Dilantin® *(phenytoin ER)* | | | | | | X | X |
| NC | Gabarone® *(gabapentin)* | | | X | | | X | |
| NC | Neurontin® *(gabapentin)* | | | X | | | X | |
| NC | Neurontin® solution *(gabapentin)* | | | | | | X | X |
| NC | Phenytek® *(phenytoin ER)* | | | | | | X | X |
| NC | Tegretol® *(carbamazepine)* | | | | | | X | |
| NC | Zarontin® *(ethosuximide)* | | | | | | X | |

*C = Covered, copay amount depends on benefits plan;   NC = Not Covered Part D drug
PR-B/D = Precertification review criteria to determine coverage as Part B or Part D
PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy
‡M EX = Medical Exception – This means the physician or health care professional must obtain a medical
exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply
to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to
Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member
to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).
§TOC = Transition of Coverage –Not Covered or Step-Therapy Part D medications for which newly enrolled
Medicare members will be authorized coverage of continued therapy for one year and is subject to other
applicable plan terms and limitations.

**Important Note**

This Pharmacy Clinical Policy Bulletin expresses Aetna's determination of whether certain
services or supplies are medically necessary. Aetna has reached these conclusions based upon
a review of currently available clinical information (including clinical outcome studies in the peer-
reviewed published medical literature, regulatory status of the technology, evidence-based

AET020317

guidelines of public health and health research agencies, evidence-based guidelines and positions of leading national health professional organizations, views of physicians practicing in relevant clinical areas, and other relevant factors). Aetna expressly reserves the right to revise these conclusions as clinical information changes, and welcomes further relevant information. **Each benefits plan defines which services are covered, which are excluded, and which are subject to dollar caps or other limits. Members and their health care providers will need to consult the member's benefits plan to determine if there are any exclusions or other benefit limitations applicable to this service or supply.** The conclusion that a particular service or supply is medically necessary does not constitute a representation or warranty that this service or supply is covered (that is, will be paid for by Aetna) for a particular member. The member's benefits plan determines coverage. Some plans exclude coverage for services or supplies that Aetna considers medically necessary. If there is a discrepancy between this policy and a member's plan of benefits, the benefits plan will govern. In addition, coverage may be mandated by applicable legal requirements of a state, the federal government or CMS for Medicare and Medicaid members. CMS's Coverage Database can be found on the following website: http://www.cms.hhs.gov/center/coverage.asp.

**Policy**

I.    Precertification Criteria

Under some plans, including plans that use an open or closed formulary, *gabapentin*, **Gabarone** and **Neurontin** are subject to precertification. If precertification requirements apply Aetna considers Neurontin or gabapentin to be medically necessary for those members who meet the following precertification criteria:

A. Quantity limits:
According to the manufacturer, Neurontin, Gabarone, and gabapentin can be dosed up to a maximum daily dose at the interval indicated in the table below. A quantity of gabapentin, Gabarone, or Neurontin will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits |
| --- | --- | --- | --- |
| Neurontin, Gabarone, *gabapentin* | 3600 mg / in divided doses daily | All strengths | Up to 180 tablets or capsules in 30 days |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of gabapentin, Gabarone or Neurontin for those members who meet the following criterion:

- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

II.   Step-Therapy Criteria

Under some plans, including plans that use an open or closed formulary, **Gabitril**, **Trileptal** and **Zonegran** are subject to step-therapy. Aetna considers Gabitril, Trileptal

AET020318

and Zonegran to be medically necessary for those members who are new starts on these medications and who meet the following step-therapy criterion:

- A documented trial of one month each of two of the following alternatives on the Aetna Medicare Preferred Drug List: carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, or Topamax.

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *transition of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III.    Medical Exception Criteria

**Gabitril, Trileptal,** and **Zonegran** currently are listed on the Aetna Step-Therapy List.* If it is medically necessary for a member to be treated *initially* with one of these medications subject to step-therapy, Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below.

