**For Carbatrol, Dilantin (30mg capsule -ONLY), Felbatol and Phenytek**

C. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Carbatrol, Dilantin 30mg capsules, Felbatol, or Phenytek for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

**For Gabitril, Trileptal and Zonegran**

A. A documented:
- Contraindication to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax OR
- Intolerance to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and TopamaxOR
- Allergy to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and TopamaxOR
- Failure of an adequate trial of one month each of two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax

OR

B. Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Gabitril or Trileptal ONLY for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

**For Lyrica**

A. Patient is currently taking or failed (1 month trial) or has a contraindication to one (1) of the following classes:
  1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
  2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
  3. Mixed antidepressants - bupropion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

OR

AET020354

B.  Member is documented to be currently stabilized on Lyrica.

OR

C.  Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Lyrica for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

*Coverage is provided through a Medicare Prescription Drug Plan Sponsor with a Medicare contract and benefits, limitations, service areas and premiums are subject to change on January 1 of each year.*

Information regarding Aetna's Medicare Preferred Drug List, Precertification and Step Therapy lists is available on our website. In addition, members should refer to their plan documents and may call the toll-free telephone number on their ID card for information regarding their benefits. Health care professionals also may obtain information by calling the Pharmacy Management Precertification Unit at 1-800-414-2386, or providers may register to use our password-protected provider website. Visit www.aetna.com, select "Doctors & Hospitals" and choose "Physician Self-Service". Once registration is completed, health care professionals may utilize our online Precertification/medical exception email request form.

The lists above are subject to change. Not all programs - for example step-therapy, precertification and quantity limits * are available in all service areas (for example, step-therapy does not apply to fully insured New Jersey members).

Many medications on the Aetna Medicare Preferred Drug List are subject to manufacturer rebate arrangements between Aetna and the manufacturer of those medications. If the member's prescription benefits plan has a deductible or copay levels based on a percentage of Aetna's contracted rate with the participating pharmacy, the contracted rate does not include or reflect any manufacturer rebate arrangements between Aetna and the medication manufacturer. In prescription plans with a deductible or copayment or coinsurance tiers, use of drugs from the Aetna Medicare Preferred Drug List generally will result in lower costs to members. However, where the prescription plan utilizes a deductible or copayments or coinsurance calculated on a percentage basis, there could be some circumstances in which a preferred drug would cost the member more than a nonpreferred drug because (1) the negotiated pharmacy payment rate for the preferred drug may be more than the negotiated pharmacy payment rate for the nonpreferred drug, and (2) rebates received by Aetna from drug manufacturers are not reflected in the cost of a prescription drug obtained by a member. The Aetna Medicare Preferred Drug List is subject to change.

Nothing in this section shall preclude the prescribing health care professional from prescribing another drug covered by the plan that is medically appropriate for the enrollee, nor shall anything in this section be construed to prohibit generic drug substitutions.

**Place of Service:**

Outpatient

**The above policy is based on the following references:**

AET020355

20. Olin BR, editor. eFacts Internet site. *Facts and Comparisons*, St. Louis, MO. 2004
21. McEvoy GK, editor. AHFSfirst; *American Hospital Formulary Service Drug Information* 2002. Bethesda, MD: The American Society of Health-System Pharmacists, Inc., 2002
22. The United States Pharmacopeial Convention, Inc. and Micromedex, Inc. *USP-DI Desktop Series*. Micromedex/USP, Montvale, NJ. 2002.
23. Noel JM. University of Maryland School of Pharmacy. Presented at 2003 Psychiatric Pharmacy Specialty Examination Review Course. Charleston, SC, May 2003
24. National Institute for Clinical Evidence (NICE), UK. Assessment report: A rapid and systematic review of the clinical effectiveness, tolerability and cost effectiveness of newer drugs for epilepsy in adults. http://www.nice.org.uk/docref.asp?d=76399, 2003
25. National Institute for Clinical Evidence (NICE), UK. Assessment report: The clinical effectiveness and cost-effectiveness of newer drugs for children with epilepsy. http://www.nice.org.uk/docref.asp?d=76694, 2003
26. Diaz-Arrastia R, Agostini MA, Van Ness PC. Evolving treatment strategies for epilepsy. *JAMA*. 2002;287:2917-20.
27. Fick DM, Cooper JW, Wade WE, et al. Updating the Beers criteria for potentially inappropriate medication use in older adults. *Arch Intern Med*. 2003;163:2716-24.
28. Zahn C, Sangl J, Bierman AS, et al. Potentially inappropriate medication use in the community-dwelling elderly. *JAMA*. 2001;286:2823-29.
29. French JA, Kanner AM, Bautista J, et al. Efficacy and tolerability of the new antiepileptic drugs I: Treatment of new onset epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. *Neurology*. 2004; 62: 1252-1260.
30. French JA, Kanner AM, Bautista J, et al. Efficacy and tolerability of the new antiepileptic drugs II: Treatment of refractory epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society. *Neurology*. 2004; 62: 1261-1273.

