# EXHIBIT 43

## Drug Monograph

Drug: Gabapentin (Neurontin®) Removal of restrictions
Manufacturer: Parke Davis
P&T Review Date (SCPMG): September 1999

*Executive Summary Formulary Considerations*

| | Reference (R) Or Evidence (E) Number |
|---|---|
| **BACKGROUND** | |
| • The SCPMG Regional Internal Medicine Committee has requested to expand the prescribing restrictions for gabapentin to include primary care physicians for the treatment of post-herpetic and diabetic neuralgias in consultation with neurology. The SCPMG Chiefs of Family Practice have requested to allow primary care physicians to prescribe gabapentin with guidelines. | |
| • In September 1994, the Regional P&T Committee voted to accept gabapentin (GBP) to the Formulary restricted for use by or in consultation with an SCPMG Neurologist. In September 1997 the Regional P&T Committee expanded the restrictions to include prescribing by SCPMG pain clinic physicians for the treatment of Reflex Sympathetic Dystrophy (RSD). In June 1999, the SCPMG Regional P&T Committee will decide whether to further expand restrictions to include prescribing by psychiatrists for the treatment of bipolar affective disorder. | |
| • Gabapentin is structurally related to gamma-aminobutyric acid. The exact mechanism by which gabapentin exerts its anticonvulsant and analgesic actions is not known. Its effects in relieving post-herpetic neuralgia pain may be due to its inhibition of N-methyl-D-Aspartate (NMDA), as postherpetic pain may be caused by a NMDA-mediated "excitotoxic insult" to the dorsal spinal cord. Gabapentin is currently FDA approved for the adjunctive treatment of partial seizures with and without secondary generalization in adults (>12 years) with epilepsy. Gabapentin has been used in various pain syndromes including pain secondary to radiation myelopathy, reflex sympathetic dystrophy (RDS), migraine prophylaxis, trigeminal neuralgia, AIDS-related sensory polyneuropathy, and post-surgical neuropathic pain. The manufacturer currently has no plans to pursue an FDA approved indication for the treatment of pain, including neuropathies. | R1, R2, S3, S4, R5, R8 |
| • Current agents on the Formulary used to treat the pain of neuropathies (off-label) include tricyclic antidepressants (TCAs), narcotic analgesic agents, antiepileptic drugs (AEDs), such as carbamazepine, phenytoin, valproic acid and lamotrigine, and combinations of tricyclic agents with other medications. Topical agents include capsaicin cream (Zostrix® - OTC), lidocaine 2.5%/prilocaine 2.5% cream (EMLA®) (off-label), and Lidoderm®, a 5% lidocaine patch (Non-formulary) approved for the treatment of post-herpetic neuralgia pain. | |
| **POTENTIAL ADVANTAGES** | |
| • Gabapentin has a relatively benign side effect profile. It is not associated with serious hematologic or hepatic effects, does not have a narrow therapeutic index and does not require routine serum concentration or blood monitoring. Side effects of somnolence and dizziness are dose related (from 1800 mg to 3600 mg), and are less severe than with phenytoin and carbamazepine. | R3, S3 |
| • It is not metabolized by the liver and does not bind to plasma proteins. It does not interfere with the metabolism of commonly coadminstered antiepileptic drugs. | R3, R4 |
| • Gabapentin would offer another treatment modality for neuropathies unresponsive to TCAs, opioid analgesics and topical agents. | |
| **POTENTIAL DISADVANTAGES** | |
| • The use of gabapentin as an adjunctive or first-line drug for the treatment of diabetic, postherpetic or HIV neuropathies would result in a potentially very significant cost impact. (See "Estimated Cost Impact/Pharmacoeconomics"). | |
| • Although gabapentin has been shown to be effective in small studies and case reports, the efficacy | |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org ,gbpexp2/drk/6.99

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　KAIS-003259

and safety relative to other agents currently used to treat neuropathies is unknown. It is difficult to surmise whether the potential benefit in routinely using gabapentin for the treatment of neuropathies would justify the considerable potential cost impact.
- As the manufacturer does not intend to seek FDA approval for the use of gabapentin in the treatment of pain or neuropathies, it would seem unlikely that further large randomized clinical drug trials to study the efficacy and safety of gabapentin for this indication would be forthcoming.

