EXHIBIT 44

# Kaiser Interregional Pharmacy Meeting

## April 2004



KAISER PERMANENTE

KAISER PERMANENTE
DRUG UTILIZATION
ACTION TEAM
SUPPORTING
EVIDENCE-BASED DRUG USE

VS

Neurontin®
(gabapentin)

Presented by:
Rodrigo Rodriguez, MD

KAIS-003813
CONFIDENTIAL

# WHY WE ARE CONCERNED?



KAISER PERMANENTE

- Aggressive Drug Company Promotional tactics

- Increasing "off-label" uses

- Increased utilization and expenditures

- Clinically appropriate alternatives available but not often used

- Does gabapentin deliver the best healthcare value for our members?

KAIS-003814
CONFIDENTIAL

2

# PHARMA MARKETING STRATEGY



KAISER PERMANENTE

- **Literature:** scientific evaluations supporting off-label uses for Neurontin written by technical writers hired by Warner-Lambert

- **CME/Consultants' Meetings/Speakers Bureau:** physicians paid to promote off-label uses of Neurontin

- **Medical Liaisons:** scientific experts marketing off-label uses

KAIS-003815
CONFIDENTIAL

# Neurontin Promotion Tactics in the News



KAISER PERMANENTE

## Suit Says Company Promoted Drug in Exam Rooms
*New York Times May 15th, 2002*

...some physicians, in exchange for money, have allowed pharmaceutical sales representatives into their examining rooms to meet with patients, review medical charts and recommend what medicines to prescribe...

## Documents Show Effort to Promote Unproven Drug
*New York Times October 29,2002*

*Marketing executives a **Warner-Lambert** urged their superiors to let them promote the epilepsy drug Neurontin for an unapproved use rather than perform the clinical studies needed to prove the medicine was safe for such patients, according to a corporate memorandum unsealed on Friday in federal court.*

## Documents Show Ad Agency Helped Promote Neurontin
*Wall Street Journal November 8, 2002*

*A drug company now owned by **Pfizer** Inc., in an alleged effort to promote epilepsy drug Neurontin for unapproved uses, went so far as to hire a New York advertising agency to wage an all out marketing "war," according to documents that are part of a lawsuit.*

KAIS-003816
CONFIDENTIAL

# CLINICAL EVIDENCE



KAISER PERMANENTE

KAIS-003817
CONFIDENTIAL

# Evidence of TCA vs. Gabapentin in Diabetic Peripheral Neuropathy

| Study | Conclusion | |
|---|---|---|
| Clin Ther 2001; 23(4):520-31 | Systematic review 1990-2000 | Insufficient evidence from controlled trials to support the use of gaba as 1st-line therapy |
| J Pain Symptom Mange 2000; 20(4):280-S | 12wk open-label prospective RCT with gaba vs amitrip (n=25) | Gaba produced greater improvements and was better tolerated than amitrip |
| Arch Intern Med 1999; 159(16): 1931-7 | Prospective randomized DB crossover with gaba vs amitrip (n=28) | No significant difference in mean pain score & global pain score. Gaba may be considered as an alternative, however, does not appear to offer considerable advantage |
| JAMA 1998; 280(21): 1831-6 | Randomized DB, gaba vs placebo (n=165) | Gaba monotherapy appears to be efficacious for treatment of pain & sleep interference |



KAISER PERMANENTE

KAIS-003818
CONFIDENTIAL

# Neurontin: Appropriate Use



KAISER PERMANENTE®

➤ Clinical practice guidelines have been developed and supported by CMI, SCPMG Neurology, Pain Management

  • Neurontin is not a first line drug for pain, including neurogenic pain

➤ Appropriate first-line alternatives are available for many patients and their use is supported by clinical practice guidelines

➤ For most patients with neuropathic conditions such as diabetic neuropathy and post-herpetic neuralgia, tricyclic antidepressants (TCAs), such as nortriptyline, should be considered as first-line before Neurontin. Carbamazepine (Tegretol) should be considered first-line for trigeminal neuralgia

KAIS-003819
CONFIDENTIAL

# ALTERNATIVE TREATMENT CHOICES



KAISER PERMANENTE

KAIS-003820
CONFIDENTIAL

# Summary Recommendations of Alternative Neuropathic Treatments

## Painful Peripheral Neuropathy – Diabetic and Others

- Tight glycemic control can relieve symptoms and slow progression of peripheral neuropathy.
- The first line treatment for diabetic peripheral neuropathy is tricyclic antidepressants (TCAs). Gabapentin may be an alternative for patients who have contraindications or do not tolerate TCAs. See below.