**Carbatrol, Depakene, Diastat, Dilantin, Gabarone,  Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol** and **Zarontin** are currently Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan.*   Therefore, they are excluded from coverage for members enrolled in prescription drug benefits plans that use a closed formulary, unless a medical exception is granted.  Aetna considers Carbatrol, Depakene, Diastat, Dilantin, Gabarone, Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol and Zarontin to be medically necessary for those members who are new starts on these medications and who meet the following criteria:

For **Carbatrol, Depakene, Diastat, Dilantin, Gabarone, Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol** and **Zarontin**

A.    A documented:
- Contraindication to two covered formulary agents **OR**
- Intolerance to two covered formulary agents **OR**
- Allergy to two covered formulary agents **OR**
- Failure of an adequate trial of one month of two covered formulary agents.

**OR**

For **Carbatrol, Dilantin – (30mg capsule -ONLY), Diastat , Felbatol, Neurontin solution-ONLY** and **Phenytek**

B.    Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Dilantin 30mg capsules, Diastat, Felbatol, Neurontin solution, or Phenytek for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

AET020319

If the member has been a Medicare member for 91 days or longer and is not residing in a LTC facility then standard precertification, step-therapy, or medical exception criteria will apply.

**For Gabitril, Trileptal and Zonegran**
A. A documented:
- Contraindication to two covered alternatives carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
- Intolerance to two covered alternatives carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
- Allergy to two covered alternatives carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
- Failure of an adequate trial of one month of two carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax

**OR**

B. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Gabitril, Trileptal, or Zonegran for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer and is not residing in a LTC facility then standard precertification, step-therapy, or medical exception criteria will apply.

*Coverage is provided through a Medicare Prescription Drug Plan Sponsor with a Medicare contract and benefits, limitations, service areas and premiums are subject to change on January 1 of each year.

Information regarding Aetna's Medicare Preferred Drug List, Precertification and Step-Therapy lists is available on our website. In addition, members should refer to their plan documents and may call the toll-free telephone number on their ID card for information regarding their benefits. Health care professionals also may obtain information by calling the Pharmacy Management Precertification Unit at 1-800-414-2386, or providers may register to use our password-protected provider website. Visit www.aetna.com, select "Doctors & Hospitals" and choose "Physician Self-Service". Once registration is completed, health care professionals may utilize our online Precertification/medical exception email request form.

The lists above are subject to change. Not all programs - for example step-therapy, precertification and quantity limits - are available in all service areas (for example, step-therapy does not apply to fully insured New Jersey members).

Many medications on the Aetna Medicare Preferred Drug List are subject to manufacturer rebate arrangements between Aetna and the manufacturer of those medications. If the

AET020320

member's prescription benefits plan has a deductible or copay levels based on a percentage of Aetna's contracted rate with the participating pharmacy, the contracted rate does not include or reflect any manufacturer rebate arrangements between Aetna and the medication manufacturer. In prescription plans with a deductible or copayment or coinsurance tiers, use of drugs from the Aetna Medicare Preferred Drug List generally will result in lower costs to members. However, where the prescription plan utilizes a deductible or copayments or coinsurance calculated on a percentage basis, there could be some circumstances in which a preferred drug would cost the member more than a nonpreferred drug because (1) the negotiated pharmacy payment rate for the preferred drug may be more than the negotiated pharmacy payment rate for the nonpreferred drug; and (2) rebates received by Aetna from drug manufacturers are not reflected in the cost of a prescription drug obtained by a member. The Aetna Medicare Preferred Drug List is subject to change.

Nothing in this section shall preclude the prescribing health care professional from prescribing another drug covered by the plan that is medically appropriate for the enrollee, nor shall anything in this section be construed to prohibit generic drug substitutions.