Property of Aetna Inc. All rights reserved. Pharmacy Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

January 1, 2008

AET020356

| CPB Name | |
|---|---|
| | Plenaxis- C for 2007 (NC for 06) |
| | Avastin, Busulfex, Faslodex, fludarabine, fludarabine, Proleukin, Rituxan, Zoladex- CS for 2007 (C for 06) |
| | Eloxatin, Fludara, Mutamycin, Novantrone- CS for 2007 (NC for 06) |
| Antineoplastics, Inj | Droxia, Hydrea, hydroxyurea, Leukeran, Targretin- PR-B/D added for 2007 |
| | Nexavar- CS for 2007 (C for 06) |
| | Zolinza- CS for 2007 (NC for 06) |
| Antineoplastics, Oral or Intravesical Agents | |
| Topical Antineoplastics | Panretin, Solaraze- C for 2007 (NC for 06) |
| Antineoplastics - Hormonal Agents | Lysodren, Trelstar- PR-B/D and TOC added for 2007 |
| | Fentora- CS for 2007 (NC for 06) |
| | Kadian CR- NC w/ ME for 2007 (C for 06) |
| Analgesics – Actiq | Oxycontin CR- NC w/ QL, ST and ME for 2007 (C w/ QL for 06) |

AET020357

| | |
|---|---|
| Analgesics, Narcotics and Narcotic combinations | Balacet, meperidine, pentazocine/APAP, pentazocine/naloxone, propoxyphene HCL, propoxyphene/asa/caff, propoxyphene/APAP, Darvocet-N, Darvon compound, Demerol, Talacen, Talwin NX, Trycet- PR-AL added for 2007 (Beer's drugs) |
| | Lorcet HD- C for 2007 (NC for 06) |
| | pentazocine/naloxone- PR-AL added (see above); C for 2007 (NC for 06) |
| | Darvon cmpd- PR-AL added (see above); ST also added for 2007 |
| | Darvon-N- Added to 2007 cpb with AL, ST and ME |
| | Kadian CR- NC for 2007 (C for 06) |
| | Oxycontin CR- NC for 2007 w/ QL, ST and ME (C for 06 with QL only) |
| | Lyrica- ST, ME and TOC added for 2007 (Only PR and QL in 06) |
| | Neurontin solution- C for 2007 (NC for 06) |
| | Dilantin 30mg capsule- NC for 2007 (C for 06) |
| | Phenytek- NC for 2007 (C for 06) |
| Anticonvulsants | Topamax- NC for 2007 (C for 06) |
| Antidepressants, SSRIs/SNRIs/other | Effexor, Zoloft- NC for 2007 (C for 06) |
| Anti-Migraine Agents- ergotamines/dihydroergotamines and Triptans | Combined Triptans cpb and dihydroergotamines cpb |
| Anti-Parkinson Agents | Apokyn Inj- CS for 2007 (C for 06) |
| | Ability Disc- ST, ME and TOC added for 2007 (Only QL in 06) |
| Antipsychotics-Bipolar | Lamictal- removed ME for 2007 |

AET020358

| | |
|---|---|
| | Abilify Disc- ST, ME and TOC added for 2007 (Only QL in 06) |
| Antipsychotics | Fazaclo- C for 2007 (NC for 06) |
| Anxiolytic Agents | Thorazine- separated out the supp (C for 07) from the tabs/inj (NC for 07) |
| | Atarax, hydroxyzine, meprobamate, Miltown, Vistaril- PR-AL added for 2007 (Beer's drugs) |
| | Kadian CR- NC w/ ME for 2007 (C for 06) |
| | Oxycontin CR- NC w/ QL, ST and ME for 2007 (C w/ QL for 06) |
| Analgesics – Duragesic | Avonex, Betaseron, Copaxone- CS for 2007 (C for 06) |
| Beta-Interferons, Copaxone and Tysabri for Multiple Sclerosis | Rebif- CS for 2007 (NC w/ ME and TOC for 06) |
| | Enlon, neostigmine inj, pyridostigmine, Tensilon- added as C to 2007 cpb |
| | guanidine- C for 2007 (NC for 06) |
| | Mestinon Timespan- C for 2007 (NC for 06) |
| Muscarinics-Parasympatholytics | pentazocine/naloxone- PR-AL added for 2007 (Beer's Drug) |
| Narcotic Partial Agonists | Subutex, Suboxone- C for 2007 with PR (NC with no PR for 06) |
| | Kadian CR- NC w/ ME for 2007 (C for 06) |
| Analgesics – OxyContin CR/oxycodone SR | Oxycontin CR- NC w/ QL, ST and ME for 2007 (C w/ QL for 06) |
| | cabergoline- generic avail in 2007 |
| | Requip, Requip Kit- ME removed for 2007 (2nd tier Open for 2007 vs. 3rd tier open for 06) |
| Restless Leg Syndrome Agents | Dostinex- NC w/ ME for 2007 (C for 06) |