**CLINICAL TRIAL ANALYSIS**
- There have been no studies directly comparing gabapentin with TCAs or other AEDs in the treatment of neuropathies. Available studies of gabapentin in the treatment of neuropathies do not evaluate long term use.
- The efficacy and safety of gabapentin for the treatment of <u>postherpetic neuralgia</u> has been studied in one randomized, double-blind, placebo-controlled trial in 229 patients, in which 83% of patients taking GBP received ≥ 2400 mg/day. GBP treatment resulted in significant decreases in baseline pain scores, usually by week 2 of treatment. There was a potential of bias from unintentional unblinding resulting from secondary dose titrations according to side effects. The adverse events reported by GBP-treated patients more frequently than by placebo-treated patients were somnolence, dizziness, ataxia, peripheral edema and infection. The study did not analyze for effects of concomitant medications, which included TCAs and opioids.  [S1]
- There were several case reports and one retrospective chart review describing pain relief by gabapentin treatment in acute and postherpetic neuralgias, as well as other neuropathic pain states. Effective doses of GBP ranged from 500 mg to 2400 mg daily in these reports. The retrospective chart review of 97 patients with various neuropathies demonstrated a possible blunting effect by concomitant opioid therapy on the pain relief scores obtained with GBP therapy.  [S2, S3, S4, S5]
- The efficacy and safety of gabapentin for the treatment of <u>diabetic peripheral neuropathy</u> was studied in two randomized, double-blind, placebo-controlled trials involving a total of 205 patients. In the first study (S6), in which 67% of GBP-treated patients received 3600 mg/day, GBP demonstrated significant pain relief, usually by week 2. There was a potential of bias from unintentional unblinding resulting from secondary dose titrations according to side effects. The second study crossover trial (S7) failed to demonstrate significant pain relief in three of the four efficacy measures at a GBP dose of 900 mg/day, a dose which may have been too low. An inadequate washout period between treatments may also have contributed to the similar results found for GBP and placebo treatments. The most common side effects reported in GBP pts included dizziness, somnolence and ataxia. Neither of the studies utilized quantitative measures to characterize the types of neuropathies.  [S6, S7]
- A retrospective chart review of gabapentin treatment of neuropathic pain, including diabetic and postherpetic neuropathies revealed that patients with diabetic neuropathy (n=12) had a 19% decrease in pain scores (PHN patients had a 53% decline in pain scores). The median GBP dose in this review was 1200 mg/day.  [S2]
- Concomitant analgesics were taken in all studies and case reports, but the diabetic neuropathy studies (S6, S7) excluded TCAs or other medications that could specifically affect symptoms of neuropathy. The randomized controlled studies did not evaluate the effects of concomitant medications.

**PROJECTED ROLE IN THERAPY**
- Gabapentin could be used in patients who have failed or are unable to tolerate other treatment modalities, including TCAs.

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org ,gbpexp2/drk/6.99

**CONFIDENTIAL**                                                                   KAIS-003260

## COST

| DRUG | DOSE | COST/MONTH | COST/YEAR |
|---|---|---|---|
| Gabapentin (Neurontin®) | 900 mg – 1800 mg/day* | $80 - $158 | $965 - $1930 |
|  | 2400 mg – 3600 mg/day | $190 - $285 | $2300 - $3450 |
| Carbamazepine | 200 mg – 1200 mg/day | $2 - $14 | $30 - $165 |
| Amitriptyline | 25 mg – 100 mg/day | $0.30 - $0.60 | $4 - $7 |
| Capsaicin Cream 0.075% | Topical TID - QID | Cost/ 60 gm tube $4.25 (OTC) | |
| Lidocaine 5% patch (Lidoderm®) | one to three patches daily | product and price not available yet | |