## Fibromyalgia

- First-line treatment is non-drug therapy (i.e. exercise). TCAs should be considered first-line, if medication is required.
- For patients who are intolerant or unresponsive to TCAs, Selective Serotonin Reuptake Inhibitors (SSRIs) (i.e., Prozac 20mg) are potential alternatives.
- Gabapentin has NOT demonstrated efficacy in treating fibromyalgia.

## Trigeminal Neuralgia

- Carbamazepine (Tegretol®) is considered first-line for trigeminal neuralgia with a 70-75% efficacy rate.
- TCAs, phenytoin, and baclofen are reasonable alternatives.
- There is limited data on the use of gabapentin for treating trigeminal neuralgia.

## Post-herpetic Neuralgia

- Initial treatment recommendation is topical lidocaine gel or cream for small, localized areas.
- For larger areas or unresolved pain, initiate a TCA, such as nortriptyline. TCAs have been shown to improve post-herpetic neuralgia pain in 50-67% of patients.
- Gabapentin has been shown to be effective in 40-43% of patients and may be tried as a third drug.

# Gabapentin: NOT RECOMMENDED for treating non-neuropathic pain including general pain

## Therapeutic Endpoints

- Patients should have an adequate trial of either a TCA or gabapentin and monitored for improvement of symptoms.
- An adequate trial should consist of 6 to 8 weeks of therapeutic dosage.
- Therapeutic dosage for TCAs is approximately 50mg qhs, for gabapentin it is 600mg tid.
- Some patients will not be able to tolerate these dosages due to dose limiting CNS side effects.
- If patients do not demonstrate a response on the above regimens, therapy should be discontinued.
- If there is a partial response dosages can be increased up to a maximum of 100 mg of TCA or 3.6 grams of gabapentin/day

KAIS-003821
CONFIDENTIAL

10

# CHART REVIEW



KAISER PERMANENTE

KAIS-003822
CONFIDENTIAL

13

# KP NCAL Gabapentin Utilization

| Diagnosis | #Rxs | % of Total |
|---|---|---|
| DJD | 4,522 | 22% |
| Radiculopathy/spinal stenosis/sciatica pain | 3,202 | 16% |
| Spinal stenosis | 2,720 | 13% |
| DM neuropathy | 2,053 | 10% |
| anxiety/panic attacks/OCD | 1,745 | 9% |
| Neuropathy- inflam and toxic neuropathy | 1,660 | 8% |
| Trigeminal Neuralgia | 857 | 4% |
| Bipolar Affective Disorder | 777 | 4% |
| Migraine | 764 | 4% |
| Reflex sympathetic dystrophy | 710 | 3% |
| Herpes OA/ Post herpetic neuralgia | 374 | 2% |
| Anxiety - acute rxn to stress | 257 | 1% |
| **Epilepsy/Partial seizures/Seizures** | 208 | 1% |
| Essential Tremor | 206 | 1% |
| Fibromyalgia | 154 | 1% |
| Multiple Sclerosis Pain | 121 | 1% |
| Restless Leg Syndrome | 99 | 0% |
| | 20,429 | 100% |

KAISER PERMANENTE

KAIS-003823
CONFIDENTIAL


KAISER PERMANENTE

# San Gabriel Valley Neurontin Use

➤ MD 1: Lumbosacral neuritis; disc degeneration; spondylolisthesis; sciatica; lumbosacral spondylosis/neuritis

➤ MD 2: Voice disturbance; carpal tunnel; neck tremor; idiopathic peripheral neuropathy

➤ MD 3: Supervised normal pregnancy; menopausal disorder; myalgia & myositis; Diabetes Type II