**Place of Service:**

   Outpatient

**The above policy is based on the following references:**

19. Olin BR, editor. eFacts internet site. *Facts and Comparisons,* St. Louis, MO. 2004
20. McEvoy GK, editor. AHFSfirst; *American Hospital Formulary Service Drug Information* 2002. Bethesda, MD: The American Society of Health-System Pharmacists, Inc., 2002
21. The United States Pharmacopeial Convention, Inc. and Micromedex, Inc. *USP-DI Desktop Series.* Micromedex/USP, Montvale, NJ. 2002.
22. Noel JM. University of Maryland School of Pharmacy. Presented at 2003 Psychiatric Pharmacy Specialty Examination Review Course. Charleston, SC, May 2003
23. National Institute for Clinical Evidence (NICE), UK. Assessment report: A rapid and systematic review of the clinical effectiveness, tolerability and cost effectiveness of newer drugs for epilepsy in adults. http://www.nice.org.uk/docref.asp?d=76399. 2003
24. National Institute for Clinical Evidence (NICE), UK. Assessment report: The clinical effectiveness and cost-effectiveness of newer drugs for children with epilepsy. http://www.nice.org.uk/docref.asp?d=76694. 2003
25. Diaz-Arrastia R, Agostini MA, Van Ness PC. Evolving treatment strategies for epilepsy. *JAMA.* 2002;287:2917-20.
26. Fick DM, Cooper JW, Wade WE, et al. Updating the Beers criteria for potentially inappropriate medication use in older adults. *Arch Intern Med.* 2003;163:2716-24.
27. Zahn C, Sangi J, Bierman AS, et al. Potentially inappropriate medication use in the community-dwelling elderly. *JAMA.* 2001;286:2823-29.
28. French JA, Kanner AM, Bautista J, et al. Efficacy and tolerability of the new antiepileptic drugs I: Treatment of new onset epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. *Neurology.* 2004; 62: 1252-1260.
29. French JA, Kanner AM, Bautista J, et al. Efficacy and tolerability of the new antiepileptic drugs II: Treatment of refractory epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. *Neurology.* 2004; 62: 1261-1273.

AET020321

Property of Aetna Inc. All rights reserved. Pharmacy Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

January 1, 2006

AET020322

Aetna Health Inc., Aetna Life Insurance Co.
Precertification List
CMS submission
August 2006

Antibacterials - Miscellaneous .................................................................. 4
Antineoplastics, Injectable ....................................................................... 8
Antineoplastics, Oral or Intravesical Agents ........................................ 14
Epidermal Growth Factor Receptor Inhibitors ..................................... 19
Protein-Tyrosine Kinase Inhibitors - Gleevec ..................................... 25
Analgesics - Actiq .................................................................................. 30
Analgesics, Narcotics and Narcotic combinations ............................. 34
Anticonvulsants ...................................................................................... 43
Anticonvulsant-Lyrica (pregabalin) ....................................................... 49
Antidepressants, SSRIs/SNRIs/other .................................................. 53
Anti-Parkinson Agents ............................................................................ 67
Antiprotozoals ........................................................................................ 73
Antipsychotics-Bipolar ........................................................................... 77
Antipsychotics ........................................................................................ 85
Anxiolytic Agents .................................................................................... 93
Deterrent Agents ..................................................................................... 97
Analgesics - Duragesic ........................................................................ 102
Analgesics – OxyContin CR/*oxycodone SR* .................................... 106
Stimulants – Narcolepsy ...................................................................... 110
Amyotrophic Lateral Sclerosis Agents ............................................... 115
Sedative/Hypnotics ............................................................................... 118
Stimulants .............................................................................................. 122
Anti-Migraine Agents, "Triptans" ........................................................ 130\\
Cataplexy Agents - Xyrem ................................................................... 137
Alpha-Adrenergic Blockers .................................................................. 141
Antilipidemic Agents – HMG CoA Reductase Inhibitors ................... 145
Antilipidemic Agents, Miscellaneous .................................................. 155
Antilipidemic Agents – Zetia ................................................................ 161
Angiotensin II Receptor Antagonists (AIIRAs, ARBs) ....................... 166
Antiplatelet Agents ............................................................................... 175
Calcium Channel Blockers, Dihydropyridines .................................... 180
Calcium Channel Blockers, Non-Dihydropyridines ............................ 186
Pulmonary Hypertension Agents ......................................................... 192
Vasodilators .......................................................................................... 198
Acne Agents, Oral ................................................................................. 201
Dermatological – Acne-retinoids ......................................................... 206
Dermatologic Anesthetics .................................................................... 211
Antifungals - Topical ............................................................................ 216
Androgens – Topical, Oral, and Injectable Agents ............................ 222