AET020359

| | |
|---|---|
| **Stimulants** | **Adderall, Adderall XR, amphetamine/dextroamphetamine, Desoxyn, Dexedrine, Dexedrine CR, dextroamphetamine, dextroamphetamine CR, Dextrostat 5mg/10mg, methamphetamine- PR-AL added (for 2007) (Beer's drugs)** |
| | **Desoxyn- PR-AL added (see above); ST added for 2007 also (No PR-AL/ST in 06)** |
| | **Strattera- ST and ME added for 2007 (Only QL for 06)** |
| **Tricyclic Antidepressants** | Focalin XR- ST added for 2007 (Only QL, ME and TOC for 06) |
| | Surmontil, Vivactil- C for 2007 (NC for 06) |
| **Cataplexy Agents – Xyrem** | Xyrem- CS for 2007 w/ PR only (NC for 06 w/ PR and ME) |
| **Angiotensin Converting Enzyme Inhibitors** | Accupril, Aceon, Altace, benazapril, enalapril, fosinopril, lisinopril, Lotensin, Mavik, Monopril, Prinivil, quinapril, Univasc, Vasotec, Zestril - QL added for 2007 (No QL for 06) |
| **/Combinations** | Aceon, Mavik, Uniretic, Univasc- QL added for 2007 (see above); TOC removed for 2007 |
| **Alpha-Adrenergic Blockers** | Dibenzyline, Demser- TOC removed for 2007 |
| **Antiarrhythmics** | Tikosyn Inj- C for 2007 (NC for 06) |
| **Antiplatelet Agents** | Ticlopidine, Ticlid- PR-AL added for 2007 (Beer's drugs) |
| **Angiotensin II Receptor Antagonists (AIIRAs, ARBs)** | Atacand HCT, Atacand, Avalide, Avapro, Benicar HCT, Benicar, Micardis HCT, Micardis, Teveten HCT, Teveten- TOC removed for 2007 |
| **Hydralazine/Isosorbide Dinitrate (BiDil) – Heart Failure Agents** | |
| **Calcium Channel Blocker/ACE Inhibitor Combinations** | Lexxel, Tarka- TOC removed for 2007 |

AET020360

| | |
|---|---|
| Calcium Channel Blockers, Dihydropyridines | Cardene, Cardene SR, Dynacirc, Dynacirc CR, nicardipine, nifedipine, Nimotop, Procardia- QL added for 2007 |
| Calcium Channel Blockers, Non-Dihydropyridines | nifedipine, Procardia- QL added for 2007 (see above); PR-AL also added for 2007 (Beer's drug) |
| | Plendil- No ST for 2007 (ST for 06) |
| | Dynacirc, Dynacirc CR, Sular- TOC removed for 2007 |
| Antilipidemic Agents – HMG CoA Reductase Inhibitors | Calan, Cardizem, diltiazem, verapamil- QL added for 2007 |
| | Crestor, Vytorin- C for 2007 w/ QL only (NC for 06 w/ QL, ST and ME) |
| Antilipidemic Agents, Miscellaneous | Zocor- ST added for 2007 |
| | Please note that the ST and ME criteria read differently than they did for 2006! |
| | Omacor- C for 2007 (NC for 06) |
| Antilipidemic Agents – Zetia | Zetia- C for 2007 (NC for 06) |
| | Ranexa- C for 2007 (NC for 06) |
| Ranexa – Antiangina | Please note the criteria reads differently than it did in 2006 |
| Acne Agents, Oral | Sotret- the 10, 20 and 40mg are C for 2007; 30mg is NC for 2007 (all were C for 06) |
| Dermatologic Anesthetics | Lidoderm disc- C for 2007 (NC for 06) |
| Rosacea Topicals | Metrogel, Metrolotion- NC for 2007 (C for 06) |
| | Android, Methitest, methyltestosterone oral, Testred- PR-AL added for 2007 (Beer's drugs) |
| Androgens – Topical, Oral, and Injectable Agents | Androgel- C with no edits for 2007 (NC w/ ST and ME for 06) |
| | chlorpropamide, Diabanese- PR-AL added for 2007 (Beer's drugs) |
| Antidiabetic Agents, Oral | Fortamet- ST added for 2007 (No ST for 06) |
| Contraceptives | Ogestrel- NC for 2007 (C for 06) |
| Enzyme Replacements-Modifiers | Ceredase, Cerezyme- CS for 2007 (NC for 06) |

AET020361

| Category | Details |
|---|---|
| Growth Hormones | Norditropin, Tev-tropin- CS for 2007 (C for 06) |
| | Genotropin, Humatrope, Iplex, Nutropin, Nutropin AQ, Saizen, Serostim, Zorbtive- CS for 2007 (NC for 06) |
| Hormone Replacement (oral estrogens-combinations) | Geref- C for 2007 (NC for 06) |
| | Cenestin, Estrace, estradiol, Gynodiol, Menest, Premarin- QL- removed for 2007 (please note this is a positive change that has not yet been submitted to CMS as of 11/1/06) |
| Hormone Agents – Antiandrogens | Proscar- NC for 2007 (C for 06) |
| | cabergoline- generic avail in 2007 |
| Hormone Agents – Pituitary Hormones | Dostinex- NC w/ ME for 2007 (C for 06) |
| | Viadur- C for 2007 (NC for 06) |
| | Eligard, Lupron, Lupron Depo, Lupron Dep-Ped- CS for 2007 (NC for 06) |
| | Zoladex- CS for 2007 (C for 06) |
| | Plenaxis- C for 2007 (NC for 06) |
| Gonadotropin-Releasing Hormone Analogs/Antagonists | Apidra- ME removed for 2007 |
| | Iletin II, Lente; Iletin II, NPH; Iletin II, Regular- NC for 2007 (C for 06) |
| Insulin Inhalations/Injectables and Non-Insulin Injectables | Exubera- No QL or ST for 2007 |
| | Byetta, Symlin- QL added for 2007 (Only ST and ME for 06) |
| Metabolic Modifiers | Aldurazyme, Fabrazyme- CS for 2007 (C for 06) |
| Thyroid Agents | Armour Thyroid, thyroid USP, Bio-Throid- PR-AL added for 2007 (Beer's drugs) |
| Ophthalmic Anti-Allergy Agents | Zaditor- NC for 2007 (C for 06) |
| Ophthalmic Anti-Infectives- and Combinations | Vigamox- NC for 2007 (C for 06) |
| | Lucentis- NC for 2007 (C for 06) |
| Ophthalmic Agents, Miscellaneous | Macugen- CS for 2007 (C for 06) |