## ESTIMATED COST IMPACT/PHARMACOECONOMICS

- Based on sales growth estimates for gabapentin by security analysts, gabapentin use in the California Division could increase by $2.7 million by the end of this year, for a total of approximately $8 million. The removal of prescribing restrictions could add significantly to the estimated increase in cost.   R9

## FORMULARY RECOMMENDATIONS

| |
|---|
| SCPMG Chiefs of Psychiatry: Pending July 28 |
| SCPMG Chiefs of Neurology: Remove prescribing restrictions and add guidelines for use. |
| SCPMG Chiefs of Anesthesiology: Pending August 4 |
| SCPMG Chiefs of Family Practice: Pending July 1 |
| SCPMG Regional Internal Medicine Committee: Pending August 3 |

Drug Information/Professional Services Formulary Recommendation: Remove prescribing restrictions. Add guidelines for use

### Guidelines for the use of gabapentin (Neurontin®)

- Neurontin® (gabapentin) is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy.

- Reflex Sympathetic Dystrophy (RSD): There are published case reports describing the efficacy of gabapentin in the treatment of refractory cases of RSD.

- Bipolar affective disorder: A review of several studies and case reports found that gabapentin may be effective as monotherapy or adjunctive therapy in some treatment resistant cases of bipolar affective disorders.

- Diabetic neuropathy and postherpetic neuropathy: Studies have shown gabapentin to be effective in the treatment of diabetic and postherpetic neuropathies.

    The use of gabapentin for the treatment of neuropathy should be reserved for those patients unresponsive to or intolerant of other available treatment modalities, including tricyclic antidepressants (alone or in combination with narcotic analgesic agents), carbamazepine and topical agents.

- For all indications:
    Initial prescription quantities should be limited to amounts consistent with a one month trial.

R1, R10, R11, S1-7

TPMG Formulary Status: Formulary

SCPMG Formulary Status: Formulary, restricted to prescribing by SCPMG pain clinic physicians, neurologists and psychiatrists.

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org ,gbpexp2/drk/6.99

**CONFIDENTIAL**                    **KAIS-003261**

Gabapentin in the treatment of postherpetic (PHN) and painful diabetic neuropathy (DPN): GBP = gabapentin, TCA = tricyclic antidepressar

| Study | Design | Patients & drug regimens | Results |
|---|---|---|---|
| S1 | • Postherpetic neuralgia (PHN)<br>• Randomized, double-blind, placebo-controlled, parallel design, 8 week, multicenter. | • Gabapentin, n = 113<br>  Initial dose 300 mg/day, increased over next 4 weeks in step-up manner (900, 1800, 1400, and 3600 mg/day in three divided doses).<br>  Reduction of dose allowed for adverse effects.<br>• Placebo, n = 116.<br>• Concomitant TCAs and/or narcotics allowed if therapy was stabilized prior to the study and remained constant during study.<br>• Patients<br>  Age 39 - 90 years (average 73)<br>  Pain present for > 3 months after healing of herpes zoster rash.<br>  No significant differences in sex, age, race between treatment groups. | • 79% of GBP patients and 82% placebo patients completed the study (p=0.62)<br>• 65% of GBP pts received 3600 mg, 83% received at least 2400 mg/day.<br>• GBP pts demonstrated a statistically significant decrease (-2.1) in average daily pain score from baseline to endpoint on Likert 11 point scale vs. placebo treated pts (-0.5), (p<0.001).<br>• The reduction in daily pain score was established at week 2 and further reduced at week 4. The level of pain reduction achieved at week 4 was maintained at week 8.<br>• GBP pts demonstrated significant improvements in secondary efficacy measures of total pain, daily sleep rating, and subject- and investigator-rated Clinical Global Impression of Change, and quality of life, and mood profiles. |
| S3 | • Acute herpetic (AHN) and postherpetic neuralgias (PHN)<br>• Case reports | • AHN (n=2)<br>1) 65 year old man with herpes zoster of the left neck and shoulder, treated previously with only acyclovir. GBP titrated to 300 mg TID<br>2) 40 year old woman undergoing chemotherapy for non-Hodgkin's lymphoma with painful vesicles in C2-C4 dermatomes, treated with previously with acyclovir, amitriptyline 20 mg (ineffective), propoxyphene and fentanyl. Current meds: morphine sulfate CR 30 mg TID, oxycodone 5 mg q2-3 hours prn. GBP 300 mg TID for two weeks, increased to 300mg six times daily.<br>• PHN (n=3)<br>3) 79 year old woman with PHN of ophthalmic division of the right trigeminal nerve for 4 years, given amitriptyline 10 mg HS and GBP titrated | Numerically Anchored Pain Intensity Scale (NAPIS)<br>1) Presenting NAPIS 9, final NAPIS 0. Remained pain free for nine months<br><br>2) Presenting NAPIS 2, Final NAPIS 0<br>After increase of GBP to 1800 mg/day, pt reported a decrease in daily oxycodone use. Although she continued to report 0-2/10 pain scores for 4 months.<br><br><br><br><br>3) Presenting NAPIS 8, final NAPIS 0<br>Pt improved one week after dose increased (week 3) and remained pain free for > six months on GBP. |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org ,gbpexp2/drk/6.99