➤ MD 4: Backache; depressive disorder; neuralgia/neuritis; Diabetic Neuropathy

➤ MD 5: Acute nasopharyngitis; rotator cuff/ carpal tunnel; backache; osteoarthritis; routine exam; idiopathic peripheral neuropathy; late effect hemiplegia

➤ MD 6: Herpes zoster; malignant neoplasm prostate; mech prob limbs

➤ MD 7: Hypertension; pain in limb; Diabetic Neuropathy

➤ MD 8: Neuralgia/neuritis; idiopathic peripheral neuropathy;

San Gabriel Valley Chart Review, 12/2002-2/2003

12

KAIS-003824
CONFIDENTIAL

13

# EXTERNAL BENCHMARKING



KAISER PERMANENTE

KAIS-003825
CONFIDENTIAL

# External Benchmarking – Neuropathic Pain

## Percent Market Share of TCAs to TCAs + Neurontin

KAISER PERMANENTE

14

### TCAs/TCAs+Neurontin Market Share - Utilization

| | 2001 | 2002 | 2003 |
|---|---|---|---|
| KPSC | 72.7% | 71.9% | 72.7% |
| Community | 71.2% | 67.0% | 64.9% |

### Total TCA+Neurontin SSRI Cost (in $Mils)

| | 2001 | 2002 | 2003 |
|---|---|---|---|
| Community | 10.6 | 13.2 | 15.2 |
| KPSC | 11.1 | 15.3 | 19.2 |

KPSC    Community

- Total KPSC TCA+Neurontin Drug Cost in 2003       ~ $15.2 million
- Total Cost if KPSC Market Share = Community       ~ **$19.2 million**

External Rx utilization data source: MedImpact Book of Business (Excludes KP data)
Internal Rx utilization and cost data source: POINT
KP SCAL cost data is used to calculate **relative external Neurontin Cost Comparison**

KAIS-003826
CONFIDENTIAL

15

# WHAT'S THE "PLAN"



KAISER PERMANENTE®

KAIS-003827
CONFIDENTIAL



# DUAT Strategies & Plan

- **OBTAIN** Leadership Support: Chiefs of Neurology, Regional P&T, Chiefs of Primary Care, Regional Pain Management

- **PROVIDE** Decision-support: PharmaFax, Neuropathic Pain pocket cards, CMI Pain Management Guidelines, Physician Paycheck Stuffers

- **CREATE** Support Tools: Nortriptyline starter pack, Point-Counterpoint, POINT (MIM) etc.

- **SHARE** Provider Specific data and peer comparison information

- **EDUCATE and COMMUNICATE** to Providers; Videoconferences, CD-Roms, online CME, Physician Intranet Portal, Partner News, Local newsletters, Provider Outreach, etc.

- **CREATE** Local DUAT work plans, Performance Reviews, Monitoring and Interventionsetc.

- **OFFER** Regional DUAT consults Local DUAT site visits (annual),,

- **DISSEMINATE** Best Practices – Regional DUAT semi-annual "Successful Practices" Challenge, Toolkits, etc.

KAISER PERMANENTE

KAIS-003828
CONFIDENTIAL

# DUAT 2004 WORKPLAN



KAISER PERMANENTE

KAIS-003829
CONFIDENTIAL

*Neuropathic Pain:* M. Danesh, MD and C. Whitten, MD

**GOAL:** Promote appropriate use of Neurontin: Decrease Neurontin use in patients with pain that is not neuropathic and increase use of low dose TCAs (nortriptyline, desipramine) as first-line for new start patients with neuropathic pain.

**OBJECTIVE:** Use TCAs preferentially for treatment of neuropathic pain and reserve Neurontin® for TCA failures or contraindications

## *2004 Regional DUAT Workplan Summary*

*Strategy:*

- Continue promoting use of low dose TCAs (nortriptyline, desipramine) as first-line therapy for treating new start patients with neuropathic pain
- Engage Pain Management leaders in educating Primary Care and other providers on appropriate use of pain medications including alternatives to Neurontin (e.g. TCAs, narcotics or other analgesics) in managing chronic pain.
- Continue monitoring new start Neurontin® MRNs naïve of TCA (exclude epilepsy and psych use)
- Consider utilization target for Neurontin in Regional reports
- Evaluate Neurontin utilization in Psychiatry, Neurology, and Physical Medicine specialties
- Promote Region-wide implementation of locally customized Neurontin step down or conversion program based on the Group Health model
- Provider educational outreach including new practice tools
- Share DUAT work model and results at inter-regional meeting

*Systems Support and Practice tools:*

- Implement Neuropathic Pain PharmaFax messaging 4/26
- Rx update (paycheck stuffer message)
- Promote wider use of Nortriptyline starter pack by increasing availability and accessibility.