AET020323

**Pharmacy Clinical Policy Bulletins – Aetna Medicare Prescription Drug Plan**

**Subject: Anticonvulsants**

**Class Edit Summary\***

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|---|---|---|---|---|---|---|---|---|
| C | *carbamazepine* | | | | | | | |
| C | *ethosuximide* | | | | | | | |
| C | *gabapentin* | | | X | | | | |
| C | *lamotrigine* | | | | | | | |
| C | *phenytoin* | | | | | | | |
| C | *valproic acid* | | | | | | | |
| C | *epitol (carbamazepine)* | | | | | | | |
| C | *zonisamide* | | | | | | | |
| C | **Celontin®** *(methsuximide)* | | | | | | | |
| C | **Depakote®** *(divalproex)* | | | | | | | |
| C | **Depakote ER®** *(divalproex)* | | | | | | | |
| C | **Depakote Sprinkles®** *(divalproex)* | | | | | | | |
| C | **Dilantin® chew** *(phenytoin chew tablet)* | | | | | | | |
| C | **Felbatol®** *(felbamate)* | | | | | | | |
| C | **Gabitril®** *(tiagabine)* | | | | | | X | X | X |
| C | **Keppra®** *(levetiracetam)* | | | | | | | |
| C | **Lamictal®** *(lamotrigine)* | | | | | | | |
| C | **Peganone®** *(ethotoin)* | | | | | | | |
| C | **Tegretol XR®** *(carbamazepine ER)* | | | | | | | |
| C | **Topamax®** *(topiramate)* | | | | | | | |
| C | **Trileptal®** *(oxcarbazepine)* | | | | | | X | X | X |
| C | **Zonegran®** *(zonisamide)* | | | | | | X | X | X |
| NC | **Carbatrol®** *(carbamazepine ER)* | | | | | | | X | X |
| NC | **Depakene®** *(valproic acid)* | | | | | | | X | |
| NC | **Diastat®** *(diazepam rectal gel)* | | | | | | | X | X |
| NC | **Dilantin®** *(phenytoin ER)* | | | | | | | X | |
| NC | **Gabarone®** *(gabapentin)* | | | X | | | | X | |
| NC | **Neurontin®** *(gabapentin)* | | | X | | | | X | |
| NC | **Neurontin® solution** *(gabapentin)* | | | | | | | X | X |
| NC | **Phenytek®** *(phenytoin ER)* | | | | | | | X | X |
| NC | **Tegretol®** *(carbamazepine)* | | | | | | | X | |
| NC | **Zarontin®** *(ethosuximide)* | | | | | | | X | |

\*C = Covered, copay amount depends on benefits plan;   NC = Not Covered Part D drug
PR-B/D = Precertification review criteria to determine coverage as Part B or Part D
PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy
‡M EX = Medical Exception – This means the physician or health care professional must obtain a medical exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).
§TOC = Transition of Coverage –Not Covered or Step-Therapy Part D medications for which newly enrolled Medicare members will be authorized coverage of continued therapy for one year and is subject to other applicable plan terms and limitations.

**Important Note**

This Pharmacy Clinical Policy Bulletin expresses Aetna's determination of whether certain services or supplies are medically necessary. Aetna has reached these conclusions based upon a review of currently available clinical information (including clinical outcome studies in the peer-reviewed published medical literature, regulatory status of the technology, evidence-based

AET020324

guidelines of public health and health research agencies, evidence-based guidelines and positions of leading national health professional organizations, views of physicians practicing in relevant clinical areas, and other relevant factors). Aetna expressly reserves the right to revise these conclusions as clinical information changes, and welcomes further relevant information. Each benefits plan defines which services are covered, which are excluded, and which are subject to dollar caps or other limits. Members and their health care providers will need to consult the member's benefits plan to determine if there are any exclusions or other benefit limitations applicable to this service or supply. The conclusion that a particular service or supply is medically necessary does not constitute a representation or warranty that this service or supply is covered (that is, will be paid for by Aetna) for a particular member. The member's benefits plan determines coverage. Some plans exclude coverage for services or supplies that Aetna considers medically necessary. If there is a discrepancy between this policy and a member's plan of benefits, the benefits plan will govern. In addition, coverage may be mandated by applicable legal requirements of a state, the federal government or CMS for Medicare and Medicaid members. CMS's Coverage Database can be found on the following website: http://www.cms.hhs.gov/center/coverage.asp.