AET020362

| Category | Details |
|---|---|
| Antiemetics | hydroxyzine pamoate, Tigan, Trimazide, trimethobenzamide, Vistaril- PR-AL added for 2007 (Beer's drugs) |
| | Aloxi- added to 2007 opb as CS (C for 06) |
| GI Antispasmotic Agents | Anaspaz, Atreza, B & O, Colytrol, Dispas, hyoscyamine sulfate, Levsin, Levsin SL, Levsinex, Marapas, NuLev, propantheline bromide, Sal-Tropine, Symax Duotab, Symax SL, Symax SR- PR-AL added for 2007 (Beer's drugs) |
| H-Pylori Agents | omeprazole (Rx Only), Nexium- added to opb as C with PR and QL (omeprazole not included on 06 opb; Nexium- NC w/ PR, QL, ST and ME for 06) |
| Irritable Bowel Syndrome Agents | Lotronex- C for 2007 (NC for 06) |
| | Nexium- C for 2007 w/ PR and QL only (NC w/ PR, QL, ST and ME for 06) |
| Proton Pump Inhibitors (PPIs) | Nexium I.V.- C for 2007 w/ PR (NC w/ PR and ST for 06) |
| Benign Prostatic Hyperplasia (BPH) agents | Proscar- NC for 2007 (C for 06) |
| Urinary Stone Agents | Thiola- C for 2007 (NC for 06) |
| Urinary Tract Anti-infectives / Anti-spasmodic Agents | methenamine combinations, MHP-A, Prosed DS, Trac, Urelle, Uretron DS, Urimar-T, Urimax, Urin D/S, Urised, Uriseptic, Urisym, Urtact DS, Uro-blue, Uro-blue, Urogesic-Blu, Usept, Uta, Utira- PR-AL added for 2007 (Beer's drugs) |
| | hyoscyamine sulfate- PR-AL added for 2007 (Beer's drugs) |
| | oxybutynin XL- added to 2007 opb- will be avail in 2007 |
| | VESIcare- C for 2007 (NC for 06) |
| Urinary Antispasmotic-Analgesic Agents | Ditropan XL- NC for 2007 (C for 06) |
| Vaginal Antifungal/Anti-Infectives | Zazole 0.8- C for 2007 (NC for 06) |
| Hepatitis B drugs | Baraclude- C for 2007 (NC for 06) |
| | Vancocin- C for 2007 (NC for 06) |
| Aminoglycosides | Tobi neb- CS for 2007 (NC for 06) |
| Miscellaneous Antibacterials | colistimethate inj- CS for 2007 (C for 06) |
| | Sporanox oral solution- C for 2007 w/ PR (NC w/ PR and TOC for 06) |
| | Vfend inj- C for 2007 w/ PR (NC w/ PR and TOC for 06) |
| Antifungal, Oral/Inj Agents | Abelcet, Amphotec- added to 2007 opb as CS (C for 06) |

AET020363

| | |
|---|---|
| Antimalaria Agents | Daraprim, Fansidar, Lariam, Malarone, mefloquine, primaquine- PR removed for 2007 |
| | Fuzeon, Invirase- CS for 2007 (C for 06) |
| Antiviral-HIV specific | |
| Antiviral/Antiflu Agents | Retrovir capsules and tablets- NC for 2007 (C for 06) |
| | Relenza, Tamiflu- C for 2007 (NC for 06) |
| Antiviral (oral/topical/inj) Agents | Denavir- C for 2007 (NC for 06) |
| Beta-Lactam Antibiotics | Geocillin- C for 2007 (NC for 06) |
| Cephalosporins | cefaclor/cefaclor er, cefprozil- C for 2007 (NC for 06) |
| Quinolones | Cipro I.V.- C for 2007 (NC for 06) |
| Synagis | Synagis- CS for 2007 (C for 06) |
| Macrolide and Ketolide Antibiotics | Zithromax injection and suspension- NC for 2007 (C for 06) |
| Immunomodulators – Miscellaneous, including Disease-Modifying Antirheumatics | |
| | Thalomid- CS for 2007 (NC w/ ME and TOC for 06) |
| | Atgam, azathioprine, cyclosporine, Gengraf, Imuran, Neoral, Orthoclone, Sandimmune, Simulect, Thymoglobulin- TOC added for 2007 |
| | Zenapax- CS for 2007 (C for 06) |
| Immunosuppressants | Myfortic- NC for 2007 w/ ME and TOC added |
| Anabolic Steroids | Nandrol- PR added for 2007 |
| Smoking Cessation Agents | Nicotrol Inhaler- C for 2007 (NC for 06) |
| Toxicologic Agents, Potassium Removing Resins, and Chelating Agents | Exjade, Syprine- C for 2007 (NC for 06) |
| Botulinum toxin | Botox, Myobloc- CS for 2007 (C for 06) |
| | Aranesp, Procrit- CS for 2007 (C for 06) |
| Hematopoietic agents | Epogen- CS for 2007 (NC for 06) |
| | Actimmune, Alferon N, Infergen, Intron-A, Roferon-A- CS for 2007 (NC for 06) |
| | Pegasys, Peg-Intron- CS for 2007 (C for 06) |
| Interferons, Ribavirin | Copegus- NC for 2007 w/ ME and TOC added (C for 06) |