**CONFIDENTIAL**  KAIS-003262

| Study | Design | Patients, dosing regimens | Results |
|---|---|---|---|
| | | to 200 mg TID and 300 mg HS at week 2.<br>4) 75 year old woman with complaint of pain in left periorbital region for six months, which occurred after resolution of herpes zoster treated with acyclovir. GBP titrated to 100 mg TID over 3 days, then titrated up to 200 mg TID.<br>5) 68 year old man with complaint of pain in the C2 dermatome 5 months after acyclovir treated herpes zoster episode. Pt was taking ibuprofen, acetaminophen and amitriptyline 10 mg HS. GBP was titrated to 300mg QID over 2 weeks. | 4) Presenting NAPIS 6, final NAPIS 0<br>Pt was pain free 2 weeks after final dose increase (week 2/3) and reported 1/10 pain scores for > ten months on GBP.<br><br>5) Presenting NAPIS 5, final NAPIS 0<br>Pt was pain free 3 weeks after final dose increase (Week 5) with no complaints of side effects. Pt remained pain free for > 18 months. Amitriptyline was discontinued due to mild xerostomia. |
| S4 | • Postherpectic neuralgia (PHN)<br>• Case report | • N = 1<br>• 77 year old woman, 3 months post herpetic infection of rt T4 dermatome with severe burning PHN. Previously treated with oral, IV and epidural narcotic analgesics, epidural bupivacine, and desipramine, mexiletene phenytoin, topical capsaicin and EMLA cream with no relief.<br>•Treatments were associated with sedation and subsequent fall with laceration and subdural hematoma, vomiting, urinary retention and hyponatremia.<br>• GBP was initiated at 300 mg TID. | • On day 3 of GBP treatment, pt noted a pain decrease from 8/10 to 4/10. By day 5, pain had decreased to 1/10, and remained at that level one month later. |
| S5 | • Intractable neuropathic pain states<br>• Case series | • N = 4<br>1) 78 year old woman with long history of facial deafferentation neuropathy. Current treatment: doxepin 300 mg/day, oxycodone 20 mg/day and clonazapam 1.5 mg/day.<br>GBP added at 200 mg/day and increased to 500 mg/ day in divided dose over next 4 weeks.<br>2) 50 year old woman with 3 year sciatic pain in both legs after herniation of L3-4 and L4-5 disks, which developed into complaints of burning pain. Treatment of nortriptyline 50 mg/day, morphine SR 90 | 1) After 6 weeks of therapy, pt reported good pain relief, allowing for the taper and eventual discontinuation of the oxycodone. At six months, patient continued to report good pain relief on GBP, clonazepam and doxepin.<br><br>2) Two weeks after starting GBP, pt reported pain relief, which continued for 4 months on morphine SR and nortriptyline. |