KAIS-003830
CONFIDENTIAL

# SUPPORT TOOLS



KAISER PERMANENTE®

KAIS-003831
CONFIDENTIAL



KAISER PERMANENTE
DRUG UTILIZATION
ACTION TEAM
SUPPORTING
EVIDENCE-BASED DRUG USE

## Interoffice Memorandum

To:      SCPMG Physicians
CC:      Regional DUAT, SCAL DECs
From:    Chiefs of Neurology
Date:    March, 2004
Re:      **Tools to Support Evidence-Based Treatment of Neuropathic Pain**

Enclosed are the latest tools and information to support evidence-based treatment of neuropathic pain.

The evidence indicates that Gabapentin (Neurontin®) is no more effective than tricyclic antidepressants (TCAs) for neuropathic pain, and there is no evidence of efficacy for other pain syndromes, e.g. fibromyalgia, back pain. TCAs should be considered the drugs of choice if there are no contraindications to their use.

If you need further information, please contact your local Chief of Neurology or Drug Education Coordinator. Thank you for your assistance.



Coming Soon!

## A New PharmaFax Message!

*"NEUROPATHIC PAIN MANAGEMENT"*
Decision-support providing up-to-date patient information and treatment recommendations *"faxed"* overnight directly to your office or clinic in time for next-day patient appointments.
**Look for them at your fax machine each morning.**

*Launch Date– April 26, 2004*

KAIS-003832
CONFIDENTIAL

# Physican Pocketcard
# Neuropathic Pain Treatment Recommendations
## Confidential – For Internal Use Only

| Patient Type | Recommended Treatments * | Second-Line Considerations * |
|---|---|---|
| **Diabetic Peripheral Neuropathic Pain** | TIGHT GLYCEMIC CONTROL<br><br>Nortriptyline 10-75 mg/day ** | Desipramine 10-150 mg/day<br>Amitriptyline 10-150 mg/day ψ<br><br>Gabapentin (if contraindications or intolerance to TCAs) - start 300 mg qhs up to 600 mg TID; discontinue if no response in 6-8 wks |
| **Postherpetic Neuralgia** | For small, localized areas:<br>Lidocaine ointment 5%<br>Capsaicin cream (Zostrix) - OTC<br><br>For large areas:<br>Nortriptyline 10-75 mg/day ** | Nortriptyline 10-75 mg/day **<br>Desipramine 10-150 mg/day<br>Amitriptyline 10-150 mg/day ψ<br><br>Desipramine 10-150 mg/day<br>Amitriptyline 10-150 mg/day ψ<br><br>Carbamazepine 200-1200 mg/day †<br>Gabapentin - same dosing as above |
| **Trigeminal Neuralgia** | Carbamazepine 200-1200 mg/day † | Nortriptyline 10-75 mg/day **<br>Desipramine 10-150 mg/day |
| **Fibromyalgia** | ↑ Physical activity is first-line therapy<br><br>Nortriptyline 10-75mg/day ** | Desipramine 10-150 mg/day<br>Amitriptyline 10-150 mg/day ψ<br>Fluoxetine 20 mg/day †† |

TCAs = tricyclic antidepressants
* Initiate TCAs at 10 mg qhs and titrate to effect. Secondary amines (nortriptyline, desipramine) possess a lower side effect profile compared to tertiary amines (amitriptyline).
ψ Not recommended in the elderly

** Nortriptyline Starter Pack available for ease of titration. If patient cannot tolerate or do not respond to one TCA, consider a trial with a different TCA.
†† As combination therapy with TCAs
† Attempt ↓ to minimum effective dose every 3 months.