**Policy**

V.      Precertification Criteria

Under some plans, including plans that use an open or closed formulary, *gabapentin*, **Gabarone** and **Neurontin** are subject to precertification. If precertification requirements apply Aetna considers Neurontin or gabapentin to be medically necessary for those members who meet the following precertification criteria:

A. Quantity limits:

According to the manufacturer, Neurontin, Gabarone, and gabapentin can be dosed up to a maximum daily dose at the interval indicated in the table below. A quantity of gabapentin, Gabarone, or Neurontin will be considered medically necessary as indicated in the table below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage Strength | Quantity Limits |
|------|-------------------------------------|-----------------|-----------------|
| Neurontin, Gabarone, *gabapentin* | 3600 mg / in divided doses daily | All strengths | Up to 180 tablets or capsules in 30 days |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of gabapentin, Gabarone or Neurontin for those members who meet the following criterion:

- Member's physician provides documentation (controlled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

VI.      Step-Therapy Criteria

AET020325

Under some plans, including plans that use an open or closed formulary, **Gabitril, Trileptal** and **Zonegran** are subject to step-therapy. Aetna considers Gabitril, Trileptal and Zonegran to be medically necessary for those members who are new starts on these medications and who meet the following step-therapy criterion:

- A documented trial of one month each of two of the following alternatives on the Aetna Medicare Preferred Drug List: carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, or Topamax.

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *transition of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

VII.    Medical Exception Criteria

**Gabitril, Trileptal,** and **Zonegran** currently are listed on the Aetna Step-Therapy List.* If it is medically necessary for a member to be treated *initially* with one of these medications subject to step-therapy, Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below.

**Carbatrol, Depakene, Diastat, Dilantin, Gabarone, Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol** and **Zarontin** are currently Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan.*   Therefore, they are excluded from coverage for members enrolled in prescription drug benefits plans that use a closed formulary, unless a medical exception is granted. Aetna considers Carbatrol, Depakene, Diastat, Dilantin, Gabarone, Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol and Zarontin to be medically necessary for those members who are new starts on these medications and who meet the following criteria:

For **Carbatrol, Depakene, Diastat, Dilantin, Gabarone, Neurontin cap/tab, Neurontin solution, Phenytek, Tegretol** and **Zarontin**

A.   A documented:
- Contraindication to two covered formulary agents **OR**
- Intolerance to two covered formulary agents **OR**
- Allergy to two covered formulary agents **OR**
- Failure of an adequate trial of one month of two covered formulary agents.

**OR**

For **Carbatrol, Dilantin – (30mg capsule -ONLY), Diastat, Felbatol, Neurontin solution-ONLY** and **Phenytek**

B.   Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Dilantin 30mg capsules, Diastat, Felbatol, Neurontin solution, or Phenytek for 30 days or longer

AET020326

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer and is not residing in a LTC facility then standard precertification, step-therapy, or medical exception criteria will apply.

**For Gabitril, Trileptal and Zonegran**
  A.  A documented:
  - Contraindication to two covered alternatives carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
  - Intolerance to two covered alternatives carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
  - Allergy to two covered alternatives carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax **OR**
  - Failure of an adequate trial of one month of two carbamazepine, ethosuximide, gabapentin, phenytoin, valproic acid, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax

**OR**

  B.  Transition of Coverage:
  - Member is within 90 days of his or her effective date of enrollment
  - Member is stable on Gabitril, Trileptal, or Zonegran for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer and is not residing in a LTC facility then standard precertification, step-therapy, or medical exception criteria will apply.

*Coverage is provided through a Medicare Prescription Drug Plan Sponsor with a Medicare contract and benefits, limitations, service areas and premiums are subject to change on January 1 of each year.