AET020364

| | |
|---|---|
| | Panglobulin- all C for 2007 (1gm and 12gm listed as NC for 06) |
| | Carimune, Carimune NF, Gammagard SD, Octagam- CS for 2007 (C for 06) |
| **IVIG** | |
| **Prenatal Vitamins** | Gamunex- CS for 2007 (NC for 06) |
| **Bisphosphonates-Calcium-Regulating Hormones (oral)** | Anamagen OB- NC for 2007 (C for 06) |
| | etidronate- C for 2007 (NC for 06) |
| | Aredia- CS for 2007 (NC for 06) |
| **Injectables for Osteoporosis- Bisphosphonates, Forteo and Miacalcin** | pamidronate- CS for 2007 (C for 06) |
| | Miacalcin Inj- NC for 2007 (C for 06) |
| **Skeletal Muscle Relaxants** | carisoprodol, carisoprodol/asa, carisoprodol/asa/codeine, chlorzoxazone, cyclobenzaprine, Flexeril, methocarbamol, methocarbamol/asa, Norflex, Parafon Forte, orphenadrine, orphenadrine/asa/caffeine, Robaxin, Skelaxin, Soma, Soma Compound, Soma Compound/codeine- PR-AL added for 2007 (Beer's drugs) |
| | Lioresal Inj- ME removed for 2007 |
| | diclofenac XR, diclofenac SR, nabumetone, tolmetin- C for 2007 (NC for 06) |
| **NSAIDs – Nonsteroidal Anti-Inflammatory Agents** | Daypro, Feldene, Indocin, Indocin SR, Indomethacin, indomethacin SR, meclofenamate, oxaprozin, piroxicam- PR-AL added for 2007 (Beer's drugs) |
| | ketorolac, Toradol- PR-AL added for 2007 (Beer's drugs) |
| **NSAIDs – Toradol, ketorolac** | diclofenac XR, etodolac SR, nabumetone, tolmetin- C for 2007 (NC for 06) |
| **NSAID-Proton Pump Inhibitor combination** | diclofenac XR, etodolac SR, nabumetone, tolmetin- C for 2007 (NC for 06) |
| | Intralipid- separated out- the 10 and 20% are C for 2007, the 30% NC for 2007 |
| **Lipids** | Liposyn II, Liposyn III- C for 2007 (NC for 06-only the Liposyn III 30% shows as C in 06) |
| **Protein** | Clinisol SF- CS in 2007 (C for 06) |
| **Otics** | Floxin otic- NC for 2007 (C for 06) |

AET020365



| | |
|---|---|
| Antihistamines/Antihistamine Combinations | **brompheniramine chewables, suspension and syrup; fexofenadine-** C for 2007 (NC for 06)<br><br>**cyproheptadine, dexchlorpheniramine, Durahist D, hydroxyzine**- PR-AL added for 2007 (Beer's drugs) |
| **Bronchodilators, Acute: Oral, Oral Inhalers** | **Alupent-** PR added for 2007 |
| **Nasal Sprays** | **Nasonex**- NC for 2007 (C for 06) |
| **Nebulizer Solutions** | **isoetharine**- separated out- the 1% is C for 2007, the 0.2% is NC for 2007<br><br>**Pulmozyme**- CS for 2007 (C for 06)<br><br>**Tobi**- CS for 2007 (NC for 06) |
| **Methylxanthines (Theophyllines)** | **Uniphyl**- NC for 2007 (C for 06) |
| | |
| | |
| | |
| | |

AET020367

Aetna Health Inc., Aetna Life Insurance Co.
Step Therapy List
CMS 2008 Formulary Submission
August 2007

Analgesics - Actiq ................................................................ 4
Analgesics, Narcotics and Narcotic combinations .............................. 9
Androgens – Topical, Oral, and Injectable Agents ............................. 19
Angiotensin II Receptor Antagonists (AIIRAs, ARBs) and Combinations
................................................................................ 26
Angiotensin Converting Enzyme Inhibitors/Combinations .................... 36
Antibacterial-Topical ......................................................... 45
Anticonvulsants ............................................................... 49
Antidepressants, SSRIs/SNRIs/other ......................................... 56
Antidiabetic Agents, Oral .................................................... 71
Antiemetics ................................................................... 80
Antifungal, Oral/Inj Agents .................................................. 90
Antilipidemic Agents – HMG CoA Reductase Inhibitors ..................... 104
Antilipidemic Agents, Miscellaneous ........................................ 115
Anti-Parkinson Agents ....................................................... 121
Antipsoriatics ................................................................ 127
Antipsychotics ................................................................ 132
Antipsychotics-Bipolar ....................................................... 140
Anxiolytic Agents ............................................................. 148
Bronchodilators, Acute: Oral, Oral Inhalers ................................ 155
Calcium Channel Blockers, Dihydropyridines ............................... 163
Calcium Channel Blockers, Non-Dihydropyridines .......................... 170
DDAVP/desmopressin .......................................................... 178
Dermatologic Anesthetics ..................................................... 181
Deterrent Agents ............................................................. 188
Emollient-Keratolytic ........................................................ 194
Immunomodulators, Topical – Elidel and Protopic ......................... 199
Inflammatory Bowel Disease Agents .......................................... 204
Insulin Inhalations/Injectables and Non-insulin Injectables ............. 211
Nebulizer Solutions .......................................................... 222
NSAIDs – Nonsteroidal Anti-Inflammatory Agents .......................... 229
Proton Pump Inhibitors (PPIs) ............................................... 236
Ranexa – Antiangina .......................................................... 245
Renin Inhibitors - Tekturna ................................................. 250
Sedative/Hypnotics ........................................................... 255
Smoking Cessation Agents ..................................................... 260
Stimulants .................................................................... 266
Tetracyclines ................................................................. 275