| Study | Design | Patients, dosing regimens | Results |
|---|---|---|---|
| | | mg/day and epidural injections were ineffective. GBP was added at 100 mg TID and increased to 900 mg/day in divided doses over 2 weeks.<br>3) 82 year old man with 10 year PHN. GBP 100 mg HS was added to current transdermal fentanyl 25 mcg/hour and was increased to 100 mg TID over 1 month.<br>4) 38 year old HIV-positive man with lower-extremity HIV-related neuropathy, currently poorly controlled with amitriptyline 25mg HS, oxycodone 5 mg QID and clonazepam 0.5 mg BID. GBP was started at 100 mg TID. | 3) After one month, pt described decreased burning pain and minimal sedating side effects. Pt continued to use transdermal fentanyl and GBP at 3 months with better pain control and fewer side effects than with prevous regimens.<br>4) After 2 weeks, he reported relief of burning pain equivalent to that with clonazepam 1 mg BID (which had caused excessive sedation). The pain relief continued at 1 and 2 months with no dysequilibrium or sedation, and the oxycodone was discontinued. |
| S6 | • Diabetic peripheral neuropathy<br><br>• Randomized, double-blind, placebo-controlled, 8 week trial | • GBP, n = 84<br>  Initial dose 900 mg/day increased over next 4 weeks in step-wise manner (1800, 2400, and 3600 mg/day in three divided doses.<br>  Reduction of one dose step allowed for adverse effects.<br>• Placebo, n = 81<br>• Concomitant acetaminophen, aspirin (325 mg/day) and SSRIs stabilized for 30 days prior to study were allowed.<br>• Medications dosages for diabetic control were to remain stable during the study.<br>• Patients<br>  Pain present for 1 to 5 years, diagnosis of type 1 or 2 diabetes.<br>  Mean age both groups: 53 years<br>  Demographics, baseline characteristics and pain scores were similar between treatment groups. | • 83% of GBP patients and 80% of placebo patients completed the study.<br>• 67% GBP patients received 3600 mg/day.<br>• At endpoint, GBP pts demonstrated statistically significant decreases in mean pain scores (Likert 11-point scale). This difference was evident from week 2 through week 8 ($p<.05$).<br>• GBP-treated pts demonstrated significant improvements in secondary measures of total pain, mean sleep interference, patient and investigator-rated Clinical Global Impression of Change, quality of life, and mood profiles. |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org .gbpexp2/drk/6.99

**CONFIDENTIAL**                                    KAIS-003264

| Study | Design | Patients, dosing regimens | Results |
|---|---|---|---|
| S7 | • Diabetic neuropathy<br>• Randomized, double-blind, placebo controlled, crossover trial. 6 weeks | • GBP (n = 19)<br>Initial dose 300 mg/day, increased by 300 mg q3days to 900 mg/day.<br>• Placebo (n = 21)<br>• Concomitant stable doses of NSAIDs or narcotic analgesics were permitted.<br>• Patients<br>Average age: 62 years (43 – 82)<br>Diabetes for ≥6 months on stable dosage of insulin or oral diabetic agents with distal symmetric sensorimotor neuropathy and daily moderately severe neuropathic pain in acral extremeties> 3months. | • There was a statistically significant mean reduction in McGill pain questionnaire (MPQ) scores for GBP vs. placebo (p= .03).<br>• The mean change for GBP patients in the visual analogue pain scale (VAS), present pain intensity (PPI) scale and patient's global assessment of pain relief were not significantly different from placebo. |
| S2 | • Neuropathic pain (postherpetic, diabetic, sympathetically mediated, phantom limb, others)<br>• Retrospective chart review from two sites | • N = 97<br>median age 50 years (12-79 years range)<br>Patients prescribed GBP for pain relief for at least 30 days.<br>• GBP dose per individual clinician preferences. Standard practice was to rapidly increase to 1600 mg/day over one week, then increase to 2400 mg if beneficial effects were observed.<br>Median dose of GBP was 1200 mg/day (660 – 2400 mg range). | • There was a significant decrease from baseline in self-reported visual analogue pain scores in pts with neuropathic pain treated with GBP (p<.0001).<br>• Pts with PHN (n=7) had a 53% decline in pain scores (p=.004).<br>• Pts with diabetic neuropathy (n=12) had a 19% decrease in pain scores (p<.03).<br>• There were statistically significant differences in pain scores between pts with and without concomitant opiate medications (p<.02):<br>No opiates: 36% decrease in pain scores (7.0 to 4.5) |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org ,gbpexp2/drk/6.99