KAIS-003833
CONFIDENTIAL

# COMMUNICATION



KAISER PERMANENTE

KAIS-003834
CONFIDENTIAL

# Physician Paycheck Stuffer



**KAISER PERMANENTE®**

## Rx UPDATE

**Gabapentin (Neurontin®) is NOT a General Pain Medication**
Despite exaggerated promotional claims by the manufacturer, the anti-seizure drug gabapentin (Neurontin®) is NOT a general pain medication. Currently, there is NO medical evidence suggesting the efficacy of gabapentin for treating non-neuropathic pain. Nevertheless, gabapentin is increasingly being promoted and used to treat these conditions.

**Manufacturer Promotional Activity in the News[1],[2],[3]:**

- The manufacturer was recently under fire in the press for alleged illegal promotion of gabapentin for unproven indications.
- A former Parke-Davis physician and medical liaison, alleges being forced to participate in a national marketing campaign where he and others made exaggerated or false claims about the safety and efficacy of the drug.
- *The Wall Street Journal* reported that, in order to encourage doctors to write more gabapentin prescriptions, the manufacturer decided to pay more for studies showing efficacy for gabapentin's "off label" uses instead of seeking approval for new uses. Some documents say study results would be published and publicized "if favorable" or "if positive."

**Appropriate Treatment for Pain[4]**
Please be aware of questionable drug company claims. Many members started on gabapentin either do not have true neuropathic pain and/or have not first tried a less-sedating tricyclic anti-depressant (TCA) (i.e. nortriptyline) or other alternatives, including pain management evaluation. Please consider appropriate alternatives for patients with non-neuropathic conditions while considering TCAs (i.e. nortriptyline) first in patients with true neuropathic conditions. According to Chronic Pain Clinical Practice Guidelines, please reserve gabapentin for patients with true neuropathic pain who fail or are intolerant to TCAs or carbamazepine (Tegretol) for Trigeminal Neuralgia.

**Additional Information**

- The *Drug Bulletin* features "Chronic Pain Management: Working With Your Patient" in the March/April 2003 issue available at: http://pharmacy.kp.org/california/publications/?section=drugbulletin

### Cost Comparison of Neuropathic Pain Meds

| Drug | Usual Doses | Acquisition Cost/Year |
|------|-------------|----------------------|
| Nortriptyline | 10-75 mg/day | $10 – 25 |
| Desipramine | 25-150 mg/day | $8 – 36 |
| Amitriptyline | 25-150 mg/day | $4 – 23 |
| Carbamazepine | 200-1200 mg/day | $18 – 110 |
| OTC - Ela-Max™ 4% lidocaine cream | | $44 / 30gm |
| OTC - Capsaicin cream 0.025% | | $6 / 60gm |
| OTC - Capsaicin cream 0.075% | | $9 / 56gm |
| Lidocaine ointment 5% | | $11 / 35gm |
| Gabapentin (Neurontin®) | 300-1200 mg TID | $1218 – 3830$^B$ |

$^B$ = higher brand copay for members with a two-tier drug benefit; OTC = over-the-counter
Confidential and Proprietary Information – For Internal Use Only
CMOP 6/03



---

[1] Executives May Have Broken Off-Label Rules on Neurontin. *Wall Street Journal*. Dec. 20, 2002.
[2] Documents Show Ad Agency Helped Promote Neurontin. *Wall Street Journal*. Nov. 8, 2002.
[3] Suit Says Company Promoted Drug in Exam Rooms. *New York Times*. May 15, 2002
[4] http://pkc.kp.org/ National Guidelines – CMI and the IRGSG-Quality Review Subcommittee Chronic Pain Clinical Practice Guidelines

KAIS-003835
CONFIDENTIAL

## How to Use the Starter Pack

- The starter pack contains 5 dosing cards of nortriptyline 10 mg capsules. Each card has a one-week supply of medication.
- It is important to complete each full week of medication before increasing to the next dose.
- **Remember**— if your pain is adequately relieved at any particular dosing level, you do not need to increase to the next dose. Use the medication on the rest of the cards but stay with the dose that works for you.