Information regarding Aetna's Medicare Preferred Drug List, Precertification and Step-Therapy lists is available on our website. In addition, members should refer to their plan documents and may call the toll-free telephone number on their ID card for information regarding their benefits. Health care professionals also may obtain information by calling the Pharmacy Management Precertification Unit at 1-800-414-2386, or providers may register to use our password-protected provider website. Visit www.aetna.com; select "Doctors & Hospitals" and choose "Physician Self-Service". Once registration is completed, health care professionals may utilize our online Precertification/medical exception email request form.

The lists above are subject to change. Not all programs - for example step-therapy, precertification and quantity limits - are available in all service areas (for example, step-therapy does not apply to fully insured New Jersey members).

AET020327

Many medications on the Aetna Medicare Preferred Drug List are subject to manufacturer rebate arrangements between Aetna and the manufacturer of those medications. If the member's prescription benefits plan has a deductible or copay levels based on a percentage of Aetna's contracted rate with the participating pharmacy, the contracted rate does not include or reflect any manufacturer rebate arrangements between Aetna and the medication manufacturer. In prescription plans with a deductible or copayment or coinsurance tiers, use of drugs from the Aetna Medicare Preferred Drug List generally will result in lower costs to members. However, where the prescription plan utilizes a deductible or copayments or coinsurance calculated on a percentage basis, there could be some circumstances in which a preferred drug would cost the member more than a nonpreferred drug because (1) the negotiated pharmacy payment rate for the preferred drug may be more than the negotiated pharmacy payment rate for the nonpreferred drug; and (2) rebates received by Aetna from drug manufacturers are not reflected in the cost of a prescription drug obtained by a member. The Aetna Medicare Preferred Drug List is subject to change.

Nothing in this section shall preclude the prescribing health care professional from prescribing another drug covered by the plan that is medically appropriate for the enrollee, nor shall anything in this section be construed to prohibit generic drug substitutions.

**Place of Service:**

Outpatient

**The above policy is based on the following references:**

1. Olin BR, editor. eFacts internet site. *Facts and Comparisons*, St. Louis, MO. 2004
2. McEvoy GK, editor. AHFSfirst; *American Hospital Formulary Service Drug Information* 2002. Bethesda, MD: The American Society of Health-System Pharmacists, Inc., 2002
3. The United States Pharmacopeial Convention, Inc. and Micromedex, Inc. *USP-DI Desktop Series*. Micromedex/USP, Montvale, NJ. 2002.
4. Noel JM. University of Maryland School of Pharmacy. Presented at 2003 Psychiatric Pharmacy Specialty Examination Review Course, Charleston, SC, May 2003
5. National Institute for Clinical Evidence (NICE), UK. Assessment report: A rapid and systematic review of the clinical effectiveness, tolerability and cost effectiveness of newer drugs for epilepsy in adults. http://www.nice.org.uk/docref.asp?d=76399. 2003
6. National Institute for Clinical Evidence (NICE), UK. Assessment report: The clinical effectiveness and cost-effectiveness of newer drugs for children with epilepsy. http://www.nice.org.uk/docref.asp?d=76694. 2003
7. Diaz-Arrastia R, Agostini MA, Van Ness PC. Evolving treatment strategies for epilepsy. *JAMA*. 2002;287:2917-20.
8. Fick DM, Cooper JW, Wade WE, et al. Updating the Beers criteria for potentially inappropriate medication use in older adults. *Arch Intern Med*. 2003;163:2716-24.
9. Zahn C, Sangl J, Bierman AS, et al. Potentially inappropriate medication use in the community-dwelling elderly. *JAMA*. 2001;286:2823-29.
10. French JA, Kanner AM, Bautista J, et al. Efficacy and tolerability of the new antiepileptic drugs I: Treatment of new onset epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. *Neurology*. 2004; 62: 1252-1260.
11. French JA, Kanner AM, Bautista J, et al. Efficacy and tolerability of the new antiepileptic drugs II: Treatment of refractory epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. *Neurology*. 2004; 62: 1261-1273.

AET020328

AET020329