AET020368

Pharmacy Clinical Policy Bulletins – Aetna Medicare Prescription Drug Plan

*2008 Medicare Draft*

Subject: Anticonvulsants

### Class Edit Summary*

| Status | Drug | PR-B/D | PR | PR-QL | PR-AL | ST | M EX‡ | TOC§ |
|---|---|---|---|---|---|---|---|---|
| C | carbamazepine | | | | | | | |
| C | ethosuximide | | | | | | | |
| C | gabapentin | | | X | | | | |
| C | lamotrigine | | | | | | | |
| C | phenytoin | | | | | | | |
| C | primidone | | | | | | | |
| C | valproic acid | | | | | | | |
| C | epitol (carbamazepine) | | | | | | | |
| C | zonisamide | | | | | | | |
| C | Celontin® (methsuximide) | | | | | | | |
| C | Depakote® (divalproex) | | | | | | | |
| C | Depakote ER® (divalproex) | | | | | | | |
| C | Depakote Sprinkles® (divalproex) | | | | | | | |
| C | Dilantin® chew (phenytoin chew tablet) | | | | | | | |
| C | Felbatol® (felbamate) | | | | | | | |
| C | Gabitril® (tiagabine) | | | | | X | X | X |
| C | Keppra® (levetiracetam) | | | | | | | |
| C | Lamictal® (lamotrigine) | | | | | | | |
| C | Lyrica® (pregabalin) | | | X | | X | X | X |
| C | Neurontin® solution (gabapentin) | | | | | | | |
| C | Peganone® (ethotoin) | | | | | | | |
| C | Tegretol XR® (carbamazepine ER) | | | | | | | |
| C | Topamax® (topiramate) | | | | | | | |
| C | Trileptal® (oxcarbazepine) | | | | | X | X | X |
| NC | Carbatrol® (carbamazepine ER) | | | | | | X | X |
| NC | Depakene® (valproic acid) | | | | | | X | |
| NC | Dilantin® (phenytoin ER) | | | | | | X | X |
| NC | Gabarone® (gabapentin) | | | X | | | X | |
| NC | Mysoline® (primidone) | | | | | | X | |
| NC | Neurontin® (gabapentin tablets and capsules ) | | | X | | | X | |
| NC | Phenytek® (phenytoin ER) | | | | | | X | X |
| NC | Tegretol® (carbamazepine) | | | | | | X | |
| NC | Zarontin® (ethosuximide) | | | | | | X | |
| NC | Zonegran® (zonisamide) | | | | | X | X | |

*C = Covered, copay amount depends on benefits plan;   NC = Not Covered Part D drug
PR-B/D = Precertification review criteria to determine coverage as Part B or Part D
PR = Precertification; QL = Quantity Limits; AL = Age Limits; ST = Step-Therapy
‡M EX = Medical Exception – This means the physician or health care professional must obtain a medical exception from Aetna, in order for the medication to be eligible for coverage. Medical Exception criteria apply to Not Covered Part D drugs for members enrolled in or covered by closed benefits plans, and also apply to Step-Therapy drugs in cases where a member's physician believes it is medically necessary for the member to use a step-therapy drug in the first instance without a trial of the prerequisite alternative drug(s).
§TOC = Transition of Coverage –Not Covered or Step-Therapy Part D medications for which newly enrolled Medicare members will be authorized coverage of continued therapy for one year and is subject to other applicable plan terms and limitations.

AET020369

NOTE:  Criteria for antipsychotics-bipolar is also discussed in the Pharmacy Clinical
Policy Bulletin: Antipsychotic-Bipolar Agents

**Important Note**

This Pharmacy Clinical Policy Bulletin expresses Aetna's determination of whether certain
services or supplies are medically necessary. Aetna has reached these conclusions based
upon a review of currently available clinical information (including clinical outcome studies in
the peer-reviewed published medical literature, regulatory status of the technology,
evidence-based guidelines of public health and health research agencies, evidence-based
guidelines and positions of leading national health professional organizations, views of
physicians practicing in relevant clinical areas, and other relevant factors). Aetna expressly
reserves the right to revise these conclusions as clinical information changes, and welcomes
further relevant information. Each benefits plan defines which services are covered,
which are excluded, and which are subject to dollar caps or other limits. Members and
their health care providers will need to consult the member's benefits plan to
determine if there are any exclusions or other benefit limitations applicable to this
service or supply. The conclusion that a particular service or supply is medically necessary
does not constitute a representation or warranty that this service or supply is covered (that
is, will be paid for by Aetna) for a particular member. The member's benefits plan determines
coverage. Some plans exclude coverage for services or supplies that Aetna considers
medically necessary. If there is a discrepancy between this policy and a member's plan of
benefits, the benefits plan will govern. In addition, coverage may be mandated by applicable
legal requirements of a state, the federal government or CMS for Medicare and Medicaid
members. CMS's Coverage Database can be found on the following website:
http://www.cms.hhs.gov/center/coverage.asp.