**CONFIDENTIAL**    KAIS-003265

| Study | Design | Patients/dosing regimen | Results |
|---|---|---|---|
| | | • Concomitant analgesic medications included TCAs, SSRIs, and opioids. | Opiates: 19% decrease in pain scores (7.7 to 6.2).<br>• The concomitant use of TCAs did not change pt responses vs. pts taking SSRIs or no antidepressants. |

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org .gbpexp2/drk/6.99

CONFIDENTIAL                                        KAIS-003266

References:

R1  Lamictal® Package Information, Parke-Davis, Morris Plains, NJ. February 1998.
R2  Personal communication. Monica Patel, Pharm.D., Information specialist, Parke-Davis, May 1999.
R3  Mc Elroy S, Soutullo C, Keck P, Kmetz G. A pilot trial of adjunctive gabapentin in the treatment of bipolar disorder. Annals of Clinical Psychiatry 1997;9(2):99-103.
R4  Schaffer C, Shaffer L. Gabapentin in the treatment of bipolar disorder [letter]. Am J Psychiatry 1997;154:291-292.
R5  Wetzel C. Connelly J. Use of gabapentin in pain management. Annals of Pharmacotherapy; 1997:31:1082-1083.
R6  Low P, Dotson R. Symptomatic treatment of painful neuropathy, editorial. JAMA 1998;280(21):1863-1864.
R7  Seidl J, Slawson J. Gabapentin for painful diabetic neuropathy. J Fam Pract 1999;48(3):173-174.
R8  Henahan S. Gabapentin: getting to grips with pain. Inpharma Weekly; 1999; 1172:13-14.
R9  F-D-C Reports – "The Pink Sheet". W-L expects Neurotin sales to reach $800 Mil. and hold through 2000. 1999 May 24;61(21):5-6.
R10 Gabapentin drug monograph: expanded restrictions, Kaiser Permanente Drug Information, Southern California RegionSeptember 1997.
R11 Gabapentin drug monograph: expanded restrictions, Kaiser Permanente Drug Information/Professional Services, California Division, June 1999.

S1  Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L, for the Gabapentin Postherpetic Neuralgia Study Group. Gabapentin for the treatment of postherpetic neuralgia. JAMA 1998;280(21): 1837-1842.
S2  Rosenberg J, Harrell C, Ristic H, Werner R, Rosayro M. The effect of gabapentin on neuropathic pain. Clin J Pain 1997; 13(3): 251-255.
S3  Filadora V, Sist T, Lema M. Acute herpetic neuralgia and postherpetic neuralgia in the head and neck: response to gabapentin in five cases. Reg Anesth Pain Med 1999;24(2):170-174.
S4  Segal A, Rordorf G. Gabapentin as a novel treatment for postherpetic neuralgia. Neurology 1996;46(4):1175-6.
S5  Rosner H, Rubin L, Kestenbaum A. Gabapentin adjunctive therapy in neuropathic pain states; case report. Clin J Pain 1996;12(1):56-8.
S6  Backonja M, Beydoun A, Edwards K, et.al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus; a randomized controlled trial. JAMA 1998; 280(21): 1831-1836.
S7  Gorson KC, Schott C, Herman R, Ropper A. Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. J Neurol Neurosurg Psychiatry 1999;66(2):251-252.

Prepared by:   Debbie R. Kubota, Pharm.D.
               Drug Information/Professional Services
               Kaiser Permanente California Division
Date:          June 1999

Edited by:     Mirta Millares, Pharm.D.
               Manager, Drug Information/Professional Services
               Kaiser Permanente California Division

CONFIDENTIAL: FOR INTERNAL KAISER PERMANENTE USE ONLY
Kaiser Permanente Medical Care Program
Drug Information/Professional Services California Division
http://pharmacy.kp.org .gbpexp2/drk/6.99

**CONFIDENTIAL**                                                                                          **KAIS-003268**