**Week 1**: start with the card labeled "Week 1." Take one capsule at bedtime for the full week. If your pain is adequately relieved, stay with this dose. If not, increase to Week 2 dosing.



**Week 2**: take two capsules at bedtime for the full week. If your pain is adequately relieved, stay with this dose. If not, increase to Week 3 dosing schedule.



**Week 3**: take three capsules at bedtime for the full week. If your pain is adequately relieved, stay with this dose. If not, increase to the Week 4 dosing schedule.



**Week 4**: take four capsules at bedtime for the full week. If your pain is adequately relieved, stay with this dose. If not, use the Week 5 dosing schedule.

**Week 5**: Take five capsules at bedtime for the full week. If your pain is adequately relieved, stay with this dose.

**If your pain is not adequately controlled after completing Week 5, please contact your doctor for further follow-up.**

---

Warning: Keep out of reach of children



Nortriptyline 10 mg Starter Pack For Pain Management

# DIRECTIONS for USE

Nortriptyline (nor trip' ti leen) has been prescribed to help relieve your pain. Its safety and effectiveness have been proven over many years of use and it is not habit forming nortriptyline is classified as an antidepressant used to relieve pain and/or improve sleep. dose of this medication differs from person to person, and it is important to find the dose that works best for you. Please read through the information and follow the directions on the other side of this sheet carefully.

## Start low – go slow

The starter pack is designed to start with a very low dose of medication and gradually increase the dose on a weekly basis until your optimal dose is reached. This allows your body time to adjust to the medication and to get the full benefit of each dosage level. The gradual dosing schedule also helps to reduce common side effects like dry mouth and dizziness. Taking this medicine at bedtime will help to avoid daytime drowsiness. A small percentage of patients may experience urinary hesitancy. In patients with congestive heart failure, a small number may experience abnormal heartbeats (arrhythmias). If you experience an abnormal heartbeat or difficulty urinating, please contact your physician.



*See other side*



KAISER PERMANENTE.

KAIS-003836
CONFIDENTIAL

# Neurontin® (gabapentin)

## POINT / COUNTERPOINT

### A service by and for SCPMG providers

**DUAT**
KAISER PERMANENTE
DRUG UTILIZATION
ACTION TEAM
SUPPORTING
EVIDENCE-BASED DRUG USE



## Drug Company Promotion:

"I want you out there every day selling Neurontin...
holding their hand, whispering in their ear—
Neurontin for pain, Neurontin for monotherapy,
Neurontin for bipolar, Neurontin for everything...
I don't want to see a patient coming off Neurontin
before they have been up to at least 4,800
milligrams a day."
- Senior Warner-Lambert Executive[1]

➤ State and Federal prosecutors have launched
investigations into the alleged illegal marketing
of Neurontin®

**Promoted, unapproved uses include:**
*Bipolar Disorder
*Pain Syndromes and Peripheral Neuropathy
*Treatment of Epilepsy alone (as monotherapy)
*Attention Deficit Disorder (ADD)
*Restless Leg Syndrome (RLS)
*Trigeminal Neuralgia
*Essential Tremor Periodic Limb Movement
*Migraine
*Drug and Alcohol Withdrawal Seizures



600 mg
800 mg
Neurontin®
(gabapentin)
100 mg
200 mg
300 mg
400 mg

## What the evidence shows:

**Our own, Mitchell Danesh, MD**
Chief of Neurology – Woodland Hills
SCPMG Neurology Liaison to the
Regional Drug Utilization Action Team
(DUAT) has studied these claims carefully:

**Dr. Danesh says:** "gabapentin is _not a general pain medication_.
We want our physicians to be aware and focus on using
medications as supported by the clinical evidence..."

**For Neuropathic Pain:**

➤ "According to Chronic Pain Clinical Practice Guidelines,
gabapentin should be reserved for patients with true
neuropathic pain who fail or are intolerant to TCAs"

➤ "For most patients, less-sedating tricyclic antidepressants
(TCAs) like Nortriptyline are recommended first-line for
neuropathic conditions such as diabetic neuropathy and post-
herpetic neuralgia. Carbamazepine (Tegretol) is the first- line
drug for trigeminal neuralgia."