**Policy**

I.    Precertification Criteria

Under some plans, including plans that use an open or closed formulary,
*gabapentin*, Gabarone, Lyrica and Neurontin are subject to precertification. If
precertification requirements apply Aetna considers Neurontin or gabapentin to be
medically necessary for those members who meet the following precertification
criteria:

A.  Quantity limits:       According to the manufacturer, *gabapentin*, Gabarone,
Lyrica and Neurontin can be dosed up to a maximum daily
dose at the interval indicated in the table below. A quantity
of *gabapentin*, Gabarone, Lyrica or Neurontin will be
considered medically necessary as indicated in the table
below:

| Drug | Maximum Daily Dose/ Dosing Interval | Dosage/ Strength | Quantity Limits |
|------|--------------------------------------|------------------|-----------------|
| Lyrica | 600mg/ Once or twice daily | 25 mg; 50 mg; 75 mg; 100 mg; 150 mg; 200 mg | Up to 90 capsules in 30 days |

AET020370

| Lyrica | 600mg Once or twice daily | 225 mg 300 mg | Up to 60 capsules in 30 days |
|--------|---------------------------|---------------|------------------------------|
| Neurontin, *gabapentin* | 3600 mg / in divided doses daily | 400 mg | Up to 270 capsules in 30 days |
| Neurontin, Gabarone, *gabapentin* | 3600 mg / in divided doses daily | All strengths | Up to 180 tablets or capsules in 30 days |

For coverage of additional quantities, a member's treating physician must request prior authorization through the Aetna Pharmacy Management Precertification Unit. A prior authorization will be granted for coverage of additional quantities of gabapentin, Gabarone, Lyrica or Neurontin for those members who meet the following criterion:

- Member's dose is being titrated by physician (3-month limit) **OR**
- Member's physician provides documentation (controled clinical trial) from the peer-reviewed medical literature for use of a higher dose.

II.   Step-Therapy Criteria

Under some plans, including plans that use an open or closed formulary, **Gabitril, Lyrica, Trileptal and Zonegran** are subject to step-therapy. Aetna considers Gabitril, Trileptal and Zonegran to be medically necessary for those members who are new starts on these medications and who meet the following step-therapy criterion:

**For Gabitril, Trileptal and Zonegran**

- A documented trial of one month each of two of the following alternatives on the Aetna Medicare Preferred Drug List: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, or Topamax.

**For Lyrica**

- Patient is currently taking or failed (1 month trial) or has a contraindication to one (1) of the following classes:
  1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
  2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
  3. Mixed antidepressants - buproprion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

If it is medically necessary for a member to be treated *initially* with a medication subject to step-therapy, or if the member meets *translation of coverage (TOC) criteria for a medication subject to TOC*, the member's treating physician may contact the Aetna Pharmacy Management Precertification Unit to request

AET020371

coverage as a medical exception at 1-800-414-2386. (See criteria under section III below.)

III.   **Medical Exception Criteria**

**Gabitril, Lyrica, Trileptal, and Zonegran** currently are listed on the Aetna Step-Therapy List.* If it is medically necessary for a member to be treated *initially* with one of these medications subject to step-therapy, Aetna considers these drugs to be medically necessary for those members who are new starts on these medications and who meet the criteria specified below.

**Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Phenytek, Tegretol and Zarontin** are currently Not Covered Part D drugs under the Aetna Medicare Prescription Drug Plan.*  Therefore, they are excluded from coverage for members enrolled in prescription drug benefits plans that use a closed formulary, unless a medical exception is granted.  Aetna considers Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Phenytek, Tegretol and Zarontin to be medically necessary for those members who are new starts on these medications and who meet the following criteria:

For **Carbatrol, Depakene, Dilantin, Gabarone, Mysoline, Neurontin cap/tab, Phenytek, Tegretol and Zarontin**

A.   A documented:
   - Contraindication to two covered formulary agents OR
   - Intolerance to two covered formulary agents OR
   - Allergy to two covered formulary agents OR
   - Failure of an adequate trial of one month each of two covered formulary agents.

OR

For **Carbatrol, Dilantin (30mg capsule -ONLY), Felbatol and Phenytek**

B.   Transition of Coverage:
   - Member is within 90 days of his or her effective date of enrollment
   - Member is stable on Carbatrol, Dilantin 30mg capsules, Felbatol, or Phenytek for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

For **Gabitril, Trileptal and Zonegran**

A.   A documented:
   - Contraindication to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax OR

AET020372

- Intolerance to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and TopamaxOR
- Allergy to two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and TopamaxOR
- Failure of an adequate trial of one month each of two covered alternatives: carbamazepine, Epitol, ethosuximide, gabapentin, lamotrigine, phenytoin, primidone, valproic acid, zonisamide, Celontin, Depakote, Depakote ER, Depakote Sprinkles, Keppra, Lamictal, Tegretol XR, and Topamax

**OR**

B.  Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Gabitril or Trileptal **ONLY** for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

**For Lyrica**

A.  Patient is currently taking or failed (1 month trial) or has a contraindication to one (1) of the following classes:
    1. Anticonvulsants - gabapentin (Neurontin ®), carbamazepine (Tegretol ®), phenytoin (Dilantin ®)
    2. Tricyclic antidepressants - amitriptyline (Elavil ®), desipramine (Norpramin®), nortriptyline (Pamelor ®), desipramine (Norpramin®), imipramine (Tofranil)
    3. Mixed antidepressants - buproprion (Wellbutrin ®), venlafaxine (Effexor®), duloxetine (Cymbalta ®).