➤ "Tertiary amines such as Amitriptyline should be avoided in
patients >65 years old. Consider using secondary amines such
as Nortriptyline or Desipramine because of fewer side effects.

**For Non-Neuropathic Pain:**

➤ "Other than case reports, and contrary to drug company
promotion, there is no literature to support the use of
gabapentin for pain that is non-neuropathic"

**For further information, contact**
DUAT - Drug Utilization Action Team – SCPMG

---

The Kaiser Permanente National Legal Department has approved this document for distribution for the sole purpose of sharing information
between Permanente physicians and providers. It is not approved for distribution to the Kaiser Permanente membership or to the public.
Statements made to the public or to members based on this document require further legal review.

[1] John Hockenberry, Drug Giant Accused of False Claims, MSNBC,
www.msnbc.com/news/937302.asp, July 11, 2003.

KAIS-003837
CONFIDENTIAL

# Neuropathic Pain Management
## Provider Outreach Program



KAISER PERMANENTE®

- **Send cover memo and educational materials to all providers - MDs/NPs/PAs ~3,585 providers**
  - Brief cover memo from Chiefs of Neurology

- **Supplemental Educational materials:**
  - Neurontin Point/Counterpoint and summary of Neuropathic Pain Tx Recommendations
  - CMI Guide to Chronic Pain Assessment and Management in Primary Care
  - Nortriptyline starter pack Rx labels

- **Local DUAT leaders and Chiefs of Service to receive summary of provider outreach, list of targeted specialties, copies of cover memo and educational materials ~ 1-2 weeks prior to mail date**

- **Target mail date is April 30, 2004**

KAIS-003838
CONFIDENTIAL

# Neuropathic Pain: Neurontin



KAISER PERMANENTE®

## ➤ *Opportunities exist*

- 53%+ of new start Neurontin Rxs are naïve to TCA - **(Goal is reduce to 25%)**

- Exit Strategy: many patients are candidates for alternative therapy) **(some medical centers are developing strategies for this)**

## ➤ *Reduction in off-label use of Neurontin possible*

- No evidence to support Neurontin for Pain other that Neuropathic

- Promote non-sedating TCAs as first-line for Neuropathic Pain

- Reduce the percentage of gabapentin new starts naïve of TCAs

KAIS-003839
CONFIDENTIAL

27

# RESULTS



KAISER PERMANENTE

KAIS-003840
CONFIDENTIAL



# Neurontin New Starts

## TOTAL PRESCRIPTIONS TREND FOR NEURONTIN

KAIS-003841
CONFIDENTIAL



# Neurontin Use is Trending Lower (DUAT Impact)

### Gabapentin Volume Trend (Total Rxs)
### Jan 2002 - Jan 2004

**Campaign Start**

Pre-DUAT Trend

Post-DUAT Trend

**Average cost/patient/year = $1200 - $3800**

| Actual Rxs | 1/02 | 2/02 | 3/02 | 4/02 | 5/02 | 6/02 | 7/02 | 8/02 | 9/02 | 10/02 | 11/02 | 12/02 | 1/03 | 2/03 | 3/03 | 4/03 | 5/03 | 6/03 | 7/03 | 8/03 | 9/03 | 10/03 | 11/03 | 12/03 | 1/04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5,374 | 4,920 | 5,411 | 5,407 | 5,555 | 5,020 | 5,514 | 5,655 | 5,395 | 5,892 | 5,542 | 5,820 | 6,276 | 5,302 | 5,667 | 5,768 | 5,772 | 5,367 | 5,466 | 5,020 | 4,995 | 5,016 | 4,301 | 4,760 | 4,312 |

KAIS-003842
CONFIDENTIAL

# SUMMARY



KAIS-003843
CONFIDENTIAL

32

# SUMMARY


KAISER PERMANENTE

• Not all neuropathic pain is alike

• Consider symptomatic treatments (eg, opioids)

• TCAs and gabapentin show comparable efficacy

• Efficacy of either class is modest

• Effect requires titration to high dosages

• Use a pain scale to monitor effect

• The choice of an agent depends on side effect profile, contraindications, and cost

KAIS-003844
CONFIDENTIAL