**OR**

B.  Member is documented to be currently stabilized on Lyrica or has a diagnosis of fibromyalgia.

**OR**

C.  Transition of Coverage:
- Member is within 90 days of his or her effective date of enrollment
- Member is stable on Lyrica for 30 days or longer

If applicable, quantity limits, age or gender edits will apply.  Approval is valid one year from the date of request.

If the member has been a Medicare member for 91 days or longer standard precertification, step-therapy, or medical exception criteria will apply.

AET020373

"Coverage is provided through a Medicare Prescription Drug Plan Sponsor with a Medicare contract and benefits, limitations, service areas and premiums are subject to change on January 1 of each year."

Information regarding Aetna's Medicare Preferred Drug List, Precertification and Step-Therapy lists is available on our website. In addition, members should refer to their plan documents and may call the toll-free telephone number on their ID card for information regarding their benefits. Health care professionals also may obtain information by calling the Pharmacy Management Precertification Unit at 1-800-414-2386, or providers may register to use our password-protected provider website. Visit www.aetna.com, select "Doctors & Hospitals" and choose "Physician Self-Service". Once registration is completed, health care professionals may utilize our online Precertification/medical exception email request form.

The lists above are subject to change. Not all programs - for example step-therapy, precertification and quantity limits - are available in all service areas (for example, step-therapy does not apply to fully insured New Jersey members).

Many medications on the Aetna Medicare Preferred Drug List are subject to manufacturer rebate arrangements between Aetna and the manufacturer of those medications. If the member's prescription benefits plan has a deductible or copay levels based on a percentage of Aetna's contracted rate with the participating pharmacy, the contracted rate does not include or reflect any manufacturer rebate arrangements between Aetna and the medication manufacturers. In prescription plans with a deductible or copayment or coinsurance tiers; use of drugs from the Aetna Medicare Preferred Drug List generally will result in lower costs to members. However, where the prescription plan utilizes a deductible or copayments or coinsurance calculated on a percentage basis, there could be some circumstances in which a preferred drug would cost the member more than a nonpreferred drug because (1) the negotiated pharmacy payment rate for the preferred drug may be more than the negotiated pharmacy payment rate for the nonpreferred drug; and (2) rebates received by Aetna from drug manufacturers are not reflected in the cost of a prescription drug obtained by a member. The Aetna Medicare Preferred Drug List is subject to change.

Nothing in this section shall preclude the prescribing health care professional from prescribing another drug covered by the plan that is medically appropriate for the enrollee; nor shall anything in this section be construed to prohibit generic drug substitutions.

**Place of Service:**

    Outpatient

**The above policy is based on the following references:**

20. Olin BR, editor. eFacts internet site. *Facts and Comparisons*, St. Louis, MO. 2004
21. McEvoy GK, editor. AHFSfirst; *American Hospital Formulary Service Drug Information* 2002. Bethesda, MD: The American Society of Health-System Pharmacists, Inc., 2002
22. The United States Pharmacopeial Convention, Inc. and Micromedex, Inc. *USP-DI Desktop Series*. Micromedex/USP, Montvale, NJ. 2002.
23. Noel JM. University of Maryland School of Pharmacy. Presented at 2003 Psychiatric Pharmacy Specialty Examination Review Course. Charleston, SC, May 2003

AET020374

24. National Institute for Clinical Evidence (NICE), UK. Assessment report: A rapid and systematic review of the clinical effectiveness, tolerability and cost effectiveness of newer drugs for epilepsy in adults. http://www.nice.org.uk/docref.asp?d=76399. 2003

25. National Institute for Clinical Evidence (NICE), UK. Assessment report: The clinical effectiveness and cost-effectiveness of newer drugs for children with epilepsy. http://www.nice.org.uk/docref.asp?d=76604. 2003

26. Diaz-Arrastia R, Agostini MA, Van Ness PC. Evolving treatment strategies for epilepsy. JAMA. 2002;287:2917-20.

27. Fick DM, Cooper JW, Wade WE, et al.  Updating the Beers criteria for potentially inappropriate medication use in older adults. Arch Intern Med. 2003;163:2716-24.

28. Zahn C, Sangi J, Bierman AS, et al.  Potentially inappropriate medication use in the community-dwelling elderly. JAMA. 2001;286:2823-29.

29. French JA, Kanner AM, Bautista J, et al.  Efficacy and tolerability of the new antiepileptic drugs I: Treatment of new onset epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society.  Neurology. 2004; 62: 1252-1260.

30. French JA, Kanner AM, Bautista J, et al.  Efficacy and tolerability of the new antiepileptic drugs II: Treatment of refractory epilepsy. Report of the Therapeutics and Technology Assessment Subcommittee and Quality Standards Subcommittee of the American Academy of Neurology and the American Epilepsy Society.  Neurology. 2004; 62: 1261-1273.

Property of Aetna Inc. All rights reserved. Pharmacy Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

January 1, 2008

AET020375